..fE: Monday the 20th of November, 2006           4:34 P.M. to 5:30 P.M.


JUDGE: FARNAN          CLERK: Sarah    CT. RPTR: Heather from Hawkins

**CASE CAPTION:**                       CIVIL ACTION NO. 04-1371-JJF

                                        **COUNSEL FOR PLAINTIFF(S):**

POWER INTEGRATIONS, INC.,               William J. Marsden, Jr., Esquire
                                        Michael Headley, Esquire
                                        Frank E. Scherkenbach, Esquire
          Plaintiff,                    Howard G. Pollack, Esquire


     v.
                                        **COUNSEL FOR DEFENDANT(S):**

FAIRCHILD SEMICONDUCTOR                 Steven J. Balick, Esquire
INTERNATIONAL, INC., and                G. Hopkins Guy, Esquire
                                        Bas de Blank, Esquire
FAIRCHILD SEMICONDUCTOR                 Gabriel M. Ramsey, Esquire
CORPORATION,                            Vickie L. Feeman, Esquire

          Defendants.


PLACE OF PROCEEDING: In Chambers

PROCEEDING: **Teleconference**        RE: Pretrial

DECISION: Regarding to Defendants' Motion to add prior art references to the invalidity trial, the Court will permit Defendants to expand the number of references to 11 (eleven) with the requirement that, to be admitted at trial, Defendant must demonstrated by paper filed by noon on Wednesday, November 22, 2006, that the contention it is probative of is identified in expert reports exchanged during the discovery process.  Plaintiff can file a response by noon on Monday, November 27th, 2006.  If parties can agree, no papers need be filed.  Regarding references to the infringement trial .ring the validity trial, the Court and the parties shall tell the jury it's a validity trial and they should assume the patents are infringed

...nout reference to any prior adjudication. Parties can refer to "prior ~oceeding" with respect to impeachment of witnesses. If the first trial ..s brought up innocently by a witness, the Court will deal with the matter in a closing instruction to the jury. Regarding time allotments for the trial, if the trial cannot be completed in 3 and ½ days, the parties may have to return later in December, 2006, to finish the trial. The issue of inequitable conduct will be heard outside of the jury at the end of the trial each day. The Court will get back to the parties on Tuesday, November 21, 2006, with an Order with respect to a trial schedule. Regarding jury questionnaires, the Court will create a cover letter by noon, Tuesday, November 21, 2006 which one of the parties can pick up and mail to potential jurors with instructions that it be returned by November 30, 2006, so that the Court and the other party receives the questionnaires by Friday, December 1, 2006. Regarding Plaintiff's request that the Court ..le on an outstanding motion from the infringement trial with respect to expert witness Shields' notes. The Court will not allow supplementing the expert.

# JJF Civil Non Jury Calendar Notice

To: Clerk, U.S. District Court  
From: Judge Farnan  
Case Caption: Power Integrations v. Fairchild Semiconductor  
Civil Case Number: 04-1371 JJF  

Date: 02/04/2005

---

The following proceeding(s) is/are **scheduled**:

| PROCEEDING | DATE | TIME |
|---|---|---|
| Hearing Markman | Mon 01/10/2005 | 04:00 PM |
| Pretrial Conference | Thu 05/04/2006 | 10:00 AM |

COURT REPORTER REQUESTED  ● Yes  
○ No  
○ Trial Only

---

The following proceeding(s) is/are **canceled**:

| PROCEEDING | DATE | TIME |
|---|---|---|

---

(CHAMBERS USE ONLY)

Notes: Trial to be set at Pretrial Conf.

☒ Chamber's Calendar

Prepared By: Deborah Krett  02/04/2005 03:58 PM

AO 440 (Rev. 8/01) Summons in a Civil Action

# In The United States District Court
## For The District Of Delaware

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation <br><br> Defendant. | **SUMMONS IN A CIVIL CASE** <br><br> Case Number:  04  1371 |

TO: Fairchild Semiconductor International Inc.
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                              10/20/04
_____                    _____
Clerk                                           Date

_____
(By) Deputy Clerk

Issued

AO 440 (Rev. 8/01) Summons in a Civil Action

## In The United States District Court
## For The District Of Delaware

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation<br><br>Defendant. | **SUMMONS IN A CIVIL CASE**<br><br>Case Number:   04  1371 |

TO: Fairchild Semiconductor Corporation
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                      10/20/04
Clerk                                                              Date

_Buin T. Thoy_
(By) Deputy Clerk

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 04 1371

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__10-20-04__
(Date forms issued)

_____
(Signature of Party or their Representative)

__Chris Hazewski__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action