IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of March, 2005, **DEFENDANTS FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. AND FAIRCHILD SEMICONDUCTOR CORPORATION'S RESPONSES TO PLAINTIFF POWER INTEGRATIONS, INC.'S FIRST SET OF INTERROGATORIES (NOS. 14)** was served upon the following counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire                           VIA FEDERAL EXPRESS
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE  19899

Howard G. Pollack, Esquire                                  HAND DELIVERY
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

                                                    ASHBY & GEDDES

                                                    */s/ John G. Day*
                                      Steven J. Balick (I.D. #2114)
                                      John G. Day (I.D. #2403)
                                      222 Delaware Avenue, 17th Floor
                                      P.O. Box 1150
                                      Wilmington, DE  19899
                                      302-654-1888

                                      *Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III, Esquire
Bas de Blank, Esquire
Duo Chen, Esquire
Orrick, Herrington & Stucliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 61407400

Dated:  March 10, 2005
149865.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of March, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899 | VIA ECF FILE AND SERVE |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804 | VIA FEDERAL EXPRESS |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN  55402 | VIA FEDERAL EXPRESS |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 | VIA FEDERAL EXPRESS |

          */s/ John G. Day*          
          John G. Day