## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Frank E. Scherkenbach, Howard G. Pollack, Gina M. Steele, and Michael R. Headley is granted.

Dated: _____, 2005        _____
                                       United States District Judge