# EXHIBIT A

# REDACTED DOCUMENT