IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**STIPULATED AMENDMENT OF COMPLAINT
PURSUANT TO F.R.CIV.P. RULE 15(a) AND LOCAL RULE 15.1**

Plaintiff Power Integrations, Inc. and Defendants Fairchild Semiconductor International, Inc., and Fairchild Semiconductor Corporation hereby stipulate and agree that, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and Local Rule 15.1, Plaintiff will file an Amended Complaint adding claims of willfulness, in the form attached hereto as Exhibit A.  A black-lined version of the Amended Complaint indicating the respects in which it differs from the original complaint is attached as Exhibit B.

| | |
|---|---|
| FISH & RICHARDSON, P.C. | ASHBY & GEDDES |
| /s/ John F. Horvath | /s/ John G. Day |
| William J. Marsden, Jr., (I.D. #2247) | Steven J. Balick (I.D. #2114) |
| Sean P. Hayes (I.D. #4413) | John G. Day (I.D. #2403) |
| John F. Horvath (I.D. #4557) | 222 Delaware Avenue, 17th Floor |
| 919 N. Market Street | P.O. Box 1150 |
| Suite 1100 | Wilmington, DE 19899 |
| P.O. Box 1114 | 302-654-1888 |
| Wilmington, DE 19899 | *Attorneys for Defendants* |
| 302-778-8401 | |
| *Attorneys for Plaintiff* | |