IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2005, a true and correct copy of (1) Plaintiff Power Integrations, Inc.'s Responses To Defendants' Second Set Of Requests For Production; (2) Plaintiff Power Integrations, Inc.'s Supplemental Responses To Defendants' First Set Of Interrogatories Nos. 1, 7, 8, 9, 11, 12, 14, 15, 16, 17, 19, 21, 23, 24, 26, 27 and (3) Plaintiff Power Integrations, Inc.'s Responses To Defendants' Second Set of Interrogatories (29-44) were caused to be served on the attorneys of record, at the following addresses, on the date and in the manner indicated:

**BY HAND DELIVERY**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Bas de Blank
Duo Chen
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Dated: July 1, 2005                    FISH & RICHARDSON P.C.


                                       By: /s/ *John F. Horvath*
                                           William J. Marsden, Jr. (#2247)
                                           Sean P. Hayes (#4413)
                                           John F. Horvath (#4557)
                                           919 N. Market Street, Suite 1100
                                           P.O. Box 1114
                                           Wilmington, DE  19899-1114
                                           Telephone: (302) 652-5070
                                           Facsimile:  (302) 652-0607

                                           Frank E. Scherkenbach
                                           225 Franklin Street
                                           Boston, Massachusetts 02110-2804
                                           Telephone: (617) 542-5070
                                           Facsimile:  (617) 542-8906

                                           Howard G. Pollack
                                           500 Arguello Street, Suite 500
                                           Redwood City, California 94063
                                           Telephone: (650) 839-5070
                                           Facsimile:  (650) 839-5071

                                       Attorneys for Plaintiff
                                       POWER INTEGRATIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

      I hereby certify that on this date, I have mailed by first class mail, the

document(s) to the following non-registered participants:

Bas de Blank
Duo Chen
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

                                               /s/ *John F. Horvath*
                                               John F. Horvath

80025453.doc