# EXHIBIT A



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

February 3, 2005

Bas de Blank
(650) 614-7343
bdeblank@orrick.com

**VIA FACSIMILE AND MAIL (650) 839-5070**

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

    Re:    <u>Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)</u>

Dear Howard:

    Thank you for responding to my letter of January 26, 2005 and identifying the Fairchild devices presently accused by Power Integrations of infringing the patents-in-suit. In order to meet the parties' ambitious schedule and complete document production no later than June 30, 2005, we intend to begin to gather documents concerning the accused FSDH0165, FSDL0365, FSDM0565, FSD200, and FSD210 families of products shortly.

    As we discussed, we anticipate that the majority of documents related to the accused families of Fairchild devices are located entirely in Korea and written in Korean. This makes any effort to gather such documents both complicated and expensive. To avoid the undue expense of having to return to Korea to search for additional documents, we wish to confirm that Power Integrations does not intend to accuse any additional Fairchild devices outside of the five accused families. Should Power Integrations later seek to broaden the scope of accused products, however, we reserve the right to shift the cost of the collection, review, and production of additional documents to Power Integrations.

    It appears likely that Fairchild will produce electronic documents concerning the five accused families of products. Should this happen, Fairchild intends to produce such documents in TIFF format. This is consistent with guidelines for electronic discovery in the Delaware courts and will facilitate inclusion of Bates numbers and the appropriate confidentiality designation on each page.

    Finally, your letter of January 31, 2005 did not respond to our request that Power Integrations identify which claims it asserts from the patents-in-suit and, specifically, which Fairchild product or products are accused of infringing each such claim. We repeat our request for this information as it will facilitate our investigation of Power Integrations' allegations and our collection of responsive documents.

DOCSSV1:293536.1


ORRICK

Howard G. Pollack
February 3, 2005
Page 2

    Thank you for your assistance in these matters. Please do not hesitate to call should you have any questions.

                              Sincerely,

                              Bas de Blank

cc:    William J. Marsden, Jr.