# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, FAIRCHILD SEMICONDUCTOR KOREA, a Korean corporation,<br>      Defendants. | C.A. No. 047-1371-JJF<br><br>JURY TRIAL REQUESTED |

**SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

    Plaintiff Power Integrations, Inc. hereby alleges as follows:

**THE PARTIES**

    1.    Power Integrations, Inc. ("Power Integrations") is incorporated under the laws of the state of Delaware, and has a regular and established place of business at 5245 Hellyer Avenue, San Jose, California, 95138.

    2.    Upon information and belief, defendant Fairchild Semiconductor International, Inc. is incorporated under the laws of the state of Delaware, with its headquarters located at 82 Running Hill Road, South Portland, Maine, 04106. Upon information and belief, defendant Fairchild Semiconductor Corporation is incorporated under the laws of the state of Delaware, with its headquarters located at 82 Running Hill Road, South Portland, Maine, 04106. Upon information and belief, defendant Fairchild Semiconductor Korea is a Korean corporation and wholly-owned subsidiary of Fairchild Semiconductor Corporation and Fairchild Semiconductor International, Inc., both of which are incorporated under the laws of the state of Delaware, with headquarters located

1

at 82 Running Hill Road, South Portland, Maine, 04106.  (Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild Semiconductor Korea hereinafter collectively "Fairchild Semiconductor.")

## JURISIDICTION AND VENUE

3.	This action arises under the patent laws of the United States, Title 35 U.S.C. § 1 *et seq*.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4.	Upon information and belief, this Court has personal jurisdiction over defendants because defendants are incorporated, doing business and advertising in this judicial District.

5.	Upon information and belief, venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400 because the defendants are subject to personal jurisdiction in this judicial District.

## GENERAL ALLEGATIONS

6.	Power Integrations' products include its integrated pulse width modulation ("PWM") integrated circuits that are used in power supplies for electronic devices such as cellular telephones, LCD monitors and computers.  These products are sold throughout the United States, including Delaware.

7.	Upon information and belief, defendants manufacture PWM integrated circuits devices (e.g., devices intended for use in power conversion applications such as LCD monitor power supplies or battery chargers for portable electronics), and directly and through their affiliates, uses, imports, sells, and offers to sell the same throughout the United States, including Delaware.

## FIRST CAUSE OF ACTION

### INFRINGEMENT OF U.S. PATENT NO. 6,107,851

8.	The allegations of paragraphs 1-7 are incorporated as though fully set forth herein.

2

9. Power Integrations is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 6,107,851, entitled "Offline Converter with Integrated Softstart and Frequency Jitter" ("the '851 patent"), which was duly and legally issued on August 22, 2000. A true and correct copy of the '851 patent is attached hereto as Exhibit A.

10. Upon information and belief, defendants have been and are now infringing, inducing infringement, and contributing to the infringement of the '851 patent by making, using, importing, selling, and offering to sell devices, including PWM integrated circuit devices, and/or inducing or contributing to the importation, use, offer for sale and sale by others of such devices covered by one or more claims of the '851 patent, all to the injury of Power Integrations.

11. Defendants' acts of infringement have injured and damaged Power Integrations.

12. Defendants' infringement has caused irreparable injury to Power Integrations and will continue to cause irreparable injury until defendants are enjoined from further infringement by this Court.

13. Upon information and belief, Defendants' infringement has been, and continues to be, willful so as to warrant enhancement of damages awarded as a result of its infringement.

## SECOND CAUSE OF ACTION
## INFRINGEMENT OF U.S. PATENT NO. 6,249,876

14. The allegations of paragraphs 1-7 are incorporated as though fully set forth herein.

15. Power Integrations is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 6,249,876, entitled "Frequency Jittering Control for Varying the Switching Frequency of a Power

Supply" ("the '876 patent"), which was duly and legally issued on June 19, 2001. A true and correct copy of the '876 patent is attached hereto as Exhibit B.

16. Upon information and belief, defendants have been and are now infringing, inducing infringement, and contributing to the infringement of the '876 patent by making, using, importing, selling, and offering to sell devices, including PWM integrated circuit devices and/or inducing or contributing to the importation, use, offer for sale and sale by others of such devices covered by one or more claims of the '876 patent, all to the injury of Power Integrations.

17. Defendants' acts of infringement have injured and damaged Power Integrations.

18. Defendants' infringement has caused irreparable injury to Power Integrations and will continue to cause irreparable injury until defendants are enjoined from further infringement by this Court.

19. Upon information and belief, Defendants' infringement has been, and continues to be, willful so as to warrant enhancement of damages awarded as a result of its infringement.

