IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>   Defendants. | C.A. No. 04-1371-JJF |

**[PROPOSED] ORDER GRANTING PLAINTIFF POWER INTEGRATIONS
MOTION TO AMEND THE COMPLAINT**

  Good cause having been shown, Plaintiff Power Integrations, Inc.'s Motion To Amend The Complaint is GRANTED.

  IT IS SO ORDERED.


Dated: _____       _____
                   JUDGE OF THE UNITED STATES
                   DISTRICT COURT


50292806.doc