IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

**[PROPOSED] ORDER GRANTING PLAINTIFF POWER INTEGRATIONS MOTION TO COMPEL DEFENDANTS TO PRODUCE WITNESSES**

Good cause having been shown, Plaintiff Power Integrations, Inc.'s Motion To Compel Defendants To Produce Witnesses for deposition is GRANTED.

IT IS SO ORDERED.

Dated: _____          _____
                                      JUDGE OF THE UNITED STATES
                                      DISTRICT COURT