IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>   Defendants. | C.A. No. 04-1371-JJF |

**PLAINTIFF POWER INTEGRATIONS, INC.'S
MOTION FOR ORDER TO SHORTEN TIME FOR BRIEFING**

  Plaintiff Power Integrations, Inc. ("Power Integrations") hereby seeks an order shortening time for briefing on Power Integrations' Motion to Amend the Complaint, or in the Alternative, to Compel Defendants to Produce Witnesses ("Motion to Amend or Compel"). The basis for the Motion for Order to Shorten Time for Briefing, as set forth in more detail in the accompanying Memorandum of Points and Authorities and Consolidated Declaration of Michael R. Headley, is that the parties are scheduled to begin depositions in Korea on September 1, 2005, and the Motions at hand will bear on the length and scope of the parties' travels. Specifically, if the Motion to Amend or Compel is not resolved in short order, the parties may be forced to take two trips to Korea for depositions of Fairchild employees.

  By this Motion to Shorten Time for Briefing, Power Integrations requests that the Court order that the underlying Motion to Amend or Compel be heard during a teleconference on August 19, 2005, or at other such time and date as is convenient for the Court. Power Integrations further requests that the Court set the following briefing schedule for the Motion to Amend or Compel: Fairchild shall serve and file its

Opposition to the Motion to Amend or Compel on or before August 15, 2005, and Power Integrations shall serve and file its reply, if any, on or before August 17, 2005.

Dated:  August 8, 2005                    FISH & RICHARDSON P.C.

                                          By: /s/ *Sean P. Hayes*
                                              William J. Marsden, Jr. (#2247)
                                              Sean P. Hayes (#4413)
                                              919 N. Market Street, Suite 1100
                                              P.O. Box 1114
                                              Wilmington, DE  19899-1114
                                              Telephone: (302) 652-5070
                                              Facsimile:  (302) 652-0607

                                              Frank E. Scherkenbach
                                              225 Franklin Street
                                              Boston, MA 02110-2804
                                              Telephone: (617) 542-5070
                                              Facsimile:  (617) 542-8906

                                              Howard G. Pollack
                                              Gina M. Steele
                                              Michael R. Headley
                                              500 Arguello Street, Suite 500
                                              Redwood City, CA  94063
                                              Telephone: (650) 839-5070
                                              Facsimile:  (650) 839-5071

                                          Attorneys for Plaintiff
                                          POWER INTEGRATIONS, INC.

50291493.doc

**CERTIFICATION PURSUANT TO LOCAL RULE
OF CIVIL PROCEDURE 7.1.1**

Pursuant to Local Rules of Civil Procedure 7.1.1, counsel for Power Integrations certifies that it has in good faith conferred with counsel for Fairchild in an effort to secure the a stipulation to Plaintiff's Motion to Shorten Time for Briefing, but that the parties, after a reasonable effort, are unable to resolve the dispute.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2005, I electronically filed **PLAINTIFF POWER INTEGRATIONS, INC.'S MOTION TO SHORTEN TIME FOR BRIEFING** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendant-Counterclaimant<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION |

I hereby certify that on August 8, 2005, I have mailed the document(s) via Federal Express to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Duo Chen<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION |

/s/ *Sean P. Hayes*
Sean P. Hayes

50291493.doc