IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION,  a Delaware corporation,<br><br>       Defendants. | C.A. No. 04-1371-JJF |

**[PROPOSED] ORDER TO SHORTEN TIME FOR BRIEFING**

The parties having satisfied their obligations under Fed. R. Civ. P. 16(b),

IT IS SO ORDERED that:

1.  PLAINTIFF Power Integrations Inc.'s ("Power Integrations") Motion for

    Order to Shorten Time for Briefing is GRANTED.

2.  Power Integrations' Motion to Amend the Complaint, or in the

    Alternative, to Compel Defendants to Produce Witnesses ("Motion") will

    be briefed on a shortened time schedule as follows:

    a.  DEFENDANTS shall serve and file its Opposition to the Motion
        on or before August 15, 2005;
    b.  Power Integrations shall serve and file its reply, if any, on or
        before August 17, 2005; and
    c.  Power Integrations' Motion shall be heard during a teleconference
        to be conducted on August 19, 2005 at 10:00 a.m., or as soon
        thereafter as practical and convenient for the Court.

Dated: _____        By: _____

                                               JUDGE OF THE UNITED STATES
                                               DISTRICT COURT