IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>        Defendants. | C.A. No. 04-1371-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 11, 2005, a true and correct copy of **PLAINTIFF POWER INTEGRATIONS, INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANTS FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. AND FAIRCHILD SEMICONDUCTOR CORPORATION'S FIRST AND SECOND SETS OF INTERROGATORIES (NOS. 22, 26, 27, 33, 35, 37 AND 40)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| **VIA FEDERAL EXPRESS** | **VIA HAND DELIVERY** |
|---|---|
| Steven J. Balick | G. Hopkins Guy |
| John G. Day | Bas de Blank |
| Ashby & Geddes | Duo Chen |
| 222 Delaware Avenue, 17th Floor | Orrick, Herrington, Sutcliffe LLP |
| P. O. Box 1150 | 1000 Marsh Road |
| Wilmington, DE 19899 | Menlo Park, CA 94025 |

Dated: August 12, 2005　　　　　　　FISH & RICHARDSON P.C.


By: /s/ *Sean P. Hayes*
　　William J. Marsden, Jr. (#2247)
　　Sean P. Hayes (#4413)
　　919 N. Market Street, Suite 1100
　　P.O. Box 1114
　　Wilmington, DE  19899-1114
　　Telephone: (302) 652-5070
　　Facsimile:  (302) 652-0607

　　Frank E. Scherkenbach
　　225 Franklin Street
　　Boston, MA 02110-2804
　　Telephone: (617) 542-5070
　　Facsimile:  (617) 542-8906

　　Michael Kane
　　60 South Sixth Street
　　3300 Dain Rauscher Plaza
　　Minneapolis, MN 55402
　　Telephone: (612) 335-5070
　　Facsimile: (612) 288-9696

　　Howard G. Pollack
　　500 Arguello Street, Suite 500
　　Redwood City, CA 94063
　　Telephone: (650) 839-5070
　　Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on this date, I have mailed by first class mail, the document(s) to the following non-registered participants:

G. Hopkins Guy, III
Bas de Blank
Duo Chen
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

/s/ *Sean P. Hayes*
Sean P. Hayes