IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, Inc.         :
                                 :
        Plaintiff,               :    Civil Action No. 04-1371-JJF
                                 :
    v.                           :
                                 :
FAIRCHILD SEMICONDUCTOR          :
INTERNATIONAL, INC.,             :
                                 :
        Defendant.                :

**O R D E R**

At Wilmington this 11 day of August, 2005,

IT IS HEREBY ORDERED that a second teleconference regarding the parties discovery disputes will be held on **Tuesday, August 23, 2005, at 10:30 a.m.** Parties to submit letter responses no later than **Monday, August 22, 2005, at 5:00 p.m.** Counsel for Plaintiff shall arrange the call.

_/s/ Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE