IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

**NOTICE OF DEPOSITION OF GARY DOLNEY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

PLEASE TAKE NOTICE that Plaintiff Power Integrations, Inc., by its counsel, will take the deposition of Gary Dolney on September 12, 2005, at 9:00 a.m., at the offices of Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, CA 94063, or at such other location and time as the parties shall agree. If the deposition is not completed on the date set out above, the taking of the deposition will continue day to day thereafter until complete. The deposition shall be taken upon oral examination before an officer authorized to administer oaths and take testimony. The oral examination will be recorded stenographically and will include the use of instantaneous transcription and/or videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition-taker and stenographer using software such as "LiveNote."

| | |
|---|---|
| Dated: August 18, 2005 | FISH & RICHARDSON P.C.<br><br>By: _____<br>William J. Marsden, Jr. (#2247)<br>Sean P. Hayes (#4413)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: (302) 652-5070<br>Facsimile: (302) 652-0607<br><br>Frank E. Scherkenbach<br>225 Franklin Street<br>Boston, Massachusetts 02110-2804<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906<br><br>Howard G. Pollack<br>Gina M. Steele<br>Michael R. Headley<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Attorneys for Plaintiff<br>POWER INTEGRATIONS, INC. |

50294584.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**NOTICE OF DEPOSITION OF GARY DOLNEY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendant-Counterclaimant<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR CORPORATION |

I hereby certify that on August 18, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Duo Chen<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR CORPORATION |

Sean P. Hayes (#4413)

50294584.doc