IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION,  a Delaware corporation,<br><br>    Defendants. | C.A. No. 04-1371-JJF |

**NOTICE OF DEPOSITION OF STEPHEN JENSEN PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

PLEASE TAKE NOTICE that Plaintiff Power Integrations, Inc., by its counsel, will take the deposition of Stephen Jensen on September 12, 2005, at 9:00 a.m., at the offices of Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, CA 94063, or at such other location and time as the parties shall agree.  If the deposition is not completed on the date set out above, the taking of the deposition will continue day to day thereafter until complete.  The deposition shall be taken upon oral examination before an officer authorized to administer oaths and take testimony.  The oral examination will be recorded stenographically and will include the use of instantaneous transcription and/or videotape.  Some or all of the deposition testimony may involve real-time computer connection between the deposition-taker and stenographer using software such as "LiveNote."

Dated: August 18, 2005        FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Sean P. Hayes (#4413)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
Gina M. Steele
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

50287246.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2005, I electronically filed with the Clerk of

Court using CM/ECF which will send notification of such filing(s) to the following:

**NOTICE OF DEPOSITION OF STEPHEN JENSEN PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

Steven J. Balick, Esq.                    Attorneys for Defendant-
John G. Day, Esquire                      Counterclaimant
Ashby & Geddes                            FAIRCHILD SEMICONDUCTOR
222 Delaware Avenue, 17th Floor           INTERNATIONAL, INC. and
P. O. Box 1150                            FAIRCHILD SEMICONDUCTOR
Wilmington, DE 19899                      CORPORATION

I hereby certify that on August 18, 2005, I have mailed by United States Postal

Service, the document(s) to the following non-registered participants:

G. Hopkins Guy, III                       Attorneys for Defendants
Bas de Blank                              FAIRCHILD SEMICONDUCTOR
Duo Chen                                  INTERNATIONAL, INC. and
Orrick, Herrington & Sutcliffe, LLP       FAIRCHILD SEMICONDUCTOR
1000 Marsh Road                           CORPORATION
Menlo Park, CA  94025

_____
Sean P. Hayes (#4413)

50287246.doc