IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

**NOTICE OF DEPOSITION OF J.W. LEE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

PLEASE TAKE NOTICE that Plaintiff Power Integrations, Inc., by its counsel, will take the deposition of J.W. Lee on September 9, 2005, at 9:00 a.m., at the law offices of Kim & Chang, Hannuri Building, 219 Naeja-dong, Jongno-gu, Seoul 110-053, Korea, or at such other location and time as the parties shall agree. If the deposition is not completed on the date set out above, the taking of the deposition will continue day to day thereafter until complete. The deposition shall be taken upon oral examination before an officer authorized to administer oaths and take testimony. The oral examination will be recorded stenographically and will include the use of instantaneous transcription and/or videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition-taker and stenographer using software such as "LiveNote."

Dated: August 18, 2005               FISH & RICHARDSON P.C.

                                     By: /s/ *illegible signature*
                                     _____
                                     William J. Marsden, Jr. (#2247)
                                     Sean P. Hayes (#4413)
                                     919 N. Market Street, Suite 1100
                                     P.O. Box 1114
                                     Wilmington, DE 19899-1114
                                     Telephone: (302) 652-5070
                                     Facsimile: (302) 652-0607

                                     Frank E. Scherkenbach
                                     225 Franklin Street
                                     Boston, Massachusetts 02110-2804
                                     Telephone: (617) 542-5070
                                     Facsimile: (617) 542-8906

                                     Howard G. Pollack
                                     Gina M. Steele
                                     Michael R. Headley
                                     500 Arguello Street, Suite 500
                                     Redwood City, California 94063
                                     Telephone: (650) 839-5070
                                     Facsimile: (650) 839-5071

                                     Attorneys for Plaintiff
                                     POWER INTEGRATIONS, INC.

50294680.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**NOTICE OF DEPOSITION OF J.W. LEE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendant-Counterclaimant<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR CORPORATION |

I hereby certify that on August 18, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Duo Chen<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR CORPORATION |

_____
Sean P. Hayes (#4413)

50294680.doc