# Exhibit B

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

**Michael R. Headley**
(650) 839-5139

Email
headley@fr.com

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

<u>VIA FACSIMILE & U.S. MAIL</u>

August 17, 2005

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:  <u>Power Integrations Inc. v. Fairchild Semiconductor International</u>
USDC-D. Del. - C.A. No. 04-1371-JJF

Dear Bas:

Enclosed please find individual deposition notices which we will be filing with the court tomorrow morning for various Fairchild employees, including employees of Fairchild's wholly-owned subsidiary Fairchild Semiconductor Korea. By now we have discussed all of the noticed employees who might be employed abroad, but as you have not confirmed the status of the employees who are planning to leave Fairchild Korea we have enclosed notices for them as well.

I have included place-holder dates for the various depositions for which we have not yet discussed specific dates, and we will work with you to reschedule these depositions as needed. Many of these depositions will no doubt be short, and we hope that the earlier depositions will eliminate the need to depose some of these individuals altogether. For example, we hope that the deposition of C.S. Lim will prevent the need to depose Y.C. Ryu, the other designer listed on the schematics for the Fairchild 0165 devices. We similarly anticipate that the deposition of K.O Jang will limit the testimony we need to take from M.H. Kim, fellow designer of the 200 series devices.

We are likely to identify further witnesses for deposition in the future, particularly given the outstanding motion to amend and Fairchild's recent production of nearly 275,000 pages of documents, but I wanted to get you these notices to help you to plan accordingly.

FISH & RICHARDSON P.C.

Bas de Blank
August 17, 2005
Page 2


Let me know if you will not provide any of these witnesses for depositions in their individual capacities so that we can resolve the issue before traveling to Korea.

Sincerely,

Michael R. Headley

/vfl

Enclosures

50294663.doc