IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a
Delaware corporation,

        Plaintiff,

        v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a Delaware
corporation, and FAIRCHILD
SEMICONDUCTOR CORPORATION, a
Delaware corporation,

        Defendants.

C.A. No. 04-1371-JJF

**PLAINTIFF'S MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE,
RECONSIDERATION OF THE COURT'S AUGUST 9, 2005 ORDER**

For the reasons set forth in the accompanying Memorandum in Support of

Plaintiff Power Integrations' Motion for Clarification or, in the Alternative,

Reconsideration of the Court's August 9, 2005 Order, the file in this case and other

matters deemed appropriate by the Court, Plaintiff Power Integrations, Inc. ("Power

Integrations") hereby moves pursuant to 35 U.S.C. 287(a) for Clarification or, in the

Alternative, Reconsideration of the Court's August 9, 2005 Order against Defendants

Fairchild Semiconductor International, Incorporated and Fairchild Semiconductor

Corporation (collectively "Fairchild").  A proposed form of order is attached hereto.

Dated: August 23, 2005                    FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Sean P. Hayes (#4413)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, <br><br> Defendants. | C.A. No. 04-1371-JJF |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, RECONSIDERATION OF THE COURT'S AUGUST 9, 2005 ORDER**

Good cause having been shown, Plaintiff's Motion for Clarification or, in the Alternative, Reconsideration of the Court's August 9, 2005 Order is GRANTED. The Court hereby:

a. GRANTS Plaintiff's Motion for Clarification, having determined that the Court's August 9, 2005 Order, with respect to Plaintiff Power Integrations' compliance with 35 U.S.C. § 287, applies only in the context of the Power Integrations' Motion to Compel Production of Documents. The issue of compliance with 35 U.S.C. § 287 has not been, and may still be, presented before this Court; or

b. GRANTS Plaintiff's Motion for Reconsideration, having determined that the Court's August 9, 2005 Order, with respect to Plaintiff Power Integrations' compliance with 35 U.S.C. § 287, applies for all purposes to this action. However, upon reconsideration, the Court will permit the

parties to submit full-length briefs comprehensively addressing both the relevant facts and legal authorities.

IT IS SO ORDERED.

Dated: _____        _____

                                        JUDGE

50295566.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2005, I electronically filed with the Clerk of

Court using CM/ECF which will send notification of such filing(s) to the following:

**PLAINTIFF'S MOTION FOR CLARIFICATION OR, IN THE
ALTERNATIVE, RECONSIDERATION OF THE COURT'S AUGUST 9,
2005 ORDER and [PROPOSED] ORDER**

Steven J. Balick, Esq.
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

Attorneys for Defendant-
Counterclaimant
FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC. and
FAIRCHILD SEMICONDUCTOR
CORPORATION

I hereby certify that on August 23, 2005, I have sent by Federal Express, the

document(s) to the following non-registered participants:

G. Hopkins Guy, III
Bas de Blank
Duo Chen
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC. and
FAIRCHILD SEMICONDUCTOR
CORPORATION

William J. Marsden, Jr. (#2247)