IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,           :
                                    :
       Plaintiff,                   :
                                    :
   v.                               : Civil Action No. 04-1371 JJF
                                    :
FAIRCHILD SEMICONDUCTOR             :
INTERNATIONAL, INC., and FAIRCHILD  :
SEMICONDUCTOR CORPORATION,          :
                                    :
       Defendants.                  :

## O R D E R

WHEREAS, Plaintiff Power Integrations, Inc. ("Plaintiff") filed a Motion To Amend The Complaint Or, In The Alternative, To Compel Defendants To Produce Witnesses (D.I. 47);

WHEREAS, The Court held a teleconference in the above-captioned matter on August 23, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that, to the extent and for the reasons discussed on the record at the August 23 teleconference, Plaintiff's Motion To Amend The Complaint Or, In The Alternative, To Compel Defendants To Produce Witnesses (D.I. 47) is **DENIED** with regard to amendment of the Complaint and **GRANTED** with regard to production of witnesses.

August 25, 2005
DATE

                                            UNITED STATES DISTRICT JUDGE