IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

### ENTRY OF APPEARANCE

Please enter the appearance of the below attorneys for Plaintiff Power Integrations, Inc., in the above matter.

Dated: September 13, 2005

                                             By: /s/ John M. Seaman
                                                    Andre G. Bouchard (ID No. 2504)
                                                    John M. Seaman (ID No. 3868)
                                                    Bouchard Margules & Friedlander, P.A.
                                                    222 Delaware Avenue, Suite 1400
                                                    Wilmington, DE 19801
                                                    [abouchard@bmf-law.com]
                                                    [jseaman@bmf-law.com]
                                                    302-573-3500

                                             Attorneys for Plaintiff
                                             POWER INTEGRATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2005, I caused to be electronically filed a true and correct copy of the foregoing document – **ENTRY OF APPEARANCE** – with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

Attorneys for Defendant-Counterclaimant
FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC. and FAIRCHILD
SEMICONDUCTOR CORPORATION

William J. Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants in the manner indicated below:

**VIA FACSIMILE & U.S. MAIL**
G. Hopkins Guy, III
Bas de Blank
Duo Chen
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC. and
FAIRCHILD SEMICONDUCTOR
CORPORATION

By: /s/ John M. Seaman

Andre G. Bouchard (ID No. 2504)
John M. Seaman (ID No. 3868)
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
[abouchard@bmf-law.com]
[jseaman@bmf-law.com]
302-573-3500

Attorney for Plaintiff
POWER INTEGRATIONS, INC.