IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which non-party LG Electronics U.S.A., Inc. can object to plaintiff's September 13, 2005 subpoena (D.I. 99) is extended through and including September 30, 2005.


BOUCHARD MARGULES &  ASHBY & GEDDES
    FRIEDLANDER, P.A.

*/s/ John M. Seaman*  */s/ Steven J. Balick*

_____  _____
Andre G. Bouchard (I.D. #2504)  Steven J. Balick (I.D. #2114)
John M. Seaman (I.D. #3868)  John G. Day (I.D. #2403)
222 Delaware Avenue, Suite 1400  222 Delaware Avenue, 17th Floor
Wilmington, DE  19801  P.O. Box 1150
302-573-3500  Wilmington, DE  19899
abouchard@bmf-law.com  302-654-1888
jseaman@bmf-law.com  sbalick@ashby-geddes.com
  jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Attorneys for Non-Party LG Electronics U.S.A., Inc.*

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

161671.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2005, the attached **STIPULATED ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804 | VIA FEDERAL EXPRESS |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN  55402 | VIA FEDERAL EXPRESS |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 | VIA FEDERAL EXPRESS |

*/s/ Steven J. Balick*

Steven J. Balick