IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-1371-JJF |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, | : |
| Defendants. | : |

### O R D E R

WHEREAS, Plaintiff Power Integrations, Inc. ("Power Integrations") filed a Motion For Order To Shorten Time For Briefing (D.I. 50) on Power Integrations'(D.I. 47);

WHEREAS, the Court ruled on the underlying Motion during the August 23, 2005 teleconference and codified its decision in an Order (D.I. 89) issued August 25, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that Power Integration's Motion For Order To Shorten Time For Briefing (D.I. 50) is **DENIED AS MOOT**.

_____
UNITED STATES DISTRICT JUDGE
10/7/05