IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which non-party LG Electronics U.S.A., Inc. can object to plaintiff's September 13, 2005 subpoena (D.I. 99) is extended through and including November 11, 2005.

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | ASHBY & GEDDES |
| | |
| */s/ John M. Seaman* | */s/ Steven J. Balick* |
| _____ | _____ |
| Andre G. Bouchard (I.D. #2504) | Steven J. Balick (I.D. #2114) |
| John M. Seaman (I.D. #3868) | John G. Day (I.D. #2403) |
| 222 Delaware Avenue, Suite 1400 | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| 302-573-3500 | Wilmington, DE 19899 |
| abouchard@bmf-law.com | 302-654-1888 |
| jseaman@bmf-law.com | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Non-Party LG Electronics U.S.A., Inc.* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

162336.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2005, the attached **STIPULATED ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE  19899 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804 | VIA ELECTRONIC MAIL |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN  55402 | VIA ELECTRONIC MAIL |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 | VIA ELECTRONIC MAIL |
| Bas de Blank, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*
_____
Steven J. Balick

161970.1