IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a
Delaware corporation,

          Plaintiff,

    v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a Delaware
corporation, and FAIRCHILD
SEMICONDUCTOR CORPORATION, a
Delaware corporation,

          Defendants.

C.A. No. 04-1371-JJF

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 30, 2005, a true and correct copy of

(1) Plaintiff Power Integrations, Inc.'s Second Supplemental Response To Defendants'

First Set Of Interrogatories (Nos. 1, 7, 8, 13); (2) Plaintiff Power Integrations, Inc.'s

Responses and Objections to Defendants Fairchild Semiconductor International, Inc.'s

and Fairchild Semiconductor Corporation's Third Set of Requests for Admission (Nos.

44-50); (3) Plaintiff Power Integrations, Inc.'s Responses and Objections to Defendants

Fairchild Semiconductor International, Inc.'s and Fairchild Semiconductor Corporation's

fourth Set of Interrogatories (Nos. 48-50) and (4) Blakely Sololokoff Taylor and Zafman

Responses and Objections to Notice of Subpoena Pursuant to Federal Rule of Civil

Procedure 45 were caused to be served on the attorneys of record, at the following

addresses, in the manner indicated:

**BY FACSIMILE AND U.S. MAIL**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O.  Box 1150
Wilmington, DE 19899

**BY FACSIMILE AND U.S. MAIL**
Bas de Blank
Duo Chen
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Dated:  October 21, 2005         FISH & RICHARDSON P.C.


By:   */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    Sean P. Hayes (#4413)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    Telephone: (302) 652-5070
    Facsimile:  (302) 652-0607

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, Massachusetts 02110-2804
    Telephone: (617) 542-5070
    Facsimile:  (617) 542-8906

    Howard G. Pollack
    Gina M. Steele
    Michael R. Headley
    500 Arguello Street, Suite 500
    Redwood City, California 94063
    Telephone: (650) 839-5070
    Facsimile:  (650) 839-5071

    Attorneys for Plaintiff
    POWER INTEGRATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O.  Box 1150
Wilmington, DE 19899

I hereby certify that on October 21, 2005, I have sent via U.S. Mail, the Notice of Service to the following non-registered participants:

Bas de Blank
Duo Chen
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

_/s/ William J. Marsden, Jr._
William J. Marsden, Jr.

80027893.doc