# EXHIBIT A



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

*tel* 650-614-7400
*fax* 650-614-7401
WWW.ORRICK.COM

July 12, 2005

Bas de Blank
(650) 614-7343
bdeblank@orrick.com

*VIA FACSIMILE AND U.S. MAIL*

Gina M. Steele
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94036

     Re:   <u>Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)</u>

Dear Gina:

     Enclosed are draft 30(b)(6) deposition notices to Power Integrations. As we discussed, once you confirm these dates, we will serve the deposition notices. If these dates are unavailable, please let us know as soon as possible what dates would work.

     In addition, we intend to depose at least the following Power Integrations employees:

> Balu Balakrishnan
> Alex Djenguerian
> Leif Lund
> David Kung
> Derek Bell
> Bruce Renouard
> Robert Lelieur
> Richard Fassler
> Cliff Walker

We assume that some or all of these gentlemen will be designated by Power Integrations to testify in response to our 30(b)(6) deposition notices. If you let us know who Power Integrations intends to respond to each 30(b)(6) topic, we will endeavor to schedule their individual deposition for the same time in order to minimize any inconvenience. Of course, this requires that we get sufficient notice so that we can prepare for both depositions. If any of these employees will not be 30(b)(6) deposition witnesses, please let us know that, too, and we will notice their individual depositions.

     Finally, we have still not received a draft of the 30(b)(6) deposition topics for which Power Integrations will seek witnesses. As we have explained, in anticipation of the likely topics we have arranged for witnesses in Korea on September 1, 2, 5-10, and 12-13, 2005. We cannot, however, finalize these dates until we receive the deposition notice and make sure that we have scheduled the appropriate witnesses. Given the difficulty of arranging such third-party witnesses in Korea, please provide the deposition topics as soon as possible.

DOCSSV1:415752.1



**ORRICK**

Gina M. Steele
July 12, 2005
Page 2

     Thank you for your cooperation in these matters.  If you have any questions, please do not hesitate to call.

                                  Sincerely,

                                    Bas de Blank

cc:    William J. Marsden, Jr.
       Howard G. Pollack

Enclosures

# EXHIBIT B

**de Blank, Bas**

| | |
|---|---|
| **From:** | Michael Headley [Headley@fr.com] |
| **Sent:** | Monday, October 03, 2005 3:20 PM |
| **To:** | de Blank, Bas |
| **Subject:** | RE: PI-Fairchild: discovery issues |

Bas--Thank you for confirming that you will go ahead with Mr.
Balakrishnan's deposition on the 7th and 10th.  I will let him know.
Although we have always disagreed with your claim to need Mr.
Balakrishnan for more than two days of deposition, we can cross that bridge when the time
comes (if necessary).  I hope to have information for you tomorrow regarding a date for
Mr. Brunnberg's deposition, but our point person at Power Integrations was out last week,
complicating our ability to coordinate these things.  I also hope to have information for
you later in the day tomorrow regarding a convenient location in Stockholm for Mr.
Eklund's deposition, but either way I will get you the information as soon as possible.
Let's plan to try to talk tomorrow at 6:30 ET/3:30 PT to keep making progress on these and
other outstanding issues.  -Michael

-----Original Message-----
From: de Blank, Bas [mailto:basdeblank@orrick.com]
Sent: Monday, October 03, 2005 3:09 PM
To: Michael Headley
Subject: RE: PI-Fairchild: call today

Michael,
        I just wanted to get back to you about Mr. Balakrishnan's deposition.  As we agreed,
we will begin on October 7, 2005.  You suggested continuing Mr. Balakrishnan's deposition
on October 10, 2005.
We had previously noticed Mr. Brunnberg's deposition for that day but you have yet to
confirm it.  Assuming that Mr.  Brunnberg's deposition will be rescheduled, we can agree
to continue Mr. Balakrishnan's deposition on October 10, 2005, though it is likely that
that day will be taken by a different attorney.  As you know, we do not believe that two
days of deposition will be sufficient.  Thus, we should discuss scheduling additional
days.
        Further, we are still waiting to hear where in Stockholm is convenient for Mr.
Eklund's deposition.  Please provide this information.  Because of the need to arrange for
hotel space, a court reporter, etc., should we not hear from you shortly we will be forced
to pick a location.

