IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>    Defendants. | C.A. No. 04-1371-JJF |

### [PROPOSED] ORDER ADOPTING STIPULATED REVISED CASE SCHEDULE

Good cause having been shown, the Court adopts the parties' prior stipulation that the following dates set forth in the Court's previous Scheduling Orders be amended as follows:

(1) opening technical expert reports are due by October 31, 2005;

(2) rebuttal technical expert reports are due by November 21, 2005;

(3) simultaneous opening *Markman* briefs shall be filed by the parties on December 2, 2005;

(4) any party desiring to depose an expert technical witness shall notice and complete said deposition no later than December 13, 2005;

(5) opening damages expert reports are due by December 14, 2005;

(6) simultaneous responsive *Markman* briefs shall be filed by the parties on December 21, 2005;

(7) rebuttal damages expert reports are due by January 20, 2006; and

(8) any party desiring to depose an expert damages witness shall notice and complete said deposition no later than February 10, 2006.

(9)  The pre-trial conference is rescheduled to Thursday, May 11, 2006 at 10:00 a.m. in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

IT IS SO ORDERED.

Dated: _____   _____
United States District Court Judge

50309178.doc