IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a : 
Delaware corporation, :
 :
      Plaintiff, :
 :
  v. : C.A. No. 04-1371-JJF
 :
FAIRCHILD SEMICONDUCTOR :
INTERNATIONAL, INC., a Delaware :
corporation, and FAIRCHILD :
SEMICONDUCTOR CORPORATION, a :
Delaware corporation, :
 :
      Defendants. :

### MEMORANDUM ORDER

    Presently before the Court is a Motion For Clarification Or, In The Alternative, Reconsideration Of The Court's August 9, 2005 Order (D.I. 87) filed by Plaintiff, Power Integrations, Inc.  In response to Plaintiff's Motion, Defendants, Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation, argue that the Court's August 9 Order unambiguously resolves the issue of Plaintiff's entitlement to damages prior to the filing of its Complaint.

    In resolving the discovery dispute presented to the Court in Plaintiff's Motion To Compel (D.I. 29), the Court relied on the factual record from the parties' discovery responses, specifically Plaintiff's response to Interrogatory No. 18.  With the facts the Plaintiff and Defendants presented, the Court decided the discovery dispute.  In its present motion, Plaintiff advises that intends to, at some point, produce additional facts

not yet provided to Defendants or the Court, and therefore, asks the Court to clarify that its August 9, 2005 Order is based only on the facts Plaintiff had revealed as of the August 9 decision. Such an understanding of the Court's August 9 Order is correct. Thus, the Court concludes that the motion to clarify or reconsider should be denied.

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion For Clarification Or, In The Alternative, Reconsideration Of The Court's August 9, 2005 Order (D.I. 87) is **DENIED**.

October 28, 2005
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT COURT