IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>      v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 04-1371-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

WHEREAS, Defendants filed an Expedited Motion To Amend The Schedule (D.I. 120) and a Motion To Shorten Time For Briefing Their Motion To Amend The Schedule; Or In The Alternative, Motion To Stay Expert Reports (D.I. 122);

WHEREAS, the parties have already filed their briefs on the underlying Motion To Amend The Schedule, and the Court concludes that a stay of the exchange of expert reports is necessary to allow the Court to consider the proposed revisions to the scheduling order contained in Defendants' underlying Motion To Amend The Schedule and Plaintiff's response;

NOW THEREFORE, IT IS HEREBY ORDERED this 31st day of October 2005, that:

    1.    The Motion To Shorten Time For Briefing Their Motion To Amend The Schedule (D.I. 122-1) is **DENIED AS MOOT**; and the alternative relief sought by the Motion To Stay Expert Reports

(D.I. 122-2) is **GRANTED**.

    2.   The deadline for expert reports is extended from October 31, 2005, to a date to be set by the Court once the pending Motion To Amend The Schedule is resolved.

 

/s/ Joseph J. Farnan, Jr.<br>
UNITED STATES DISTRICT JUDGE