IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-1371-JJF |
| | : | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, | : | |
| | : | |
| Defendants. | : | |

### AMENDED SCHEDULING ORDER

WHEREAS, Defendants have requested revisions to the scheduling order to allow them to take the deposition testimony of Mr. Balakrishnan prior to the due date for opening technical expert reports which was set, by agreement of the parties, for October 31, 2005;

WHEREAS, the Court has concluded that some revision of the Scheduling Order is necessary to accommodate Defendants' request, but not to the extent sought by Defendants;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   The last day to complete fact witness depositions is November 14, 2005.

2.   Opening technical expert reports are due by November 21, 2005.

3.   Rebuttal technical expert reports are due by December 14, 2005.

4.  Simultaneous opening Markman briefs shall be filed by the parties by December 28, 2005.

5.  Any party desiring to depose an expert technical witness shall notice and complete said deposition no later than January 9, 2006.

6.  Opening damages expert reports shall be filed by January 10, 2006.

7.  Simultaneous responsive Markman briefs shall be filed by the parties by January 17, 2006.

8.  Rebuttal damages expert reports shall be filed by January 24, 2006.

9.  The Markman hearing shall be rescheduled to **Thursday, February 2, 2006** at **1:00 p.m.**

10.  Any party desiring to depose an expert damages witness shall do so by February 10, 2006.

11.  Opening briefs to any dispositive motions shall be filed by March 1, 2006.

12.  Answer briefs to any dispositive motions shall be filed by March 15, 2006.

13.  Reply briefs to any dispositive motions shall be filed by March 22, 2006.

14.  The pretrial conference is rescheduled to **Thursday, May 11, 2006** at **11:30 a.m.**

15.  All hearings and conferences shall be held in Courtroom

No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

11/3/05
DATE

*Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE