**Exhibit B**

**Stipulation to Extend Time, Filed on September 22, 2005, Docket Item 112**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1371-JJF |
| | ) |
| FAIRCHILD SEMICONDUCTOR | ) |
| INTERNATIONAL, INC., and FAIRCHILD | ) |
| SEMICONDUCTOR CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which non-party LG Electronics U.S.A., Inc. can object to plaintiff's September 13, 2005 subpoena (D.I. 99) is extended through and including September 30, 2005.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | ASHBY & GEDDES |
|---|---|
| /s/ John M. Seaman | /s/ Steven J. Balick |
| Andre G. Bouchard (I.D. #2504) | Steven J. Balick (I.D. #2114) |
| John M. Seaman (I.D. #3868) | John G. Day (I.D. #2403) |
| 222 Delaware Avenue, Suite 1400 | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| 302-573-3500 | Wilmington, DE 19899 |
| abouchard@bmf-law.com | 302-654-1888 |
| jseaman@bmf-law.com | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Non-Party LG Electronics U.S.A., Inc.* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

161671.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2005, the attached **STIPULATED ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | **VIA FEDERAL EXPRESS** |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402 | **VIA FEDERAL EXPRESS** |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | **VIA FEDERAL EXPRESS** |

/s/ *Steven J. Balick*
_____
Steven J. Balick

**Motions**
**1:04-cv-01371-JJF Power Integrations v. Fairchild Semicond., et al**

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Balick, Steven J. entered on 9/22/2005 at 6:39 PM EDT and filed on 9/22/2005
**Case Name:**        Power Integrations v. Fairchild Semicond., et al
**Case Number:**      1:04-cv-1371
**Filer:**            LG Electronics U.S.A., Inc.
**Document Number:** 112

**Docket Text:**
STIPULATION TO EXTEND TIME by which non-party LG Electronics U.S.A., Inc. can object to plaitiff's subpoena to September 13, 2005 - filed by LG Electronics U.S.A., Inc.. (Balick, Steven)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/22/2005] [FileNumber=102995-0]
[023c01ee102603a90f60aca9e8d7df04225b2414ea87f8d1af45b064fdba9a70566c
7235e84067533558bb616b727400beab964ddbfb268f8187b80c02c24a2e]]

**1:04-cv-1371 Notice will be electronically mailed to:**

Steven J. Balick    sbalick@ashby-geddes.com, jday@ashby-geddes.com;mkipp@ashby-geddes.com;dfioravanti@ashby-geddes.com;nlopez@ashby-geddes.com

John G. Day    jday@ashby-geddes.com, sbalick@ashby-geddes.com;mkipp@ashby-geddes.com;dfioravanti@ashby-geddes.com;nlopez@ashby-geddes.com

Sean Paul Hayes    sph@fr.com, manis@fr.com;kilby@fr.com

William J. Marsden , Jr    marsden@fr.com, manis@fr.com;wsd@fr.com;sub@fr.com;kilby@fr.com

John M. Seaman    jseaman@bmf-law.com,

**1:04-cv-1371 Notice will be delivered by other means to:**