**Exhibit F**

**Letter Received from Mr. Seaman on October 12, 2005**

BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOANNE P. PINCKNEY
COUNSEL
KAREN L. PASCALE
JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. MCMILLAN, III

October 12, 2005

**By Email**

Lionel M. Lavenue, Esq.
Finnegan Henderson Farrabow Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Re: *Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc.,*
D. Del., C.A. No. 04-1371 (JJF)

Dear Lionel:

I write to follow up on our discussions this past Friday regarding the subpoena to LG. As noted during our call, Power Integrations wants to know whether LG will search for a narrow subset of the information called for by the subpoena as follows:

(1) Documents showing the use of Fairchild PWM controllers for power supplies in LG DVD players, LCD monitors, and cell phones, particularly a bill of materials ("BOM") and/or specification (likely a single page schematic that would show the controller chip and identify it by part number), and

(2) U.S. importation volumes for these products incorporating Fairchild PWM controllers.

There is very little burden in searching for such a narrow range of information, and LG certainly has access to this information. The attached excerpt from a recent, non-confidential Fairchild sales presentation contains references to several LG products incorporating Fairchild PWM controllers, so there is no doubt that LG is using the accused parts. Some of the requested information regarding the power supplies may be in LG's records from subcontractors (typically called "merchant power supply manufacturers" or some similar term) such as PowerNet, Yuyang (LCD monitors), Bestech (cell), Dongwong (cell), Partsnic (cell) or Hwail (cell), as power supplies are often purchased after assembly by such subcontractors, but that information is also

Lionel M. Lavenue, Esq.
October 12, 2005
Page 2

certainly available to LG who must approve the final power supply design before incorporating it into or selling it with an LG-branded product.

Power Integrations makes this inquiry without waiving its rights under the subpoena, including the right to seek further information, but this subset of information should permit the parties to move forward and hopefully resolve this issue in the near term. If LG is not willing even to look for this narrow subset of information, though, it appears as though we have reached an impasse and will need to resolve this issue by motion.

Please contact me with any questions and I look forward to your response.

Sincerely,

John M. Seaman

Enclosure (by email)



**the power℠ franchise**

## Key Success History by application

**FAIRCHILD SEMICONDUCTOR**

| Application | Customer | GFPS | Status |
|---|---|---|---|
| Charger | Samsung | FSD210, FSDH0165 | M/P |
| | Samsung | FSD211 | Design in |
| | Sony | FSD210 | M/P |
| | Sanyo | FSD210 | M/P |
| | LG | FSD200 | Design win |
| | LG | FSD211 | Design in |
| | Motorola | FSDH0165 | M/P |
| | Motorola | FSD210 | Design win |
| Camcorder AD | Samsung | FSDM0265RN | M/P |
| DVDP | DVDP in CN | FSDx01/02/0365RN | M/P, 40Mpcs/y |
| | Non VFD DVDP in CN | FSDM311, FSDM101 | M/P |
| | LG | FSDM0265RN | M/P |
| DVD Combo | LG | FSDM0565R | M/P |
| | LG | FSDL0365RN | M/P |
| OA(printer+fax+copy) | Samsung | FSDM05/0765R | M/P |
| LCD Monitor | Samsung | FSDM0565R | M/P |
| | LG | FSDM0365RN | M/P |
| Color TV | Konka | FSCQ07/1265RT | M/P |
| | Samsung | FSCQ0765RT | M/P |
| | Skyworth | FSCQ1265RT | M/P |
| | Changhong | FSCQ07/1265RT | Design in |
| | TCL | FSCQ07/1265RT | Design in |
| | Haier/Hisense | FSCQ1265RT | Design in |
| PC aux power | Liteon | FSDH321 | M/P |
| | SPI | FSDM311 | M/P |