## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2005, I electronically filed the foregoing **POWER INTEGRATIONS' OPPOSITION TO LG ELECTRONICS U.S.A. INC.'S COMBINED OBJECTIONS AND MOTION TO QUASH AND MOTION FOR A PROTECTIVE ORDER** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendant-Counterclaimant<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC., FAIRCHILD<br>SEMICONDUCTOR CORPORATION, and<br>Non-Party, LG ELECTRONICS U.S.A.,<br>INC. |
| G. Hopkins Guy, III, Esquire<br>Bas de Blank, Esquire<br>Duo Chen, Esquire<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and FAIRCHILD<br>SEMICONDUCTOR CORPORATION |

I hereby certify that on November 18, 2005, I have mailed by FedEx the foregoing document(s) to the following counsel:

| | |
|---|---|
| Andrew C. Sonu, Esquire<br>Lionel M. Lavenue, Esquire<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, Virginia 20190 | Attorneys for Non-Party, LG<br>ELECTRONICS U.S.A., INC. |

_____
John M. Seaman (#3868)