# EXHIBIT A

Receives Best Supplier Award From LG Eelectronics- Fairchild Semiconductor



| PRODUCTS | DESIGN CENTER | SUPPORT | COMPANY | INVESTORS | MYFAIRCHILD |
| PRODUCTS | DESIGN CENTER | SUPPORT | COMPANY | INVESTORS | MYFAIRCHILD |

## Fairchild Semiconductor Receives "Best Supplier Award" From LG Electronics

Recognizes Fairchild Korea and Korea Sales & Marketing

January 20, 2000 – *South Portland, Maine* – Less than a year after Fairchild Semiconductor International (NYSE: FCS) acquired the former Samsung Electronics Power Device business in Bucheon, South Korea, the Korean operation has been recognized by LG Electronics for its outstanding customer service.

LG Electronics uses Fairchild semiconductors in a variety of products, including monitors, cellular telephones, VCRs, and television sets. John Koo, LG Electronics' vice chairman and CEO, presented the award, which is based on service, delivery, quality, cost, technology and relationship. K.S. Kim, Fairchild's regional vice president of sales and marketing for Korea, accepted the award. "We were there when they needed us," he said. "Superior customer service is one of Fairchild's three strategic imperatives. All of us at Fairchild Korea are focused on developing ways to help our customers succeed."

Darrell Mayeux, Fairchild's executive vice president of worldwide sales and marketing, said that in addition to highlighting Fairchild's customer service, the award is further evidence of the effective integration of the Korean operation into Fairchild's worldwide business. "After we acquired the Power Device business in South Korea in April 1999, we introduced a broader portfolio of products to our Korean customers. Our sales of interface and logic, non-volatile memory, discrete and analog products increased more than 30 percent in the last two quarters," Mayeux said. "This would not be possible without excellent customer service."

To learn more contact:

Corporate Communications:
Fran Harrison
Fairchild Semiconductor
Tel: 207-775-8576
E-mail: fran.harrison@fairchildsemi.com

**Fairchild Semiconductor International**
Fairchild Semiconductor International (www.fairchildsemi.com) is a global company solely focused on designing, manufacturing and marketing high performance semiconductors for multiple end market uses. Fairchild's multi-market components are used in computer, telecommunications, automotive, consumer and industrial applications. Supplying logic, analog, mixed signal, non-volatile memory and power products, Fairchild is filling the gap in the global supply of building block semiconductors. The company is headquartered in South Portland, Maine, USA, with 8,400 employees worldwide.

Receives Best Supplier Award From LG Electronics - Fairchild Semiconductor

Additional manufacturing facilities are located in California, Utah, South Korea, Malaysia, and the Philippines, with regional sales offices throughout the world.

Products | Design Center | Support | Company News | Investors | My Fairchild | Contact Us | Site Index | Privacy Policy | Site Terms & Conditions | Standard Terms & Conditions of Sale

© 2005 Fairchild Semiconductor
Last updated: September 27, 2005

the power franchise