IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-1371-JJF |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. | : | |
| Defendant. | : | |

**MEMORANDUM ORDER**

WHEREAS, LG Electronics U.S.A., a witness in the above-captioned matter, filed a Motion to Quash Subpoena Ad Testificandum and For a Protective Order (D.I. 130);

NOW THEREFORE, IT IS HEREBY ORDERED that a Hearing on the motion will be held on **Tuesday, November 29, 2005 at 2:30 p.m.** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

November __, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE