IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 04-1271-JJF |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION | ) ) ) ) |
| Defendants. | ) ) ) ) |

**Supplemental Declaration of Richard C. Wingate,
General Counsel of LG Electronics U.S.A., Inc.**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel:*

Andrew C. Sonu
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
andrew.sonu@finnegan.com
lionel.lavenue@finnegan.com

*Attorneys for LG Electronics U.S.A., Inc.*

I, Richard C. Wingate, declare as follows:

I am employed by LG Electronics U.S.A., Inc. ("LGE-USA"), where I hold the position of General Counsel. I submit this supplemental declaration in support of LG Electronics U.S.A. Inc.'s Reply to Power Integrations' Opposition to LG Electronics U.S.A., Inc.'s Motion to Quash Subpoena Ad Testificandum and for a Protective Order. The statements made herein are based upon my personal knowledge, and if called on as a witness, I would testify as to the following:

1. On November 18, 2005, Power Integrations, Inc. ("Power Integrations") filed an Opposition to LG Electronics U.S.A., Inc.'s Combined Objections and Motion to Quash and Motion for a Protective Order ("Opposition").

2. Power Integrations' Opposition alleges that LGE-USA has information about component suppliers "to ensure subcontractors' compliance with a host of U.S. environmental and other regulations and/or to address problems with defective components." Opp. at 3. This allegation is incorrect. LGE-USA satisfies environmental and other regulations with data pertaining to "LG numbers." LGE-USA addresses defective components with "LG numbers."

3. Power Integrations also alleges that LGE-USA "has at least a contractual right to get . . . information from LG-Korea." Opp. at 2 n.1. LGE-USA is not aware of any such contract.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of November 2005, at Englewood Cliffs NJ

---
Richard C. Wingate

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2005, the attached **SUPPLEMENTAL DECLARATION OF RICHARD C. WINGATE, GENERAL COUNSEL OF LG ELECTRONICS U.S.A., INC.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE  19899 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804 | VIA FEDERAL EXPRESS |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN  55402 | VIA FEDERAL EXPRESS |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 | VIA FEDERAL EXPRESS |
| Andre G. Bouchard, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801 | HAND DELIVERY |
| Bas de Blank, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | VIA FEDERAL EXPRESS |

/s/ *Steven J. Balick*
_____
Steven J. Balick

161970.1