IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) Civil Action No. 04-1371-JJF <br> ) <br> FAIRCHILD SEMICONDUCTOR ) <br> INTERNATIONAL, INC., and FAIRCHILD ) <br> SEMICONDUCTOR CORPORATION ) <br> ) <br> Defendants. ) <br> ) <br> ) | |

**Supplemental Declaration of Lionel M. Lavenue**

*Of Counsel:*

Andrew C. Sonu
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
andrew.sonu@finnegan.com
lionel.lavenue@finnegan.com

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for LG Electronics U.S.A., Inc.*

I, Lionel M. Lavenue, declare as follows:

I am an attorney and a partner of Finnegan, Henderson, Farabow, Garrett, & Dunner, L.L.P., counsel for non-party LG Electronics U.S.A., Inc. ("LGE-USA") for the purpose of responding to the subpoena received from Power Integrations, Inc. ("Power Integrations") in the above-identified action. I submit this declaration in support of LG Electronics U.S.A. Inc.'s Reply to Power Integrations' Opposition to LG Electronics U.S.A., Inc.'s Motion to Quash Subpoena Ad Testificandum and for a Protective Order. The statements made herein are based upon my personal knowledge, and if called on as a witness, I would testify as to the following statements:

1. Attached hereto as Exhibit K is a true and correct copy of the decision in *Rothchild Int'l Corp. v. Liggett Group, Inc.*, No. 6239, 1981 WL 7624 (Del. Ch. July 14, 1981).

2. Attached hereto as Exhibit L is a true and correct copy of the decision in *Willis v. Suburu of America, Inc.*, C.A. No. 93-6202, 1996 WL 936866 (R.I. Super. Jan. 9, 1996).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of November 2005, at Reston, Virginia.

_____
Lionel M. Lavenue

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 29th day of November, 2005, the attached **SUPPLEMENTAL DECLARATION OF LIONEL M. LAVENUE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | <u>VIA FEDERAL EXPRESS</u> |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402 | <u>VIA FEDERAL EXPRESS</u> |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | <u>VIA FEDERAL EXPRESS</u> |
| Andre G. Bouchard, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Bas de Blank, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | <u>VIA FEDERAL EXPRESS</u> |

/s/ *Steven J. Balick*

_____
Steven J. Balick

161970.1