IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

### [PROPOSED] ORDER GRANTING PLAINTIFF POWER INTEGRATIONS' MOTION TO COMPEL DAMAGES DISCOVERY

Good cause having been shown, Plaintiff Power Integrations, Inc.'s ("Power Integrations") Motion To Compel is GRANTED. Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation ("Fairchild") are ordered to:

(a) Produce for deposition: Tom Beaver, H.K. Kim, Robert Conrad, and a witness or witnesses to provide 30(b)(6) testimony responsive to the marketing and sales deposition topics in Power Integrations' Notice of Deposition related to Fairchild's world-wide sales activities, all depositions to take place in the United States and occur before January 6, 2006. Fairchild will offer a reasonable number of proposed dates for these depositions immediately and will meet and confer with counsel to agree on dates, such meet and confer to occur no later than <u>three</u> calendar days from the date of this Order; and

(b) Produce discovery responsive to Power Integrations' requests for financial information sufficient to identify all of Fairchild's world-wide sales of the accused products on a by-customer/by-product basis broken down by month or by quarter from

the date of the Complaint in this matter to the date of the last period for which such information is available prior to the date of this order. To facilitate review of this material, Fairchild must produce the documents in Microsoft Excel format and such production shall be complete no later than <u>four</u> calendar days from the date of this Order.

      IT IS SO ORDERED.

Dated: _____       _____
                                                        UNITED STATES DISTRICT COURT JUDGE