IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

## DECLARATION OF MICHAEL R. HEADLEY IN SUPPORT OF POWER INTEGRATIONS, INC.'S MOTION TO COMPEL DAMAGES DISCOVERY

I, Michael R. Headley, declare as follows:

1. I am an associate of Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations ("Power Integrations"). I am a member of the Bar of the State of California. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of Power Integrations, Inc.'s First Notice of Deposition of Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation ("Fairchild") Pursuant to Federal Rule of Civil Procedure 30(b)(6).

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter from Bas de Blank, counsel for Fairchild, to Howard Pollack, counsel for Power Integrations, dated August 30, 2005. In Exhibit B, Mr. de Blank designated Mr. S.T. Im to testify with respect to topics related to sales, pricing, profits, and distribution of Fairchild's accused infringing products.

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter from Howard Pollack to Bas de Blank, dated September 22, 2005. This copy of the letter does not attach a chart that was attached to the original letter, as that chart contains information designated confidential by Fairchild under the protective order.

5. Attached hereto as **Exhibit D** is a true and correct copy of a letter from Gina Steele sent to Bas de Blank, dated October 25, 2005, setting forth a number of deficiencies in the Fairchild witnesses' testimony.

6. Attached hereto as **Exhibit E** is a true and correct copy of a letter from Frank Scherkenbach to G. Hopkins Guy and Bas de Blank, dated October 26, 2005, setting forth a number of deficiencies in Fairchild's production of financial data and documents.

7. Attached hereto as **Exhibit F** is a true and correct copy of an e-mail I sent Bas de Blank on October 21, 2005 regarding the production of documents and the schedule for depositions, among other issues.

8. Attached hereto as **Exhibit G** is a true and correct copy of an e-mail I sent Bas de Blank on November 14, 2005 regarding long-standing deficiencies in Fairchild's production of financial information.

9. Attached hereto as **Exhibit H** is a true and correct copy of a letter I sent G. Hopkins Guy and Bas de Blank on November 17, 2005 regarding outstanding financial data and testimony from Fairchild.

10. Attached hereto as **Exhibit I** is a true and correct copy of a letter I sent Bas de Blank on November 26, 2005 regarding outstanding financial data and testimony from Fairchild. In this letter I asked for production of documents and the identification of witnesses by November 30, 2005, but I have yet to receive any response to my letter.

11. Attached hereto as **Exhibit J** is a true and correct copy of a letter from Bas de Blank dated November 14, 2005.

12. Fairchild has produced only a few useful financial documents in this case, and all of Fairchild's financial information to date has been produced on paper. The vast majority of Fairchild's financial information produced to date consists of tens of thousands of pages of useless printouts from unidentified databases.

13. January presents an unusually busy month for Power Integrations and its counsel. In addition to the cutoff for expert technical depositions (Jan. 9), January also contains the deadline for Power Integrations' opening expert damages report (Jan. 10) and the deadline for responsive *Markman* briefs (Jan. 17). At the same time, Power Integrations and its counsel are preparing for and will be attending a trial before the International Trade Commission, currently scheduled to begin in mid-January.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2d day of December, 2005, at Redwood City, CA.

_____
Michael R. Headley

3

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendant-<br>Counterclaimant<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

I hereby certify that on December 2, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Duo Chen<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

                                                                                                                                                                                /s/ Sean P. Hayes
                                                                                                                                                                                Sean P. Hayes

10575604.doc