IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a : 
Delaware corporation, :
 :
        Plaintiff, :
 :
    v. : C.A. No. 04-1371-JJF
 :
FAIRCHILD SEMICONDUCTOR :
INTERNATIONAL, INC., a Delaware:
corporation, and FAIRCHILD :
SEMICONDUCTOR CORPORATION, a :
Delaware corporation, :
 :
        Defendants. :

O R D E R

At Wilmington, this 2 day of December 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.   The Motion To Quash (D.I. 130-2) filed by LG Electronics USA Inc. is **GRANTED**.

2.   The Objections To Subpoena Duces Tucem (D.I. 130-1) filed by LG Electronics USA Inc. are **DENIED AS MOOT**.

*[signature]*
UNITED STATES DISTRICT JUDGE