IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of Power Integrations Inc.'s Supplemental Responses to Fairchild's Second and Third Set of Interrogatories [Nos. 7, 8, 9, 12, 14, 15, 16, 17, 19, 21, 22, 23, 24, 26, 27, 33, 35, 37, 40, 47] were caused to be served on the attorneys of record, at the following addresses, on the date and in the manner indicated:

**BY FACSIMILE AND U.S. MAIL**
**on November 7, 2005**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

**BY FACSIMILE AND U.S. MAIL**
**On November 7, 2005**
Bas de Blank
Duo Chen
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Dated: December 5, 2005          FISH & RICHARDSON P.C.


By: */s/ Sean P. Hayes*
    William J. Marsden, Jr. (#2247)
    Sean P. Hayes (#4413)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, Massachusetts 02110-2804
    Telephone: (617) 542-5070

    Michael Kane
    60 South Sixth Street
    3300 Dain Rauscher Plaza
    Minneapolis, MN 55402
    Telephone: (612) 335-5070

    Howard G. Pollack
    500 Arguello Street, Suite 500
    Redwood City, California 94063
    Telephone: (650) 839-5070

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

        */s/ Sean P. Hayes*
        Sean P. Hayes (Hayes@fr.com)

80028632.doc