IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of (1) Power Integrations, Inc.'s Expert Report of Robert Blauschild on Infringement and (2) Power Integration, Inc.'s Expert Report of Michael Shields on Infringement were caused to be served on the attorneys of record, at the following addresses, on the date and in the manner indicated:

**BY FEDERAL EXPRESS**
**on December 1, 2005**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
**On December 1, 2005**
Bas de Blank
Duo Chen
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Dated:  December 5, 2005        FISH & RICHARDSON P.C.


By: */s/ Sean P. Hayes*
    William J. Marsden, Jr. (#2247)
    Sean P. Hayes (#4413)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    Telephone: (302) 652-5070

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, Massachusetts 02110-2804
    Telephone: (617) 542-5070

    Michael Kane
    60 South Sixth Street
    3300 Dain Rauscher Plaza
    Minneapolis, MN 55402
    Telephone: (612) 335-5070

    Howard G. Pollack
    500 Arguello Street, Suite 500
    Redwood City, California 94063
    Telephone: (650) 839-5070

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

                                                      */s/ Sean P. Hayes*
                                                      Sean P. Hayes (Hayes@fr.com)

80028632 - EXPERT.doc