IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>　　　　Defendants. | C.A. No. 04-1371-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of (1) Edward C. Ross's Responses and Objections to Subpoena Pursuant to Federal Rule of Civil Procedure 45 were caused to be served on the attorneys of record, at the following addresses, on the date and in the manner indicated:

**BY FACSIMILE AND U.S. MAIL**
**on October 6, 2005**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

**BY FACSIMILE AND U.S. MAIL**
**On October 6, 2005**
Bas de Blank
Duo Chen
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Dated:  December 5, 2005						FISH & RICHARDSON P.C.


									By: */s/ Sean P. Hayes*
									    William J. Marsden, Jr. (#2247)
									    Sean P. Hayes (#4413)
									    919 N. Market Street, Suite 1100
									    P.O. Box 1114
									    Wilmington, DE  19899-1114
									    Telephone: (302) 652-5070

									    Frank E. Scherkenbach
									    225 Franklin Street
									    Boston, Massachusetts 02110-2804
									    Telephone: (617) 542-5070

									    Michael Kane
									    60 South Sixth Street
									    3300 Dain Rauscher Plaza
									    Minneapolis, MN 55402
									    Telephone: (612) 335-5070

									    Howard G. Pollack
									    500 Arguello Street, Suite 500
									    Redwood City, California 94063
									    Telephone: (650) 839-5070

								Attorneys for Plaintiff
								POWER INTEGRATIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O.  Box 1150
Wilmington, DE 19899

                                    */s/ Sean P. Hayes*
                                    Sean P. Hayes (Hayes@fr.com)

80028632.doc