IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>        Defendants. | C.A. No. 04-1371 |

**DECLARATION OF BAS DE BLANK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DAMAGES DISCOVERY**

I, Bas de Blank, the undersigned, declare as follows:

1. I am an attorney with the firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. (collectively, "Fairchild"). I am admitted to the Bar of the State of California. I make this declaration in support of Defendants' Motion to Amend the Schedule. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from Bas de Blank to Howard G. Pollack dated February 3, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from Bas de Blank to Michael Headley dated December 5, 2005.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Michael R. Headley to Bas de Blank dated December 5, 2005.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Bas de Blank to Michael Headley dated December 6, 2005.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Michael R. Headley to Bas de Blank dated December 6, 2005.

7. Attached hereto as Exhibit E is a true and correct copy of a letter from Michael R. Headley to Bas de Blank dated December 6, 2005.

8. Attached hereto as Exhibit F is a true and correct copy of a letter from Bas de Blank to Howard G. Pollack dated December 8, 2005.

9. Attached hereto as Exhibit G is a true and correct copy of an electronic message from Michael Headley to Bas de Blank dated December 8, 2005.

10. Attached hereto as Exhibit H is a true and correct copy of a letter from Bas de Blank to Howard G. Pollack dated September 28, 2005.

11. Attached hereto as Exhibit I is a true and correct copy of a letter from Bas de Blank to Gina M. Steele dated October 28, 2005.

I declare the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed on December 14, 2005 in Menlo Park, California.

_____
Bas de Blank
ORRICK, HERRINGTON & SUTCLIFFE LLP