# BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION

SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOANNE P. PINCKNEY
COUNSEL
JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. MCMILLAN, III

December 16, 2005

<u>By Hand Delivery</u>

Ms. Deborah Krett
Case Manager for Judge Farnan
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: *Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc.*,
     <u>D. Del., C.A. No. 04-1371 (JJF)</u>

Dear Ms. Krett:

  Thank you for speaking to me this morning about amending the cover page of the Memorandum Opinion in the above matter dated December 2, 2005. As discussed, please remove the reference on the cover page to Mr. Marsden and the Fish & Richardson firm, as his firm did not represent plaintiff for purposes of the motion that is the subject of the decision. Please also send us a copy of the revised version at your earliest convenience.

  Please contact me with any questions.

              Respectfully,

              John M. Seaman (DSB I.D. No. 3868)

cc: Steven J. Balick, Esquire (by email)
   Michael Headley, Esquire (by email)
   William J. Marsden, Jr., Esquire (by email)