IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a :
Delaware corporation, :
:
Plaintiff, :
:
v. : C.A. No. 04-1371-JJF
:
FAIRCHILD SEMICONDUCTOR :
INTERNATIONAL, INC., a Delaware:
corporation, and FAIRCHILD :
SEMICONDUCTOR CORPORATION, a :
Delaware corporation, :
:
Defendants. :

O R D E R

WHEREAS, the Court has received a letter dated December 16, 2005, from John M. Seaman, Esq. on behalf of the Plaintiff, Power Integrations Inc., informing the Court that Mr. Marsden and the Fish & Richardson law firm did not represent Plaintiff for purposes of the motion that is the subject of the Court's December 2, 2005 Memorandum Opinion and Order granting the Motion To Quash filed by LG Electronics USA Inc.;

WHEREAS, Mr. Seaman has requested the Court to enter a corrected cover page for the December 2, 2005 decision;

NOW THEREFORE, IT IS HEREBY ORDERED that the attached corrected cover page is substituted for the original cover page issued with the December 2, 2005 Memorandum Opinion.

_12/20/05_  
Date

_[signature]_  
UNITED STATES DISTRICT JUDGE