IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a Delaware corporation,

Plaintiff,

v.

C.A. No. 04-1371-JJF

FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,

Defendants.

---

Andre G. Bouchard, Esquire and John M. Seaman, Esquire of BOUCHARD MARGULES & FRIEDLANDER, P.A., Wilmington, Delaware.
Attorneys for Plaintiff, Power Integrations, Inc.

Steven J. Balick, Esquire, John G. Day, Esquire and Tiffany Geyer Lydon, Esquire of ASHBY & GEDDES, Wilmington, Delaware.
Attorneys for Defendant, Fairchild Semiconductor International, Inc. and LG Electronics USA Inc.

Andrew C. Sonu, Esquire and Lionel M. Lavenue, Esquire of FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P., Reston, Virginia.
Attorneys for Non-Party, LG Electronics USA Inc.

---

**MEMORANDUM OPINION**

December 2, 2005
Wilmington, Delaware