# EXHIBIT A

## Stipulated Constructions

| Term | Stipulated Construction | Patent and Claim |
|------|------------------------|------------------|
| adjoining | To be very near, next to, or touching. | '075 Patent, Claim 1 |
| frequency variation circuit | A structure that provides the "frequency variation signal". | '851 Patent, Claims 1, 2, 11, and 16<br>'366 Patent, Claims 5 and 14 |
| monolithic device | A device constructed from a single crystal or other single piece of material. | '851 Patent, Claims 2 and 16<br>'366 Patent, Claims 2 and 16 |
| maximum duty cycle signal comprising an on-state and an off-state | A maximum duty cycle signal is a signal the purpose of which is to limit the maximum "on-time" of a power switch during an on/off switching cycle. The on-state is the state of the maximum duty cycle signal that allows the switch to be active or "on" and is independent of the logic state of the signal itself. Correspondingly, the off-state is the state of the maximum duty cycle signal that results in the switch being placed or held in its inactive or "off" condition and, again, is independent of logic state. | '366 Patent, Claim 1 and 10 |

# EXHIBIT B

## Disputed Terms – '075 Patent

| Term | Fairchild's Construction | Power Integrations' Construction | '075 Claim |
|------|--------------------------|--------------------------------|------------|
| MOS transistor | A metal-oxide-semiconductor transistor having the elements set forth in the claim, which excludes a DMOS transistor. | A MOS transistor is a metal-oxide-semiconductor device that can control the flow of current between a source terminal and a drain terminal.  In common usage in the industry, "high voltage" generally refers to a device that can operate at 50V and above.<br><br>Power Integrations disagrees with Fairchild that this term, or this claim, excludes all application to devices that may be referred to as "DMOS" transistors. | 1, 5 |
| substrate | The physical material on which a transistor is fabricated. | A substrate as expressly defined in the '075 patent is the physical material on which a microcircuit is fabricated and may include subsequently formed or doped regions which are expressly provided for in the patent and referred to as a "secondary substrate" such as a well or epitaxial layer. | 1 |
| a pair of laterally spaced pockets of semiconductor material of a second conductivity type within the substrate | Two laterally spaced pockets of semiconductor material of the opposite conductivity type from the substrate present within the physical material on which a microcircuit is fabricated.  Power Integrations disclaimed reading this element on a DMOS transistors. | "[P]air of laterally spaced pockets of semiconductor material of a second conductivity type" should be given its plain, English language meaning.  "Within the substrate" refers to anywhere within the boundaries of the substrate.  Such a pocket can be within a well region and still be "within the substrate" as recited in the claim.  Power Integrations disagrees with Fairchild that this phrase, or this claim, excludes all application to devices that may be referred to as "DMOS" transistors. | 1 |
| a surface adjoining layer | A layer of material of the same conductivity as the substrate | Power Integrations does not believe this term requires construction.  It | 1 |

| Term | Fairchild's Construction | Power Integrations' Construction | '075 Claim |
|---|---|---|---|
| of material of the first conductivity type on top of an intermediate portion of the extended drain region between the drain contact pocket and the surface-adjoining positions | above a portion of the extended drain region and between the drain contact pocket and each of the surface adjoining positions of the extended drain region. Power Integrations disclaimed reading this element on a DMOS transistor. | should be subject to plain, English-language interpretation. If the Court believes this term requires construction, though, Power Integrations proposes the following construction:<br><br>A layer of material of the same conductivity type as the substrate located on top of a portion of the extended drain region between the drain contact pocket and surface adjoining positions of the extended drain region. Power Integrations disagrees with Fairchild that this phrase, or this claim, excludes all application to devices that may be referred to as "DMOS" transistors. | |
| said top layer of material | This term lacks antecedent basis and cannot be construed. | Power Integrations does not believe this term requires construction. It should be subject to plain, English-language interpretation. If the Court believes this term requires construction, though, Power Integrations proposes the following construction:<br><br>The top layer of material in this limitation refers to the surface adjoining layer. | 1 |
| substrate region thereunder which forms a channel | A channel is formed laterally in the substrate between the source contact pocket and the nearest surface-adjoining position of the extended drain region. Power Integrations disclaimed reading this element on a DMOS transistor. | This phrase should be afforded its plain meaning and simply refers to the physical location of the "channel" being formed underneath the gate region. Nothing in the patent precludes the channel from being formed in "well" material or otherwise doped material beneath the insulated gate. Power Integrations disagrees with Fairchild that this phrase, or this claim, excludes all application to devices that may be referred to as "DMOS" transistors. | 1 |

| Term | Fairchild's Construction | Power Integrations' Construction | '075 Claim |
|---|---|---|---|
| being subject to application of a reverse-bias voltage | Experiencing a bias voltage applied to a semiconductor junction with polarity that permits little or no current to flow. | Reverse-bias in this context is a voltage applied across a rectifying junction with a polarity that provides a high-resistance path. It means that the surface adjoining layer of material recited in the claims is connected in some way to the substrate or "ground" potential. | 1 |

**Disputed Terms – '851, '366, and '876 Patents**

| Term | Fairchild's Construction | Power Integrations' Construction | '366 Claim | '851 Claim | '876 Claim |
|------|--------------------------|----------------------------------|------------|------------|------------|
| frequency jittering | Frequency jittering is varying the frequency of operation of the pulse width modulated switch by varying the oscillation frequency of the oscillator. | Frequency jitter in the context of the patent is a controlled and predetermined change or variation in the frequency of a signal. | | | 1 |
| coupled | Two circuits are coupled when they are configured such that signals pass from one to the other | Power Integrations does not believe this term requires construction. It should be subject to plain, English-language interpretation. If the Court believes this term requires construction, though, Power Integrations proposes the following construction: Two circuits are coupled when they are connected such that voltage, current, or control signals pass from one to the other. | 8, 18 | 9, 11, 17 | 1 |
| primary voltage | The voltage generated by the primary voltage source. | A primary voltage is a base or initial voltage. Nothing in the patent limits this term to a voltage generated solely by a "primary voltage source." | | | 17, 19 |
| cycling | A periodic change of the controlled variable. | Power Integrations does not believe this term requires construction. It should be subject to plain, English-language interpretation. If the Court believes this term requires construction, though, Power Integrations proposes the following construction: | | | 17 |

| Term | Fairchild's Construction | Power Integrations' Construction | '366 Claim | '851 Claim | '876 Claim |
|---|---|---|---|---|---|
| | | Cycling is repeating a sequence or a pattern | | | |
| secondary voltage sources | Additional voltage sources distinct from the primary voltage source. | A voltage source is a source, i.e. a place of procurement or a supply, of voltage and may include, for example, a resistor having a substantially constant current flowing through it. A secondary voltage source is a source of a secondary voltage. Nothing in the claims or specification requires the secondary voltage source be independent from the source of the primary voltage. | | | 17, 19 |
| secondary voltage | A voltage generated by the secondary voltage sources. | Plain meaning: secondary voltage is a subsequent or additional voltage. | | | 17 |
| combining | Adding together from two or more different sources. | Power Integrations does not believe this term requires construction. It should be subject to plain, English-language interpretation. If the Court believes this term requires construction, though, Power Integrations proposes the following construction: Combining means adding together. There is nothing that requires the "different sources" added limitation of Fairchild's proposed construction. | | | 17 |
| supplemental voltage | A voltage other than the primary or secondary | Power Integrations does not believe this term | | | 19 |

| Term | Fairchild's Construction | Power Integrations' Construction | '366 Claim | '851 Claim | '876 Claim |
|------|--------------------------|----------------------------------|-----------|-----------|-----------|
| | voltages. | requires construction. It should be subject to plain, English-language interpretation. If the Court believes this term requires construction, though, Power Integrations proposes the following construction:<br><br>A voltage in addition to the primary voltage. Nothing in the intrinsic evidence suggests that a "supplemental voltage" must be different from the "secondary" voltage. | | | |
| Soft start circuit | A circuit that minimizes inrush currents at start up. | Soft start circuit should be construed according to 35 U.S.C. § 112 ¶ 6 to include the circuit structures disclosed in the specification for performing the recited functions, and equivalents thereof. The corresponding structures for the "soft start circuit" are disclosed in the specification of the '851 patent at: Col. 5, line 66 -- Col. 6, line 9; Col. 6, lines 25-Col. 7, line 8; Col. 11, line 64-Col. 12, line 2.<br><br>The specification expressly excludes from the definition of "soft start circuit" prior art circuits using an external "soft start capacitor." *See* Col. 2, line 58-Col. 3, line 8. | 1, 2, 9, 16 | 4, 13 | |

| Term | Fairchild's Construction | Power Integrations' Construction | '366 Claim | '851 Claim | '876 Claim |
|------|--------------------------|--------------------------------|-----------|-----------|-----------|
| soft start circuit that provides a signal instructing said drive circuit to disable said drive signal during at least a portion of said on-state of said maximum duty cycle | A circuit that minimizes inrush currents at start up by providing a signal instructing the drive circuit to disable the drive signal during at least a portion of the on-state of the maximum duty cycle signal.<br><br>Fairchild does not believe this to be a means-plus-function term. Should the Court determine this to be a means-plus-function element, however, it should be construed to mean a structure that provides the functionality of providing a signal instructing said drive circuit to disable said drive signal during at least a portion of said on-state of said maximum duty cycle. This means-plus-function element is limited to the structure disclosed in the '366 and '851 patents, and equivalents thereof. The only such structures disclosed are (i) the circuit shown in Figure 1, including capacitor 110, (ii) the soft start block and low frequency oscillator shown in Figures 3, 6, and 9, and (iii) the corresponding portions of the specification describing these structures. | The functionality should be construed in accordance with the plain meaning of its terms. The corresponding structure is the same as set forth above. | 1, 2 | | |
| a soft start circuit that provides a signal instructing said drive circuit to discontinue | A circuit that minimizes inrush currents at start up by providing a signal instructing the drive circuit to disable the drive signal according to a magnitude of the frequency variation signal. | The functionality should be construed in accordance with the plain meaning of its terms. The corresponding structure is the same as set forth above re soft start circuit. | | 13 | |

