IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>     Defendants. | C.A. No. 04-1371 |

## DECLARATION OF BAS DE BLANK IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER RE DEPOSITION OF DELL, INC.

I, Bas de Blank, the undersigned, declare as follows:

1. I am an attorney with the firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. (collectively, "Fairchild"). I am admitted to the Bar of the State of California. I make this declaration in support of Defendants' Motion for Protective Order re Deposition of Dell, Inc. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of a Notice of Deposition & Service of Subpoena to Dell, Inc. dated August 10, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of an electronic message from Michael Headley to Bas de Blank dated January 9, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Bas de Blank to Michael Headley dated January 9, 2006.

5. Attached hereto as Exhibit D is a true and correct copy of an electronic message from Michael Headley to Bas de Blank dated January 10, 2006 enclosing an Amended Notice of Deposition to Dell, Inc.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Bas de Blank to Michael Headley dated January 10, 2006.

I declare the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed on January 10, 2006 in Menlo Park, California.

_____
Bas de Blank
ORRICK, HERRINGTON & SUTCLIFFE LLP