IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,       :
                                :
        Plaintiff,               :
                                :
    v.                           :  Civil Action No. 04-1371-JJF
                                :
FAIRCHILD SEMICONDUCTOR          :
INTERNATIONAL, INC., and         :
FAIRCHILD SEMICONDUCTOR          :
CORPORATION,                     :
                                :
        Defendants.              :

**O R D E R**

WHEREAS, Defendants have filed a Motion For Protective Order Re Deposition Of Dell, Inc. (D.I. 159) requesting the Court to order that Plaintiff's deposition of Dell not take place as scheduled on January 12, 2006;

WHEREAS, pursuant to Local Rule 30.1 of this Court and Federal Rules of Civil Procedure 30(b)(1) and 6(a), a party must provide written notice of its intention to take a deposition to every other party not less than five business days before the date of the deposition;

WHEREAS, Plaintiff did not provide notice of its intention to take the deposition of Dell on Thursday, January 12, 2006, until Monday, January 9, 2006, three business days before the date of the deposition;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. Defendants' Motion For Protective Order Re Deposition Of Dell, Inc. (D.I. 159) is **GRANTED**;

2. Plaintiff shall not take the deposition of Dell Inc. on Thursday, January 12, 2006;

3. The parties shall meet and confer upon a mutually agreeable date and location for the deposition. If they are unable to reach agreement, they shall submit letters to the Court specifying the issues in dispute.

4. If Plaintiff proceeds with the deposition of Dell Inc. on January 12, 2006, with respect to other pending litigation, no testimony from that deposition may be used by Plaintiff for any purpose in this case.

<u>January 12, 2006</u>
      DATE

_[signature]_
UNITED STATES DISTRICT JUDGE