003692.P036                                                               *Patent*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: )
)
Balakrishnan et al. ) Examiner: J. Zweizig
)
Serial No. 09/080,774 ) Art Unit: 2816
)
Filed: May 18, 1998 )
)
For: OFFLINE CONVERTER WITH )
SOFTSTART AND FREQUENCY )
JITTER )
)

Box Non-fee Amendment
Assistant Commissioner for Patents
Washington, DC 20231

## AMENDMENT AND RESPONSE

Sir:

Responsive to the Office Action mailed December 13, 1999, the Applicants request the Examiner to enter the following amendments and to consider the following remarks.

## IN THE DRAWINGS

The Applicants submit that reference numeral --405-- was inadvertently labeled as "400" in Figure 5. In addition, the Applicants submit that reference numeral --400-- was inadvertently omitted from Figure 6. Accordingly, the Applicants submit proposed drawing corrections in the form of red-mark originals of Figures 5 and 6. The Applicants request the Examiner to approve the drawings. The Applicants will submit formal corrections for Figures 5 and 6,

003692.P036                                                  Examiner: J. Zweizig
Serial No. 09/080,774                - 1 -                   Art Unit: 2816

FCS0000444

including any additional changes in response to form PTO-948, when the application is allowed by Examiner.

## IN THE SPECIFICATION

On page 5, line 9, please replace "25" with --15--..

On page 16, line 8, please replace "input switch 435" with --input of switch 435--..

On page 18, line 5, please replace "signal 400" with --signal 405--..

On page 18, line 23, please replace "DC voltage 740" with --DC voltage 725--..

On page 20, line 19, please replace "for the AC" with --of the AC--..

## IN THE CLAIMS

Please cancel claim 37 without prejudice.

Please amend claims 4, 9, 29, 31 and 35 as follows:

4. (Amended) The pulse width modulated switch of claim 1 further comprising a soft start circuit that provides a signal instructing said drive circuit to discontinue said drive signal when [a]said magnitude of said oscillation signal is greater than a magnitude of said frequency variation signal.

9. (Amended) The pulse width modulated switch of claim 1 further comprising:

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectified signal;

a power supply capacitor that receives said rectified signal and provides a substantially DC signal;

a first winding comprising a first terminal and a second terminal, said first winding receiving said substantially DC signal, said second terminal of said first winding coupled to said first terminal of said [pulse width modulated] switch; and

a second winding magnetically coupled to said first winding[, said first winding capable of being coupled to a load].

29. (Amended) A regulation circuit comprising:

a first terminal;

a second terminal;

a feedback terminal coupled to disable the regulation circuit;

a switch comprising a control input, said switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input; [and]

a frequency variation circuit that provides a frequency variation signal;

an oscillator that provides an oscillation signal having a frequency range, said frequency of said oscillation signal varying within said frequency range according to said frequency variation signal, said oscillator further providing a maximum duty cycle signal comprising a first state and a second state; and

a drive circuit that provides said drive signal [for a maximum time period of a time duration cycle;] when said maximum duty cycle signal is in said first state and said regulation circuit is not disabled.

[wherein said time duration of said cycle varies according to said frequency variation signal.]

31. (Amended) The regulation circuit of claim 29 further comprising a soft start circuit that provides a signal instructing said drive circuit to discontinue said drive signal according to a magnitude of said frequency variation signal.

35. (Amended) The regulation circuit of claim 29 further comprising:

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectified signal;

a power supply capacitor that receives said rectified signal and provides a substantially DC signal;

a first winding comprising a first terminal and a second terminal, said first winding receiving said substantially DC signal, said second terminal of said first winding coupled to said first terminal of said [regulation circuit] switch; and

a second winding magnetically coupled to said first winding[, said first winding capable of being coupled to a load].

003692.P036
Serial No. 09/080,774                    - 4 -                    Examiner: J. Zweizig
                                                                  Art Unit: 2816

FCS0000447

## REMARKS

Claims pending in the instant application are numbered 1-10 and 29-37. The Applicants note with appreciation that claims 1-3, 7, 8 and 10 are allowed. Claims 4-6, 9 and 29-37 presently stand rejected. Claim 37 has been canceled without prejudice. Claims 4, 9, 29, 31 and 35 have been amended. The Applicants respectfully request reconsideration of the present application in view of the amendments and the following remarks.

