

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/080,774 | 05/18/98 | BALAKRISHNAN | B 233/248 |

MMC2/0410

BRADLEY J. BEREZNAK, ESQ.
BLAKELEY, SOKOLOFF, TAYLOR, ZAFMAN LLP
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025

| EXAMINER |
|---|
| ZWEIZIG, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2816 | #11 |

DATE MAILED: 04/10/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)                                                                 1- File Copy

FCS0000459

| Notice of Allowability | Application No. 09/080,774 | Applicant(s) Balakirshnan et al. |
|---|---|---|
| | Examiner Jeffrey Zweizig | Group Art Unit 2816 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _the amendment filed 3/20/00_.

☒ The allowed claim(s) is/are _1-10 & 29-36_.

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
  ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been
    ☐ received.
    ☐ received in Application No. (Series Code/Serial Number) _____.
    ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
  *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS
  ☒ because the originally filed drawings were declared by applicant to be informal.
  ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____.
  ☒ including changes required by the proposed drawing correction filed on _3/20/00_, which has been approved by the examiner.
  ☐ including changes required by the attached Examiner's Amendment/Comment.

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
  ☐ Notice of References Cited, PTO-892
  ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____
  ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948
  ☐ Notice of Informal Patent Application, PTO-152
  ☐ Interview Summary, PTO-413
  ☒ Examiner's Amendment/Comment
  ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
  ☐ Examiner's Statement of Reasons for Allowance

_Jeffrey Zweizig_
Primary Examiner
2816

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)                    Notice of Allowability                    Part of Paper No. __11__

FCS0000460

Application/Control Number: 09/080,774

Art Unit: 2816

#11/B
4/6/00
Page 2

*Examiner's Amendment*

1.  An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Claims 11-28 have been canceled.

Claims 11-28 have been canceled so that the remaining claims and the present application can be allowed. Authorization for this examiner's amendment was given in a telephone interview with James Go on 4/6/00.

*Conclusion*

2.  Any inquiry concerning this communication or earlier communications from the examiner should be directed to Examiner Jeffrey Zweizig whose telephone number is (703) 305-7243. The Examiner can normally be reached on Monday through Friday from 7:00 am to 2:00 pm eastern time.

FCS0000461

Application/Control Number: 09/080,774 Page 3

Art Unit: 2816

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Tim Callahan, can be reached on (703) 308-4876. The fax phone number for this Group is (703) 308-7722.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 308-0956.

JZ

April 10, 2000

Jeffrey Zweizig
Primary Examiner
Art Unit 2816



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

### NOTICE OF ALLOWANCE AND ISSUE FEE DUE

MMC2/0410

BRADLEY J. BEREZNAK, ESQ.
BLAKELEY, SOKOLOFF, TAYLOR, ZAFMAN LLP
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/080,774 | 05/18/98 | 018 | ZWEIZIG, J    2816 | 04/10/00 |

| First Named Applicant | | | | |
|---|---|---|---|---|
| BALAKRISHNAN, | | 35 USC 154(b) term ext. = 0 days. | | |

TITLE OF INVENTION: OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2   233/248 | | 327-172.000   K83 | UTILITY | NO | $1210.00 | 07/10/00 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above; or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.
III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER:** Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 03/30/99. (0651-0033)                 *U.S. GPO: 1999-454-457/24601

FCS0000463