20. 4. The high voltage MOS transistor of claim 19 having one channel conductivity type in combination with a ~~complimentary~~ *complementary* high voltage MOS transistor of an opposite channel conductivity type combined on the same chip and isolated from each other.

21. 5. The high voltage MOS transistor of claim 19 combined on the same chip with a low voltage CMOS implemented device.

22. 4. The combination of claim 21 *5* further including,
    a ~~complimentary~~ *complementary* high voltage MOS transistor, and
    a ~~complimentary~~ *complementary* low voltage CMOS implemented device on the same chip and isolated from each other.

23. 7. A high voltage MOS transistor comprising:
    a semiconductor substrate of a first conductivity type having a surface,
    a pair of laterally spaced pockets of semiconductor material of a second conductivity type within the substrate and adjoining the substrate surface,
    a source contact connected to one pocket,
    an extended source region of the second conductivity type extending laterally each way from the source contact pocket to ~~a~~ *positions* surface-adjoining ~~position~~, *surface adjoining*
    a layer of material of the first conductivity type on top of an intermediate portion of the extended source region between the surface-adjoining positions,
    said top layer and said substrate being subject to application of a reverse-bias voltage,
    a drain contact connected to the other pocket,

15  XX

an extended drain region of the second conductivity type extending laterally each way from the drain contact pocket to surface-adjoining positions,

a layer of material of the first conductivity type on top of an intermediate portion of the extended drain region between the drain contact pocket and the surface-adjoining positions,

said top layer of material and said substrate being subject to application of a reverse-bias voltage,

an insulating layer on the surface of the substrate and covering at least that portion between the nearest surface-adjoining positions of the extended source region and the extended drain region, and

a gate electrode on the insulating layer and electrically isolated from the region thereunder which forms a channel laterally between the nearest surface-adjoining positions of the extended source region and the extended drain region, said gate electrode controlling by field-effect the current flow thereunder through the channel.

Amend the claims as follows:

Claim 6, line 1, change "5" to --19--; and

Claim 7, line 1, change "5" to --19--.

## REMARKS

The specification has been amended to correct minor errors and to provide an antecedent basis in the specification for epitaxial layer and epi-island mentioned in former claims 11 and 13.

This invention relates to high voltage, metal oxide semiconductor transistors of the field effect type. There is a need for more efficient transistors which can be made as either discrete or integrated devices of either n-channel or p-channel conductivity. The

FCS0000170

integrated devices should be easily combined with low voltage (five volt) control logic on the same chip. Devices of opposite conductivity should be combinable in a complimentary manner on the same chip. Such transistors, with modifications, should be capable of source-follower applications.

The applicant has disclosed a novel and unobvious high voltage MOS transistor having a low threshold voltage that is compatible with five volt control logic and a low ON-resistance. This transistor can be made as either discrete or integrated devices of either n-channel or p-channel conductivity. The high voltage MOS transistors can be modified for source-follower applications by providing both extended source regions and extended drain regions. These transistors are formed on a substrate of a first conductivity type having a surface. A pair of laterally spaced pockets of semiconductor material of a second conductivity type are provided within the substrate and adjoining the substrate surface. A source contact is connected to one pocket and a drain contact is connected to the other pocket. An extended drain region of a second conductivity type extends laterally each way from the drain pocket to surface-adjoining positions. A layer of material of the first conductivity type is provided on top of an intermediate portion of the extended drain region between the drain contact pocket and the surface-adjoining positions. The top layer of material and the substrate are subject to application of a reverse-bias voltage. None of the cited references show such structure.

Colak, U.S. Patent No. 4,626,879, shows a DMOS transistor suitable for source follower applications. This device has a substrate with three epitaxial layers formed thereon. A surface-adjoining channel region is diffused into the epitaxial layers and a source region is diffused into the channel diffusion above the channel region. A drain region is diffused into the top epitaxial layer. An extended drain

FCS0000171

region is formed from a portion of the top epitaxial layer between the drain region and the channel region. The top and bottom epitaxial layers are interconnected, and the bottom layer may operate as a parallel extended drain region between the connection points. The intermediate epitaxial layer may operate as an extended drain region in a dual-gate/dual-drain structure wherein all three epitaxial layers contribute to device conductivity for achieving optimum normalized "ON" resistance.

Thomas, U.S. Patent No. 4,628,341 shows an integrated circuit structure that includes both low-voltage n-channel and p-channel MOS transistors and high voltage n-channel and p-channel MOS transistors.

The claims are now clearly distinguished from the cited references. New claim 19 recites "an extended drain region of the second conductivity type extending laterally each way from the drain contact pocket to surface-adjoining positions, a layer of material of the first conductivity type on top of an intermediate portion of the extended drain region between the drain contact pocket and the surface-adjoining positions". When high voltage n-channel and p-channel devices are combined on the same chip with low voltage control logic, this structure isolates the devices from each other. Claim 19 also provides for a pair of laterally spaced source and drain contact pockets within the substrate as is customary for conventional MOS transistors and is thus, distinguished from DMOS devices which require a higher threshold voltage. The structure of claim 19 enables a lower threshold voltage, compatibility with five volt control logic, and eliminates the need for an additional power supply and interface circuit.

Claims 20-22 and claims 6-7 depend directly or indirectly from claim 19 and thus, can be distinguished for the same reasons as claim 19.

FCS0000172

Claim 23 is directed to the transistor, shown in Fig. 5 of the drawings, that has been modified for source-follower applications by providing both extended source and drain regions. Top layers cover intermediate portions of the extended source and drain regions. The top layers and substrate are subject to application of a reverse-bias voltage.

