## ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 30, 2006

Ms. Deborah Krett  
Case Manager  
United States District Court  
844 King Street, Lockbox 27  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re:  *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al.*,  
C.A. No. 04-1371-JJF

Dear Ms. Krett:

We are scheduled to appear for a M*arkman* hearing in Courtroom 4B on Thursday February 2, 2006 and request permission to bring laptop computers and a projector to assist in counsel's presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. For your convenience, I enclose a form of the Court's standard order permitting laptops in the Courtroom.

Very truly yours,

/s/ John G. Day

John G. Day

JGD/nml  
Enclosure  
166170.1

c:  David Thomas, United States Marshal  
    Keith Ash, Chief Court Security Officer