IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The attorneys listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for proceedings commencing on Thursday February 2, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

    G. Hopkins Guy, III

    Vicki L. Feeman

    Bas de Blank

            _____
            Joseph J. Farnan, Jr.
            United States District Judge

Dated: _____

149890.1

1