# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

January 30, 2006

**VIA ECF AND HAND DELIVERY**
Ms. Deborah Krett
Case Manager – JJF
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:   *Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc., et al.*
       USDC-D. Del. - C.A. No. 04-1371-JJF

Dear Ms. Krett:

We are scheduled to appear in Courtroom 4B on Thursday, February 2, 2006 at 1:00 p.m. for a *Markman* hearing with Judge Farnan. I am writing to request permission to bring laptop computers to Courtroom 4B for the hearing. We are aware of the Court's October 20, 2004 Order, and agree to comply with the policies and procedures set forth by the Court, as well as the United States Marshal's policy regarding electronic devices. I have enclosed a proposed order regarding this request.

Respectfully,

William J. Marsden, Jr.

WJM/sb

Enc.

cc   Clerk of Court (via hand delivery)
     John G. Day, Esq. (via ECF)
     Mr. Keith Ash, Chief Court Security Officer (via hand delivery)
     U.S. Marshal's Office (via hand delivery)