IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a
Delaware corporation,

      Plaintiff,

    v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a Delaware
corporation, and FAIRCHILD
SEMICONDUCTOR CORPORATION, a
Delaware corporation,

      Defendants.

C.A. No. 04-1371-JJF

## ORDER RE USE OF LAPTOPS IN COURTROOM 4B

The attorneys listed below from the firm Fish & Richardson P.C. are permitted to

bring laptop computers into the J. Caleb Boggs Federal Courthouse, for use in Courtroom

4B, during the *Markman* hearing with the Court on February 2, 2006 at 1:00 p.m.

Counsel shall comply with the inspection provisions of the United States Marshal.

Frank E. Scherkenbach

Howard G. Pollack

Michael R. Headley

SO ORDERED this _1_ day of _February_, 2006.

_____
United States District Court Judge