# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 1, 2006

Ms. Deborah Krett
Case Manager
United States District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

VIA ELECTRONIC FILING
and HAND DELIVERY

Re:   *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al.*,
      C.A. No. 04-1371-JJF

Dear Ms. Krett:

On Tuesday January 17, 2006, we filed Fairchild's Sealed Answering Claim Construction Brief in the above matter, with attached exhibits (D.I. 166). It has since come to our attention that we inadvertently attached pages 37-42 from Volume I of the transcript of the deposition of Chang-Ki Jeon as Exhibit AA to D.I. 166, instead of pages 37-42 from Volume II of the Jeon deposition. To correct this error, I have enclosed two copies of the correct exhibit, pages 37-42 from Volume II of the Jeon deposition, which should be substituted for the pages that originally were attached as Exhibit AA to D.I. 166.

I apologize for this error and for any inconvenience it has caused.

Very truly yours,

/s/ *John G. Day*

John G. Day (I.D. #2403)

JGD/nml
Enclosures
166270.1

c:   William J. Marsden, Jr., Esquire (by hand, w/enclosures)
     Frank E. Scherkenbach, Esquire (via Federal Express, w/enclosures)
     Michael Kane, Esquire (via Federal Express, w/enclosures)
     Howard G. Pollack, Esquire (via Federal Express, w/enclosures)
     G. Hopkins Guy, III, Esquire (via Federal Express, w/enclosures)