IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED AMENDMENT TO SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the following dates that were set forth in the Amended Scheduling Order filed on November 3, 2005 (D.I. 128) shall be amended:

(1) the due date for rebuttal reports from damages experts shall be extended to and including March 7, 2006;

(2) any party desiring to depose an expert damages witness shall notice and complete such a deposition no later than March 31, 2006;

(3) the due date for Summary Judgment Motions shall be extended to and including March 17, 2006;

(4) the due date for Responses to Summary Judgment Motions shall be extended to and including April 7, 2006; and

(5) the due date for Replies to Summary Judgment Motions shall be extended to and including April 19, 2006.

| FISH & RICHARDSON, P.C. | ASHBY & GEDDES |
|---|---|
| /s/ *Sean P. Hayes (I.D. #4413)* | /s/ *Lauren E. Maguire (I.D. #4261)* |
| William J. Marsden, Jr., (I.D. #2247) | Steven J. Balick (I.D. #2114) |
| Sean P. Hayes (I.D. #4413) | John G. Day (I.D. #2403) |
| 919 N. Market Street | Lauren E. Maguire (I.D. #4261) |
| Suite 1100 | 222 Delaware Avenue, 17th Floor |
| P.O. Box 1114 | P.O. Box 1150 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| 302-778-8401 | 302-654-1888 |
| marsden@fr.com | sbalick@ashby-geddes.com |
| hayes@fr.com | jday@ashby-geddes.com |
|  | lmaguire@ashby-geddes.com |

*Attorneys for Plaintiff*

*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

166808.1

2