IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FAIRCHILD SEMICONDUCTOR )<br>INTERNATIONAL, INC., and FAIRCHILD )<br>SEMICONDUCTOR CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-1371-JJF |

**STIPULATION PERMITTING DEFENDANTS TO FILE
AN AMENDED ANSWER**

WHEREAS Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. (collectively "Fairchild") wish to file an Amended Answer in the form attached hereto as Exhibit A;

WHEREAS the parties agree that Fairchild's Amended Answer will not require additional discovery and will not serve as a basis for Fairchild to seek an extension to either the trial date or the case schedule; and,

WHEREAS Plaintiff Power Integrations, Inc. ("Power Integrations") does not agree with the assertions of inequitable conduct or the characterizations of events in the new matter in Fairchild's Amended Answer, but Power Integrations does not oppose Fairchild's filing of its Amended Answer,

NOW THEREFORE THE PARTIES AGREE to permit Fairchild to file the Amended Answer attached hereto as Exhibit A.

| FISH & RICHARDSON, P.C. | ASHBY & GEDDES |
|---|---|
| /s/ Sean P. Hayes (I.D. #4413)<br>William J. Marsden, Jr., (I.D. #2247)<br>Sean P. Hayes (I.D. #4413)<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>302-778-8401<br>marsden@fr.com<br>hayes@fr.com | /s/ Lauren E. Maguire (I.D. #4261)<br>Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

Dated: February 23, 2006

166924.1