IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br>　　　　　Plaintiff,<br>　　v.<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br>　　　　　Defendants. | C.A. No. 04-1371 |

### DECLARATION OF PAUL HOROWITZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF CLAIMS 17-19 OF U.S. PATENT NO. 6,249,876

I, Paul Horowitz, the undersigned, declare as follows:

1) I am a Professor of Physics and of Electrical Engineering at Harvard University, where I teach courses in Physics and in Electronics, and where I perform and supervise experimental research. I have been asked to give expert opinions and testimony concerning Power Integrations' U.S. Patent No. 6,249,876 (the "'876 Patent").

2) None of the Fairchild devices accused of infringing claims 17-19 of the '876 Patent first generates separate primary and secondary voltages and then combines these distinct voltages as required by claim 1. At no point in time during the operation of these devices do primary and secondary voltages exist in an uncombined state.

I declare the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed on March 17, 2006 in Cambridge, Massachusetts.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Paul Horowitz

DOCSSV1:452250.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2006, the attached **DECLARATION OF PAUL HOROWITZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF CLAIMS 17-19 OF U.S. PATENT NO. 6,249,876** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | VIA FEDERAL EXPRESS |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402 | VIA FEDERAL EXPRESS |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | VIA FEDERAL EXPRESS |
| Andre G. Bouchard, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | HAND DELIVERY |

/s/ *John G. Day*
_____
John G. Day