IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR | ) | |
| INTERNATIONAL, INC., and FAIRCHILD | ) | |
| SEMICONDUCTOR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
## OF NON-INFRINGEMENT OF U.S. PATENT NO. 4,811,075

Defendant Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (collectively "Fairchild") hereby respectfully move the Court for an Order pursuant to Fed. R. Civ. P. 56 declaring that none of the accused Fairchild devices infringe claims 1 or 5 of U.S. Patent No. 4,811,075 (the "'075 Patent"). There is no genuine issue as to any fact material to Power Integrations, Inc.'s ("Power Integrations") claims of infringement of the '075 Patent and Fairchild is entitled to judgment as a matter of law. The undisputed, material facts establish that each of the accused Fairchild devices are DMOS devices, that Power Integrations disclaimed coverage of those DMOS devices during prosecution of the '075 Patent and that the claims of the '075 Patent do not read on the accused DMOS devices.

This motion is based upon the opening brief and declaration in support of this motion, the supporting declarations and evidence attached thereto, all pleadings and papers on file in this action, and any other evidence the Court deems proper and just.

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. 2114)
John G. Day (I.D. 2403)
Lauren E. Maguire (I.D. 4261)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

ORRICK, HERRINGTON & SUTCLIFFE LLP
G. Hopkins Guy, III (#124811)
Vicki L. Feeman (#177487)
Bas de Blank (#191487)
Brian H. VanderZanden (#233134)
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400

Dated:  March 17, 2006
167742.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR | ) | |
| INTERNATIONAL, INC., and FAIRCHILD | ) | |
| SEMICONDUCTOR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This _____ day of _____, 2006, defendants ("Fairchild") having

moved for summary judgment that the accused Fairchild devices do not infringe U.S. Patent No.

4,811,075 (the "'075 Patent"), and the Court, after considering the issues, having concluded that

good grounds exist for the requested relief, now therefore,

IT IS HEREBY ORDERED that Fairchild's motion for summary judgment that the

accused Fairchild devices do not infringe the '075 Patent is hereby **GRANTED**.


_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2006, the attached **DEFENDANTS'**

**MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGMENT OF U.S. PATENT**

**NO. 4,811,075** was served upon the below-named counsel of record at the address and in the

manner indicated:

William J. Marsden, Jr., Esquire                          HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE  19899

Frank E. Scherkenbach, Esquire                     VIA FEDERAL EXPRESS
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

Michael Kane, Esquire                                      VIA FEDERAL EXPRESS
Fish & Richardson P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN  55402

Howard G. Pollack, Esquire                             VIA FEDERAL EXPRESS
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

Andre G. Bouchard, Esquire                               HAND DELIVERY
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

*/s/ John G. Day*
_____

John G. Day