IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY AND INVALIDITY OF U.S. PATENT NOS. 6,107,851 AND 6,229,366**

Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (collectively, "Fairchild") respectfully move for summary judgment that U.S. Patent Nos. 6,107,851 (the "'851 Patent") and 6,229,366 (the "'366 Patent"), (collectively, "Patents"), are unenforceable due to Power Integrations' inequitable conduct, and invalid under U.S.C. § 102. This motion is based upon the opening brief in support of this motion, the supporting evidence attached hereto, all pleadings and papers on file in this action, and all other evidence the Court deems proper and just.

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

ORRICK, HERRINGTON & SUTCLIFFE LLP
G. Hopkins Guy, III (#124811)
Vicki L. Feeman (#177487)
Bas de Blank (#191487)
Brian H. VanderZanden (#233134)
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: March 17, 2006
167743.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION, Defendants. | ) | |

**ORDER**

This ______ day of ______________________, 2006, defendants ("Fairchild") having moved for summary judgment that the U.S. Patent No. 6,107,851 (the "'851 Patent") and 6,229,366 (the "'366 Patent") (collectively, "Patents") are unenforceable due to plaintiff Power Integrations, Inc.'s inequitable conduct and invalid under U.S.C. § 102, and the Court, after considering the issues, having concluded that good grounds exist for the requested relief, now therefore,

IT IS HEREBY ORDERED that Fairchild's motion for summary judgment of unenforceability and invalidity of the '851 and '366 Patents is hereby **GRANTED**.

______________________________
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March, 2006, the attached **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY AND INVALIDITY OF U.S. PATENT NOS. 6,107,851 AND 6,229,366** was served upon the below-named counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

HAND DELIVERY

Frank E. Scherkenbach, Esquire
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

VIA FEDERAL EXPRESS

Michael Kane, Esquire
Fish & Richardson P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402

VIA FEDERAL EXPRESS

Howard G. Pollack, Esquire
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

VIA FEDERAL EXPRESS

Andre G. Bouchard, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

HAND DELIVERY

*/s/ John G. Day*

John G. Day