# EXHIBIT B

# REDACTED

# EXHIBIT C

# REDACTED