# EXHIBIT E



APPROVED FOR LICENSE ☑

MAY 12 8705
INITIALS

041994

**Entered or Counted**

**CONTENTS**

**Received or Mailed**

1. Application _____ ✓ _____ papers. *+ prints*

11/30  2. *rej (3 mo)*                    12/17/87 *NR*
       3. *Amendt R & extgtime*           4-11-88
       4. *final rej (3 mo)*              6-17-88
       5. *interview summary*             8-10-88 *LR*
       6. *Amdt B(E)*                     8-15-88
       7. *PTOL 37 =*                     8-25-88
       8. *formal dwgs (2)*               Oct 24/88
       9. *Small Entity*                  Oct 24 1988
      10. *Even Patty assignee*           Oct 24 1988
      11. *Notice of Receipt*             $ JAN 1989
      12. _____
      13. _____
      14. _____
      15. _____
      16. _____
      17. _____
      18. _____
      19. _____
      20. _____
      21. _____
      22. _____
      23. _____
      24. _____
      25. _____
      26. _____
      27. _____
      28. _____
      29. _____
      30. _____
      31. _____
      32. _____

FCS0000122

4A11075
*4811075*

V.B. 11/7/88

| SERIAL NUMBER (Series of 1987) | 041994 | PATENT DATE MAR 07 1989 | PATENT NUMBER | |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/041,994 | 04/24/87 | 357 | 46 | 253 | JACKSON |

**APPLICANTS**

KLAS H. EKLUND, LOS GATOS, CA.

**CONTINUING DATA********************
VERIFIED        *none*

**FOREIGN/PCT APPLICATIONS***********
VERIFIED        *none*

FOREIGN FILING LICENSE GRANTED 05/27/87        ***** SMALL ENTITY *****

| Foreign priority claimed | ☐ yes ☒ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☐ yes ☒ no | | CA | 2 | 18 | 3 | $ 170.00 | SS-520-01 |
| Verified and Acknowledged | Examiner's Initials | | | | | | | |

**ADDRESS**

THOMAS E. SCHATZEL,   *a Professional Corp. 3L*
3211 SCOTT BLVD., STE. 204
SANTA CLARA, CA 95054-3093

**TITLE**

HIGH VOLTAGE MOS TRANSISTORS

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (rev. 10-78)

| PARTS OF APPLICATION FILED SEPARATELY | SN | | |
|---|---|---|---|

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE 8/28/88 | CLAIMS ALLOWED | |
|---|---|---|---|
| 8-25-88 | Jerome Jackson / Assistant Examiner    Docket Clerk | Total Claims 7 | Print Claim 1 |

| ISSUE FEE | | | |
|---|---|---|---|

| Amount Due | Date Paid | | |
|---|---|---|---|
| 280— | 10/24/88 | | |

ANDREW J. JAMES
SUPERVISORY PATENT EXAMINER
GROUP ART UNIT 253   Primary Examiner

| | DRAWING | | |
|---|---|---|---|
| Sheets Drwg. | Figs. Drwg. | Print Fig. |
| 2 | 5 | 1 |

| ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER |
|---|---|---|
| Class 357 | Subclass 46 | L66 |

Label Area

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436 (Rev. 8/86)

FCS0000123

| | PATENT NUMBER | | ORIGINAL CLASSIFICATION | | | | |
|---|---|---|---|---|---|---|---|
| | | | CLASS 357 | SUBCLASS 46 | | | |
| APPLICATION SERIAL NUMBER 041994 | | | CROSS REFERENCE(S) | | | | |
| | | | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
| APPLICANT'S NAME (PLEASE PRINT) Eklund | | | 357 | 22 | 234 | 238 | |
| | | | | | | | |
| IF REISSUE, ORIGINAL PATENT NUMBER | | | | | | | |
| | | | | | | | |
| INTERNATIONAL CLASSIFICATION (INT. CL. 4) | | | | | | | |

| INTERNATIONAL CLASSIFICATION (INT. CL. 4) | | | |
|---|---|---|---|
| H | 0 | 1 | L | 27 / 02 |
| H | 0 | 1 | L | 29 / 78 |
| H | 0 | 1 | L | 29 / 80 |

GROUP ART UNIT 253

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
Jerome Jackson Jr.

