**5**

FCS0000181



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/841,994 | 04/24/87 | EKLUND | K | SS-520-01 |

THOMAS E. SCHATZEL
3211 SCOTT BLVD., STE. 201
SANTA CLARA, CA 95054-3093

| EXAMINER |
|---|
| JACKSON JR, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 253 | 5 |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

08/11/88

All participants (applicant, applicant's representative, PTO personnel):

(1) *Jack Edwards*      (3) *Klas H. Eklund*

(2) *Thomas E. Schatzel*      (4) *Jerome Jackson*

Date of Interview: *1° August 1988*

Type: ☒ Telephonic ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☒ No. If yes, brief description: _____

Agreement ☒ was reached with respect to some or all of the claims in question. ☐ was not reached.

Claims discussed: *all*

Identification of prior art discussed: *Colak*

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: *New amendments to the claims to be submitted distinguishing applicant's channel structure and surface adjoining layer 27 over Colak.*

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachment) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

*Jerome Jackson Jr.*
Examiner's Signature

PTOL-413 (rev. 1-81)

**ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER**

FCS0000182

6

FCS0000183

#4
PATENT

<u>HAND CARRIED TO PTO</u>　　　　　　　Case Docket No. <u>SS-520-01</u>

Date <u>August 12, 1988</u>

In re application of: Klas H. Eklund

Serial No.:　　　　07/041,994

Filed:　　　　　　April 24, 1987

For:　　　　　　　HIGH VOLTAGE MOS TRANSISTORS

ATTN: BOX A.F.
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C.　20231

Sir:

Transmitted herewith is an Amendment After Final for the above application.

[X] No additional fee is required.

[ ] Additional fee calculated as follows:

| CLAIMS AS AMENDED | | | | | | |
|---|---|---|---|---|---|---|
| | Claims remaining after amendment | | Highest number previously paid for | Present extra. | Rate | Addtnl. Fee |
| Total Claims | _____ | Minus | _____ = | _____ x | $12.00 | = _____ |
| Indep. Claims | _____ | Minus | _____ = | _____ x | $34.00 | = _____ |

Additional Fee Due $ _____

[X] A verified statement claiming small entity status ___x___ has been filed; _____ is attached. The fee due is fifty percentum of the above.

Fee Due $ _____

[ ] A check in the amount of $_____ is attached.

[X] Any additional fees may be charged to Deposit Account No. 19-0310. A duplicate of this transmittal is attached.

Respectfully submitted,

By _____
Reg. No.: 22,611

Attorney For Applicant

Law Offices of THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard Suite 201
Santa Clara, CA　95054
(408) 727-7077

FCS0000184

PATENT

8-15-88

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Klas H. Eklund                Group Art Unit: 253

Serial No.: 07/041,994                    Examiner: J. Jackson, Jr.

Filed    : April 24, 1987                 Attorneys Docket No.:
                                          SS-520-01

For      : HIGH VOLTAGE MOS TRANSISTORS


ATTENTION:  BOX A.F.

COMMISSIONER OF PATENTS
  & TRADEMARKS                            Date of this Paper:
Washington, D.C.  20231                   August 12, 1988


AMENDMENT AFTER FINAL

    In response to the U.S. Patent Office Action mailed June 17, 1988

(Paper No. 4), please amend this application as follows:

In the Claims

      Claim 19, line 12, before "layer" insert --surface adjoining--;
                line 22, before "region" insert --substrate--.
      Claim 20, line 2,  change "complimentary" to --complementary--.
      Claim 22, line 2,  change "complimentary" to --complementary--;
                line 3,  change "complimentary" to --complementary--.
      Claim 23, line 9,  delete "a";
                line 10, change "position" to --positions--;
                line 11, before "layer" insert --surface adjoining--;
                line 18, delete "a";
                line 20, before "layer" insert --surface adjoining--;
                line 30, before "region" insert --substrate--.


-1-

FCS0000185

## REMARKS

The applicant appreciates the telephone interview on August 10, 1988, courteously granted by the Examiner.

