IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, <br><br> Defendants. | C.A. No. 04-1371-JJF |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Desa L. Burton, to represent plaintiff Power Integrations, Inc. in this matter. I further certify that the annual fee of $25 has been paid to the Clerk of the Court.

Dated: March 23, 2006          FISH & RICHARDSON P.C.

By:    */s/ Sean P. Hayes*
       William J. Marsden, Jr. (#2247)
       (marsden@fr.com)
       Sean P. Hayes (#4413)
       (hayes@fr.com)
       919 N. Market Street, Suite 1100
       P.O. Box 1114
       Wilmington, DE  19899-1114
       Telephone: (302) 652-5070
       Facsimile:  (302) 652-0607

       Attorneys for Plaintiff
       POWER INTEGRATIONS, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Desa L. Burton is granted.

Dated: _____, 2006        _____

                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: _March 20_, 2006          Signed: _____

Desa L. Burton
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: (858) 678-5070
Fax: (858) 678-5099

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2006, I electronically filed a Motion and Order for Admission Pro Hac Vice with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esq.
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

Attorneys for Defendants-Counterclaimants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION

I hereby certify that on March 23, 2006, I have mailed by the United States Postal Service, the document(s) to the following non-registered participants:

G. Hopkins Guy III
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7452

Attorneys for Defendants-Counterclaimants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION

_/s/ Sean P. Hayes_____
Sean P. Hayes (Hayes@fr.com)

10608200.doc