| Send Correspondence to: LYON & LYON LLP | Direct Telephone |
|---|---|
| 47th Floor, 633 W. Fifth St. Los Angeles, CA 90071 | Calls to: Dmitry E. Milikovsky (408) 993-1555 |

| | | FULL NAME OF INVENTOR | FIRST Name | Balu | | Middle Initial(s) | | LAST Name | Balakirshnan |
|---|---|---|---|---|---|---|---|---|---|
| 201 | | RESIDENCE & CITIZENSHIP | City | Saratoga | | State or Foreign Country | California | County of Citizenship | United States of America |
| | | POST OFFICE ADDRESS | Post Office Address | 13917 Albar Court | | City | Saratoga | State or Country | California | Zip Code | 95070 |

| | | FULL NAME OF INVENTOR | FIRST Name | Alex | | Middle Initial(s) | | LAST Name | Djenguerian |
|---|---|---|---|---|---|---|---|---|---|
| 202 | | RESIDENCE & CITIZENSHIP | City | Saratoga | | State or Foreign Country | California | County of Citizenship | United States of America |
| | | POST OFFICE ADDRESS | Post Office Address | 20602 Sevilla Lane | | City | Saratoga | State or Country | California | Zip Code | 95070 |

| | | FULL NAME OF INVENTOR | FIRST Name | Leif | | Middle Initial(s) | | LAST Name | Lund |
|---|---|---|---|---|---|---|---|---|---|
| 203 | | RESIDENCE & CITIZENSHIP | City | San Jose | | State or Foreign Country | California | County of Citizenship | Sweden |
| | | POST OFFICE ADDRESS | Post Office Address | 1074 Queensbrook Drive | | City | San Jose | State or Country | California | Zip Code | 95129 |

| | | FULL NAME OF INVENTOR | FIRST Name | | | Middle Initial(s) | | LAST Name | |
|---|---|---|---|---|---|---|---|---|---|
| 204 | | RESIDENCE & CITIZENSHIP | City | | | State or Foreign Country | | County of Citizenship | |
| | | POST OFFICE ADDRESS | Post Office Address | | | City | | State or Country | | Zip Code | |

I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| Signature of Inventor 201 | Balu Balakun | |
|---|---|---|
| Date | 5-14-98 | |

| Signature of Inventor 202 | Alex Djenguerian | |
|---|---|---|
| Date | 5/14/98 | |

| Signature of Inventor 203 | Leif Lund | |
|---|---|---|
| Date | 05-14-98 | |

(Signatures should conform to names as presented at 201 et seq. above.)

DPOA.Uti

Update 4/97

FCS0000392

## POWER OF ATTORNEY

LYON & LYON LLP
DOCKET INFORMATION

233/248

<u>Power Integrations, Inc.</u>, assignee(s) of the application for United States Letters Patent for a "OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER"

by _____ Balu Balakrishnan, Alex Djenguerian and Lief Lund _____
                                    (Inventors)

☒  executed on even date herewith, or
    having Serial No. _____ filed _____

a copy of the assignment of which is attached hereto, do(es) hereby appoint as attorneys of record with full power of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith: Roland N. Smoot, Reg. No. 18,718; Conrad R. Solum, Jr., Reg. No. 20,467; James W. Gerlak, Reg. No. 20,233; Robert M. Taylor, Jr., Reg. No. 19,840; Samuel B. Stone, Reg. No. 19,297; Douglas E. Olson, Reg. No. 22,798; Robert E. Lyon, Reg. No. 24,171; Robert C. Weiss, Reg. No. 24,939; Richard E. Lyon, Jr., Reg. No. 26,300; John D. McConaghy, Reg. No. 26,773; William C. Steffin, Reg. No. 26,611; Cree A. Bloomberg, Reg. No. 26,605; J. Donald McCarthy, Reg. No. 25,119; John M. Benassi, Reg. No. 27,483; James H. Shalek, Reg. No. 29,749; Allan W. Jansen, Reg. No. 29,395; Robert W. Dickerson, Reg. No. 29,914; Roy L. Anderson, Reg. No. 30,240; David B. Murphy, Reg. No. 31,125; James C. Brooks, Reg. No. 29,898; Jeffrey M. Olson, Reg. No. 30,750; Steven D. Hemminger, Reg. No. 30,755; Jerrold B. Reilly, Reg. No. 32,293; Paul H. Meier, Reg. No. 32,274; John A. Raller, Jr., Reg. No. 31,653; Kenneth H. Ohriner, Reg. No. 31,646; Mary S. Consalvi, Reg. No. 32,212; Lois M. Kwasigroch, Reg. No. 35,579; Lawrence R. LaPorte, Reg. No. 38,948; Robert C. Laurenson, Reg. No. 34,206; Carol A. Schneider, Reg. No. 34,923; Hope E. Melville, Reg. No. 34,674; Michael J. Wise, Reg. No. 34,047; Richard J. Warburg, Reg. No. 32,327; David T. Burse, Reg. No. 37,104; Jeffrey A. Miller, Reg. No. 35,287; Bernard F. Rose, Reg. No. P-42,112; Michael J. Bolan, Reg. No. P-42,339; Lynn Y. McKernan, Reg. No. P-41,986; and Dmitry R. Milikovsky, Reg. No. P-41,999.

