

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/080,774 | 05/18/98 | BALAKIRSHNAN | B | 233/248 |

LYON & LYON
FIRST INTERSTATE WORLD CENTER
633 W FIFTH STREET 47TH FLOOR
LOS ANGELES CA 90071

MM22/1213

| EXAMINER |
|---|
| ZWEIZIG.J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2816 | 9 |

DATE MAILED:      12/13/99

Please find below and/or attached an Office communication concerning this application or
proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

1- File Copy

FCS0000435

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/090,774 | Balakrishnan et al. |
| | Examiner | Group Art Unit |
| | Jeffrey Zweizig | 2816 |

☒ Responsive to communication(s) filed on *11/8/99*

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___*3*___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-37* _____ is/are pending in the application.

Of the above, claim(s) *11-28* _____ is/are withdrawn from consideration.

☒ Claim(s) *1-3, 7, 8 & 10* _____ is/are allowed.

☒ Claim(s) *4-6, 9 & 29-37* _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☒ The proposed drawing correction, filed on ____*11/8/99*____ is ☒Approved ☐Disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

— *SEE OFFICE ACTION ON THE FOLLOWING PAGES* —

FCS0000436

Application/Control Number: 09/080,774                    Page 2

Art Unit: 2816

## *Election/Restriction*

1.      This application contains claims directed to the following patentably distinct species of the
claimed invention:

        Group I: claims 1-10 & 29-37 directed toward a PWM circuit with a frequency variation
circuit; and

        Group II: claims 11-28 directed toward a PWM circuit with a soft start circuit.

        Applicant is required under 35 U.S.C. 121 to elect a single disclosed species for
prosecution on the merits to which the claims shall be restricted if no generic claim is finally held
to be allowable. Currently, no claims are generic. Applicants have elected, without traverse,
Group I: claims 1-10 & 29-37. Claims 11-28 have been withdrawn from consideration.

## *Claim Rejections - 35 USC § 112*

2.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

        The specification shall conclude with one or more claims particularly pointing out and
        distinctly claiming the subject matter which the applicant regards as his invention.

3.      Claims 4-6, 9 & 29-37 are rejected under 35 U.S.C. 112, second paragraph, as being
indefinite for failing to particularly point out and distinctly claim the subject matter which
applicant regards as the invention.



Application/Control Number: 09/080,774                                    Page 3

Art Unit: 2816

In claim 4 lines 2 & 3, "a magnitude of said oscillation signal" should be changed to --said magnitude of said oscillation signal--.

In claim 9 line 8, "pulse width modulated switch" should be changed to just --switch-- (see claim 1 line 4).

In claim 9 line 9, the second occurrence of "first winding" should be changed to --second winding--.

Refferring to the phrase "said first [second] winding capable of being coupled to a load", it is not understood if the winding is or is not coupled to the load.

In claim 29, the phrase "that provides a drive signal for a maximum time period of a time duration signal" is not understood. If the drive signal were applied for the maximum period of the duration, the drive signal would always be applied.

In claim 35 line 8, "regulation circuit" should be changed to just --switch-- (see claim 29 line 4).

In claim 35 line 9, the second occurrence of "first winding" should be --second winding--.

Refferring to the phrase "said first [second] winding capable of being coupled to a load", it is not understood if the winding is or is not coupled to a load.

Claims 4, 9, 29 & 35 are indefinite. Claims 5, 6 & 30-37 are rejected as being dependent on an indefinite intervening claim.

Application/Control Number: 09/080,774                           Page 4

Art Unit: 2816

### *Claim Rejections – 35 USC § 102*

4.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

>   A person shall be entitled to a patent unless –
>
>   (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or
>   on sale in this country, more than one year prior to the date of application for patent in the United States.

5.      Claims 29, 35 & 37 are rejected under 35 U.S.C. 102(b) as being anticipated by

Applicants' Prior Art Fig. 1.

        Applicants' Prior Art Fig. 1 shows a first terminal 95, a second terminal Com, a

switch/drive circuit 90 and a frequency variation circuit 140 as recited in claim 29.

        Further shown is a rectifier 10, a capacitor 15, a first winding 35 and a second winding 45

as recited in claim 35.

        Further shown is a feedback terminal (Error Amplifier in) as recited in claim 37.

### *Claim Rejections – 35 USC § 103*

6.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

>   (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
>   section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
>   such that the subject matter as a whole would have been obvious at the time the invention was made to a person
>   having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
>   manner in which the invention was made.

