# EXHIBIT D

PATENT APPLICATION

09/573081

1-789-U.S. PTO
09/573081

INITIALS

# CONTENTS

| | Date Received (incl. C. of M.) or Date Mailed | | | Date Received (incl. C. of M.) or Date Mailed |
|---|---|---|---|---|
| 1. Application    9    papers. | | 42. | | |
| 2. Prel. Amdt. A | 5-18-00 | 43. | | |
| 3. IDS | 5-18-00 | 44. | | |
| 4. PTO-37 | 12-13-00 | 45. | | |
| 5. Formal drawings ( 9  shts) set  1 | 1-13-01 | 46. | | |
| 6. | | 47. | | |
| 7. | | 48. | | |
| 8. | | 49. | | |
| 9. | | 50. | | |
| 10. | | 51. | | |
| 11. | | 52. | | |
| 12. | | 53. | | |
| 13. | | 54. | | |
| 14. | | 55. | | |
| 15. | | 56. | | |
| 16. | | 57. | | |
| 17. | | 58. | | |
| 18. | | 59. | | |
| 19. | | 60. | | |
| 20. | | 61. | | |
| 21. | | 62. | | |
| 22. | | 63. | | |
| 23. | | 64. | | |
| 24. | | 65. | | |
| 25. | | 66. | | |
| 26. | | 67. | | |
| 27. | | 68. | | |
| 28. | | 69. | | |
| 29. | | 70. | | |
| 30. | | 71. | | |
| 31. | | 72. | | |
| 32. | | 73. | | |
| 33. | | 74. | | |
| 34. | | 75. | | |
| 35. | | 76. | | |
| 36. | | 77. | | |
| 37. | | 78. | | |
| 38. | | 79. | | |
| 39. | | 80. | | |
| 40. | | 81. | | |
| 41. | | 82. | | |

(LEFT OUTSIDE)

FCS0000226

PATENT NUMBER

6229366

$6229366$

**U.S. UTILITY Patent Application**

| | O.I.P.E. | PATENT DATE |
|---|---|---|
| (P) | | MAY 0 8 2001 |
| | SCANNER | |

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/573081 | D | 327 | 172 | 2816 | Zweizig |

APPLICANT: Balu Balakirshnan
Alex Djenguerian
Leif Lund

TITLE: Off-line converter with integrated softstart and frequency jitter

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | |
|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | |
| 327 | 172 | 327 | 143 | 531 | 544 |

### INTERNATIONAL CLASSIFICATION

H 03 K   3/017

☐ Continued on Issue Slip Inside File Jacket

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 9 | 9 | 3 | 18 | 1 |

☐ The term of this patent subsequent to _____ (date) has been disclaimed.

☐ The term of this patent shall not extend beyond the expiration date of U.S. Patent No. _____

JEFFREY ZWEIZIG
PRIMARY EXAMINER

**NOTICE OF ALLOWANCE MAILED**

12-13-00

**ISSUE FEE**

Amount Due    Date Paid
$1,260.00    3 15 01

**ISSUE BATCH NUMBER**

W31

☐ The terminal _____ months of this patent have been disclaimed.

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 6/99)

FILED WITH: ☐ DISK (CRF)   ☐ FICHE   ☐ CD-ROM

ISSUE FEE IN FILE

Formal Drawings

(FACE)

file:///C:/APPS/preexam/correspondence/1.htm

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Bib Data Sheet

| SERIAL NUMBER 09/573,061 | FILING DATE 05/18/2000 RULE | CLASS 327 | GROUP ART UNIT 2816 | ATTORNEY DOCKET NO. 003692.P036D |
|---|---|---|---|---|

**APPLICANTS**
Balu Balakrishnan, Saratoga, CA;
Alex Djenguerian, Saratoga, CA;
Leif Lund, San Jose, CA;

** CONTINUING DATA ****************
THIS APPLICATION IS A DIV OF 09/080,774 05/18/1998 *now USPN 6,107,851*

** FOREIGN APPLICATIONS ***************
*none*

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
07/19/2000

| Foreign Priority claimed | ☐ yes ☑ no | | STATE OR COUNTRY CA | SHEETS DRAWING 9 | TOTAL CLAIMS 18 | INDEPENDENT CLAIMS 2 |
|---|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met | ☐ yes ☐ no ☐ Met after Allowance | | | | | |
| Verified and Acknowledged | Examiner's Signature   Initials | | | | | |

**ADDRESS**

James Y Go
Blakely Sokoloff Taylor & Zafman LLP
12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA 90025-1026

**TITLE**

Off-line converter with integrated softstart and frequency jitter

| FILING FEE RECEIVED 690 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other |
| | | ☐ Credit |

7/19/00 11:23 AM

FCS0000228

05-18-00

PTO/SB/05 (12/97)
Approved for use through 09/2000. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box  [+]

## UTILITY PATENT APPLICATION TRANSMITTAL
(Only for new nonprovisional applications under 37 CFR 1.53(b))

| Attorney Docket No. | 003692.P036D | Total Pages 2 |
|---|---|---|
| First Named Inventor or Application Identifier | Balu Balakrishnan | |
| Express Mail Label No. | EL414980089US | |

**ADDRESS TO:**  Assistant Commissioner for Patents
Box Patent Application
Washington, D. C. 20231

### APPLICATION ELEMENTS
See MPEP chapter 600 concerning utility patent application contents.

1. __X__   **Fee Transmittal Form**
(Submit an original, and a duplicate for fee processing)

2. __X__   **Specification**   (Total Pages  33  )
(preferred arrangement set forth below)
- Descriptive Title of the Invention
- Cross References to Related Applications
- Statement Regarding Fed sponsored R & D
- Reference to Microfiche Appendix
- Background of the Invention
- Brief Summary of the Invention
- Brief Description of the Drawings (if filed)
- Detailed Description
- Claims
- Abstract of the Disclosure

3. __X__   **Drawings(s) (35 USC 113)**   (Total Sheets  9  )

4. __X__   **Oath or Declaration**   (Total Pages  3  )
   a. ____   Newly Executed (Original or Copy)
   b. __XX__ Copy from a Prior Application (37 CFR 1.63(d))
(for Continuation/Divisional with Box 17 completed) (Note Box 5 below)
   i. ____   DELETIONS OF INVENTOR(S) Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).

5. __XX__ **Incorporation By Reference** (useable if Box 4b is checked)
The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied under Box 4b, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

6. ____   Microfiche Computer Program (Appendix)

12/01/97                                    -1-                          PTO/SB/05 (12/97)

7.  Nucleotide and/or Amino Acid Sequence Submission
    (if applicable, all necessary)
    a. _____  Computer Readable Copy
    b. _____  Paper Copy (identical is computer copy)
    c. _____  Statement verifying identity of above copies

## ACCOMPANYING APPLICATION PARTS

8.  _____  Assignment Papers (cover sheet & document(s))
9.  _____  a.  37 CFR 3.73(b) Statement (where there is an assignee)
    _____  b.  Power of Attorney
10. _____  English Translation Document (if applicable)
11.  X   a.  Information Disclosure Statement (IDS)/PTO-1449
     X   b.  Copies of IDS Citations
12.  X   Preliminary Amendment
13.  X   Return Receipt Postcard (MPEP 503) (Should be specifically itemized)
14. _____  a.  Small Entity Statement(s)
    _____  b.  Statement filed in prior application, Status still proper and desired
15. _____  Certified Copy of Priority Document(s) (if foreign priority is claimed)
16.  X   Other:  separate sheet with title, express mail label, copy of postcard and attorney's
                 signature
                 77 cited references

17.  If a CONTINUING APPLICATION, check appropriate box and supply the requisite information:
     _____  Continuation    XX  Divisional    _____  Continuation-in-part (CIP)
     of prior application No: 09/000,774

18.  Correspondence Address
     _____  Customer Number or Bar Code Label
                                              (Insert Customer No. or Attach Bar Code Label here)
             or
      X   Correspondence Address Below

NAME   James Y. Go
       BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP
ADDRESS   12400 Wilshire Boulevard
          Seventh Floor
CITY Los Angeles    STATE  California    ZIP CODE  90025-1026
Country   U.S.A.    TELEPHONE  (425) 827-8600    FAX  (425) 827-5644
Express Mail Label: EL411990069US

FCS0000230

PTO/SB/17(5/99)
Approved for use through 09/30/2000. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL FOR FY 2000

## TOTAL AMOUNT OF PAYMENT ($) ___ 690.00

| Complete if Known: | |
|---|---|
| Application No. | New Application |
| Filing Date | Herewith |
| First Named Inventor | Balu Balakrishnan |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket No. | 003982 P004D |

### METHOD OF PAYMENT (check one)

1. [ X ] The Commissioner is hereby authorized to charge indicated fees and credit any over payments to:

   Deposit Account Number ___ 02-2666
   Deposit Account Name ___

   [ X ] Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

2. __X__ Payment Enclosed:
   __X__ Check
   ___ Money Order
   ___ Other

### FEE CALCULATION

#### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 690 | 201 | 345 | Utility application filing fee | 690.00 |
| 106 | 310 | 206 | 155 | Design application filing fee | |
| 107 | 480 | 207 | 240 | Plant filing fee | |
| 108 | 690 | 208 | 345 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional application filing fee | |

SUBTOTAL (1) $ ___ 690.00

#### 2. EXTRA CLAIM FEES

| | Extra Claims | | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|---|
| Total Claims | 18 | – 20** = | 0 | X | = | |
| Independent Claims | 2 | – 3** = | 0 | X | = | |
| Multiple Dependent | | | | | | |

**Or number previously paid, if greater; For Reissues, see below.

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 78 | 202 | 39 | Independent claims in excess of 3 | |
| 104 | 260 | 204 | 130 | Multiple dependent claim, if not paid | |
| 109 | 78 | 209 | 39 | **Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | **Reissue claims in excess of 20 and over original patent | |

SUBTOTAL (2) $ ___ 00.00

### FEE CALCULATION (continued)

12/29/99
Patent fees are subject to annual revisions. Small Entity payments must be supported by a small entity statement, otherwise large entity fees must be paid.
See Forms PTO/SB/09-12

-1-

PTO/SB/17 (5/99)

FCS0000231

**3.  ADDITIONAL FEES**

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for response within first month | |
| 116 | 390 | 216 | 195 | Extension for response within second month | |
| 117 | 870 | 217 | 435 | Extension for response within third month | |
| 118 | 1,360 | 218 | 680 | Extension for response within fourth month | |
| 128 | 1,850 | 228 | 925 | Extension for response within fifth month | |
| 119 | 300 | 219 | 150 | Notice of Appeal | |
| 120 | 300 | 220 | 150 | Filing a brief in support of an appeal | |
| 121 | 260 | 221 | 130 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive unavoidably abandoned application | |
| 141 | 1,210 | 241 | 605 | Petition to revive unintentionally abandoned application | |
| 142 | 1,210 | 242 | 605 | Utility issue fee (or reissue) | |
| 143 | 430 | 243 | 215 | Design issue fee | |
| 144 | 580 | 244 | 290 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 760 | 246 | 380 | For filing a submission after final rejection (see 37 CFR 1.129(a)) | |
| 149 | 760 | 249 | 380 | For each additional invention to be examined (see 37 CFR 1.129(b)) | |

Other fee (specify) _____

Other fee (specify) _____

SUBTOTAL (3)  $  __09.09__

*Reduced by Basic Filing Fee Paid

**SUBMITTED BY:**

Typed or Printed Name:  James Y. Go

Signature _____    Date  5-16-00

Reg. Number  40,521    Deposit Account User ID _____

(complete if applicable)

12/29/99    -2-    PTO/SB/17 (9/99)

FCS0000232

Our Reference: 003692.P036D

Patent

OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY
JITTER

Inventors: Balu Balakrishnan, Alex Djenguerian and Leif Lund

Respectfully submitted,

BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP



James Y. Go
Reg. No. 40,621

"Express Mail" mailing label number: EL414999069US
Date of Deposit: ___ May 16, 2000
I hereby certify that I am causing this paper or fee to be deposited with
the United States Postal Service "Express Mail Post Office to Addressee"
service on the date indicated above and that this paper or fee has been
addressed to the Assistant Commissioner for Patents, Washington, D.C.
20231

Melanie Beacker
(Typed or printed name of person mailing paper or fee)

Melanie Beacker                    5-16-00
(Signature of person mailing paper or fee)          (Date signed)

Serial/Patent No.:  New Application
Client:  Power Integrations, Inc.
Title:  OFFLINE CONVERTER WITH INTEGRATED SOFTWARE AND FREQUENCY
        JITTER

BSTZ File No.:  003692.P036D
Date Mailed:  May 16, 2000

Atty/Secry Initials:  JYG/smh
Docket Due Date:

The following has been received in the U.S. Patent & Trademark Office on the date stamped hereon:

