# EXHIBIT F

**REDACTED**

# EXHIBIT G

**REDACTED**