# EXHIBIT K

# PWR-SMP260
## PWM Power Supply IC
### 85-265 VAC Input
### Isolated, Regulated DC Output



### Product Highlights

**Integrated Power Switch and CMOS Controller**
- Output power up to 60 W from rectified 220/240 VAC input, 30 W from universal (85 to 265 VAC) input
- Feedforward control for constant-power battery charging
- External transformer provides isolation and selectable output voltages

**High-speed Current-mode PWM Controller**
- Leading edge current blanking
- Selectable maximum duty cycle - 50% or 90%
- Internal pre-regulator self-powers the IC on start-up
- Wide bias voltage range - 10-30 V
- Direct connection to optocoupler feedback
- Programmable slope compensation
- Low-current standby mode

**Built-In Self-protection Circuits**
- Full cycle soft-start - Linear ramp up of switching current
- Shutdown on fault with automatic restart
- Adjustable current limit
- Regulates from zero load to full load
- Undervoltage lockout
- Thermal shutdown



Figure 1. Typical Application



Figure 2. Pin Configuration

### Description

The PWR-SMP260, intended for 220/240 VAC or universal off-line isolated power supply applications, combines a high voltage power MOSFET switch with a switchmode power system controller in a monolithic integrated circuit. Few external components are required to implement a low cost, isolated, off-line power supply. High frequency operation reduces total power supply size.

The current-mode PWM controller section of the PWR-SMP260 contains all the blocks required to drive and control the power stage: off-line pre-regulator, oscillator, bandgap reference, summing junction, PWM comparator, gate driver, soft-start, and circuit protection. The power MOSFET switch features include high voltage, low $R_{DS(ON)}$, low capacitance, and low gate threshold voltage.

The PWR-SMP260 is available in a plastic power SIP package. A surface mount power package version will be available in the second half of 1992.

| ORDERING INFORMATION | | |
|---|---|---|
| PART NUMBER | PACKAGE | TEMP RANGE |
| PWR-SMP260WTC | 23-pin PWR SIP | 0 to 70°C |

**PRELIMINARY**  

**PWR-SMP260**  *PRELIMINARY*



Figure 3. Functional Block Diagram of the PWR-SMP260.

FCS1685807

## *PRELIMINARY* PWR-SMP260

### Pin Functional Description

**Pin 1:**
COM is common reference point for all low-power and reference circuitry.

**Pin 2:**
$V_{BIAS}$ is the bootstrap supply voltage proportional to the output voltage used to self-power the device once the supply is operating.

**Pin 3:**
$C_{EXT}$ is used to set the oscillator frequency. Adding external capacitance between $C_{EXT}$ and COM linearly decreases the PWM frequency.

**Pin 4:**
SLOPE COMP is used to select the amount of slope compensation to be injected into the summing junction in the maximum duty cycle mode. Connecting the pin to $V_s$ selects 50% mode, and connction through a resistor to COM selects the 95% mode.

**Pin 5:**
A resistor placed between $R_{EXT}$ and ANALOG COM sets the internal bias currents.

**Pin 6:**
SYNC is an active-low input with an internal pull-up used for synchronizing the oscillator. A continuous low level turns off the power supply output.

**Pin 7:**
FEEDBACK accepts current from an opto-coupler connected directly from $V_{BIAS}$ which is controlled by an output-referenced error amplifier.

**Pin 8:**
FEEDFORWARD accepts current from an input voltage compensation resistor to automatically adjust the duty cycle for changes in input voltage.

**Pin 9:**
$I_{LIMIT}$ is the output of the summing junction. Current flowing from this pin through a resistor will set the current comparator threshold.

**Pin 10:**
$V_{S1}$ is the output of the internal $V_{IN}$ and $V_{BIAS}$ regulators. Connection to $V_{S2}$ and an external bypass capacitor to COM is required for proper operation.

**Pin 11:**
The output gate drive circuit receives power via $V_{S2}$. Connection to $V_{S1}$ and an external bypass capacitor to SOURCE is required for proper operation.

