# EXHIBIT L

# REDACTED

# EXHIBIT M

# REDACTED