# EXHIBIT J

# REDACTED

# EXHIBIT K

# REDACTED

# EXHIBIT L

# REDACTED

# EXHIBIT M

# REDACTED

# EXHIBIT N

# REDACTED