# EXHIBIT P

# REDACTED

Case 1:04-cv-01371-JJF    Document 227-6    Filed 03/24/2006    Page 2 of 4

# EXHIBIT Q

# REDACTED