# EXHIBIT T

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a :
Delaware corporation, :
 :
       Plaintiff, :
 :
v. : C.A. No. 04-1371-JJF
 :
FAIRCHILD SEMICONDUCTOR :
INTERNATIONAL, INC., a Delaware:
corporation, and FAIRCHILD :
SEMICONDUCTOR CORPORATION, a :
Delaware corporation, :
 :
       Defendants. :

O R D E R

At Wilmington, this 2 day of December 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Motion To Quash (D.I. 130-2) filed by LG Electronics USA Inc. is **GRANTED**.

2. The Objections To Subpoena Duces Tucem (D.I. 130-1) filed by LG Electronics USA Inc. are **DENIED AS MOOT**.

                                            /s/ Joseph J. Farnan
                                   UNITED STATES DISTRICT JUDGE

**MKipp**

---

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Friday, December 02, 2005 5:04 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-01371-JJF Power Integrations v. Fairchild Semicond., et al "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from dlk, entered on 12/2/2005 at 5:03 PM EST and filed on 12/2/2005
**Case Name:** Power Integrations v. Fairchild Semicond., et al
**Case Number:** 1:04-cv-1371
**Filer:**
**Document Number:** 142

**Docket Text:**
ORDER re [141] Memorandum Opinion, GRANTING [130] MOTION TO QUASH SUBPOENA AD TESTIFICANDUM AND FOR A PROTECTIVE ORDER and DENYING AS MOOT OBJECTIONS TO SUBPOENA DUCES TUCEM filed by LG Electronics USA Inc., Signed by Judge Joseph J. Farnan, Jr. on 12/02/2005. (dlk)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/2/2005] [FileNumber=134513-0]
[9c2c80b3c5f1ef36b27b3383a733562b7c5657c94c7d15da4ec3f6c6de3c6b88e591
e0d752356163513ec12f75d93aa3f610b60d4bc5e5c6fc904d9154d340b5]]

**1:04-cv-1371 Notice will be electronically mailed to:**

Steven J. Balick    sbalick@ashby-geddes.com, jday@ashby-geddes.com; mkipp@ashby-geddes.com; dfioravanti@ashby-geddes.com; nlopez@ashby-geddes.com; tlydon@ashby-geddes.com; lmaguire@ashby-geddes.com

John G. Day    jday@ashby-geddes.com, sbalick@ashby-geddes.com; mkipp@ashby-geddes.com; dfioravanti@ashby-geddes.com; nlopez@ashby-geddes.com

Sean Paul Hayes    sph@fr.com, manis@fr.com; kilby@fr.com

Tiffany Geyer Lydon    tlydon@ashby-geddes.com, dfioravanti@ashby-geddes.com

William J. Marsden , Jr    marsden@fr.com, manis@fr.com; wsd@fr.com; sub@fr.com; kilby@fr.com

12/2/2005

John M. Seaman    jseaman@bmf-law.com,

**1:04-cv-1371 Notice will be delivered by other means to:**

12/2/2005