# EXHIBIT X

**REDACTED**