# EXHIBIT C

356    IEEE TRANSACTIONS ON POWER ELECTRONICS, VOL. 6, NO. 3, JULY 1991

# Acoustic Noise Reduction in Sinusoidal PWM Drives Using a Randomly Modulated Carrier

Thomas G. Habetler, *Member, IEEE*, and Deepakraj M. Divan, *Member, IEEE*

*Abstract*—Acoustic noise in an inverter-driven electric machine can be reduced by avoiding the concentration of harmonic energy in distinct tones. One method to spread out the harmonic spectrum without the use of programmed PWM is to cause the switching pattern to be random. It is proposed that the switching pattern can be randomized by modulating the triangle carrier in sinusoidal PWM with band-limited white noise. All the advantages of sinusoidal PWM are preserved with this technique. These include, real-time control, linear operation, good transient response and a constant average switching frequency. By controlling the bandwidth and rms value of the bandwidth limited noise modulation, it is shown that the instantaneous variation in switching frequency as well as the bandwidth of the energy spectrum in the machine can be specified within predetermined limits. Experimental results show the absence of acoustic noise concentrated at specific tones which is present with conventional sinusoidal modulation.

I. INTRODUCTION

MODERN three phase motor drives in the medium to high power range typically switch at frequencies in the audio range. That is, above the fundamental frequency of the output voltage (6-step mode) and below 2 to 3 kHz. Acoustic noise in an electric machine is for the most part proportional to the square of the air gap flux density. The majority of the noise is then generated by harmonic flux waves interacting with the fundamental flux wave. The maximum noise, certainly from a psychological standpoint, is generated when the harmonic flux produced is concentrated at a particular frequency such as the switching frequency. It is desirable then to spread out the frequency spectrum of the harmonic voltage, and therefore current, in such a way as to eliminate the presence of specific tones.

A typical six-pulse bridge inverter feeding an induction machine is illustrated in Fig. 1. Certain types of switching regulators, such as the hysteresis current regulator [1], accomplish this spreading of the voltage spectrum inadvertently. The hysteresis regulator has a varying switching frequency which results in a voltage spectrum that does not have a large component at a particular frequency. However, the switching pattern, in the steady-state, is still

Manuscript received June 14, 1989.
T. G. Habetler is with the Georgia Institute of Technology, School of Electrical Engineering, Atlanta, GA 30332.
D. M. Divan is with the University of Wisconsin-Madison, Department of Electrical Engineering, 1415 Johnson Drive, Madison, WI 53706.
IEEE Log Number 9100520.

Fig. 1. Schematic for sinusoidal PWM voltage-sourced inverter feeding an induction motor load.

periodic since the switching instances are directly related to the current error. Therefore, the amount of acoustic noise generated depends on the nature of the load. The hysteresis regulator also has the problem of a widely varying switching frequency and low frequency beating is observed under light load conditions.

Alternative methods for acoustic noise reduction have been implemented through the use of harmonic control in programmed PWM schemes [2], [3]. In programmed PWM the switching frequency is maintained constant. The individual tones produced by the switching process are kept low by control of the switching angles. The problem with this approach is that discrete tones in the voltage spectrum still exist since the switching function is periodic. Also, programmed PWM schemes require many waveforms to be stored in memory for varying values of output fundamental magnitude. More critically, since programmed PWM stores the switching angles for a complete cycle of the output voltage it is only useful for acoustic noise reduction when the drive is operating in the steady state. The basic concept of programmed PWM only applies to steady state periodic waveforms. Programmed PWM is not applicable to current regulated drives which are quite often operating in the transient state. Pro-

0885-8993/91/0700-0356$01.00 © 1991 IEEE

FCS0525283

grammed PWM results in a slow transient response and somewhat nonlinear relationship of the output voltage with respect to the reference.

