# EXHIBIT E



Products        Design Support        Green Solutions        Sales Info        Company Info        Buy Samples

## Company Info

## Patents

As of December 31, 2005 Power Integrations holds 131 U.S. and 82 foreign patents.

Click here to see a complete list of Power Integrations' U.S. patents. (Link will open a new window and take you to the U.S. Patent and Trademark Office Web site.)

**Downloads**
- Overview Video
- Energy-Efficiency Video (23 MB)
- Fact Sheet
- Company Brochure (5 MB)

Copyright 2005-06 Power Integrations. All rights reserved. Contact Webmaster. Terms of Use | Privacy Policy | Chinese | Japanese | Korean

3/14/2006

# EXHIBIT F

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Next List | Bottom | View Cart |
|-----------|--------|-----------|

*Searching 1976 to present...*

**Results of Search in 1976 to present db for:**
**AN/"power integrations" OR AN/"power intergrations"**: 141 patents.
*Hits 1 through 50 out of 141*

[ Next 50 Hits ]

[ Jump To ]

[ Refine Search ]   AN/"power integrations" OR AN/"power intergrations"

| | PAT. NO. | Title |
|---|----------|-------|
| 1 | 7,005,914 | Method and apparatus for sensing current and voltage in circuits with voltage across an LED |
| 2 | 7,002,398 | Method and apparatus for controlling a circuit with a high voltage sense device |
| 3 | 6,995,990 | Method and apparatus for substantially reducing electrical earth displacement current flow generated by wound components |
| 4 | 6,995,986 | Switched mode power supply responsive to current derived from voltage across energy transfer element input |
| 5 | 6,992,903 | Method and apparatus for substantially reducing electrical earth displacement current flow generated by wound components |
| 6 | 6,992,471 | Method and apparatus for trimming current limit and frequency to maintain a constant maximum power |
| 7 | 6,987,299 | High-voltage lateral transistor with a multi-layered extended drain structure |
| 8 | 6,985,368 | Method and apparatus for output voltage regulation in primary controlled switched mode power supplies |
| 9 | 6,982,621 | Method and apparatus for substantially reducing electrical displacement current flow between input and output windings of an energy transfer element |
| 10 | 6,980,451 | Method and apparatus for balancing active capacitor leakage current |
| 11 | 6,977,803 | Method and apparatus for substantially reducing electrical displacement current flow between input and output windings of an energy transfer element |
| 12 | 6,967,472 | Method and apparatus for maintaining an approximate constant current output characteristic in a switched mode power supply |
| 13 | 6,954,057 | Method and apparatus providing final test and trimming for a power supply controller |

14 6,947,299 🆃 Method and apparatus for dissipative clamping of an electrical circuit

15 6,914,793 🆃 Method and apparatus providing a multi-function terminal for a power supply controller

16 6,900,622 🆃 Method and apparatus for reducing audio noise in a switching regulator

17 6,894,909 🆃 Method and apparatus for substantially reducing electrical earth displacement current flow generated by wound components

18 6,893,129 🆃 Autostereoscopic display for multiple viewers

19 6,882,212 🆃 Method and apparatus for extending the size of a transistor beyond one integrated circuit

20 6,882,134 🆃 Method and apparatus for trimming current limit and frequency to maintain a constant maximum power

21 6,882,005 🆃 High-voltage vertical transistor with a multi-layered extended drain structure

22 6,879,498 🆃 Switched mode power supply responsive to current derived from voltage across energy transfer element input

23 6,876,181 🆃 Off-line converter with digital control

24 6,865,093 🆃 Electronic circuit control element with tap element

25 6,838,346 🆃 Method of fabricating a high-voltage transistor with a multi-layered extended drain structure

26 6,833,692 🆃 Method and apparatus for maintaining an approximate constant current output characteristic in a switched mode power supply

27 6,833,689 🆃 Method for reducing the cost of voltage regulation circuitry in switch mode power supplies

28 6,828,631 🆃 High-voltage transistor with multi-layer conduction region

29 6,825,536 🆃 Lateral power MOSFET for high switching speeds

30 6,818,490 🆃 Method of fabricating complementary high-voltage field-effect transistors

31 6,815,293 🆃 High-voltage lateral transistor with a multi-layered extended drain structure

32 6,813,171 🆃 Dissipative clamping of an electrical circuit with a clamp voltage varied in response to an input voltage

33 6,813,168 🆃 Method and apparatus for providing input EMI filtering in power supplies

34 6,800,903 🆃 High-voltage transistor with multi-layer conduction region

35 6,798,020 🆃 High-voltage lateral transistor with a multi-layered extended drain structure

36 6,795,321 🆃 Method and apparatus for sensing current and voltage in circuits with voltage across an LED

37 6,788,514 🆃 Method and apparatus for fault condition protection of a switched mode power supply

38 6,787,847 🆃 High-voltage vertical transistor with a multi-layered extended drain structure

