IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>      v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>        Defendants. | C.A. No. 04-1371-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the Expert Report of Richard Troxel on Damages was caused to be served on the attorneys of record, at the following addresses, on the date and in the manner indicated:

**BY ELECTRONIC AND U.S. MAIL**
**on January 31, 2006**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

**BY ELECTRONIC AND U.S. MAIL**
**On January 31, 2006**
Bas de Blank
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Dated: March 30, 2006						FISH & RICHARDSON P.C.


							By: */s/ Sean P. Hayes*
							     William J. Marsden, Jr. (#2247)
							     Sean P. Hayes (#4413)
							     919 N. Market Street, Suite 1100
							     P.O. Box 1114
							     Wilmington, DE  19899-1114
							     Telephone: (302) 652-5070

							     Frank E. Scherkenbach
							     225 Franklin Street
							     Boston, Massachusetts 02110-2804
							     Telephone: (617) 542-5070

							     Michael Kane
							     60 South Sixth Street
							     3300 Dain Rauscher Plaza
							     Minneapolis, MN 55402
							     Telephone: (612) 335-5070

							     Howard G. Pollack
							     500 Arguello Street, Suite 500
							     Redwood City, California 94063
							     Telephone: (650) 839-5070

							Attorneys for Plaintiff
							POWER INTEGRATIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2006, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

                                             */s/ Sean P. Hayes*
                                             Sean P. Hayes (Hayes@fr.com)

80028632.doc