IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>: C.A. No. 04-1371-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

<u>**O R D E R**</u>

At Wilmington, this 31 day of March 2006, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the following terms and/or phrases in U.S. Patent Nos. 4,811,075 (the "'075 patent"), 6,107,851 (the "'851 patent"), 6,229,366 (the "'366 patent"), 6,249,876 (the "'876 patent") are assigned the following meanings:

    1.    The term **"MOS transistor"** means "a metal oxide transistor."

    2.    The term **"substrate"** means "the physical material on which a transistor or microcircuit is fabricated."

    3.    The phrase **"a pair of laterally spaced pockets of semiconductor material of a second conductivity type within the substrate"** means "two laterally spaced pockets of semiconductor material of the opposite conductivity type from the substrate."

4.   The phrase **"a surface adjoining layer of material of the first conductivity type on top of an intermediate portion of the extended drain region between the drain contact pocket and the surface adjoining positions"** is construed according to its plain meaning, and further construction by the Court is not required.

5.   The phrase **"said top layer of material"** is construed according to its plain meaning when read in the context of the claim, and further construction by the Court is not required.

6.   The term **"reverse bias voltage"** means "a voltage applied across a rectifying junction with a polarity that provides a high-resistance path."

7.   The phrase **"substrate region thereunder which forms a channel"** is construed according to its plain meaning when read in the context of the claim, and further construction by the Court is not required.

8.   The term **"frequency jittering"** means "varying the switching frequency of a switch mode power supply about a target frequency in order to reduce electromagnetic interference."

9.   The term **"coupled"** means that "two circuits are coupled when they are connected such that voltage, current or control signals pass from one to another."

10.  The term **"primary voltage"** means a "base or initial voltage" and the term is not defined by reference to the

source from which it may be generated.

11. The term **"secondary voltage"** means "a subsequent or additional voltage."

12. The term **"combining"** means "adding together."

13. The term **"supplemental voltage"** means "a voltage in addition to the primary voltage."

14. The term **"soft start circuit"** is a means-plus-function element. The functions of the various "soft start circuits" are construed in accordance with the plain meaning of the claims setting forth such soft start circuit functions. The corresponding structures related to the "soft start circuit" are shown in Figures 3, 6 and 9 of the '366 patent and described in the specification of the '366 patent at col. 6, ll. 7-17; col. 6, l. 35-col. 7, l. 18; col. 11, ll. 40-50 and col. 12, ll. 5-10.

15. The phrase **"frequency variation circuit"** means "a structure that provides the frequency variation signal."

16. The phrase **"frequency variation signal"** means "an internal signal that cyclically varies in magnitude during a fixed period of time and is used to modulate the frequency of the oscillation signal within a predetermined frequency range."

_____
UNITED STATES DISTRICT JUDGE