IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS' EXPEDITED
MOTION TO POSTPONE PRETRIAL CONFERENCE**

The Court having considered defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp.'s Expedited Motion to Postpone Pretrial Conference, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

(1) Defendants' Expedited Motion to Postpone Pretrial Conference is **GRANTED.**

(2) The pretrial conference is rescheduled to _____, 2006.

_____
DATE

_____
UNITED STATES DISTRICT JUDGE