IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO SHORTEN TIME FOR BRIEFING ON
EXPEDITED MOTION TO POSTPONE PRETRIAL CONFERENCE**

Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. (collectively, "Fairchild") hereby request that the Court enter the attached order shortening the time for briefing on Fairchild's Expedited Motion to Postpone Pretrial Conference. An expedited briefing schedule is necessary because the parties' pretrial order is currently due on May 8, 2006 – three business days after the briefing on Fairchild's motion to amend otherwise would be completed.

For weeks, Fairchild has requested that Power Integrations either stipulate to extend the date of the pretrial conference or meet and confer with Fairchild so that the parties could prepare the material required by the Delaware Local Rules. *See* Declaration of Bas de Blank In Support Of Defendants' Motion to Postpone Pretrial Conference ("de Blank Decl."). Despite the fact that it is Power Integrations' obligation to prepare the parties' pretrial order (*see* Del. L.R. 16.4(d)), Power Integrations has, thus far, refused to provide Fairchild with *any* of the required materials.

Power Integrations' refusal – combined with the parties' outstanding fact and expert discovery and the continuing briefing on the motions for summary judgment – makes it impossible for the parties to complete their pretrial order by May 8, 2006. Indeed, Power

Integrations has proposed that the parties continue to identify exhibits, deposition designations, and objections *after* the scheduled pretrial conference.  de Blank Decl., ¶ 7 and Exh. E.

Power Integrations has refused Fairchild's request that the parties stipulate to expedited briefing so that the Court could consider this issue.  de Blank Decl., Exhs. D and E.  Thus, Fairchild has no choice but to file its motion requesting that the Court shorten time on Fairchild's motion to postpone the pretrial conference.

                              ASHBY & GEDDES

                              /s/ *John G. Day*
                              _____
                              Steven J. Balick (I.D. #2114)
                              John G. Day (I.D. #2403).
                              Lauren E. Maguire (I.D. #4261)
                              222 Delaware Avenue, 17th Floor
                              P.O. Box 1150
                              Wilmington, DE  19899
                              302-654-1888
                              sbalick@ashby-geddes.com
                              jday@ashby-geddes.com
                              lmaguire@ashby-geddes.com

                              *Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Stucliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400

Dated:  April 12, 2006
168483.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2006, the attached **DEFENDANTS' MOTION TO SHORTEN TIME FOR BRIEFING ON EXPEDITED MOTION TO POSTPONE PRETRIAL CONFERENCE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | VIA FEDERAL EXPRESS |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402 | VIA FEDERAL EXPRESS |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | VIA FEDERAL EXPRESS |
| Andre G. Bouchard, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | |

/s/ *John G. Day*
_____
John G. Day