IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FAIRCHILD SEMICONDUCTOR )<br>INTERNATIONAL, INC., and FAIRCHILD )<br>SEMICONDUCTOR CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-1371-JJF |

**ORDER GRANTING DEFENDANTS' MOTION TO
SHORTEN TIME FOR BRIEFING ON EXPEDITED
MOTION TO POSTPONE PRETRIAL CONFERENCE**

The Court having considered defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp.'s Motion to Shorten Time for Briefing on Expedited Motion to Postpone Pretrial Conference, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

(1) Defendants' Motion to Shorten Time for Briefing on Expedited Motion to Postpone Pretrial Conference is **GRANTED;**

(2) Power Integrations shall file and serve any opposition to Fairchild's Expedited Motion to Postpone Pretrial Conference by April 14, 2006; and,

(3) Fairchild shall file and serve any response in support of its Expedited Motion to Postpone Pretrial Conference by April 17, 2006.

_____                           _____
    DATE                                                            UNITED STATES DISTRICT JUDGE

DOCSSV1:454054.1