IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,              )
                                       )
                    Plaintiff,         )
                                       )
        v.                             )        C.A. No. 04-1371-JJF
                                       )
FAIRCHILD SEMICONDUCTOR                )
INTERNATIONAL, INC., and FAIRCHILD     )
SEMICONDUCTOR CORPORATION,             )
                                       )
                    Defendants.        )


**DECLARATION OF BAS DE BLANK IN SUPPORT OF DEFENDANTS'
EXPEDITED MOTION TO POSTPONE PRETRIAL CONFERENCE**


I, Bas de Blank, the undersigned, declare as follows:

1.      I am an attorney with the firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. (collectively, "Fairchild").  I am admitted to the Bar of the State of California.  I make this declaration in support of Defendants' Motion to Postpone Pretrial Conference.  I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.      Attached hereto as Exhibit A is a true and correct copy of an electronic message from Michael Headley to Vickie Feeman dated April 4, 2006.

3.      On April 4, 2006, I sought to call Mr. Headley to discuss the date of the pretrial conference and the pretrial conference order.  Mr. Headley was unavailable so I left a message proposing to extend the date of the pretrial conference by three weeks.  Mr. Headley never responded to that message.

4.      On April 6, 2006, I called Mr. Headley and repeated my request that the parties extend the date of the pretrial conference by three weeks.  I indicated that if Power Integrations

would not stipulate to extend the date that Fairchild needed Power Integrations' portions of the pretrial conference order immediately.

5.      Attached hereto as Exhibit B is a true and correct copy of an electronic message from Michael Headley to Bas de Blank dated April 6, 2006.

6.      Attached hereto as Exhibit C is a true and correct copy of a letter from Bas de Blank to Michael Headley dated April 6, 2006.

7.      On April 7, 2006, Michael Headley called to demand additional party and non-party fact discovery.  Once again, I requested that Power Integrations either agree to extend the date for the pretrial conference or begin the meet and confer process.  Mr. Headley refused to provide any of the materials required by the Delaware Local Rules or even commit to a schedule for the exchange of such materials.  Instead, Mr. Headley proposed a "phased" exchange where the parties would continue to work on objections to exhibits and the other material required by the Local Rule after the date of the pretrial conference.

8.      Attached hereto as Exhibit D is a true and correct copy of a letter from Bas de Blank to Michael Headley dated April 10, 2006.

9.      Attached hereto as Exhibit E is a true and correct copy of a letter from Michael Headley to Bas de Blank dated April 11, 2006.

I declare the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed on April 12, 2006 in Menlo Park, California.

_____
Bas de Blank
ORRICK, HERRINGTON & SUTCLIFFE LLP

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2006, the attached **DECLARATION OF BAS DE BLANK IN SUPPORT OF DEFENDANTS' EXPEDITED MOTION TO POSTPONE PRETRIAL CONFERENCE** was served upon the below-named counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire                    <u>HAND DELIVERY</u>
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE  19899

Frank E. Scherkenbach, Esquire                    <u>VIA FEDERAL EXPRESS</u>
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

Michael Kane, Esquire                    <u>VIA FEDERAL EXPRESS</u>
Fish & Richardson P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN  55402

Howard G. Pollack, Esquire                    <u>VIA FEDERAL EXPRESS</u>
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

Andre G. Bouchard, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801


/s/ *John G. Day*
_____
John G. Day