# EXHIBIT A

**de Blank, Bas**

**From:** Feeman, Vickie
**Sent:** Tuesday, April 04, 2006 12:17 PM
**To:** Fairchild/PI OHS ALL
**Subject:** FW: PI-Fairchild: pre-trial conference and submissions

**From:** Michael Headley [mailto:Headley@fr.com]
**Sent:** Tuesday, April 04, 2006 8:10 AM
**To:** Feeman, Vickie
**Cc:** Howard Pollack
**Subject:** Re: PI-Fairchild: pre-trial conference and submissions

Vickie,

I understand you called regarding the schedule for the pre-trial conference and submissions. We are not inclined to move the schedule, but your message did not contain many details, so please let us know if you have a specific proposal or any questions and we will address them.

Thanks.

Michael R. Headley
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063-1526
(650) 839-5139 (direct)
(650) 839-5071 (fax)

This e-mail may contain confidential and privileged information. If you received it in error, please contact the sender and delete all copies.

4/12/2006

# EXHIBIT B

## de Blank, Bas

**From:** Michael Headley [Headley@fr.com]
**Sent:** Thursday, April 06, 2006 3:25 PM
**To:** de Blank, Bas
**Subject:** Re: PI-Fairchild: pre-trial conference schedule

Bas,

I received your message regarding the pre-trial conference, but we cannot accommodate Fairchild's request for a 3-week extension to the date for the conference.

I will send you a proposal shortly regarding dates for the exchange of the information required as a part of the pre-trial submissions.

Thanks.

Michael R. Headley
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063-1526
(650) 839-5139 (direct)
(650) 839-5071 (fax)

This e-mail may contain confidential and privileged information. If you received it in error, please contact the sender and delete all copies.

4/12/2006

# EXHIBIT C



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

April 6, 2006

Bas de Blank
(650) 614-7343
basdeblank@orrick.com

**VIA FACSIMILE**

Michael Headley
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94036

Re: <u>Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)</u>

Dear Michael:

    We have been writing and leaving messages for you and Howard Pollack concerning the pre-trial order for over a week. We have requested that the parties begin to meet and confer as required by Delaware Local Rule 16.4(c). We have received no response to that request. Thus, we have proposed extending the pre-trial conference by three weeks. We believe this makes sense since the parties are still briefing summary judgment motions and deposing damages experts. This afternoon, I received your refusal to extend the pretrial conference. At the same time, you've still have not provide a proposed date for the meet and confer.

    While refusing to extend the date of the pretrial conference, Power Integrations has failed to provide the material called for by the Patent Local Rules and has, thus far, failed to meet and confer concerning the pretrial conference order. For there to be a chance that the parties are able to realistically complete the pretrial order by May 8, 2006, Power Integrations must begin to meet and confer with Fairchild as required by the Local Rules.

    As the plaintiff, it is Power Integrations' responsibility to ensure that the pretrial order is completed. *See* Delaware Local Rule 16.4(d). In order for Fairchild to provide its input, however, Power Integrations must provide its exhibit list, deposition designations, proposed jury instructions, and drafts of the pretrial order for Fairchild to review.

    Given the volume of exhibits and material that Power Integrations appears to intend to rely upon, this will not be a quick or simple process. Thus, we require that Power Integrations provide its deposition designations and material called for by Delaware Local Rules 16.4(d)(1-8) and (11-14), 47, and 51 by Wednesday, April 10, 2006. The amount of time necessary for Fairchild to prepare its objections, counter designations, comments, and its own statement of facts and law in response to Power Integrations' submissions will depend upon the volume of Power Integrations' material. Assuming that Power Integrations' does not identify an unreasonable number of exhibits, deposition

DOCSSV1:453652.1


**ORRICK**

Michael Headley
April 6, 2006
Page 2

designations, facts, *etc.*, we expect to be able to provide our comments, objections, counter designations, exhibits, *etc.* by May 3, 2006.

Sincerely,

Bas de Blank

cc: William J. Marsden, Jr.
Howard G. Pollack

DOCSSV1:453652.1

# EXHIBIT D



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

April 10, 2006

**VIA FACSIMILE**

Michael Headley
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94036

Bas de Blank
(650) 614-7343
basdeblank@orrick.com

Re: <u>Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)</u>

Dear Michael:

For the last several weeks, Fairchild has requested that Power Integrations either agree to extend the date for the pretrial conference or begin the meet and confer process necessary for the parties to complete the material required by the Delaware Local Rules. On April 6, 2006, Power Integrations responded and refused to extend the date of the pre-trial conference.

