IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF |

**PLAINTIFF POWER INTEGRATIONS, INC.'S
OPPOSITION TO FAIRCHILD'S MOTION TO SHORTEN TIME FOR
BRIEFING ON MOTION TO POSTPONE PRETRIAL CONFERENCE**

Defendant Fairchild's Motion to Shorten Time (D.I. 238) should be denied. Fairchild stipulated to the current case schedule months ago, and should not now—at the eleventh hour—be heard on an expedited basis as to why that schedule should be changed.

The pretrial conference has been scheduled since November 3, 2005 (D.I. 128), and Fairchild further agreed to the modified schedule for summary judgment briefing in a stipulation entered on March 7 (D.I. 199). Nevertheless, Fairchild now, more than a month later, argues that its Motion to Postpone the Pretrial Conference should be briefed on an expedited basis that would provide Power Integrations with a mere 48 hours to address the issue. There is no urgency sufficient to distract the parties from their pretrial preparation efforts. To the extent Fairchild claims otherwise, any urgency is entirely of Fairchild's own creation and the Court should not permit it any alleged urgency to be used to prejudice Power Integrations.

Fairchild's assertion that Power Integrations has "refused to meet and confer" is false. Power Integrations has been trying to work out a schedule and process for exchanging information for the pretrial submissions, but Fairchild has chosen instead to waste time with accusations and needless motion practice. There is nothing standing in the way of Fairchild's working on its portions of the pretrial order. Fairchild also says the summary judgment briefing should excuse its preparation of the pretrial papers, but Fairchild brought that burden on itself when it filed seven such motions (Power Integrations filed none), and Fairchild must live with its decision.

Finally, without suggesting that addressing Fairchild's motion on the merits is a gargantuan task, expediting the briefing on this issue would prejudice Power Integrations to some degree, as several of Power Integrations attorneys are on vacation with their families this week of Easter and Spring Break. The remaining Power Integrations attorneys (all two of us) should be (and are) working on its pre-trial submissions. Fairchild's attorneys should be doing the same, rather than wasting time and their client's money on a letter and motion-writing campaign. Power Integrations should not be forced to divert its resources on short notice to address Fairchild's motion, particularly in light of the fact that the Court's normal briefing schedule will allow the issue to be addressed before the pretrial conference in any event.

Therefore, the Court should decline to revisit the issue of the schedule for the pre-trial conference, a schedule that has been set for more than five months now, in the expedited manner Fairchild suggests.

Dated: April 12, 2006                    FISH & RICHARDSON P.C.


By:  */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    (marsden@fr.com)
    Sean P. Hayes (#4413)
    (hayes@fr.com)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, Massachusetts 02110-2804
    Telephone: (617) 542-5070
    Facsimile: (617) 542-8906

    Howard G. Pollack
    Michael R. Headley
    500 Arguello Street, Suite 500
    Redwood City, California 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2006, I electronically filed with the Clerk of Court Plaintiff Power Integrations, Inc.'s Opposition to Fairchild's Motion to Shorten Time for Briefing on Motion to Postpone Pretrial Conference using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Steven J. Balick, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

I hereby certify that on April 13, 2006, I have mailed by sent via electronic mail and United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

       /s/ William J. Marsden, Jr.
       William J. Marsden, Jr.

50341700.doc