# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 13, 2006

The Honorable Joseph J. Farnan, Jr.      VIA ELECTRONIC FILING
United States District Court     and HAND DELIVERY
844 King Street, Lockbox 27
Wilmington, DE 19801

    Re:    *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al.,*
             C.A. No. 04-1371-JJF

Dear Judge Farnan:

    Pursuant to Local Rule 7.1.2(a), and given the expedited nature of the requested relief, defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. hereby waive their right to file a reply brief in support of their Motion to Shorten Time for Briefing on Expedited Motion to Postpone Pretrial Conference (D.I. 238), and will rely on their opening papers.

                          Respectfully,

                          /s/ *John G. Day*

                          John G. Day (I.D. #2403)

JGD/nml
168542.1

c:    William J. Marsden, Jr., Esquire (by hand)
       Frank E. Scherkenbach, Esquire (by electronic mail)
       Michael Kane, Esquire (by electronic mail)
       Howard G. Pollack, Esquire (by electronic mail)
       G. Hopkins Guy, III, Esquire (by electronic mail)