

# EXHIBIT REDACTED IN ITS ENTIRETY

B

# EXHIBIT REDACTED IN ITS ENTIRETY



# EXHIBIT REDACTED IN ITS ENTIRETY

# D

# EXHIBIT REDACTED IN ITS ENTIRETY

E

# EXHIBIT REDACTED IN ITS ENTIRETY

F

# EXHIBIT REDACTED IN ITS ENTIRETY

# G

# EXHIBIT REDACTED IN ITS ENTIRETY

H

# EXHIBIT REDACTED IN ITS ENTIRETY

I

# EXHIBIT REDACTED IN ITS ENTIRETY

J

# EXHIBIT REDACTED IN ITS ENTIRETY

K

# EXHIBIT REDACTED IN ITS ENTIRETY

L

# EXHIBIT REDACTED IN ITS ENTIRETY

M

# EXHIBIT REDACTED IN ITS ENTIRETY



# EXHIBIT REDACTED
# IN ITS ENTIRETY



# EXHIBIT REDACTED IN ITS ENTIRETY

P

# EXHIBIT REDACTED IN ITS ENTIRETY



# EXHIBIT REDACTED
# IN ITS ENTIRETY



# EXHIBIT REDACTED IN ITS ENTIRETY

S

# EXHIBIT REDACTED
# IN ITS ENTIRETY

T

# EXHIBIT REDACTED IN ITS ENTIRETY