U

**United States**                                                    **Semiconductors**



# Power Integrations

## Cowen & Co.

February 3, 2006

**Analysts**
**Shawn Slayton**
(415) 646-7285
shawn.slayton@sgcowen.com

**Deepak Sitaraman, CPA**
(415) 646-7304
deepak.sitaraman
@sgcowen.com

## Solid Q4 Results With Outlook Upside; Irresolute CEC Muddies Waters Near-term

**Conclusion:** Yesterday Power Integrations reported in-line CQ4 sales and earnings. The March quarter mid-range sales outlook was above SG Cowen/Street expectations, and earnings guidance exceeded our forecast by a penny. We reiterate our bullish thesis on POWI shares, based on forthcoming worldwide energy efficiency initiatives that spur adoption of POWI's chips, together with an anticipated favorable outcome in the Fairchild lawsuit, where FCS may be forced to exit a large segment of the power supply converter IC market. Owing to steady profit growth, accelerating ROIC, and an attractive analog IC business model, we see 15-20% upside to POWI shares relative to the broader market over the next 12 months.

■ **Positives.** 1) Record company revenue in Q4 up 13% y/y 2) Unit shipment growth of 20% y/y implying market share gains 3) Ongoing GM expansion (up 160 bps q/q) owing to improved operating efficiencies; GM now expected to be ~50% throughout 2006 4) Anticipated share gains in mobile phone and cordless phone applications 5) Ongoing sales momentum derived from Linkswitch, Tinyswitch and DPAswitch new product introductions

■ **As disruptive as it might be, the California Energy Commission (CEC) is still accepting commentary to amend new energy efficiency requirements.** On Monday, Jan 30th, the CEC held a "workshop" to receive comments on industry concerns regarding recently amended Appliance Efficiency Regulations (AER) for external power supplies and other electronics products. This is extremely perplexing to us, because the 2006 AER are now "on-the-books" law in California (ie-the law of the land). We are unsure if the CEC will cave-in to an 11th-hour plea from certain electronics manufacturers to push-out or amend the new energy efficiency laws.

| POWI (02/02) | $26.16 |
|---|---|
| Mkt cap | $803.1MM |
| Dil shares out | 30.7MM |
| Avg daily vol | 349.1K |
| 52-wk range | $18.2-28.3 |
| Dividend | Nil |
| Dividend yield | Nil |
| BV/sh | $6.81 |
| Net cash/sh | $4.26 |
| Debt/cap | NA |
| ROIC (LTM) | 20.3% |
| 5-yr fwd EPS growth (Norm) | 20.0% |
| S&P 500 | 1270.8 |

**Revenue $MM**

| FY Dec | 2005 Actual | 2006E Prior | 2006E Current | 2007E Prior | 2007E Current |
|---|---|---|---|---|---|
| Q1 | 34.4 | 36.5 | 38.0 | — | 44.0 |
| Q2 | 35.3 | 38.5 | 39.0 | — | 46.2 |
| Q3 | 36.5 | — | 45.0 | — | 47.5 |
| Q4 | 37.9 | — | 45.0 | — | 50.2 |
| Year | 144.1 | 165.0 | 167.0 | — | 187.9 |
| CY | — | — | — | — | — |
| EV/S | — | — | — | — | — |

**EPS* $**

| FY Dec | 2005 Actual | 2006E Prior | 2006E Current | 2007E Prior | 2007E Current |
|---|---|---|---|---|---|
| Q1 | 0.15 | 0.15 | 0.16 | — | 0.25 |
| Q2 | 0.16 | 0.16 | 0.18 | — | 0.27 |
| Q3 | 0.18 | 0.27 | 0.26 | — | 0.28 |
| Q4 | 0.18 | 0.27 | 0.26 | — | 0.32 |
| Year | 0.68 | 0.85 | 0.86 | — | 1.12 |
| CY | — | — | — | — | — |
| P/E | — | — | 30.4x | — | 23.4x |

*Adjusted EPS excludes amortization of deferred stock comp and intangibles, and other non-recurring gains and losses



**Power Integrations**

## Power Integrations Prior forecast as compared to updated forecast

POWI 02-Feb-06
December Year-End
($000s)

| | Prior Forecast | | | Current Forecast | | |
|---|---|---|---|---|---|---|
| | Q4-E | Q1-E | 2006E | Q4-A | Q1-E | 2006 |
| **REVENUE** | $38,000 | $36,500 | $165,000 | $37,876 | $38,000 | $167,000 |
| *% Change Y/Y* | 13.2% | 6.1% | 14.4% | 12.8% | 10.4% | 15.9% |
| *% Change Q/Q* | 4.0% | -3.9% | NM | 3.6% | 0.3% | |
| | | | | | | |
| TOTAL COGS | $19,000 | $18,615 | 84150 | $18,526 | $18,810 | $83,310 |
| | | | | | | |
| **GROSS PROFIT** | $19,000 | $17,885 | 80850.0 | $19,350 | $19,190 | $83,690 |
| *Gross Margin* | 50.0% | 49.0% | 49% | 51.1% | 50.5% | 50% |
| | | | | | | |
| R&D | $4,200 | $4,200 | $17,400 | $4,048 | $4,200 | $17,400 |
| *% Sales* | 11.1% | 11.5% | 10.5% | 10.7% | 11.1% | 10.4% |
| Sales & marketing | $4,300 | $4,300 | $17,800 | $4,990 | $4,900 | $18,400 |
| *% Sales* | 11.3% | 11.8% | 10.8% | 13.2% | 12.9% | 11.0% |
| G&A | $4,400 | $4,400 | $15,400 | $4,801 | $4,900 | $17,300 |
| *% Sales* | 11.6% | 12.1% | 9.3% | 12.7% | 12.9% | 10.4% |
| | | | | | | |
| TOTAL OPEX | $12,900 | $12,900 | $50,600 | $13,839 | $14,000 | $53,100 |
| | | | | | | |
| **OPERATING PROFIT** | $6,100 | $4,985 | $30,250 | $5,511 | $5,190 | $30,590 |
| *Operating Margin* | 16.1% | 13.7% | 18.3% | 14.6% | 13.7% | 18.3% |
| | | | | | | |
| NET INTEREST | $900 | $1,000 | $4,000 | $1,049 | $1,000 | $4,000 |
| | | | | | | |
| **PRETAX PROFIT** | $7,000 | $5,985 | $34,250 | $6,560 | $6,190 | $34,590 |
| *% Sales* | 18.4% | 16.4% | 20.8% | 17.3% | 16.3% | 20.7% |
| | | | | | | |
| TAX PROVISION | $1,470 | $1,257 | $7,193 | $1,107 | $1,300 | $7,264 |
| *Tax rate* | 21.0% | 21.0% | 21.0% | 16.9% | 21.0% | 21.0% |
| | | | | | | |
| **ADJUSTED NET INCOME** | $5,530 | $4,728 | $27,058 | $5,453 | $4,890 | $27,326 |
| *Net Margin* | 14.6% | 13.0% | 16.4% | 14.4% | 12.9% | 16.4% |
| | | | | | | |
| DILUTED SHARES | 31,000 | 31,400 | 31,750 | 30,654 | 31,000 | $31,625 |
| | | | | | | |
| **EPS, ADJUSTED** [1] | **$0.18** | **$0.15** | **$0.85** | **$0.18** | **$0.16** | **$0.86** |
| | | | | | | |
| **EPS, GAAP** | **$0.18** | **$0.15** | **$0.85** | **$0.18** | **$0.16** | **$0.86** |

Source: SG Cowen & Co.

**SG**
Cowen & Co.

Power Integrations

## Power Integrations Owners' Cash Flow and ROIC Profile



Note: POWI's owner's cash flow in 2003 includes an approximately $30M CAPEX expenditure related to the purchase of the Company's San Jose facility. Absent this expenditure, owner's cash flow in 2003 would have been approximately $13M.

Source: Company Filings, SG Cowen & Co.



