IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR | ) | |
| INTERNATIONAL, INC., and FAIRCHILD | ) | |
| SEMICONDUCTOR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**REPLY IN SUPPORT OF FAIRCHILD'S
MOTION TO POSTPONE PRETRIAL CONFERENCE**

Ten business days before the pre-trial order is due, Fairchild has yet to receive any portion of Power Integrations' materials. While it is Power Integrations' burden to prepare the joint order, to meet this burden Power Integrations must provide Fairchild with its exhibit lists, deposition designations, and identify the facts and issues it intends to prove. This is necessary so that Fairchild can (i) identify the issues and evidence necessary to rebut Power Integrations' case and (ii) prepare its objections and responses to Power Integrations' "evidence".

Rather than meet the May 8 deadline, Power Integrations proposes "that the parties finalize the details and objections for exhibit lists and deposition designations *at a later date….*" DI 246, p. 2. This is unworkable. The parties must complete their pretrial order before the pretrial conference so that there will be no surprises, and so the Court will have the information it needs to allocate the time each side will need to present its case for trial. *See, e.g.,* Exhibit A, transcript from first pretrial conference in *St. Clair Intellectual Property Consultants v. Canon, Inc., et al.;* C.A. No. 03-241-JJF (D. Del. September 16, 2004) (Court unable to allocate time for trial because the parties failed to provide meaningful lists of issues, exhibits, or witnesses, etc.). Fairchild respectfully suggests that the best course is to extend the date of the conference.

1

Should the Court decline to extend the date for the pretrial conference, Fairchild respectfully requests that the Court order that the parties complete the pretrial order by May 8, 2006. Power Integrations' "proposal" of an open ended extension should be rejected.

ASHBY & GEDDES

/s/ *John G. Day*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403).
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Stucliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: April 24, 2006
168844.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of April, 2006, the attached **REPLY IN SUPPORT OF FAIRCHILD'S MOTION TO POSTPONE PRETRIAL CONFERENCE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804 | **VIA FEDERAL EXPRESS** |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN  55402 | **VIA FEDERAL EXPRESS** |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 | **VIA FEDERAL EXPRESS** |
| Andre G. Bouchard, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801 | **HAND DELIVERY** |

/s/ *John G. Day*
_____
John G. Day