IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | : : : |
| Plaintiff, | : : |
| v. | : C.A. No. 04-1371-JJF : |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, | : : : : : |
| Defendants. | : : |

### O R D E R

A Pretrial Conference in this case is scheduled for May 11, 2006. Defendants have filed a Motion To Postpone Pretrial Conference (D.I. 237) requesting a continuance, which Plaintiff opposes.

The Court has considered the parties' assertions regarding the strategies and motivations for each other's actions, particularly the recently filed Texas litigation. The Court is willing to accommodate both parties and their counsel for the reasons counsel has expressed in their papers; however, the Court is unwilling to abandon the current schedule.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion To Postpone Pretrial Conference (D.I. 237) is **GRANTED**.

2. The May 11, 2006 Pretrial Conference is **CANCELLED**.

3. The Pretrial Conference will be held on **Wednesday, May 31, 2006 at 12:30 p.m.** in Courtroom 4B, 4th Floor, Boggs Federal Building, Wilmington, Delaware.

4. The Motion To Shorten Time For Briefing On Defendant's Expedited Motion To Postpone Pretrial Conference (D.I. 238) is **DENIED** as moot.

May 2, 2006

_____
UNITED STATES DISTRICT JUDGE