IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David J. Miclean to represent plaintiff Power Integrations, Inc. in this matter. I further certify that the annual fee of $25 has been paid to the Clerk of the Court.

Dated: May 10, 2006

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Sean P. Hayes (#4413)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of David J. Miclean is granted.

Dated: _____, 2006    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 5/2/06

David J. Miclean
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: (650) 839-5070
Fax: (650) 839-5071

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2006, I electronically filed a Motion and Order for Admission Pro Hac Vice with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants-<br>Counterclaimants FAIRCHILD<br>SEMICONDUCTOR<br>INTERNATIONAL, INC., a Delaware<br>corporation, and FAIRCHILD<br>SEMICONDUCTOR CORPORATION |

I hereby certify that on May 10, 2006, I have mailed by the United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Bas de Blank<br>G. Hopkins Guy III<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7452 | Attorneys for Defendants-<br>Counterclaimants FAIRCHILD<br>SEMICONDUCTOR<br>INTERNATIONAL, INC., a Delaware<br>corporation, and FAIRCHILD<br>SEMICONDUCTOR CORPORATION |

Sean P. Hayes

50345363.doc