IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a
Delaware corporation,

        Plaintiff,

     v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a Delaware
corporation, and FAIRCHILD
SEMICONDUCTOR CORPORATION,  a
Delaware corporation,

        Defendants.

C.A. No. 04-1371 JJF

## NOTICE OF SERVICE OF SUBPOENA

**PLEASE TAKE NOTICE** that on the 9th day of May, 2006, Plaintiff Power

Integrations, Inc. served of a subpoena upon Intersil Corporation, 1001 Murphy Ranch

Road, Suite 1, Milpitas, California c/o Corporation Trust Company, 1209 Orange Street,

Wilmington, DE 19801.

Dated:  May 11, 2006        FISH & RICHARDSON P.C.


By:   */s/ William J. Marsden, Jr.*
      William J. Marsden, Jr. (#2247)
      Sean P. Hayes (#4413)
      919 N. Market Street, Suite 1100
      P.O. Box 1114
      Wilmington, DE  19899-1114
      Telephone: (302) 652-5070

      Frank E. Scherkenbach
      225 Franklin Street
      Boston, MA 02110-2804

      Howard G. Pollack
      500 Arguello Street, Suite 500
      Redwood City, CA 94063

    Attorneys for Plaintiff
    POWER INTEGRATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, I electronically filed with the Clerk of Court Notice of Service of Subpoena using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O.  Box 1150
Wilmington, DE 19899

I hereby certify that on May 11, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

G. Hopkins Guy, III                         Attorneys for Defendants
Bas de Blank                                FAIRCHILD SEMICONDUCTOR
Orrick, Herrington & Sutcliffe, LLP         INTERNATIONAL, INC. and
1000 Marsh Road                             FAIRCHILD SEMICONDUCTOR
Menlo Park, CA  94025                       CORPORATION


                                        _/s/ Sean P. Hayes_____
                                        Sean P. Hayes  (hayes@fr.com)

80033062.doc