IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>    Defendants. | C.A. No. 04-1371 JJF |

**POWER INTEGRATIONS' [PROPOSED] SPECIAL VERDICT AND INTERROGATORIES TO THE JURY**

We, the jury, unanimously find as follows:

INFRINGEMENT OF POWER INTEGRATIONS' '876 PATENT

**Infringement of the '876 Patent**

1. Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '876 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

        Claim 1:    YES _____    NO _____
        Claim 17:  YES _____    NO _____
        Claim 19:  YES _____    NO _____

2. If you answered "NO" as to any claim(s) in question 1, do you find by a preponderance of the evidence that Fairchild nevertheless infringes the claim(s) under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

        Claim 1:    YES _____    NO _____
        Claim 17:  YES _____    NO _____
        Claim 19:  YES _____    NO _____

**Willful Infringement of the '876 Patent**

3. If you answered "YES" as to any claims for any of questions 1-2, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

        YES _____    NO _____

## INFRINGEMENT OF POWER INTEGRATIONS' '851 PATENT

### Infringement of the '851 Patent

4. Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '851 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

| Claim | YES | NO |
|---|---|---|
| Claim 1: | YES _____ | NO _____ |
| Claim 2: | YES _____ | NO _____ |
| Claim 4: | YES _____ | NO _____ |
| Claim 10: | YES _____ | NO _____ |
| Claim 11: | YES _____ | NO _____ |
| Claim 13: | YES _____ | NO _____ |
| Claim 16: | YES _____ | NO _____ |

5. If you answered "NO" as to any claim(s) in question 4, do you find by a preponderance of the evidence that Fairchild nevertheless infringes the claim(s) under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

| Claim | YES | NO |
|---|---|---|
| Claim 1: | YES _____ | NO _____ |
| Claim 2: | YES _____ | NO _____ |
| Claim 4: | YES _____ | NO _____ |
| Claim 10: | YES _____ | NO _____ |
| Claim 11: | YES _____ | NO _____ |
| Claim 13: | YES _____ | NO _____ |
| Claim 16: | YES _____ | NO _____ |

### Willful Infringement of the '851 Patent

6. If you answered "YES" as to any claims for any of questions 4-5, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES _____    NO _____

**INFRINGEMENT OF POWER INTEGRATIONS' '366 PATENT**

**Infringement of the '366 Patent**

7. Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '366 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild

| | | | | |
|---|---|---|---|---|
| Claim 1: | YES | _____ | NO | _____ |
| Claim 2: | YES | _____ | NO | _____ |
| Claim 9: | YES | _____ | NO | _____ |
| Claim 10: | YES | _____ | NO | _____ |
| Claim 14: | YES | _____ | NO | _____ |
| Claim 16: | YES | _____ | NO | _____ |

8. If you answered "NO" as to any claim(s) in question 7, do you find by a preponderance of the evidence that Fairchild nevertheless infringes the claim(s) under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

| | | | | |
|---|---|---|---|---|
| Claim 1: | YES | _____ | NO | _____ |
| Claim 2: | YES | _____ | NO | _____ |
| Claim 9: | YES | _____ | NO | _____ |
| Claim 10: | YES | _____ | NO | _____ |
| Claim 14: | YES | _____ | NO | _____ |
| Claim 16: | YES | _____ | NO | _____ |

**Willful Infringement of the '366 Patent**

9. If you answered "YES" as to any claims for any of questions 7-8, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES _____     NO _____

## INFRINGEMENT OF POWER INTEGRATIONS' '075 PATENT

### Infringement of the '075 Patent

10. Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '075 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

        Claim 1:    YES _____    NO _____
        Claim 5:    YES _____    NO _____

### Willful Infringement of the '075 Patent

11. If you answered "YES" as to any claims for question 10, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

        YES _____    NO _____

## VALIDITY OF POWER INTEGRATIONS' '876 PATENT

### Anticipation of the '876 Patent

12. Do you find by clear and convincing evidence that any of the following claims of the '876 Patent are anticipated and therefore invalid? (A "NO" answer to this question is a finding for Power Integrations. A "YES" answer is a finding for Fairchild.)

| | | | | |
|---|---|---|---|---|
| Claim 1: | YES | _____ | NO | _____ |
| Claim 17: | YES | _____ | NO | _____ |
| Claim 19: | YES | _____ | NO | _____ |

### Obviousness of the '876 Patent

13. Do you find by clear and convincing evidence that any of the following claims of the '876 Patent are obvious and therefore invalid? (A "NO" answer to this question is a finding for Power Integrations. A "YES" answer is a finding for Fairchild.) If you answer "YES" as to any claim, proceed to question 14.

| | | | | |
|---|---|---|---|---|
| Claim 1: | YES | _____ | NO | _____ |
| Claim 17: | YES | _____ | NO | _____ |
| Claim 19: | YES | _____ | NO | _____ |

14. If you answered "YES" as to any claims for question 13, indicate below which reference(s) you have relied upon in determining the claim(s) are obvious.

