# Exhibit 6

Intentionally Left Blank

# Exhibit 7

Intentionally Left Blank

Power Integrations v. Fairchild

Exhibit 8

Power Integrations' Witness List

Power Integrations intends to call the following witnesses at trial (including rebuttal testimony). The addresses and telephone numbers of the individuals affiliated with Power Integrations are listed as "Power Integrations" and can be reached through litigation counsel. The individuals affiliated with Fairchild or represented by Fairchild's counsel are listed as "Fairchild" and can presumably be reached through litigation counsel. Power Integrations' experts have disclosed their opinions in their expert reports.

Unless otherwise noted, Power Integrations intends to have these individuals testify live at trial. Power Integrations reserves the right to call anyone appearing on Fairchild's witness list.

    **Balu Balakrishnan** (Power Integrations)
    Power Integrations, Inc.
    5245 Hellyer Avenue
    San Jose, Ca 95138
    408-414-9200

    **Bruce Renouard** (Power Integrations)
    Power Integrations, Inc.
    5245 Hellyer Avenue
    San Jose, Ca 95138
    408-414-9200

    **Klas Eklund** (Power Integrations)
    Manhemsvagen 20B
    19143 Sollentuna
    Sweden
    011-46-8-961383

    **Jan Brunnberg** (Power Integrations)
    Power Integrations, Inc.
    5245 Hellyer Avenue
    San Jose, Ca 95138
    408-414-9200

    **Robert Blauschild** (Power Integrations)
    22351 Hartman Drive
    Los Altos, CA 94024-7434
    408-735-9896
    Specialty: integrated circuit design

**Michael Shields** (Power Integrations)
19850 Via Escuela Drive
Saratoga, CA 95070-4447
408-867-5891
Specialty: integrated circuit design and manufacturing

**Richard Troxel** (Power Integrations)
205 Tom Fazio Trace
Hendersonville, NC 28739
828-698-5936
Specialty: damages

Power Integrations intends to present the following witnesses' testimony via deposition designations, and the list includes witnesses Power Integrations intends to rely on for rebuttal testimony.

   Tom Beaver (Fairchild)
   H.S. Choi (Fairchild)
   C.K. Jeon (Fairchild)
   K.O. Jang (Fairchild)
   S.T. Im (Fairchild)
   C.S. Lim (Fairchild)
   Robert Conrad (Fairchild)
   Hubertus Engelbrechten (Fairchild)
   Jinho Choi (Fairchild)
   Steve Jensen (Fairchild)
   Robert Gendron (Fairchild)
   Jeff Barnes (Fairchild)
   H.K. Kim (Fairchild)
   Shawn Slayton (3d party)
   Vahe Sarkissian (3d Party)

2