# EXHIBIT 9

## Defendants' Witness List

Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. may call one or more of the following witnesses in its case in chief as a live witness. Fairchild reserve the right to have the witness testify through deposition:

| Name | Address |
|---|---|
| James D. Beasom | James D. Beasom<br>506 South Wildwood Ln<br>Melbourne FL 32904-2562 |
| Thomas Beaver | Fairchild Semiconductor Corporation<br>82 Running Hill Road<br>South Portland, ME 04106 |
| Robert Conrad | Fairchild Semiconductor Corporation<br>82 Running Hill Road<br>South Portland, ME 04106 |
| Peter Gwozdz<br>*Fairchild's Expert Witness*<br>Specialty – Semiconductor processes and structures. | College of Engineering<br>San Jose State University<br>San Jose CA 95192 |
| Paul Horowitz<br>*Fairchild's Expert Witness*<br>Specialty – Electronic circuit design, including PWM devices. | Harvard, FAS Department of Physics<br>Lyman Lab 225<br>19 Oxford St<br>Cambridge MA 02138 |
| KO Jang | Fairchild Korea Semiconductor Ltd.<br>(420-711) 82-3 Todang-Dong<br>Wonmi-District<br>Bucheon City, Kyonggi Province<br>Korea |
| C.K. Jeon | Fairchild Korea Semiconductor Ltd.<br>(420-711) 82-3 Todang-Dong<br>Wonmi-District<br>Bucheon City, Kyonggi Province<br>Korea |
| Michael Keeley<br>*Fairchild's Expert Witness*<br>Specialty – Economics, including patent damages. | Cornerstone Research<br>1000 El Camino Real<br>Menlo Park, CA 94025 |
| Bob Moore | Bob Moore<br>143 Dickinson St. NE<br>Palm Bay, FL 32907 |

| Robert Morrill | Sidley, Austin, Brown & Wood LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104 |
|---|---|
| John Prentice | Conexant<br>2401 Palm Bay Rd., NE<br>Bldg. 62, Mail Stop B017<br>Room B294<br>Palm Bay, FL 32905 |
| Stephen Schott | Fairchild Semiconductor Corporation<br>82 Running Hill Road<br>South Portland, ME 04106 |
| Gu-Yeon Wei<br>*Fairchild's Expert Witness*<br>Specialty – Electronic circuit design, including PWM devices. | Harvard, FAS Department of Physics<br>Lyman Lab 225<br>19 Oxford St<br>Cambridge MA 02138 |

In addition, Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. may call one or more of the following witnesses to testify via deposition. Fairchild reserves the right to have them testify as a live witness:

> Fairchild will provide this identification along with its deposition designations according to the schedule agreed to by the parties.