IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FAIRCHILD SEMICONDUCTOR )<br>INTERNATIONAL, INC., and FAIRCHILD )<br>SEMICONDUCTOR CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-1371-JJF |

### DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

We, the jury, unanimously find as follows:

1.  Do you find by a preponderance of the evidence that any Fairchild device(s) practices each and every element of any of the following claims of the '876 Patent either literally or under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

   Claim 1:  YES _____  NO _____

       If the answer is "YES", which device(s): _____

   Claim 17: YES _____  NO _____

       If the answer is "YES", which device(s): _____

   Claim 19: YES _____  NO _____

       If the answer is "YES", which device(s): _____

2.  If you answered "YES" as to any claim(s) in question 1, do you find by a preponderance of the evidence that Fairchild has made, used, sold, or offered for sale the device(s) identified in response to question 1 in the United States or imported the device(s) identified in response to question 1 into the United States since October 20, 2004?

   YES \_\_\_\_  NO \_\_\_\_

   If the answer is "YES", identify the device(s) and what quantity: _____
   _____

3.  If you answered "YES" to question 2, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

   YES \_\_\_\_  NO \_\_\_\_

4.  Do you find by a preponderance of the evidence that any Fairchild device(s) practices each and every element of any of the following claims of the '851 Patent either literally or under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

   Claim 1:  YES \_\_\_\_  NO \_\_\_\_

   If the answer is "YES", which device(s): _____

   Claim 2:  YES \_\_\_\_  NO \_\_\_\_

   If the answer is "YES", which device(s): _____

   Claim 4:  YES \_\_\_\_  NO \_\_\_\_

   If the answer is "YES", which device(s): _____

   Claim 10: YES \_\_\_\_  NO \_\_\_\_

   If the answer is "YES", which device(s): _____

   Claim 11: YES \_\_\_\_  NO \_\_\_\_

   If the answer is "YES", which device(s): _____

   Claim 13: YES \_\_\_\_  NO \_\_\_\_

   If the answer is "YES", which device(s): _____

   Claim 16: YES \_\_\_\_  NO \_\_\_\_

   If the answer is "YES", which device(s): _____

5.    If you answered "YES" as to any claim(s) in question 4, do you find by a preponderance of the evidence that Fairchild has made, used, sold, or offered for sale the device(s) identified in response to question 4 in the United States or imported the device(s) identified in response to question 1 into the United States since October 20, 2004?

    YES _____ NO _____

    If the answer is "YES", identify the device(s) and what quantity: _____

_____

6.    If you answered "YES" to question 5, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

    YES _____ NO _____

7.    Do you find by a preponderance of the evidence that any Fairchild device(s) practices each and every element of any of the following claims of the '366 Patent either literally or under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

    Claim 1:  YES _____ NO _____

        If the answer is "YES", which device(s): _____

    Claim 2:  YES _____ NO _____

        If the answer is "YES", which device(s): _____

    Claim 9:  YES _____ NO _____

        If the answer is "YES", which device(s): _____

    Claim 10: YES _____ NO _____

        If the answer is "YES", which device(s): _____

    Claim 14: YES _____ NO _____

        If the answer is "YES", which device(s): _____

    Claim 16: YES _____ NO _____

        If the answer is "YES", which device(s): _____

8.  If you answered "YES" as to any claim(s) in question 7, do you find by a preponderance of the evidence that Fairchild has made, used, sold, or offered for sale the device(s) identified in response to question 7 in the United States or imported the device(s) identified in response to question 1 into the United States since October 20, 2004?

   YES _____ NO _____

   If the answer is "YES", identify the device(s) and what quantity: _____

   _____

9.  If you answered "YES" to question 8, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

   YES _____ NO _____

10. Do you find by a preponderance of the evidence that any Fairchild device(s) literally practices each and every element of any of the following claims of the '075 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

   Claim 1: YES _____ NO _____

   If the answer is "YES", which device(s): _____

   Claim 5: YES _____ NO _____

   If the answer is "YES", which device(s): _____

11. If you answered "YES" as to any claim(s) in question 11, do you find by a preponderance of the evidence that Fairchild has made, used, sold, or offered for sale the device(s) identified in response to question 11 in the United States or imported the device(s) identified in response to question 1 into the United States since October 20, 2004?

