IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v.                                                    )<br>)<br>FAIRCHILD SEMICONDUCTOR )<br>INTERNATIONAL, INC., and FAIRCHILD )<br>SEMICONDUCTOR CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-1371-JJF |

**INTERSIL CORPORATION'S MOTION
TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**

Non-party Intersil Corporation ("Intersil") respectfully moves the Court for: (1) an order quashing the May 9, 2006 subpoena issued by plaintiff Power Integrations to Intersil; and (2) a protective order prohibiting Power Integrations from taking Intersil's deposition in this action. The grounds for this motion are set forth in Intersil's concurrently-filed opening brief.

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. 2114)
John G. Day (I.D. 2403)
Lauren E. Maguire (I.D. 4261)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Intersil Corporation*

- 2 -

*Of Counsel:*

Michael W. Shore
Alfonso Garcia Chan
Jeffrey R. Bragalone
Joseph F. DePumpo
SHORE CHAN BRAGALONE LLP
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
(214) 743-4170

Dated: May 26, 2005
169925.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This _____ day of _____, 2006, non-party Intersil Corporation ("Intersil") having moved to quash the May 9, 2006 subpoena issued by plaintiff Power Integrations to Intersil in this action, and for a protective order prohibiting Power Integrations from taking Intersil's deposition in this action, and the Court, after considering the issues, having concluded that good grounds exist for the requested relief, now therefore,

IT IS HEREBY ORDERED that Intersil's motion is granted. The May 9, 2006 subpoena issued by Power Integration to Intersil in this action is hereby quashed, and Power Integrations is hereby precluded from taking Intersil's deposition in this action.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2006, the attached **INTERSIL CORPORATION'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | VIA FEDERAL EXPRESS |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402 | VIA FEDERAL EXPRESS |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | VIA FEDERAL EXPRESS |
| G. Hopkins Guy, III<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | VIA FEDERAL EXPRESS |

*/s/ John G. Day*
_____
John G. Day