# EXHIBIT C

## Joseph Depumpo

**From:** Michael Headley [Headley@fr.com]
**Sent:** Thursday, September 22, 2005 10:45 PM
**To:** Joseph Depumpo
**Cc:** basdeblank@orrick.com
**Subject:** RE: PI-Fairchild: subpoenas to Intersil and James Beasom

Joe,

There seems to have been some of miscommunication with respect to the discovery we're all seeking. Power Integrations has not withdrawn any subpoena to Mr. Beasom. To the best of my knowledge, Fairchild has not withdrawn its subpoenas either. Rather than withdrawing anything, my e-mail to you of late last night instead noted that both parties were willing to work with you to reschedule the production and deposition dates, and I have re-copied the relevant portion of my e-mail for you here:

This e-mail will confirm our agreement that we will work with you regarding the return date for documents and the deposition called for by the subpoena to Mr. Beasom rather than holding him to the September 30 date listed on the face of the subpoena, provided that the subpoenas from Fairchild and Power Integrations stay on the same track. We will need to make progress toward resolving this matter, but we are certainly willing to work with you to accommodate Mr. Beasom and any Intersil employees' schedules. I ask that you extend us the same courtesy when it comes to scheduling.

Putting aside any miscommunications, though, it appears from your letter that you will work with us to get us the information we are seeking. If you will not produce Intersil documents to Power Integrations without a formal subpoena, though, I ask once again that you let me know as soon as possible so that we can square away that detail. Absent such a request, and in light of our communications, we will proceed with the understanding I take from our entire series of communications that you will produce responsive documents and things from both Mr. Beasom and Intersil, and provide Mr. Beasom for deposition, without any further formalities.

As such, please let us know when you hope to be able to produce responsive documents from Intersil and Mr. Beasom to both parties. Also let us know when you believe Mr. Beasom will be available for deposition after the production so that we can work with you to make the necessary arrangements.

I thank you for your attention to this matter.

Sincerely,

Michael R. Headley
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063-1526
(650) 839-5139 (direct)
(650) 839-5071 (fax)

This e-mail may contain confidential and privileged information. If you received it in error, please contact the sender and delete all copies.

---

**From:** Joseph Depumpo [mailto:jdepumpo@ShoreChan.com]
**Sent:** Thursday, September 22, 2005 2:56 PM
**To:** Michael Headley; basdeblank@orrick.com

5/26/2006

**Subject:** FW: See Attached PDF File

Gentlemen,

Please see the attached letter.

---

**From:** Ecopy_DL@akingump.com [mailto:Ecopy_DL@akingump.com]
**Sent:** Thu 9/22/2005 4:52 PM
**To:** Joseph Depumpo
**Subject:** See Attached PDF File

---

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT D

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a
Delaware corporation,

    Plaintiff,

vs.

                                C.A. No. 04-1371-JJF

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a
Delaware corporation, and
FAIRCHILD SEMICONDUCTOR
CORPORATION, a Delaware
corporation,

    Defendants.

CERTIFIED COPY

VIDEOTAPED DEPOSITION OF ROBERT DAVID

MOORE, Ph.D., pursuant to Defendants' Amended Notice

of Subpoena of Bob Moore Pursuant to Federal Rule of

Civil Procedure 45 and Plaintiff's Notice of

Deposition & Service of Subpoena, taken at the

Holiday Inn, 9150 Baymeadows Road, Jacksonville,

Duval County, Florida, on Friday, the 27th day of

January, 2006, commencing at 10:38 a.m., before

Helen A. Anderson, RPR, Notary Public in and for the

State of Florida.

JOB NO. 43483



www.sarnoffcourtreporters.com
Irvine • Los Angeles • San Francisco
phone 877.955.3855 • fax 949.955.3854

SARNOFF
Court Reporters and
Legal Technologies

```
 1                    A P P E A R A N C E S
 2
 3
        MICHAEL R. HEADLEY, Esquire
 4      Fish & Richardson, P.C.
        500 Arguello Street, Suite 500
 5      Redwood City, California  94063
        Attorneys for Plaintiff.
 6
 7
        G. HOPKINS GUY, III, Esquire
 8      Orrick, Herrington & Sutcliffe, LLP
        1000 Marsh Road
 9      Menlo Park, California  94025
        Attorneys for Defendants.
10
11
        JOSEPH DePUMPO, Esquire
12      Shore Chan Bragalone
        325 St. Paul, Suite 4450
13      Dallas, Texas  75201
14
15   ALSO PRESENT:
16      MICHAEL SHIELDS
17      ANTHONY CLAY, Videographer
18
19                         - - -
20
21
22
23
24
25
```

