```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a      :
Delaware corporation,            :
                                 :
          Plaintiff,             :
                                 :
     v.                          :  C.A. No. 04-1371-JJF
                                 :
FAIRCHILD SEMICONDUCTOR          :
INTERNATIONAL, INC., a Delaware  :
corporation, and FAIRCHILD       :
SEMICONDUCTOR CORPORATION, a     :
Delaware corporation,            :
                                 :
          Defendants.            :
```

## O R D E R

WHEREAS, the Court held a Pretrial Conference in the above-captioned action on Wednesday, May 31, 2006, in which the Court and the parties discussed, among other things, the bifurcation of infringement and damages from issues related to validity and the scheduling of respective dates for jury trials on these issues;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. All damages discovery and expert reports shall be completed by Friday, August 18, 2006.

2. The parties shall submit a Revised Proposed Pretrial Order no later than **Friday, September 1, 2006.**

3. A second Pretrial Conference will be held on **Thursday, September 14, 2006,** at **1:30 p.m.** in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

4. The issues of infringement and damages will be tried separately from the issues related to validity. A separate jury

will be impaneled for each trial. Evidence related to unenforceability due to inequitable conduct will be presented to the Court during the second trial on validity; however, the issue will not be submitted to the jury. The Court will decide the issue of inequitable conduct post-trial, after the completion of post-trial briefing on the issue.

     5.    A Jury Trial on the issues of infringement and damages will commence on **Monday, October 2, 2006.** Time allocations for the trial will be set by the Court after the Second Proposed Join Pretrial Order is submitted.

     6.    A Jury Trial on the issue of validity will commence on **Monday, December 4, 2006.** Time allocations for the trial will be set by the Court after the Second Proposed Join Pretrial Order is submitted.

     7.    The parties shall agree upon a briefing schedule to address by letter briefs two motions in limine identified in the First Pretrial Order under Tab 16, Number 2 and Tab 17, Number 1.

     8.    Any additional motions in limine shall be filed no later than **Monday, September 11, 2006.**

May 31, 2006
   Date

UNITED STATES DISTRICT JUDGE

2