IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAIRCHILD SEMICONDUCTOR ) <br> INTERNATIONAL, INC., and FAIRCHILD ) <br> SEMICONDUCTOR CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 04-1371-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of June, 2006, **H.K. KIM'S RESPONSE AND OBJECTIONS TO SUBPOENA TO H.K. KIM** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire <br> Fish & Richardson, P.C. <br> 919 N. Market Street, Suite 1100 <br> P.O. Box 1114 <br> Wilmington, DE 19899 | <u>VIA FACSIMILE AND U.S. MAIL</u> |
| Michael Headley, Esquire <br> Fish & Richardson P.C. <br> 500 Arguello Street, Suite 500 <br> Redwood City, CA 94063 | <u>VIA FACSIMILE AND U.S. MAIL</u> |

ASHBY & GEDDES

/s/ *John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403).
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Stucliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: June 7, 2006
149865.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804 | VIA FEDERAL EXPRESS |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN  55402 | VIA FEDERAL EXPRESS |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*
_____
John G. Day