IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF |

**DECLARATION OF SEAN P. HAYES IN SUPPORT OF
POWER INTEGRATIONS' OPPOSITION TO INTERSIL'S MOTION TO QUASH
AND MOTION FOR A PROTECTIVE ORDER**

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
Sean P. Hayes (#4413) (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA  02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Michael R. Headley
Howard G. Pollack
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Date:  June 12, 2006

I, Sean P. Hayes, declare as follows:

1. I am an associate of Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of Fairchild's Complaint against Power Integrations, filed in the Eastern District of Texas on April 11, 2006.

3. Attached as Exhibit B is true and correct copy of a Patent License Agreement dated March 30, 2006, bearing Bates numbers I704-706.

4. Attached as Exhibit C is true and correct copy of Supplemental Agreement dated March 30, 2006, bearing Bates number I703.

5. Attached as Exhibit D is a true and correct copy of Fairchild's Amended Complaint, filed in the Eastern District of Texas on May 19, 2006.

6. Attached as Exhibit E is a true and correct copy of Brian VanderZanden's April 20, 2006 letter to Michael Headley.

7. Attached as Exhibit F is a true and correct copy of Brian VanderZanden's April 24, 2006 letter to Michael Headley.

8. Attached as Exhibit G is a true and correct copy of Michael Headley's April 25, 2006 to Brian VanderZanden.

9. Attached as Exhibit H is a true and correct copy of Michael Headley's April 26, 2006 email to G. Hop Guy.

10. Attached as Exhibit I is a true and correct copy of Michael Headley's May 5, 2006 email to Brian VanderZanden.

11. Despite numerous phone calls to Intersil-Fairchild's counsel, Mike Jones, Power Integrations' local counsel in Texas, could not obtain the Intersil-Fairchild license.

12.    Attached as Exhibit J is a true and correct copy of Jeffrey Bragalone's May 19, 2006 letter to Michael Headley.

13.    Attached as Exhibit K is a true and correct copy of Jeffrey Bragalone's May 22, 2006 letter to Michael Headley.

14.    Attached as Exhibit L is a true and correct copy of Intersil Corporation's Objections and Responses To Subpoena From Power Integrations, Inc.

15.    Attached as Exhibit M is a true and correct copy of Ruth Lee's May 26, 2006 letter to Michael Headley enclosing Intersil document production.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June, 2006, at Wilmington, Delaware.

                                                */s/ Sean P. Hayes*
                                               Sean P. Hayes

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendant-Counterclaimant<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION and INTERSIL CORPORATION |

I hereby certify that on June 12, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION |
| Michael W. Shore<br>Alfonso Garcia Chan<br>Jeffrey Bragalone<br>Joseph F. DePumpo<br>Shore Chan Bragalone LLP<br>325 N. St. Paul Street, Suite 4450<br>Dallas, TX  75201 | Attorneys for Intersil Corporation |

                                                  */s/ Sean P. Hayes*
                                                  Sean P. Hayes (hayes@fr.com)

80034015.doc