# Exhibit F



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

April 24, 2006

Brian H. VanderZanden
(650) 614-7629
bvanderzanden@orrick.com

VIA FACSIMILE

Michael R. Headley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94036

Re:   Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)

Dear Michael:

As I mentioned in my previous letter, Fairchild is working with Intersil to collect any non-privileged documents Intersil may have that are relevant to Power Integrations' discovery requests. Please find the attached documents bearing Bates range FCS1691462 - FCS1691473, all marked Highly Confidential. We received a poor quality copy of these documents Friday, and did not receive a higher quality copy until today. They were not previously in our possession, custody, or control.

Please feel free to contact me with any issues concerning these documents, or any other Intersil documents.

Sincerely,

B. VanderZanden

Brian H. VanderZanden

BHV:ma5

cc:   William J. Marsden, Jr.
      Howard G. Pollack

US_WEST:260007878.1



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

TEL 650-614-7400
FAX 650-614-7401

WWW.ORRICK.COM

## FAX TRANSMISSION

DATE  April 24, 2006

NO. OF PAGES  2
(INCLUDING COVER SHEET)

FROM
name: Brian VanderZanden
tel: (650) 614-7629

TO

| name | company/firm | tel | fax |
|---|---|---|---|
| Michael R. Headley<br>Howard G. Pollack | FISH & RICHARDSON P.C. | | (650) 839-5071 |
| William J. Marsden, Jr. | FISH & RICHARDSON P.C. | | (302) 652-0607 |

RE  *Power Integrations v. Fairchild Semiconductor, et al.*

MESSAGE

Please see attached.

C-M-A  10414-25(7703)

Originals Will Not Follow By Regular Mail

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (650)614-7303 AS SOON AS POSSIBLE.

notice to recipient
THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED TO BE SENT ONLY TO THE STATED ADDRESSEE OF THE TRANSMISSION. IT MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT PRIVILEGE, THE ATTORNEY WORK-PRODUCT DOCTRINE, OR ANY OTHER APPLICABLE PRIVILEGE. IF YOU ARE NOT THE STATED ADDRESSEE, YOUR RECEIPT OF THIS TRANSMISSION WAS UNINTENDED AND INADVERTENT, AND YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE ALSO ASKED TO NOTIFY US IMMEDIATELY BY TELEPHONE AND TO RETURN THE ORIGINAL DOCUMENT TO US IMMEDIATELY BY MAIL AT THE ADDRESS ABOVE. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
US_WEST:230678321