# Exhibit J



Jeffrey R. Bragalone
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
214-593-9125 Telephone
214-593-9111 Facsimile
jbragalone@shorechan.com

May 19, 2006

**VIA FACSIMILE**

Mr. Michael R. Headley
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063

    Re: *Power Integrations, Inc. v. Fairchild Semiconductor International, et al.*, CA No. 04-1371 JJF in the United States District Court for the District of Delaware; **Subpoena Dated May 9, 2006 to Intersil Corporation**

Dear Michael:

    Thank you for conferring with me today regarding the above-referenced subpoena. Pursuant to our agreement, the return date for the document portion of the subpoena is extended to **Friday, May 26, 2006**. We have agreed that, in lieu of production of documents in Delaware, a copy of any documents that Intersil produces will be delivered to your Redwood City, California office. I anticipate that, subject to appropriate confidentiality designations, Intersil will be able to produce to you by the May 26, 2006 certain documents to which Intersil does not object. However, in the event that Intersil will not be able to produce to you by Friday the 26th the documents to which Intersil does not interpose an objection, I have agreed to notify you of that fact and furnish an alternate date by **noon** (your time) on **Monday, May 22, 2006**.

    With respect to the portion of the subpoena that requires the appearance of a witness in Delaware on May 24, 2006, we agreed that Power Integrations will defer any oral deposition pending your review of the documents produced.

    To the extent that Power Integrations still desires to take an oral deposition after your review of the documents, we will confer again regarding an available date and a suitable location for the deposition. Also, since Jim Beasom has already been deposed in the referenced matter, it may be feasible, as an alternative, to designate portions of his transcript as the "corporate testimony" of Intersil. We also agreed that agreements that we reached are without prejudice to the right of Intersil to make objections to the subpoena and to file a motion to quash, and that any objections and/or motions to quash



Mr. Michael R. Headley
May 19, 2006
Page 2

related to the subpoena will be filed and served by the revised return date of May 26, 2006. Please note that, as I mentioned in the call today, Intersil may want to obtain a ruling from the Court on its motion to quash and/or objections prior to the commencement of any oral deposition.

Please let me know immediately if you believe that this letter has inadvertently omitted any of the agreements that we reached today, and thank you again for your cooperation in this matter.

Sincerely,

Jeffrey R. Bragalone

cc:    G. Hopkins Guy, III, Esq.



# SHORE CHAN LLP
ATTORNEYS & COUNSELORS AT LAW

## FAX TRANSMISSION

### May 19, 2006

|  | **NAME** | **FAX** | **PHONE** |
|---|---|---|---|
| **To:** | Michael R. Headley | 650.839.5071 | 650-839-5070 |
|  | G. Hopkins Guy, III<br>Orrick, Herrington &<br>Sutcliffe LLP | 650.614.7401 | 650.614.7400 |
| **From:** | Jeffrey R. Bragalone |  |  |
| **Direct Dial:** | (214) 593.9135 |  |  |
| **Re:** | Power Integrations, Inc. v. Fairchild Semiconductor International, Inc. |  |  |
| **Total Pages:** | 3 |  |  |
| **Message:** | Please see attached and thank you. |  |  |



RECEIVED
MAY 19 2006
FISH & RICHARDSON
SILICON VALLEY OFFICE

The information contained in this facsimile message is attorney-client privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us by mail at the address below.

325 N. St. Paul Street, Suite 4450, Dallas, Texas 75201 / (214) 743-4180 / (425) 799-4180 Fax / www.shorechan.com