# Exhibit K

# ShoreChan Bragalone LLP

Jeffrey R. Bragalone
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
214-593-9125 Telephone
214-593-9111 Facsimile
jbragalone@shorechan.com

May 22, 2006



**VIA FACSIMILE 650.839.5071**

Mr. Michael R. Headley
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063

Re:  *Power Integrations, Inc. v. Fairchild Semiconductor International, et al.*, CA No. 04-1371 JJF in the United States District Court for the District of Delaware; **Subpoena Dated May 9, 2006 to Intersil Corporation**

Dear Michael:

To clarify our agreement, and in response to your letter today, Intersil, subject to appropriate confidentiality designations, will be able to produce on May 26, 2006 an unredacted copy of the license document(s) to Fairchild relating to the '719 patent. To the extent that there are documents related to the license to Fairchild, Intersil will also produce those on May 26, 2006; of course, Intersil reserves the right to object to the production of any related, responsive documents that are privileged. Based on this commitment, the return date for the document portion of the subpoena is extended to **Friday, May 26, 2006.** We have agreed that, in lieu of production of documents in Delaware, a copy of any documents that Intersil produces will be delivered to your Redwood City, California office. Please note that Intersil also does not intend to re-produce identical copies of documents that were already produced to Power Integrations in connection with Mr. Beasom's deposition in this matter.

With respect to the portion of the subpoena that requires the appearance of a witness in Delaware on May 24, 2006, your letter today confirms that Power Integrations will defer the deposition noticed for Wednesday, May 24, 2006 pending your review of the documents that Intersil will produce on May 26, 2006. We agree that, as set forth in my prior letter, the extension of the deposition from May 24, 2006 is without prejudice to the rights of any party.

# SHORECHAN
# BRAGALONE LLP

Mr. Michael R. Headley
May 22, 2006
Page 2

    I believe this letter clarifies the agreement as you requested. Accordingly, please let me have your written confirmation of this agreement within the hour.

                                                           Sincerely,

                                                           Jeffrey R. Bragalone

cc:    G. Hopkins Guy, III, Esq.