# Exhibit M

Ruth Lee, Paralegal
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
214-593-9134 Telephone
214-593-9111 Facsimile
rlee@shorechan.com

May 26, 2006, 2006

**<u>Via Email and U.S. Mail</u>**

Michael R. Headley, Esq.
500 Argüelles Street, Suite 500
Redwood City, California 94063

      Re:   *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al,* No. 04-1371-JJF

Dear Mr. Headley:

    Enclosed is Intersil Corporation's Objections and Responses to Subpoena from Power Integrations, Inc., as well as documents bates labeled I 000410-709.

                                      Sincerely,

                                      Ruth Lee

Enc.

cc:   G. Hopkins Guy, III, w/enc.