IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jeffrey R. Bragalone and Joseph F. DePumpo to represent non-party witness Intersil Corporation in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $50.00 is included to cover the annual fee for the attorneys listed above.

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D.# 2114)
John G. Day (I.D.# 2403)
Lauren E. Maguire (I.D.# 4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Non-Party Witness Intersil Corporation*

Dated: June 21, 2006
170640.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAIRCHILD SEMICONDUCTOR ) <br> INTERNATIONAL, INC., and FAIRCHILD ) <br> SEMICONDUCTOR CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 04-1371-JJF |

## ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Jeffrey R. Bragalone and Joseph F. DePumpo to represent non-party witness Intersil Corporation in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>*Defendants.* | § § § § § § § § § § § § § § § No. 04-1371-JJF |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Jeffrey R. Bragalone
Shore Chan Bragalone LLP
325 N. St. Paul Street, Suite 4450
(214) 593-9110
(214) 593-9111 (fax)

Dated: June 19, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>*Defendants.* | § § § § § § § § § § § § § § § | No. 04-1371-JJF |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Joseph F. DePumpo
Shore Chan Bragalone LLP
325 N. St. Paul Street, Suite 4450
(214) 593-9110
(214) 593-9111 (fax)

Dated: 6-19-06

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2006, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | <u>VIA ELECTRONIC MAIL</u> |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402 | <u>VIA ELECTRONIC MAIL</u> |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | <u>VIA ELECTRONIC MAIL</u> |
| G. Hopkins Guy, III, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ John G. Day*
_____
John G. Day