IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FAIRCHILD SEMICONDUCTOR )<br>INTERNATIONAL, INC., and FAIRCHILD )<br>SEMICONDUCTOR CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-1371-JJF |

### STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the due date for non-party witness Intersil Corporation's reply brief in support of its Motion to Quash Subpoena and for Protective Order is extended through and including Monday June 26, 2006.

| FISH & RICHARDSON, P.C. | ASHBY & GEDDES |
|---|---|
| /s/ Sean P. Hayes | /s/ John G. Day |
| William J. Marsden, Jr., (I.D. #2247)<br>Sean P. Hayes (I.D. #4413)<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>302-778-8401<br>*Attorneys for Plaintiff* | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>*Attorneys for Non-Party Witness Intersil Corporation* |

SO ORDERED this _____ day of June, 2006.

_____
United States District Judge

170605.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2006, the attached **STIPULATED ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

G. Hopkins Guy, III, Esquire
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
hopguy@orrick.com

/s/ John G. Day
_____
John G. Day