IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>      Defendants. | C.A. No. 04-1371-JJF |

**STIPULATION AND ORDER EXTENDING DUE DATES FOR RESPONSES
TO MOTIONS FOR RECONSIDERATION**

WHEREAS on June 15, 2006, Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation ("Fairchild") filed a motion for reconsideration of the Court's order bifurcating the issues of infringement and damages from issue related to validity in this case (D.I. 274);

WHEREAS on June 16, 2006, Plaintiff Power Integrations, Inc. ("Power Integrations") filed a letter brief seeking reconsideration of the Court's order regarding damages calculations pursuant to the Court's invitation at the pretrial conference (D.I.275); and

WHEREAS in light of the upcoming July 4th holiday and the parties' work on various briefs and pretrial submissions, the parties have agreed to brief extensions to the current due dates for responses to the above motions for reconsideration;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the due date for Power Integrations' response to Fairchild's motion for reconsideration (D.I. 274) is extended through and including

Wednesday, July 5, 2006, and the due date for Fairchild's response to Power Integrations' motion for reconsideration (D.I. 275) is extended through and including Thursday, July 6, 2006.

| FISH & RICHARDSON, P.C. | ASHBY & GEDDES |
|---|---|
| /s/ Sean P. Hayes (I.D. #4413) | /s/ John G. Day (I.D. #2403) |
| William J. Marsden, Jr., (I.D. #2247) | Steven J. Balick (I.D. #2114) |
| Sean P. Hayes (I.D. #4413) | John G. Day (I.D. #2403) |
| 919 N. Market Street | Lauren E. Maguire (I.D. #4261) |
| Suite 1100 | 222 Delaware Avenue, 17th Floor |
| P.O. Box 1114 | P.O. Box 1150 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| 302-778-8401 | 302-654-1888 |
| marsden@fr.com | sbalick@ashby-geddes.com |
| hayes@fr.com | jday@ashby-geddes.com |
|  | lmaguire@ashby-geddes.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2006.

_____

United States District Judge

170910.1