IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF |

**DECLARATION OF SEAN P. HAYES IN SUPPORT OF POWER INTEGRATIONS'
OPPOSITION TO FAIRCHILD'S MOTION FOR RECONSIDERATION RE
BIFURCATION**

    FISH & RICHARDSON P.C.
    William J. Marsden, Jr. (#2247) (marsden@fr.com)
    Sean P. Hayes (#4413) (hayes@fr.com)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    Telephone: (302) 652-5070
    Facsimile:  (302) 652-0607

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, MA  02110-2804
    Telephone: (617) 542-5070
    Facsimile:  (617) 542-8906

    Howard G. Pollack
    Michael R. Headley
    500 Arguello Street, Suite 500
    Redwood City, CA  94063
    Telephone: (650) 839-5070
    Facsimile:  (650) 839-5071

    Attorneys for Plaintiff
    POWER INTEGRATIONS, INC.

Date:  July 5, 2006

I, Sean P. Hayes, declare as follows:

1. I am an associate of Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of Exhibit 17 to the Proposed Pretrial Order (D.I. 258), Fairchild's list of Miscellaneous Issues and Motions *in limine*, filed May 25, 2006.

3. Attached as Exhibit B is a true and correct copy of the transcript from the pretrial conference held on May 31, 2006.

4. Attached as Exhibit C is a true and correct copy of Exhibit 3A to the Proposed Pretrial Order (D.I. 258), Fairchild's Statement of Issues of Fact that Remain to be Litigated, filed May 25, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of July, 2006, at Wilmington, Delaware.

  /s/ Sean P. Hayes
Sean P. Hayes

50356036.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2006, I electronically filed with the Clerk of Court DECLARATION OF SEAN P. HAYES IN SUPPORT OF POWER INTEGRATIONS' OPPOSITION TO FAIRCHILD'S MOTION FOR RECONSIDERATION RE BIFURCATION using CM/ECF which will send notification of such filing(s) to the following. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendant-<br>Counterclaimant<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

I hereby certify that on July 5, 2006, I have mailed by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

       */s/ Sean P. Hayes*
       Sean P. Hayes (hayes@fr.com)

50356036.doc