IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>　　　　　Defendants. | C.A. No. 04-1371 JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 11, 2006 a true and correct copy of Power Integrations' Second Notice of Deposition of Fairchild Pursuant to Federal Rule of Civil Procedure 30(b)(6) was caused to be served on the attorneys of record, at the following addresses, on the date and in the manner indicated:

**BY U.S. MAIL**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

**BY FACSIMILE AND U.S. MAIL**
G. Hopkins Guy, III
Bas de Blank
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Dated: July 12, 2006               FISH & RICHARDSON P.C.

                                   By:  */s/ John F. Horvath*
                                        William J. Marsden, Jr. (#2247)
                                        Sean P. Hayes (#4413)
                                        John F. Horvath (#4557)
                                        919 N. Market Street, Suite 1100
                                        P.O. Box 1114
                                        Wilmington, DE  19899-1114
                                        Telephone: (302) 652-5070

                                        Frank E. Scherkenbach
                                        225 Franklin Street
                                        Boston, MA 02110-2804

                                        Howard G. Pollack
                                        500 Arguello Street, Suite 500
                                        Redwood City, CA 94063

                                   Attorneys for Plaintiff
                                   POWER INTEGRATIONS, INC.

50359363.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

I hereby certify that on July 12, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

　　　　　　　　　　　　　　　　　　　　/s/ John F. Horvath
　　　　　　　　　　　　　　　　　　　　John F. Horvath

50359363.doc