# EXHIBIT 1

## JDay

| | |
|---|---|
| **From:** | JDay |
| **Sent:** | Thursday, July 13, 2006 4:48 PM |
| **To:** | 'horvath@fr.com' |
| **Cc:** | 'marsden@fr.com'; 'hayes@fr.com'; 'scherkenbach@fr.com'; 'kane@fr.com'; 'pollack@fr.com'; 'miclean@fr.com'; 'headley@fr.com'; 'hopguy@orrick.com'; 'vfeeman@orrick.com'; 'basdeblank@orrick.com'; 'bvanderzanden@orrick.com'; SBalick; TLydon |
| **Subject:** | Power Integrations v. Fairchild Semiconductor |

Good afternoon John. We were surprised, a few minutes ago, to see that Power Integrations had filed a reply letter in support of its motion for reconsideration of the Court's June 2, 2006 Order, since Local Rule 7.1.5 does not permit a reply on such motions. (Indeed, when Power Integrations moved for reconsideration of the Court's August 9, 2005 Order last year, Power Integrations followed Rule 7.1.5 and did not file a reply). Therefore, we request that you withdraw Power Integrations reply immediately. If for some reason Power Integrations refuses to comply with Rule 7.1.5, I would appreciate your letting me know by close of business so that Fairchild can move to strike it first thing tomorrow morning.

Thanks,

John

# EXHIBIT 2

## JDay

**From:** John Horvath [Horvath@fr.com]
**Sent:** Thursday, July 13, 2006 5:15 PM
**To:** JDay
**Cc:** William Marsden; Sean Hayes; Frank Scherkenbach; Michael Kane; Howard Pollack; David Miclean; Michael Headley; G. Hop Guy; vfeeman@orrick.com; basdeblank@orrick.com; bvanderzanden@orrick.com; SBalick; TLydon
**Subject:** RE: Power Integrations v. Fairchild Semiconductor

John,

We do not interpret Rule 7.1.5 as specifically prohibiting the filing of a reply brief. We therefore do not intend to withdraw the letter to the Court we filed today. We look forward to receiving your motion to strike tomorrow.

Regards,

John F. Horvath

Fish & Richardson, P.C.
919 N. Market St., Suite 1100
Wilmington, DE, 19806
Direct: 302-778-8420
Fax: 302-652-0607

---

**From:** JDay [mailto:jday@ashby-geddes.com]
**Sent:** Thursday, July 13, 2006 4:48 PM
**To:** John Horvath
**Cc:** William Marsden; Sean Hayes; Frank Scherkenbach; Michael Kane; Howard Pollack; David Miclean; Michael Headley; G. Hop Guy; vfeeman@orrick.com; basdeblank@orrick.com; bvanderzanden@orrick.com; SBalick; TLydon
**Subject:** Power Integrations v. Fairchild Semiconductor

Good afternoon John. We were surprised, a few minutes ago, to see that Power Integrations had filed a reply letter in support of its motion for reconsideration of the Court's June 2, 2006 Order, since Local Rule 7.1.5 does not permit a reply on such motions. (Indeed, when Power Integrations moved for reconsideration of the Court's August 9, 2005 Order last year, Power Integrations followed Rule 7.1.5 and did not file a reply). Therefore, we request that you withdraw Power Integrations reply immediately. If for some reason Power Integrations refuses to comply with Rule 7.1.5, I would appreciate your letting me know by close of business so that Fairchild can move to strike it first thing tomorrow morning.

Thanks,

John

7/14/2006