# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER STRIKING UNAUTHORIZED REPLY BRIEF

The Court having considered defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp.'s motion to strike Power Integrations' July 13, 2006 reply letter brief in support of its motion for reconsideration of the Court's June 2, 2006 Order (D.I. 295), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED.** The Court hereby strikes D.I. 295 from the docket.

_____            _____
DATE                                                    **UNITED STATES DISTRICT JUDGE**