# EXHIBIT A

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT B

# EXHIBIT REDACTED IN ITS ENTIRETY