# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 25, 2006

The Honorable Joseph J. Farnan, Jr.　　　　　　　　　VIA ELECTRONIC FILING
United States District Court　　　　　　　　　　　　　and HAND DELIVERY
844 King Street, Lockbox 27
Wilmington, DE 19801

　　　　Re:　*Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al.,*
　　　　　　　C.A. No. 04-1371-JJF

Dear Judge Farnan:

　　　Pursuant to Local Rule 7.1.2(a), defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. hereby waive their right to file a reply brief in support of their motion to strike Power Integrations' unauthorized reply brief in support of its motion for reconsideration of the Court's June 2, 2006 Order limiting Power Integrations' calculation of damages to the post-complaint period (D.I. 297), and will rely on their opening papers. Accordingly, the motion to strike is now ready for decision.

　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　/s/ *John G. Day*

　　　　　　　　　　　　　　　　　　　　　John G. Day (I.D. #2403)

JGD/nml
171561.1

c:　　John F. Horvath, Esquire (by hand)
　　　Frank E. Scherkenbach, Esquire (by electronic mail)
　　　Michael Kane, Esquire (by electronic mail)
　　　Howard G. Pollack, Esquire (by electronic mail)
　　　G. Hopkins Guy, III, Esquire (by electronic mail)