IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>    Defendants. | C.A. No. 04-1371-JJF |

### REVISED NOTICE OF DEPOSITION & SERVICE OF SUBPOENA TO MICHAEL C. KEELEY, PH.D.

TO:    **VIA FACSIMILE & U.S. MAIL**　　　　**VIA FACSIMILE & U.S. MAIL**
Steven J. Balick, Esq.　　　　　　　　　　G. Hopkins Guy, III
John G. Day, Esquire　　　　　　　　　　Bas de Blank
Ashby & Geddes　　　　　　　　　　　　Orrick, Herrington & Sutcliffe, LLP
222 Delaware Avenue, 17th Floor　　　　1000 Marsh Road
P. O. Box 1150　　　　　　　　　　　　　Menlo Park, CA 94025
Wilmington, DE 19899

    **PLEASE TAKE NOTICE** that on the 27th day of July, Plaintiff Power Integrations, Inc. served the attached revised subpoena upon **Michael C. Keeley, Ph.D.**, c/o Bas de Blank, Orrick, Herrington & Sutcliffe, LLP, 1000 Marsh Road, Menlo Park, CA 94025.

    **PLEASE TAKE FURTHER NOTICE** that Plaintiff Power Integrations, Inc., by its counsel, will take the deposition of **Michael C. Keeley, Ph.D.**, on Friday, August 25, 2006, at 9:30 a.m., at the offices of Fish & Richardson P.C., located at 500 Arguello Street, Suite 500, Redwood City, CA 94063, or at another time and place to be set by agreement.

The deposition of **Michael C. Keeley, Ph.D.** will be taken before a notary public or other officer authorized by law to administer oaths. All of the deposition testimony will be recorded by stenographic, audio, and/or audiovisual means.

Dated: July 27, 2006

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (marsden@fr.com)
Sean P. Hayes (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

50362642.doc

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2006, a true and correct copy of the attached **REVISED NOTICE OF DEPOSITION & SERVICE OF SUBPOENA TO MICHAEL C. KEELEY** was caused to be served on the attorneys of record at the following addresses as indicated:

**VIA FACSIMILE & U.S. MAIL**

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendant-<br>Counterclaimant<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

**VIA FACSIMILE & U.S. MAIL**

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

/s/ Michael R. Headley
Michael R. Headley

50362642.doc

```
*********************
***  TX REPORT  ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3814 |
| CONNECTION TEL | 9p6147401 |
| CONNECTION ID | |
| ST. TIME | 07/27 13:55 |
| USAGE T | 02'45 |
| PGS. SENT | 9 |
| RESULT | OK |

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

Date  July 27, 2006

To  Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400

Facsimile number  10256-00453531 / (650) 614-7401

From  Michael R. Headley

Re  Power Integrations Inc. v. Fairchild Semiconductor International

Number of pages
including this page  9

Message

```
                    ************************
                    ***    TX REPORT     ***
                    ************************

        TRANSMISSION OK

        TX/RX NO                3815
        CONNECTION TEL                      9p13026542067
        CONNECTION ID
        ST. TIME                07/27 13:58
        USAGE T                 01'09
        PGS. SENT               8
        RESULT                  OK
```

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Date     July 27, 2006

To       Steven J. Balick
         John G. Day
         Ashby & Geddes
         222 Delaware Avenue, 17th Floor
         P. O. Box 1150
         Wilmington, DE 19899
         Telephone: (302) 654-1888

Facsimile number   10256-00453531 / (302) 654-2067

From     Michael R. Headley

Re       Power Integrations Inc. v. Fairchild Semiconductor International

Number of pages
including this page   8

Message  See attached.