IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL
DAMAGES DISCOVERY AND TO CONTINUE DAMAGES TRIAL DATE**

Having considered defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp.'s Motion to Compel Damages Discovery And To Continue Damages Trial Date, Power Integrations, Inc.'s response thereto, the pleadings and papers on file with the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

(1)  Defendants' Motion to Compel Damages Discovery And To Continue Damages Trial is **GRANTED**;

(2)  PI shall immediately produce:

(a)  All drafts of PI's final restated financial reports which have been prepared to date, and the final restated financial reports when they are available.

(b)  All documents related to PI's internal investigation of financial irregularities that have been provided to Nasdaq.

(c)  All documents produced by PI in response to subpoenas from the SEC or DOJ.

(d)  Copies of all recent briefs regarding remedy submitted by PI to the International Trade Commission in the action brought there by PI against System General (Investigation No. 337-TA-541).

(3) Two weeks after the foregoing document production is complete, PI shall make available Balu Balakrishnan and a FRCP 30(b)(6) designee of PI for deposition.

(4) The damages portion of the trial currently set for October 2, 2006 is continued until after PI has produced the foregoing documents and provided the foregoing witnesses for deposition and after the parties have had the opportunity to supplement their damages expert reports based on the foregoing. The damages portion of the trial will tentatively proceed on December 4, 2006, dependent upon completion of the foregoing events.

**IT IS SO ORDERED** this ____ day of _____, 2006.

_____
United States District Judge

171862.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2006, the attached **ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DAMAGES DISCOVERY AND TO CONTINUE DAMAGES TRIAL DATE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>Wilmington, DE 19801 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | VIA FEDERAL EXPRESS |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402 | VIA FEDERAL EXPRESS |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | VIA FEDERAL EXPRESS |

/s/ John G. Day
_____
John G. Day