# EXHIBIT A

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

**VIA FACSIMILE & U.S. MAIL**
650/614-7401

August 8, 2006

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:   Power Integrations Inc. v. Fairchild Semiconductor Int'l
       USDC-D. Del. - C.A. No. 04-1371-JJF



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Bas:

I received your six page letter of yesterday regarding the damages case, a letter that does little more than repeat the mischaracterizations you have set forth before as part of Fairchild's continued efforts to delay the case and to avoid trial. This is a patent infringement case; to date, neither you nor your expert have ever indicated how Power Integrations' restated earnings (which deal with when and how to expense options) will in any way affect the damages reports or opinions. Instead, Fairchild continues to hide behind hyperbole to support a pretense -- that Dr. Keeley is unable to render opinions, and that everything he has ever said rides on Power Integrations' restated earnings reports. That is subterfuge.

What did impact the damages reports, and what Mr. Troxel has supplemented his report to reflect, is your client's failure to identify over 2.7 million accused parts manufactured in the United States (which you and Mr. VanderZanden both initially admitted were "accused products"), your client's deposition of Shawn Slayton, the ITC infringement decision against System General ("SG" - a company whose products your expert mentioned), and the reports of Mr. Lum, who confirmed what Fairchild continues to ignore -- that Fairchild's accused products are imported into the United States by Samsung -- Fairchild's biggest customer.

At this point, Fairchild should stop wasting time on sideshows and focus its energy on trial, as we plan to try this case, including the damages case, in accordance with Judge Farnan's orders. To that end, we have provided you with a reasonable schedule to complete damages discovery in preparation for trial. If Fairchild seeks to prevent us from taking Dr. Keeley's deposition, we will ask the Court to preclude Fairchild from presenting any testimony from Dr. Keeley at trial.

Sincerely,

Michael R. Headley