IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR | ) | |
| INTERNATIONAL, INC., and FAIRCHILD | ) | |
| SEMICONDUCTOR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO SHORTEN TIME FOR BRIEFING
REGARDING MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION
OF MICHAEL C. KEELEY, REBUTTAL EXPERT REPORT ON DAMAGES,
AND CONTINUATION OF DAMAGES TRIAL**

Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor
Corp. (collectively, "Fairchild") hereby seek an order shortening the time for briefing on
Defendants' Motion For Protective Order Re Deposition Of Michael C. Keeley, Rebuttal Expert
Report On Damages, And Continuation Of Damages Trial. An expedited briefing schedule and
hearing is necessary since the parties' close of damages discovery is currently set for August 25,
2006. Defendants are in great need of the Court's decision on the issues in the underlying
motion for protective order prior to the close of damages discovery.

By delaying production of Court-ordered damages discovery, refusing to produce that
discovery to this day, and submitting a completely new damages expert report two weeks before
damages discovery is to close, plaintiff Power Integrations has severely prejudiced Defendants'
ability to prepare its damages case and made it impossible for the parties to conclude a variety of
necessary damage-related activities prior to the damages discovery deadline.

The underlying motion for protective order addresses scheduling and completion of
damages discovery and reports in this case, and scheduling of the damages portion of trial.
Because the current damages discovery cutoff date is impending and the Defendants need the

Court to hear and decide the issues in the underlying motion prior to that date, good cause exists to order briefing and hearing of the underlying motion on shortened time.

In particular, Defendants respectfully request that the Court order that the underlying motion be briefed and heard on shortened time as follows:

(1)    Power Integrations shall file and serve any opposition to Defendants' Motion For Protective Order Re Deposition Of Michael C. Keeley, Rebuttal Expert Report On Damages, And Continuation Of Damages Trial by August 16, 2006; and,

(2)    Fairchild shall file and serve any response in support of its Motion For Protective Order by August 18, 2006.

(3)    Hearing on Defendants' Motion For Protective Order is requested to occur at the earliest available opportunity prior to August 25, 2006.

Power Integrations refused Fairchild's request that the parties stipulate to expedited briefing so that the Court could consider this issue. Thus, Defendants have no choice but to request that the Court shorten time on Defendants' underlying motion for protective order.

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Defendants*
*Fairchild Semiconductor International,*
*Inc. and Fairchild Semiconductor Corp.*

*Of Counsel:*

ORRICK, HERRINGTON & SUTCLIFFE LLP
G. Hopkins Guy, III (#124811)
Bas de Blank (#191487)
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: August 11, 2006

172090.1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Given the fact that Plaintiff opposes Defendants' accompanying substantive Motion for Protective Order Regarding Deposition of Michael C. Keeley, Rebuttal Expert Report on Damages, And Continuation of Damages Trial and the expedited nature of the relief requested, it was assumed that plaintiff would oppose this corresponding motion.

*/s/ Tiffany Geyer Lydon*

_____

Tiffany Geyer Lydon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,            )
                                     )
                    Plaintiff,       )
                                     )
        v.                           )        C.A. No. 04-1371-JJF
                                     )
FAIRCHILD SEMICONDUCTOR              )
INTERNATIONAL, INC., and FAIRCHILD   )
SEMICONDUCTOR CORPORATION,           )
                                     )
                    Defendants.      )

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME
FOR BRIEFING REGARDING MOTION FOR PROTECTIVE ORDER REGARDING
DEPOSITION OF MICHAEL C. KEELEY, REBUTTAL EXPERT REPORT
ON DAMAGES, AND CONTINUATION OF DAMAGES TRIAL**

Having considered defendants Fairchild Semiconductor International, Inc. and Fairchild

Semiconductor Corp.'s Motion To Shorten Time For Briefing Regarding Motion For Protective

Order Regarding Deposition Of Michael C. Keeley, Rebuttal Expert Report On Damages, And

Continuation Of Damages Trial, plaintiff Power Integrations, Inc.'s opposition, the pleadings and

papers on file with the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

(1)    Defendants' Motion to Shorten Time is **GRANTED;**

(2)    Power Integrations shall file and serve any opposition to Defendants'
       Motion For Protective Order Re Deposition Of Michael C. Keeley,
       Rebuttal Expert Report On Damages, And Continuation Of Damages Trial
       by August 16, 2006; and,

(3)    Fairchild shall file and serve any response in support of its Motion For
       Protective Order by August 18, 2006.

(4)     Hearing on Defendants' Motion For Protective Order shall occur at the following date and time: _____

**IT IS SO ORDERED.**

_____          _____
        DATE                                                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2006, the attached **DEFENDANTS'**

**MOTION TO SHORTEN TIME FOR BRIEFING REGARDING MOTION FOR**

**PROTECTIVE ORDER REGARDING DEPOSITION OF MICHAEL C. KEELEY,**

**REBUTTAL EXPERT REPORT ON DAMAGES, AND CONTINUATION OF**

**DAMAGES TRIAL** was served upon the below-named counsel of record at the address and in

the manner indicated:

William J. Marsden, Jr., Esquire                                    HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE  19801

Frank E. Scherkenbach, Esquire                              VIA FEDERAL EXPRESS
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

Michael Kane, Esquire                                           VIA FEDERAL EXPRESS
Fish & Richardson P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN  55402

Howard G. Pollack, Esquire                                   VIA FEDERAL EXPRESS
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

/s/ Tiffany Geyer Lydon

Tiffany Geyer Lydon