# Exhibit A

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit B

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit C

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit D

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit E

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit F

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit G

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA FACSIMILE & U.S. MAIL**
650/614-7401

July 21, 2006

Brian VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:    Power Integrations Inc. v. Fairchild Semiconductal Int'l
       USDC-D. Del. - C.A. No. 04-1371-JJF

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com



AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Brian:

Thank you for indicating today that Steve Schott will be available for deposition in California on August 11. We are prepared to go forward with Mr. Schott's deposition at that time in our offices, but I note that it does not make sense to go forward with the deposition at that time if Fairchild intends to instruct Mr. Schott not to answer questions regarding the infringement and/or the validity of Power Integrations' patents-in-suit on grounds of attorney-client privilege, as any privilege on those topics was waived with Fairchild's production of thirteen (13) opinion letters addressed to Mr. Schott on these topics (four of which were produced to us just this week).

The law in this area is clear. In *Novartis Pharmaceuticals Corp. v. Eon Labs Mfg., Inc.*, 206 F.R.D. 396 (D. Del. 2002), the Court held that "where, as here, a party relies on the advice of counsel defense to a charge of willful infringement, the Court concludes that the party has expressly waived its privilege with respect to attorney-client communications and work product documentation." *Novartis*, 206 F.R.D. at 398. When these privileges have been waived, "everything with respect to the subject matter of counsel's advice is discoverable, despite the protection that is normally afforded to attorney-client communications and work product material." *Id.* Earlier this year, the Federal Circuit confirmed that when a party relies on the advice-of-counsel as a defense to willful infringement, the party waives privilege "with regard to any attorney-client communications relating to the same subject matter." *In re EchoStar Comm. Corp.*, 2006 WL 1149528 at *3 (Fed. Cir. May 1, 2006). As such, Fairchild has no basis to assert of the attorney-client privilege with respect to documents and communications regarding infringement and/or the validity of Power Integrations' patents-in-suit.

The parties staked out their respective positions on the scope of waiver on the record during the deposition of Robert Conrad, when Fairchild improperly limited the scope of discovery regarding the subject matter of Fairchild's opinion letters. Specifically, Fairchild's lawyers instructed Mr. Conrad not to answer questions regarding whether the substance of discussions with litigation counsel regarding the patents-in-suit

FISH & RICHARDSON P.C.

Brian VanderZanden
July 21, 2006
Page 2

differed in any way from the opinion letters Fairchild produced in this case. (Conrad
Tr. at 162-63, 172-73, 179-80, 191.) Fairchild's counsel similarly (and improperly)
instructed Gary Dolny with respect to questions regarding his conversations with
Steve Schott, allowing Mr. Dolny to provide testimony only as to conversations
regarding a specific opinion letter, rather than the subject matter of that letter. (Dolny
Tr. at 34-36.)

Fairchild is also withholding a number of documents on the basis of its incorrect
assertion of privilege, including documents from Mr. Schott and a number of entries
on Fairchild's privilege log that cannot be privileged in light of the clear waiver. For
example, entry 180 on Fairchild's supplemental privilege log is labeled as "legal
analysis of competitor's patents and/or products at direction of attorney," and Mr.
Schott sent it to Fairchild's opinion counsel, Phil Woo (among others). Other entries
reflect similar communications with Mr. Schott, including entries 45, 175, 184, 209,
213, 310, 312, 316, 319-320, 322, 327, 329, 336, 340, 342, 355, 362, 364, 367-368,
370-371, 375, 379, 383-386, 388, 390, 393, 408, and 417-420. As such documents
are clearly directed to the subject matter of the opinion letters Fairchild produced,
there is no basis for withholding them.

In light of the four additional opinion letters Fairchild produced this week, we will
need to depose Mr. Conrad again, and given the apparent dispute regarding the scope
of waiver, it may make more sense to depose both Mr. Schott and Mr. Conrad in
September, as the Court will likely have had time to resolve the issue by that time.
To that end, we propose the parties schedule both depositions for the week of
September 18.

Let us know your position on this issue as soon as possible so that we can make the
best use of the Court's, the parties', and the witnesses' time.

Sincerely,

Michael R. Headley

50361544.doc

```
          ********************
          ***   TX REPORT   ***
          ********************


   TRANSMISSION OK

   TX/RX NO            0207
   CONNECTION TEL               96147401
   CONNECTION ID
   ST. TIME            07/21 15:52
   USAGE T             01'09
   PGS. SENT           3
   RESULT              OK
```

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

**Date**   July 21, 2006

**To**   Brian VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400

**Facsimile number**   10256-00453531 / (650) 614-7401

**From**   Michael R. Headley

**Re**   Power Integrations, Inc. v. Fairchild Semiconductor International

**Number of pages
including this page**   3

**Message**   Please see attached.

# Exhibit H



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
tel 650·614·7400
fax 650 614·7401
WWW.ORRICK.COM

July 27, 2005

*Via facsimile and U.S. Mail*

Michael R. Headley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94036

Re:    **Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)**

Dear Mr. Headly:

Thank you for your letter of July 28. Your tactical decision to delay raising this issue with the Court until Judge Farnan was on vacation and unavailable is telling. You have delayed at least four months. You cannot unreasonably delay the depositions of these witnesses by unilaterally failing to resolve this issue in a timely manner. As for the scope of any waiver, Fairchild will again state its position, Mr. Schott may be asked anything regarding the Woo/Morrill opinions. Fairchild will also permit Power Integrations to ask the witnesses the following question with respect to each of the opinion letters produced in this case: "Have you received any other opinions related to the subject matter of the opinion letter, whether consistent or inconsistent." This is all that Power Integrations is entitled to ask.

As you noted, the parties agreed, in writing, that the deposition of Mr. Schott would be concluded at least 30 days before trial. We request that you proceed with the deposition of Mr. Schott on August 15 when he is available locally. Mr. Conrad is available for deposition in Portland, Maine on August 25. If you do not proceed with the depositions on those dates, it is our position that you have waived any right to depose the witnesses in this case.

We are checking into the availability of Mr. Morrill.

Sincerely,

Vickie L. Feeman

Vickie L. Feeman



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

TEL 650-614-7400
FAX 650-614-7401
WWW.ORRICK.COM

## FAX TRANSMISSION

DATE    7/31/06

NO. OF PAGES
(INCLUDING COVER SHEET)    2

FROM
Name                                    tel
Vickie L. Feeman                        (650) 614-7620

TO
name                company/firm            tel              fax
Michael R. Headley  Fish & Richardson P.C.                   (650) 839-5071

RE    *Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)*

MESSAGE

Please see attached.



C-M-A    10414-25/7620                            Originals Will Follow By Regular Mail

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL WILLETTE MOORE AT (650) 614-7469 AS SOON AS
POSSIBLE.

*notice to recipient*
THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED TO BE SENT ONLY TO THE STATED ADDRESSEE OF THE TRANSMISSION. IT MAY BE PROTECTED
FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT PRIVILEGE, THE ATTORNEY WORK-PRODUCT DOCTRINE, OR ANY OTHER APPLICABLE PRIVILEGE. IF YOU
ARE NOT THE STATED ADDRESSEE, YOUR RECEIPT OF THIS TRANSMISSION WAS UNINTENDED AND INADVERTENT, AND YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE ALSO ASKED TO NOTIFY US IMMEDIATELY BY TELEPHONE AND TO
RETURN THE ORIGINAL DOCUMENT TO US IMMEDIATELY BY MAIL AT THE ADDRESS ABOVE. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
US_WEST:260024417.1