IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>      Defendants. | C.A. No. 04-1371-JJF |

**REVISED NOTICE OF DEPOSITION OF STEPHEN SCHOTT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

PLEASE TAKE NOTICE that Plaintiff Power Integrations, Inc., by its counsel, will take the deposition of Stephen Schott on August 15, 2006, at 9:30 a.m., at the offices of Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, CA 94063, or at such other location and time as the parties shall agree. If the deposition is not completed on the date set out above, the taking of the deposition will continue day to day thereafter until complete. The deposition shall be taken upon oral examination before an officer authorized to administer oaths and take testimony. The oral examination will be recorded stenographically and will include the use of instantaneous transcription and/or videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition-taker and stenographer using software such as "LiveNote."

Dated: August 8, 2006              FISH & RICHARDSON P.C.

                                   By: _____
                                       William J. Marsden, Jr. (#2247)
                                       Sean P. Hayes (#4413)
                                       919 N. Market Street, Suite 1100
                                       P.O. Box 1114
                                       Wilmington, DE 19899-1114
                                       Telephone: (302) 652-5070
                                       Facsimile: (302) 652-0607

                                       Frank E. Scherkenbach
                                       225 Franklin Street
                                       Boston, Massachusetts 02110-2804
                                       Telephone: (617) 542-5070
                                       Facsimile: (617) 542-8906

                                       Howard G. Pollack
                                       David J. Miclean
                                       Michael R. Headley
                                       500 Arguello Street, Suite 500
                                       Redwood City, California 94063
                                       Telephone: (650) 839-5070
                                       Facsimile: (650) 839-5071

                                   Attorneys for Plaintiff
                                   POWER INTEGRATIONS, INC.

50364950.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2006, I have mailed by United States Postal Service and faxed **REVISED NOTICE OF DEPOSITION OF STEPHEN SCHOTT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)** to the following:

Bas de Blank
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and
FAIRCHILD SEMICONDUCTOR CORPORATION

_____
Michael R. Headley

50364950.doc