# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

<u>VIA ELECTRONIC FILING</u>

August 16, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: Power Integrations, Inc.'s Withdrawal of it's Motion re Fairchild's Waiver of Privilege in Reliance on Opinions of Counsel (D.I. 307)
*Power Integrations, Inc. v. Fairchild Semiconductor International*
USDC-D. Del. - C.A. No. 04-1371-JJF

Dear Judge Farnan:

Power Integrations agrees that the series of concessions Fairchild has made in response to Power Integrations, Inc.'s August 8 motion -- removing its in-house counsel from its trial witness list, producing additional documents from its privilege log, and finally confirming that it will allow unfettered questioning of Mr. Conrad -- largely moots Power Integrations, Inc.'s motion to compel (D.I. 307). The last of these concessions came only by letter on August 15, the day Fairchild filed its opposition (D.I. 317), so Power Integrations had no opportunity to respond and confirm its understanding of the representations being made and thus perhaps avoid the need for Fairchild even to file that opposition.

There do remain a few minor issues relating to the recently-produced and heavily redacted documents on Fairchild's privilege log, but they should be easily worked out. Power Integrations will not maintain its motion for that purpose and hereby withdraws it.

Respectfully submitted,

William J. Marsden, Jr.

cc: Clerk of the Court
    Steven J. Balick, Esq. (By Hand)
    Bas de Blank, Esq. (By Email)

50366338 (2).doc