IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | : : : |
| Plaintiff, | : : |
| v. | :  C.A. No. 04-1371-JJF : |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, | : : : : : : |
| Defendants. | : |

**<u>O R D E R</u>**

WHEREAS, on August 11, 2006, Defendants filed a Motion To Shorten Time For Briefing Regarding [Their] Motion For Protective Order Regarding Deposition Of Michael C. Keeley, Rebuttal Expert Report On Damages, And Continuation Of Damages Trial (D.I. 309);

WHEREAS, Plaintiffs have noticed the deposition Michael Keeley for August 25, 2006, and Defendants request the resolution of their motion prior to that date;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion To Shorten Time For Briefing Regarding [Their] Motion For Protective Order Regarding Deposition Of Michael C. Keeley, Rebuttal Expert Report On Damages, And Continuation Of Damages Trial (D.I. 309) is **GRANTED**.

2. Plaintiff shall file any opposition to Defendants' Motion no later than **Monday, August 21, 2006.**

2. Defendants shall file any reply brief no later than

**Wednesday, August 23, 2006.**

<u>August 18, 2006</u>
Date

*Joseph J Farnan Jr.*
UNITED STATES DISTRICT JUDGE