# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-854-2067

August 21, 2006

Ms. Deborah Krett   **VIA HAND DELIVERY**
Case Manager
United States District Court
844 North Kind Street,
Wilmington, DE 19801

> RE: *Power Integrations, Inc. v. Fairchild Semiconductor, et al.*
> C.A. No. 04-1371-JJF

Dear Debbie:

    In the course of preparing redacted versions of Defendants' Motion to Shorten Time for Briefing Regarding Motion for Protective Order Regarding Deposition of Michael C. Keeley, Rebuttal Expert Report on Damages, and Continuation of Damages Trial (D.I. 310) and Declaration of Michael Keeley in Support of Defendants' Motion for Protective Order Regarding Deposition of Michael C. Keeley, Rebuttal Expert Report on Damages, and Continuation of Damages Trial (D.I. 311), we have determined that they do not need to be sealed. Accordingly, I enclose two hard copies each of D.I. 310 and D.I. 311 with the "Filed Under Seal" legends removed, and a disk containing PDF versions of D.I. 310 and D.I. 311. Would you please replace the originally filed sealed versions with these unsealed versions and adjust the docket entries accordingly?

    Thank you for your assistance with this matter, and my apologies for the inconvenience.

Very truly yours,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon (I.D. #3950)

172309.1