IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-1371-JJF |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, | : |
| Defendants. | : |

### MEMORANDUM ORDER

Pending before the Court is a Motion To Compel Power Integrations To Provide "Pared Down" Infringement Contentions For Trial (D.I. 291) filed by Defendants, Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (collectively, "Fairchild"). Fairchild contends that, contrary to the Court's order at the pretrial conference, Plaintiff, Power Integrations, Inc. ("Power Integrations") has failed to identify the asserted claims, the accused products and how the accused products will be grouped for purposes of the trial in this case. Fairchild contends that Power Integrations has prejudiced its ability to prepare for trial and requests the Court to limit Power Integrations to one claim per patent and three or four groups of products.

In response, Power Integrations contends that based upon the expert reports in this case, the parties have a "mutual understanding" of what products are at issue and how they should be grouped. Power Integrations also contends that it provided Fairchild with an explicit stipulation that further narrowed the claims at issue from 18 to 12, but Fairchild refused the stipulation.

The Court's order at the pretrial conference was clear. Power Integrations was required to pare down its claims and specify its groups of products. Power Integrations has failed to comply with the Court's order and accuses Fairchild of misrepresenting the record in this case and advancing outright false statements in its Motion. As for the pared down claims and groups of products, the Court will order Power Integrations to select one claim per asserted patent to litigate at trial and to specify three groups of products that will be at issue. Power Integrations shall provide this information to Fairchild within five (5) days of the date of this Order.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion To Compel Power Integrations To Provide "Pared Down" Infringement Contentions For Trial (D.I. 291) is **GRANTED**.

2. Power Integrations shall be limited to one claim per patent and three groups of accused products and shall identify

the claims, accused products and groupings to Fairchild **within five (5) days** of the date of this Order.

_August 22, 2006_
Date

_Joseph J. Farnan, Jr._
UNITED STATES DISTRICT JUDGE

3