# Exhibit A

# Fish & Richardson p.c.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

**VIA FACSIMILE, E-MAIL, & U.S. MAIL**
650/614-7401

July 13, 2006

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:   Power Integrations Inc. v. Fairchild Semiconductor Int'l
      USDC-D. Del. - C.A. No. 04-1371-JJF

Dear Bas:

To simplify matters for trial, Power Integrations will further narrow the asserted claims to the following dozen:

'876 - claims 1, 17, and 19;
'851 - claims 1, 2, and 4;
'366 - claims 1, 2, 9, and 14;
'075 - claims 1 and 5.

To summarize what is provided in Power Integrations' experts' infringement reports, I note that the following is a complete list of accused devices for the three circuit patents:

FSD200; FSD200B; FSD210; FSD210B; FSD210H; FSD210HD; FSD211; FSD500; FSDL321; FSDL321L; FSDH321; FSDH321L; FSDL0165RN; FSDM0265RN; FSDM0265RNB; FSDH0265RN; FSDL0365RN; FSDL0365RNB; FSDM0365RN; FSDM0365RNB; FSDL0165RL; FSDM0265RL; FSDH0265RL; FSDL0365RL; FSDM0365RL; FSDM311; FSCM0565R; and the FSCM0765R.

Power Integrations' circuit expert addressed these products in a representative manner, specifically, that four parts (the FSD210, FSDL0365RN, FSDL0365RNB, and the FSDM311) are representative of all of these accused devices. More particularly, based on the evidence obtained during fact and expert discovery, Power Integrations believes, that for the purposes of infringement, these 4 parts are representative of all the accused parts as follows:

> The FSD210 is representative of the FSD200, FSD200B, FSD210, FSD210B, FSD210H, FSD210HD, FSD211 and FSD500 with regard to infringement of the '851 and '366 patents (plus the FSCM0565R and FSCM0765R with regard to the '876 patent).

FISH & RICHARDSON P.C.

Bas de Blank
July 13, 2006
Page 2

   The FSDL0365RN is representative of the FSDL321, FSDH321, FSDL0165RN, FSDM0265RN, FSDH0265RN, FSDL0365RN, FSDM0365RN, FSDL321L, FSDH321L, FSDL0165RL, FSDM0265RL, FSDH0265RL, FSDL0365RL, and FSDM0365RL.

   The FSDL0365RNB is representative of the FSDM0265RNB, FSDL0365RNB, and FSDM0365RNB for purposes of infringement.

   The FSDM311 stands alone.

Power Integrations asks that Fairchild stipulate that these parts are representative as set forth above for purposes of infringement, as Power Integration's expert treated them in his reports, to simplify the trial presentation and to remove any doubts regarding proofs regarding materially identical parts. To this end we also note that Fairchild's experts did not dispute the treatment of these parts as representative during this case.

Also as explained in Power Integrations' expert reports, the patents are asserted as follows:

'851 patent – against FSD210 as representative;
'876 patent – against FSD210 as representative, FSDL0365RN as representative, and FSDL0365RNB as representative;
'366 patent – against FSD210 as representative, FSDL0365RNB as representative, and FSDM311.

The following is a complete list of the accused devices for the '075 patent:

FSD200; FSD200B; FSD210; FSD210B; FSD210H; FSD210HD; FSD211; FSD500; FSDL321; FSDL321L; FSDH321; FSDH321L; FSDL0165RN; FSDM0265RN; FSDM0265RNB; FSDH0265RN; FSDH0265RNB; FSDL0365RN; FSDL0365RNB; FSDM0365RN; FSDM0365RNB; FSDL0165RL; FSDM0265RL; FSDM0265RLB; FSDH0265RL; FSDH0265RLB; FSDL0365RL; FSDL0365RLB; FSDM0365RL; FSDM0365RLB; FSDM311; FSDM0565; FSDM07652; FSDH565; FSDH0165; the FAN7601 series.

Given the nature of the patent, Power Integrations' expert addressed infringement of the '075 patent with respect to the process used to manufacture the accused devices, specifically the SDG3 or SDG4 process and their 75V or ~700V transistors device structures, but that does not impact the list of accused products.

Power Integrations further asks that Fairchild stipulate that the parts listed above are made with the SDG3 and/or SDG4 processes. The proofs at trial will focus on the

FISH & RICHARDSON P.C.

Bas de Blank
July 13, 2006
Page 3


process information as was done by both sides' experts during the case. The requested stipulation will simplify the trial presentation and remove any doubts regarding the effect of the proofs regarding the processes on the products sold by Fairchild.

While Fairchild is considering this proposal, Power Integrations asks that Fairchild extend the deadline to respond to Fairchild's Motion to Compel "Pared Down" claims to Tuesday, July 18, to permit the parties to work out the particulars of the stipulation.

Regardless of your position as to the stipulation, let me know your position on the extension by the end of the day, and we can work out the drafting of the formal stipulation thereafter.

Sincerely,

Michael R. Headley

50359973.doc