IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a  :
Delaware corporation,         :
                                :
       Plaintiff,            :
                                :
    v.                    : C.A. No. 04-1371-JJF
                                :
FAIRCHILD SEMICONDUCTOR       :
INTERNATIONAL, INC., a Delaware:
corporation, and FAIRCHILD    :
SEMICONDUCTOR CORPORATION, a  :
Delaware corporation,         :
                                :
       Defendants.           :

**O R D E R**

At Wilmington, this 24 day of August 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Intersil Corporation's Motion To Quash Subpoena And For Protective Order (D.I. 262) is **GRANTED**.

2. The May 9, 2006 subpoena issued by Power Integrations, Inc. to Intersil Corporation ("Intersil") in connection with the above-captioned action is **QUASHED**, and Power Integrations is precluded from taking the deposition of Intersil in this action.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE