IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a
Delaware corporation,

        Plaintiff,

    v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a Delaware
corporation, and FAIRCHILD
SEMICONDUCTOR CORPORATION,  a
Delaware corporation,

        Defendants.

C.A. No. 04-1371 JJF

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 25, 2006, a true and correct copy of

HOWARD EARHART'S RESPONSES AND OBJECTIONS TO NOTICE OF

SUBPOENA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45 were

caused to be served on the attorneys of record, at the following addresses, on the date and

in the manner indicated:

| **BY FACSIMILE AND U.S. MAIL** | **BY FACSIMILE AND U.S. MAIL** |
|---|---|
| Steven J. Balick, Esquire | G. Hopkins, Guy, III |
| John G. Day, Esquire | Bas de Blank |
| Ashby & Geddes | Orrick, Herrington, Sutcliffe LLP |
| 222 Delaware Avenue, 17th Floor | 1000 Marsh Road |
| P.O. Box 1150 | Menlo Park, CA  94025 |
| Wilmington, DE  19899 | |
| Facsimile:  (302) 652-0607 | |

Dated:  August 25, 2006

FISH & RICHARDSON P.C.


By:  */s/ Sean P. Hayes*_____
    William J. Marsden, Jr. #2247)
    Sean P. Hayes (#4413)
    919 N. Market Street, Suite1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    Telephone: (302) 652-5070
    Facsimile:  (302) 652-0607


    Frank E. Scherkenbach
    225 Franklin Street
    Boston, MA 02110-2804
    Telephone: (617) 542-5070
    Facsimile:  (617) 542-8906

    Howard G. Pollack
    Gina M. Steele
    Michael R. Headley
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile:  (650) 839-5071

    Attorneys for Plaintiff
    POWER INTEGRATIONS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O.  Box 1150
Wilmington, DE 19899

I hereby certify that on August 25, 2006, I have sent via email, the Notice of Service to the following non-registered participants:

Bas de Blank
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

_/s/ Sean P. Hayes_____
Sean P. Hayes