IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>        Defendants. | C.A. No. 04-1371-JJF |

**DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS, INC.'S COMBINED RESPONSE TO
(A) DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF MICHAEL C. KEELEY, REBUTTAL EXPERT REPORT ON DAMAGES, AND CONTINUATION OF DAMAGES TRIAL,
AND
(B) DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENTAL REPORT ON DAMAGES**

    I, William J. Marsden, Jr. declare as follows:

    1.    I am a principal of Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

    2.    Attached hereto as Exhibit A is a true and correct copy of a letter from Frank E. Scherkenbach to Bas de Blank dated August 15, 2006.

    3.    Attached hereto as Exhibit B is a true and correct copy of an email from Bas de Blank to Frank E. Scherkenbach dated August 15, 2006.

    4.    Attached hereto as Exhibit C is a true and correct copy of a letter from David J. Miclean to Bas de Blank dated August 14, 2006.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Bas de Blank to David J. Miclean dated August 15, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from David J. Miclean to Bas de Blank dated August 16, 2006.

7. Attached hereto as Exhibit F is a true and correct copy of the May 31, 2006 Pretrial Conference Transcript.

8. Attached hereto as Exhibit G is a true and correct copy of the July 31, 2006 Press Release of Power Integrations, Inc.

9. Attached hereto as Exhibit H is a true and correct copy of a letter from Brian H. VanderZanden to Michael R. Headley dated May 23, 2006.

10. Attached hereto as Exhibit I is a true and correct copy of a letter from Bas de Blank to Michael R. Headley dated June 30, 2006.

11. Attached hereto as Exhibit J is a true and correct copy of a Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation's Third Supplemental Response to Interrogatory No. 8, dated June 6, 2006.

12. Attached hereto as Exhibit K is a true and correct copy of a letter from Frank E. Scherkenbach to Bas de Blank dated August 15, 2006.

13. Attached hereto as Exhibit L is a true and correct copy of a letter from Bas de Blank to Frank E. Scherkenbach dated August 16, 2006.

14. Attached hereto as Exhibit M is a true and correct copy of a letter from Michael R. Headley to Bas de Blank dated May 11, 2006.

15. Attached hereto as Exhibit N is a true and correct copy of a letter from Michael R. Headley to Brian VanderZanden dated May 22, 2006.

16. Attached hereto as Exhibit O is a true and correct copy of a letter from Michael R. Headley to Bas de Blank dated July 15, 2006.

17. Attached hereto as Exhibit P is a true and correct copy of a letter from David J. Miclean to Bas de Blank dated August 9, 2006.

18. Attached hereto as Exhibit Q is a true and correct copy of an excerpt from the Expert Report of Michael Shields on Infringement, dated October 18, 2005.

19. Attached hereto as Exhibit R is a true and correct copy of a letter from Michael R. Headley to Bas de Blank dated July 13, 2006.

20. Attached hereto as Exhibit S is a true and correct copy of the excerpts 44:9 - 45:14; 78:15 - 79:3; 100:25 - 101:9; 108:7 - 11; 108:24 - 109:5; 118:6 - 19; 126:8 - 127:9 to the transcript of Ronald DuPuis, Jr., taken August 3, 2006.

21. Attached hereto as Exhibit T is a true and correct copy of a document entitled "Design/Process Change Notification – Final," indicating "Date Created: 5/25/2005" and a document entitled "Forecast Change Notification," indicating "Date Created: 1/10/2005."

22. Attached hereto as Exhibit U is a true and correct copy of FCS1693120-FCS1693129.

23. Attached hereto as Exhibit V is a true and correct copy of FCS0103135-49.

24. Attached hereto as Exhibit W is a true and correct copy of excerpts, including pages 1-4, from the Rebuttal Expert Report on Patent Damages of Michael C. Keeley dated March 7, 2006.

25. Attached hereto as Exhibit X is a true and correct copy of a letter from David J. Miclean to Bas de Blank dated August 11, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of August, 2006, at Wilmington, Delaware.

    */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr.

50366898.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006, I electronically filed the Public Version of the Declaration of William J. Marsden, Jr. In Support of Power Integrations, Inc.'s Combined Response to (A) Defendant's Motion for Protective Order Regarding Deposition of Michael C. Keeley, Rebuttal Expert Report on Damages, and Continuation of Damages Trial, and (b) Defendants' Motion to Strike Plaintiff's Second Supplemental Report on Damages with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esq.
> John G. Day, Esq.
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P. O. Box 1150
> Wilmington, DE 19899

I hereby certify that on August 28, 2006, I have sent via email to the following non-registered participants:

> Bas de Blank
> Orrick, Herrington, Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025

*/s/ William J. Marsden, Jr.*_____
William J. Marsden, Jr. (#2247)