# Exhibit J

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit K

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

<u>BY FACSIMILE AND U.S. MAIL</u>

August 15, 2006

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:    <u>Power Integrations, Inc. v. Fairchild Semiconductor International</u>
       USDC-D. Del. - C.A. No. 04-1371 JJF



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Bas:

I write to clarify certain of the assertions made in Fairchild's various moving papers regarding the FSD210HD.

First, in Fairchild's motion for protective order regarding the Keeley deposition, you say in footnote 3 that "the FSD210 is a different product from the FSD210HD". Do you intend to represent to the Court that the differences between these parts are relevant in any way to the infringement positions of the experts in this case?

Second, in Fairchild's motion to strike Mr. Troxel's supplemental damages report, you say "no discovery of the FSD210HD schematics, datasheets, or other technical information has occurred". Are you representing that there in fact is a set of schematics specific to the FSD210HD? Are you representing that there in fact is a datasheet specific to the FSD210HD? Are you representing that there is in fact additional technical information relating to the FSD210HD beyond that which Fairchild has already produced?

Finally, again in your motion to strike (at page 7), you say the inclusion of the FSD210HD has increased the claimed damages "by well over $10 million". I do not understand how you arrived at that number. Please explain it.

Sincerely,

Frank E. Scherkenbach

FES/cms

50366221.doc

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO           0456
CONNECTION TEL     #10256#000453531#6147401
CONNECTION ID
ST. TIME           08/15 17:22
USAGE T            00'42
PGS. SENT          2
RESULT             OK
```

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

**Date** August 15, 2006

**To** Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400

**Facsimile number** 10256-000453531 / (650) 614-7401

**From** Frank E. Scherkenbach

**Re** Power Integrations, Inc. v. Fairchild Semiconductor International
USDC-D. Del. – C.A. No. 04-1371 JJF

**Number of pages
Including this page** 2

**Message** Please see attached.

# Exhibit L



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

*tel* 650-614-7400
*fax* 650-614-7401
WWW.ORRICK.COM

August 16, 2006

Bas de Blank
(650) 614-7343
basdeblank@orrick.com

*VIA FACSIMILE*

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

> Re: <u>Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)</u>

Dear Frank:

I write to respond to your questions concerning Fairchild's position with respect to the FSD210HD. To be clear, the position is as follows – the FSD210HD is not an accused device at issue in this case. Power Integrations has not identified as an accused device in its interrogatory responses, Power Integrations has provide no discovery concerning any allegations with respect to the FSD210HD, and no basis for alleged infringement was identified in Power Integrations' technical expert reports.

Thus, while Power Integrations has long been aware of the existence of the FSD210HD (indeed, Fairchild specifically identified the FSD210HD in its interrogatory responses produced a number of documents that incidentally refer to this unique device), Power Integrations has never identified it as an accused device. Fairchild has long since produced all relevant, responsive, and non-privileged documents

Finally, we agree that Mr. Troxel's 93-page "Summary" report is difficult to understand and share your confusion as to the basis and amount of Mr. Troxel's claims. In Exhibit E-1a, Mr. Troxel purports to demand $8,915,209 for "Lost Profits From Lost Sales" for the FSD210HD. In Exhibit I-1a, Mr. Troxel appears to demand an additional $3,181,495 in "reasonable royalty". While Fairchild seriously questions the accuracy of Mr. Troxel's calculations and reliability of Mr. Troxel's theories, it appears to Fairchild that Power Integrations is seeking at least $12,096,704 – "well over $10 million" – in damages for Fairchild's sale of the non-accused FSD210HD. If this is not the case, please let me know at once.

Sincerely,

Bas de Blank

cc:    William J. Marsden, Jr.
       David Miclean
       Howard G. Pollack

# Exhibit M

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA FACSIMILE & U.S. MAIL**
650/614-7401

May 11, 2006

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

