IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | **REDACTED PUBLIC VERSION** |
| Plaintiff, | |
| v. | C.A. No. 04-1371-JJF |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, | |
| Defendants. | |

### DELCLARATION OF BRIAN VANDERZANDEN IN SUPPORT OF DEFENDANTS' COMBINED REPLY IN SUPPORT OF (A) DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENTAL REPORT ON DAMAGES (D.I. 314) AND (B) DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND CONTINUATION OF DAMAGES TRIAL (D.I. 309)

I, Brian VanderZanden, the undersigned, declare as follows:

I am an attorney with the firm, Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. (collectively, "Fairchild"). I am admitted to the Bar of the State of California. I make this declaration in support of Defendants' Combined Reply In Support Of (A) Defendants' Motion For Continuation Of Damages Trial (DI 309), And (B) Defendants' Motion To Strike Plaintiff's Second Supplemental Report On Damages (DI 314). I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

1.    Attached hereto as Exhibit 1 is a true and correct copy of the January 2006 damages expert report of Richard Troxel, Power Integrations, Inc.'s ("PI") damages expert.

2.      Attached hereto as Exhibit 2 is a true and correct copy of the OUII 337 Investigative History of Investigation No. 337-TA-541.

I declare the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed on August 23, 2006 in Menlo Park, California.

_____

Brian VanderZanden
ORRICK, HERRINGTON & SUTCLIFFE LLP

US_WEST:260078369.1

# EXHIBIT 1

**REDACTED**

# EXHIBIT 2




# OUII 337 Investigative History

**Archivist:** Benjamin Wood

| | |
|---|---|
| **Investigation No.** | 337-TA-541 |
| **In the Matter of Certain** | Power Supply Controllers and Products Containing Same |
| **Unfair Acts in Notice:** | patent infringement (direct, induced and contributory) |
| **Patent, Copyright, Trademark Nos.** | U.S. Patent No. 6,212,079; U.S. Patent No. 6,351,398; U.S. Patent No. 6,366,481; and U.S. Patent No. 6,538,908 |
| **Country of Origin (Resp./Products):** | Taiwan |

## PARTICIPANTS

| | |
|---|---|
| **Complainant(s):** | Power Integrations, Inc. of San Jose, California |
| **Respondent(s):** | System General Corporation of Taipei, Taiwan |
| **ALJ:** | Luckern |
| **OUII Attorney:** | Wood |
| **GC Attorney:** | Walters |

## PROCEDURAL HISTORY

| | |
|---|---|
| **Status before Commission:** | Completed |
| **Notice of Investigation:** | 70 Fed. Reg. 34149-50 (June 13, 2005) |
| **Type(s) of Proceeding(s)** | Violation |
| **Current Phase of Proceeding:** | terminated |
| **Inv. Termination Date:** | August 11, 2006 |
| **Published Commission Opinions:** | |
| **Related Court Decisions:** | |

## DISPOSITION

| | |
|---|---|
| **Disposition:** | Violation Found; Limited Exclusion Order |
| **Unfair Acts Found:** | Patent |
| **Notes Re: Disposition/Remedy:** | U.S. Patent Nos. 6,351,398 and 6,538,908 |
| **Active/Expired Remedial Order:** | ERROR: Unable to interpret Time or Date |
| **Exclusion/C&D Orders:** | **View Order** |

## SCHEDULE

| | |
|---|---|
| **Target Date:** | Aug. 14, 2006 (14 months) |
| **Violation Final ID Due Date:** | May 15, 2006 |
| **Beginning & Ending Dates of Evidentary Hearing:** | January 18-20, 23-25, 2006 |

**See Disclaimer**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2006, the attached **REDACTED PUBLIC VERSION OF DECLARATION OF BRIAN VANDERZANDEN IN SUPPORT OF DEFENDANTS' COMBINED REPLY IN SUPPORT OF (A) DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENTAL REPORT ON DAMAGES (D.I. 314) AND (B) DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND CONTINUATION OF DAMAGES TRIAL (D.I. 309)** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>Wilmington, DE 19801 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | VIA FEDERAL EXPRESS |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402 | VIA FEDERAL EXPRESS |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | VIA FEDERAL EXPRESS |

/s/ Tiffany Geyer Lydon

Tiffany Geyer Lydon