IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>        Defendants. | C.A. No. 04-1371 JJF |

### POWER INTEGRATIONS' [PROPOSED] SPECIAL VERDICT AND INTERROGATORIES TO THE JURY - VALIDITY

We, the jury, unanimously find as follows:

**VALIDITY OF POWER INTEGRATIONS' '876 PATENT**

**Anticipation of the '876 Patent**

1. Do you find by clear and convincing evidence that Claim 1 of the '876 Patent is anticipated and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

        YES  _____      NO  _____

**Obviousness of the '876 Patent**

2. Do you find by clear and convincing evidence that Claim 1 of the '876 Patent is obvious and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

        YES  _____      NO  _____

3. If you answered "YES" to question 2, indicate below which reference(s) you have relied upon in determining Claim 1 of the '876 Patent was obvious.

_____

_____

_____

## VALIDITY OF POWER INTEGRATIONS' '851 PATENT

**Anticipation of the '851 Patent**

4. Do you find by clear and convincing evidence that Claim 1 of the '851 Patent is anticipated and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

  YES _____  NO _____

**Obviousness of the '851 Patent**

5. Do you find by clear and convincing evidence that Claim 1 of the '851 Patent is obvious and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

  YES _____  NO _____

6. If you answered "YES" to question 5, indicate below which reference(s) you have relied upon in determining Claim 1 of the '851 Patent was obvious.

_____

_____

**VALIDITY OF POWER INTEGRATIONS' '366 PATENT**

**Anticipation of the '366 Patent**

7. Do you find by clear and convincing evidence that claim 14 of the '366 Patent is anticipated and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

      YES _____      NO _____

**Obviousness of the '366 Patent**

8. Do you find by clear and convincing evidence that Claim 14 of the '366 Patent is obvious and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

      YES _____      NO _____

9. If you answered "YES" to question 8, indicate below which reference(s) you have relied upon in determining Claim 14 of the '366 Patent was obvious.

_____

_____

_____

_____

**(CONTINUED BELOW)**

**VALIDITY OF POWER INTEGRATIONS' '075 PATENT**

**Obviousness of the '075 Patent**

10. Do you find by clear and convincing evidence that Claim 5 of the '075 Patent is obvious and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

      YES  _____         NO  _____

11. If you answered "YES" to question 10, indicate below which reference(s) you have relied upon in determining Claim 5 of the '075 Patent was obvious.

_____

_____

_____

12. Do you find by clear and convincing evidence that Claim 5 of the '075 Patent lacks enablement and is therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

      YES  _____         NO  _____

You must each sign this Verdict Form:        Dated: _____

_____ (foreperson)    _____

_____                 _____

_____                 _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006, I electronically filed with the Clerk of Court POWER INTEGRATIONS' [PROPOSED] SPECIAL VERDICT AND INTERROGATORIES TO THE JURY - VALIDITY using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O.  Box 1150
Wilmington, DE 19899


I hereby certify that on September 1, 2006, I have served by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR CORPORATION |


  */s/ William J. Marsden, Jr.*
   William J. Marsden, Jr. (marsden@fr.com)