IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>   Defendants. | C.A. No. 04-1371 JJF |

**POWER INTEGRATIONS' [PROPOSED] SPECIAL VERDICT AND INTERROGATORIES TO THE JURY – INFRINGEMENT AND DAMAGES**

We, the jury, unanimously find as follows:

INFRINGEMENT OF POWER INTEGRATIONS' '876 PATENT

**Infringement of the '876 Patent**

1. Do you find by a preponderance of the evidence that Fairchild has literally infringed Claim 1 of the '876 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

  YES _____  NO _____

2. If you answered "NO" to question 1, do you find by a preponderance of the evidence that Fairchild nevertheless infringes Claim 1 of the '876 patent under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

  YES _____  NO _____

**Willful Infringement of the '876 Patent**

3. If you answered "YES" to either question 1 or question 2, do you find by clear and convincing evidence that Fairchild's infringement of Claim 1 of the '876 patent was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

      YES  _____      NO  _____

**INFRINGEMENT OF POWER INTEGRATIONS' '851 PATENT**

**Infringement of the '851 Patent**

4. Do you find by a preponderance of the evidence that Fairchild has literally infringed Claim 1 of the '851 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

      YES  _____      NO  _____

5. If you answered "NO" to question 4, do you find by a preponderance of the evidence that Fairchild nevertheless infringes Claim 1 of the '851 patent under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

      YES  _____      NO  _____

**Willful Infringement of the '851 Patent**

6. If you answered "YES" to either question 4 or question 5, do you find by clear and convincing evidence that Fairchild's infringement of Claim 1 of the '851 patent was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

      YES  _____      NO  _____

**INFRINGEMENT OF POWER INTEGRATIONS' '366 PATENT**

**Infringement of the '366 Patent**

7. Do you find by a preponderance of the evidence that Fairchild has literally infringed Claim 14 of the '366 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

      YES  _____         NO  _____

8. If you answered "NO" to question 7, do you find by a preponderance of the evidence that Fairchild nevertheless infringes Claim 14 of the '366 patent under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

      YES  _____         NO  _____

**Willful Infringement of the '366 Patent**

9. If you answered "YES" to either question 7 or question 8, do you find by clear and convincing evidence that Fairchild's infringement of Claim 14 of the '366 patent was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

      YES  _____         NO  _____

**INFRINGEMENT OF POWER INTEGRATIONS' '075 PATENT**

10. Do you find by a preponderance of the evidence that Fairchild has literally infringed Claim 5 of the '075 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

      YES  _____         NO  _____

**Willful Infringement of the '075 Patent**

11. If you answered "YES" as to question 10, do you find by clear and convincing evidence that Fairchild's infringement of Claim 5 of the '075 patent was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

        YES _____        NO _____

**DAMAGES DUE TO POWER INTEGRATIONS**

**Damages for Infringement of the '876, '851, '366, and/or '075 Patents**

12. If you have found that Fairchild has infringed at least one asserted claim from any of the '876, '851, '366, and/or '075 Patents, do you find by a preponderance of the evidence that Power Integrations suffered actual damages as a result of Fairchild's infringement? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

        YES _____        NO _____

13. If you answered "YES" to question 12, state the type and amount of damages you find Power Integrations to have proven by a preponderance of the evidence:

(A) Lost Profits from Lost Sales ('876 and/or '851 patent only):

_____

(B) Past Lost Profits from Price Erosion: _____

(C) Future Lost Profits from Price Erosion: _____

(D1) Reasonable Royalty (in addition to Lost Profits from Lost Sales):

_____ (or)

(D2) Reasonable Royalty (if no Lost Profits from Lost Sales):

_____

**TOTAL DAMAGES** _____

14. If you answered "YES" to question 12, please state the applicable royalty rates that should apply to each patent you found Fairchild infringed:

'876 Patent  _____        '851 Patent  _____

'366 Patent:  _____       '075 Patent  _____

You must each sign this Verdict Form:    Dated: _____

_____ (foreperson)   _____

_____                _____

_____                _____

_____

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I electronically filed with the Clerk of Court POWER INTEGRATIONS' [PROPOSED] SPECIAL VERDICT AND INTERROGATORIES TO THE JURY – INFRINGEMENT AND DAMAGES using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899


I hereby certify that on September 1, 2006, I have served by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

　　　　　　　　　　　　　　　　　　　　 /s/ William J. Marsden, Jr.
　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (marsden@fr.com)