# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**VIA ECF AND HAND DELIVERY**

September 1, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   Power Integrations, Inc. v. Fairchild Semiconductor International
      USDC-D. Del. – C.A. No. 04-1371 JJF

Dear Judge Farnan:

Subject to the Court's approval, counsel for Power Integrations Inc. believe it would be helpful to send a jury questionnaire to the prospective jurors in this case. Many of the questions are drawn from questionnaires the Court has approved in the past. If the form is approved, either as submitted, or as amended by the Court, Power Integrations Inc. is prepared to provide Federal Express envelopes for the mailing and return of the questionnaires to ensure they are received in time to be used for jury selection.

Respectfully,


/s/ William J. Marsden, Jr.

William J. Marsden, Jr.

Attachment

cc:   Clerk of Court (w/attachment via ECF)
      Steven J. Balick, Esquire (By Hand)
      Bas de Blank, Esquire (By Federal Express)


80036626.doc