IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>            Defendants. | C.A. No. 04-1371 JJF |

**POWER INTEGRATIONS' [PROPOSED] JURY QUESTIONNAIRE**

This questionnaire relates to a civil case between the Plaintiff Power Integrations, Inc. ("Power Integrations") and Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (together, "Fairchild"). The case involves patents relating to power supplies for consumer electronics such as LCD monitors, cell phones, and printers.

You have been selected to be part of the pool of people from which the jury in this case will be selected. The purpose of this questionnaire is to help the parties and the Court to select a fair and impartial jury. Please answer the following questions honestly and to the best of your ability. All of the answers that you give will be kept confidential by the Court and by the parties.

1. **Your name:** _____

2. **Your home address:**

   _____
   Street                                City, State

3. **Your age:** _____

4. **Your marital status:**

   Single (never married) _____      Separated/Divorced _____
   Currently married _____           Widowed _____

5. **What is your last or highest level of school completed?**

   High School _____            HS Diploma? _____
   Tech/Trade School _____      Area of Study? _____
   College/University _____     Degree & Field? _____
   Graduate School _____        Degree & Field? _____
   Other (specify) _____

6. **What was your favorite subject in school?**

   English/Language _____       Social Studies _____
   Science/Engineering _____    Physical Education _____
   Mathematics _____            Art/Music _____
   Other (specify) _____

7. **Which best describes your current employment status?**

   Employee, full-time _____    Retired _____
   Employee, part-time _____    Disabled/Unemployed _____
   Homemaker _____              Unemployed/Looking _____
   Self-employed _____          Full time Student _____

8. **Who is your current (or last) employer?**

   _____

9. **How long with your current (or last) employer?**

   Less than 1 year _____       5-10 years _____
   2-4 years _____              More than 10 years _____

10. **Does (did) that job involve the use of electronics?**

    Yes _____   No _____

    If yes, what type of electronics? _____

2

**11. Have you ever served in the military?**   Yes _____   No _____

    If yes, what branch? _____

**12. Have you ever worked for the federal government?**  Yes _____   No _____

    If yes, what agency or agencies? _____

    What did you do? _____

**13. Do you have any special training, education, or experience in the following areas? (Check all that apply)**

| | | | |
|---|---|---|---|
| Electronics | _____ | Computer Science | _____ |
| Physics | _____ | Mathematics | _____ |
| Engineering | _____ | Semiconductors | _____ |
| Life Sciences | _____ | Chemistry | _____ |
| Patents | _____ | Research/Development | _____ |
| Law | _____ | Accounting | _____ |
| Contracts | _____ | Marketing/Sales | _____ |

**14. Please identify any other areas of special training, education, or experience here:**

_____
_____
_____

**15. If you are married, what is (was) your spouse's occupation and by whom is (was) your spouse employed?**

_____

**16. Have you, or a relative or close friend, ever invented anything?**

    Yes _____   No _____

    If yes, please explain: _____

_____

**17. Are you listed as an inventor on any U.S, Patents?**

    Yes _____   No _____

**18. Have you ever attempted to obtain a U.S. Patent?**

    Yes  _____    No _____

**19. Do you know anyone who has obtained, or attempted to obtain, a U.S. Patent?**

    Yes  _____    No _____

**20. Does your current employer (or last employer) own any U.S. Patents?**

    Yes  _____    No _____    Don't know _____

**21. Do you have any strong feelings or opinions about patents or the process by which patents are obtained?**

    Yes  _____    No _____

**22. Have you ever served on a jury before?**

    Yes  _____    No _____

**23. Have you or a family member ever filed a lawsuit or claim against someone?**

    Yes  _____    No _____

**24. Have you or a family member ever been sued or had a claim filed against you?**

    Yes  _____    No _____

**25. Do you have any relationship or affiliation with Power Integrations or its employees?**

    Yes  _____    No _____

**26. Do you currently, or have you ever, owned Power Integrations stock?**

    Yes  _____    No _____

**27. Do you have any relationship or affiliation with Fairchild or its employees?**

    Yes  _____    No _____

**28. Do you currently, or have you ever, owned Fairchild stock?**

    Yes  _____    No _____

**29. Had you read or heard about this case before you received your notice for jury duty?**

Yes _____   No _____

If yes, please describe what you read or heard: _____

_____

**30. Do you have any relationship or affiliation with the law firm of Fish & Richardson P.C. or any of its employees?**

Yes _____   No _____

**31. Do you have any relationship or affiliation with the law firm of Orrick, Herrington & Sutcliffe LLP or any of its employees?**

Yes _____   No _____

**32. Do you have any relationship or affiliation with the law firm of Ashby & Geddes, P.A. or any of its employees?**

Yes _____   No _____

**33. The witnesses who may appear in this case are listed below.  Please circle the names of any witnesses that you know or with whom you are familiar.**

[Insert list of witnesses.]

Your signature: _____

Date signed: _____

5

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006, I electronically filed with the Clerk of Court POWER INTEGRATIONS' [PROPOSED] JURY QUESTIONNAIRE using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on September 1, 2006, I have served by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR CORPORATION |

　　　　　　　　　　　　　　　　　　　　 */S/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (marsden@fr.com)