IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT FAIRCHILD'S PROPOSED VOIR DIRE

In addition to the Court's standard jury *voir dire,* defendants in the above action respectfully propose that the jury pool be asked the following specific *voir dire* questions:

1. Have you worked for any company that is involved in the design or manufacture of semiconductors, power converters, or electronic components?

2. Do you strongly like or dislike science or technology?

3. Do you have any strong opinions on patents or the patent system?

4. Have you ever worked for a company that was involved in a patent, copyright, trademark, or trade secret dispute?

5. Do you know anyone who is or was employed by the United States Patent and Trademark Office?

6. In this case, you will hear questions about whether or not a patent was appropriately issued by the United States Patent Office. Do you have any feelings that would prevent you from invalidating such a patent if the facts and law supported that conclusion?

7. Were you acquainted with any of the other members of this jury panel, prior to

being called to jury duty?

8.  In this case, some of the testimony and evidence may be in Korean and will be translated for you into English. Would the fact that the testimony or evidence was originally in Korean or that it was translated into English have any bearing on how you would receive or review that information?

9.  Are you able to speak, read, or write the Korean language?

ASHBY & GEDDES

/s/ Steven J. Balick

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400

Dated: September 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2006, the attached **DEFENDANT FAIRCHILD'S PROPOSED VOIR DIRE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>Wilmington, DE 19801 | <u>VIA ELECTRONIC MAIL</u> |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | <u>VIA ELECTRONIC MAIL</u> |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402 | <u>VIA ELECTRONIC MAIL</u> |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | <u>VIA ELECTRONIC MAIL</u> |

/s/ *Steven J. Balick*

Steven J. Balick