IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' SPECIAL VERDICT FORM**
**(ON INVALIDITY)**

Defendants hereby respectfully submit their proposed special verdict form on the issue of invalidity in the above action.

ASHBY & GEDDES

/s/ Steven J. Balick

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: September 1, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' SPECIAL VERDICT FORM
### (ON INVALIDITY)

We, the jury, unanimously find as follows:

1. Do you find that Claim 5 of the '075 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    YES _____ NO _____

2. Do you find that Claim 1 of the '876 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    YES _____ NO _____

3. Do you find that Claim 1 of the '851 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    YES _____ NO _____

4. Do you find that Claim 14 of the '366 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    YES _____ NO _____

You must each sign this Verdict Form:   Dated: _____

_____ (foreperson)   _____

_____   _____

_____   _____

172729.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2006, the attached **DEFENDANT'S SPECIAL VERDICT FORM (ON INVALIDITY)** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | VIA ELECTRONIC MAIL |
| Michael Kane, Esquire<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402 | VIA ELECTRONIC MAIL |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | VIA ELECTRONIC MAIL |

/s/ *Steven J. Balick*

Steven J. Balick