# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**William J. Marsden, Jr.**
(302) 778-8401

Email
marsden@fr.com

**VIA ECF AND HAND DELIVERY**

September 5, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
    for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Power Integrations, Inc. v. Fairchild Semiconductor International*
      USDC-D. Del. – C.A. No. 04-1371 JJF

Dear Judge Farnan:

We write to request the Court's guidance in responding to the 60-page brief containing 19 motions *in limine* filed by Defendant Fairchild (D.I. 356).  In addition to being excessive and untimely,[1] the motions improperly seek to reargue several of Fairchild's unsuccessful motions for summary judgment (including motions regarding the validity of the '075 patent and "foreign sales") and the numerous other issues Fairchild has briefed these past few months.  (*See, e.g.,* Fairchild motions *in limine* Nos. 1-2 (occupying 19 of the 60 pages), 9, and 18.)  In doing so, Fairchild has not even attempted to address the standard for reconsideration, which it cannot meet, and neither the Court nor Power Integrations should be required to address these issues again.  Therefore, Power Integrations respectfully requests that the Court strike Fairchild's excessive and duplicative 60-page brief and direct Fairchild to select a small subset of non-duplicative issues on which it intends to proceed.  In the meanwhile, Power Integrations requests the Court order it need not respond to Fairchild's motions *in limine* unless and until the Court orders otherwise.

Respectfully,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr.

cc:   Clerk of Court (via ECF)
      Steven J. Balick, Esquire (By Hand)
      Bas de Blank, Esquire (By Facsimile)

---

[1]   Fairchild's motions in limine were e-filed at 3:44 a.m. on September 2, the Saturday of Labor Day weekend.