IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 04-1371-JJF |
| | : |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, | : |
| | : |
| Defendants. | : |

**MEMORANDUM ORDER**

By letter (D.I. 336) dated August 24, 2006, Plaintiff requests clarification and reconsideration of the Court's August 22 Order (D.I. 330) granting Defendants Motion To Compel Power Integrations To Provide "Pared Down" Infringement Contentions For Trial. Specifically, Plaintiff requests the Court to allow Power Integrations to select a total of seven (7) claims and four (4) groups of accused products for trial, rather than the one claim per patent and three groups of products ordered by the Court.

Defendants have not filed a response to Plaintiff's letter. The Court has reviewed the circumstances as it relates to this issue and concludes that Plaintiff's request is reasonable. Accordingly, the Court will grant Plaintiff's request for reconsideration.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's letter request (D.I. 336) for reconsideration is **GRANTED**.

2. Plaintiff shall select a total of seven (7) claims and four (4) groupings of accused products to assert at trial and shall identify the asserted claims and accused products and groupings to Defendants **by close of business (4:30 p.m. EST) on Monday, September 18, 2006**, so that the parties can make any adjustments to the Pretrial submissions that may be necessary in light of this ruling.

September 8, 2006
    Date

_____
UNITED STATES DISTRICT JUDGE