IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jonathan Lamberson, to represent plaintiff Power Integrations, Inc. in this matter. I further certify that the annual fee of $25 has been paid to the Clerk of the Court on March 14, 2006.

Dated: September 11, 2006

FISH & RICHARDSON P.C.

By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
(marsden@fr.com)
Sean P. Hayes (#4413)
(hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: **Sep 7**, 2006      Signed: _____
                                                          Jonathan Lamberson
                                                          Fish & Richardson, P.C.
                                                          500 Arguello Street, Suite 500
                                                          Redwood City, CA 94063
                                                          Phone: (650) 839-5070
                                                          Fax: (650) 839-5071

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, I electronically filed a Motion and Order for Admission Pro Hac Vice with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants-Counterclaimants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION |

I hereby certify that on September 11, 2006, I have served via email, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy III<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7452 | Attorneys for Defendants-Counterclaimants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION |

William J. Marsden, Jr.

80036690.doc