# EXHIBIT 26

# REDACTED

# EXHIBIT 27

# REDACTED

# EXHIBIT 28

# REDACTED

# EXHIBIT 29

**REDACTED**

# EXHIBIT 30

# REDACTED

# EXHIBIT 31

# REDACTED

# EXHIBIT 32

**REDACTED**

# EXHIBIT 33

# REDACTED

# EXHIBIT 34

REDACTED

# EXHIBIT 35

# REDACTED

# EXHIBIT 36

**REDACTED**

# EXHIBIT 37

# REDACTED

# EXHIBIT 38

# REDACTED

# EXHIBIT 39

# REDACTED

# EXHIBIT 40

# REDACTED

# EXHIBIT 41

**REDACTED**

# EXHIBIT 42

# REDACTED

# EXHIBIT 43

# REDACTED

# EXHIBIT 44

**REDACTED**

# EXHIBIT 45

# REDACTED

# EXHIBIT 46

# REDACTED

# EXHIBIT 47

**REDACTED**

# EXHIBIT 48

**REDACTED**

# EXHIBIT 49

# REDACTED

# EXHIBIT 50

**REDACTED**

# EXHIBIT 51

# REDACTED

# EXHIBIT 52

# REDACTED

# EXHIBIT 53

# REDACTED

# EXHIBIT 54

**REDACTED**

# EXHIBIT 55

# REDACTED

# EXHIBIT 56

# REDACTED

# EXHIBIT 57

# REDACTED

# EXHIBIT 58

# REDACTED

# EXHIBIT 59

# REDACTED

# EXHIBIT 60

# REDACTED

# EXHIBIT 61

**REDACTED**

# EXHIBIT 62

# REDACTED

# EXHIBIT 63

# REDACTED

# EXHIBIT 64

# REDACTED

# EXHIBIT 65

# REDACTED

# EXHIBIT 66

# REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2006, the attached **REDACTED**

**PUBLIC VERSION OF DECLARATION OF BAS DE BLANK IN SUPPORT OF**

**DEFENDANTS' MOTIONS IN LIMINE (VOLUMES 1 – 4)** was served upon the below-

named counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire                           HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE  19801

Frank E. Scherkenbach, Esquire                      VIA FEDERAL EXPRESS
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

Howard G. Pollack, Esquire                            VIA FEDERAL EXPRESS
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063


*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon