IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a
Delaware corporation,

        Plaintiff,

      v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a Delaware
corporation, and FAIRCHILD
SEMICONDUCTOR CORPORATION, a
Delaware corporation,

        Defendants.

C.A. No. 04-1371 JJF

**REDACTED PUBLIC VERSION**

**DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER
INTEGRATIONS, INC.'S MOTION IN LIMINE**

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
Sean P. Hayes (#4413) (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Michael R. Headley
Howard G. Pollack
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Dated: September 1, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a
Delaware corporation,

        Plaintiff,

        v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a Delaware
corporation, and FAIRCHILD
SEMICONDUCTOR CORPORATION, a
Delaware corporation,

        Defendants.

C.A. No. 04-1371-JJF

**CONFIDENTIAL
FILED UNDER SEAL
PURSUANT TO COURT ORDER**

## DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS, INC.'S MOTION IN LIMINE

I, William J. Marsden, Jr., declare as follows:

1.     I am an attorney at Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.     Attached hereto as Exhibit A is a true and correct copy of a Subpoena and Notice of Deposition directed to Howard Earhart dated August 4, 2006.

3.     Attached hereto as Exhibit B is a true and correct copy of a Subpoena and Notice of Deposition directed to John Cobb dated August 4, 2006.

4.     Attached hereto as Exhibit C is a true and correct copy of Defendants Fairchild Semiconductor International, Inc.'s and Fairchild Semiconductor Corporation's Second Supplemental Responses to Interrogatories Nos. 6 and 8-10.

5.     Attached hereto as Exhibit D is a true and correct copy of a letter to Michael R. Headley of Fish & Richardson P.C. dated May 23, 2006, from Brian H. VanderZanden of Orrick, Herrington, & Sutcliffe LLP enclosing a CD containing a database of manufacture and ship data for the FSD210HD.

6.      Attached hereto as Exhibit E is a true and correct copy of Power Integrations' Second Notice of Deposition of Fairchild Pursuant to Federal Rule of Civil Procedure 30(b)(6) dated July 10, 2006.

7.      Attached hereto as Exhibit F is a true and correct copy of Power Integrations' Third Notice of Deposition of Fairchild Pursuant to Federal Rule of Civil Procedure 30(b)(6) dated July 15, 2006.

8.      Attached hereto as Exhibit G is a true and correct copy of Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation's Response and Objections to Topic Nos. 44-52 of Power Integrations, Inc.'s Second and Third Notices of Deposition dated July 24, 2006.

9.      Attached hereto as Exhibit H is a true and correct copy of a letter to Michael R. Headley of Fish & Richardson P.C. from Brian H. VanderZanden of Orrick dated July 18, 2006, regarding Fairchild's 30(b)(6) witness, Ronald Dupuis.

10.      Attached hereto as Exhibit I is a true and correct copy of the minuscript Videotape 30(b)(6) Deposition Transcript of Ronald Dupuis taken on August 3, 2006.

11.      Attached hereto as Exhibit J is a true and correct copy of a letter to David J. Miclean of Fish & Richardson P.C. from Bas de Blank of Orrick, Herrington & Sutcliffe LLP dated August 11, 2006, responding to letter dated August 10, 2006.

12.      Attached hereto as Exhibit K is a true and correct copy of the Rebuttal Expert Report of Gu-Yeon Wei on Fairchild's Alleged Copying of Power Integrations' Devices and Patents.

13.      Attached hereto as Exhibit L is a true and correct copy of the minuscript of the Deposition Transcript of Gu-Yeon Wei taken on February 17, 2006.

14.      Attached hereto as Exhibit M is a true and correct copy of the minuscript of the Videotaped Deposition Transcript of Robert J. Conrad taken on March 28, 2006.

15.      Attached hereto as Exhibit N is a true and correct copy of Exhibit 9 of the Defendants' First Pretrial Witness List.

16.     Attached hereto as Exhibit O is a true and correct copy of a letter to Brian VanderZanden of Orrick, Herrington & Sutcliffe LLP from Michael R. Headley of Fish & Richardson P.C. dated July 21, 2006, regarding Steve Schott's deposition.

17.     Attached hereto as Exhibit P is a true and correct copy of a letter to The Honorable Joseph J. Farnan, Jr., from William J. Marsden, Jr., dated August 16, 2006, withdrawing its motion to compel.

18.     Attached hereto as Exhibit Q is a true and correct copy of the minuscript of the Videotaped Deposition Transcript of Robert J. Conrad, Volume 2, taken on August 25, 2006.

19.     Attached hereto as Exhibit R is a true and correct copy of documents bates numbered FCS1693193 through FCS1693227.

20.     Attached hereto as Exhibit S is a true and correct copy of documents bats numbered FCS1693228 through FCS1693229.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of September, 2006, at Wilmington, Delaware.


                                        /s/ William J. Marsden, Jr.
                                        William J. Marsden, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I served the **REDACTED DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS, INC.'S MOTION IN LIMINE** on the following:

**BY HAND**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

Attorneys for Defendant-
Counterclaimant
FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC. and
FAIRCHILD SEMICONDUCTOR
CORPORATION

**BY ELECTRONIC MAIL**
G. Hopkins Guy, III
Bas de Blank
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC. and
FAIRCHILD SEMICONDUCTOR
CORPORATION

_/s/ William J. Marsden, Jr._
William J. Marsden, Jr.

80036585.doc