IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>　　　　　Defendants. | C.A. No. 04-1371 JJF<br><br>**PUBLIC VERSION** |

**DECLARATION OF SEAN P. HAYES IN SUPPORT OF
POWER INTEGRATIONS' COMBINED OPPOSITION TO FAIRCHILD'S
NINETEEN (19) MOTIONS *IN LIMINE***

　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247) (marsden@fr.com)
　　　　　　　　　　　　　　　　　　　Sean P. Hayes (#4413) (hayes@fr.com)
　　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-1114
　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-5070
　　　　　　　　　　　　　　　　　　　Facsimile:  (302) 652-0607

　　　　　　　　　　　　　　　　　　　Frank E. Scherkenbach
　　　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　　Boston, MA  02110-2804
　　　　　　　　　　　　　　　　　　　Telephone: (617) 542-5070
　　　　　　　　　　　　　　　　　　　Facsimile:  (617) 542-8906

　　　　　　　　　　　　　　　　　　　Michael R. Headley
　　　　　　　　　　　　　　　　　　　Howard G. Pollack
　　　　　　　　　　　　　　　　　　　500 Arguello Street, Suite 500
　　　　　　　　　　　　　　　　　　　Redwood City, CA  94063
　　　　　　　　　　　　　　　　　　　Telephone: (650) 839-5070
　　　　　　　　　　　　　　　　　　　Facsimile:  (650) 839-5071

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　POWER INTEGRATIONS, INC.

Dated:  September 11, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>    Defendants. | C.A. No. 04-1371-JJF<br><br>**PUBLIC VERSION** |

**DECLARATION OF SEAN P. HAYES IN SUPPORT OF
POWER INTEGRATIONS' COMBINED OPPOSITION TO FAIRCHILD'S
NINETEEN (19) MOTIONS *IN LIMINE***

I, Sean P. Hayes, declare as follows:

1.  I am an attorney at Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.  Attached hereto as Exhibit A is a true and correct copy of an excerpt of the March 31, 2006 deposition of Shawn Slayton.

3.  Attached hereto as Exhibit B is a true and correct copy of an excerpt of the list of documents considered by Richard Troxel and the Highly Confidential – Outside Counsel Only document bearing Bates numbers PIF 53045-46, also from that report.

4.  Attached hereto as Exhibit C is a true and correct copy of an excerpt of the August 25, 2006 Highly Confidential deposition transcript of Richard B. Troxel.

5.  Attached hereto as Exhibit D is a true and correct copy of a May 11, 2006 letter from Michael R. Headley to Bas de Blank re U.S. manufacturing.

6. Attached hereto as Exhibit E is a true and correct copy of a May 22, 2006 letter from Michael R. Headley to Brian VanderZanden re U.S. manufacturing.

7. Attached hereto as Exhibit F is a true and correct copy of a June 7, 2006 email from Michael R. Headley to Brian VanderZanden re U.S. manufacturing discovery.

8. Attached hereto as Exhibit G is a true and correct copy of a July 10, 2006 letter from Michael R. Headley to Bas de Blank re U.S. manufacturing documents.

9. Attached hereto as Exhibit H is a true and correct copy of a July 15, 2006 letter from Michael R. Headley to Bas de Blank re U.S. manufacturing.

10. Attached hereto as Exhibit I is a true and correct copy of an excerpt of the September 13, 2005 Attorneys' Eyes Only deposition of Chang-Sik Lim.

11. Attached hereto as Exhibit J is a true and correct copy of an excerpt of the February 16, 2006 Highly Confidential – Outside Counsel Only deposition of Mike Shields.

12. Attached hereto as Exhibit K is a true and correct copy of a January 23, 2006 email from Jeff Bragalone re documents produced by Intersil.

13. Attached hereto as Exhibit L is a true and correct copy of an excerpt of the October 27, 2005 Highly Confidential deposition transcript of Jan Brunnberg.

14. Attached hereto as Exhibit M is a true and correct copy of a May 2, 2006 email from Michael Headley to Brian VanderZanden re prior art dates.

15. Attached hereto as Exhibit N is a true and correct copy of a May 22, 2006 letter from Michael R. Headley to Brian VanderZanden re a prior art stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of September, 2006, at Wilmington, Delaware.

                                                          /s/ Sean P. Hayes  
                                                          Sean P. Hayes

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006, I served the **PUBLIC VERSION OF DECLARATION OF SEAN P. HAYES IN SUPPORT OF POWER INTEGRATIONS' COMBINED OPPOSITION TO FAIRCHILD'S NINETEEN (19) MOTIONS** *IN LIMINE* on the following:

| | |
|---|---|
| **BY ELECTRONIC MAIL**<br>Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendant-Counterclaimant<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION |
| **BY ELECTRONIC MAIL**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION |

  /s/ *Sean P. Hayes*
Sean P. Hayes