## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006, I electronically filed a Motion and Order for Admission Pro Hac Vice with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants-<br>Counterclaimants FAIRCHILD<br>SEMICONDUCTOR<br>INTERNATIONAL, INC., a Delaware<br>corporation, and FAIRCHILD<br>SEMICONDUCTOR CORPORATION |

I hereby certify that on September 14, 2006, I have served via email, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy III<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7452 | Attorneys for Defendants-<br>Counterclaimants FAIRCHILD<br>SEMICONDUCTOR<br>INTERNATIONAL, INC., a Delaware<br>corporation, and FAIRCHILD<br>SEMICONDUCTOR CORPORATION |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80036891.doc