# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

September 15, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Power Integrations, Inc. v. Fairchild Semiconductor International*
       USDC-D. Del. - C.A. No. 04-1371 JJF



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Judge Farnan:

In light of the Court's order denying Fairchild's motion for reconsideration of the issue of the number of claims and groups for trial during yesterday's pretrial conference, Power Integrations hereby submits the formal list of claims and groups which it has previously provided Fairchild on several occasions to permit the Court to finalize the pretrial order. The following replaces the description in paragraph 9 of the Joint Pretrial Order as filed (D.I. 360):

9. Power Integrations identifies the asserted claims and part groupings for trial as follows:

(a) Group 1: Fairchild parts with infringing high-voltage transistors. This group includes the following parts: FSD200; FSD200B; FSD210; FSD210B; FSD210H; FSD210HD; FSD211; FSD500; FSDL321; FSDL321L; FSDH321; FSDH321L; FSDL0165RN; FSDM0265RN; FSDM0265RNB; FSDH0265RN; FSDL0365RN; FSDL0365RNB; FSDM0365RN; FSDM0365RNB; FSDL0165RL; FSDM0265RL; FSDH0265RL; FSDL0365RL; FSDM0365RL; FSDM311; FSDM0565, FSDM07652; FSDH565; FSDH0165; and the FAN7601 series.

Group 1 products are accused of infringing claims 1 and 5 of the '075 patent.

(b) Group 2: Fairchild parts with infringing frequency modulation circuits. This group includes the following products: FSD200; FSD200B; FSD210; FSD210B; FSD210H; FSD210HD; FSD211; FSD500; FSDL321; FSDL321L; FSDH321; FSDH321L; FSDL0165RN; FSDM0265RN; FSDM0265RNB; FSDH0265RN; FSDL0365RN; FSDL0365RNB; FSDM0365RN; FSDM0365RNB; FSDL0165RL; FSDM0265RL; FSDH0265RL; FSDL0365RL; FSDM0365RL; FSCM0565R; and FSCM0765R.

Group 2 products are accused of infringing claim 1 of the '876 patent.

FISH & RICHARDSON P.C.

The Honorable Joseph J. Farnan, Jr.
September 15, 2006
Page 2

(c) Group 3: Fairchild parts with infringing soft start circuits. This group includes the following products: FSD200; FSD200B; FSD210; FSD210B; FSD210H; FSD210HD; FSD211; FSD500; FSDM311; FSDM0265RNB; FSDL0365RNB; and FSDM0365RNB.

Group 3 products are accused of infringing claims 9 and 14 of the '366 patent (except for the FSDM311 which is only accused of infringing claim 9).

(d) Group 4: Fairchild parts with infringing frequency modulation circuits and voltage mode control. This group is a subset of group 2 above and includes the FSD200, FSD200B, FSD210, FSD210B, FSD210H, FSD210HD, FSD211, and FSD500.

Group 4 products are accused of infringing claims 1 and 4 of the '851 patent.

This letter also serves to confirm, as indicated on the record at yesterday's Pretrial Conference, the parties have agreed to the proposals Power Integrations previously made in the Joint Pretrial Order at paragraph 26 (regarding demonstrative exhibits) and paragraph 58 (regarding juror notebooks). Power Integrations further notes that the internal cross-reference in paragraph 38 of the proposed pretrial order incorrectly cites to paragraph 25, when the referenced discussion regarding exhibits and witnesses is actually found in paragraph 28.

If the Court would prefer that we submit a corrected pages for the Joint Pretrial Order reflecting these changes, we would be happy to do so.

Respectfully,

William J. Marsden, Jr.

cc:   Clerk of Court (via ECF and hand delivery)
      Steven J. Balick (via ECF and hand delivery)
      G. Hopkins Guy (via e-mail and first class mail)

80036941.doc