IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,     )    **<u>REDACTED PUBLIC VERSION</u>**
    )
           Plaintiff,    )
    )
    v.    )    C.A. No. 04-1371-JJF
    )
FAIRCHILD SEMICONDUCTOR    )
INTERNATIONAL, INC. and FAIRCHILD    )
SEMICONDUCTOR CORPORATION,    )
           Defendants.    )

## DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE

### (VOLUME II OF II)

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Defendants*
*Fairchild Semiconductor International,*
*Inc. and Fairchild Semiconductor Corp.*

*Of Counsel:*

G. Hopkins Guy, III
Bas de Blank
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400

Dated: September 19, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a Delaware
corporation,

               Plaintiff,

    v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a Delaware
corporation, and FAIRCHILD
SEMICONDUCTOR CORPORATION,
a Delaware corporation,

               Defendants.

C.A. No. 04-1371 (JJF)

## DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE

I, Gabriel M. Ramsey, the undersigned, declare as follows:

1.      I am an attorney with the firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. (collectively, "Fairchild"). I am admitted to the Bar of the State of California. I make this declaration in support of Defendants' Opposition To Motions In Limine. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Power Integrations' May 9, 2006 Form 8-K.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a July 13, 2006 letter from Michael Headley to Bas de Blank.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Supplemental Rebuttal Report of Dr. Michael Keeley.

5.      Attached hereto as Exhibit 4 is a true and correct copy of February 4, 2005 discovery requests propounded by Power Integrations to Fairchild.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a February 10, 2005 letter from Howard Pollack to Bas de Blank, identifying search terms to be used in the discovery process.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Power Integrations' February 23, 2005 Responses to Fairchild's First Set of Interrogatories.

8.      Attached hereto as Exhibit 7 is a true and correct copy of a June 28, 2005 letter from Gina Steele to Bas de Blank.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Power Integrations' June 30, 2005 Supplemental Responses to Fairchild's First Set of Interrogatories.

10.     Attached hereto as Exhibit 9 is a true and correct copy of a 30(b)(6) deposition notice served by Power Integrations on Fairchild.

11.     Attached hereto as Exhibit 10 are true and correct copies of August 8, 2005 subpoenas served by Power Integrations on third parties.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Fairchild's August 30, 2005 Second Supplemental Responses to Interrogatories.

13.     Attached hereto as Exhibit 12 is a true and correct copy of Power Integrations' September 30, 2005 Second Supplemental Responses to Fairchild's First Set of Interrogatories.

14.     Attached hereto as Exhibit 13 is a true and correct copy of Power Integrations' December 1, 2005 expert report of Robert Blauschild.

15.     Attached hereto as Exhibit 14 is a true and correct copy of Power Integrations' December 1, 2005 expert report of Michael Shields.

16.     Attached hereto as Exhibit 15 are true and correct copies of excerpts of the January 31, 2006 expert report of Richard Troxel (cover page, signature page and Appendix 2).

17.     Attached hereto as Exhibit 16 is a true and correct copy of a June 8, 2006 letter from Bas de Blank to Michael Headley.

- 2 -

18.     Attached hereto as Exhibit 17 is a true and correct copy of a June 30, 2006 letter from Bas de Blank to Michael Headley.

19.     Attached hereto as Exhibit 18 is a true and correct copy of a July 13, 2006 letter from Bas de Blank to Michael Headley.

20.     Attached hereto as Exhibit 19 are true and correct copies of excerpts of the April 29, 2006 deposition transcript of Heung Kyu Kim (pages 76-79).

21.     Attached hereto as Exhibit 20 are true and correct copies of excerpts of the August 3, 2006 deposition transcript of Ronald Dupois (pages 307-311).

22.     Attached hereto as Exhbit 21 is a true and correct copy of Fairchild's Second Set of Interrogatories, Nos. 33-35.

23.     Attached hereto as Exhibit 22 is a true and correct copy of the Rebuttal Expert Report of Gu-Yeon Wei.

24.     Attached hereto as Exhibit 23 are true and correct copies of excerpts of the deposition of Robert Conrad (pages 212, 293-314).

25.     Attached hereto as Exhibit 24 is a true and correct copy of a March 30, 2006 letter from Bas de Blank to Frank Scherkenbach.

26.     Attached hereto as Exhibit 25 is a true and correct copy of an August 11, 2006 letter from Hopkins Guy to Frank Scherkenbach.

27.     Attached hereto as Exhibit 26 are true and correct copies of excerpts from the deposition transcript of Richard Troxel (page 457)

I declare the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed on September 11, 2006 in Menlo Park, California.

_____
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE LLP

-3-

# EXHIBIT 11

**REDACTED**

# EXHIBIT 12

# REDACTED

# EXHIBIT 13

# REDACTED

# EXHIBIT 14

# REDACTED

# EXHIBIT 15

# REDACTED

# EXHIBIT 16

# REDACTED

# EXHIBIT 17

**REDACTED**

# EXHIBIT 18

# REDACTED

# EXHIBIT 19

**REDACTED**

# EXHIBIT 20

**REDACTED**

# EXHIBIT 21

# REDACTED

# EXHIBIT 22

# REDACTED

# EXHIBIT 23

# REDACTED

# EXHIBIT 24

# REDACTED

# EXHIBIT 25

# REDACTED

# EXHIBIT 26

# REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2006, the attached **REDACTED**

**PUBLIC VERSION DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF**

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE (VOLUME II**

**OF II)** was served upon the below-named counsel of record at the address and in the manner

indicated:


William J. Marsden, Jr., Esquire                                                    HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19801

Frank E. Scherkenbach, Esquire                                              VIA FEDERAL EXPRESS
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack, Esquire                                                    VIA FEDERAL EXPRESS
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063



*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon