**NOTE: WITHIN FIVE DAYS, PLEASE RETURN THE JUROR INFORMATION AND QUESTIONNAIRE AND JUROR INFORMATION CARD IN THE ENCLOSED ENVELOPE**

## JUROR INFORMATION QUESTIONNAIRE
(please print)

This questionnaire relates to a civil case between the Plaintiff Power Integrations, Inc. ("Power Integrations") and Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (together, "Fairchild"). The case involves a claim under four U.S. Patents relating to semiconductor chips used in power supplies for electronic devices.

You have been selected to be part of the pool of people from which the jury in this case will be selected. The purpose of this questionnaire is to help the parties and the Court to select a fair and impartial jury. Please answer the following questions honestly and to the best of your ability. All of the answers that you give will be kept confidential by the Court and by the parties.

1. **Your name:** _____

2. **Your home address:**

   _____
          Street                                      City, State

3. **Your age:** _____

4. **Your marital status:**

   | | | | |
   |---|---|---|---|
   | Single (never married) | _____ | Separated/Divorced | _____ |
   | Currently married | _____ | Widowed | _____ |

5. **What is your last or highest level of school completed?**

   | | | | |
   |---|---|---|---|
   | High School | _____ | HS Diploma? | _____ |
   | Tech/Trade School | _____ | Area of Study? | _____ |
   | College/University | _____ | Degree & Field? | _____ |
   | Graduate School | _____ | Degree & Field? | _____ |
   | Other (specify) | _____ | | |

6. **What was your favorite subject in school?**

   | | | | |
   |---|---|---|---|
   | English/Language | _____ | Social Studies | _____ |
   | Science/Engineering | _____ | Physical Education | _____ |
   | Mathematics | _____ | Art/Music | _____ |
   | Other (specify) | _____ | | |

7. **Which best describes your current employment status?**

   | | | | |
   |---|---|---|---|
   | Employee, full-time | _____ | Retired | _____ |
   | Employee, part-time | _____ | Disabled/Unemployed | _____ |
   | Homemaker | _____ | Unemployed/Looking | _____ |
   | Self-employed | _____ | Full time Student | _____ |

   What are (or were) your specific duties and responsibilities for your job?

   _____

8. **Who is your current (or last) employer?**

   _____

9. **How long with your current (or last) employer?**

   | | | | |
   |---|---|---|---|
   | Less than 1 year | _____ | 5-10 years | _____ |
   | 2-4 years | _____ | More than 10 years | _____ |

**10. Does (did) that job involve the use of electronics?**

    Yes _____    No _____

    If yes, what type of electronics? _____

**11. Have you ever served in the military or law enforcement?**

    Yes _____    No _____

    If yes, what branch? _____

**12. Have you ever worked for the federal government?** Yes _____ No _____

    If yes, what agency or agencies? _____

    What did you do? _____

**13. Do you have any special training, education, or experience in the following areas? (Check all that apply)**

| | | | |
|---|---|---|---|
| Electronics | _____ | Computer Science | _____ |
| Physics | _____ | Mathematics | _____ |
| Engineering | _____ | Semiconductors | _____ |
| Life Sciences | _____ | Chemistry | _____ |
| Patents | _____ | Research/Development | _____ |
| Law | _____ | Accounting | _____ |
| Contracts | _____ | Marketing/Sales | _____ |

**14. Please identify any other areas of special training, education, or experience here:**

_____

_____

_____

**15. If you are married, what is (was) your spouse's occupation and by whom is (was) your spouse employed?**

_____

**16. Have you, or a relative or close friend, ever invented anything?**

    Yes _____    No _____

    If yes, please explain: _____

_____

**17. Are you listed as an inventor on any U.S, Patents?**

    Yes _____    No _____

    If Yes, please explain:

    _____

**18. Have you ever attempted to obtain a U.S. Patent?**

    Yes _____    No _____

    If Yes, please explain:

    _____

**19. Do you know anyone who has obtained, or attempted to obtain, a U.S. Patent?**

    Yes _____    No _____

    If Yes, please explain:

