# Exhibit A

**From:** de Blank, Bas [mailto:basdeblank@orrick.com]
**Sent:** Thursday, September 21, 2006 11:16 AM
**To:** Michael Headley
**Cc:** VanderZanden, Brian; Ramsey, Gabriel
**Subject:** RE: PI-Fairchild: upshot of order on FCS MILs

Michael,

Thank you, we will expect the redacted version of Mr. Troxel's report by 5:00 p.m. Friday. With respect to the prior art, the selection of references will be impacted by the jury's decision as to which, if any, of the asserted claims are infringed. Further, we may file a timely motion for clarification or reconsideration. Consequently, we will identify the prior art pursuant to whatever schedule is set by the Court.

Bas de Blank
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA  94025
650-614-7343 (phone)
650-614-7401 (fax)

# Exhibit B

| | |
|---|---|
| From: | Michael Headley |
| Sent: | Thursday, September 21, 2006 6:07 PM |
| To: | 'de Blank, Bas' |
| Cc: | 'VanderZanden, Brian'; 'Ramsey, Gabriel' |
| Subject: | RE: PI-Fairchild: upshot of order on FCS MILs |

Bas,

Your e-mail suggests that Fairchild intends to ignore the Court's order to pare down the list of art to seven references while at the same time you demand that Power Integrations immediately comply with a different portion of the same order. That is not acceptable. The Court's orders do not contemplate a staggered timeframe for compliance, nor do they suggest the parties can change the claims or prior art references after the first trial. Moreover, the list of prior art references is relevant to the first trial for at least two reasons. First, the art may bear on the scope of equivalents, and we are entitled to know which art Fairchild is relying on for that purpose. Second, Fairchild's opinions of counsel rely on invalidity in many places, and if Fairchild does not intend to rely on the same art at trial, Power Integrations is entitled to note the discrepancy in cross-examining Fairchild's witnesses with respect to willfulness. Additionally, per the Court's order, the parties need to work to resolve any dispute with respect to the dates of the seven references, and we need to do so (and to eliminate the dozens of superfluous exhibits on Fairchild's list) before we file our final exhibit lists this Monday.

Please let me know by noon Friday whether Fairchild will reconsider its position and provide the list of seven references at the same time Power Integrations provides a redacted version of Mr. Troxel's Summary Report (as noted before, we are willing to exchange these materials first thing Monday morning if any sooner would be too difficult from your end). If not, Power Integrations intends to raise this issue with the Court.

Sincerely,

Michael R. Headley
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063-1526
(650) 839-5139 (direct)
(650) 839-5071 (fax)
*********************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*********************************************************************************