IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**ORDER**

This _____ day of _____, 2006, defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (referred to collectively herein as "Fairchild") having moved for leave to file a Request for Reconsideration and Clarification, and the Court, having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Fairchild's Motion For Leave To File A Request for Reconsideration and Clarification is granted.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2006, the attached **DEFENDANTS' PROPOSED ORDER GRANTING LEAVE TO REQUEST RECONSIDERATION AND CLARIFICATION** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>Wilmington, DE 19801 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | VIA FEDERAL EXPRESS |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | VIA FEDERAL EXPRESS |

*/s/ John G. Day*

John G. Day