IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-1371-JJF |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, Defendants have filed a Motion For Leave To File A Motion For Reconsideration And Clarification (D.I. 389);

WHEREAS, the Court concludes that Defendants have alleged good cause for filing such a Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion For Leave To File A Motion For Reconsideration And Clarification (D.I. 389) is **GRANTED**.

2. The letter motion and brief attached to D.I. 389 at Tab 1 is deemed filed.

3. Plaintiff shall file its response to Defendants' letter motion and brief no later than **4:30 p.m. on Thursday, September 28, 2006.**

September 26, 2006
Date

_____
UNITED STATES DISTRICT JUDGE