# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

FR

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

September 28, 2006

Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

Re:  Power Integrations v. Fairchild Semiconductor, et al.
     C.A. No. 04-1371-JJF
     Request For Permission To Have Laptop Computer in Courtroom 4B

Dear Ms. Krett:

We are scheduled to appear in a trial in Courtroom 4B commencing on October 2, 2006 and ending on October 6, 2006 and request permission to bring laptops to Courtroom 4B to assist in preparation and presentation during the trial. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Respectfully,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr.

WJM/kxk

cc:  David Thomas, United States Marshal
     Keith Ash, Chief Court Security Officer