# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 28, 2006

Ms. Deborah Krett
Case Manager
United States District Court
844 King Street, Lockbox 27
Wilmington, Delaware 19801

VIA E-FILING

Re: Request for Permission to Have Laptop Computer in Courtroom 4B
During Trial in Power Integrations v. Fairchild Semiconductor, et al.,
C.A. No. 04-1371-JJF

Dear Ms. Krett:

We are scheduled to appear for trial in the above action in Courtroom 4B commencing on Monday October 2, 2006 and ending on Friday October 6, 2006, and request permission to bring laptop computers to Courtroom 4B to assist in the preparation and/or presentation during the trial. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Very truly yours,

/s/ John G. Day

John G. Day

JGD: nml
Enclosure
173692.1

cc: David Thomas, United States Marshal (by hand)
    Keith Ash, Chief Court Security Officer (by hand)