**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>)<br>) C.A. No. 04-1371-JJF<br>)<br>)<br>)<br>)<br>) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for proceedings commencing on Monday October 2, 2006 and ending on Friday October 6, 2006.

Counsel shall comply with the inspection provisions of the United States Marshal.

       G. Hopkins Guy, III, Esquire
       William L. Anthony, Esquire
       Vickie L. Feeman, Esquire
       Bas de Blank, Esquire
       Brian H. VanderZanden, Esquire
       Gabriel M. Ramsey, Esquire
       Celeste Pierce
       Laura Lo
       Kevin Hout
       Eric Ang
       David Verrecchia

Dated: _____, 2006       _____
                                                          United States District Judge

173693.1