IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | C.A. No. 04-1371-JJF |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for proceedings commencing on Monday October 2, 2006 and ending on Friday October 6, 2006.

Counsel shall comply with the inspection provisions of the United States Marshal.

    G. Hopkins Guy, III, Esquire
    William L. Anthony, Esquire
    Vickie L. Feeman, Esquire
    Bas de Blank, Esquire
    Brian H. VanderZanden, Esquire
    Gabriel M. Ramsey, Esquire
    Celeste Pierce
    Laura Lo
    Kevin Hout
    Eric Ang
    David Verrecchia

Dated: Sept. 29, 2006

                     /s/ Joseph J. Farnan, Jr.
                     United States District Judge

173693.1