IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
PERMISSION FOR COUNSEL TO
POSSESS AND UTILIZE A LAPTOP
COMPUTER DURING COURT
PROCEEDINGS IN COURTROOM 4B
OF THE J. CALEB BOGGS FEDERAL
BUILDING

ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, Laptop for proceedings commencing on October 2, 2006 and ending on October 6, 2006.

Counsel shall comply with the inspection provisions of the United States Marshal.

    David J. Miclean
    Judith Stewart
    Tamera D. Fraizer
    Michael R. Headley
    Howard G. Pollack
    William J. Marsden, Jr.
    Jonathan G. Hamann

Date: September 29, 2006

JOSEPH J. FARNAN, JR.
United States District Court Judge