**Exhibit 6 to the Proposed Pretrial Order**

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.

v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., and
FAIRCHILD SEMICONDUCTOR
CORPORATION

## POWER INTEGRATIONS' EXHIBIT LIST

C.A. No. 04-1371-JJF

| PRESIDING JUDGE<br>**Joseph J. Farnan, Jr.** | PLAINTIFF'S ATTORNEYS<br>**William J. Marsden, Jr., Frank E.<br>Scherkenbach, Howard G. Pollack, Michael R.<br>Headley** | DEFENDANT'S ATTORNEYS<br>**G. Hopkins Guy, III, Vickie L. Feeman,<br>Bas de Blank, Brian H. VanderZanden** |
| --- | --- | --- |
| TRIAL DATE (S)<br>**October 2, 2006** | COURT REPORTER<br>**Leonard Dibbs** | COURTROOM DEPUTY<br>**Anita Bolton** |

Power Integrations, Inc. reserves the right to supplement or otherwise amend this exhibit list.

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | U.S. Patent No. 6,249,876 (Balakrishnan *et al.*) with certificate of correction | | 06/19/01 | PIF 00320 – 00333 | Balakrishnan | |
| 2 | U.S. Patent No. 6,107,851 (Balakrishnan *et al.*) | | 08/22/00 | PIF 00082 – 00099 | Balakrishnan | |
| 3 | U.S. Patent No. 6,229,366 (Balakrishnan *et al.*) | | 05/08/01 | PIF 00217 – 00234 | Balakrishnan | |
| 4 | U.S. Patent No. 4,811,075 (Eklund) | | 03/07/89 | PIF 00002 – 00008 | Eklund | |
| 5 | File History for U.S. Patent 6,249,876, Serial No. 09/192,959 | | | PIF 00317 – 00408 | Balakrishnan | |
| 6 | File History for U.S. Patent 6,107,851, Serial No. 09/080,774 | | | PIF 00077 – 00211 | Balakrishnan | |
| 7 | File History for U.S. Patent 6,229,366, Serial No. 09/573,081 | | | PIF 00212 – 00316 | Balakrishnan | |
| 8 | File History for U.S. Patent 4,811,075, Serial No. 07/041,994 | | | PIF 00001 – 00076 | Eklund | |

* Exhibits from Fairchild's own files are admissions and therefore may not reference a particular sponsoring witness.

1

Power Integrations' Exhibit List

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 9 | U.S. Patent No. 4,712,169 (Albach ) with certificate of correction | '876 Patent | 12/1987 | PIF 08059 - 08066 | Blauschild | |
| 10 | U.S. Patent No 4,930,063 (Henze *et al.*) | '876 Patent | 05/1990 | PIF 08229 - 08239 | Blauschild | |
| 11 | U.S. Patent No. 5,459,392 (Mandelcorn) | '876 Patent | 10/1995 | PIF 08435 - 08443 | Blauschild | |
| 12 | Ashok, Bindra, "Power-Conversion Chip Cuts Energy Wastage in Off-line Switchers" | '876 Patent | 10/1998 | PIF 08735 - 08739 | Blauschild | |
| 13 | U.S. Patent No. 4,890,210 (Myers) with certificate of correction | '851/'366 Patents | 12/1989 | PIF 08205 - 08221 | Blauschild | |
| 14 | U.S. Patent No. 5,014,178 (Balakrishnan) | '851/'366 Patents | 05/1991 | PIF 08294 - 08298 | Blauschild | |
| 15 | U.S. Patent No. 5,034,871 (Okamoto *et al.*) | '851/'366 Patents | 07/1991 | PIF 08304 - 08315 | Blauschild | |
| 16 | US Patent No. 5,041,956 (Marinus) with certificate of correction | '851/'366 Patents | 08/1991 | PIF 08316 - 08327 | Blauschild | |
| 17 | Euro Pat. 0 748 034 A1 – H02M 3/00 | '851/'366 Patents | 12/1996 | PIF 08664 - 08672 | Blauschild | |
| 18 | Euro Pat. 0 748 035 A1 – H02M 3/155 | '851/'366 Patents | 12/1996 | PIF 08673 - 08681 | Blauschild | |
| 19 | B. Pelly et al, Power MOSFETs take the load off switching supply design, Electronic Design, Feb. 1983, pp 135-139. | '851/'366 Patents | 02/1983 | PIF 08765 - 08770 | Blauschild | |
| 20 | U.S. Patent No. 5,245,526 Balakrishnan et al. | '366 Patent | 09/1993 | PIF 08377 - 08387 | Blauschild | |
| 21 | U.S. Patent No. 4,626,879 Colak | '075 Patent | 12/1986 | PIF 08016 - 08022 | Shields | |
| 22 | U.S. Patent No. 4,628,341 Thomas | '075 Patent | 12/1986 | PIF 08023 - 08032 | Shields | |
| 23 | *Sze, Physics of Semiconductor Devices,* Wiley & Sons N.Y. c. 1981 pp. 431-438, 486-491 | '075 Patent | 1981 | PIF 08716 - 08731 | Shields | |
| 24 | http://www.websters-online-dictionary.com/ definition/monolithic | | | | Blauschild | R, P |
| 25 | FSD200, FSD201 Preliminary Specification, Fairchild Power Switch | | | FCS0625278 – 293 | Blauschild | D, R, P, I |
| 26 | FSDL0365RNB, FSDM0365RNB Green Mode FPS datasheet | | | FCS0321469 – 488 | Blauschild | |
| 27 | TNY256 (TinySwitch Plus) datasheet | | 08/1999 | PIF31447 – 466 | Balakrishnan, Blauschild | R, P, H, F Not produced |
| 28 | TNY256 (TinySwitch Plus) datasheet | | 07/2001 | on CD PIF 131300 | Balakrishnan, Blauschild | R, P, H, F |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | TNY256 schematic diagrams | | | PIF78050 – 061 | Balakrishnan, Blauschild | R, P, H, F |
| 33 | TOP232 (TOP-FX) schematics | | | PIF19959 – 20110 | Balakrishnan, Blauschild | R, P, H, F, I |

Power Integrations' Exhibit List

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 34 | TOP232 (TOP-FX) datasheet | | 07/2001 | PIF37480 – 515 | Balakrishnan, Blauschild | R, P, H, F |
| 35 | TOP242 (TOP-GX) datasheet | | 07/2001 | PIF37516 – 563 | Balakrishnan, Blauschild | R, P, H, F |
| 36 | TOP249 (TOP-GX) schematics | | | PIF77019 – 037 | Balakrishnan, Blauschild | R, P, H, F |
| 37 | Klas Eklund Notes and documents | Eklund Ex. 5 | | KE0001 – 006 | Eklund | R, P, H, F, A, I |
| 38 | Klas Eklund Notes and documents | | | KE00007 – 023 | Eklund | R, P, H, F, A, I, T |
| 39 | Klas Eklund Notes and documents | Eklund Ex. 16 | | KE 00024 – 256 | Eklund | R, P, H, F, A, I |
| 40 | Klas Eklund Notes and documents | Eklund Ex. 17 | | KE 00257 – 483 | Eklund | R, P, H, F, A, I, T |
| 41 | Klas Eklund Notes and documents | Eklund Ex. 18 | | KE 00484 – 517 | Eklund | R, P, H, F, A, I |
| 42 | Klas Eklund Notes and documents | Eklund Ex. 20 | | KE 00262 – 289 | Eklund | R, P, H, F, A, I, T |
| 43 | Klas Eklund Notes and documents | Eklund Ex. 21 | | KE 00329 – 342 | Eklund | R, P, H, F, A, I |
| 44 | Klas Eklund Notes and documents | Eklund Ex. 22 | | KE 00518 – 683 | Eklund | R, P, H, F, A, I, T |
| 45 | Klas Eklund Notes and documents | Eklund Ex. 23 | | KE 00684 – 835 | Eklund | R, P, H, F, A, I |
| 46 | Klas Eklund Notes and documents | Eklund Ex. 24 | | KE 00836 – 915 | Eklund | R, P, H, F, A, I, T |
| 47 | Klas Eklund Notes and documents | Eklund Ex. 25 | | KE 00916 – 1090 | Eklund | R, P, H, F, A, I |
| 48 | Klas Eklund Notes and documents | Eklund Ex. 26 | | KE 01091 – 1416 | Eklund | R, P, H, F, A, I, T |
| 49 | Klas Eklund Notes and documents | Eklund Ex. 27 | | KE 01417 – 36 | Eklund | R, P, H, F, A, I |
| 50 | Letter from Thomas Schatzel to Alys Hay re Klas Eklund | Eklund Ex. 8 | 04/07/88 | KE 00012 – 14 | Eklund | R, P, H, F, A, I, T |
| 51 | Letter from James Plummer to Bill Davidow re visit with Klaus Eklund, Art Fury and Alan Greben of Smartpower Inc. | Eklund Ex. 14 | 01/13/88 | | Eklund | R, P, H, F, A |
| 52 | Letter from Thomas Schatzel to George Honsbeen, II re Klas Eklund – Power Integrations | Eklund Ex. 15 | 07/17/91 | | Eklund | |
| 53 | Deutsche Bank Report, *Power Integrations: All charged up* | | 01/05/05 | FCS052O731 – 68 | Troxel | R, P, H, F, A |
| 54 | Piper Jaffray Co., *Note, Power Integrations, Inc.* | | 10/20/05 | PIF92990 – 96 | Renouard, Troxel | R, P, H, F, A |
| 55 | Citigroup Small/Mid-Cap Research, *Power Integrations Incorporated* | | 10/19/05 | PIF93039 – 48 | Renouard, Troxel | R, P, H, F, A |

