IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>    Defendants. | C.A. No. 04-1371-JJF |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John D. Hamann, to represent plaintiff Power Integrations, Inc. in this matter.

Dated: October 2, 2006    FISH & RICHARDSON P.C.

By:/s/ *William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247) (marsden@fr.com)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of _____ is granted.

Dated: _____, 2006    _____
                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: /s/ John D. Hamann

Date: 10-1-2006

John D. Hamann (hamann@fr.com)
Fish & Richardson P.C.
1230 Peachtree Street, NE
19th Floor
Atlanta, GA 30309  404 942-2780

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2006, I electronically filed a Motion and Order for Admission Pro Hac Vice with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants-<br>Counterclaimants FAIRCHILD<br>SEMICONDUCTOR<br>INTERNATIONAL, INC., a Delaware<br>corporation, and FAIRCHILD<br>SEMICONDUCTOR CORPORATION |

I hereby certify that on October 2, 2006, I have served via email, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy III<br>Orrick, Herrington & Sutcliffe, LLP<br>c/o Hotel Dupont<br>Suite 1040<br>Wilmington, DE 19801 | Attorneys for Defendants-<br>Counterclaimants FAIRCHILD<br>SEMICONDUCTOR<br>INTERNATIONAL, INC., a Delaware<br>corporation, and FAIRCHILD<br>SEMICONDUCTOR CORPORATION |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

2006-10-02 Pro Hac for Hamann.doc