IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>        Defendants. | C.A. No. 04-1371-JJF |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE WITHDRAW the appearance of Sean P. Hayes, formerly of the law firm of Fish & Richardson P.C., as a attorney of record on behalf of Power Integrations. William J. Marsden, Jr. of Fish & Richardson P.C. remains as counsel.

Dated: October 4, 2006      FISH & RICHARDSON P.C.

    By: */s/ William J. Marsden, Jr.*
        William J. Marsden, Jr. (#2247) (marsden@fr.com)
        919 N. Market Street, Suite 1100
        P.O. Box 1114
        Wilmington, DE 19899-1114
        Telephone: (302) 652-5070
        Facsimile: (302) 652-0607

    Attorneys for Plaintiff
    POWER INTEGRATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2006, I electronically filed a NOTICE OF WITHDRAWAL OF APPEARANCE with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants-Counterclaimants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION |

                                                   */s/ William J. Marsden, Jr.*
                                                   William J. Marsden, Jr.

80037554.doc