IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF |

**POWER INTEGRATIONS' [PROPOSED] SPECIAL VERDICT AND INTERROGATORIES TO THE JURY**

We, the jury, unanimously find as follows:

**INFRINGEMENT OF POWER INTEGRATIONS' '876 PATENT**

**Infringement of the '876 Patent**

1. Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '876 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

Claim 1: YES ______ NO ______

2. If you answered "NO" as to any claim(s) in question 1, do you find by a preponderance of the evidence that Fairchild nevertheless infringes the claim(s) under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

Claim 1: YES ______ NO ______

**Willful Infringement of the '876 Patent**

3. If you answered "YES" as to any claims for any of questions 1-2, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES ______ NO ______

**INFRINGEMENT OF POWER INTEGRATIONS' '851 PATENT**

**Infringement of the '851 Patent**

4. Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '851 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

Claim 1: YES ______ NO ______

Claim 4: YES ______ NO ______

5. If you answered "NO" as to any claim(s) in question 4, do you find by a preponderance of the evidence that Fairchild nevertheless infringes the claim(s) under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

Claim 1: YES ______ NO ______

Claim 4: YES ______ NO ______

**Willful Infringement of the '851 Patent**

6. If you answered "YES" as to any claims for any of questions 4-5, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES ______ NO ______

**INFRINGEMENT OF POWER INTEGRATIONS' '366 PATENT**

**Infringement of the '366 Patent**

7. Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '366 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

Claim 9: YES ______ NO ______

Claim 14: YES ______ NO ______

8. If you answered "NO" as to any claim(s) in question 7, do you find by a preponderance of the evidence that Fairchild nevertheless infringes the claim(s) under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

Claim 9: YES ______ NO ______

Claim 14: YES ______ NO ______

**Willful Infringement of the '366 Patent**

9. If you answered "YES" as to any claims for any of questions 7-8, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES ______ NO ______

**INFRINGEMENT OF POWER INTEGRATIONS' '075 PATENT**

**Infringement of the '075 Patent**

10. Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '075 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

Claim 1: YES ______ NO ______

Claim 5: YES ______ NO ______

**Willful Infringement of the '075 Patent**

11. If you answered "YES" as to any claims for question 10, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES ______ NO ______

**DAMAGES DUE TO POWER INTEGRATIONS**

**Damages for Infringement of the'876, '851,'366, and/or '075 Patents**

12. If you have found that Fairchild has infringed at least one asserted claim from any of the '876, '851, '366, and/or '075 Patents, do you find by a preponderance of the evidence that Power Integrations suffered actual damages as a result of Fairchild's infringement? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES ______ NO ______

13. If you answered "YES" to question 12, state the type and amount of damages you find Power Integrations to have proven by a preponderance of the evidence:

(A) Lost Profits from Lost Sales ('876 and/or '851 patent only):

______________________________________________________________

(B) Past Lost Profits from Price Erosion: ______________________________

(C) Future Lost Profits from Price Erosion: ______________________________

(D1) Reasonable Royalty (in addition to Lost Profits from Lost Sales):

______________________________________________________________(or)

(D2) Reasonable Royalty (if no Lost Profits from Lost Sales):

______________________________________________________________

**TOTAL DAMAGES ______________________________**

14. If you answered "YES" to question 12, please state the applicable royalty rates that should apply to each patent you found Fairchild infringed:

'876 Patent ___________ '851 Patent ___________

'366 Patent ___________ '075 Patent ___________

You must each sign this Verdict Form: Dated: _______________

__________________________ (foreperson) __________________________

__________________________ __________________________

__________________________ __________________________

__________________________ __________________________

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2006, I electronically filed a Power Integrations [Proposed] Special Verdict and Interrogatories to the Jury with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

Attorneys for Defendants-Counterclaimants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION

I hereby certify that on October 5, 2006, I have served via email, the document(s) to the following non-registered participants:

G. Hopkins Guy III
Orrick, Herrington & Sutcliffe, LLP
c/o Hotel Dupont
Suite 1040
Wilmington, DE 19801

Attorneys for Defendants-Counterclaimants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.