IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Filed in open Court
10/10/06 *[initials]*

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF |

**SPECIAL VERDICT FORM**

We, the jury, unanimously find as follows:

**INFRINGEMENT OF POWER INTEGRATIONS' '876 PATENT**

**Infringement of the '876 Patent**

1. Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '876 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

   Claim 1:   YES  X       NO  _____

2. If you answered "NO" as to any claim(s) in question 1, do you find by a preponderance of the evidence that Fairchild nevertheless infringes the claim(s) under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

   Claim 1:   YES  _____    NO  _____

**Willful Infringement of the '876 Patent**

3. If you answered "YES" as to any claims for any of questions 1-2, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

   YES  X       NO  _____

2

## INFRINGEMENT OF POWER INTEGRATIONS' '851 PATENT
**Infringement of the '851 Patent**

4. Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '851 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

Claim 1:   YES   X      NO   _____

Claim 4:   YES   X      NO   _____

5. If you answered "NO" as to any claim(s) in question 4, do you find by a preponderance of the evidence that Fairchild nevertheless infringes the claim(s) under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

Claim 1:   YES   _____   NO   _____

Claim 4:   YES   _____   NO   _____

**Willful Infringement of the '851 Patent**

6. If you answered "YES" as to any claims for any of questions 4-5, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES   X      NO   _____

3

## INFRINGEMENT OF POWER INTEGRATIONS' '366 PATENT

**Infringement of the '366 Patent**

7.  Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '366 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

Claim 9:    YES  _x_    NO  _____

Claim 14:   YES  _x_    NO  _____

8.  If you answered "NO" as to any claim(s) in question 7, do you find by a preponderance of the evidence that Fairchild nevertheless infringes the claim(s) under the doctrine of equivalents? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

Claim 9:    YES  _____    NO  _____

Claim 14:   YES  _____    NO  _____

**Willful Infringement of the '366 Patent**

9.  If you answered "YES" as to any claims for any of questions 7-8, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES  _x_    NO  _____

4

## INFRINGEMENT OF POWER INTEGRATIONS' '075 PATENT

### Infringement of the '075 Patent

10. Do you find by a preponderance of the evidence that Fairchild has literally infringed the following claims of the '075 Patent? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

    Claim 1:    YES  __X__    NO  _____

    Claim 5:    YES  __X__    NO  _____

### Willful Infringement of the '075 Patent

11. If you answered "YES" as to any claims for question 10, do you find by clear and convincing evidence that Fairchild's infringement of the claim(s) was willful? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

    YES  __X__    NO  _____

5

DAMAGES DUE TO POWER INTEGRATIONS

**Damages for Infringement of the '876, '851, '366, and/or '075 Patents**

12. If you have found that Fairchild has infringed at least one asserted claim from any of the '876, '851, '366, and/or '075 Patents, do you find by a preponderance of the evidence that Power Integrations suffered actual damages as a result of Fairchild's infringement? (A "YES" answer to this question is a finding for Power Integrations. A "NO" answer is a finding for Fairchild.)

YES __X__    NO _____

13. If you answered "YES" to question 12, state the type and amount of damages you find Power Integrations to have proven by a preponderance of the evidence:

(A) Lost Profits from Lost Sales ('876 and/or '851 patent only):

$ 14,981,828

(B) Past Lost Profits from Price Erosion: $ 1,952,893

(C) Future Lost Profits from Price Erosion: $ 13,018,379

(D1) Reasonable Royalty (in addition to Lost Profits from Lost Sales):

$ 4,028,681 _____(or)

(D2) Reasonable Royalty (if no Lost Profits from Lost Sales):

_____

TOTAL DAMAGES $ 33,981,781

6

3. If you answered "YES" to question 12, please state the applicable royalty rates that should apply to each patent you found Fairchild infringed:

'876 Patent   15%          '851 Patent   15%

'366 Patent   15%          '075 Patent   15%

You must each sign this Verdict Form:      Dated: 10.10.06

_____ (foreperson)   _____

_____              _____ Cary Bradley

_____              _____

Elizabeth Lee Roberts        _____