IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1371-JJF |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al., | : |
| Defendants. | : |

## O R D E R

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 8 jurors in the above entitled case on October 2, 2006 through October 6, 2006 and October 10, 2006.

October 12, 2006
DATE

UNITED STATES DISTRICT JUDGE