# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 10, 2006

The Honorable Joseph J. Farnan, Jr.  
United States District Court  
844 King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al.*,  
C.A. No. 04-1371-JJF

Dear Judge Farnan:

The trial on Fairchild's counterclaims and defenses of patent invalidity is scheduled to begin on December 4, 2006. A pre-trial conference is not currently scheduled in the case. Accordingly, the parties jointly request that the Court schedule the pretrial conference. The parties propose, at the Court's convenience, either an in-person conference on November 20, or a telephonic conference on November 20, 21, 22 or 24. Power Integrations prefers that an in-person conference occur on November 20. Fairchild prefers that a telephonic conference occur on any of the proposed days. Thank you for your assistance in this matter.

Respectfully,

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
Lauren E. Maguire (I.D. #4261)  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  
lmaguire@ashby-geddes.com

*Attorneys for Defendants*  
*Fairchild Semiconductor International, Inc.*  
*and Fairchild Semiconductor Corporation*

FISH & RICHARDSON P.C.

/s/ *William J. Marsden, Jr.*

William J. Marsden, Jr. (I.D. #2247)  
919 N. Market Street, Suite 1100  
P.O. Box 1114  
Wilmington, DE 19899  
(302) 652-5070  
marsden@fr.com

*Attorneys for Plaintiff*  
*Power Integrations, Inc.*