# Exhibit A

## INTRODUCTION

Ladies and gentlemen, you have been selected as jurors in this case. What I will now say is intended to introduce you to the trial and the law that you will apply to the evidence that you will hear. I will give you more detailed instructions on the law at the end of the trial. All of my instructions are important, and you should consider them together as a whole. Please listen carefully to everything I say.

This is a case about patents. The parties are Power Integrations, the Plaintiff, and Fairchild Semiconductor Corporation and Fairchild Semiconductor International, Inc., the Defendants. Power Integrations owns United States Patent Numbers 6,249,876, 6,107,851, 6,229,366, and 4,811,075, which you may hear called by the lawyers and witnesses in the case by their last three numbers, the '876, '851, '366, and '075 patents, or by the last name of the lead inventors, here, Klas Eklund or Balu Balakrishnan. There was another jury trial in this case earlier this year. That first Jury found that Fairchild infringed all of the asserted claims of each of these four patents and that Fairchild's infringement of the patents was willful, and that jury awarded Power Integrations damages for Fairchild's infringement. However, Fairchild contends that the asserted claims of the '876, '851, '366, and '075 patents are invalid, and you are here to address that contention.

Source: *Uniform Jury Instr. For Patent Cases in the D. Del*