# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF |

**POWER INTEGRATIONS' [PROPOSED] SPECIAL VERDICT AND INTERROGATORIES TO THE JURY - VALIDITY**

We, the jury, unanimously find as follows:

**VALIDITY OF POWER INTEGRATIONS' '851 PATENT**

### Anticipation of the '851 Patent

1. Do you find by clear and convincing evidence that any of the following claims of the '851 Patent is anticipated and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

    Claim 1:    YES _____    NO _____

    Claim 4:    YES _____    NO _____

2. If you answered "YES" to question 1, indicate claim by claim below any reference you have determined anticipates any claim of the '851 Patent.

_____

_____

**VALIDITY OF POWER INTEGRATIONS' '366 PATENT**

### Anticipation of the '366 Patent

3. Do you find by clear and convincing evidence that any of the following claims of the '366 Patent is anticipated and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

    Claim 9:    YES _____    NO _____

    Claim 14:   YES _____    NO _____

4. If you answered "YES" to question 3, indicate claim by claim below any reference you have determined anticipates any claim of the '366 Patent.

_____

_____

**Obviousness of the '366 Patent**

5. Do you find by clear and convincing evidence that any of the following claims of the '366 Patent is obvious and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

    Claim 9:    YES _____    NO _____

    Claim 14:    YES _____    NO _____

6. If you answered "YES" to question 5, indicate claim by claim below which reference(s) you have relied upon in determining any claim of the '366 Patent was obvious.

_____

_____

_____

## VALIDITY OF POWER INTEGRATIONS' '876 PATENT

**Anticipation of the '876 Patent**

7. Do you find by clear and convincing evidence that Claim 1 of the '876 Patent is anticipated and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

      YES _____      NO _____

8. If you answered "YES" to question 7, indicate below any reference you have determined anticipates claim 1 of the '876 Patent.

_____

_____

## VALIDITY OF POWER INTEGRATIONS' '075 PATENT

**Anticipation of the '075 Patent**

9. Do you find by clear and convincing evidence that claim 1 of the '075 Patent is anticipated and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

      YES _____      NO _____

10. If you answered "YES" to question 9, indicate below any reference you have determined anticipates claim 1 of the '075 Patent.

_____

_____

**Obviousness of the '075 Patent**

11. Do you find by clear and convincing evidence that any of the following claims of the '075 Patent is obvious and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

    Claim 1:    YES \_\_\_\_\_    NO \_\_\_\_\_

    Claim 5:    YES \_\_\_\_\_    NO \_\_\_\_\_

12. If you answered "YES" to question 11, indicate claim by claim below which reference(s) you have relied upon in determining any claim of the '075 Patent was obvious.

_____

_____

_____

You must each sign this Verdict Form:    Dated: _____

_____ (foreperson)    _____

_____    _____

_____    _____

_____    _____