# Exhibit C

**Power Integrations v. Fairchild**

**Exhibit 8**

**Power Integrations' Witness List**

Power Integrations intends to call the following witnesses at the upcoming trial on validity and enforceability. The witnesses will testify live except where otherwise indicated. Power Integrations reserves the right to call anyone appearing on Fairchild's witness list, and reserves the right to amend its list in view of events at trial.

**Power Integrations' case – Validity trial**

| Witness | Live/ Desig. | Expected Time |
|---|---|---|
| Balu Balakrishnan (inventor) | Live | .75 |
| Bruce Renouard (secondary considerations, including demand for patent features, commercial success) | Trial Transcript | 0.25 |
| C.K. Jeon/K.O. Jang/H.S. Choi/S.T. Im/C.S. Lim/Shawn Slayton (secondary considerations of non-obviousness, including copying and commercial success) | Depo | 0.75 |
| Bob Blauschild (circuit expert) | Live | 1.25 |
| Klas Eklund (inventor) | Live | .75 |
| Jan Brunnberg (corroboration of conception; reduction to practice; diligence) | Live | 0.25 |
| Vahe Sarkissian (corroboration of conception; reduction to practice; diligence) | Depo | 0.25 |
| Mike Shields ('075 expert) | Live | 1.0 |
| **TOTAL TIME** | | 5.25 hours |

In addition, Power Integrations estimates that it will need approximately 2.5 hours to cross-examine Fairchild's witnesses, and requests a total of 1.25 hours to open and close. Power Integrations thus presently estimates the total trial time for its validity case to be 9.0 hours. These time estimates presume Fairchild is limited to the prior art identified at the first trial and the contentions regarding that art expressly disclosed in its expert reports. Should Fairchild be allowed to present all the prior art and contentions identified in its November 3, 2006 motion concerning additional prior art references, Power Integrations believes the necessary trial time will be substantially greater.

Contact information and a further description of the testimony for Power Integrations' live witnesses is below. These individuals can be reached through Power Integrations' litigation counsel.

**Balu Balakrishnan**
Subjects: Invention of the '876, '366, and '851 patents, differences between the inventions and the prior art, Power Integrations' business and products, praise for and commercial success of those products.
Address: Power Integrations, Inc.
5245 Hellyer Avenue
San Jose, Ca 95138
408-414-9200

**Robert Blauschild**
Subject: Validity of Power Integrations' '876, '366, and '851 patents (the circuit patents).
Address: 22351 Hartman Drive
Los Altos, CA 94024-7434
408-735-9896
Specialty: integrated circuit design

**Jan Brunnberg**
Subject: Invention of the '075 patent, including conception of the subject matter by Klas Eklund; reduction to practice; diligence.
Address: Power Integrations, Inc.
5245 Hellyer Avenue
San Jose, Ca 95138
408-414-9200

**Klas Eklund**
Subjects: Invention of the '075 patent (including conception, reduction to practice and diligence), the founding and early business of Power Integrations, commercial success of Power Integrations' products embodying the '075 patent.
Address: Manhemsvagen 20B
19143 Sollentuna
Sweden
011-46-8-961383

**Michael Shields**
Subjects: Validity of Power Integrations' '075 patent.
Address: 19850 Via Escuela Drive
Saratoga, CA 95070-4447
408-867-5891
Specialty: integrated circuit design and manufacturing