# EXHIBIT A

## Defendants' Witness List

Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. (collectively, "Fairchild") may call one or more of the following witnesses in its case in chief as a live witness during the December 4, 2006 invalidity trial. Fairchild reserve the right to have the witness testify through deposition:

| Name | Address | Fairchild Time |
| --- | --- | --- |
| James D. Beasom | James D. Beasom<br>506 South Wildwood Ln<br>Melbourne FL 32904-2562 | 2.0 hours |
| Derek Bell (by deposition) | Power Integrations | 0.5 hours |
| Peter Gwozdz<br>*Fairchild's Expert Witness*<br>Specialty – Semiconductor processes and structures. | 21865 Regnant Road<br>Cupertino, CA 95014 | 2.5 hours |
| Paul Horowitz<br>*Fairchild's Expert Witness*<br>Specialty – Electronic circuit design, including PWM devices. | Harvard, FAS Department of Physics<br>Lyman Lab 225<br>19 Oxford St<br>Cambridge, MA 02138 | 6.0 hours |
| Lief Lund (by deposition) | Power Integrations | 0.5 hours |
| Bob Moore | Bob Moore<br>143 Dickinson St. NE<br>Palm Bay, FL 32907 | 1.0 hours |
| John Prentice | Conexant<br>2401 Palm Bay Rd., NE<br>Bldg. 62, Mail Stop B017<br>Room B294<br>Palm Bay, FL 32905 | 1.0 hours |
| Thomas Schatzel (by deposition) | Law Offices of Thomas E. Schatzel, P. C.<br>16400 Lark Ave.<br>Los Gatos, CA 95032-2547 | 0.5 hours |

Fairchild may call any of the following rebuttal witnesses, depending on the evidence presented by Power Integrations:

| Name | Address | Fairchild Time |
| --- | --- | --- |
| Robert Conrad | Fairchild Semiconductor Corporation<br>82 Running Hill Road<br>South Portland, ME 04106 | 1.0 hours |
| Peter Gwozdz | 21865 Regnant Road<br>Cupertino, CA 95014 | 1.0 hours |

1

| | | |
|---|---|---|
| *Fairchild's Expert Witness* <br><br> Specialty – Semiconductor processes and structures. | | |
| Paul Horowitz <br><br> *Fairchild's Expert Witness* <br><br> Specialty – Electronic circuit design, including PWM devices. | Harvard, FAS Department of Physics <br> Lyman Lab 225 <br> 19 Oxford St <br> Cambridge, MA 02138 | 1.0 hours |

Fairchild may recall any of these witnesses during its rebuttal case if appropriate. Fairchild anticipates that it will require 6 hours to cross-examine Power Integrations' witnesses, and that opening and closing statements will require an hour each. ***Thus, Fairchild requests 50 hours (25 hours per party) for the December 4, 2006 trial.***

Fairchild expects these witness to testify on a least the following topics:

**James Beasom**

> Dr. Beasom will testify about his conception and reduction to practice of his invention claimed in U.S. Patent No. 4,823,173 (the "'173 Patent"). Dr. Beasom will also testify that the '173 Patent anticipates the '075 Patent.

**Robert Conrad**

> Mr. Conrad may testify in Fairchild's rebuttal case. Mr. Conrad is the Senior Vice President and General Manager, Analog Products Group of Fairchild. He will testify that since joining Fairchild in 2003 he has been, either alone or jointly, the head of the business unit that produces the accused Fairchild Power Switch ("FPS") products. If necessary, he will rebut testimony and evidence presented by Power Integrations concerning secondary indicia of non-obviousness.

**Peter Gwozdz**:

> Dr. Gwozdz is Fairchild's designated expert on the invalidity issues raised by the asserted claim (claims 1 and 5) of the Eklund '075 patent. The '075 patent relates to the structure of a high voltage MOS transistor. The details of Dr. Gwozdz testimony are provided in his December 1, 2005, January 10, 2006 Rebuttal, and February 23, 2006 Supplemental expert reports and in his deposition of March 14, 2006, and Dr. Gwozdz may testify about any of the opinions and background provided in those reports or testimony. Generally, Dr. Gwozdz will testify that claims 1 and 5 of the '075 Patent are invalid in light of the prior art. Dr. Gwozdz may also respond to any topics raised in Power Integrations' case.

2

**Paul Horowitz:**

Dr. Horowitz is Fairchild's designated expert on the invalidity issues raised by the asserted claims of the '366, '876 and '851 patents. Those patents relate to circuits for performing softstart and frequency variation functionality in a power switch. The details of Dr. Horowitz testimony are provided in his November 30, 2005 and January 10, 2006 Rebuttal expert reports and in his deposition of February 4, 2006 and Dr. Horowitz may testify about any of the opinions and background provided in those reports or testimony. Generally, Dr. Horowitz will testify that claims 9 and 14 of the '366 patent, claim 1 of the '876 patent, and claims 1 and 4 of the '851 patent are invalid in light of the prior art. Dr. Horowitz may also respond to any topics raised in Power Integrations case.

**Bob Moore:**

Mr. Moore will testify about Dr. Beasom's conception and reduction to practice of his invention claimed in the '173 patent.

**John Prentice:**

Mr. Prentice will testify about Dr. Beasom's conception and reduction to practice of his invention claimed in the '173 Patent.

In addition, Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. may call one or more of the following witnesses to testify via deposition. Fairchild reserves the right to have them testify as a live witness:

Fairchild will provide this identification along with its deposition designations according to the schedule agreed to by the parties.

Fairchild reserves its right to call additional witnesses on the issue of inequitable conduct once the Court determines the time and manner in which the issue will be presented. Fairchild may call one or more of the following witnesses during any hearing before the Court on equitable issues such as Power Integrations' inequitable conduct, whether an injunction is appropriate, whether any damages should be increased, and whether this case is exceptional:

| Name | Address |
| --- | --- |
| Thomas Beaver | Fairchild Semiconductor Corporation<br>82 Running Hill Road<br>South Portland, ME 04106 |
| Robert Conrad | Fairchild Semiconductor Corporation<br>82 Running Hill Road<br>South Portland, ME 04106 |
| Balu Balakrishnan | Power Integrations |
| Alex Djenguerian | Power Integrations |

| Klaus Eklud | Power Integrations |
|---|---|
| James Go | Power Integrations |
| Peter Gwozdz<br>*Fairchild's Expert Witness*<br>Specialty – Semiconductor processes and structures. | 21865 Regnant Road<br>Cupertino, CA 95014 |
| Paul Horowitz<br>*Fairchild's Expert Witness*<br>Specialty – Electronic circuit design, including PWM devices. | Harvard, FAS Department of Physics<br>Lyman Lab 225<br>19 Oxford St<br>Cambridge MA 02138 |
| Lief Lund | Power Integrations |

Fairchild will revise this witness list and identify witnesses that will testify by deposition once the Court identifies the issues to be considered, and determines the time and manner in which they will be presented.