# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

### Defendants' Proposed Special Verdict Form

We, the jury, unanimously find as follows:

**Invalidity of U.S. Patent No. 4,811,075**

1. Do you find that Claim 1 of the '075 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    YES _____   NO _____

2. Do you find that Claim 5 of the '075 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    YES _____   NO _____

**Invalidity of U.S. Patent No. 6,249,876**

3. Do you find that Claim 1 of the '876 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    YES _____   NO _____

**Invalidity of U.S. Patent No. 6,107,851**

4. Do you find that Claim 1 of the '851 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

    YES _____   NO _____

5. Do you find that Claim 4 of the '851 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

YES _____ NO _____

**Invalidity of U.S. Patent No. 6,229,366**

6.   Do you find that Claim 9 of the '366 Patent is invalid?  (A "YES" answer to this question is a finding for Fairchild.  A "NO" answer is a finding for Power Integrations.)

YES _____ NO _____

7.   Do you find that Claim 14 of the '366 Patent is invalid?  (A "YES" answer to this question is a finding for Fairchild.  A "NO" answer is a finding for Power Integrations.)

YES _____ NO _____

You must each sign this Verdict Form:   Dated: _____

_____ (foreperson)   _____

_____   _____

_____   _____

_____