# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

P.O. Box 1114
Wilmington, Delaware
19899-1114

901 Market Street
Suite 400
Wilmington, Delaware
19801

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

November 17, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Power Integrations, Inc. v. Fairchild Semiconductor International.*
      USDC-D. Del.   C.A. No. 04-1371 JJF

Dear Judge Farnan:

Enclosed is the juror questionnaire used in connection with the first trial in this matter.  The parties would like to use the same questionnaire for the upcoming validity trial, and if this is acceptable to the Court we will work with Mr. Trickey on the mechanics of the mailing.

Respectfully,

FISH & RICHARDSON P.C.                ASHBY & GEDDES


*/s/ William J. Marsden, Jr.*              */s/ Lauren Maguire*
William J. Marsden, Jr. (#2247)         Lauren Maguire (#4261)

WJM/jlp

Enclosure
cc:    Clerk of Court (via ECF and hand delivery)
       John Trickey, Jury Administrator (via hand delivery)
       G. Hopkins Guy (via e-mail and first class mail)

80039131.doc