**NOTE: WITHIN FIVE DAYS, PLEASE RETURN THE JUROR INFORMATION AND QUESTIONNAIRE AND JUROR INFORMATION CARD IN THE ENCLOSED ENVELOPE**

## JUROR INFORMATION QUESTIONNAIRE
(please print)

This questionnaire relates to a civil case between the Plaintiff Power Integrations, Inc. ("Power Integrations") and Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (together, "Fairchild"). The case involves a claim under four U.S. Patents relating to semiconductor chips used in power supplies for electronic devices.

You have been selected to be part of the pool of people from which the jury in this case will be selected. The purpose of this questionnaire is to help the parties and the Court to select a fair and impartial jury. Please answer the following questions honestly and to the best of your ability. All of the answers that you give will be kept confidential by the Court and by the parties.

**1.  Your name:** _____

**2.  Your home address:**

_____
Street                                         City, State

**3.  Your age:** _____

**4.  Your marital status:**

Single (never married)  _____       Separated/Divorced  _____
Currently married       _____       Widowed             _____

**5.  What is your last or highest level of school completed?**

High School            _____       HS Diploma?      _____
Tech/Trade School      _____       Area of Study?   _____
College/University     _____       Degree & Field?  _____
Graduate School        _____       Degree & Field?  _____
Other (specify)        _____

**6.  What was your favorite subject in school?**

English/Language       _____       Social Studies      _____
Science/Engineering    _____       Physical Education  _____
Mathematics            _____       Art/Music           _____
Other (specify)        _____

**7.  Which best describes your current employment status?**

Employee, full-time    _____       Retired              _____
Employee, part-time    _____       Disabled/Unemployed  _____
Homemaker              _____       Unemployed/Looking   _____
Self-employed          _____       Full time Student    _____

What are (or were) your specific duties and responsibilities for your job?

_____

**8.  Who is your current (or last) employer?**

_____

**9.  How long with your current (or last) employer?**

Less than 1 year   _____       5-10 years            _____
2-4 years          _____       More than 10 years    _____

**10. Does (did) that job involve the use of electronics?**

Yes _____    No _____

If yes, what type of electronics?_____

**11. Have you ever served in the military or law enforcement?**

Yes _____    No _____

If yes, what branch? _____

**12. Have you ever worked for the federal government?** Yes _____    No _____

If yes, what agency or agencies? _____

What did you do? _____

**13. Do you have any special training, education, or experience in the following areas? (Check all that apply)**

| | | | |
|---|---|---|---|
| Electronics | _____ | Computer Science | _____ |
| Physics | _____ | Mathematics | _____ |
| Engineering | _____ | Semiconductors | _____ |
| Life Sciences | _____ | Chemistry | _____ |
| Patents | _____ | Research/Development | _____ |
| Law | _____ | Accounting | _____ |
| Contracts | _____ | Marketing/Sales | _____ |

**14. Please identify any other areas of special training, education, or experience here:**

_____

_____

_____

**15. If you are married, what is (was) your spouse's occupation and by whom is (was) your spouse employed?**

_____

**16. Have you, or a relative or close friend, ever invented anything?**

Yes _____    No _____

If yes, please explain:_____

_____

3

**17.  Are you listed as an inventor on any U.S, Patents?**

Yes  _____    No  _____

If Yes, please explain:

_____

**18.  Have you ever attempted to obtain a U.S. Patent?**

Yes  _____    No  _____

If Yes, please explain:

_____

**19.  Do you know anyone who has obtained, or attempted to obtain, a U.S. Patent?**

Yes  _____    No  _____

If Yes, please explain:

_____

**20.  Does your current employer (or last employer) own any U.S. Patents?**

Yes  _____    No  _____    Don't know  _____

If Yes, please explain:

_____

**21.  Do you have any strong feelings or opinions about patents or the process by which patents are obtained?**

Yes  _____    No  _____

If Yes, please explain:

