IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a  :
Delaware corporation,        :
                             :
         Plaintiff,          :
                             :
    v.                       : C.A. No. 04-1371-JJF
                             :
FAIRCHILD SEMICONDUCTOR      :
INTERNATIONAL, INC., a Delaware :
corporation, and FAIRCHILD   :
SEMICONDUCTOR CORPORATION, a :
Delaware corporation,        :
                             :
         Defendants.         :

## TRIAL MANAGEMENT ORDER

The Validity and Inequitable Conduct Trial in this matter will commence on **Monday, December 4, 2006 at 9:30 a.m.** The Court has reviewed the Proposed Pretrial Order, specifically the witness and exhibit lists submitted by each side and issues of fact to be litigated. Based on this review, the Court has determined that the following schedule and procedures will allow for an efficient and fair presentation of each party's case.

1. **Time**

    (a) Plaintiff is allocated nine and one half hours (9.5) in court trial time for opening statement, direct and cross examinations, and argument on evidence issues.

    (b) Defendant is allocated nine and one half hours (9.5) hours in court trial time for opening statement, direct and cross examinations, and argument on evidence issues.

(c) Opening statements are limited to one (1) hour.

(d) Closing arguments are not included in the time allocations.

(e) The trial schedule is as follows:

| | |
|---|---|
| Monday, December 4, 2006 | - **9:30 a.m.** to **5:00 p.m.** |
| Tuesday, December 5, 2006 | - **9:00 a.m.** to **5:00 p.m.** |
| Wednesday, December 6, 2006 | - **9:00 a.m.** to **5:00 p.m.** |
| Thursday, December 7, 2006 | - **9:00 a.m.** to **the completion of closing statements.** |

(f) Forty-five (45) minutes will be allotted for a lunch break each day.

2. **Witnesses**

In accordance with Fed. R. Civ. P. 611(a) the examination of witnesses will be conducted as follows:

(a) Counsel shall not offer testimony or exhibits that are duplicative or cumulative.

(b) Each witness is subject to direct, cross and re-direct examination. No further examination is permitted.

(c) Rebuttal witnesses will be permitted only if:

(i) called by a party with the burden of proof and noticed in the Pre-trial Order.

(ii) such a witness is necessary to avoid an injustice and cause is established.

(d) One lawyer per party is permitted to examine a witness.

3. **Jury Instructions**

Parties shall submit Proposed Jury Instructions, and Verdict Form on disk in WordPerfect Format, no later than **9:00 a.m. on Tuesday, December 5, 2006.**

4. **Exhibits**

The parties shall premark and hand up any exhibits admitted into evidence during the course of each trial day at the end of that trial day.

5. **Courtroom Demeanor**

(a) Counsel may use the podium at his or her discretion.

(b) The Court does not conduct sidebar conferences. If a matter needs to be addressed outside the hearing of the jury, counsel shall bring it to the Court's attention at the conclusion of the trial day.

(c) Counsel should avoid requesting "read backs" by the Court Reporter; however, if a read back is believed necessary, counsel shall address the request to the Court.

(d) Counsel shall stand whenever the jury enters or exits the courtroom.

(e) Counsel shall stand whenever he or she speaks in the courtroom.

(f) Food and beverages, other than the water provided by the Court, are not permitted in the Courtroom at any time.

November 21, 2006
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE