# Exhibit A

# Fairchild Seven References

1. Martin Patent

2. Wang article

3. Colak patent

4. SMP240 datasheet

5. TEA2260

6. Sun dissertation

7. Wakaumi article