# Exhibit C

# Howard Pollack

| | |
|---|---|
| **From:** | VanderZanden, Brian [bvanderzanden@orrick.com] |
| **Sent:** | Thursday, November 02, 2006 2:05 PM |
| **To:** | Howard Pollack |
| **Cc:** | Frank Scherkenbach; William Marsden |
| **Subject:** | prior art references |

Dear Howard,

Fairchild intends to rely upon 11 prior art references at the invalidity phase of the trial. These references are as follows:

1. U.S. Pat. No. 4,638,417 ("Martin").
2. Wang and Sanders, "Programmed Pulsewidth Modulated Waveforms For Electromagnetic Interference Mitigation In DC-DC Converters", IEEE Transactions on Power Electronics, Vol. 8, No. 4 (October 1993).
3. Habetler and Divan, "Acoustic Noise Reduction In Sinusoidal PWM Drives Using A Randomly Modulated Carrier", IEEE Transactions on Power Electronics, Vol. 6, No. 3, July 1991, p. 356.
4. Power Integrations' SMP211 device.
5. Power Integrations' SMP240/60 series device.
6. SGS-Thompson TEA2262 device.
7. Power Integrations' SMP3 device.
8. U.S. Pat. No. 4,823,173 ("Beasom").
9. Wakaumi, "A Highly Reliable 16 Output High Voltage NMOS/CMOS Logic IC With Shielded Source Structure," IEMD 83, pp. 416-19 (1983).
10. Ludikhuize, "High-Voltage DMOS and PMOS in Analog IC's, IEMD 82, pp. 81-84 (1982).
11. Wacyk, "A Power IC with CMOS Analog Control," (1986).

These references (along with the supporting articles, datasheets, schematics, etc.) have all been previously disclosed to Power Integrations.

As the Court requested, Fairchild will file a motion tomorrow explaining the relevance of and need for these 11 references. Please let me know by noon tomorrow whether Power Integrations intends to oppose this motion.

Sincerely,
Brian VanderZanden


**BRIAN VANDERZANDEN**
*associate*
ORRICK, HERRINGTON & SUTCLIFFE LLP

*tel* 650-614-7629
*fax* 650-614-7401
*email* bvanderzanden@orrick.com
www.orrick.com

====================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this

11/10/2006

communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

11/10/2006