# Exhibit D

Case 1:04-cv-01371-JJF    Document 433-5    Filed 11/21/2006    Page 1 of 3



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

October 20, 2006

Brian H. VanderZanden
(650) 614-7629
bvanderzanden@orrick.com

*VIA FEDERAL EXPRESS*

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94036

Re:   Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)

Dear Howard:

Following up on my letter of earlier this week, please find the enclosed CDs. The CD that is Bates labeled I-000411 contains a bond diagram of Mr. Beasom's prototype wafers. The CD that is Bates labeled I-000412-414 contains photographs of the prototype wafers and packaged test-chips. We hope to obtain additional documents from Intersil. We will, of course, produce them to Power Integrations as soon as we receive them.

Sincerely,

B. VanderZanden

Brian H. VanderZanden

BHV:ma5

cc:   William J. Marsden, Jr.
      Frank E. Scherkenbach

OHS West:260112431.1



