# Exhibit E



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

October 24, 2006

Brian H. VanderZanden
(650) 614-7629
bvanderzanden@orrick.com

*VIA FEDERAL EXPRESS*

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94036

Re:    <u>Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)</u>

Dear Howard:

Please see the enclosed CD which contains documents received from third party Intersil. The documents Bates labeled I-000415-420 contain pages from Mr. Beasom's notebook, which has previously been produced. The previous version cut off the bottom of some of the pages, so these pages are being re-produced to ensure that the parties have a complete copy of the notebook. The documents Bates labeled I-000421-451 contain documentation and test data relating to Mr. Beasom's prototype test wafers.

Sincerely,

*B. VanderZanden*

Brian H. VanderZanden

BHV:ma5

Enclosure

cc:    William J. Marsden, Jr.
       Frank E. Scherkenbach

OHS West:260113827.1