# Exhibit F



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

October 30, 2006

Brian H. VanderZanden
(650) 614-7629
bvanderzanden@orrick.com

**VIA FACSIMILE**

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94036

Re:   <u>Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)</u>

Dear Howard:

Today, third party Intersil produced three large blown-up photographs of certain test die from one of Mr. Beasom's test wafers. These documents have been Bates labeled as I-000465-467. They are available at our Menlo Park office for inspection at Power Integrations' convenience. These are oversized, color photos, but we can discuss reproducing them should Power Integrations desire its own copies.

Sincerely,

*B. VanderZanden*

Brian H. VanderZanden

BHV:ma5

cc:   William J. Marsden, Jr.
      Frank E. Scherkenbach

OHS West:260117039.1



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

TEL 650-614-7400
FAX 650-614-7401
WWW.ORRICK.COM

**FAX TRANSMISSION**

DATE   October 30, 2006

NO. OF PAGES 2
(INCLUDING COVER SHEET)

**FROM**

| name | tel |
|---|---|
| Brian VanderZanden | (650) 614-7629 |

**TO**

| name | company/firm | tel | fax |
|---|---|---|---|
| Howard G. Pollack | FISH & RICHARDSON P.C. | | (650) 839-5071 |
| William J. Marsden, Jr. | FISH & RICHARDSON P.C. | | (302) 652-0607 |
| Frank E. Scherkenbach | FISH & RICHARDSON P.C. | | (617) 542-8906 |

RE   *Power Integrations v. Fairchild Semiconductor, et al.*

**MESSAGE**

Please see attached.

L mcs

C-M-A   10414-25[7703]

Originals Will Not Follow By Regular Mail

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (650)614-7303 AS SOON AS POSSIBLE.

notice to recipient
THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED TO BE SENT ONLY TO THE STATED ADDRESSEE OF THE TRANSMISSION. IT MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT PRIVILEGE, THE ATTORNEY WORK-PRODUCT DOCTRINE, OR ANY OTHER APPLICABLE PRIVILEGE. IF YOU ARE NOT THE STATED ADDRESSEE, YOUR RECEIPT OF THIS TRANSMISSION WAS UNINTENDED AND INADVERTENT, AND YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE ALSO ASKED TO NOTIFY US IMMEDIATELY BY TELEPHONE AND TO RETURN THE ORIGINAL DOCUMENT TO US IMMEDIATELY BY MAIL AT THE ADDRESS ABOVE. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
OHS WEST:260117269.1