# Exhibit G

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Howard G. Pollack
(650) 839-5007

Email
pollack@fr.com

**VIA FACSIMILE & U.S. MAIL**
650/614-7401

October 26, 2006

Brian VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:  Power Integrations Inc. v. Fairchild Semiconductor Int'l
     USDC-D. Del. - C.A. No. 04-1371-JJF

Dear Brian:

I am writing with respect to Fairchild's production of new documents and things this week allegedly relating to work by James Beasom and Intersil/Harris. I have received new productions twice this week, but no word of explanation for why these materials were not discovered and produced long ago.

The simple fact is that discovery has long since closed. We have no problem with your providing better copies of documents produced in a timely manner during discovery, but with the first trial already behind us and our preparations for the second trial nearly complete, the time for any new production has long since passed. Moreover, there can be no excuse for Fairchild's delay in producing Intersil or Beasom-related materials, as Fairchild's joint defense agreement with Intersil allegedly dates back to 2001, and Fairchild and Intersil worked closely together during the course of this case to produce documents and testimony from Mr. Beasom and others regarding Mr. Beasom's work.

Because these new materials are untimely, and because Power Integrations has not had any opportunity to investigate these materials (through deposition or otherwise), we will seek to preclude any attempt by Fairchild to introduce them at the upcoming trial.

Sincerely,

Howard G. Pollack