# Exhibit H



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

November 9, 2006

Brian H. VanderZanden
(650) 614-7629
bvanderzanden@orrick.com

*VIA FACSIMILE*

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94036

Re:   Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)

Dear Howard:

As I mentioned in my letter of October 30, 2006, the color photo plots that were taken of Mr. Beasom's test wafers are available for inspection at our offices. Please contact me at your earliest convenience to arrange a time for inspection.

Your letter of October 26, 2006 mischaracterizes the Intersil test wafers, test devices, and accompanying documents as a new production. Mr. Beasom discussed these test devices at his January 26, 2006 deposition, and stated that he "provided those to Legal as a part of the response to the subpoena." Mr. Guy stated on the record that he expected these to be produced from third party Intersil. Both Fairchild and Power Integrations had ample opportunity to depose Mr. Beasom about these matters. Power Integrations cannot claim prejudice, as it was well aware of the existence of these test wafers, had the opportunity to explore that during Mr. Beasom's deposition, and knew that these would be relevant to establish reduction to practice at the invalidity phase of the trial.

Furthermore, the fact is that Fairchild does not have control over Mr. Beasom's test wafers, devices, and documentation, or the actions of Mr. Beasom or Intersil. Indeed, to this day Intersil resists providing the actual test wafers and devices to Fairchild. Fairchild did not even learn of much of the accompanying documentation until recently. Nonetheless, Fairchild has ensured that everything obtained from Intersil is produced to Power Integrations well in advance of trial and as soon as Fairchild learns of it. Should Power Integrations wish to inspect the wafers and test devices themselves, it is Fairchild's

OHS West:260117675.2



ORRICK

Howard G. Pollack
November 9, 2006
Page 2

understanding that Intersil will make them available at the law offices of Shore Chan in Dallas, Texas. Similarly, it is Fairchild's understanding that Intersil will make these materials available for inspection in Wilmington, Delaware, immediately before trial.

Sincerely,

*B. VanderZanden*

Brian H. VanderZanden

BHV:ma5

cc: William J. Marsden, Jr.
　　Frank E. Scherkenbach

OHS West:260117675.2




**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

TEL 650-614-7400
FAX 650-614-7401
WWW.ORRICK.COM

**FAX TRANSMISSION**

DATE   November 9, 2006

NO. OF PAGES 3
(INCLUDING COVER SHEET)

**FROM**
name                              tel
Brian VanderZanden          (650) 614-7629

**TO**
| name | company/firm | tel | fax |
|---|---|---|---|
| Howard G. Pollack | FISH & RICHARDSON P.C. | | (650) 839-5071 |
| William J. Marsden, Jr. | FISH & RICHARDSON P.C. | | (302) 652-0607 |
| Frank E. Scherkenbach | FISH & RICHARDSON P.C. | | (617) 542-8906 |

RE   *Power Integrations v. Fairchild Semiconductor, et al.*

**MESSAGE**

Please see attached.

C-M-A   10414-25[7703]                    Originals Will Not Follow By Regular Mail

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (650)614-7303 AS SOON AS POSSIBLE.

notice to recipient
THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED TO BE SENT ONLY TO THE STATED ADDRESSEE OF THE TRANSMISSION. IT MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT PRIVILEGE, THE ATTORNEY WORK-PRODUCT DOCTRINE, OR ANY OTHER APPLICABLE PRIVILEGE. IF YOU ARE NOT THE STATED ADDRESSEE, YOUR RECEIPT OF THIS TRANSMISSION WAS UNINTENDED AND INADVERTENT, AND YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE ALSO ASKED TO NOTIFY US IMMEDIATELY BY TELEPHONE AND TO RETURN THE ORIGINAL DOCUMENT TO US IMMEDIATELY BY MAIL AT THE ADDRESS ABOVE. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
OHS WEST:260117269.1