# Exhibit I

Case 1:04-cv-01371-JJF    Document 433-10    Filed 11/21/2006    Page 1 of 2

# EXHIBIT REDACTED IN ITS ENTIRETY