# Exhibit J

# EXHIBIT REDACTED IN ITS ENTIRETY