# Exhibit M

**Exhibit B**
To Fairchild's Supplemental Response to Power Integrations' First Set of Interrogatories
June 30, 2005

| U.S. Patent No. 6,229,366 | Anticipated or Rendered Obvious by SGS TEA2262 |
|---|---|
| 1. A pulse width modulated switch comprising: | Pp. 605 and 609: The SGS TEA2262 a pulse width modulated switch, TEA2262, which provides power supply start-up and PWM generator functions. Two embodiments of the TEA2262 anticipate the claims of the '366 patent. |
| a first terminal; | In the first embodiment:<br><br>P. 606: The TEA2262 switch has a first terminal, V+, shown as pin 15.<br><br>In the second embodiment:<br><br>P. 608: The first terminal is the terminal of the external transistor connected to one terminal of the primary winding of the transformer. |
| a second terminal; | In the first embodiment:<br><br>P. 606: The TEA2262 switch has a second terminal, OUT, shown as pin 14.<br><br>In the second embodiment:<br><br>P. 608: The second terminal is the terminal of the external transistor not connected to one terminal of the primary winding of the transformer. |
| a switch comprising a control input, said switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input; | In the first embodiment:<br><br>P. 606: The TEA2262 switch includes a switch, i.e., a gate drive transistor switch, which has a control input (from a positive output stage). The gate drive transistor switch allows a signal to be transmitted between the first terminal, V+, and the second terminal, OUT, according to a drive signal provided at the control input from the positive output stage.<br><br>In the second embodiment:<br><br>P. 608: The TEA2262 is connected to a switch comprising a control input, the switch allowing a signal to be transmitted between the first terminal and the second terminal according to a drive signal provided at said control input. |
| an oscillator that provides a maximum duty cycle signal comprising an on-state and an off-state; | In both embodiments:<br><br>P. 606: The TEA2262 switch includes an oscillator, |

-50-

**Exhibit B**
To Fairchild's Supplemental Response to Power Integrations' First Set of Interrogatories
June 30, 2005

| U.S. Patent No. 6,229,366 | Anticipated or Rendered Obvious by SGS TEA2262 |
|---|---|
| | which provides a maximum duty cycle signal, i.e., a pulse signal, comprising an on-state and an off-state. |
| a drive circuit that provides said drive signal according to said maximum duty cycle signal; and | In both embodiments:<br><br>P. 606: The TEA2262 includes a drive circuit, which provides the drive signal according to the maximum duty cycle signal. |
| a soft start circuit that provides a signal instructing said drive circuit to disable said drive signal during at least a portion of said on-state of said maximum duty cycle. | In both embodiments:<br><br>P. 606: The TEA2262 includes a soft start circuit that provides a signal instructing the drive circuit to disable the drive signal during at least a portion of the on-state of the maximum duty cycle. "As an S.M.P.S. controller, the TEA2262 features the following functions: -- Power supply start –u (with soft start)...." P. 609. |
| 2. The pulse width modulated switch of claim 1 wherein said a first terminal, said second terminal, said switch, said oscillator, said drive circuit and said soft start circuit comprise a monolithic device. | In the first embodiment:<br><br>P. 605: The pulse width modulated switch, i.e., TEA2262 switch, is a monolithic integrated circuit, which contains the first terminal, second terminal, switch, oscillator, drive circuit, and soft start circuit. "The TEA2262 is a monolithic integrated circuit for the use in primary part of an off-line switching mode power supply using a MOS power transistor." P. 605. |
| 8. The pulse width modulated switch of claim 1 further comprising; | In the second embodiment:<br><br>The TEA2262 meets every element of claim 1, as set forth above. Additionally, the switch may be switch F, the first terminal the source at that switch (connected to the second terminal of the first winding) and the second terminal also connected to the TEA2262, as shown in Figure 1 on page 608. |
| a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectified signal; | P. 608, Fig. 1: The SGS TEA2262 discloses a rectifier comprising an input and an output with the input receiving an AC mains signal and the output providing a rectified signal. |
| a power supply capacitor that receives said rectified signal; | P. 608, Fig. 1: The SGS TEA2262 discloses a power supply capacitor that receives the rectified signal from the rectifier and provides a substantially DC signal. |
| a first winding comprising a first terminal and a second terminal, said first winding receiving a | P. 608, Fig. 1: The SGS TEA2262 discloses a first winding having a first terminal and a second terminal. |

-51-

**Exhibit B**
To Fairchild's Supplemental Response to Power Integrations' First Set of Interrogatories
June 30, 2005

| U.S. Patent No. 6,229,366 | Anticipated or Rendered Obvious by SGS TEA2262 |
|---|---|
| substantially DC signal from said power supply capacitor, said second terminal of said first winding coupled to said first terminal of said pulse width modulated switch; and | The first winding receives the substantially DC signal with the second terminal of the first winding coupled to the first terminal of the pulse modulated switch. |
| a second winding magnetically coupled to said first winding, said first winding capable of being coupled to a load. | P. 608, Fig. 1: The SGS TEA2262 discloses a second winding magnetically coupled to the first winding wherein the first winding is capable of being coupled to a load. |
| 9. A regulation circuit comprising: | P. 609: The SGS TEA2262 discloses a pulse width modulated switch, TEA2262, which is a regulation circuit. Two embodiments of the TEA2262 anticipate the claims of the '366 patent. |
| a first terminal; | In the first embodiment:<br><br>P. 606: The TEA2262 switch has a first terminal, V+, shown as pin 15.<br><br>In the second embodiment:<br><br>P. 608: The first terminal is the terminal of the external transistor connected to one terminal of the primary winding of the transformer. |
| a second terminal; | In the first embodiment:<br><br>P. 606: The TEA2262 switch has a second terminal, OUT, shown as pin 14.<br><br>In the second embodiment:<br><br>P. 608: The second terminal is the terminal of the external transistor not connected to one terminal of the primary winding of the transformer. |
| a switch comprising a control input, said switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input; | In the first embodiment:<br><br>P. 606: The TEA2262 switch includes a switch, i.e., a gate drive transistor switch, which has a control input (from a positive output stage). The gate drive transistor switch allows a signal to be transmitted between the first terminal, V+, and the second terminal, OUT, according to a drive signal provided at the control input from the positive output stage.<br><br>In the second embodiment:<br><br>P. 608: The TEA2262 is connected to a switch |

