# Exhibit N

'366 Patent Anticipated or Rendered Obvious by "Off-Line Power Integrated Circuit for International Rated 60-watt Power Supplies" by Richard Keller, Applied Power Electronics conference and Exposition, February 1992 (pp. 505-512) ("Keller") and SMP240/260 Datasheets

| U.S. Patent No. 6,229,366 | Anticipated or Rendered Obvious |
|---|---|
| 1. A pulse width modulated switch comprising | |
| a first terminal; | As shown in Figures 1 and 11, Keller teaches a first terminal, Drain. |
| a second terminal; | As shown in Figures 1 and 11, Keller teaches a second terminal, Source. |
| a switch comprising a control input, the switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input; | As shown in Figure 1, Keller teaches a switch comprising a control input, the switch allowing a signal to be transmitted between the first terminal (Drain) and the second terminal (Source) according to a drive signal provided at said control input. |
| an oscillator that provides a maximum duty cycle signal comprising an on-state and an off-state; | As shown in Figure 1, Keller teaches an oscillator that provides a maximum duty cycle signal comprising an on-state and an off-state. *See* p. 508 ("The maximum duty cycle is user programmable."); *see also*, p. 509. |
| a drive circuit that provides said drive signal according to said maximum duty cycle signal; and | As shown in Figure 1, Keller teaches a drive circuit that provides the drive signal according to the maximum duty cycle signal. |
| a soft start circuit that provides a signal instructing said drive circuit to disable said drive signal during at least a portion of said on-state of said maximum duty cycle. | As shown in Figure 1, Keller teaches a soft start circuit that provides a signal instructing the drive circuit to disable the drive signal during at least a portion of the on-state of the maximum duty cycle. "During power up the circuit has an optional soft start function." P. 510. "When soft start is enabled the maximum output switch current is programmed linearly increasing from zero to maximum in 4096 power supply equivalent clock cycles." P. 510. |
| 2. The pulse width modulated switch of claim 1 wherein said a first terminal, said second terminal, said switch, said oscillator, said drive circuit and said soft start circuit comprise a monolithic device. | As shown in Figures 1 and 11, Keller teaches that the first terminal, second terminal, switch, oscillator, drive circuit and soft start circuit comprise a monolithic device. |
| 8. The pulse width modulated switch of claim 1 further comprising | |
| a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectifier signal; | As shown in Figure 11, Keller teaches a rectifier (BR1) input and a rectifier output, the rectifier input receiving an AC mains signal and the rectifier output providing a rectifier signal. |

| U.S. Patent No. 6,229,366 | Anticipated or Rendered Obvious |
|---|---|
| a power supply capacitor that receives said rectified signal; | As shown in Figure 11, Keller teaches a power supply capacitor (C4 and/or C5) that receives said rectified signal. |
| a first winding comprising a first terminal and a second terminal, said first winding receiving a substantially DC signal from said power supply capacitor, said second terminal of said first winding coupled to said first terminal of said pulse width modulated switch; and | As shown in Figure 11, Keller teaches a first winding comprising a first terminal and a second terminal, the winding receiving a substantially DC signal from the power supply capacitor, the second terminal of said first winding coupled to the first terminal of said pulse width modulated switch. |
| a second winding magnetically coupled to said first winding, said first winding capable of being coupled to a load. | As shown in Figure 11, Keller teaches a first winding comprising a first terminal and a second terminal, the first winding receiving a substantially DC signal from the power supply capacitor, the second terminal of the first winding coupled to the first terminal of the pulse width modulated switch. |
| 9. A regulation circuit comprising | |
| a first terminal; | As shown in Figures 1 and 11, Keller teaches a first terminal, Drain. |
| a second terminal; | As shown in Figures 1 and 11, Keller teaches a second terminal, Source. |
| a switch comprising a control input, said switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input; | As shown in Figure 1, Keller teaches a switch comprising a control input, the switch allowing a signal to be transmitted between the first terminal (Drain) and the second terminal (Source) according to a drive signal provided at said control input. |
| a drive circuit that provides said drive signal for a maximum time period of a cycle; and | As shown in Figure 1, Keller teaches a drive circuit that provides the drive signal for a maximum time period of a cycle. |
| a soft start circuit that provides a signal instructing said drive circuit to disable said drive signal during at least a portion of said maximum time period. | As shown in Figure 1, Keller teaches a soft start circuit that provides a signal instructing the drive circuit to disable the drive signal during at least a portion of the on-state of the maximum duty cycle. "During power up the circuit has an optional soft start function." P. 510. "When soft start is enabled the maximum output switch current is programmed linearly increasing from zero to maximum in 4096 power supply equivalent clock cycles." P. 510. |
| 10. The regulation circuit of claim 9 further comprising an oscillator that provides a maximum duty cycle signal to said drive circuit, said maximum duty cycle signal comprising an on-state for said maximum time period. | As shown in Figure 1, Keller teaches an oscillator that provides a maximum duty cycle signal to the drive circuit, the maximum duty cycle signal comprising an on-state for the maximum time period. *See* p. 508 ("The maximum duty cycle is user programmable."); *see also,* p. 509. |

