# Exhibit P

REDACTED

```
>   -----Original Message-----
> From:     Bruce Renouard
> Sent:     Wednesday, October 18, 2006 9:49 AM
> To: DL-VP Staff
> Subject:  FW: Fairchild's FSD0170/0270
>
> This e-mail confirms the field's perspective that Fairchild is
> switching their customers to a pin for pin compatible part which still
> has frequency jitter and internal soft start and the only known
> changes is a higher voltage transistor to match our 700 volt spec.
>
> This move from Fairchild is and will slowing our recapture of the FCH
> marketshare taken from PI.
>
> Regards,
>
> Bruce
>
>
> _____
> From: John Lin
> Sent: Wednesday, October 18, 2006 8:50 AM
> To: Bruce Renouard
> Cc: Cliff Walker
> Subject: RE: Fairchild's FSD0170/0270
>
>
> Dear Bruce ,
>
> It was confirmed in SPI today, for their FSDM311 in PC SB ( 300K/M),
> they will use FSDM0170 to replace it (Fairchild told them FSDM0170 has
> no leagal issue and pin to pin as FSDM311). Also Fairchild said they
> will win lawsuit back on Dec 4th .
>
> Regards,
> John
>
> John Lin
> Power Integrations Netherlands B.V., Taiwan Branch Mobile Phone:
> 886-932-160565 Office TEL: 886-2-2659-4570 Ext: 101 Office FAX:
> 886-2-2659-4550
```