IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' EXHIBIT LIST FOR THE
<u>VALIDITY AND INEQUITABLE CONDUCT TRIALS</u>**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: November 27, 2006

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*
*Case No. 04-1371*

Exhibit 7:
Fairchild's Trial Exhibit List

*November 27, 2006*

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS OBJECTIONS |
|---|---|---|---|---|---|
| 1 | 1993 | Wang, Andrew C. and Seth R. Sanders. "Programmed Pulse-width Modulated Waveforms for Electromagnetic Interference Mitigation in DC-DC Converters." IEEE Transactions on Power Electronics 8.4 (1993): 596-605. | FCS0000516-FCS0000525 FCS0524402-FCS0524411 FCS0525273-FCS0525282 FCS1691857-FCS1691880 | Horowitz | Combines multiple documents |
| 10 | 7/1991 | Habetler, Thomas G. and Deepakraj Divan. "Acoustic Noise Reduction in Sinusoidal PWM Drives Using a Randomly Modulated Carrier." IEEE Transactions on Power Electronics 6.3 (Jul. 1991): 356-63. | FCS0000508-FCS0000515 FCS0528052-FCS0528060 FCS0525283-FCS0525290 FCS1692016-FCS1692043 | Horowitz | Combines multiple documents |
| 17 | 3/22/1990 | Goodenough, Frank. "Off-Line PWM Switching Regulator IC Handles 3W"." Electronic Design 38.6 (Mar. 22, 1990): 35-39. | FCS0525776-FCS0525779 FCS0528084-FCS0528089 FCS1692104-FCS1692120 | Horowitz | Combines different documents |
| 33 | 1981 | Horowitz, Paul and Ian Robinson, "Lab 17. Analog-Digital Conversion." Laboratory Manual for The Art of Electronics. Cambridge: Cambridge UP, 1981. 17-1 - 17-4. | FCS0527486-FCS0527490 FCS1686642-FCS1686646 FCS1692374-FCS1692392 | Horowitz | Combines multiple documents; 802 |
| 35 | 4/1996 | Datasheet: SGS-Thomson TEA2262 (May 1992, Apr. 1996) | FCS0001315-FCS0001323 FCS1686647-FCS1686655 | Horowitz | |
| 50 | 6/1992 | Datasheet: SGS-Thomson TEA2260/TEA2261 (Jun. 1992) | FCS1687336-FCS1687344 | Horowitz | 402/403; production range incorrect |
| 51 | 1994 | Application Note: AN 376 SGS-Thomson TEA2260/TEA2261 (1994) | FCS1687345-FCS1687378 | Horowitz | 402/403; production range incorrect |
| 52 | | Sze, S. Physics of Semiconductor Devices. Singapore: John Wiley & Sons (Asia). | FCS0000543-FCS0000558 FCS1692579-FCS1692618 | Gwozdz/ Eklund/ Shields | Combines multiple documents |
| 55 | 12/6/1983 | Wakaumi, H. "A Highly Reliable 16 Output High Voltage NMOS/CMOS Logic IC with Shielded Source Structure." International Electron Devices Meeting Technical Digest (Dec. 6, 1983): 416-19. | FCS1689187-FCS1689192 FCS1692641-FCS1692664 | Gwozdz/ Eklund/ Shields | Combines multiple documents |
| 56 | 1982 | Ludikhuize, A. "High-Voltage DMOS and PMOS in Analog IC's." International Electron Devices Meeting Technical Digest (1982): 81-84. | FCS1689193-FCS1689196 FCS1692665-FCS1692686 | Gwozdz/ Eklund/ Shields | Combines multiple documents |
| 58 | 1986 | Wacyk, Ihor, Michael Amato and Vladimir Rumennick. "A Power IC with CMOS Analog Control." IEEE International Solid-State Circuits Conference Digest of Technical Papers (1986): 16-17. | FCS1689202-FCS1689203 FCS1692687-FCS1692698 | Gwozdz/ Eklund/ Shields | 402; Combines multiple documents |
| 59 | 1982 | Sun, Shi- Chung. "Physics and Technology of Power MOSFETs." Stanford University Ph.D. Dissertation, Feb. 1982. | FCS1689204-FCS1689436 FCS1692699-FCS1692935 | Gwozdz | 402; Combines multiple documents |
| 66 | 4/18/1989 | Beasom - U.S. Patent No 4,823,173 File History, Serial No.06/831,384 | FCS1688778-FCS1688899 | Beasom/Gwozdz | |
| 67 | 11/23/1993 | Beasom - U.S. Patent No. 5,264,719 (Beasom Exhibit 4) | FCS0525257-FCS0525272 | Beasom/Gwozdz | 106 |
| 68 | 1989 | Horowitz, Paul and Winfield Hill. The Art of Electronics. Cambridge: Cambridge UP, 1989. 621-26. | FCS0527450-FCS0527452 FCS1692936-FCS1692951 Full book available for inspection | Horowitz | |
| 69 | 2/27/1992 | Keller, Richard. "Off-line Power Integrated Circuit for International Rated 60 Watt Power Supplies." Seventh Annual Applied Power Electronics Conference and Exposition Proceedings (Feb. 27, 1992): 505-512. | FCS0527805-FCS0527814 FCS0524577-FCS0524584 FCS1692993-FCS1693018 | Horowitz | Combines multiple documents |
| 70 | 2/1992 | Datasheet: PWR-SMP240 (Feb. 1992) | FCS1685819-FCS1685831 | Horowitz/ Balakrishnan | |

