IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' AMENDED EXHIBIT LIST FOR THE
VALIDITY AND INEQUITABLE CONDUCT TRIALS**

Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation filed their Exhibit List for the Validity and Inequitable Conduct Trials (D.I. 439) on the evening of November 27, 2006. Subsequently defendants discovered that one exhibit was inadvertently omitted from the list. An amended list including the omitted exhibit is attached.

ASHBY & GEDDES

/s/ Lauren E. Maguire
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-gedde.scom

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: November 28, 2006
175530.1

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*
Case No. 04-1371

Amended Exhibit 7:
Fairchild's
Trial Exhibit List

*November 28, 2006*

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS' OBJECTIONS |
|---|---|---|---|---|---|
| 1 | 1993 | Wang, Andrew C. and Seth R. Sanders. "Programmed Pulse-width Modulated Waveforms for Electromagnetic Interference Mitigation in DC-DC Converters." *IEEE Transactions on Power Electronics* 8.4 (1993): 596-605. | FCS0000516-FCS0000525 FCS0524402-FCS0524411 FCS0525273-FCS0525282 FCS1691857-FCS1691880 | Horowitz | Combines multiple documents |
| 10 | 7/1991 | Habetler, Thomas G. and Deepakraj Divan. "Acoustic Noise Reduction in Sinusoidal PWM Drives Using a Randomly Modulated Carrier." *IEEE Transactions on Power Electronics* 6.3 (Jul. 1991): 356-63. | FCS0000508-FCS0000515 FCS0528052-FCS0528060 FCS0525283-FCS0525290 FCS1692016-FCS1692043 | Horowitz | Combines multiple documents |
| 17 | 3/22/1990 | Goodenough, Frank. "Off-Line PWM Switching Regulator IC Handles 3W"." *Electronic Design* 38.6 (Mar. 22, 1990): 35-39. | FCS0525776-FCS0525779 FCS0528084-FCS0528089 FCS1692104-FCS1692120 | Horowitz | Combines different documents |
| 33 | 1981 | Horowitz, Paul and Ian Robinson, "Lab 17. Analog-Digital Conversion." *Laboratory Manual for The Art of Electronics.* Cambridge: Cambridge UP, 1981. 17-1 - 17-4. | FCS0527486-FCS0527490 FCS1686642-FCS1686646 FCS1692374-FCS1692392 | Horowitz | Combines multiple documents; 802 |
| 35 | 4/1996 | Datasheet: SGS-Thomson TEA2262 (May 1992, Apr. 1996) | FCS0001315-FCS0001323 FCS1686647-FCS1686655 | Horowitz | |
| 50 | 6/1992 | Datasheet: SGS-Thomson TEA2260/TEA2261 (Jun. 1992) | FCS1687336-FCS1687344 | Horowitz | 402/403; production range incorrect |
| 51 | 1994 | Application Note: AN 376 SGS-Thomson TEA2260/TEA2261 (1994) | FCS1687345-FCS1687378 | Horowitz | 402/403; production range incorrect |
| 52 | | Sze, S. *Physics of Semiconductor Devices.* Singapore: John Wiley & Sons (Asia). | FCS0000543-FCS0000558 FCS1692579-FCS1692618 | Gwozdz/ Eklund/ Shields | Combines multiple documents |
| 55 | 12/6/1983 | Wakaumi, H. "A Highly Reliable 16 Output High Voltage NMOS/CMOS Logic IC with Shielded Source Structure." *International Electron Devices Meeting Technical Digest* (Dec. 6, 1983): 416-19. | FCS1689187-FCS1689192 FCS1692641-FCS1692664 | Gwozdz/ Eklund/ Shields | Combines multiple documents |
| 56 | 1982 | Ludikhuize, A. "High-Voltage DMOS and PMOS in Analog IC's." *International Electron Devices Meeting Technical Digest* (1982): 81-84. | FCS1689193-FCS1689196 FCS1692665-FCS1692686 | Gwozdz/ Eklund/ Shields | Combines multiple documents |
| 58 | 1986 | Wacyk, Ihor, Michael Amato and Vladimir Rumennick. "A Power IC with CMOS Analog Control." *IEEE International Solid-State Circuits Conference Digest of Technical Papers* (1986): 16-17. | FCS1689202-FCS1689203 FCS1692687-FCS1692698 | Gwozdz/ Eklund/ Shields | 402; Combines multiple documents |
| 59 | 1982 | Sun, Shi- Chung. "Physics and Technology of Power MOSFETs." Stanford University Ph.D. Dissertation, Feb. 1982. | FCS1689204-FCS1689436 FCS1692699-FCS1692935 | Gwozdz | 402; Combines multiple documents |
| 66 | 4/18/1989 | Beasom - U.S. Patent No 4,823,173 File History, Serial No.06/831,384 | FCS1688778-FCS1688899 | Beasom/Gwozdz | |
| 67 | 11/23/1993 | Beasom - U.S. Patent No. 5,264,719 (Beasom Exhibit 4) | FCS0525257-FCS0525272 | Beasom/Gwozdz | 106 |
| 68 | 1989 | Horowitz, Paul and Winfield Hill. *The Art of Electronics.* Cambridge: Cambridge UP, 1989. 621-26. | FCS0527450-FCS0527452 FCS1692936-FCS1692951 Full book available for inspection | Horowitz | |
| 69 | 2/27/1992 | Keller, Richard. "Off-line Power Integrated Circuit for International Rated 60 Watt Power Supplies." *Seventh Annual Applied Power Electronics Conference and Exposition Proceedings* (Feb. 27, 1992): 505-512. | FCS0527805-FCS0527814 FCS0524577-FCS0524584 FCS1692993-FCS1693018 | Horowitz | Combines multiple documents |
| 70 | 2/1992 | Datasheet: PWR-SMP240 (Feb. 1992) | FCS1685819-FCS1685831 | Horowitz/ Balakrishnan | |

