IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br>            Plaintiff, <br><br>   v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, <br>            Defendants. | C.A. No. 04-1371 (JJF) <br><br><br><br> **REDACTED** |

**DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF FAIRCHILD'S OPPOSITION TO PLAINTIFF'S CROSS-MOTION RE FAIRCHILD'S PRIOR ART DOCUMENTS AND CONTENTIONS AT TRIAL**

I, Gabriel M. Ramsey, the undersigned, declare as follows:

1.      I am an attorney with the firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. (collectively, "Fairchild"). I am admitted to the Bar of the State of California. I make this declaration in support of Fairchild's Opposition To Plaintiff's Cross-Motion Re: Fairchild's Prior Art Documents And Contentions At Trial. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Trial Exhibit DX035.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Court's October 2, 2006 Trial Transcript.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Dr. Paul Horowitz's November 30, 2005 Invalidity Report.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Fairchild's June 30, 2005 Supplemental Responses to Power Integrations' First Set of Interrogatories.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts of Dr. Paul Horowitz's deposition testimony.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Dr. Paul Horowitz's January 10, 2006 Rebuttal Expert Report on Non-Infringement.

8.      Attached hereto as Exhibit 7 is a true and correct copy of Dr. Peter Gwozdz's December 1, 2005 Expert Report.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Dr. Peter Gwozdz's February 23, 2006 Supplemental Expert Report.

10.     Attached hereto as Exhibit 9 is a true and correct copy of U.S. Pat. No. 4,823,173.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Defendants' Trial Exhibit DX66.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Defendants' Trial Exhibit DX128.

13.     Attached hereto as Exhibit 12 is a true and correct copy of Defendants' Trial Exhibit DX129.

14.     Attached hereto as Exhibit 13 is a true and correct copy of Defendants' Trial Exhibit DX130.

15.     Attached hereto as Exhibit 14 is a true and correct copy of Defendants' Trial Exhibit DX131.

16.     Attached hereto as Exhibit 15 is a true and correct copy of Defendants' Trial Exhibit DX132.

17.     Attached hereto as Exhibit 16 is a true and correct copy of Defendants' Trial Exhibit DX542.

18.     Attached hereto as Exhibit 17 is a true and correct copy of Defendants' Trial Exhibit DX543.

19.     Attached hereto as Exhibit 18 is a true and correct copy of James Beasom's deposition testimony.

20.     Attached hereto as Exhibit 19 is a true and correct copy of Fairchild's September 13, 2005 Subpoena to James Beasom.

21.     Attached hereto as Exhibit 20 is a true and correct copy of Defendants' Trial Exhibit DX548.

22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts of Dr. Peter Gwozdz's deposition testimony.

23.     Attached hereto as Exhibit 22 is a picture of Defendants' Trial Exhibit DX544.

24.     Attached hereto as Exhibit 23 is a true and correct copy of Defendants' Trial Exhibit DX545.

25.     Attached hereto as Exhibit 24 is a picture of Defendants' Trial Exhibit DX546.

26.     Attached hereto as Exhibit 25 is a true and correct copy of Defendants' Trial Exhibit DX547.

27.     Attached hereto as Exhibit 26 is a true and correct copy of Fairchild's First Amended Answer and Counterclaims.

I declare the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed on November 17, 2006 in Menlo Park, California.

Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE LLP

OHS West:260127251.2

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2006, the attached **REDACTED PUBLIC VERSION OF DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF FAIRCHILD'S OPPOSITION TO PLAINTIFF'S CROSS-MOTION RE FAIRCHILD'S PRIOR ART DOCUMENTS AND CONTENTIONS AT TRIAL** was served upon the below-named counsel of record at the address and in the manner indicated:


William J. Marsden, Jr., Esquire                            HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Frank E. Scherkenbach, Esquire                          VIA FEDERAL EXPRESS
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack, Esquire                               VIA FEDERAL EXPRESS
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063


*/s/ Lauren E. Maguire*

_____

Lauren E. Maguire