# EXHIBIT 11

# REDACTED

# EXHIBIT 12

# REDACTED

# EXHIBIT 13

Case 1:04-cv-01371-JJF     Document 442-3     Filed 11/28/2006     Page 5 of 10

# REDACTED

# EXHIBIT 14

# REDACTED

# EXHIBIT 15

**REDACTED**