**TOP221-227**



Figure 6. Typical Waveforms for (1) Normal Operation, (2) Auto-restart, and (3) Power Down Reset.

compensated to minimize variation of the effective peak current limit due to temperature related changes in output MOSFET $R_{DS(ON)}$.

The leading edge blanking circuit inhibits the current limit comparator for a short time after the output MOSFET is turned on. The leading edge blanking time has been set so that current spikes caused by primary-side capacitances and secondary-side rectifier reverse recovery time will not cause premature termination of the switching pulse.

The current limit can be lower for a short period after the leading edge blanking time as shown in Figure 12. This is due to dynamic characteristics of the MOSFET. To avoid triggering the current limit in normal operation, the drain current waveform should stay within the envelope shown.

**Shutdown/Auto-restart**

To minimize *TOPSwitch* power dissipation, the shutdown/auto-restart circuit turns the power supply on and off at an auto-restart duty cycle of typically 5% if an out of regulation condition persists. Loss of regulation interrupts the external current into the CONTROL pin. $V_C$ regulation changes from shunt mode to the hysteretic auto-restart mode described above. When the fault condition is removed, the power supply output

becomes regulated, $V_C$ regulation returns to shunt mode, and normal operation of the power supply resumes.

**Overtemperature Protection**

Temperature protection is provided by a precision analog circuit that turns the output MOSFET off when the junction temperature exceeds the thermal shutdown temperature (typically 135 °C). Activating the power-up reset circuit by removing and restoring input power or momentarily pulling the CONTROL pin below the power-up reset threshold resets the latch and allows *TOPSwitch* to resume normal power supply operation. $V_C$ is regulated in hysteretic mode and a 4.7 V to 5.7 V (typical) sawtooth waveform is present on the CONTROL pin when the power supply is latched off.

**High-voltage Bias Current Source**

This current source biases *TOPSwitch* from the DRAIN pin and charges the CONTROL pin external capacitance ($C_T$) during start-up or hysteretic operation. Hysteretic operation occurs during auto-restart and overtemperature latched shutdown. The current source is switched on and off with an effective duty cycle of approximately 35%. This duty cycle is determined by the ratio of CONTROL pin charge ($I_C$) and discharge currents ($I_{CD1}$ and $I_{CD2}$). This current source is turned off during normal operation when the output MOSFET is switching.

FCS0527397

**TOP221-227**



*Figure 7.  Schematic Diagram of a 4 W TOPSwitch-II Standby Power Supply using an 8 lead PDIP.*

## Application Examples

Following are just two of the many possible *TOPSwitch* implementations.  Refer to the Data Book and Design Guide for additional examples.

**4 W Standby Supply using 8 Lead PDIP**

Figure 7 shows a 4 W standby supply.  This supply is used in appliances where certain standby functions (e.g. real time clock, remote control port) must be kept active even while the main power supply is turned off.

The 5 V secondary is used to supply the standby function and the 12 V non-isolated output is used to supply power for the PWM controller of the main power supply and other primary side functions.

For this application the input rectifiers and input filter are sized for the main supply and are not shown.  The input DC rail may vary from 100 V to 380 V DC which corresponds to the full universal AC input range. The TOP221 is packaged in an 8 pin power DIP package.

The output voltage (5 V) is directly sensed by the Zener diode (VR1) and the optocoupler (U2). The output voltage is determined by the sum of the Zener voltage and the voltage drop across the LED of the optocoupler (the voltage drop across R1 is negligible). The output transistor of the optocoupler drives the CONTROL pin of the TOP221. C5 bypasses the CONTROL pin and provides control loop compensation and sets the auto-restart frequency.

The transformer's leakage inductance voltage spikes are snubbed by R3 and C1 through diode D1. The bias winding is rectified and filtered by D3 and C4 providing a non-isolated 12 V output which is also used to bias the collector of the optocoupler's output transistor. The isolated 5 V output winding is rectified by D2 and filtered by C2, L1 and C3.

FCS0527398

**TOP221-227**



*Figure 8. Schematic Diagram of a 20 W Universal Input TOPSwitch-II Power Supply using an 8 lead PDIP.*

## 20 W Universal Supply using 8 Lead PDIP

Figure 8 shows a 12 V, 20 W secondary regulated flyback power supply using the TOP224P in an eight lead PDIP package and operating from universal 85 to 265 VAC input voltage. This example demonstrates the advantage of the higher power 8 pin leadframe used with the *TOPSwitch-II* family. This low cost package transfers heat directly to the board through six source pins, eliminating the heatsink and the associated cost. Efficiency is typically 80% at low line input. Output voltage is directly sensed by optocoupler U2 and Zener diode VR2. The output voltage is determined by the Zener diode (VR2) voltage and the voltage drops across the optocoupler (U2) LED and resistor R1. Other output voltages are possible by adjusting the transformer turns ratio and value of Zener diode VR2.

AC power is rectified and filtered by BR1 and C1 to create the high voltage DC bus applied to the primary winding of T1. The other side of the transformer primary is driven by the integrated *TOPSwitch-II* high-voltage MOSFET. D1 and VR1 clamp leading-edge voltage spikes caused by transformer leakage inductance. The power secondary winding is rectified and filtered by D2, C2, L1, and C3 to create the 12 V output voltage. R2 and VR2 provide a slight pre-load on the 12 V output to improve load regulation at light loads. The bias winding is rectified and filtered by D3 and C4 to create a *TOPSwitch* bias voltage. L2 and Y1-safety capacitor C7 attenuate common mode emission currents caused by high voltage switching waveforms on the DRAIN side of the primary winding and the primary to secondary capacitance. Leakage inductance of L2 with C1 and C6 attenuates differential-mode emission currents caused by the fundamental and harmonics of the trapezoidal or triangular primary current waveform. C5 filters internal MOSFET gate drive charge current spikes on the CONTROL pin, determines the auto-restart frequency, and together with R1 and R3, compensates the control loop.

FCS0527399

**TOP221-227**

## Key Application Considerations

### General Guidelines

- Keep the SOURCE pin length very short. Use a Kelvin connection to the SOURCE pin for the CONTROL pin bypass capacitor. Use single point grounding techniques at the SOURCE pin as shown in Figure 9.

- Minimize peak voltage and ringing on the DRAIN voltage at turn-off. Use a Zener or TVS Zener diode to clamp the drain voltage below the breakdown voltage rating of *TOPSwitch* under all conditions, including start-up and overload. The maximum recommended clamp Zener voltage for the TOP2XX series is 200 V and the corresponding maximum reflected output voltage on the primary is 135 V. Please see Step 4: AN-16 in the 1996-97 Data Book and Design Guide or on our Web site.

- The transformer should be designed such that the rate of change of drain current due to transformer saturation is within the absolute maximum specification ($\Delta I_D$ in 100 ns before turn off as shown in Figure 13). As a guideline, for most common transformer cores, this can be achieved by maintaining the Peak Flux Density (at maximum $I_{LIMIT}$ current) below 4200 Gauss (420 mT). The transformer spreadsheets Rev. 2.1 (or later) for continuous and Rev.1.0 (or later) for discontinuous conduction mode provide the necessary information.

- Do not plug *TOPSwitch* into a "hot" IC socket during test. External CONTROL pin capacitance may be charged to excessive voltage and cause *TOPSwitch* damage.

- While performing *TOPSwitch* device tests, do not exceed maximum CONTROL pin voltage of 9 V or maximum CONTROL pin current of 100 mA.

- Under some conditions, externally provided bias or supply current driven into the CONTROL pin can hold the *TOPSwitch* in one of the 8 auto-restart cycles indefinitely and prevent starting. To avoid this problem when doing bench evaluations, it is recommended that the $V_C$ power supply be turned on before the DRAIN voltage is applied. *TOPSwitch* can also be reset by shorting the CONTROL pin to the SOURCE pin momentarily.

- CONTROL pin currents during auto-restart operation are much lower at low input voltages (< 36 V) which increases the auto-restart cycle time (see the $I_C$ vs. DRAIN Voltage Characteristic curve).

- Short interruptions of AC power may cause *TOPSwitch* to enter the 8-count auto-restart cycle before starting again. This is because the input energy storage capacitors are not completely discharged and the CONTROL pin capacitance has not discharged below the internal power-up reset voltage.

- In some cases, minimum loading may be necessary to keep a lightly loaded or unloaded output voltage within the desired range due to the minimum ON-time.

### Replacing *TOPSwitch* with *TOPSwitch-II*

There is no external latching shutdown function in *TOPSwitch-II*. Otherwise, the functionality of the *TOPSwitch-II* devices is same as that of the *TOPSwitch* family. However, **before considering *TOPSwitch-II* as a 'drop in' replacement in an existing *TOPSwitch* design, the design should be verified as described below.**

The new *TOPSwitch-II* family offers more power capability than the original *TOPSwitch* family for the same MOSFET $R_{DS(ON)}$. Therefore, the original *TOPSwitch* design must be reviewed to make sure that the selected *TOPSwitch-II* replacement device and other primary components are not over stressed under abnormal conditions.

The following verification steps are recommended:

- Check the transformer design to make sure that it meets the $\Delta I_D$ specification as outlined in the General Guidelines section above.

- Thermal: Higher power capability of the *TOPSwitch-II* would in many instances allow use of a smaller MOSFET device (higher $R_{DS(ON)}$) for reduced cost. This may affect *TOPSwitch* power dissipation and power supply efficiency. Therefore thermal performance of the power supply must be verified with the selected *TOPSwitch-II* device.

- Clamp Voltage: Reflected and Clamp voltages should be verified not to exceed recommended maximums for the TOP2XX Series: 135 V Reflected/200 V Clamp. Please see Step 4: AN-16 in the Data Book and Design Guide and readme.txt file attached to the transformer design spreadsheets.

- Agency Approval: Migrating to *TOPSwitch-II* may require agency re-approval.



**TOP221-227**



*Figure 9. Recommended TOPSwitch Layout.*

## Design Tools

The following tools available from Power Integrations greatly simplify *TOPSwitch* based power supply design.

- Data Book and Design Guide includes extensive application information

- Excel Spreadsheets for Transformer Design - **Use of this tool is strongly recommended for all *TOPSwitch* designs.**

- Reference design boards – Production viable designs that are assembled and tested.

All data sheets, application literature and up-to-date versions of the Transformer Design Spreadsheets can be downloaded from our Web site at ***www.powerint.com***. A diskette of the Transformer Design Spreadsheets may also be obtained by sending in the completed form provided at the end of this data sheet.

FCS0527401

**TOP221-227**

## ABSOLUTE MAXIMUM RATINGS[1]

DRAIN Voltage ............................................. -0.3 to 700 V
DRAIN Current Increase ($\Delta I_D$) in 100 ns except during
blanking time ............................................ 0.1 x $I_{LIMIT(MAX)}$[2]
CONTROL Voltage ........................................ - 0.3 V to 9 V
CONTROL Current ........................................ 100 mA
Storage Temperature ....................................... -65 to 150 °C

Operating Junction Temperature[3] ................ -40 to 150 °C
Lead Temperature[4] .............................................. 260 °C
Thermal Impedance: Y Package ($\theta_{JA}$)[5] ..................70 °C/W
$\quad\quad\quad\quad\quad\quad\quad\quad$ ($\theta_{JC}$)[6] ....................2 °C/W
$\quad\quad\quad\quad$ P/G Package:
$\quad\quad\quad\quad\quad\quad\quad\quad$ ($\theta_{JA}$) .........45 °C/W[7]; 35 °C/W[8]
$\quad\quad\quad\quad\quad\quad\quad\quad$ ($\theta_{JC}$)[6] ................................11 °C/W

Notes:
1. All voltages referenced to SOURCE, $T_A$ = 25 °C.
2. Related to transformer saturation – see Figure 13.
3. Normally limited by internal circuitry.
4. 1/16" from case for 5 seconds.

5. Free standing with no heatsink.
6. Measured at tab closest to plastic interface or SOURCE pin.
7. Soldered to 0.36 sq. inch (232 mm²), 2 oz. (610 gm/m²) copper clad.
8. Soldered to 1 sq. inch (645 mm²), 2 oz. (610 gm/m²) copper clad.

| Parameter | Symbol | Conditions (Unless Otherwise Specified) See Figure 14 SOURCE = 0 V; $T_J$ = -40 to 125 °C | | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|
| **CONTROL FUNCTIONS** | | | | | | | |
| Output Frequency | $f_{OSC}$ | $I_C$ = 4 mA, $T_J$ = 25 °C | | 90 | 100 | 110 | kHz |
| Maximum Duty Cycle | $D_{MAX}$ | $I_C = I_{CD1}$ + 0.4 mA, See Figure 10 | | 64 | 67 | 70 | % |
| Minimum Duty Cycle | $D_{MIN}$ | $I_C$ = 10 mA, See Figure 10 | | 0.7 | 1.7 | 2.7 | % |
| PWM Gain | | $I_C$ = 4 mA, $T_J$ = 25 °C See Figure 4 | | -21 | -16 | -11 | %/mA |
| PWM Gain Temperature Drift | | See Note A | | | -0.05 | | %/mA/°C |
| External Bias Current | $I_B$ | See Figure 4 | | 0.8 | 2.0 | 3.3 | mA |
| Dynamic Impedance | $Z_C$ | $I_C$ = 4 mA, $T_J$ = 25 °C See Figure 11 | | 10 | 15 | 22 | Ω |
| Dynamic Impedance Temperature Drift | | | | | 0.18 | | %/°C |
| **SHUTDOWN/AUTO-RESTART** | | | | | | | |
| CONTROL Pin Charging Current | $I_C$ | $T_J$ = 25 °C | $V_C$ = 0 V | -2.4 | -1.9 | -1.2 | mA |
| | | | $V_C$ = 5 V | -2 | -1.5 | -0.8 | |
| Charging Current Temperature Drift | | See Note A | | | 0.4 | | %/°C |

D
7/01



FCS0527402

| Parameter | Symbol | Conditions<br>(Unless Otherwise Specified)<br>See Figure 14<br>SOURCE = 0 V; $T_J$ = -40 to 125 °C | | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|
| **SHUTDOWN/AUTO-RESTART (cont.)** | | | | | | | |
| Auto-restart Threshold Voltage | $V_{C(AR)}$ | S1 open | | | 5.7 | | V |
| UV Lockout Threshold Voltage | | S1 open | | 4.4 | 4.7 | 5.0 | V |
| Auto-restart Hysteresis Voltage | | S1 open | | 0.6 | 1.0 | | V |
| Auto-restart Duty Cycle | | S1 open | TOP221-222 | 2 | 5 | 9 | % |
| | | | TOP223-227 | 2 | 5 | 8 | |
| Auto-restart Frequency | | S1 open | | | 1.2 | | Hz |
| **CIRCUIT PROTECTION** | | | | | | | |
| Self-protection Current Limit | $I_{LIMIT}$ | di/dt = 40 mA/µs,<br>$T_J$ = 25 °C | TOP221Y<br>TOP221P or G | 0.23 | 0.25 | 0.28 | A |
| | | di/dt = 80 mA/µs,<br>$T_J$ = 25 °C | TOP222Y<br>TOP222P or G | 0.45 | 0.50 | 0.55 | |
| | | di/dt = 160 mA/µs,<br>$T_J$ = 25 °C | TOP223Y<br>TOP223P or G | 0.90 | 1.00 | 1.10 | |
| | | di/dt = 240 mA/µs,<br>$T_J$ = 25 °C | TOP224Y<br>TOP224P or G | 1.35 | 1.50 | 1.65 | |
| | | di/dt = 320 mA/µs,<br>$T_J$ = 25 °C | TOP225Y | 1.80 | 2.00 | 2.20 | |
| | | di/dt = 400 mA/µs,<br>$T_J$ = 25 °C | TOP226Y | 2.25 | 2.50 | 2.75 | |
| | | di/dt = 480 mA/µs,<br>$T_J$ = 25 °C | TOP227Y | 2.70 | 3.00 | 3.30 | |
| Initial Current Limit | $I_{INIT}$ | See Figure 12<br>$T_J$ = 25 °C | ≤ 85 VAC<br>(Rectified Line Input) | 0.75 x<br>$I_{LIMIT(MIN)}$ | | | A |
| | | | 265 VAC<br>(Rectified Line Input) | 0.6 x<br>$I_{LIMIT(MIN)}$ | | | |
| Leading Edge Blanking Time | $t_{LEB}$ | $I_C$ = 4 mA,<br>$T_J$ = 25 °C | | | 180 | | ns |



