# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 6, 2006

The Honorable Joseph J. Farnan, Jr.  
United States District Court  
844 King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al.*, C.A. No. 04-1371-JJF

Dear Judge Farnan:

On November 30, 2006, the Court issued a Memorandum Order (D.I. 446) scheduling the invalidity trial in this matter to begin on May 7, 2006. Unfortunately, three of the attorneys representing Fairchild already have trials scheduled to begin that same day. Fairchild's lead attorney, Hopkins Guy, is schedule to begin trial in the Eastern District of Texas representing Intel Corporation in *Biax Corp. v. Intel Corp.*, 2-05CV-184 (TJW). That trial is scheduled to last one to two weeks. Bill Anthony and Bas de Blank are scheduled to begin trial in the Northern District of California representing Tandberg in *Collaboration Properties, Inc. v. Tandberg ASA and Tandberg Inc.*, C 05-01940 MHP. That trial is scheduled to last two weeks.

Therefore, Fairchild respectfully requests that the Court reschedule the invalidity trial to a date at which all parties' counsel can attend. Fairchild's attorneys have no significant conflicts after the completion of the Intel and Tandberg trials. If it would be convenient for the Court, Fairchild proposes June 4, 2007 as an alternative date.

Respectfully,

*John G. Day*

John G. Day

JGD/dmf  
175795.1

c: William J. Marsden, Jr. Esquire (by hand)  
Frank E. Scherkenbach, Esquire (via electronic mail)  
Howard G. Pollack, Esquire (via electronic mail)  
G. Hopkins Guy, III, Esquire (via electronic mail)