# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

P.O. Box 1114
Wilmington, Delaware
19899-1114

901 Market Street
Suite 400
Wilmington, Delaware
19801

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

December 7, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al.*
      USDC-D. Del., C.A. No. 04-1371 JJF

Dear Judge Farnan:

I write in response to Mr. Day's letter of yesterday, December 6, regarding a scheduling conflict that Fairchild says its counsel has with respect to the new trial date of May 7, 2006. (D.I. 449)

Although, like the Court, reading Mr. Day's letter was the first time Power Integrations was made aware of the issue, Power Integrations is willing to accommodate Fairchild, but only if the Court's schedule would allow trial to proceed June 4-7. Thereafter, Power Integrations' own counsel has conflicts into July and Power Integrations would object to any further delay, for the reasons Power Integrations already has explained to the Court.

If the Court cannot reschedule the trial for June to accommodate Fairchild, Power Integrations requests that the May 7 date remain. Orrick is a large firm, the validity issues in dispute are narrow, and there are other fine trial lawyers at Orrick who could present Fairchild's validity defense in a 4-day trial.

Respectfully,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr.
(#2247)

WJM/kxk /80039866.doc

cc:   Clerk of Court (via ECF and hand delivery)
      G. Hopkins Guy, Esq. (via e-mail and first class mail)
      John G. Day, Esq. (via ECF and hand delivery)