# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

December 11, 2006

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
P. O. Box 1114
Wilmington, DE 19899

Steven J. Balick, Esquire
Ashby & Geddes
P. O. Box 1150
Wilmington, DE 19899

      RE:    Power Integrations v. Fairchild SemiConductor Int'l Inc., et al.
             Civil Action No. 04-1371 JJF

Dear Counsel:

      To accommodate the parties and counsel, the invalidity trial will be scheduled for June 4 - 7. In this regard, it may be necessary for the extended trial day to be shared with another case, Dobrich, et al. v. Indian River School District, et al., C.A. No. 05-120 JJF.

      The coordination of the two trials will be discussed closer to the trial date.

Sincerely,

*[signature]*

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Clerk, U.S. District Court