IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>       Defendants. | C.A. No. 04-1371 JJF<br><br>**PUBLIC VERSION** |

**REDACTED
SUPPLEMENTAL DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS' RESPONSE TO FAIRCHILD'S SUPPLEMENTAL BRIEF RE PRIOR ART REFERENCES AND INVALIDITY CONTENTIONS**

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Michael R. Headley
Howard G. Pollack
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Dated: December 22, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>   Defendants. | C.A. No. 04-1371-JJF<br><br>**PUBLIC VERSION** |

**SUPPLEMENTAL DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS' RESPONSE TO FAIRCHILD'S SUPPLEMENTAL BRIEF RE PRIOR ART REFERENCES AND INVALIDITY CONTENTIONS**

I, William J. Marsden, Jr., declare as follows:

1. I am an attorney at Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit R is a true and correct copy of excerpts from the minuscript of the Videotaped Deposition Transcript of Paul Horowitz, taken on February 4, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of November, 2006, at Wilmington, Delaware.

                */s/ William J. Marsden, Jr.*
                William J. Marsden, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2006, I electronically filed a SUPPLEMENTAL DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS' RESPONSE TO FAIRCHILD'S SUPPLEMENTAL BRIEF RE PRIOR ART REFERENCES AND INVALIDITY CONTENTIONS with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on December 22, 2006, I have sent via email to the following non-registered participants:

Bas de Blank
Orrick, Herrington, Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

                */s/ William J. Marsden, Jr.*
                William J. Marsden, Jr.

# Exhibit R

# EXHIBIT REDACTED IN ITS ENTIRETY