IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>       Defendants. | C.A. No. 04-1371-JJF |

**[PROPOSED] ORDER GRANTING POWER INTEGRATIONS' MOTION TO PRECLUDE USE BY FAIRCHILD OF ADDITIONAL INVALIDITY MATERIALS FIRST DISCLOSED AFTER THE CLOSE OF DISCOVERY, AND AFTER THE INITIAL TRIAL**

Good cause having been shown, Power Integrations' Motion to Preclude Use by Fairchild of Materials First Disclosed After the Close of Discovery, and After the Initial Trial is GRANTED. The Court hereby EXCLUDES from the upcoming validity trial the following items:

    a. DX544 (chips)
    b. Portions of DX545 (the four new items labeled I424, I429, I434, and I443)
    c. DX546 (wafers)
    d. DX547 (bond diagrams)
    e. DX548 (magnified photos)

IT IS SO ORDERED.

Dated:_____

                                                            JUDGE OF THE UNITED STATES
                                                           DISTRICT COURT