IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF<br><br>DATE:  March 2, 2007<br><br>TIME:  10:00 a.m. |

**POWER INTEGRATIONS' MOTION TO PRECLUDE USE BY FAIRCHILD OF ADDITIONAL INVALIDITY MATERIALS FIRST DISCLOSED AFTER THE CLOSE OF DISCOVERY, AND AFTER THE INITIAL TRIAL**

For the reasons set forth in the accompanying Brief and its supporting papers and evidence, the file in this case, and other matters deemed appropriate by the Court, Plaintiff Power Integrations, Inc. ("Power Integrations") hereby moves to preclude Defendant Fairchild Semiconductor Int'l ("Fairchild") from introducing into evidence or utilizing at trial materials disclosed after the close of the first trial.  Specifically, Plaintiff moves to exclude the following items: DX544 (chips), parts of DX545 (the four new items labeled I424, I429, I434, and I443), DX546 (wafers), DX547 (bond diagrams), and DX548 (magnified photos).  A proposed form of order is attached hereto.  In accordance with the procedures set forth in the Court's Standing Order Regarding Non-Dispositive Motions in patent cases, Power Integrations will present this motion on March 2, 2007 at 10:00 a.m.

Dated:  February 7, 2007    FISH & RICHARDSON P.C.


By:  /s/ *William J. Marsden, Jr.*
  William J. Marsden, Jr. (#2247)
  919 N. Market Street, Suite 1100
  P.O. Box 1114
  Wilmington, DE  19899-1114
  Telephone: (302) 652-5070
  Facsimile:  (302) 652-0607

  Frank E. Scherkenbach
  225 Franklin Street
  Boston, MA  02110-2804
  Telephone: (617) 542-5070
  Facsimile:  (617) 542-8906

  Howard G. Pollack
  Michael R. Headley
  500 Arguello Street, Suite 500
  Redwood City, CA  94063
  Telephone: (650) 839-5070
  Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

## CERTIFICATION PURSUANT TO LOCAL RULE
## OF CIVIL PROCEDURE 7.1.1

Pursuant to Local Rules of Civil Procedure 7.1.1, counsel for Power Integrations certifies that it has in good faith conferred with counsel for Fairchild in an effort to resolve the matters set forth in this motion, but that the parties, after a reasonable effort, are unable to resolve the dispute.

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I electronically filed with the Clerk of Court **POWER INTEGRATIONS' MOTION TO PRECLUDE USE BY FAIRCHILD OF ADDITIONAL INVALIDITY MATERIALS FIRST DISCLOSED AFTER THE CLOSE OF DISCOVERY, AND AFTER THE INITIAL TRIAL** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent as indicated:


**BY HAND DELIVERY**
Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC. and
FAIRCHILD SEMICONDUCTOR
CORPORATION, and third party
INTERSIL CORPORATION


**BY E-MAIL AND FIRST CLASS MAIL**
G. Hopkins Guy, III
Gabriel Ramsey
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC. and
FAIRCHILD SEMICONDUCTOR
CORPORATION


/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

50397922.doc