IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>　　　　Defendants. | C.A. No. 04-1371 JJF<br><br>DATE:　March 2, 2007<br><br>TIME:　10:00 a.m. |

**POWER INTEGRATIONS' NOTICE OF MOTION TO PRECLUDE
USE BY FAIRCHILD OF ADDITIONAL INVALIDITY MATERIALS FIRST
DISCLOSED AFTER THE CLOSE OF DISCOVERY, AND AFTER
THE INITIAL TRIAL**

　　　　PLEASE TAKE NOTICE THAT, in accordance with the procedures set forth in the Court's Standing Order Regarding Non-Dispositive Motions in patent cases, Plaintiff Power Integrations, Inc. will move to preclude use by Fairchild of additional invalidity materials first disclosed after the close of discovery, and after the initial trial, at 10:00 a.m. on March 2, 2007, or as soon thereafter as the motion may be heard.

Dated: February 8, 2007   FISH & RICHARDSON P.C.


By: /s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I electronically filed with the Clerk of Court **POWER INTEGRATIONS' NOTICE OF MOTION TO PRECLUDE USE BY FAIRCHILD OF ADDITIONAL INVALIDITY MATERIALS FIRST DISCLOSED AFTER THE CLOSE OF DISCOVERY, AND AFTER THE INITIAL TRIAL** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent as indicated:

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FIRST CLASS MAIL**<br>G. Hopkins Guy, III<br>Gabriel Ramsey<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

80041812.doc