IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>        Defendants. | C.A. No. 04-1371-JJF<br><br>DATE:  March 2, 2007<br><br>TIME:  10:00 a.m. |

**POWER INTEGRATIONS' NOTICE OF MOTION FOR
LEAVE TO REPLY TO FAIRCHILD'S SUPPLEMENTARY
EXPERT REPORT OF DR. PETER GWOZDZ**

PLEASE TAKE NOTICE THAT, in accordance with the procedures set forth in the Court's Standing Order Regarding Non-Dispositive Motions in patent cases, Plaintiff Power Integrations, Inc. will move for leave to reply to Fairchild's Supplementary Expert Report of Dr. Peter Gwozdz at 10:00 a.m. on March 2, 2007, or as soon thereafter as the motion may be heard.

Dated:  February 8, 2007                FISH & RICHARDSON P.C.


                                        By: */s/ William J. Marsden, Jr.*
                                            William J. Marsden, Jr. (#2247)
                                            919 N. Market Street, Suite 1100
                                            P.O. Box 1114
                                            Wilmington, DE  19899-1114
                                            Telephone: (302) 652-5070
                                            Facsimile:  (302) 652-0607

                                            Frank E. Scherkenbach
                                            225 Franklin Street
                                            Boston, MA  02110-2804
                                            Telephone: (617) 542-5070
                                            Facsimile:  (617) 542-8906

                                            Howard G. Pollack
                                            Michael R. Headley
                                            500 Arguello Street, Suite 500
                                            Redwood City, CA  94063
                                            Telephone: (650) 839-5070
                                            Facsimile:  (650) 839-5071

                                        Attorneys for Plaintiff
                                        POWER INTEGRATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I electronically filed with the Clerk of Court **POWER INTEGRATIONS' NOTICE OF MOTION FOR LEAVE TO REPLY TO FAIRCHILD'S SUPPLEMENTARY EXPERT REPORT OF DR. PETER GWOZDZ** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent as indicated:

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FIRST CLASS MAIL**<br>G. Hopkins Guy, III<br>Gabriel Ramsey<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

50398910.doc