IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>    Defendants. | C.A. No. 04-1371-JJF<br><br>DATE:  March 2, 2007<br><br>TIME:  10:00 a.m. |

**POWER INTEGRATIONS' MOTION FOR LEAVE
TO REPLY TO FAIRCHILD'S SUPPLEMENTARY EXPERT REPORT
OF DR. PETER GWOZDZ**

For the reasons set forth in the accompanying Brief and its supporting papers and evidence, the file in this case, and other matters deemed appropriate by the Court, Plaintiff Power Integrations, Inc. ("Power Integrations") hereby seeks leave for its process technical expert, Michael Shields, to respond to untimely contentions first raised by the process technical expert of Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation ("Fairchild"), Dr. Peter Gwozdz, after Mr. Shields provided his timely reports and sat for his deposition.  A proposed form of order is attached hereto.  In accordance with the procedures set forth in the Court's Standing Order Regarding Non-Dispositive Motions in patent cases, Power Integrations will present this motion on March 2, 2007 at 10:00 a.m.

| | |
|---|---|
| Dated: February 8, 2007 | FISH & RICHARDSON P.C. |

        By: /s/ *William J. Marsden, Jr.*
            William J. Marsden, Jr. (#2247)
            919 N. Market Street, Suite 1100
            P.O. Box 1114
            Wilmington, DE 19899-1114
            Telephone: (302) 652-5070
            Facsimile: (302) 652-0607

            Frank E. Scherkenbach
            225 Franklin Street
            Boston, MA 02110-2804
            Telephone: (617) 542-5070
            Facsimile: (617) 542-8906

            Howard G. Pollack
            Michael R. Headley
            500 Arguello Street, Suite 500
            Redwood City, CA 94063
            Telephone: (650) 839-5070
            Facsimile: (650) 839-5071

        Attorneys for Plaintiff
        POWER INTEGRATIONS, INC.

**CERTIFICATION PURSUANT TO LOCAL RULE
OF CIVIL PROCEDURE 7.1.1**

Pursuant to Local Rules of Civil Procedure 7.1.1, counsel for Power Integrations certifies that it has in good faith conferred with counsel for Fairchild in an effort to resolve the matters set forth in this motion, but that the parties, after a reasonable effort, are unable to resolve the dispute.

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I electronically filed with the Clerk of Court **POWER INTEGRATIONS' MOTION FOR LEAVE TO REPLY TO FAIRCHILD'S SUPPLEMENTARY EXPERT REPORT OF DR. PETER GWOZDZ** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent as indicated:

| | |
|---|---|
| **BY HAND DELIVERY** <br> Steven J. Balick <br> John G. Day <br> Ashby & Geddes <br> 500 Delaware Avenue, 8th Floor <br> P. O. Box 1150 <br> Wilmington, DE 19899 | Attorneys for Defendants <br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION, and third party INTERSIL CORPORATION |
| **BY E-MAIL AND FIRST CLASS MAIL** <br> G. Hopkins Guy, III <br> Gabriel Ramsey <br> Orrick, Herrington & Sutcliffe, LLP <br> 1000 Marsh Road <br> Menlo Park, CA  94025 | Attorneys for Defendants <br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

80041809.doc