IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

**[PROPOSED] ORDER GRANTING POWER INTEGRATIONS' MOTION FOR LEAVE TO REPLY TO FAIRCHILD'S SUPPLEMENTARY EXPERT REPORT OF DR. PETER GWOZDZ**

Good cause having been shown, Power Integrations' Motion for Leave to Reply to Fairchild's Supplementary Expert Report of Dr. Peter Gwozdz is **GRANTED**.

**IT IS SO ORDERED.**

Dated:_____          _____
                                UNITED STATES DISTRICT COURT JUDGE

80041809.doc