IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF<br><br>DATE: April 13, 2007<br><br>TIME: 10:00 a.m. |

**POWER INTEGRATIONS INC.'S NOTICE OF MOTION TO DE-DESIGNATE DX-483, A FAIRCHILD DOCUMENT USED IN OPEN COURT DURING THE FIRST TRIAL**

PLEASE TAKE NOTICE THAT, in accordance with the procedures set forth in the Court's Standing Order Regarding Non-Dispositive Motions in patent cases, Plaintiff Power Integrations, Inc. will move to de-designate DX-483, a Fairchild document used in open court and admitted into evidence without objection during the first trial, at 10:00 a.m. on April 13, 2007, or as soon thereafter as the motion may be heard.

Dated: March 16, 2007                FISH & RICHARDSON P.C.

                                     By: /s/ *William J. Marsden, Jr.*
                                         William J. Marsden, Jr. (#2247)
                                         919 N. Market Street, Suite 1100
                                         P.O. Box 1114
                                         Wilmington, DE 19899-1114
                                         Telephone: (302) 652-5070
                                         Facsimile: (302) 652-0607

                                         Frank E. Scherkenbach
                                         225 Franklin Street
                                         Boston, MA 02110-2804
                                         Telephone: (617) 542-5070
                                         Facsimile: (617) 542-8906

                                         Howard G. Pollack
                                         Michael R. Headley
                                         500 Arguello Street, Suite 500
                                         Redwood City, CA 94063
                                         Telephone: (650) 839-5070
                                         Facsimile: (650) 839-5071

                                     Attorneys for Plaintiff
                                     POWER INTEGRATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2007, I electronically filed with the Clerk of Court **POWER INTEGRATIONS INC.'S NOTICE OF MOTION TO DE-DESIGNATE DX-483, A FAIRCHILD DOCUMENT USED IN OPEN COURT DURING THE FIRST TRIAL** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent as indicated:

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FIRST CLASS MAIL**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

50405365.doc