IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>　　　　　Defendants. | C.A. No. 04-1371 JJF<br><br>DATE: April 13, 2007<br><br>TIME: 10:00 a.m. |

**POWER INTEGRATIONS INC.'S MOTION TO DE-DESIGNATE DX-483, A FAIRCHILD DOCUMENT USED IN OPEN COURT DURING THE FIRST TRIAL**

For the reasons set forth in the accompanying Brief and its supporting papers and evidence, the file in this case, and other matters deemed appropriate by the Court, Plaintiff Power Integrations, Inc. ("Power Integrations") hereby moves to de-designate Defendant Fairchild Semiconductor International and Fairchild Semiconductor Corporation's ("Fairchild") trial exhibit DX483, which is currently marked HIGHLY CONFIDENTIAL. A proposed form of order is attached hereto. In accordance with the procedures set forth in the Court's Standing Order Regarding Non-Dispositive Motions in patent cases, Power Integrations will present this motion on April 13, 2007 at 10:00 a.m.

Dated: March 16, 2007                FISH & RICHARDSON P.C.


                                     By: /s/ *William J. Marsden, Jr.*
                                         William J. Marsden, Jr. (#2247)
                                         919 N. Market Street, Suite 1100
                                         P.O. Box 1114
                                         Wilmington, DE 19899-1114
                                         Telephone: (302) 652-5070
                                         Facsimile: (302) 652-0607

                                         Frank E. Scherkenbach
                                         225 Franklin Street
                                         Boston, MA 02110-2804
                                         Telephone: (617) 542-5070
                                         Facsimile: (617) 542-8906

                                         Howard G. Pollack
                                         Michael R. Headley
                                         500 Arguello Street, Suite 500
                                         Redwood City, CA 94063
                                         Telephone: (650) 839-5070
                                         Facsimile: (650) 839-5071

                                     Attorneys for Plaintiff
                                     POWER INTEGRATIONS, INC.

## CERTIFICATION PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7.1.1

Pursuant to Local Rules of Civil Procedure 7.1.1, counsel for Power Integrations certifies that it has in good faith conferred with counsel for Fairchild in an effort to resolve the matters set forth in this motion, but that the parties, after a reasonable effort, are unable to resolve the dispute.

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2007, I electronically filed with the Clerk of Court **POWER INTEGRATIONS INC.'S MOTION TO DE-DESIGNATE DX-483, A FAIRCHILD DOCUMENT USED IN OPEN COURT DURING THE FIRST TRIAL** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent as indicated:

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FIRST CLASS MAIL**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

motion.doc