IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

**[PROPOSED] ORDER GRANTING POWER INTEGRATIONS INC.'S MOTION TO DE-DESIGNATE DX-483, A FAIRCHILD DOCUMENT USED IN OPEN COURT DURING THE FIRST TRIAL**

Good cause having been shown, Power Integrations' Motion to De-Designate DX-483, a Fairchild Document Used in Open Court During the First Trial is GRANTED.

IT IS SO ORDERED.

Dated:_____              _____
                                           JUDGE OF THE UNITED STATES
                                           DISTRICT COURT

proposed order.doc