IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a
Delaware corporation,

        Plaintiff,

    v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a Delaware
corporation, and FAIRCHILD
SEMICONDUCTOR CORPORATION, a
Delaware corporation,

        Defendants.

C.A. No. 04-1371-JJF



### DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS INC.'S MOTION TO DE-DESIGNATE DX-483, A FAIRCHILD DOCUMENT USED IN OPEN COURT DURING THE FIRST TRIAL

I, William J. Marsden, Jr., declare as follows:

1.     I am an attorney at Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.     Attached hereto as Exhibit A is a true and correct copy of Fairchild's trial

REDACTED

3.     Attached hereto as Exhibit B is a true and correct copy of Fairchild's *ex parte* request that the Patent and Trademark Office reexamine Power Integrations '366 patent, dated November 6, 2006.

4.     Attached hereto as Exhibit C is a true and correct copy of a letter from Michael Headley to Fairchild counsel Gabriel Ramsey, dated February 5, 2007.

5.    Attached hereto as Exhibit D is a true and correct copy of a letter from Fairchild counsel Brian VanderZanden to Michael Headley, dated February 7, 2007.

6.    Attached hereto as Exhibit E is a true and correct copy of a letter from Michael Headley to Fairchild counsel Brian VanderZanden, dated February 16, 2007.

7.    Attached hereto as Exhibit F is a true and correct copy of a letter from Fairchild counsel Brian VanderZanden to Michael Headley, dated February 21, 2007.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of March, 2007, at Wilmington, Delaware.


/s/ William J. Marsden, Jr.
William J. Marsden, Jr.