**NOTE: WITHIN FIVE DAYS, PLEASE RETURN THE JUROR INFORMATION AND QUESTIONNAIRE AND JUROR INFORMATION CARD IN THE ENCLOSED ENVELOPE**

<u>**JURY INFORMATION QUESTIONNAIRE**</u>
(please print)

This questionnaire relates to a civil case between Power Integrations, Inc. ("Power Integrations") and Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (together, "Fairchild"). The case involves four U.S. patents relating to semiconductor chips used in power supplies for electronic devices.

You have been selected to be part of the pool of people from which the jury in this case will be selected. The purpose of this questionnaire is to help the parties and the Court to select a fair and impartial jury. Please answer the following questions honestly and to the best of your ability. All of the answers that you give will be kept confidential by the Court and by the parties.

1. **Your name:** _____

2. **Your home address:**

   _____        _____
   Street                                City, State

3. **Your age:** _____

4. **Your marital status:**

   Single (never married) _____    Separated/Divorced _____
   Currently married      _____    Widowed            _____

5. **What is your last or highest level of school completed?**

   High School          _____    HS Diploma?       _____
   Tech/Trade School    _____    Area of Study?    _____
   College/University   _____    Degree & Field?   _____
   Graduate School      _____    Degree & Field?   _____
   Other (specify)      _____

6. **What was your favorite subject in school?**

   English/Language     _____    Social Studies       _____
   Science/Engineering  _____    Physical Education   _____
   Mathematics          _____    Art/Music            _____
   Other (specify)      _____

7. **Which best describes your current employment status?**

   Employee, full-time  _____    Retired              _____
   Employee, part-time  _____    Disabled/Unemployed  _____
   Homemaker            _____    Unemployed/Looking   _____
   Self-employed        _____    Full time Student    _____

8. **What are (or were) your specific duties and responsibilities for your job?**

   _____

9. **Who is your current (or last) employer?**

   _____

10. **How long with your current (or last) employer?**

    Less than 1 year  _____    5-10 years         _____
    2-4 years         _____    More than 10 years _____

**11. Does (did) that job involve the use of electronics?**

    Yes _____    No _____

    If yes, what type of electronics? _____

**12. Have you ever served in the military or law enforcement?**

    Yes _____    No _____

    If yes, what branch? _____

**13. Have you, your spouse or a parent ever worked for the federal, state or local government?** \_\_\_Yes    \_\_\_\_ No

    If yes, who, and what agency or agencies? _____

    What did you or your family member do? _____

**14. Do you have any special training, education, or experience in the following areas? (Check all that apply)**

| | | | |
|---|---|---|---|
| Electronics | _____ | Computer Science | _____ |
| Physics | _____ | Mathematics | _____ |
| Engineering | _____ | Semiconductors | _____ |
| Life Sciences | _____ | Chemistry | _____ |
| Patents | _____ | Research/Development | _____ |
| Law | _____ | Accounting | _____ |
| Contracts | _____ | Marketing/Sales | _____ |

**15. Please identify any other areas of special training, education, or experience here:**

_____

_____

_____

**16. Do your hobbies include electronics?**

    Yes _____    No _____

**17. Do you read Scientific America, Popular Science, Popular Mechanics or any other technical journal or magazine?**

    Yes _____    No _____

**18.** If you are married, what is (was) your spouse's occupation and by whom is (was) your spouse employed?

_____

**19.** Have you, or a relative or close friend, ever invented anything?

Yes _____    No _____

If yes, please explain: _____

_____

**20.** Are you listed as an inventor on any U.S., Patents?

Yes _____    No _____

If yes, please explain: _____

_____

**21.** Have you ever attempted to obtain a U.S. Patent?

Yes _____    No _____

If yes, please explain: _____

_____

**22.** Do you know anyone who has obtained, or attempted to obtain, a U.S. Patent?

Yes _____    No _____

If yes, please explain: _____

_____

**23.** Does your current employer (or last employer) own any U.S. Patents?

Yes _____    No _____    Don't know _____

If yes, please explain: _____

_____

**24. Do you have any strong feelings or opinions about patents or the process by which patents are obtained?**

    Yes  _____    No  _____

    If yes, please explain: _____

_____

**25. Have you ever served on a jury before?**

    Yes  _____    No  _____

**26. Have you or a family member ever filed a lawsuit or claim against someone?**

    Yes  _____    No  _____

**27. Have you or a family member ever been sued or had a claim filed against you?**

    Yes  _____    No  _____

**28. Do you have any relationship or affiliation with Power Integrations or its employees?**

    Yes  _____    No  _____

    If yes, please explain: _____

_____

**29. Do you currently, or have you ever, owned Power Integrations stock?**

    Yes  _____    No  _____

**30. Do you have any relationship or affiliation with Fairchild or its employees?**

    Yes  _____    No  _____

    If yes, please explain: _____

_____

**31. Do you currently, or have you ever, owned Fairchild stock?**

    Yes  _____    No  _____

**32. Had you read or heard about this case before you received your notice for jury duty?**

Yes _____   No _____

If yes, please describe what you read or heard: _____

_____

**33. Do you have any relationship or affiliation with the law firm of Fish & Richardson P.C. or any of its employees?**

Yes _____   No _____

If yes, please explain: _____

_____

**34. Do you have any relationship or affiliation with the law firm of Orrick, Herrington & Sutcliffe LLP or any of its employees?**

Yes _____   No _____

If yes, please explain: _____

_____

**35. Do you have any relationship or affiliation with the law firm of Ashby & Geddes, P.A. or any of its employees?**

Yes _____   No _____

If yes, please explain: _____

_____

**36. The witnesses who may appear in this case are listed below. Please circle the names of any witnesses that you know or with whom you are familiar.**

| | |
|---|---|
| Balu Balakrishnan | K.O. Jang |
| James D. Beasom | C.K. Jeon |
| Derek Bell | C.S. Lim |
| Bob Blauschild | Leif Lund |
| Jan Brunnberg | Bob Moore |
| H.S. Choi | John Prentice |
| Robert Conrad | Bruce Renouard |
| Klas Eklund | Vahe Sarkissian |
| Peter Gwozdz | Mike Shields |
| Paul Horowitz | Gu-Yeon Wei |
| S.T. Im | |

**37.** **This trial is anticipated to take approximately 4 days to complete.  Do you have any financial hardship, problems, or any reason why you could not serve as a juror on this case during this time period?**

   Yes _____   No _____

If yes, please explain: _____

_____

**38.** **Do you know of anything else which you believe should be called to the court's attention as having some bearing on your qualifications or ability to sit as a juror on this case, or which you think may prevent you from rendering a fair and impartial verdict based solely on the evidence presented and the court's instructions as to the law?**

   Yes _____   No _____

If yes, please explain: _____

_____

**39.** **Estimated number of miles ROUND TRIP from your home to the courthouse and the amount of time the trip takes you**

_____


Your signature: _____

Date signed: _____

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2007, I electronically filed with the Clerk of Court JURY INFORMATION QUESTIONNAIRE using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on May 22 , 2007, I have served by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III | Attorneys for Defendants |
| Bas de Blank | FAIRCHILD SEMICONDUCTOR |
| Orrick, Herrington & Sutcliffe, LLP | INTERNATIONAL, INC. and |
| 1000 Marsh Road | FAIRCHILD SEMICONDUCTOR |
| Menlo Park, CA  94025 | CORPORATION |

William J. Marsden, Jr. (marsden@fr.com)

Case 1:04-cv-01371-JJF   Document 482-2   Filed 05/22/2007   Page 9 of 9