# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 23, 2007

The Honorable Joseph J. Farnan, Jr.  
United States District Court  
844 King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al.,*  
C.A. No. 04-1371-JJF

Dear Judge Farnan:

Pursuant to the Order issued by the Court yesterday in the above action (D.I. 483), I write to advise the Court that the parties have not agreed to go forward with the validity trial on June 4, 2007.

Respectfully,

*John G. Day*

John G. Day

JGD/nml  
180870.1

c: William J. Marsden, Jr. Esquire (by hand)  
Frank E. Scherkenbach, Esquire (via electronic mail)  
Howard G. Pollack, Esquire (via electronic mail)  
G. Hopkins Guy, III, Esquire (via electronic mail)