# Exhibit A

# Michael Headley

| | |
|---|---|
| **From:** | Michael Headley |
| **Sent:** | Wednesday, May 23, 2007 10:02 AM |
| **To:** | G. Hop Guy; 'de Blank, Bas' |
| **Cc:** | Howard Pollack; Frank Scherkenbach; William Marsden |
| **Subject:** | RE: PI / Fairchild trial |

Dear Bas,

We called and left you a message this morning; per our voicemail, Dr. Eklund has agreed to change his schedule so that he can sit for a deposition in Stockholm this Sunday to permit the parties to proceed to trial on the current schedule. Please let us know whether you will accept the offer as soon as possible so that we can apprise the Court of the status by the end of the day, as required by yesterday's memorandum order.

Sincerely,
Michael

Michael R. Headley
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063-1526
(650) 839-5139 (direct)
(650) 839-5071 (fax)
*************************************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*************************************************************************************************