# Exhibit C



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

May 23, 2007

G. Hopkins Guy, III
(650) 614-7452
hopguy@orrick.com

**VIA FACSIMILE**

Howard Pollack
Michael R. Headley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94036

Re:   Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)

Dear Howard and Michael:

We received your proposed schedule yesterday regarding August trial dates and have been checking on availability of all witnesses for those weeks. We have also considered your proposal to have the inequitable conduct hearing immediately follow the validity trial. All witnesses are available during the week of August 13. Your proposal this morning to make Dr. Eklund available for deposition four days from now, this Sunday, in Sweden is frankly an impossible schedule to meet given the travel requirements and proximity to trial. This is exactly the kind of prejudice that Fairchild should not be subjected to on the eve of trial and ignores the likely need to revise expert reports or to conduct other discovery that has been caused by the newly produced documentation by Dr. Eklund or Dr. Eklund's deposition. You continue to ignore the fact that the late production of Dr. Eklund's notes raises other issues in addition to the need for his deposition. Moreover, we took you at your word that a deposition prior to June 3rd was impossible -- now with the trial date continued it suddenly isn't impossible.

We will accept your May 22 proposal to continue the trial date until the week of August 13, subject to the Court's availability, take Dr. Eklund's deposition during the week of June 4 and offer the deposition of Mr. Beasom the week of June 18. I hope that the depositions can be conducted in California at our offices in Menlo Park and Redwood City, respectively. We also require that originals of all of Dr. Eklund's newly produced documents be produced at least a day before the deposition as well as originals of PX-29 and PX-30 and any other exhibit Power Integrations intends to use at trial. We also accept the proposal that any evidentiary hearing regarding inequitable conduct before the Court immediately follow the

OHS West:260239015.1


ORRICK

Howard Pollack
May 23, 2007
Page 2

completion of the invalidity trial during the same week. Assuming that we have an agreement, we should discuss whether a joint proposal or stipulation would be more appropriate for filing on May 31.

Sincerely,

G. Hopkins Guy, III

OHS West:260239015.1

```
*********************
***  TX REPORT   ***
*********************
```

TRANSMISSION OK

TX/RX NO　　　　　　　　0145
RECIPIENT ADDRESS　　　1491#10414#25#8395071
DESTINATION ID
ST. TIME　　　　　　　　05/23 11:12
TIME USE　　　　　　　　00'59
PAGES SENT　　　　　　　3
RESULT　　　　　　　　　OK

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

## FAX TRANSMISSION

DATE　May 23, 2007

NO. OF PAGES (INCLUDING COVER SHEET)　　3

**FROM**

| name | tel |
|---|---|
| G. Hopkins Guy, III | 650-614-7452 |

**TO**

| name | company/firm | tel | Fax |
|---|---|---|---|
| Howard Pollack | FISH & RICHARDSON P.C. | | 650.839.5071 |

**CC**

| Michael R. Headley | FISH & RICHARDSON P.C. | | 650.839.5071 |

RE　*Power Integrations v. Fairchild Semiconductor et al*

**MESSAGE**

Please see attached.