# Exhibit D



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

May 18, 2007

Brian H. VanderZanden
(650) 614-7629
bvanderzanden@orrick.com

*VIA E-MAIL*

Michael R. Headley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94036

Re:   Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)

Dear Michael:

I received your letter today concerning Klas Eklund's late document production. Thank you for recognizing that Fairchild is fully entitled to depose Mr. Eklund about the late produced documents.

Obviously, we cannot depose Mr. Eklund the day before trial. Therefore, Power Integrations must either agree to produce Mr. Eklund for deposition next week in California, or agree to postpone the invalidity trial until Mr. Eklund's deposition can occur. (I understand that Mr. Eklund was in Wilmington as recently as this past Tuesday, so obviously traveling to the United States is not a terrible inconvenience for him.) Please let us know your position by Monday morning at the latest so that we can raise this with the Court, if necessary.

Despite the fact that Fairchild made clear its intention to use Mr. Beasom's exhibits over six months ago, this is the first time that Power Integrations has ever requested to depose Mr. Beasom about them. That said, we will agree to arrange Mr. Beasom's deposition and are checking to confirm that he is available next week. We will provide you with the available dates and locations as soon as we hear from him.

You wrote that you "are not aware of any additional non-privileged documents." Please confirm that anything withheld as privileged has been logged and that Power Integrations is not withholding any "new" documents on the basis of privilege.


**ORRICK**

Michael R. Headley
May 18, 2007
Page 2

Finally, your letter failed to state whether Power Integrations will use any of the late-produced Eklund documents at trial. Immediately identify which documents Power Integrations will use at trial.

Sincerely,

*B. VanderZanden*

Brian H. VanderZanden

BHV:ma5

OHS West:260236352.1