# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

P.O. Box 1114
Wilmington, Delaware
19899-1114

901 Market Street
Suite 400
Wilmington, Delaware
19801

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

VIA ECF AND HAND DELIVERY

May 31, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Power Integrations, Inc. v. Fairchild Semiconductor International*.
      USDC-D. Del.   C.A. No. 04-1371 JJF

Dear Judge Farnan:

Pursuant to the Court's Order of May 22 (D.I. 483), the parties met and conferred regarding potential dates for the rescheduled trial, and in light of the witnesses', experts', and counsel's lack of availability for trial before August, the parties jointly request that the Court reschedule the start of trial for August 13.

If the Court is not able to accommodate this request, the parties request in the alternative that the Court reschedule trial for the week of September 10.  Because Power Integrations' experts and counsel have commitments that will keep them overseas through September 8, the parties are agreeable to beginning trial on Tuesday, September 11, if that date is convenient for the Court.  Fairchild is also available the following week of September 17th, and respectfully reserves its right to seek an extension of these proposed trial dates should the discovery concerning Dr. Eklund's recently produced documents warrant additional time.

Respectfully,

FISH & RICHARDSON P.C.              ASHBY & GEDDES


*/s/ William J. Marsden, Jr.*         */s/ John G. Day*
William J. Marsden, Jr. (#2247)      John G. Day (I.D. #2403)


cc:   G. Hopkins Guy (via e-mail and first class mail)