# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

P.O. Box 1114
Wilmington, Delaware
19899-1114

901 Market Street
Suite 400
Wilmington, Delaware
19801

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

June 14, 2007

**VIA ECF AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE  19801



BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   *Power Integrations, Inc. v. Fairchild Semiconductor International*.
      USDC-D. Del.   C.A. No. 04-1371 JJF

Dear Judge Farnan:

Power Integrations submits this letter in response to Fairchild's "Memorandum Re Proposed Trial Date" (D.I. 491).  There is no need to address the substance of Fairchild's Memorandum at this point, particularly given that the parties had already reached an agreement with respect to the issue the Court asked us to address—the start date for trial—before Fairchild submitted its Memorandum.  After reaching that agreement, and before Fairchild filed its Memorandum, the parties submitted a joint letter proposing either August 13 or September 11 as potential start dates for the validity trial.  (See D.I. 490.)

The parties also agreed to a schedule for the continued depositions of Dr. Eklund and Mr. Beasom, and those depositions were completed last week.  Power Integrations does not believe any further follow-up will be necessary and submits that the parties will be ready for trial on August 13.  If there is any disagreement about this point, though, we believe the parties can certainly resolve any such dispute in time to begin trial on August 13, or any other date the Court sees fit to set for trial.

Respectfully,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr. (#2247)

cc    John G. Day (via e-mail and hand delivery)
      G. Hopkins Guy (via e-mail and first class mail)