IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that **Defendants' Motion to Compel Production of Documents of Dr. Klas Eklund for Forensic Testing** will be presented to the Honorable Joseph J. Farnan, Jr. at 10:00 a.m. on July 13, 2007.

    ASHBY & GEDDES

    */s/ Steven J. Balick*

    Steven J. Balick (I.D. #2114)
    John G. Day (I.D. #2403).
    Lauren E. Maguire (I.D. #4261)
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19899
    302-654-1888
    sbalick@ashby-geddes.com
    jday@ashby-geddes.com
    lmaguire@ashby-geddes.com

    *Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Bas de Blank
ORRICK, HERRINGTON & STUCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: June 20, 2007
181689.1