# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 25, 2007

Ms. Deborah Krett  
Case Manager to The Honorable Joseph J. Farnan, Jr.  
United States District Court  
844 King Street  
Wilmington, DE  19801

VIA ELECTRONIC FILING

Re:  *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al.,*  
C.A. No. 04-1371-JJF

Dear Debbie:

I am writing as a follow-up to our telephone conversation of Friday afternoon concerning **defendants' motion to compel production of documents of Dr. Klas Eklund for forensic testing** (D.I. 496), which we noticed to be heard on the Court's July 13, 2007 motions calendar.

You indicated that non-dispositive motions are stricken from the argument calendar when insufficient time remains for briefing pursuant to the local rules to be completed five days prior to the noticed motion date, and that although the Court is willing to leave a motion on the calendar that otherwise lacks sufficient time if the parties intend to shorten their time for briefing in order to comply with the deadline, you have no way of knowing of that intention upon the filing of such a motion unless the moving party sends you an explanatory letter. You asked that I docket such a letter in connection with this motion.

Plaintiff has offered to submit its answering papers on this motion ahead of schedule, by Thursday June 28, 2007, and defendants will submit their reply within two days of receipt of plaintiff's answering papers. Briefing on this motion therefore should be completed by Monday July 2, 2007.

Very truly yours,

*/s/ Steven J. Balick*

Steven J. Balick

SJB/dmf  
181765.1

c:  William J. Marsden, Jr. Esquire (by hand)  
Frank E. Scherkenbach, Esquire (via electronic mail)  
Howard G. Pollack, Esquire (via electronic mail)  
G. Hopkins Guy, III, Esquire (via electronic mail)