# EXHIBIT 1

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

## BY HAND AND ELECTRONIC MAIL

November 29, 2006

Gabriel M. Ramsey
Orrick, Herrington & Sutcliffe LLP
c/o Hotel DuPont
11th and Market Street, Suite 1040
Wilmington, DE 19801

Re:    Power Integrations, Inc. v. Fairchild Semiconductor International
       USDC-D. Del. - C.A. No. 04-1371 JJF

Dear Gabe:

I write in response to your recent letter regarding documents for use at trial and
Power Integrations' exhibit list. First, we will bring and use Dr. Eklund's original
documents at trial, and per your request we will make them available for inspection
two days before Dr. Eklund testifies. Second, also per your request, we have
separated trial exhibit PX37 into its constituent parts, and we have re-marked the two
original documents as PX29 and PX30 for use at trial. Copies of these newly-marked
exhibits are enclosed.

Third, there are a few outstanding issues with respect to Fairchild's documents.
Fairchild added one of the Beasom invention disclosure forms to its exhibit list this
week, but you did not include the second Beasom invention disclosure form. As
such, I have added that second document to Power Integrations' exhibit list as PX31,
and a stickered copy of that exhibit is enclosed. Fairchild produced a poor quality
copy of this document, though, so I ask that you provide a cleaner copy. Also, we
have not received stickered copies of any of the new exhibits Fairchild has added to
its list since the first trial, so please provide those as soon as possible as well.

We have revised Power Integrations' exhibit list in accordance with these changes
and filed it with the Court, and I have enclosed a copy of the exhibit list for your
reference as well.

Sincerely,

Michael Headley

Enclosures
cc: Steven Balick, Esquire

# EXHIBIT 2

# REDACTED

# EXHIBIT 3

# REDACTED