# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

P.O. Box 1114
Wilmington, Delaware
19899-1114

901 Market Street
Suite 400
Wilmington, Delaware
19801

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

June 29, 2007

**VIA ECF AND HAND DELIVERY**
Ms. Deborah Krett
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE  19801



Re:   *Power Integrations, Inc. v. Fairchild Semiconductor International.*
      USDC-D. Del.   C.A. No. 04-1371 JJF

BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Debbie:

The parties have agreed to a slight modification of the brief schedule set forth in Mr. Balick's letter of June 25, 2007 (D.I. 498).  Power Integrations is filing its Answering Brief in Opposition to Fairchild's Motion to Compel Production of Documents of Dr. Klas Eklund for Forensic Testing (D.I. 496) today.  Fairchild will file its reply brief on Tuesday, July 3, 2007.  Thus, briefing will be completed before the July 9 deadline for completion of briefing on motions to be presented at the July 13 motion day.  We trust this modified schedule is acceptable to the Court.

Respectfully,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr. (#2247)

cc    Steven J. Balick (via e-mail and hand delivery)
      G. Hopkins Guy (via e-mail and first class mail)