# Exhibit A

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

BY HAND DELIVERY

September 29, 2006

Gabriel M. Ramsey
Orrick, Herrington
c/o Hotel Du Pont
11th & Market St., Suite 1040
Wilmington, DE 19801

Re: Power Integrations, Inc. v. Fairchild Semiconductor International
USDC-D. Del. - C.A. No. 04-1371 JJF

Dear Gabe:

Enclosed please find better copies of the last two pages from PI Exhibit 37. We will be using the originals as reflected in these documents in Court for the pages produced as KE00005-6.

Sincerely,

Michael R. Headley

MRH/cms

cc: Steven J. Balick, Esq. (by email – w/out encl.)

Encl.

50375186 (2).doc

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC