# Exhibit C



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

December 1, 2006

Gabriel M. Ramsey
(650) 614-7361
gramsey@orrick.com

*VIA ELECTRONIC MAIL*

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94036

Re:   Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)

Dear Howard:

I write to raise an extremely serious and troubling issue.

As you know, on November 22, 2006, I wrote regarding Power Integrations' PX37. This document had been Exhibit No. 1 to the deposition of Klas Eklund and was bates-labeled KE00001-KE00006. At that time I requested that PX37 be divided into three exhibits—(1) KE00001-KE00004, (2) KE00005 and (3) KE00006.

The pages labeled KE00001-KE00004 were a group of pages apparently dated September 26, 1984. The page labeled KE00005, as produced at Mr. Eklund's deposition, was undated. Fairchild relied upon this fact in its motion for summary judgment. [Mot. Summ. Judg. Invalidity '075 Patent, p. 8] Power Integrations never indicated that this fact was in any way in dispute or inaccurate. The subsequent page, labeled KE00006, was dated "1 –85."

On November 29, we received a letter from Michael Headley indicating that Power Integrations would separate PX37 into two separate trial exhibits. Power Integrations provided two new exhibits, as follows:

- New exhibit PX29 was comprised of what appear to be KE00001-KE00004, although the new pages were not Bates-labeled.

- New exhibit PX30 appears to be materially different from what Power Integrations previously produced as Bates labeled as KE00005 and KE00006. There were significant changes made to these pages, compared with what was originally produced to Fairchild.


ORRICK

Howard G. Pollack
December 1, 2006
Page 2

    First, the document apparently corresponding to KE00005 was previously undated, but it now has the date "-85." written in. Similarly, KE00006 now has the number "1" written in the upper right-hand corner and KE00005 now has the number "2" written in the upper right-hand corner. None of this information was included in previously produced documents. Further, in the new version of the document the order of pages KE00005 and KE00006 was switched. That is, in the new version of the document KE00006 was inserted *before* KE00005. Finally, like PX29, the new PX30 was not Bates-labeled.

Fairchild must be permitted to investigate the foregoing changes to these documents, as it appears this evidence is different from that previously produced in the case. Fairchild demands that Klas Eklund be made available for deposition. Particularly, if Mr. Eklund is currently in the United States, the deposition should proceed as soon as possible, in order to maximize convenience. We are prepared to conduct this deposition as soon as next week.

Further, Fairchild demands the immediate production of (a) the original version of the document constituting PX37, and (b) the original versions of the documents constituting PX29 and PX30. Fairchild plans to have each of these documents forensically tested to determine their authenticity and dates.

Please contact me as soon as possible to make arrangements for Mr. Eklund's deposition and the provision of the foregoing documents for forensic testing.

Sincerely,

Gabriel M. Ramsey