# Exhibit D

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC



**VIA FACSIMILE & U.S. MAIL**
650/614-7401

January 5, 2007

Gabriel M. Ramsey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:   Power Integrations Inc. v. Fairchild Semiconductor Int'l
      USDC-D. Del. - C.A. No. 04-1371-JJF

Dear Gabe:

I write with respect to our recent exchange regarding forensic testing of Dr. Eklund's documents. In your most recent letter, you demanded a range of testing, including microscopic and punch testing, the latter of which would entail the taking of 5 hole punch samples from each page of the documents. We will make the documents available for inspection and micro-punch testing and will permit you to take 5 micro-punch samples per page per your request. Because we will also conduct forensic testing in parallel with your work, though, we must limit the number of punches from the upper right corner of the documents where the date and page numbers are located to preserve their integrity. That being said, I am certain we can reach some agreement as to the placement of the micro-punches as we get closer to the time for such work.

At the moment, we anticipate that our forensic expert will be able to come to the Bay Area during the latter part of the week of January 22, and we can conduct the inspection and testing at that time. To that end, please let us know if you and your forensic expert are available any of the days of January 24-26 for such testing. Once we know your availability, we will finalize the plans for the inspection/testing and the procedures to be used.

I look forward to your response.

Sincerely,

Michael R. Headley

50392639.doc

```
*********************
***  TX REPORT   ***
*********************
```

TRANSMISSION OK

TX/RX NO              1549
CONNECTION TEL        #10256#000453531#6147401
CONNECTION ID
ST. TIME              01/05 17:43
USAGE T               00'41
PGS. SENT             2
RESULT                OK

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

**Date** January 5, 2007

**To** Gabriel M. Ramsey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400

**Facsimile number** 10256-00453531 / (650) 614-7401

**From** Michael R. Headley

**Re** Power Integrations Inc. v. Fairchild Semiconductor International

**Number of pages Including this page** 2

**Message**