# Exhibit E

# FISH & RICHARDSON P.C.

<table>
<tr><td>

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

</td><td>

**VIA FACSIMILE & U.S. MAIL**
650/614-7401

January 26, 2007

Gabriel M. Ramsey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:   Power Integrations Inc. v. Fairchild Semiconductor Int'l
      USDC-D. Del. - C.A. No. 04-1371-JJF

Dear Gabe:

Yesterday, Fairchild's forensic expert Erich Speckin reviewed all of the documents Klas Eklund produced in this case, including the hundreds of pages in Dr. Eklund's old binders and the early documents originally marked as trial exhibit PX-37 (later re-marked at Fairchild's request as separate exhibits PX-29 and PX-30). We previously agreed to permit Mr. Speckin a full range of forensic inspection of these documents, including micropunch sampling/testing, microscopic inspection, photographing, and the like, but Mr. Speckin chose not to do anything more than inspect the documents with the naked eye. Given that both parties brought forensic experts out to California for the inspection and that Mr. Speckin had unfettered access to the documents, we expect that Mr. Speckin's work is finished. To that end, if you intend to provide any testimony from Mr. Speckin, please provide us with his report no later than Friday, February 16. If we do not receive any written report from Mr. Speckin by that point, we will presume Fairchild does not intend to introduce any testimony on this issue. If Fairchild later seeks to introduce any such testimony, we will move to preclude it, as the delay will have prejudiced our ability to prepare for trial.

Sincerely,

Michael R. Headley

50396311.doc

</td><td>

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

</td></tr>
</table>

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              1718
CONNECTION TEL        256#p000453531#p6147401#
CONNECTION ID
ST. TIME              01/26 15:46
USAGE T               00'43
PGS. SENT             2
RESULT                OK
```

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

| | |
|---|---|
| Date | January 26, 2007 |
| To | Gabriel M. Ramsey<br>Orrick, Herrington & Sutcliffe LLP - Menlo Park<br>1000 Marsh Road<br>Menlo Park, CA<br>Telephone: (650) 614-7400 |
| Facsimile number | 10256-00453531 / (650) 614-7401 |
| From | Michael R. Headley |
| Re | <u>Power Integrations, Inc. v. Fairchild Semiconductor International</u><br>USDC-D. Del. – C.A. No. 04-1371 JJF |
| **Number of pages including this page** | 2 |
| **Message** | |