# Exhibit F



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

June 12, 2007

Gabriel M. Ramsey
(650) 614-7361
gramsey@orrick.com

*VIA FACSIMILE*

Michael Headley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94036

Re: <u>Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)</u>

Dear Michael:

In light of Power Integrations' recent production of further versions of Dr. Eklund's notes, and the testimony just obtained from Dr. Eklund regarding those documents, Fairchild has serious questions concerning their authenticity and reliability. These developments necessitate forensic investigation of the documents. Fairchild demands that Power Integrations make all copies and versions of PX-29, PX-30, PX37 and the documents Bates-labeled KE001466 and KE001447-KE001449 available for further analysis by Fairchild's forensic expert.

At the conclusion of the deposition on Friday, when we raised this issue, you indicated that Power Integrations will refuse to make the documents available for forensic testing. We request that you reconsider your position and make the documents available for further testing.

Fairchild's forensics expert is unavailable until later this week, at which point we will confer with him and will let you know exactly what forensic tests will need to be performed. In the interim, please confirm that Power Integrations will allow any necessary testing to proceed, so that Fairchild can avoid having to raise the matter with the Court.

Sincerely,

Gabriel M. Ramsey



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

**ORRICK**

## FAX TRANSMISSION

DATE  June 12, 2007

NO. OF PAGES (INCLUDING COVER SHEET)  **2**

**FROM**
name: Gabriel M. Ramsey
tel: 650-614-7361

**TO**
| name | company/firm | tel | Fax |
|---|---|---|---|
| Howard Pollack | FISH & RICHARDSON P.C. | | 650.839.5071 |

**cc**
| William J. Marsden, Jr. | FISH & RICHARDSON P.C. | | 302.652-0607 |
| Michael R. Headley | FISH & RICHARDSON P.C. | | 650.839.5071 |

RE  *Power Integrations v. Fairchild Semiconductor et al*

**MESSAGE**

Please see attached.

C-M-A  10414-25 (6622)

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL AIMEE RUIZ AT (650) 614-7425 AS SOON AS POSSIBLE.

notice to recipient
THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED TO BE SENT ONLY TO THE STATED ADDRESSEE OF THE TRANSMISSION. IT MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT PRIVILEGE, THE ATTORNEY WORK-PRODUCT DOCTRINE, OR ANY OTHER APPLICABLE PRIVILEGE. IF YOU ARE NOT THE STATED ADDRESSEE, YOUR RECEIPT OF THIS TRANSMISSION WAS UNINTENDED AND INADVERTENT, AND YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE ALSO ASKED TO NOTIFY US IMMEDIATELY BY TELEPHONE AND TO RETURN THE ORIGINAL DOCUMENT TO US IMMEDIATELY BY MAIL AT THE ADDRESS ABOVE. THANK YOU IN ADVANCE FOR YOUR COOPERATION.