# Exhibit G

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

**VIA FACSIMILE & U.S. MAIL**
650/614-7401

June 19, 2007

Gabriel M. Ramsey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re: Power Integrations Inc. v. Fairchild Semiconductor Int'l
USDC-D. Del. - C.A. No. 04-1371-JJF



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Gabe:

I received your further letter regarding Klas Eklund's documents, and we take exception to your charges of misconduct and your mischaracterization of Dr. Eklund's documents and testimony. Given your strident tone and the nature of your allegations, it is apparent that Fairchild has no intention of focusing on substantive issues at trial, instead relying on allegations of impropriety and other speculative theories.

Nevertheless, as a compromise, and in an attempt to spare the Court from this pointless sideshow, we are willing to let you conduct further testing of the recently produced materials KE1466 and KE1447-49, above and beyond the examination your expert already performed on those documents at Dr. Eklund's recent deposition. We offer to do so without agreeing to the submission by Fairchild of further expert reports or motions of any kind, and on the condition that Fairchild not use the testing as an excuse to delay trial any further.

As for the Eklund documents which were produced long ago (trial exhibits PX-29, PX-30, and PX-37), Fairchild had a full and fair opportunity to inspect those documents with the assistance of its forensic expert in January. Neither Fairchild nor its expert raised any concerns at that time, or since, and Fairchild was prepared to go to trial in June on the basis of whatever examination and analysis it had made. Nothing has changed about these documents, and nothing in your letter suggests the contrary. That simple fact is fatal to your recent charges with respect to these documents, and, given the obvious importance of preserving this critical evidence, we cannot permit further destructive testing of these exhibits based solely on fanciful theories.

FISH & RICHARDSON P.C.

Gabriel M. Ramsey
June 19, 2007
Page 2


I look forward to your response.

Sincerely,

*[signature]*

Michael R. Headley

50421752.doc

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                    2494
CONNECTION TEL              56#000453531#16506147401
CONNECTION ID
ST. TIME                    06/19 11:14
USAGE T                     00'49
PGS. SENT                   3
RESULT                      OK
```

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

**Date**  June 19, 2007

**To**  Gabriel M. Ramsey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400

**Facsimile number**  10256-00453531 / (650) 614-7401

**From**  Michael R. Headley

**Re**  <u>Power Integrations Inc. v. Fairchild Semiconductor International</u>

**Number of pages
including this page**  3

**Message**