I IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### STIPULATED ORDER AS TO TIMING OF THE FILING OF APPLICATIONS REGARDING FORENSIC TESTING

WHEREAS, at the July 13, 2007 hearing, the Court set an August 24, 2007 date for filing motions and applications related to forensic testing of documents currently being undertaken by the parties; and

WHEREAS, due to scheduling conflicts, the parties' forensic experts are not available for deposition until August 27 and 28, necessitating the extension of the August 24, 2007 deadline;

IT IS HEREBY STIPULATED AND AGREED, by Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION (collectively, "Fairchild") and Plaintiff POWER INTEGRATIONS, INC. ("Power Integrations"), by and through their respective counsel, subject to the approval and order of the Court, that in light of the parties' forensic consultants' schedules, the August 24, 2007 date shall be extended by one week such that motions and applications related to forensic testing of the documents shall be due on August 31, 2007.

The parties further stipulate and agree that they will work to respond to any such motions or applications on an expedited basis and that they will agree to and propose to the Court a reasonable expedited briefing and hearing schedule such that the motion or

application can be submitted and heard before or at the trial scheduled for September 17, 2007.

| FISH & RICHARDSON P.C. | ASHBY & GEDDES |
|---|---|
| /s/ William J. Marsden, Jr. | /s/ John G. Day |
| William J. Marsden, Jr., (I.D. #2247)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: (302) 652-5070<br>marsden@fr.com<br><br>*Attorneys for Plaintiff* | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: 302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br><br>*Attorneys for Defendants* |

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge

182728.1