# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

P.O. Box 1114
Wilmington, Delaware
19899-1114

901 Market Street
Suite 400
Wilmington, Delaware
19801

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

August 8, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Power Integrations, Inc. v. Fairchild Semiconductor International.*
      USDC-D. Del. C.A. No. 04-1371 JJF

Dear Judge Farnan:

Enclosed please find a slightly revised juror questionnaire for use in connection with the first trial in this matter. The revisions reflect the names of the witnesses to appear at the upcoming validity trial as well as two additional questions (Nos. 16-17) regarding electronics and popular science magazines. If this is acceptable to the Court, we will work with Mr. Trickey on the mechanics of the mailing.

Respectfully,

FISH & RICHARDSON P.C.                    ASHBY & GEDDES


/s/ *William J. Marsden, Jr.*              /s/ *John G. Day*
William J. Marsden, Jr. (#2247)           John G. Day (I.D. #2403)

WJM/kxk

Enclosure
cc:   Clerk of Court (via ECF and hand delivery)
      John Trickey, Jury Administrator (via hand delivery)
      G. Hopkins Guy (via e-mail)

80047485.doc