**NOTE: WITHIN FIVE DAYS, PLEASE RETURN THE JUROR INFORMATION AND QUESTIONNAIRE AND JUROR INFORMATION CARD IN THE ENCLOSED ENVELOPE**

### JURY INFORMATION QUESTIONNAIRE
(please print)

This questionnaire relates to a civil case between Power Integrations, Inc. ("Power Integrations") and Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (together, "Fairchild"). The case involves four U.S. patents relating to semiconductor chips used in power supplies for electronic devices.

You have been selected to be part of the pool of people from which the jury in this case will be selected. The purpose of this questionnaire is to help the parties and the Court to select a fair and impartial jury. Please answer the following questions honestly and to the best of your ability. All of the answers that you give will be kept confidential by the Court and by the parties.

**1. Your name:** _____

**2. Your home address:**

_____
Street                                City, State

**3. Your age:** _____

**4. Your marital status:**

| | | | |
|---|---|---|---|
| Single (never married) | _____ | Separated/Divorced | _____ |
| Currently married | _____ | Widowed | _____ |

**5. What is your last or highest level of school completed?**

| | | | |
|---|---|---|---|
| High School | _____ | HS Diploma? | _____ |
| Tech/Trade School | _____ | Area of Study? | _____ |
| College/University | _____ | Degree & Field? | _____ |
| Graduate School | _____ | Degree & Field? | _____ |
| Other (specify) | | _____ | |

**6. What was your favorite subject in school?**

| | | | |
|---|---|---|---|
| English/Language | _____ | Social Studies | _____ |
| Science/Engineering | _____ | Physical Education | _____ |
| Mathematics | _____ | Art/Music | _____ |
| Other (specify) | | _____ | |

**7. Which best describes your current employment status?**

| | | | |
|---|---|---|---|
| Employee, full-time | _____ | Retired | _____ |
| Employee, part-time | _____ | Disabled/Unemployed | _____ |
| Homemaker | _____ | Unemployed/Looking | _____ |
| Self-employed | _____ | Full time Student | _____ |

**8. What are (or were) your specific duties and responsibilities for your job?**

_____

**9. Who is your current (or last) employer?**

_____

**10. How long with your current (or last) employer?**

| | | | |
|---|---|---|---|
| Less than 1 year | _____ | 5-10 years | _____ |
| 2-4 years | _____ | More than 10 years | _____ |

**11. Does (did) that job involve the use of electronics?**

    Yes _____    No _____

    If yes, what type of electronics? _____

**12. Have you ever served in the military or law enforcement?**

    Yes _____    No _____

    If yes, what branch? _____

**13. Have you, your spouse or a parent ever worked for the federal, state or local government?** ___Yes    ____ No

    If yes, who, and what agency or agencies? _____

    What did you or your family member do? _____

**14. Do you have any special training, education, or experience in the following areas? (Check all that apply)**

| | | | |
|---|---|---|---|
| Electronics | _____ | Computer Science | _____ |
| Physics | _____ | Mathematics | _____ |
| Engineering | _____ | Semiconductors | _____ |
| Life Sciences | _____ | Chemistry | _____ |
| Patents | _____ | Research/Development | _____ |
| Law | _____ | Accounting | _____ |
| Contracts | _____ | Marketing/Sales | _____ |

**15. Please identify any other areas of special training, education, or experience here:**

_____

_____

_____

**16. Do your hobbies include electronics?**

    Yes _____    No _____

**17. Do you read Scientific America, Popular Science, Popular Mechanics or any other technical journal or magazine?**

    Yes _____    No _____

3

**18.** If you are married, what is (was) your spouse's occupation and by whom is (was) your spouse employed?

_____

**19.** Have you, or a relative or close friend, ever invented anything?

    Yes _____ No _____

    If yes, please explain: _____

_____

**20.** Are you listed as an inventor on any U.S., Patents?

    Yes _____ No _____

    If yes, please explain: _____

_____

**21.** Have you ever attempted to obtain a U.S. Patent?

    Yes _____ No _____

    If yes, please explain: _____

_____

**22.** Do you know anyone who has obtained, or attempted to obtain, a U.S. Patent?

    Yes _____ No _____

    If yes, please explain: _____

_____

**23.** Does your current employer (or last employer) own any U.S. Patents?

    Yes _____ No _____ Don't know _____

    If yes, please explain: _____

_____

**24. Do you have any strong feelings or opinions about patents or the process by which patents are obtained?**

    Yes _____    No _____

    If yes, please explain: _____

    _____

**25. Have you ever served on a jury before?**

    Yes _____    No _____

**26. Have you or a family member ever filed a lawsuit or claim against someone?**

    Yes _____    No _____

**27. Have you or a family member ever been sued or had a claim filed against you?**

    Yes _____    No _____

**28. Do you have any relationship or affiliation with Power Integrations or its employees?**

    Yes _____    No _____

    If yes, please explain: _____

    _____

**29. Do you currently, or have you ever, owned Power Integrations stock?**

    Yes _____    No _____

**30. Do you have any relationship or affiliation with Fairchild or its employees?**

    Yes _____    No _____

    If yes, please explain: _____

    _____

**31. Do you currently, or have you ever, owned Fairchild stock?**

    Yes _____    No _____

**32. Had you read or heard about this case before you received your notice for jury duty?**

Yes _____   No _____

If yes, please describe what you read or heard: _____

_____

**33. Do you have any relationship or affiliation with the law firm of Fish & Richardson P.C. or any of its employees?**

Yes _____   No _____

If yes, please explain: _____

_____

**34. Do you have any relationship or affiliation with the law firm of Orrick, Herrington & Sutcliffe LLP or any of its employees?**

Yes _____   No _____

If yes, please explain: _____

_____

**35. Do you have any relationship or affiliation with the law firm of Ashby & Geddes, P.A. or any of its employees?**

Yes _____   No _____

If yes, please explain: _____

_____

**36. The witnesses who may appear in this case are listed below. Please circle the names of any witnesses that you know or with whom you are familiar.**

| | |
|---|---|
| **Balu Balakrishnan** | **K.O. Jang** |
| **James D. Beasom** | **C.K. Jeon** |
| **Derek Bell** | **C.S. Lim** |
| **Bob Blauschild** | **Leif Lund** |
| **Jan Brunnberg** | **Bob Moore** |
| **H.S. Choi** | **John Prentice** |
| **Robert Conrad** | **Bruce Renouard** |
| **Klas Eklund** | **Vahe Sarkissian** |
| **Peter Gwozdz** | **Mike Shields** |
| **Paul Horowitz** | **Gu-Yeon Wei** |
| **S.T. Im** | |

6

**37.** **This trial is anticipated to take approximately 4 days to complete.  Do you have any financial hardship, problems, or any reason why you could not serve as a juror on this case during this time period?**

    Yes _____  No _____

If yes, please explain: _____

_____

**38.** **Do you know of anything else which you believe should be called to the court's attention as having some bearing on your qualifications or ability to sit as a juror on this case, or which you think may prevent you from rendering a fair and impartial verdict based solely on the evidence presented and the court's instructions as to the law?**

    Yes _____  No _____

If yes, please explain: _____

_____

**39.** **Estimated number of miles ROUND TRIP from your home to the courthouse and the amount of time the trip takes you**

_____

Your signature: _____

Date signed: _____