IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-1371-JJF |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, | : |
| Defendants. | : |

### O R D E R

WHEREAS, a Pretrial Conference is required in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Wednesday, September 12, 2007 at 1:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the Pretrial Conference.

August 29, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE