**Exhibit 1 to the Proposed Pretrial Order**

## STATEMENT OF FACTS WHICH ARE ADMITTED AND REQUIRE NO PROOF

1.  Plaintiff Power Integrations, Inc. is a Delaware corporation having its principal place of business in San Jose, California.

2.  Defendant Fairchild Semiconductor International, Inc. is a Delaware corporation having its principal place of business in Portland, Maine.

3.  Defendant Fairchild Semiconductor Corporation is a Delaware corporation having its principal place of business in Portland, Maine.

4.  The patents at issue in this case are United States Patent No. 6,249,876 B1 ("the '876 patent") entitled "Frequency Jittering Control for Varying the Switching Frequency of a Power Supply," issued on June 19, 2001 to Balu Balakrishnan, Alex Djenguerian, and Leif Lund;  United States Patent No. 6,107,851 ("the '851 patent") entitled "Off-line converter with Integrated Softstart and Frequency Jitter," issued on August 22, 2000 to Balu Balakrishnan, Alex Djenguerian, and Leif Lund;  United States Patent No. 6,229,366 B1 ("the '366 patent"), entitled "Off-line converter with Integrated Softstart and Frequency Jitter," issued on May 8, 2001 to Balu Balakrishnan, Alex Djenguerian, and Leif Lund; and United States Patent No. 4,811,075 ("the '075 patent"), entitled "High Voltage MOS Transistors," issued on March 7, 1989 to Klas Eklund.  Collectively, these four patents are sometimes referred to as "the Patents-in-Suit."  Power Integrations is the owner of all right, title, and interest to the Patents-in-Suit.

5.  The application leading to U.S. Patent No. 4,823,173 was filed before the application leading to U.S. Patent No. 4,811,075.