### THIRD CAUSE OF ACTION
### INFRINGEMENT OF U.S. PATENT NO. 6,229,366

20. The allegations of paragraphs 1-7 are incorporated as though fully set forth herein.

21. Power Integrations is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 6,229,366, entitled "Off-Line Converter with Integrated Softstart and Frequency Jitter" ("the '366 patent"), which was duly and legally issued on May 8, 2001. A true and correct copy of the '366 patent is attached hereto as Exhibit C.

22. Upon information and belief, defendants have been and are now infringing, inducing infringement, and contributing to the infringement of the '366 patent by making, using, importing, selling, and offering to sell devices, including PWM integrated circuit devices and/or inducing or contributing to the importation, use, offer for sale and sale by others of such devices covered by one or more claims of the '366 patent, all to the injury of Power Integrations.

23. Defendants' acts of infringement have injured and damaged Power Integrations.

24. Defendants' infringement has caused irreparable injury to Power Integrations and will continue to cause irreparable injury until defendants are enjoined from further infringement by this Court.

25. Upon information and belief, Defendants' infringement has been, and continues to be, willful so as to warrant enhancement of damages awarded as a result of its infringement.

**FOURTH CAUSE OF ACTION**

**INFRINGEMENT OF U.S. PATENT NO. 4,811,075**

26. The allegations of paragraphs 1-7 are incorporated as though fully set forth herein.

27. Power Integrations is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 4,811,075, entitled "High Voltage MOS Transistors" ("the '075 patent"), which was duly and legally issued on March 7, 1989. A true and correct copy of the '075 patent is attached hereto as Exhibit D.

28. Upon information and belief, defendants have been and are now infringing, inducing infringement, and contributing to the infringement of the '075 patent by making, using, importing, selling, and offering to sell devices, including PWM integrated circuit devices and/or inducing or contributing to the importation, use, offer for

sale and sale by others of such devices covered by one or more claims of the '075 patent, all to the injury of Power Integrations.

29. Defendants' acts of infringement have injured and damaged Power Integrations.

30. Defendants' infringement has caused irreparable injury to Power Integrations and will continue to cause irreparable injury until defendants are enjoined from further infringement by this Court.

31. Upon information and belief, Defendants' infringement has been, and continues to be, willful so as to warrant enhancement of damages awarded as a result of its infringement.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests the following relief:

(a) judgment against defendants as to willful infringement of the '851 patent;

(b) judgment against defendants as to willful infringement of the '876 patent;

(c) judgment against defendants as to willful infringement of the '366 patent;

(d) judgment against defendants as to willful infringement of the '075 patent;

(e) a permanent injunction preventing defendants and their officers, directors, agents, servants, employees, attorneys, licensees, successors, assigns, and customers, and those in active concert or participation with any of them, from making, using, importing, offering to sell or selling any devices that infringe any claim of the '851, '876, '366, or '075 patents;

(f) judgment against defendants for money damages sustained as a result of defendants' infringement of the '851, '876, '366, and '075 patents;

(g) that any such money judgment be trebled as a result of the willful nature of Defendants' infringement;

  (h) costs and reasonable attorneys' fees incurred in connection with this action pursuant to 35 U.S.C § 285; and

  (i) such other and further relief as this Court finds just and proper.

## **JURY DEMAND**

Plaintiff requests trial by jury.

Dated: August 8, 2005         FISH & RICHARDSON P.C.


                              By: /s/ *Sean P. Hayes*
                                  William J. Marsden, Jr. (#2247)
                                  Sean P. Hayes (#4413)
                                  John F. Horvath (#4557)
                                  919 N. Market Street, Suite 1100
                                  P.O. Box 1114
                                  Wilmington, DE 19801
                                  Telephone: (302) 652-5070
                                  Facsimile: (302) 652-0607

                                  Frank E. Scherkenbach
                                  225 Franklin Street
                                  Boston, MA 02110-2804
                                  Telephone: (617) 542-5070
                                  Facsimile: (617) 542-8906

                                  Michael Kane
                                  60 South Sixth Street
                                  3300 Dain Rauscher Plaza
                                  Minneapolis, MN 55402
                                  Telephone: (612) 335-5070
                                  Facsimile: (612) 288-9696

                                  Howard G. Pollack
                                  Gina M. Steele
                                  Michael R. Headley
                                  500 Arguello Street, Suite 500
                                  Redwood City, CA 94063
                                  Telephone: (650) 839-5070
                                  Facsimile: (650) 839-5071

                                  Attorneys for Plaintiff
                                  POWER INTEGRATIONS, INC.