Bas de Blank
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
650-614-7343 (phone)
650-614-7401 (fax)

-----Original Message-----
From: Michael Headley [mailto:Headley@fr.com]
Sent: Monday, October 03, 2005 3:57 PM
To: de Blank, Bas
Subject: RE: PI-Fairchild: call today

Bas--I can talk briefly today at 3:00, but not much later than that.
Call my office, and if you get held up at the depositions let me know when you would
propose we talk tomorrow or Wednesday.  The main issue we need to discuss right now is Mr.
Balakrishnan's deposition, so please let me know where you stand on the dates we've
proposed (e-mail is fine if you have word one way or another).  Thanks.  -Michael

---

From: de Blank, Bas [mailto:basdeblank@orrick.com]
Sent: Monday, October 03, 2005 12:04 PM

To: Michael Headley
Subject: 1:30 p.m. call

Michael,
    The depositions got started late.  Can we push our call back a couple of hours.  I should be free at around 6:00 p.m. (EST) so 3:00 p.m. in California.  If that works, I will call you in your office when it ends.

Bas

From Orrick, Herrington & Sutcliffe LLP <orrick.com> on 10/03/2005 12:01:38 PM
IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==========================================================================
================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

# EXHIBIT C

## de Blank, Bas

**From:**  Michael Headley [Headley@fr.com]
**Sent:**  Tuesday, September 27, 2005 6:21 PM
**To:**  de Blank, Bas
**Subject:** RE: PI-Fairchild: new schedule for expert discovery and claim construction briefing

Bas,

As we discussed today, we are fine with a three week extension to my earlier proposed schedule for technical expert discovery, and we are also ok with the revised claim construction briefing we've worked out in the past few days. As noted in my voicemail, though, I now see that the dates in your e-mail (below) do not accurately reflect a three week extension for technical expert discovery. Instead, the second and third dates reflect only a two week difference. Therefore, I take it you meant to propose (and we thought we were agreeing to) a revised schedule for technical expert discovery and claim construction as follows:

Oct. 31 DUE: opening expert technical reports
Nov. 21 DUE: rebuttal technical expert reports
Dec. 2 DUE: opening Markman brief
Dec. 13 CLOSE OF EXPERT technical discovery
Dec. 21 (WED) DUE: responsive Markman brief
Jan. 10 ATTEND: Markman hearing (2/7/05 order)
Mar. 1 DUE: Opening dispositive motions (2/3/05 order)
Mar. 15 DUE: Answers to dispositive motions (2/3/05 order)
Mar. 22 DUE: Replies ISO dispositive motions (2/3/05 order)
May 4 ATTEND: pre-trial conference (2/7/05 order)

Let me know if this is not the revised schedule you meant to suggest when you have a chance, or please just use this one when you send us the draft stipulation regarding the new deadlines.

I also look forward to your proposal regarding the new dates for expert damages discovery. Previously, I had suggested the following revised schedule:

Dec. 14 DUE: opening damages reports
Jan. 13 DUE: rebuttal damages reports
Feb. 10 CLOSE OF EXPERT damages discovery

However, we are amenable to Vicki's suggestion to push these dates back even further to avoid the claim construction hearing, provided that we also work to avoid the holidays.

I look forward to receiving your proposal.

Sincerely,

Michael R. Headley
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063-1526
(650) 839-5139 (direct)
(650) 839-5071 (fax)

This e-mail may contain confidential and privileged information. If you received it in error, please contact the sender and delete all copies.