| Term | Fairchild's Construction | Power Integrations' Construction | '366 Claim | '851 Claim | '876 Claim |
|------|--------------------------|----------------------------------|-----------|-----------|-----------|
| said drive signal according to a magnitude of said frequency variation signal | Fairchild does not believe this to be a means-plus-function term.  Should the Court determine this to be a means-plus-function element, however, it should be construed to mean a structure that provides the functionality of providing a signal instructing said drive circuit to discontinue said drive signal according to a magnitude of said frequency variation signal.  This means-plus-function element is limited to the structure disclosed in the '366 and '851 patents, and equivalents thereof.  The only such structures disclosed are the soft start block and low frequency oscillator shown in Figures 3, 6, and 9, and (iii) the corresponding portions of the specification describing these structures. | | | | |
| a soft start circuit that provides a signal instructing said drive circuit to disable said drive signal during at least a portion of said maximum time period | A circuit that minimizes inrush currents at start up by providing a signal instructing the drive circuit to disable the drive signal during at least a portion of the maximum time period.<br><br>Fairchild does not believe this to be a means-plus-function term.  Should the Court determine this to be a means-plus-function element, however, it should be construed to mean a structure that provides the functionality of providing a signal instructing said drive circuit | The functionality should be construed in accordance with the plain meaning of its terms.  The corresponding structure is the same as set forth above re soft start circuit. | 9, 16 | | |

| Term | Fairchild's Construction | Power Integrations' Construction | '366 Claim | '851 Claim | '876 Claim |
|------|--------------------------|--------------------------------|-----------|-----------|-----------|
| | to disable said drive signal during at least a portion of said maximum time period. This means-plus- function element is limited to the structure disclosed in the '366 and '851 patents, and equivalents thereof. The only such structures disclosed are (i) the circuit shown in Figure 1, including capacitor 110, (ii) the soft start block and low frequency oscillator shown in Figures 3, 6, and 9, and (iii) the corresponding portions of the specification describing these structures. | | | | |
| a soft start circuit that provides a signal instructing said drive circuit to discontinue said drive signal when said magnitude of said oscillation signal is greater than a magnitude of said frequency variation signal | A circuit that minimizes inrush currents at start up by providing a signal instructing the drive circuit to discontinue the drive signal when the magnitude of the oscillation signal is greater than a magnitude of the frequency variation signal.<br><br>Fairchild does not believe this to be a means-plus-function term. Should the Court determine this to be a means-plus-function element, however, it should be construed to mean a structure that provides the functionality of providing a signal instructing said drive circuit to discontinue said drive signal when said magnitude of said oscillation signal is greater than a magnitude of said frequency variation signal. This means-plus-function element is limited to | The functionality should be construed in accordance with the plain meaning of its terms. The corresponding structure is the same as set forth above re soft start circuit. | | 4 | |

| Term | Fairchild's Construction | Power Integrations' Construction | '366 Claim | '851 Claim | '876 Claim |
|---|---|---|---|---|---|
| | the structure disclosed in the '366 and '851 patents, and equivalents thereof.  The only such structures disclosed are (ii) the soft start block and low frequency oscillator shown in Figures 3, 6, and 9, and (iii) the corresponding portions of the specification describing these structures. | | | | |
| frequency variation circuit that provides a frequency variation signal | A frequency variation circuit is a structure that provides the "frequency variation signal".<br><br>A frequency variation signal is a signal used the vary the frequency of the oscillation signal. | A frequency variation circuit is a structure that provides the "frequency variation signal".<br><br>A frequency variation signal is an internal signal that cyclically varies in magnitude during a fixed period of time and is used to modulate the frequency of the oscillation signal within a predetermined frequency range. | 5, 14 | 1, 2, 11, 16 | |

# EXHIBIT C

# United States Patent [19]

**Eklund**

[11] Patent Number: **4,811,075**

[45] Date of Patent: **Mar. 7, 1989**

[54] HIGH VOLTAGE MOS TRANSISTORS

[75] Inventor: Klas H. Eklund, Los Gatos, Calif.

[73] Assignee: Power Integrations, Inc., Mountain View, Calif.

[21] Appl. No.: 41,994

[22] Filed: Apr. 24, 1987

[51] Int. Cl.⁴ .............. H01L 27/02; H01L 29/78; H01L 29/80

[52] U.S. Cl. .............. 357/46; 357/22; 357/23.4; 357/23.8

[58] Field of Search ............ 357/23.8, 23.4, 46, 357/22

[56] References Cited

U.S. PATENT DOCUMENTS

4,626,879  12/1986  Colak ..................... 357/23.8
4,626,341  12/1986  Thomas .................. 357/23.8

OTHER PUBLICATIONS

See, Physics of Semiconductor Devices Wiley & Sons N.Y. c. 1981 pp. 431-438, 486-491.

Primary Examiner—Andrew J. James
Assistant Examiner—Jerome Jackson
Attorney, Agent, or Firm—Thomas E. Schatzel

[57]                     ABSTRACT

An insulated-gate, field-effect transistor and a double-sided, junction-gate field-effect transistor are connected in series on the same chip to form a high-voltage MOS transistor. An extended drain region is formed on top of a substrate of opposite conductivity-type material. A top layer of material having a conductivity-type opposite that of the extended drain and similar to that of the substrate is provided by ion-implantation through the same mask window as the extended drain region. This top layer covers only an intermediate portion of the extended drain which has ends contacting a silicon dioxide layer thereabove. The top layer is either connected to the substrate or left floating. Current flow through the extended drain region can be controlled by the substrate and the top layer, which act as gates providing field-effects for pinching off the extended drain region therebetween. A complementary pair of such high-voltage MOS transistors having opposite conductivity-type are provided on the same chip.

7 Claims, 2 Drawing Sheets



Case 1:04-cv-01371-JJF    Document 157-2    Filed 01/05/2006    Page 16 of 39



Fig.1



Fig.2



Fig.3

FCS0000116

U.S. Patent    Mar. 7, 1989    Sheet 2 of 2    4,811,075



Fig.4



Fig.5

FCS0000117

1
4,811,075
2

### HIGH VOLTAGE MOS TRANSISTORS

#### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to high voltage metal-oxide semiconductor (MOS) transistors of the field-effect type. More specifically, the transistors can be made as either discrete or integrated devices of either n-channel or p-channel conductivity. The integrated devices can easily be combined with low voltage control logic on the same chip. Further devices of opposite conductivity can be combined in a complementary manner on the same chip.

2. Description of the Prior Art

Self isolation technology is used for making high voltage MOS devices, particularly integrated high voltage devices in combination with low voltage control logic on the same chip. The voltage is sustained by an offset gate, as a lightly doped extended drain region is used. Such devices can be considered as an IGFET or MOSFET in series with a single sided JFET. Two of such high voltage devices having opposite conductivity types can be used as a complementary pair on the same chip, with the device having an extended p-type drain being imbedded in an n-well in a p-substrate.

The voltage capability of such high voltage devices is determined by the doping of the substrate, the length of the extended drain region and the net number of charges therein. For optimum performance, the net number of charges should be around $1 \times 10^{12}/cm^2$. Such devices have been used for making display drivers in the one hundred to two hundred volt range, but the current capabilities of the devices are poor. The main advantage is that low voltage control logic easily can be combined on the same chip. For these devices, a general figure of merit can be determined by the product of $R_{on} \times A$ (where $R_{on}$ is the on-resistance in the linear region and A is the area taken up by the device). For an n-channel device in the voltage range of two hundred fifty to three hundred volts, $R_{on} \times A$ is typically 10–15 $\Omega$ mm². A discrete vertical D-MOS device in the same voltage range has a figure of merit of 3 $\Omega$ mm², but is much more difficult to combine with low voltage control logic on the same chip. Thus, the application of these high voltage devices is restricted to current level below 100 mA, such as display drivers. Even such drivers are more costly due to poor area efficiency of the high voltage devices.

#### SUMMARY OF THE PRESENT INVENTION

An object of the present invention is to provide a more efficient high voltage MOS transistor.

Another object of the invention is to provide a high voltage MOS transistor that is compatible with five volt logic.

A further object of the invention is to provide a three hundred volt n-channel device with a figure of merit, $R_{on} \times A$, of about 2.0 $\Omega$ mm².

Briefly, the present invention includes an insulated gate, field-effect transistor (IGFET or MOSFET) and a double-sided junction gate field-effect transistor (JFET) connected in series on the same chip to form a high voltage MOS transistor. In a preferred embodiment of the invention, a complementary pair of such high voltage MOS transistors having opposite conductivity type are provided on the same chip.

Advantages of the invention include more efficient high voltage MOS transistors, compatibility with five volt logic, and for an n-channel device, voltage capability of three hundred volts with a figure of merit, $R_{on} \times A$, of about 2.0 $\Omega$ mm².

These and other objects and advantages of the present invention will no doubt become obvious to those of ordinary skill in the art after having read the following detailed description of the preferred embodiments which are illustrated in the various drawing figures.

#### IN THE DRAWINGS

FIG. 1 is a diagrammatic view of a high voltage MOS transistor of the n-channel type embodying the present invention.

FIG. 2 is a diagrammatic view of a high voltage MOS transistor of the p-channel type embodying the present invention.

FIG. 3 is a diagrammatic view of the transistors shown in FIGS. 1 and 2 forming a complementary pair on the same chip.