### *Revocation of Previous Powers Filed By Applicants*

The Applicants respectfully wish to remind the Examiner that a Revocation of Previous Powers was filed by the Applicants on May 14, 1999. For the Examiner's reference: (1) a photocopy of the Revocation of Previous Powers as filed by the Applicants and (2) a photocopy of a postcard received from the US Patent and Trademark Office evidencing receipt of the Revocation of Previous Powers is attached herewith. It is noted that at least the last two communications concerning the instant application have been incorrectly mailed by the US Patent and Trademark Office to the Applicants' *former* representatives instead of the Applicants' current representatives. Accordingly, the Applicants kindly wish to repeat their request that all future correspondence be mailed to Blakely Sokoloff Taylor and Zafman, LLP at the address listed in the Revocation of Previous Powers filed May 14, 1999.

### Specification and Drawing Amendments

Upon further review of the present specification and drawings, the Applicants noted several minor typographical errors. The specification and drawings have been amended to correct these deficiencies.

### 35 USC § 112 Rejections

In the December 13, 1999 Office Action, claims 4-6, 9 and 29-37 were rejected under 35 USC § 112, second paragraph. The claims have been amended as suggested by the Office Action and the claim language identified as not being understood in the Office Action has been amended. Accordingly, the instant section 112 rejections are now moot.

### 35 USC § 102 Rejections

In the December 13, 1999 Office Action, claims 29, 35 and 37 are rejected under 35 USC § 102(b) as being anticipated by Applicants' Prior Art Figure 1.

Claim 29 as presently amended now expressly recites a regulation circuit that includes an oscillator that provides a maximum duty cycle signal and an oscillation signal having frequency range that is varied according to a frequency variation signal. The Applicants' Prior Art Figure 1 fails to disclose, teach or suggest such limitations. Accordingly, the Applicants respectfully submit that the instant section 102 rejection has been overcome.

### 35 USC § 103 Rejection

In the December 13, 1999 Office Action, claim 34 is rejected under 35 USC § 103(a) as being unpatentable over Applicants' Prior Art Figure 1.

FCS0000449

Claims 34 depends on claim 29 and therefore distinguishes for at least the same reason as independent claim 29 in addition to adding further limitations of its own. Accordingly, the Applicants respectfully submit that the instant section 103 rejection has been overcome.

*Charge Deposit Account*

Please charge our Deposit Account No. 02-2666 for any additional fee due in this matter.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Date: 3-10-00

James Y. Go
Reg. No. 40,621

**FIRST CLASS CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231

on March 10, 2000
    Date of Deposit

Melanie Besecker
    Name of Person Mailing Correspondence

Melanie Besecker        3-10-00
    Signature                Date

003692.P036
Serial No. 09/080,774            - 7 -            Examiner: J. Zweizig
                                                  Art Unit: 2816

FCS0000450



FIG. 5

233/248
PATENT

Express Mail No. EM563810388US
Docket No: 233/248
May 18, 1998

37

233/248
PATENT




FIG. 6

38

Express Mail No. EM563810388US
Docket No: 233/248
May 18, 1998

FCS0000452



Copy

| | |
|---|---|
| Serial/Patent No.: 09/080,774 | Filing/Issue Date: May 18, 1998 |
| Client: Power Integrations, Inc. | |
| Title: OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER | |
| BSTZ File No.: 003692.P036 | Atty/Secty Initials: BJB:vyb |
| Date Mailed: May 17, 1999 | Docket Due Date: — |

The following has been received in the U.S. Patent & Trademark Office on the date stamped hereon:

- ☐ Amendment/Response ( ___ pgs.)
- ☐ Appeal Brief ( ___ pgs.) (in triplicate)
- ☐ Application - Utility ( ___ pgs., with cover and abstract)
- ☐ Application - Rule 1.53(b) Continuation ( ___ pgs.)
- ☐ Application - Rule 1.53(b) Divisional ( ___ pgs.)
- ☐ Application - Rule 1.53(b) CIP ( ___ pgs.)
- ☐ Application - Rule 1.53(d) CPA Transmittal ( ___ pgs.)
- ☐ Application - Design ( ___ pgs.)
- ☐ Application - PCT ( ___ pgs.)
- ☐ Application - Provisional ( ___ pgs.)
- ☐ Assignment and Cover Sheet
- ☒ Certificate of Mailing
- ☐ Declaration & POA ( ___ pgs.)
- ☐ Disclosure Docs & Orig & Copy of Inventors Self-Addressed Letter
- ☐ Drawings: ___ # of sheets included
- ☐ Express Mail No.: ___  ☐ Check No. ___
- ☐ ___ Month(s) Extension of Time   Amt: ___
- ☐ Information Disclosure Statement & PTO 1449 ( ___ pgs.)  ☐ Check No. ___  Amt: ___
- ☐ Issue Fee Transmittal
- ☐ Notice of Appeal
- ☐ Petition for Extension of Time
- ☐ Petition for ___
- ☒ Postcard
- ☒ Power of Attorney ( 3 pgs.) **(and Revocation)**
- ☐ Preliminary Amendment ( ___ pgs.)
- ☐ Reply Brief ( ___ pgs.)
- ☐ Response to Notice of Missing Parts
- ☐ Small Entity Declaration for Indep. Inventor/Small Business
- ☐ Transmittal Letter, in duplicate
- ☐ Fee Transmittal, in duplicate

☐ Other: _____

FCS0000453

Copy

Attorney's Docket No.: 003692.P036

Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of: )
)
BALAKRISHNAN, ET AL. ) Examiner: Not Yet Assigned
)
Application Number: 09/080,774 ) Group Art Unit: 2816
)
Filed:   May 18, 1998 )
)
For: OFF-LINE CONVERTER WITH )
INTEGRATED SOFTSTART AND )
FREQUENCY JITTER )
)

Assistant Commissioner for Patents
Washington, D.C. 20231

## POWER OF ATTORNEY BY ASSIGNEE
## AND REVOCATION OF PREVIOUS POWERS

Power Integrations, Inc. ("assignee"), a California corporation having a place of business at 477 N. Mathilda Avenue, Sunnyvale, California, 94086, certifies that to the best of assignee's knowledge and belief it is the assignee of the entire right, title, and interest in and to the above-referenced patent application and represents that the undersigned is a representative authorized and empowered to sign on behalf of the assignee.

**Assignee has reviewed the assignment document that evidences the placement of title in the assignee** and upon information and belief that assignment documents were recorded in the U.S. Patent and Trademark Office on May 18, 1998, at reel 9195, frame 0745.

Pursuant to 37 C.F.R. §§ 1.36 and 3.71, the assignee hereby revokes all powers of attorney previously given and appoints Farzad E. Amini, Reg. No. P42,261; Aloysius T. C. AuYeung, Reg. No. 35,432; Amy M. Armstrong, Reg. No. 42,265; William Thomas Babbitt, Reg. No. 39,591; Carol F. Barry, Reg. No. 41,600; Jordan Michael Becker, Reg. No. 39,602; Bradley J. Bereznak, Reg. No. 33,474; Michael A. Bernadicou, Reg. No. 35,934; Roger W. Blakely, Jr., Reg. No. 25,831; Gregory D. Caldwell, Reg. No. 39,926; Kent M. Chen, Reg. No. 39,630; Yong S. Choi, Reg. No. P43,324; Thomas M. Coester, Reg. No. 39,637; Michael Anthony DeSanctis, Reg. No. 39,957; Daniel M. De Vos, Reg. No. 37,813; Robert Andrew Diehl, Reg. No. 40,992; Tarek N. Fahmi, Reg. No. 41,402; James Y. Go, Reg. No. 40,621; Dinu Gruia, Reg. No. P42,996; David R.