Accordingly, claims 6-7 and 20-23 are patentably distinct from the cited references and allowance of these claims is requested.

If the Examiner is of the opinion that a telephone conference with applicant's attorney would expedite matters, such a conference is invited.

Respectfully submitted,

Reg. No. 22,611                    By _Schatzel_
                                       Thomas E. Schatzel

LAW OFFICES OF THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, California  95054
Telephone:  (408) 727-7077

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on 4-7-88
(Date of Deposit)
Thomas E. Schatzel
Name of applicant, assignee or Registered Rep.
_Schatzel_ 4/7/88
Signature        Date

FCS0000173

Serial No.: 07/041,994
Filed:       4-24-87
Attnys. Docket No.:  SS-520-01                     PATENT

CONDITIONAL PETITION FOR EXTENSION OF TIME

    If any extension of time for this response is required
applicant requests that this be considered a petition
therefor.

Status

    This application is on behalf of:

____  other than a small entity

                ____  verified statement attached

__X__  small entity

                __X__  verified statement already
                      filed

Payment of fees

__X__  The Commissioner is hereby authorized to charge any
additional fees as set forth in 37 C.F.R. 1.16 and 1.17
which may be required or credit any overpayment to Account
No. 19-0310.  A duplicate of this transmittal is attached.

             ____ also
NOTE:  Please _____ charge issues fees under 37 C.F.R. 1.18
             __X__  do not

to Account No. 19-0310.

Reg. No.  22,611                         _____
                                Attorney for Applicant

Telephone: (408) 727-7077            Law Offices of Thomas E. Schatzel
                              A Professional Corporation
I hereby certify that this correspondence is being    3211 Scott Boulevard, Suite 201
deposited with the United States Postal Service as    Santa Clara, California 95054
first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks, Wash-
ington, D.C. 20231, on  4-7-88
                (Date of Deposit)
Thomas E. Schatzel
Name of applicant / assignee / attorney
_____  4/7/88
  Signature          Date

FCS0000174

**4**

FCS0000175



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/041,994 | 04/24/87 | EKLUND            K | SS-520-01 |

```
┌                            ┐
  THOMAS E. SCHATZEL
  3211 SCOTT BLVD., STE. 201
  SANTA CLARA, CA 95054-3093
└                            ┘
```

| EXAMINER |
|---|
| JACKSON JR, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 253 | 4 |

DATE MAILED: 06/17/88

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☒ Responsive to communication filed on 4/11/88    ☒ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.    2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449    4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims 6,7, 19-23 _____ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims 6,7, 19-23 _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable;
   ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____
    has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However,
    the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are
    corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO
    EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 7-82)                                EXAMINER'S ACTION

Serial No. 041,994                    -2-

Art Unit 253

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless—

(e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

Claims 19, 6, 7 are rejected under 35 U.S.C. 102 (e) as anticipated by or, in the alternative, under 35 U.S.C. 103 as obvious over Colak.

Claim 19 still does not distinguish over Colak. See figures 1, 2B and 2C of Colak where 22 and 24 define "pockets", layers 18 and 14 form an "extended drain" which extends to the surface "each way" from the drain contact 24, layer 16 defines a layer of material of first conductivity type "on top of" extended drain layer 14, and layer 16 and substrate 12 are subject to application of a reverse bias voltage during operation of the device. Note that layer 16 is connected to the source and the substrate is reverse biased through SS. Thus claim 19 does not distinguish over Colak. Claim 5 is undistinguishing since Colak teaches a layer 16 thickness of 2 micron for 400 V operation, however, for lower voltage operation design layer 16 would be thinner, and 1 micron thickness is thus an obvious design variant to the artist. Similarly, to the artist, the design of claim 7 is obvious in view of Colak who teaches $10^{16}/cm^3$ for layer 16.

FCS0000177

Serial No. 041,994                    -3-

Art Unit 253

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Subject matter developed by another person, which qualifies as prior art only under subsection (f) and (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

Claims 20-23 are rejected under 35 U.S.C. 103 as being unpatentable over Colak in view of Thomas.

As stated in the previous rejection, Thomas shows that high voltage fet devices (as Colak) are advantageously formed complementary and also integrated with low voltage devices. Hence claims 20-22 are obvious.

Claim 23 is rejected under 35 U.S.C. 103 as being unpatentable over Sze.

Colak teaches punch through and avalanche protection layer 16 for a DMOS device. To one of ordinary skill it would have been obvious to practice the teachings of Colak in other MOS devices as ordinary fets as shown in Sze. Note figures 3, 51 or 52 of Sze where the source or drain are structurally similar and their function is dependent on the particular voltage applied. Hence, to the artist it would be obvious to apply the

Serial No. 041,994                    -4-

Art Unit 253


teachings of Colak to symmetrical ordinary fets as shown

in Sze to provide higher voltage operation.

Applicant's arguments filed April 11, 1988 have

been fully considered but they are not deemed to be per-

suasive.

Applicant's argument that Colak does not show a

drain "extending laterally each way" from the drain is

not convincing as shown in the above rejection.

Clearly there is drain material 18 on each side of

pocket 24.

Applicant's amendment necessitated the new grounds
of rejection. Accordingly, THIS ACTION IS MADE FINAL.
See MPEP 706.07(a).

Applicant is reminded of the extension of time
policy set forth in 37 CFR 1.136(a). The practice of
automatically extending the shortened statutory period
an additional month upon the filing of a timely first
response to a final rejection has been discontinued by
the Office. See 1021 TMOG 35.