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
ANDREW J. JAMES

PTO 270
(10-84)

ISSUE CLASSIFICATION SUPERVISORY PATE: U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
GROUP ART UNIT 253

FCS0000124

| FORM PTO-875 (REV. 1-88) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 041994 | FILING DATE April 24, 1987 |
|---|---|---|---|
| PATENT APPLICATION FEE DETERMINATION RECORD | | APPLICANT (FIRST NAMER) Klas H. Ekling | |

## CLAIMS AS FILED - PART I

| FOR: | NO. FILED | NO. EXTRA | | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | $170 | OR | | $340 |
| TOTAL CLAIMS | 18 | -20- | 0 | X6= | $ | OR | X12= | $ |
| INDEP. CLAIMS | 3 | -3- | 0 | X17= | $ | OR | X34= | $ |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT | | | | X56= | $ | OR | X110= | $ |
| | | | | TOTAL | $170 | OR | TOTAL | $ |

* If the difference in col. 1 is less than zero, enter "0" in col. 2

## CLAIMS AS AMENDED - PART II

| | (1) CLAIMS REMAINING AFTER AMENDMENT | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** TOTAL | 12 MINUS ** | 20 | - | x5= | $ | OR | x10= | $ |
| INDEP. | MINUS *** | 3 | - | x15= | $ | | x30= | $ |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | +50= | $ | | +100= | $ |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** TOTAL | 12 MINUS ** | 20 | - | x5= | $ | OR | x10= | $ |
| INDEP. | MINUS *** | 3 | - | x15= | $ | | x30= | $ |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | +50= | $ | | +100= | $ |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT C** TOTAL | MINUS ** | | - | x5= | $ | OR | x10= | $ |
| INDEP. | MINUS *** | | - | x15= | $ | | x30= | $ |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | +50= | $ | | +100= | $ |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1.

FCS0000125

PTO-113D
(Rev. 3-83)

041994

**PALM III APPLICATION FILE DATA CODING SHEET**

U.S. DEPARTMENT OF COMMERCE—PATENT & TM OFFICE

FORMAT NO. 2   TYPE APPL.

Serial No.

FILING DATE   Month / Day / Year

CLASS   3167

GROUP ART UNIT   2753

SHEETS OF DRAWINGS   0012

ASGT?

TOTAL CLAIMS   0078

INDEPENDENT CLAIMS   0013

SMALL ENTITY?   N

FILING FEE RECEIVED   0770

SECURITY FOREIGN CASE/ LICENSE?   N

DATE

SPECIAL HANDLING

FORMAT NO. 3   ATTORNEY DOCKET NUMBER (12 spaces)

FORMAT NO. 4   Applicant's Name & Address   ☐ APPL. PAPERS   ☐ CODING SHEET

FORMAT NO. 5   Title of Invention   ☐ APPL. PAPERS   ☐ CODING SHEET

FORMAT NO. 6&7   Correspondency   ☐ APPL. PAPERS   ☐ CODING SHEET

PREPARED BY

**FORMAT NO. 8**

CONTINUITY CODE

PARENT APPLICATION SERIAL NUMBER

PARENT FILING DATE   Month / Day / Year

STATUS CODE

PARENT PATENT NUMBER

| | CONTINUITY CODE | | SERIAL NUMBER | | | | |
|---|---|---|---|---|---|---|---|
| RECORD | 8 | 0 | 1 | | | | |
| RECORD | 8 | 0 | 2 | | | | |
| RECORD | 8 | 0 | 3 | | | | |
| RECORD | 8 | 0 | 4 | | | | |
| RECORD | 8 | 0 | 5 | | | | |
| RECORD | 8 | 0 | 6 | | | | |
| RECORD | 8 | 0 | 7 | | | | |
| RECORD | 8 | 0 | 8 | | | | |
| RECORD | 8 | 0 | 9 | | | | |
| RECORD | 8 | 1 | 0 | | | | |