Claim 19, as amended, now provides for an extended drain region of the second conductivity type extending laterally each way from the drain contact pocket to <u>surface-adjoining positions and a surface adjoining layer of material of the first conductivity type on top of an intermediate portion of the extended drain region between the drain contact pocket and the surface-adjoining positions</u>. The layer 16 of <u>Colak</u> is not surface-adjoining but is buried under layer 18. There is no layer of material of the first conductivity type on top of layer 18. <u>Colak's</u> layer 16 extends from beneath the drain contact pocket 24 to the channel region 20, and thus, is not <u>between</u> the drain contact pocket and the surface adjoining positions of the extended drain region.

Claim 19 also provides for the top layer of material and the substrate being subject to application of a reverse-bias voltage. Thus, the top layer and the substrate act as gates for controlling current flow through the extended drain region <u>between the surface adjoining positions and the drain contact pocket</u>. This structure can be considered a double-sided, junction-gate field-effect transistor (JFET). <u>Colak</u> shows a layer 14 intermediate a layer 16 and a substrate 12 that are subject to application of a reverse-bias voltage. Though this structure of <u>Colak</u> could be considered a double-sided JFET, layer 16 is not <u>surface-adjoining</u> as defined in claim 19. <u>Colak's</u> double-sided JFET is buried under layer 18 which is connected in parallel with layer 14 by semiconductor zones 16c, 16d. Layer 16 also acts as a gate for layer 18 so that layers 16 and 18 could be considered a single-sided JFET. Thus, the extended drain of <u>Colak</u> includes the single-sided JFET connected in parallel with the double-

-2-

FCS0000186

sided JFET thereunder. Both the extended drain structure of claim 19
and Colak's drain structure have relatively high voltage capability.
However, it is desirable to control the high voltage with relatively
low voltage.

Claim 19 further provides for a substrate having a surface, an
insulating layer on the surface of the substrate covering at least that
portion between the source contact pocket and the nearest surface-
adjoining position of the extended drain region, and a gate electrode
on the insulating layer electrically isolated from the substrate region
thereunder which forms a channel laterally between the source contact
pocket and the nearest surface-adjoining position of the extended drain
region. Thus, claim 19 is limited to a MOS or MOSFET structure, while
Colak shows a D-MOS device. The MOSFET structure has a lower threshold
voltage than a D-MOS device (0.7 volts compared to two - four volts for
the D-MOS device) and thus, is directly compatible with five volt
logic. D-MOS devices usually require an additional power supply of ten
to fifteen volts for driving the gate. The MOSFET structure has less
on-resistance and thus, further reduces the total on-resistance of the
combined structure (MOSFET plus double-sided JFET).

Claim 19 is directed to the structural combination of a
double-sided JFET and a MOSFET so that a high voltage transistor can be
controlled with relatively low voltage. Thus, claim 19 is patentably
distinct over Colak.

Claims 20-22 and claims 6-7 depend directly or indirectly from
claim 19 and are thus patentably distinct from Colak for the same
reasons as claim 19. While Thomas shows that high voltage FET devices
are advantageously formed complementary and also integrated with low
voltage devices, claims 20-22 are limited to transistors having the
structure as defined in claim 19. This structure facilitates isolation
of complementary high voltage devices and low voltage, C-MOS

-3-

implemented devices on the same chip. Isolation of the epitaxial layers shown by Colak from corresponding layers of a complementary device would be difficult.

Claims 6 and 7 include further limitations on the depth of the top layer and the doping density thereof. The depth is one-half or less than that disclosed by Colak for layer 16 and the doping density is at least five times greater. Furthermore, Colak's layer 16 is not similarly situated as the top layer of claim 19, and thus, is not comparable. Thus, claims 6 and 7 are patentably distinct from Colak for the same reasons as claim 19 and for the further limitations therein.