| Send Correspondence to: | LYON & LYON LLP<br>First Interstate World Center<br>47th Floor, 633 W. Fifth St.<br>Los Angeles, CA 90071-2066 | Direct Telephone Calls to:<br><u>Dmitry R. Milikovsky, Esq.</u><br>(408) 993-1555 |
|---|---|---|

I, the undersigned, declare that I am the (an) assignee of the above-identified application or, if the assignee is a corporation, partnership or other association, I am authorized to make this appointment on behalf of the assignee and I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| Full Name of Assignee | Power Integrations, Inc. | | |
|---|---|---|---|
| Post Office Address | 477 North Mathilda Avenue, Sunnyvale, California 94086 | | |
| Signature of Declarant or Assignee | *Balu Balakrishnan* | Date: | May 14, 1998 |

| Full Name of Declarant if Other Than Assignee | Balu Balakrishnan |
|---|---|
| Title of Declarant | Vice-President, Marketing and Engineering |
| Address of Declarant | 13917 Albar Court, Saratoga, California 95070 |

POA-E.cm

Update 4/97

FCS0000393

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



FIG. 1

Express Mail No. EM563810388US
Docket No: 233/248
May 18, 1998

33

FCS0000394

PRINT OF DRAWINGS
ORIGINALLY FILED

233/248
PATENT

# FIG. 2



Express Mail No. EM563810588US
Docket No: 233/248
May 18, 1998

34

FCS0000395

NT OF DRAWINGS
S ORIGINALLY FILED

233/248
PATENT



FIG. 3

Express Mail No. EM563080388US
Docket No: 233/248
May 18, 1998

35



PWM Oscillator

Low Frequency Oscillator

Gate

Power-up Reset

FIG. 4

Express Mail No. EM563810388US
Docket No. 233/248
May 18, 1998

233/248
PATENT

36

FCS0000397

RINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



Low Frequency Oscillator

PWM Oscillator Current Source

PWM Oscillator Clock

$f_{max}$  $f_{min}$  $\Delta f = f_{max} - f_{min}$

FIG. 5

Express Mail No. EM563810340US
Docket No: 233/248
May 18, 1998

37

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



FIG. 6

FCS0000399

233/248
PATENT



FIG. 7

Power-up Reset 340

Low Frequency Oscillator 400

2.5 ms 2.5 ms

10 ms

Express Mail No. EM563810383US
Docket No: 233/248
May 18, 1998

39

PRINT OF DRAWINGS
AS ORIGINALLY FILED

PRINT OF DRAWINGS
AS ORIGINALLY FILED



233/248
PATENT





FIG. 8

Express Mail No. EM563810388US
Docket No: 233/248
May 18, 1998

40

FCS0000401

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



FIG. 9

41

Express Mail No. EM563610388US
Docket No. 233/248
May 18, 1998

**2**

FCS0000403



*A
6678*

Attorney Docket No. 233/248

To: Assistant Commissioner for Patents and Trademarks
Washington, D. C. 20231

## NEW APPLICATION TRANSMITTAL

Sir:

Transmitted herewith for filing is the utility patent application of:

Inventor(s):   Balu Balakirshnan; Alex Djenguerian; Leif Lund

For:   OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

1.  **Type of Application**

This new application is for a(n):

   X   Original
   ___ Design
   ___ Divisional
   ___ Continuation
   ___ Continuation-In-Part (CIP)

2.  **Papers Enclosed**

   X   _22_ page(s) specification; _10_ page(s) claims; _1_ page(s) abstract

   X   _9_ sheets of drawing ( X informal ___ formal)

   X   Declaration and Power of Attorney ( X combined ___separate)

   X   Power of Attorney

   ___ Verified Statement establishing "Small Entity" under 37 CFR §§ 1.9 and 1.27
         Already filed.
         X   Other than a Small Entity.

   X   Assignment Recordation Cover Sheet

   X   Assignment of the invention to: Power Integrations, Inc.

3.   **Fee Calculation**

The filing fee has been calculated as shown below:

Page -1- of -2-

Attorney Docket No. 233/248

*************************************************************************

| | | | |
|---|---|---|---|
| -Statutory Basic Filing Fee | ($790.00) | | $ 790.00 |
| -Total Claims | _37_ - 20 = _17_ x $22 | | $ 374.00 |
| -Independent Claims | _4_ - 3 = _1_ x $80 | | $ 80.00 |
| -Multiple Dependent Claim(s) | ($260) | | $ |
| -Surcharge 37 CFR 1.16(e) | ($130) | | $ |
| TOTAL OF ABOVE CALCULATIONS ...................... | | | $ 1,244.00 |
| -Reduction ½ for filing by Small Entity | | | $ 000.00 |
| -Assignment ($40) | | | $ 40.00 |
| TOTAL FEES ................................. | | | $ 1,284.00 |

*************************************************************************

4. **Method of Payment of Fees**

   _X_  Check # 44209 in the amount of $ 1,284.00 to cover the above fees are enclosed.

   _X_  The Commissioner is hereby authorized to charge any deficiency of fees associated with this communication or credit any overpayment to Deposit Account 12-2475.

5. **Authorization to Charge Additional Fees**

   _X_  The Commissioner is hereby authorized to charge the following additional fees by this paper and during the entire pendency of this application to Account No. 12-2475.