Application/Control Number: 09/080,774                          Page 5

Art Unit: 2816

7.    Claim 34 is rejected under 35 U.S.C. 103(a) as being unpatentable over Applicants' Prior
Art Fig. 1.

      Applicants' Prior Art Fig. 1 does not specify that the circuit is an integrated circuit as
recited in claim 34.  However, it would have been obvious to one of ordinary skill in the art at the
time of the invention to incorporate Prior Art Fig. 1 as an integrated circuit for the benifit of
implementing a compact single package.  Claim 34 is obvious.

                              *Allowable Subject Matter*

8.    The prior Art of record does not appear to disclose or suggest a PWM switch comprising
an oscilator for generating a maximum duty cycle signal and a singnal with a frequency range
dependent on a frequency variation circuit as recited in claim 1.

                                  *Conclusion*

9.    Any inquiry concerning this communication or earlier communications from the examiner
should be directed to Jeffrey Zweizig whose telephone number is (703) 305-7243.  The examiner
can normally be reached on Monday through Friday from 7:00 to 3:00.

      If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,
Tim Callahan, can be reached on (703) 308-4876.  The fax phone number for this Group is
(703) 308-7722.

FCS0000440

Application/Control Number: 09/080,774                                        Page 6

Art Unit: 2816


        Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 308-0956.


JZ                                                      Jeffrey Zweizig

December 13, 1999                                       Patent Examiner

                                                       Art Unit 2816

FCS0000441

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Notice of References Cited* | | | Application No. 09/080,774 | Appli...,....ed) | Balakrishnan et al. | | |
| | | | Examiner Jeffrey Zweizig | | Group Art Unit 2816 | | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| A | | — | — | None | — | — |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |
| L | | | | | | |
| M | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| N | | | | | | | |
| O | | | | | | | |
| P | | | | | | | |
| Q | | | | | | | |
| R | | | | | | | |
| S | | | | | | | |
| T | | | | | | | |

**NON-PATENT DOCUMENTS**

| | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| U | | | |
| V | | | |
| W | | | |
| X | | | |

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)          Notice of References Cited          Part of Paper No. ___9___

FCS0000442

**10**

FCS0000443

003692.P036

Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

#10/a
3/22/00
V. Varnall

| | | |
|---|---|---|
| In re Application of: | ) | |
| | ) | |
| Balakrishnan et al. | ) | Examiner: J. Zweizig |
| | ) | |
| Serial No. 09/080,774 | ) | Art Unit: 2816 |
| | ) | |
| Filed: May 18, 1998 | ) | |
| | ) | |
| For:  OFFLINE CONVERTER WITH | ) | |
|         SOFTSTART AND FREQUENCY | ) | |
|         JITTER | ) | |

Box Non-fee Amendment
Assistant Commissioner for Patents
Washington, DC  20231

### AMENDMENT AND RESPONSE

Sir:

Responsive to the Office Action mailed December 13, 1999, the

Applicants request the Examiner to enter the following amendments and to

consider the following remarks.

### IN THE DRAWINGS

The Applicants submit that reference numeral --405-- was inadvertently

labeled as "400" in Figure 5.  In addition, the Applicants submit that reference

numeral --400-- was inadvertently omitted from Figure 6.  Accordingly, the

Applicants submit proposed drawing corrections in the form of red-mark originals

of Figures 5 and 6.  The Applicants request the Examiner to approve the

drawings.  The Applicants will submit formal corrections for Figures 5 and 6,

003692.P036
Serial No. 09/080,774                        - 1 -                        Examiner: J. Zweizig
                                                                          Art Unit: 2816

FCS0000444

including any additional changes in response to form PTO-948, when the

application is allowed by Examiner.

## IN THE SPECIFICATION

On page 5, line 9, please replace "25" with --15--..

On page 16, line 8, please replace "input switch 435" with --input of switch

435--..

On page 18, line 5, please replace "signal 400" with --signal 405--..

On page 18, line 23, please replace "DC voltage 740" with --DC voltage

725--..

On page 20, line 19, please replace "for the AC" with --of the AC--..

## IN THE CLAIMS

Please cancel claim 37 without prejudice.


Please amend claims 4, 9, 29, 31 and 35 as follows:

4.  (Amended)  The pulse width modulated switch of claim 1 further comprising a

soft start circuit that provides a signal instructing said drive circuit to discontinue said

drive signal when [a]said magnitude of said oscillation signal is greater than a

magnitude of said frequency variation signal.