- [ ] Amendment/response (___ pgs.)
- [ ] Appeal Brief (___ pgs.) In triplicate
- [ ] Application - Utility (___ pgs. with oath and claims)
- [ ] Application - Info 1.53(b) Declaration (___ pgs.)
- [x] Application - Info 1.53(b) Declaration (22 pgs.)
- [ ] Application - Info 1.53(b) CIP (___ pgs.)
- [ ] Application - Info 1.53(b) CPA Transmittal (___ pgs.)
- [ ] Application - Design (___ pgs.)
- [ ] Application - PCT (___ pgs.)
- [ ] Application - Provisional (___ pgs.)
- [ ] Assignment and Cover Sheet
- [ ] Certificate of Mailing
- [x] Declaration & POA (3 pgs.) (copy)
- [ ] Defend Disc Q's A/Copy/Transmittal (___ pgs.)
- [x] Envelope 9 # of sheets included 9 figures

- [ ] Reply to Restriction/Election
- [x] Express Mail No.: EL414999069US  Check No. 30163
       Method/Amount of Fees  Amt  1490.00
- [ ] Information Disclosure/PTO-849 (copy)  Check No.
- [ ] Issue Fee Transmittal
- [ ] Notice of Appeal
- [ ] Petition for Extension of Time
- [ ] Petition for
- [ ] Postcard
- [ ] Power of Attorney (___ pgs.)
- [ ] Preliminary Amendment (___ pgs.)
- [ ] Reply Brief (___ pgs.)
- [ ] Response to Notice of Missing Parts
- [ ] Small Entity Declaration for Indep. Inventor/Small Business
- [ ] Terminal Disc. In duplicate
- [ ] Fee Terminal, In duplicate

(2 pgs each)
(2 pgs each)

- [x] Other:  copy of 77 cited references

FCS0000233

PATENT APPLICATION SERIAL NO. _____

**U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET**

05/25/2000 PSTNUNC 00000001 03573021

01 FC:101                    $90.00 OP

PTO-1556
(5/87)

*U.S. GPO: 1999-430-007/19144

FCS0000234

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective December 29, 1999

Application or Docket Number: 9/573081

### CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY TYPE ☐ RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 345.00 | OR | | 690.00 |
| TOTAL CLAIMS | 18 minus 20= | | X$9= | | OR | X$18= | |
| INDEPENDENT CLAIMS | 2 minus 3= | | X39= | | OR | X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| | | | TOTAL | | OR | TOTAL | 670 |

* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

9

| AMENDMENT A | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | 18 | Minus | 20 | X$9= | | OR | X$18= | |
| Independent | 2 | Minus | 3 | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | X$9= | | OR | X$18= | |
| Independent | | Minus | | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | X$9= | | OR | X$18= | |
| Independent | | Minus | | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

FCS0000235

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | PS | 66621 | 5/25 |
| O.I.P.E. CLASSIFIER | | 49 | |
| FORMALITY REVIEW | ERW | 70662 | 7/19/00 |
| RESPONSE FORMALITY REVIEW | | | |

INDEX OF CLAIMS

| | | | | |
|---|---|---|---|---|
| ✓ | Rejected | N | Non-elected |
| = | Allowed | I | Interference |
| − | (Through numeral) Cancelled | A | Appeal |
| ÷ | Restricted | O | Objected |



If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

FCS0000236



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 327 | 142 143 172 173 174 175 176 530 531 544 | 12/13/00 | JZ |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | Date | Exmr. |
|---|---|---|
| EAST | 12/13/00 | JZ |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 327 | 143 172 531 544 | 12/13/00 | JZ |

(RIGHT OUTSIDE)

1

FCS0000238

233/248
PATENT

## SPECIFICATION

### TITLE OF THE INVENTION

OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

5.   IN A

### BACKGROUND

Field Of The Invention

The field of the present invention pertains to the field of power supplies and among other things to the regulation of power supplies.

10

Background Of The Invention

Power supplies that convert an AC mains voltage to a DC voltage for use by integrated electronic devices, amongst other devices, are known. The power supplies are required to maintain the output voltage, current or power within a regulated range for efficient and safe

15   operation of the electronic device. Switches that operate according a pulse width modulated control to maintain the output voltage, current, or power of the power supply within a regulated range are also known. These switches utilize an oscillator and related circuitry to vary the switching frequency of operation of the switch, and therefore regulated the power, current or voltage that is supplied by the power supply.

20   A problem with utilizing pulse width modulated switches is that they operate at a relatively high frequency compared to the frequency of the AC mains voltage, which results in a high frequency signal being generated by the power supply. This high frequency signal is injected back into the AC mains input and becomes a component of the AC mains signal. The

1

2

Express Mail No. EM363611082US
Docket No: 233/248
May 18, 1998

233/248
PATENT

high frequency signals are also radiated by the power supply as electromagnetic waves. These high frequency signals add to the Electromagnetic Interference (EMI) of the power supply, and in fact are the largest contributors to the EMI of the power supply. The EMI generated by the power supply can cause problems for communications devices in the vicinity of the power

5   supply and the high frequency signal which becomes a component of the AC mains signal will be provided to other devices in the power grid which also causes noise problems for those devices. Further, the radiated EMI by the power supply can interfere with radio and television transmissions that are transmitted over the air by various entities.

To combat the problem of EMI, several specifications have been developed by the

10  Federal Communications Commission (FCC) in the United States and the European Community (EC) have established specification that specify the maximum amount of EMI that can be produced by classes of electronic devices. Since power supplies generate a major component of the EMI for electronic devices, an important step in designing a power supply is minimizing the EMI provided by the power supply to levels with the acceptable limits of the various standards.

15  Since, a power supply can be utilized in many different countries of the world, the EMI produced should be within the most stringent limits worldwide to allow for maximum utilization of the power supply.

A known way of minimizing the EMI provided by the power supply is by adding an EMI filter to the input of the power supply. An EMI filter generally utilizes at least one inductor,

20  capacitor and resistor in combination. However, the greater EMI produced by the power supply, the larger the components that are utilized as part of the EMI filter. The cost of the EMI filter is in large part determined by the size of the inductor and capacitor utilized. The longer the

Express Mail No. EM436301063US
Docket No: 233/248
May 18, 1998

2

FCS0000240

233/248
PATENT

components, the higher the cost of the power supply. Further, simply utilizing an EMI filter does not address the radiated EMI.

Another problem associated with pulse width modulated switches results from operation of the power supply at start up. At start up, the voltage, current and power at the output of the

5    power supply will essentially be zero. The pulse width modulated switch will then conduct for the maximum possible amount of time in each cycle of operation. The result of this is a maximum inrush current into the power supply. The maximum inrush current is greater than the current that is utilized during normal operation of the power supply. The maximum inrush current stresses the components of power supply and switch. Stress is specifically a problem for

10    the switch, or transistor, the transformer of the power supply, and the secondary side components of the power supply. The stress caused by the maximum inrush current decreases the overall life of the power supply and increases the cost of the power supply because the maximum rating of the components used in the power supply to not destruct from the inrush currents will be greater than the maximum rating required for normal operation.

15    Further, when the pulse width modulated switch conducts for the maximum possible amount of time in each cycle of operation the voltage, current and power at the output of the power supply rise rapidly. Since the feedback circuit of the power supply often does not respond as fast as the operating frequency of the switch, the rapid rise of the voltage, current and power will often result in an overshoot of the maximum voltage in the regulation range which will

20    cause damage to the device being supplied power by the power supply.

Referring to Fig. 1 a known power supply that attempts to minimize EMI and reduce startup stress is depicted. A rectifier 10 rectifies the filtered AC mains voltage 5, from EMI filter 120, input by the AC mains to generate a rectified voltage 15. Power supply capacitor 20 then

Express Mail No. EL436381032485US
Docket No. 233/248
May 18, 1998

3

4

FCS0000241

233/248
PATENT

generates a substantially DC voltage with a ripple component. The rectified voltage 15 with

ripple component is provided to the primary winding 35 of transformer 40 that is used to provide

power to secondary winding 45. The output of secondary winding 45 is provided to secondary

rectifier 50 and secondary capacitor 55 that provide a secondary DC voltage 60 at the power

5      supply output 65 to the device that is coupled to the power supply.

In order to maintain the secondary DC voltage within a regulate range a feedback loop

including an optocoupler 70, zener diode 75 and a feedback resistor 80 provides a signal

indicative of the voltage at the power supply output 65 to feedback pin 85 of pulse width

modulated switch 90. The voltage magnitude at the feedback terminal is utilized to vary the duty

10     cycle of a switch coupled between the drain terminal 95 and common terminal 100 of the pulse

width modulated switch 90. By varying the duty cycle of the switch the average current flowing

through the primary winding and therefore the energy stored by the transformer 40 which in turn

controls the power supplied to the power supply output 65 is kept within the regulated range. A

compensation circuit 105 is coupled to the feedback pin 85 in order to lower the bandwidth of

15     the frequency of operation of the pulse width modulator.

Inrush currents are minimized at start up by use of soft start capacitor 110. Soft start

functionality is termed to be a functionality that reduces the inrush currents at start up. At this

instant a current begins to flow through feedback resistor 80 and thereby into soft start capacitor

110. As the voltage of soft start capacitor 110 increases slowly, current will flow through light

20     emitting diode 115 of optocoupler 70 thereby controlling the duty cycle of the switch. Once the

voltage of the soft start capacitor 110 reaches the reverse breakdown voltage of zener diode 75

current will flow through zener diode 75. The approach described above will reduce the inrush

currents into the power supply, however, it will be several cycles before the light emitting diode

Express Mail No. EM436386488US
Docket No. 233/248
May 18, 1998

4

5

FCS0000242

233/248
PATENT

115 will begin conducting. During the several cycles the maximum inrush current will still flow through the primary winding and other secondary side components. During these cycles the transformer may saturate, and therefore the transformer may have to be designed utilizing a higher core size than would be required for normal operation even with the use of soft start

5    capacitor as in Fig. 1.

To reduce the EMI output by the power supply an EMI filter 120 is utilized. Additionally, pulse width modulated switch 90 is equipped with frequency oscillation terminals 125 and 130. Frequency oscillation terminal 125 and 130 receive a jitter current 135 that varies according to the ripple component of substantially DC voltage 25. The jitter current 135 is used

10   to vary the frequency of the saw-toothed waveform generated by the oscillator contained in the pulse width modulated switch 90. The saw toothed waveform generated by the oscillator is compared to the feedback provided at the feedback pin 85. As the frequency of the saw toothed waveform varies, so will the switching frequency of the switch coupled between the drain and common terminal. This allows the switching frequency of the switch to be spread over a larger

15   bandwidth, which minimizes the peak value of the EMI generated by the power supply at each frequency. By reducing the EMI the ability to comply with government standards is increased, because the government standards specify quasi-peak and average values at given frequency levels. Varying the frequency of operation of the pulse width modulated switch by varying the oscillation frequency of the oscillator is referred to as frequency jitter.

20   A problem associated with the EMI reduction scheme described with respect to Fig. 1 is that the ripple component will have variances due to variations in the line voltage and output load. Additionally, since the ripple may vary, design and the component value of EMI resistor.

Express Mail No. EM343340738US
Docket No. 233/248
May 18, 1998

5

FCS0000243

233/248
PATENT

140 is difficult to determine and correspondingly design of the power supply becomes problematic.

## SUMMARY OF THE INVENTION

In one embodiment the present invention comprises a pulse width modulated switch comprising a switch that allows a signal to be transmitted between a first terminal and a second terminal according to a drive signal. The pulse width modulated switch also comprises a frequency variation circuit that provides a frequency variation signal and an oscillator that provides an oscillation signal having a frequency that varies within a frequency range according to the frequency variation signal. The oscillator further provides a maximum duty cycle signal comprising a first state and a second state. The pulse width modulated circuit further comprises a drive circuit that provides the drive signal when the maximum duty cycle signal is in the first state and a magnitude of the oscillation signal is below a variable threshold level.

Another embodiment of the present invention comprises a pulse width modulated switch comprising a switch comprising a control input, the switch allowing a signal to be transmitted between a first terminal and a second terminal according to a drive signal. The pulse width modulated switch also comprises an oscillator that provides a maximum duty cycle signal comprising an on-state and an off-state, a drive circuit that provides the drive signal, and a soft start circuit that provides a signal instructing said drive circuit to disable the drive signal during at least a portion of said on-state of the maximum duty cycle.

In an alternate embodiment the present invention comprises a regulation circuit comprising a switch that allows a signal to be transmitted between a first terminal and a second

Express Mail No. EM362610238US
Docket No: 233/248
May 15, 1998

6

7

233/248
PATENT

terminal according to a drive signal, a drive circuit that provides the drive signal and a soft start circuit that provides a signal instructing the drive circuit to disable the drive signal.

In yet another embodiment the present invention comprises a regulation circuit comprising a switch that allows a signal to be transmitted between a first terminal and a second

5    terminal according to a drive signal, a frequency variation circuit that provides a frequency variation signal, and a drive circuit that provides a drive signal for a maximum time period of a time duration cycle. The time duration of the cycle varies according to the frequency variation signal.