**Pin 14, 15:**
$V_{IN}$ for connection to the high voltage pre-regulator used to self-power the device during start-up.

**Pin 18, 19:**
Open DRAIN of the output MOSFET.

**Pin 22, 23:**
The SOURCE is the high-current return for the output MOSFET.

### PWR-SMP260 Functional Description

**Off-line Linear and Bias Regulators**
The off-line linear regulator powers the control circuits when the boot-strap bias voltage cannot. The off-line and bias linear regulator contains two high voltage MOSFETs, a gate bias current source, and an error amplifier. The error amplifier regulates $V_s$ from either the off-line rectified voltage or the bias supply voltage, the bias supply voltage has preference to minimize power consumption.

The off-line linear regulator MOSFET dissipates significant amounts of power when supplying the bias current. When the $V_{BIAS}$ voltage is greater than the $V_{BIAS}$ threshold voltage the off-line linear regulator is cut off and internal bias current is supplied by the $V_{BIAS}$ supply, decreasing the dissipation in the off-line regulator

$V_{S1}$ is the output of the bias regulator and supplies power to all internal analog circuits. An external bypass capacitor connected between $V_{S1}$ and SOURCE is required for filtering and noise reduction. $V_{S2}$ is the power supply connection for the gate drive circuitry, and must be connected externally to $V_{S1}$. $V_{S1}$ and $V_{S2}$ are not internally connected.

**Bandgap Reference**
The reference voltage is generated by the temperature compensated bandgap reference and buffer. The voltage is used for setting thresholds for the current-mode regulator, soft-start, and over-temperature circuits. $R_{EXT}$ is used by this circuit to provide precision current sources from the reference voltages.

1

C 2/92  1-105

FCS1685808

**PWR-SMP260**                                          *PRELIMINARY*

## PWR-SMP260 Functional Description (cont.)

**Oscillator**

The oscillator frequency is determined by the value of the external timing capacitor ($C_{EXT}$). An internal current source slowly charges $C_{EXT}$ to a maximum. $C_{EXT}$ is then rapidly discharged to its initial value.

When the oscillator frequency is being selected care chould be taken to determine the selected maximum duty cycle. If the 50% maximum duty cycle option is selected the oscillator will need to operate at twice the output frequency. The slope compensation pin is used to select available maximum duty cycle.

The oscillator frequency can be synchronized to an external signal by applying a short synchronizing pulse to the SYNC pin. The free-running frequency of the oscillator must be set lower than the minimum synchronizing frequency.

The power supply can be turned off by holding the SYNC pin continuously low. When turned off, the power consumption of the control circuit is reduced to minimize standby power dissipation.

**Pulse Width Modulator**

The pulse width modulator combines the current sensing comparator, latch, and current summing junction functions.

The summing junction combines currents from the soft-start digital to analog converter current source, the slope compensation circuit, the feedback input and the feedforward input. The output of the summing junction is a current source. Current flowing from this pin through a resistor will set the current mode comparator threshold.

The current mode comparator sets the R-S flip-flop and turns off the output transistor when the voltage on the input to the current mode comparator falls to 25 mV. The current mode comparator input will be at 25 mV when the primary current reaches the desired peak value. The R-S flip-flop holds the output transistor off until the next cycle is ready to begin.

The feedback signal is diode coupled into the summing junction and a bias current source is provided so that an optical coupler can be DC biased without the addition of any external components. The feedback, feedforward, soft-start digital to analog converter and slope compensation current signals all reduce the current flowing from the output of the summing junction. The pulse width modulator adjusts the duty cycle to match the peak switch current with the scaled $I_{LIMIT}$ current, as shown in Figure 4(a). The slope compensation current signal linearly reduces the instantaneous current flowing from the output of the summing junction over the cycle.

Slope compensation should be used when the maximum duty cycle exceeds 50%. The amount of slope compensation required is inversely related to the magnetizing current flowing in the output transistor. Figure 4(b) gives the relationships between the feedback current and the $I_{LIMIT}$ current with an external slope compensation resistor. Refer to AN-11 for more detailed information on selecting slope compensation components.

Leading edge blanking of the current-mode comparator is provided by inhibiting the output of the comparator for a short time after the output transistor is turned on. The leading edge blanking time has been set so that ultra fast recovery rectifiers operating at their specified recovery times will not cause premature termination of the switching pulse.