## II. MODULATED CARRIER SINUSOIDAL PWM

An improved PWM scheme with acoustic noise reduction then must have a spectrum without energy concentrated at discrete frequencies and still not have a widely varying switching frequency. Real time control and a linear transfer function are also requisite features. In addition, the spectral energy fed into the motor load should be limited to a defined range. In that way, current in the machine at frequencies significantly below the switching frequency can be avoided. The reduction of machine-generated acoustic noise has been demonstrated with the regularly sampled sigma-delta modulator [4]. The acoustic noise reduction is attributed to the fact that the energy spectrum for this type of controller is spread out. The spectrum is spread in the sigma-delta modulator because the combination of the quantizer and the regular sampling generates a random switching pattern. The switching pattern is random since the error polarity, which is the output of the quantizer, and the sampling instant are not correlated. The concept of randomizing repetitive phenomena to reduce noise has been widely used for applications in other disciplines. An example is the random spacing or orientation of fan or propeller blades. Placement of gear teeth is also randomized to reduce noise. The same concept of randomizing a repetitive process can be applied to PWM drives. The limitation of this type of modulation is the fact that the switching instants are discrete. Therefore, higher switching frequencies are required to achieve performance equivalent to PWM.

Reference [6] introduces another method for spreading the inverter output voltage spectrum to reduce acoustic noise. In this approach a random switching function is intentionally created to reduce acoustic noise. With this technique the average value of the regulator reference voltage, over a particular interval, $T_n$, is found using a triangle comparison. This average is denoted as $V_{avg}^*$. The $T_n$ interval is divided up into $r$ subintervals. For each of these subintervals, a uniformly distributed random number with expected value $V_{avg}^*$ is generated. The inverter is switched high (or low) at each of the subintervals, depending on whether or not the value of the random number is above (or below) $V_{avg}^*$. This causes the energy spectrum of the unwanted components of output voltage to be almost flat. This scheme also has the advantage of real-time control. However, the requisite switching frequency for satisfactory performance is even higher than that necessary in discrete pulse switching. In [6], for a 60-Hz fundamental frequency of the output voltage, the switching frequency is 320 kHz.

Sinusoidal PWM has the desired feature of being a real-time linear amplifier with a constant switching frequency. The switching pattern for sinusoidal PWM is illustrated in Fig. 2. The pole (phase) switching function results from



Fig. 2. Waveforms illustrating triangle carrier, reference wave and resulting pole switching function for conventional sinusoidal PWM.

the comparison of a voltage reference wave with a triangular carrier. The resulting output ac load voltage spectrum does, however, have a large component at the switching frequency which results in a tone that is radiated acoustically by the machine. The switching frequency, of course, is the frequency of the carrier or triangle wave, denoted $\omega_c$. The spectrum of the resulting PWM voltage, $V_p$, is related to the carrier wave, $V_T$. For example, consider the case of zero modulation. Here $V_p$ is a square wave which results from comparing $V_c$ with zero, and is simply the derivative of the triangle carrier. It is proposed that modulating the carrier frequency in an appropriate manner will spread the energy that would otherwise exist in a tone at $\omega_c$.

To maintain the linearity of the amplifier, it is necessary for the carrier wave to still have straight line segments, i.e., it must remain triangular. As in unmodulated sine-triangle PWM, it is assumed that the instantaneous carrier frequency is always much larger than the frequency of the reference, $f_o$. Then the duty cycle generated by the PWM comparison is maintained proportional to the value of the reference over one period of the carrier. However, if the slope of subsequent segments are varied, linearity is maintained. Let the instantaneous value of the carrier frequency, i.e., the frequency of a single straight line segment between time $t_k$ and $t_{k+1}$, be given by

$$f_i = \frac{1}{T_i} = \frac{1}{t_{k+1} - t_k} = \frac{1}{T_c + T_n} \quad (1)$$

and

$$T_n = V_{max} n(t_k) \quad (2)$$

where $T_n$ is the change in the period of any given segment due to the modulation, $n(\bullet)$ is the modulating function, and $T_c$ is the average period of the carrier. This type of modulation is often referred to as frequency shift keying (FSK). Fig. 3 illustrates the carrier waveform.