39 6,787,437 🆃 Method of making a high-voltage transistor with buried conduction regions

40 6,784,646 🆃 Method and apparatus for reducing audio noise in a switching regulator

41 6,781,357 🆃 Method and apparatus for maintaining a constant load current with line voltage in a switch mode power supply

42 6,781,198 🆃 High-voltage vertical transistor with a multi-layered extended drain structure

43 6,777,749 🆃 High-voltage transistor with multi-layer conduction region

44 6,775,155 🆃 Method and apparatus for output voltage regulation in primary controlled switched mode power supplies

45 6,768,172 🆃 High-voltage transistor with multi-layer conduction region

46 6,768,171  High-voltage transistor with JFET conduction channels

47 6,762,946 Method and apparatus for substantially reducing electrical earth displacement current flow generated by wound components

48 6,759,289 Method of fabricating a high-voltage transistor

49 6,754,089 Switched mode power supply responsive to current derived from voltage across energy transfer element input

50 6,750,640 Method and apparatus providing final test and trimming for a power supply controller

Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching 1976 to present...*

**Results of Search in 1976 to present db for:**
**AN/"power integrations" OR AN/"power intergrations"**: 141 patents.
*Hits 51 through 100 out of 141*

| Prev. 50 Hits |

| Final 41 Hits |

| Jump To |

| Refine Search | AN/"power integrations" OR AN/"power intergrations"

| | PAT. NO. | Title |
|---|---|---|
| 51 | 6,750,105 | Method of fabricating a high-voltage transistor with a multi-layered extended drain structure |
| 52 | 6,747,444 | Off-line converter with digital control |
| 53 | 6,747,443 | Method and apparatus for trimming current limit and frequency to maintain a constant maximum power |
| 54 | 6,744,645 | Output feedback and under-voltage detection system |
| 55 | 6,738,277 | Method and apparatus for balancing active capacitor leakage current |
| 56 | 6,734,714 | Integrated circuit with closely coupled high voltage output and offline transistor pair |
| 57 | 6,730,585 | Method of fabricating high-voltage transistor with buried conduction layer |
| 58 | 6,724,041 | Method of making a high-voltage transistor with buried conduction regions |
| 59 | 6,687,141 | Dissipative clamping of an electrical circuit with a clamp voltage varied in response to an input voltage |
| 60 | 6,687,101 | Fault condition protection |
| 61 | 6,680,646 | Power integrated circuit with distributed gate driver |
| 62 | 6,668,451 | Methods for trimming electrical parameters in an electrical circuit |
| 63 | 6,667,605 | Method and apparatus for reducing audio noise in a switching regulator |
| 64 | 6,667,213 | Method of fabricating a high-voltage transistor with a multi-layered extended drain structure |
| 65 | 6,643,153 | Method and apparatus providing a multi-function terminal for a power supply controller |

66  6,640,435 ⅢT Methods for trimming electrical parameters in an electrical circuit
67  6,639,277 ⅢT High-voltage transistor with multi-layer conduction region
68  6,635,544 ⅢT Method of fabricating a high-voltage transistor with a multi-layered extended drain structure
69  6,633,065 ⅢT High-voltage transistor with multi-layer conduction region
70  6,608,471 ⅢT Off-line converter with digital control
71  6,597,586 ⅢT Switched mode power supply responsive to current derived from voltage across energy transfer element input
72  6,583,663 ⅢT Power integrated circuit with distributed gate driver
73  6,580,622 ⅢT Output feedback and under-voltage detection system
74  6,580,593 ⅢT Method and apparatus for fault condition protection of a switched mode power supply
75  6,573,558 ⅢT High-voltage vertical transistor with a multi-layered extended drain structure
76  6,570,219 ⅢT High-voltage transistor with multi-layer conduction region
77  6,563,171 ⅢT High-voltage transistor with buried conduction layer
78  6,555,883 ⅢT Lateral power MOSFET for high switching speeds
79  6,555,873 ⅢT High-voltage lateral transistor with a multi-layered extended drain structure
80  6,552,597 ⅢT Integrated circuit with closely coupled high voltage output and offline transistor pair
81  6,549,431 ⅢT Method and apparatus for substantially reducing electrical earth displacement current flow generated by wound components
82  6,538,908 ⅢT Method and apparatus providing a multi-function terminal for a power supply controller
83  6,525,514 ⅢT Method and apparatus for reducing audio noise in a switching regulator
84  6,509,220 ⅢT Method of fabricating a high-voltage transistor
85  6,504,209 ⅢT High-voltage transistor with buried conduction layer
86  6,501,130 ⅢT High-voltage transistor with buried conduction layer
87  6,496,392 ⅢT Dissipative clamping of an electrical circuit with a clamp voltage varied in response to an input voltage
88  6,489,190 ⅢT Method of fabricating a high-voltage transistor
89  6,480,399 ⅢT Switched mode power supply responsive to current derived from voltage across energy transfer element input
90  6,468,847 ⅢT Method of fabricating a high-voltage transistor
91  6,465,291 ⅢT High-voltage transistor with buried conduction layer
92  6,462,971 ⅢT Method and apparatus providing a multi-function terminal for a power supply controller
93  6,456,475 ⅢT Off-line converter with digital control
94  6,438,003 ⅢT Output feedback and under-voltage detection system that senses an input current representing a voltage input
95  6,424,007 ⅢT High-voltage transistor with buried conduction layer
96  6,414,471 ⅢT Off-line converter with digital control
97  6,388,853 ⅢT Method and apparatus providing final test and trimming for a power supply controller
98  6,366,481 ⅢT Method and apparatus providing a multi-function terminal for a power supply controller
99  6,362,981 ⅢT Output feedback and under-voltage detection system