In light of Power Integrations' refusal, Fairchild requested that Power Integrations provide drafts of its portion of the pretrial order by today – April 10, 2006. We have yet to receive any portion of Power Integrations' witness list, trial exhibits, jury instructions, deposition designations, or any other material required by the Delaware Local Rules. Indeed, Power Integrations has not even suggested a date by which it would provide this material or begin the meet and confer process.

Further, the parties have yet to complete either discovery or briefing on the pending motions for summary judgment. Fairchild will depose Power Integrations' damages expert on April 27, 2006 and Power Integrations is scheduled to depose Fairchild's damages expert on May 4, 2006. Moreover, Fairchild's replies in support of the pending motions for summary judgment are not due until April 19, 2006.

In light of the pending discovery and motion practice and Power Integrations' ongoing refusal to meet and confer or provide its portions of the pretrial order, Fairchild again requests that Power Integrations stipulate to postpone the pretrial conference by three weeks.

If Power Integrations will not agree, Fairchild will move to amend the case schedule. While we hope this will be unnecessary, we ask that Power Integrations agree with Fairchild's request to expedite briefing of such a motion. Fairchild will file its motion on April 12, 2006, Power Integrations' opposition would be due on April 14, 2006, and Fairchild's reply would be due on April 17, 2006.

Please let me know Power Integrations' position as soon as possible. If you have any questions, please do not hesitate to call.

Sincerely,

Bas de Blank

cc: William J. Marsden, Jr.

DOCSSV1:453912.1

# EXHIBIT E

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

**VIA FACSIMILE & U.S. MAIL**
650/614-7401

April 11, 2006

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:   Power Integrations Inc. v. Fairchild Semiconductor Int'l
      USDC-D. Del. - C.A. No. 04-1371-JJF

Dear Bas:

This letter furthers our recent discussions regarding the schedule for the pre-trial conference. Quite frankly, I was surprised by your most recent letter in light of our discussion last week regarding the schedule for the exchange of materials for the pre-trial submissions and the fact that the parties agreed to the case schedule currently in place many months ago.

Your letter suggests that Power Integrations and/or the summary judgment briefing is impeding Fairchild's ability to work on pre-trial submissions, but I fail to see how either has anything to do with Fairchild's ability to prepare its case for trial or for the pretrial conference. In particular, the summary judgment briefing schedule has been set for months, and any undue work on summary judgment briefing is entirely attributable to Fairchild's filing seven such motions. Moreover, given among other things the schedules of our own people, it is not feasible for us to move the pre-trial conference at this point, nor can we accept Fairchild's proposal to brief the issue of the pre-trial conference schedule on an expedited basis. There is simply no sudden need to move a conference that has been calendared for months.

Your letter also inaccurately suggests that Power Integrations has not met and conferred with respect to the pre-trial submissions. As noted above, we discussed this very issue last week, including possibilities for staggering the parties' work on certain parts of the pre-trial submissions. The fact that Power Integrations does not accept the arbitrary dates Fairchild has proposed for the parties' work on the pre-trial order does not constitute a failure to begin the meet and confer process, as you suggest. Indeed, given that Power Integrations, as plaintiff, is responsible for most of the work in compiling the pre-trial order, Fairchild's statement that it has been unable to prepare its case, including things like witness statements, exhibit lists, and deposition designations, rings hollow.

Power Integrations proposes to deliver a draft pre-trial statement to Fairchild, including jury instructions, voir dire, special verdict forms, and interrogatories, on

FISH & RICHARDSON P.C.

Bas de Blank
April 11, 2006
Page 2

April 21, and the parties should simultaneously exchange preliminary drafts of the exhibit lists and depositions designations that same day. Fairchild can then provide its portions of the pre-trial submission on a rolling basis thereafter, but in any event no later than May 1, to permit the parties to discuss any disputes regarding the submissions and to give Power Integrations time to assemble the materials for filing. This proposal gives the parties plenty of time to revise the papers and resolve any disputes with respect to the submissions, particularly if the parties work out an arrangement with respect to finalizing deposition designations and exhibit lists (and objections thereto) on some other schedule as we discussed.

I will be out of the office for the rest of the day, but I am available the rest of the week to discuss the issue further should you have any questions.

Sincerely,

Michael R. Headley

50341404.doc