**Power Integrations**

# Baffling California Energy Commission (CEC) "Workshop" This Week Introduces Some Uncertainty to Nearer-term Catalysts

On Monday, January 30th, the CEC held a "workshop" to receive comments on industry concerns regarding the Appliance Efficiency Regulations for external power supplies and other consumer electronics products. This is extremely perplexing to us, because the 2006 Appliance Efficiency Regulations, (California Code of Regulations, Title 20, Sections 1601 through 1608) dated January 2006, were adopted by the California Energy Commission on October 19, 2005, and approved by the California Office of Administrative Law on December 30, 2005. **In other words, the updated Appliance Efficiency Regulations are now "on-the-books" law in California, aka the law of the land.**

As such, as it stands today in California, after July 1st 2006, it will be illegal to sell many electronics (such as cordless phones, mobile phones, and consumer/office electronics) that employ EXTERNAL LINEAR power supplies. This means that if electronics OEMs desire access to California's retail markets, they must adopt switching power supply solutions—either discrete or integrated—for a multitude of their products. **This is key, because Power Integrations' core business is integrated switching power supply ICs.** While many other energy efficiency initiatives of this type exist in the U.S. and around the world, the California regulatory initiative is a cornerstone catalyst for POWI shares over the next 6 months.

■ **For now as it relates to the CEC, we're in a holding pattern**

The CEC workshop solicited comments and proposed amendments related to:

- Should the requirement that external power supplies meet the efficiency standard at 230V be dropped?
- Should the active mode efficiency levels be decreased for low voltage (<15V) power supplies?
- Should the no load standby power level be increased to 1.5W for power supplies >50W with power factor correction?
- Should an exemption be created for external power supplies used for cordless phones?
- Should the effective date of the external power supplies standard be delayed beyond July 1, 2006?

**The resolution of these matters is essential to our numbers for 2H06, which assume that the recently enacted law remains intact. At present, it is unclear to us when the CEC will make another "final" decision on this matter, but it must occur prior to July 1st.**



**Power Integrations**

## Adoption of Standards for External Power Supplies is Mounting



Source: Company

In the U.S. there's an approximate annual market for internal and external power supplies of about 800 million. Of that number we estimate that approximately half of these devices are external linear power supplies. In California, with a 110 million annual power supply market, most new linear power supplies will be outlawed beginning in mid-2006, with tightening specifications beginning in 2008. Although POWI's ICs must always compete with discrete semiconductor power supply solutions, the California lawmaking alone drives an incremental $25 million to POWI's revenue opportunity. Also, as other states follow California's lead (legislative activity is ongoing in Washington State, Rhode Island and Arizona) amid extremely high oil prices, this could add another $180 million in total market opportunity in the U.S. alone. As other countries adopt similar measures (initiatives are gaining traction in Australia, Europe and China, as well as many other nations), the worldwide, incremental, energy efficient chip opportunity exceeds $800 million.

SG
Cowen & Co.

**Power Integrations**

# We Expect Power Integrations To Grow Market Share Through 2010

From 2005 to 2010, considering worldwide energy efficiency mandates driven by rising energy prices, we believe Power Integrations can grow its overall market penetration from 9.7% to 14.6% on a unit basis. With conservative end-market growth assumptions, we believe this secular market penetration—where Power Integrations' integrated switchers take share away from linear power supplies and discrete solutions—can drive low double digit revenue growth through 2010.

In 2010 we forecast $254 million in company sales—a 12% 5-year revenue CAGR. To achieve this business growth, the company must increase its market penetration in some of the larger end markets by the amounts described below. We think these share gain assumptions are reasonable, especially considering the secular global trend away from linear power supplies. Also owing to die shrinks and packaging cost reductions, we believe Power Integrations' parts are becoming increasingly cost-competitive as compared to discrete switcher solutions, which should further stimulate product uptake.

**2005E-2010E Power Integrations Market Penetration Estimates**

| Market | 2005E Market Penetration (%) | 2010E Market Penetration (%) |
|---|---|---|
| Desktop Computers | 35 | 40 |
| LCD monitors/TVs | 16 | 20 |
| Mobile Phones | 13 | 20 |
| DVD players | 9 | 10 |
| White Goods | 6 | 9 |
| Cordless Phones | 0 | 15 |

Source: SG Cowen & Co.

**Power Integrations' overall growth and share gains by end-market will be driven by:**

- **Desktop Computers**: Owing to existing 1 watt standby power initiatives for PCs, Power Integrations already occupies meaningful share of the worldwide PC market. Because of the mature nature of the market, we expect POWI to grow its share only modestly over the next 5 years.

- **LCD Monitors**: LCD monitors/TVs are taking share from CRTs (where POWI does not play owing to the high switching frequency of the POWI chip), and as LCDs proliferate, POWI's business should benefit. Owing to the requirement for smaller form-factors (think 20-inch and below LCDs), we believe integrated solutions will be preferred over discrete component switching solutions.

- **DVD Players**: Because of the mature market nature of the DVD player market, we don't anticipate much secular growth, and we forecast modest unit growth for the market as a whole. However, as portable players proliferate, this may drive a migration toward switching battery chargers.

- **Mobile Phones**: Because of poor energy-efficiency, coupled with higher weight and larger size, legacy, linear mobile phone chargers are being replaced by electronic switchers. Linear mobile phone chargers will be illegal in California in the months following July (so a migration to switchers is mandatory), and we

6



**Power Integrations**

also expect Power Integrations to regain share at Samsung (100 million units where most already use switchers), when/if the company prevails in the Fairchild lawsuit.

- **White Goods**: Traditional white goods, such as washers/dryers, dishwashers, and refrigerators are migrating from analog control (remember the clicking timers) to digital interfaces, and this is driving adoption of POWI's ICs.

- **Cordless Phones**: At present most all cordless phones worldwide are accompanied by large, linear power supplies. However, we believe cordless phone chargers are in the cross hairs of government mandates in the U.S. and E.U., particularly because of the large unit volumes. Similar to mobile phones, linear chargers for cordless phones will be illegal in California in 2H06.

**Power Integrations - Bottom-Up Model by End-Market**

| | | | | | | | | CAGR ('03-'08) |
|---|---|---|---|---|---|---|---|---|
| **Communications End-Market** | | | | | | | | |
| Units sold (in millions) | 111.5 | 112.1 | 136.3 | 177.4 | 209.2 | 240.7 | 301.1 | 21.8% |
| ASP | $0.38 | $0.36 | $0.34 | $0.33 | $0.32 | $0.30 | $0.28 | |
| Total Revenue (in millions) | $42.36 | $40.36 | $46.33 | $58.55 | $66.96 | $72.21 | $84.31 | 15.8% |
| Yr./Yr. Growth | NA | -5% | 15% | 26% | 14% | 8% | 17% | |
| % of Total Revenue | 31% | 28% | 28% | 31% | 32% | 31% | 33% | |
| **Computer End-Market** | | | | | | | | |
| Units sold (in millions) | 69.9 | 82.9 | 92.3 | 99.4 | 108.7 | 124.2 | 135.9 | 10.4% |
| ASP | $0.43 | $0.40 | $0.38 | $0.36 | $0.34 | $0.32 | $0.30 | |
| Total Revenue (in millions) | $30.06 | $33.15 | $35.07 | $35.80 | $36.94 | $39.76 | $40.77 | 4.0% |
| Yr./Yr. Growth | NA | 10% | 6% | 2% | 3% | 8% | 3% | |
| % of Total Revenue | 22% | 23% | 21% | 19% | 18% | 17% | 16% | |
| **Consumer End-Market** | | | | | | | | |
| Units sold (in millions) | 83.5 | 83.2 | 103.4 | 120.3 | 137.3 | 162.1 | 185.9 | 17.4% |
| ASP | $0.54 | $0.52 | $0.49 | $0.48 | $0.47 | $0.46 | $0.45 | |
| Total Revenue (in millions) | $45.09 | $43.24 | $50.68 | $57.75 | $64.52 | $74.58 | $83.66 | 14.1% |
| Yr./Yr. Growth | NA | -4% | 17% | 14% | 12% | 16% | 12% | |
| % of Total Revenue | 33% | 30% | 30% | 31% | 31% | 32% | 33% | |
| **Industrial End-Market** | | | | | | | | |
| Units sold (in millions) | 19.2 | 26.2 | 31.4 | 35.3 | 41.0 | 45.0 | 46.4 | 12.1% |
| ASP | $0.57 | $0.55 | $0.53 | $0.51 | $0.50 | $0.49 | $0.48 | |
| Total Revenue (in millions) | $10.93 | $14.41 | $16.64 | $17.99 | $20.49 | $22.06 | $22.26 | 9.1% |
| Yr./Yr. Growth | NA | 32% | 15% | 8% | 14% | 8% | 1% | |
| % of Total Revenue | 8% | 10% | 10% | 10% | 10% | 10% | 9% | |
| **Other Misc. End-Markets** | | | | | | | | |
| Units sold (in millions) | 16.1 | 26.5 | 37.3 | 37.9 | 42.2 | 46.8 | 51.7 | 14.3% |
| ASP | $0.51 | $0.49 | $0.48 | $0.47 | $0.46 | $0.45 | $0.44 | |
| Total Revenue (in millions) | $8.20 | $12.97 | $18.27 | $17.79 | $19.40 | $21.06 | $22.75 | 11.8% |
| Yr./Yr. Growth | NA | 58% | 41% | -3% | 9% | 9% | 8% | |
| % of Total Revenue | 6% | 9% | 11% | 9% | 9% | 9% | 9% | |
| **Total Units Sold by POWI (in millions)** | 300.1 | 330.8 | 400.7 | 470.3 | 538.3 | 618.9 | 721.0 | 16.8% |
| Yr./Yr. Growth | NA | 10.2% | 21.1% | 17.4% | 14.5% | 15.0% | 16.5% | |
| **Total Market Oppty. Units (in millions)** | 3,154 | 3,427 | 3,793 | 4,098 | 4,380 | 4,656 | 4,954 | 7.6% |
| Yr./Yr. Growth | NA | 8.7% | 10.7% | 8.1% | 6.9% | 6.3% | 6.4% | |
| **POWI Market Penetration %** | 9.5% | 9.7% | 10.6% | 11.5% | 12.3% | 13.3% | 14.6% | |
| **POWI ASP across end-markets** | $0.46 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | |
| Yr./Yr. ASP erosion | NA | -4.3% | -4.3% | -4.1% | -3.1% | -4.1% | -5.2% | |
| **Total POWI Revenue (in millions)** | $136.6 | $144.1 | $167.0 | $187.9 | $208.3 | $229.7 | $253.7 | 11.9% |
| Yr./Yr. Growth | | 5.5% | 15.9% | 12.5% | 10.9% | 10.3% | 10.5% | |