_____

_____

_____

## VALIDITY OF POWER INTEGRATIONS' '851 PATENT

### Anticipation of the '851 Patent

15. Do you find by clear and convincing evidence that any of the following claims of the '851 Patent are anticipated and therefore invalid? (A "NO" answer to this question is a finding for Power Integrations. A "YES" answer is a finding for Fairchild.)

| | | |
|---|---|---|
| Claim 1: | YES _____ | NO _____ |
| Claim 2: | YES _____ | NO _____ |
| Claim 4: | YES _____ | NO _____ |
| Claim 10: | YES _____ | NO _____ |
| Claim 11: | YES _____ | NO _____ |
| Claim 13: | YES _____ | NO _____ |
| Claim 16: | YES _____ | NO _____ |

### Obviousness of the '851 Patent

16. Do you find by clear and convincing evidence that any of the following claims of the '851 Patent are obvious and therefore invalid? (A "NO" answer to this question is a finding for Power Integrations. A "YES" answer is a finding for Fairchild.) If you answer "YES" as to any claim, proceed to question 17 for that claim.

| | | |
|---|---|---|
| Claim 1: | YES _____ | NO _____ |
| Claim 2: | YES _____ | NO _____ |
| Claim 4: | YES _____ | NO _____ |
| Claim 10: | YES _____ | NO _____ |
| Claim 11: | YES _____ | NO _____ |
| Claim 13: | YES _____ | NO _____ |
| Claim 16: | YES _____ | NO _____ |

17. If you answered "YES" as to any claims for question 16, indicate below which reference(s) you have relied upon in determining the claim(s) are obvious.

_____

_____

_____

_____

_____

## VALIDITY OF POWER INTEGRATIONS' '366 PATENT

### Anticipation of the '366 Patent

18. Do you find by clear and convincing evidence that any of the following claims of the '366 Patent are anticipated and therefore invalid? (A "NO" answer to this question is a finding for Power Integrations. A "YES" answer is a finding for Fairchild.)

| | | | | |
|---|---|---|---|---|
| Claim 1: | YES | _____ | NO | _____ |
| Claim 2: | YES | _____ | NO | _____ |
| Claim 9: | YES | _____ | NO | _____ |
| Claim 10: | YES | _____ | NO | _____ |
| Claim 14: | YES | _____ | NO | _____ |
| Claim 16: | YES | _____ | NO | _____ |

### Obviousness of the '366 Patent

19. Do you find by clear and convincing evidence that any of the following claims of the '366 Patent are obvious and therefore invalid? (A "NO" answer to this question is a finding for Power Integrations. A "YES" answer is a finding for Fairchild.) If you answer "YES" as to any claim, proceed to question 20 for that claim.

| | | | | |
|---|---|---|---|---|
| Claim 1: | YES | _____ | NO | _____ |
| Claim 2: | YES | _____ | NO | _____ |
| Claim 9: | YES | _____ | NO | _____ |
| Claim 10: | YES | _____ | NO | _____ |
| Claim 14: | YES | _____ | NO | _____ |
| Claim 16: | YES | _____ | NO | _____ |

20. If you answered "YES" as to any claims for question 19, indicate below which reference(s) you have relied upon in determining the claim(s) are obvious.

_____

_____

_____

_____

## VALIDITY OF POWER INTEGRATIONS' '075 PATENT

### Anticipation of the '075 Patent

21. Do you find by clear and convincing evidence that any of the following claims of the '075 Patent are anticipated and therefore invalid? (A "NO" answer to this question is a finding for Power Integrations. A "YES" answer is a finding for Fairchild.)

      Claim 1:    YES _____    NO _____
      Claim 5:    YES _____    NO _____

### Obviousness of the '075 Patent

22. Do you find by clear and convincing evidence that any of the following claims of the '075 Patent are obvious and therefore invalid? (A "NO" answer to this question is a finding for Power Integrations. A "YES" answer is a finding for Fairchild.) If you answer "YES" as to any claim, proceed to question 23 for that claim.

      Claim 1:    YES _____    NO _____
      Claim 5:    YES _____    NO _____

23. If you answered "YES" as to any claims for question 22, indicate below which reference(s) you have relied upon in determining the claim(s) are obvious.

_____

_____

_____

DAMAGES DUE TO POWER INTEGRATIONS

**Damages for Infringement of the '876, '851, '366, and/or '075 Patents**

24. If you have found that Fairchild has infringed at least one asserted claim from any of the '876, '851, '366, and/or '075 Patents, and you have found that the claim is not invalid and the patent is not unenforceable, do you find by a preponderance of the evidence that Power Integrations suffered actual damages as a result of Fairchild's infringement? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

    YES _____      NO _____

25. If you answered "YES" to question 24, state the type and amount of damages you find Power Integrations to have proven by a preponderance of the evidence:

Past Lost Profits from Lost Sales or Past Reasonable Royalty:_____

Past Lost Profits from Price Erosion: _____

Future Lost Profits from Price Erosion:_____

                    **TOTAL DAMAGES** _____

You must each sign this Verdict Form:    Dated: _____

_____ (foreperson)  _____

_____              _____

_____              _____

_____              _____