   YES _____ NO _____

   If the answer is "YES", identify the device(s) and what quantity: _____

   _____

12. If you answered "YES" to question 11, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

   YES _____ NO _____

13.  Do you find by clear and convincing evidence that any of the following claims of the '876 Patent are anticipated and therefore invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    Claim 1:  YES _____  NO _____

    Claim 17: YES _____  NO _____

    Claim 19: YES _____  NO _____

14.  Do you find by clear and convincing evidence that any of the following claims of the '876 Patent are obvious and therefore invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    Claim 1:  YES _____  NO _____

    Claim 17: YES _____  NO _____

    Claim 19: YES _____  NO _____

15.  Do you find by clear and convincing evidence that Power Integrations committed inequitable conduct during the prosecution of the '876 Patent, making all claims of the '876 Patent unenforceable? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    YES _____  NO _____

16.  Do you find by clear and convincing evidence that any of the following claims of the '851 Patent are anticipated and therefore invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    Claim 1:  YES _____  NO _____

    Claim 2:  YES _____  NO _____

    Claim 4:  YES _____  NO _____

    Claim 10: YES _____  NO _____

    Claim 11: YES _____  NO _____

    Claim 13: YES _____  NO _____

    Claim 16: YES _____  NO _____

17.   Do you find by clear and convincing evidence that any of the following claims of the '851 Patent are obvious and therefore invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

      Claim 1:  YES _____   NO _____

      Claim 2:  YES _____   NO _____

      Claim 4:  YES _____   NO _____

      Claim 10: YES _____   NO _____

      Claim 11: YES _____   NO _____

      Claim 13: YES _____   NO _____

      Claim 16: YES _____   NO _____

18.   Do you find by clear and convincing evidence that Power Integrations committed inequitable conduct during the prosecution of the '851 Patent, making all claims of the '851 Patent unenforceable? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

      YES _____   NO _____

19.   Do you find by clear and convincing evidence that any of the following claims of the '366 Patent are anticipated and therefore invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

      Claim 1:  YES _____   NO _____

      Claim 2:  YES _____   NO _____

      Claim 9:  YES _____   NO _____

      Claim 10: YES _____   NO _____

      Claim 14: YES _____   NO _____

      Claim 16: YES _____   NO _____

20. Do you find by clear and convincing evidence that any of the following claims of the '366 Patent are obvious and therefore invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    Claim 1:  YES _____ NO _____

    Claim 2:  YES _____ NO _____

    Claim 9:  YES _____ NO _____

    Claim 10: YES _____ NO _____

    Claim 14: YES _____ NO _____

    Claim 16: YES _____ NO _____

21. Do you find by clear and convincing evidence that Power Integrations committed inequitable conduct during the prosecution of the '366 Patent, making all claims of the '366 Patent unenforceable? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    YES _____ NO _____

22. Do you find by clear and convincing evidence that any of the following claims of the '075 Patent are anticipated and therefore invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    Claim 1:  YES _____ NO _____

    Claim 5:  YES _____ NO _____

23. Do you find by clear and convincing evidence that any of the following claims of the '075 Patent are obvious and therefore invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    Claim 1:  YES _____ NO _____

    Claim 5:  YES _____ NO _____

24. Do you find by clear and convincing evidence that Power Integrations committed inequitable conduct during the prosecution of the '075 Patent, making all claims of the '075 Patent unenforceable? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    YES _____ NO _____

25. If you have found that Fairchild has infringed at least one asserted claim from any of the '851, '876, '366, and/or '075 Patents, and you have found that the claim is not invalid and the patent is not unenforceable, do you find by a preponderance of the evidence that Power Integrations suffered actual damages as a result of Fairchild's infringement? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

    YES _____ NO _____

26.   If you answered "YES" to question 25, do you find by a preponderance of the evidence that Power Integrations has proven that it would have made additional sales within the United States since October 20, 2004 but for Fairchild's sale of the device(s) identified in response to questions 2 and 5? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES _____   NO _____

If the answer is "YES", what is the amount of Power Integrations' lost profits from lost sales? _____

27.   If you answered "YES" to question 25, do you find by a preponderance of the evidence that Power Integrations has proven that Fairchild's sale or offer for sale of the device(s) identified in response to questions 2 and 5 caused Power Integrations to lower its prices since October 20, 2004? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES _____   NO _____

28.   If you answered "YES" to question 27, do you find by a preponderance of the evidence that any loss caused by the lowered price was offset by an increase in volume at the lower price? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

YES _____   NO _____

If the answer is "NO", what is the amount of Power Integrations' lost profits from price erosion? _____

29.   If you answered "YES" to question 25 but answered "NO" to questions 26 and 27, do you find by a preponderance of the evidence that Power Integrations has proven that it is entitled to a reasonable royalty on Fairchild's sale of the device(s) identified in response to questions 2, 5, 8, and/or 11?

YES _____   NO _____

If the answer is "YES", what is the amount of the royalty due to Power Integrations for Fairchild's sales in the United States since October 20, 2004? _____

You must each sign this Verdict Form:   Dated: _____

_____ (foreperson)   _____

_____   _____

_____   _____

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2006, the attached **DEFENDANTS' PROPOSED SPECIAL VERDICT FORM** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | VIA ELECTRONIC MAIL |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402 | VIA ELECTRONIC MAIL |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | VIA ELECTRONIC MAIL |

*/s/ John G. Day*

John G. Day