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16          REDACTED
17
18
19
20
21
                (The deposition concluded at 12:00 noon.)
22
23
24
25

C E R T I F I C A T E

STATE OF FLORIDA     )
                     )
COUNTY OF DUVAL      )

    I, Helen A. Anderson, Registered Professional Reporter and Notary Public, certify that I was authorized to and did stenographically report the deposition of ROBERT DAVID MOORE, Ph.D.; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

    I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

    DATED this 6th day of February, 2006.


_____
Helen A. Anderson, RPR

Page 1

```
 1       IN THE UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF DELAWARE
 3   POWER INTEGRATIONS, INC.,
     a Delaware corporation,
 4
              Plaintiff,
 5
         vs.          CASE NO. 04-1371
 6
     FAIRCHILD SEMICONDUCTOR
 7   INTERNATIONAL, INC., a Delaware
     corporation, and FAIRCHILD
 8   SEMICONDUCTOR CORPORATION, a
     Delaware corporation,
 9
              Defendants.
10
11
12   _____
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14       Confidential videotaped deposition of
15   JAMES BEASOM, taken on behalf of all parties
16   at 200 Rialto Place, Melbourne, Florida,
17   beginning at 9:15 a.m. and ending at 4:09 p.m.,
18   on January 26, 2006, before PATRICIA A. MIGLIACCIO,
19   RMR, CRR.
20
21
22
23   Job No. 43198A
24
25
```

Page 2

```
 1              APPEARANCES
 2
 3          APPEARANCES FOR THE PLAINTIFF
 4
       MICHAEL R. HEADLEY, ESQUIRE
 5         Fish & Richardson, PC
           500 Arguello Street, Suite 500
 6         Redwood City, California  94063
 7
 8          APPEARANCES FOR THE DEFENDANTS
 9           HOPKINS GUY, ESQUIRE
10       Orrick, Herrington & Sutcliffe, LLP
              1000 Marsh Road
11           Menlo Park, California  94025
12
13
14          APPEARANCES FOR INTERSIL
15        JOSEPH DE PUMPO, ESQUIRE
            Shore Chan Bragalone, LLP
16       325 North St. Paul, Suite 4450
              Dallas, Texas  75201
17
18
19              ALSO PRESENT:
20              Michael Shields
21          Jim Young, Video Specialist
       Sarnoff Court Reporters and Legal Technologies
22         388 Market Street, Fifth Floor
           San Francisco, California  94111
23
24
25
```

Page 3

```
 1              INDEX OF PROCEEDINGS
              Video Deposition of James Beasom
 2
 3                               PAGE NO.
     Direct Examination by Mr. Guy         5
 4   Cross Examination by Mr. Headley    142
     Redirect Examination by Mr. Guy     184
 5   Recross Examination by Mr. Headley  191
 6
 7
 8
 9
10              INDEX OF EXHIBITS
11
12   NO.    DESCRIPTION              PAGE NO.
13    1  Subpoena                       7
      2  Document request               7
14    3  Beasom patent 173             16
      4  Beasom patent 719             17
15    5  Ecklund patent 075            17
      6  Handwritten analysis by Beasom 18
16    7  Description of invention 173  20
      8  Engineering notebook (Confidential)  32
17    9  Staples group of handwritten papers  48
     10  Folder "1548LSI Gate"        114
18   11  Subpoena                     142
     12  Amended notice               142
19   13  High Voltage Dielectric Isolation SCR
         Integrated Circuit Process article  147
20   14  Properties of Dielectrically Isolated
         Integrated Circuits article  147
21   15  A High Performance High Voltage Lateral
         PNP Structure article        147
22   16  A 500-volt Dielectric Isolation
         Process For Very High Voltage
23       Integrated Circuits article  147
     17  A 200 Volt DI Process Which Provides
24       IGTs, SCRs, High Speed Complimentary
         Low Voltage Bipolars, CMOS, and Bipolar
25       Logic Options article        147
```