**Michael R. Headley**
(650) 839-5139

Email
headley@fr.com

   Re:   <u>Power Integrations Inc. v. Fairchild Semiconductor Int'l</u>
          USDC-D. Del. - C.A. No. 04-1371-JJF



AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Bas:

This letter concerns the manufacture of the accused devices in this case. Mr. Kim's recent testimony, in particular his inability to explain documents that show that Fairchild has been manufacturing the accused products at Fairchild's 6" fab in South Portland, Maine since early last year, raise serious concerns with Fairchild's contention that all manufacturing of the accused devices is done in Korea. In light of these documents and testimony, we expect Fairchild to supplement its interrogatory responses immediately, including at least the response to Interrogatory No. 8.

Please let us know when we can expect to receive such a response; in any event, we expect Fairchild to supplement its response by the close of business on Tuesday, May 16, to permit the parties to address this issue at the pretrial conference if necessary.

Sincerely,

Michael R. Headley

50347890.doc

# Exhibit N

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA FACSIMILE & U.S. MAIL**
650/614-7401

May 22, 2006

Brian VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:     Power Integrations Inc. v. Fairchild Semiconductor Int'l
        USDC-D. Del. - C.A. No. 04-1371-JJF

**FR**

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Brian:

I received your three line letter of May 15 stating that you were investigating the manufacture of the accused Fairchild parts in the United States, and I raised the issue again with your colleague Bas de Blank during our phone conference of May 17, but I have yet to hear anything further.  This is a serious issue, as it appears as though Fairchild's counsel may have mischaracterized and/or deliberately ignored the state of affairs with respect to Fairchild's manufacture of the accused devices in the United States.  In light of this sequence of events, Power Integrations may very well need a 30(b)(6) deposition to get the bottom of the issue, and we intend to raise it at the pretrial conference as I discussed with Mr. de Blank last Wednesday.  To that end, please provide us with an update as to the status of your investigation by the close of business tomorrow, in addition to supplementing Fairchild's interrogatory responses accordingly.

Sincerely,

Michael R. Headley

50350032.doc

# Exhibit O

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA FACSIMILE & U.S. MAIL**
650/614-7401

July 15, 2006

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

Re:    Power Integrations Inc. v. Fairchild Semiconductor Int'l
       USDC-D. Del. - C.A. No. 04-1371-JJF



AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Bas:

I received your most recent letter regarding Fairchild's manufacture of FSD210HD devices in the United States and am disappointed that Fairchild continues to give short shrift to this serious issue. Power Integrations has long sought information regarding the accused FSD210 family of products, and since we confirmed the U.S. production program during Mr. Kim's deposition on April 29, we have specifically asked for documents concerning the manufacture and sale/distribution of the products on numerous occasions. Despite our numerous requests, we have received <u>one</u> <u>document</u> concerning the devices and their manufacture in the United States, and Fairchild has not provided any information regarding what happened to those devices once they were manufactured.

Your letter suggests we just recently asked for new documents because I mentioned a few kinds of documents we would expect to have received (run cards and the like), but this is not true, as Power Integrations has consistently sought the production of <u>all</u> documents concerning the manufacture and/or sale/distribution of the nearly 3,000,000 devices built on U.S. soil. Fairchild's stonewalling cannot be reconciled with your claim that "Fairchild has and continues to take seriously all of its discovery obligations."