    _____

**20. Does your current employer (or last employer) own any U.S. Patents?**

    Yes _____    No _____    Don't know _____

    If Yes, please explain:

    _____

**21. Do you have any strong feelings or opinions about patents or the process by which patents are obtained?**

    Yes _____    No _____

    If Yes, please explain:

    _____

**22. Have you ever served on a jury before?**

    Yes _____    No _____

**23. Have you or a family member ever filed a lawsuit or claim against someone?**

    Yes _____    No _____

**24. Have you or a family member ever been sued or had a claim filed against you?**

   Yes  _____   No  _____

**25. Do you have any relationship or affiliation with Power Integrations or its employees?**

   Yes  _____   No  _____

   If Yes, please explain:

   _____

**26. Do you currently, or have you ever, owned Power Integrations stock?**

   Yes  _____   No  _____

**27. Do you have any relationship or affiliation with Fairchild or its employees?**

   Yes  _____   No  _____

   If Yes, please explain:

   _____

**28. Do you currently, or have you ever, owned Fairchild stock?**

   Yes  _____   No  _____

**29. Had you read or heard about this case before you received your notice for jury duty?**

   Yes  _____   No  _____

   If yes, please describe what you read or heard:_____

   _____

**30. Do you have any relationship or affiliation with the law firm of Fish & Richardson P.C. or any of its employees?**

   Yes  _____   No  _____

   If Yes, please explain:

   _____

**31. Do you have any relationship or affiliation with the law firm of Orrick, Herrington & Sutcliffe LLP or any of its employees?**

    Yes _____     No _____

    If Yes, please explain:

    _____

**32. Do you have any relationship or affiliation with the law firm of Ashby & Geddes, P.A. or any of its employees?**

    Yes _____     No _____

    If Yes, please explain:

    _____

**33. The witnesses who may appear in this case are listed below. Please circle the names of any witnesses that you know or with whom you are familiar.**

    Balu Balakrishnan
    Jeff Barnes
    Tom Beaver
    Bob Blauschild
    H.S. Choi
    Robert Conrad
    Ronald Dupois
    Klas Eklund
    Hubertus Engelbrechten
    Robert Gendron
    Dr. Peter Gwozdz
    Dr. Paul Horowitz
    S.T. Im
    K.O. Jang
    Steve Jensen
    C.K. Jeon
    Dr. Michael Keeley
    H.K. Kim
    C.S. Lim
    Lief Lund
    Robert Morrill
    Bruce Renouard
    Mike Shields
    Shawn Slayton
    Dick Troxel
    Dr. Gui-Yeon Wei
    Phillip Woo

34. **This trial is anticipated to take approximately 5 days to complete. Do you have any financial hardship, problems or any reason why you could not serve as a juror on this case during this time period?**

    Yes _____    No _____

    If Yes, please explain:

    _____

35. **Do you know of anything else which you believe should be called to the court's attention as having some bearing on your qualifications or ability to sit as a juror on this case, or which you think may prevent you from rendering a fair and impartial verdict based solely on the evidence presented and the court's instructions as to the law?**

    Yes _____    No _____

    If Yes, please explain:

    _____

36. **Estimated number of miles ROUND TRIP from your home to the courthouse and the amount of time the trip takes you** _____

Your signature: _____

Date signed: _____

**NOTE: WITHIN FIVE DAYS, PLEASE RETURN THE JUROR INFORMATION AND QUESTIONNAIRE AND JUROR INFORMATION CARD IN THE ENCLOSED ENVELOPE**

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2006, I electronically filed with the Clerk of Court POWER INTEGRATIONS' [PROPOSED] JURY QUESTIONNAIRE using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on September 19, 2006, I have served by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III | Attorneys for Defendants |
| Bas de Blank | FAIRCHILD SEMICONDUCTOR |
| Orrick, Herrington & Sutcliffe, LLP | INTERNATIONAL, INC. and |
| 1000 Marsh Road | FAIRCHILD SEMICONDUCTOR |
| Menlo Park, CA 94025 | CORPORATION |

                                                      */S/ William J. Marsden, Jr.*
                                                      William J. Marsden, Jr. (marsden@fr.com)