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 56 | Technology License Agreement | | 06/29/00 | PIF 23640 – 64 | Balakrishnan, Renouard, Troxel | |
| 57 | Licensing and Wafer Supply Agreement | | 06/17/93 | PIF 22638 – 67 | Balakrishnan, Renouard, Troxel | |
| 58 | MagneTek/Power Integrations Development and License Agreement | | 02/19/93 | PIF 23511 – 46 | Balakrishnan, Renouard, Troxel | |
| 59 | MagneTek Termination Agreement | | 12/22/04 | PIF 23502 – 06 | Balakrishnan, Renouard, Troxel | |
| 60 | MagneTek License Agreement | | 12/22/04 | PIF 23494 – 501 | Balakrishnan, Renouard, Troxel | |
| 61 | Patent License Agreement between American Telephone and Telegraph Company and Power Integrations, Inc. | | 06/11/92 | PIF 23709 – 17 | Balakrishnan, Renouard, Troxel | |
| 62 | *Power Integrations Fact Sheet*, Available from http://www.powerint.com/ir/docs/POWI_Fact_Sheet.pdf, downloaded 11/21/05 | | 10/2005 | on CD PIF131300 | Balakrishnan, Renouard, Troxel | R, P, H, F, A, Not produced |
| 63 | Power Integrations, Inc. Annual Report Form for 10-K for the fiscal year ended December 31, 2002 | | | | Balakrishnan, Renouard, Troxel | R, P, F, A, Not produced |
| 64 | Power Integrations, Inc. Annual Report Form 10-K for the fiscal year ended December 31, 2004 | | | PIF61552 – 634 | Balakrishnan, Renouard, Troxel | R, P, F, A, Not produced |
| 65 | Fairchild Semiconductor International, Inc. Annual Report 10-K for the fiscal year ended December 31, 2001 | | | | | R, P, F, A, Not produced |
| 66 | Fairchild Semiconductor International, Inc. Annual Report 10-K for the fiscal year ended December 26, 2004 | | | FCS1688403 – 575 | Beaver | R, P, V |
| 67 | Email re Business Case and Questionnaire | | 12/17/03 | FCS0673656 – 671 | Troxel | I, R, P |
| 68 | Comparison Table – Middle Power | | | FCS0340728 – 730 | Troxel | I, R, P |
| 69 | PDD Analog Green FPS | | | FCS0468433 – 449 | Troxel | I, R, P |
| 70 | Charger Application, FPS Solution for Charger/Adaptor | | | FCS0513771 – 789 | Troxel | I, R, P, H, F |
| 71 | Fairchild Power Switch, Power Conversion | | 09/2004 | FCS0389879 – 390214 | Troxel | H, F, R, P, V |
| 72 | | | | | | |
| 73 | Development Plan for GFPS Product | | 01/2005 | FCS0468450 – 470 | Troxel | I, R, P |

Power Integrations' Exhibit List

4

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 74 | Field Test With FSD210 presentation by Jin-ho Choi | | | FCS0273256 – 267 | Troxel | R, P, V, F, H |
| 75 | Fairchild & Samsung VD presentation | | 11/2004 | FCS0543687 – 823 | Troxel | R, P |
| 76 | FSCM0565R/FSCM0765R for STB, DVDR and LCD Monitor, Power Conversion Team, Power Supply Group | | 11/2004 | FCS0290593 – 600 | Troxel | R, P |
| 77 | Competition Review, v1.70 | | 12/02/04 | PIF39342 – 440 | Renouard, Troxel | R, P, F, H, A |
| 78 | Amended and restated Wafer Supply Agreement b/t PI and Oki Electric Industry | | 04/01/03 | PIF22744 – 771 | Balakrishnan, Renouard, Troxel | |
| 79 | Wafer Supply Agreement b/t PI and ZMD Analog Mixed Signal Services | | 05/23/03 | PIF22023 – 047 | Balakrishnan, Renouard, Troxel | |
| 80 | Fairchild competition status report | Renouard Ex. 19 | 10/25/05 | PIF88460 – 502 | Renouard, Troxel | V, R, P, F, H, A, O |
| 81 | Fairchild Sales by Part and by Customer | | 2004-2005 | FCS1231762 – 1811 | Troxel | V, R, P, H, F |
| 82 | Fairchild Sales by Part and by Customer | | 2004-2005 | FCS1686873 – 6925 | Troxel | V, R, P, H, F |
| 83 | Weekly Sales Report | | 10/10/03 | PIF 87080 – 87093 | Renouard, Troxel | V, R, P, F, H, A, O |
| 84 | Weekly Sales Report | | 03/05/04 | PIF 88093 –88104 | Renouard, Troxel | V, R, P, F, H, A, O |
| 85 | Weekly Sales Report | | 10/22/04 | PIF 87821 – 87836 | Renouard, Troxel | V, R, P, F, H, A, O |
| 86 | Weekly Sales Report | | 2002 | PIF 86660 – 86668 | Renouard, Troxel | V, R, P, F, H, A, O |
| 87 | Weekly Sales Report | | 2002 | PIF 86679 – 86688 | Renouard, Troxel | V, R, P, F, H, A, O |
| 88 | Weekly Sales Report | | 07/03/02 | PIF 86920 – 86929 | Renouard, Troxel | V, R, P, F, H, A, O |
| 89 | Weekly Sales Report | | 08/08/03 | PIF 87746 – 87764 | Renouard, Troxel | V, R, P, F, H, A, O |
| 90 | Weekly Sales Report | | 10/03/03 | PIF 87129 – 87143 | Renouard, Troxel | V, R, P, F, H, A, O |
| 91 | Weekly Sales Report | | 10/31/03 | PIF 87111 – 87128 | Renouard, Troxel | V, R, P, F, H, A, O |
| 92 | Weekly Sales Report | | 02/20/04 | PIF 88046 – 88058 | Renouard, Troxel | V, R, P, F, H, A, O |

Power Integrations' Exhibit List

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 93 | Weekly Sales Report | | 04/09/04 | PIF 88143 – 88153 | Renouard, Troxel | V, R, P, F, H, A, O |
| 94 | Weekly Sales Report | | 04/04/03 | PIF 87451 – 87472 | Renouard, Troxel | V, R, P, F, H, A, O |
| 95 | Weekly Sales Report | | 07/11/03 | PIF 87622 – 87635 | Renouard, Troxel | V, R, P, F, H, A, O |
| 96 | Weekly Sales Report | | 08/22/03 | PIF 87716 - 87732 | Renouard, Troxel | V, R, P, F, H, A, O |
| 97 | Weekly Sales Report | | 08/29/03 | PIF 87733 – 87745 | Renouard, Troxel | V, R, P, F, H, A, O |
| 98 | Weekly Sales Report | | 02/06/04 | PIF 88059 – 88070 | Renouard, Troxel | V, R, P, F, H, A, O |
| 99 | Weekly Sales Report | | 08/09/02 | PIF 86988 – 87001 | Renouard, Troxel | V, R, P, F, H, A, O |
| 100 | Weekly Sales Report | | 01/17/03 | PIF 87200 – 87215 | Renouard, Troxel | V, R, P, F, H, A, O |
| 101 | Weekly Sales Report, "Korea, High, SEMCO" | | 12/03/04 | PIF 87972 – 87976 | Renouard, Troxel | V, R, P, F, H, A, O |
| 102 | CD containing Power Integrations electronic Point-of-Sale Database (POS) data | | | PIF 095910 – 125226 (CD044) | Renouard, Troxel | R, P, Q |
| 103 | Quarterly Product Revenue and Standard Margin Analysis | | 04/11/02 | PIF 54140 – 54192 | Renouard, Troxel | R, P, H, F, A, V |
| 104 | Historical Revenue by Year, Product Family & Part #, 2004 | | 2004 | PIF 85559 – 85579 | Renouard, Troxel | R, P, H, F, A, V |
| 105 | Historical Revenue by Year, Product Family & Part #, 2005 | | 2005 | PIF 85684 – 85705 | Renouard, Troxel | R, P, H, F, A, V |
| 106 | Power Integrations revenue quantities by part number | | 2004-2005 | PIF 144716 – 144737 | Renouard, Troxel | R, P, H, F, A, V |
| 107 | Fairchild Tier 1 accounts list | | 2004-2005 | FCS1686926 – 927 | Troxel | R, P, V |
| 108 | FSDM0265RN Sales | | 2004 | FCS1245900 – 903 | Troxel | R, P, V |
| 109 | FSD210 Sales Bill and Booking | Jensen Ex. 4 | 2004 | FCS1009945 – 957 | Jensen, Troxel | D, R, P, F, H, A-C |
| 110 | Spreadsheet re sales by quarter with "Territory," "Product ID," and "Corp Cust" | Barnes Ex. 2 | 2004-2005 | FCS 1688278 – 87 | Barnes, Troxel | R, P, H, I, A, F |
| 111 | Spreadsheet re sales by quarter with "Territory," "Product ID," and "Corp Cust" | Barnes Ex. 3 | 2004-2005 | FCS 1688288 – 94 | Barnes, Troxel | R, P, H, A, F |