_____

**22.  Have you ever served on a jury before?**

Yes  _____    No  _____

**23.  Have you or a family member ever filed a lawsuit or claim against someone?**

Yes  _____    No  _____

4

**24.  Have you or a family member ever been sued or had a claim filed against you?**

Yes    _____    No    _____

**25.  Do you have any relationship or affiliation with Power Integrations or its employees?**

Yes    _____    No    _____

If Yes, please explain:

_____

**26.  Do you currently, or have you ever, owned Power Integrations stock?**

Yes    _____    No    _____

**27.  Do you have any relationship or affiliation with Fairchild or its employees?**

Yes    _____    No    _____

If Yes, please explain:

_____

**28.  Do you currently, or have you ever, owned Fairchild stock?**

Yes    _____    No    _____

**29.  Had you read or heard about this case before you received your notice for jury duty?**

Yes    _____    No    _____

If yes, please describe what you read or heard:_____

_____

**30.  Do you have any relationship or affiliation with the law firm of Fish & Richardson P.C. or any of its employees?**

Yes    _____    No    _____

If Yes, please explain:

_____

**31.  Do you have any relationship or affiliation with the law firm of Orrick, Herrington & Sutcliffe LLP or any of its employees?**

Yes  _____    No  _____

If Yes, please explain:

_____

**32.  Do you have any relationship or affiliation with the law firm of Ashby & Geddes, P.A. or any of its employees?**

Yes  _____    No  _____

If Yes, please explain:

_____

**33.  The witnesses who may appear in this case are listed below.  Please circle the names of any witnesses that you know or with whom you are familiar.**

Balu Balakrishnan
Jeff Barnes
Tom Beaver
Bob Blauschild
H.S. Choi
Robert Conrad
Ronald Dupois
Klas Eklund
Hubertus Engelbrechten
Robert Gendron
Dr. Peter Gwozdz
Dr. Paul Horowitz
S.T. Im
K.O. Jang
Steve Jensen
C.K. Jeon
Dr. Michael Keeley
H.K. Kim
C.S. Lim
Lief Lund
Robert Morrill
Bruce Renouard
Mike Shields
Shawn Slayton
Dick Troxel
Dr. Gui-Yeon Wei
Phillip Woo

34. **This trial is anticipated to take approximately 5 days to complete. Do you have any financial hardship, problems or any reason why you could not serve as a juror on this case during this time period?**

Yes _____    No _____

If Yes, please explain:

_____

35. **Do you know of anything else which you believe should be called to the court's attention as having some bearing on your qualifications or ability to sit as a juror on this case, or which you think may prevent you from rendering a fair and impartial verdict based solely on the evidence presented and the court's instructions as to the law?**

Yes _____    No _____

If Yes, please explain:

_____

36.    **Estimated number of miles ROUND TRIP from your home to the courthouse and the amount of time the trip takes you** _____

Your signature:    _____

Date signed:    _____

**NOTE:  WITHIN FIVE DAYS, PLEASE RETURN THE JUROR INFORMATION AND QUESTIONNAIRE AND JUROR INFORMATION CARD IN THE ENCLOSED ENVELOPE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2006, I electronically filed with the Clerk of Court POWER INTEGRATIONS' [PROPOSED] JURY QUESTIONNAIRE using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O.  Box 1150
Wilmington, DE 19899

I hereby certify that on September 19, 2006, I have served by Federal Express, the document(s) to the following non-registered participants:

G. Hopkins Guy, III                     Attorneys for Defendants
Bas de Blank                            FAIRCHILD SEMICONDUCTOR
Orrick, Herrington & Sutcliffe, LLP     INTERNATIONAL, INC. and
1000 Marsh Road                         FAIRCHILD SEMICONDUCTOR
Menlo Park, CA  94025                   CORPORATION


                              _/S/ William J. Marsden, Jr._
                              William J. Marsden, Jr. (marsden@fr.com)