-52-

**Exhibit B**
To Fairchild's Supplemental Response to Power Integrations' First Set of Interrogatories
June 30, 2005

| U.S. Patent No. 6,229,366 | Anticipated or Rendered Obvious by SGS TEA2262 |
|---|---|
| | comprising a control input, the switch allowing a signal to be transmitted between the first terminal and the second terminal according to a drive signal provided at said control input. |
| a drive circuit that provides said drive signal for a maximum time period of a cycle; and | In both embodiments:<br><br>P. 606: The TEA2262 includes a drive circuit, which provides the drive signal for a maximum time period of a cycle. |
| a soft start circuit that provides a signal instructing said drive circuit to disable said drive signal during at least a portion of said maximum time period. | In both embodiments:<br><br>P. 606: The TEA2262 includes a soft start circuit that provides a signal instructing the drive circuit to disable the drive signal during at least a portion of the maximum duty cycle. "As an S.M.P.S. controller, the TEA2262 features the following functions: -- Power supply start –up (with soft start)...." P. 609. |
| 10. The regulation circuit of claim 9 further comprising an oscillator that provides a maximum duty cycle signal to said drive circuit, said maximum duty cycle signal comprising an on-state for said maximum time period. | In both embodiments:<br><br>P. 606: The TEA2262 switch includes an oscillator, which provides a maximum duty cycle signal, i.e., a pulse signal, to the drive circuit. The maximum duty cycle signal comprises an on-state for the maximum time period. |
| 14. The regulation circuit of claim 9 further comprising a frequency variation circuit that provides a frequency variation signal and wherein said maximum time period varies according to a magnitude of said frequency variation signal. | In both embodiments:<br><br>P. 606: The TEA2262 switch includes a frequency variation circuit that provides a frequency variation signal and the maximum time period varies according to a magnitude of the frequency variation signal. *See also*, P. 609: "During phase, in order to avoid transformer magnetization (specifically at high frequency), the frequency oscillator is divided by four." |
| 16. The regulation circuit of claim 9 wherein said first terminal, said second terminal, said oscillator and said soft start circuit comprise a monolithic device. | In the first embodiment:<br><br>P. 606: The pulse width modulated switch, i.e., TEA2262 switch, is a monolithic integrated circuit, which contains the first terminal, second terminal, switch, oscillator, and soft start circuit. "The TEA2262 is a monolithic integrated circuit for the use in primary part of an off-line switching mode power supply using a MOS power transistor." P. 605. |

-53-

**Exhibit B**
To Fairchild's Supplemental Response to Power Integrations' First Set of Interrogatories
June 30, 2005

| U.S. Patent No. 6,229,366 | Anticipated or Rendered Obvious by SGS TEA2262 |
|---|---|
| 17. The regulation circuit of claim 16 further comprising a current limit circuit that provides a signal instructing said drive circuit to discontinue said drive signal when a current received at said first terminal of said regulation circuit is above a threshold level. | In both embodiments:<br><br>P. 606: The SGS TEA2262 discloses a current limit circuit, i.e., current limitation, which provides a signal instructing the drive circuit to discontinue the drive signal when a current received at the first terminal is above a threshold level. |
| 18. The regulation circuit of claim 9 further comprising; | In the second embodiment:<br><br>The TEA2262 meets every element of claim 9, as set forth above. Additionally, the switch may be switch F, the first terminal the source at that switch (connected to the second terminal of the first winding) and the second terminal also connected to the TEA2262, as shown in Figure 1 on page 608. |
| a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectified signal; | P. 608, Fig. 1: The SGS TEA2262 discloses a rectifier comprising an input and an output with the input receiving an AC mains signal and the output providing a rectified signal. |
| a power supply capacitor that receives said rectified signal and provides a substantially DC signal; | P. 608, Fig. 1: The SGS TEA2262 discloses a power supply capacitor that receives the rectified signal from the rectifier and provides a substantially DC signal. |
| a first winding comprising a first terminal and a second terminal, said first winding receiving said substantially DC signal, said second terminal of said first winding coupled to said first terminal of said switch; and | P. 608, Fig. 1: The SGS TEA2262 discloses a first winding having a first terminal and a second terminal. The first winding receives the substantially DC signal with the second terminal of the first winding coupled to the first terminal of the pulse modulated switch. |
| a second winding magnetically coupled to said first winding, said first winding capable of being coupled to a load. | P. 608, Fig. 1: The SGS Application Manual discloses a second winding magnetically coupled to the first winding, which is capable of being coupled to a load. |

-54-