| U.S. Patent No. 6,229,366 | Anticipated or Rendered Obvious |
|---|---|
| 14. The regulation circuit of claim 9 further comprising a frequency variation circuit that provides a frequency variation signal and wherein said maximum time period varies according to a magnitude of said frequency variation signal. | As shown in Figure 1, Keller teaches a frequency variation circuit that provides a frequency variation signal and wherein the maximum time period varies according to a magnitude of the frequency variation signal. "The oscillator frequency is set with a timing capacitor." P. 509. *See also* p. 508.<br><br>Alternatively, a frequency variation circuit that provides a frequency variation signal and wherein the maximum time period varies according to a magnitude of the frequency variation signal would have been obvious to one of ordinary skill in the art in light of Keller. |
| 16. The regulation circuit of claim 9 wherein said first terminal, said second terminal, said oscillator and said soft start circuit comprise a monolithic device. | As shown in Figures 1 and 11, Keller teaches that the first terminal, second terminal, switch, oscillator, drive circuit and soft start circuit comprise a monolithic device. |
| 18. The regulation circuit of claim 9 further comprising | As shown in Figures 1 and 2, Keller teaches a current limit circuit that provides a signal instructing the drive circuit to discontinue the drive signal when a current received at the first terminal of the regulation circuit is above a threshold level. *See also*, p. 510 ("Protection features include input under voltage lockout, over temperature fault, output under voltage fault and output over current protection consistent with cycle by cycle peak limiting of the switch current."). |
| a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectifier signal; | As shown in Figure 11, Keller teaches a rectifier (BR1) input and a rectifier output, the rectifier input receiving an AC mains signal and the rectifier output providing a rectifier signal. |
| a power supply capacitor that receives said rectified signal; | As shown in Figure 11, Keller teaches a power supply capacitor (C4 and/or C5) that receives said rectified signal. |
| a first winding comprising a first terminal and a second terminal, said first winding receiving a substantially DC signal from said power supply capacitor, said second terminal of said first winding coupled to said first terminal of said regulation circuit; and | As shown in Figure 11, Keller teaches a first winding comprising a first terminal and a second terminal, the winding receiving a substantially DC signal from the power supply capacitor, the second terminal of said first winding coupled to the first terminal of said pulse width modulated switch. |
| a second winding magnetically coupled to said first winding, said first winding capable of being coupled to a load. | As shown in Figure 11, Keller teaches a first winding comprising a first terminal and a second terminal, the first winding receiving a substantially DC signal from the power supply capacitor, the second terminal of the first winding coupled to the first terminal of the pulse width |

3

| U.S. Patent No. 6,229,366 | Anticipated or Rendered Obvious |
|---|---|
|  | modulated switch. |