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*   Exhibit 7:   *November 27, 2006*
*Case No. 04-1371*   Fairchild's Trial Exhibit List

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS OBJECTIONS |
|---|---|---|---|---|---|
| 71 | 3/1992 | Application Note: AN-1 Function and Application of the PWR-SMP240/260 (Mar. 1992) | PIF131267-PIF131282 | Horowitz/ Balakrishnan | |
| 72 | 3/1992 | Design Aid: DA-5 Charging Batteries with the PWR-SMP260 (Mar. 1992) | PIF131293-PIF131299 | Horowitz/ Balakrishnan | |
| 73 | 3/1992 | Datasheet: PWR-EVAL8: PWR-SMP240 Evaluation Board (Mar. 1992) | PIF131229-PIF131246 | Horowitz/ Balakrishnan | |
| 74 | 2/1992 | Datasheet: PWR-SMP260 Preliminary (Feb. 1992) | FCS1685806-FSC1685818 | Horowitz/ Balakrishnan | |
| 76 | 1/1996 | Datasheet: SMP211 (Jan. 1996) | FCS1685478-FCS1685496 FCS1686663-FCS1686681 | Horowitz/ Balakrishnan | |
| 77 | 7/1991 | Datasheet: PWR-SMP3 (Jul. 1991) | FCS1687321-FCS1687330 | Horowitz/ Balakrishnan | |
| 78 | 7/1991 | Application Note: AN-6 Designing Power Supplies with PWR-SMP3 (Jul. 1991) | PIF131247-PIF131266 | Horowitz/ Balakrishnan | |
| 79 | 3/1992 | Datasheet: PWR-EVAL1: PWR-SMP3 Evaluation Board (Mar. 1992) | PIF131195-PIF131210 | Horowitz/ Balakrishnan | |
| 80 | 3/1992 | Datasheet: PWR-EVAL7: PWR-SMP260 Evaluation Board (Mar. 1992) | PIF131211-PIF131228 | Horowitz/ Balakrishnan | |
| 83 | 1/20/1987 | Martin, Jr. et al - U.S. Patent no. 4,638,417 | FCS0525445-FCS0525448 | Horowitz | |
| 86 | 7/12/1991 | Design Specification Revision: PWR-SMP260 Revision 2 (Jul. 12, 1991) | PIF129975-PIF130008 | Horowitz/ Balakrishnan | Combines multiple documents |
| 89 | 12/2/1986 | U.S. Patent 4,626,879, Colak | FCS0000526-FCS0000532 FCS0526662-FCS0526668 | Gwozdz/ Eklund/ Shields | |
| 90 | 1990 | Design Schematic: PS07 (1990 - 1991) | PIF129750-PIF129777 | Horowitz/ Balakrishnan | |
| 91 | 3/28/1990 | Design Schematic: PS03 (Mar. 28, 1990) | PIF129301-PIF129321 | Horowitz/ Balakrishnan | |
| 99 | 6/19/2001 | Balakrishnan et al - U.S. Patent 6,249,876 | FCS0000001-FCS0000013 | Horowitz/ Balakrishnan | |
| 100 | 11/16/1998 | Balakrishnan et al - U.S. Patent No. 6,248,876 File History, Serial No. 09/192,959 | FCS0000015-FCS0000114 | Horowitz. | |
| 101 | 3/7/1989 | Eklund - U.S. Patent No. 4,811,075 (Beasom Exhibit 5) | FCS0000115-FCS0000120 | Gwozdz/ Beasom | |
| 102 | 4/24/1987 | Eklund et al - U.S. Patent No. 4,811,075 File History, Serial No.07/041,994 | FCS0000122-FCS0000206 | Gwozdz Beasom | |
| 103 | 5/8/2001 | Balakrishnan et al - U.S. Patent 6,229,366 | FCS0000207-FCS0000224 | Horowitz/ Balakrishnan | |
| 104 | 5/16/2000 | Balakrishnan et al - U.S. Patent No. 6,229,366 File History, Serial No. 09/573,081 | FCS0000226-FCS0000316 | Horowitz/ Balakrishnan | |
| 105 | 8/22/2000 | Balakrishnan et al - U.S. Patent 6,107,851 | FCS0000317-FCS0000334 | Horowitz/ Balakrishnan | |