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*
*Case No. 04-1371*

*Amended Exhibit 7:*
*Fairchild's*
*Trial Exhibit List*

*November 28, 2006*

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS' OBJECTIONS |
|---|---|---|---|---|---|
| 71 | 3/1992 | Application Note: AN-1 Function and Application of the PWR-SMP240/260 (Mar. 1992) | PIF131267-PIF131282 | Horowitz/ Balakrishnan | |
| 72 | 3/1992 | Design Aid: DA-5 Charging Batteries with the PWR-SMP260 (Mar. 1992) | PIF131293-PIF131299 | Horowitz/ Balakrishnan | |
| 73 | 3/1992 | Datasheet: PWR-EVAL8: PWR-SMP240 Evaluation Board (Mar. 1992) | PIF131229-PIF131246 | Horowitz/ Balakrishnan | |
| 74 | 2/1992 | Datasheet: PWR-SMP260 Preliminary (Feb. 1992) | FCS1685806-FSC1685818 | Horowitz/ Balakrishnan | |
| 76 | 1/1996 | Datasheet: SMP211 (Jan. 1996) | FCS1685478-FCS1685496 FCS1686663-FCS1686681 | Horowitz/ Balakrishnan | |
| 77 | 7/1991 | Datasheet: PWR-SMP3 (Jul. 1991) | FCS1687321-FCS1687330 | Horowitz/ Balakrishnan | |
| 78 | 7/1991 | Application Note: AN-6 Designing Power Supplies with PWR-SMP3 (Jul. 1991) | PIF131247-PIF131266 | Horowitz/ Balakrishnan | |
| 79 | 3/1992 | Datasheet: PWR-EVAL1: PWR-SMP3 Evaluation Board (Mar. 1992) | PIF131195-PIF131210 | Horowitz/ Balakrishnan | |
| 80 | 3/1992 | Datasheet: PWR-EVAL7: PWR-SMP260 Evaluation Board (Mar. 1992) | PIF131211-PIF131228 | Horowitz/ Balakrishnan | |
| 83 | 1/20/1987 | Martin, Jr. et al - U.S. Patent no. 4,638,417 | FCS0525445-FCS0525448 | Horowitz | |
| 86 | 7/12/1991 | Design Specification Revision: PWR-SMP260 Revision 2 (Jul. 12, 1991) | PIF129975-PIF130008 | Horowitz/ Balakrishnan | Combines multiple documents |
| 89 | 12/2/1986 | U.S. Patent 4,626,879, Colak | FCS0000526-FCS0000532 FCS0526662-FCS0526668 | Gwozdz/ Eklund/ Shields | |
| 90 | 1990 | Design Schematic: PS07 (1990 - 1991) | PIF129750-PIF129777 | Horowitz/ Balakrishnan | |
| 91 | 3/28/1990 | Design Schematic: PS03 (Mar. 28, 1990) | PIF129301-PIF129321 | Horowitz/ Balakrishnan | |
| 99 | 6/19/2001 | Balakrishnan et al - U.S. Patent 6,249,876 | FCS0000001-FCS0000013 | Horowitz/ Balakrishnan | |
| 100 | 11/16/1998 | Balakrishnan et al - U.S. Patent 6,248,876 File History, Serial No. 09/192,959 | FCS0000015-FCS0000114 | Horowitz | |
| 101 | 3/7/1989 | Eklund - U.S. Patent No. 4,811,075 (Beasom Exhibit 5) | FCS0000115-FCS0000120 | Gwozdz/ Beasom | |
| 102 | 4/24/1987 | Eklund et al - U.S. Patent No. 4,811,075 File History, Serial No.07/041,994 | FCS0000122-FCS0000206 | Gwozdz Beasom | |
| 103 | 5/8/2001 | Balakrishnan et al - U.S. Patent 6,229,366 | FCS0000207-FCS0000224 | Horowitz/ Balakrishnan | |