FCS0527403

**TOP221-227**

| Parameter | Symbol | Conditions (Unless Otherwise Specified) See Figure 14 SOURCE = 0 V; $T_J$ = -40 to 125 °C | | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|
| **CIRCUIT PROTECTION (cont.)** | | | | | | | |
| Current Limit Delay | $t_{ILD}$ | $I_C$ = 4 mA | | | 100 | | ns |
| Thermal Shutdown Temperature | | $I_C$ = 4 mA | | 125 | 135 | | °C |
| Power-up Reset Threshold Voltage | $V_{C(RESET)}$ | S2 open | | 2.0 | 3.3 | 4.3 | V |
| **OUTPUT** | | | | | | | |
| ON-State Resistance | $R_{DS(ON)}$ | TOP221 $I_D$ = 25 mA | $T_J$ = 25 °C | | 31.2 | 36.0 | Ω |
| | | | $T_J$ = 100 °C | | 51.4 | 60.0 | |
| | | TOP222 $I_D$ = 50 mA | $T_J$ = 25 °C | | 15.6 | 18.0 | |
| | | | $T_J$ = 100 °C | | 25.7 | 30.0 | |
| | | TOP223 $I_D$ = 100 mA | $T_J$ = 25 °C | | 7.8 | 9.0 | |
| | | | $T_J$ = 100 °C | | 12.9 | 15.0 | |
| | | TOP224 $I_D$ = 150 mA | $T_J$ = 25 °C | | 5.2 | 6.0 | |
| | | | $T_J$ = 100 °C | | 8.6 | 10.0 | |
| | | TOP225 $I_D$ = 200 mA | $T_J$ = 25 °C | | 3.9 | 4.5 | |
| | | | $T_J$ = 100 °C | | 6.4 | 7.5 | |
| | | TOP226 $I_D$ = 250 mA | $T_J$ = 25 °C | | 3.1 | 3.6 | |
| | | | $T_J$ = 100 °C | | 5.2 | 6.0 | |
| | | TOP227 $I_D$ = 300 mA | $T_J$ = 25 °C | | 2.6 | 3.0 | |
| | | | $T_J$ = 100 °C | | 4.3 | 5.0 | |
| OFF-State Current | $I_{DSS}$ | See Note B $V_{DS}$ = 560 V, $T_A$ = 125 °C | | | | 250 | μA |
| Breakdown Voltage | $BV_{DSS}$ | See Note B $I_D$ = 100 μA, $T_A$ = 25 °C | | 700 | | | V |
| Rise Time | $t_R$ | Measured in a Typical Flyback Converter Application. | | | 100 | | ns |
| Fall Time | $t_F$ | | | | 50 | | ns |

FCS0527404

**TOP221-227**

| Parameter | Symbol | Conditions (Unless Otherwise Specified) See Figure 14 SOURCE = 0 V; $T_J$ = -40 to 125 °C | | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|
| **OUTPUT (cont.)** | | | | | | | |
| DRAIN Supply Voltage | | See Note C | | 36 | | | V |
| Shunt Regulator Voltage | $V_{C(SHUNT)}$ | $I_C$ = 4 mA | | 5.5 | 5.7 | 6.0 | V |
| Shunt Regulator Temperature Drift | | | | | ±50 | | ppm/°C |
| CONTROL Supply/ Discharge Current | $I_{CD1}$ | Output MOSFET Enabled | TOP221-224 | 0.6 | 1.2 | 1.6 | mA |
| | | | TOP225-227 | 0.7 | 1.4 | 1.8 | |
| | $I_{CD2}$ | Output MOSFET Disabled | | 0.5 | 0.8 | 1.1 | |

**NOTES:**

A. For specifications with negative values, a negative temperature coefficient corresponds to an increase in magnitude with increasing temperature, and a positive temperature coefficient corresponds to a decrease in magnitude with increasing temperature.

B. The breakdown voltage and leakage current measurements can be accomplished as shown in Figure 15 by using the following sequence:

   i. The curve tracer should initially be set at 0 V. The base output should be adjusted through a voltage sequence of 0 V, 6.5 V, 4.3 V, and 6.5 V, as shown. The base current from the curve tracer should not exceed 100 mA. This CONTROL pin sequence interrupts the Auto-restart sequence and locks the *TOPSwitch* internal MOSFET in the OFF State.

   ii. The breakdown and the leakage measurements can now be taken with the curve tracer. The maximum voltage from the curve tracer must be limited to 700 V under all conditions.

C. It is possible to start up and operate *TOPSwitch* at DRAIN voltages well below 36 V. However, the CONTROL pin charging current is reduced, which affects start-up time, auto-restart frequency, and auto-restart duty cycle. Refer to the characteristic graph on CONTROL pin charge current ($I_C$) vs. DRAIN voltage for low voltage operation characteristics.

FCS0527405

**TOP221-227**



*Figure 10. TOPSwitch Duty Cycle Measurement.*



*Figure 11. TOPSwitch CONTROL Pin I-V Characteristic.*



*Figure 12. Self-protection Current Limit Envelope.*



*Figure 13. Example of $\Delta I_D$ on Drain Current Waveform with Saturated Transformer.*

FCS0527406



**NOTES: 1.** This test circuit is not applicable for current limit or output characteristic measurements.
**2.** For P package, short all SOURCE and SOURCE (HV RTN) pins together.

PI-1964-110696

*Figure 14. TOPSwitch General Test Circuit.*



**NOTE:** This CONTROL pin sequence interrupts the Auto-restart sequence and locks the *TOPSwitch* internal MOSFET in the OFF State.

PI-2109-040401

*Figure 15. Breakdown Voltage and Leakage Current Measurement Test Circuit.*

FCS0527407

**TOP221-227**

---

| BENCH TEST PRECAUTIONS FOR EVALUATION OF ELECTRICAL CHARACTERISTICS |
|---|

The following precautions should be followed when testing *TOPSwitch* by itself outside of a power supply. The schematic shown in Figure 14 is suggested for laboratory testing of *TOPSwitch*.

When the DRAIN supply is turned on, the part will be in the Auto-restart mode. The CONTROL pin voltage will be oscillating at a low frequency from 4.7 to 5.7 V and the DRAIN is turned on every eighth cycle of the CONTROL pin oscillation. If the CONTROL pin power supply is turned on while in this Auto-restart mode, there is only a 12.5% chance that the control pin oscillation will be in the correct state (DRAIN active state) so that the continuous DRAIN voltage waveform may be observed. It is recommended that the $V_C$ power supply be turned on first and the DRAIN power supply second if continuous drain voltage waveforms are to be observed. The 12.5% chance of being in the correct state is due to the 8:1 counter. Temporarily shorting the CONTROL pin to the SOURCE pin will reset *TOPSwitch*, which then will come up in the correct state.

## Typical Performance Characteristics

### BREAKDOWN vs. TEMPERATURE



### FREQUENCY vs. TEMPERATURE



### CURRENT LIMIT vs. TEMPERATURE



### $I_C$ vs. DRAIN VOLTAGE



FCS0527408

**TOP221-227**

## Typical Performance Characteristics (cont.)



OUTPUT CHARACTERISTICS



$C_{OSS}$ vs. DRAIN VOLTAGE



DRAIN CAPACITANCE POWER

FCS0527409

**TOP221-227**

## TO-220/3

| DIM | inches | mm |
|-----|--------|-----|
| A | .460-.480 | 11.68-12.19 |
| B | .400-.415 | 10.16-10.54 |
| C | .236-.260 | 5.99-6.60 |
| D | .240 - REF. | 6.10 - REF. |
| E | .520-.560 | 13.21-14.22 |
| F | .028-.038 | .71-.97 |
| G | .045-.055 | 1.14-1.40 |
| H | .090-.110 | 2.29-2.79 |
| J | .165-.185 | 4.19-4.70 |
| K | .045-.055 | 1.14-1.40 |
| L | .095-.115 | 2.41-2.92 |
| M | .015-.020 | .38-.51 |
| N | .705-.715 | 17.91-18.16 |
| O | .146-.156 | 3.71-3.96 |
| P | .103-.113 | 2.62-2.87 |



Notes:
1. Package dimensions conform to JEDEC specification TO-220 AB for standard flange mounted, peripheral lead package; .100 inch lead spacing (Plastic) 3 leads (issue J, March 1987).
2. Controlling dimensions are inches.
3. Pin numbers start with Pin 1, and continue from left to right when viewed from the top.
4. Dimensions shown do not include mold flash or other protrusions. Mold flash or protrusions shall not exceed .006 (.15 mm) on any side.
5. Position of terminals to be measured at a position .25 (6.35 mm) from the body.
6. All terminals are solder plated.

Y03A
PI-1848-040901

## DIP-8

| DIM | inches | mm |
|-----|--------|-----|
| A | 0.370-0.385 | 9.40-9.78 |
| B | 0.245-0.255 | 6.22-6.48 |
| C | 0.125-0.135 | 3.18-3.43 |
| G | 0.015-0.040 | 0.38-1.02 |
| H | 0.120-0.135 | 3.05-3.43 |
| J1 | 0.060 (NOM) | 1.52 (NOM) |
| J2 | 0.014-0.022 | 0.36-0.56 |
| K | 0.010-0.012 | 0.25-0.30 |
| L | 0.090-0.110 | 2.29-2.79 |
| M | 0.030 (MIN) | 0.76 (MIN) |
| N | 0.300-0.320 | 7.62-8.13 |
| P | 0.300-0.390 | 7.62-9.91 |
| Q | 0.300 BSC | 7.62 BSC |



Notes:
1. Package dimensions conform to JEDEC specification MS-001-AB for standard dual in-line (DIP) package .300 inch row spacing (PLASTIC) 8 leads (issue B, 7/85)..
2. Controlling dimensions are inches.
3. Dimensions shown do not include mold flash or other protrusions. Mold flash or protrusions shall not exceed .006 (.15) on any side.
4. D, E and F are reference datums on the molded body.

P08A
PI-2076-040901

FCS0527410

**TOP221-227**

## SMD-8



| DIM | Inches | mm |
|-----|--------|-----|
| A | 0.370-0.385 | 9.40-9.78 |
| B | 0.245-0.255 | 6.22-6.48 |
| C | 0.125-0.135 | 3.18-3.43 |
| G | 0.004-0.012 | 0.10-0.30 |
| H | 0.036-0.044 | 0.91-1.12 |
| J1 | 0.060 (NOM) | 1.52 (NOM) |
| J2 | 0.048-0.053 | 1.22-1.35 |
| J3 | 0.032-0.037 | 0.81-0.94 |
| J4 | 0.007-0.011 | 0.18-0.28 |
| K | 0.010-0.012 | 0.25-0.30 |
| L | 0.100 BSC | 2.54 BSC |
| M | 0.030 (MIN) | 0.76 (MIN) |
| P | 0.372-0.388 | 9.45-9.86 |
| α | 0-8° | 0-8° |

Notes:
1. Package dimensions conform to JEDEC specification MS-001-AB (Issue B, 7/85) except for lead shape and size.
2. Controlling dimensions are inches.
3. Dimensions shown do not include mold flash or other protrusions. Mold flash or protrusions shall not exceed .006 (.15) on any side.
4. D, E and F are reference datums on the molded body.

PI-2077-042601

FCS0527411

**TOP221-227**

| Revision | Notes | Date |
|---|---|---|
| C | - | 12/97 |
| D | 1) Updated package references.<br>2) Corrected Spelling.<br>3) Corrected Storage Temperature $\theta_{JC}$ and updated nomenclature in parameter table.<br>4) Added G package references to Self-Protection Current Limit parameter.<br>5) Corrected font sizes in figures. | 7/01 |

**For the latest updates, visit our Web site:** *www.powerint.com*
Power Integrations reserves the right to make changes to its products at any time to improve reliability or manufacturability. Power Integrations does not assume any liability arising from the use of any device or circuit described herein, nor does it convey any license under its patent rights or the rights of others.

The PI Logo, *TOPSwitch*, *TinySwitch* and *EcoSmart* are registered trademarks of Power Integrations, Inc.
©Copyright 2001, Power Integrations, Inc.

**WORLD HEADQUARTERS AMERICAS**
Power Integrations, Inc.
5245 Hellyer Avenue
San Jose, CA 95138 USA
Main:    +1 408-414-9200
Customer Service:
Phone:    +1 408-414-9665
Fax:    +1 408-414-9765
*e-mail: usasales@powerint.com*

**KOREA**
Power Integrations
International Holdings, Inc.
Rm# 402, Handuk Building
649-4 Yeoksam-Dong,
Kangnam-Gu,
Seoul, Korea
Phone:    +82-2-568-7520
Fax:    +82-2-568-7474
*e-mail: koreasales@powerint.com*

**EUROPE & AFRICA**
Power Integrations (Europe) Ltd.
Centennial Court
Easthampstead Road
Bracknell
Berkshire, RG12 1YQ
United Kingdom
Phone:    +44-1344-462-300
Fax:    +44-1344-311-732
*e-mail: eurosales@powerint.com*

**JAPAN**
Power Integrations, K.K.
Keihin-Tatemono 1st Bldg.
12-20 Shin-Yokohama 2-Chome
Kohoku-ku, Yokohama-shi
Kanagawa 222-0033, Japan
Phone:    +81-45-471-1021
Fax:    +81-45-471-3717
*e-mail: japansales@powerint.com*

**TAIWAN**
Power Integrations
International Holdings, Inc.
17F-3, No. 510
Chung Hsiao E. Rd.,
Sec. 5,
Taipei, Taiwan 110, R.O.C.
Phone:    +886-2-2727-1221
Fax:    +886-2-2727-1223
*e-mail: taiwansales@powerint.com*

**INDIA (Technical Support)**
Innovatech
#1, 8th Main Road
Vasanthnagar
Bangalore, India 560052
Phone:    +91-80-226-6023
Fax:    +91-80-228-9727
*e-mail: indiasales@powerint.com*

**CHINA**
Power Integrations
International Holdings, Inc.
Rm# 1705, Bao Hua Bldg.
1016 Hua Qiang Bei Lu
Shenzhen, Guangdong 518031
China
Phone:    +86-755-367-5143
Fax:    +86-755-377-9610
*e-mail: chinasales@powerint.com*

**APPLICATIONS HOTLINE**
World Wide +1-408-414-9660

**APPLICATIONS FAX**
World Wide +1-408-414-9760





FCS0527412

# EXHIBIT D

# PWR-SMP260
# PWM Power Supply IC
## 85-265 VAC Input
## Isolated, Regulated DC Output

**POWER INTEGRATIONS, INC.** ®

### Product Highlights

**Integrated Power Switch and CMOS Controller**
* Output power up to 60 W from rectified 220/240 VAC input, 30 W from universal (85 to 265 VAC) input
* Feedforward control for constant-power battery charging
* External transformer provides isolation and selectable output voltages

**High-speed Current-mode PWM Controller**
* Leading edge current blanking
* Selectable maximum duty cycle - 50% or 90%
* Internal pre-regulator self-powers the IC on start-up
* Wide bias voltage range - 10-30 V
* Direct connection to optocoupler feedback
* Programmable slope compensation
* Low-current standby mode

**Built-In Self-protection Circuits**
* Full cycle soft-start - Linear ramp up of switching current
* Shutdown on fault with automatic restart
* Adjustable current limit
* Regulates from zero load to full load
* Undervoltage lockout
* Thermal shutdown



*Figure 1. Typical Application*



*Figure 2. Pin Configuration*

### Description

The PWR-SMP260, intended for 220/240 VAC or universal off-line isolated power supply applications, combines a high voltage power MOSFET switch with a switchmode power system controller in a monolithic integrated circuit. Few external components are required to implement a low cost, isolated, off-line power supply. High frequency operation reduces total power supply size.

The current-mode PWM controller section of the PWR-SMP260 contains all the blocks required to drive and control the power stage: off-line pre-regulator, oscillator, bandgap reference, summing junction, PWM comparator, gate driver, soft-start, and circuit protection. The power MOSFET switch features include high voltage, low $R_{DS(ON)}$, low capacitance, and low gate threshold voltage.

The PWR-SMP260 is available in a plastic power SIP package. A surface mount power package version will be available in the second half of 1992.

| PART NUMBER | PACKAGE | TEMP RANGE |
|---|---|---|
| PWR-SMP260WTC | 23-pin PWR SIP | 0 to 70°C |

 *PRELIMINARY* 

C 2/92  1-103

FCS1685806

**PWR-SMP260**

*PRELIMINARY*



Figure 3. Functional Block Diagram of the PWR-SMP260.

FCS1685807

# *PRELIMINARY*

PWR-SMP260

## Pin Functional Description

**Pin 1:**
COM is common reference point for all low-power and reference circuitry.

**Pin 2:**
$V_{BIAS}$ is the bootstrap supply voltage proportional to the output voltage used to self-power the device once the supply is operating.