50290875.doc

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and <u>FAIRCHILD SEMICONDUCTOR KOREA, a Korean corporation,</u><br>　　　　　Defendants. | C.A. No. 047-1371-JJF<br><br>JURY TRIAL REQUESTED |

### ~~FIRST~~SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Power Integrations, Inc. hereby alleges as follows:

### THE PARTIES

1. Power Integrations, Inc. ("Power Integrations") is incorporated under the laws of the state of Delaware, and has a regular and established place of business at 5245 Hellyer Avenue, San Jose, California, 95138.

2. Upon information and belief, defendant Fairchild Semiconductor International, Inc. is incorporated under the laws of the state of Delaware, with its headquarters located at 82 Running Hill Road, South Portland, Maine, 04106. Upon information and belief, defendant Fairchild Semiconductor Corporation is incorporated under the laws of the state of Delaware, with its headquarters located at 82 Running Hill Road, South Portland, Maine, 04106. <u>Upon information</u> and <u>belief, defendant Fairchild Semiconductor Korea is a Korean corporation and wholly-owned subsidiary of</u> Fairchild Semiconductor Corporation <u>and Fairchild Semiconductor International, Inc., both of which are incorporated under the laws of the state of Delaware, with headquarters located</u>

1

at 82 Running Hill Road, South Portland, Maine, 04106.  (Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild Semiconductor Korea hereinafter collectively "Fairchild Semiconductor.")

## JURISIDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 U.S.C. § 1 *et seq*.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4. Upon information and belief, this Court has personal jurisdiction over defendants because defendants are incorporated, doing business and advertising in this judicial District.

5. Upon information and belief, venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400 because the defendants are subject to personal jurisdiction in this judicial District.

## GENERAL ALLEGATIONS

6. Power Integrations' products include its integrated pulse width modulation ("PWM") integrated circuits that are used in power supplies for electronic devices such as cellular telephones, LCD monitors and computers.  These products are sold throughout the United States, including Delaware.

7. Upon information and belief, defendants manufacture PWM integrated circuits devices (e.g., devices intended for use in power conversion applications such as LCD monitor power supplies or battery chargers for portable electronics), and directly and through their affiliates, uses, imports, sells, and offers to sell the same throughout the United States, including Delaware.

## FIRST CAUSE OF ACTION

### INFRINGEMENT OF U.S. PATENT NO. 6,107,851

8. The allegations of paragraphs 1-7 are incorporated as though fully set forth herein.

9. Power Integrations is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 6,107,851, entitled "Offline Converter with Integrated Softstart and Frequency Jitter" ("the '851 patent"), which was duly and legally issued on August 22, 2000. A true and correct copy of the '851 patent is attached hereto as Exhibit A.

10. Upon information and belief, defendants have been and are now infringing, inducing infringement, and contributing to the infringement of the '851 patent by making, using, importing, selling, and offering to sell devices, including PWM integrated circuit devices, and/or inducing or contributing to the importation, use, offer for sale and sale by others of such devices covered by one or more claims of the '851 patent, all to the injury of Power Integrations.

11. Defendants' acts of infringement have injured and damaged Power Integrations.

12. Defendants' infringement has caused irreparable injury to Power Integrations and will continue to cause irreparable injury until defendants are enjoined from further infringement by this Court.

13. Upon information and belief, Defendants' infringement has been, and continues to be, willful so as to warrant enhancement of damages awarded as a result of its infringement.

**SECOND CAUSE OF ACTION**

**INFRINGEMENT OF U.S. PATENT NO. 6,249,876**

14. The allegations of paragraphs 1-7 are incorporated as though fully set forth herein.

15. Power Integrations is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 6,249,876, entitled "Frequency Jittering Control for Varying the Switching Frequency of a Power

Supply" ("the '876 patent"), which was duly and legally issued on June 19, 2001. A true and correct copy of the '876 patent is attached hereto as Exhibit B.

16. Upon information and belief, defendants have been and are now infringing, inducing infringement, and contributing to the infringement of the '876 patent by making, using, importing, selling, and offering to sell devices, including PWM integrated circuit devices and/or inducing or contributing to the importation, use, offer for sale and sale by others of such devices covered by one or more claims of the '876 patent, all to the injury of Power Integrations.

17. Defendants' acts of infringement have injured and damaged Power Integrations.

18. Defendants' infringement has caused irreparable injury to Power Integrations and will continue to cause irreparable injury until defendants are enjoined from further infringement by this Court.