**From:** de Blank, Bas [mailto:basdeblank@orrick.com]
**Sent:** Tuesday, September 27, 2005 3:53 PM
**To:** Michael Headley
**Subject:** RE: PI-Fairchild: teleconference today

Michael,

    Thank you for the message.  I am glad that we are able to accommodate both Messrs. Dolney and Renouard.  I just sent you an email indicating that we will agree to reschedule Mr. Walker's depo for some time in October.  With respect to the changes in the schedule, we would suggest moving the expert reports out three weeks rather than two.  We think this can be done without having to move the claim construction hearing in the following fashion:

Initial expert reports:  October 31, 2005
Rebuttal expert reports:  November 14, 2005
Complete expert discovery: December 6, 2005
Opening claim construction briefs:    December 2, 2005
Responsive claim construction briefs:    December 21, 2005

The other dates would remain the same.  We hope that moving the deadlines in such a fashion will ensure that the experts have the discovery they need to complete their reports and we can avoid having to supplement them.  We can discuss this further at 4:00 if you like but I wanted to give you a little notice of our proposal so you would have a chance to consider it.

Bas

---

**From:** Michael Headley [mailto:Headley@fr.com]
**Sent:** Tuesday, September 27, 2005 10:57 AM
**To:** de Blank, Bas
**Subject:** RE: PI-Fairchild: teleconference today

Bas,

I'd proposed 3:00 for a call in an e-mail yesterday, but 4:00 works for me as well.  Call me at 4:00--I'll be in my office.

Just to keep things moving along, I wanted to let you know we've moved things around to proceed with both Gary Dolney and Bruce Renouard in Silicon Valley on October 13 as previously discussed.  Also, Mr. Walker has availability to reschedule his deposition, so let me know if you are definitely interested in rescheduling his depo at the same time we're rescheduling Mr. Balakrishnan's.  I would like to let people know the plan for Mr. Walker so that they can free up their schedules this week, so please let me know as soon as possible if you have a preference (preferably by e-mail or a voicemail if you know the answer before out call).

Thanks.

Michael

---

**From:** de Blank, Bas [mailto:basdeblank@orrick.com]
**Sent:** Tuesday, September 27, 2005 10:33 AM
**To:** Michael Headley
**Subject:** teleconference

Michael,
    I had left you a voicemail suggesting we speak at 11:00 a.m. this morning.  I am still trying to reach closure on the proposed changes to the schedule so it would be more efficient to speak later this afternoon.  Are you free at 4:00?

Bas

From Orrick, Herrington & Sutcliffe LLP <orrick.com> on 09/27/2005 10:41:06 AM
IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

=========================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

10/25/2005

# EXHIBIT D

**de Blank, Bas**

| | |
|---|---|
| **From:** | Michael Headley [headley@fr.com] |
| **Sent:** | Tuesday, October 04, 2005 6:31 PM |
| **To:** | de Blank, Bas |
| **Cc:** | Michael Headley |
| **Subject:** | Re: PI-Fairchild: Mr. Balakrishnan's deposition |

Bas--I just learned that Mr. Balakrishnan's illness is in fact pneumonia.  As a result, he
will not be available for deposition this week or next as we had planned.  I do not know
how long he will be out, but we will work with you to reschedule the deposition when I
have further information regarding his status.  -Michael

1

# EXHIBIT E



## ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

*tel* 650-614-7400
*fax* 650-614-7401
WWW.ORRICK.COM

October 19, 2005

Bas de Blank
(650) 614-7343
basdeblank@orrick.com

*VIA FACSIMILE*

Michael Headley
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94036

Re:    Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)

Dear Michael:

Originally, the parties agreed that Fairchild would depose Mr. Balakrishnan on September 29 and 30, 2005. Shortly before that deposition, you explained that Mr. Balakrishnan was ill and his deposition would have to be rescheduled. Since Mr. Balakrishnan is the President of Power Integrations, the lead inventor of three of the asserted patents, and Power Integrations' 30(b)(6) witness on the majority of Fairchild's topics, Fairchild believes it essential to depose Mr. Balakrishnan prior to the expert reports. Thus, the parties agreed to extend the date for the initial technical expert report from October 10, 2005 to October 31, 2005 and to reschedule Mr. Balakrishnan's deposition before that report.