FIG. 4 is a diagrammatic view of low voltage, C-MOS implemented devices that can be combined on the same chip with the complementary pair of high voltage MOS transistors shown in FIG. 3.

FIG. 5 is a diagrammatic view of a symmetric high-voltage n-channel device wherein the source region and the drain region are similar.

#### DESCRIPTION OF THE PREFERRED EMBODIMENT

Looking now at FIG. 1, an n-channel type, high voltage MOS transistor, indicated generally by reference numeral 10, is formed on a p-substrate 11 covered by a silicon dioxide layer 12. A metal source contact 14 and a metal drain contact 16 extend through the silicon dioxide layer to the substrate. A polysilicon gate 17 is positioned between the source contact and the drain contact at a location where the silicon dioxide layer is very thin so that the gate is slightly offset and insulated from the substrate. The polysilicon gate is the gate electrode, and an insulation layer 18 covers the gate and the silicon dioxide layer.

Beneath the source contact 14, a pocket 19 of p+ material and a pocket 21 of n+ material are diffused into the p− substrate 11. The pocket 21 extends from beneath the source contact to the gate 17. Beneath the gate is a threshold voltage implant 22 of p-type material for adjusting the threshold voltage and a punch through implant 23 of p-type material for avoiding punch through voltage breakdown. Beneath the drain contact 16, a pocket 24 of n+ material is diffused into the substrate. An extended drain region 26 of n-material is formed by diffusion or ion implantation on top of the p-substrate, and extends from beneath gate 17 to the pocket 24 and a similar distance to the opposite side of the pocket. A top layer 27 of p- material is provided by ion-implantation through the same mask window as the extended drain region to cover an intermediate portion thereof, while the end portions of the drain region are uncovered to contact the silicon dioxide layer 12. The top layer is either connected to the substrate or left floating.

The gate 17 controls by field-effect the current flow thereunder laterally through the p-type material to the n-type material in the extended drain region 26. Further flow through the extended drain region can be controlled by the substrate 11 and the top layer 27, which

4,811,075

3

act as gates providing field-effects for pinching off the extended drain region therebetween. Thus, the transistor 10 can be considered as an insulated gate, field-effect transistor (IGFET or MOSFET) connected in series with a double-sided, junction-gate field-effect transistor (JFET). While the insulated gate, field-effect transistor shown is a conventional MOS type, it should be understood that it could also be a lateral D-MOS or a depletion MOS type.

By adding the top layer 27 over the extended drain region 26 and connecting this top layer to the substrate 11, the net number of charges in the extended drain region can be increased from $1 \times 10^{12}/cm^2$ to around $2 \times 10^{12}/cm^2$, or approximately double. This drastically reduces the on-resistance of the transistor 10. The pinch off voltage of the extended drain region can be reduced from typically around forty volts to below ten volts. Thus, a conventional short channel, thin gate oxide MOS transistors can be used as the series transistor instead of a D-MOS device. This results in the following benefits. First, the threshold voltage of a conventional MOS transistor is typically much lower than for a D-MOS device (0.7 volts compared to two four volts for the D-MOS device) and thus, is directly compatible with five volt logic. The D-MOS device usually requires an additional power supply of ten to fifteen volts for driving the gate. Second, the conventional MOS transistor has less on resistance and thus, further reduces the total on resistance.

As the p-type top layer 27 can be made very shallow with a depth of one micron or less, the doping density in that layer will be in the range of $5 \times 10^{16}-1 \times 10^{17}/cm^3$. At doping levels above $10^{16}/cm^3$, the mobility starts to degrade and a decrease in mobility will increase the critical electrical field for breakdown, thus giving a higher breakdown voltage for fixed geometry. The number of charges in the top layer is around $1 \times 10^{12}/cm^2$ and to first order approximation independent of depth.

The combined benefits of the above features result in a voltage capability of three hundred volts with a figure of merit, $R_{on} \times A$, of about 2.0 Ω mm² for the transistor 10. Currently used integrated MOS transistors have a figure of merit of about 10-15 Ω mm², while the best discrete vertical D-MOS devices on the market in a similar voltage range have a figure of merit of 3-4 Ω mm².

With reference to FIG. 2, a p-channel type, high voltage MOS transistor is indicated generally by reference numeral 30. Since the layers of substrate, silicon dioxide, and insulation for this transistor are similar to those previously described for transistor 10, they will be given like reference numerals. A p-substrate 11 is covered by a silicon dioxide layer 12 and an insulation layer 18. A metal source contact 31 and a metal drain contact 32 extend through the insulation layer and the silicon dioxide layer to an n-well 33 that is embedded in the substrate. A polysilicon gate 34, which is an electrode, is positioned between the source contact and the drain contact at a location where the silicon dioxide layer is very thin so that the gate is slightly offset and insulated from the n-well. The gate and the silicon dioxide layer are covered by the insulation layer 18.

A pocket 35 of n+ type material and a pocket 36 of p+ type material are provided in the n-well 33 beneath the metal source contact 31. The pocket 36 extends to the gate 34. An extended drain region 37 of p-type material is formed in the n-well and extends from be-

4

neath the gate to a pocket 38 located beneath the drain contact 32, and the extended drain region confines a similar distance on the opposite side of the drain contact. A top layer 39 of n-material is provided by ion-implantation through the same window of the mask as the extended drain region to cover an intermediate portion thereof. The end portions of the extended drain region are uncovered so as to contact the silicon dioxide layer 12. The top layer is either connected to the n-well or left floating.

The gate 34 controls by field-effect the current flow thereunder laterally through the n-type material to the p-type material in the extended drain region 37. Further flow through the extended drain region can be controlled by the n-well 33 and the top layer 39, which act as gates providing field-effects for pinching off the extended drain region therebetween. Thus, the transistor 30 can be considered as an insulated-gate field-effect transistor (IGFET or MOSFET) connected in series with a double-sided, junction-gate field-effect transistor (JFET). The n-well under the extended drain region has to be depleted before breakdown occurs between the p+ drain contact pocket 38 and the n-well.

Looking now at FIG. 3, an n-channel transistor 10, similar to that shown in FIG. 1, and a p-channel transistor 30, similar to that shown in FIG. 2, are shown as a complementary pair on the same substrate 11 and isolated from each other. Since the details of each transistor has been previously described with reference to FIGS. 1 and 2, no further description is considered necessary.

As shown in FIG. 4, low voltage, C-MOS implemented devices 43 and 44 can be combined on the same p-substrate 11 as the high voltage devices 10 and 30, shown in FIG. 3. These low voltage devices enable low voltage logic and analog function to control the high voltage devices. The device 43 is an n-channel type having a source contact 46, a drain contact 47 and a polysilicon gate 48. A p+ pocket 49 and an n+ pocket 51 are provided in the p− substrate beneath the source contact. The n+ pocket extends to beneath the gate. An n+ pocket 52 is provided beneath the drain contact. The gate 48 is insulated from the substrate by the silicon dioxide layer 12, but the gate controls the current flow through the substrate between pockets 51 and 52. The gate is covered by the insulation layer 18. An n-well 53 is provided in the substrate to accommodate the low voltage, p-channel device 44. This device includes a source contact 54, a drain contact 56 and a polysilicon gate 57. An n+ pocket 58 and a p+ pocket 59 are provided in the n-well beneath the source contact and a p+ pocket 61 is provided in the n-well beneath the drain contact. The gate 57 is insulated from the n-well and extends thereabove between pockets 59 and 61.

It should be noted that the term "substrate" refers to the physical material on which a microcircuit is fabricated. If a transistor is fabricated on a well of n or p type material within a primary substrate of opposite type material, the well material can be considered a secondary substrate. Similarly, if a transistor is fabricated on an epitaxial layer or epi-island that merely supports and insulates the transistor, the epitaxial layer or epi-island can be considered a secondary substrate. An epi-island is a portion of an epitaxial layer of one conductivity type that is isolated from the remaining portion of the epitaxial layer by diffusion pockets of an opposite conductivity type. When complementary transistors are formed on the same chip, the well in which one compli-

4,811,075

5

mentary transistor is embedded is formed by the same diffusion as the extended drain region for the other transistor.

FIG. 5 shows a symmetrical n-channel device 63 having a source contact 64 and a drain contact 66. A polysilicon gate 67 is isolated from a substrate 68 by a silicon dioxide layer 69 and the gate is covered by an insulation layer 20. An n-type extended source region 71 is provided beneath the source contact and an n+ type pocket 72. A top layer 73 of p-type material is positioned over an intermediate portion of the extended source region, while the end portions of the extended source region contact the silicon dioxide layer thereabove. Beneath the drain contact is an n+ type pocket 74 and an n-type extended drain region 76. A top layer 73 of p-type material is positioned over an intermediate portion of the extended drain region and end portions of the extended drain region contact the silicon dioxide layer. An implant 78 of the p-type material is provided under the gate 67 between the extended source region and the extended drain region for sustaining the threshold voltage. A similar implant 79 for sustaining the punch-through voltage is provided beneath the implant 78. Since the symmetrical channel device has both an extended source an an extended drain, the source can sustain the same high potential as the drain. A symmetric p-channel device could be made in a similar way using opposite conductivity type materials.

From the foregoing description, it will be seen that an efficient, high voltage MOS transistor has been provided. This transistor is compatible with five volt logic which easily can be integrated on the same chip. The transistor has a voltage capability of three hundred volts for an n-channel device, and has a figure of merit, $R_{on} \times A$, of about 2.0 $\Omega mm^2$. The transistor is formed by an insulated-gate field-effect transistor and a double-sided junction-gate field-effect transistor connected in series on the same chip. These transistors can be made as either discrete devices or integrated devices of either n-channel or p-channel conductivity. The integrated devices can be easily combined with low voltage control logic on the same chip. Further devices of opposite conductivity can be combined in a complementary manner on the same chip.