003692.P036                               -1-                              (rev. 5/99)

Halvorson, Reg. No. 33,395; Thomas A. Hassing, Reg. No. 36,159; Phuong-Quan Hoang, Reg. No. 41,839; Willmore F. Holbrow III, Reg. No. P41,845; George W Hoover II, Reg. No. 32,992; Eric S. Hyman, Reg. No. 30,139; Dag H. Johansen, Reg. No. 36,172; William W. Kidd, Reg. No. 31,772; Michael J. Mallie, Reg. No. 36,591; Andre L. Marais, under 37 C.F.R. § 10.9(b); Paul A. Mendonsa, Reg. No. 42,879; Darren J. Milliken, Reg. No. 42,004; Thinh V. Nguyen, Reg. No. 42,034; Kimberley G. Nobles, Reg. No. 38,255; Babak Redjaian, Reg. No. 42,096; James H. Salter, Reg. No. 35,668; William W. Schaal, Reg. No. 39,018; James C. Scheller, Reg. No. 31,195; Anand Sethuraman, Reg. No. P43,351; Charles E. Shemwell, Reg. No. 40,171; Maria McCormack Sobrino, Reg. No. 31,639; Stanley W. Sokoloff, Reg. No. 25,128; Judith A. Szepesi, Reg. No. 39,393; Vincent P. Tassinari, Reg. No. 42,179; Edwin H. Taylor, Reg. No. 25,129; George G. C. Tseng, Reg. No. 41,355; Lester J. Vincent, Reg. No. 31,460; John Patrick Ward, Reg. No. 40,216; Stephen Warhola, Reg. No. 43,237; Charles T. J. Weigell, Reg. No. 43,398; Ben J. Yorks, Reg. No. 33,609; and Norman Zafman, Reg. No. 26,250; my attorneys, and James A. Henry, Reg. No. 41,064; Daniel E. Ovanezian, Reg. No. 41,236; Glenn E. Von Tersch, Reg. No. 41,364; and Chad R. Walsh, Reg. No. 43,235; my patent agents, of BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP, with offices located at 12400 Wilshire Boulevard, 7th Floor, Los Angeles, California 90025, telephone (310) 207-3800, and James R. Thein, Reg. No. 31,710, my patent attorney; with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith.

Pursuant to 37 C.F.R. § 3.71, the assignee hereby states that prosecution of the above-referenced patent application is to be conducted to the exclusion of the inventor(s).

Send all future correspondence to <u>Bradley J. Bereznak, Esq., Reg. No. 33,474</u>, Blakely, Sokoloff, Taylor, & Zafman LLP, 12400 Wilshire Boulevard, Seventh Floor, Los Angeles, California 90025, and direct all telephone calls to the same at (408) 720-8598.

Assignee of Interest: __POWER INTEGRATIONS, INC.__
(Type or Print)

Dated: __5-14-99__   By: _[signature]_
Name: __Clifford J. Walker__
(Type or Print)
Title: __Vice President of Corporate Development__
(Type or Print)

Address of Assignee of Interest:
477 N. Mathilda Avenue
Sunnyvale, CA 94086
USA

003692.P036    -2-    (rev. 5/99)

FCS0000455

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: 5/17/99   By: _____
Name: __Bradley J. Bereznak__
              (Type)
Reg. No.: __33,474__

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, California 90025-1026
(408) 720-8598

### FIRST CLASS CERTIFICATE OF MAILING
### (37 C.F.R. § 1.8(a))

I hereby certify that the foregoing Power of Attorney is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231 on __May 17, 1999__.

__Vivian Y. Buijten__
Name of Person Mailing Correspondence

_____   5/17/99
Signature                  Date

*[Envelope, rotated 90°:]*

BLAKELY SOKOLOFF TAYLOR & ZAFMAN
A Limited Liability Partnership
Including Law Corporations
1279 Oakmead Parkway
Sunnyvale, California 94086-4039

003692.P036    BJB:vyb

RECEIVED CLERK #109
MAY 30
AT PTO MAIL CENTER

BOX ISSUE FEE
ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231



FCS0000457