A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS
FINAL ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE
OF THIS ACTION. IN THE EVENT A FIRST RESPONSE IS FILED
WITHIN TWO MONTHS OF THE MAILING DATE OF THIS FINAL
ACTION AND THE ADVISORY ACTION IS NOT MAILED UNTIL AFTER
THE END OF THE THREE-MONTH SHORTENED STATUTORY PERIOD,
THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE ON THE
DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION
FEE PURSUANT TO 37 CFR 1.136(a) WILL BE CALCULATED FROM
THE MAILING DATE OF THE ADVISORY ACTION. IN NO EVENT
WILL THE STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN
SIX MONTHS FROM THE DATE OF THIS FINAL ACTION.

Any inquiry concerning this communication or
earlier communications from the examiner should be
directed to J. Jackson whose telephone number is (703)
557-4824.

Any inquiry of a general nature or relating to the
status of this application should be directed to the
Group receptionist whose telephone number is (703)
557-3311.


J. Jackson:klw

6-15-88

(703) 557-4824

ANDREW J JAMES
SUPERVISORY PATENT EXAMINER
GROUP ART UNIT 253

TO SEPARATE, H__'D TOP AND BOTTOM EDGES, SNAP--APART AND 6"'CARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 04/994 | GROUP ART UNIT 253 | ATTACHMENT TO PAPER NUMBER 4 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) Ehlund | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | Sze, Physics of Semiconductor Devices Wiley & Sons N.Y. ©1981 pp 431-438, 788-791 |
| S | |
| T | |
| U | |

| EXAMINER J. Jackson | DATE 6/88 |
|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

FCS0000180

**5**

FCS0000181



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/041,994 | 04/24/87 | EKLUND          K | SS-520-01 |

```
THOMAS E. SCHATZEL
3211 SCOTT BLVD., STE. 201
SANTA CLARA, CA 95054-3093
```

| | EXAMINER |
|---|---|
| | JACKSON JR. J |
| ART UNIT | PAPER NUMBER |
| 253 | 5 |

DATE MAILED:

### EXAMINER INTERVIEW SUMMARY RECORD

08/11/88

All participants (applicant, applicant's representative, PTO personnel):

(1) *Jack Edwards*     (3) *Klas H. Eklund*

(2) *Thomas E. Schatzel*     (4) *Jerome Jackson*

Date of interview *10 August 1988*

Type: ☒ Telephonic   ☐ Personal (copy is given to ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes   ☒ No.   If yes, brief description: _____

Agreement ☒ was reached with respect to some or all of the claims in question.   ☐ was not reached.

Claims discussed: *all*

Identification of prior art discussed: *Colak*

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: *New amendments*
*to the claims to be submitted distinguishing applicant's*
*channel structure and surface adjoining layer 27 over*
*Colak.*

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraph below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

PTOL-413 (rev. 1-81)

*Jerome Jackson Jr.*
Examiner's Signature

**ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER**

FCS0000182

**6**

FCS0000183

#4

PATENT

<u>HAND CARRIED TO PTO</u>

Case Docket No. <u>SS-520-01</u>

Date <u>August 12, 1988</u>

In re application of: Klas H. Eklund

Serial No.:          07/041,994

Filed:              April 24, 1987

For:                HIGH VOLTAGE MOS TRANSISTORS

ATTN:  BOX A.F.
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C.  20231

Sir:

    Transmitted herewith is an Amendment After Final for the above
    application.

[X]  No additional fee is required.

[ ]  Additional fee calculated as follows:

| CLAIMS AS AMENDED | | | | | | |
|---|---|---|---|---|---|---|
| | Claims remaining after amendment | | Highest number previously paid for | Present extra | Rate | Addtnl. Fee |
| Total Claims | _____ | Minus | _____ = | ____ x | $12.00 | — |
| Indep. Claims | _____ | Minus | _____ = | ____ x | $34.00 | — |

Additional Fee Due $ _____

[X]  A verified statement claiming small entity status ___x___ has been filed;
     _____ is attached. The fee due is fifty percentum of the above.

Fee Due $ _____

[ ]  A check in the amount of $_____ is attached.

[X]  Any additional fees may be charged to Deposit Account No. 19-0310.  A duplicate
     of this transmittal is attached.

Respectfully submitted,

By _____
        Reg. No.: 22,611

Attorney For Applicant

Law Offices of THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard Suite 201
Santa Clara, CA  95054
(408) 727-7077

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Klas H. Eklund                Group Art Unit: 253

Serial No.: 07/041,994                    Examiner: J. Jackson, Jr.

Filed:    : April 24, 1987                Attorneys Docket No.:
                                          SS-520-01

For       : HIGH VOLTAGE MOS TRANSISTORS


ATTENTION:  BOX A.F.

COMMISSIONER OF PATENTS                   Date of this Paper:
   &.TRADEMARKS
Washington, D.C.  20231                   August 12, 1988


### AMENDMENT AFTER FINAL

In response to the U.S. Patent Office Action mailed June 17, 1988
(Paper No. 4), please amend this application as follows:

In the Claims

Claim 19, line 12, before "layer" insert --surface adjoining--;

line 22, before "region" insert --substrate--.

Claim 20, line 2,  change "complimentary" to --complementary--.

Claim 22, line 2,  change "complimentary" to --complementary--;

line 3,   change "complimentary" to --complementary--.

Claim 23, line 9,  delete "a";

line 10, change "position" to --positions--;

line 11, before "layer" insert --surface adjoining--;

line 18, delete "a";

line 20, before "layer" insert --surface adjoining--;

line 30, before "region" insert --substrate--.

-1-

FCS0000185

<u>REMARKS</u>

The applicant appreciates the telephone interview on August 10, 1988, courteously granted by the Examiner.