☐ MORE ON SUPPLEMENTAL CODING SHEET

**FORMAT NO. 9**

FOREIGN PRIORITY CLAIMED?   ☐ YES   ☑ NO

COUNTRY CODE

PCT/FOREIGN APPLICATION SERIAL NUMBER

FILING DATE   Month / Day / Year

| | COUNTRY CODE | | | | | |
|---|---|---|---|---|---|---|
| RECORD | 9 | 0 | 1 | | | |
| RECORD | 9 | 0 | 2 | | | |
| RECORD | 9 | 0 | 3 | | | |
| RECORD | 9 | 0 | 4 | | | |
| RECORD | 9 | 0 | 5 | | | |
| RECORD | 9 | 0 | 6 | | | |
| RECORD | 9 | 0 | 7 | | | |
| RECORD | 9 | 0 | 8 | | | |
| RECORD | 9 | 0 | 9 | | | |
| RECORD | 9 | 1 | 0 | | | |

☐ APPLICATION PAPERS

☐ MORE ON SUPPLEMENTAL CODING SHEET

FCS0000126



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 357 | 23.8 23.4 46 | 1/87 | JJ |
| ~~photo~~ 357 | 22 | 8/88 | JJ |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 357 | 23.4 23.8 46 22 | 8/88 | JJ |

FCS0000127

Staple Issue Slip Here



# INDEX OF CLAIMS

1

FCS0000129

041994

PATENT APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

050  04/30/87  041994

1 201      170.00 CK

FCS0000130



170.00  201 a

41994                          PATENT

Case Docket No. SS-520-01

Date  April 20, 1987

THE COMMISSIONER OF PATENTS
    AND TRADEMARKS
Washington, D.C.  20231

Sir:

        Transmitted herewith for filing is the patent application of:

Inventor:    Klas H. Eklund

For:        HIGH VOLTAGE MOS TRANSISTORS

Enclosed are:

__11__ Pages of specification     __1__ Pages of abstract     __5__ Pages of claims

__2__ Sheets of drawing     _____ formal     __x__ informal

_____ An assignment of the invention to _____

_____

_____ A certified copy application(s) _____

_____ from which priority is claimed.

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| | NUMBER FILED | NUMBER EXTRA | RATE | BASIC FEE $340.00 |
| Total Claims | 18 -20 = | 0 | x $12.00 | 0 |
| Independent Claims | 3 -3 = | 0 | x $34.00 | 0 |
| Multiple Dependent Claims, if any | | | $110.00 | 0 |

Filing Fee $ 340.00

[X]  A verified statement that this is a filing by a small entity is attached.
The fee due is fifty percentum of the above.

Filing Fee $ 170.00

[X]  The Commissioner is hereby authorized to charge any additional fees as set
forth in 37 C.F.R. 1.16 and 1.17 which may be required or credit any overpayment to
Account No. 19-0310.  A duplicate of this transmittal is attached.

[X]  A check in the amount of $170.00 ;  _____ This includes $7.00 for
recording the assignment.

                    Attorney for Applicant        Reg. No.: 22,611

Law Offices of THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, CA  95054
    (408) 727-7077



041,994

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

To the Commissioner of Patents and Trademarks:

5        Your petitioner, KLAS H. EKLUND, a citizen of
Finland and resident of Los Gatos, California, whose
post office address is 243 Mistletoe Road, 95030,
prays that letters patent may be granted to him for

                        501
10       HIGH VOLTAGE MOS TRANSISTORS

set forth in the following specification.

15

20

25

30

35

FCS0000132

041994



-1-

High Voltage MOS Transistors

BACKGROUND OF THE INVENTION

Field of the Invention

5      This invention relates generally to high voltage
metal-oxide semiconductor (MOS) transistors of the
field-effect type.  More specifically, the transistors
can be made as either discrete or integrated devices
of either n-channel or p-channel conductivity.  The
10     integrated devices can easily be combined with low
voltage control logic on the same chip.  Further
devices of opposite conductivity can be combined in a
complementary manner on the same chip.

Description of the Prior Art

15
       Self isolation technology is used for making high
voltage MOS devices, particularly integrated high
voltage devices in combination with low voltage
20     control logic on the same chip.  The voltage is
sustained by an offset gate, as a lightly doped
extended drain region is used.  Such devices can be
considered as an IGFET or MOSFET in series with a
single sided JFET.  Two of such high voltage devices
25     having opposite conductivity types can be used as a
complementary pair, on the same chip, with the device
having an extended p-type drain being imbedded in an
n-well in a p-substrate.