Claim 23 is directed to the transistor 63, shown in Fig. 5, that is suitable for source follower applications. This claim contains limitations similar to claim 19 for the MOSFET structure and the double-sided JFET about the drain contact pocket. It further includes structural limitations for a double-sided JFET about the source contact pocket. While the book by Sze discloses MOSFET structures having sources and drains that are similar to each other, such sources and drains are not similar to the double-sided JFET structures disclosed by the applicant and specifically claimed structurally in claim 23. Thus, claim 23 is patentably distinguished from Sze.

Should the Examiner be of the opinion that a telephone conference with applicant's attorney would be beneficial, he is invited to contact the undersigned at the number set out below.

Respectfully submitted,

Reg. No. 22,611                    By _____
                                        Thomas E. Schatzel

LAW OFFICES OF THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, California 95054
Telephone: (408) 727-7077

-4-

FCS0000188

PATENT

CONDITIONAL PETITION FOR EXTENSION OF TIME

If any extension of time for this response is required applicant requests that this be considered a petition therefor.

Status

This application is on behalf of:

____ other than a small entity

____ verified statement attached

__x__ small entity

__x__ verified statement already filed

Payment of fees

__X__ The Commissioner is hereby authorized to charge any additional fees as set forth in 37 C.F.R. 1.16 and 1.17 which may be required or credit any overpayment to Account No. 19-0310. A duplicate of this transmittal is attached.

NOTE: Please ____ also charge issues fees under 37 C.F.R. 1.18
__X__ do not
to Account No. 19-0310.

Reg. No. __22,611__

Attorney for Applicant

Telephone: (408) 727-7077

Law Offices of Thomas E. Schatzel
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, California 95054

FCS0000189

**7**

FCS0000190



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/041,994 | 04/24/87 | EKLUND | K    SS-520-01 |

```
┌                                    ┐
  THOMAS E. SCHATZEL
  3211 SCOTT BLVD., STE. 201
  SANTA CLARA, CA 95051-3093
└                                    ┘
```

| EXAMINER |
|---|
| JACKSON JR, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 259 | 7 |

DATE MAILED: 8-25-88
08/18/88

## NOTICE OF ALLOWABILITY

**PART I.**
1. ☒ This communication is responsive to *Amend. B 3/15/88*
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are *6, 7, 19-23*
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____ filed on _____
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**
A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____ CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
- Examiner's Amendment
- Examiner Interview Summary Record, PTOL-413
- Reasons for Allowance
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449

- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

SUPERVISORY PATENT EXAMINER
GROUP ART UNIT 2

PTOL-37 (REV. 2-88)

USCOMM-DC 85-3744

X-85 (REV 4-80)



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

### NOTICE OF ALLOWANCE
### AND ISSUE FEE DUE

THOMAS E. SCHATZEL
3211 SCOTT BLVD., STE. 201
SANTA CLARA, CA 95054-3093

All communications regarding this application should give the serial number, date of filing, name of applicant, and batch number.

Please direct all communications to the Attention of "OFFICE OF PUBLICATIONS" unless advised to the contrary.

The application identified below has been examined and found allowable for issuance of Letters Patent. PROSECUTION ON THE MERITS IS CLOSED.

| SC/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/041,994 | 04/24/87 | 007 | JACKSON JR, J | 259 | 08/25/88 |

First Named Applicant: EKLUND          KLAS H.

TITLE OF INVENTION: HIGH VOLTAGE MOS TRANSISTORS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| SB-520-61 | 357-046.000 | L46 | UTILITY | YES | $280.00 | 11/25/88 |

The amount of the issue fee is specified in 37 C.F.R. 1.18. If the applicant qualified for and has filed a verified statement of small entity status in accordance with 37 C.F.R. 1.27, the issue fee is one-half the amount for non-small entities. The issue fee due printed above reflects applicant's status as of the time of mailing this notice. A verified statement of small entity status may be filed prior to or with payment of the issue fee. However, in accordance with 37 C.F.R. 1.28, failure to establish status as a small entity prior to or with payment of the issue fee precludes payment of the issue fee in the amount so established for small entities and precludes a refund of any portion thereof paid prior to establishing status as a small entity.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE as indicated above. The application shall otherwise be regarded as ABANDONED. The issue fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office. Where an authorization to charge the issue fee to a deposit account has been filed before the mailing of the notice of allowance, the issue fee is charged to the deposit account at the time of mailing of this notice in accordance with 37 C.F.R. 1.311. If the issue fee has been so charged, it is indicated above.