      _X_  37 CFR 1.16(a) or (g) - (Filing Fees)

      _X_  37 CFR 1.16(b), (c) and (d) - (Presentation of Extra Claims)

      ___  37 CFR 1.16(e) - (Surcharge for filing the basic filing fee and/or Declaration on a date later that the filing date of the application)

      _X_  37 CFR 1.17 (Any Application Processing Fees)

Date: May 18, 1998

Dmitry R. Milikovsky
Reg. No. P-41,999

LYON & LYON LLP
633 West Fifth Street
Suite 4700
Los Angeles, CA  90071-2066
(408) 993-1555

Page -2- of -2-

FCS0000405

3

FCS0000406



GAU 2816

233/248
PATENT #3

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | Group Art Unit:    2816 |
| **Balu Balakirshnan** | Examiner:    Not yet assigned |
| Serial No. 09/080,774 | |
| Filed:    May 18, 1998 | RECEIVED |
| For:    **OFF-LINE CONVERTER WITH** | JUL 2 8 1998 |
| **INTEGRATED SOFTSTART AND** | GROUP 2500 |
| **FREQUENCY JITTER** | |

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C.   20231

Dear Sir:

In accordance with 37 C.F.R. § 1.56 and 1.97, Applicant hereby discloses to the Patent Office patents, publications or other information of which Applicant is aware.  A copy of the patents and other materials along with a Form 1449 are submitted herewith.

The items identified in this Information Disclosure Statement may or may not be "material" as defined in 37 C.F.R. § 1.56 and the submission thereof by Applicant is not to be construed as an admission that such items referred to are material or considered to be material (37 C.F.R. § 1.97(h)), or even qualify as "prior art" under 35 U.S.C. § 102 with respect to this invention unless specifically designated by Applicant as such.  Identification of any reference or patent having an issue date or a publication date after the statutory bar date is not

FCS0000407

233/248
PATENT

an admission, nor is it to be construed as an admission, that it was invented prior to the

invention disclosed herein.

The filing of this Information Disclosure Statement is not to be construed to mean that a

search has been made or that no other material information, as defined in 37 C.F.R. § 1.56,

exists.

RECEIVED

JUL 2 8 1998

GROUP 2500

No Fee Required

This information disclosure statement is being filed before the mailing of the first

Office Action on the merits for this application, thus no fees or certification is required at this

time. Please charge any required fee or credit any overpayment to our deposit account number

12-2475 for the processing of this information disclosure statement. An additional copy of this

information disclosure statement is enclosed.

Respectfully submitted,
LYON & LYON LLP

Dated: July 8, 1998          By _____
                                 Dmitry R. Milikovsky
                                 Reg. No. P- 41,999

633 West Fifth Street, 47th Floor
Los Angeles, CA  90017-2066
Phone: (408) 993-1555
Fax:   (408) 287-2664

- 2 -

FCS0000408



RECEIVED

JUL 2 0 1996

GROUP 2500          233/248
                    Patent

CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)

X    I hereby certify that this paper (along with any paper referred to as being attached or
enclosed) is being deposited with the United States Postal Service on the date shown
below with sufficient postage as first class mail in an envelope addressed to the:
Assistant Commissioner for Patents, Washington, D.C. 20231.

Dated: July 14, 1996

/Sheila Henriquez

FCS0000409

| FORM PTO-1449 | | | ATTY. DOCKET NO.<br>233/248 | | SERIAL NO.<br>09/080,774 | |
|---|---|---|---|---|---|---|
| LIST OF PATENTS AND OTHER ITEMS FOR APPLICANT'S<br>INFORMATION DISCLOSURE STATEMENT | | | APPLICANT:<br>Power Integrations, Inc. | | | |
| (Use several sheets if necessary) | | | FILING DATE:<br>May 18, 1998 | | GROUP:<br>2816 | |