9.  (Amended)  The pulse width modulated switch of claim 1 further comprising;

003692.P036
Serial No. 09/080,774                    -2- 29                    Examiner: J. Zwetzig
                                                                    Art Unit: 2816

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectified signal;

a power supply capacitor that receives said rectified signal and provides a substantially DC signal;

a first winding comprising a first terminal and a second terminal, said first winding receiving said substantially DC signal, said second terminal of said first winding coupled to said first terminal of said [pulse width modulated] switch; and

a second winding magnetically coupled to said first winding[, said first winding capable of being coupled to a load].

29. (Amended)  A regulation circuit comprising:

a first terminal;

a second terminal;

a feedback terminal coupled to disable the regulation circuit;

a switch comprising a control input, said switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input; [and]

a frequency variation circuit that provides a frequency variation signal;

an oscillator that provides an oscillation signal having a frequency range, said frequency of said oscillation signal varying within said frequency range according to said frequency variation signal, said oscillator further providing a maximum duty cycle signal comprising a first state and a second state; and

003692.P036
Serial No. 09/080,774                    - 3 -   30

Examiner:  J. Zweizig
Art Unit: 2816

FCS0000446

a drive circuit that provides said drive signal [for a maximum time period of a time duration cycle;]when said maximum duty cycle signal is in said first state and said regulation circuit is not disabled.

[wherein said time duration of said cycle varies according to said frequency variation signal.]

A3
Cncld

A4

B  31. (Amended)  The regulation circuit of claim 29 further comprising a soft start circuit that provides a signal instructing said drive circuit to discontinue said drive signal according to a magnitude of said frequency variation signal.

A5

35. (Amended)  The regulation circuit of claim 29 further comprising;

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectified signal;

a power supply capacitor that receives said rectified signal and provides a substantially DC signal;

a first winding comprising a first terminal and a second terminal, said first winding receiving said substantially DC signal, said second terminal of said first winding coupled to said first terminal of said [regulation circuit]switch; and

a second winding magnetically coupled to said first winding[, said first winding capable of being coupled to a load].

003692.P036
Serial No. 09/080,774                    -4-  31          Examiner: J. Zweizig
                                                            Art Unit: 2816

FCS0000447

## REMARKS

Claims pending in the instant application are numbered 1-10 and 29-37.
The Applicants note with appreciation that claims 1-3, 7, 8 and 10 are allowed.
Claims 4-6, 9 and 29-37 presently stand rejected. Claim 37 has been canceled
without prejudice. Claims 4, 9, 29, 31 and 35 have been amended. The
Applicants respectfully request reconsideration of the present application in view
of the amendments and the following remarks.

*Revocation of Previous Powers Filed By Applicants*

The Applicants respectfully wish to remind the Examiner that a
Revocation of Previous Powers was filed by the Applicants on May 14, 1999.
For the Examiner's reference: (1) a photocopy of the Revocation of Previous
Powers as filed by the Applicants and (2) a photocopy of a postcard received
from the US Patent and Trademark Office evidencing receipt of the Revocation
of Previous Powers is attached herewith. It is noted that at least the last two
communications concerning the instant application have been incorrectly mailed
by the US Patent and Trademark Office to the Applicants' *former* representatives
instead of the Applicants' current representatives. Accordingly, the Applicants
kindly wish to repeat their request that all future correspondence be mailed to
Blakely Sokoloff Taylor and Zafman, LLP at the address listed in the Revocation
of Previous Powers filed May 14, 1999.

003692.P036
Serial No. 09/080,774                    - 5 -                    Examiner: J. Zweizig
                                                                  Art Unit: 2816

FCS0000448

*Specification and Drawing Amendments*

Upon further review of the present specification and drawings, the Applicants noted several minor typographical errors. The specification and drawings have been amended to correct these deficiencies.

*35 USC § 112 Rejections*

In the December 13, 1999 Office Action, claims 4-6, 9 and 29-37 were rejected under 35 USC § 112, second paragraph. The claims have been amended as suggested by the Office Action and the claim language identified as not being understood in the Office Action has been amended. Accordingly, the instant section 112 rejections are now moot.

*35 USC § 102 Rejections*

In the December 13, 1999 Office Action, claims 29, 35 and 37 are rejected under 35 USC § 102(b) as being anticipated by Applicants' Prior Art Figure 1.