In the above referenced embodiments the pulse width modulated switch or regulation

10    circuit may comprise a monolithic device.

An object of an aspect of the present invention is directed to a pulse width modulated switch that has integrated soft start capabilities.

Another object of an aspect of the present invention is directed toward a pulse width modulated switch that has integrated frequency variation capabilities.

15    Yet another object of an aspect of the present invention is directed toward a pulse width modulated switch that has integrated frequency variation capabilities and integrated soft start capabilities.

A further object of an aspect of the present invention is directed toward a low cost regulated power supply that has both soft start and frequency variation capabilities.

20    This and other objects and aspects of the present inventions are taught, depicted and described in the drawings and the description of the invention contained herein.

Express Mail No. EM343810038US
Docket No. 233/248
May 14, 1998

7

FCS0000245

233/248
PATENT

## BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 is a known power supply utilizing a pulse width modulated switch, and external soft start, and frequency jitter functionality.

Fig. 2 is a presently preferred power supply utilizing an pulse width modulated switch according to the present invention.

Fig. 3 is a presently preferred pulse width modulated switch according to the present invention.

Fig. 4 is a timing diagram of the soft start operation of the presently preferred pulse width modulated switch according to the present invention.

Fig. 5 is a timing diagram of the frequency jitter operation of the presently preferred pulse width modulated switch according to the present invention.

Fig. 6 is an alternate presently preferred pulse width modulated switch according to the present invention.

Fig. 7 is a timing diagram of the operation of the alternate presently preferred pulse width modulated switch of Fig. 6 according to the present invention.

Fig. 8 is a presently preferred power supply utilizing a regulation circuit according to the present invention.

Fig. 9 is a presently preferred regulation circuit according to the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to Fig. 2, EMI filter 200 is coupled to an AC mains voltage 205. The AC mains voltage 205 is rectified by rectifier 210. The rectified voltage 215 is provided to power supply capacitor 220 which provides a substantially DC voltage 225. The substantially DC

Express Mail No. EM363163383US
Docket No. 233/248
May 18, 1998

8
9

233/248
PATENT

voltage 225 is provided to the primary winding 230 of transformer 235 which stores the energy

provided to the primary winding 230. When the primary winding 230 is no longer receiving

energy, energy is delivered by the transformer 235 to the secondary winding 240. The voltage

induced across the secondary winding 240 is rectified by rectifier 245 and then transformed into

5  secondary substantially DC voltage 265 by secondary capacitor 260 and provided to the power

supply output 267.

Energy is no longer provided to the primary winding 230 when the pulse width

modulated switch 262, which is coupled to the primary winding 230, ceases conduction. Pulse

width modulated switch 262 is a switch that is controlled by a pulse width modulated signal.

10  Pulse width modulated switch 262 conducts and ceases conduction according to a duty cycle,

that is in part determined by feedback from the power supply output 267. Pulse width modulated

switch 262 is a switch that operates according to pulse width modulated control. Feedback to the

pulse width modulated switch 262 is accomplished by utilization of feedback circuit 270, which

is presently preferred to comprise a zener diode 275 in series with a resistor 280 and optocoupler

15  285. Optocoupler 285 provides a feedback current 290 to feedback terminal 295 of pulse width

modulated switch 262. The feedback current is utilized to vary the duty cycle of a switch

coupled between the first terminal 300 and second terminal 305 and thus regulate the output

voltage, current or power of the power supply.

Although, it is presently preferred that the output voltage is utilized for feedback, the

20  present invention is also capable of utilizing either the current or power at the power supply

output 267 without departing from the spirit and scope of the present invention.

A portion of the current supplied at the feedback terminal 295 is utilized to supply bias

power for operation of the pulse width modulated switch 262. The remainder of the current

9
10

Express Mail No. EM563810389US
Docket No. 233/248
May 18, 1999

FCS0000247

233/248
PATENT

input at the feedback terminal 295 is utilized to control the duty cycle of the pulse width

modulated switch 262, with the duty cycle being inversely proportional to the feedback current.

A bias winding 310 is utilized to bias optocoupler 285 so that a feedback current can flow

when light emitting diode 315 of optocoupler 285 conducts. The power supplied by the bias

5   winding 310 is also used to charge pulse width modulation capacitor 330, the energy from which

is utilized to power the pulse width modulated switch 262.

Overvoltage protection circuit 335 is utilized to prevent overvoltages from propagating

through to the transformer 235.

Pulse width modulated switch 262 is supplied power during start up of the power supply

10   by current flowing into the first terminal 300. An embodiment of one type of apparatus and

method for designing a configuration for providing power to pulse width modulated switch

through first terminal 300 is disclosed in commonly owned U.S. Patent No. 5,014,178 which is

incorporated herein by reference in its entirety.

The drain terminal 300, source terminal 305 and feedback terminal 295 are the electrical

15   input and/or output points of the pulse width modulated switch 262. They need not be part of a

monolithic device or integrated circuit, unless the pulse width modulated switch 262 is

implemented utilizing a monolithic device or integrated circuit.

Pulse width modulated switch 262 also may have soft start capabilities. When the device

to which the power supply is coupled is switched on, a power up signal is generated within the

20   internal circuitry of pulse width modulated switch 262. The power up signal is used to trigger

soft start circuitry that reduces the duty cycle of the switch that operates within the pulse width

modulated switch 262 for a predetermined period of time, which is presently preferred to be ten

Express Mail No. EM563610198US
Docket No. 233/248
May 18, 1998

10
11

FCS0000248

233/248
PATENT

(10) milliseconds. Once soft start operation is completed, pulse width modulated switch 262 operates according to its regular duty cycle.

Alternatively, or in addition to soft start functionality, pulse width modulated switch 262 may also have frequency jitter functionality. That is, the switching frequency of the pulse width modulated switch 262 varies according to an internal frequency variation signal. This has an advantage over the frequency jitter operation of Fig. 1 in that the frequency range of the presently preferred pulse width modulated switch 262 is known and fixed, and is not subject to the line voltage or load magnitude variations. At low powers, those less than approximately ten (10) watts, the common mode choke which is often utilized as part of the EMI filter 120 can be replaced with inductors or resistors.

As can be seen when comparing the power supply of Fig. 1 to that of Fig. 2 the number of components utilized is reduced. This reduces the overall cost of the power supply as well as reducing its size.

Referring to Fig. 3, frequency variation signal 400 is utilized by the pulse width modulated switch 262 to vary its switching frequency within a frequency range. The frequency variation signal 400 is provided by frequency variation circuit 405, which preferably comprises an oscillator that operates at a lower frequency than main oscillator 465. The frequency variation signal 400, is presently preferred to be a triangular waveform that preferably oscillates between four point five (4.5) volts and one point five (1.5) volts. Although the presently preferred frequency variation signal 400 is a triangular waveform, alternate frequency variation signals such as ramp signals, counter output signals or other signals that vary in magnitude during a fixed period of time may be utilized as the frequency variation signal.

Express Mail No. EM343481834US
– Docket No: 233/248
May 18, 1998

11

12

FCS0000249

233/248
PATENT

The frequency variation signal 400 is provided to soft start circuit 410. During operation soft start circuit 410 is also provided with pulse width modulation frequency signal 415 and power up signal 420. Soft start enable signal 421 goes high at power up and remains high until oscillator signal 400 reaches its peak value for the first time. Soft start circuit 410 will provide a

5    signal to or-gate 425 to reset latch 430 thereby deactivating conduction by the switch 435, which is presently preferred to be a MOSFET. Soft start circuit 410 will instruct switch 435 to cease conduction when the soft start enable signal 421 is provided and the magnitude of the frequency variation signal 400 is less than the magnitude of pulse width modulation signal 415. In other words, start up circuit 410 will allow the switch 435 to conduct as long as soft start enable signal

10   is high and the magnitude of the pulse width modulation signal 415 is below the magnitude of frequency variation signal 400 as depicted in Fig. 4. In this way, the inrush current at startup will be limited for all cycles of operation, including the first cycle. By limiting the inrush current during all cycles of startup operation, the maximum current through each of the components of the power supply is reduced and the maximum current rating of each component can be

15   decreased. The reduction in the ratings of the components reduces the cost of the power supply. Soft start signal 440 will no longer be provided by the frequency variation circuit 405 when the frequency variation signal 400 reaches its peak magnitude.

Operation of soft start circuit 410 will now be explained. Soft start circuit 410 comprises a soft start latch 450 that at its set input receives the power up signal 420 and its reset input

20   receives the soft start signal 440. Soft start enable signal 421 is provided to one input of soft start and-gate 455 while the other input of soft start and-gate 455 is provided with an output from soft start comparator 460. The output of soft start comparator 460 will be high when the

Express Mail No. EM243816069US
Docket No. 233/248
May 14, 1998

FCS0000250

233/248
PATENT

magnitude of frequency variation signal 400 is less than the magnitude of pulse width

modulation oscillation signal 415.

The pulse width modulated switch 262 depicted in Fig. 3 also has frequency jitter

functionality to help reduce the EMI generated by the power supply and pulse width modulated

5    switch 262. Operation of the frequency jitter functionality will now be explained. Main

oscillator 465 has a current source 470 that is mirrored by mirror current source 475. Main

oscillator drive current 615 is provided to the current source input 485 of PWM oscillator 480.

The magnitude of the current input into current source input 485 of PWM oscillator 480

determines the frequency of the pulse width modulation oscillation signal 415 which is provided

10    by PWM oscillator 480. In order to vary the frequency of pulse width modulation oscillation

signal 415, an additional current source 495 is provided within main oscillator 465. The

additional current source 495 is mirrored by additional current source mirror 500. The current

provided by additional current source 495 is varied as follows. Frequency variation signal 400 is

provided to the gate of main oscillator transistor 505. As the magnitude of frequency variation

15    signal 400 increases so does the voltage at the source of main oscillator transistor 505, due to the

increasing voltage at the gate of main oscillation transistor and the relatively constant voltage

drop between the gate and source of the main oscillation transistor 505. As the voltage at the

source of main oscillation transistor 505 increases so does the current flowing through the main

oscillation resistor 510. The current flowing through main oscillation resistor 510 is the same as

20    the current flowing through additional current source 495 which is mirrored by additional current

source mirror 500. Since, the presently preferred frequency variation signal 400 is a triangular

waveform having a fixed period, the magnitude of the current input by additional current source

mirror 500 will vary linearly with the magnitude of the rising and falling edges of the frequency

Express Mail No. EM363810398US
Docket No. 233/248
May 18, 1998

13

14

233/248
PATENT

variation signal 400. If the frequency variation signal 400 is a ramp signal, the frequency would linearly rise to a peak and then immediately fall to is lowest value. In this way, the current provided to current source input 485 of PWM oscillator 480 is varied in a known fixed range that allows for easy and accurate frequency spread of the high frequency current generated by the

5    pulse width modulated switch. Further, the variance of the frequency is determined by the magnitude of the current provided by additional current source mirror 500, which is in turn a function of the resistance of main oscillation resistor 510.

Frequency variation circuit 405 includes a current source 525 that produces a fixed magnitude current 530 that determines the magnitude of the frequency of the frequency variation

10    signal 400. Although, the presently preferred current 530 has a fixed magnitude, the frequency variation signal can be generated utilizing a variable magnitude current, if a variable current is generated the frequency spread would not be fixed in time but would vary with the magnitude of current 530. The fixed magnitude current 530 is fed into first transistor 535, mirrored by second transistor 540 and fed into third transistor 545. The frequency variation signal 400 is generated

15    by the charging and discharging of frequency variation circuit capacitor 550. Frequency variation circuit capacitor 550 is presently preferred to have a relatively low capacitance, which allows for integration into a monolithic chip in one embodiment of the pulse width modulated switch 262. The frequency variation signal 400 is provided to upper limit comparator 555 and lower limit comparator 560. The output of upper limit comparator 555 will be high when the

20    magnitude of the frequency variation signal 400 exceeds the upper threshold voltage 552 which is presently preferred to be four point five (4.5) volts. The output of lower limit comparator 560 will be high when the magnitude of frequency variation signal 400 exceeds lower threshold voltage 557 which is presently preferred to be one point five volts (1.5) volts. The output of

Express Mail No. EM563610385US
Docket No. 233/248
May 12, 1998

14

233/248
PATENT

upper limit comparator 555 is provided to the frequency variation circuit inverter 565 the output

of which is provided to the reset input of frequency variation circuit latch 570. The set input of

frequency variation circuit latch 570 receives the output of lower limit comparator 560. In

operation, the output of lower limit comparator 560 will be maintained high for the majority of

5   each cycle of frequency variation signal 400 because the magnitude of frequency variation signal

will be maintained between upper threshold 552, 4.5 volts, and the lower threshold 557, 1.5

volts. The output of upper limit comparator 555 will be low until the magnitude of frequency

variation signal 400 exceeds upper level threshold 552. This means that the reset input will

receive a high signal until the magnitude of the frequency variation signal 400 rises above the

10   upper threshold signal 552.