The active minimum load circuit senses when the sum junction current is less than 12% of maximum sum junction current and increases the power consumption of the control circuit to maintain this minimum load power level. This will prevent the programmed current from falling to such a low level that the required pulse width would approach the blanking time.

**Full Function Soft-Start**

The soft-start circuit controls the pulse width modulator when the power supply is in a fault condition as demonstrated in Figure 5. During the time that the fault condition exists, the power supply will be enabled one eighth of the time. When the power supply is enabled, the $I_{LIMIT}$ current ramps up from zero to the maximum value over 4096 cycles of the power supply. A 5-bit digital to analog converter current source controls the value of the Ilimit current and the output switch current. The controlled ramp up of the switch current limits the power stresses on the output diode rectifier and prevents the transformer from being driven into saturation.

The soft-start determines an output fault has occurred if the $V_{BIAS}$ voltage is less than the $V_{BIAS}$ threshold voltage after the soft-start ramp up time. During a fault condition, the output transistor is turned off for a period of 28,672 cycles of the power supply, after which the fault condition is tested by ramping up the switch current to full scale. If $V_{BIAS}$ is not above the $V_{BIAS}$ threshold voltage by the time full current is reached the fault condition is again detected and the switch is turned off.

**Undervoltage Protection Circuit**

The undervoltage protection circuit insures that the output transistor is off until the $V_{SI}$ voltage is regulated.

**Overtemperature Protection Circuit**

The overtemperature protection is provided by a precision analog circuit that turns the power switch off when the junction gets too hot (typically 140°C). The device will turn back on again when the junction has cooled past the hysteresis temperature level.



FCS1685809

**PRELIMINARY**  PWR-SMP260



Figure 4. Typical Waveforms for (a) 50% Maximum Duty Cycle Mode, and (b) 90% Maximum Duty Cycle Mode.



Figure 5. Typical Soft-start Waveforms. (1) Normal Power-up (2) Overload (3) Restart with Overload (4) Normal Restart (5) Normal Power-down.



C
2/92    1-107

FCS1685810

## PWR-SMP260

**PRELIMINARY**

### 30 W, Universal Off-line Power Supply



Figure 6. Schematic Diagram of a Single Output 30 W Supply Utilizing the PWR-SMP260.

1-108  C
2/92

FCS1685811

## PRELIMINARY

PWR-SMP260

### General Circuit Operation

The flyback power supply circuit shown in Figure 6, when operated with the T1005 standard transformer (see DA-3), will produce a dual output (5 V/12 V), 30 watt power supply that will operate from 85 to 265 V(rms) AC input voltage. The turns ratio of the transformer and the output error amplifier resistor divider ratio R13 and R14 determine the output voltage. The use of the output error amplifier guarantees nearly ideal voltage regulation.

L1, L2, L3, C1, C6, C7, C8, C12, and C20 form an EMI filter. BR1 and C1 convert the AC input voltage to rectified DC voltage and provide the cycle-to-cycle hold-up time. L1, L3, C1, and C6 form a differential-mode noise filter. Differential mode noise is a result of the pulsating currents at the input of the switch mode power supply. C7, C8, C12, C20, L1, L2, and L3 form a common mode filter. The filter contains the capacitive displacement currents that flow between the primary windings of the transformer and the secondary output circuit.

D5, C9, and R10 make up a voltage clamping circuit to limit the peak voltage on the drain of the switching transistor. C15 and R9 damp the transformer leakage inductance ringing voltage.

C11 sets the frequency of operation. C3, C5, C34, and C35 are bypass capacitors. C3 supplies the pulse of current required to charge the gate of the output power transistor at turn on. D3 and C5 rectify and filter the bias winding voltage to form the $V_{BIAS}$ supply. C34 is the analog bypass capacitor for $V_{SI}$. C35 is a noise suppression bypass capacitor.

R2 and R11 form the cycle-by-cycle current limit and current mode control circuitry. The value of R2 and the $I_{LIMIT}$ current set the current sense comparator reference voltage. Thus the voltage drop and maximum power dissipation in the current sense resistor R11 can be adjusted as desired.