It is clear that by restricting the magnitude of $n(t)$ in this scheme the switching frequency can be maintained within a predetermined range. It is also very important to constrain the spectrum of the output voltage, $V_p$, so that

FCS0525284



Fig. 3. Waveforms illustrating: (a) Triangle carrier with FSK-type modulation. (b) Modulating function. (c) Modulation function after sample and hold which defines slope of triangle.

substantial low frequency content does not exist. One approach would be to sinusoidally modulate the triangle wave around $\omega_c$. If the magnitude of $n(t)$ is sufficiently small it can be surmised from frequency modulation theory that the bandwidth of the output voltage can be controlled. However, because of the low regular manner in which $f_i$ changes, the tone is still detected. The acoustic noise produced by the machine sounds like a fast-changing tone.

### III. RANDOM MODULATION

A better approach to sinusoidal modulation is a random modulation of the slope of the carrier waveform. Let the modulating function, $n(t)$, be a random function, say, Gaussian "white" (i.e., wideband) noise. Modulating with very high bandwidth noise results in a large instantaneous change in the triangle frequency. This eliminates the concentration of energy in a tone. It also results in a very wide spectrum for the output voltage, including substantial content at low frequencies which will cause low frequency currents to flow in the machine.

Since the fundamental component of the triangle wave is the primary source of acoustic noise, the higher frequency harmonics can be neglected. Let $V_c$ be the output voltage without the modulated carrier. Then, ignoring components other than a single tone,

$$V_c(t) \approx A \cos \omega_c t. \qquad (3)$$

If the modulating function has a narrow bandwidth, the spectral content of $V_p$, the output voltage, can be constrained within a specified range of frequencies. For the sake of analysis then, assume that the modulation is continuous. Therefore,

$$V_p(t) \approx A \cos [\omega_c t + \mu(t)] \qquad (4)$$

where $\mu(t)$ is the change in instantaneous angle due to modulation. The autocorrelation function is

$$R(t) = E\{V_p(t) V_p(t + \tau)\}$$
$$= E\left\{\frac{A^2}{2} \cos [\omega_c t + \omega_c \tau + \mu(t + \tau) + \mu(\tau)]\right\}$$
$$+ E\left\{\frac{A^2}{2} \cos [2\omega_c t + \omega_c \tau + \mu(t + \tau) + \mu(\tau)]\right\}. \qquad (5)$$

$E\{\bullet\}$ denotes the expected value operator. Since the noise has zero mean,

$$R(t) = \frac{A^2}{2} E\{\cos [\mu(t + \tau) - \mu(t)]\} \cos \omega_c t$$
$$= \frac{A^2}{2} \exp [R_\mu(t) - R_\mu(0)] \cos \omega_c t \qquad (6)$$

where $R_\mu(\bullet)$ is the autocorrelation function of the bandwidth limited noise. Therefore, the Fourier transform of the autocorrelation function which is the power spectrum is

$$S(\omega) = \frac{2}{\pi} \int_0^\infty \frac{A^2}{2} \exp [R_\mu(t) - R_\mu(0)] \cos \omega_c t \cos \omega t \, dt. \qquad (7)$$

The frequency deviation, $\Delta\omega$, is the amount $\omega_i$ changes when $n(t)$ is at its peak value. Note $\Delta\omega$ also determines the total power of $n(t)$. Also define $\omega_n$ as the bandwidth or cutoff frequency for $n(t)$. The well-known rule of thumb known as Carson's Rule can be used for estimating the bandwidth, $\omega_{BW}$,

$$\omega_{BW} = 2\omega_n \left[1 + \frac{\Delta\omega}{\omega_n}\right]. \qquad (8)$$

Carson's rule accurately predicts the bandwidth of a sinusoidal carrier continuously modulated with a band of Gaussian noise. In the FSK scheme presented here it can still be used to predict the bandwidth of $V_p$ if the bandwidth of $n(t)$ is sufficiently below $f_c$. From (8) it can be seen that the bandwidth of the output voltage depends on the frequency band of the Gaussian noise as well as its amplitude. Carson's rule is merely meant to be a tool by which one can gain an estimate of the bandwidth of the noise modulated voltage. It also confirms the assumption that in order to eliminate substantial lower frequency content, the noise bandwidth must be limited. From Carson's rule, the noise source $n(t)$ must be bandwidth limited noise.