100 6,356,464 📕 Method and apparatus providing a multi-function terminal for a power supply controller

---

| Prev. List | Next List | Top | View Cart |

| Home | Quick | Advanced | Pat Num | Help |

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Prev. List | Bottom | View Cart |
|------------|--------|-----------|

*Searching 1976 to present...*

**Results of Search in 1976 to present db for:**
**AN/"power integrations" OR AN/"power intergrations"**: 141 patents.
*Hits 101 through 141 out of 141*

Prev. 50 Hits

Jump To

Refine Search  AN/"power integrations" OR AN/"power intergrations"

| PAT. NO. | | Title |
|----------|---|-------|
| 101 | 6,351,398 | Method and apparatus providing a multi-function terminal for a power supply controller |
| 102 | 6,337,788 | Fault condition protection |
| 103 | 6,313,976 | Method and apparatus providing a multi-function terminal for a power supply controller |
| 104 | 6,304,462 | Method and apparatus providing a multi-function terminal for a power supply controller |
| 105 | 6,297,623 | Off-line converter with digital control |
| 106 | 6,249,876 | Frequency jittering control for varying the switching frequency of a power supply |
| 107 | 6,233,161 | Switched mode power supply responsive to voltage across energy transfer element |
| 108 | 6,229,366 | Off-line converter with integrated softstart and frequency jitter |
| 109 | 6,226,190 | Off-line converter with digital control |
| 110 | 6,212,079 | Method and apparatus for improving efficiency in a switching regulator at light loads |
| 111 | 6,207,994 | High-voltage transistor with multi-layer conduction region |
| 112 | 6,168,983 | Method of making a high-voltage transistor with multiple lateral conduction layers |
| 113 | 6,154,377 | Method and apparatus reducing overshoot in a power supply controller |
| 114 | 6,147,883 | Output feedback and under-voltage detection |
| 115 | 6,107,851 | Offline converter with integrated softstart and frequency jitter |
| 116 | 6,084,277 | Lateral power MOSFET with improved gate design |
| 117 | 6,005,781 | Two switch off-line switching converter |
| 118 | 5,982,639 | Two switch off-line switching converter |

119 5,973,945 ▊ Coupled inductor power supply with reflected feedback regulation circuitry
120 5,602,724 ▊ Low-cost, high-voltage, flyback power supply
121 5,469,334 ▊ Plastic quad-packaged switched-mode integrated circuit with integrated transformer windings and mouldings for transformer core pieces
122 5,461,303 ▊ Power factor correction precompensation circuit
123 5,411,901 ▊ Method of making high voltage transistor
124 5,323,044 ▊ Bi-directional MOSFET switch
125 5,313,381 ▊ Three-terminal switched mode power supply integrated circuit
126 5,313,082 ▊ High voltage MOS transistor with a low on-resistance
127 5,285,369 ▊ Switched mode power supply integrated circuit with start-up self-biasing
128 5,285,367 ▊ Linear load circuit to control switching power supplies under minimum load conditions
129 5,282,107 ▊ Power MOSFET safe operating area current limiting device
130 5,274,274 ▊ Dual threshold differential discriminator
131 5,274,259 ▊ High voltage transistor
132 5,258,636 ▊ Narrow radius tips for high voltage semiconductor devices with interdigitated source and drain electrodes
133 5,245,526 ▊ Below ground current sensing with current input to control threshold
134 5,164,891 ▊ Low noise voltage regulator and method using a gated single ended oscillator
135 5,161,098 ▊ High frequency switched mode converter
136 5,072,268 ▊ MOS gated bipolar transistor
137 5,045,800 ▊ Pulse width modulator control circuit
138 5,038,053 ▊ Temperature-compensated integrated circuit for uniform current generation
139 5,014,178 ▊ Self powering technique for integrated switched mode power supply
140 5,008,794 ▊ Regulated flyback converter with spike suppressing coupled inductors
141 4,811,075 ▊ High voltage MOS transistors



# EXHIBIT G

# REDACTED

# EXHIBIT H

# REDACTED

# EXHIBIT I

# REDACTED

# EXHIBIT J

# REDACTED

# EXHIBIT K

# REDACTED