Source: SG Cowen & Co.

**SG** Cowen & Co.

**Power Integrations**

## Comparable Company Analysis

**Semiconductor Companies Comparable Valuation Table**

($ in millions, except per share data)

| | | Price 2/2/06 | Market Value (1) | Enterprise Value (2) | EV/Rev CY05E | CY06E | P/E CY05E | CY06E |
|---|---|---|---|---|---|---|---|---|
| Advanced Analogic Technologies | AATI | $15.13 | $709 | $585 | 8.6x | 6.0x | NM | 34.9x |
| Amis Holdings Inc | AMIS | $10.27 | $905 | $1,146 | 2.3x | 1.9x | 16.8x | 14.3x |
| Cirrus Logic | CRUS | $8.33 | $734 | $505 | 2.8x | 2.5x | 44.3x | 20.9x |
| ESS Technology Inc. | ESST | $3.65 | $145 | $38 | 0.2x | 0.2x | NM | NM |
| Genesis Microchip Inc. | GNSS | $7.11 | $711 | $536 | 2.0x | 1.7x | 24.8x | 19.6x |
| Linear Technology Corp. | LLTC | $36.32 | $11,325 | $9,483 | 9.2x | 8.0x | 26.7x | 25.2x |
| Maxim Integrated Products Inc. | MXIM | $40.28 | $13,502 | $11,917 | 7.1x | 5.8x | 26.2x | 21.5x |
| Micrel Semiconductor | MCRL | $14.51 | $1,278 | $1,137 | 4.5x | 3.9x | 40.3x | 27.4x |
| Microsemi Corp. | MSCC | $31.01 | $2,095 | $1,982 | 6.4x | 5.6x | 39.6x | 27.8x |
| National Semiconductor | NSM | $27.74 | $10,095 | $9,101 | 4.7x | 4.3x | 28.2x | 25.1x |
| O2Micro International Ltd | OIIM | $12.13 | $490 | $358 | 3.4x | 2.8x | 60.7x | 25.3x |
| PIXELWORKS, Inc. | PXLW | $4.58 | $218 | $220 | 1.3x | 1.0x | NM | NM |
| PortalPlayer, Inc. | PLAY | $28.35 | $730 | $551 | 2.4x | 1.6x | 17.2x | 15.3x |
| **Power Integrations** | **POWI** | **$26.16** | **$802** | **$671** | **4.7x** | **4.0x** | **38.5x** | **30.3x** |
| SigmaTel Inc. | SGTL | $10.50 | $405 | $286 | 0.9x | 1.0x | 8.0x | 42.2x |
| Semtech Corp. | SMTC | $19.55 | $1,494 | $1,237 | 5.2x | 4.7x | 34.5x | 28.5x |
| Silicon Laboratories | SLAB | $47.79 | $2,686 | $2,330 | 5.5x | 5.0x | 39.8x | 33.6x |
| ZILOG | ZILG | $2.41 | $39 | $18 | 0.2x | 0.2x | NM | NM |
| Zoran Corporation | ZRAN | $20.84 | $982 | $844 | 2.1x | 1.8x | 35.8x | 24.5x |
| **AVERAGE** | | | | | 3.9x | 3.3x | 32.1x | 26.0x |

(1) Market value is defined as the current stock price times the number of fully diluted shares outstanding.
(2) Enterprise value is defined as fully diluted market value plus debt, plus minority interests, plus preferred stock, less cash and cash equivalents.

Except for AMIS, ESST, GNSS, OIIM & PXLW, all ratios are based on SG Cowen estimates.
Source: First Call, Company Filings, SG Cowen & Co.

February 3, 2006

8



# Power Integrations is Suing Fairchild Semiconductor. We Think POWI Will Prevail.

In 3Q03 Fairchild Semiconductor announced that it had commenced shipping its branded Power Switch ICs into certain battery charger platforms to accompany Samsung mobile handsets.  Prior to this, Power Integrations garnered 100% of Samsung's handset charger business (100 million-plus units a year), where most all Samsung chargers are integrated switchers (vs. linear models).  In Q404 after extensive diligence, Power Integrations' filed suit against Fairchild claiming patent infringement.  We are inclined to think that the Fairchild case is similar in nature to prior litigation that POWI initiated against ON Semiconductor (then MOT) in 1999, wherein POWI was awarded monetary damages of $32 million.  The 1999 outcome was also a meaningful boon to POWI's competitive positioning within the industry.

At present, we believe Fairchild's Power Switch likely infringes Power Integrations' IP, and we think that these products currently cause POWI to forego approximately $10 million per year in sales. We expect a favorable jury verdict in 3Q06, with POWI receiving both monetary damages and injunctive relief.  As a point of comparison, had the company not lost a large part of the Samsung business to Fairchild, POWI would likely have grown revenue about 13% in 2005, as compared to 6% sales growth.

Power Integrations has two noteworthy intellectual property advantages over its competitors.  One is circuit/system specific and the other is device structure specific.  We believe that Power Integrations is the only company that can legally produce power supply controller ICs with as few as three terminals (pins), forcing competitors to use less efficient and more expensive "work-arounds" to accomplish similar functionality. Power Integrations' chips also make multiple uses of the same pins, lowering total pin count and packaging costs.

Power Integrations' products integrate a high-voltage MOS field-effect transistor (HVMOSFET) with extensive power supply controller circuitry.  While forgoing the engineering explanation, it is desirable to construct an HVMOSFET having a high breakdown voltage and a low "on-state" resistance.  To accomplish this, many companies utilize a BCDMOS manufacturing process, which enables a monolithic IC solution (high voltage and low voltage transistors on the same chip).  However, monolithic chips employing this method are more expensive to manufacture, and competing ICs require more high voltage transistor silicon area.  Here, Power Integrations uses a patented transistor structure founded on buried, multiple lateral conduction layers, which we believe offers an important cost advantage.  In essence Power Integrations' IP allows for a more compact HVMOSFET transistor, manufactured using a standard CMOS process.  This proprietary device structure, coupled with the ability to employ a standard digital CMOS process (5V one metal, one poly CMOS, using 11 masks at 3 micron) significantly reduces the chip area, which lowers costs by allowing more ICs per wafer.  Power Integrations' device structure patents have been successfully upheld, most recently in the context of Infineon.



**Power Integrations**

# Competition Summary

Power Integrations faces competition on three fronts—from linear transformer power supplies, from discrete electronics switched-mode power supplies, and from vertically-integrated competitors seeking to mimic Power Integrations' products.