Page 4

```
 1         VIDEO OPERATOR:  Here begins videotape
 2   number one of the deposition of Jim Beasom in the
 3   matter of Power Integrations, Inc. versus
 4   Fairchild Semiconductor International, Inc., et
 5   al.  This case is taking place in the United
 6   States District Court, and the case number is
 7   04-1371.
 8         Today's date is January 26, 2006, and the
 9   time is now 9:15 a.m.  This deposition is taking
10   place at 200 Rialto Place in Melbourne, Florida,
11   and is being taken on behalf of the defendant,
12   Fairchild.
13         The videographer is Jim Young employed by
14   Sarnoff Court Reporters and Legal Technologies.
15         Would counsel please identify yourselves,
16   and state whom you represent?
17         MR. DE PUMPO:  Joe DePumpo representing
18   James Beasom.
19         MR. HEADLEY:  Michael Headley with Fish &
20   Richardson on behalf of Power Integrations.  Also
21   with me is Mike Shields, technical expert.
22         MR. GUY:  Hopkins Guy with Orrick,
23   Herrington & Sutcliffe for defendant, Fairchild.
24         I'll also point out for the record that it
25   was also set and noticed by Power Integrations.
```

1 (Pages 1 to 4)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 193

```
 3
 4
 5
 6
 7
 8
 9   I, JAMES BEASOM, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15       EXECUTED this _____ day of _____,
16   20____, at _____, _____
                    (City)              (State)
17
18
19
20       _____
             JAMES BEASOM
21
22
23
24
25
```

```
 1            CERTIFICATE OF REPORTER
 2   STATE OF FLORIDA )
 3   COUNTY OF BREVARD )
 4       I, PATRICIA A. MIGLIACCIO, RMR, CRR, Court
 5   Reporter, do hereby certify that I was authorized to
 6   and did stenographically report the deposition of
 7   James Beasom; that a review of the transcript
 8   was requested; and that the foregoing transcript,
 9   pages 1 through 194 inclusive, are a true and correct
10   record of my stenographic notes.
11       I FURTHER CERTIFY that I am not a relative,
12   employee, or attorney, or counsel of any of the
13   parties, nor am I a relative or employee of any of the
14   parties' attorney or counsel connected with the action,
15   nor am I financially interested in the action.
16       Dated this 7th day of January, 2006,
17   at Melbourne, Brevard County, Florida.
18
19
20
21
22       _____
             Patricia A. Migliaccio
             Certified Realtime Reporter
23           Registered Merit Reporter
24
25
```

```
 1            CERTIFICATE OF OATH
 2
 3
 4   STATE OF FLORIDA )
 5   COUNTY OF BREVARD)
 6
 7       I, PATRICIA A. MIGLIACCIO, RMR, CRR, Court
 8   Reporter, the undersigned authority, hereby
 9       certify that the witness
10          James Beasom
11   personally appeared before me on January 26, 2006
12       and was duly sworn.
13
14   WITNESS MY HAND AND OFFICIAL SEAL
15       this 26th day of January, 2006
16       at Melbourne, Florida.
17
18   Produced I.D.:_____  Personally Known: _____
19   Accompanied by Counsel: Mr. Joseph DePumpo, Esquire
20
21
22       _____
             Patricia A. Migliaccio, RMR, CRR
23           Notary Public, State of Florida at Large
             Notary Certificate #DD033722
24           My Commission Expires: 7/16/05
25
```

49 (Pages 193 to 195)

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF DELAWARE
 3   POWER INTEGRATIONS, INC.,
     a Delaware corporation,
 4
              Plaintiff,
 5
     vs.              CASE NO. 04-1371
 6
     FAIRCHILD SEMICONDUCTOR
 7   INTERNATIONAL, INC., a Delaware
     corporation, and FAIRCHILD
 8   SEMICONDUCTOR CORPORATION, a
     Delaware corporation,
 9
              Defendants.
10
11
12   _____
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15      Confidential videotaped deposition of
16   JOHN PRENTICE, taken on behalf of all parties
17   at 200 Rialto Place, Melbourne, Florida,
18   beginning at 4:29 p.m. and ending at 5:35 p.m.,
19   on January 26, 2006, before PATRICIA A. MIGLIACCIO,
20   RMR, CRR.
21
22
23   Job No. 43198B
24
25
```

Page 2