We have bent over backwards to accommodate Fairchild's collection and production of documents regarding the U.S.-based activity, but we have not received any further production or an explanation for Fairchild's delay in producing documents (much less an explanation for Fairchild's initial failure to mention the manufacture of these parts in the United States). As such, I have enclosed another 30(b)(6) notice on this issue, with a topic specifically directed to Fairchild's efforts to collect and produce documents. Given Fairchild's various characterizations of the FSD210HD, this notice also includes a topic calling for an explanation of the product's functionality so that we can determine whether there are any differences between the FSD210 and FSD210HD that are meaningful with respect to Power Integrations' circuit patents. As Fairchild rejected our recent proposal to designate the FSD210 as representative to

FISH & RICHARDSON P.C.

Bas de Blank
July 15, 2006
Page 2

simplify the presentation at trial, we presume you can explain any material differences with "HD" parts.

This new notice can likely be addressed in connection with the prior 30(b)(6) notice on the issue of U.S. manufacturing, and we have therefore noticed the deposition for the same time, but we will work with you on the scheduling if it proves necessary to move the date (provided the parties can complete this discovery in time to finish the damages experts' reports and prepare the case for trial). As for documents, there is no excuse for further delay. If Fairchild does not produce <u>all</u> documents concerning the manufacture and/or distribution/sale of the FSD210HD parts manufactured in the United States by the close of business Wednesday, we will bring this matter to the Court's attention.

Sincerely,

Michael R. Headley

50360359.doc

# Exhibit P

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA FACSIMILE & U.S. MAIL**
(650) 614-7401

August 9, 2006



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:   <u>Power Integrations, Inc. v. Fairchild Semiconductor International</u>
      USDC-D. Del. - C.A. No. 04-1371 JJF

Dear Bas:

Fairchild did not comply with FRCP 30(b)(6) in regards to Power Integrations'
second and third notices of deposition of Fairchild as we advised you at the
deposition of Ron Dupuis. Contrary to your representations, Mr. Dupuis was not
knowledgeable concerning Topics Nos. 44, 45, 46, 47, 48, 49, 50, 51 or 52. Mr.
Dupuis admitted that Joe Matukas was the proper Fairchild witness who should have
been presented on the SDG4 transfer process and manufacture of the FSD210HD
parts in the United States. Mr. Dupuis did, however, confirm the spoliation of critical
evidence concerning the manufacture of these accused parts, and the wholesale failure
by Fairchild to even attempt an adequate search for documents connected to the
manufacture, distribution and sale of the FSD210HD parts.

At the very least, Power Integrations expects that you will present Joe Matukas, Mr.
Dolney and Kevin Nason. Power Integrations also makes demand for the following
documents, which were neither searched for, nor produced, in connection with this
deposition and in compliance with Fairchild's obligation to supplement its document
production. These documents should be produced prior to the depositions going
forward, which should be within the next two weeks. All of these documents were
testified to by Mr. Dupuis as documents relevant to the SDG4 transfer process and the
manufacture, distribution and sale of the FSD210HD parts. Yet these documents
were not even looked for, much less found by Fairchild and your office. Fairchild's
failure to produce knowledgeable witnesses instead of proper 30(b)(6) witnesses, and
wholesale failure to produce adequate documentation concerning the manufacturing
of accused parts in the United States, will be brought to Judge Farnan's attention if it
is not immediately remedied. The following are the documents that should be

FISH & RICHARDSON P.C.

Bas de Blank
August 9, 2006
Page 2

immediately produced by Fairchild in regards to the SDG4 transfer process and the
manufacture in the United States of the FSD210HD:

1. Iterations of the wafer start matrix;
2. SDG4 e-mails (which Mr. Dupuis deleted) but which others may have (20-25 e-mails about SDG4 transfer process);
3. The SDG folders from other people in the SDG4 transfer group;
4. Quality Assurance files relating to the manufacture of these parts in the United States;
5. Shipping documents (PeopleSoft records, Business Objects database records);
6. Pricing documents regarding the FSD210HD;
7. Run cards for the FSD210HD;
8. WorkStream records (electronic copies of run cards);
9. Technical e-mails regarding the FSD 210 HD (especially from John Matukas and others on the SDG4 transfer team);
10. Prior iterations of the SDG4/G process transfer schedule (see Exhibit 6 to the Dupuis deposition);