6

Power Integrations' Exhibit List

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 112 | Spreadsheet, "Historical Billing Data" | Barnes Ex. 4 | 2004-2005 | FCS 1688295 – 319 | Barnes, Troxel | R, P, H, A, F |
| 113 | Spreadsheet, "Green FPS 05 Proforma P&L." | Barnes Ex. 5 | 2005 | FCS 1688322 | Barnes, Troxel | |
| 114 | Spreadsheet, "Revenue & SM% FCST vs. ACT | Barnes Ex. 6 | 2004-2005 | FCS 1688323 | Barnes, Troxel | R, P, H, A, F |
| 115 | Spreadsheet | Barnes Ex. 7 | | FCS 1688324 | Barnes, Troxel | R, P, H, A, F, I |
| 116 | Spreadsheet re sales | Barnes Ex. 8 | | FCS 1688325 – 26 | Barnes, Troxel | R, P, H, A, F, I |
| 117 | Spreadsheet re end customers | Barnes Ex. 9 | 2004 – 05 | FCS 1688327 – 65 | Barnes, Troxel | R, P, H, A, F |
| 118 | Spreadsheet re sales | Barnes Ex. 10 | 2004 – 05 | FCS 1688366 – 88 | Barnes, Troxel | R, P, H, A, F |
| 119 | High Voltage Dielectric Isolation SCR Integrated Circuit Process, J.D. Beasom | Beasom Ex. 13 | | | Beasom | |
| 120 | Properties of dielectrially isolated integrated circuits, J.D. Beasom and R.W. Randlett, Electronic Engineering | Beasom Ex. 14 | 11/1979 | | Beasom | |
| 121 | A High Performance High Voltage Lateral PNP Structure, James D. Beasom, IEEE | Beasom Ex. 15 | 1983 | | Beasom | |
| 122 | A 500V Dielectric Isolation Process for Very High Voltage Integrated Circuits, R.S. Pospisil, S.R. Jost, J.D. Beasom, Electro/86 and Mini/Micro Northeast-86 Conference Record | Beasom Ex. 16 | 05/13/86 | | Beasom | |
| 123 | A 200V DI Process Which Provides IGT's, SCR's High Speed Complimentary Low Voltage Bipolars, CMOS and Bipolar Logic Options, J.D. Beasom | Beasom Ex. 17 | 1987 | | Beasom | |
| 124 | WW Sales and Marketing | Beaver Ex. 1 | | FCS1688035 – 47 | Beaver | R, P, H, A, F |
| 125 | The Power Franchise™ Marketing Update | Beaver Ex. 2 | 10/2005 | FCS1687782 – 808 | Beaver | R, P, H, A, F |
| 126 | E-mail from Sulekha Dhanota re price contract | Beaver Ex. 3 | 02/15/05 | FCS1004572 – 74 | Beaver | R, P, H, A-T, F, T, I |
| 127 | E-mail from Kirk Pond with Press Release | Beaver Ex. 4 | 02/17/04 | FCS0516948 – 51 | Beaver | R, P, H, A, F |
| 128 | E-mail from Robert Marston to George Farrales and Dan Godbout | Beaver Ex. 5 | 03/01/05 | FCS1684981 – 84 | Beaver | R, P, H, A, F |
| 129 | E-mail from Atman Chau to Terry Leung re Material for Tom Beaver | Beaver Ex. 6 | 11/10/04 | FCS0667674 – 84 | Beaver | R, P, H, A, F |
| 130 | | | | | Beaver | |
| 131 | E-mail from Alex Kwon re Weekly Report for Samsung account | Beaver Ex. 8 | 05/22/05 | FCS1657110 – 11 | Beaver | R, P, H, A, F |
| 132 | Agenda, Fairchild Korea Semiconductor, Ltd. | Beaver Ex. 9 | 04/12/04 | FCS0467324 – 37 | Beaver | R, P, H, A, F |
| 133 | E-mail from Youngsung Joo attaching LG RFQ | Beaver Ex. 10 | 12/01/04 | FCS0657891 – 92 | Beaver | R, P, H, A, F, T |
| 134 | E-mail from HK Kim re Road show for LG Group | Beaver Ex. 11 | 02/06/05 | FCS0515661 – 62 | Beaver | R, P, H, A, F |
| 135 | | | | | | |
| 136 | Intel Presentation, Tom Beaver | Beaver Ex. 13 | 08/2004 | FCS1680526 – 57 | Beaver | R, P, H, A, F |
| 137 | DeWalt and Black & Decker Presentation | Beaver Ex. 14 | | FCS1459143 – 81 | Beaver | R, P, H, A, F |

Power Integrations' Exhibit List

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 138 | Letters from Tom Beaver to customers | Beaver Ex. 15 | 12/23/04 | FCS1688389 – 402 | Beaver | R, P, I, H |
| 139 | E-mail from Corporate Communications | Beaver Ex. 16 | 10/25/04 | FCS0336814 – 15 | Beaver | R, P, H, A, F |
| 140 | Korean Letter from Tom Beaver re Power Integrations | Beaver Ex. 18 | | PIF144742 | Beaver | R, P, I, H, T, F, A-T |
| 141 | Analyst Day Presentation, Tom Beaver | Beaver Ex. 19 | | FCS1631362 – 401 | Beaver | R, P, H, F, A |
| 142 | Letter from Tom Beaver to Tim Jackson at GE | | 03/14/04 | FCS1683987 | Beaver | R, P |
| 143 | Fairchild Product Info Sheet re FSD210, FSD200 | H.S. Choi  Ex. 1 | 06/25/04 | FCS0558997 – 014 | Choi | |
| 144 | Product Info Sheet for FSDH321, FSDL321 | H.S. Choi  Ex. 2 | 10/01/04 | FCS0326006 – 326025 | Choi | |
| 145 | E-mail from Jonathan Harper re Green FPS Task Force Minutes | H.S. Choi  Ex. 3 | 11/13/03 | FCS0313542 – 313543 | Choi | R, P, H |
| 146 | Green FPS Biz Review | H.S. Choi  Ex. 4 | 11/06/03 | FCS1023669 – 700 | Choi | R, P, H |
| 147 | Design Tools: Green FPS Task Force | H.S. Choi  Ex. 5 | 01/2004 | FCS1174554 – 65 | Choi | R, P, H |
| 148 | E-mail from HK Kim to Rexin Wang | H.S. Choi  Ex. 6 | 02/06/04 | FCS1113480 – 81 | Choi | R, P, H |
| 149 | FSD210 Demo Board by H.S. Choi | H.S. Choi  Ex. 7 | 02/02/04 | FCS0616095 – 105 | Choi | R, P |
| 150 | FSD210 Demo Board 3.3W battery charger | H.S. Choi  Ex. 8 | 08/17/04 | FCS0298666 – 70 | Choi | R, P |
| 151 | Engineering Evaluation Demo Board Report using FSD210 | H.S. Choi  Ex. 9 | 08/28/04 | FCS0394490 – 394520 | Choi | F, A (not Fairchild document), R, P |
| 152 | DV-9.7W-FSDH0265RN Info Sheet | H.S. Choi  Ex. 10 | | FCS0546374 – 75 | Choi | R, P |
| 153 | DV-16W-FSDL0365RN Info Sheet | H.S. Choi  Ex. 11 | | FCS0589740 – 41 | Choi | R, P |
| 154 | E-mail from Brian Lavalle to Hang Seok Choi re Presentation material | H.S. Choi  Ex. 12 | 10/21/03 | FCS1117236 – 56 | Choi | R, P |
| 155 | E-mail from Sang Tae Im to Brian Lavalle re Target FPS for STB | H.S. Choi  Ex. 13 | 09/26/03 | FCS0307788 – 307796 | Choi | R, P |
| 156 | E-mail from Atman Chau to Choi et al. re RSDM05/0765R | H.S. Choi  Ex. 14 | 03/15/04 | FCS0312387 – 312412 | Choi | R, P |
| 157 | E-mail from Seunghwan Lee to Sang Tae Im et al. re FPS with Frequency Modulation | H.S. Choi  Ex. 15 | 12/08/03 | FCS0676000 – 676035 | Choi | R, P, H |
| 158 | E-mail from Hang Seok Choi to Chang re product development | H.S. Choi  Ex. 16 | 08/03/03 | FCS0692406 | Choi | R, P, H, F |
| 159 | E-mail from Van Niemela to Hang Seok Choi et al. re FPS customer visits for Dr. Choi | H.S. Choi  Ex. 17 | 07/14/03 | FCS0316343 – 316349 | Choi | R, P |
| 160 | Analog Application Engineering Group Weekly Report | H.S. Choi  Ex. 18 | 08/14/03 | FCS0643256 – 643274 | Choi | R, P, T, F, A-T |
| 161 | E-mail from Seunghwan Lee to Hang Seok Choi et al. re SPI | H.S. Choi  Ex. 19 | 11/23/03 | FCS0654269 | Choi | T, F, A-T, R, P, H |