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*
Case No. 04-1371

Exhibit 7:
Fairchild's Trial Exhibit List

November 27, 2006

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS OBJECTIONS |
|---|---|---|---|---|---|
| 106 | 5/18/1998 | Balakrishnan et al - U.S. Patent No. 6,107,851 File History, Serial No. 09/080,774 | FCS0000336-FCS0000477 | Horowitz/ Balakrishnan | |
| 110 | | T. Lucy, *Spread Spectrum Clocks Reduced EMI*, with handwritten notes to Balu Balakrishnan | PIF17419 | Horowitz/ Balakrishnan | 402; 403; 901 |
| 112 | 8/19/1998 | Invention Disclosure Form | PIF63306-PIF63313 | Horowitz/ Balakrishnan | |
| 113 | 4/1998 | Invention Disclosure Form signed by Balu Balakrishnan, Alex Djenguerian, Lief Lund | PIF63314-PIF63324 | Horowitz/ Balakrishnan | |
| 114 | 3/28/1990 | Design Schematic: PS03 (Mar. 28, 1990) with Project Index | PIF129325-PIF129346 | Horowitz/ Balakrishnan | |
| 115 | | Design Schematic: SMP1A –NPSC02A1 | PIF129387 | Horowitz/ Balakrishnan | |
| 116 | 3/27/1990 | Design Schematic: SMP1A (Mar. 27, 1990) with Project Index | PIF129389-PIF129410 | Horowitz/ Balakrishnan | |
| 117 | 11/30/1989 | Design Schematic: SMP1A (Nov. 30, 1989) | PIF129412-PIF129414 | Horowitz/ Balakrishnan | |
| 118 | 5/8/1990 | Proposed SMP Family Part Numbering System | PIF129449-PIF129451 | Horowitz/ Balakrishnan | |
| 119 | | Design Schematic: PS10, PS11, PS12 (sheets 1 –30) | PIF129454-PIF129484 | Horowitz/ Balakrishnan | |
| 120 | 8/14/1992 | SMP12/220 Task List with Annotations (Aug. 14, 1992) | PIF129499-PIF129504 | Horowitz/ Balakrishnan | Combines multiple documents |
| 121 | 2/1992 | Datasheet: PWR-SMP212 - Preliminary (Feb. 1992) | PIF129690-PIF129705 | Horowitz/ Balakrishnan | |
| 122 | 2/1992 | Datasheet: PWR-SMP260 - Preliminary (Feb. 1992) | PIF129879-PIF129894 | Horowitz/ Balakrishnan | |
| 123 | 2/1992 | Datasheet: PWR-SMP240 - Preliminary (Feb. 1992) | PIF129895-PIF129910 | Horowitz/ Balakrishnan | |
| 124 | 11/1991 | Datasheet: PWR-SMP260 - Preliminary with Annotations (Nov. 1991) | PIF129911-PIF129918 | Horowitz/ Balakrishnan | |
| 125 | 8/1991 | Datasheet: PWR-SMP260 - Draft Preliminary with Annotations (Aug. 1991) | PIF129919-PIF129929 | Horowitz/ Balakrishnan | |
| 126 | 11/1991 | Datasheet: PWR-SMP240 (Nov. 1991) | PIF129930-PIF129937 | Horowitz/ Balakrishnan | |
| 128 | 4/20/1984 | Notes (Beasom Exhibit 7) | I-000230 - I-000234 | Beasom/ Gwozdz/ Prentice/ Moore | |