| 104 | 5/16/2000 | Balakrishnan et al - U.S. Patent No. 6,229,366 File History, Serial No. 09/573,081 | FCS0000226-FCS0000316 | Horowitz/ Balakrishnan | |
| 105 | 8/22/2000 | Balakrishnan et al - U.S. Patent 6,107,851 | FCS0000317-FCS0000334 | Horowitz/ Balakrishnan | |

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*
*Case No. 04-1371*

*Amended Exhibit 7:*
*Fairchild's*
*Trial Exhibit List*

*November 28, 2006*

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS' OBJECTIONS |
|---|---|---|---|---|---|
| 106 | 5/18/1998 | Balakrishnan et al - U.S. Patent No. 6,107,851 File History, Serial No. 09/080,774 | FCS0000336-FCS0000477 | Horowitz/ Balakrishnan | |
| 110 | | T. Lucy, *Spread Spectrum Clocks Reduced EMI*, with handwritten notes to Balu Balakrishnan | PIF17419 | Horowitz/ Balakrishnan | 402; 403; 901 |
| 112 | 8/19/1998 | Invention Disclosure Form | PIF63306-PIF63313 | Horowitz/ Balakrishnan | |
| 113 | 4/1998 | Invention Disclosure Form signed by Balu Balakrishnan, Alex Djenguerian, Lief Lund | PIF63314-PIF63324 | Horowitz/ Balakrishnan | |
| 114 | 3/28/1990 | Design Schematic: PS03 (Mar. 28, 1990) with Project Index | PIF129325-PIF129346 | Horowitz/ Balakrishnan | |
| 115 | | Design Schematic: SMP1A –NPSC02A1 | PIF129387 | Horowitz/ Balakrishnan | |
| 116 | 3/27/1990 | Design Schematic: SMP1A (Mar. 27, 1990) with Project Index | PIF129389-PIF129410 | Horowitz/ Balakrishnan | |
| 117 | 11/30/1989 | Design Schematic: SMP1A (Nov. 30, 1989) | PIF129412-PIF129414 | Horowitz/ Balakrishnan | |
| 118 | 5/8/1990 | Proposed SMP Family Part Numbering System | PIF129449-PIF129451 | Horowitz/ Balakrishnan | |
| 119 | | Design Schematic: PS10, PS11, PS12 (sheets 1 –30) | PIF129454-PIF129484 | Horowitz/ Balakrishnan | |
| 120 | 8/14/1992 | SMP12/220 Task List with Annotations (Aug. 14, 1992) | PIF129499-PIF129504 | Horowitz/ Balakrishnan | Combines multiple documents |
| 121 | 2/1992 | Datasheet: PWR-SMP212 - Preliminary (Feb. 1992) | PIF129690-PIF129705 | Horowitz/ Balakrishnan | |
| 122 | 2/1992 | Datasheet: PWR-SMP260 - Preliminary (Feb. 1992) | PIF129879-PIF129894 | Horowitz/ Balakrishnan | |
| 123 | 2/1992 | Datasheet: PWR-SMP240 - Preliminary (Feb. 1992) | PIF129895-PIF129910 | Horowitz/ Balakrishnan | |
| 124 | 11/1991 | Datasheet: PWR-SMP260 - Preliminary with Annotations (Nov. 1991) | PIF129911-PIF129918 | Horowitz/ Balakrishnan | |
| 125 | 8/1991 | Datasheet: PWR-SMP260 - Draft Preliminary with Annotations (Aug. 1991) | PIF129919-PIF129929 | Horowitz/ Balakrishnan | |
| 126 | 11/1991 | Datasheet: PWR-SMP240 (Nov. 1991) | PIF129930-PIF129937 | Horowitz/ Balakrishnan | |
| 128 | 4/20/1984 | Notes (Beasom Exhibit 7) | I-000230 - I-000234 | Beasom/ Gwozdz/ Prentice/ Moore | |