**Pin 3:**
$C_{EXT}$ is used to set the oscillator frequency. Adding external capacitance between $C_{EXT}$ and COM linearly decreases the PWM frequency.

**Pin 4:**
SLOPE COMP is used to select the amount of slope compensation to be injected into the summing junction in the maximum duty cycle mode. Connecting the pin to $V_S$ selects 50% mode, and connection through a resistor to COM selects the 95% mode.

**Pin 5:**
A resistor placed between $R_{EXT}$ and ANALOG COM sets the internal bias currents.

**Pin 6:**
SYNC is an active-low input with an internal pull-up used for synchronizing the oscillator. A continuous low level turns off the power supply output.

**Pin 7:**
FEEDBACK accepts current from an opto-coupler connected directly from $V_{BIAS}$ which is controlled by an output-referenced error amplifier.

**Pin 8:**
FEEDFORWARD accepts current from an input voltage compensation resistor to automatically adjust the duty cycle for changes in input voltage.

**Pin 9:**
$I_{LIMIT}$ is the output of the summing junction. Current flowing from this pin through a resistor will set the current comparator threshold.

**Pin 10:**
$V_{S1}$ is the output of the internal $V_{IN}$ and $V_{BIAS}$ regulators. Connection to $V_{S2}$ and an external bypass capacitor to COM is required for proper operation.

**Pin 11:**
The output gate drive circuit receives power via $V_{S2}$. Connection to $V_{S1}$ and an external bypass capacitor to SOURCE is required for proper operation.

**Pin 14, 15:**
$V_{IN}$ for connection to the high voltage pre-regulator used to self-power the device during start-up.

**Pin 18, 19:**
Open DRAIN of the output MOSFET.

**Pin 22, 23:**
The SOURCE is the high-current return for the output MOSFET.

1

## PWR-SMP260 Functional Description

**Off-line Linear and Bias Regulators**
The off-line linear regulator powers the control circuits when the boot-strap bias voltage cannot. The off-line and bias linear regulator contains two high voltage MOSFETs, a gate bias current source, and an error amplifier. The error amplifier regulates $V_S$ from either the off-line rectified voltage or the bias supply voltage, the bias supply voltage has preference to minimize power consumption.

The off-line linear regulator MOSFET dissipates significant amounts of power when supplying the bias current. When the $V_{BIAS}$ voltage is greater than the $V_{BIAS}$ threshold voltage the off-line linear regulator is cut off and internal bias current is supplied by the $V_{BIAS}$ supply, decreasing the dissipation in the off-line regulator

$V_{S1}$ is the output of the bias regulator and supplies power to all internal analog circuits. An external bypass capacitor connected between $V_{S1}$ and SOURCE is required for filtering and noise reduction. $V_{S2}$ is the power supply connection for the gate drive circuitry, and must be connected externally to $V_{S1}$. $V_{S1}$ and $V_{S2}$ are not internally connected.

**Bandgap Reference**
The reference voltage is generated by the temperature compensated bandgap reference and buffer. The voltage is used for setting thresholds for the current-mode regulator, soft-start, and over-temperature circuits. $R_{EXT}$ is used by this circuit to provide precision current sources from the reference voltages.



FCS1685808

PWR-SMP260                                    *PRELIMINARY*

## PWR-SMP260 Functional Description (cont.)

**Oscillator**

The oscillator frequency is determined by the value of the external timing capacitor ($C_{EXT}$). An internal current source slowly charges $C_{EXT}$ to a maximum. $C_{EXT}$ is then rapidly discharged to its initial value.

When the oscillator frequency is being selected care chould be taken to determine the selected maximum duty cycle. If the 50% maximum duty cycle option is selected the oscillator will need to operate at twice the output frequency. The slope compensation pin is used to select available maximum duty cycle.

The oscillator frequency can be synchronized to an external signal by applying a short synchronizing pulse to the SYNC pin. The free-running frequency of the oscillator must be set lower than the minimum synchronizing frequency.

The power supply can be turned off by holding the SYNC pin continuously low. When turned off, the power consumption of the control circuit is reduced to minimize standby power dissipation.

**Pulse Width Modulator**

The pulse width modulator combines the current sensing comparator, latch, and current summing junction functions.

The summing junction combines currents from the soft-start digital to analog converter current source, the slope compensation circuit, the feedback input and the feedforward input. The output of the summing junction is a current source. Current flowing from this pin through a resistor will set the current mode comparator threshold.

The current mode comparator sets the R-S flip-flop and turns off the output transistor when the voltage on the input to the current mode comparator falls to 25 mV. The current mode comparator input will be at 25 mV when the primary current reaches the desired peak value.

The R-S flip-flop holds the output transistor off until the next cycle is ready to begin.

The feedback signal is diode coupled into the summing junction and a bias current source is provided so that an optical coupler can be DC biased without the addition of any external components. The feedback, feedforward, soft-start digital to analog converter and slope compensation current signals all reduce the current flowing from the output of the summing junction. The pulse width modulator adjusts the duty cycle to match the peak switch current with the scaled $I_{LIMIT}$ current, as shown in Figure 4(a). The slope compensation current signal linearly reduces the instantaneous current flowing from the output of the summing junction over the cycle.

Slope compensation should be used when the maximum duty cycle exceeds 50%. The amount of slope compensation required is inversely related to the magnetizing current flowing in the output transistor. Figure 4(b) gives the relationships between the feedback current and the $I_{LIMIT}$ current with an external slope compensation resistor. Refer to AN-11 for more detailed information on selecting slope compensation components.

Leading edge blanking of the current-mode comparator is provided by inhibiting the output of the comparator for a short time after the output transistor is turned on. The leading edge blanking time has been set so that ultra fast recovery rectifiers operating at their specified recovery times will not cause premature termination of the switching pulse.

The active minimum load circuit senses when the sum junction current is less than 12% of maximum sum junction current and increases the power consumption of the control circuit to maintain this minimum load power level. This will prevent the programmed

current from falling to such a low level that the required pulse width would approach the blanking time.

**Full Function Soft-Start**

The soft-start circuit controls the pulse width modulator when the power supply is in a fault condition as demonstrated in Figure 5. During the time that the fault condition exists, the power supply will be enabled one eighth of the time. When the power supply is enabled, the $I_{LIMIT}$ current ramps up from zero to the maximum value over 4096 cycles of the power supply. A 5-bit digital to analog converter current source controls the value of the Ilimit current and the output switch current. The controlled ramp up of the switch current limits the power stresses on the output diode rectifier and prevents the transformer from being driven into saturation.

The soft-start determines an output fault has occurred if the $V_{BIAS}$ voltage is less than the $V_{BIAS}$ threshold voltage after the soft-start ramp up time. During a fault condition, the output transistor is turned off for a period of 28,672 cycles of the power supply, after which the fault condition is tested by ramping up the switch current to full scale. If $V_{BIAS}$ is not above the $V_{BIAS}$ threshold voltage by the time full current is reached the fault condition is again detected and the switch is turned off.

**Undervoltage Protection Circuit**

The undervoltage protection circuit insures that the output transistor is off until the $V_{SI}$ voltage is regulated.

**Overtemperature Protection Circuit**

The overtemperature protection is provided by a precision analog circuit that turns the power switch off when the junction gets too hot (typically 140°C). The device will turn back on again when the junction has cooled past the hysteresis temperature level.



# *PRELIMINARY*

**PWR-SMP260**



Figure 4. *Typical Waveforms for (a)50% Maximum Duty Cycle Mode, and (b) 90% Maximum Duty Cycle Mode.*

**1**



Figure 5. *Typical Soft-start Waveforms. (1) Normal Power-up (2) Overload (3) Restart with Overload (4) Normal Restart (5) Normal Power-down.*



FCS1685810

**PWR-SMP260**

*PRELIMINARY*

## 30 W, Universal Off-line Power Supply



*Figure 6. Schematic Diagram of a Single Output 30 W Supply Utilizing the PWR-SMP260.*

FCS1685811

# PRELIMINARY

## General Circuit Operation

The flyback power supply circuit shown in Figure 6, when operated with the T1005 standard transformer (see DA-3), will produce a dual output (5 V/12 V), 30 watt power supply that will operate from 85 to 265 V(rms) AC input voltage. The turns ratio of the transformer and the output error amplifier resistor divider ratio R13 and R14 determine the output voltage. The use of the output error amplifier guarantees nearly ideal voltage regulation.

L1, L2, L3, C1, C6, C7, C8, C12, and C20 form an EMI filter. BR1 and C1 convert the AC input voltage to rectified DC voltage and provide the cycle-to-cycle hold-up time. L1, L3, C1, and C6 form a differential-mode noise filter. Differential mode noise is a result of the pulsating currents at the input of the switch mode power supply. C7, C8, C12, C20, L1, L2, and L3 form a common mode filter. The filter contains the capacitive displacement currents that flow between the primary windings of the transformer and the secondary output circuit.

D5, C9, and R10 make up a voltage clamping circuit to limit the peak voltage on the drain of the switching transistor. C15 and R9 damp the transformer leakage inductance ringing voltage.

C11 sets the frequency of operation. C3, C5, C34, and C35 are bypass capacitors. C3 supplies the pulse of current required to charge the gate of the output power transistor at turn on. D3 and C5 rectify and filter the bias winding voltage to form the $V_{BIAS}$ supply. C34 is the analog bypass capacitor for $V_{S1}$. C35 is a noise suppression bypass capacitor.

R2 and R11 form the cycle-by-cycle current limit and current mode control circuitry. The value of R2 and the $I_{LIMIT}$ current set the current sense comparator reference voltage. Thus the voltage drop and maximum power dissipation in the current sense resistor R11 can be adjusted as desired.

R1 sets the amount of slope compensation current flowing in the current mode control current ($I_{LIMIT}$). Typical values for R1 fall between 7 and 35 k$\Omega$. When the slope compensation pin is connected to $V_{S1}$, the circuit is configured for 50% maximum duty cycle and R1 is no longer needed. R12 is the optional feedforward compensation resistor, which can be used for open loop compensation of current limit for changes in input voltage. R3 is a reference resistor that sets the current sources within the integrated circuit. The value of R3 must be as specified for data sheet performance specifications to be valid.

D1, C2, C14, C30, and L6 rectify and filter the 5 V output winding voltage. R19 and C16 damp the secondary leakage inductance ringing voltage caused by the stored charge of D1.

D6, C24, C26, and L5 rectify and filter the 12 V output winding voltage. R24 and C27 damp the secondary leakage inductance ringing voltage caused by the stored charge of D6.

U2, U3, R13, R14, R15, R18, R19, R26, and C23 form the output error amplifier circuit. R13 and R14 form the voltage divider that sets the output voltage. The value of R14 should be adjusted for changes in output voltage. The optical coupler must be connected to the input side of the output Pi-section filter to prevent high frequency oscillation of the control loop. R27 limits the AC current coupled from the $V_{BIAS}$ supply through the optocoupler U3.

The current mode control function can be viewed as an adjustable current limit circuit. The output error amplifier circuit adjusts the current limit to maintain the desired output voltage. The output error amplifier decreases the output voltage and current of the switch mode regulator by increasing the optical coupler current. The optical coupler current decreases the current flowing from the $I_{LIMIT}$ pin. This effectively decreases the current at which the current mode comparator will turn off the output transistor and decrease the output current and voltage.



**TOTAL POWER vs. LOAD CURRENT**

*Figure 7. Minimum Load Transfer Characteristic.*





FCS1685812

**PWR-SMP260**                                              *PRELIMINARY*

## General Circuit Operation (cont.)

The current mode comparator is inhibited during the blanking time so that any leading edge current pulse will not be misinterpreted and prematurely terminate a pulse. This has the side effect of providing a minimum pulse width for the output switch. A minimum width pulse will transfer an incremental amount of power to the output every time the power switch is turned on. This can be a problem during minimum load conditions.

The PWR-SMP260 has a minimum load regulator built in that monitors the onset of the minimum pulse width condition. The circuit monitors the summing junction current before slope compensation is added. When the summing junction current falls below 12% of full scale the shunt regulator starts to draw current from $V_{BIAS}$. The shunt regulator increases the load on the bootstrap bias supply until the summing junction current returns to 12% of full scale.

When AC voltage is first applied to the input terminals of the power supply, the voltage on the line filter capacitor increases. The high-voltage linear regulator will regulate $V_{S1}$ when $V_{IN}$ is between 12 and 20 VDC. The $V_{S1}$ undervoltage lockout circuit will hold the output switching transistor off and the last 8 bits of the soft-start counter chain reset until $V_{S1}$ is in regulation, and the soft-start sequence begins. The peak switching current will increase as soft-start progresses. The soft-start time for a 120 kHz power supply is 34 ms, allowing the line filter capacitor two line cycles to fully charge. One cycle, 16.7 ms, is typically required to charge the line filter capacitor.

During the soft-start sequence, the counter chain runs and the five-bit digital to analog converter controls the maximum $I_{LIMIT}$ current. The duty cycle of the output switch will increase as the peak switching current increases. When the output and $V_{BIAS}$ voltages increase beyond the fault detection threshold to the regulation voltage, the output error amplifier will reduce the peak switch current. The output voltage will overshoot slightly and return to the desired voltage as the error amplifier frequency compensation capacitors stabilize to their steady-state bias voltage.

Figure 7 shows the minimum load transfer effect. As the external load drops below the minimum, the bias load increases to compensate and the load on the switching regulator is relatively constant. The power dissipation in the integrated circuit increases when the minimum load circuit is active. However this occurs when the dissipation in the switching MOSFET is very low and the package has excess thermal capacity.

The full featured soft-start will cycle the power supply on and off when an output fault condition is detected. The soft-start will cycle at 0.003% of the equivalent power supply output frequency. A fault condition exists until the $V_{BIAS}$ voltage exceeds its threshold.

The circuit shown in Figure 6 is the schematic diagram of the PWR-EVAL7 evaluation board. This completely assembled and tested board can be ordered directly from Power Integrations, Inc. for evaluation of the PWR-SMP260. Complete supply specifications are included, as will as instruction on how to modify the board for other output voltages and oscillator frequencies.