19. Upon information and belief, Defendants' infringement has been, and continues to be, willful so as to warrant enhancement of damages awarded as a result of its infringement.

## THIRD CAUSE OF ACTION
### INFRINGEMENT OF U.S. PATENT NO. 6,229,366

20. The allegations of paragraphs 1-7 are incorporated as though fully set forth herein.

21. Power Integrations is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 6,229,366, entitled "Off-Line Converter with Integrated Softstart and Frequency Jitter" ("the '366 patent"), which was duly and legally issued on May 8, 2001. A true and correct copy of the '366 patent is attached hereto as Exhibit C.

22. Upon information and belief, defendants have been and are now infringing, inducing infringement, and contributing to the infringement of the '366 patent by making, using, importing, selling, and offering to sell devices, including PWM integrated circuit devices and/or inducing or contributing to the importation, use, offer for sale and sale by others of such devices covered by one or more claims of the '366 patent, all to the injury of Power Integrations.

23. Defendants' acts of infringement have injured and damaged Power Integrations.

24. Defendants' infringement has caused irreparable injury to Power Integrations and will continue to cause irreparable injury until defendants are enjoined from further infringement by this Court.

25. Upon information and belief, Defendants' infringement has been, and continues to be, willful so as to warrant enhancement of damages awarded as a result of its infringement.

## FOURTH CAUSE OF ACTION
## INFRINGEMENT OF U.S. PATENT NO. 4,811,075

26. The allegations of paragraphs 1-7 are incorporated as though fully set forth herein.

27. Power Integrations is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 4,811,075, entitled "High Voltage MOS Transistors" ("the '075 patent"), which was duly and legally issued on March 7, 1989. A true and correct copy of the '075 patent is attached hereto as Exhibit D.

28. Upon information and belief, defendants have been and are now infringing, inducing infringement, and contributing to the infringement of the '075 patent by making, using, importing, selling, and offering to sell devices, including PWM integrated circuit devices and/or inducing or contributing to the importation, use, offer for

5

sale and sale by others of such devices covered by one or more claims of the '075 patent, all to the injury of Power Integrations.

29.     Defendants' acts of infringement have injured and damaged Power Integrations.

30.     Defendants' infringement has caused irreparable injury to Power Integrations and will continue to cause irreparable injury until defendants are enjoined from further infringement by this Court.

31.     Upon information and belief, Defendants' infringement has been, and continues to be, willful so as to warrant enhancement of damages awarded as a result of its infringement.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests the following relief:

(a)     judgment against defendants as to willful infringement of the '851 patent;

(b)     judgment against defendants as to willful infringement of the '876 patent;

(c)     judgment against defendants as to willful infringement of the '366 patent;

(d)     judgment against defendants as to willful infringement of the '075 patent;

(e)     a permanent injunction preventing defendants and their officers, directors, agents, servants, employees, attorneys, licensees, successors, assigns, and customers, and those in active concert or participation with any of them, from making, using, importing, offering to sell or selling any devices that infringe any claim of the '851, '876, '366, or '075 patents;

(f)     judgment against defendants for money damages sustained as a result of defendants' infringement of the '851, '876, '366, and '075 patents;

(g)     that any such money judgment be trebled as a result of the willful nature of Defendants' infringement;

(h) costs and reasonable attorneys' fees incurred in connection with this action pursuant to 35 U.S.C § 285; and

(i) such other and further relief as this Court finds just and proper.

## JURY DEMAND

Plaintiff requests trial by jury.

Dated: August 8, 2005  FISH & RICHARDSON P.C.

By: /s/ *Sean P. Hayes*
   William J. Marsden, Jr. (#2247)
   Sean P. Hayes (#4413)
   John F. Horvath (#4557)
   919 N. Market Street, Suite 1100
   P.O. Box 1114
   Wilmington, DE 19801
   Telephone: (302) 652-5070
   Facsimile: (302) 652-0607

   Frank E. Scherkenbach
   225 Franklin Street
   Boston, MA 02110-2804
   Telephone: (617) 542-5070
   Facsimile: (617) 542-8906

   Michael Kane
   60 South Sixth Street
   3300 Dain Rauscher Plaza
   Minneapolis, MN 55402
   Telephone: (612) 335-5070
   Facsimile: (612) 288-9696

   Howard G. Pollack
   Gina M. Steele
   Michael R. Headley
   500 Arguello Street, Suite 500
   Redwood City, CA 94063
   Telephone: (650) 839-5070
   Facsimile: (650) 839-5071

   Attorneys for Plaintiff
   POWER INTEGRATIONS, INC.