While Fairchild believes that Mr. Balakrishnan's deposition will likely last three or four days, we agreed to begin the deposition on Friday, October 7 and Monday, October 10, 2005. Shortly before then, you informed me that Mr. Balakrishnan now had pneumonia and was again too ill to be deposed. Thus, we agreed to reschedule his deposition once more.

Given the concerns about Mr. Balakrishnan's health and the availability of our consultant, the parties were unable to begin Mr. Balakrishnan's deposition before November 17 and 18, 2005. Thus, we need once more to extend the schedule so that the experts can incorporate Mr. Balakrishnan's testimony in their reports. Thus, Fairchild proposes the following schedule:

| Event | New Date |
|---|---|
| Close of fact discovery | September 30, 2005 |
| Initial expert report | December 12, 2005 |
| Rebuttal expert report | January 9, 2006 |
| Complete expert discovery | January 31, 2006 |
| Opening claim construction brief | February 17, 2006 |
| Responsive claim construction brief | March 31, 2006 |
| Claim construction hearing | April 21, 2006 |
| Last day to file dispositive motions | May 29, 2006 |
| Pre-trial conference | August 1, 2006 |

DOCSSV1:431356.1



**ORRICK**

Michael Headley
10/19/2005
Page 2

Please note, this proposed schedule once more has technical and damages expert reports and discovery due at the same time.

     Please let me know whether Power Integrations agrees with this schedule. If you have any questions or wish to propose any changes, please do not hesitate to call.

                        Sincerely,

                        Bas de Blank

cc:    William J. Marsden, Jr.
       Howard G. Pollack

DOCSSV1:431356.1

# EXHIBIT F

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

**VIA FACSIMILE & U.S. MAIL**
650/614-7401

October 21, 2005

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:  Power Integrations Inc. v. Fairchild Semiconductor Int'l
     USDC-D. Del. - C.A. No. 04-1371-JJF

Dear Bas:

When we spoke in person in your office this Wednesday afternoon, you confirmed a case schedule that was already the subject of a stipulation between the parties as follows:

| | |
|---|---|
| Oct. 31 | DUE: opening technical reports |
| Nov. 21 | DUE: rebuttal technical reports |
| Dec. 2 | DUE: opening Markman brief |
| Dec. 13 | CLOSE: expert technical discovery |
| Dec. 14 | DUE: Opening damages reports |
| Dec. 21 | DUE: responsive Markman brief |
| Jan. 20 | DUE: Rebuttal damages reports |
| Jan. 10 | ATTEND: Markman hearing (already scheduled) |
| Feb. 10 | CLOSE: expert damages discovery |

Mere hours after you confirmed this schedule, I received your letter proposing an entirely new schedule, purportedly on the basis of Mr. Balakrishnan's availability for deposition.

The schedule for the deposition of a single witness does not justify pushing back the entire case schedule by three months. Mr. Balakrishnan's testimony has nothing to do with claim construction, nothing to do with how Fairchild's accused devices work (and thus nothing to do with infringement), and his role as inventor has nothing to do with the subject matter of invalidity reports. Fairchild may ultimately seek to use Mr. Balakrishnan's testimony in some way to bolster its invalidity contentions (e.g., best mode) or its claim of inequitable conduct, but those are not subjects for expert testimony, and they have no bearing on the balance of the case schedule.

Moreover, we do not believe you will need more than two days for the deposition of Mr. Balakrishnan. Mr. Balakrishnan is President and Chief Executive Officer of Power Integrations, and we cannot permit you to waste his time with endless

FISH & RICHARDSON P.C.

Bas de Blank
October 21, 2005
Page 2

questioning. As noted before and agreed to between the parties, Mr. Balakrishnan
will be available for deposition on November 17 and 18.