Although the present invention has been described in terms of the presently preferred embodiment, it is to be understood that such disclosure is not to be interpreted as limiting. Various alterations and modifications will no doubt become apparent to those of ordinary skill in the art after having read the above disclosure. Accordingly, it is intended that the appended claims be interpreted as covering all alterations and modifications as fall within the true spirit and scope of the invention.

I claim:

1. A high voltage MOS transistor comprising:
a semiconductor substrate of a first conductivity type having a surface
a pair of laterally spaced pockets of semiconductor material of a second conductivity type within the substrate and adjoining the substrate surface,
a source contact connected to one pocket,
a drain contact connected to the other pocket,
an extended drain region of the second conductivity type extending laterally each way from the drain contact pocket to surface-adjoining positions,
a surface adjoining layer of material of the first conductivity type on top of an intermediate portion of the extended drain region between the drain contact pocket and the surface-adjoining positions,

6

said top layer of material and said substrate being subject to application of a reverse-bias voltage,
an insulating layer on the surface of the substrate and covering at least that portion between the source contact pocket and the nearest surface-adjoining position of the extended drain region, and
a gate electrode on the insulating layer and electrically isolated from the substrate region thereunder which forms a channel laterally between the source contact pocket and the nearest surface-adjoining position of the extended drain region, said gate electrode controlling by field-effect the flow of current thereunder through the channel.

2. The high-voltage MOS transistor of claim 1 wherein,
said top layer has a depth of one micron or less.

3. The high-voltage MOS transistor of claim 1 wherein,
said top layer has a doping density higher than $5 \times 10^{16}/cm^3$ so that the mobility starts to degrade.

4. The high voltage MOS transistor of claim 1 having one channel conductivity type in combination with a complementary high voltage MOS transistor of an opposite channel conductivity type combined on the same chip and isolated from each other.

5. The high voltage MOS transistor of claim 1 combined on the same chip with a low voltage CMOS implemented device.

6. The combination of claim 5 further including,
a complementary high voltage MOS transistor, and
a complementary low voltage CMOS implemented device on the same chip and isolated from each other.

7. A high voltage MOS transistor comprising:
a semiconductor substrate of a first conductivity type having a surface,
a pair of laterally spaced pockets of semiconductor material of a second conductivity type within the substrate and adjoining the substrate surface,
a source contact connected to one pocket,
an extended source region of the second conductivity type extending laterally each way from the source contact pocket to surface-adjoining positions,
a surface adjoining layer of material of the first conductivity type on top of an intermediate portion of the extended source region between the surface-adjoining positions,
said top layer and said substrate being subject to application of a reverse-bias voltage,
a drain contact connected to the other pocket,
an extended drain region of the second conductivity type extending laterally each way from the drain contact pocket to surface-adjoining positions,
a surface adjoining layer of material of the first conductivity type on top of an intermediate portion of the extended drain region between the drain contact pocket and the surface-adjoining positions,
said top layer of material and said substrate being subject to application of a reverse-bias voltage,
an insulating layer on the surface of the substrate and covering at least that portion between the nearest surface-adjoining positions of the extended source region and the extended drain region, and
a gate electrode on the insulating layer and electrically isolated from the substrate region thereunder which forms a channel laterally between the nearest surface-adjoining positions of the extended source region and the extended drain region, said gate electrode controlling by field-effect the current flow thereunder through the channel.

* * * * *

FCS0000120

# EXHIBIT D



US006107851A

# United States Patent [19]

## Balakirshnan et al.

[11] Patent Number: 6,107,851

[45] Date of Patent: Aug. 22, 2000

[54] **OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER**

[75] Inventors: **Balu Balakrishnan; Alex Djenguerian**, both of Saratoga; **Leif Lund**, San Jose, all of Calif.

[73] Assignee: **Power Integrations, Inc.**, Sunnyvale, Calif.

[21] Appl. No.: **09/088,774**

[22] Filed: **May 18, 1998**

[51] Int. Cl.[7] ............................................ **H03K 3/017**

[52] U.S. Cl. ................... **327/172; 327/531; 327/544**

[58] Field of Search .............................. 327/172, 173, 327/174, 175, 176, 530, 531, 544

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,491,252 | 1/1970 | Petrohilos ............................ 307/229 |
| 3,555,399 | 1/1971 | Buchanan et al. ..................... 321/43 |
| 3,840,797 | 10/1974 | Aggen et al. ........................ 321/2 |
| 3,916,224 | 10/1975 | Daniels et al. ...................... 307/265 |
| 4,072,965 | 2/1978 | Kondo ............................... 354/51 |
| 4,143,282 | 3/1979 | Berard, Jr. et al. ................. 307/43 |
| 4,228,493 | 10/1980 | de Sartre et al. ................... 363/56 |
| 4,236,198 | 11/1980 | Ohsawa et al. ...................... 363/49 |
| 4,495,554 | 1/1985 | Simi et al. ......................... 363/21 |
| 4,559,590 | 12/1985 | Davidson .......................... 363/21 |
| 4,622,627 | 11/1986 | Rodriguez et al. ................... 363/37 |
| 4,695,936 | 9/1987 | Whittle ............................ 363/21 |
| 4,706,176 | 11/1987 | Kettschau ......................... 363/21 |
| 4,706,177 | 11/1987 | Josephson ......................... 363/24 |
| 4,720,641 | 1/1988 | Faini .............................. 307/18 |
| 4,725,769 | 2/1988 | Cini et al. ......................... 323/283 |
| 4,734,839 | 3/1988 | Barthold ........................... 363/16 |
| 4,739,462 | 4/1988 | Farnsworth et al. ................. 363/21 |
| 4,806,844 | 2/1989 | Claydon et al. ..................... 323/311 |
| 4,809,148 | 2/1989 | Barn ............................... 363/20 |
| 4,811,184 | 3/1989 | Koninsky et al. .................... 363/17 |
| 4,814,674 | 3/1989 | Hrassky ............................ 318/254 |
| 4,858,094 | 8/1989 | Barlage ............................ 363/21 |
| 4,862,339 | 8/1989 | Inou et al. ......................... 363/21 |
| 4,866,590 | 9/1989 | Odaka et al. ....................... 363/49 |
| 4,870,555 | 9/1989 | White .............................. 363/21 |

| | | |
|---|---|---|
| 4,887,199 | 12/1989 | Whittle ............................ 363/49 |
| 4,888,497 | 12/1989 | Dallabora et al. ................... 307/272.3 |
| 4,890,210 | 12/1989 | Myers ............................. 363/21 |
| 4,928,220 | 5/1990 | White .............................. 363/56 |
| 4,937,728 | 6/1990 | Leonardi ........................... 363/97 |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO 83/01157 | 3/1983 | European Pat. Off. ...... | H02M 3/335 |
| 0 651 460 A1 | 5/1995 | European Pat. Off. ...... | H01L 23/433 |
| 0 694 966 A1 | 1/1996 | European Pat. Off. ...... | H01L 23/495 |
| 0 736 957 A1 | 10/1996 | European Pat. Off. ...... | H02M 1/12 |
| 0 740 491 A1 | 10/1996 | European Pat. Off. ...... | H05B 41/00 |
| 0 748 034 A1 | 12/1996 | European Pat. Off. ...... | H02M 3/00 |
| 0 748 035 A1 | 12/1996 | European Pat. Off. ...... | H02M 3/155 |
| 0 751 621 A1 | 1/1997 | European Pat. Off. ...... | H05K 17/16 |

### OTHER PUBLICATIONS

H.S. Hoffman, Jr., Self–Generated Bias Supply, IBM Technical Disclosure Bulletin, vol. 20, No. 5, Oct. 1997, pp. 1814–1815.

(List continued on next page.)

*Primary Examiner*—Jeffrey Zweizig

*Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman, LLP

[57] **ABSTRACT**

A pulse width modulated switch comprises a first terminal, a second terminal, and a switch that allows a signal to be transmitted between the first terminal and the second terminal according to a drive signal provided at a control input. The pulse width modulated switch also comprises a frequency variation circuit that provides a frequency variation signal and an oscillator that provides an oscillation signal having a frequency of that varies within a frequency range according to the frequency variation signal. The oscillator further provides a maximum duty cycle signal comprising a first state and a second state. The pulse width modulated switch further comprises a drive circuit that provides the drive signal when the maximum duty cycle signal is in the first state and a magnitude of the oscillation signal is below a variable threshold level.

**18 Claims, 9 Drawing Sheets**



# 6,107,851
## Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,943,903 | 7/1990 | Cardwell, Jr. | 363/97 |
| 5,012,401 | 4/1991 | Barledge | 363/97 |
| 5,014,178 | 5/1991 | Balakrishnan | 363/49 |
| 5,084,871 | 7/1991 | Okamoto et al. | 363/15 |
| 5,041,956 | 8/1991 | Marinus | 363/21 |
| 5,072,353 | 12/1991 | Feldtcller | 363/20 |
| 5,086,364 | 2/1992 | Leipold et al. | 361/18 |
| 5,146,394 | 9/1992 | Ishii et al. | 363/16 |
| 5,161,098 | 11/1992 | Balakrishnan | 363/144 |
| 5,177,408 | 1/1993 | Marques | 315/291 |
| 5,200,886 | 4/1993 | Schwartz et al. | 363/49 |
| 5,297,014 | 3/1994 | Saito et al. | 363/21 |
| 5,313,381 | 5/1994 | Balakrishnan | 363/147 |
| 5,394,017 | 2/1995 | Catano et al. | 307/66 |
| 5,452,195 | 9/1995 | Lehr et al. | 363/21 |
| 5,461,303 | 10/1995 | Leman et al. | 323/222 |
| 5,481,178 | 1/1996 | Wilcox et al. | 323/287 |
| 5,508,602 | 4/1996 | Borgato et al. | 323/222 |
| 5,528,131 | 6/1996 | Marty et al. | 323/901 |
| 5,552,746 | 9/1996 | Danstrom | 327/427 |
| 5,563,534 | 10/1996 | Rossi et al. | 327/77 |
| 5,568,084 | 10/1996 | McClure et al. | 327/538 |
| 5,570,057 | 10/1996 | Palara | 327/165 |
| 5,572,156 | 11/1996 | Diazzi et al. | 327/109 |
| 5,617,016 | 4/1997 | Borghi et al. | 323/284 |
| 5,619,403 | 4/1997 | Ishikawa et al. | 363/21 |
| 5,621,629 | 4/1997 | Hemminger et al. | 363/56 |
| 5,640,317 | 6/1997 | Lei | 363/49 |

### OTHER PUBLICATIONS

H. S. Hoffman, Jr. et al, Proportional Drive Supply with Diversion Control, IBM Technical Disclosure Bulletin, vol. 21, No. 12, May 1979, pp. 4904–4905.