Claim 19, as amended, now provides for an extended drain region of the second conductivity type extending laterally each way from the drain contact pocket to <u>surface-adjoining positions and a surface adjoining layer of material of the first conductivity type on top of an intermediate portion of the extended drain region between the drain contact pocket and the surface-adjoining positions</u>. The layer 16 of <u>Colak</u> is not surface-adjoining but is buried under layer 18. There is no layer of material of the first conductivity type on top of layer 18. <u>Colak's</u> layer 16 extends from beneath the drain contact pocket 24 to the channel region 20, and thus, is not <u>between</u> the drain contact pocket and the surface adjoining positions of the extended drain region.

Claim 19 also provides for the top layer of material and the substrate being subject to application of a reverse-bias voltage. Thus, the top layer and the substrate act as gates for controlling current flow through the extended drain region <u>between the surface adjoining positions and the drain contact pocket</u>. This structure can be considered a double-sided, junction-gate field-effect transistor (JFET). <u>Colak</u> shows a layer 14 intermediate a layer 16 and a substrate 12 that are subject to application of a reverse-bias voltage. Though this structure of <u>Colak</u> could be considered a double-sided JFET, layer 16 is not <u>surface-adjoining</u> as defined in claim 19. <u>Colak's</u> double-sided JFET is buried under layer 18 which is connected in parallel with layer 14 by semiconductor zones 16c, 16d. Layer 16 also acts as a gate for layer 18 so that layers 16 and 18 could be considered a single-sided JFET. Thus, the extended drain of <u>Colak</u> includes the single-sided JFET connected in parallel with the double-

-2-

FCS0000186

sided JFET thereunder. Both the extended drain structure of claim 19 and Colak's drain structure have relatively high voltage capability. However, it is desirable to control the high voltage with relatively low voltage.

Claim 19 further provides for a substrate having a surface, an insulating layer on the <u>surface of the substrate covering at least that portion between the source contact pocket and the nearest surface-adjoining position of the extended drain region</u>, and a gate electrode on the insulating layer electrically isolated from the <u>substrate region thereunder which forms a channel laterally between the source contact pocket and the nearest surface-adjoining position of the extended drain region</u>. Thus, claim 19 is limited to a MOS or MOSFET structure, while Colak shows a D-MOS device. The MOSFET structure has a lower threshold voltage than a D-MOS device (0.7 volts compared to two – four volts for the D-MOS device) and thus, is directly compatible with five volt logic. D-MOS devices usually require an additional power supply of ten to fifteen volts for driving the gate. The MOSFET structure has less on-resistance and thus, further reduces the total on-resistance of the combined structure (MOSFET plus double-sided JFET).

Claim 19 is directed to the structural combination of a double-sided JFET and a MOSFET so that a high voltage transistor can be controlled with relatively low voltage. Thus, claim 19 is patentably distinct over Colak.

Claims 20-22 and claims 6-7 depend directly or indirectly from claim 19 and are thus patentably distinct from Colak for the same reasons as claim 19. While Thomas shows that high voltage FET devices are advantageously formed complementary and also integrated with low voltage devices, claims 20-22 are limited to transistors having the structure as defined in claim 19. This structure facilitates isolation of complementary high voltage devices and low voltage, C-MOS

-3-

implemented devices on the same chip.  Isolation of the epitaxial layers shown by <u>Colak</u> from corresponding layers of a complementary device would be difficult.

Claims 6 and 7 include further limitations on the depth of the top layer and the doping density thereof.  The depth is one-half or less than that disclosed by <u>Colak</u> for layer 16 and the doping density is at least five times greater.  Furthermore, <u>Colak's</u> layer 16 is not similarly situated as the top layer of claim 19, and thus, is not comparable.  Thus, claims 6 and 7 are patentably distinct from <u>Colak</u> for the same reasons as claim 19 and for the further limitations therein.

Claim 23 is directed to the transistor 63, shown in Fig. 5, that is suitable for source follower applications.  This claim contains limitations similar to claim 19 for the MOSFET structure and the double-sided JFET about the drain contact pocket.  It further includes structural limitations for a double-sided JFET about the source contact pocket.  While the book by <u>Sze</u> discloses MOSFET structures having sources and drains that are similar to each other, such sources and drains are not similar to the double-sided JFET structures disclosed by the applicant and specifically claimed structurally in claim 23.  Thus, claim 23 is patentably distinguished from <u>Sze</u>.

Should the Examiner be of the opinion that a telephone conference with applicant's attorney would be beneficial, he is invited to contact the undersigned at the number set out below.

Respectfully submitted,

Reg. No. 22,611                    By _____
                                          Thomas E. Schatzel

LAW OFFICES OF THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, California  95054
Telephone:  (408) 727-7077

-4-

FCS0000188

PATENT

CONDITIONAL PETITION FOR EXTENSION OF TIME

If any extension of time for this response is required applicant requests that this be considered a petition therefor.

Status

This application is on behalf of:

____ other than a small entity

_____ verified statement attached

_x_ small entity

_x_ verified statement already filed

Payment of fees

_X_ The Commissioner is hereby authorized to charge any additional fees as set forth in 37 C.F.R. 1.16 and 1.17 which may be required or credit any overpayment to Account No. 19-0310. A duplicate of this transmittal is attached.

_____also

NOTE: Please _____ charge issues fees under 37 C.F.R. 1.18

_X_ do not

to Account No. 19-0310.