30     The voltage capability of such high voltage
devices is determined by the doping of the substrate,
the length of the extended drain region and the net
number of charges therein.  For optimum performance,

35

1

FCS0000133

-2-

the net number of charges should be around $1\times10^{12}/cm^2$. Such devices have been used for making display drivers in the one hundred to two hundred volt range, but the current capabilities of

5    the devices are poor. The main advantage is that low voltage control logic easily can be combined on the same chip. For these devices, a general figure of merit can be determined by the product of $R_{on}xA$ (where $R_{on}$ is the on-resistance in the linear

10   region and A is the area taken up by the device). For an n-channel device in the voltage range of two hundred fifty to three hundred volts, $R_{on}xA$ is typically $10 - 15\,\Omega\,mm^2$. A discrete vertical D-MOS device in the same voltage range has a figure of merit

15   of $3\,\Omega\,mm^2$, but is much more difficult to combine with low voltage control logic on the same chip. Thus, the application of these high voltage devices is restricted to current level below 100 mA, such as display drivers. Even such drivers are more costly

20   due to poor area efficiency of the high voltage devices.

### SUMMARY OF THE PRESENT INVENTION

25       An object of the present invention is to provide a more efficient high voltage MOS transistor.

        Another object of the invention is to provide a high voltage MOS transistor that is compatible with

30   five volt logic.

        A further object of the invention is to provide a three hundred volt n-channel device with a figure of merit, $R_{on}$ x A, of about $2.0\,\Omega\,mm^2$,

35

3

FCS0000134

-3-

Briefly, the present invention includes an insulated gate, field-effect transistor (IGFET or MOSFET) and a double-sided junction gate field-effect transistor (JFET) connected in series on the same chip

5   to form a high voltage MOS transistor. In a preferred embodiment of the invention, a complementary pair of such high voltage MOS transistors having opposite conductivity type are provided on the same chip.

10   Advantages of the invention include more efficient high voltage MOS transistors, compatibility with five volt logic, and for an n-channel device, voltage capability of three hundred volts with a figure of merit, $R_{on}$ x A, of about 2.0 $\Omega$ mm$^2$.

15

These and other objects and advantages of the present invention will no doubt become obvious to those of ordinary skill in the art after having read the following detailed description of the preferred

20   embodiments which are illustrated in the various drawing figures.

### IN THE DRAWINGS

25   Fig. 1 is a diagrammatic view of a high voltage MOS transistor of the n-channel type embodying the present invention.

Fig. 2 is a diagrammatic view of a high voltage
30   MOS transistor of the p-channel type embodying the present invention.

Fig. 3 is a diagrammatic view of the transistors shown in Figs. 1 and 2 forming a complementary pair on
35   the same chip.

4

FCS0000135

-4-

Fig. 4 is a diagrammatic view of low voltage, C-MOS implemented devices that can be combined on the same chip with the complementary pair of high voltage MOS transistors shown in Fig. 3.

Fig. 5 is a diagrammatic view of a symmetric high-voltage n-channel device wherein the source region and the drain region are similar.

### DESCRIPTION OF THE PREFERRED EMBODIMENT

Looking now at Fig. 1, an n-channel type, high voltage MOS transistor, indicated generally by reference numeral 10, is formed on a p-substrate 11 covered by a silicon dioxide layer 12. A metal source contact 14 and a metal drain contact 16 extend through the silicon dioxide layer to the substrate. A polysilicon gate 17 is positioned between the source contact and the drain contact at a location where the silicon dioxide layer is very thin so that the gate is slightly offset and insulated from the substrate. The polysilicon gate is the gate electrode, and an insulation layer 18 covers the gate and the silicon dioxide layer.

Beneath the source contact 14, a pocket 19 of $p^+$ material and a pocket 21 of $n^+$ material are diffused into the $p^-$ substrate 11. The pocket 21 extends from beneath the source contact to the gate 17. Beneath the gate is a threshold voltage implant 22 of p-type material for adjusting the threshold voltage and a punch through implant 23 of p-type material for avoiding punch through voltage breakdown. Beneath the drain contact 16, a pocket 24 of $n^+$ material is diffused into the substrate. An

FCS0000136

-5-

extended drain region 26 of n-material is formed by
diffusion or ion implantation on top of the
p-substrate, and extends from beneath gate 17 to the
pocket 24 and a similar distance to the opposite side
5    of the pocket.  A top layer 27 of p- material is
provided by ion-implantation through the same mask
window as the extended drain region to cover an
intermediate portion thereof, while the end portions
of the drain region are uncovered to contact the
10    silicon dioxide layer 12.  The top layer is either
connected to the substrate or left floating.