In order to minimize delays in the issuance of a patent based on this application, this Notice may have been mailed prior to completion of final processing. The nature and/or extent of the remaining revision or processing requirements may cause slight delays of the patent. In addition, if prosecution is to be reopened, this Notice of Allowance will be vacated and the appropriate Office action will follow in due course. If the issue fee has already been paid and prosecution is reopened, the applicant may request a refund or request that the fee be credited to a deposit account. However, applicant may request that the previously submitted issue fee be applied. If abandoned, applicant may request refund or credit to a deposit account.

In the case of each patent issuing without an assignment, the complete post office address of the inventor(s) will be printed in the patent heading and in the Official Gazette. If the inventor's address is now different from the address which appears in the application, please fill in the information in the spaces provided on PTOL-85b enclosed. If there are address changes for more than two inventors, enter the additional addresses on the reverse side of the PTOL-85b.

The appropriate spaces in the ASSIGNMENT DATA section of PTOL-85b must be completed in all cases. If it is desired to have the patent issue to an assignee, an assignment must have been previously submitted to the Patent and Trademark Office or must be submitted not later than the date of payment of the issue fee as required by 37 C.F.R. 1.334. Where there is an assignment, the assignee's name and address must be provided on the PTOL-85b to ensure its inclusion in the printed patent.

Advance orders for 10 or more printed copies of the prospective patent can be made by completing the information in Section 4 of PTOL-85b and submitting payment therewith. If use of a deposit account is being authorized for payment, PTOL-85c should also be forwarded. The order must be for at least 10 copies and must accompany the issue fee. The copies ordered will be sent only to the address specified in section 1 or 1A of PTOL-85b.

☒ Note attached communication from the Examiner.

☐ This notice is issued in view of applicant's communication filed _____

**IMPORTANT REMINDER**

Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. See 37 CFR 1.20 (e)—(g).

### PATENT AND TRADEMARK OFFICE COPY

FCS0000192

**8**

FCS0000193

Patent #8
11-10-88

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Eklund, Klas H.          Issue Batch No.: L66

Filed    : 04/24/87              Allowance Date  08/25/88

Examiner : Jackson Jr.,          Serial No.   : 07/041,994

Group Art Unit :  253

Atty Docket No.:  SS-520-01

For      : "HIGH VOLTAGE MOS TRANSISTORS"

Box Issue Fees
COMMISSIONER OF PATENTS
  AND TRADEMARKS
Washington, D. C.  20231

Date of This Paper

October 19, 1988

## FORMAL DRAWING TRANSMITTAL

Transmitted herewith are formal drawings for the above identified application as requested in the Notice of Allowance, Paper No. 7, mailed August 25, 1988.  Corrections have been made as requested by the Examiner.  Applicant respectfully requests that the formal drawings be filed.

Respectfully submitted,

By: _____
    Thomas E. Schatzel
    Reg. No. 22,614

Attorney for Applicant

LAW OFFICES OF THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, CA  95054-3093

  Telephone:  (408) 727-7077

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on __10/19/88__
                          (Date of Deposit)
Thomas E. Schatzel
_____ 10/19/88

FCS0000194

KLAS H.EKLUND
SS-520-01

| Notice of Allowance | : | 08/25/88 |
| ue Batch No. | : | L66 |
| ial No. | : | 07/041,994 |
| Filed | : | 04/24/87 |

**U.S. Patent**     Mar. 7, 1989     Sheet 1 of 2     **4,811,075**



Fig.1

Fig.2

Fig.3

KLAS H. EKLUND
SS-520-01

Notice of Allowance : 08/25/88
Issue Batch No.      1.66
Serial No.         07/041,994
Filed              04/24/87