| | | U.S. PATENT DOCUMENTS | | | | |
|---|---|---|---|---|---|---|
| EXAMINER<br>INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB<br>CLASS | FILING<br>DATE |
| JZ | AA | 3,491,252 | 1/20/70 | Petrohilos | 307 | 229 | 11/16/64 |
| JZ | AB | 3,555,399 | 1/12/71 | Buchanan et al | 321 | 43 | 11/16/67 |
| JZ | AC | 3,840,797 | 10/8/74 | Aggen et al | 321 | 2 | 12/28/70 |
| JZ | AD | 3,916,224 | 10/28/75 | Daniels et al | 307 | 265 | 8/2/73 |
| JZ | AE | 4,072,965 | 2/7/78 | Kondo | 354 | 51 | 3/15/76 |
| JZ | AF | 4,143,282 | 3/6/79 | Berard, Jr. et al | 307 | 43 | 12/3/76 |
| JZ | AG | 4,228,493 | 10/14/80 | de Sartre et al | 363 | 56 | 12/21/78 |
| JZ | AH | 4,236,198 | 11/25/80 | Ohsawa et al | 363 | 49 | 12/11/78 |
| JZ | AI | 4,495,554 | 1/22/85 | Simi et al | 363 | 21 | 3/28/83 |
| JZ | AJ | 4,559,590 | 12/17/85 | Davidson | 363 | 21 | 3/24/83 |
| JZ | AK | 4,622,627 | 11/11/86 | Rodriguez et al | 363 | 37 | 2/16/84 |
| JZ | AL | 4,695,936 | 9/22/87 | Whittle | 363 | 21 | 2/7/86 |
| JZ | AM | 4,706,176 | 11/10/87 | Kettschau | 363 | 21 | 7/7/86 |
| JZ | AN | 4,706,177 | 11/10/87 | Josephson | 363 | 24 | 11/14/85 |
| JZ | AO | 4,720,641 | 1/19/88 | Faini | 307 | 18 | 1/19/88 |
| JZ | AP | 4,725,769 | 2/16/88 | Cini et al | 323 | 283 | 4/9/87 |
| JZ | AQ | 4,734,839 | 3/29/88 | Barthold | 363 | 16 | 3/23/87 |
| JZ | AR | 4,739,462 | 4/19/88 | Farnsworth et al | 363 | 21 | 12/26/84 |
| JZ | AS | 4,806,844 | 2/21/89 | Claydon et al | 323 | 311 | 6/17/88 |
| JZ | AT | 4,809,148 | 2/28/89 | Barn | 363 | 20 | 10/21/87 |
| JZ | AU | 4,811,184 | 3/7/89 | Koninsky et al | 363 | 17 | 5/10/88 |
| JZ | AV | 4,814,674 | 3/12/89 | Hrassky | 318 | 254 | 3/25/87 |
| JZ | AW | 4,858,094 | 8/15/89 | Barlage | 363 | 21 | 10/18/88 |
| JZ | AX | 4,862,339 | 8/29/89 | Inou et al | 363 | 21 | 3/31/88 |

Information Disclosure Statement – Section 9 PTO-1449                    Page 1 of 4

FCS0000410

| FORM PTO-1449 | | | | | ATTY. DOCKET NO. 233/248 | | SERIAL NO. 09/080,774 |
|---|---|---|---|---|---|---|---|
| LIST OF PATENTS AND OTHER ITEMS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | | | | APPLICANT: Power Integrations, Inc. | | |
| | | | | | FILING DATE: May 18, 1998 | | GROUP: 2816 |

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| JZ | AY | 4,866,590 | 9/12/89 | Odaka et al | 363 | 49 | 7/28/88 |
| JZ | AZ | 4,870,555 | 9/26/89 | White | 363 | 21 | 10/14/88 |
| JZ | BA | 4,887,199 | 12/12/89 | Whittle | 363 | 49 | 9/22/87 |
| JZ | BB | 4,888,497 | 12/19/89 | Dallabora et al | 307 | 272.3 | 4/28/88 |
| JZ | BC | 4,890,210 | 12/26/89 | Myers | 363 | 21 | 11/15/88 |
| JZ | BD | 4,928,220 | 5/22/90 | White | 363 | 56 | 10/14/88 |
| JZ | BE | 4,937,728 | 6/26/90 | Leonardi | 363 | 97 | 10/19/89 |
| JZ | BF | 4,943,903 | 7/24/90 | Cardwell, Jr. | 363 | 97 | 7/24/90 |
| JZ | BG | 5,012,401 | 4/30/91 | Barlage | 363 | 97 | 3/19/90 |
| JZ | BH | 5,014,178 | 5/7/91 | Balakrishnan | 363 | 49 | 5/14/90 |
| JZ | BI | 5,034,871 | 7/23/91 | Okamoto et al | 363 | 15 | 3/26/90 |
| JZ | BJ | 5,041,956 | 8/20/91 | Marinus | 363 | 21 | 2/12/90 |
| JZ | BK | 5,072,353 | 12/10/91 | Feldkeller | 363 | 20 | 10/1/90 |
| JZ | BL | 5,086,364 | 2/4/92 | Leipold et al | 361 | 18 | 2/19/91 |
| JZ | BM | 5,146,394 | 9/8/92 | Ishii et al | 363 | 16 | 6/22/90 |
| JZ | BN | 5,161,098 | 11/3/92 | Balakrishnan | 363 | 144 | 9/9/91 |
| JZ | BO | 5,177,408 | 1/93 7/19/91 | Marques | 315 | 291 | 1/5/93 |
| JZ | BP | 5,200,886 | 4/6/93 | Schwartz et al | 363 | 49 | 3/10/92 |
| JZ | BQ | 5,297,014 | 3/22/94 | Saito et al | 363 | 21 | 1/3/92 |
| JZ | BR | 5,313,381 | 5/17/94 | Balakrishnan | 363 | 147 | 9/1/92 |
| JZ | BS | 5,394,017 | 2/95 12/2/92 | Catano et al | 307 | 66 | 2/28/95 |
| JZ | BT | 5,452,195 | 9/19/95 | Lehr et al | 363 | 21 | 10/8/93 |
| JZ | BU | 5,461,303 | 10/24/95 | Leman et al | 323 | 222 | 1/31/94 |
| JZ | BV | 5,481,178 | 1/96 3/23/95 | Wilcox et al | 323 | 287 | 1/2/96 |
| JZ | BW | 5,508,602 | 4/16/96 | Borgato et al | 323 | 222 | 9/28/93 |