Claim 29 as presently amended now expressly recites a regulation circuit that includes an oscillator that provides a maximum duty cycle signal and an oscillation signal having frequency range that is varied according to a frequency variation signal. The Applicants' Prior Art Figure 1 fails to disclose, teach or suggest such limitations. Accordingly, the Applicants respectfully submit that the instant section 102 rejection has been overcome.

*35 USC § 103 Rejection*

In the December 13, 1999 Office Action, claim 34 is rejected under 35 USC § 103(a) as being unpatentable over Applicants' Prior Art Figure 1.

FCS0000449

Claims 34 depends on claim 29 and therefore distinguishes for at least the same

reason as independent claim 29 in addition to adding further limitations of its own.

Accordingly, the Applicants respectfully submit that the instant section 103 rejection has

been overcome.

*Charge Deposit Account*

Please charge our Deposit Account No. 02-2666 for any additional fee

due in this matter.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Date: 3-10-00

James Y. Go
Reg. No. 40,621

FIRST CLASS CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service
as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner
for Patents, Washington, D.C. 20231

on ____March 10, 2000_____
          Date of Deposit

____Melanie Besecker_____
Name of Person Mailing Correspondence

__Melanie Besecker____ 3-10-00__
          Signature                    Date

003692.P036
Serial No. 09/080,774                 - 7 -                 Examiner: J. Zweizig
                                                            Art Unit: 2816

FCS0000450

233/248
PATENT



FIG. 5

Express Mail No. EM563480388US
Docket No: 233/248
May 18, 1998

37

FCS0000451

233/248
PATENT



FIG. 6



38

FCS0000452



Copy

| | |
|---|---|
| Serial/Patent No.: **09/080,774** | Filing/Issue Date: **May 18, 1998** |
| Client: **Power Integrations, Inc.** | |
| Title: **OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER** | |
| BSTZ File No.: **003692.P036** | Atty/Secty Initials: **RJB:sgh** |
| Date Mailed: **May 17, 1999** | Docket Due Date: |

The following has been received in the U.S. Patent & Trademark Office on the date stamped hereon:

☐ Amendment/Response (____ pgs.)     ☐ Request Mail No.: ____
☐ Appeal Brief (____ pgs.) (in triplicate)     ☐ Check No. ____
☐ Application - Utility (____ pgs., with cover and sheets)     ☐ Amt. ____
☐ Application - Rule 1.53(b) Continuation (____ pgs.)     ☐ Monthly Extension of Time
☐ Application - Rule 1.53(b) Divisional (____ pgs.)     ☐ Minutia/Defects Renewed PID 340 (____ pgs.)     ☐ Check No. ____
☐ Application - Rule 1.53(b) CIP (____ pgs.)     ☐ Issue Fee Transmittal     ☐ Amt. ____
☐ Application - Rule 1.53(d) CPA Transmittal (____ pgs.)     ☐ Notice of Appeal
☐ Application - Design (____ pgs.)     ☐ Petition for Extension of Time
☐ Application - PCT (____ pgs.)     ☐ Petition for ____
☐ Application - Provisional (____ pgs.)     ☐ Postcard
☐ Assignment and Cover Sheet     ☒ Power of Attorney (__3__ pgs.) **(and Revocation)**
☒ Certificate of Mailing     ☐ Preliminary Amendment (____ pgs.)
☐ Declaration & POA (____ pgs.)     ☐ Reply Brief (____ pgs.)
☐ Disclms/Decs/Oth &Copy/Formality (____ pgs.)     ☐ Response to Notice of Missing Parts
☐ Envelope: __ # of sheets include: __     ☐ Small Entity Declaration for Indep. Inventor/Small Business
     ☐ Transmittal Letter, in duplicate
     ☐ Fee Transmittal, in duplicate

☐ Other: _____
_____
_____

CPY

Attorney's Docket No.:  003692.P036                                    Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:                              )
                                                  )
**BALAKRISHNAN, ET AL.**                          )    Examiner:       Not Yet Assigned
                                                  )
Application Number: 09/080,774                    )    Group Art Unit:   2816
                                                  )
Filed:    May 18, 1998                            )
                                                  )
For:  OFF-LINE CONVERTER WITH                     )
      INTEGRATED SOFTSTART AND                    )
      FREQUENCY JITTER                            )

Assistant Commissioner for Patents
Washington, D.C.  20231

### POWER OF ATTORNEY BY ASSIGNEE
### AND REVOCATION OF PREVIOUS POWERS

Power Integrations, Inc. ("assignee"), a California corporation having a place of business at 477 N. Mathilda Avenue, Sunnyvale, California, 94086, certifies that to the best of assignee's knowledge and belief it is the assignee of the entire right, title, and interest in and to the above-referenced patent application and represents that the undersigned is a representative authorized and empowered to sign on behalf of the assignee.