The charge signal 575 output by frequency variation circuit latch 570 will be high until

the frequency variation signal 400 exceeds the upper threshold limit signal 552. When the

charge signal 575 is high, transistors 585 and 595 are turned off. By turning off transistors 585

and 595 current can flow into frequency variation circuit capacitor 550, which steadily charges

15   frequency variation circuit capacitor 550 and increases the magnitude of frequency variation

signal 400. The current that flows into frequency variation circuit capacitor 550 is derived from

current source 525 because the current through transistor 590 is mirrored from transistor 580,

which is mirrored from transistor 535.

During power up, when power-up signal 420 is low, the output of inverter 605 is high

20   which turns on transistor 600 causing frequency variation signal 400 to go low. The frequency

variation signal 400 is presently preferred to start from its lowest level to perform the soft start

function during its first cycle of operation.

Express Mail No. EM363810308US
Docket No: 233/248
May 18, 1998

15
16

233/248
PATENT

Steady-state operation of the pulse width modulated switch 262, i.e. non-start up operation, will now be described. PWM oscillator 480 provides pulse width modulation oscillation signal 415 to pulse width modulation comparator 609, the output of which will be high when the magnitude of pulse width modulation signal 415 is greater than the magnitude of a

5      feedback signal 296 which is a function of the input provided at feedback terminal 295. When the output of pulse width modulation comparator 609 is high or-gate 425 is triggered to go high, which in turn resets pulse width modulation latch 430, removing the on signal from the control input switch 435, thereby turning off switch 435. Pulse width modulation latch 430 is set by clock signal 603, which is provided at the beginning of each cycle of pulse width modulation

10     oscillator 480. Drive circuit 615, which is presently preferred to be an and-gate, receives the output of pulse width modulation latch 430, power up signal 420, and maximum duty cycle signal 607. As long as each one of the signals is high, drive signal 610 is provided to the gate of MOSFET 435, which is coupled between first terminal 300 and second terminal 305 of the pulse width modulated switch 262. When any of the output of pulse width modulation latch 430,

15     power up signal 420, or maximum duty cycle signal 607 goes low drive signal 610 is no longer provided and switch 435 ceases conduction.

        Referring to Fig. 4, frequency variation signal 400 preferably has a period, which is greater than that of pulse width modulated oscillation signal 415. The presently preferred period for frequency variation signal 400 is twenty (20) milliseconds, in order to allow for a smooth

20     start up period which is sufficiently longer than the period of pulse width modulated signal 415 which is presently preferred to be ten (10) microseconds. Drive signal 610 will be provided only when the magnitude of pulse width modulated signal 415 is less than the magnitude of frequency

Express Mail No. EM563310330US
Docket No: 233/248
May 18, 1998

16
17

233/248
PATENT

variation signal 400. Further, frequency variation signal 400 will be preferably initiated starting from low voltage when power up signal 420 is provided.

Referring to Fig. 5, frequency variation signal 400 which is presently preferred to have a constant period is provided to the main oscillator 465. The magnitude of the pulse width modulator current 615 will approximately be the magnitude of frequency variation signal 400 divided by the resistance of resistor 510 plus the magnitude of the current produced by current source 470. In this way the pulse width modulator current 615 will vary with the magnitude of the frequency variation signal 400. The result is that the frequency of pulse width modulation signal is varied according to the magnitude of this current. It is presently preferred that the pulse width modulator current source produces a constant current having a magnitude of twelve point one (12.1) microamperes, and that frequency variation signal induced current 627 varies between zero (0) and eight hundred (800) nanoamperes. Thereby spreading the frequency of operation of the pulse width modulation oscillator 480 and reducing the average magnitude and the quasi-peak magnitude at all frequency levels of the EMI generated by the power supply.

Referring to Fig. 6, an alternate presently preferred pulse width modulated switch 262 includes all of the same components as described with respect to Fig. 3. In addition to these components, a second frequency variation circuit current source 660 and transistor 655 are added to the frequency variation circuit 405. Transistor 655 is activated only when the output of soft start latch 450 goes low. When transistor 655 is activated the current provided to the frequency variation circuit 405 increases as does the frequency of frequency variation signal 400. However, transistor 655 will only be turned on when the output of soft start latch 450 goes low, i.e. when the magnitude of frequency variation signal 400 first reaches the upper threshold after power up. The period of frequency variation signal 400 will then increase after its first half

17

233/248
PATENT

cycle. This will decreases the period of the cycle during which the frequency is spread, without

decreasing the frequency range. The benefit of the decreased cycle period will further decrease

the quasi-peak levels of the EMI due to spending less time at each frequency level.

Referring to Fig. 7, operation of the frequency variation circuit 405 of Fig. 6 is depicted.

5    Frequency variation signal 405 will preferably have a period of ten (10) milliseconds for its first

half cycle. After that, when the transistor 635 is turned on the period is preferably decreased to

five (5) milliseconds. Pulse width modulated switch 262 is presently preferred to be a

monolithic device.

Referring to Fig. 8, a power supply comprises a bridge rectifier 710 that rectifies an input

10   AC mains voltage. Power supply capacitors 720 charge with the rectified AC mains voltage to

maintain an input DC voltage 725. A presently preferred range for input DC voltage 725 is

approximately one hundred (100) to four hundred (400) volts to allow for operation based upon

worldwide AC mains voltages which range between eighty five (85) and two hundred sixty five

(265) volts. The presently preferred power supply also includes harmonic filter components 910

15   which in combination with capacitors 720 reduce the harmonic current injected back into the

power grid. Transformer 730 includes a primary winding 740 magnetically coupled to secondary

winding 750. The secondary winding 750 is coupled to a diode 760 that is designed to prevent

current flow in the secondary winding 750 when the regulation circuit 850 is conducting (on-

state). A capacitor 770 is coupled to the diode 760 in order to maintain a continuous voltage on a

20   load 780 which has a feedback circuit coupled to it. A presently preferred feedback circuit

comprises an optocoupler 800 and zener diode 820. The output of optocoupler 800 is coupled to

the feedback terminal 825 of regulation circuit 850. The presently preferred regulation circuit

850 switches on and off at a duty cycle that is constant at a given input DC voltage 740. A

Express Mail No. EM563101188US
Docket No. 233/248
May 18, 1998

FCS0000256

233/248
PATENT

regulation circuit power supply bypass capacitor 860 is coupled to and supplies power to regulation circuit 850 when the regulation circuit 850 is in the on-state.

Operation of the power supply will now be described. An AC mains voltage is input through EMI filter 700 into bridge rectifier 710 which provides a rectified signal to power supply capacitors 720 that provide input DC voltage 725 to primary winding 740. Regulation circuit 850, which preferably operates at a constant frequency and about constant duty cycle at a given input DC voltage 725, allows current to flow through primary winding 740 during its on state of each switching cycle and acts as open circuit in its off state. When current flows through primary winding 740 transformer 730 is storing energy, when no current is flowing through primary winding 740 any energy stored in transformer 730 is delivered to secondary winding 750. Secondary winding 750 then provides the energy to capacitor 770. Capacitor 770 delivers power to the load 780. The voltage across the load 780 will vary depending on the amount of energy stored in the transformer 730 in each switching cycle which is in turn dependent on the length of time current is flowing through primary winding 740 in each switching cycle which is presently preferred to be constant at a given input DC voltage 725. The presently preferred regulation circuit 850 allows the voltage delivered to the load to be maintained at a constant level.

It is presently preferred that the sum of the voltage drop across optocoupler 800 and the reverse break down voltage of zener diode 820 is approximately equal to the desired threshold level. When the voltage across the load 780 reaches the threshold level, current begins to flow through the optocoupler 800 and zener diode 820 that in turn is used to disable the regulation circuit 850. Whenever regulation circuit 850 is in the off-state the regulation circuit power supply bypass capacitor 860 is charged to the operating supply voltage, which is presently

Express Mail No. EM563818168US
Docket No. 233/248
May 18, 1998

FCS0000257

233/248
PATENT

preferred to be five point seven (5.7) volts by allowing a small current to flow from bypass terminal 865 to the regulation circuit power supply bypass capacitor 860. Regulation circuit power supply bypass capacitor 860 is used to supply power to operate regulation circuit 850 when it is in the on-state.

5.       When the regulation circuit 850 is disabled, an open circuit condition is created in primary winding 740 and transformer 730 does not store energy. The energy stored in the transformer 730 from the last cycle of regulation circuit 850 is then delivered to secondary winding 750 which in turn supplies power to the load 780. Once the remaining energy in transformer 750 is delivered to the load 780 the voltage of the load 780 will decrease. When the

10      voltage at the load 780 decreases below the threshold level, current ceases to flow through optocoupler 800 and regulation circuit 850 resumes operation either instantaneously or nearly instantaneously.

        The presently preferred regulation circuit 850 has a current limit feature. The current limit turns off the regulation circuit 850, when the current flowing through the regulation circuit

15      850 rises above a current threshold level. In this way regulation circuit 850 can react quickly to changes such as AC ripple that occur in the rectified AC mains voltage, and prevents the propagation of the voltage changes to the load. The current limit increases the responsiveness of the regulation circuit to input voltage changes and delivers constant power output independent for the AC mains input voltage.

20      Although the presently preferred power supply of Fig. 8 utilizes current mode regulation and a feedback circuit that includes an optocoupler and zener diode, the present invention is not to be construed as to be limited to such a feedback method or circuit. Either current or voltage mode regulation may be utilized by the present invention without departing from the spirit and

Express Mail No. EM363810268US
Docket No: 233/248
May 18, 1998

20
21

233/248
PATENT

scope of the present invention so long as a signal indicative of the power supplied to the load is supplied to the feedback terminal 825 of the regulation circuit 850. Additionally, although the presently preferred power supplies both utilize an optocoupler and zener diode as part of feedback circuits other feedback circuits may be utilized by the present invention without departing from the spirit and scope of the present invention.

Regulation circuit 850 also may have integrated soft start capabilities. When the device to which the power supply is coupled is switched on, a power up signal is generated within the internal circuitry of regulation circuit 850. A power up signal is used to trigger soft start circuitry that reduces the duty cycle of the switch that operates within the pulse width modulated switch 262 for a predetermined period of time, which is presently preferred to be ten (10) milliseconds. Once soft start operation is completed, regulation circuit 850 operates according to its regular duty cycle.

Alternatively, or in addition to soft start functionality, regulation circuit 850 may also have frequency jitter functionality. That is, the switching frequency of the regulation circuit 850 varies according to an internal frequency variation signal. This has an advantage over the frequency jitter operation of Fig. 1 in that the frequency range of the presently regulation circuit 850 is known and fixed, and is not subject to the line voltage or load magnitude variations.

Referring to Fig. 9, frequency variation circuit 405 and main oscillator 465 function as described with respect to Fig. 3. In operation it is the variance of the high and low states of maximum duty cycle signal 607 that generates the frequency jitter functionality of the regulation circuit 850. A presently preferred regulation circuit 850 and its steady-state operation is depicted and described in copending patent application serial No. 09/032,520 which is hereby incorporated by reference in its entirety.

Express Mail No. EM563810588US
Docket No. 233/248
May 18, 1998

21

22

FCS0000259

233/248
PATENT

The regulation circuit of Fig. 9 can be modified to include a second current source to further increase the period of main oscillation signal 415 which achieves the same result and function as described with respect of Figs. 6 and 7.

The soft start functionality of the presently preferred regulation circuit 850 of Fig. 9, will shorten the on-time of switch 435 to less than the time of the maximum duty cycle signal 607 as long as the soft start enable signal 421 is provided and the magnitude of frequency variation signal 400 is less than the magnitude of main oscillation signal 415.

The presently preferred regulation circuit 850 preferably comprises a monolithic device.

While the embodiments, applications and advantages of the present invention have been depicted and described, there are many more embodiments, applications and advantages possible without deviating from the spirit of the inventive concepts described herein. Thus, the inventions are not to be restricted to the preferred embodiments, specification or drawings. The protection to be afforded this patent should therefore only be restricted in accordance with the spirit and intended scope of the following claims.

Express Mail No. EM501810388US
Docket No: 233/248
May 18, 1998

22
23

233/248
PATENT

## CLAIMS

**What Is Claimed Is:**

A pulse width modulated switch comprising:

a first terminal;

5      a second terminal;

a switch comprising a control input, said switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input;

a frequency variation circuit that provides a frequency variation signal;

10     an oscillator that provides an oscillation signal having a frequency range, said frequency of said oscillation signal varying within said frequency range according to said frequency variation signal, said oscillator further providing a maximum duty cycle signal comprising a first state and a second state; and

a drive circuit that provides said drive signal when said maximum duty cycle signal is in

15     said first state and a magnitude of said oscillation signal is below a variable threshold level.


2.      The pulse width modulated switch of claim 1 wherein said first terminal, said second terminal, said switch, said oscillator, said frequency variation circuit and said drive circuit comprise a monolithic device.