R1 sets the amount of slope compensation current flowing in the current mode control current ($I_{LIMIT}$). Typical values for R1 fall between 7 and 35 k$\Omega$. When the slope compensation pin is connected to $V_{SI}$, the circuit is configured for 50% maximum duty cycle and R1 is no longer needed. R12 is the optional feedforward compensation resistor, which can be used for open loop compensation of current limit for changes in input voltage. R3 is a reference resistor that sets the current sources within the integrated circuit. The value of R3 must be as specified for data sheet performance specifications to be valid.

D1, C2, C14, C30, and L6 rectify and filter the 5 V output winding voltage. R19 and C16 damp the secondary leakage inductance ringing voltage caused by the stored charge of D1.

D6, C24, C26, and L5 rectify and filter the 12 V output winding voltage. R24 and C27 damp the secondary leakage inductance ringing voltage caused by the stored charge of D6.

U2, U3, R13, R14, R15, R18, R19, R26, and C23 form the output error amplifier circuit. R13 and R14 form the voltage divider that sets the output voltage. The value of R14 should be adjusted for changes in output voltage. The optical coupler must be connected to the input side of the output Pi-section filter to prevent high frequency oscillation of the control loop. R27 limits the AC current coupled from the $V_{BIAS}$ supply through the optocoupler U3.

The current mode control function can be viewed as an adjustable current limit circuit. The output error amplifier circuit adjusts the current limit to maintain the desired output voltage. The output error amplifier decreases the output voltage and current of the switch mode regulator by increasing the optical coupler current. The optical coupler current decreases the current flowing from the $I_{LIMIT}$ pin. This effectively decreases the current at which the current mode comparator will turn off the output transistor and decrease the output current and voltage.

1



Figure 7. Minimum Load Transfer Characteristic.

FCS1685812

**PWR-SMP260**                                                    *PRELIMINARY*

## General Circuit Operation (cont.)

The current mode comparator is inhibited during the blanking time so that any leading edge current pulse will not be misinterpreted and prematurely terminate a pulse. This has the side effect of providing a minimum pulse width for the output switch. A minimum width pulse will transfer an incremental amount of power to the output every time the power switch is turned on. This can be a problem during minimum load conditions.

The PWR-SMP260 has a minimum load regulator built in that monitors the onset of the minimum pulse width condition. The circuit monitors the summing junction current before slope compensation is added. When the summing junction current falls below 12% of full scale the shunt regulator starts to draw current from $V_{BIAS}$. The shunt regulator increases the load on the bootstrap bias supply until the summing junction current returns to 12% of full scale.

When AC voltage is first applied to the input terminals of the power supply, the voltage on the line filter capacitor increases. The high-voltage linear regulator will regulate $V_{S1}$ when $V_{IN}$ is between 12 and 20 VDC. The $V_{S1}$ undervoltage lockout circuit will hold the output switching transistor off and the last 8 bits of the soft-start counter chain reset until $V_{S1}$ is in regulation, and the soft-start sequence begins. The peak switching current will increase as soft-start progresses. The soft-start time for a 120 kHz power supply is 34 ms, allowing the line filter capacitor two line cycles to fully charge. One cycle, 16.7 ms, is typically required to charge the line filter capacitor.

During the soft-start sequence, the counter chain runs and the five-bit digital to analog converter controls the maximum $I_{LIMIT}$ current. The duty cycle of the output switch will increase as the peak switching current increases. When the output and $V_{BIAS}$ voltages increase beyond the fault detection threshold to the regulation voltage, the output error amplifier will reduce the peak switch current. The output voltage will overshoot slightly and return to the desired voltage as the error amplifier frequency compensation capacitors stabilize to their steady-state bias voltage.

Figure 7 shows the minimum load transfer effect. As the external load drops below the minimum, the bias load increases to compensate and the load on the switching regulator is relatively constant. The power dissipation in the integrated circuit increases when the minimum load circuit is active. However this occurs when the dissipation in the switching MOSFET is very low and the package has excess thermal capacity.

The full featured soft-start will cycle the power supply on and off when an output fault condition is detected. The soft-start will cycle at 0.003% of the equivalent power supply output frequency. A fault condition exists until the $V_{BIAS}$ voltage exceeds its threshold.

The circuit shown in Figure 6 is the schematic diagram of the PWR-EVAL7 evaluation board. This completely assembled and tested board can be ordered directly from Power Integrations, Inc. for evaluation of the PWR-SMP260. Complete supply specifications are included, as will as instruction on how to modify the board for other output voltages and oscillator frequencies.