Besides simply controlling the bandwidth and amplitude of the noise, it may also be desired to vary other characteristics of the noise, depending on how machine-generated acoustic noise is affected. It is widely known that adding pre-emphasis causes the spectrum of the modulated voltage, $V_p(t)$, to roll-off at a faster rate than without pre-emphasis. Pre-emphasis implies that the amplitude of the noise linearly decreases over the frequency band. Without pre-emphasis the amplitude spectrum is

FCS0525285

flat. The characteristics of the noise source can be precisely controlled using so-called "periodic" noise. This type of noise is simply the summation of desired frequency components with random phase. That is, for periodic band limited noise:

$$n_p(t) = \sum_{k \in S} N_p \sin(kt + \xi_k) \qquad (9)$$

where $S$ is the set of desired frequency components of $n_p$. $N_p$ is the magnitude of the spectral components of the noise. $N_p$ can be made a function of $k$ to incorporate pre-emphasis. $\xi_k$ is a uniformly distributed random number between 0 and $2\pi$.

Since Carson's rule depends only on $\Delta\omega$, the minimum frequency component of $n(t)$ can be set to zero. In fact, it has been shown in [5] that the spectrum only changes slightly if the minimum frequency component of $n(t)$ is nonzero and is much less than the maximum frequency component.

### IV. IMPLEMENTATION

A block diagram illustrating the implementation of the proposed random modulated sine-triangle PWM regulator is shown in Fig. 4. As can be seen from the figure, the random modulation is a very simple addition to an existing sine-triangle regulator. A sample and hold element is clocked at each peak of the triangle wave to hold the value of slope for the next segment.

The bandwidth limited noise source can be any Gaussian wide band white noise generator followed by a low pass filter, or a periodic noise generator. The white noise source can be obtained quite simply in a number of different manners, such as monolithic noise generator circuits, zener diode voltage, or a number of other semiconductor-based methods. However, the low pass filter requires a number of components including reactive elements. Also, the low pass filter should have a sharp cutoff in order to define the band of the output voltage as precisely as possible.

Fig. 5 shows another method for implementing the random carrier PWM regulator. In this approach the band limited noise generator is implemented using a lookup table, whose contents have been generated apriori, off line. That is, a large quantity of periodic random numbers can be computer generated and stored in some type of ROM. If the quantity of numbers is large, the repetition rate of the random numbers can be made large say, greater than one second, and will have no effect on the resulting voltage spectra. The output of the ROM is then sent through a digital to analog converter to get the slope of the triangle wave. With this approach the noise generator, hardware filters, and sample and hold element are not needed. In addition, since the noise is being generated off-line, any type of noise can be implemented, including periodic noise. It is then a simple matter to compare the acoustic noise generated by the machine as a function of the noise which modulates the carrier wave.



Fig. 4. Block diagram illustrating implementation of random carrier sinusoidal PWM regulator using analog noise generator.



Fig. 5. Block diagram illustrating implementation of random carrier sinusoidal PWM regulator where noise source is generated digitally and stored in look-up table.

### V. EXPERIMENTAL RESULTS

An off-the-shelf 20-hp sinusoidal PWM inverter has been modified to include the random modulation scheme. The triangle carrier and the line switching function are shown in Fig. 6. Note that there is very little perceivable difference in the triangle wave with and without random modulation, since the instantaneous frequency is varying only slightly. Fig. 7 shows the harmonic spectrum of the Gaussian noise used to modulate the carrier. Note the effect of the added pre-emphasis which causes the lowest frequencies to be somewhat attenuated.