**Linear power supplies (LPS).** For low-power charger applications, LPS still dominate the worldwide market, due to historically low cost, and the absence of competition from an integrated chip solution. However, the advantages of the LPS have eroded considerably. Recently, the cost of a LPS has risen substantially due to increasing copper and iron prices. Also, the 2002 introduction of Power Integrations' LinkSwitch product offered the first cost-competitive alternative to low power linears. Here, we believe LinkSwitch has "category killer" potential. Due to the inherent size and efficiency benefits of integrated electronic switchers, we believe the secular decline experienced by LPS should accelerate dramatically over the next few years.

**Discrete electronics switched-mode power supplies (SMPS).** Non-integrated, or discrete electronics SMPS, have steadily taken market share from LPS over the past several decades, especially at higher power levels. However, these devices have a high parts count, and are less efficient than power supplies that employ power conversion ICs. In steady fashion, SMPS using power conversion ICs are proliferating. This is largely driven by the rise in discrete semiconductor prices as well as lengthening transistor lead times. In this context, Power Integrations' ICs are generally at price parity with discrete solutions, while offering easier designs and enhanced features.

**(Not so) fast followers.** Power Integrations is experiencing competition from hybrid chips (ICs with separate transistor die and controller die in the same package), as well as monolithic solutions similar to TOPSwitch. Current competitors include ON Semiconductor, ST Microelectronics, Fairchild Semiconductor, Infineon, and Philips. We believe that the most interesting competitors are Fairchild and ST Microelectronics, due to their level of chip integration and growing customer base. It is noteworthy that Fairchild purchased Samsung's Semiconductor Power Device Division in 1999, which enabled the company to gain some traction at Samsung and Samsung's merchant power supply vendors (e.g. Dong Yang).

| Competitor | Product Family |
|---|---|
| Fairchild Semiconductor | Green FPS Family, FSDH0165 chip, hybrid and monolithic solutions, BCDMOS |
| ST Microelectronics | VIPer Family; 12A & 22A chips; monolithic solution |
| ON Semiconductor | GreenLine Family; monolithic solution; |
| Philips | GreenChip controller; requires external MOSFET, BCDMOS |
| Infineon | CoolSET Family; |

**February 3, 2006**



**Power Integrations**

SG
Cowen & Co.

## Power Integrations Annual Adjusted Income Statement

**POWI 02-Feb-06**
**December Year-End**

| ($000s) | 2001 | 2002 | 2003 | 2004 | 2005 | 2006E | 2007E |
|---|---|---|---|---|---|---|---|
| **REVENUE** | $94,095 | $108,184 | $125,706 | $136,636 | $144,134 | $167,000 | $187,882 |
| *% Change Y/Y* | NA | 15.0% | 16.2% | 8.7% | 5.5% | 15.9% | 12.5% |
| | | | | | | | |
| TOTAL COGS | $51,252 | $60,723 | $62,814 | $71,409 | $72,813 | $83,310 | $95,820 |
| | | | | | | | |
| **GROSS PROFIT** | $42,843 | $47,461 | $62,892 | $65,227 | $71,321 | $83,690 | $92,062 |
| *Gross Margin* | 45.5% | 43.9% | 50.0% | 47.7% | 49.5% | 50.1% | 49.0% |
| R&D | $14,471 | $14,705 | $16,443 | $16,162 | $16,355 | $17,400 | $17,600 |
| *% Sales* | 15.4% | 13.6% | 13.1% | 11.8% | 11.3% | 10.4% | 9.4% |
| Sales & marketing | $14,485 | $14,537 | $15,484 | $15,273 | $17,689 | $18,400 | $18,000 |
| *% Sales* | 15.4% | 13.4% | 12.3% | 11.2% | 12.3% | 11.0% | 9.6% |
| G&A | $5,980 | $6,203 | $6,848 | $8,102 | $14,603 | $17,300 | $14,000 |
| *% Sales* | 6.4% | 5.7% | 5.4% | 5.9% | 10.1% | 10.4% | 7.5% |
| | | | | | | | |
| TOTAL OPEX | $34,936 | $35,445 | $38,775 | $39,537 | $48,647 | $53,100 | $49,600 |
| | | | | | | | |
| **OPERATING PROFIT** | $7,907 | $12,016 | $24,117 | $25,690 | $22,674 | $30,590 | $42,462 |
| *Operating Margin* | 8.4% | 11.1% | 19.2% | 18.8% | 15.7% | 18.3% | 22.6% |
| | | | | | | | |
| NET INTEREST | $1,749 | $1,665 | $1,002 | $1,054 | $3,367 | $4,000 | $4,600 |
| | | | | | | | |
| **PRETAX PROFIT** | $9,656 | $13,681 | $25,119 | $26,744 | $26,041 | $34,590 | $47,062 |
| *% Sales* | 10.3% | 12.6% | 20.0% | 19.6% | 18.1% | 20.7% | 25.0% |
| | | | | | | | |
| TAX PROVISION | $2,930 | $4,103 | $7,033 | $6,377 | $5,141 | $7,264 | $9,883 |
| *Tax rate* | 30.3% | 30.0% | 28.0% | 23.8% | 19.7% | 21.0% | 21.0% |
| | | | | | | | |
| **ADJUSTED NET INCOME** | $6,726 | $9,578 | $18,086 | $20,367 | $20,900 | $27,326 | $37,179 |
| *Net Margin* | 7.1% | 8.9% | 14.4% | 14.9% | 14.5% | 16.4% | 19.8% |
| | | | | | | | |
| AVE. DILUTED SHARES | 28,991 | 29,503 | 31,812 | 32,414 | 30,792 | 31,625 | 33,250 |
| | | | | | | | |
| **EPS, ADJUSTED** [1] | $0.23 | $0.32 | $0.57 | $0.63 | $0.68 | $0.86 | $1.12 |
| **EPS, GAAP** | $0.23 | $0.32 | $0.57 | $0.63 | $0.68 | $0.86 | $1.12 |

(1) Adjusted EPS exclude amortization of deferred stock comp. and intangibles, and non-recurring gains/losses
Source:  Company Filings, SG Cowen & Co.

**SG** Cowen & Co.

Power Integrations

## Power Integrations Quarterly Adjusted Income Statement

PINI 02-04-06
December Year-End
($000s)