```
 1             APPEARANCES
 2
 3
       APPEARANCES FOR THE PLAINTIFF
 4
       MICHAEL R. HEADLEY, ESQUIRE
 5        Fish & Richardson, PC
          500 Arguello Street, Suite 500
 6        Redwood City, California  94063
 7
 8
 9     APPEARANCES FOR THE DEFENDANTS
10        HOPKINS GUY, ESQUIRE
          Orrick, Herrington & Sutcliffe, LLP
11          1000 Marsh Road
          Menlo Park, California  94025
12
13
14     APPEARANCES FOR INTERSIL
15        JOSEPH DE PUMPO, ESQUIRE
          Shore Chan Bragalone, LLP
16        325 North St. Paul, Suite 4450
            Dallas, Texas  75201
17
18
19     ALSO PRESENT:
20        Michael Shields
21        Jim Young, Video Specialist
       Sarnoff Court Reporters and Legal Technologies
22        388 Market Street, Fifth Floor
          San Francisco, California  94111
23
24
25
```

Page 3

```
 1            INDEX OF PROCEEDINGS
           Video Deposition of John Prentice
 2
 3                     PAGE NO.
     Direct Examination by Mr. Guy         5
 4   Cross Examination by Mr. Headley     32
 5
 6
 7
 8
 9            INDEX OF EXHIBITS
10
     NO.    DESCRIPTION              PAGE NO.
11
     1  Notice and Subpoena from
12      Power Integrations              36
     2  Subpoena from Fairchild         37
13
14   (Exhibits previously marked-referred to)
15   3  Beasom patent 173               28
     4  Beasom patent 719               29
16   5  Ecklund patent 075              31
     6  Handwritten analysis by Beasom  31
17   7  Description of invention 173    20
     8  Engineering notebook (Confidential)  11
18
19
20
21
22
23
24
25
```

Page 4

```
 1       VIDEO OPERATOR:  Here begins videotape
 2   number one of the deposition of John Prentice in
 3   the matter of Power Integrations, Inc. versus
 4   Fairchild Semiconductor International, Inc., et
 5   al.
 6       This case is in the United States District
 7   Court, and the case number is 04-1371.
 8       Today's date is January 26, 2006, and the
 9   time is now 4:29 p.m.  This deposition is taking
10   place at 200 Rialto Place in Melbourne, Florida,
11   and is being taken on behalf of the plaintiffs,
12   Power Integrations, Inc., and the defendants,
13   Fairchild Semiconductor.
14       The videographer is Jim Young employed by
15   Sarnoff Court Reporters and Legal Technologies.
16       At this time, would counsel please state
17   their appearances?
18       MR. GUY:  Hopkins Guy with Orrick,
19   Herrington & Sutcliffe for defendants Fairchild.
20       MR. HEADLEY:  Michael Headley, Rich &
21   Richardson for Power Integrations.  Also with me
22   is Mike Shields, technical expert.
23       MR. DE PUMPO:  Joseph DePumpo, Shore, Chan &
24   Bragalone now representing the witness John
25   Prentice.
```

1 (Pages 1 to 4)

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

Page 49

CERTIFICATE OF OATH

STATE OF FLORIDA )
COUNTY OF BREVARD)

I, PATRICIA A. MIGLIACCIO, RMR, CRR, Court Reporter, the undersigned authority, hereby certify that the witness
John Prentice
personally appeared before me on January 26, 2006 and was duly sworn.

WITNESS MY HAND AND OFFICIAL SEAL
this 26th day of January, 2006
at Melbourne, Florida.

Produced I.D.:_____ Personally Known: _____
Accompanied by Counsel:  Mr. Joseph DePumpo, Esquire

_____
Patricia A. Migliaccio, RMR, CRR
Notary Public, State of Florida at Large
Notary Certificate #DD033722
My Commission Expires: 7/16/05

---

CERTIFICATE OF REPORTER

STATE OF FLORIDA )
COUNTY OF BREVARD )

I, PATRICIA A. MIGLIACCIO, RMR, CRR, Court Reporter, do hereby certify that I was authorized to and did stenographically report the deposition of John Prentice; that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 49 inclusive, are a true and correct record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action

Dated this 7th day of January, 2006,
at Melbourne, Brevard County, Florida.

Patricia A. Migliaccio
Certified Realtime Reporter
Registered Merit Reporter

13 (Pages 49 to 50)