11. Status update reports for D. Wilson's weekly meetings on the SDG4 transfer team ;
12. Design rule specifications;
13. Minutes of D. Wilson's weekly meetings (that existed at least in e-mail form pursuant to the Dupuis testimony);
14. Versions 1, 2, and 3 of the SDG4 transfer document process qualification plan;
15. Project schedules (referred to in links of Exhibit 8 spreadsheet);
16. Charter (referred to in links of Exhibit 8 spreadsheet);
17. Wafer reliability plan - WRL plan (referred to in links of Exhibit 8 spreadsheet);
18. Technical documents (referred to in links of Exhibit 8 spreadsheet);
19. FSD210HD datasheet testified to by Dupuis; and
20. Sales documents and other documents showing the downstream delivery and sale of the FSD210HD parts manufactured by Fairchild.

Hopefully you are already in the process of searching for these documents since we
requested their production after the deposition of Mr. Dupuis.  In any event, we
would expect them to be produced next week no later than August 16, 2006 with
depositions of Mr. Matukas, Kevin Nason and Mr. Dolney proceeding in the week
thereafter.  Please contact me in regards to an appropriate schedule that we can agree
upon.  If I do not hear from you this week, we will have no choice but to bring this
matter before Judge Farnan.

FISH & RICHARDSON P.C.

Bas de Blank
August 9, 2006
Page 3


Thank you for your attention to this matter.

Very truly yours,

David J. Miclean

DJM/dma

50364991.doc

# Exhibit Q

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit R

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

**VIA FACSIMILE, E-MAIL, & U.S. MAIL**
650/614-7401

July 13, 2006

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:    Power Integrations Inc. v. Fairchild Semiconductor Int'l
       USDC-D. Del. - C.A. No. 04-1371-JJF



AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Bas:

To simplify matters for trial, Power Integrations will further narrow the asserted claims to the following dozen:

'876 - claims 1, 17, and 19;
'851 - claims 1, 2, and 4;
'366 - claims 1, 2, 9, and 14;
'075 - claims 1 and 5.

To summarize what is provided in Power Integrations' experts' infringement reports, I note that the following is a complete list of accused devices for the three circuit patents:

FSD200; FSD200B; FSD210; FSD210B; FSD210H; FSD210HD; FSD211; FSD500; FSDL321; FSDL321L; FSDH321; FSDH321L; FSDL0165RN; FSDM0265RN; FSDM0265RNB; FSDH0265RN; FSDL0365RN; FSDL0365RNB; FSDM0365RN; FSDM0365RNB; FSDL0165RL; FSDM0265RL; FSDH0265RL; FSDL0365RL; FSDM0365RL; FSDM311; FSCM0565R; and the FSCM0765R.

Power Integrations' circuit expert addressed these products in a representative manner, specifically, that four parts (the FSD210, FSDL0365RN, FSDL0365RNB, and the FSDM311) are representative of all of these accused devices. More particularly, based on the evidence obtained during fact and expert discovery, Power Integrations believes, that for the purposes of infringement, these 4 parts are representative of all the accused parts as follows:

The FSD210 is representative of the FSD200, FSD200B, FSD210, FSD210B, FSD210H, FSD210HD, FSD211 and FSD500 with regard to infringement of the '851 and '366 patents (plus the FSCM0565R and FSCM0765R with regard to the '876 patent).

FISH & RICHARDSON P.C.

Bas de Blank
July 13, 2006
Page 2

> The FSDL0365RN is representative of the FSDL321, FSDH321,
> FSDL0165RN, FSDM0265RN, FSDH0265RN, FSDL0365RN,
> FSDM0365RN, FSDL321L, FSDH321L, FSDL0165RL, FSDM0265RL,
> FSDH0265RL, FSDL0365RL, and FSDM0365RL.

> The FSDL0365RNB is representative of the FSDM0265RNB,
> FSDL0365RNB, and FSDM0365RNB for purposes of infringement.

> The FSDM311 stands alone.

Power Integrations asks that Fairchild stipulate that these parts are representative as
set forth above for purposes of infringement, as Power Integration's expert treated
them in his reports, to simplify the trial presentation and to remove any doubts
regarding proofs regarding materially identical parts. To this end we also note that
Fairchild's experts did not dispute the treatment of these parts as representative
during this case.

Also as explained in Power Integrations' expert reports, the patents are asserted as
follows:

'851 patent – against FSD210 as representative;
'876 patent – against FSD210 as representative, FSDL0365RN as representative, and
FSDL0365RNB as representative;
'366 patent – against FSD210 as representative, FSDL0365RNB as representative,
and FSDM311.

The following is a complete list of the accused devices for the '075 patent:

FSD200; FSD200B; FSD210; FSD210B; FSD210H; FSD210HD; FSD211; FSD500;
FSDL321; FSDL321L; FSDH321; FSDH321L; FSDL0165RN; FSDM0265RN;
FSDM0265RNB; FSDH0265RN; FSDH0265RNB; FSDL0365RN; FSDL0365RNB;
FSDM0365RN; FSDM0365RNB; FSDL0165RL; FSDM0265RL; FSDM0265RLB;
FSDH0265RL; FSDH0265RLB; FSDL0365RL; FSDL0365RLB; FSDM0365RL;
FSDM0365RLB; FSDM311; FSDM0565; FSDM07652; FSDH565; FSDH0165; the
FAN7601 series.

Given the nature of the patent, Power Integrations' expert addressed infringement of
the '075 patent with respect to the process used to manufacture the accused devices,
specifically the SDG3 or SDG4 process and their 75V or ~700V transistors device
structures, but that does not impact the list of accused products.

Power Integrations further asks that Fairchild stipulate that the parts listed above are
made with the SDG3 and/or SDG4 processes. The proofs at trial will focus on the

FISH & RICHARDSON P.C.

Bas de Blank
July 13, 2006
Page 3

process information as was done by both sides' experts during the case. The requested stipulation will simplify the trial presentation and remove any doubts regarding the effect of the proofs regarding the processes on the products sold by Fairchild.

While Fairchild is considering this proposal, Power Integrations asks that Fairchild extend the deadline to respond to Fairchild's Motion to Compel "Pared Down" claims to Tuesday, July 18, to permit the parties to work out the particulars of the stipulation.

Regardless of your position as to the stipulation, let me know your position on the extension by the end of the day, and we can work out the drafting of the formal stipulation thereafter.

Sincerely,

Michael R. Headley

50359973.doc

# Exhibit S

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit T

Date Created: 1/10/2005
Date Issued: 1/18/2005
PCN # 20050205

FORECAST CHANGE NOTIFICATION

This is to inform you that a design and/or process change will be made
to the following product(s).  This notification is for your information and
concurrence.  This is a preliminary notification.  A final PCN will
be issued when qualification is complete and data is available.

If you require data or samples to qualify this change, please contact **Fairchild
Semiconductor within 30 days of receipt of this notification.**

If you have any questions concerning this change, please contact:

Name:  KIM, HONGJIN
E-Mail:  HONGJIN.KIM@notes.fairchildsemi.com
Phone:  82-32-680-1737

PCN Originator
Name:  KIM, HONGJIN
E-mail:  HONGJIN.KIM@notes.fairchildsemi.com
Phone:  82-32-680-1737

REL Engineer
Name:  EUN, DONGHYUN
E-mail:  DONGHYUN.EUN@notes.fairchildsemi.com
Phone:  82-32-680-1797

PCN Type:  Alternate Fab Location

Effectivity
Expected 1st Device Shipment Date:  6/13/2005
Earliest Year/Work Week of Changed Product:  0525
(Note: Package marking may differ from this format)

Product ID (Description):
Some Green FPS devices which are manufactured by SDG4 process.

Description of Change:
FAIRCHILD Semiconductor is currently manufacturing some Green FPS products, which are
manufactured using SDG4 process, at 'Bucheon in Korea'.  The SDG4 process is a high
voltage BCDMOS process with a 1.2um technology and it was qualified at Bucheon in
2003.
As part of FAIRCHILD Semiconductor's ongoing effort to increase capacity, reduce
cycle times and improve customer service, the Green FPS products will be manufactured
at the both 'Bucheon in Korea and Maine in USA'.

Effect of Change:
There will be no impact to the electrical characteristics of these products.
This change will enlarge the production capacity to meet any customer's need.

Qualification:
The qualification plan is intended to meet all our criteria for qualifying an
alternative fabrication site and the overall quality and reliability of our products.


Qual/REL Plan Numbers

Additional Qualification Data
**Reliability Testing**
The FSD210HD is the representative device for this reliability testing.
Lot size:  3 Lot(s), Sample Size: 1,800ea(600ea/each lots)

| Item | Test condition | Sample Size | Read out |
|------|----------------|-------------|----------|
| HTOL | Ta=125'C , Vdd=50V, Vstr=560V, VCC=23V | 77 ea | 168HR, 500HR, 1000HR |
| HTRB | Ta=125'C , Vdd=560V | 77 ea | |
| HTSL | Ta=150'C | 77 ea | |
| THBT | Ta=85'C, RH=85%, VCC=15V->10V | 77 ea | |
| HTOL-JFET | Ta=125'C , Vstr=560V, VCC=4.7uF | 77 ea | |
| Dynamic | Ta=60'C, AC=220V | 50 ea | 48 HR |
| ACLV | Ta=121'C, RH=100%, 15 PSIG | 77 ea | 96 HR |
| TMCL | Air to air, - 65'C ~ 150'C | 77 ea | 200 Cycle, |
| WHTS + HV_HTOL | WHTS(85'C / 85%) 96HR progress -> 24HR room temp. storage -> HV_HTOL(Vstr=Vdd=560V, Vcc Cap=10uF, Vfb=0V) 168HR progress | WHTS(100ea) , Rel. test(77ea) | 120HR, 168HR |
| WHTS + Dynamic | WHTS(85'C/ 85%) 96HR progress -> 24HR room temp. storage -> Dynamic 48HR progress | WHTS(50ea) , Rel. test(30ea) | 120HR, 48HR |
| ESD | HBM : JESD22-A114 MM : JESD22-A115 CDM : JESD22-C101 | 150 ea | - |


Affected FSIDs

| | | |
|---|---|---|
| FSCQ0765RBTTU | FSCQ0765RBTYDTU | FSCQ0765RTTU |
| FSCQ0765RTYDTU | FSCQ1265RTTU | FSCQ1265RTYDTU |
| FSD210HD | FSDH321 | FSDH321L |
| FSDH321LX | FSDH321Z | FSDL0165RL |
| FSDL0165RN | FSDL312 | FSDM0265RL |
| FSDM0265RN | FSDM0565RNC | FSDM0365RL |
| FSDM0365RN | FSDM0565RBD | FSDM0565RBITU |
| FSDM0565RBIWDTU | FSDM0565RBLWDTU | FSDM0565RBWDTU |
| FSDM0565RSTU_NL | FSDM0565RSYDTU | FSDM0565RYDTU |
| FSDM100 | FSDM310 | FSDM311 |
| FSDM311L | | |

Date Created: 4/25/2005
Date Issued: 5/5/2005
PCN # 20050205-A

DESIGN/PROCESS CHANGE NOTIFICATION -- FINAL

This is the first revision of the PCN 20050205 to issue a final PCN and to add
affected device names.


This is to inform you that a design and/or process change will be made to the
following product(s). This notification is for your information and concurrence.

If you require data or samples to qualify this change, please contact **Fairchild
Semiconductor within 30 days of receipt of this notification.**

If you have any questions concerning this change, please contact:

                    Name:  KIM, HONGJIN
                    E-Mail:  HONGJIN.KIM@notes.fairchildsemi.com
                    Phone:  82-32-680-1737

PCN Originator
Name:  KIM, HONGJIN
E-mail:  HONGJIN.KIM@notes.fairchildsemi.com
Phone:  82-32-680-1737

REL Engineer
Name:  EUN, DONGHYUN
E-mail:  DONGHYUN.EUN@notes.fairchildsemi.com
Phone:  82-32-680-1797

PCN Type:  Alternate Fab Location

Effectivity
Expected 1st Device Shipment Date:  6/13/2005
Earliest Year/Work Week of Changed Product:  0525
(Note: Package marking may differ from this format)

Product ID (Description):
Some Green FPS devices which are manufactured by SDG4 process.


Description of Change:
FAIRCHILD Semiconductor is currently manufacturing some Green FPS products, which are
manufactured using SDG4 process, at 'Bucheon in Korea'. The SDG4 process is a high
voltage BCDMOS process with a 1.2um technology and it was qualified at Bucheon in
2003.
As part of FAIRCHILD Semiconductor's ongoing effort to increase capacity, reduce
cycle times and improve customer service, the Green FPS products will be manufactured
at the both 'Bucheon in Korea and Maine in USA'.


Effect of Change:
There will be no impact to the electrical characteristics of these products.
This change will enlarge the production capacity to meet any customer's need.

Qualification:
The qualification plan is intended to meet all our criteria for qualifying an
alternative fabrication site and the overall quality and reliability of our products.


Qual/REL Plan Numbers

Additional Qualification Data
**Reliability Testing**
The FSD210HD is the representative device for this reliability testing.
Lot size: 3 Lot(s), Sample Size: 1,800ea(600ea/each lots)

| Item | Test condition | Sample Size | Read out | Results (failed samples / tested samples) |
|------|----------------|-------------|----------|-------------------------------------------|
| HTOL | Ta=125°C , Vdd=50V, Vstr=560V, VCC=23V | 77 ea | | 0/ 77 ea |
| HTRB | Ta=125°C , Vdd=560V | 77 ea | 168HR 500HR 1000HR | 0/ 77 ea |
| HTSL | Ta=150°C | 77 ea | | 0/ 77 ea |
| THBT | Ta=85°C, RH=85%, VCC=15V->10V | 77 ea | | 0/ 77 ea |
| HTOL-JFET | Ta=125°C , Vstr=560V, VCC=4.7uF | 77 ea | | 0/ 77 ea |
| Dynamic | Ta=60°C, AC=220V | 50 ea | 48 HR | 0/ 50 ea |
| ACLV | Ta=121°C, RH=100%, 15 PSIG | 77 ea | 96 HR | 0/ 77 ea |
| TMCL | Air to air, - 65°C ~ 150°C | 77 ea | 200 Cycle 500 Cycle | 0/ 77 ea |
| WHTS + HV_HTOL | WHTS(85°C/ 85%) 96HR progress -> 24HR room temp. storage -> HV_HTOL (Vstr=Vdd=560V, Vcc Cap=10uF, Vfb=0V) 168HR progress | WHTS(100ea) , Rel. test(62ea) | 120HR 168HR | 0/ 62 ea |
| WHTS + Dynamic | WHTS(85°C/ 85%) 96HR progress -> 24HR room temp. storage -> Dynamic 48HR progress | WHTS(50ea) , Rel. test(41ea) | 120HR 48HR | 0/ 41 ea |
| ESD | HBM : JESD22-A114 MM : JESD22-A115 CDM : JESD22-C101 | 150 ea | - | 0/150 ea |


Affected FSIDs
FSCQ0765RBTTU
FSCQ0765RTYDTU
FSD200B
FSD210BM
FSDH321
FSDH321Z

FSCQ0765RBTYDTU
FSCQ1265RTTU
FSD200BM
FSD210HD
FSDH321L
FSDL0165RL

FSCQ0765RTTU
FSCQ1265RTYDTU
FSD210B
FSD250
FSDH321LX
FSDL0165RN

```
FSDL312                FSDM0265RL             FSDM0265RN
FSDM0265RNC            FSDM0365RL             FSDM0365RN
FSDM0565RBD           FSDM0565RBITU          FSDM0565RBIWDTU
FSDM0565RBLWDTU       FSDM0565RBWDTU         FSDM0565RSTU_NL
FSDM0565RSYDTU        FSDM0565RYDTU          FSDM100
FSDM310               FSDM311                FSDM311L
```

```
EBV          PCN Number:  20050205-A      Acct Mgr:  N/A
             PCN Level:  0                Lead Time:  No Notification Required
             Custom Spec:                 Qual Req:  C      Sample:  N
=================================================================================
EBV EUR STD/GERMANY                      FSCQ0765RTYDTU          (Contract)
                                         FSCQ1265RTYDTU          (Contract)
                                         FSD200B                 (Contract)
                                         FSD200BM                (Contract)
                                         FSD210B                 (Contract)
                                         FSD210BM                (Contract)
                                         FSD210HD                (Contract)
                                         FSDH321                 (Contract)
                                         FSDH321L                (Contract)
                                         FSDH321Z                (Contract)
                                         FSDL0165RL              (Contract)
                                         FSDL0165RN              (Contract)
                                         FSDM0265RL              (Contract)
                                         FSDM0265RN              (Contract)
                                         FSDM0265RNC             (Contract)
                                         FSDM0365RL              (Contract)
                                         FSDM0365RN              (Contract)
                                         FSDM0565RBLWDTU         (Contract)
                                         FSDM0565RBWDTU          (Contract)
                                         FSDM0565RSYDTU          (Contract)
                                         FSDM100                 (Contract)
                                         FSDM311                 (Contract)
                                         FSDM311L                (Contract)
EBV EURO NON STD / GERMANY               FSCQ0765RTYDTU          (Contract)
                                         FSCQ1265RTYDTU          (Contract)
                                         FSD200B                 (Contract)
                                         FSD200BM                (Contract)
                                         FSD210B                 (Contract)
                                         FSD210BM                (Contract)
                                         FSD210HD                (Contract)
                                         FSDH321                 (Contract)
                                         FSDH321L                (Contract)
                                         FSDH321Z                (Contract)
                                         FSDL0165RL              (Contract)
                                         FSDL0165RN              (Contract)
                                         FSDM0265RL              (Contract)
                                         FSDM0265RN              (Contract)
                                         FSDM0265RNC             (Contract)
                                         FSDM0365RL              (Contract)
                                         FSDM0365RN              (Contract)
                                         FSDM0565RBLWDTU         (Contract)
                                         FSDM0565RBWDTU          (Contract)
                                         FSDM0565RSYDTU          (Contract)
                                         FSDM100                 (Contract)
                                         FSDM311                 (Contract)
                                         FSDM311L                (Contract)
EBV \USD                                 FSCQ0765RTYDTU          (Contract)
                                         FSCQ1265RTYDTU          (Contract)
                                         FSD200B                 (Contract)
                                         FSD200BM                (Contract)
                                         FSD210B                 (Contract)
                                         FSD210BM                (Contract)
                                         FSD210HD                (Contract)
                                         FSDH321                 (Contract)
                                         FSDH321L                (Contract)
                                         FSDH321Z                (Contract)
                                         FSDL0165RL              (Contract)
```

```
FSDL0165RN              (Contract)
FSDM0265RL              (Contract)
FSDM0265RN              (Contract)
FSDM0265RNC             (Contract)
FSDM0365RL              (Contract)
FSDM0365RN              (Contract)
FSDM0565RBLWDTU         (Contract)
FSDM0565RBWDTU          (Contract)
FSDM0565RSYDTU          (Contract)
FSDM100                 (Contract)
FSDM311                 (Contract)
FSDM311L                (Contract)
```

# Exhibit U

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit V

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit W

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit X

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA FACSIMILE & U.S. MAIL**
(650) 614-7401

August 11, 2006



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:   Power Integrations, Inc. v. Fairchild Semiconductor International
      USDC-D. Del. - C.A. No. 04-1371 JJF

Dear Bas:

This is in response to your letter of August 10, 2006.  You should have received the
Excel files for the Troxel Summary Report yesterday.  As has been covered with you
on numerous occasions, the Troxel reports include proper and appropriate
information.  The Summary Report was provided to you so Fairchild would have the
opportunity to finish the deposition of Mr. Troxel, and provide relevant damages
information to Dr. Keeley in advance of his deposition.  As you know, the discovery
cutoff for damages is August 18, 2006.  Though we have tried to get commitment
from you on a schedule to complete this discovery, you have refused to discuss it with
us, and have not agreed to a schedule.

Your positions in regard to the Troxel reports do not make sense.  Is it your position
that the damages experts can make no mention of information or facts they learn after
their reports, which impact their damage opinions and calculations, (most of which
are mentioned in the original expert reports?)  Certainly, the Slayton deposition
testimony taken by your office, and the System General ITC decision are such facts.
You can't really be saying that Dr. Keeley can claim that System General products
are non-infringing substitutes for damages analysis, but Mr. Troxel can't update the
Judge and jury that System General was recently found to be an infringer in the ITC,
and their product not a non-infringing substitute.  The S.G. Cowen reports are
mentioned several times in the Troxel and Keeley reports, and yet, it is your position
that facts elicited from the Slayton deposition which elucidate those reports, cannot
be mentioned because the testimony was given after the original report?  That makes
no sense.  For the same reasons, your objections to Mr. Troxel's citation of the
confirmations of Mr. Lum that infringing Fairchild chips are, in fact, sold in the
United States (as opined by Mr. Troxel) are not well taken.

FISH & RICHARDSON P.C.

Bas de Blank
August 11, 2006
Page 2

Your position as to the FSD210HD is equally mind-boggling.  You now claim the FSD210HD is not an accused device, and yet you called it an accused device in your prior correspondence, and it was acknowledged as such in Fairchild interrogatory responses.  What Fairchild concealed, until it was brought to light by Michael Headley, is that almost 3,000,000 units of the FSD210HD were manufactured by Fairchild in the United States contrary to the interrogatory responses of Fairchild.  That Fairchild concealed this manufacturing, and destroyed relevant documents concerning same (see the deposition of Mr. Dupuis) and yet continues to avoid producing documents and legitimate 30(b)(6) witnesses on the manufacturing and sale of these products is sanctionable.  (Please see my letter to you of August 9, 2006.)  I do not believe Judge Farnan will countenance such concealment, and then reward it by disallowing Mr. Troxel to include the concealed information and numbers in his Summary Report.

You have all of Mr. Troxel's reports, and all the information supporting those reports.  You also have the opportunity to provide them to Dr. Keeley well in advance of any supplemental report Dr. Keeley would prepare, and prior to the depositions of Mr. Troxel and Dr. Keeley that we have proposed for August 24 and 25, 2006.  Power Integrations is not going to withdraw portions of Mr. Troxel's Summary Report or restrict his testimony on issues and facts Fairchild is not comfortable with.

Thank you for your attention to these matters.

Very truly yours,

David J. Miclean

DJM/dma

50365565.doc

```
        ********************
        ***  TX REPORT  ***
        ********************


    TRANSMISSION OK

    TX/RX NO            1349
    CONNECTION TEL                        6147401
    CONNECTION ID
    ST. TIME           08/11 15:15
    USAGE T            01'05
    PGS. SENT             3
    RESULT             OK
```

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

**Date**     August 11, 2006

**To**     Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400

**Facsimile number**     10256-00453531 / (650) 614-7401

**From**     David J. Miclean

**Re**     Power Integrations, Inc. v. Fairchild Semiconductor International
Our Ref.: 10256-004LL1

**Number of pages
including this page**     3

**Message**     Please see attached.