8

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 162 | E-mail from HK Kim to Sang Tae Im re Samsung LCD Monitor | H.S. Choi Ex. 20 | 10/27/04 | FCS0648715 – 648716 | Choi | T, F, A-T, R, P, H, F |
| 163 | E-mail from Paul Kendle to Kevin Ream et al. re FPS with FM | H.S. Choi Ex. 21 | 12/05/03 | FCS0698339 – 698341 | Choi | R, P, H, F |
| 164 | E-mail from Hang Seok Choi to Jinho Choi et al. re Motorola | H.S. Choi Ex. 22 | 12/08/03 | FCS0315727 – 315728 | Choi | T, F, A-T, R, P, H |
| 165 | Taiwan/South China Business Trip Report, Hang-Seok Choi | H.S. Choi Ex. 23 | 01/02/05 | FCS0415811 – 415815 | Choi | R, P, H |
| 166 | Fairchild Power Switch PDD Analog | H.S. Choi Ex. 24 | 06/2003 | FCS0396384 – 396481 | Choi | R, P, H |
| 167 | Green FPS Fairchild Power Switch for Switch Mode Power Supplies | H.S. Choi Ex. 25 | 04/2004 | FCS1038171 – 424 | Choi | R, P, H |
| 168 | E-mail from Jintae Kim re WW50 weekly update for green FPS | Conrad Ex. 1 | 12/14/03 | FCS1311754 – 55 | Conrad | R, P |
| 169 | E-mail from Jong-Jib Kim to Bob Conrad re FPS Cost Analysis | Conrad Ex. 2 | 11/22/04 | FCS0476719 – 476721 | Conrad | R, P, H, F |
| 170 | E-mail from HK Kim to Bob Conrad, Hubertus Engelbrechten, and Dongyoung Huh re Green FPS support for design wins | Conrad Ex. 3 | 10/28/03 | FCS1121139 – 1121141 | Conrad | R, P |
| 171 | E-mail from HK Kim to Dongyoung Huh, Sangtae Im, Seunghwan Lee, and Sanghoon Jung re Green FPS support for design wins | Conrad Ex. 4 | 10/28/03 | FCS1111927 – 1111929 | Conrad | T, F, A-T, R, P |
| 172 | E-mail from Jong-Jib Kim to Minhwan Kim, Changki Jeon, and Cheoljoong Kim re the requirement for SDG5 | Conrad Ex. 5 | 01/10/05 | FCS1190656 – 1190659 | Conrad | R, P, H, F |
| 173 | FSCM0565RD MOSFET line-up | Conrad Ex. 6 | 09/17/04 | FCS0039327 – 39344 | Conrad | R, P, H, F |
| 174 | ICG AOP R&D Overview, Bob Conrad | Conrad Ex. 7 | 2003-2004 | FCS0491013 – 491034 | Conrad | R, P |
| 175 | E-mail from Changsik Lim to Bob Conrad re SDG5 | Conrad Ex. 8 | 01/09/05 | FCS0519459 – 519490 | Conrad | R, P, F |
| 176 | E-mail from Kyongmin Kim re WW47 weekly update for green FPS | Conrad Ex. 9 | 12/02/03 | FCS0717502 – 717505 | Conrad | T, F, A-T, R, P |
| 177 | Letters from Chris Bristow re IP issues | Conrad Ex. 26 | 01/12/06 01/13/06 | FCS1689450 – 51 | Conrad |  |
| 178 | Letter from Tom Beaver to J.S. Min at Dongyang Instrument | Conrad Ex. 27 | 11/16/04 | FCS1688393 | Conrad | R, P |
| 179 | Motorola Business Review Presentation | Engelbrechten Ex. 2; Beaver Ex. 12 | 12/14/04 | FCS1661968 – 2027 | Engelbrechten, Beaver | R, P, H, F |
| 180 | ICG Communication Meeting Presentation Integrated Circuits Group, H. Engelbrechten | Engelbrechten Ex. 3 | 01/13/04 | FCS1231702 – 1231733 | Engelbrechten | R, P, H, F |
| 181 | E-mail from Terry Leung to Robert Gendron, et al. re New Transfer Business in 2005 | Engelbrechten Ex. 4 | 01/17/05 | FCS1660440 – 1660441 | Engelbrechten | R, P, F |

9

Power Integrations' Exhibit List

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 182 | | | | | | |
| 183 | E-mail from Sangtae Im to Oscar Freitas and Hangseok Choi re FPS promotion need for Q1'04 | Gendron Ex. 2 | 11/11/03 | FCS0311848 – 311851 | Gendron | R, P, F |
| 184 | E-mail from Atman Chau to Ellen Lai, et al. re FSDM0265 & FSDL01665 price | Gendron Ex. 3 | 02/03/05 | FCS0686479 – 686482 | Gendron | R, P, F |
| 185 | E-mail from Kevin Ream to Robert Gendron, et al. re Americas Technical Sales and Marketing Weekly Report – WW50 | Gendron Ex. 4 | 12/17/03 | FCS1308850 – 1308852 | Gendron | R, P |
| 186 | Spreadsheet re "Americas" sales for 2004 /2005 | Godbout Ex. 1 | 2004-2005 | | Godbout | R, P, I |
| 187 | Fairchild Americas Presentation, Brent Rowe, RVP Americas | Godbout Ex. 2 | 04/2005 | FCS1681117 – 58 | Godbout | R, P, H, F |
| 188 | E-mail from Dan Godbout to Susan Douglass re Fairchild switcher formal quote – Sanyo/GE | Godbout Ex. 3 | 06/04/04 | FCS1684670 – 1684674 | Godbout | R, P, H, F |
| 189 | E-mail from Dan Godbout to Brent Rowe re GE/Fairchild switcher | Godbout Ex. 4 | 05/17/04 | FCS1685251 – 55 | Godbout | R, P, H, F |
| 190 | E-mail from Dan Godbout to Brent Rowe re GE formal quote | Godbout Ex. 5 | 05/18/04 | FCS1683234 – 40 | Godbout | R, P, H, F |
| 191 | E-mail from Dan Godbout to Brent Rowe, et al. re GE/Fairchild | Godbout Ex. 6 | 05/19/04 | FCS1683941 – 47 | Godbout | R, P, H, F |
| 192 | E-mail from Floyd Otto to Tim Sullivan, Dan Godbout, and Paul Kendle re Fairchild switcher control | Godbout Ex. 7 | 07/26/04 | FCS1682045 – 48 | Godbout | R, P, H, F |
| 193 | E-mail from Susan Douglass to Stephen West, et al. re PI Lawsuit | Godbout Ex. 8 | 04/04/05 | FCS1684338 – 40 | Godbout | R, P |
| 194 | Work-In-Progress, Resource Allocation by Project | J.S. Han Ex. 1 | 2003-2004 | FCS1324258 – 59 | Han | R, P |
| 195 | Work-In-Progress, Resource Allocation by Person | J.S. Han Ex. 2 | 2003-2004 | FCS1324254 – 55 | Han | R, P |
| 196 | Diagrams | J.S. Han Ex. 3 | 11/21/00 | FCS0076787 – 76815 | Han | |
| 197 | FSCM0565R Green Mode Fairchild Power Switch Info Sheet | J.S. Han Ex. 4 | 01/13/05 | | Han | |
| 198 | Diagrams (AR3656X–56) | J.S. Han Ex. 5 | | FCS0077356 – 80 | Han | |
| 199 | FSCM0765R Green Mode Fairchild Power Switch Info Sheet | J.S. Han Ex. 6 | 02/14/05 | FCS0628218 – 37 | Han | |
| 200 | Fairchild Technical Report re AR3656X-76XX | J.S. Han Ex. 7 | 04/27/04 | FCS063171 – 91 | Han | |
| 201 | Fairchild Technical Report re SDG4 | J.S. Han Ex. 8 | 10/20/04 | FCS020878 – 98 | Han | |
| 202 | Diagram by Designer Jinsub Han | J.S. Han Ex. 9 | 11/28/01 | FCS0077050 – 70 | Han | |
| 203 | Organizational Chart, Power Conversion, HK Kim, | S.T. Im Ex. 1 | 05/2005 | FCS0524280 | Im | |
| 204 | Korean Sales & Marketing Organization | S.T. Im Ex. 2 | 03/2005 | FCS0524276 – 77 | Im | |
| 205 | Product Strategy Fairchild Power Switch | S.T. Im Ex. 3 | 08/2001 | FCS1097612 – 29 | Im | R, P, H, F |
| 206 | Strategic Business Plan, Power Conversion, HK Kim | S.T. Im Ex. 4 | 10/2003 | FCS0613756 – 89 | Im | R, P, H, F |
| 207 | Power Supply Strategy, Power Conversion | S.T. Im Ex. 5 | 07/28/04 | FCS0640957 – 1009 | Im | R, P, H, F |