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*  
Case No. 04-1371

Exhibit 7:  
Fairchild's Trial Exhibit List

*November 27, 2006*

| # | DATE | DESCRIPTION | BATES NO. / EX. NO. | SPONSORING WITNESS | POWER INTEGRATIONS' OBJECTIONS |
|---|---|---|---|---|---|
| 129 | 3/1984 | Notes (Beasom Exhibit 6) | I-000235 - I-000260 | Beasom/ Gwozdz/ Prentice/ Moore | |
| 130 | 8/8/1979 | Beasom Engineering Notebook | Beasom Exhibit 8 | Beasom/ Gwozdz/ Prentice/ Moore | 802 |
| 131 | 7/18/1985 | Notes | Beasom Exhibit 9 | Beasom/ Gwozdz/ Prentice/ Moore | 802 |
| 132 | | Test Chips Notes, Run Cards and Test Data | Beasom Exhibit 10 | Beasom/ Gwozdz | 802 |
| 133 | 5/13/1986 | Pospisil, R.S., S.R. Jost and J.D. Beasom. "A 500V Dielectric Isolation Process for Very High Voltage Integrated Circuits." *Electro/86 and Mini/Micro Northeast-86 Conference Record* (Jun. 1986): 1-7. | Beasom Exhibit 16 | Beasom/ Gwozdz | 802 |
| 134 | 1987 | Beasom, J.D. "A 200V DI Process Which Provides IGT's, SCR's High Speed Complimentary Low Voltage Bipolars, CMOS and Bipolar Logic Options." *Proceedings of the Symposium of High Voltage and Smart Power Devices* (1987): 90-95. | Beasom Exhibit 17 | Beasom/ Gwozdz | 802 |
| 138 | 4/1/1996 | Datasheet: SGS-Thomson TEA2262 | FCS030307l-FCS0303079 | Horowitz | |
| 167 | 5/11/1993 | Letter from Thomas E. Schatzel to Alys Hay (May 11, 1993) | PIF57346 - PIF57348 | Gwozdz/ Eklund | |
| 192 | 9/8/1992 | Eklund - U.S. Patent No. 5,146,298 | PIF56893 - PIF56904 | Gwozdz/ Eklund | |
| 325 | 3/30/2006 | 5/18/2006 Supplemental Fairchild and Intersil License Agreement | I-000704 - I-000709 | Conrad | not produced |
| 326 | 3/30/2006 | Redacted Fairchild and Intersil License Agreement | | Conrad | 106 |
| 353 | 3/28/1990 | Design Schematic: PS03 (Mar. 28, 1990) | PIF129301-PIF129321 | Horowitz | |
| 472 | 8/16/1991 | Eklund - U.S. Patent No. 5,146,298 Application, Serial No. 07/747,657 | FCS1685956-1685993 | Gwozdz/ Eklund | 106; 402; 403; 802; |
| 494 | | Semiconductor wafer | Available for inspection | Beasom/ Gwozdz | Need to inspect; untimely |
| 507 | | Databooks | Available for inspection | Horowitz | untimely; multiple documents; 402; 403; 802 |
| 541 | 4/18/1989 | Beasom - U.S. Patent No. 4,823,173 (Beasom Exhibit 3) | FCS0525249-FCS0525256 | Beasom/Gwozdz | |
| 542 | 5/24/1991 | Beasom - U.S. Patent No. 5,264,719 File History, Serial No. 07/705,509 | FCS1688900-FCS1689178 | Beasom/Gwozdz | |
| 543 | 8/8/1979 | Beasom Engineering Notebook - Reproduced Pages | I-000415 - I-000420 | Beasom/ Gwozdz/ Prentice/ Moore | |
| 544 | 8/15/1985 | Beasom Test Chips | Available for inspection | Beasom/Gwozdz | |
| 545 | 6/1985 | Beasom Test Chips Notes, Run Cards and Test Data | I-000421 - I-000464 | Beasom/Gwozdz | |
| 546 | | Beasom Test Wafers | Available for inspection | Beasom/Gwozdz | |
| 547 | | Beasom Test Wafer Bond Diagram | I-000411 | Beasom/Gwozdz | |
| 548 | | Beasom Test Wafer Magnified Photograph | I-000465 - I-000467 | Beasom/Gwozdz | |
| 549 | 12/9/1986 | Thomas - U.S. Patent No. 4,628,341 | FCS0000533-FCS0000542 | Gwozdz | |