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*
*Case No. 04-1371*

*Amended Exhibit 7:*
*Fairchild's*
*Trial Exhibit List*

*November 28, 2006*

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS' OBJECTIONS |
|---|---|---|---|---|---|
| 129 | 3/1984 | Notes (Beasom Exhibit 6) | I-000235 - I-000260 | Beasom/ Gwozdz/ Prentice/ Moore | |
| 130 | 8/8/1979 | Beasom Engineering Notebook | Beasom Exhibit 8 | Beasom/ Gwozdz/ Prentice/ Moore | 802 |
| 131 | 7/18/1985 | Notes | Beasom Exhibit 9 | Beasom/ Gwozdz/ Prentice/ Moore | 802 |
| 132 | | Test Chips Notes, Run Cards and Test Data | Beasom Exhibit 10 | Beasom/ Gwozdz | 802 |
| 133 | 5/13/1986 | Pospisil, R.S., S.R. Jost and J.D. Beasom. "A 500V Dielectric Isolation Process for Very High Voltage Integrated Circuits." Electro/86 and Mini/Micro Northeast-86 Conference Record (Jun. 1986): 1-7. | Beasom Exhibit 16 | Beasom/ Gwozdz | 802 |
| 134 | 1987 | Beasom, J.D. "A 200V DI Process Which Provides IGT's, SCR's High Speed Complimentary Low Voltage Bipolars, CMOS and Bipolar Logic Options." Proceedings of the Symposium of High Voltage and Smart Power Devices (1987): 90-95. | Beasom Exhibit 17 | Beasom/ Gwozdz | 802 |
| 138 | 4/1/1996 | Datasheet: SGS-Thomson TEA2262 | FCS0303071-FCS0303079 | Horowitz | |
| 167 | 5/11/1993 | Letter from Thomas E. Schatzel to Alys Hay (May 11, 1993) | PIF57346 - PIF57348 | Gwozdz/ Eklund | |
| 192 | 9/8/1992 | Eklund - U.S. Patent No. 5,146,298 | PIF56893 - PIF56904 | Gwozdz/ Eklund | |
| 193 | 8/11/1981 | U.S. Patent No. 4,283,236, Sirsi | | Gwozdz/ Beasom | 402; not produced |
| 325 | 3/30/2006 | 5/18/2006 Supplemental Fairchild and Intersil License Agreement | I-000704 - I-000709 | Conrad | 106 |
| 326 | 3/30/2006 | Redacted Fairchild and Intersil License Agreement | | Conrad | |
| 353 | 3/28/1990 | Design Schematic: PS03 (Mar. 28, 1990) | PIF129301-PIF129321 | Horowitz | 106; 402; 403; 802; |
| 472 | 8/16/1991 | Eklund - U.S. Patent No. 5,146,298 Application, Serial No. 07/747,657 | FCS1685956-1685993 | Gwozdz/ Eklund | Need to inspect; untimely |
| 494 | | Semiconductor wafer | Available for inspection | Beasom/ Gwozdz | untimely; multiple documents; 402; 403; 802 |
| 507 | | Databooks | Available for inspection | Horowitz | |
| 541 | 4/18/1989 | Beasom - U.S. Patent No. 4,823,173 (Beasom Exhibit 3) | FCS052249-FCS0525256 | Beasom/Gwozdz | |
| 542 | 5/24/1991 | Beasom - U.S. Patent No. 5,264,719 File History, Serial No. 07/705,509 | FCS1688900-FCS1689178 | Beasom/Gwozdz | |
| 543 | 8/8/1979 | Beasom Engineering Notebook - Reproduced Pages | I-000415 - I-000420 | Beasom/ Gwozdz/ Prentice/ Moore | |
| 544 | 8/15/1985 | Beasom Test Chips | Available for inspection | Beasom/Gwozdz | |
| 545 | 6/1985 | Beasom Test Chips Notes, Run Cards and Test Data | I-000421 - I-000464 | Beasom/Gwozdz | |
| 546 | | Beasom Test Wafers | Available for inspection | Beasom/Gwozdz | |