## Typical Performance Characteristics (Figure 6 Power Supply)

**EFFICIENCY vs. INPUT VOLTAGE**



**EFFICIENCY vs. OUTPUT POWER**



**FCS1685813**

# *PRELIMINARY*

**PWR-SMP260**

## ABSOLUTE MAXIMUM RATINGS[1]

| | |
|---|---|
| DRAIN Voltage ...................................................700 V | Junction Temperature[2] ...................................150°C |
| $V_{IN}$ Voltage ....................................................500 V | Lead Temperature[3] ........................................260°C |
| $V_{BIAS}$ Voltage ..................................................35 V | Power Dissipation ($T_A$ = 25°C) .....................2.3 W |
| $V_{BIAS}$ Current ...............................................300 mA | ($T_A$ = 70°C) .....................1.2 W |
| Feedback/Feedforward Current ...........................20 mA | Thermal Impedance ($\theta_{JA}$) ............................41°C/W |
| Drain Current ........................................................3 A | ($\theta_{JC}$) ............................7.2°C/W |
| Storage Temperature .................................−65 to 125°C | |
| Ambient Temperature ...........................................0 to 70°C | 1. Unless noted, all voltages referenced to SOURCE, $T_A$ = 25°C. |
| | 2. Normally limited by internal circuitry. |
| | 3. 1/16" from case for 5 seconds. |

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN}$ =325 V, $C_{EXT}$ = 470 pF $R_{EXT}$ = 20.5 kΩ, $T_A$ = 0 to 70°C | Test Limits | | | Units |
|---|---|---|---|---|---|---|
| | | | **MIN** | **TYP** | **MAX** | |
| **OSCILLATOR** | | | | | | |
| Frequency Range | $f_{OSC}$ | | 30 | | 400 | kHz |
| Initial Accuracy | $\Delta f_{OSC}$ | SLOPE COMP Open | 230 | 270 | 310 | kHz |
| SYNC Pulse Width | $t_{SYNC}$ | Output Synchronized to External Clock | 0.1 | | 1 | µs |
| | | Output OFF | 10 | | | |
| SYNC Bias Current | $I_{SYNC}$ | Output Switching | | 170 | | µA |
| | | Output OFF | | 35 | | |
| **PULSE WIDTH MODULATOR** | | | | | | |
| Duty Cycle Range | DC | SLOPE COMP = $V_S$ | 0-45 | 0-50 | | % |
| | | SLOPE COMP Open | 0-90 | 0-95 | | |
| Summing Junction Current Gain | $A_{(SJ)}$ | | 1.9 | | 2.2 | |
| Summing Junction Gain-Bandwidth | | | | 1 | | MHz |
| Current Limit Threshold Voltage | $V_{ILIMIT}$ | | 0 | | 50 | mV |
| Current Limit Reference Current | $I_{REF}$ | SLOPE COMP = $V_S$ FEEDBACK, FEEDFORWARD Open | | 480 | | µA |
| Current Limit Delay Time | $t_{ILIMIT}$ | $V_{ILIMIT}$ = 150 mV | | 75 | | ns |

**1**



FCS1685814

**PWR-SMP260**　　　　　　　　　　　　　*PRELIMINARY*

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN}$ = 325 V, $C_{EXT}$ = 470 pF $R_{EXT}$ = 20.5 kΩ, $T_A$ = 0 to 70°C | Test Limits | | | Units |
|---|---|---|---|---|---|---|
| | | | **MIN** | **TYP** | **MAX** | |
| **PULSE WIDTH MODULATOR (con't)** | | | | | | |
| SLOPE COMP Peak Voltage | | SLOPE COMP to COM via 6.98 kΩ | 1.7 | | 1.8 | V |
| SLOPE COMP Current Gain | $A_{I (SC)}$ | | | 0 | | dB |
| Leading Edge Blanking Time | $t_{BLANK}$ | | 100 | | 200 | ns |
| Minimum Load Current Gain | $A_{I (ML)}$ | | | 75 | | dB |
| Minimum Load Gain-Bandwidth | | | | 30 | | kHz |
| Minimum Load Current Threshold | $I_{LIMIT}$ | | | 60 | | µA |
| Feedforward Voltage | $V_{FF}$ | | | 1.25 | | V |
| Feedback Bias Current | $I_{FB}$ | | | 480 | | µA |
| Feedback Input Impedance | $Z_{FEEDBACK}$ | $I_{FB}$ = 200 µA | | | 1 | kΩ |
| **SOFT-START** | | | | | | |
| Ramp Period | | | | 4096 | | Cycles |
| Auto-restart Delay Period | | | | 28,672 | | Cycles |
| DAC Linearity | | | | ±0.5 | | lsb |
| **CIRCUIT PROTECTION** | | | | | | |
| Thermal Shutdown Temperature | | | 120 | 140 | | °C |
| Thermal Shutdown Hysteresis | | | | 45 | | °C |



FCS1685815

# *PRELIMINARY*

PWR-SMP260

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN} = 325$ V, $C_{EXT} = 470$ pF $R_{EXT} = 20.5$ kΩ, $T_A = 0$ to 70°C | | Test Limits | | | Units |
|---|---|---|---|---|---|---|
| | | | MIN | TYP | MAX | |
| **OUTPUT** | | | | | | |
| ON-State Resistance | $R_{DS(ON)}$ | $I_D = 100$ mA $\quad T_j = 25°C$ | | | 3 | Ω |
| | | $T_j = 115°C$ | | | 5 | |
| ON-State Current | $I_{D(ON)}$ | $V_{DS} = 10$ V | 2 | 2.5 | | A |
| OFF-State Current | $I_{DSS}$ | $V_{DRAIN} = 560$ V | | 10 | 100 | μA |
| Breakdown Voltage | $BV_{DSS}$ | $I_{DRAIN} = 100$ μA, $T_A = 25°C$ | 700 | | | V |
| Output Capacitance | $C_{OSS}$ | $V_{DRAIN} = 25$ V, $f = 1$ MHz | | 280 | | pF |
| Output Stored Energy | $E_{OSS}$ | | | 2500 | | nJ |
| Rise Time | $t_r$ | | | | 100 | ns |
| Fall Time | $t_f$ | | | | 100 | ns |
| **SUPPLY** | | | | | | |
| Pre-regulator Voltage | $V_{IN}$ | | 20 | | 500 | V |
| Pre-regulator Cutoff Voltage | $V_{BIAS(CO)}$ | | 8 | 9 | 10 | V |
| Off-line Supply Current | $I_{IN}$ | $V_{BIAS}$ not connected | | 5 | TBD | mA |
| | | $V_{BIAS} > 10$ V | | | 0.2 | |
| | | Thermal Shutdown ON or SYNC = 0 | | 0.8 | 1.2 | |
| $V_{BIAS}$ Supply Voltage | $V_{BIAS}$ | $V_{BIAS}$ externally supplied via feedback | 10 | | 30 | V |
| $V_{BIAS}$ Supply Current | $I_{BIAS}$ | $V_{BIAS}$ externally supplied via feedback | | 5 | TBD | mA |
| $V_S$ Source Voltage | $V_S$ | | 5.0 | 5.8 | 6.5 | V |
| $V_S$ Source Current | $I_S$ | | | | 200 | μA |

1

$\frac{C}{2/92}$  1-113

FCS1685816

**PWR-SMP260**                                             *PRELIMINARY*

**NOTES:**

1. Applying >3.5 V to the $I_{LIMIT}$ pin activates an internal test circuit that turns on the output switch continuously. Destruction of the part can occur if the output of the PWR-SMP260 is connected to a high-voltage power source when the test circuit is activated.



*Figure 8. Switching Time Test Circuit.*





FCS1685817

# *PRELIMINARY*

PWR-SMP260

### C~OSS~ vs. DRAIN VOLTAGE



### DRAIN CHARGE vs. DRAIN VOLTAGE



### DRAIN CAPACITANCE ENERGY



### TRANSFER CHARACTERISTICS



### PACKAGE POWER DERATING



### TRANSIENT THERMAL IMPEDANCE



**1**

# EXHIBIT E

# PWR-SMP240
## PWM Power Supply IC
### 85-265 VAC Input
### Isolated, Regulated DC Output

**POWER** INTEGRATIONS, INC.

### Product Highlights

**Integrated Power Switch and CMOS Controller**
- Output power up to 40 W from rectified 220/240 VAC input, 20 W from universal (85 to 265 VAC) input
- Feedforward control for constant-power battery charging
- External transformer provides isolation and selectable output voltages

**High-speed Current-mode PWM Controller**
- Leading edge current blanking
- Selectable maximum duty cycle - 50% or 90%
- Internal pre-regulator self-powers the IC on start-up
- Wide bias range - 10-30 V
- Direct connection to optocoupler feedback
- Programmable slope compensation
- Low-current standby mode

**Built-in Self-protection Circuits**
- Full cycle soft-start - Linear ramp up of switching current
- Shutdown on fault with automatic restart
- Adjustable current limit
- Regulates from zero load to full load
- Undervoltage lockout
- Thermal shutdown

### Description

The PWR-SMP240, intended for 220/240 VAC or universal off-line isolated power supply applications, combines a high voltage power MOSFET switch with a switchmode power system controller in a monolithic integrated circuit. Few external components are required to implement a low cost, isolated, off-line power supply. High frequency operation reduces total power supply size.

The current-mode PWM controller section of the PWR-SMP240 contains all the blocks required to drive and control the power stage: off-line pre-regulator, oscillator, bandgap reference, summing junction, PWM comparator, gate driver, soft-start, and circuit protection. The power MOSFET switch features include high voltage, low R$_{DS(ON)}$, low capacitance, and low gate threshold voltage.

The PWR-SMP240 is available in a plastic power SIP package. A surface mount power package version will be available in the second half of 1992.



*Figure 1. Typical Application*



*Figure 2. Pin Configuration*

| PART NUMBER | PACKAGE | TEMP RANGE |
|---|---|---|
| PWR-SMP240WTC | 23-pin PWR SIP | 0 to 70°C |

PRELIMINARY

  

1-89

C 2/92

**PWR-SMP240**

*PRELIMINARY*



*Figure 3. Functional Block Diagram of the PWR-SMP240.*

FCS1685820

# PRELIMINARY

## Pin Functional Description

**Pin 1:**
COM is common reference point for all low-power and reference circuitry.

**Pin 2:**
$V_{BIAS}$ is the bootstrap supply voltage proportional to the output voltage used to self-power the device once the supply is operating.

**Pin 3:**
$C_{EXT}$ is used to set the oscillator frequency. Adding external capacitance between $C_{EXT}$ and COM linearly decreases the PWM frequency.

**Pin 4:**
SLOPE COMP is used to select the amount of slope compensation to be injected into the summing junction in the maximum duty cycle mode. Connecting the pin to $V_S$ selects 50% mode, and connction through a resistor to COM selects the 95% mode.

**Pin 5:**
A resistor placed between $R_{EXT}$ and ANALOG COM sets the internal bias currents.

**Pin 6:**
SYNC is an active-low input with an internal pull-up used for synchronizing the oscillator. A continuous low level turns off the power supply output.

**Pin 7:**
FEEDBACK accepts current from an opto-coupler connected directly from $V_{BIAS}$ which is controlled by an output-referenced error amplifier.

**Pin 8:**
FEEDFORWARD accepts current from an input voltage compensation resistor to automatically adjust the duty cycle for changes in input voltage.

**Pin 9:**
$I_{LIMIT}$ is the output of the summing junction. Current flowing from this pin through a resistor will set the current comparator threshold.

**Pin 10:**
$V_{S1}$ is the output of the internal $V_{IN}$ and $V_{BIAS}$ regulators. Connection to $V_{S2}$ and an external bypass capacitor to COM is required for proper operation.

**Pin 11:**
The output gate drive circuit receives power via $V_{S2}$. Connection to $V_{S1}$ and an external bypass capacitor to SOURCE is required for proper operation.

**Pin 14, 15:**
$V_{IN}$ for connection to the high voltage pre-regulator used to self-power the device during start-up.

**Pin 18, 19:**
Open DRAIN of the output MOSFET.

**Pin 22, 23:**
The SOURCE is the high-current return for the output MOSFET.

**1**

## PWR-SMP240 Functional Description

**Off-line Linear and Bias Regulators**
The off-line linear regulator powers the control circuits when the boot-strap bias voltage cannot. The off-line and bias linear regulator contains two high voltage MOSFETs, a gate bias current source, and an error amplifier. The error amplifier regulates $V_S$ from either the off-line rectified voltage or the bias supply voltage, the bias supply voltage has preference to minimize power consumption.

The off-line linear regulator MOSFET dissipates significant amounts of power when supplying the bias current. When the $V_{BIAS}$ voltage is greater than the $V_{BIAS}$ threshold voltage the off-line linear regulator is cut off and internal bias current is supplied by the $V_{BIAS}$ supply, decreasing the dissipation in the off-line regulator

$V_{S1}$ is the output of the bias regulator and supplies power to all internal analog circuits. An external bypass capacitor connected between $V_{S1}$ and SOURCE is required for filtering and noise reduction. $V_{S2}$ is the power supply connection for the gate drive circuitry, and must be connected externally to $V_{S1}$. $V_{S1}$ and $V_{S2}$ are not internally connected.

**Bandgap Reference**
The reference voltage is generated by the temperature compensated bandgap reference and buffer. The voltage is used for setting thresholds for the current-mode regulator, soft-start, and over-temperature circuits. $R_{EXT}$ is used by this circuit to provide precision current sources from the reference voltages.



FCS1685821

**PWR-SMP240**

*PRELIMINARY*

## PWR-SMP240 Functional Description (cont.)

**Oscillator**

The oscillator frequency is determined by the value of the external timing capacitor ($C_{EXT}$). An internal current source slowly charges $C_{EXT}$ to a maximum. $C_{EXT}$ is then rapidly discharged to its initial value.

When the oscillator frequency is being selected care chould be taken to determine the selected maximum duty cycle. If the 50% maximum duty cycle option is selected the oscillator will need to operate at twice the output frequency. The slope compensation pin is used to select available maximum duty cycle.

The oscillator frequency can be synchronized to an external signal by applying a short synchronizing pulse to the SYNC pin. The free-running frequency of the oscillator must be set lower than the minimum synchronizing frequency.

The power supply can be turned off by holding the SYNC pin continuously low. When turned off, the power consumption of the control circuit is reduced to minimize standby power dissipation.

**Pulse Width Modulator**

The pulse width modulator combines the current sensing comparator, latch, and current summing junction functions.

The summing junction combines currents from the soft-start digital to analog converter current source, the slope compensation circuit, the feedback input and the feedforward input. The output of the summing junction is a current source. Current flowing from this pin through a resistor will set the current mode comparator threshold.

The current mode comparator sets the R-S flip-flop and turns off the output transistor when the voltage on the input to the current mode comparator falls to 25 mV. The current mode comparator input will be at 25 mV when the primary current reaches the desired peak value.

The R-S flip-flop holds the output transistor off until the next cycle is ready to begin.

The feedback signal is diode coupled into the summing junction and a bias current source is provided so that an optical coupler can be DC biased without the addition of any external components. The feedback, feedforward, soft-start digital to analog converter and slope compensation current signals all reduce the current flowing from the output of the summing junction. The pulse width modulator adjusts the duty cycle to match the peak switch current with the scaled $I_{LIMIT}$ current, as shown in Figure 4(a). The slope compensation current signal linearly reduces the instantaneous current flowing from the output of the summing junction over the cycle.

Slope compensation should be used when the maximum duty cycle exceeds 50%. The amount of slope compensation required is inversely related to the magnetizing current flowing in the output transistor. Figure 4(b) gives the relationships between the feedback current and the $I_{LIMIT}$ current with an external slope compensation resistor. Refer to AN-11 for more detailed information on selecting slope compensation components.

Leading edge blanking of the current-mode comparator is provided by inhibiting the output of the comparator for a short time after the output transistor is turned on. The leading edge blanking time has been set so that ultra fast recovery rectifiers operating at their specified recovery times will not cause premature termination of the switching pulse.

The active minimum load circuit senses when the sum junction current is less than 12% of maximum sum junction current and increases the power consumption of the control circuit to maintain this minimum load power level. This will prevent the programmed

current from falling to such a low level that the required pulse width would approach the blanking time.

**Full Function Soft-Start**

The soft-start circuit controls the pulse width modulator when the power supply is in a fault condition as demonstrated in Figure 5. During the time that the fault condition exists, the power supply will be enabled one eighth of the time. When the power supply is enabled, the $I_{LIMIT}$ current ramps up from zero to the maximum value over 4096 cycles of the power supply. A 5-bit digital to analog converter current source controls the value of the Ilimit current and the output switch current. The controlled ramp up of the switch current limits the power stresses on the output diode rectifier and prevents the transformer from being driven into saturation.

The soft-start determines an output fault has occurred if the $V_{BIAS}$ voltage is less than the $V_{BIAS}$ threshold voltage after the soft-start ramp up time. During a fault condition, the output transistor is turned off for a period of 28,672 cycles of the power supply, after which the fault condition is tested by ramping up the switch current to full scale. If $V_{BIAS}$ is not above the $V_{BIAS}$ threshold voltage by the time full current is reached the fault condition is again detected and the switch is turned off.

**Undervoltage Protection Circuit**

The undervoltage protection circuit insures that the output transistor is off until the $V_{cc}$ is regulated.

**Overtemperature Protection Circuit**

The overtemperature protection is provided by a precision analog circuit that turns the power switch off when the junction gets too hot (typically 140°C). The device will turn back on again when the junction has cooled past the hysteresis temperature level.



**FCS1685822**

# *PRELIMINARY*



Figure 4. Typical Waveforms for (a)50% Maximum Duty Cycle Mode, and (b) 90% Maximum Duty Cycle Mode.



Figure 5. Typical Soft-start Waveforms. (1) Normal Power-up (2) Overload (3) Restart with Overload (4) Normal Restart (5) Normal Power-down.

FCS1685823

PWR-SMP240

# *PRELIMINARY*

## 20 W, Universal Off-line Power Supply



*Figure 6.  Schematic Diagram of a Single Output 20 W Supply Utilizing the PWR-SMP240.*

PI-664A-032492

FCS1685824

# *PRELIMINARY*

## General Circuit Operation

The flyback power supply circuit shown in Figure 6, when operated with the T1005 standard transformer (see DA-3), will produce a dual output (5 V/12 V), 20 watt power supply that will operate from 85 to 265 V(rms) AC input voltage. The turns ratio of the transformer and the output error amplifier resistor divider ratio R13 and R14 determine the output voltage. The use of the output error amplifier guarantees nearly ideal voltage regulation.

L1, L2, L3, C1, C6, C7, C8, C12, and C20 form an EMI filter. BR1 and C1 convert the AC input voltage to rectified DC voltage and provide the cycle-to-cycle hold-up time. L1, L3, C1, and C6 form a differential-mode noise filter. Differential mode noise is a result of the pulsating currents at the input of the switch mode power supply. C7, C8, C12, C20, L1, L2, and L3 form a common mode filter. The filter contains the capacitive displacement currents that flow between the primary windings of the transformer and the secondary output circuit.

D5, C9, and R10 make up a voltage clamping circuit to limit the peak voltage on the drain of the switching transistor. C15 and R9 damp the transformer leakage inductance ringing voltage.

C11 sets the frequency of operation. C3, C5, C34, and C35 are bypass capacitors. C3 supplies the pulse of current required to charge the gate of the output power transistor at turn on. D3 and C5 rectify and filter the bias winding voltage to form the $V_{BIAS}$ supply. C34 is the analog bypass capacitor for $V_{SI}$. C35 is a noise suppression bypass capacitor.

R2 and R11 form the cycle-by-cycle current limit and current mode control circuitry. The value of R2 and the $I_{LIMIT}$ current set the current sense comparator reference voltage. Thus the voltage drop and maximum power dissipation in the current sense resistor R11 can be adjusted as desired.

R1 sets the amount of slope compensation current flowing in the current mode control current ($I_{LIMIT}$). Typical values for R1 fall between 7 and 35 kΩ. When the slope compensation pin is connected to $V_{SI}$, the circuit is configured for 50% maximum duty cycle and R1 is no longer needed. R12 is the optional feedforward compensation resistor, which can be used for open loop compensation of current limit for changes in input voltage. R3 is a reference resistor that sets the current sources within the integrated circuit. The value of R3 must be as specified for data sheet performance specifications to be valid.

D1, C2, C14, C30, and L6 rectify and filter the 5 V output winding voltage. R19 and C16 damp the secondary leakage inductance ringing voltage caused by the stored charge of D1.

D6, C24, C26, and L5 rectify and filter the 12 V output winding voltage. R24 and C27 damp the secondary leakage inductance ringing voltage caused by the stored charge of D6.

U2, U3, R13, R14, R15, R18, R19, R26, and C23 form the output error amplifier circuit. R13 and R14 form the voltage divider that sets the output voltage. The value of R14 should be adjusted for changes in output voltage. The optical coupler must be connected to the input side of the output Pi-section filter to prevent high frequency oscillation of the control loop. R27 limits the AC current coupled from the $V_{BIAS}$ supply through the optocoupler U3.

The current-mode control function can be viewed as an adjustable current limit circuit. The output error amplifier circuit adjusts the current limit to maintain the desired output voltage. The output error amplifier decreases the output voltage and current of the switch mode regulator by increasing the optical coupler current. The optical coupler current decreases the current flowing from the $I_{LIMIT}$ pin. This effectively decreases the current at which the current mode comparator will turn off the output transistor and decrease the output current and voltage.

**1**



### TOTAL POWER vs. LOAD CURRENT

*Figure 7. Minimum Load Transfer Characteristic.*



FCS1685825

*PRELIMINARY*

## General Circuit Operation (cont.)

The current mode comparator is inhibited during the blanking time so that any leading edge current pulse will not be misinterpreted and prematurely terminate a cycle. This has the side effect of providing a minimum pulse width for the output switch. A minimum width pulse will transfer an incremental amount of power to the output every time the power switch is turned on. This can be a problem during minimum load conditions.

The PWR-SMP240 has a minimum load regulator built in that monitors the onset of the minimum pulse width condition. The circuit monitors the summing junction current before slope compensation is added. When the summing junction current falls below 12% of full scale the shunt regulator starts to draw current from $V_{BIAS}$. The shunt regulator increases the load on the bootstrap bias supply until the summing junction current returns to 12% of full scale.

When AC voltage is first applied to the input terminals of the power supply, the voltage on the line filter capacitor increases. The high-voltage linear regulator will regulate $V_{S1}$ when $V_{IN}$ is between 12 and 20 VDC. The $V_{S1}$ undervoltage lockout circuit will hold the output switching transistor off and the last 8 bits of the soft-start counter chain reset until $V_{S1}$ is in regulation, and the soft-start sequence begins. The peak switching current will increase as soft-start progresses. The soft-start time for a 120 kHz power supply is 34 ms, allowing the line filter capacitor two line cycles to fully charge. One cycle, 16.7 ms, is typically required to charge the line filter capacitor.

During the soft-start sequence, the counter chain runs and the five-bit digital to analog converter controls the maximum $I_{LIMIT}$ current. The duty cycle of the output switch will increase as the peak switching current increases. When the output and $V_{BIAS}$ voltages increase beyond the fault detection threshold to the regulation voltage, the output error amplifier will reduce the peak switch current. The output voltage will overshoot slightly and return to the desired voltage as the error amplifier frequency compensation capacitors stabilize to their steady-state bias voltage.

Figure 7 shows the minimum load transfer effect. As the external load drops below the minimum, the bias load increases to compensate and the load on the switching regulator is relatively constant. The power dissipation in the integrated circuit increases when the minimum load circuit is active. However this occurs when the dissipation in the switching MOSFET is very low and the package has excess thermal capacity.

The full featured soft-start will cycle the power supply on and off when an output fault condition is detected. The soft-start will cycle at 0.003% of the equivalent power supply output frequency. A fault condition exists until the $V_{BIAS}$ voltage exceeds its threshold.

The circuit shown in Figure 6 is the schematic diagram of the PWR-EVAL8 evaluation board. This completely assembled and tested board can be ordered directly from Power Integrations, Inc. for evaluation of the PWR-SMP240. Complete supply specifications are included, as will as instruction on how to modify the board for other output voltages and oscillator frequencies.

## Typical Performance Characteristics (Figure 6 Power Supply)



### EFFICIENCY vs. INPUT VOLTAGE



### EFFICIENCY vs. OUTPUT POWER

FCS1685826

## *PRELIMINARY*

**PWR-SMP240**

### ABSOLUTE MAXIMUM RATINGS[1]

| | |
|---|---|
| DRAIN Voltage ................................................. 700 V | Junction Temperature[2] ................................... 150°C |
| $V_{IN}$ Voltage ................................................. 500 V | Lead Temperature[3] ........................................ 260°C |
| $V_{BIAS}$ Voltage ................................................ 35 V | Power Dissipation ($T_A$ = 25°C) ................ 2.3 W |
| $V_{BIAS}$ Current ........................................... 300 mA | ($T_A$ = 70°C) ................ 1.2 W |
| Feedback/Feedforward Current ....................... 20 mA | Thermal Impedance ($\theta_{JA}$) ..................... 41°C/W |
| Drain Current ..................................................... 2 A | ($\theta_{JC}$) .................... 7.2°C/W |
| Storage Temperature ......................... −65 to 125°C | |
| Ambient Temperature ........................... 0 to 70°C | 1. Unless noted, all voltages referenced to SOURCE, $T_A$ = 25°C |
| | 2. Normally limited by internal circuitry. |
| | 3. 1/16" from case for 5 seconds. |

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN}$ =325 V, $C_{EXT}$ = 470 pF $R_{EXT}$ = 20.5 kΩ, $T_A$ = 0 to 70°C | Test Limits | | | Units |
|---|---|---|---|---|---|---|
| | | | MIN | TYP | MAX | |
| **OSCILLATOR** | | | | | | |
| Frequency Range | $f_{OSC}$ | | 30 | | 400 | kHz |
| Initial Accuracy | $\Delta f_{OSC}$ | SLOPE COMP Open | 230 | 270 | 310 | kHz |
| SYNC Pulse Width | $t_{SYNC}$ | Output Synchronized to External Clock | 0.1 | | 1 | μs |
| | | Output OFF | 10 | | | |
| SYNC Bias Current | $I_{SYNC}$ | Output Switching | | 170 | | μA |
| | | Output OFF | | 35 | | |
| **PULSE WIDTH MODULATOR** | | | | | | |
| Duty Cycle Range | DC | SLOPE COMP = $V_S$ | 0-45 | 0-50 | | % |
| | | SLOPE COMP Open | 0-90 | 0-95 | | |
| Summing Junction Current Gain | $A_{I(SJ)}$ | | 1.9 | | 2.2 | |
| Summing Junction Gain-Bandwidth | | | | 1 | | MHz |
| Current Limit Threshold Voltage | $V_{ILIMIT}$ | | 0 | | 50 | mV |
| Current Limit Reference Current | $I_{REF}$ | SLOPE COMP = $V_S$ FEEDBACK, FEEDFORWARD Open | | 480 | | μA |
| Current Limit Delay Time | $t_{ILIMIT}$ | $V_{ILIMIT}$ = 150 mV | | 75 | | ns |

**1**

**FCS1685827**

**PWR-SMP240**                                    *PRELIMINARY*

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN} = 325$ V, $C_{EXT} = 470$ pF $R_{EXT} = 20.5$ k$\Omega$, $T_A = 0$ to 70°C | Test Limits | | | Units |
|---|---|---|---|---|---|---|
| | | | MIN | TYP | MAX | |
| **PULSE WIDTH MODULATOR (cont.)** | | | | | | |
| SLOPE COMP Peak Voltage | | SLOPE COMP to COM via 6.98 k$\Omega$ | 1.7 | | 1.8 | V |
| SLOPE COMP Current Gain | $A_{I (SC)}$ | | | 0 | | dB |
| Leading Edge Blanking Time | $t_{BLANK}$ | | 100 | | 200 | ns |
| Minimum Load Current Gain | $A_{I(ML)}$ | | | 75 | | dB |
| Minimum Load Gain-Bandwidth | | | | 30 | | kHz |
| Minimum Load Current Threshold | $I_{LIMIT}$ | | | 60 | | $\mu$A |
| Feedforward Voltage | $V_{FF}$ | | | 1.25 | | V |
| Feedback Bias Current | $I_{FB}$ | | | 480 | | $\mu$A |
| Feedback Input Impedance | $Z_{FEEDBACK}$ | $I_{FB} = 200$ $\mu$A | | | 1 | k$\Omega$ |
| **SOFT-START** | | | | | | |
| Ramp Period | | | | 4096 | | Cycles |
| Auto-restart Delay Period | | | | 28,672 | | Cycles |
| DAC Linearity | | | | ±0.5 | | lsb |
| **CIRCUIT PROTECTION** | | | | | | |
| Thermal Shutdown Temperature | | | 120 | 140 | | °C |
| Thermal Shutdown Hysteresis | | | | 45 | | °C |



FCS1685828

# *PRELIMINARY*

PWR-SMP240

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN}$ = 325 V, $C_{EXT}$ = 470 pF $R_{EXT}$ = 20.5 kΩ, $T_A$ = 0 to 70°C | | Test Limits | | | Units |
|---|---|---|---|---|---|---|
| | | | MIN | TYP | MAX | |
| **OUTPUT** | | | | | | |
| ON-State Resistance | $R_{DS(ON)}$ | $I_D$ = 100 mA  $T_j$ = 25°C | | | 5 | Ω |
| | | $T_j$ = 115°C | | | 8.5 | |
| ON-State Current | $I_{D(ON)}$ | $V_{DS}$ = 10 V | 1.2 | 1.5 | | A |
| OFF-State Current | $I_{DSS}$ | $V_{DRAIN}$ = 560 V | | 10 | 100 | μA |
| Breakdown Voltage | $BV_{DSS}$ | $I_{DRAIN}$ = 100 μA, $T_A$ = 25°C | 700 | | | V |
| Output Capacitance | $C_{OSS}$ | $V_{DRAIN}$ = 25 V, f = 1 MHz | | 200 | | pF |
| Output Stored Energy | $E_{OSS}$ | | | 1500 | | nJ |
| Rise Time | $t_r$ | | | | 100 | ns |
| Fall Time | $t_f$ | | | | 100 | ns |
| **SUPPLY** | | | | | | |
| Pre-regulator Voltage | $V_{IN}$ | | 20 | | 500 | V |
| Pre-regulator Cutoff Voltage | $V_{BIAS(CO)}$ | | 8 | 9 | 10 | V |
| Off-line Supply Current | $I_{IN}$ | $V_{BIAS}$ not connected | | 5 | TBD | mA |
| | | $V_{BIAS}$ > 10 V | | | 0.2 | |
| | | Thermal Shutdown ON or SYNC = 0 | | 0.8 | 1.2 | |
| $V_{BIAS}$ Supply Voltage | $V_{BIAS}$ | $V_{BIAS}$ externally supplied via feedback | 10 | | 30 | V |
| $V_{BIAS}$ Supply Current | $I_{BIAS}$ | $V_{BIAS}$ externally supplied via feedback | | 5 | TBD | mA |
| $V_S$ Source Voltage | $V_S$ | | 5.0 | 5.8 | 6.5 | V |
| $V_S$ Source Current | $I_S$ | | | | 200 | μA |

1

$^C_{2/92}$  1-99

FCS1685829

**PWR-SMP240**                                    *PRELIMINARY*

**NOTES:**

1. Applying >3.5 V to the $I_{LIMIT}$ pin activates an internal test circuit that turns on the output switch continuously. Destruction of the part can occur if the output of the PWR-SMP240 is connected to a high-voltage power source when the test circuit is activated.



NOTE: $I_{LIMIT}$ Pulse = 10 μs, Duty Cycle < 1%

*Figure 8. Switching Time Test Circuit.*

**BREAKDOWN vs. TEMPERATURE**



**$f_{PWM}$ vs. EXTERNAL CAPACITANCE**



FCS1685830

# *PRELIMINARY*

PWR-SMP240

### C_OSS vs. DRAIN VOLTAGE



### DRAIN CHARGE vs. DRAIN VOLTAGE



### DRAIN CAPACITANCE ENERGY



### TRANSFER CHARACTERISTICS



### PACKAGE POWER DERATING



### TRANSIENT THERMAL IMPEDANCE



1-101

FCS1685831

# EXHIBIT F

**APEC '92**

**Seventh Annual
Applied Power
Electronics
Conference and
Exposition**

**Sponsored by the
IEEE Power
Electronics Society, the
IEEE Industry Applications
Society and the
Power Sources Manufacturers Association**

**Conference
Proceedings
1992**

February 23-27, 1992

Westin Hotel-Copley Place
Boston, Massachusetts

92CH3089-0

FCS0527805

TK 7881.15
E62
c.2

MAY 21 [illegible]

# Off-line Power Integrated Circuit for International Rated 60-watt Power Supplies

Richard A. Keller

Power Integrations, Inc.

Mountain View, CA  94043

ABSTRACT - The first integrated circuit to economically combine a 700 volt, 3 Ω, high-speed power MOSFET switch with a full-function current programmed pulse width modulation control circuit is introduced. 60 watt 220 VAC input and 30 watt universal input flyback power supply designs are described.

## I. INTRODUCTION

The power supply industry continues to push for higher power densities and the power components industry is responding in many ways. Passive components are adapting to the requirements of higher frequency and higher efficiency designs. Active component manufacturers are responding by producing parts with higher levels of integration to support these designs. For example, the PWR-SMP260 combines an 700 V, 3 Ω MOSFET, a fully featured current-mode controller, and an extended set of circuit and load protection features.

Digital synthesis is used in the protection features to eliminate many analog problems encountered in long time delays. This design has eliminated the need for large value, low leakage timing capacitors required for "latched" fault logic and "full cycle" soft start functions in other designs [1]. The integration of the logic-level MOSFET with the current-mode controller has allowed optimization of the gate drive design. It also allows the entire delay time from current-mode comparator to MOSFET output to be guaranteed without performance assumptions of an external gate driver.

Minimum external parts count is a goal for all high-density designs. The PWR-SMP260 requires seven external components including the off-line and bootstrap bias supplies. The integrated circuit is designed to connect directly to an optical coupler without any primary-side support circuitry.

Wide range bootstrap and off-line bias supplies make the integrated circuit ideal for universal input battery charging applications as well as power supply applications. The feature set required for battery charging applications contains all of the power supply requirements plus additional requirements. Battery chargers require a wide range output voltage, precise control of the output power, and a method of turning the charger on and off.

## II. FUNCTIONAL DESCRIPTION

The integrated circuit combines a 700 V, 3 Ω MOSFET with a high speed current mode control circuit, high voltage off-line and bootstrap linear regulators, and power supply fault detection and recovery sequencing circuits. The block diagram is partitioned into two sections. The current mode control circuit and power MOSFET is shown in Figure 1 and the high voltage linear regulators and power supply fault detection and recovery sequencing circuits are shown in Figure 2.

### A. The Power MOSFET

The gate drive requirements are significantly reduced because of the logic-level threshold voltage and very low Miller capacitance of the lateral geometry MOSFET. However, in an integrated solution the advantage of these characteristics is apparent to the user only as low bias supply current. The power supply designer need only be concerned with the output terminal characteristics of the MOSFET.

The conduction losses of the output MOSFET can be calculated from the on-state resistance ($R_{DS(ON)}$). $R_{DS(ON)}$ is 3 Ω for currents up to 1 A, and increases to 4 Ω at greater than 2 A. The practical limit for peak drain current in continuous operation is greater than 2 A. Switching losses due to the stored charge on the drain can be calculated from the 4.5 μJ of stored energy at 400 V. The stored charge in the output rectifier and transformer capacitance must be taken into account to get a good estimate of the total switching loss.

### B. The Current Mode Controller

Many of the discrete components required in a current-mode controller design have been integrated in the summing junction function. The number of support components required for a production design has been reduced by at least a factor of two as compared to a "3842/3823 style" circuit.

1) *Summing Junction:* The output of the summing junction is a current source. The constant current flowing through $R_C$ creates a fixed offset voltage. The current mode controller compares this offset voltage to the voltage across the primary current sense resistor $R_s$. The full scale summing junction output current (480 μA) times the ratio of the gain setting resistor $R_C$ to the current sense resistor $R_s$ will set the maximum current for the current mode controller and output MOSFET. If the

0-7803-0485-3/92 $3.00 © 1992 IEEE

FCS0527807



Figure 1. Detailed block diagram of the control and power output sections of the PWR-SMP260.

current sense resistor is 0.25 Ω and the maximum desired switch current is 2 A, then the gain setting resistor $R_c$ should be

$$0.25\Omega \times \left(\frac{2A}{0.48mA}\right) = 1k\Omega. \qquad (1)$$

The output of the summing junction can be controlled by injecting a current into the feed forward pin or the optical coupler pin. Current flowing into these pins will linearly decrease the current flowing from the summing junction output and correspondingly the peak current in the output switch. The optical coupler input pin has a current source associated with it. The current source insures that the optical coupler will be biased at 0.48 mA before the summing junction output current will be affected [2]. The voltage on these pins are 1.25 and 2 V respectively and have input impedances of less than 1 kΩ. The feedforward and optical coupler currents have a gain of 2 within the summing junction.

The part is designed for a secondary-referenced error amplifier with optical feedback. However, primary side regulation can be achieved by adding a primary-referenced error amplifier circuit. A simple error amplifier can be implemented by connecting a Zener diode between the bootstrap bias supply and the optical coupler pin. The current source on the pin will bias the Zener diode and the diode will control the bootstrap bias voltage that is proportional to the output voltage via the transformer turns ratio.

The feedforward pin can be used for control loop compensation for changes in input voltage. A separate pin is provided so that open loop compensation is available when the secondary regulator control loop is open. A constant input power regulator for wide ranges in input and output voltage can be constructed using this feature. This feature along with a wide bootstrap bias supply range is very useful in battery charging applications.

The summing junction also has internal control inputs from the soft start digital to analog converter and the slope compen-

506

FCS0527808

Figure 2. Detailed block diagram of the internal regulator and protection circuitry of the PWR-SMP260.

sation circuit. The soft start digital to analog converter will inject 100% of the reference current into the summing junction at the beginning of the soft start sequence and incrementally decrease the soft start injection to zero.

The slope compensation causes the sum junction output current to be linearly decreased over the programmed pulse width (Figure 3). The rate of decrease is programmable with the slope compensation resistor value. The shape of the compensation current is the same as the oscillator waveform. Slope compensation is inhibited and 50% maximum duty cycle is selected when the slope compensation pin is connected to $V_s$.

2) *Comparator and Blanking Time:* The key elements of the current-mode control circuit are the comparator, R-S flip flop, gate driver, and output transistor. The two parameters of interest [3] are the delay time from the comparator input to the MOSFET output and the leading edge blanking time. The delay time of current sense comparator, gate driver and output MOSFET are all specified together in an integrated controller. A discrete design must consider the tolerance of each part, also the effect of the printed circuit board layout capacitance and inductance on circuit delay time. Other advantages of an integrated solution are the gate driver is optimized for the output transistor characteristics. An integrated design also removes the chance of noise injection in the critical gate drive printed circuit board layout.

Leading edge blanking allows the turn on current transient to

stabilize before the output of the current mode comparator is connected to the R-S flip flop. The start of the blanking time is the turn on of the MOSFET. The blanking time is specified as the maximum time the comparator input can exceed the comparator threshold and recover to 100 mV below the threshold and not have the output MOSFET switch off. The blanking time is designed to allow the turn on current spike to recover in a flyback power supply operating in continuous conduction mode with an "ultra fast" rectifier. A current spike waveform similar to Figure 4 will not cause a circuit malfunction.



Figure 3. Slope compensation current relationships.

507

FCS0527809



Figure 4. Leading edge current spike example.

3) *Maximum Duty Cycle:* The maximum duty cycle is user programmable. If a 50% maximum duty cycle is desired connect the slope compensation pin to the $V_s$ internal bias supply voltage. A frequency divider flip-flop will be inserted between the oscillator and the current mode R-S flip-flop the maximum duty cycle will be 50%. The oscillator timing capacitor will need adjustment so that the oscillator will run at twice the output frequency.

If a 90% maximum duty cycle is desired connect a resistor between the slope compensation pin and common. The resistor determines the amount of slope compensation current flowing in the output of the summing junction. The slope compensation has the effect of reducing the current flowing from the summing junction linearly with time. Equation (2) shows how to calculate the desired slope compensation resistor value.

$$R_{SLOPE} = \frac{1.75V}{I_{SLOPE}} \qquad (2)$$

A current mode control loop operating in the continuous conduction mode with duty cycles over 50% requires slope compensation for stability [4]. The amount of slope compensation is a function of the slope of the magnetizing current flowing in the MOSFET. Circuits that have discontinuous conduction over the entire duty cycle range do not need slope compensation. However, in noisy environments, a small bypass capacitor is recommended.

4) *Minimum Load:* Current mode control has a well known problem of regulating at minimum load due to minimum pulse width. A minimum width pulse will transfer a incremental amount of power to the output every time the power switch is turned on. Operating at no load usually require compromises that usually take shape as a pre-load resistor on the output or the switching frequency being reduced by initiating a subharmonic

oscillation. The pre-load solution is unacceptable in modern thermally limited high efficiency designs. The subharmonic oscillation, often called "hiccup mode" is equally unacceptable because of possible audible noise emissions.

The PWR-SMP260 has a minimum load regulator built in that monitors the onset of the minimum pulse width condition. The circuit monitors the summing junction current before slope compensation is added (Figure 1). A shunt regulator is activated when the summing junction current falls below 12% of full scale. The shunt regulator will increases the load on the bootstrap bias supply until the summing junction current returns to 12% of full scale. Figure 5 shows the load transfer effect. As the external load drops below the minimum, the bias load increases to compensate and the load on the switching regulator is relatively constant. The power dissipation in the integrated circuit increases when the minimum load circuit is active. However this occurs when the dissipation in the switching MOSFET is very low and the package has excess thermal capacity.

The control loop gain path is shown in Figure 6. The gain of the minimum load regulator has been matched to the gain of the current mode switching regulator. This allows the control loop dynamics remain the same whether the minimum load circuit is active or not active.

The output transient load response is shown in Figure 7. Note that at light load the gain of the switch mode path decreases but the gain of the minimum load path remains the same and the transient load response is not significantly degraded. A interesting side effect of the minimum load circuit is its effect on bias supply power during a transient. The power consumed from the bias supply is greater than the average of the two states when the period of the transient is close to the control loop response time.

## TOTAL POWER vs. LOAD CURRENT



Figure 5. Minimum load transfer effect.

FCS0527810



Figure 6. Current mode and minimum load control loop.



Figure 7. Minimum load output transient response.

a CMOS logic level and is negative edge sensitive. However, if the signal is held low for longer than 10 μs, it will be interpreted as an on-off signal sending the circuit into a power down state which continues for as long as the signal is low. The interface circuits for isolated synchronization and ON/OFF signals are shown in Figure 9.



Figure 8. Effect of load transient frequency on bias power.

The control loop overshoot, settling time and transient repetition rate affect this characteristic. The bias supply load power vs load transient frequency for a 50% duty cycle is shown in Figure 8. The best load transient response occurs when the capacitance on the bias supply is a minimum.

*C. Oscillator*

The oscillator-switching regulator circuit is designed for optimum performance between 30 and 400 kHz. The oscillator waveform is a sawtooth with a slow rise from zero to 1.75 V followed by a rapid discharge. The oscillator will operate at twice the power supply frequency when the 50% maximum duty cycle option is selected. The oscillator frequency is set with a timing capacitor. The oscillator timing capacitor value can be estimated by dividing 94 μF-Hz by the desired clock frequency.

The oscillator can be synchronized to a clock that is running at a higher frequency. A short pulse of less than 1 μs is applied to the SYNC pin to terminate the clock cycle. The SYNC pin has



Figure 9. (a) Synchronization and (b) ON/OFF interface circuits.

509

FCS0527811

*D. Bias Regulators/Protection Circuitry*

The high voltage linear regulators and power supply fault detection and recovery sequencing circuits are shown in the block diagram Figure 2.

*1) Bias Regulators:* The linear regulator for the internal supply voltage $V_s$ has two sources of power. They are the bootstrap bias supply and the off-line high voltage supply. The regulator has a built-in preference for the bootstrap bias supply. Should the bias supply be incapable of supplying the total requirement, the remaining current will be sourced from the off-line voltage. A small current source connected to the $V_{IN}$ pin is the only current consumed from the off-line voltage when the off-line regulator is turned off.

The internal $V_s$ supply voltage will be operational. This occurs at a minimum $V_{IN}$ voltage of 36 V. This is independent of the bootstrap bias supply voltage.

Reverse current through the bootstrap bias regulator transistor has been eliminated. The $V_s$ supply will not be loaded by circuitry powered from the bias supply at turn-on. Additional primary-referenced circuitry may be powered from the bootstrap bias supply without affecting the operation of the control circuit. If reverse current flow were not blocked the $V_s$ could be loaded down and prevent the undervoltage lockout signal from releasing the switch mode regulator.

*2) Protection Functions:* Protection features include input under voltage lockout, over temperature fault, output under voltage fault and output over current protection consistent with cycle by cycle peak limiting of the switch current. The input under voltage lockout holds the gate of the output MOSFET low and resets the soft start counter chain until the $V_s$ supply voltage is within its valid operating range. The fault conditions control the functioning of the "latched fault logic" and restart delay sequence.

The over temperature protection circuit monitors the junction temperature of the power MOSFET and signals a fault when the preset temperature is exceeded. The fault will continue until the junction temperature drops below a lower level. During the time a fault is sensed, the output switching MOSFET is turned off and the soft start counter chain is reset. The power consumption of the control circuit is reduced during a fault to limit self heating of the off-line regulator.

A fault condition also will be declared when the bootstrap bias voltage drops low enough to draw current from the off-line regulator. This condition indicates that the output voltage is significantly out of regulation and an overload condition exists. The fault condition is not declared when the bootstrap bias voltage is low and the minimum load circuit is active. The bootstrap bias voltage can be momentarily be pulled low during a minimum load transient which would erroneously indicate a fault.

The "latched fault logic" turns off the output MOSFET, reduces the power consumption of the control circuit and starts the restart delay sequence. When the counter reaches 28,672 power supply equivalent cycles the soft start sequence starts.

The power up sequence is between 3969 and 4096 power supply equivalent cycles long. During this time the switching regulator circuits are enabled and the bootstrap bias supply should reach its valid operating range. The bootstrap bias voltage is monitored at the end of this period. If the voltage is below the regulation voltage, a fault is signaled and the cycle repeats. This characteristic produces a foldback current limit function as shown in Figure 10. This function is very effective for limiting the dissipation in over load and short circuit conditions.

*3) Soft Start:* During power up the circuit has an optional soft start function. Soft start is enabled by connecting the soft start pin to the $V_s$ pin and disabled by connecting it to common. When soft start is disabled, the maximum switch current is available for power transfer to the output. When the output voltage is low this usually puts the transformer deep into continuous conduction mode. The circulating current rises rapidly and the transformer core can be driven into saturation. The output rectifier also experiences a large current and thermal transient.

When soft start is enabled the maximum output switch current is programmed linearly increasing from zero to maximum in 4096 power supply equivalent clock cycles. A 5 bit digital-to-analog converter controls the current available from the summing junction during the power up period.

Power up is the time when most power supplies fail. The soft start function reduces all of the power supply component peak stresses during the power up sequence. This should produce a power supply with a superior demonstrated reliability.

### CURRENT LIMIT CHARACTERISTIC



Figure 10. Foldback current limit for flyback operation.

FCS0527812

### III. CONTROL LOOP MODEL

The current mode control loop can be modeled as a controlled current source driving the total output capacitance of the power supply as shown in Figure 6. The transfer function will have a one pole response and have 90 degrees of phase margin [5].

The gain of the optical coupler is equal to the current transfer ratio (CTR). The CTR for a 4N26 optical coupler is typically 0.5 with a range of 0.3 to 1 when operating at output currents between 0.5 to 0.75 mA[6]. The input impedance of the optical coupler port on the integrated circuit is kept low so that the pole formed by the optical coupler capacitance will be as high frequency as possible.

Equation (3) describes the output voltage to LED current gain of the typical TL431 error amplifier circuits shown in Figures 11 and 12.

$$\frac{I_{LED}}{V_O} = \frac{1 + \left[\left(\frac{1}{2\pi \times R_6 \times C_1}\right) \times \left(1 + \frac{f}{\frac{1}{2\pi \times R_2 \times C_1}}\right)\right]}{R_1} \quad (3)$$

The error amplifier has two forward gain paths. The first is through the amplifier section, which is dominant until the amplifier reaches unity gain. The second is directly from the output to the optical coupler. At frequencies greater than the unity gain frequency the signal path directly from the output to the optical coupler dominates.

Circuits that have an output π filter should partition the error amplifier. The optical coupler should be connected to the input of the π filter and the voltage sensing divider can be connected to the output of the π filter. This insures that the two poles of the output π filter will not be present in the high frequency response of the error amplifier [7].



Figure 11. Flyback converter circuit using the PWR-SMP260.

511

FCS0527813

## IV. PACKAGE AND LAYOUT CONSIDERATIONS

The integrated circuit package is a single in-line power tab package 30 mm wide by 3.5 mm thick by 20.2 mm high. The high-voltage pins have a 3.1 mm gap between them for international safety spacing requirements. The pins are on 1.27 mm centers with a 2.54 mm stagger bend. This allows a printed circuit board to be designed with a high voltage pad to pad spacing greater than the required 2.5 mm for IEC950. A pad diameter of 1.52 mm and a hole size of 1.02 mm can be used.

The power tab is electrically connected to the source of the output MOSFET. An insulator between the heat sink and the power tab is not required. Connecting the heat sink to the circuit common is also advantageous for EMI suppression.

## V. FEATURES APPLIED TO POWER SUPPLY AND BATTERY CHARGING APPLICATIONS

The wide range in bootstrap bias supply voltage 8 to 30 V relieves the granularity of the output to bias winding turns ratio. Battery charging applications require a wide range output voltage to track the terminal voltage of a charging battery.

The bootstrap bias supply under voltage shutdown can prevent a discharged battery with a shorted cell from being charged. The shorted cell will drop the battery terminal voltage below the minimum output voltage and this function will prevent over heating and possible rupture of the remaining cells.

The electronic on/off is also useful in system applications such as battery chargers controlled by microcontrollers. The synchronizing and on/off control pin can be driven using a transformer or optical coupler as shown in Figure 9.

The 90% duty cycle option allows applications to operate down to lower input voltages with some compromise in output ripple voltage and rectifier stress. Built-in slope compensation reduces the external circuitry required to implement this function.

Minimum load control prevents leading edge blanking from requiring a minimum output power. Feedforward control allows for open loop compensation for variations in the input voltage. A design with the correct transformer inductance and operating frequency will provide an open loop constant power transfer circuit. The shutdown automatic restart function requires that the bootstrap bias supply be above 8 V within 4096 equivalent clock cycles. This puts a limit on the amount of capacitance that can be charged during this time.

## VI. THE 60 WATT POWER SUPPLY

The schematic for the flyback power supply is shown in Figure 11. The Line and Load Regulation is <0.1%. The same circuit can be designed to operate continuously over the universal input voltage range of 85 to 265 VAC$_{RMS}$ by changing the transformer turns ratio. However, the increase in input voltage range reduces the output power to 30 W. The line, load

regulation is <0.1%. The 30 W circuit has been demonstrated within an enclosure with dimensions of 32.5 x 60 x 95 mm.

A forward converter can be constructed by replacing the secondary-side components of Figure 11 with those shown in Figure 12. The output inductor is common with the bias supply to insure minimum load operation.



Figure 12. Modifications to the secondary-side circuitry to form a forward converter.

## REFERENCES

[1] Bill Andreycak and Larry Wolford, "High frequency PWM controllers – a new enhanced generation," *HFPC Proceedings*, pp. 94-107, June 1991.
[2] M. Sayani, R. White, D Nason, and W. Taylor, "Isolated feedback for off-line switching power supplies with primary-side control," *Proceedings of the Third Annual IEEE Applied Power Electronics Conference*, pp. 203-211, 1988.
[3] Bill Andreycak and Larry Wolford, "High frequency PWM controllers – a new enhanced generation," *HFPC Proceedings*, pp. 94-107, June 1991..
[4] S.P. Hsu, A. Brown, L. Rensink, and R.D. Middlebrook, "Modelling and analysis of switching DC-DC converters in constant-frequency current-programmed mode," *Proceedings of the IEEE Power Electronics Specialists Conference*, pp. 284-301, 1979.
[5] R. B. Ridley, "A new continuous-time model for current-mode control," *Power Conversion and Intelligent Motion Conference Proceedings*, pp. 455-464, October 1989.
[6] R.B. Ridley, "Secondary LC filter analysis and design techniques for current-mode-controlled converters," *IEEE Transaction on Power Electronics*, Vol. PE-3, No. 4, pp. 499-507, October 1988
[7] ibid.

FCS0527814

# EXHIBIT G

# SMP211
# PWM Power Supply IC
### 85-265 VAC Input
### Isolated, Regulated DC Output



## Product Highlights

**Integrated Power Switch and CMOS Controller**
- Output power up to 10 W from rectified 220 VAC input, 5 W from rectified universal (85 to 265 VAC) input
- External transformer provides isolated output voltages
- Integrated solution minimizes overall size

**High-voltage, Low-capacitance MOSFET Output**
- Designed for 120/220 V off-line applications
- Can also be used with DC inputs from 36 V to 400 V
- Low capacitance allows for high frequency operation

**High-speed Voltage-mode PWM Controller**
- Internal pre-regulator self-powers the IC on start-up
- Wide $V_{BIAS}$ voltage range
- Designed for use with optocoupler feedback

**Built-In Self-protection Circuits**
- Adjustable cycle-by-cycle current limit
- Latching shutdown can be used for output overvoltage protection
- Input undervoltage lockout
- Thermal shutdown

## Description

The SMP211, intended for 220 V or universal off-line isolated power supply applications, combines a high voltage power MOSFET switch with a switchmode power system controller in a monolithic integrated circuit. Few external components are required to implement a small, low-cost, isolated, off-line power supply.

The high-speed power MOSFET switch features include high voltage, low $R_{DS(ON)}$, low capacitance, and low threshold voltage. Low capacitance and low threshold voltage reduce gate drive and bias power, allowing higher frequency operation.

The controller section of the SMP211 contains all the blocks required to drive and control the power stage: off-line pre-regulator, oscillator, bandgap reference, error amplifier, gate driver, and circuit protection. This voltage-mode Pulse Width Modulation control circuit is optimized for flyback topologies, but may be used with other topologies as well.

The SMP211 is available in a 16-pin plastic batwing DIP or 20-pin batwing SOIC package.



Figure 1.  Typical Application



Figure 2.  Pin Configuration

| PART NUMBER | PACKAGE OUTLINE | $T_j$ RANGE |
|---|---|---|
| SMP211BNI | P16B | -40 to 125°C |
| SMP211SRI | S20B | -40 to 125°C |

  **2-46** *TOP200 FAMILY RECOMMENDED FOR NEW DESIGNS*

■ 7289229 0001412 860 ■

**SMP211**



*Figure 3. Functional Block Diagram of the SMP211.*

2

■ 7289229 0001413 7T7 ■

FCS1685479

**SMP211**

## Pin Functional Description

(Pin Number in Parentheses for SOIC version)

**Pin 1(1):**
High voltage $V_{IN}$ for connection to the high voltage pre-regulator used to self-power the device during start-up.

**Pin 2:**
N/C for creepage distance.

**Pin 3(4):**
A resistor placed between $R_{EXT+}$ and $R_{EXT-}$ sets the internal bias currents.

**Pin 4(5, 6):**
$R_{EXT-}$ is the return for the reference current.

**Pin 5, 12, 13(14, 15, 16, 17):**
COM connections. Ground or reference point for the circuit.

**Pin 6(7):**
The FAULT pin is used with an external resistor to implement current limit. This pin may also driven by an optocoupler to implement over voltage protection of the power supply output.

**Pin 7(9):**
Connection for a bypass capacitor for the internally generated $V_S$ supply.

**Pin 8(10):**
$C_{EXT}$ is used to set the oscillator frequency. Adding external capacitance lowers the PWM frequency.

**Pin 9(11):**
EA IN is the error amplifier inverting input for connection to the external feedback and compensation networks.

**Pin 10(12):**
FEEDBACK is the error amplifier output for connection to the external compensation network.

**Pin 11(13):**
$V_{BIAS}$ is the bootstrap voltage used to self-power the device once the supply is operating.

**Pin 14:**
N/C for creepage distance.

**Pin 15, 16(20):**
Open DRAIN of the output MOSFET. Both pins must be externally connected.

## SMP211 Functional Description

**Bias Regulator**
The onboard supply voltage ($V_S$) is supplied from either of two high-voltage linear regulators. The $V_{IN}$ linear regulator draws current from the high-voltage bus while the $V_{BIAS}$ regulator draws current from a voltage generated from a transformer winding. The $V_{IN}$ regulator dissipates significant power levels and should be cut off during normal operation for improved efficiency. The $V_S$ error amplifier has a built-in preference for generating $V_S$ from the $V_{BIAS}$ regulator, which automatically cuts off the $V_{IN}$ regulator during normal operation. During start-up and under power supply fault conditions, the bias error amplifier generates $V_S$ from the $V_{IN}$ regulator.

$V_S$ is the supply voltage for the controller and driver circuitry. An external bypass capacitor connected to $V_S$ is required for filtering and noise immunity. The value of $V_S$ also determines when the internal undervoltage lockout is enabled. Undervoltage lockout disables the power MOSFET until $V_S$ is within its normal operating range.

**Bandgap Reference**
$V_{REF}$ is a 1.25 V reference voltage generated by the temperature compensated bandgap reference. This reference voltage is used for setting thresholds for comparators, amplifiers, and the thermal shutdown circuit. The external resistor connected between $R_{EXT+}$ and $R_{EXT-}$ and the bandgap reference set the proper internal bias current levels for the various internal circuits.

**Oscillator**
The oscillator linearly charges and discharges the combined internal and external capacitance between two different voltage levels to create a sawtooth waveform for the pulse width modulator. Two digital signals, $D_{MAX}$ and CLOCK are also generated. $D_{MAX}$ corresponds to the rising portion of the sawtooth waveform, and is used to gate the MOSFET driver. A short CLOCK pulse is used to reset the pulse width modulation and current limit latch at the beginning of each cycle.

7289229 0001414 633

**SMP211**

## SMP211 Functional Description (cont.)

### Error Amplifier

The error amplifier consists of a high performance operational amplifier with the non-inverting input connected to the internal bandgap reference voltage. The output of the error amplifier directly controls the duty cycle of the power switch.

### Pulse Width Modulator

The pulse width modulator implements a voltage-mode control loop by driving the power MOSFET with a duty cycle proportional to the voltage on the FEEDBACK pin as shown in Figure 4. The duty cycle signal is generated by a comparator which compares the FEEDBACK voltage with the sawtooth waveform generated on the $C_{\text{osc}}$ pin. As the input voltage increases the duty cycle decreases. A clock signal from the oscillator sets a latch which turns on the power MOSFET. The pulse width modulator resets the latch, turning off the power MOSFET. The $D_{\text{MAX}}$ signal from the oscillator limits the maximum duty cycle by gating the output driver.

### Fault Protection

The FAULT pin is used to implement both cycle-by-cycle MOSFET transistor current limiting and latching output shutdown protection.

The FAULT pin turns off the power MOSFET switch when an overcurrent condition causes the voltage on this pin to drop below the FAULT current limit threshold. The DRAIN current is converted to a voltage by an external sense resistor. An internal current source applied to an external offset resistor biases the FAULT signal to a positive voltage when no DRAIN current is flowing. During an overcurrent condition, current flowing in the sense resistor will cause the FAULT voltage to decrease. When the FAULT voltage falls below the fault current limit threshold for a time period exceeding the current limit delay, the power switch will be latched off until the beginning of the next clock cycle as shown in Figure 4. The FAULT pin will continuously limit the duty cycle on a cycle-by-cycle basis until the fault condition is removed.

For latching output overvoltage protection, an external optocoupler can be used to drive the FAULT pin above the FAULT OV threshold, as shown in Figure 5. A latch is set that turns off the power MOSFET switch. Cycling the undervoltage lockout circuit by removing and restoring input power is necessary to reset the latch and resume normal power supply operation.

### Overtemperature Protection

Temperature protection is provided by a precision analog circuit that turns the power switch off and reduces supply current when the switch junction gets too hot (typically 140°C). When the circuit has cooled past the hysteresis temperature, normal operation resumes.

## General Circuit Operation

The flyback power supply circuit shown in Figure 6 is a 5 volt, 5 watt power supply that operates from 85 to 265 V(rms) AC input voltage. The output voltage is directly sensed and accurately regulated by a secondary-referenced error amplifier. The error amplifier drives an error signal through an optocoupler to the SMP211 which directly controls the duty cycle of the integrated high voltage MOSFET switch. The effective output voltage can be fine-tuned by adjusting the resistive divider formed by R13 and R14. Other output voltages are possible by adjusting the transformer turns ratios as well as the resistor divider.

AC power is rectified and filtered by BR1 and C1 to create the high voltage DC bus applied to the primary winding of T1. The other side of the transformer primary is driven by the integrated high voltage MOSFET transistor within the SMP211. The clamp circuit implemented by R10, C9, and D5 clamps the leading edge voltage spike caused by transformer leakage inductance to a safe value. Ringing caused by parasitic capacitance and leakage inductance is damped by C15 and R9. The power secondary winding is rectified and filtered by D2, C2, and C10 to create the desired output voltage. The bias winding is rectified and filtered by D3 and C5 to create a bias voltage to the SMP211

which effectively cuts off the high voltage internal linear regulator. Common-mode emission currents which flow between the primary windings of the transformer and the secondary output circuitry are attenuated by C12, C17, C7, C8, L2, and L4. Differential-mode emission currents caused by pulsating currents at the input of the power supply are attenuated by C6 and L3. Voltage spikes on the AC line are clamped by VR1.

Internal bias currents are accurately set by R3. Bypass capacitor C3 filters current spikes on the internally generated voltage source $V_S$. The oscillator frequency is determined by C11.

**2**



 **2-49**

FCS1685481

**SMP211**



*Figure 4. Typical Waveforms for (a) Normal Operation, and (b) Cycle-by-cycle Current Limit.*



*Figure 5. Typical Waveforms for Overvoltage Shutdown.*



**SMP211**

## 5 W Universal Off-line Power Supply with Optocoupler Feedback



*Figure 6. Schematic Diagram of a 5 V, 5 W Universal Input Power Supply Utilizing the SMP211 with Optocoupler Feedback.*

**2**

### General Circuit Operation (cont.)

Transistor switch current is sensed by R11. The initial voltage level at the FAULT pin is determined by R2. C16 filters drain switching noise without delaying the current sense signal across R11.

The secondary-referenced error amplifier control system is implemented with a TL431 shunt regulator (U2). This device consists of an accurate 2.5 V bandgap reference, error amplifier, and driver. The output voltage is sensed,

divided by R13 and R14, and applied to the inverting input of the error amplifier. The non-inverting input of the error amplifier is internally connected to the bandgap reference voltage. The frequency response of the error amplifier is determined by the compensation network consisting of R18, C23, and the high frequency gain setting resistor R14. Bias current of 2 mA minimum for U2 is provided by R19. The LED current in the optocoupler is limited by R15.

To achieve full output power and reliable operation of the SMP211, both DRAIN outputs on the plastic batwing DIP version must be connected together at the printed circuit board. These pins are not connected within the package.

To reduce device power dissipation and temperature rise during normal operation, the voltage applied to $V_{BIAS}$ must be greater than the minimum specified value to ensure complete cutoff of the high-voltage linear regulator. Ensure that the maximum specified



■ 7289229 0001417 342 ■

FCS1685483

**SMP211**

### PACKAGE POWER DERATING



### TRANSIENT THERMAL IMPEDANCE



2

C
1/96

7289229 0001424 582

FCS1685490

**SMP211**

## General Circuit Operation (cont.)

voltage on the $V_{BIAS}$ pin is not exceeded when adjusting the value of the output voltage.

Performance data is shown below for the power supply circuit given in Figure 6.

The line and load regulation graphs were measured when operated from a DC source. The switching frequency of the power supply was measured at 250 kHz.

The maximum output power curve shows the power output capability for the normal transformer, and the performance with twice and half the normal number of primary turns.

The output power versus frequency curve was generated by characterization of the SMP211 at various frequencies. Several different power transformers, optimized for each frequency, were used to generate the maximum power at each point. The curves illustrate the trade-off between AC and DC power losses within the device. As AC losses rise with frequency, DC losses and output power must be reduced to maintain the same device maximum power dissipation.

## Typical Performance Characteristics (Figure 6 Power Supply)



■ 7289229 0001418 289 ■

FCS1685484

## Upgrading Existing SMP210 Designs to the SMP211

The SMP211 is compatible with PC boards designed for the SMP210. The resistor required between $V_S$ and $I_{LIMIT}$ on the SMP210 has been eliminated on the SMP211. The $I_{LIMIT}$ pin on the SMP210 has been renamed to FAULT on the SMP211 due to the additional over voltage protection feature. External resistor R2 will have a different value when using the SMP211.

EA- and EAO on the SMP210 have been renamed EA IN and FEEDBACK on the SMP211 because the use of the internal error amplifier is optional. When using primary-referenced feedback winding control the functionality is the same for both devices. An example of this method using the SMP211 is shown in Figure 7.



Figure 7. Implementing Feedback Winding Regulation and Output Overvoltage Protection.

## Implementing Output Overvoltage Protection

If the load is extremely sensitive to overvoltage conditions, an overvoltage shutdown function can be implemented as shown in Figure 7. The output voltage is fed back to the SMP211 via an op amp and optocoupler. If the voltage at pin 6 is greater than $V_{OV}$, the internal latch will shut off the output.

The SMP211 must be restarted by removing the input voltage and then reapplying it, causing the latch to reset and the circuit to begin a new startup cycle.



■ 7289229 0001419 115 ■

FCS1685485

**SMP211**

| Drain Voltage | 800 V |
|---|---|
| $V_{IN}$ Voltage | 500 V |
| $V_{BIAS}$ Voltage | 35 V |
| Drain Current[2] | 800 mA |
| Input Voltage[3] | - 0.3 V to $V_S$ + 0.3 V |
| Storage Temperature | −65 to 125°C |
| Operating Junction Temperature[4] | -40 to 150°C |
| Lead Temperature[5] | 260°C |
| Power Dissipation | |
| BN Suffix ($T_A = 25°C$) | 2.33 W |
| ($T_A = 70°C$) | 1.28 W |
| SR Suffix ($T_A = 25°C$) | 3.33 W |
| ($T_A = 70°C$) | 1.83 W |

| Thermal Impedance ($\theta_{JA}$) | (BN Suffix) | 43°C/W |
|---|---|---|
| | (SR Suffix) | 30°C/W |
| Thermal Impedance ($\theta_{JC}$)[6] | (BN Suffix) | 6°C/W |
| | (SR Suffix) | 6°C/W |

1. Unless noted, all voltages referenced to COM, $T_A = 25°C$
2. 300 µs, 2% duty cycle.
3. Does not apply to $V_{IN}$ or DRAIN.
4. Normally limited by internal circuitry.
5. 1/16" from case for 5 seconds.
6. Measured at pin 12/13 (BN Suffix), or pin 15/16 (SR Suffix).

| Parameter | Symbol | Conditions (Unless Otherwise Specified) $V_{IN}$ = 325 V, $V_{BIAS}$ = 8.5 V, COM = 0 V $R_{EXT}$ = 20.5 kΩ, $C_{EXT}$ = 100 pF $T_J$ = -40 to 125°C (See Note 1) | | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|
| Output Frequency | $f_{OSC}$ | $C_{EXT}$ = Open | | | 900 | | kHz |
| | | | | 193 | 233 | 272 | |
| Duty Cycle Range | DC | $C_{EXT}$ = Open | | 0-35 | 0-40 | | % |
| | | | | 0-48 | 0-52 | | |
| FAULT Offset Current | $I_F$ | | | -103 | -93 | -83 | µA |
| FAULT OV Threshold | $V_{OV}$ | | | 3.5 | $V_S$-1.6 V | 4.9 | V |
| FAULT Current Limit Threshold | $V_{ILIMIT}$ | | | -100 | | 0 | mV |
| Current Limit Delay Time | $t_{d(off)}$ | See Figure 8 | | 75 | 150 | 250 | ns |
| Thermal Shutdown Temperature | | | | 125 | 140 | | °C |
| Thermal Shutdown Hysteresis | | | | | 15 | | °C |

■ 7289229 0001420 937 ■

FCS1685486

SMP211

| Parameter | Symbol | Conditions (Unless Otherwise Specified) $V_{IN}$ = 325 V, $V_{BIAS}$ = 8.5 V, COM = 0 V $R_{EXT}$ = 20.5 kΩ, $C_{EXT}$ = 100 pF $T_j$ = -40 to 125°C (See Note 1) | | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|
| Reference Voltage | $V_{REF}$ | | | 1.21 | 1.25 | 1.29 | V |
| Reference Voltage Temperature Drift | $\Delta V_{REF}$ | | | | ±300 | | ppm/°C |
| Gain-Bandwidth Product | | | | | 500 | | kHz |
| DC Gain | $A_{VOL}$ | | | 60 | 80 | | dB |
| Output Current | $I_{OUT}$ | $V_{FB}$ = 2.3 V | | | -2.5 | | mA |
| | | $V_{FB}$ = 1.1 V | | | 0.7 | | |
| Output Impedance | $Z_{OUT}$ | | | | 27 | | Ω |
| ON-State Resistance | $R_{DS(ON)}$ | $I_D$ = 100 mA | $T_j$ = 25°C | | 20 | 25 | Ω |
| | | | $T_j$ = 100°C | | 33 | 43 | |
| ON-State Current | $I_{D(ON)}$ | $V_{DS}$ = 10 V | $T_j$ = 25°C | 300 | 380 | | mA |
| | | | $T_j$ = 100°C | 200 | 240 | | |
| OFF-State Current | $I_{DSS}$ | $V_{DRAIN}$ = 640 V, $T_A$ = 125°C | | | 100 | 500 | μA |
| Breakdown Voltage | $BV_{DSS}$ | $I_{DRAIN}$ = 250 μA, $T_A$ = 25°C | | 800 | | | V |
| Output Capacitance | $C_{OSS}$ | $V_{DRAIN}$ = 25 V, f = 1 MHz | | | 45 | | pF |
| Output Stored Energy | $E_{OSS}$ | $V_{DRAIN}$ = 400 V | | | 700 | | nJ |
| Rise Time | $t_r$ | See Figure 8 | | | 70 | 150 | ns |
| Fall Time | $t_f$ | See Figure 8 | | | 70 | 150 | ns |

2

$\begin{array}{c} C \\ 1/96 \end{array}$  2-55

■ 7289229 0001421 873 ■

**SMP211**

| Parameter | Symbol | Conditions (Unless Otherwise Specified) $V_{IN}$ = 325 V, $V_{BIAS}$ = 8.5 V, COM = 0 V $R_{EXT}$ = 20.5 kΩ, $C_{EXT}$ = 100 pF $T_J$ = -40 to 125°C (See Note 1) | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|
| Pre-regulator Voltage | $V_{IN}$ | | 36 | | 500 | V |
| Off-line Supply Current | $I_{IN}$ | $V_{BIAS}$ not connected, $C_{EXT}$ = Open | | 3 | 4.5 | mA |
| | | $V_{BIAS}$ > 8.25 V | | | 0.1 | |
| | | Thermal Shutdown ON | | | 2 | |
| $V_{BIAS}$ Supply Voltage | $V_{BIAS}$ | $V_{BIAS}$ externally supplied | 8.25 | | 30 | V |
| $V_{BIAS}$ Supply Current | $I_{BIAS}$ | $V_{BIAS}$ externally supplied | | 3 | 4.5 | mA |
| $V_S$ Source Voltage | $V_S$ | | 5.1 | | 6.4 | V |
| $V_S$ Source Current | $I_S$ | | | | 5 | mA |

**NOTES:**

1. Applying >3.5 V to the $C_{EXT}$ pin activates an internal test circuit that turns on the output switch continuously. Destruction of the part can occur if the output of the SMP211 is connected to a high voltage power source when the test circuit is activated.



*Figure 8. Current Limit Delay/Switching Time Test Circuit.*

■ 7289229 0001422 70T ■

FCS1685488



**SMP211**

**BREAKDOWN vs. TEMPERATURE**



**$f_{PWM}$ vs. EXTERNAL CAPACITANCE**



**$C_{OSS}$ vs. DRAIN VOLTAGE**



**DRAIN CHARGE vs. DRAIN VOLTAGE**



**2**

**DRAIN CAPACITANCE ENERGY**



**OUTPUT CHARACTERISTICS**



■ 7289229 0001423 646 ■

FCS1685489

**PACKAGES**



| A | .460-.480 | 11.68-12.19 |
|---|---|---|
| B | .400-.415 | 10.16-10.54 |
| C | .238-.260 | 5.99-6.60 |
| D | .240 - REF. | 6.10 - REF. |
| E | .520-.560 | 13.21-14.22 |
| F | .028-.038 | .71-.97 |
| G | .045-.055 | 1.14-1.40 |
| H | .090-.110 | 2.29-2.79 |
| J | .165-.185 | 4.19-4.70 |
| K | .045-.055 | 1.14-1.40 |
| L | .095-.115 | 2.41-2.92 |
| M | .015-.020 | .38-.51 |
| N | .705-.715 | 17.91-18.16 |
| O | .146-.156 | 3.71-3.96 |
| P | .103-.113 | 2.62-2.87 |

Notes:
1. Package dimensions conform to JEDEC specification TO-220 AB for standard flange mounted, peripheral lead package; .100 inch lead spacing (Plastic) 3 leads (Issue J, March 1987)
2. Controlling dimensions are inches.
3. Pin numbers start with Pin 1, and continue from left to right when viewed from the top.
4. Dimensions shown do not include mold flash or other protrusions. Mold flash or protrusions shall not exceed .006 (.15 mm) on any side.
5. Position of terminals to be measured at a position .36 (6.35 mm) from the body.
6. All terminals are solder plated.

PI-1848-050696



| A | .395 MAX | 10.03 MAX |
|---|---|---|
| B | .090-.110 | 2.29-2.79 |
| C | .015-.021 | 0.38-0.53 |
| D | .040 TYP | 1.02 TYP |
| E | .015-.030 | 0.38-0.76 |
| F | .125 MIN | 3.18 MIN |
| G | .015 MIN | 0.38 MIN |
| H | .125-.135 | 3.18-3.43 |
| J | .300-.320 | 7.62-8.13 |
| K | .245-.255 | 6.22-6.48 |
| L | .009-.015 | 0.23-0.38 |

Notes:
1. Package dimensions conform to JEDEC specification MS-001-AB for standard dual in-line (DIP) package .300 inch row spacing (PLASTIC) 8 leads (Issue B, 7/85).
2. Controlling dimensions: Inches.
3. Dimensions are for the molded body and do not include mold flash or other protrusions. Mold flash or protrusions shall not exceed .010 inch (.25 mm) on any side.
4. These dimensions measured with the leads constrained to be perpendicular to package bottom.
5. Pin 1 orientation identified by end notch or dot adjacent to Pin 1.

Note 5

0 – 15°

PI-1842-050196

**5**

B 7/96

5-1

■ 7289229 0001810 611 ■

FCS1685491

## PACKAGES



| | | |
|---|---|---|
| A | .780 MAX | 19.81 MAX |
| B | .090-.110 | 2.29-2.79 |
| C | .015-.021 | .38-.53 |
| D | .040 TYP | 1.02 TYP |
| E | .015-.030 | .38-.76 |
| F | .125 MIN | 3.18 MIN |
| G | .015 MIN | .38 MIN |
| H | .125-.135 | 3.18-3.43 |
| J | .300-.320 | 7.62-8.13 |
| K | .245-.255 | 6.22-6.48 |
| L | .009-.015 | .23-.38 |

Notes:
1. Package dimensions conform to JEDEC specification MS-001-AA for standard dual in-line (DIP) package .300 inch row spacing (PLASTIC) 16 leads (Issue B, 7/86). Except for joining of Pins 4-5 and Pins 12-13.
2. Controlling dimension: inches.
3. Dimensions are for the molded body and do not include mold flash or protrusions. Mold flash or protrusions shall not exceed .010 inch (.25 mm) on any side.
4. These dimensions measured with the leads constrained to be perpendicular to package bottom.
5. Pin 1 orientation identified by end notch or dot adjacent to Pin 1.

PI-1844-050196



| | | |
|---|---|---|
| A | 0.189-0.197 | 4.80-5.00 |
| B | 0.050 TYP | 1.27 TYP |
| C | 0.014-0.019 | 0.35-0.49 |
| D | 0.012 TYP | 0.31 TYP |
| E | 0.053-0.069 | 1.35-1.75 |
| F | 0.004-0.010 | 0.10-0.25 |
| G | 0.228-0.244 | 5.80-6.20 |
| H | 0.007-0.010 | 0.19-0.25 |
| J | 0.021-0.045 | 0.51-1.14 |
| K | 0.150-0.157 | 3.80-4.00 |

Notes:
1. Package dimensions conform to JEDEC specification MS-012-AA for standard small outline (SO) package, 8 leads, 3.75 mm (.150 inch) body width (Issue A, June 1985).
2. Controlling dimensions are in mm.
3. Dimensions are for the molded body and do not include mold flash or protrusions. Mold flash or protrusions shall not exceed .15 mm (.006 inch) on any side.
4. Pin 1 side identified edge by chamfer on top of the package body or indent on Pin 1 end.

PI-1845-050196

■ 7289229 0001811 558 ■

FCS1685492

**PACKAGES**



| A | .398-.413 | 10.10-10.50 |
|---|---|---|
| B | .050 BSC | 1.27 BSC |
| C | .014-.018 | 0.36-0.46 |
| E | .093-.104 | 2.35-2.65 |
| F | .004-.012 | 0.10-0.30 |
| J | .394-.418 | 10.01-10.62 |
| L | .009-.012 | 0.23-0.32 |
| M | .020-.040 | 0.51-1.02 |
| N | .291-.299 | 7.40-7.60 |

Notes:
1. Package dimensions conform to JEDEC specification MS-013-AA for standard small outline (SO) package, 16 leads, 7.50 mm (.300 inch) body width (Issue A, June 1985).
2. Controlling dimensions are in mm.
3. Dimensions are for the molded body and do not include mold flash or protrusions. Mold flash or protrusions shall not exceed .15 mm (.006 inch) on any side.
4. Pin 1 side identified by chamfer on top edge of the package body or indent on Pin 1 end.

PI-1846-050196



| A | .496-.512 | 12.60-13.00 |
|---|---|---|
| B | .050 BSC | 1.27 BSC |
| C | .014-.019 | 0.35-0.49 |
| E | .093-.104 | 2.35-2.65 |
| F | .004-.012 | 0.10-0.30 |
| J | .394-.419 | 10.00-10.65 |
| L | .009-.013 | 0.23-0.32 |
| M | .016-.050 | 0.40-1.27 |
| N | .291-.299 | 7.40-7.60 |

Notes:
1. Package dimensions conform to JEDEC specification MS-013-AC for standard small outline (SO) package, 20 leads, 7.50 mm (.300 inch) body width (Issue A, June 1985). Except for joining of Pins 5-8 and Pins 13-14-16.
2. Controlling dimensions are in mm.
3. Dimensions are for the molded body and do not include mold flash or protrusions. Mold flash or protrusions shall not exceed .15 mm (.006 inch) on any side.
4. Pin 1 side identified by chamfer on top edge of the package body or indent on Pin 1 end.

PI-1847-050196

5

7289229 0001812 494

FCS1685493

# Tape & Reel Ordering Information



Power Integrations, Inc. makes selected surface-mount parts available in tape and reel form for use with automatic pick-and-place equipment. Tape and reel specifications meet or exceed industry standard specification EIA-481.

### Ordering Information

Parts available in tape and reel form can be ordered by placing a T&R ordering suffix after the base part number. Standard orientation is Pin 1 Left. The ordering suffix for this orientation (see Figure 1) is TL. For example:

| Base Part # | T&R Suffix |
|---|---|
| INT100S | -TL |

Please contact the factory for other options. Minimum order size is 1 reel per line item, and all orders will be in multiples of full reel quantities. The quantity per reel for each package type is shown in Table 1. Power Integrations normal terms and conditions apply.

### Electrical Specifications

Parts are subjected to the Power Integrations standard test flow, after which the parts are loaded into the tape cavities and sealed with a cover tape using standard anti-static handling procedures. The tape and cover are constructed of conductive modified polystyrene, providing a surface resistivity of $\leq 10^4$ $\Omega$/square. The reel is made of polystyrene with a topical anti-static coating, providing a surface resistivity of $\leq 10^{11}$ $\Omega$/square.

### Physical Specifications

Physical specifications of the tape, cover, and reel are governed by EIA-481. Physical dimensions of the tapes are given in Figure 2 and Table 2, and physical dimensions of the reels are given in Figure 3 and Table 3.

**5**

### Packaging for Shipment

Power Integrations supplies the following information on the side of each reel for ease of product identification:

• Power Integrations part number (MPN), including orientation suffix
• Encapsulation date code (D/C)
• Assembly lot identification (LOT)
• Quantity (QTY)
• Tape and reel packing date code (R/D)



| | | | | |
|---|---|---|---|---|
| SO-8 | 12mm | 8mm | 330mm | 2500 |
| SO-16 (W) | 16mm | 12mm | 360mm | 1000 |
| SO-20 | 24mm | 12mm | 360mm | 1000 |

*Table 1. Primary Tape & Reel Dimensions and Reel Quantities.*



*Figure 1. Part Orientation and Ordering Suffix.*



7289229 0001813 320

FCS1685494

**TAPE & REEL**



Figure 2. Tape Dimension Index.

| Plastic SO-8 | 12 mm | 6.3-6.5 | 5.1-5.3 | 8.2 (max) | 1.5-1.6 | 1.5 (min) | 1.65-1.85 | 5.45-5.55 | 4.5 (max) |
| Plastic SO-16 (W) | 16 mm | 10.8-11.0 | 10.6-10.8 | 12.1 (max) | 1.5-1.6 | 1.5 (min) | 1.65-1.85 | 7.40-7.60 | 6.5 (max) |
| Plastic SO-20 | 24 mm | 10.8-11.0 | 13.2-13.4 | 20.1 (max) | 1.5-1.6 | 1.5 (min) | 1.65-1.85 | 11.40-11.60 | 6.5 (max) |

| Plastic SO-8 | 12 mm | 2.00-2.20 | 7.9-8.1 | 3.9-4.1 | 1.95-2.05 | 30 (min) | 0.400 (max) | 0.10 (max) | 11.7-12.3 |
| Plastic SO-16 (W) | 16 mm | 2.90-3.10 | 11.9-12.1 | 3.9-4.1 | 1.90-2.10 | 40 (min) | 0.400 (max) | 0.10 (max) | 15.7-16.3 |
| Plastic SO-20 | 24 mm | 2.90-3.10 | 11.9-12.1 | 3.9-4.1 | 1.90-2.10 | 50 (min) | 0.400 (max) | 0.10 (max) | 23.7-24.3 |

Table 2. Tape Dimensions (in mm).

**5**

7289229 0001814 267

FCS1685495

**TAPE & REEL**



*Figure 3. Reel Dimension Index.*

| Plastic SO-8 | 12 mm | 330 (max) | 1.5 (min) | 12.80-13.20 | 20.2 (min) | 12.4-14.4 | 50 (min) | 18.4 (max) |
|---|---|---|---|---|---|---|---|---|
| Plastic SO-16 (W) | 16 mm | 360 (max) | 1.5 (min) | 12.80-13.20 | 20.2 (min) | 16.4-18.4 | 50 (min) | 22.4 (max) |
| Plastic SO-20 | 24 mm | 360 (max) | 1.5 (min) | 12.80-13.20 | 20.2 (min) | 24.4-26.4 | 50 (min) | 30.4 (max) |

*Table 3. Reel Dimensions (in mm).*

**5**

■ 7289229 0001815 1T3 ■

FCS1685496