As a final point, I note that the current plans for Mr. Balakrishnan's deposition are the
direct result of two things—Mr. Balakrishnan's recent bout of pneumonia, and
Fairchild's demand that its expert attend the deposition when he returns from
extensive travel that keeps him away through November 9, 2005. Power Integrations
is responsible for neither and, as noted above, neither is of consequence for the
opening expert reports due on October 31, 2005. I suspect, however, that your
expert's travel plans have something to do with the current proposal to push back the
schedule. Given that Power Integrations already agreed to a three-week extension to
the schedule for technical expert reports, we see no good excuse for further delay.

Sincerely,

Michael R. Headley

MRH/kww

50307922.doc

# EXHIBIT G



**O R R I C K**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025
*tel* 650-614-7400
*fax* 650-614-7401
WWW.ORRICK.COM

October 24, 2005

Bas de Blank
(650) 614-7343
basdeblank@orrick.com

*VIA FACSIMILE*

Michael Headley
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94036

   Re: <u>Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)</u>

Dear Michael:

   I was surprised and disappointed to receive your letter late Friday, October 21, 2005. You imply that Fairchild sprung "an entirely new schedule" "mere hours" after we confirmed the previous schedule. As you know, that is simply not correct. The first time Power Integrations unilaterally cancelled Mr. Balakrishnan's deposition, the parties agreed to extend the schedule so that Fairchild could depose Mr. Balakrishnan before submitting its expert report. This is the schedule you refer to in your letter. After that agreement was reached, Power Integrations unilaterally cancelled Mr. Balakrishnan's deposition for a *second* time. I immediately raised the issue that Power Integrations' decision would likely mean that the schedule be once more extended. Indeed, that is part of why the parties delayed submitting the previously agreed to schedule – so that a single revision could be provided. Since Power Integrations previously agreed that Fairchild is entitled to depose Mr. Balakrishnan prior to submitting its expert report, we do not understand why Power Integrations now refuses to extend the schedule given the fact that Power Integrations demanded that we once more reschedule Mr. Balakrishnan's deposition.

   You suggest that "the deposition of a single witness does not justify pushing back the entire case schedule". First, as you know, Mr. Balakrishnan is hardly a typical witness. He is one of only two fact witnesses Power Integrations may call at trial, the lead inventor of three of the four asserted patents, an officer of Power Integrations, and Power Integrations' designated 30(b)(6) witness on 19 different topics. Indeed, many of Power Integrations' previous witnesses have deferred to Mr. Balakrishnan as the person most likely able to answer Fairchild's questions. Second, the Court has recently ordered Power Integrations to supplement its discovery responses and finally provide Fairchild with the information it sought in January, 2005. Fairchild is entitled to this discovery before submitting its expert reports.

   Mr. Balakrishnan is expected to testify on many issues relevant to the expert reports. Specifically, admissions by Mr. Balakrishnan may be relevant to claim construction, invalidity, lack of enablement, and the inventors' failure to disclose their best mode of practicing their alleged invention. Indeed, Mr. Balakrishnan has been designated to testify on deposition topics directly related to the issues of non-infringement and invalidity of the Power Integrations patents, including:

- Non-infringing alternatives to the use of the Power Integrations Patents.



**O R R I C K**

Michael Headley
10/24/2005
Page 2

- How each accused Fairchild device allegedly infringes each asserted claim of the Power Integrations Patents.

- The design and operation of Power Integrations products that practice the Power Integrations Patents including, but not limited to, the structures that allegedly correspond to each element of each asserted claim.

- Facts that Power Integrations contends show that any of the asserted claims are non-obvious.

Fairchild is entitled to this discovery in order to prepare its expert report.

While we continue to be sympathetic to Mr. Balakrishnan's health problems, we cannot permit this to prejudice Fairchild's ability to prepare its case. Fairchild has sought to depose Mr. Balakrishnan for months. Knowing that discovery closed on September 30, 2005, Power Integrations refused to produce Mr. Balakrishnan prior to September 28, 2005. Indeed, when Fairchild requested that this deposition be moved slightly to accommodate the third party deposition of Mr. Eklund – which Power Integrations sought also to schedule for September 28, 2005 – Power Integrations refused, explaining that Mr. Balakrishnan could not be rescheduled. Thus, Fairchild prepared to depose Mr. Balakrishnan. Mere days before that deposition, Power Integrations unilaterally cancelled it due to Mr. Balakrishnan's "shortness of breath". Thus, Fairchild agreed to reschedule Mr. Balakrishnan's deposition for October 10, 2005 – a date that Power Integrations had earlier insisted was "impossible". Fairchild prepared for those depositions only to be told – again, mere days before the deposition was to begin – that Mr. Balakrishnan now suffered from "pneumonia". Thus, Fairchild again agreed to reschedule the deposition. Explaining that its consultants would be traveling on October 24, Fairchild proposed starting Mr. Balakrishnan on October 20, 2005. You refused, indicating that Mr. Balakrishnan was busy and may not yet be well enough for deposition. You indicated that the first date Mr. Balakrishnan would be available was November 17, 2005. Thus, Fairchild accepted that date – the earliest day Power Integrations offered for a deposition that should have been completed no later than September 30, 2005.

Further, we are surprised by your apparent refusal to provide Mr. Balakrishnan for more than two days of deposition. We have explained from the start that, given the number of 30(b)(6) topics for which Power Integrations choose to designate Mr. Balakrishnan, it is highly unlikely that two days of deposition will be sufficient. Thus, Fairchild has requested that Mr. Balakrishnan be available for additional days of deposition should that be necessary. Given the difficulty Fairchild has experienced in scheduling Mr. Balakrishnan's deposition, we requested that these additional days be set now. Of course, Fairchild will endeavor to complete Mr. Balakrishnan's deposition as efficiently as possible and if additional time is not necessary we will not use it. If Power Integrations is truly concerned about Mr. Balakrishnan's time, we suggest that Power Integrations designate some other witness to testify on some or all of the 17 deposition topics that Mr. Balakrishnan has been designated. Power Integrations, however, cannot first insist that only Mr. Balakrishnan can provide Fairchild with the discovery it seeks and then arbitrarily seek to limit Mr. Balakrishnan's testimony.



**ORRICK**

Michael Headley
10/24/2005
Page 3

Thus, we request that Power Integrations reconsider its refusal to extend the schedule. This change is only necessary because Power Integrations has been repeatedly unable to produce Mr. Balakrishnan for deposition. If you care to propose an alternative schedule that would permit Fairchild to submit its expert reports after it receives the discovery to which it is entitled, we would be happy to consider it but Fairchild should not be prejudiced by Power Integrations' failure to provide required discovery.

While Fairchild hopes to resolve these issues without involving the Court, we will move immediately if Power Integrations refuses to extend the schedule or refuses even to consider making Mr. Balakrishnan available for additional days of deposition. Given the upcoming deadlines, should it be necessary to seek the assistance of the Court, Fairchild has no choice but to do so on an expedited basis. Please let me know by the end of today whether Power Integrations will reconsider its positions and, if not, whether Power Integrations will agree to shorten the briefing of these issues.

Sincerely,

Bas de Blank

cc:    William J. Marsden, Jr.
       Howard G. Pollack

DOCSSV1:431721.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of October, 2005, the attached **DECLARATION OF**

**BAS DE BLANK IN SUPPORT OF DEFENDANTS' EXPEDITED MOTION TO AMEND**

**THE SCHEDULE** was served upon the below-named counsel of record at the address and in

the manner indicated:

William J. Marsden, Jr., Esquire                                  <u>HAND DELIVERY</u>
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899

Frank E. Scherkenbach, Esquire                               <u>VIA FEDERAL EXPRESS</u>
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Michael Kane, Esquire                                             <u>VIA FEDERAL EXPRESS</u>
Fish & Richardson P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402

Howard G. Pollack, Esquire                                     <u>VIA FEDERAL EXPRESS</u>
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Andre G. Bouchard, Esquire                                     <u>HAND DELIVERY</u>
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801


*/s/ Steven J. Balick*
_____

Steven J. Balick