A. Halperin, "Primary Regulated Dual Power Supply", IBM Technical Disclosure Bulletin, vol. 21, No. 10, Mar. 1979, pp. 4299–4300.

"5–W dc-dc converters aim at telecomm applications", Electronic Design vol. 31, No. 15, Jul. 21, 1983, pp 227.

"Combined Switch-Mode Power Amplifier and Supply", IBM Technical Disclosure Bulletin, vol. 28, No. 3, Aug. 1985, pp. 1193–1195.

R. Bruckner, et al, "Optimizing Converter Design and Performance Utilizing Micro Controller System Feedback Control", Proceedings of Powercon 8, E–2, 1981, pp 1–10.

B. Pelly et al, OPower MOSFETs take the load off switching supply design, Electronic Design, Feb. 1983, pp 135–139.

D. Azzis et al, Flyback on Card Power Supply, IBM Technical Disclosure Bulletin, vol. 23, No. 4, Sep. 1980, pp. 1471–1478.

A.J. Bowen et al, Power Supply with Optical Isolator, IBM Technical Disclosure Bulletin vol. 14, No. 11, Apr. 1972, pp. 3320.

"Off–Line Power Supply Control Technique Using a Single Transformer to Feed Back Three Control Signals", IBM Technical Disclosure Bulletin, vol. 32, No. 8A, Jan. 1990, pp. 272–273.

FCS0000318



*Fig. 1 (PRIOR ART)*

FCS0000319



*Fig. 2*

FCS0000320



Fig. 3

FCS0000321



*Fig. 4*



*Fig. 5*

FCS0000323



Fig. 6

*Fig. 7*

POWER-UP RESET

420

LOW FREQUENCY OSCILLATOR

400

10 ms

2.5 ms | 2.5 ms

FCS0000325



*Fig. 8*



Fig. 9

6,107,851

1

# OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

## BACKGROUND

### 1. Field of the Invention

The field of the present invention pertains to the field of power supplies and among other things to the regulation of power supplies.

### 2. Background of the Invention

Power supplies that convert an AC mains voltage to a DC voltage for use by integrated electronic devices, amongst other devices, are known. The power supplies are required to maintain the output voltage, current or power within a regulated range for efficient and safe operation of the electronic device. Switches that operate according to a pulse width modulated control to maintain the output voltage, current, or power of the power supply within a regulated range are also known. These switches utilize an oscillator and related circuitry to vary the switching frequency of operation of the switch, and therefore regulated the power, current or voltage that is supplied by the power supply.

A problem with utilizing pulse width modulated switches is that they operate at a relatively high frequency compared to the frequency of the AC mains voltage, which results in a high frequency signal being generated by the power supply. This high frequency signal is injected back into the AC mains input and becomes a component of the AC mains signal. The high frequency signals are also radiated by the power supply as electromagnetic waves. These high frequency signals add to the Electromagnetic Interference (EMI) of the power supply, and in fact are the largest contributors to the EMI of the power supply. The EMI generated by the power supply can cause problems for communications devices in the vicinity of the power supply and the high frequency signal which becomes a component of the AC mains signal will be provided to other devices in the power grid which also causes noise problems for those devices. Further, the radiated EMI by the power supply can interfere with radio and television transmissions that are transmitted over the air by various entities.

To combat the problem of EMI, several specifications have been developed by the Federal Communications Commission (FCC) in the United States and the European Community (EC) have established specification that specify the maximum amount of EMI that can be produced by classes of electronic devices. Since power supplies generate a major component of the EMI for electronic devices, an important step in designing a power supply is minimizing the EMI provided by the power supply to levels with the acceptable limits of the various standards. Since, a power supply can be utilized in many different countries of the world, the EMI produced should be within the most stringent limits worldwide to allow for maximum utilization of the power supply.

A known way of minimizing the EMI provided by the power supply is by adding an EMI filter to the input of the power supply. An EMI filter generally utilizes at least one inductor, capacitor and resistor in combination. However, the greater EMI produced by the power supply the larger the components that are utilized as part of the EMI filter. The cost of the EMI filter is in large part determined by the size of the inductor and capacitor utilized. The longer the components, the higher the cost of the power supply. Further, simply utilizing an EMI filter does not address the radiated EMI.

Another problem associated with pulse width modulated switches results from operation of the power supply at start

2

up. At start up, the voltage, current and power at the output of the power supply will essentially be zero. The pulse width modulated switch will then conduct for the maximum possible amount of time in each cycle of operation. The result of this is a maximum inrush current into the power supply. The maximum inrush current is greater than the current that is utilized during normal operation of the power supply. The maximum inrush current stresses the components of power supply and switch. Stress is specifically a problem for the switch, or transistor, the transformer of the power supply, and the secondary side components of the power supply. The stress caused by the maximum inrush current decreases the overall life of the power supply and increases the cost of the power supply because the maximum rating of the components used in the power supply to not destruct from the inrush currents will be greater than the maximum rating required for normal operation.

Further, when the pulse width modulated switch conducts for the maximum possible amount of time in each cycle of operation the voltage, current and power at the output of the power supply rise rapidly. Since the feedback circuit of the power supply often does not respond as fast as the operating frequency of the switch, the rapid rise of the voltage, current and power will often result in an overshoot of the maximum voltage in the regulation range which will cause damage to the device being supplied power by the power supply.

Referring to FIG. 1 a known power supply that attempts to minimize EMI and reduce startup stress is depicted. A rectifier 10 rectifies the filtered AC mains voltage 5, from EMI filter 120, input by the AC mains to generate a rectified voltage 15. Power supply capacitor 20 then generates a substantially DC voltage with a ripple component. The rectified voltage 15 with ripple component is provided to the primary winding 35 of transformer 40 that is used to provide power to secondary winding 45. The output of secondary winding 45 is provided to secondary rectifier 50 and secondary capacitor 55 that provide a secondary DC voltage 60 at the power supply output 65 to the power supply that is coupled to the power supply.

In order to maintain the secondary DC voltage within a regulate range a feedback loop including an optocoupler 70, zener diode 75 and a feedback resistor 80 provides a signal indicative of the voltage at the power supply output 65 to feedback pin 85 of pulse width modulated switch 90. The voltage magnitude at the feedback terminal is utilized to vary the duty cycle of a switch coupled between the drain terminal 95 and common terminal 100 of the pulse width modulated switch 90. By varying the duty cycle of the switch the average current flowing through the primary winding and therefore the energy stored by the transformer 40 which in turn controls the power supplied to the power supply output 65 is kept within the regulated range. A compensation circuit 105 is coupled to the feedback pin 85 in order to lower the bandwidth of the frequency of operation of the pulse width modulator.

Inrush currents are minimized at start up by use of soft start capacitor 110. Soft start functionality is termed to be a functionality that reduces the inrush currents at start up. At this instant a current begins to flow through feedback resistor 80 and thereby into soft start capacitor 110. As the voltage of soft start capacitor 110 increases slowly, current will flow through light emitting diode 115 of optocoupler 70 thereby controlling the duty cycle of the switch. Once the voltage of the soft start capacitor 110 reaches the reverse breakdown voltage of zener diode 75 current will flow through zener diode 75 the approach described above will reduce the inrush currents into the power supply, however,

FCS0000328

6,107,851

3

it will be several cycles before the light emitting diode 115 will begin conducting. During the several cycles the maximum inrush current will still flow through the primary winding and other secondary side components. During these cycles the transformer may saturate, and therefore the transformer may have to be designed utilizing a higher core size than would be required for normal operation even with the use of soft start capacitor as in FIG. 1.

To reduce the EMI output by the power supply an EMI filter 120 is utilized. Additionally, pulse width modulated switch 90 is equipped with frequency oscillation terminals 125 and 130. Frequency oscillation terminal 125 and 130 receive a jitter current 135 that varies according to the ripple component of substantially DC voltage 15. The jitter current 135 is used to vary the frequency of the saw-toothed waveform generated by the oscillator contained in the pulse width modulated switch 90. The saw toothed waveform generated by the oscillator is compared to the feedback provided at the feedback pin 85. As the frequency of the saw toothed waveform varies, so will the switching frequency of the switch coupled between the drain and common terminal. This allows the switching frequency of the switch to be spread over a larger bandwidth, which minimizes the peak value of the EMI generated by the power supply at each frequency. By reducing the EMI the ability to comply with government standards is increased, because the government standards specify quasi-peak and average values at given frequency levels. Varying the frequency of operation of the pulse width modulated switch by varying the oscillation frequency of the oscillator is referred to as frequency jitter.

A problem associated with the EMI reduction scheme described with respect to FIG. 1 is that the ripple component will have variances due to variations in the line voltage and output load. Additionally, since the ripple may vary, design and the component value of EMI resistor 140 is difficult to determine and correspondingly design of the power supply becomes problematic.

### SUMMARY OF THE INVENTION

In one embodiment the present invention comprises a pulse width modulated switch comprising a switch that allows a signal to be transmitted between a first terminal and a second terminal according to a drive signal. The pulse width modulated switch also comprises a frequency variation circuit that provides a frequency variation signal and an oscillator that provides an oscillation signal having a frequency that varies within a frequency range according to the frequency variation signal. The oscillator further provides a maximum duty cycle signal comprising a first state and a second state. The pulse width modulated circuit further comprises a drive circuit that provides the drive signal when the maximum duty cycle signal is in the first state and a magnitude of the oscillation signal is below a variable threshold level.

Another embodiment of the present invention comprises a pulse width modulated switch comprising a switch comprising a control input, the switch allowing a signal to be transmitted between a first terminal and a second terminal according to a drive signal. The pulse width modulated switch also comprises an oscillator that provides a maximum duty cycle signal comprising an on-state and an off-state, a drive circuit that provides the drive signal, and a soft start circuit that provides a signal instructing said drive circuit to disable the drive signal during at least a portion of said on-state of the maximum duty cycle.

In an alternate embodiment the present invention comprises a regulation circuit comprising a switch that allows a

4

signal to be transmitted between a first terminal and a second terminal according to a drive signal, a drive circuit that provides the drive signal and a soft start circuit that provides a signal instructing the drive circuit to disable the drive signal.

In yet another embodiment the present invention comprises a regulation circuit comprising a switch that allows a signal to be transmitted between a first terminal and a second terminal according to a drive signal, a frequency variation circuit that provides a frequency variation signal, and a drive circuit that provides a drive signal for a maximum time period of a time duration cycle. The time duration of the cycle varies according to the frequency variation signal.

In the above referenced embodiments the pulse width modulated switch or regulation circuit may comprise a monolithic device.

An object of an aspect of the present invention is directed to a pulse width modulated switch that has integrated soft start capabilities.

Another object of an aspect of the present invention is directed toward a pulse width modulated switch that has integrated frequency variation capabilities.

Yet another object of an aspect of the present invention is directed toward a pulse width modulated switch that has integrated frequency variation capabilities and integrated soft start capabilities.

A further object of an aspect of the present invention is directed toward a low cost regulated power supply that has both soft start and frequency variation capabilities.

This and other objects and aspects of the present inventions are taught, depicted and described in the drawings and the description of the invention contained herein.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a known power supply utilizing a pulse width modulated switch, and external soft start, and frequency jitter functionality.

FIG. 2 is a presently preferred power supply utilizing an pulse width modulated switch according to the present invention.

FIG. 3 is a presently preferred pulse width modulated switch according to the present invention.

FIG. 4 is a timing diagram of the soft start operation of the presently preferred pulse width modulated switch according to the present invention.

FIG. 5 is a timing diagram of the frequency jitter operation of the presently preferred pulse width modulated switch according to the present invention.

FIG. 6 is an alternate presently preferred pulse width modulated switch according to the present invention.

FIG. 7 is a timing diagram of the operation of the alternate presently preferred pulse width modulated switch of FIG. 6 according to the present invention.

FIG. 8 is a presently preferred power supply utilizing a regulation circuit according to the present invention.

FIG. 9 is a presently preferred regulation circuit according to the present invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIG. 2, EMI filter 200 is coupled to an AC mains voltage 205. The AC mains voltage 205 is rectified by rectifier 210. The rectified voltage 215 is provided to power

FCS0000329

6,107,851

5

supply capacitor 220 which provides a substantially DC voltage 225. The substantially DC voltage 225 is provided to the primary winding 230 of transformer 235 which stores the energy provided to the primary winding 230. When the primary winding 230 is no longer receiving energy, energy is delivered by the transformer 235 to the secondary winding 240. The voltage induced across the secondary winding 240 is rectified by rectifier 245 and then transformed into secondary substantially DC voltage 265 by secondary capacitor 260 and provided to the power supply output 267.

Energy is no longer provided to the primary winding 230 when the pulse width modulated switch 262, which is coupled to the primary winding 230, ceases conduction. Pulse width modulated switch 262 is a switch that is controlled by a pulse width modulated signal. Pulse width modulated switch 262 conducts and ceases conduction according to a duty cycle, that is in part determined by feedback from the power supply output 267. Pulse width modulated switch 262 is a switch that operates according to pulse width modulated control. Feedback to the pulse width modulated switch 262 is accomplished by utilization of feedback circuit 270, which is presently preferred to comprise a zener diode 275 in series with a resistor 280 and optocoupler 285. Optocoupler 285 provides a feedback current 290 to feedback terminal 295 of pulse width modulated switch 262. The feedback current is utilized to vary the duty cycle of a switch coupled between the first terminal 300 and second terminal 305 and thus regulate the output voltage, current or power of the power supply.

Although, it is presently preferred that the output voltage is utilized for feedback, the present invention is also capable of utilizing either the current or power at the power supply output 267 without departing from the spirit and scope of the present invention.

A portion of the current supplied at the feedback terminal 295 is utilized to supply bias power for operation of the pulse width modulated switch 262. The remainder of the current input at the feedback terminal 295 is utilized to control the duty cycle of the pulse width modulated switch 262, with the duty cycle being inversely proportional to the feedback current.

A bias winding 310 is utilized to bias optocoupler 285 so that a feedback current can flow when light emitting diode 315 of optocoupler 285 conducts. The power supplied by the bias winding 310 is also used to charge pulse width modulation capacitor 330, the energy from which is utilized to power the pulse width modulated switch 262.

Overvoltage protection circuit 335 is utilized to prevent overvoltages from propagating through to the transformer 235.

Pulse width modulated switch 262 is supplied power during start up of the power supply by current flowing into the first terminal 300. An embodiment of one type of apparatus and method for designing a configuration for providing power to pulse width modulated switch through first terminal 300 is disclosed in commonly owned U.S. Pat. No. 5,014,178 which is incorporated herein by reference in its entirety.

The drain terminal 300, source terminal 305 and feedback terminal 295 are the electrical input and/or output points of the pulse width modulated switch 262. They need not be part of a monolithic device or integrated circuit, unless the pulse width modulated switch 262 is implemented utilizing a monolithic device or integrated circuit.

Pulse width modulated switch 262 also may have soft start capabilities. When the device to which the power

6

supply is coupled is switched on, a power up signal is generated within the internal circuitry of pulse width modulated switch 262. The power up signal is used to trigger soft start circuitry that reduces the duty cycle of the switch that operates within the pulse width modulated switch 262 for a predetermined period of time, which is presently preferred to be ten (10) milliseconds. Once soft start operation is completed, pulse width modulated switch 262 operates according to its regular duty cycle.

Alternatively, or in addition to soft start functionality, pulse width modulated switch 262 may also have frequency jitter functionality. That is, the switching frequency of the pulse width modulated switch 262 varies according to an internal frequency variation signal. This has an advantage over the frequency jitter operation of FIG. 1 in that the frequency range of the presently preferred pulse width modulated switch 262 is known and fixed, and is not subject to the line voltage or load magnitude variations. At low powers, those less than approximately ten (10) watts, the common mode choke which is often utilized as part of the EMI filter 120 can be replaced with inductors or resistors.

As can be seen when comparing the power supply of FIG. 1 to that of FIG. 2 the number of components utilized is reduced. This reduces the overall cost of the power supply as well as reducing its size.

Referring to FIG. 3, frequency variation signal 400 is utilized by the pulse width modulated switch 262 to vary its switching frequency within a frequency range. The frequency variation signal 400 is provided by frequency variation circuit 405, which preferably comprises an oscillator that operates at a lower frequency than main oscillator 465. The frequency variation signal 400, is presently preferred to be a triangular waveform that preferably oscillates between four point five (4.5) volts and one point five (1.5) volts. Although the presently preferred frequency variation signal 400 is a triangular waveform, alternate frequency variation signals such as ramp signals, counter output signals or other signals that vary in magnitude during a fixed period of time may be utilized as the frequency variation signal.

The frequency variation signal 400 is provided to soft start circuit 410. During operation soft start circuit 410 is also provided with pulse width modulation frequency signal 415 and power up signal 420. Soft start enable signal 421 goes high at power up and remains high until oscillator signal 400 reaches its peak value for the first time. Soft start circuit 410 will provide a signal to or-gate 425 to reset latch 430 thereby deactivating conduction by the switch 435, which is presently preferred to be a MOSFET. Soft start circuit 410 will instruct switch 435 to cease conduction when the soft start enable signal 421 is provided and the magnitude of the frequency variation signal 400 is less than the magnitude of pulse width modulation signal 415. In other words, start up circuit 410 will allow the switch 435 to conduct as long as soft start enable signal is high and the magnitude of the pulse width modulation signal 415 is below the magnitude of frequency variation signal 400 as depicted in FIG. 4. In this way, the inrush current at startup will be limited for all cycles of operation, including the first cycle. By limiting the inrush current during all cycles of startup operation, the maximum current through each of the components of the power supply is reduced and the maximum current rating of each component can be decreased. The reduction in the ratings of the components reduces the cost of the power supply. Soft start signal 440 will no longer be provided by the frequency variation circuit 405 when the frequency variation signal 400 reaches its peak magnitude.

Operation of soft start circuit 410 will now be explained. Soft start circuit 410 comprises a soft start latch 450 that at

FCS0000330

6,107,851

7

its set input receives the power up signal 420 and its reset input receives the soft start signal 440. Soft start enable signal 421 is provided to one input of soft start and-gate 455 while the other input of soft start and-gate 455 is provided with an output from soft start comparator 460. The output of soft start comparator 460 will be high when the magnitude of frequency variation signal 400 is less than the magnitude of pulse width modulation oscillation signal 415.

The pulse width modulated switch 262 depicted in FIG. 3 also has frequency jitter functionality to help reduce the EMI generated by the power supply and pulse width modulated switch 262. Operation of the frequency jitter functionality will now be explained. Main oscillator 465 has a current source 470 that is mirrored by mirror current source 475. Main oscillator drive current 615 is provided to the current source input 485 of PWM oscillator 480. The magnitude of the current input into current source input 485 of PWM oscillator 480 determines the frequency of the pulse width modulation oscillation signal 415 which is provided by PWM oscillator 480. In order to vary the frequency of pulse width modulation oscillation signal 415, an additional current source 495 is provided within main oscillator 465. The additional current source 495 is mirrored by additional current source mirror 500. The current provided by additional current source 495 is varied as follows. Frequency variation signal 400 is provided to the gate of main oscillator transistor 505. As the magnitude of frequency variation signal 400 increases so does the voltage at the source of main oscillator transistor 505, due to the increasing voltage at the gate of main oscillation transistor and the relatively constant voltage drop between the gate and source of the main oscillation transistor 505. As the voltage at the source of main oscillation transistor 505 increases so does the current flowing through the main oscillation resistor 510. The current flowing through main oscillation resistor 510 is the same as the current flowing through additional current source 495 which is mirrored by additional current source mirror 500. Since, the presently preferred frequency variation signal 400 is a triangular waveform having a fixed period, the magnitude of the current input by additional current source mirror 500 will vary linearly with the magnitude of the rising and falling edges of the frequency variation signal 400. If the frequency variation signal 400 is a ramp signal, the frequency would linearly rise to a peak and then immediately fall to its lowest value. In this way, the current provided to current source input 485 of PWM oscillator 480 is varied in a known fixed range that allows for easy and accurate frequency spread of the high frequency current generated by the pulse width modulated switch. Further, the variance of the frequency is determined by the magnitude of the current provided by additional current source mirror 500, which is in turn a function of the resistance of main oscillation resistor 510.

Frequency variation circuit 485 includes a current source 525 that produces a fixed magnitude current 530 that determines the magnitude of the frequency of the frequency variation signal 400. Although, the presently preferred current 530 has a fixed magnitude, the frequency variation signal can be generated utilizing a variable magnitude current, if a variable current is generated the frequency spread would not be fixed in time but would vary with the magnitude of current 530. The fixed magnitude current 530 is fed into first transistor 535, mirrored by second transistor 540 and fed into third transistor 545. The frequency variation signal 400 is generated by the charging and discharging of frequency variation circuit capacitor 550. Frequency variation circuit capacitor 550 is presently preferred to have

8

a relatively low capacitance, which allows for integration into a monolithic chip in one embodiment of the pulse width modulated switch 262. The frequency variation signal 400 is provided to upper limit comparator 555 and lower limit comparator 560. The output of upper limit comparator 555 will be high when the magnitude of the frequency variation signal 400 exceeds the upper threshold voltage 552 which is presently preferred to be four point five (4.5) volts. The output of lower limit comparator 560 will be high when the magnitude of frequency variation signal 400 exceeds lower threshold voltage 557 which is presently preferred to be one point five volts (1.5) volts. The output of upper limit comparator 555 is provided to the frequency variation circuit inverter 565 the output of which is provided to the reset input of frequency variation circuit latch 570. The set input of frequency variation circuit latch 570 receives the output of lower limit comparator 560. In operation, the output of lower limit comparator 560 will be maintained high for the majority of each cycle of frequency variation signal 400 because the magnitude of frequency variation signal will be maintained between upper threshold 552, 4.5 volts, and the lower threshold 557, 1.5 volts. The output of upper limit comparator 555 will be low until the magnitude of frequency variation signal 400 exceeds upper level threshold 552. This means that the reset input will receive a high signal until the magnitude of the frequency variation signal 400 rises above the upper threshold signal 552.

The charge signal 575 output by frequency variation circuit latch 570 will be high until the frequency variation signal 400 exceeds the upper threshold limit signal 552. When the charge signal 575 is high, transistors 585 and 595 are turned off. By turning off transistors 585 and 595 current can flow into frequency variation circuit capacitor 550, which steadily charges frequency variation circuit capacitor 550 and increases the magnitude of frequency variation signal 400. The current that flows into frequency variation circuit capacitor 550 is derived from current source 525 because the current through transistor 590 is mirrored from transistor 580, which is mirrored from transistor 535.

During power up, when power-up signal 420 is low, the output of inverter 605 is high which turns on transistor 600 causing frequency variation signal 400 to go low. The frequency variation signal 400 is presently preferred to start from its lowest level to perform the soft start function during its first cycle of operation.

Steady-state operation of the pulse width modulated switch 262, i.e. non start up operation, will now be described. PWM oscillator 480 provides pulse width modulation oscillation signal 415 to pulse width modulation comparator 609, the output of which will be high when the magnitude of pulse width modulation signal 415 is greater than the magnitude of a feedback signal 296 which is a function of the input provided at feedback terminal 295. When the output of pulse width modulation comparator 609 is high or-gate 425 is triggered to go high, which in turn resets pulse width modulation latch 430, removing the on signal from the control input of switch 435, thereby turning off switch 435. Pulse width modulation latch 430 is set by clock signal 603, which is provided at the beginning of each cycle of pulse width modulation oscillator 480. Drive circuit 615, which is presently preferred to be an and-gate, receives the output of pulse width modulation latch 430, power up signal 420, and maximum duty cycle signal 607. As long as each one of the signals is high, drive signal 610 is provided to the gate of MOSFET 435, which is coupled between first terminal 300 and second terminal 305 of the pulse width modulated switch 262. When any of the output of pulse

6,107,851

9

width modulation latch 430, power up signal 420, or maximum duty cycle signal 607 goes low drive signal 610 is no longer provided and switch 435 ceases conduction.

Referring to FIG. 4, frequency variation signal 400 preferably has a period, which is greater than that of pulse width modulated oscillation signal 415. The presently preferred period for frequency variation signal 400 is twenty (20) milliseconds, in order to allow for a smooth start up period which is sufficiently longer than the period of pulse width modulated signal 415 which is presently preferred to be ten (10) microseconds. Drive signal 610 will be provided only when the magnitude of pulse width modulated signal 435 is less than the magnitude of frequency variation signal 400. Further, frequency variation signal 400 will be preferably initiated starting from low voltage when power up signal 420 is provided.

Referring to FIG. 5, frequency variation signal 400 which is presently preferred to have a constant period is provided to the main oscillator 465. The magnitude of the pulse width modulator current 615 will approximately be the magnitude of frequency variation signal 400 divided by the resistance of resistor 510 plus the magnitude of the current produced by current source 470. In this way the pulse width modulator current 615 will vary with the magnitude of the frequency variation signal 400. The result is that the frequency of pulse width modulation signal is varied according to the magnitude of this current. It is presently preferred that the pulse width modulator current source produces a constant current having a magnitude of twelve point one (12.1) microamperes, and that frequency variation signal induced current 627 varies between zero (0) and eight hundred (800) nanoamperes. Thereby spreading the frequency of operation of the pulse width modulation oscillator 480 and reducing the average magnitude and the quasi-peak magnitude at all frequency levels of the EMI generated by the power supply.

Referring to FIG. 6, an alternate presently preferred pulse width modulated switch 262 includes all of the same components as described with respect to FIG. 3. In addition to these components, a second frequency variation circuit current source 660 and transistor 655 are added to the frequency variation circuit 405. Transistor 655 is activated only when the output of soft start latch 450 goes low. When transistor 655 is activated the current provided to the frequency variation circuit 405 increases as does the frequency of frequency variation signal 400. However, transistor 655 will only be turned on when the output of soft start latch 450 goes low, i.e. when the magnitude of frequency variation signal 400 first reaches the upper threshold after power up. The period of frequency variation signal 400 will then increase after its first half cycle. This will decrease the period of the cycle during which the frequency is spread, without decreasing the frequency range. The benefit of the decreased cycle period will further decrease the quasi-peak levels of the EMI due to spending less time at each frequency level.

Referring to FIG. 7, operation of the frequency variation circuit 405 of FIG. 6 is depicted. Frequency variation signal 400 will preferably have a period often (10) milliseconds for its first half cycle. After that, when the transistor 655 is turned on the period is preferably decreased to five (5) milliseconds. Pulse width modulated switch 262 is presently preferred to be a monolithic device.

Referring to FIG. 8, a power supply comprises a bridge rectifier 710 that rectifies an input AC mains voltage. Power supply capacitors 720 charge with the rectified AC mains voltage to maintain an input DC voltage 725. A presently

10

preferred range for input DC voltage 725 is approximately one hundred (100) to four hundred (400) volts to allow for operation based upon worldwide AC mains voltages which range between eighty five (85) and two hundred sixty five (265) volts. The presently preferred power supply also includes harmonic filter components 910 which is combination with capacitors 720 reduce the harmonic current injected back into the power grid. Transformer 730 includes a primary winding 740 magnetically coupled to secondary winding 750. The secondary winding 750 is coupled to a diode 760 that is designed to prevent current flow in the secondary winding 750 when the regulation circuit 850 is conducting (on-state). A capacitor 770 is coupled to the diode 760 in order to maintain a continuous voltage on a load 780 which has a feedback circuit coupled to it. A presently preferred feedback circuit comprises an optocoupler 800 and zener diode 820. The output of optocoupler 800 is coupled to the feedback terminal 825 of regulation circuit 850. The presently preferred regulation circuit 850 switches on and off at a duty cycle that is constant at a given input DC voltage 725. A regulation circuit power supply bypass capacitor 860 is coupled to and supplies power to regulation circuit 850 when the regulation circuit 850 is in the on-state.

Operation of the power supply will now be described. An AC mains voltage is input through EMI filter 700 into bridge rectifier 710 which provides a rectified signal to power supply capacitors 720 that provide input DC voltage 725 to primary winding 740. Regulation circuit 850, which preferably operates at a constant frequency and about constant duty cycle at a given input DC voltage 725, allows current to flow through primary winding 740 during its on state of each switching cycle and acts as open circuit in its off state. When current flows through primary winding 740 transformer 730 is storing energy, when no current is flowing through primary winding 740 any energy stored in transformer 730 is delivered to secondary winding 750. Secondary winding 750 then provides the energy to capacitor 770. Capacitor 770 delivers power to the load 780. The voltage across the load 780 will vary depending on the amount of energy stored in the transformer 730 in each switching cycle which is in turn dependent on the length of time current is flowing through primary winding 740 in each switching cycle which is presently preferred to be constant at a given input DC voltage 725. The presently preferred regulation circuit 850 allows the voltage delivered to the load to be maintained at a constant level.

It is presently preferred that the sum of the voltage drop across optocoupler 800 and the reverse break down voltage of zener diode 820 is approximately equal to the desired threshold level. When the voltage across the load 780 reaches the threshold level, current begins to flow through the optocoupler 800 and zener diode 820 that in turn is used to disable the regulation circuit 850. Whenever regulation circuit 850 is in the off-state the regulation circuit power supply bypass capacitor 860 is charged to the operating supply voltage, which is presently preferred to be five point seven (5.7) volts by allowing a small current to flow from bypass terminal 865 to the regulation circuit power supply bypass capacitor 860. Regulation circuit power supply bypass capacitor 860 is used to supply power to operate regulation circuit 850 when it is in the on-state.

When the regulation circuit 850 is disabled, an open circuit condition is created in primary winding 740 and transformer 730 does not store energy. The energy stored in the transformer 730 from the last cycle of regulation circuit 850 is then delivered to secondary winding 750 which in turn supplies power to the load 780. Once the remaining

6,107,851

11

energy in transformer 750 is delivered to the load 780 the voltage of the load 780 will decrease. When the voltage at the load 780 decreases below the threshold level, current ceases to flow through optocoupler 800 and regulation circuit 850 resumes operation either instantaneously or nearly instantaneously.

The presently preferred regulation circuit 850 has a current limit feature. The current limit turns off the regulation circuit 850, when the current flowing through the regulation circuit 850 rises above a current threshold level. In this way regulation circuit 850 can react quickly to changes such as AC ripple that occur in the rectified AC mains voltage, and prevents the propagation of the voltage changes to the load. The current limit increases the responsiveness of the regulation circuit to input voltage changes and delivers constant power output independent of the AC mains input voltage.

Although the presently preferred power supply of FIG. 8 utilizes current mode regulation and a feedback circuit that includes an optocoupler and zener diode, the present invention is not to be construed as to be limited to such a feedback method or circuit. Either current or voltage mode regulation may be utilized by the present invention without departing from the spirit and scope of the present invention so long as a signal indicative of the power supplied to the load is supplied to the feedback terminal 825 of the regulation circuit 850. Additionally, although the presently preferred power supplies both utilize an optocoupler and zener diode as part of feedback circuits, other feedback circuits may be utilized by the present invention without departing from the spirit and scope of the present invention.

Regulation circuit 850 also may have integrated soft start capabilities. When the device to which the power supply is coupled is switched on, a power up signal is generated within the internal circuitry of regulation circuit 850. A power up signal is used to trigger soft start circuitry that reduces the duty cycle of the switch that operates within the pulse width modulated switch 262 for a predetermined period of time, which is presently preferred to be ten (10) milliseconds. Once soft start operation is completed, regulation circuit 850 operates according to its regular duty cycle.

Alternatively, or in addition to soft start functionality, regulation circuit 850 may also have frequency jitter functionality. That is, the switching frequency of the regulation circuit 850 varies according to an internal frequency variation signal. This has an advantage over the frequency jitter operation of FIG. 1 in that the frequency range of the presently regulation circuit 850 is known and fixed, and is not subject to the line voltage or load magnitude variations.

Referring to FIG. 9, frequency variation circuit 405 and main oscillator 465 function as described with respect to FIG. 3. In operation it is the variance of the high and low states of maximum duty cycle signal 607 that generates the frequency jitter functionality of the regulation circuit 850. A presently preferred regulation circuit 850 and its steady-state operation is depicted and described in copending patent application Ser. No. 09/032,520 which is hereby incorporated by reference in its entirety.

The regulation circuit of FIG. 9 can be modified to include a second current source to further increase the period of main oscillation signal 415 which achieves the same result and function as described with respect of FIGS. 6 and 7.

The soft start functionality of the presently preferred regulation circuit 850 of FIG. 9, will shorten the on-time of switch 435 to less than the time of the maximum duty cycle signal 607 as long as the soft start enable signal 421 is

12

provided and the magnitude of frequency variation signal 400 is less than the magnitude of main oscillation signal 415.

The presently preferred regulation circuit 850 preferably comprises a monolithic device.

While the embodiments, applications and advantages of the present invention have been depicted and described, there are many more embodiments, applications and advantages possible without deviating from the spirit of the inventive concepts described herein. Thus, the inventions are not to be restricted to the preferred embodiments, specification or drawings. The protection to be afforded this patent should therefore only be restricted in accordance with the spirit and intended scope of the following claims.

What is claimed is:

1. A pulse width modulated switch comprising:

a first terminal;

a second terminal;

a switch comprising a control input, said switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input;

a frequency variation circuit that provides a frequency variation signal;

an oscillator that provides an oscillation signal having a frequency range, said frequency of said oscillation signal varying within said frequency range according to said frequency variation signal, said oscillator further providing a maximum duty cycle signal comprising a first state and a second state; and

a drive circuit that provides said drive signal when said maximum duty cycle signal is in said first state and a magnitude of said oscillation signal is below a variable threshold level.

2. The pulse width modulated switch of claim 1 wherein said first terminal, said second terminal, said switch, said oscillator, said frequency variation circuit and said drive circuit comprise a monolithic device.

3. The pulse width modulated switch of claim 1 wherein said frequency variation circuit comprises an additional oscillator that provides said frequency variation signal to said oscillator, said frequency of said oscillation signal varying within said frequency range according to said frequency variation signal.

4. The pulse width modulated switch of claim 1 further comprising a soft start circuit that provides a signal instructing said drive circuit to discontinue said drive signal when said magnitude of said oscillation signal is greater than a magnitude of said frequency variation signal.

5. The pulse width modulated switch of claim 4 wherein said additional oscillator provides a soft start signal, and wherein said soft start circuit ceases operation when said soft start signal is removed.

6. The pulse width modulated circuit of claim 5 wherein said additional oscillator further comprises

a comparator that provides a comparator signal when a magnitude of a reference signal is greater than or equal to a magnitude of said frequency variation signal, and

an inverter that receives said comparator signal and provides said soft start signal.

7. The pulse width modulated switch of claim 1 wherein said frequency of said oscillation signal varies within said frequency range with a magnitude of said frequency variation signal.

8. The pulse width modulated switch of claim 1 wherein said oscillator comprises a an input that receives said

FCS0000333

6,107,851

13

frequency variation signal and a current source, wherein said frequency of said oscillation signal is a function of a sum of a magnitude of a current provided by said current source and a magnitude of said frequency variation signal.

9. The pulse width modulated switch of claim 1 further comprising:

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectified signal;

a power supply capacitor that receives said rectified signal and provides a substantially DC signal;

a first winding comprising a first terminal and a second terminal, said first winding receiving said substantially DC signal, said second terminal of said first winding coupled to said first terminal of said switch; and

a second winding magnetically coupled to said first winding.

10. The pulse width modulated switch of claim 1 wherein said variable threshold level is a function of a feedback signal received at a feedback terminal of said pulse width modulated switch.

11. A regulation circuit comprising:

a first terminal;

a second terminal;

a feedback terminal coupled to disable the regulation circuit;

a switch comprising a control input, said switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input;

a frequency variation circuit that provides a frequency variation signal;

an oscillator that provides an oscillation signal having a frequency range, said frequency of said oscillation signal varying within said frequency range according to said frequency variation signal, said oscillator further providing a maximum duty cycle signal comprising a first state and a second state; and

a drive circuit that provides said drive signal when said maximum duty cycle signal is in said first state and said regulation circuit is not disabled.

14

12. The regulation circuit of claim 11 wherein said frequency variation circuit comprises an oscillator that provides said frequency variation signal.

13. The regulation circuit of claim 11 further comprising a soft start circuit that provides a signal instructing said drive circuit to discontinue said drive signal according to a magnitude of said frequency variation signal.

14. The regulation circuit of claim 13 further wherein said frequency variation circuit provides a soft start signal, and wherein said soft start circuit ceases operation when said soft start signal is removed.

15. The regulation circuit of claim 14 wherein said frequency variation circuit further comprises

a comparator that provides a comparator signal when a magnitude of a reference signal is greater than or equal to a magnitude of said frequency variation signal, and

an inverter that receives said comparator signal and provides said soft start signal.

16. The regulation circuit of claim 11 wherein said first terminal, said second terminal, said switch, said frequency variation circuit, and said drive circuit comprise a monolithic device.

17. The regulation circuit of claim 11 further comprising:

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectified signal;

a power supply capacitor that receives said rectified signal and provides a substantially DC signal;

a first winding comprising a first terminal and a second terminal, said first winding receiving said substantially DC signal, said second terminal of said first winding coupled to said first terminal of said switch; and

a second winding magnetically coupled to said first winding.

18. The regulation circuit of claim 11 further comprising a current limit circuit that provides a signal instructing said drive circuit to discontinue said drive signal when a current received at said first terminal of said regulation circuit is above a threshold level.

* * * * *

FCS0000334