Reg. No. _22,611_

Attorney for Applicant

Telephone: (408) 727-7077

Law Offices of Thomas E. Schatzel
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, California 95054

FCS0000189

**7**

FCS0000190



UNITED STATE/ 'PARTMENT OF COMMERCE
Patent and Trad... .rk Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/041,994 | 04/24/87 | EKLUND | K | SS-520-01 |

┌
THOMAS E. SCHATZEL
3211 SCOTT BLVD., STE. 201
SANTA CLARA, CA 95054-3093

| EXAMINER |
|---|
| JACKSON JR, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 253 | 7 |

DATE MAILED:

8-25-88
08/10/88

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☑ This communication is responsive to *Amend B 8/15/88*

2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☑ The allowed claims are *6, 7, 19-23*

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [..] been received. [..] not been received. [..] been filed in parent application Serial No. _____ filed on _____.

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☑ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☑ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
− Examiner's Amendment
− Examiner Interview Summary Record, PTOL-413
− Reasons for Allowance
− Notice of References Cited, PTO-892
− Information Disclosure Citation, PTO-1449

− Notice of Informal Application, PTO-152
− Notice re Patent Drawings, PTO-948
− Listing of Bonded Draftsmen
− Other

ANDREW J. JAMES
SUPERVISORY PATENT
GROUP ART UNIT 2

PTOL-37 (REV. 2-85)

USCOMM-DC 85-3744

FCS0000191

X-85 (REV 4 84)



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

## NOTICE OF ALLOWANCE
## AND ISSUE FEE DUE

THOMAS E. SCHATZEL
3211 SCOTT BLVD., STE. 201
SANTA CLARA, CA 95054-3093

All communications regarding this
application should give the serial
number, date of filing, name of
applicant, and batch number.

Please direct all communications
to the Attention of "OFFICE OF
PUBLICATIONS" unless advised
to the contrary.

The application identified below has been examined and found allowable
for issuance of Letters Patent. PROSECUTION ON THE MERITS IS CLOSED.

| | SC/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|---|
| | 07/041,994 | 04/24/87 | 007 | JACKSON JR, J | 253 | 08/25/88 |
| First Named Applicant | EKLUND, | | KLAS H. | | | |

TITLE OF INVENTION     HIGH VOLTAGE MOS TRANSISTORS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| SB-520-01 | 357-046.000 | L66 | UTILITY | YES | $280.00 | 11/25/88 |

The amount of the issue fee is specified in 37 C.F.R. 1.18. If the applicant qualified for and has filed a verified statement of small entity status in accordance with 37 C.F.R. 1.27, the issue fee is one-half the amount for non-small entities. The issue fee due printed above reflects applicant's status as of the time of mailing this notice. A verified statement of small entity status may be filed prior to or with payment of the issue fee. However, in accordance with 37 C.F.R. 1.28, failure to establish status as a small entity prior to or with payment of the issue fee precludes payment of the issue fee in the amount so established for small entities and precludes a refund of any portion thereof paid prior to establishing status as a small entity.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE as indicated above. The application shall otherwise be regarded as ABANDONED. The issue fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office. Where an authorization to charge the issue fee to a deposit account has been filed before the mailing of the notice of allowance, the issue fee is charged to the deposit account at the time of mailing of this notice in accordance with 37 C.F.R. 1.311. If the issue fee has been so charged, it is indicated above.

In order to minimize delays in the issuance of a patent based on this application, this Notice may have been mailed prior to completion of final processing. The nature and/or extent of the remaining revision or processing requirements may cause slight delays of the patent. In addition, if prosecution is to be reopened, this Notice of Allowance will be vacated and the appropriate Office action will follow in due course. If the issue fee has already been paid and prosecution is reopened, the applicant may request a refund or request that the fee be credited to a deposit account. However, applicant may request that the previously submitted issue fee be applied. If abandoned, applicant may request refund or credit to a deposit account.

In the case of each patent issuing without an assignment, the complete post office address of the inventor(s) will be printed in the patent heading and in the Official Gazette. If the inventor's address is now different from the address which appears in the application, please fill in the information in the spaces provided on PTOL-85b enclosed. If there are address changes for more than two inventors, enter the additional addresses on the reverse side of the PTOL-85b.

The appropriate spaces in the ASSIGNMENT DATA section of PTOL-85b must be completed in all cases. If it is desired to have the patent issue to an assignee, an assignment must have been previously submitted to the Patent and Trademark Office or must be submitted no later than the date of payment of the issue fee as required by 37 C.F.R. 1.334. Where there is an assignment, the assignee's name and address must be provided on the PTOL-85b to ensure its inclusion in the printed patent.

Advance orders for 10 or more printed copies of the prospective patent can be made by completing the information in Section 4 of PTOL-85b and submitting payment therewith. If use of a deposit account is being authorized for payment, PTOL-85c should also be forwarded. The order must be for at least 10 copies and must accompany the issue fee. The copies ordered will be sent only to the address specified in section 1 or 1A of PTOL-85b.

[X] Note attached communication from the Examiner.

[ ] This notice is issued in view of applicant's communication filed _____

**IMPORTANT REMINDER**
Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. See 37 CFR 1.20 (e)—(g).

PATENT AND TRADEMARK OFFICE COPY

FCS0000192

**8**

FCS0000193

Patent _WEC_
_#B_
_11-10-88_

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Eklund, Klas H.

Filed    : 04/24/87

Examiner : Jackson Jr.,

Group Art Unit : 253

Atty Docket No.: SS-520-01

For      : "HIGH VOLTAGE MOS TRANSISTORS"

Issue Batch No.: L66

Allowance Date  08/25/88

Serial No.  :  07/041,994

Box Issue Fees
COMMISSIONER OF PATENTS
        AND TRADEMARKS
Washington, D. C.  20231

Date of This Paper

October 19, 1988

## FORMAL DRAWING TRANSMITTAL

Transmitted herewith are formal drawings for the above identified application as requested in the Notice of Allowance, Paper No. 7, mailed August 25, 1988. Corrections have been made as requested by the Examiner. Applicant respectfully requests that the formal drawings be filed.

Respectfully submitted,

By: _[signature]_
    Thomas E. Schatzel
    Reg. No. 22,611

Attorney for Applicant

LAW OFFICES OF THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, CA  95054-3093

Telephone:  (408) 727-7077

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on ___10/19/88___
                                        (Date of Deposit)

Thomas E. Schatzel

_[signature]_  10/19/88

KLAS H. EKLUND
SS-52O-O1

Notice of Allowance:  08/25/88
ue Batch No.     :  L66
ial No.          :  07/041,994
Filed            :  04/24/87

351  46

**U.S. Patent**    Mar. 7, 1989    Sheet 1 of 2    **4,811,075**



*Fig.1*



*Fig.2*



*Fig.3*

FCS0000195

Case 1:04-cv-01371-JJF    Document 173-6    Filed 01/23/2006    Page 28 of 38

KLAS H. EKLUND
SS-520-OI

Notice of Allowance:  08/25/88
Issue Batch No.    :  L66
    ial No.        :  07/041,994
Filed              :  04/24/87



*Fig. 4*



*Fig. 5*

FCS0000196



Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Eklund, Klas H.              Issue Batch No.: L66

Filed    : 04/24/87                      Allowance Date  08/25/88

Examiner : Jackson Jr., J.               Serial No.  : 07/041,994

Group Art Unit : 253

Atty Docket No.: SS-520-01

For        : "HIGH VOLTAGE MOS TRANSISTORS"


Box Issue Fees
COMMISSIONER OF PATENTS
    AND TRADEMARKS
Washington, D. C.  20231              Date of This Paper

                                         October 19, 1988

### PAYMENT OF ISSUE FEE (37 CFR 1.311)

1.    Applicant hereby pays the issue fee.

2.    Fee (37 CFR 1.18(a))

        Application status is:

          __X__ small entity-                    fee $ 280.00

                __X__ Verified Statement attached

                _____ Verified Statement filed

          ____ other than small entity-          fee $ 560.00

3.    Payment of fee

          __X__ Enclosed please find check 11177  for  $302.00 *

          ____ Charge Deposit Account 19-0310 the sum

               of $ _____ .  A duplicate of this request

               is attached.

    * Includes Advance Order and Assignment Recordal Fee

                              Respectfully submitted,

                              _____
                              Thomas E. Schatzel
                              Reg. No. 22,611

Attorney for Applicant

Law Offices of THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, CA  95054-3093
    Telephone:  (408) 727-7077

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks, Wash-
ington, D.C. 20231, on  10/19/88
                         (Date of Deposit)
Thomas E. Schatzel
(Name of Applicant, attorney, or agent)
_____
(Signature)              (Date)

ISSUE FEE TRANSMITTAL

780                U.S. Department of Commerce
                   Patent and Trademark Office

This form is part of a formal transmittal and should be used for transmitting the Issue Fee. Sections 1A through 5 must be completed where applicable.

**MAILING INSTRUCTIONS**

All further correspondence including the Issue Fee Receipt, the Patent, and advanced orders will be mailed to the addressee entered in section 1 or PTOL-85c, unless you direct otherwise by specifying the appropriate name and address in 1A below. (Note: See box 5 below for correspondence concerning maintenance fee payments.)

**2A. The COMMISSIONER OF PATENTS AND TRADE-MARKS** is requested to apply the Issue Fee to the application identified below.

(Signature of party in interest of record)        (Date)

*Richard*        10/19/88

Note: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

| SC/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/041,999 | 04/24/87 | 007 | JACKSON JR, J | 253 | 08/25/88 |

First Named Applicant: EKLUND, KLAS H.

TITLE OF INVENTION: HIGH VOLTAGE MOS TRANSISTORS

| ATTY'S DOCKET NO. | CLASS/SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| SB-520-01 | 357-046.000 | L66 | UTILITY | YES | $280.00 | 11/25/88 |

**1A.** Further correspondence to be mailed to the following:

Law Offices of THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, California 95054

**2B.** For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1 LAW OFFICES OF
2 THOMAS E. SCHATZEL
3 A Prof. Corporation

**DO NOT USE THIS SPACE**

| | | | | | |
|---|---|---|---|---|---|
| 040 | 10/28/88 | 041994 | 1 242 | 280.00 CK | |
| 040 | 10/28/88 | 041994 | 1 501 | 15.00 CK | |

**3. ASSIGNMENT DATA** (print or type)

**A.** (1) ☐ This application is NOT assigned.
(2) ☐ Assignment previously submitted to the Patent and Trademark Office.
(3) ☒ Assignment submitted herewith.

**B.** For Printing On The Patent: (Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data below is only appropriate when an assignment has been previously submitted to the PTO or is submitted herewith. Completion of this form is NOT a substitute for filing of an assignment as required by 37 C.F.R. 1.334).

(1) NAME OF ASSIGNEE:
POWER INTEGRATIONS, INC.

(2) ADDRESS: (City & State or Country):
Mountain View  California 94043

(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION:
California

**4.** The following fees are enclosed:  Ck. # 11177
☒ Issue fee  ☒ Advanced order  ☒ Assignment recording

The following fees should be charged to deposit acc. no.  19-0310
(PTOL-85c or additional copy of PTOL-85b must be enclosed)
☐ Issue fee  ☐ Assignment recording
☐ Advanced order  ☒ Any additional fees due

Number of advanced order copies requested  10
(must be for 10 or more copies)

**5.** All correspondence relating to maintenance fees will be addressed to the correspondence address unless a separate "Fee Address" is provided to the Patent and Trademark Office (37 C.F.R. 1.363). A "Fee Address" may be submitted by the owner of record with the payment of the issue fee or thereafter by using form PTO-1537.

**TRANSMIT THIS FORM WITH FEE**

ISSUE FEE TRANSMITTAL

U.S. Department of Commerce
Patent and Trademark Office

This form is part of a formal transmittal and should be used for transmitting the Issue Fee. Sections 1A through 4 must be completed as appropriate.

MAILING INSTRUCTIONS

All further correspondence including the Issue Fee Receipt, the Patent, and advanced orders will be mailed to the addressee entered in section 1 or PTOL-85c, unless you direct otherwise by specifying the appropriate name and address in 1A below. (Note: See box 5 below for correspondence concerning maintenance fee payments.)

INVENTOR'S ADDRESS CHANGE | SC/SERIAL NO

INVENTOR'S NAME

Street Address

City, State and ZIP Code

CO-INVENTOR'S NAME

Street Address

City, State and ZIP Code

☐ Check if additional changes are on reverse side.

2A. The COMMISSIONER OF PATENTS AND TRADE-MARKS is requested to apply the Issue Fee to the application identified below.

(Signature of party in interest of record) _____ (Date) 10/19/88

Note: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trade-mark Office.

| SC/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/041,979 | 04/24/87 | 007 | JACKSON JR, J | 253 | 08/25/88 |

First Named Applicant: EKLUND, KLAS H.

TITLE OF INVENTION: HIGH VOLTAGE MOS TRANSISTORS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| SB-520-01 | 357-046.000 | L66 | UTILITY | YES | $280.00 | 11/25/88 |

1A. Further correspondence to be mailed to the following:
Law Offices of THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, California 95054

2B. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1  LAW OFFICES OF
2  THOMAS E. SCHATZEL
3  A Prof. Corporation

DO NOT USE THIS SPACE

3. ASSIGNMENT DATA (print or type)

A. [1] ☐ This application is NOT assigned.
   [2] ☐ Assignment previously submitted to the Patent and Trademark Office.
   [3] ☒ Assignment submitted herewith.

B. For Printing On The Patent: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data below is only appropriate when an assignment has been previously submitted to the PTO or is submitted herewith. Completion of this form is NOT a substitute for filing of an assignment as required by 37 C.F.R. 1.334).

(1) NAME OF ASSIGNEE:
POWER INTEGRATIONS, INC.

(2) ADDRESS: (City & State or Country)
Mountain View California 94043

(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION:
California

4. The following fees are enclosed: Ck. # 11177
☒ Issue fee  ☒ Advanced order  ☒ Assignment recording

The following fees should be charged to deposit acc. no. 19-0310
(PTOL-85c or additional copy of PTOL-85b must be enclosed)
☐ Issue fee            ☐ Assignment recording
☐ Advanced order       ☐ Any additional fees due

Number of advanced order copies requested. 10
(must be for 10 or more copies)

5. All correspondence relating to maintenance fees will be addressed to the correspondence address unless a separate "Fee Address" is provided to the Patent and Trademark Office (37 C.F.R. 1.363). A "Fee Address" may be submitted by the owner of record with the payment of the issue fee or thereafter by using form PTO-1537.

TRANSMIT THIS FORM WITH FEE

**9**

FCS0000200

Applicant or Patentee:    Klas H. Eklund
Serial or Patent No.:     07/041,994                          Attorney's
Filed or Issued:          04/24/87                            Docket No. SS-520-01
For:                      "HIGH VOLTAGE MOS TRANSISTORS"

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
(37 CFR 1.9(f) and 1.27(c)) - SMALL BUSINESS CONCERN

I hereby declare that I am

[ ] the owner of the small business concern identified below:
[X] an official of the small business concern empowered to act on behalf of the concern
    identified below:

NAME OF CONCERN     POWER INTEGRATIONS, INC.
ADDRESS OF CONCERN      411 Clyde Avenue
                        Mountain View, CA  94043

I hereby declare that the above identified small business concern qualifies as a small
business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes
of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, in that
the number of employees of the concern, including those of its affiliates, does not exceed
500 persons. For purposes of this statement, (1) the number of employees of the business
concern is the average over the previous fiscal year of the concern of the persons employed
on a full-time, part-time or temporary basis during each of the pay periods of the fiscal
year, and (2) concerns are affiliates of each other when either, directly or indirectly, one
concern controls or has the power to control the other, or a third party or parties controls
or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the
small business concern identified above with regard to the invention, entitled "HIGH
        VOLTAGE MOS TRANSISTORS"                                          by inventor(s)
             Klas H. Eklund
described in

    [ ] the specification filed herewith
    [X] application serial no.  07/041,994        , filed  April 24, 1987
    [ ] patent no. _____ , issued _____

If the rights held by the above identified small business concern are not exclusive, each
individual, concern or organization having rights to the invention is listed below* and no
rights to the invention are held by any person, other than the inventor, who could not
qualify as a small business concern under 37 CFR 1.9(d) or by any concern which would not
qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37
CFR 1.9(e).  *NOTE:  Separate verified statements are required from each named person,
concern or organization having rights to the invention averring to their status as small
entities. (37 CFR 1.27)

NAME       N/A
ADDRESS
        [ ] INDIVIDUAL      [ ] SMALL BUSINESS CONCERN     [ ] NONPROFIT ORGANIZATION
NAME       N/A
ADDRESS
        [ ] INDIVIDUAL      [ ] SMALL BUSINESS CONCERN     [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in
status resulting in loss of entitlement to small entity status prior to paying, or at the
time of paying, the earliest of the issue fee or any maintenance fee due after the date on
which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all
statements made on information and belief are believed to be true; and further that these
statements were made with the knowledge that willful false statements and the like so made
are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United
States Code, and that such willful false statements may jeopardize the validity of the
application, any patent issuing thereon, or any patent to which this verified statement is
directed.

NAME OF PERSON SIGNING           Klas H. Eklund
TITLE OF PERSON OTHER THAN OWNER     Vice President, Engineering
ADDRESS OF PERSON SIGNING        Power Integrations, Inc., 411 Clyde Avenue,
                                 Mountain View, California  94043
SIGNATURE                                                   DATE

**10**

Atty. Docket No.: __SS-510-01__  #10

**POWER OF ATTORNEY BY ASSIGNEE**

The undersigned, as Assignee of the entire right, title, and interest in and to
the subject matter which is described and claimed and for which a patent is sought on
the invention entitled:

HIGH VOLTAGE MOS TRANSISTORS

the specification of which

☐ is attached hereto;

☒ was filed on ___April 24, 1987___ as Application Serial
No. _07/041,994_ and was amended on _04/11/88; 08/15/88_ ;
(if applicable)

Assignment recorded on _____ at Reel/Frame _____
(if applicable)

hereby elects to control the prosecution of this application and hereby appoints
the following attorneys(s) and/or agent(s) to prosecute this application and transact
all business in the Patent and Trademark Office in connection therewith:

Thomas E. Schatzel    Reg. No. 22,611

Address all correspondence to:

LAW OFFICES OF THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, California  95054-3093

Address all telephone calls to Thomas E. Schatzel at telephone No.
(408) 727-7077.

Assignee hereby petitions and requests that this file be closed to the
inventor(s), or representative(s) thereof.

POWER INTEGRATIONS, INC.

Dated: _11/18/88_

by _____
Klaus H. Eklund

Title: _Vice President, Engineering_

POWER INTEGRATIONS, INC.
411 Clyde Avenue
Mountain View, California  94043

FCS0000203

**11**

FCS0000204



**U.S. DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

253    4/24/87    041,994

*Klas H. Eklund*

*High Voltage MOS Transistors*

Paper No. 11

1 — JAN 1989

This is in response to the communication re the Power of Attorney filed _____ 10/24/88

assignee.

1. ☐ The power of attorney to you in this application has been revoked by the applicant.

2. ☐ In view of the notice in this application of the death of _____
his power of attorney is terminated.

3. ☒ The power of attorney to you in this application has been accepted by the Commissioner of Patents, & Trademarks.

_____
For Director, Operation

4. ☐ The assignee in this application has intervened and appointed an attorney of his own selection. Further correspondence will be held with said attorney. (Rule 36, Rules of Practice.)

5. ☐ The revocation of the power of attorney to _____ has been entered and said attorney has been notified. Further correspondence will be addressed to you.

assignee
6. ☐ On _____, the applicant appointed _____
as additional attorney in this application. Further correspondence will continue to be addressed to you as specified in the new power of attorney.

assignee
7. ☐ On _____, the applicant appointed _____
as additional attorney in this application. Further correspondence will be addressed to said attorney. MPEP 403.02

8. ☐ The associate power of attorney to you in this application has been revoked by the attorney of record.

*Thomas E. Schatzel*

*Law Offices of Thomas E.*
*Schatzel, A Professional Corp.*
*55A Scott Blvd., Ste 201*
*Santa Clara, CA 95054-3093*

*L. Elliott*
For Director, Operation

**RETAIN THIS COPY IN THE APPLICATION FILE**

Copy A

FORM PTOL-305 (REV.8/76)

FCS0000205

Attorney Docket No.:    SS-520-01  *PCO*

PATENT & TRADEMARK
OFFICE                    **PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT MAINTENANCE
DIVISION

Patent No.:   4,811,075

Granted:     03/07/89

Inventor(s):  Klas H. Eklund

**Box: Patent Address Change**
Commissioner of Patents and Trademarks
Washington, D.C. 20231

*1/041994*

ENTERED BY PMD (12)

## CHANGE OF CORRESPONDENCE ADDRESS IN PATENT

Please

1. Change the address of the attorney(s) of record to:

Thomas E. Schatzel, Esq.
LAW OFFICES OF
**THOMAS E. SCHATZEL**
A PROFESSIONAL CORPORATION
16400 LARK AVENUE, SUITE 300
LOS GATOS, CA  95032

2. Change the correspondence address of the patent owner to:

_____
_____
_____
_____

It is certified that the person whose signature appears below has the authority to change the correspondence address for the patent.

Date:   05/03/93

LAW OFFICES OF
**THOMAS E. SCHATZEL**    —
A PROFESSIONAL CORPORATION
16400 LARK AVENUE, SUITE 300   —
LOS GATOS, CA.  95032

Tel. No.:   (408) 358-7733

Reg. No.:   22,611

(If applicable)

(Signature)    THOMAS E. SCHATZEL

☐ Inventor(s)
☐ Assignee of complete interest
☒ Attorney or agent of record

THOMAS E. SCHATZEL
16400 LARK AVENUE, STE. 300
LOS GATOS, CA 95032

· hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on   05/03/93
(Date of Deposit)

Thomas E. Schatzel
Name _____ or _____

_____    5/3/93
Signature              Date

(Change of Correspondence Address in Patent [12-6])

FCS0000206