The gate 17 controls by field-effect the current
flow thereunder laterally through the p-type material
15    to the n-type material in the extended drain region
26.  Further flow through the extended drain region
can be controlled by the substrate 11 and the top
layer 27, which act as gates providing field-effects
for pinching off the extended drain region
20    therebetween.  Thus, the transistor 10 can be
considered as an insulated gate, field-effect
transistor (IGFET or MOSFET) connected in series with
a double-sided, junction-gate field-effect transistor
(JFET).  While the insulated gate, field-effect
25    transistor shown is a conventional MOS type, it should
be understood that it could also be a lateral D-MOS or
a depletion MOS type.

By adding the top layer 27 over the extended
30    drain region 26 and connecting this top layer to the
substrate 11, the net number of charges in the
extended drain region can be increased from
$1 \times 10^{12}/cm^2$ to around $2 \times 10^{12}/cm^2$, or
approximately double.  This drastically reduces the
35    on-resistance of the transistor 10.  The pinch off

-6-

voltage of the extended drain region can be reduced
from typically around forty volts to below ten volts.
Thus, a conventional short channel, thin gate oxide
MOS transistors can be used as the series transistor
5    instead of a D-MOS device. This results in the
following benefits. First, the threshold voltage of a
conventional MOS transistor is typically much lower
than for a D-MOS device (0.7 volts compared to two -
four volts for the D-MOS device) and thus, is directly
10   compatible with five volt logic. The D-MOS device
usually requires an additional power supply of ten to
fifteen volts for driving the gate. Second, the
conventional MOS transistor has less on resistance and
thus, further reduces the total on resistance.

15

As the p-type top layer 27 can be made very
shallow with a depth of one micron or less, the doping
density in that layer will be in the range of
20   $5 \times 10^{16} - 1 \times 10^{17}/cm^3$. At doping levels
above $10^{16}/cm^3$, the mobility starts to degrade
and a decrease in mobility will increase the critical
electrical field for breakdown, thus giving a higher
breakdown voltage for fixed geometry. The number of
charges in the top layer is around $1 \times 10^{12}/cm^2$
25   and to first order approximation independent of
depth.

The combined benefits of the above features
result in a voltage capability of three hundred volts
30   with a figure of merit, $R_{on} \times A$, of about
$2.0 \, \Omega \, mm^2$ for the transistor 10. Currently used
integrated MOS transistors have a figure of merit of
about $10 - 15 \, \Omega \, mm^2$, while the best discrete vertical
D-MOS devices on the market in a similar voltage range
35   have a figure of merit of $3 - 4 \, \Omega \, mm^2$.

7

FCS0000138

-7-

   With reference to Fig. 2, a p-channel type, high
voltage MOS transistor is indicated generally by
reference numeral 30.  Since the layers of substrate,
silicon dioxide, and insulation for this transistor
5   are similar to those previously described for
transistor 10, they will be given like reference
numerals.  A p-substrate 11 is covered by a silicon
dioxide layer 12 and an insulation layer 18.  A metal
source contact 31 and a metal drain contact 32 extend
10   through the insulation layer and the silicon dioxide
layer to an n-well 33 that is embedded in the
substrate.  A polysilicon gate 34, which is an
electrode, is positioned between the source contact
and the drain contact at a location where the silicon
15   dioxide layer is very thin so that the gate is
slightly offset and insulated from the n-well.  The
gate and the silicon dioxide layer are covered by the
insulation layer 18.


20   A pocket 35 of $n^+$ type material and a pocket 36
of $p^+$ type material are provided in the n-well 33
beneath the metal source contact 31.  The pocket 36
extends to the gate 34.  An extended drain region 37
of p-type material is formed in the n-well and extends
25   from beneath the gate to a pocket 38 located beneath
the drain contact 32, and the extended drain region
continues a similar distance on the opposite side of
the drain contact.  A top layer 39 of n-material is
provided by ion-implantation through the same window
30   of the mask as the extended drain region to cover an
intermediate portion thereof.  The end portions of the
extended drain region are uncovered so as to contact
the silicon dioxide layer 12.  The top layer is either
connected to the n-well or left floating.

35

FCS0000139

-8-

The gate 34 controls by field-effect the current
flow thereunder laterally through the n-type material
to the p-type material in the extended drain region
37. Further flow through the extended drain region
5    can be controlled by the n-well 33 and the top layer
39, which act as gates providing field-effects for
pinching off the extended drain region therebetween.
Thus, the transistor 30 can be considered as an
insulated-gate field-effect transistor (IGFET or
10    MOSFET) connected in series with a double-sided,
junction-gate field-effect transistor (JFET). The
n-well under the extended drain region has to be
depleted before breakdown occurs between the p$^+$
drain contact pocket 38 and the n-well.

15
Looking now at Fig. 3, an n-channel transistor
10, similar to that shown in Fig. 1, and a p-channel
transistor 30, similar to that shown in Fig. 2, are
shown as a complementary pair on the same substrate 11
20    and isolated from each other. Since the details of
each transistor has been previously described with
reference to Figs. 1 and 2, no further description is
considered necessary.

25    As shown in Fig. 4, low voltage, C-MOS
implemented devices 43 and 44 can be combined on the
same p-substrate 11 as the high voltage devices 10 and
30, shown in Fig. 3. These low voltage devices enable
low voltage logic and analog function to control the
30    high voltage devices. The device 43 is an n-channel
type having a source contact 46, a drain contact 47
and a polysilicon gate 48. A p$^+$ pocket 49 and an
n$^+$ pocket 51 are provided in the p$^-$ substrate
beneath the source contact. The n$^+$ pocket extends
35    to beneath the gate. An n$^+$ pocket 52 is provided

9

FCS0000140

-9-

beneath the drain contact. The gate 48 is insulated
from the substrate by the silicon dioxide layer 12,
but the gate controls the current flow through the
substrate between pockets 51 and 52. The gate is
5      covered by the insulation layer 18. An n-well 53 is
provided in the substrate to accommodate the low
voltage, p-channel device 44. This device includes a
source contact 54, a drain contact 56 and a
polysilicon gate 57. An $n^+$ pocket 58 and a $p^+$
10     pocket 59 are provided in the n-well beneath the
source contact and a $p^+$ pocket 61 is provided in the
n-well beneath the drain contact. The gate 57 is
insulated from the n-well and extends thereabove
between pockets 59 and 61.

15         Fig. 5 shows a symmetrical n-channel device 63
having a source contact 64 and a drain contact 66. A
polysilicon gate 67 is insulated from a substrate 68
by a silicon dioxide layer 69 and the gate is covered
20     by an insulation layer 20. An n-type extended source
region 71 is provided beneath the source contact and
an $n^+$ type pocket 72. A top layer 73 of p-type
material is positioned over an intermediate portion of
the extended source region, while the end portions of
25     the extended source region contact the silicon dixode
layer thereabove. Beneath the drain contact is an
$n^+$ type pocket 74 and an n-type extended drain
region 76. A top layer 72 of p-type material is
positioned over an intermediate portion of the
30     extended drain region and end portions of the extended
drain region contact the silicon dioxide layer. An
implant 78 of the p-type material is provided under
the gate 67 between the extended source region and the
extended drain region for sustaining the threshold
35     voltage. A similar implant 79 for sustaining the

10

-10-

punch-through voltage is provided beneath the implant
78.  Since the symmetrical channel device has both an
extended source an an extended drain, the source can
sustain the same high potential as the drain.  A
5  symmetric p-channel device could be made in a similar
way using opposite conductivity type materials.

From the foregoing description, it will be seen
that an efficient, high voltage MOS transistor has
10  been provided.  This transistor is compatible with
five volt logic which easily can be integrated on the
same chip.  The transistor has a voltage capability of
three hundred volts for an n-channel device, and has a
figure of merit, $R_{on}$ x A, of about 2.0 $\Omega mm^2$.
15  The transistor is formed by an insulated-gate
field-effect transistor and a double-sided
junction-gate field-effect transistor connected in
series on the same chip.  These transistors can be
made as either discrete devices or integrated devices
20  of either n-channel or p-channel conductivity.  The
integrated devices can be easily combined with low
voltage control logic on the same chip.  Further
devices of opposite conductivity can be combined in a
complementary manner on the same chip.

25

Although the present invention has been described
in terms of the presently preferred embodiment, it is
to be understood that such disclosure is not to be
interpreted as limiting.  Various alterations and
30  modifications will no doubt become apparent to those
of ordinary skill in the art after having read the
above disclosure.  Accordingly, it is intended that
the appended claims be interpreted as covering all

35

FCS0000142

-11-

alterations and modifications as fall within the true
spirit and scope of the invention.

5

10

15

20

25

30

35

12    Cru I claro :

-12-

## IN THE CLAIMS

1.   A high-voltage MOS transistor comprising an insulated-gate field-effect transistor, and a double-sided junction-gate field-effect transistor connected in series, said transistors being united in
5   one structure.

2.   In a high-voltage MOS transistor having a source, a drain, an insulated gate device for controlling current flow between the source and the
10   drain, an extended drain region in series between the insulated-gate device and the drain, said extended drain region being formed on material having a conductivity-type opposite that of the extended drain region, and wherein the improvement comprises a layer
15   of material on top of the extended drain region having a conductivity-type opposite that of the extended drain region, and wherein the improvement comprises a layer of material on top of the extended drain region having a conductivity-type opposite that of the
20   extended drain region, said top layer of material and said material beneath the extended drain region being interconnected with the source for applying a reverse-bias voltage whereby current flow through the extended drain region can be pinched off by depletion
25   from both sides adjacent the opposite conductivity-type materials.

3.   A high-voltage MOS transistor comprising a source, a drain, an insulated gate device for
30   controlling current flow between the source and the drain, an extended drain region in series between the insulated gate device and the drain, said extended drain region being formed on material having a

35

-13-

conductivity-type opposite that of the extended drain
region, and a layer of material on top of the extended
drain region having a conductivity-type opposite that
of the extended drain region, said top layer of

5    material and said material beneath the extended drain
region being interconnected with the source for
applying a reverse-bias voltage whereby current flow
through the extended drain region can be pinched off
by depletion from both sides adjacent the opposite

10    conductivity-type materials.

    4.    The high-voltage MOS transistor of claim 1
further including,

15        another high-voltage MOS transistor of
opposite conductivity-type forming a complementary
pair on the same chip.

    5.    The high-voltage MOS transistor of claim 2
20    wherein,

        said layer on top of the extended drain
region is an ion-implantation.

25        6.    The high-voltage MOS transistor of claim 5
wherein,

        said top layer has a depth of one-micron or
less.

30        7.    The high-voltage MOS transistor of claim 5
wherein,

35

-14-

said top layer has a doping density higher
than $5 \times 10^{16}/cm^3$ so that the mobility starts to
degrade.

5       8.    The high-voltage MOS transistor of claim 3
wherein,

        said extended drain is made of n-type
conductive material and said top layer is made of
10      p-type conductive material.

        9.    The high-voltage MOS transistor of claim 3
wherein,

15      said extended drain is made of p-type
conductive material and said top layer is made of
n-type conductive material.

        10.   The high-voltage MOS transistor of claim 9
20      wherein,

        said transistor is embedded in a well of
n-type conductive material in a substrate of p-type
conductive material, and further including a
25      complementary high-voltage MOS transistor having an
extended drain of n-type conductive material embedded
in the substrate.

        11.   The high-voltage MOS transistor of claim 3
30      wherein,

        both the extended drain region and the top
layer of material are diffusions or ion implantations
into a substrate or epitaxial layer.

35

-15-

12.   The high-voltage MOS transistor of claim 11 wherein,

said extended drain region and the top layer of material are formed by using the same mask (self alignment).

13.   The high-voltage MOS transistor of claim 3 wherein,

the material on which the extended drain region is formed is a substrate; and

the substrate is of one conductivity-type material, and further including a complementary transistor embedded in a well or epi-island of opposite conductivity-type material on the same substrate.

14.   The complementary pair of high-voltage MOS transistors of claim 13 wherein,

the well in which the complementary transistor is embedded is the same diffusion as the extended drain for the other transistor.

15.   The complementary pair of high-voltage MOS transistors of claim 14 wherein,

the well is an n-well and further used for a low voltage p-channel device.

16.   The high-voltage MOS transistor of claim 2 wherein,

−16−

the top layer is floating.

17.  The high-voltage MOS transistor of claim 3 wherein,

5

the source region and the drain region are formed in a similar manner.

18.  The high-voltage MOS transistor of claim 3 further including,

10

low voltage logic and analog function on the same chip.

15

Add } q2

20

25

30

35

-17-

## ABSTRACT OF THE DISCLOSURE

An insulated-gate, field-effect transistor and a double-sided, junction-gate field-effect transistor are connected in series on the same chip to form a high-voltage MOS transistor.  An extended drain region
5   is formed on top of a substrate of opposite conductivity-type material.  A top layer of material having a conductivity-type opposite that of the extended drain and similar to that of the substrate is provided by ion-implantation through the same mask
10  window as the extended drain region.  This top layer covers only an intermediate portion of the extended drain which has ends contacting a silicon dioxide layer thereabove.  The top layer is either connected to the substrate or left floating.  Current flow
15  through the extended drain region can be controlled by the substrate and the top layer, which act as gates providing field-effects for pinching off the extended drain region therebetween.  A complementary pair of such high-voltage MOS transistors having opposite
20  conductivity-type are provided on the same chip.

25

30

35

1

FCS0000149

<u>DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION</u>

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

HIGH VOLTAGE MOS TRANSISTORS

the specification of which

[ X ]   is attached hereto.

[   ]   was filed on _____ as Application Serial
        No._____ and was amended on _____.
                                            (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

Thomas E. Schatzel      Reg. No. 22,611
Douglas R. Millett      Reg. No. 31,784

Address all telephone calls to Thomas E. Schatzel at telephone No. (408) 727-7077.

Address all correspondence to:

LAW OFFICES OF THOMAS E. SCHATZEL
A Professional Corporation
10211 Scott Boulevard, Suite 201
Santa Clara, California 95054-3093

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)

Priority Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
|----------|-----------|------------------------|-----|-----|
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

FCS0000150

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter to each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status: patented, pending, abandoned) |
| --- | --- | --- |
| (Application Serial No.) | (Filing Date) | (Status: patented, pending, abandoned) |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor: KLAS H. EKLUND

Inventor's Signature: _____ Date: 4/7/87

Residence: 243 Mistletoe Road
Los Gatos, California 95030

Citizenship: Finland

Post Office Address: 243 Mistletoe Road
Los Gatos, California 95030

FCS0000151

041994

MAIL ROOM
APR 24 1987
SIDE MARKET

Applicant or Patentee: _____ KLAS H. EKLUND _____    Attorney's
Serial or Patent No.: _____    Docket No.: 520-01
Filed or Issued: _____
For: _____ HIGH VOLTAGE MOS TRANSISTORS _____

### VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
### (37 CFR 1.9(f) and 1.27(c) - INDEPENDENT INVENTOR

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled ___ HIGH VOLTAGE MOS TRANSISTORS _____ described in

> [X]  the specification filed herewith
> [ ]  application serial no._____, filed _____
> [ ]  patent no. _____, issued _____.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

> [x]  no such person, concern, or organization
> [ ]  persons, concerns or organizations listed below*

*NOTE:  Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities.  (37 CFR 1.27)

FULL NAME _____ n/a _____
ADDRESS _____
> [ ] INDIVIDUAL    [ ] SMALL BUSINESS CONCERN    [ ] NONPROFIT ORGANIZATION

FULL NAME_____ n/a _____
ADDRESS _____
> [ ] INDIVIDUAL    [ ] SMALL BUSINESS CONCERN    [ ] NONPROFIT ORGANIZATION

FULL NAME_____ n/a _____
ADDRESS _____
> [ ] INDIVIDUAL    [ ] SMALL BUSINESS CONCERN    [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

KLAS H. EKLUND
NAME OF INVENTOR              NAME OF INVENTOR              NAME OF INVENTOR

_____      _____      _____
Signature of Inventor        Signature of Inventor        Signature of Inventor

4/7/87
_____      _____      _____
Date                         Date                         Date

041994

KLAS H. EKLUND

SS-520-01



Fig - 1

Fig - 2

Fig - 3

041994

KLAS H. EKLUND

SS-520-01



Fig-4



Fig_5

FCS0000154

Print Of Drawing
As Original Filed

357/43
Jackson

041994
1 OF 2
250
SS-520-01

KLAS H. EKLUND



Conventional MOS

Fig-1

Fig-2

Fig-3

FCS0000155