**U.S. Patent**    Mar. 7, 1989    Sheet 2 of 2    **4,811,075**



Fig.4



Fig.5

FCS0000196



Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Eklund, Klas H.                Issue Batch No.: L66

Filed    : 04/24/87                        Allowance Date  08/25/88

Examiner : Jackson Jr., J.                 Serial No.    : 07/041,994

Group Art Unit : 253

Atty Docket No.: SS-520-01

For        : "HIGH VOLTAGE MOS TRANSISTORS"


Box Issue Fees
COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, D. C.  20231            Date of This Paper

                                    October 19, 1988

### PAYMENT OF ISSUE FEE (37 CFR 1.311)

1.  Applicant hereby pays the issue fee.

2.  Fee (37 CFR 1.18(a))

      Application status is:

        _X_ small entity-              fee $ 280.00

            _X_ Verified Statement attached

            ___ Verified Statement filed

        ___ other than small entity-     fee $ 560.00

3.  Payment of fee

        _X_ Enclosed please find check 11177 for $302.00 *

        ___ Charge Deposit Account 19-0310 the sum

            of $ _____. A duplicate of this request

            is attached.

   * Includes Advance Order and Assignment Recordal Fee

                              Respectfully submitted,

                              [signature]

                              Thomas E. Schatzel
                              Reg. No. 22,611/

Attorney for Applicant

Law Offices of THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, CA  95054-3093
Telephone:  (408) 727-7977

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks, Wash-
ington, D.C. 20231, on    10/19/88
                        (Date of Deposit)
Thomas E. Schatzel
[signature] 10/19/88

ISSUE FEE TRANSMITTAL

This form is a part of a formal transmittal and should be used for transmitting the Issue Fee. Section ... through ... must be completed ...

MAILING INSTRUCTIONS

INVENTOR'S ADDRESS CHANGE ... SC/SERIAL NO.

All further correspondence including the Issue Fee Receipt, the Patent, and advanced orders will be mailed to the address entered in section 1 or PTOL-85, unless you direct otherwise by specifying the current mailing address in 1A below. (Note: See box 2 below for correspondence concerning maintenance fee payments.)

INVENTOR'S NAME

Street Address

City, State and ZIP Code

2A. The COMMISSIONER OF PATENTS AND TRADE-MARKS is requested to apply the Issue Fee to the application identified below.

CO-INVENTOR'S NAME

Street Address

City, State and ZIP Code

(Signature) Richard ...    (Date) 10/19/88

Note: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trade-mark Office.

☐ Check if additional changes are on reverse side.

| SC/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/041/971 | 04/24/87 | 007 | JACKSON JR, J | 253 | 08/25/88 |

First Named Applicant: EKLUND, KLAS H.

TITLE OF INVENTION: HIGH VOLTAGE MOS TRANSISTORS

| ATTY'S DOCKET NO. | CLASS/SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| SB-520-01 | 357-045.000 | L66 | UTILITY | YES | $280.00 | 11/25/88 |

1A. Further correspondence to be mailed to the following:

Law Offices of THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, California 95054

2B. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1 LAW OFFICES OF

2 THOMAS E. SCHATZEL

3 A Prof. Corporation

DO NOT USE THIS SPACE

040  10/28/88  041994      1 242   280.00 CK
040  10/28/88  041994      1 501    15.00 CK

3. ASSIGNMENT DATA (print or type)

A. (1) ☐ This application is NOT assigned.
   (2) ☐ Assignment previously submitted to the Patent and Trademark Office.
   (3) ☒ Assignment submitted herewith.

B. For Printing On The Patent: (Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data below is only appropriate when an assignment has been previously submitted to the PTO or is submitted herewith. Completion of this form is NOT a substitute for filing of an assignment as required by 37 C.F.R. 1.334).

(1) NAME OF ASSIGNEE
    POWER INTEGRATIONS, INC.

(2) ADDRESS (City & State or Country)
    Mountain View    California 94043

(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION:
    California

4. The following fees are enclosed:  Ck. # 11177
☒ Issue fee    ☒ Advanced order    ☒ Assignment recording

The following fees should be charged to deposit acc. no. ___ 19-0310
(PTOL-85c or additional copy of PTOL-85b must be enclosed)
☐ Issue fee              ☐ Assignment recording
☐ Advanced order         ☒ Any additional fees due

Number of advanced order copies requested  ___ 10 (must be for 10 or more copies)

5. All correspondence relating to maintenance fees will be addressed to the correspondence address unless a separate "Fee Address" is provided to the Patent and Trademark Office (37 C.F.R. 1.363). A "Fee Address" may be submitted by the owner of record with the payment of the issue fee or thereafter by using form PTO-1537.

TRANSMIT THIS FORM WITH FEE

FCS0000198

ISSUE FEE TRANSMITTAL

U.S. Department of Commerce
Patent and Trademark Office

This form is provided for normal transmittal and should be used for transmitting the Issue Fee. Sections 1A through 4 must be completed as applicable.

MAILING INSTRUCTIONS

All further correspondence including the Issue Fee Receipt the Patent, and advanced orders will be mailed to the address entered in section 1 on PTOL-85c, unless you direct otherwise by specifying the appropriate name and address in 1A below. (Note: See box 5 below for correspondence concerning maintenance fee payments.)

INVENTORS ADDRESS CHANGE

INVENTOR'S NAME

Street Address

City, State and ZIP Code

CO-INVENTOR'S NAME

Street Address

City, State and ZIP Code

☐ Check if additional changes are on reverse side.

2A. The COMMISSIONER OF PATENTS AND TRADE-MARKS is requested to apply the Issue Fee to the application identified below.

(Signature of party authorized to sign)

Date 10/19/88

Note: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

| | SC/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|---|
| | 07/041,971 | 04/24/87 | 007 | JACKSON JR. J | 253 | 08/25/88 |
| First Named Applicant | EKLUND, | | KLAS H. | | | |

TITLE OF INVENTION: HIGH VOLTAGE MOS TRANSISTORS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| SB-520-01 | 357-046.009 | L66 | UTILITY | YES | $290.00 | 11/25/88 |

1A. Further correspondence to be mailed to the following:

Law Offices of THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, California 95054

2B. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1 LAW OFFICES OF
2 THOMAS E. SCHATZEL
3 A Prof. Corporation

DO NOT USE THIS SPACE

3. ASSIGNMENT DATA (print or type)

A. ☐ This application is NOT assigned.
   ☐ Assignment previously submitted to the Patent and Trademark Office.
   ☒ Assignment submitted herewith.

B. For Printing On The Patent: (Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data below is only appropriate when an assignment has been previously submitted to the PTO or is submitted herewith. Completion of this form is NOT a substitute for filing of an assignment as required by 37 C.F.R. 1.334).

(1) NAME OF ASSIGNEE:
   POWER INTEGRATIONS, INC.

(2) ADDRESS: (City & State or Country)
   Mountain View California 94043

(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION:
   California

4. The following fees are enclosed: Ck. # 11177
   ☒ Issue fee  ☐ Advanced order  ☒ Assignment recording

The following fees should be charged to deposit acc. no. 19-0310

(PTOL-85c or additional copy of PTOL-85b must be enclosed)

☐ Issue fee                      ☐ Assignment recording
☐ Advanced order                 ☐ Any additional fees due

Number of advanced order copies requested: 10
(must be for 10 or more copies)

5. All correspondence relating to maintenance fees will be addressed to the correspondence address unless a separate "Fee Address" is provided to the Patent and Trademark Office. A "Fee Address" may be submitted by the owner of record with the payment of the Issue fee or thereafter by using form PTO-1537.

TRANSMIT THIS FORM WITH FEE

FCS0000199

9

FCS0000200

pplicant or Patentee:    Klas H. Eklund                                    Attorney's
rial or Patent No.:    07/041,994                                          Docket No. SS-520-01
led or Issued:    04/24/87
     :                   "HIGH VOLTAGE MOS TRANSISTORS"

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS    #9
(37 CFR 1.9 (f) and 1.27(c)) - SMALL BUSINESS CONCERN

I hereby declare that I am

[ ]    the owner of the small business concern identified below:
[X]    an official of the small business concern empowered to act on behalf of the concern
       identified below:

NAME OF CONCERN        POWER INTEGRATIONS, INC.
ADDRESS OF CONCERN     411 Clyde Avenue
                       Mountain View, CA  94043

I hereby declare that the above identified small business concern qualifies as a small
business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes
of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, in that
the number of employees of the concern, including those of its affiliates, does not exceed
500 persons. For purposes of this statement, (1) the number of employees of the business
concern is the average over the previous fiscal year of the concern of the persons employed
on a full-time, part-time or temporary basis during each of the pay periods of the fiscal
year, and (2) concerns are affiliates of each other when either, directly or indirectly, one
concern controls or has the power to control the other, or a third party or parties controls
or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the
small business concern identified above with regard to the invention, entitled "HIGH
  VOLTAGE MOS TRANSISTORS"                                              by inventor(s)
     Klas H. Eklund
described in

[ ]    the specification filed herewith
[X]    application serial no.  07/041,994         , filed  April 24, 1987
[ ]    patent no.                        , issued

If the rights held by the above identified small business concern are not exclusive, each
individual, concern or organization having rights to the invention is listed below* and no
rights to the invention are held by any person, other than the inventor, who could not
qualify as a small business concern under 37 CFR 1.9(d) or by any concern which would not
qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37
CFR 1.9(e).  *NOTE:  Separate verified statements are required from each named person,
concern or organization having rights to the invention averring to their status as small
entities. (37 CFR 1.27)

NAME        N/A
ADDRESS
      [ ] INDIVIDUAL        [ ] SMALL BUSINESS CONCERN        [ ] NONPROFIT ORGANIZATION
NAME        N/A
ADDRESS
      [ ] INDIVIDUAL        [ ] SMALL BUSINESS CONCERN        [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in
status resulting in loss of entitlement to small entity status prior to paying, or at the
time of paying, the earliest of the issue fee or any maintenance fee due after the date on
which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all
statements made on information and belief are believed to be true; and further that these
statements were made with the knowledge that willful false statements and the like so made
are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United
States Code, and that such willful false statements may jeopardize the validity of the
application, any patent issuing thereon, or any patent to which this verified statement is
directed.

NAME OF PERSON SIGNING        Klas H. Eklund
TITLE OF PERSON OTHER THAN OWNER    Vice President, Engineering
ADDRESS OF PERSON SIGNING    Power Integrations, Inc., 411 Clyde Avenue,
                             Mountain View, California  94043
SIGNATURE                                                DATE

**10**

FCS0000202

Atty. Docket No.: SS-510-01

[MAIL ROOM OCT 24 1988 stamp]

**POWER OF ATTORNEY BY ASSIGNEE**

The undersigned, as Assignee of the entire right, title, and interest in and to the subject matter which is described and claimed and for which a patent is sought on the invention entitled:

**HIGH VOLTAGE MOS TRANSISTORS**

the specification of which

[ ] is attached hereto;

[X] was filed on _____ April 24, 1987 _____ as Application Serial No. 07/041,994 and was amended on 04/11/88; 08/15/88 ; (if applicable)

Assignment recorded on _____ at Reel/Frame _____ (if applicable)

hereby elects to control the prosecution of this application and hereby appoints the following attorneys(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office in connection therewith:

Thomas E. Schatzel    Reg. No. 22,611

Address all correspondence to:

LAW OFFICES OF THOMAS E. SCHATZEL
A Professional Corporation
3211 Scott Boulevard, Suite 201
Santa Clara, California  95054-3093

Address all telephone calls to Thomas E. Schatzel at telephone No. (408) 727-7077.

Assignee hereby petitions and requests that this file be closed to the inventor(s), or representative(s) thereof.

Dated: 11/18/88

POWER INTEGRATIONS, INC.

by _____
Klaus H. Eklund

Title: Vice President, Engineering

POWER INTEGRATIONS, INC.
411 Clyde Avenue
Mountain View, California  94043

FCS0000203

**11**

FCS0000204



**U.S. DEPARTMENT OF COMMERCE**
Patent and Trademark Office

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Paper No. *11*

253    4/24/87    04,994

Kex H. Eklund

*Hy Voltage MOS Transistors*

1 - JAN 1999

This is in response to the communication re the Power of Attorney filed _____ 10/24/88

1. ☐ The power of attorney to you in this application has been revoked by the applicant.

2. ☐ In view of the notice in this application of the death of _____
his power of attorney is terminated.

3. ☒ The power of attorney to you in this application has been accepted by the Commissioner of Patents & Trademarks.

_____
For Director, Operation

4. ☐ The assignee in this application has intervened and appointed an attorney of his own selection. Further correspondence will be held with said attorney. (Rule 36, Rules of Practice.)

5. ☐ The revocation of the power of attorney to _____ has been entered and said attorney has been notified. Further correspondence will be addressed to you.

6. ☐ On _____, the applicant appointed _____ as additional attorney in this application. Further correspondence will continue to be addressed to you as specified in the new power of attorney.

7. ☐ On _____, the applicant appointed _____ as additional attorney in this application. Further correspondence will be addressed to said attorney. MPEP 403.02

8. ☐ The associate power of attorney to you in this application has been revoked by the attorney of record.

*Thomas E. Schatzel*

Law Office of Thomas E. Schatzel
A Professional Corp.
20# Scott Blvd, Ste. 281
Santa Clara, CA 95054-3093

*L. Ellitt*
For Director, Operation

RETAIN THIS COPY IN THE APPLICATION FILE

FORM PTOL-305 (REV.8/76)                                                    Copy A

FCS0000205

Attorney Docket No.: SS-520-01 *PCO*

PATENT & TRADEMARK
OFFICE                    PATENT

PATENT MAINTENANCE
DIVISION

*(MAIL ROOM stamp: MAY 1993, U.S. PAT. & TRADEMARK)*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No.: 4,811,075

Granted:  03/07/89

Inventor(s):  Klas H. Eklund

Box: Patent Address Change
Commissioner of Patents and Trademarks
Washington, D.C. 20231

*041994*

ENTERED BY PMD 12

## CHANGE OF CORRESPONDENCE ADDRESS IN PATENT

Please

1. Change the address of the attorney(s) of record to:

              Thomas E. Schatzel, Esq.
              LAW OFFICES OF
              THOMAS E. SCHATZEL
              A PROFESSIONAL CORPORATION
              16400 LARK AVENUE, SUITE 300
              LOS GATOS, CA  95032

2. Change the correspondence address of the patent owner to:

_____

_____

_____

It is certified that the person whose signature appears below has the authority to change
the correspondence address for the patent.

Date:  05/03/93

        (Signature)    THOMAS E. SCHATZEL

LAW OFFICES OF
THOMAS E. SCHATZEL
A PROFESSIONAL CORPORATION
16400 LARK AVENUE, SUITE 300
LOS GATOS, CA  95032

Tel. No.:  (408) 358-7733

Reg. No.:  22,611

(if applicable)

☐ Inventor(s)
☐ Assignee of complete interest
☒ Attorney or agent of record

               · hereby certify that this correspondence is being
               deposited with the United States Postal Service as
               first class mail in an envelope addressed to:
               Commissioner of Patents and Trademarks, Wash-
               ington, D.C. 20231, on  05/03/93
                          (Date of Deposit)
               Thomas E. Schatzel

THOMAS E. SCHATZEL
16400 LARK AVENUE, STE. 300
LOS GATOS, CA 95032

(Change of Correspondence Address in Patent [12-6])

FCS0000206