FCS0000411

| FORM PTO-1449 | | | | ATTY. DOCKET NO.<br>233/24b | | SERIAL NO.<br>09/080,774 | |
|---|---|---|---|---|---|---|---|
| LIST OF PATENTS AND OTHER ITEMS FOR APPLICANT'S<br>INFORMATION DISCLOSURE STATEMENT<br>(Use several sheets if necessary) | | | | APPLICANT:<br>Power Integrations, Inc. | | | |
| | | | | FILING DATE:<br>May 18, 1998 | | GROUP:<br>2816 | |

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| JZ | BX | 5,528,131 | 6/18/96 | Marty et al | 323 | 901 | 9/21/93 |
| JZ | BY | 5,552,746 | 9/3/96 | Danstrom | 327 | 427 | 4/7/95 |
| JZ | BZ | 5,563,534 | 10/8/96 | Rossi et al | 327 | 77 | 5/9/94 |
| JZ | CA | 5,568,084 | 10/22/96 | McClure et al | 327 | 538 | 2/6/94 |
| JZ | CB | 5,570,057 | 10/29/96 | Palara | 327 | 365 | 4/12/95 |
| JZ | CC | 5,572,156 | 11/5/96 | Diazzi et al | 327 | 109 | 9/18/95 |
| JZ | CD | 5,619,403 | 4/8/97 | Ishikawa et al | 363 | 21 | 7/20/93 |
| JZ | CE | 5,617,016 | 4/1/97 | Borghi et al | 323 | 284 | 10/20/94 |
| JZ | CF | 5,621,629 | 4/15/97 | Hemminger et al | 363 | 56 | 6/7/95 |
| JZ | CG | 5,640,317 | 6/15/97 | Lei | 363 | 49 | 6/17/97 |

| FOREIGN PATENT DOCUMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB CLASS | TRANSLATION YES | NO |
| JZ | CH | WO 83/01157 | 31.03.83 | EPO | H02M 3 | 335 | | X |
| JZ | CI | 0 651 440 AI | 03.05.95 | EPO | H01L 23 | 433 | | X |
| JZ | CJ | EP 0 694 966 AI | 31.01.96 | EPO | H01L 23 | 495 | | X |
| JZ | CK | EP 0 736 957 AI | 09.10.96 | EPO | H02M1 | 12 | | X |
| JZ | CL | EP 0 740 491 AI | 30.10.96 | EPO | H05B 41 | 00 | | X |
| JZ | CM | EP 0 751 621 AI | 02.01.97 | EPO | H03K 17 | 16 | | X |
| JZ | CN | EP 0 748 034 AI | 11.12.96 | EPO | H02M 3 | 00 | | X |
| JZ | CO | EP 0 748 035 AI | 11.12.96 | EPO | H02M 3 | 155 | | X |

| OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) | | |
|---|---|---|
| JZ | CP | H.S. Hoffman, Jr., "Self-Generated Bias Supply", IBM Technical Disclosure Bulletin, Vol. 20, No. 5, October 1997, pp. 1814-5. |
| JZ | CQ | H.S. Hoffman, Jr. et al, "Proportional Drive Supply with Diversion Control", IBM Technical Disclosure Bulletin, Vol. 21, No. 12, May 1979, pp. 4904-5 |
| JZ | CR | A. Halperin, Primary Regulated Dual Power Supply", IBM Technical Disclosure Bulletin, Vol. 21, No. 10, March 1979, pp. 4299-300. |

Information Disclosure Statement – Section 9 PTO-1449                    Page 3 of 4

FCS0000412

| FORM PTO-1449 | | ATTY. DOCKET NO. 233/24. | SERIAL NO. 09/080,774 |
|---|---|---|---|
| LIST OF PATENTS AND OTHER ITEMS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | APPLICANT: Power Integrations, Inc. | |
| (Use several sheets if necessary) | | FILING DATE: May 18, 1998 | GROUP: 2816 |

| | | |
|---|---|---|
| JZ | CS | "5-W dc-dc convertors aim at telecomm applications", Electronic Design Vol 31, No. 15, July 21, 1983, pp 227. |
| JZ | CT | "Combined Switch-Mode Power Amplifier and Supply", IBM Technical Disclosure Bulletin, Vol. 28, No. 3, August 1985, pp. 1193-1195. |
| JZ | CU | R. Bruckner, et al, "Optimizing Converter Design and Performance Utilizing Micro Controller System Feedback Control", Proceedings of Powercon 8, E-2, 1981, pp 1-10. |
| JZ | CV | B. Pelly et al, OPower MOSFETs take the load off switching supply design", Electronic Design, February 1983, pp 135-139. |
| JZ | CW | D. Azzis et al, "Flyback on Card Power Supply', IBM Technical Disclosure Bulletin, Vol. 23, No. 4, September 1980, pp.1477-78. |
| JZ | CX | A.J. Bowen et al, "Power Supply with Optical Isolator', IBM Technical Disclosure Bulletin Vol. 14, No. 11, April 1972, pp. 3320 |
| JZ | CY | "Off-Line Power Supply Control Technique Using a Single Transformer to Feed Back Three Control Signals", IBM Technical Disclosure Bulletin, Vol. 32, No. 8A, January 1990, pp. 272-3. |

| EXAMINER: Examiner | Jeffrey Zweizig | DATE CONSIDERED: | 8/16/99 |
|---|---|---|---|

EXAMINER: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include a copy of this form with next communication to applicant



FCS0000413

4

FCS0000414

Attorney's Docket No.: 003692.P036

*OIPE*
*MAY 2 6 1999*
*PATENT & TRADEMARK OFFICE*

*GP 2816*

Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:

**BALAKRISHNAN, ET AL.**

Application Number: 09/080,774

Filed:    May 18, 1998

For: OFF-LINE CONVERTER WITH
INTEGRATED SOFTSTART AND
FREQUENCY JITTER

)
)
)
)
)
)
)
)
)
)
)

Examiner:    Not Yet Assigned

Group Art Unit:  2816

**RECEIVED**

MAY 2 6 1999

TECHNOLOGY CENTER 2800

Assistant Commissioner for Patents
Washington, D.C.  20231

### POWER OF ATTORNEY BY ASSIGNEE
### AND REVOCATION OF PREVIOUS POWERS

Power Integrations, Inc. ("assignee"), a California corporation having a place of business at 477 N. Mathilda Avenue, Sunnyvale, California, 94086, certifies that to the best of assignee's knowledge and belief it is the assignee of the entire right, title, and interest in and to the above-referenced patent application and represents that the undersigned is a representative authorized and empowered to sign on behalf of the assignee.

Assignee has reviewed the assignment document that evidences the placement of title in the assignee and upon information and belief that assignment documents were recorded in the U.S. Patent and Trademark Office on May 18, 1998, at reel 9195, frame 0745.

Pursuant to 37 C.F.R. §§ 1.36 and 3.71, the assignee hereby revokes all powers of attorney previously given and appoints Farzad E. Amini, Reg. No. P42,261; Aloysius T. C. AuYeung, Reg. No. 35,432; Amy M. Armstrong, Reg. No. 42,265; William Thomas Babbitt, Reg. No. 39,591; Carol F. Barry, Reg. No. 41,600; Jordan Michael Becker, Reg. No. 39,602; Bradley J. Bereznak, Reg. No. 33,474; Michael A. Bernadicou, Reg. No. 35,934; Roger W. Blakely, Jr., Reg. No. 25,831; Gregory D. Caldwell, Reg. No. 39,926; Kent M. Chen, Reg. No. 39,630; Yong S. Choi, Reg. No. P43,324; Thomas M. Coester, Reg. No. 39,637; Michael Anthony DeSanctis, Reg. No. 39,957; Daniel M. De Vos, Reg. No. 37,813; Robert Andrew Diehl, Reg. No. 40,992; Tarek N. Fahmi, Reg. No. 41,402; James Y. Go, Reg. No. 40,621; Dinu Gruia, Reg. No. P42,996; David R.

003692.P036

-1-

(rev. 5/99)

Halvorson, Reg. No. 33,395; Thomas A. Hassing, Reg. No. 36,159; Phuong-Quan Hoang, Reg. No. 41,839; Willmore F. Holbrow III, Reg. No. P41,845; George W Hoover II, Reg. No. 32,992; Eric S. Hyman, Reg. No. 30,139; Dag H. Johansen, Reg. No. 36,172; William W. Kidd, Reg. No. 31,772; Michael J. Mallie, Reg. No. 36,591; Andre L. Marais, under 37 C.F.R. § 10.9(b); Paul A. Mendonsa, Reg. No. 42,879; Darren J. Milliken, Reg. No. 42,004; Thinh V. Nguyen, Reg. No. 42,034; Kimberley G. Nobles, Reg. No. 38,255; Babak Redjaian, Reg. No. 42,096; James H. Salter, Reg. No. 35,668; William W. Schaal, Reg. No. 39,018; James C. Scheller, Reg. No. 31,195; Anand Sethuraman, Reg. No. P43,351; Charles E. Shemwell, Reg. No. 40,171; Maria McCormack Sobrino, Reg. No. 31,639; Stanley W. Sokoloff, Reg. No. 25,128; Judith A. Szepesi, Reg. No. 39,393; Vincent P. Tassinari, Reg. No. 42,179; Edwin H. Taylor, Reg. No. 25,129; George G. C. Tseng, Reg. No. 41,355; Lester J. Vincent, Reg. No. 31,460; John Patrick Ward, Reg. No. 40,216; Stephen Warhola, Reg. No. 40,213; Charles T. J. Weigell, Reg. No. 43,396; Ben J. Yorks, Reg. No. 33,609; and Norman Zafman, Reg. No. 26,250; my attorneys, and James A. Henry, Reg. No. 41,064; Daniel E. Ovanezian, Reg. No. 41,236; Glenn E. Von Tersch, Reg. No. 41,364; and Chad R. Walsh, Reg. No. 43,235; my patent agents, of BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP, with offices located at 12400 Wilshire Boulevard, 7th Floor, Los Angeles, California 90025, telephone (310) 207-3800, and James R. Thein, Reg. No. 31,710, my patent attorney; with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith.

Pursuant to 37 C.F.R. § 3.71, the assignee hereby states that prosecution of the above-referenced patent application is to be conducted to the exclusion of the inventor(s).

Send all future correspondence to Bradley J. Bereznak, Esq., Reg. No. 33,474, Blakely, Sokoloff, Taylor, & Zafman LLP, 12400 Wilshire Boulevard, Seventh Floor, Los Angeles, California 90025, and direct all telephone calls to the same at (408) 720-8598.

Assignee of Interest:  POWER INTEGRATIONS, INC.
                              (Type or Print)

Dated:  5-14-99        By:  _____
                       Name:  Clifford A. Walker
                              (Type or Print)
                       Title:  Vice President of Corporate Development
                              (Type or Print)

Address of Assignee of Interest:
477 N. Mathilda Avenue
Sunnyvale, CA 94086
USA

003692.P036                         -2-                        (rev. 5/99)

Respectfully submitted,

**BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP**

Dated: 5/17/99    By _____

Name: Bradley J. Bereznak
(Type)

Reg. No.: 33,474

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, California 90025-1026
(408) 720-8598

## FIRST CLASS CERTIFICATE OF MAILING
### (37 C.F.R. § 1.8(a))

I hereby certify that the foregoing Power of Attorney is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231 on May 17, 1999

_____
Vivian Y. Builten
Name of Person Mailing Correspondence

_____    5/17/99
Signature    Date

FCS0000417

**5**

FCS0000418



**UNITED STATES    ARTMENT OF COMMERCE**
Patent and Trade    ix Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/080,774 | 05/18/98 | Balakrishnan et al. | |

| EXAMINER |
|---|
| Ton |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2816 | 5 |

DATE MAILED: 7-28-99

This is in response to the Power of Attorney filed _05-18-99_

☐ 1. The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

☒ 2. The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record. (37 CFR 1.33).

☐ 3. The withdrawal as attorney in this application has been accepted. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

This is a communication from the
Patent and Trademark Office

☒ 4. The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the below-noted address as provided by 37 CFR 1.33.

☐ 5. The Power of Attorney in this application is not accepted for the reason(s) checked below:

  ☐ a. The Power of Attorney is from an assignee and the Certificate required by 37 CFR 3.73 (b) has not been received.

  ☐ b. The person signing for the assignee has omitted their empowerment to sign on behalf of the assignee.

  ☐ c. The inventor(s) is without authority to appoint attorneys since the assignee has intervened as provided by 37 CFR 3.71.

  ☐ d. The signature of _____ a co-inventor in this application, has been omitted. The Power of Attorney will be entered upon receipt of confirmation signed by said co-inventor.

  ☐ e. The person(s) appointed in the Power of Attorney is not registered to practice before the U. S. Patent & Trademark Office.

  ☐ f. The revocation is not signed by the applicant, the assignee of the entire interest, or one particular principal attorney having the authority to revoke.

Bradley J. Bereznak
Blakely, Sokoloff, Taylor, & Zafman
12400 Wilshire Blvd, 7th Floor
Los Angeles CA 90025

_[signature]_
This is a communication from the
Patent and Trademark Office

RETAIN THIS COPY IN THE APPLICATION FILE    COPY A

FCS0000419

**6**

FCS0000420



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/080,774 | 05/18/98 | BALAKIRSHNAN | B | 233/248 |

EXAMINER

MM32/0818

LYON & LYON
FIRST INTERSTATE WORLD CENTER
633 W FIFTH STREET 47TH FLOOR
LOS ANGELES CA 90071

ART UNIT 218 PAPER NUMBER

DATE MAILED 2816

08/18/99

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)                    1- File Copy

FCS0000421

| *Office Action Summary* | Application No.<br>08/088,774 | Ap... ...nt(s)<br>Balakrishnan et al. |
|---|---|---|
| | Examiner<br>Jeffrey Zweizig | Group Art Unit<br>2816 |

☒ Responsive to communication(s) filed on *5/18/98*

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____*1*____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-37* _____ is/are pending in the application.

    Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☐ Claim(s) _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☒ Claims *1-37* _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☒ The drawing(s) filed on ____*5/18/98*____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____.

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___*3*___

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

— *SEE OFFICE ACTION ON THE FOLLOWING PAGES* —

U.S. Patent and Trademark Office<br>PTO-326 (Rev. 9-95)       Office Action Summary        Part of Paper No. __6__

Application/Control Number: 09/080,774                                    Page 2

Art Unit: 2816

### Drawings

1.    Fig. 1 should be designated by a legend such as --Prior Art-- because only that which is
old is illustrated.  See MPEP § 608.02(g).

### Election/Restriction

2.    This application contains claims directed to the following patentably distinct species of the
claimed invention:

Group I: claims 1-10 & 29-37 directed toward a PWM circuit with a frequency variation
circuit; and

Group II: claims 11-28 directed toward a PWM circuit with a soft start circuit.

Applicant is required under 35 U.S.C. 121 to elect a single disclosed species for
prosecution on the merits to which the claims shall be restricted if no generic claim is finally held
to be allowable.  Currently, no claims are generic.

Applicant is advised that a reply to this requirement must include an identification of the
species that is elected consonant with this requirement, and a listing of all claims readable thereon,
including any claims subsequently added.  An argument that a claim is allowable or that all claims
are generic is considered nonresponsive unless accompanied by an election.

Upon the allowance of a generic claim, applicant will be entitled to consideration of claims
to additional species which are written in dependent form or otherwise include all the limitations

FCS0000423

Application/Control Number: 09/080,774                                    Page 3

Art Unit: 2816

of an allowed generic claim as provided by 37 CFR 1.141. If claims are added after the election,

applicant must indicate which are readable upon the elected species. MPEP § 809.02(a).

Should applicant traverse on the ground that the species are not patentably distinct,

applicant should submit evidence or identify such evidence now of record showing the species to

be obvious variants or clearly admit on the record that this is the case. In either instance, if the

examiner finds one of the inventions unpatentable over the prior art, the evidence or admission

may be used in a rejection under 35 U.S.C. 103(a) of the other invention.

Applicant is advised that the reply to this requirement to be complete must include an

election of the invention to be examined even though the requirement be traversed (37

CFR 1.143).


3.     Applicant is reminded that upon the cancellation of claims to a non-elected invention, the

inventorship must be amended in compliance with 37 CFR 1.48(b) if one or more of the currently

named inventors is no longer an inventor of at least one claim remaining in the application. Any

amendment of inventorship must be accompanied by a petition under 37 CFR 1.48(b) and by the

fee required under 37 CFR 1.17(I).

FCS0000424

Application/Control Number: 09/080,774                    Page 4

Art Unit: 2816

### Conclusion

4.    Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Jeffrey Zweizig whose telephone number is (703) 305-7243. The examiner

can normally be reached on Monday through Friday from 7:00 to 3:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Tim Callahan, can be reached on (703) 308-4876. The fax phone number for this Group is

(703) 308-7722.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 308-0956.


JZ                                        Jeffrey Zweizig

August 17, 1999                           Patent Examiner

                                          Art Unit 2816

# MISSING PAGE(S) FROM THE

# U.S. PATENT OFFICE

# OFFICIAL FILE WRAPPER

#6 - PTO 948 form

**Patent Imaging Corporation**
*Patent Legal and Scientific Information Service*
**2001 Jefferson Davis Highway**
**Crystal Plaza One, Suite 600**
**Arlington, VA 22202-3610**
**(703) 553-0000**

FCS0000426

**7**

FCS0000427

ov



003692.P036                                                      **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    )
                                         )
    Balakrishnan                  )
                                         )
Serial No.:  09/080,774              )
                                         )
Filed:  May 18, 1998                 )  I hereby certify that this correspondence is being deposited with the
                                         )  United States Postal Service as first class mail with sufficient postage
For:  OFFLINE CONVERTER WITH          )  in an envelope addressed to the Assistant Commissioner for Patents,
    INTEGRATED SOFTSTART AND       )  Washington, D.C. 20231 on:
    FREQUENCY JITTER               )  *November 2, 1999*
                                                    Date of Deposit

Commissioner of                               *Melanie Besecker*
  Patents and Trademarks                      Name of Person Mailing Correspondence
Washington, D.C. 20231                        *Melanie Besecker 11-2-99*
                                              Signature        Date

### PETITION FOR EXTENSION OF TIME PURSUANT TO 37 C.F.R. § 1.136 (a)

Sir:

    Applicant respectfully requests a two-month extension of time to file a

Response to the Restriction Requirement mailed August 18, 1999. The

extended period expires on November 18, 1999.

    A check in the amount of $380.00 is enclosed to cover the fee for a two-

month extension of time. If any additional fee is required, please charge Deposit

Account No. 02-2666. A duplicate of this Petition is enclosed for deposit account

charging purposes.

                    Respectfully submitted,

                    BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: _11 - 2_ , 1999

                    James Y. Go
                    Reg. No. 40,821

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA 90025-1026
(425) 827-8600

**8**

 

Attorney's Docket No. 003692.P036                                                    Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In Re Patent Application of: | ) | |
| | ) | |
| BALAKRISHNAN ET AL. | ) | Examiner:  Zweizig, Jeffrey. |
| | ) | |
| Application No.:  09/080,774 | ) | Art Unit:    2816 |
| | ) | |
| Filed:    May 18, 1998 | ) | |
| | ) | |
| For:  OFF-LINE CONVERTER WITH | ) | |
| INTEGRATED SOFTSTART AND | ) | |
| FREQUENCY JITTER | ) | |

Assistant Commissioner for Patents
Washington, D.C. 20231

### AMENDMENT AND RESPONSE TO ELECTION REQUIREMENT

#### Drawing Objection

In response to the Election Requirement mailed August 18, 1999, it is proposed by the Examiner that Figure 1 be designated by a legend such as -- Prior Art--.  Accordingly, the Applicants submit a proposed drawing correction in the form of a red-mark original of Figure 1.  The Applicants request the Examiner to approve the drawing.  The Applicants will submit formal corrections for Figure 1, including any additional changes in response to form PTO-948, when the Application is allowed by the Examiner.

#### Restriction Requirement

In response to the Election Requirement mailed August 18, 1999, the Applicant hereby elects without traverse the invention of Group I, claims 1-10 and 29-37.

003692.P036
Serial No. 09/080,774                        - 1 -                        Examiner:  Zweizig, J.
                                                                          Art Unit: 2816

FCS0000431

If there are any additional charges, please charge Deposit Account No. 02-2666.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Date: 11-2-99

James Y. Go
Reg. No. 40,621

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA 90025-1026
(425) 827-9600

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231 on November 2, 1999

Melanie Besecker    11-2-99
Melanie Besecker    Date

003692.P036
Serial No. 09/080,774          - 2 -          Examiner: Zweizig, J.
Art Unit: 2816

FCS0000432

233/248
PATENT



FIG. 1. (Prior Art)

Express Mail No. EM543810388US
Docket No: 233/248
May 18, 1998

33

FCS0000433

**9**

FCS0000434