Assignee has reviewed the assignment document that evidences the placement of title in the assignee and upon information and belief that assignment documents were recorded in the U.S. Patent and Trademark Office on May 18, 1998, at reel 9195, frame 0745.

Pursuant to 37 C.F.R. §§ 1.36 and 3.71, the assignee hereby revokes all powers of attorney previously given and appoints Farzad E. Amini, Reg. No. P42,261; Aloysius T. C. AuYeung, Reg. No. 35,432; Amy M. Armstrong, Reg. No. 42,265; William Thomas Babbitt, Reg. No. 39,591; Carol F. Barry, Reg. No. 41,600; Jordan Michael Becker, Reg. No. 39,602; Bradley J. Bereznak, Reg. No. 33,474; Michael A. Bernadicou, Reg. No. 35,934; Roger W. Blakely, Jr., Reg. No. 25,831; Gregory D. Caldwell, Reg. No.. 39,926; Kent M. Chen, Reg. No. 39,630; Yong S. Choi, Reg. No. P43,324; Thomas M. Coester, Reg. No. 39,637; Michael Anthony DeSanctis, Reg. No. 39,957; Daniel M. De Vos, Reg. No. 37,813; Robert Andrew Diehl, Reg. No. 40,992; Tarek N. Fahmi, Reg. No. 41,402; James Y. Go, Reg. No. 40,621; Dinu Gruia, Reg. No. P42,996; David R.

003692.P036                          -1-                          (rev. 5/99)

Halvorson, Reg. No. 33,395; Thomas A. Hassing, Reg. No. 36,159; Phuong-Quan Hoang, Reg. No. 41,839; Willmore F. Holbrow III, Reg. No. P41,845; George W Hoover II, Reg. No. 32,992; Eric S. Hyman, Reg. No. 30,139; Dag H. Johansen, Reg. No. 36,172; William W. Kidd, Reg. No. 31,772; Michael J. Mallie, Reg. No. 36,591; Andre L. Marais, under 37 C.F.R. § 10.9(b); Paul A. Mendonsa, Reg. No. 42,879; Darren J. Milliken, Reg. No. 42,004; Thinh V. Nguyen, Reg. No. 42,034; Kimberley G. Nobles, Reg. No. 38,255; Babak Redjaian, Reg. No. 42,096; James H. Salter, Reg. No. 35,668; William W. Schaal, Reg. No. 39,018; James C. Scheller, Reg. No. 31,195; Anand Sethuraman, Reg. No. P43,351; Charles E. Shemwell, Reg. No. 40,171; Maria McCormack Sobrino, Reg. No. 31,639; Stanley W. Sokoloff, Reg. No. 25,128; Judith A. Szepesi, Reg. No. 39,393; Vincent P. Tassinari, Reg. No. 42,179; Edwin H. Taylor, Reg. No. 25,129; George G. C. Tseng, Reg. No. 41,355; Lester J. Vincent, Reg. No. 31,460; John Patrick Ward, Reg. No. 40,216; Stephen Warhola, Reg. No. 43,237; Charles T. J. Weigell, Reg. No. 43,398; Ben J. Yorks, Reg. No. 33,609; and Norman Zafman, Reg. No. 26,250; my attorneys, and James A. Henry, Reg. No. 41,064; Daniel E. Ovanezian, Reg. No. 41,236; Glenn E. Von Tersch, Reg. No. 41,364; and Chad R. Walsh, Reg. No. 43,235; my patent agents, of BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP, with offices located at 12400 Wilshire Boulevard, 7th Floor, Los Angeles, California 90025, telephone (310) 207-3800, and James R. Thein, Reg. No. 31,710, my patent attorney; with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith.

Pursuant to 37 C.F.R. § 3.71, the assignee hereby states that prosecution of the above-referenced patent application is to be conducted to the exclusion of the inventor(s).

Send all future correspondence to Bradley J. Bereznak, Esq., Reg. No. 33,474, Blakely, Sokoloff, Taylor, & Zafman LLP, 12400 Wilshire Boulevard, Seventh Floor, Los Angeles, California 90025, and direct all telephone calls to the same at (408) 720-8598.

Assignee of Interest: __POWER INTEGRATIONS, INC.__
                                                (Type or Print)

Dated: __5-14-91__        By: _____
                          Name: __Clifford J. Walker__
                                  (Type or Print)
                          Title: __Vice President of Corporate Development__
                                  (Type or Print)

Address of Assignee of Interest:
    477 N. Mathilda Avenue
    Sunnyvale, CA 94086
    USA

003692.P036                    -2-                    (rev. 5/99)

Respectfully submitted,

**BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP**

Dated: 5/17/99    By _____

Name: Bradley J. Bereznak
(Type)

Reg. No.: 33,474

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, California 90025-1026
(408) 720-8598

### FIRST CLASS CERTIFICATE OF MAILING
### (37 C.F.R. § 1.8(a))

I hereby certify that the foregoing Power of Attorney is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231 on _____ May 17, 1999

_____
Vivian Y. Bullen
Name of Person Mailing Correspondence

_____    5/17/99
Signature              Date

003692.P036          -3-              (rev. 5/99)

FCS0000456



**11**

FCS0000458

 **UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/080,774 | 05/18/98 | BALAKRISHNAN | B  233/248 |

MMC2/0410

BRADLEY J. BEREZNAK, ESQ.
BLAKELEY, SOKOLOFF, TAYLOR, ZAFMAN LLP
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025

| EXAMINER |
|---|
| ZWEIZIG, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2816 | #11 |

DATE MAILED:    04/10/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)                                    1- File Copy

| *Notice of Allowability* | Application No. 08/988,774 | Applicant(s) Balakrishnan et al. |
|---|---|---|
| | Examiner Jeffrey Zweizig | Group Art Unit 2816 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *the amendment filed 3/20/00*

☒ The allowed claim(s) is/are *1-10 & 29-36*

☐ The drawings filed on _____ are acceptable.

☒ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

     ☐ received.

     ☐ received in Application No. (Series Code/Serial Number) _____

     ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

   ☒ because the originally filed drawings were declared by applicant to be informal.

   ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____.

   ☒ including changes required by the proposed drawing correction filed on _____ 3/20/00 _____, which has been approved by the examiner.

   ☐ including changes required by the attached Examiner's Amendment/Comment.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

   ☐ Notice of References Cited, PTO-892

   ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

   ☐ Notice of Informal Patent Application, PTO-152

   ☐ Interview Summary, PTO-413

   ☒ Examiner's Amendment/Comment

   ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

   ☐ Examiner's Statement of Reasons for Allowance

*Jeffrey Zweizig*
*Primary Examiner*
2816

ß

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)

Notice of Allowability

Part of Paper No. 11

Application/Control Number: 09/080,774

Art Unit: 2816

#11/B
4/6/00
Page 2

### *Examiner's Amendment*

1.    An examiner's amendment to the record appears below. Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.

To ensure consideration of such an amendment, it MUST be submitted no later than the payment

of the issue fee.

Claims 11-28 have been canceled.

Claims 11-28 have been canceled so that the remaining claims and the present application

can be allowed. Authorization for this examiner's amendment was given in a telephone interview

with James Go on 4/6/00.

### *Conclusion*

2.    Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Examiner Jeffrey Zweizig whose telephone number is (703) 305-7243. The

Examiner can normally be reached on Monday through Friday from 7:00 am to 2:00 pm eastern

time.

FCS0000461

Application/Control Number: 09/080,774                                    Page 3

Art Unit: 2816

     If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Tim Callahan, can be reached on (703) 308-4876. The fax phone number for this Group is

(703) 308-7722.

     Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 308-0956.


JZ

April 10, 2000                                                          Jeffrey Zweizig

                                                                       Primary Examiner

                                                                       Art Unit 2816

FCS0000462



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

MMC2/0410

BRADLEY J. BEREZNAK, ESQ.
BLAKELEY, SOKOLOFF, TAYLOR, ZAFMAN LLP
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/088,774 | 05/18/98 | 018 | ZWEIZIG, J | 2816 | 04/10/00 |
| First Named Applicant | BALAKRISHNAN | | 35 USC 154(b) term ext. = | | 0 Days. |

TITLE OF INVENTION  OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 233/248 | 327-172.000 | K83 | UTILITY | NO | $1210.00 | 07/10/00 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above; or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.*

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)                    *U.S. GPO: 1999-454-457/20091

FCS0000463

**12**

FCS0000464

*beaipt 14*
~~FILE~~ FILE COPY
#12

OIPE 003692.P036
JAN 1 0 2000

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                                )
                                                     )
BALAKRISHNAN et al.                                  )    Examiner: Zweizig, Jeffrey
                                                     )
Serial No. 09/080,774                                )    Art Unit:  2816
                                                     )
Filed:  May 18, 1998                                 )
                                                     )
For:    OFF-LINE CONVERTER WITH                      )
        INTEGRATED SOFTSTART AND                     )
        FREQUENCY JITTER                             )

Assistant Commissioner for Patents
Washington, D.C.  20231

## REQUEST TO CORRECT AN ERROR IN THE FILING RECEIPT

Dear Sir:

Applicant's respectfully note that the name of the inventor on the Filing Receipt for the

above-identified application is incorrect.  That Filing Receipt erroneously lists the inventor as

BALU BALAKIRSHNAN.  The correct name of the inventor is in fact BALU BALAKRISHNAN

(emphasis added).  Enclosed herewith is a copy of filing receipt with the corrections marked in

red ink.  Also enclosed is a check in the amount of $25.00 for a corrected filing receipt under 37

U.S.C. § 1.19(h).

Therefore, correction with respect to the inventors listed in the Filing Receipt of

the present application is respectfully requested.  Please change the list of inventors of the

present application to BALU BALAKRISHNAN.

01/12/2000 RIDDIE  00000025 09080774
01 FC:576                    25.00 OP

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: 1-5 , 2000

James Y. Go
Reg. No. 40,621

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient
postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231
on  January 5, 2000
                              Date of Deposit
Melanie Besecker
            Name of Person Mailing Correspondence
Melanie Besecker                                1-5-2000
            Signature                                Date



PTO-103X
(Rev. 8-88)

FILING RECEIPT

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

#2

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 09/080,774 | 05/18/98 | 2816 | $1,246.00 | 233/248 | 9 | 37 | 4 |

LYON & LYON
FIRST INTERSTATE WORLD CENTER
633 W FIFTH STREET 47TH FLOOR
LOS ANGELES CA 90071

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)

BALU BALAKRISHNAN, SARATOGA, CA; ALEX DJENGUERIAN,
SARATOGA, CA; LEIF LUND, SAN JOSE, CA.

FOREIGN FILING LICENSE GRANTED 06/03/98
TITLE
OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

PRELIMINARY CLASS: 327

RECEIVED
JUN 0 8 1998
U.S. PROSECUTION

(see reverse)

FCS0000466

**13**

FCS0000467

*B*

Docket No.: 003692.P036

#13 NH

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application for:                                  )
                                                        )   Examiner:   J. Zweizig
    Balakrishnan et al.                                 )
                                                        )   Art Group:   2816
Application No.: 09/080,774                             )
                                                        )
Filed: May 18, 1998                                     )   Batch No: K83
                                                        )
For:   OFF-LINE CONVERTER WITH INTEGRATED               )
       SOFTSTART AND FREQUENCY JITTER                   )

### TRANSMITTAL OF FORMAL DRAWINGS

Attn: Official Draftsman
Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

    Enclosed herewith for filing in the above-identified U.S. patent application are the

formal drawings, Figures 1, 2, 3, 4, 5, 6, 7, 8 and 9 (9) sheets.

                            Respectfully submitted,

                            BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP

Date: 5-18-00

                            James Y. Go
                            Reg. No. 40,621

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA  90025
(425) 827-8600

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to: Commissioner of
Patents and Trademarks, Washington, D.C. 20231, on
  May 18, 2000
                Melanie Bessoker
Typed or printed name of person mailing correspondence

Melanie Bessoker 5-18-00
Signature                Date



*Fig. 1 (PRIOR ART)*

FCS0000469

2/9



*Fig. 2*

FCS0000470



*Fig. 3*



4/9

PWM OSCILLATOR

LOW FREQUENCY OSCILLATOR

GATE

POWER-UP RESET

415

400

610

610

Fig. 4

FCS0000472

5/9



*Fig. 5*

Fig. 6

FCS0000474

7/9



*Fig. 7*



Fig. 8

FCS0000476



Fig. 9