20

3.      The pulse width modulated switch of claim 1 wherein said frequency variation circuit comprises an additional oscillator that provides said frequency variation signal to said

Express Mail No. EM561840288US
Docket No: 233/248
May 18, 1998

FCS0000261

233/248
PATENT

oscillator, said frequency of said oscillation signal varying within said frequency range according to said frequency variation signal.

4.    The pulse width modulated switch of claim 1 further comprising a soft start

5  circuit that provides a signal instructing said drive circuit to discontinue said drive signal when a magnitude of said oscillation signal is greater than a magnitude of said frequency variation signal.

5.    The pulse width modulated switch of claim 4 wherein said additional oscillator

10  provides a soft start signal, and wherein said soft start circuit ceases operation when said soft start signal is removed.

6.    The pulse width modulated circuit of claim 5 wherein said additional oscillator further comprises

15    a comparator that provides a comparator signal when a magnitude of a reference signal is greater than or equal to a magnitude of said frequency variation signal, and

an inverter that receives said comparator signal and provides said soft start signal.

7.    The pulse width modulated switch of claim 1 wherein said frequency of said

20  oscillation signal varies within said frequency range with a magnitude of said frequency variation signal.

Express Mail No. EM561813382US
Docket No: 233/248
May 18, 1998

24

233/248
PATENT

8.    The pulse width modulated switch of claim 1 wherein said oscillator comprises a an input that receives said frequency variation signal and a current source, wherein said frequency of said oscillation signal is a function of a sum of a magnitude of a current provided by said current source and a magnitude of said frequency variation signal.

5

9.    The pulse width modulated switch of claim 1 further comprising

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectified signal;

a power supply capacitor that receives said rectified signal and provides a substantially DC signal;

10

a first winding comprising a first terminal and a second terminal, said first winding receiving said substantially DC signal, said second terminal of said first winding coupled to said first terminal of said pulse width modulated switch; and

a second winding magnetically coupled to said first winding, said first winding capable of being coupled to a load.

15

10.    The pulse width modulated switch of claim 1 wherein said variable threshold level is a function of a feedback signal received at a feedback terminal of said pulse width modulated switch.

20

11.    A pulse width modulated switch comprising

a first terminal;

a second terminal;

Express Mail No. EM581262568US
Docket No. 233/248
May 18, 1996

25

233/248
PATENT

a switch comprising a control input, the switch allowing a signal to be transmitted

between said first terminal and said second terminal according to a drive signal provided at said

control input;

an oscillator that provides a maximum duty cycle signal comprising an on-state and an

5      off-state;

a drive circuit that provides said drive signal according to said maximum duty cycle

signal; and

a soft start circuit that provides a signal instructing said drive circuit to disable said drive

signal during at least a portion of said on-state of said maximum duty cycle.

10      2. The pulse width modulated switch of claim 1, wherein said a first terminal, said

second terminal, said switch, said oscillator, said drive circuit and said soft start circuit comprise

a monolithic device.

15      3. The pulse width modulated switch of claim 1 further comprising an additional

oscillator that provides a soft start signal to said soft start circuit, and wherein when said soft

start signal is removed said soft start circuit ceasing operation.

4. The pulse width modulated circuit of claim 3 wherein said additional oscillator

20      further comprises

a comparator that provides a comparator signal when a magnitude of a reference signal is

greater than or equal to a magnitude of said frequency variation oscillation signal, and

an inverter that receives said comparator signal and provides said soft start signal.

26

Express Mail No. EM363810388US
Docket No. 233/248
May 18, 1998

FCS0000264

233/248
PATENT

15. The pulse width modulated switch of claim 11 further comprising a frequency variation circuit that provides a frequency variation signal, wherein said oscillator provides an oscillation signal and wherein said soft start circuit provides said signal instructing said drive circuit to disable said drive signal when a magnitude of said oscillation signal is greater than a magnitude of said frequency variation signal.

16. The pulse width modulated switch of claim 15 wherein said oscillator comprises an input that receives said frequency signal and said oscillation signal comprises a frequency range, and wherein said frequency of said oscillation signal varies within said frequency range according to a magnitude of said frequency variation signal.

17. The pulse width modulated switch of claim 16 wherein said oscillator further comprises a current source, wherein said frequency of said oscillation signal is a function of a sum of a magnitude of a current provided by said current source and said magnitude of said frequency variation signal.

18. The pulse width modulated switch of claim 11 further comprising

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectifier signal;

a power supply capacitor that receives said rectified signal;

a first winding comprising a first terminal and a second terminal, said first winding receiving a substantially DC signal from said power supply capacitor, said second terminal of said first winding coupled to said first terminal of said pulse width modulated switch; and

27

Express Mail No. EM363103385US
Docket No: 233/248
May 18, 1998

233/248
PATENT

a second winding magnetically coupled to said first winding, said first winding capable of

being coupled to a load.

9.    A regulation circuit comprising

5      a first terminal;

a second terminal;

a switch comprising a control input, said switch allowing a signal to be transmitted

between said first terminal and said second terminal according to a drive signal provided at said

control input;

10      a drive circuit that provides said drive signal for a maximum time period of a cycle; and

a soft start circuit that provides a signal instructing said drive circuit to disable said drive

signal during at least a portion of said maximum time period.

10.    The regulation circuit of claim 9 further comprising an oscillator that provides a

15    maximum duty cycle signal to said drive circuit, said maximum duty cycle signal comprising an

on-state for said maximum time period.

11.    The regulation circuit of claim 10 further comprising a frequency variation circuit

that provides a frequency variation signal, wherein said oscillator provides an oscillation signal

20    and wherein said soft start circuit provides said signal instructing said drive circuit to disable said

drive signal when a magnitude of said oscillation signal is greater than a magnitude of said

frequency variation signal.

Express Mail No. EM56384038US
Docket No. 233/248
May 18, 1994

28

FCS0000266

233/248
PATENT

~~12~~
~~24.~~ The regulation circuit of claim ~~19~~ further comprising an additional oscillator that provides a soft start signal to said soft start circuit, and wherein when said soft start signal is removed said soft start circuit ceasing operation.

5  ~~13~~
~~25.~~ The regulation circuit of claim ~~24~~ wherein said additional oscillator further comprises

a comparator that provides a comparator signal when a magnitude of a reference signal is greater than or equal to a magnitude of said additional oscillation signal, and

an inverter that receives said comparator signal and provides said soft start signal.

10  ~~14~~
~~26.~~ The regulation circuit of claim ~~19~~ further comprising a frequency variation circuit that provides a frequency variation signal and wherein said maximum time period varies according to a magnitude of said frequency variation signal.

15  ~~15~~
~~26.~~ The regulation circuit of claim ~~19~~ further comprising a feedback terminal and wherein when a signal is received at said feedback terminal said drive signal is discontinued for at least one cycle.

~~16~~
~~26.~~ The regulation circuit of claim ~~19~~ wherein said first terminal, said second 20  terminal, said oscillator and said soft start circuit comprise a monolithic device.

Express Mail No. EM343310106US
Docket No. 233/248
May 14, 1998

29

~~29~~

FCS0000267

233/248
PATENT

17.
~~27.~~ The regulation circuit of claim ~~26~~ 16 further comprising a current limit circuit that

provides a signal instructing said drive circuit to discontinue said drive signal when a current

received at said first terminal of said regulation circuit is above a threshold level.

18. 9
5    ~~28.~~ The regulation circuit of claim ~~19~~ further comprising

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving

an AC mains signal and said rectifier output providing a rectifier signal;

a power supply capacitor that receives said rectified signal;

a first winding comprising a first terminal and a second terminal, said first winding

10   receiving a substantially DC signal from said power supply capacitor, said second terminal of

said first winding coupled to said first terminal of said regulation circuit; and

a second winding magnetically coupled to said first winding, said first winding capable of

being coupled to a load.

15   30.    A regulation circuit comprising:

a first terminal;

a second terminal;

a switch comprising a control input, said switch allowing a signal to be transmitted

between said first terminal and said second terminal according to a drive signal provided at said

20   control input; and

a frequency variation circuit that provides a frequency variation signal;

a drive circuit that provides said drive signal for a maximum time period of a time

duration cycle;

Express Mail No. EM343918989US
Docket No: 213/248
May 18, 1998

30
30

233/248
PATENT

wherein said time duration of said cycle varies according to said frequency variation signal.

30.     The regulation circuit of claim 29 wherein said frequency variation circuit comprises an oscillator that provides said frequency variation signal.

31.     The regulation circuit of claim 29 further comprising a soft start circuit that provides a signal instructing said drive circuit to discontinue said drive according to a magnitude of said frequency variation signal.

32.     The regulation circuit of claim 31 further wherein said frequency variation circuit provides a soft start signal, and wherein said soft start circuit ceases operation when said soft start signal is removed.

33.     The regulation circuit of claim 32 wherein said frequency variation circuit further comprises

a comparator that provides a comparator signal when a magnitude of a reference signal is greater than or equal to a magnitude of said frequency variation signal and

an inverter that receives said comparator signal and provides said soft start signal.

34.     The regulation circuit of claim 29 wherein said first terminal, said second terminal, said switch, said frequency variation circuit, and said drive circuit comprise a monolithic device.

Express Mail No. EM456340388US
Docket No: 233/248
May 18, 1998

31

FCS0000269

233/248
PATENT

35.    The regulation circuit of claim 29 further comprising

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving

an AC mains signal and said rectifier output providing a rectified signal;

5    a power supply capacitor that receives said rectified signal and provides a substantially

DC signal;

a first winding comprising a first terminal and a second terminal, said first winding

receiving said substantially DC signal, said second terminal of said first winding coupled to said

first terminal of said regulation circuit; and

10    a second winding magnetically coupled to said first winding, said first winding capable of

being coupled to a load.


36.    The regulation circuit of claim 29 further comprising a current limit circuit that

provides a signal instructing said drive circuit to discontinue said drive signal when a current

15    received at said first terminal of said regulation circuit is above a threshold level.


37.    The regulation circuit of claim 29 further comprising a feedback terminal and

wherein when a signal is received at said feedback terminal said drive signal is discontinued for

at least one cycle.


Express Mail No. EM343810349US
Docket No: 233/248
May 14, 1998

32

09573081

233/248
PATENT

## ABSTRACT

A pulse width modulated switch comprises a first terminal, a second terminal, and a switch that allows a signal to be transmitted between the first terminal and the second terminal according to a drive signal provided at a control input. The pulse width modulated switch also comprises a frequency variation circuit that provides a frequency variation signal and an oscillator that provides an oscillation signal having a frequency of that varies within a frequency range according to the frequency variation signal. The oscillator further provides a maximum duty cycle signal comprising a first state and a second state. The pulse width modulated switch further comprises a drive circuit that provides the drive signal when the maximum duty cycle signal is in the first state and a magnitude of the oscillation signal is below a variable threshold level.

Express Mail No. EM363918268US
Docket No: 233/248
May 18, 1998

1

~~22~~
~~33~~

FCS0000271

**DECLARATION
AND POWER OF ATTORNEY**
Utility Application

LYON & LYON LLP

233/248

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled **"OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER"**, the specification of which

Check One
☒  is attached hereto.
☐  was filed on _____ as
    Application Serial No. _____
    and was amended on _____
                                    (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the patentability of this application in accordance with Title 37, Code of Federal Regulations, § 1.56(a). I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent and inventor's certificate having a filing date before that of the application on which priority is claimed.

| | | | Priority Claimed | |
|---|---|---|---|---|
| Application Number | Country | Date of Filing | Yes% | No% |
| | | | | |
| | | | | |

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application.

| Application Number | Date of Filing | Status—Patented, Pending or Abandoned |
|---|---|---|
| | | |
| | | |

POWER OF ATTORNEY: As a named inventor, I hereby appoint as my attorneys, with full power of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith: Roland N. Smoot, Reg. No. 18,718; Conrad R. Solum, Jr., Reg. No. 20,467; James W. Geriak, Reg. No. 20,233; Robert M. Taylor, Jr., Reg. No. 19,848; Samuel B. Stone, Reg. No. 19,297; Douglas E. Olson, Reg. No. 22,798; Robert E. Lyon, Reg. No. 24,171; Robert C. Weiss, Reg. No. 24,939; Richard E. Lyon, Jr., Reg. No. 26,300; John D. McConaghy, Reg. No. 26,773; William C. Steffin, Reg. No. 26,811; Coe A. Bloomberg, Reg. No. 26,605; J. Donald McCarthy, Reg. No. 25,119; John M. Benassi, Reg. No. 27,483; James H. Shalek, Reg. No. 29,749; Allan W. Jansen, Reg. No. 29,395; Robert W. Dickerson, Reg. No. 29,914; Roy L. Anderson, Reg. No. 30,240; David B. Murphy, Reg. No. 31,125; James C. Brooks, Reg. No. 29,898; Jeffrey M. Olson, Reg. No. 30,790; Steven D. Hemminger, Reg. No. 30,755; Jerrold B. Reilly, Reg. No. 32,293; Paul H. Meier, Reg. No. 32,274; John A. Rafter, Jr., Reg. No. 31,653; Kenneth H. Ohriner, Reg. No. 31,646; Mary S. Consalvi, Reg. No. 32,212; Lois M. Kwasigroch, Reg. No. 35,579; Lawrence R. LaPorte, Reg. No. 38,948; Robert C. Laurenson, Reg. No. 34,206; Carol A. Schneider, Reg. No. 34,923; Hope E. Melville, Reg. No. 34,874; Michael J. Wise, Reg. No. 34,047; Richard J. Warburg, Reg. No. 32,327; David T. Burse, Reg. No. 37,104; Jeffrey A. Miller, Reg. No. 35,287; Bernard F. Rose, Reg. No. P-42,112; Michael J. Bolan, Reg. No. P-42,339; Lynn Y. McKeman, Reg. No. P-41,986; and Dmitry R. Milikovsky, Reg. No. P-41,999.

DPOA.Uti

Update 4/97

FCS0000272

APPLICABLE STATUTES & RULES

37 CFR 1.56 DUTY TO DISCLOSE INFORMATION MATERIAL TO PATENTABILITY.

(a) A patent by its very nature is affected with a public interest. The public interest is best served, and the most effective patent examination occurs when, at the time an application is being examined, the Office is aware of and evaluates the teachings of all information material to patentability. Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section. The duty to disclose information exists with respect to each pending claim until the claim is cancelled or withdrawn from consideration, or the application becomes abandoned. Information material to the patentability of a claim that is cancelled or withdrawn from consideration need not be submitted if the information is not material to the patentability of any claim remaining under consideration in the application. There is no duty to submit information which is not material to the patentability of any existing claim. The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office in the manner prescribed by in 1.97(b)-(d) and 1.98. However, no patent will be granted on an application in connection with which fraud on the Office was practiced or attempted or the duty of disclosure was violated through bad faith or intentional misconduct. The Office encourages applicants to carefully examine:

(1) prior art cited in search reports of a foreign patent office in a counterpart application, and

(2) the closest information over which individuals associated with the filing or prosecution of a patent application believe any pending claim patentably defines, to make sure that any material information contained therein is disclosed to the Office.

(b) Under this section information is material to patentability when it is not cumulative to information already of record or being made of record in the application, and

(1) It establishes, by itself or in combination with other information, a prima facie case of unpatentability of a claim; or

(2) It refutes, or is inconsistent with, a position the applicant takes in:

(i) Opposing an argument of unpatentability relied on by the Office, or

(ii) Asserting an argument of patentability.

A prima facie case of unpatentability is established when the information compels a conclusion that a claim is unpatentable under the preponderance of evidence, burden-of-proof standard, giving each term in the claim its broadest reasonable construction consistent with the specification, and before any consideration is given to evidence which may be submitted in an attempt to establish a contrary conclusion of patentability.

(c) Individuals associated with the filing or prosecution of a patent application within the meaning of this section are:

(1) Each inventor named in the application;

(2) Each attorney or agent who prepares or prosecutes the application; and

(3) Every other person who is substantively involved in the preparation or prosecution of the application and who is associated with the inventor, with the assignee or with anyone to whom there is an obligation to assign the application.

(d) Individuals other than the attorney, agent or inventor may comply with this section by disclosing information to the attorney, agent, or inventor.

35 U.S.C. 102.    CONDITIONS FOR PATENTABILITY; NOVELTY AND LOSS OF RIGHT TO PATENT

A person shall be entitled to a patent unless—

(a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent, or

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of the application for patent in the United States, or

(c) he has abandoned the invention, or

(d) the invention was first patented or caused to be patented, or was the subject of an inventor's certificate, by the applicant or his legal representatives or assigns in a foreign country prior to the date of the application for patent in this country on an application for patent or inventor's certificate filed more than twelve months before the filing of the application in the United States, or

(e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent, or

(f) he did not himself invent the subject matter sought to be patented, or

(g) before the applicant's invention thereof the invention was made in this country by another who had not abandoned, suppressed, or concealed it. In determining priority of invention there shall be considered not only the respective dates of conception and reduction to practice of the invention, but also the reasonable diligence of one who was first to conceive and last to reduce to practice, from a time prior to conception by the other.

35 U.S.C. 103.    CONDITIONS FOR PATENTABILITY; NON-OBVIOUS SUBJECT MATTER

A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

35 U.S.C. 119.    BENEFIT OF EARLIER FILING DATE IN FOREIGN COUNTRY; RIGHT OF PRIORITY (Applicable Portion)

An application for patent for an invention filed in this country by any person who has, or whose legal representatives or assigns have, previously regularly filed an application for a patent for the same invention in a foreign country which affords similar privileges in the case of applications filed in the United States or to citizens of the United States, shall have the same effect as the same application would have if filed in this country on the date on which the application for patent for the same invention was filed in such foreign country, if the application in this country is filed within twelve months from the earliest date on which such foreign application was filed; but no patent shall be granted on any application for a patent for an invention which has been patented or described in a printed publication in any country more than one year before the date of the actual filing of the application in this country, or which had been in public use or on sale in this country more than one year prior to such filing.

35 U.S.C. 120.    BENEFIT OF EARLIER FILING DATE IN THE UNITED STATES

An application for patent for an invention disclosed in the manner provided by the first paragraph of section 112 of this title in an application previously filed in the United States, or as provided by section 363 of this title, by the same inventor shall have the same effect, as to such invention, as though filed on the date of the prior application, if filed before the patenting or abandonment of or termination of proceedings on the first application or on an application similarly entitled to the benefit of the filing date of the first application and if it contains or is amended to contain a specific reference to the earlier filed application.

35 U.S.C. 112.    SPECIFICATION (Applicable Portion)

The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make the use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

0957308105160Q

FCS0000273

Send Correspondence to: LYON & LYON LLP
47th Floor, 633 W. Fifth St.
Los Angeles, CA 90071

Direct Telephone
Calls to: Dudley E. Milikovsky
(408) 993-1535

| | FULL NAME OF INVENTOR | FIRST Name | Balu | Middle Initials | | LAST Name | Balakrishnan |
|---|---|---|---|---|---|---|---|
| 201 | RESIDENCE & CITIZENSHIP | City | Saratoga | State or Foreign Country | California | County of Citizenship | United States of America |
| | POST OFFICE ADDRESS | Post Office Address | 13917 Albar Court | City | Saratoga | State or Country | California | Zip Code | 95070 |

| | FULL NAME OF INVENTOR | FIRST Name | Alex | Middle Initials | | LAST Name | Djenguerian |
|---|---|---|---|---|---|---|---|
| 202 | RESIDENCE & CITIZENSHIP | City | Saratoga | State or Foreign Country | California | County of Citizenship | United States of America |
| | POST OFFICE ADDRESS | Post Office Address | 20602 Sevilla Lane | City | Saratoga | State or Country | California | Zip Code | 95070 |

| | FULL NAME OF INVENTOR | FIRST Name | Leif | Middle Initials | | LAST Name | Lund |
|---|---|---|---|---|---|---|---|
| 203 | RESIDENCE & CITIZENSHIP | City | San Jose | State or Foreign Country | California | County of Citizenship | Sweden |
| | POST OFFICE ADDRESS | Post Office Address | 1074 Queensbrook Drive | City | San Jose | State or Country | California | Zip Code | 95129 |

| | FULL NAME OF INVENTOR | FIRST Name | | Middle Initials | | LAST Name | |
|---|---|---|---|---|---|---|---|
| 204 | RESIDENCE & CITIZENSHIP | City | | State or Foreign Country | | County of Citizenship | |
| | POST OFFICE ADDRESS | Post Office Address | | City | | State or Country | | Zip Code | |

I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Signature of Inventor 201    _Balu Balakrishnan_
Date    5-14-98

Signature of Inventor 202    _Alex Djenguerian_
Date    5/14/98

Signature of Inventor 203    _Leif Lund_
Date    05-14-98

(Signatures should conform to names as presented at 201 et seq. above.)

DPOA.Ut1

Update 4/97

FCS0000274

FIG. 1

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT

0597308l.05l600

FCS0000275

FIG. 2

PRINT OF DRAWINGS
AS ORIGINALLY FILED

FCS0000276

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



FIG. 3

Express Mail No. EM561810288US
Docket No. 233/248
May 18, 1998

FCS0000277



FIG. 4

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT

FCS0000278

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



FIG. 5

Express Mail No. EM252182080US
Docket No: 233/248
May 18, 1998

FCS0000279

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



FIG. 6



PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT

0957308 . 051400

Power-Up
Reset          710

Low
Frequency        400
Oscillator

2.5 ms  2.5 ms

10 ms

Fig. 7

Express Mail No. EM363030US
Docket No. 233/248
May 18, 1998

39

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



FIG. 8

09573081.051600

Express Mail No. EM363030308US
Docket No. 233/248
May 18, 1998

40

FCS0000282



FIG. 9

FCS0000283

**2**

FCS0000284

003692.P036D

*a / Prel. Amdt;*
*A*
*a. Willis*
*11-15-00*
*Patent*

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: )

BALAKRISHNAN ET AL. )    Examiner: Unknown

Serial No. New Application )    Art Unit: Unknown

Filed: Herewith )

For:  OFF-LINE CONVERTER WITH )
INTEGRATED SOFTSTART AND )
FREQUENCY JITTER )

## PRELIMINARY AMENDMENT

Box Patent Application
Assistant Commissioner for Patents
Washington, DC 20231

Sir:

Prior to examination of the above referenced application, the Applicants

respectfully request the Examiner to enter the following amendments and to

consider the following remarks.

## IN THE SPECIFICATION

On page 1, line 5, please insert the following:

--Cross-Reference To Related Application

This is a Divisional of U.S. Application Serial No. 09/080,774, filed

May 18, 1998, now pending.--    *USPN 6,107,851*

A1

JZ

## IN THE CLAIMS

Please cancel claims 1-10 and 29-37 without prejudice:

003692.P036D
Serial No. New Application    -1-    Examiner: Unknown
Art Unit: Unknown

## REMARKS

The present application is a divisional of U.S. Application Serial No. 09/080,774. Claims 1-10 and 29-37 are canceled herein. Claims 11-28 are now pending for examination. An IDS and fees to cover the pending claims are being submitted with this preliminary amendment. Allowance of all pending claims is earnestly solicited.

*Charge Deposit Account*

Please charge our Deposit Account No. 02-2666 for any additional fee due in this matter.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR and ZAFMAN

Dated:  8-16-00

James Y. Go,
Reg. No. 40,621

"Express Mail" mailing label number: EL414800098US
Date of Deposit: _____ Nov 16, 2000
I hereby certify that I am causing this paper or fee to be deposited with the United States Postal Service "Express Mail Post Office to Addressee" service on the date indicated above and that this paper or fee has been addressed to the Assistant Commissioner for Patents, Washington, D. C. 20231
Melanie Boehmer
(Typed or printed name of person mailing paper or fee)

_Melanie Boehmer_     8-16-00
(Signature of person mailing paper or fee)     (Date signed)

FCS0000286

**3**

FCS0000287

3/IDS
C. Jalmir
11-15-00

Attorney's Docket No. 003692.P036D                                         PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Patent Application of:              )
                                          )
       Balakrishnan et al.                )        Examiner:   Not Yet Assigned
                                          )
Application No.:   New Application         )        Art Unit:   Not Yet Assigned
                                          )
Filed:      Herewith                      )
                                          )
For:    OFF-LINE CONVERTER WITH           )
        INTEGRATED SOFTSTART AND          )
        FREQUENCY JITTER                   )

Assistant Commissioner for Patents
Washington, D.C.  20231

INFORMATION DISCLOSURE STATEMENT

Sir:

        Enclosed is a copy of Information Disclosure Citation Form PTO-1449
together with copies of the documents cited on that form.  It is respectfully
requested that the cited documents be considered and that the enclosed copy of
Information Disclosure Citation Form PTO-1449 be initialed by the Examiner to
indicate such consideration and a copy thereof returned to applicant(s).

        Pursuant to 37 C.F.R. § 1.97, the submission of this Information
Disclosure Statement is not to be construed as a representation that a search
has been made and is not to be construed as an admission that the information
cited in this statement is material to patentability.

Atty. Docket No. 003692.P036D          - 1 -          Examiner:  Not Yet Assigned
Serial No. New Application                            Art No.  Not Yet Assigned

FCS0000288

Pursuant to 37 C.F.R. § 1.97, this Information Disclosure Statement is being submitted under one of the following (as indicated by an "X" to the left of the appropriate paragraph):

XXX      37 C.F.R. §1.97(b).

_____      37 C.F.R. §1.97(c). If so, then enclosed with this Information Disclosure Statement is one of the following:

_____      A statement pursuant to 37 C.F.R. §1.97(e) or

_____      A check for $240.00 for the fee under 37 C.F.R. § 1.17(p).

_____      37 C.F.R. §1.97(d). If so, then enclosed with this Information Disclosure Statement are the following:

(1)      A statement pursuant to 37 C.F.R. §1.97(e);

(2)      A petition requesting consideration of the Information Disclosure Statement; and

(3)      A check for $_____ for the fee under 37 C.F.R. §1.17(i) for submission of the Information Disclosure Statement.

FCS0000289

If there are any additional charges, please charge Deposit Account No. 02-2666.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: 5-16, 2000

James Y. Go
Reg. No. 40,621

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA 90025-1026
(425) 827-8600

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D. C. 20231 on May 16, 2000
_____ (Date of Deposit)
Melanie Besecker
(Typed or printed name of person mailing correspondence)

Melanie Besecker    5-16-00
(Signature of person mailing correspondence)

Atty. Docket No. 003692.P036D          -3-          Examiner: Not Yet Assigned
Serial No. New Application                          Art No. Not Yet Assigned

FCS0000290

4

FCS0000291



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/573,081 | 05/16/00 | BALAKRISHNAN | B | 803692.P036D |

MN92/1213

JAMES Y GO
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025-1026

| | EXAMINER |
|---|---|
| | ZIMMERMAN, J |

| | PAPER NUMBER |
|---|---|
| | #4 |

DATE MAILED:

12/13/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 2000-473-000/44602

1- File Copy

FCS0000292

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 09/573,081 | BALAKRISHNAN ET AL. |
| | Examiner | Art Unit |
| | Jeffrey S. Zweizig | 2816 |

*— The MAILING DATE of this communication appears on the cover sheet with the correspondence address—*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

1. ☒ This communication is responsive to the application filed 5/18/00.

2. ☒ The allowed claim(s) is/are 11-28.

3. ☐ The drawings filed on ____ are acceptable.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   e) ☐ All   b) ☐ Some*   c) ☐ None   of the CERTIFIED copies of the priority documents have been
      1. ☐ received.
      2. ☐ received in Application No. (Series Code / Serial Number). ____
      3. ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: ____

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR REPLY to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office Action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be available under the provisions of 37 CFR 1.136(a).

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☒ Applicant MUST submit NEW FORMAL DRAWINGS
   (a) ☐ because the originally filed drawings were declared by applicant to be informal.
   (b) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached
      1) ☐ hereto or 2) ☐ to Paper No. ____.
   (c) ☐ including changes required by the proposed drawing correction filed ____, which has been approved by the examiner.
   (d) ☒ including changes required by the attached Examiner's Amendment / Comment.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
1 ☒ Notice of References Cited (PTO-892)                2 ☐ Notice of Informal Patent Application (PTO-152)
3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)   4 ☐ Interview Summary (PTO-413), Paper No. ____.
5 ☒ Information Disclosure Statements (PTO-1449), Paper No. 3.   6 ☐ Examiner's Amendment/Comment
7 ☐ Examiner's Comment Regarding Requirement for Deposit       8 ☒ Examiner's Statement of Reasons for Allowance
   of Biological Material                                      9 ☐ Other

JEFFREY ZWEIZIG
PRIMARY EXAMINER

FCS0000293

Application/Control Number: 09/573,081

Art Unit: 2816

### Drawings

1.    Fig. 1 should be designated by a legend such as --Prior Art-- because only that which is old is illustrated. See MPEP § 608.02(g).

### Allowable Subject Matter

2.    The present invention is directed toward a pulse width modulation circuit comprising a switching transistor wherein the switching transistor can be driven into a non-conducting state by a maximum duty cycle signal, a drive circuit, or a soft start circuit.

### Conclusion

3.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Jeffrey S. Zweizig whose telephone number is (703) 305-7243. The examiner can normally be reached on Monday - Friday, 5:30 am - 2:00 pm (eastern time).

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Timothy P. Callahan can be reached on (703) 308-4876. The fax phone numbers for the organization where this application or proceeding is assigned are (703) 308-7722 for regular communications and (703) 308-7722 for After Final communications.

FCS0000294

Application/Control Number: 09/573,081                                    Page 3

Art Unit: 2816

Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is (703) 308-

0956.

/Jeffrey S. Zweizig
Jeffrey S. Zweizig
Primary Examiner
Art Unit 2816

JZ
December 13, 2000

FCS0000295

| *Notice of References Cited* | Application/Control N | | Applicant(s)/Patent Under |
|---|---|---|---|
| | 08/573,081 | | Reexamination |
| | | | BALAKRISHNAN ET AL. |
| | Examiner | | Art Unit | |
| | Jeffrey S. Zweizig | | 2816 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | APS | OTHER |
| ☒ | A | 5,245,526 | Sep. 1993 | Balakrishnan et al. | 363 | 97 | ☐ | ☐ |
| ☒ | B | 6,021,037 | Jan. 1981 | Cohen | 363 | 41 | ☐ | ☐ |
| ☐ | C | | | | | | ☐ | ☐ |
| ☐ | D | | | | | | ☐ | ☐ |
| ☐ | E | | | | | | ☐ | ☐ |
| ☐ | F | | | | | | ☐ | ☐ |
| ☐ | G | | | | | | ☐ | ☐ |
| ☐ | H | | | | | | ☐ | ☐ |
| ☐ | I | | | | | | ☐ | ☐ |
| ☐ | J | | | | | | ☐ | ☐ |
| ☐ | K | | | | | | ☐ | ☐ |
| ☐ | L | | | | | | ☐ | ☐ |
| ☐ | M | | | | | | ☐ | ☐ |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | APS | OTHER |
| ☐ | N | | | | | | | ☐ | ☐ |
| ☐ | O | | | | | | | ☐ | ☐ |
| ☐ | P | | | | | | | ☐ | ☐ |
| ☐ | Q | | | | | | | ☐ | ☐ |
| ☐ | R | | | | | | | ☐ | ☐ |
| ☐ | S | | | | | | | ☐ | ☐ |
| ☐ | T | | | | | | | ☐ | ☐ |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title Date, Source, and Pertinent Pages) | DOCUMENT SOURCE ** | |
|---|---|---|---|---|
| | | | APS | OTHER |
| ☐ | U | | ☐ | ☐ |
| ☐ | V | | ☐ | ☐ |
| ☐ | W | | ☐ | ☐ |
| ☐ | X | | ☐ | ☐ |

*A copy of this reference is not being furnished with this Office action. (See Manual of Patent Examining Procedure, Section 707.05(a).)
**APS encompasses any electronic search i.e. text, image, and Commercial Databases.
U.S. Patent and Trademark Office

PTO-892 (Rev. 03-98)                    Notice of References Cited                    Part of Paper No. 4

FCS0000296

Please type a plus sign (+) inside this box → ⊞

Approved... Use through 10/31/00. OMB 0851-0031
Patent and Trademark Office U.S. DEPARTMENT OF COMMERCE

PTO/SB/08A (10-90)

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO (Modified by BSTZ 8/30/98) | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | New Application 09/573011 |
| | Filing Date | Herewith 5/16/00 |
| | First Named Inventor | Balu Balakrishnan |
| | Group Art Unit | |
| | Examiner Name | |
| Sheet | 1 | of | 6 | Attorney Docket Number | 003602.P036D |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | U.S. Patent Document Number | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Filing Date if Appropriate |
|---|---|---|---|---|
| JZ | 3,491,252 | Petrohilos 307/229 | 1/20/1970 | 11/16/1964 |
| JZ | 3,555,399 | Buchanan et al 321/43 | 1/21/1971 | 11/16/2057 |
| JZ | 3,840,797 | Aggen et al 321/2 | 10/28/1975 | 12/28/1970 |
| JZ | 3,916,224 | Daniels et al 307/264 | 10/28/1975 | 8/2/1973 |
| JZ | 4,072,965 | Kondo 354/51 | 2/7/1976 | 3/15/1976 |
| JZ | 4,148,282 | Berard, Jr. et al 307/43 | 3/6/1979 | 12/3/1976 |
| JZ | 4,228,493 | de Sartre et al 363/51 | 10/14/1980 | 12/21/1978 |
| JZ | 4,236,196 | Ohsawa et al 363/41 | 11/25/1980 | 12/1/1978 |
| JZ | 4,495,554 | Simi et al 363/21 | 1/22/1985 | 3/28/1983 |
| JZ | 4,559,590 | Davidson 363/21 | 12/17/1985 | 3/24/1983 |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Foreign Patent Document Office or Country | Number | Date | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Translation? Yes/No |
|---|---|---|---|---|---|---|
| JZ | EPO | WO 83/01157 | 3/31/1983 | | | No |
| JZ | EPO | O 651 440 A1 | 5/3/1995 | | | No |
| JZ | EPO | EP O 694 966 A1 | 1/3/1996 | | | No |
| JZ | EPO | EP O 736 957 A1 | 10/9/1996 | | | No |
| JZ | EPO | EP O 740 491 A1 | 10/30/1996 | | | No |

**OTHER DOCUMENTS**

| Examiner Initials | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published (if known) | Translation? Yes/No |
|---|---|---|
| JZ | H.S. Hoffman, Jr., "Self-Generated Bias Supply", IBM Technical Disclosure Bulletin, Vol. 20, No. 5, October 1997, pp. 1814-4. | |
| JZ | H.S. Hoffman, Jr. et al, "Proportional Drive Supply with Diverdos Control", IBM Technical Disclosure Bulletin, Vol. 21, No. 12, May 1979, pp. 4904-5 | |
| JZ | A. Halperin, "Primary Regulated Dual Power Supply", IBM Technical Disclosure Bulletin, Vol. 21, No. 10, March 1979 pp. 4299-300. | |
| JZ | "3-W dc-dc converters aim at telecoms applications", Electronic Design Vol 31, No. 15, July 21, 1983, p. 227 | |
| JZ | "Combined Switch-Mode Power Amplifier and Supply", IBM Technical Disclosure Bulletin, Vol. 26, No. 3, August 1985, pp. 1193-1195. | |

| Examiner Signature | Jeffrey Zweizig | Date Considered | 12/11/00 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

FCS0000297

Please type a plus sign (+) inside this box ──→ ⊞

PTO/SB/08A (10-96)
Approved... use through 10/31/98. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO (Modified by BSTZ 8/30/99) | | Complete if Known | |
|---|---|---|---|
| | | Application Number | 09/573 081 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | Filing Date Herewith | 5/16/00 |
| | | First Named Inventor | Babu Balakrishnan |
| (use as many sheets as necessary) | | Group Art Unit | |
| | | Examiner Name | |
| Sheet | 2 of 6 | Attorney Docket Number | 003692.P036D |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | U.S. Patent Document Number | Name of Patentee or Applicant of Cited Document | | Date of Publication of Cited Document MM-DD-YYYY | Filing Date if Appropriate |
|---|---|---|---|---|---|
| JZ | 4,622,627 | Rodriguez et al | 363 / 37 | 11/11/1986 | 2/16/1984 |
| JZ | 4,695,936 | Whittle | 363 / 21 | 9/22/1987 | 2/7/1986 |
| JZ | 4,706,176 | Kellacher | 363 / 21 | 11/10/1987 | 7/7/1986 |
| JZ | 4,706,177 | Josephson | 363 / 24 | 11/10/1987 | 11/14/1985 |
| JZ | 4,720,641 | Faini | 307 / 18 | 1/19/1988 | 1/19/1986 |
| JZ | 4,725,769 | Cini et al | 323 / 283 | 2/16/1988 | 4/9/1987 |
| JZ | 4,734,839 | Barthold | 363 / 16 | 3/29/1988 | 3/23/1987 |
| JZ | 4,739,462 | Farnsworth et al | 363 / 21 | 4/19/1988 | 12/26/1984 |
| JZ | 4,806,844 | Claydon et al | 323 / 311 | 2/21/1989 | 6/17/1986 |
| JZ | 4,809,148 | Barn | 363 / 26 | 2/28/1989 | 10/21/1987 |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Foreign Patent Document Office or Country | Number | Date | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Translation? Yes/No |
|---|---|---|---|---|---|---|
| JZ | EPO | EP O 751 821 A | 1/2/1997 | | | |
| JZ | EPO | EP O 748 034 A | 12/11/1996 | | | |
| JZ | EPO | EP O 748 035 A | 12/11/1996 | | | |

**OTHER DOCUMENTS**

| Examiner Initials | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published (if known). | Translation? Yes/No |
|---|---|---|
| JZ | R. Bruckner, et al., "Optimizing Converter Design and Performance Utilizing Micro Controller System Feedback Control", Proceedings of Powercon 8, E-2, 1981, pp 1-10 | |
| JZ | B. Pelly et al., OPower MOSFETs take the load off switching supply design", Electronic Design, February 1983, pp 135-139. | |
| JZ | D. Azzis et al, "Flyback 'an 'Card Power Supply", IBM Technical Disclosure Bulletin, Vol.23, No. 4, September 1980, pp. 1477-78 | |
| JZ | A.J. Bowen et al., " Power Supply with Optical Isolator", IBM Technical Disclosure Bulletin Vol. 14, No. 11, April 1972, pp. 3320 | |

| Examiner Signature | *Jeffrey Zweizig* | Date Considered | 12/1/00 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

FCS0000298

Please type a plus sign (+) inside this box →

PTO/SB/08A (10-96)
Approved... use through 10/31/99, OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO (Modified by BSTZ 6/30/99) | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | New Application 09/573 681 |
| | Filing Date | Herewith 5/6/00 |
| | First Named Inventor | Balu Balakrishnan |
| | Group Art Unit | |
| | Examiner Name | |
| Sheet | 3 | of | 6 | Attorney Docket Number | 003692.P036D |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | U.S. Patent Document Number | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Filing Date If Appropriate |
|---|---|---|---|---|
| JZ | 4,811,184 | Koninsky et al | 363/117 | 3/7/1989 | 5/10/1988 |
| JZ | 4,814,674 | Hrassky | 318/254 | 3/12/1989 | 3/25/1987 |
| JZ | 4,858,094 | Barlage | 363/21 | 8/15/1989 | 10/18/1988 |
| JZ | 4,862,339 | Inou et al | 363/21 | 8/29/1989 | 3/31/1988 |
| JZ | 4,866,590 | Odaka et al | 363/49 | 9/12/1989 | 7/28/1988 |
| JZ | 4,870,555 | White | 363/21 | 9/26/1989 | 10/14/1988 |
| JZ | 4,887,199 | White | 363/49 | 12/12/1989 | 9/22/1987 |
| JZ | 4,888,497 | Dallabora et al | 307/272.3 | 12/19/1989 | 4/28/1988 |
| JZ | 4,890,210 | Meyers | 363/21 | 12/26/1989 | 11/15/1988 |
| JZ | 4,928,220 | White | 363/56 | 5/22/1990 | 10/14/1988 |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Foreign Patent Document Office or Country | Number | Date | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Translation? Yes/No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS**

| Examiner Initials | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published (if known). | Translation? Yes/No |
|---|---|---|
| JZ | "Off-Line Power Supply Control Technique Using a Single Transformer to Feed Back Three Control Signals", IBM Technical Disclosure Bulletin, Vol. 32, No. 8A, January 1990, pp. 272-3 | |

| Examiner Signature | Jeffrey Zweizig | Date Considered | 12/11/00 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

FCS0000299

Please type a plus sign (+) inside this box ➔ ⊞

PTO/SB/08A (10-95)
Approved... use through 10/31/99. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
nder the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | |
|---|---|
| Substitute for form 1449A/PTO (Modified by BSTZ 6/30/99) **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | **Complete if Known** |
| | Application Number — New Application — 09/572,891 |
| | Filing Date — Herewith — 5/16/00 |
| | First Named Inventor — Balu Balakrishnan |
| | Group Art Unit |
| | Examiner Name |
| Sheet | 2 | of | 6 | Attorney Docket Number — 0036622-036D |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | U.S. Patent Document Number | Name of Patentee or Applicant of Cited Document | | Date of Publication of Cited Document MM-DD-YYYY | Filing Date if Appropriate |
|---|---|---|---|---|---|
| JZ | 4,937,728 | Leonardi | 363/97 | 6/26/1990 | 10/19/1989 |
| JZ | 4,943,907 | Cardwell, Jr. | 363/97 | 7/24/1990 | 7/24/1990 |
| JZ | 5,012,401 | Barlage | 343/97 | 4/30/1991 | 3/19/1990 |
| JZ | 5,014,178 | Balakrishnan | 363/99 | 5/7/1991 | 5/14/1990 |
| JZ | 5,034,871 | Okamoto et al | 363/15 | 7/23/1991 | 3/26/1990 |
| JZ | 5,041,956 | Marinus | 363/21 | 8/20/1991 | 2/12/1990 |
| JZ | 5,072,353 | Feldkeller | 363/20 | 12/10/1991 | 10/1/1990 |
| JZ | 5,086,364 | Leipold et al | 361/18 | 2/4/1992 | 2/19/1991 |
| JZ | 5,146,394 | Ishii et al | 363/16 | 9/8/1992 | 6/22/1990 |
| JZ | 5,161,098 | Balakrishnan | 363/144 | 11/3/1992 | 9/8/1991 |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Translation? Yes/No |
|---|---|---|---|---|---|---|
| | Office or Country | Number | Date | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**OTHER DOCUMENTS**

| Examiner Initials* | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published (if known). | Translation? Yes/No |
|---|---|---|
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| Examiner Signature | Jeffrey Zweizig | Date Considered 12/1/00 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

FCS0000300

Please type a plus sign (+) inside this box → ⊞

PTO/SB/08A (10-96)
Approval... use through 10/31/99. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1448A/PTO (Modified by BSTZ 8/30/99) **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Complete if Known | |
|---|---|---|
| | Application Number *New Application* | 09/575,081 |
| | Filing Date *Herewith* | 5/16/00 |
| | First Named Inventor | Balu Balakrishnan |
| | Group Art Unit | |
| | Examiner Name | |

| Sheet | 5 | of | 6 | Attorney Docket Number | 003692.P036D |
|---|---|---|---|---|---|

**U.S. PATENT DOCUMENTS**

| Examiner Initials * | U.S. Patent Document Number | Name of Patentee or Applicant of Cited Document | | Date of Publication of Cited Document MM-DD-YYYY | Filing Date If Appropriate |
|---|---|---|---|---|---|
| JZ | 5,177,408 | Marques | 315/291 | 7/19/1991 1/22 | 1/5/1993 |
| JZ | 5,200,886 | Schwarz et al | 363/49 | 4/6/1993 | 3/10/1992 |
| JZ | 5,297,014 | Saito et al | 363/21 | 4/5/1993 344 | 1/3/1992 |
| JZ | 5,313,361 | Balakrishnan | 363/147 | 5/17/1994 | 9/1/1992 |
| JZ | 5,394,017 | Catano et al. | 307/66 | 12/2/1992 | 2/28/1995 |
| JZ | 5,452,195 | Lehr et al. | 363/21 | 9/19/1995 | 10/6/1993 |
| JZ | 5,461,303 | Leman et al. | 323/222 | 10/24/1995 | 1/31/1994 |
| JZ | 5,481,178 | Wilcox et al. | 323/289 | 3/23/1996 | 1/2/1996 |
| JZ | 5,508,602 | Borgato et al. | 323/222 | 4/16/1996 | 9/28/1993 |
| JZ | 5,528,131 | Marty et al. | 323/901 | 6/18/1996 | 9/21/1993 |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials * | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Translation? Yes/No |
|---|---|---|---|---|---|---|
| | Office or Country | Number | Date | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**OTHER DOCUMENTS**

| Examiner Initials * | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published (if known). | Translation? Yes/No |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | Jeffrey Zweizig | Date Considered | 12/11/00 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

FCS0000301

Please type a plus sign (+) inside this box ➔ ⊞

PTO/SB/08A (10-96)
Approved for use through 10/31/98. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO (Modified by BSTZ 8/30/99) | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | New Application 09/573 083 |
| | Filing Date | Herewith 5/16/00 |
| | First Named Inventor | Balu Balakrishnan |
| | Group Art Unit | |
| | Examiner Name | |
| Sheet | 6 | of | 6 | Attorney Docket Number | 003892.P036D |

## U.S. PATENT DOCUMENTS

| Examiner Initials | U.S. Patent Document Number | Name of Patentee or Applicant of Cited Document | | Date of Publication of Cited Document MM-DD-YYYY | Filing Date if Appropriate |
|---|---|---|---|---|---|
| JZ | 5,552,746 | Danstrom | 327/427 | 9/3/1996 | 4/7/1995 |
| JZ | 5,563,534 | Rossi et al. | 327/77 | 10/8/1996 | 5/9/1994 |
| JZ | 5,568,084 | McClure et al. | 327/538 | 10/22/1996 | 2/8/1994 |
| JZ | 5,570,057 | Palara | 327/369 | 10/29/1996 | 4/12/1995 |
| JZ | 5,572,156 | Diazzi et al. | 327/109 | 11/5/1996 | 9/18/1995 |
| JZ | 5,619,403 | Ishikawa et al. | 363/21 | 4/8/1997 | 7/20/1993 |
| JZ | 5,617,016 | Borghi et al. | 323/284 | 4/1/1997 | 10/20/1994 |
| JZ | 5,621,629 | Hemminger et al. | 363/56 | 4/15/1997 | 6/7/1995 |
| JZ | 5,640,317 | Lei | 363/49 | 6/15/1995 | 6/17/1997 |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Foreign Patent Document Office or Country | Number | Date | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Translation? Yes/No |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHER DOCUMENTS

| Examiner Initials | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published (if known). | Translation? Yes/No |
|---|---|---|
| | | |

| Examiner Signature | Jeffrey Zweizig | Date Considered | 12/14/00 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

## _ATTACHMENT TO AND MODIFICATION OF_
## _NOTICE OF ALLOWABILITY (PTO-37)_
### (November, 2000)

**NO EXTENSIONS OF TIME ARE PERMITTED TO FILE CORRECTED OR FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION,** notwithstanding any indication to the contrary in the attached Notice of Allowability (PTO-37).

If the following language appears on the attached Notice of Allowability, the portion lined through below is of no force and effect and is to be ignored[1]:

~~A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).~~

Similar language appearing in any attachments to the Notice of Allowability, such as in an Examiner's Amendment/Comment or in a Notice of Draftperson's Patent Drawing Review, PTO-948, is also to be ignored.

---

[1] The language which is crossed out is contrary to amended 37 CFR 1.85(c) and 1.136. See "Changes to Implement the Patent Business Goals", 65 Fed. Reg. 54603, 54629, 54641, 54670, 54674 (September 8, 2000), 1238 Off. Gaz. Pat. Office 77, 99, 110, 135, 139 (September 19, 2000).

FCS0000303



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

### NOTICE OF ALLOWANCE AND ISSUE FEE DUE

MM92/1213

JAMES Y RO
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025-1026

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/573,081 | 05/16/00 | 019 | ZWEIZIG, J | 2816 | 12/13/00 |

First Named Applicant BALAKRISHNAN,     35 USC 154(b) term ext. =  0 Days.

TITLE OF INVENTION OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3 | 003692.P036D | 327-172.000 | H31 | UTILITY | NO | $1240.00 | 03/13/01 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.

### HOW TO RESPOND TO THIS NOTICE:

1. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. 0651-0033

FCS0000304

**5**

FCS0000305

#5405B

Docket No.: 003692.P036D

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application for:

Balakrishnan et al.

Application No.: 09/573,081

Filed: May 16, 2000

For: OFF-LINE CONVERTER WITH INTEGRATED
SOFTSTART AND FREQUENCY JITTER

Examiner:

Art Group:

Batch No:

TRANSMITTAL OF FORMAL DRAWINGS

Attn: Official Draftsman
Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

Enclosed herewith for filing in the above-identified U.S. patent application are the

formal drawings, Figures 1, 2, 3, 4, 5, 6, 7, 8 and 9 (9) sheets.

Respectfully submitted,

BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP

Date: 1/5/01

James Y. Go
Reg. No. 48,621

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA  90025
(425) 827-8600

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to: Commissioner of
Patents and Trademarks, Washington, D.C. 20231, on
January 5, 2001
Rhona N. Oka
typed or printed name of person mailing correspondence

Signature          01-05-01
                   Date

FCS0000306

6229366

1/9



Fig. 1 (PRIOR ART)

FCS0000307

Fig. 2

*Fig. 3*

FCS0000309



Fig. 4

FCS0000310

5/9

$\Delta f = f_{max} - f_{min}$

$f_{min}$

$f_{max}$

600

615

LOW FREQUENCY OSCILLATOR

PWM OSCILLATOR CURRENT SOURCE

PWM OSCILLATOR CLOCK 616

*Fig. 5*

FCS0000311

Fig. 6

FCS0000312



*Fig. 7*

POWER-UP
RESET

LOW FREQUENCY
OSCILLATOR

FCS0000313



Fig. 8

FCS0000314



Fig. 9

PART B — ISSUE FEE TRANSMITTAL

Complete and send this form, together with applicable fees, to: Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/573,001 | 05/16/00 | 010 | ZMEIZIG, J | 2816 | 12/13/00 |

First Named Applicant: BALAKIRSHNAN,    35 USC 154(b) term ext. = 6 Days.

TITLE OF INVENTION: OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPL'N TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 8 936692.P036D | 327-172.000 | M31 | UTILITY | NO | $1240.00 | 03/13/01 |

JAMES Y GO
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025-1026

BLAKELY SOKOLOFF
TAYLOR & ZAFMAN, LLP

ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

(A) NAME OF ASSIGNEE    POWER INTEGRATIONS, INC.

(B) RESIDENCE (CITY & STATE OR COUNTRY)    Sunnyvale, California

TRANSMIT THIS FORM WITH FEE