## Typical Performance Characteristics (Figure 6 Power Supply)



EFFICIENCY vs. INPUT VOLTAGE ($P_{LOAD}$ = 30 W)



EFFICIENCY vs. OUTPUT POWER ($V_{IN}$ = 162 VDC)

1-110   C 2/92

**PRELIMINARY**　　　　　　　　　　　　　　　　　　　　　PWR-SMP260

### ABSOLUTE MAXIMUM RATINGS[1]

| | |
|---|---|
| DRAIN Voltage ............................................. 700 V | Junction Temperature[2] ................................. 150°C |
| V$_{IN}$ Voltage .................................................. 500 V | Lead Temperature[3] ...................................... 260°C |
| V$_{BIAS}$ Voltage ................................................ 35 V | Power Dissipation (T$_A$ = 25°C) ................... 2.3 W |
| V$_{BIAS}$ Current ............................................. 300 mA | (T$_A$ = 70°C) .................... 1.2 W |
| Feedback/Feedforward Current ................. 20 mA | Thermal Impedance (θ$_{JA}$) .......................... 41°C/W |
| Drain Current ................................................... 3 A | (θ$_{JC}$) .......................... 7.2°C/W |
| Storage Temperature ............................ −65 to 125°C | |
| Ambient Temperature ............................. 0 to 70°C | |

1. Unless noted, all voltages referenced to SOURCE, T$_A$ = 25°C
2. Normally limited by internal circuitry.
3. 1/16" from case for 5 seconds.

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: V$_{IN}$ =325 V, C$_{EXT}$ = 470 pF R$_{EXT}$ = 20.5 kΩ, T$_A$ = 0 to 70°C | Test Limits MIN | TYP | MAX | Units |
|---|---|---|---|---|---|---|
| **OSCILLATOR** | | | | | | |
| Frequency Range | f$_{OSC}$ | | 30 | | 400 | kHz |
| Initial Accuracy | Δf$_{OSC}$ | SLOPE COMP Open | 230 | 270 | 310 | kHz |
| SYNC Pulse Width | t$_{SYNC}$ | Output Synchronized to External Clock | 0.1 | | 1 | μs |
| | | Output OFF | 10 | | | |
| SYNC Bias Current | I$_{SYNC}$ | Output Switching | | 170 | | μA |
| | | Output OFF | | 35 | | |
| **PULSE WIDTH MODULATOR** | | | | | | |
| Duty Cycle Range | DC | SLOPE COMP = V$_S$ | 0-45 | 0-50 | | % |
| | | SLOPE COMP Open | 0-90 | 0-95 | | |
| Summing Junction Current Gain | A$_{I(SJ)}$ | | | 1.9 | 2.2 | |
| Summing Junction Gain-Bandwidth | | | | 1 | | MHz |
| Current Limit Threshold Voltage | V$_{ILIMIT}$ | | 0 | | 50 | mV |
| Current Limit Reference Current | I$_{REF}$ | SLOPE COMP = V$_S$ FEEDBACK, FEEDFORWARD Open | | 480 | | μA |
| Current Limit Delay Time | t$_{ILIMIT}$ | V$_{ILIMIT}$ = 150 mV | | 75 | | ns |



2/92　　1-111

**1**

FCS1685814

**PWR-SMP260**                                                                 *PRELIMINARY*

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN}$ = 325 V, $C_{EXT}$ = 470 pF, $R_{EXT}$ = 20.5 kΩ, $T_A$ = 0 to 70°C | Test Limits MIN | Test Limits TYP | Test Limits MAX | Units |
|---|---|---|---|---|---|---|
| **PULSE WIDTH MODULATOR (cont.)** | | | | | | |
| SLOPE COMP Peak Voltage | | SLOPE COMP to COM via 6.98 kΩ | 1.7 | | 1.8 | V |
| SLOPE COMP Current Gain | $A_{I(SC)}$ | | | 0 | | dB |
| Leading Edge Blanking Time | $t_{BLANK}$ | | 100 | | 200 | ns |
| Minimum Load Current Gain | $A_{I(ML)}$ | | | 75 | | dB |
| Minimum Load Gain-Bandwidth | | | | 30 | | kHz |
| Minimum Load Current Threshold | $I_{LIMIT}$ | | | 60 | | µA |
| Feedforward Voltage | $V_{FF}$ | | | 1.25 | | V |
| Feedback Bias Current | $I_{FB}$ | | | 480 | | µA |
| Feedback Input Impedance | $Z_{FEEDBACK}$ | $I_{FB}$ = 200 µA | | | 1 | kΩ |
| **SOFT-START** | | | | | | |
| Ramp Period | | | | 4096 | | Cycles |
| Auto-restart Delay Period | | | | 28,672 | | Cycles |
| DAC Linearity | | | | ±0.5 | | lsb |
| **CIRCUIT PROTECTION** | | | | | | |
| Thermal Shutdown Temperature | | | 120 | 140 | | °C |
| Thermal Shutdown Hysteresis | | | | 45 | | °C |


1-112 c 2/92


## PRELIMINARY

PWR-SMP260

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN}$ = 325 V, $C_{EXT}$ = 470 pF $R_{EXT}$ = 20.5 kΩ, $T_A$ = 0 to 70°C | | Test Limits | | | Units |
|---|---|---|---|---|---|---|---|
| | | | | MIN | TYP | MAX | |
| **OUTPUT** | | | | | | | |
| ON-State Resistance | $R_{DS(ON)}$ | $I_D$ = 100 mA | $T_j$ = 25°C | | | 3 | Ω |
| | | | $T_j$ = 115°C | | | 5 | |
| ON-State Current | $I_{D(ON)}$ | $V_{DS}$ = 10 V | | 2 | 2.5 | | A |
| OFF-State Current | $I_{DSS}$ | $V_{DRAIN}$ = 560 V | | | 10 | 100 | µA |
| Breakdown Voltage | $BV_{DSS}$ | $I_{DRAIN}$ = 100 µA, $T_A$ = 25°C | | 700 | | | V |
| Output Capacitance | $C_{OSS}$ | $V_{DRAIN}$ = 25 V, f = 1 MHz | | | 280 | | pF |
| Output Stored Energy | $E_{OSS}$ | | | | 2500 | | nJ |
| Rise Time | $t_r$ | | | | | 100 | ns |
| Fall Time | $t_f$ | | | | | 100 | ns |
| **SUPPLY** | | | | | | | |
| Pre-regulator Voltage | $V_{IN}$ | | | 20 | | 500 | V |
| Pre-regulator Cutoff Voltage | $V_{BIAS(CO)}$ | | | 8 | 9 | 10 | V |
| Off-line Supply Current | $I_{IN}$ | $V_{BIAS}$ not connected | | | 5 | TBD | mA |
| | | $V_{BIAS}$ > 10 V | | | | 0.2 | |
| | | Thermal Shutdown ON or SYNC = 0 | | | 0.8 | 1.2 | |
| $V_{BIAS}$ Supply Voltage | $V_{BIAS}$ | $V_{BIAS}$ externally supplied via feedback | | 10 | | 30 | V |
| $V_{BIAS}$ Supply Current | $I_{BIAS}$ | $V_{BIAS}$ externally supplied via feedback | | | 5 | TBD | mA |
| $V_S$ Source Voltage | $V_S$ | | | 5.0 | 5.8 | 6.5 | V |
| $V_S$ Source Current | $I_S$ | | | | | 200 | µA |

1

c 2/92  1-113

FCS1685816

**PWR-SMP260**   *PRELIMINARY*

**NOTES:**
1. Applying >3.5 V to the $I_{LIMIT}$ pin activates an internal test circuit that turns on the output switch continuously. Destruction of the part can occur if the output of the PWR-SMP260 is connected to a high-voltage power source when the test circuit is activated.



*Figure 8. Switching Time Test Circuit.*







FCS1685817

## PRELIMINARY

PWR-SMP260

### C<sub>OSS</sub> vs. DRAIN VOLTAGE


### DRAIN CHARGE vs. DRAIN VOLTAGE


### DRAIN CAPACITANCE ENERGY


### TRANSFER CHARACTERISTICS


### PACKAGE POWER DERATING


### TRANSIENT THERMAL IMPEDANCE


C
2/92  1-115

FCS1685818