In all the results given, the output frequency is 17 Hz, the average switching frequency, $f_c = 1$ kHz; the cutoff frequency of the noise, $f_n = 500$ Hz for the band limited noise, and the peak frequency deviation, $\Delta f = 300$ Hz. The inverter is supplying an unloaded induction motor.

The line current at the induction machine terminals are shown in Fig. 8 with and without the random modulation. It is seen from this figure that the current is essentially unchanged due to the added random modulation. A linear scale plot of the line-line voltage spectra and the acoustic noise spectra are shown in Figs. 9 and 10 with and without random modulation. The acoustic noise spectra were measured with a sound pressure level meter, held in the same position for all measurements, with the microphone output connected to a spectrum analyzer. It is very important to note that the measured acoustic spectra are not meant to be absolute measurements of the acoustic noise

FCS0525286

360    IEEE TRANSACTIONS ON POWER ELECTRONICS, VOL. 6, NO. 3, JULY 1991



Fig. 6. Oscillograms of the pole switching functions. (a) Conventional sinusoidal modulation. (b) Randomly modulated sinusoidal PWM. Vert: 2 V/div. Horiz: 2 ms/div.



Fig. 7. Spectrum of noise used to modulate carrier waveform.



Fig. 8. Oscillograms of motor line current. (a) Conventional sinusoidal PWM. (b) Randomly modulated sinusoidal PWM. Vert: 10 A/div. Horiz: 10 ms/div.

FCS0525287

HABETLER AND DIVAN: ACOUSTIC NOISE REDUCTION IN SINUSOIDAL PWM DRIVES        361





Fig. 9. Spectra of ac load line-line voltage. (a) Conventional sinusoidal PWM. (b) Randomly modulated sinusoidal PWM.

produced by the machine. Rather, figures 9 and 10 are meant to serve as relative comparisons showing the effect of random modulation. From these figures it can be seen that no appreciable energy at low frequencies (below half the switching frequency) is delivered to the machine due to the random modulation.

In Figs. 9 and 10, note the dramatic reduction in the magnitude of the individual harmonics near the switching frequency in the randomly modulated spectra. For the particular motor used in the experimental part of the work, the total (rms) sound energy generated by the machine is not reduced by the random modulation. However, the energy spectrum of the noise is now spread to create a more appealing, less annoying sound.

VI. CONCLUSION

Acoustic noise in electric machines is caused by the interaction of the fundamental and harmonic flux densities. The annoying whine that the motor produces can be avoided by eliminating distinct tones in the applied voltage. It is proposed that an effective method of spreading the spectral content of the applied voltage is by randomly modulating the triangle carrier in sinusoidal PWM. In this

FCS0525288





Fig. 10. Spectra of acoustic noise generated by induction machine. (a) Conventional sinusoidal PWM. (b) Randomly modulated sinusoidal PWM.

way, the energy in the tones around the switching frequency is spread out with subsequent reduction in peak values. The random modulator maintains the advantages of sinusoidal PWM including constant average switching frequency, linear amplification, and real-time control. The instantaneous switching frequency variation is small and can be predetermined. With the proposed scheme, the total level of the acoustic noise emitted by the machine remains constant. The acoustic noise, however, is more pleasing to the ear since the noise is now random. Experimental results illustrate the absence of tones in the voltage applied to an induction machine and in the spectrum of the acoustic noise generated by the machine.

ACKNOWLEDGMENT

This work has been supported through a scholarship to Thomas Habetler from the Electro-Motive Division of General Motors Corporation and through the Wisconsin Electric Machines and Power Electronics Consortium (WEMPEC). Special thanks is extended to Emerson Electric Co. for supplying the inverter used in the experimental work.

FCS0525289

Case 1:04-cv-01371-JJF    Document 228-4    Filed 03/24/2006    Page 9 of 9

Case 1:04-cv-01371-JJF    Document 228-4    Filed 03/24/2006    Page 9 of 9

## REFERENCES

[1] D. M. Brod and D. W. Novotny, "Current control of VSI-PWM inverters," *IEEE Trans. Ind. Appl.*, vol. IA-21, no. 4, pp. 769-775, 1984.
[2] I. Takahashi and H. Mochikawa, "Optimum waveforms of an inverter for decreasing acoustic noise of an induction motor," in *IEEE-IAS Annual Meeting Conf. Rec.*, 1985, pp. 641-646.
[3] G. A. Goodzari and R. G. Hoft, "GTO inverter optimal PWM waveform," in *IEEE-IAS Annual Meeting Conf. Rec.*, 1987, pp. 312-316.
[4] M. Kheraluwala and D. M. Divan, "Delta modulation strategies for resonant link inverters," in *PESC Conf. Rec.*, June 1987, pp. 271-278.
[5] J. H. Roberts, *Angle Modulation: The Theory of System Assessment*. Peter Peregrinus Ltd. Publishing, 1977.
[6] A. M. Trzynadlowski, S. Legowski, and R. L. Kirlin, "Random pulse width modulation technique for voltage controlled power inverters," *IEEE-IAS Annual Meeting Conf. Rec.*, 1987, pp. 863-868.
[7] F. G. Stremler, *Introduction to Communications Systems*. Reading, MA: Addison-Wesley, 1977.



Deepakraj M. Divan (S'78-M'78-S'82-M'83) received his B.Tech. degree in electrical engineering from the Indian Institute of Technology, Kanpur, India in 1975. He also received the M.Sc. and Ph.D. degrees in electrical engineering from the University of Calgary, AB, Canada.

He has worked for two years as a Development Engineer with Philips India Ltd. After finishing his Masters program in 1979, he started his own concern in Pune, India, providing product development and manufacturing services in the power electronics and instrumentation areas. In 1983, he joined the Department of Electrical Engineering at the University of Alberta as an Assistant Professor. Since 1985, he has been with the Department of Electrical and Computer Engineering at the University of Wisconsin, Madison where he is presently an Associate Professor. He is also an Associate Director of the Wisconsin Electric Machines and Power Electronics Consortium (WEMPEC). His primary areas of interest are in power electronic converter circuits and control techniques. He has published over 30 papers in the area as well as many patents.

Dr. Divan has been a recepient of the Killam Scholarship while in his Ph.D. program and has also won various prize papers including the IEEE-IAS Best Paper Award for 1988-89, First prize paper for the Industrial Drives and Static Power Converter Committee in 1989, Third Prize Paper in the Power Semiconductor Committee and the 1983 third prize paper award of the Static Power Converter Committee of the IEEE Industry Applications Society. He is also a consultant for various industrial concerns. He has been the Program Chairman for the 1988 and 1989 Static Power Converter Committee of the IEEE-IAS, Program Chairman for PESC '91, and a Treasurer for PESC '89. He is also a Chairman of the Education Committee in the IEEE Power Electronics Society.



Thomas G. Habetler (S'82-M'83-S'85-M'89) received the B.S.E.E. degree in 1981 and the M.S. degree in 1984, both in electrical engineering, from Marquette University, Milwaukee, WI, and the Ph.D. degree from the University of Wisconsin-Madison, in 1989.

From 1983-1985 he was employed by the Electro-Motive Division of General Motors as a Project Engineer. While there, he was involved in the design of switching power supplies and voltage regulators for locomotive applications. In 1985 he was awarded the General Motors Fellowship to attend the University of Wisconsin-Madison. He is currently an Assistant Professor of Electrical Engineering at the Georgia Institute of Technology. His research interests are in switching converter technology and electric machine drives.

Dr. Habetler was co-recipient of the 1989 first-prize paper award of the Industrial Drives Committee. He is a member of the IAS Industrial Power Converter Committee and Industrial Drives Committee.

FCS0525290