| | 2004 | | | | 2005 | | | | 2006E | | | | 2007E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1-A | Q2-A | Q3-A | Q4-A | Q1-A | Q2-A | Q3-A | Q4-A | Q1-E | Q2-E | Q3-E | Q4-E | Q1-E | Q2-E | Q3-E | Q4-E |
| REVENUE | $36,165 | $35,944 | $32,946 | $33,581 | $34,616 | $35,299 | $35,543 | $37,077 | $38,000 | $39,500 | $45,000 | $45,000 | $46,000 | $46,000 | $47,500 | $50,141 |
| % Change Y/Y | 17.4% | 20.6% | -4.6% | 4.0% | 0.7% | -1.8% | 10.0% | 17.8% | 10.4% | 10.3% | 23.1% | 14.3% | 15.8% | 16.5% | 5.5% | 11.5% |
| % Change Q/Q | 5.8% | 5.2% | -8.3% | 1.9% | 2.3% | 3.5% | 2.6% | 3.6% | 0.3% | 2.6% | 15.4% | 0.0% | -2.2% | 5.0% | 2.8% | 5.6% |
| TOTAL COGS | $17,473 | $19,392 | $17,188 | $17,356 | $17,279 | $18,045 | $18,463 | $18,526 | $18,810 | $19,500 | $22,500 | $22,500 | $22,440 | $23,982 | $23,225 | $25,593 |
| GROSS PROFIT | $16,692 | $16,552 | $15,758 | $16,225 | $16,637 | $17,254 | $17,080 | $19,350 | $19,190 | $19,500 | $22,500 | $22,500 | $21,560 | $22,834 | $23,275 | $24,559 |
| Gross Margin | 48.5% | 46.0% | 47.8% | 48.3% | 48.3% | 49.5% | 51.1% | 51.1% | 50.5% | 50.0% | 50.0% | 50.0% | 49.0% | 49.0% | 49.0% | 49.0% |
| R&D | $4,152 | $4,088 | $4,096 | $3,826 | $4,098 | $4,104 | $4,105 | $5,044 | $4,200 | $4,400 | $4,400 | $4,400 | $4,400 | $4,600 | $4,600 | $4,600 |
| % Sales | 12.2% | 11.4% | 12.4% | 11.4% | 11.8% | 11.6% | 11.5% | 10.7% | 11.1% | 11.1% | 9.8% | 9.8% | 10.0% | 9.5% | 9.3% | 8.8% |
| Sales & marketing | $4,112 | $4,112 | $3,412 | $3,806 | $4,018 | $4,263 | $4,418 | $4,990 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 |
| % Sales | 12.0% | 11.0% | 10.4% | 11.3% | 11.7% | 12.1% | 12.1% | 13.2% | 12.9% | 11.5% | 10.0% | 10.0% | 10.2% | 9.7% | 9.5% | 9.0% |
| G&A | $3,579 | $3,049 | $3,392 | $3,092 | $2,777 | $2,933 | $4,092 | $4,801 | $4,500 | $4,000 | $4,000 | $4,000 | $3,500 | $3,500 | $3,500 | $3,500 |
| % Sales | 4.8% | 5.7% | 7.2% | 6.2% | 8.1% | 8.3% | 11.2% | 12.7% | 12.9% | 11.2% | 8.9% | 8.9% | 8.0% | 7.6% | 7.4% | 7.0% |
| TOTAL OPEX | $9,843 | $10,080 | $9,890 | $9,724 | $10,693 | $11,300 | $12,615 | $13,839 | $14,000 | $13,300 | $12,900 | $12,900 | $12,400 | $12,400 | $12,400 | $12,400 |
| % Sales | 28.8% | 28.0% | 30.0% | 29.0% | 30.9% | 32.0% | 34.5% | 36.5% | 36.8% | 34.1% | 28.7% | 28.7% | 28.2% | 28.1% | 28.0% | 24.7% |
| % Change Q/Q | 6.1% | 2.4% | -1.9% | -1.7% | 12.0% | 3.7% | 11.6% | 9.7% | 1.2% | -5.0% | -3.0% | 0.0% | -3.9% | 0.0% | 0.0% | 0.0% |
| OPERATING PROFIT | $6,849 | $6,472 | $5,868 | $6,501 | $5,744 | $5,954 | $5,445 | $5,511 | $5,190 | $6,200 | $9,600 | $9,600 | $9,160 | $10,230 | $10,875 | $12,149 |
| Operating Margin | 20.0% | 18.0% | 17.8% | 19.4% | 16.7% | 16.9% | 15.0% | 14.8% | 13.7% | 15.9% | 21.3% | 21.3% | 20.4% | 22.2% | 22.9% | 24.3% |
| NET INTEREST | $259 | $131 | $335 | $325 | $654 | $725 | $919 | $1,049 | $1,000 | $1,000 | $1,000 | $1,000 | $1,100 | $1,100 | $1,200 | $1,200 |
| PRETAX PROFIT | $7,108 | $6,603 | $6,207 | $6,826 | $6,398 | $6,679 | $6,404 | $6,560 | $6,190 | $7,200 | $10,600 | $10,600 | $10,260 | $11,338 | $12,075 | $13,349 |
| % Sales | 20.8% | 18.4% | 18.8% | 20.3% | 18.6% | 18.9% | 17.5% | 17.3% | 16.3% | 18.5% | 23.6% | 23.6% | 23.3% | 24.5% | 25.4% | 26.7% |
| TAX PROVISION | $1,990 | $1,575 | $502 | $2,310 | $1,663 | $1,832 | $739 | $1,107 | $1,200 | $1,512 | $2,226 | $2,226 | $2,155 | $2,381 | $2,536 | $2,812 |
| Tax rate | 28.0% | 23.9% | 8.1% | 33.8% | 26.0% | 24.4% | 11.5% | 16.9% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| ADJUSTED NET INCOME | $5,118 | $5,028 | $5,705 | $4,516 | $4,735 | $5,047 | $5,665 | $5,453 | $4,990 | $5,688 | $8,374 | $8,374 | $8,105 | $8,957 | $9,539 | $10,578 |
| Net Margin | 15.0% | 14.0% | 17.3% | 13.4% | 13.4% | 14.3% | 15.9% | 14.4% | 12.9% | 14.4% | 18.6% | 18.6% | 18.4% | 19.4% | 20.1% | 21.1% |
| DILUTED SHARES | 32,757 | 32,598 | 31,994 | 31,865 | 30,907 | 30,876 | 30,731 | 30,854 | 31,000 | 31,500 | 32,000 | 32,000 | 33,000 | 33,000 | 33,000 | 33,500 |
| EPS, ADJUSTED [1] | $0.16 | $0.15 | $0.18 | $0.14 | $0.15 | $0.16 | $0.18 | $0.18 | $0.16 | $0.18 | $0.26 | $0.26 | $0.25 | $0.27 | $0.28 | $0.32 |
| EPS, GAAP | $0.16 | $0.15 | $0.18 | $0.14 | $0.15 | $0.16 | $0.18 | $0.18 | $0.16 | $0.18 | $0.26 | $0.26 | $0.25 | $0.27 | $0.28 | $0.32 |
| ANNUAL VALUES | | | | 2004 | | | | 2005 | | | | 2006E | | | | 2007E |
| ANNUAL REVENUE GROWTH Y/Y | | | | $136,636 | | | | $144,134 | | | | $167,000 | | | | $189,642 |
| | | | | 6.7% | | | | 5.5% | | | | 15.9% | | | | 12.5% |
| ADJUSTED NET INCOME | | | | $20,967 | | | | $20,900 | | | | $27,834 | | | | $37,179 |
| GROWTH Y/Y | | | | 12.6% | | | | 2.6% | | | | 20.7% | | | | 36.1% |
| EPS, ADJUSTED [1] | | | | $0.63 | | | | $0.66 | | | | $0.68 | | | | $1.12 |
| EPS, GAAP | | | | $0.63 | | | | $0.66 | | | | $0.66 | | | | $1.12 |
| Book Value per share | $6.15 | $6.39 | $6.77 | $6.67 | $6.46 | $6.45 | $6.76 | $6.61 | $6.49 | $6.68 | $7.20 | $7.44 | $7.47 | $7.77 | $7.95 | $8.38 |
| Net Cash Per share | $3.77 | $4.14 | $4.50 | $4.23 | $3.97 | $4.02 | $3.96 | $4.18 | $4.17 | $4.39 | $4.48 | $4.78 | $4.61 | $5.18 | $5.40 | $5.71 |

[1] Adjusted EPS excludes amortization of deferred stock comp and intangibles, and non-recurring gains and losses

Source: Company Filings, SG Cowen & Co.

12    February 3, 2006

**SG** Cowen & Co.

Power Integrations

## Power Integrations Reconciliation of Adjusted Net Income to GAAP Net Income

| POWI 02-Feb-06 December Year-End ($000s) | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Q1-E | Q2-E | Q3-E | Q4-E | 2006E | 2007E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adjusted Net Income (1) | | $6,726 | $9,578 | $18,086 | $20,567 | $20,900 | $4,890 | $5,688 | $8,374 | $8,374 | $27,326 | $37,179 |
| Amortization | | | | | | | | | | | | |
| Gains/losses on investments | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| Net Income, GAAP | $19,765 | $6,726 | $9,578 | $18,086 | $20,567 | $20,900 | $4,890 | $5,688 | $8,374 | $8,374 | $27,326 | $37,179 |
| Adjusted share count | | | | | | | | | | | | |
| GAAP share count | | 28,991 | 29,503 | 31,812 | 32,414 | 30,792 | 31,000 | 31,500 | 32,000 | 32,000 | 31,625 | 33,250 |
| EPS, GAAP | $0.69 | $0.23 | $0.32 | $0.57 | $0.63 | $0.68 | $0.16 | $0.18 | $0.26 | $0.26 | $0.86 | $1.12 |

(1) Adjusted net income excludes amortization of deferred stock comp, and intangibles, and non-recurring gains and losses
Source: Company Filings, SG Cowen & Co.

February 3, 2006


Cowen & Co.

**Power Integrations**

## Power Integrations Statement of Cash Flows

POWI 02-Feb-06
December Year-End
($000s)

| | 2001 | 2002 | 2003 | 2004 | 2005E | 2006E | 2007E |
|---|---|---|---|---|---|---|---|
| **Net Income (loss)** | **$6,726** | **$9,578** | **$18,086** | **$20,367** | **$20,900** | **$27,326** | **$37,179** |
| Adjustments to reconcile net income (loss) to cash provided by operating activities: | | | | | | | |
| Depreciation and amortization | 6,944 | 6,684 | 6,846 | 6,880 | 6,830 | 8,350 | 9,394 |
| Amortization of deferred compensation | 41 | 147 | 135 | - | - | | |
| Deferred income taxes | 708 | (718) | 191 | 72 | (10) | | |
| Deferred rent | 441 | 284 | (725) | - | - | | |
| Provision for A/R and other allowances | 1,119 | 155 | 688 | 456 | 76 | | |
| Tax benefit associated with employee stock plans | 2,232 | 1,654 | 6,841 | 4,082 | 1,007 | | |
| Stock compensation to non-employees | - | - | - | 37 | 8 | | |
| Changes in operating assets and liabilities: | | | | | | | |
| Accounts receivable | 2,946 | (3,553) | (2,492) | (2,360) | (1,334) | (7,983) | (2,473) |
| Inventories | (2,023) | 8,594 | (8,085) | (2,241) | 6,913 | (4,372) | (3,136) |
| Deferred Income Taxes | - | - | - | - | 2,927 | (206) | (150) |
| Prepaid expenses and other current assets | 3,092 | (146) | (2,909) | 295 | 495 | (389) | (283) |
| Accounts payables | (2,849) | 3,086 | 191 | 694 | (3,818) | 1,171 | 856 |
| Accrued Payroll and employee benefits | - | - | - | - | 1,869 | 1,138 | 828 |
| Taxes payable and other accrued | (2,386) | 4,849 | 1,773 | 1,336 | 2,060 | 1,717 | 1,249 |
| Deferred income on shipments to distributors | (768) | 920 | (153) | 493 | 421 | 654 | 476 |
| **Cash provided by (used in) operating activities** | **$16,223** | **$31,534** | **$20,387** | **$30,111** | **$38,344** | **$27,407** | **$43,941** |
| | | | | | | | |
| **Cash flow from investing activities:** | | | | | | | |
| Capital expenditures | (7,629) | (4,510) | (37,787) | (8,135) | (4,504) | (5,010) | (5,636) |
| Purchases of securities | (30,750) | (42,325) | (6,210) | (29,182) | (6,806) | | |
| Sales and maturities of securities | 42,998 | 25,173 | 33,037 | 19,270 | 11,271 | | |
| Note to supplier | | | | | (10,000) | | |
| **Cash provided by (used in) investing activities** | **$4,619** | **($21,662)** | **($10,960)** | **($18,047)** | **($10,039)** | **($5,010)** | **($5,636)** |
| | | | | | | | |
| **Cash flow from financing activities:** | | | | | | | |
| Payments related to capital lease | (678) | (441) | (233) | (41) | - | | |
| Proceeds receivable from stockholders | 38 | 38 | - | - | | | |
| Proceeds from issuance of common stock | 5,477 | 5,914 | 23,554 | 9,099 | 6,973 | | |
| Repurchase of common stock | | | | (11,797) | (28,305) | | |
| **Cash provided by (used in) financing activities** | **$4,837** | **$5,511** | **$23,321** | **($2,739)** | **($21,332)** | **$0** | **$0** |
| | | | | | | | |
| **Net change in cash and cash equivalents** | **$25,679** | **$15,383** | **$32,748** | **$9,325** | **$6,973** | **$22,397** | **$38,305** |

| SG Cowen Cash Flow Summary And Analysis | 2001 | 2002 | 2003 | 2004 | 2005E | 2006E | 2007E |
|---|---|---|---|---|---|---|---|
| Cash flow from operations | 16,223 | 31,534 | 20,387 | 30,111 | 38,344 | 27,407 | 43,941 |
| minus net capital expenditures equals | (7,629) | (4,510) | (37,787) | (8,135) | (4,504) | (5,010) | (5,636) |
| | | | | | | | |
| Owners' cash flow [1] | $8,594 | $27,024 | ($17,400) | $21,976 | $33,840 | $22,397 | $38,305 |
| | 9.1% | 25.0% | -13.8% | 16.1% | 23.5% | 13.4% | 20.4% |
| Investing adjustments | 12,248 | (17,152) | 26,827 | (9,912) | (5,535) | | |
| Financing adjustments | (7,411) | 22,663 | (3,507) | 7,173 | ($32,361) | | |
| | | | | | | | |
| Net change in cash, cash equivalents, and securities | $13,431 | $32,535 | $5,920 | $19,237 | ($4,056) | $22,397 | $38,305 |
| Beginning cash, cash equivalents, and securities | $63,434 | $76,865 | $109,400 | $115,320 | $134,557 | $130,501 | $152,898 |
| Ending cash, cash equivalents, and securities | $76,865 | $109,400 | $115,320 | $134,557 | $130,501 | $152,898 | $191,203 |

(1) Owner's cash flow in 2003 includes an approximately $30M CAPEX expenditure related to the purchase of the Company's San Jose facility. Absent this expenditure, Owner's cash flow in 2003 would have been approximately $13M.

Source: Company Filings, SG Cowen & Co.

**SG**
Cowen & Co.

**Power Integrations**

## Power Integrations Balance Sheet

POWI 02-Feb-06
December Year-End
($000s)

| | 2001 Q4 | 2002 Q4 | 2003 Q4 | 2004 Q4 | 2005 Q4-A | 2006 Q1E | 2006 Q2E | 2006 Q3E | 2006 Q4E | 2007E Q1E |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash, cash equivalents, and securities | 76,865 | 109,400 | 115,320 | 134,557 | 130,501 | 129,361 | 135,179 | 143,624 | 152,898 | 191,203 |
| Accounts receivable, net | 5,124 | 8,532 | 10,326 | 12,230 | 13,488 | 17,123 | 17,574 | 21,471 | 21,471 | 23,943 |
| Inventories, net | 23,622 | 15,028 | 23,113 | 25,354 | 18,441 | 21,796 | 22,595 | 22,813 | 22,813 | 25,948 |
| Deferred income taxes | 5,346 | 6,064 | 4,275 | 4,205 | 1,095 | 1,099 | 1,127 | 1,301 | 1,301 | 1,451 |
| Prepaid expenses and other current assets | 1,526 | 1,672 | 3,086 | 2,600 | 2,067 | 2,074 | 2,128 | 2,456 | 2,456 | 2,739 |
| **Total current assets** | **$112,483** | **$140,696** | **$156,120** | **$178,946** | **$165,592** | **$171,452** | **$178,604** | **$191,664** | **$200,938** | **$245,284** |
| | | | | | | | | | | |
| Property, plant and equipment, net | 23,182 | 21,008 | 51,949 | 51,718 | 48,635 | 47,875 | 47,095 | 46,195 | 45,295 | 41,537 |
| Intangible assets | | | | 1,596 | 4,274 | 4,274 | 4,274 | 4,274 | 4,274 | 4,274 |
| Deferred tax assets | | | 1,598 | | | | | | | |
| Other assets, net | | | 1,495 | 3,172 | 14,014 | 14,060 | 14,430 | 16,650 | 16,650 | 18,567 |
| **Total assets** | **$135,665** | **$161,694** | **$211,162** | **$235,432** | **$232,515** | **$237,661** | **$244,403** | **$258,783** | **$267,197** | **$309,653** |
| | | | | | | | | | | |
| Accounts payable | 4,641 | 7,727 | 7,918 | 8,612 | 5,059 | 5,208 | 5,399 | 6,230 | 6,230 | 7,086 |
| Accrued salaries and employee benefits | 3,164 | 4,389 | 5,310 | 4,672 | 6,049 | 6,069 | 6,229 | 7,187 | 7,187 | 8,014 |
| Income taxes payable and other accrued | 1,604 | 5,228 | 4,610 | 6,578 | 9,130 | 9,160 | 9,401 | 10,847 | 10,847 | 12,096 |
| Current portion of capitalized lease | 440 | 233 | 41 | | | | | | | |
| Deferred income on shipments to distributors | 1,298 | 2,718 | 2,555 | 3,058 | 3,479 | 3,490 | 3,582 | 4,133 | 4,133 | 4,609 |
| **Total current liabilities** | **$11,647** | **$20,295** | **$20,444** | **$22,920** | **$23,717** | **$23,927** | **$24,611** | **$28,397** | **$28,397** | **$31,806** |
| | | | | | | | | | | |
| Other liabilities | | | | | | | | | | |
| Capital lease and deferred rent liability | 716 | 766 | | | | | | | | |
| **Total liabilities** | **$12,363** | **$21,061** | **$20,444** | **$22,920** | **$23,717** | **$23,927** | **$24,611** | **$28,397** | **$28,397** | **$31,806** |
| | | | | | | | | | | |
| **Total stockholders' equity** | **$123,302** | **$140,633** | **$190,718** | **$212,512** | **$208,798** | **$213,734** | **$219,792** | **$230,386** | **$238,760** | **$277,857** |
| **Total liabilities and stockholders' equity** | **$135,665** | **$161,694** | **$211,162** | **$235,432** | **$232,515** | **$237,661** | **$244,403** | **$258,783** | **$267,197** | **$309,653** |

Source: Company Filings, SG Cowen & Co.

 **SG**
Cowen & Co.

**Power Integrations**

## Power Integrations ROIC Analysis

POWI 02-Feb-06

| ($000s) | 2001 | 2002 | 2003 | 2004 | 2005 | 2006E | 2007E |
|---|---|---|---|---|---|---|---|
| **Adjusted EBIT:** | $7,907 | $12,016 | $24,117 | $25,690 | $22,674 | $30,590 | $42,462 |
| +Implied interest from operating leases | 1,700 | 2,200 | 1,200 | - | - | - | - |
| +Increase in LIFO reserve | - | - | - | - | - | - | - |
| +Increase in bad debt reserve | - | - | - | - | - | - | - |
| +Increase in net capitalized R&D | - | - | - | - | - | - | - |
| Amortization (adjusted EBIT excludes amortization) | | | | | | | |
| **Adjusted Operating Profit Before Taxes** | $9,607 | $14,216 | $25,317 | $25,690 | $22,674 | $30,590 | $42,462 |
| **Income tax expense:** | $2,930 | $4,103 | $7,033 | $6,377 | $5,141 | $7,264 | $9,883 |
| - Increase in deferred tax liabilities | - | - | - | - | - | - | - |
| + Increase in deferred tax assets | - | - | - | - | - | - | - |
| + Tax benefit from interest expense | - | - | - | - | - | - | - |
| -Tax expense from interest income | (612) | (583) | (351) | (369) | (1,178) | (1,400) | (1,610) |
| -Taxes on non-operating income | - | - | - | - | - | - | - |
| + Tax benefits from interest on leases | 595 | 770 | 420 | - | - | - | - |
| **Cash Operating Taxes** | $2,913 | $4,290 | $7,102 | $6,008 | $3,963 | $5,864 | $8,273 |
| **NOPAT** | $6,694 | $9,926 | $18,215 | $19,682 | $18,711 | $24,726 | $34,189 |
| **Book value of common equity** | $123,302 | $140,633 | $190,718 | $212,512 | $208,798 | $238,760 | $277,857 |
| +Preferred stock | - | - | - | - | - | - | - |
| +Minority interest | - | - | - | - | - | - | - |
| +Deferred tax liabilities | - | - | - | - | - | - | - |
| +LIFO reserve | - | - | - | - | - | - | - |
| +Accumulated amortization expense | - | - | - | - | - | - | - |
| +Interest-bearing short-term debt | - | - | - | - | - | - | - |
| +Long-term debt | - | - | - | - | - | - | - |
| +Capitalized lease obligations | - | - | - | - | - | - | - |
| +PV of operating leases (1) | 24,286 | 31,429 | 17,143 | - | - | - | - |
| -Excess cash, cash equivalents & securities | (56,002) | (101,522) | (96,633) | (114,235) | (116,743) | (130,423) | (165,770) |
| -Deferred tax assets | | | | | | | |
| **Invested Capital** | $91,586 | $70,540 | $111,228 | $98,277 | $92,055 | $108,337 | $112,087 |
| **Return On Invested Capital** | 7.3% | 14.1% | 16.4% | 20.0% | 20.3% | 22.8% | 30.5% |

Source: SG Cowen & Co.



**Power Integrations**

## Power Integrations Ratio Analysis

**POWI 02-Feb-06**

| December Year-End | 2001 | 2002 | 2003 | 2004 | 2005 | 2006E | 2007E |
|---|---|---|---|---|---|---|---|
| **Per Share:** | | | | | | | |
| Cash flow from operations | $0.56 | $1.07 | $0.64 | $0.93 | $1.25 | $0.87 | $1.32 |
| Cash, cash equivalents, and securities | $2.65 | $3.71 | $3.63 | $4.15 | $4.24 | $4.83 | $5.75 |
| Book value | $4.25 | $4.77 | $6.00 | $6.56 | $6.78 | $7.55 | $8.36 |
| Tangible book value | $4.25 | $4.77 | $6.00 | $6.56 | $6.78 | $7.55 | $8.36 |
| | | | | | | | |
| **Liquidity Ratios:** | | | | | | | |
| Current ratio | 9.7 | 6.9 | 7.6 | 7.8 | 7.0 | 7.1 | 7.7 |
| Quick ratio | 7.6 | 6.2 | 6.5 | 6.7 | 6.2 | 6.3 | 6.9 |
| | | | | | | | |
| **Leverage:** | | | | | | | |
| Cash to equity | 62.3% | 77.8% | 60.5% | 63.3% | 62.5% | 64.0% | 68.8% |
| Assets to equity | 110.0% | 115.0% | 110.7% | 110.8% | 111.4% | 111.9% | 111.4% |
| Assets to equity (excl. cash) | 126.6% | 167.4% | 127.1% | 129.4% | 130.3% | 133.1% | 136.7% |
| | | | | | | | |
| **Turnover:** | | | | | | | |
| Asset turnover | 0.7x | 0.7x | 0.6x | 0.6x | 0.6x | 0.6x | 0.6x |
| Asset turnover, excluding cash | 1.6x | 2.1x | 1.3x | 1.4x | 1.4x | 1.5x | 1.6x |
| Accounts receivable turnover | 18.4x | 12.7x | 12.2x | 11.2x | 10.7x | 7.8x | 7.8x |
| Inventory turnover | 2.2x | 4.0x | 2.7x | 2.8x | 3.9x | 3.7x | 3.7x |
| Accounts payable turnover | 11.0x | 7.9x | 7.9x | 8.3x | 14.4x | 13.4x | 13.5x |
| | | | | | | | |
| **Cash Conversion Cycle:** | | | | | | | |
| Days sales outstanding | 20 | 29 | 30 | 33 | 34 | 47 | 47 |
| Days inventory | 168 | 90 | 134 | 130 | 92 | 100 | 99 |
| Days payable | 33 | 46 | 46 | 44 | 25 | 27 | 27 |
| Cash conversion cycle (days) | 155 | 73 | 118 | 118 | 101 | 120 | 118 |
| | | | | | | | |
| **Pre-Tax Return On Assets:** | | | | | | | |
| Operating margin (EBIT/Sales) | 8.4% | 11.1% | 19.2% | 18.8% | 15.7% | 18.3% | 22.6% |
| x  Asset turnover (Sales/Assets) | 0.7x | 0.7x | 0.6x | 0.6x | 0.6x | 0.6x | 0.6x |
| =  Pre-Tax ROA | 5.8% | 7.4% | 11.4% | 10.9% | 9.8% | 11.5% | 13.7% |
| x  Tax burden (NI/EBT) | 70% | 70% | 72% | 76% | 80% | 79% | 79% |
| =  Return On Assets | 4.1% | 5.2% | 8.2% | 8.3% | 7.8% | 9.0% | 10.8% |
| | | | | | | | |
| **Pre-Tax Return On Assets (excl. cash):** | | | | | | | |
| Operating margin (EBIT/Sales) | 8.4% | 11.1% | 19.2% | 18.8% | 15.7% | 18.3% | 22.6% |
| x  Asset turnover (Sales/Assets), excluding cash | 1.6x | 2.1x | 1.3x | 1.4x | 1.4x | 1.5x | 1.6x |
| =  Pre-Tax ROA | 13.4% | 23.0% | 25.2% | 25.5% | 22.2% | 26.8% | 35.8% |
| x  Tax burden (NI/EBT) | 70% | 70% | 72% | 76% | 80% | 79% | 79% |
| =  Return On Assets, excluding cash | 9.4% | 16.1% | 18.1% | 19.4% | 17.8% | 21.2% | 28.3% |
| | | | | | | | |
| **Return On Equity:** | | | | | | | |
| x  Operating margin (EBIT/Sales) | 8.4% | 11.1% | 19.2% | 18.8% | 15.7% | 18.3% | 22.6% |
| x  Interest benefit (EBT/EBIT) | 122% | 114% | 104% | 104% | 115% | 113% | 111% |
| x  Tax burden (NI/EBT) | 70% | 70% | 72% | 76% | 80% | 79% | 79% |
| x  Asset turnover (Sales/Assets) | 0.7x | 0.7x | 0.6x | 0.6x | 0.6x | 0.6x | 0.6x |
| x  Leverage (Assets/S.E.) | 110% | 115% | 111% | 111% | 111% | 112% | 111% |
| =  ROE | -5.5% | -6.8% | 9.5% | 9.6% | 10.0% | 11.4% | 13.4% |

Source: SG Cowen & Co.



**Power Integrations**

# Addendum

## COMPANIES MENTIONED IN THIS REPORT

| Ticker | Company Name |
|--------|--------------|
| POWI | Power Integrations |

## ANALYST CERTIFICATION

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## IMPORTANT DISCLOSURES

SG Cowen & Co., LLC. makes a market in POWI securities.

SG Cowen & Co., LLC. compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking. SG Cowen & Co., LLC. does not compensate research analysts based on specific investment banking transactions.

SG Cowen & Co., LLC. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

## DISCLAIMER

Further information on any of the above securities may be obtained from our offices. This report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to SG Cowen & Co., LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The contents and appearance of this report are Copyright© and Trademark™ SG Cowen & Co., LLC 2006. Member SIPC. All rights reserved.

**Notice to French Investors:** This publication is issued in France by or through Société Générale ("SG") which is regulated by the AMF (Autorité des Marchés Financiers). As per SG's practice, issuers that receive a copy of research reports prior to publication do so in compliance with AMF regulations (article 321-126 of the AMF General Regulation).

**Notice to UK Investors:** This publication is issued in the United Kingdom by or through Société Générale ("SG"). All materials provided by SG Commodity Research and SG Global Convertible Research are produced in circumstances such that it is not appropriate to characterize them as impartial as referred to in the Financial Services Authority Handbook. However, it must be made clear that all research issued by SG will be fair, clear and not misleading. In the United Kingdom, SG Cowen & Co. is a Trading Name of SG. **SG is a Member of the London Stock Exchange.**

**Notice to Japanese Investors:** This report is distributed in Japan by Société Générale Securities (North Pacific) Ltd., Tokyo Branch, which is regulated by the Financial Services Agency of Japan. The products mentioned in this report may not be eligible for sale in Japan and they may not be suitable for all types of investors.

**Notice to Australian Investors:** Société Générale Australia Branch (ABN 71 092 516 286) (SG) takes responsibility for publishing this document. SG holds an AFSL no. 236651 issued under the Corporations Act 2001 (Cth) ("Act"). The information contained in this newsletter is only directed to recipients who are wholesale clients as defined under the Act.

**SG COWEN & CO., LLC  New York** (646) 562-1000  **Boston** (617) 946-3700  **San Francisco** (415) 646-7200  **Chicago** (312) 516-4690  **Cleveland** (440) 331-3531  **Denver** (303) 282-3100  **London (affiliate)** 44-207-710-0900  **Geneva** 41-22-707-6900  **Tokyo (affiliate)** 81-35-549-5696

**February 3, 2006**



**Power Integrations**

### SG COWEN & CO. RATING DEFINITIONS PRIOR TO 3/1/2004

| Rating | Definition |
|---|---|
| Strong Buy (1) | Stock expected to outperform the S&P 500 by over 25% |
| Outperform (2) | Stock expected to outperform the S&P 500 by 10-25% |
| Market Perform (3) | Stock expected to out/underperform the S&P 500 by +/-10% |
| Underperform (4) | Stock expected to underperform the S&P 500 by at least 10% |

Assumptions: Time horizon is 12 months; S&P 500 is flat over forecast period.

### POWI—SG COWEN & CO. HISTORICAL PRICE CHART AS OF 02/02/2006 (US$)



Initiated on 07/14/04;
SG Cowen & Co., LLC eliminated price targets on 09/09/02;
SG Cowen & Co., LLC eliminated investment ratings on 03/01/04.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2006, the attached **NOTICE OF**

**SUBPOENA OF SG COWEN & CO. PURSUANT TO FEDERAL RULE OF CIVIL**

**PROCEDURE 45** was served upon the below-named counsel of record at the address and in the

manner indicated:


William J. Marsden, Jr., Esquire                           HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE  19899

Frank E. Scherkenbach, Esquire                           VIA FEDERAL EXPRESS
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

Michael Kane, Esquire                                     VIA FEDERAL EXPRESS
Fish & Richardson P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN  55402

Howard G. Pollack, Esquire                               VIA FEDERAL EXPRESS
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

Andre G. Bouchard, Esquire                               HAND DELIVERY
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801


Lauren E. Maguire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,        )
                                 )
                 Plaintiff,      )
                                 )
        v.                       )      C.A. No. 04-1371-JJF
                                 )
FAIRCHILD SEMICONDUCTOR          )
INTERNATIONAL, INC., and FAIRCHILD )
SEMICONDUCTOR CORPORATION,       )
                                 )
                 Defendants.     )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of February, 2006, a **NOTICE OF SUBPOENA OF SG COWEN & CO. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45** was served upon the following counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire                  HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899

Frank E. Scherkenbach, Esquire                    VIA FEDERAL EXPRESS
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

Michael Kane, Esquire                             VIA FEDERAL EXPRESS
Fish & Richardson P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN  55402

Howard G. Pollack, Esquire
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Andre G. Bouchard, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

<u>VIA FEDERAL EXPRESS</u>


<u>HAND DELIVERY</u>


ASHBY & GEDDES

/s/ *Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403).
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Bas de Blank
Orrick, Herrington & Stucliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400

Dated:  February 21, 2006
149865.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February, 2006, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804 | VIA FEDERAL EXPRESS |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN  55402 | VIA FEDERAL EXPRESS |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 | VIA FEDERAL EXPRESS |
| Andre G. Bouchard, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801 | HAND DELIVERY |

/s/ *Lauren E. Maguire*

_____

Lauren E. Maguire

**Discovery Documents**

1:04-cv-01371-JJF Power Integrations v. Fairchild Semicond., et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Maguire, Lauren entered on 2/21/2006 at 6:46 PM EST
and filed on 2/21/2006

| | |
|---|---|
| **Case Name:** | Power Integrations v. Fairchild Semicond., et al |
| **Case Number:** | 1:04-cv-1371 |
| **Filer:** | Fairchild Semiconductor International, Inc. |
| | Fairchild Semiconductor Corporation |

**Document Number:** 195

**Docket Text:**
NOTICE OF SERVICE of Notice of Subpoena of SG Cowan & Co. Pursuant to Federal Rule of Civil
Procedure 45 by Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation.
(Maguire, Lauren)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/21/2006] [FileNumber=172492-0]
[2572cef97a7319095635e9325e2b3b36a5c25361d3658f2a3263940ff1ece9cf4f0a
625c5a8906588f6f8f1076a38c802360e63fcb750fa2c1a329c8629ba970]]

**1:04-cv-1371 Notice will be electronically mailed to:**

Steven J. Balick    sbalick@ashby-geddes.com, jday@ashby-geddes.com; mkipp@ashby-geddes.com;
dfioravanti@ashby-geddes.com; nlopez@ashby-geddes.com; tlydon@ashby-geddes.com;
lmaguire@ashby-geddes.com

John G. Day    jday@ashby-geddes.com, sbalick@ashby-geddes.com; mkipp@ashby-geddes.com;
dfioravanti@ashby-geddes.com; nlopez@ashby-geddes.com

Sean Paul Hayes    sph@fr.com, manis@fr.com; kilby@fr.com

Tiffany Geyer Lydon    tlydon@ashby-geddes.com, dfioravanti@ashby-geddes.com

Lauren E. Maguire    lmaguire@ashby-geddes.com, tenglish@ashby-geddes.com

William J. Marsden , Jr    marsden@fr.com, manis@fr.com; wsd@fr.com; sub@fr.com; kilby@fr.com

CM/ECF LIVE - U.S. District Court:ded

John M. Seaman    jseaman@bmf-law.com, jfielder@bmf-law.com

**1:04-cv-1371 Notice will be delivered by other means to:**



# EXHIBIT REDACTED
# IN ITS ENTIRETY



# EXHIBIT REDACTED
# IN ITS ENTIRETY