10

Power Integrations' Exhibit List

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 208 | Project/Customer Spreadsheet | S.T. Im Ex. 6 | | FCS0683113 – 22 | Im | R, P |
| 209 | Green FPS (Power Saver) Launching Plan | S.T. Im Ex. 7 | 08/29/03 | FCS0641675 – 93 | Im | R, P, H, F |
| 210 | PD Analog Business Review | S.T. Im Ex. 8 | 03/10/03 | FCS0507189 – 223 | Im | R, P, H, F |
| 211 | Power Conversion Biz Review | S.T. Im Ex. 9 | 01/12/04 | FCS0608236 – 87 | Im | R, P, H, F |
| 212 | Product Strategies for SPS & STD ICs | S.T. Im Ex. 10 | 05/09/00 | FCS0503931 – 80 | Im | R, P, H, F |
| 213 | Power Conversion Regional Marketing Meeting at Bucheon Korea | S.T. Im Ex. 11 | 04/21/04 | FCS0681900 – 2017 | Im, Troxel | R, P, H, F |
| 214 | AP FPS Plan | S.T. Im Ex. 12 | 12/15/02 | FCS0682646 – 68 | Im | R, P, F, H, V |
| 215 | Fairchild presentation entitled PDD Analog *Marketing*, FY03 Q2 QBR | S.T. Im Ex. 13 | 07/2003 | FCS0610280 – 337 | Im | R, P |
| 216 | PDD Analog Strategic Direction for Q4 2003 | S.T. Im Ex. 14 | 09/2003 | FCS0674491 – 505 | Im | R, P, H, F |
| 217 | Power Conversion Biz Review, HK Kim | S.T. Im Ex. 15 | 07/2004 | FCS0083906 – 819 | Im | R, P |
| 218 | Spreadsheet re Opportunity for PDD Analog over WW | S.T. Im Ex. 16 | 01/09/04 | FCS0705368 – 83 | Im | R, P |
| 219 | Power Conversion Weekly Report WW05 | S.T. Im Ex. 17 | | FCS1015860 – 89 | Im | R, P |
| 220 | Spreadsheet re Bill & BKG_CY04 | S.T. Im Ex. 18 | 08/05/04 | FCS0558111 – 28 | Im | R, P |
| 221 | Green FPS Fairchild Power Switch for Switch Mode Power Supplies | S.T. Im Ex. 19 | 04/2004 | FCS1104208 – 53 | Im | R, P, H, F |
| 222 | E-mail from Seunghwan Lee to Taehyun Kim re Green FPS | S.T. Im Ex. 20 | 08/11/03 | FCS0669132 – 40 | Im | R, P, T, F, A-T, H |
| 223 | E-mail from Seunghwan Lee to HK Kim re TOP 12 Program | S.T. Im Ex. 21 | 03/04/04 | FCS1118480 – 97 | Im | R, P, T, F, A-T |
| 224 | E-mail from Sangtae Im to Atman Chau re SPI for Samsung | S.T. Im Ex. 22 | 11/28/04 | FCS0660739 – 42 | Im | R, P, F, H |
| 225 | E-mail from Alan Hu to Atman Chau re SPI/Supreme | S.T. Im Ex. 23 | 12/26/04 | FCS0659728 – 30 | Im | R, P, F, H |
| 226 | E-mail from Robin Zhang to Sangtae Im re 10watt charger | S.T. Im Ex. 24 | 11/10/04 | FCS0039576 | Im | R, P |
| 227 | E-mail from Chuil Park to Danny Lin re PL for PC | S.T. Im Ex. 25 | 05/10/04 | FCS0676533 – 40 | Im | R, P, H, F |
| 228 | E-mail from Seunghwan Lee to Atman Chau re Green FPS | S.T. Im Ex. 26 | 08/14/03 | FCS0648666 – 87 | Im | R, P |
| 229 | E-mail from HK Kim to Changsik Lim re Hughes FSCM0765RD | S.T. Im Ex. 27 | 08/29/03 | FCS0520709 – 12 | Im | R, P |
| 230 | E-mail from Brent Markman to Sangtae Im et al. re Xbox | S.T. Im Ex. 28 | 05/12/03 | FCS0309575 | Im | R, P, H, F |
| 231 | Fairchild Semiconductor FSDH0165 | K.O. Jang Ex. 1 | 09/21/00 | FCS0146190 – 99 | Jang | |
| 232 | Technical Report | K.O. Jang Ex. 2 | 03/24/99 | FCS0354603 – 43 | Jang | |
| 233 | Fairchild Semiconductor FSD200 Fairchild Power Switch (FPS) | K.O. Jang Ex. 3 | 11/20/03 | FCS0562318 – 29 | Jang | |
| 234 | Fairchild Semiconductor FSD200, FSD201 Fairchild Power Switch | K.O. Jang Ex. 4 | 07/09/03 | FCS0619789 – 9800 | Jang, Blauschild | R, P |
| 235 | Fairchild Semiconductor FSD210H Green Mode 700 V | K.O. Jang Ex. 5 | 10/07/04 | FCS0597922 – 37 | Jang | |
| 236 | Fairchild Semiconductor FSDM311 Fairchild Power Switch (FPS) | K.O. Jang Ex. 6 | 11/11/03 | FCS0553036 – 45 | Jang | |
| 237 | Fairchild Semiconductor FSDL365RN, FSDM365RN datasheet | K.O. Jang Ex. 7 | 06/17/04 | FCS0344990 – 5011 | Jang | |

Power Integrations' Exhibit List

11

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS[*] | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 238 | Fairchild Semiconductor FSDL0365RNB, FSDM0365RNB datasheet | K.O. Jang Ex. 8 | 04/26/05 | | Jang | |
| 239 | Fairchild Semiconductor FSD210 Fairchild Power Switch (FPS) | K.O. Jang Ex. 9 | 02/26/03 | FCS0471645 – 52 | Jang | R, P |
| 240 | Fairchild Semiconductor FSD21x-Series FSD210, FSD211 | K.O. Jang Ex. 10 | 07/09/03 | FCS0617260 – 71 | Jang | R, P |
| 241 | FSD210 schematics | K.O. Jang Ex. 11 | 07/18/03 | FCS0026915 – 60 | Jang | M |
| 242 | R&D Plan | K.O. Jang Ex. 12 | 09/17/03 | FCS0128753 – 75 | Jang | |
| 243 | The Power Franchise booklet | K.O. Jang Ex. 13 | | FCS0015443 – 70 | Jang | |
| 244 | FSD211H Design Review2 | K.O. Jang Ex. 14 | 01/19/05 | FCS0123427 – 36 | Jang | |
| 245 | FSDH321 schematics | K.O. Jang Ex. 15 | 12/12/03 | FCS0077290 – 317 | Jang | M, R, P, I, D |
| 246 | FSDL0365RNB schematics | K.O. Jang Ex. 16 | 12/12/03 | FCS0077092 – 124 | Jang | M |
| 247 | Technical Report | K.O. Jang Ex. 17 | 05/07/04 | FCS0010192 – 229 | Jang | |
| 248 | Product Development Tracking | K.O. Jang Ex. 18 | | FCS0129047 – 49 | Jang | R, P, F, A, H |
| 249 | FSDM311 schematics | K.O. Jang Ex. 19 | 11/09/04 | FCS0077017 – 40 | Jang | M |
| 250 | Technical Report | K.O. Jang Ex. 20 | 07/07/04 | FCS0002902 – 39 | Jang | R, P |
| 251 | Fairchild Semiconductor FSDM0265RNC | K.O. Jang Ex. 21 | 02/26/04 | FCS0546429 – 46 | Jang | R, P |
| 252 | Fairchild PWM Control IC (FAN7602) | K.O. Jang Ex. 22 | 10/2003 | FCS0618772 – 86 | Jang | R, P |
| 253 | Frequency Modulation for the EMI (Electromagnetic Interference) | K.O. Jang Ex. 23 | | FCS0142533 – 48 | Jang | |
| 254 | Frequency Modulation for the EMI (Electromagnetic Interference) | K.O. Jang Ex. 24 | | FCS0099595 – 610 | Jang | |
| 255 | The 24th Weekly Report of SPS Group 2001 6. 16. | K.O. Jang Ex. 25 | 06/16/01 | FCS0486685 – 89 | Jang | R, P |
| 256 | Extending Power Capability While Simplifying Design Process | K.O. Jang Ex. 26 | 03/2001 | FCS1173125 – 27 | Jang | R, P, H |
| 257 | E-mail re Frequency Jitter with US Patent attached, Patent number 6,229,366 | K.O. Jang Ex. 28 | 06/13/01 | FCS0704049 – 67 | Jang | T, I, F, A-T, R, P |
| 258 | Oscillator and DAC in FPS | K.O. Jang Ex. 30 | | WOO 00001 – 00005 | Jang | R, P, F, A |
| 259 | Business Object Report | Jensen Ex. 2 | 2004-2005 | FCS1685950 – 54 | Jensen | R, P, I |
| 260 | Opportunity for PDD Analog Over WW | Jensen Ex. 3 | 02/26/04 | FCS0611037 – 84 | Jensen | R, P, F, A-C, H |
| 261 | FSCQ-Series Sales to Samsung; FAN7601 Sales: 2003-2004; etc. | Jensen Ex. 4 | 06/01/04 | | Jensen | D, R, P, F, A-C, H |
| 262 | Product Sales: 2004-2005 | Jensen Ex. 5 | 2004-2005 | | Jensen | R, P, F, A-C, H |
| 263 | Sales of Products from 2001Q1-2004Q3 | Jensen Ex. 6 | 2001-2004 | | Jensen | R, P, F, A-C, H |
| 264 | Rep Presidents Meeting (Welcome to South Portland) | Jensen Ex. 7 | 10/21/03 | FCS1473050 – 150 | Jensen | R, P, F, H |
| 265 | Geography Segment | Jensen Ex. 8 | 08/19/04 | FCS1613137 – 69 | Jensen | R, P, H, F |

Power Integrations' Exhibit List

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 266 | Fairchild Semiconductor presentation (title obscured by ink) | Jensen Ex. 9 | | FCS1444973 – 5006 | Jensen | R, P, H, F |
| 267 | E-mail from Stephen Jensen to Robert Gendron re Control4 Merlin | Jensen Ex. 10 | 02/24/05 | FCS1555699 – 700 | Jensen | R, P, H, F |
| 268 | Quarterly Business Review – Americas Business Marketing | Jensen Ex. 11 | 02/2003 | FCS1084979 – 5042 | Jensen | R, P |
| 269 | Geographies Segment Regional Sales Update | Jensen Ex. 12 | 02/2003 | FCS1099279 – 341 | Jeon | R, P |
| 270 | Fairchild Semiconductor presentation (title obscured by ink) | Jensen Ex. 13 | | FCS1435108 – 32 | Jensen | R, P, H, F |
| 271 | Fairchild Semiconductor presentation (title obscured by ink) | Jensen Ex. 14 | | FCS1469915 – 63 | Jensen | R, P, H, F |
| 272 | 650V/1A, SPS 1-chip Process | C.K. Jeon Ex. 2 | | FCS0176604 – 24 | Jeon | |
| 273 | R&D Specification, SDG3(TEI 403X) Design Manual | C.K. Jeon Ex. 3 | 02/20/02 | FCS0173478 – 506 | Jeon | |
| 274 | The Research of HV-BCDMOS(SDG3) Process | C.K. Jeon Ex. 4 | 02/17/02 | FCS0194520 – 35 | Jeon | |
| 275 | 700V BCDMOS Process with 1.2μm Design Rule | C.K. Jeon Ex. 5 | 05/19/00 | FCS0189639 –60 | Jeon | |
| 276 | R&D Specification, SDG4(TEI 407X) Design Manual | C.K. Jeon Ex. 6 | 07/01/01 | FCS0186368 – 409 | Jeon | |
| 277 | R&D Specification, SDG4(TEI 421X) Design Manual | C.K. Jeon Ex. 7 | 07/22/02 | FCS0019645 – 87 | Jeon | |
| 278 | R&D Specification, SDG4(TEI 421X) Design Manual | C.K. Jeon Ex. 8 | 07/02/03 | FCS0209265 – 325 | Jeon | |
| 279 | Technical Report, SDG4(TEI 421X 1.2um 700V) | C.K. Jeon Ex. 9 | 07/23/02 | FCS0247915 – 46 | Jeon | |
| 280 | R&D Specification TEI407X-01XX | C.K. Jeon Ex. 10 | 06/10/02 | FCS1685695 – 721 | Jeon | |
| 281 | R&D Specification, SDG4(TEA 421X) Design Manual | C.K. Jeon Ex. 11 | 11/24/03 | FCS1685618 – 52 | Jeon | |
| 282 | Qualification Plan | C.K. Jeon Ex. 12 | 06/10/04 | FCS0037736 – 54 | Jeon | R, P |
| 283 | R&D Specification, SDG4 Process Standard Data Book | C.K. Jeon Ex. 13 | 02/11/01 | FCS1685653 – 82 | Jeon | |
| 284 | R&D Specification, SDG4 TEI421X Design Manual | C.K. Jeon Ex. 14 | 07/19/02 | FCS0018803 – 42 | Jeon | |
| 285 | R&D Specification, SDG4 Design Manual | C.K. Jeon Ex. 15 | 11/02/04 | FCS1685560 – 617 | Jeon | |
| 286 | R&D Specification, SDG3(TEI 403X) Design Manual | C.K. Jeon Ex. 16 | 10/23/00 | FCS1332212 – 40 | Jeon | |
| 287 | Introduction of SDG3/ SDG4 Process HV Part | C.K. Jeon Ex. 21 | 04/2003 | FCS0468204 – 36 | Jeon | |
| 288 | SDG4 NTPRS Phase 2 | C.K. Jeon Ex. 22 | 07/23/02 | FCS0037052 – 143 | Jeon | R, P |
| 289 | 650V | C.K. Jeon Ex. 23 | | FCS1329257 – 69 | Jeon | T, I, F, A-T |
| 290 | Rugged MOSFET (LDMOS vs. VDMOS)? | C.K. Jeon Ex. 24 | | FCS0407149 | Jeon | I, R, P |
| 291 | Process Development Group Weekly Report (CY02:11/08-11/14) | C.K. Jeon Ex. 25 | | FCS0455243 – 49 | Jeon | R, P |
| 292 | Process Development Group Weekly Report (CY02:11/29-12/05) | C.K. Jeon Ex. 26 | | FCS0446617 – 23 | Jeon | R, P |
| 293 | Technical Report, PI, TNY266P Construction Analysis | C.K. Jeon Ex. 27 | 12/11/02 | FCS1685523 – 59 | Jeon | R, P |
| 294 | E-mail from Jongib Kim to Minhwan Kim re FPS Cost Analysis | C.K. Jeon Ex. 28 | 11/14/04 | FCS0252710 – 16 | Jeon | T, I, F, A-T, H, R, P |
| 295 | Development Plan for GFPS Product 2005.2 Process Development | C.K. Jeon Ex. 29 | 02/2005 | FCS0459111 – 38 | Jeon | R, P, H |
| 296 | Technical Report | C.K. Jeon Ex. 31 | 03/03/99 | FCS1330824 – 33 | Jeon | T, I, F, A-T, |

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 297 | The Power Franchise | C.K. Jeon Ex. 32 | | FCS1413738 | Jeon | I |
| 298 | R&D Specification, SDG3 (TE1403X) Design Manual | C.K. Jeon Ex. 33 | 02/20/02 | | Jeon | |
| 299 | High Voltage MOS Transistors | C.K. Jeon Ex. 34 | | | Jeon | M |
| 300 | BCD SPS Development Plan | C.S. Lim Ex. 1 | 07/15/02 | FCS0494668 – 72 | Lim | R, P, T, I, F, A-T |
| 301 | E-mail from HK Kim to Changsik Lim re: FPS 2004 development | C.S. Lim Ex. 2 | 08/21/03 | FCS0518029 – 34 | Lim | R, I, F, A, R, P |
| 302 | E-mail from Terry Johnson to Sangtae IM re: Green FPS update | C.S. Lim Ex. 3 | 07/08/03 | FCS0514354 – 59 | Lim | R, P |
| 303 | E-mail from Oscar Freitas to Terry Johnson re: San Jose trip report | C.S. Lim Ex. 4 | 08/15/03 | FCS0520806 – 09 | Lim | R, P, H, F |
| 304 | E-mail from Changsik Lim to Oscar Freitas re: AN-4137 edits | C.S. Lim Ex. 5 | 12/17/03 | FCS1010471 – 74 | Lim | R, P, H, F |
| 305 | E-mail from Bob Conrad to Changsik Lim re: requirement for SDG5 | C.S. Lim Ex. 6 | 01/06/05 | FCS0517284 | Lim | R, P, H, F |
| 306 | E-mail from C.S. Lim to Deokjung Kim re: list of relevant patents | C.S. Lim Ex. 7 | 02/03/03 | FCS1006486 – 87 | Lim | R, P, T, I, F, A-T, M |
| 307 | Comparison & Analysis of Patent PI (US 6,249,876) vs. FSC (Frequency Modulation) | C.S. Lim Ex. 8 | | FCS0577195 – 198 | Lim | BN |
| 308 | Americas and Europe Regional Update | Rowe Ex. 1 | 11/24/03 | FCS1474179 – 1474296 | Rowe | R, P, H, F |
| 309 | Enabling Emerson Success – Fairchild Semiconductor | Rowe Ex. 2 | 05/19/04 | FCS1459364 – 1459437 | Rowe | R, P, H, F |
| 310 | Letter from John Corbett to Brent Rowe re a co-written paper | Rowe Ex. 3 | 03/17/04 | FCS1602060 – 62 | Rowe | R, P |
| 311 | Spreadsheet re Projects | Rowe Ex. 4 | | FCS1681735 – 41 | Rowe | R, P, H, F |
| 312 | Intel Quarterly Business Review | Rowe Ex. 5 | 09/01/04 | FCS1674956 – 5038 | Rowe | R, P, H, F |
| 313 | Key Product Activity Update | Rowe Ex. 6 | | FCS1678262 – 77 | Rowe | R, P |
| 314 | | | | | | |
| 315 | | | | | | |
| 316 | | | | | | |
| 317 | | | | | | |
| 318 | S.G. Cowen Analyst Report | Slayton Ex. 2 | 02/03/06 | FCS1690338 – 56 | Slayton, Troxel | R, P, H, F, A, V |
| 319 | S.G. Cowen Analyst Report | | 12/08/05 | FCS1690357 – 84 | Keeley, Troxel | R, P, H, F, A, V |
| 320 | S.G. Cowen Analyst Report | Slayton Ex. 6 | 07/14/04 | FCS1690161 – 208 | Slayton, Troxel | R, P, H, F, A, V |
| 321 | Presentation regarding Fairchild Power Switch (FPS) | Beaver Ex. 7 | 06/2005 | FCS1687871 – 98 | Beaver | R, P, H, A, F, D |
| 322 | Fairchild list of products in the Off-Line Conversion IC – Power Switch product family | | | FCS1693068 – 73 | | |
| 323 | Fairchild list of products in the Green FPS product family | | | FCS1693074 – 76 | | |

14

Power Integrations' Exhibit List

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 324 | PI PowerPoint re Manufacturing Proposal for Solectron | Bailey Ex. 8 | | PIF94787– PIF94805 | Balakrishnan, Renouard | H |
| 325 | PI Invention Disclosure Form | Balakrishnan Ex. 17 | | PIF63306– PIF63313 | Balakrishnan | |
| 326 | PI Invention Disclosure Form | Balakrishnan Ex. 16 | | PIF63314– PIF63324 | Balakrishnan | |
| 327 | E-mail from Atman Chau re FSDM0265RN/Customer_Set Survey | | 10/21/04 | FCS0062533 – 540 | | R, P, T, A–T, H, F, V |
| 328 | E-mail from Bruce Renouard to Richard Fassler attaching Sales Mtg Action Items 6-25-04 spreadsheet | | 06/25/04 | PIEM0001246 – 1250 | Renouard | R, P, V, H, F, A |
| 329 | E-mail from Bruce Renouard to Cliff Walker re Fairchild competition update | | 03/31/04 | PIF 38114 | Renouard | R, P, V, H, F, A |
| 330 | Fairchild Semiconductor Investor Fact Book from Fairchild's website | | 2005 | | Conrad, Beaver | R, P, H, F |
| 331 | Investor Relations, Corporate Profile, Geographic Footprint Overview http://investor.fairchildsemi.com/phoenix.zhtml?c=118532&p=irol-homeprofile | | 04/13/06 Print date | | Conrad, Beaver | R, P, H, F |
| 332 | Fairchild Semiconductor International, Inc., April 2005 Investor Presentation from fairchildsemi.com | | 04/2005 | | Conrad, Beaver | R, P, H, F |
| 333 | Memo from Scott Garrard and CS Song to Don Desbiens re R&D Guidelines | | 07/24/01 | FCS0445538 – 39 | | R, P |
| 334 | Design/Process Change Notification – Final | Kim Ex. 1 | | FCS1661316 – 1317 | Kim | R, P, D |
| 335 | E-mail from HK Kim | Kim Ex. 2 | 02/04/05 | FCS0415484 – 513 | Kim | T, A–T |
| 336 | E-mail from Jonathan Harper | Kim Ex. 3 | 12/08/03 | FCS0307110 – 108 | Kim | R, P, H, F |
| 337 | Power Conversion Workshop booklet | Kim Ex. 4 | 07/16/04 | FCS0502443 – 530 | Kim | T, A–T, R, P, H, F |
| 338 | E-mail from HK Kim to Sangtae Im | Kim Ex. 5 | 10/27/04 | FCS1111840 – 841 | Kim | R, P, H, F |
| 339 | E-mail from Robert Gendron to Brent Rowe | Kim Ex. 6 | 07/14/03 | FCS0307176 – 181 | Kim | R, P, V |
| 340 | E-mail from Chau to Kang; HK Kim | Kim Ex. 7 | 11/04/03 | FCS0645563 – 566 | Kim | R, P, V |
| 341 | E-mail from Soonhong Park | Kim Ex. 8 | 01/23/05 | FCS0517053 – 54 | Kim | R, P, H, F |
| 342 | E-mail from Dan Godbout to Sangtae Im | Kim Ex. 9 | 08/21/03 | FCS0307884 – 887 | Kim | R, P, V |
| 343 | E-mail from HK Kim to Terry Johnson | Kim Ex. 10 | 10/28/03 | FCS1119566 – 567 | Kim | R, P, V |
| 344 | E-mail from HK Kim | Kim Ex. 11 | 02/10/05 | FCS0652361 – 363 | Kim | R, P |
| 345 | E-mail from Jintae Kim to Robert Gendron | Kim Ex. 12 | 02/06/05 | FCS1666591 | Kim | R, P, F, H, I |
| 346 | E-mail from Sangtae Im to Seunghwan Lee | Kim Ex. 13 | 08/17/03 | FCS0651431 – 432 | Kim | R, P, V |

15

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 347 | Top 210 reverse engineered schematics | | | FCS0541094 – 1120 | | R, P |
| 348 | TNY264 reverse engineered schematics | | | FCS0541121 – 31 | | R, P |
| 349 | TNY264 reverse engineered schematics | | | FCS0539827 – 29 | | R, P |
| 350 | Fairchild sales data | | | FCS0668851 – 964 | | R, P, V |
| 351 | Fairchild Intel customer file | | | FCS1686162 – 80 | | M, R, P, V |
| 352 | Fairchild Intel customer file | | | FCS1686204 – 29 | | M, R, P, V |
| 353 | Fairchild Intelbras customer file | | | FCS1686230 – 47 | | M, R, P, V |
| 354 | Fairchild Microsoft customer file | | | FCS1686250 – 65 | | M, R, P, V |
| 355 | Fairchild Thomas & Betts customer file | | | FCS1686311 – 32 | | M, R, P, V |
| 356 | Fairchild Motorola FSDH0265 file | | | FCS1686551 – 54 | | M, R, P, V |
| 357 | Fairchild Phihong FSD210 file | | | FCS1686564 – 88 | | M, R, P, V |
| 358 | Fairchild Whirlpool FSDM0365 file | | | FCS1686602 – 28 | | M, R, P, V |
| 359 | | | | | | |
| 360 | PI Excel sheet: "Identified Lost Business" | FCS Ex. 161 | | PIEM0005972 – 82 | Renouard | |
| 361 | Power Integrations' Product Selector Guide, available online at http://www.powerint.com/PDFFiles/selectorguide.pdf | FCS Ex. 182 | June 2006 | | Balakrishnan, Renouard | R, P, F, H |
| 362 | NPD Group article – "U.S. Mobile Phone Sales Reached 31.6 Million Units in Third Quarter 2005" | Troxel Ex. 40; FCS Ex. 527 | 10/24/05 | | Troxel | R, P, F, H, A |
| 363 | IDC – "Worldwide Mobile Phone Market Breaks 200 Million Unit Mark in 3Q05" | Troxel Ex. 41; FCS Ex. 528 | 10/20/05 | | Troxel | R, P, F, H, A |
| 364 | DisplaySearch – "Report Indicates Q1 '05 LCD Desktop Monitors Rise 7% Q/Q" | Troxel Ex. 42; FCS Ex. 529 | 06/21/05 | | Troxel | R, P, F, H, A |
| 365 | Fairchild Design Wins Spreadsheet | FCS Ex. 533 | | Excel spreadsheet; also produced at FCS1689437 – 39 | | F, H, R, P, Illegible |
| 366 | Fairchild Design Wins Spreadsheet | FCS Ex. 533 | | Excel spreadsheet; also produced at FCS1689440 – 49 | | F, H, R, P, Illegible |
| 367 | | | | | | |
| 368 | Press Release, "Power Integrations Awarded 'Product of the Year' in 'Green' Technology" | | 03/09/04 | PIF 131300 | Balakrishnan | F, H, R, P |
| 369 | Press Release, "Power Integrations Receives Product of the Year Award from Electronic Products Magazine" | | 01/22/03 | PIF 131300 | Balakrishnan | F, H, R, P |
| 370 | Press Release, "President Bush Issues Order to Slay Energy Vampires" | | 07/31/01 | PIF 131300 | Balakrishnan | F, H, R, P |
| 371 | Press Release, "Power Integrations to be Featured on 'Business Now' Television This Weekend" | | 07/11/01 | PIF 131300 | Balakrishnan | F, H, R, P |

| TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 372 | Press Release, "Power Integrations Gives 'Vampire' Demonstration to President George W. Bush" | | 06/28/01 | PIF 131300 | Balakrishnan | F, H, R, P |
| 373 | Press Release, "First Monolithic High-Voltage Power Conversion IC Family to Deliver Up to 250 Watts" | | 11/20/00 | PIF 131300 | Balakrishnan | F, H, R, P |
| 374 | Press Release, "Power Integrations Introduces the Highest Level of System Integration with TOPSwitch-FX® Power Conversion ICs" | | 03/20/00 | PIF 131300 | Balakrishnan | F, H, R, P |
| 375 | Press Release, "Power Integrations Selected as Finalist in 1999 Discover Awards for Technological Innovation" | | 04/29/99 | PIF 131300 | Balakrishnan | F, H, R, P |
| 376 | Dr. Klas Eklund, Innovator of the Year, *Innovation* | | 01/03/91 | PIF 82435 | Eklund | F, H, R, P |
| 377 | Springer, "Innovator's TinySwitch Nabs Environment Award," *INDIA-WEST* | | 06/18/99 | PIF 20833 – 20834 | Balakrishnan | F, H, R, P |
| 378 | "Electronics and IT Industry Leaders Meet to Share Technologies and Strategies for Improving Energy Efficiency in Power Supplies," Energy Star News Archive | | 01/2002 | PIF 62655 – 62670 | Balakrishnan | F, H, R, P |
| 379 | CD containing electronic copy of Fairchild shipment document regarding FSD210HD manufactured within the U.S. | | | FCS1691603 (CD) | Dupuis | R, P-NAD |
| 380 | Fairchild shipment document printout regarding FSD210HD manufactured within the U.S. | Dupuis Ex. 5 | 2004-2006 | FCS1691604 – 717 | Dupuis | R, P-NAD |
| 381 | SDG4 Process Transfer document | Dupuis Ex. 6 | 02/12/04 | FCS1693108 – 17 | Dupuis | |
| 382 | Fairchild wafer starts profile | Dupuis Ex. 7 | 2004-2005 | FCS1693118 | Dupuis | |
| 383 | CD containing Electronic copy of Fairchild wafer starts profile | | | FCS1693119 (CD) | Dupuis | |
| 384 | Fairchild Process Qualification Plan | Dupuis Ex. 8 | 02/19/04 | FCS1693120 – 29 | Dupuis | |
| 385 | Riga report - FSD210 | | 09/2003 | PIF 00919 – 00927 | Shields | F |
| 386 | Riga report - FSD200 | | 02/2003 | PIF 00884 – 00889 | Shields | F |

17

# FAIRCHILD'S OBJECTIONS TO
# POWER INTEGRATIONS' EXHIBIT LIST

Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (collectively, "Fairchild") hereby respond and object to Plaintiff Power Integrations, Inc.'s ("Power Integrations'") exhibit list.

## GENERAL OBJECTIONS

1.       Fairchild objects to each and every exhibit for which Power Integrations has not provided either a Bates number or a deposition exhibit number.  Without this information, Fairchild cannot conclusively understand or object to the exhibit.  Despite Fairchild's repeated requests, Power Integrations has refused to provide this information.

2.       Fairchild objects to each and every exhibit to the extent that it relates to alleged activities prior to October 20, 2004.  As the Court has repeatedly held, Power Integrations is not permitted to recover damages prior to October 20, 2004 because of Power Integrations' decision not to mark its products with the number of the asserted patents.  Moreover, the Court has expressly held that damages calculations must be based on conditions occurring on or after October 20, 2004.  Since Power Integrations cannot recover damages based on or resulting from any alleged infringement prior to October 20, 2004, testimony concerning such activity should be excluded because it is not relevant and potentially prejudicial.

3.       Fairchild objects that Power Integrations has not identified the trial phase or witness for which it intends each exhibit to be used.  An exhibit that may be potentially relevant to one trial phase or witness (such as invalidity) could be irrelevant or prejudicial to another trial phase or witness (such as damages).  Fairchild reserves its right to raise additional objections, if appropriate, once Power Integrations properly identifies the trial phase or witness for each exhibit.

4.      Fairchild objects to each and every exhibit that is not in English. Power Integrations must provide a certified translation of any non-English document it intends to use at trial. Once Power Integrations provides such a translation, Fairchild will review and object to the translation and underlying exhibit as appropriate.

5.      Fairchild objects to the "description of exhibit" and "date" provided by Power Integrations to the extent that the description or date is inconsistent with the exhibit. While Fairchild has identified some of the descriptions and dates that are clearly wrong, Fairchild does not necessarily agree with any of the descriptions or dates provided by Power Integrations. In all cases, the exhibit will speak for itself.

6.      Fairchild incorporates and maintains all of the specific objections raised to exhibits during the witnesses' depositions, regardless of whether the depositions has been "designated" by either party.

7.      Fairchild objects that, despite Fairchild's repeated requests, Power Integrations has refused to identify the asserted claims, the accused products, and how Power Integrations intends to "group" the products together for purposes of proving its infringement allegations. Without understanding the bases of Power Integrations' infringement allegations, it is unclear what exhibits are relevant and what exhibits are improperly prejudicial, cumulative, or irrelevant. Fairchild reserves its rights to assert additional objections and/or include additional exhibits on Fairchild's exhibit list, if appropriate, once Power Integrations provides this information.

8.      Fairchild objects to the each and every exhibit to the extent that it relates to products that are not accused by Power Integrations of infringing the asserted claims, including, but not limited to, the FSD210HD. Throughout the case, Power Integrations has continually changed its identification of accused products (and, thus far, refuses to identify the products it will accuse at trial).

9.      Once Power Integrations identifies the asserted claims, the accused products, and how it intends to "group" those products together to substantiate its infringement allegations, Fairchild will meet and confer with Power Integrations concerning the exhibits and objections. While Fairchild hopes that the parties will be able to resolve any dispute without involving the Court, Fairchild expressly retains its

Power Integrations' Exhibit List

right to move in limine or otherwise seek the assistance of the Court to preclude Power Integrations from offering irrelevant, prejudicial, confusing or cumulative exhibits.

## SPECIFIC OBJECTIONS

Fairchild raises the following specific objections based on what it understands to be Power Integrations' intended use of the exhibit.

## Key to Objections:

**R** = Irrelevant – Federal Rules of Evidence 401 and 402 (exhibit does not have any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence).

**P** = Prejudice, Confusion, or Waste of Time – Federal Rule of Evidence 403 (although possibly relevant, the exhibit's probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

**P-NAD** = P (not accused device)

**I** = Incomplete (exhibit either incomplete or an improper combination of multiple documents)

**V** = Violates the Court's order precluding evidence related to damages prior to the filing of the complaint

**F** = Lacks foundation

**H** = Hearsay – Federal Rules of Evidence 801 and 802 (the exhibit constitutes, includes, or refers to an out of court statement offered to prove the truth of the matter asserted)

**D** = Duplicates other exhibits

**M** = Misdescribed – "Description of Exhibit" and/or "Date" do not accurately describe the exhibit.

**A** = Authenticity (exhibit is not self-authenticating and there appears to be specific concerns about its authenticity)

**A-C** = A (with respect to coversheets)

**A-N** = A (never authenticated)

**A-T** = A (of required certified translation)

**T** = Translation required (substantial or relevant portions of the exhibit are not in English and no translation has been provided).

**N** = Still no Bates number – Cannot review

**O** = Power Integrations witness specifically testified not reliable

**Q** = A 30,000 page exhibit is inherently unreasonable

**BN** = Still wrong Bates number – cannot review

Fairchild reserves the right to raise additional objections, if necessary, once Power Integrations identifies the trial phase in which each exhibit will be used.

Power Integrations' Exhibit List