Power Integrations, Inc. v. Fairchild Semiconductor, Inc.  Exhibit 7:  November 27, 2006
Case No. 04-1371  Fairchild's Trial Exhibit List

| DX | DATE | DESCRIPTION | BATES RANGE DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS OBJECTIONS |
|---|---|---|---|---|---|
| 550 | 4/18/1989 | Beasom - U.S. Patent No. 4,823,173 - with annotations | MS00921-MS00928 | Shields | |
| 551 | 4/18/1989 | Beasom - U.S. Patent No. 4,823,173 - with annotations | MS00929-MS00936 | Shields | |
| 552 | 12/19/2005 | Klas Eklund Questions | MS01664 | Shields | |
| 555 | | Beasom, J.D. "High Voltage Dielectric Isolation SCR Integrated Circuit Process." | Beasom Exhibit 13 | Beasom | |
| 556 | | Beasom, J.D. and R.W. Randlett. "Properties of Dielectrically Isolated Integrated Circuits." | Beasom Exhibit 14 | Beasom | |
| 557 | 1983 | Beasom, J.D. "A High Performance High Voltage Lateral PNP Structure." IEEE 1983. | Beasom Exhibit 15 | Beasom | |
| 558 | 12/3/1984 | Beasom Patent Disclosure | FCS1691462-FCS1691468 | Beasom | |
| 559 | 5/11/1993 | Complaint and associated documents (Eklund Exhibit 6) | PIF57257-PIF57298 | Gwozdz | |
| 600 | 1983 | Hower, P.L., T.M.S. Heng and C. Huang. Optimum Design of Power MOSFETs. IEDM 83. | Eklund Exhibit 3 | Eklund | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2006, the attached **DEFENDANTS' EXHIBIT LIST FOR THE VALIDITY AND INEQUITABLE CONDUCT TRIALS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801 | HAND DELIVERY |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | VIA ELECTRONIC MAIL |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | VIA ELECTRONIC MAIL |

/s/ Steven J. Balick

Steven J. Balick