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*
Case No. 04-1371

*Amended Exhibit 7:*
*Fairchild's*
*Trial Exhibit List*

*November 28, 2006*

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS' OBJECTIONS |
|---|---|---|---|---|---|
| 547 | | Beasom Test Wafer Bond Diagram | I-000411 | Beasom/Gwozdz | |
| 548 | | Beasom Test Wafer Magnified Photograph | I-000465 - I-000467 | Beasom/Gwozdz | |
| 549 | 12/9/1986 | Thomas - U.S. Patent No. 4,628,341 | FCS0000533-FCS0000542 | Gwozdz | |
| 550 | 4/18/1989 | Beasom - U.S. Patent No. 4,823,173 - with annotations | MS00921-MS00928 | Shields | |
| 551 | 4/18/1989 | Beasom - U.S. Patent No. 4,823,173 - with annotations | MS00929-MS00936 | Shields | |
| 552 | 12/19/2005 | Klas Eklund Questions | MS01664 | Shields | |
| 555 | | Beasom, J.D. "High Voltage Dielectric Isolation SCR Integrated Circuit Process." | Beasom Exhibit 13 | Beasom | |
| 556 | | Beasom, J.D. and R.W. Randlett. "Properties of Dielectrically Isolated Integrated Circuits." | Beasom Exhibit 14 | Beasom | |
| 557 | 1983 | Beasom, J.D. "A High Performance High Voltage Lateral PNP Structure." IEEE 1983. | Beasom Exhibit 15 | Beasom | |
| 558 | 12/3/1984 | Beasom Patent Disclosure | FCS1691462-FCS1691468 | Beasom | |
| 559 | 5/11/1993 | Complaint and associated documents (Eklund Exhibit 6) | PIF57257-PIF57298 | Gwozdz | |
| 600 | 1983 | Hower, P.L., T.M.S. Heng and C. Huang. "Optimum Design of Power MOSFETs." IEDM 1983. | Eklund Exhibit 3 | Eklund | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2006, the attached **DEFENDANTS' AMENDED EXHIBIT LIST FOR THE VALIDITY AND INEQUITABLE CONDUCT TRIALS** was served upon the below-named counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire      HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Frank E. Scherkenbach, Esquire      VIA ELECTRONIC MAIL
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack, Esquire      VIA ELECTRONIC MAIL
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire