Exhibit 6 to the Proposed Pretrial Order

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.

v.

FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION

**POWER INTEGRATIONS' EXHIBIT LIST**

C.A. No. 04-1371-JJF

Power Integrations, Inc. reserves the right to supplement or otherwise amend this exhibit list.

| PRESIDING JUDGE<br>Joseph J. Farnan, Jr. | PLAINTIFF'S ATTORNEYS<br>William J. Marsden, Jr., Frank E. Scherkenbach, Howard G. Pollack, Michael R. Headley | DEFENDANT'S ATTORNEYS<br>G. Hopkins Guy, III, Vickie L. Feeman, Bas de Blank, Brian H. VanderZanden |
|---|---|---|
| TRIAL DATE (S)<br>October 2, 2006; September 17, 2007 | COURT REPORTER<br>Leonard Dibbs | COURTROOM DEPUTY<br>Anita Bolton |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| X | 1 | U.S. Patent No. 6,249,876 (Balakrishnan *et al.*) with certificate of correction | | 06/19/01 | PIF 00320 – 00333 | Balakrishnan | |
| X | 2 | U.S. Patent No. 6,107,851 (Balakrishnan *et al.*) | | 08/22/00 | PIF 00082 – 00099 | Balakrishnan | |
| X | 3 | U.S. Patent No. 6,229,366 (Balakrishnan *et al.*) | | 05/08/01 | PIF 00217 – 00234 | Balakrishnan | |
| X | 4 | U.S. Patent No. 4,811,075 (Eklund) | | 03/07/89 | PIF 00002 – 00008 | Eklund | |
| | 5 | File History for U.S. Patent 6,249,876, Serial No. 09/192,959 | | | PIF 00317 – 00408 | Balakrishnan | |
| | 6 | File History for U.S. Patent 6,107,851, Serial No. 09/080,774 | | | PIF 00077 – 00211 | Balakrishnan | |
| | 7 | File History for U.S. Patent 6,229,366, Serial No. 09/573,081 | | | PIF 00212 – 00316 | Balakrishnan | |
| | 8 | File History for U.S. Patent 4,811,075, Serial No. 07/041,994 | | | PIF 00001 – 00076 | Eklund | |
| | 9 | U.S. Patent No. 4,712,169 (Albach ) with certificate of correction | '876 Patent | 12/1987 | PIF 08059 - 08066 | Blauschild | |

---

* Exhibits from Fairchild's own files are admissions and therefore may not reference a particular sponsoring witness.

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| | 10 | U.S. Patent No 4,930,063 (Henze *et al.*) | '876 Patent | 05/1990 | PIF 08229 - 08239 | Blauschild | |
| | 11 | U.S. Patent No. 5,459,392 (Mandelcorn) | '876 Patent | 10/1995 | PIF 08435 - 08443 | Blauschild | |
| | 12 | Ashok, Bindra, "Power-Conversion Chip Cuts Energy Wastage in Off-line Switchers" | '876 Patent | 10/1998 | PIF 08735 - 08739 | Blauschild | |
| | 13 | U.S. Patent No. 4,890,210 (Myers) with certificate of correction | '851/'366 Patents | 12/1989 | PIF 08205 - 08221 | Blauschild | |
| | 14 | U.S. Patent No. 5,014,178 (Balakrishnan) | '851/'366 Patents | 05/1991 | PIF 08294 - 08298 | Blauschild | |
| | 15 | U.S. Patent No. 5,034,871 (Okamoto *et al.*) | '851/'366 Patents | 07/1991 | PIF 08304 – 08315 | Blauschild | |
| | 16 | US Patent No. 5,041,956 (Marinus) with certificate of correction | '851/'366 Patents | 08/1991 | PIF 08316 – 08327 | Blauschild | |
| | 17 | Euro Pat. 0 748 034 A1 – H02M 3/00 | '851/'366 Patents | 12/1996 | PIF 08664 – 08672 | Blauschild | |
| | 18 | Euro Pat. 0 748 035 A1 – H02M 3/155 | '851/'366 Patents | 12/1996 | PIF 08673 – 08681 | Blauschild | |
| | 19 | B. Pelly et al, Power MOSFETs take the load off switching supply design, Electronic Design, Feb. 1983, pp 135-139. | '851/'366 Patents | 02/1983 | PIF 08765 – 08770 | Blauschild, Balakrishnan | |
| | 20 | U.S. Patent No. 5,245,526 Balakrishnan et al. | '366 Patent | 09/1993 | PIF 08377 – 08387 | Blauschild | |
| | 24 | http:/www.websters-online-dictionary.com/definition/monolithic | | | | Blauschild | R, P |
| | 25 | FSD200, FSD201 Preliminary Specification, Fairchild Power Switch | | | FCS0625278 – 293 | Blauschild | D, R, P, I |
| | 26 | FSDL0365RNB, FSDM0365RNB Green Mode FPS datasheet | | | FCS0321469 – 488 | Blauschild | |
| | 27 | TNY256 (TinySwitch Plus) datasheet | | 08/1999 | PIF31447 – 466 | Balakrishnan, Blauschild | R, P, H, F Not produced |
| X | 28 | TNY256 (TinySwitch Plus) datasheet | | 07/2001 | on CD PIF 131300 | Balakrishnan, Blauschild | R, P, H, F |
| | 29 | Klas Eklund Handwritten Notes | | 09/26/84 | KE1-4 | Eklund, Shields | |
| | 30 | Klas Eklund Handwritten Notes | | 01/1985 | KE5-6 | Eklund, Shields | |
| | 31 | Beasom, J.D., Supplemental Invention Disclosure Form re Broadening of Patent Disclosure SE-395 "A High Voltage Lateral MOS Structure" | | 04/24/85 | FCS1691469 – 473 | | |
| | 32 | TNY256 schematic diagrams | | | PIF78050 – 061 | Balakrishnan, Blauschild | R, P, H, F |
| | 33 | TOP232 (TOP-FX) schematics | | | PIF19959 – 20110 | Balakrishnan, Blauschild | R, P, H, F, I |
| X | 34 | TOP232 (TOP-FX) datasheet | | 07/2001 | PIF37480 – 515 | Balakrishnan, Blauschild | R, P, H, F |
| X | 35 | TOP242 (TOP-GX) datasheet | | 07/2001 | PIF37516 – 563 | Balakrishnan, Blauschild | R, P, H, F |
| | 36 | TOP249 (TOP-GX) schematics | | | PIF77019 – 037 | Balakrishnan, Blauschild | R, P, H, F |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| X | 37 | Klas Eklund Notes and documents | Eklund Ex. 5 | | KE00001 – 006 | Eklund | R, P, H, F, A, I |
| | 38 | Klas Eklund Notes and documents | | | KE00007 – 023 | Eklund | R, P, H, F, A, I, T |
| | 39 | Klas Eklund Notes and documents | Eklund Ex. 16 | | KE 00024 – 256 | Eklund | R, P, H, F, A, I |
| | 40 | Klas Eklund Notes and documents | Eklund Ex. 17 | | KE 00257 – 483 | Eklund | R, P, H, F, A, I, T |
| | 41 | Klas Eklund Notes and documents | Eklund Ex. 18 | | KE 00484 – 517 | Eklund | R, P, H, F, A, I |
| | 42 | Klas Eklund Notes and documents | Eklund Ex. 20 | | KE 00262 – 289 | Eklund | R, P, H, F, A, I, T |
| | 43 | Klas Eklund Notes and documents | Eklund Ex. 21 | | KE 00329 – 342 | Eklund | R, P, H, F, A, I |
| | 44 | Klas Eklund Notes and documents | Eklund Ex. 22 | | KE 00518 – 683 | Eklund | R, P, H, F, A, I, T |
| | 45 | Klas Eklund Notes and documents | Eklund Ex. 23 | | KE 00684 – 835 | Eklund | R, P, H, F, A, I |
| | 46 | Klas Eklund Notes and documents | Eklund Ex. 24 | | KE 00836 – 915 | Eklund | R, P, H, F, A, I, T |
| | 47 | Klas Eklund Notes and documents | Eklund Ex. 25 | | KE 00916 – 1090 | Eklund | R, P, H, F, A, I |
| | 48 | Klas Eklund Notes and documents | Eklund Ex. 26 | | KE 01091 – 1416 | Eklund | R, P, H, F, A, I, T |
| | 49 | Klas Eklund Notes and documents | Eklund Ex. 27 | | KE 01417 – 36 | Eklund | R, P, H, F, A, I |
| | 50 | Letter from Thomas Schatzel to Alys Hay re Klas Eklund | Eklund Ex. 8 | 04/07/88 | KE 00012 – 14 | Eklund | R, P, H, F, A, I, T |
| | 51 | Letter from James Plummer to Bill Davidow re visit with Klaus Eklund, Art Fury and Alan Greben of Smartpower Inc. | Eklund Ex. 14 | 01/13/88 | | Eklund | R, P, H, F, A |
| | 52 | Letter from Thomas Schatzel to George Honsbeen, II re Klas Eklund – Power Integrations | Eklund Ex. 15 | 07/17/91 | | Eklund | |
| | 53 | Deutsche Bank Report, *Power Integrations: All charged up* | | 01/05/05 | FCS0520731 – 68 | Troxel | R, P, H, F, A |
| | 54 | Piper Jaffray Co., *Note, Power Integrations, Inc.* | | 10/20/05 | PIF92990 – 96 | Renouard, Troxel | R, P, H, F, A |
| | 55 | Citigroup Small/Mid-Cap Research, *Power Integrations Incorporated* | | 10/19/05 | PIF93039 – 48 | Renouard, Troxel | R, P, H, F, A |
| | 56 | Technology License Agreement | | 06/29/00 | PIF 23640 – 64 | Balakrishnan, Renouard, Troxel | |
| | 57 | Licensing and Wafer Supply Agreement | | 06/17/93 | PIF 22638 – 67 | Balakrishnan, Renouard, Troxel | |
| | 58 | MagneTek/Power Integrations Development and License Agreement | | 02/19/93 | PIF 23511 – 46 | Balakrishnan, Renouard, Troxel | |
| | 59 | MagneTek Termination Agreement | | 12/22/04 | PIF 23502 – 06 | Balakrishnan, Renouard, Troxel | |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| | 60 | MagneTek License Agreement | | 12/22/04 | PIF 23494 – 501 | Balakrishnan, Renouard, Troxel | |
| | 61 | Patent License Agreement between American Telephone and Telegraph Company and Power Integrations, Inc. | | 06/11/92 | PIF 23709 – 17 | Balakrishnan, Renouard, Troxel | |
| X | 62 | *Power Integrations Fact Sheet*, Available from http://www.powerint.com/ir/docs/POWI_Fact_Sheet.pdf, downloaded 11/21/05 | | 10/2005 | on CD PIF131300 | Balakrishnan, Renouard, Troxel | R, P, H, F, A, Not produced |
| | 63 | Power Integrations, Inc. Annual Report Form for 10-K for the fiscal year ended December 31, 2002 | | | | Balakrishnan, Renouard, Troxel | R, P, F, A, Not produced |
| X | 64 | Power Integrations, Inc. Annual Report Form 10-K for the fiscal year ended December 31, 2004 | | | PIF61552 – 634 | Balakrishnan, Renouard, Troxel | R, P, F, A, Not produced |
| | 65 | Fairchild Semiconductor International, Inc. Annual Report 10-K for the fiscal year ended December 31, 2001 | | | | | R, P, F, A, Not produced |
| | 66 | Fairchild Semiconductor International, Inc. Annual Report 10-K for the fiscal year ended December 26, 2004 | | | FCS1688403 – 575 | Beaver | R, P, V |
| | 67 | Email re Business Case and Questionnaire | | 12/17/03 | FCS0673656 – 671 | Troxel | I, R, P |
| | 68 | Comparison Table – Middle Power | | | FCS0340728 – 730 | Troxel | I, R, P |
| | 69 | PDD Analog Green FPS | | | FCS0468433 – 449 | Troxel | I, R, P |
| | 70 | Charger Application, FPS Solution for Charger/Adaptor | | | FCS0513771 – 789 | Troxel | I, R, P, H, F |
| | 71 | Fairchild Power Switch, Power Conversion | | 09/2004 | FCS0389879 – 390214 | Troxel | H, F, R, P, V |
| | 73 | Development Plan for GFPS Product | | 01/2005 | FCS0468450 – 470 | Troxel | I, R, P |
| | 74 | Field Test With FSD210 presentation by Jin-ho Choi | | | FCS0273256 – 267 | Troxel | R, P, V, F, H |
| | 75 | Fairchild & Samsung VD presentation | | 11/2004 | FCS0543687 – 823 | Troxel | R, P |
| | 76 | FSCM0565R/FSCM0765R for STB, DVDR and LCD Monitor, Power Conversion Team, Power Supply Group | | 11/2004 | FCS0290593 – 600 | Troxel | R, P |
| | 77 | Competition Review, v1.70 | | 12/02/04 | PIF39342 – 440 | Renouard, Troxel | R, P, F, H, A |
| | 78 | Amended and restated Wafer Supply Agreement b/t PI and Oki Electric Industry | | 04/01/03 | PIF22744 – 771 | Balakrishnan, Renouard, Troxel | |
| | 79 | Wafer Supply Agreement b/t PI and ZMD Analog Mixed Signal Services | | 05/23/03 | PIF22023 – 047 | Balakrishnan, Renouard, Troxel | |
| | 80 | Fairchild competition status report | Renouard Ex. 19 | 10/25/05 | PIF88460 – 502 | Renouard, Troxel | V, R, P, F, H, A, O |
| | 81 | Fairchild Sales by Part and by Customer | | 2004-2005 | FCS1231762 – 1811 | Troxel | V, R, P, H, F |
| | 82 | Fairchild Sales by Part and by Customer | | 2004-2005 | FCS1686873 – 6925 | Troxel | V, R, P, H, F |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| | 83 | Weekly Sales Report | | 10/10/03 | PIF 87080 – 87093 | Renouard, Troxel | V, R, P, F, H, A, O |
| | 84 | Weekly Sales Report | | 03/05/04 | PIF 88093 –88104 | Renouard, Troxel | V, R, P, F, H, A, O |
| | 85 | Weekly Sales Report | | 10/22/04 | PIF 87821 – 87836 | Renouard, Troxel | V, R, P, F, H, A, O |
| | 86 | Weekly Sales Report | | 2002 | PIF 86660 – 86668 | Renouard, Troxel | V, R, P, F, H, A, O |
| | 87 | Weekly Sales Report | | 2002 | PIF 86679 – 86688 | Renouard, Troxel | V, R, P, F, H, A, O |
| | 89 | Weekly Sales Report | | 08/08/03 | PIF 87746 – 87764 | Renouard, Troxel | V, R, P, F, H, A, O |
| | 91 | Weekly Sales Report | | 10/31/03 | PIF 87111 – 87128 | Renouard, Troxel | V, R, P, F, H, A, O |
| | 93 | Weekly Sales Report | | 04/09/04 | PIF 88143 – 88153 | Renouard, Troxel | V, R, P, F, H, A, O |
| | 99 | Weekly Sales Report | | 08/09/02 | PIF 86988 – 87001 | Renouard, Troxel | V, R, P, F, H, A, O |
| | 101 | Weekly Sales Report, "Korea, High, SEMCO" | | 12/03/04 | PIF 87972 – 87976 | Renouard, Troxel | V, R, P, F, H, A, O |
| X | 102 | CD containing Power Integrations electronic Point-of Sale Database (POS) data | | | PIF 095910 – 125226 (CD044) | Renouard, Troxel | R, P, Q |
| X | 104 | Historical Revenue by Year, Product Family & Part #, 2004 | | 2004 | PIF 85559 – 85579 | Renouard, Troxel | R, P, H, F, A, V |
| X | 105 | Historical Revenue by Year, Product Family & Part #, 2005 | | 2005 | PIF 85684 – 85705 | Renouard, Troxel | R, P, H, F, A, V |
| X | 106 | Power Integrations revenue quantities by part number | | 2004-2005 | PIF 144716 – 144737 | Renouard, Troxel | R, P, H, F, A, V |
| | 107 | Fairchild Tier 1 accounts list | | 2004-2005 | FCS1686926 – 927 | Troxel | R, P, V |
| | 119 | *High Voltage Dielectric Isolation SCR Integrated Circuit Process,* J.D. Beasom | Beasom Ex. 13 | | | Beasom | |
| | 120 | *Properties of dielectrically isolated integrated circuits,* J.D. Beasom and R.W. Randlett, Electronic Engineering | Beasom Ex. 14 | 11/1979 | | Beasom | |
| | 121 | *A High Performance High Voltage Lateral PNP Structure,* James D. Beasom, IEEE | Beasom Ex. 15 | 1983 | | Beasom | |
| | 122 | *A 500V Dielectric Isolation Process for Very High Voltage Integrated Circuits,* R.S. Pospisil, S.R. Jost, J.D. Beasom, Electro/86 and Mini/Micro Northeast-86 Conference Record | Beasom Ex. 16 | 05/13/86 | | Beasom | |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
|  | 123 | *A 200V DI Process Which Provides IGT's, SCR's High Speed Complimentary Low Voltage Bipolars, CMOS and Bipolar Logic Options*, J.D. Beasom | Beasom Ex. 17 | 1987 |  | Beasom |  |
|  | 124 | WW Sales and Marketing | Beaver Ex. 1 |  | FCS1688035 – 47 | Beaver | R, P, H, A, F |
|  | 125 | The Power Franchise™ Marketing Update | Beaver Ex. 2 | 10/2005 | FCS1687782 – 808 | Beaver | R, P, H, A, F |
|  | 126 | E-mail from Sulekha Dhanota re price contract | Beaver Ex. 3 | 02/15/05 | FCS1004572 – 74 | Beaver | R, P, H, A-T, F, T, I |
|  | 127 | E-mail from Kirk Pond with Press Release | Beaver Ex. 4 | 02/17/04 | FCS0516948 – 51 | Beaver | R, P, H, A, F |
|  | 128 | E-mail from Robert Marston to George Farrales and Dan Godbout | Beaver Ex. 5 | 03/01/05 | FCS1684981 – 84 | Beaver | R, P, H, A, F |
|  | 129 | E-mail from Atman Chau to Terry Leung re Material for Tom Beaver | Beaver Ex. 6 | 11/10/04 | FCS0667674 – 84 | Beaver | R, P, H, A, F |
|  | 130 |  |  |  |  | Beaver |  |
|  | 131 | E-mail from Alex Kwon re Weekly Report for Samsung account | Beaver Ex. 8 | 05/22/05 | FCS1657110 – 11 | Beaver | R, P, H, A, F |
|  | 132 | Agenda, Fairchild Korea Semiconductor, Ltd. | Beaver Ex. 9 | 04/12/04 | FCS0467324 – 37 | Beaver | R, P, H, A, F |
|  | 133 | E-mail from Youngsung Joo attaching LG RFQ | Beaver Ex. 10 | 12/01/04 | FCS0657891 – 92 | Beaver | R, P, H, A, F, T |
|  | 134 | E-mail from HK Kim re Road show for LG Group | Beaver Ex. 11 | 02/06/05 | FCS0515661 – 62 | Beaver | R, P, H, A, F |
|  | 135 |  |  |  |  |  |  |
|  | 136 | Intel Presentation, Tom Beaver | Beaver Ex. 13 | 08/2004 | FCS1680526 – 57 | Beaver | R, P, H, A, F |
|  | 137 | DeWalt and Black & Decker Presentation | Beaver Ex. 14 |  | FCS1459143 – 81 | Beaver | R, P, H, A, F |
| X | 138 | Letters from Tom Beaver to customers | Beaver Ex. 15 | 12/23/04 | FCS1688389 – 402 | Beaver | R, P, I, H |
| X | 139 | E-mail from Corporate Communications | Beaver Ex. 16 | 10/25/04 | FCS0336814 – 15 | Beaver | R, P, H, A, F |
|  | 140 | Korean Letter from Tom Beaver re Power Integrations | Beaver Ex. 18 |  | PIF144742 | Beaver | R, P, I, H, T, F, A-T |
|  | 141 | Analyst Day Presentation, Tom Beaver | Beaver Ex. 19 |  | FCS1631362 – 401 | Beaver | R, P, H, F, A |
|  | 142 | Letter from Tom Beaver to Tim Jackson at GE |  | 03/14/04 | FCS1683987 | Beaver | R, P |
| X | 143 | Fairchild Product Info Sheet re FSD210, FSD200 | H.S. Choi Ex. 1 | 06/25/04 | FCS0558997 – 014 | Choi |  |
|  | 144 | Product Info Sheet for FSDH321, FSDL321 | H.S. Choi Ex. 2 | 10/01/04 | FCS0326006 – 326025 | Choi |  |
|  | 145 | E-mail from Jonathan Harper re Green FPS Task Force Minutes | H.S. Choi Ex. 3 | 11/13/03 | FCS0313542 – 313543 | Choi | R, P, H |
|  | 146 | Green FPS Biz Review | H.S. Choi Ex. 4 | 11/06/03 | FCS1023669 – 700 | Choi | R, P, H |
|  | 147 | Design Tools: Green FPS Task Force | H.S. Choi Ex. 5 | 01/2004 | FCS1174554 – 65 | Choi | R, P, H |
|  | 148 | E-mail from HK Kim to Rexin Wang | H.S. Choi Ex. 6 | 02/06/04 | FCS1113480 – 81 | Choi | R, P, H |
|  | 149 | FSD210 Demo Board by H.S. Choi | H.S. Choi Ex. 7 | 02/02/04 | FCS0616095 – 105 | Choi | R, P |
|  | 150 | FSD210 Demo Board 3.3W battery charger | H.S. Choi Ex. 8 | 08/17/04 | FCS0298666 – 70 | Choi | R, P |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
|  | 151 | Engineering Evaluation Demo Board Report using FSD210 | H.S. Choi Ex. 9 | 08/28/04 | FCS0394490 – 394520 | Choi | F, A (not Fairchild document), R, P |
|  | 152 | DV-9.7W-FSDH0265RN Info Sheet | H.S. Choi Ex. 10 |  | FCS0546374 – 75 | Choi | R, P |
|  | 153 | DV-16W-FSDL0365RN Info Sheet | H.S. Choi Ex. 11 |  | FCS0589740 – 41 | Choi | R, P |
|  | 154 | E-mail from Brian Lavalle to Hang Seok Choi re Presentation material | H.S. Choi Ex. 12 | 10/21/03 | FCS1117236 – 56 | Choi | R, P |
|  | 155 | E-mail from Sang Tae Im to Brian Lavalle re Target FPS for STB | H.S. Choi Ex. 13 | 09/26/03 | FCS0307788 – 307796 | Choi | R, P |
|  | 156 | E-mail from Atman Chau to Choi et al. re RSDM05/0765R | H.S. Choi Ex. 14 | 03/15/04 | FCS0312387 – 312412 | Choi | R, P |
|  | 157 | E-mail from Seunghwan Lee to Sang Tae Im et al. re FPS with Frequency Modulation | H.S. Choi Ex. 15 | 12/08/03 | FCS0676000 – 676035 | Choi | R, P, H |
|  | 158 | E-mail from Hang Seok Choi to Chang re product development | H.S. Choi Ex. 16 | 08/03/03 | FCS0692406 | Choi | R, P, H, F |
|  | 159 | E-mail from Van Niemela to Hang Seok Choi et al. re FPS customer visits for Dr. Choi | H.S. Choi Ex. 17 | 07/14/03 | FCS0316343 – 316349 | Choi | R, P |
|  | 160 | Analog Application Engineering Group Weekly Report | H.S. Choi Ex. 18 | 08/14/03 | FCS0643256 – 643274 | Choi | R, P, T, F, A-T |
|  | 161 | E-mail from Seunghwan Lee to Hang Seok Choi et al. re SPI | H.S. Choi Ex. 19 | 11/23/03 | FCS0654269 | Choi | T, F, A-T, R, P, H |
|  | 162 | E-mail from HK Kim to Sang Tae Im re Samsung LCD Monitor | H.S. Choi Ex. 20 | 10/27/04 | FCS0648715 – 648716 | Choi | T, F, A-T, R, P, H, F |
|  | 163 | E-mail from Paul Kendle to Kevin Ream et al. re FPS with FM | H.S. Choi Ex. 21 | 12/05/03 | FCS0698339 – 698341 | Choi | R, P, H, F |
|  | 164 | E-mail from Hang Seok Choi to Jinho Choi et al. re Motorola | H.S. Choi Ex. 22 | 12/08/03 | FCS0315727 – 315728 | Choi | T, F, A-T, R, P, H |
|  | 165 | Taiwan/South China Business Trip Report, Hang-Seok Choi | H.S. Choi Ex. 23 | 01/02/05 | FCS0415811 – 415815 | Choi | R, P, H |
|  | 166 | Fairchild Power Switch PDD Analog | H.S. Choi Ex. 24 | 06/2003 | FCS0396284 – 396481 | Choi | R, P, H |
|  | 167 | Green FPS Fairchild Power Switch for Switch Mode Power Supplies | H.S. Choi Ex. 25 | 04/2004 | FCS1038171 – 424 | Choi | R, P, H |
|  | 168 | E-mail from Jintae Kim re WW50 weekly update for green FPS | Conrad Ex. 1 | 12/14/03 | FCS1311754 – 55 | Conrad | R, P |
| X | 169 | E-mail from Jong-Jib Kim to Bob Conrad re FPS Cost Analysis | Conrad Ex. 2 | 11/22/04 | FCS0476719 – 476721 | Conrad | R, P, H, F |
| X | 170 | E-mail from HK Kim to Bob Conrad, Hubertus Engelbrechten, and Dongyoung Huh re Green FPS support for design wins | Conrad Ex. 3 | 10/28/03 | FCS1121139 – 1121141 | Conrad | R, P |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| X | 171 | E-mail from HK Kim to Dongyoung Huh, Sangtae Im, Seunghwan Lee, and Sanghoon Jung re Green FPS support for design wins | Conrad Ex. 4 | 10/28/03 | FCS1111927 – 1111929 | Conrad | T, F, A-T, R, P |
|   | 172 | E-mail from Jong-Jib Kim to Minhwan Kim, Changki Jeon, and Cheoljoong Kim re the requirement for SDG5 | Conrad Ex. 5 | 01/10/05 | FCS1190656 – 1190659 | Conrad | R, P, H, F |
|   | 173 | FSCM0565RD MOSFET line-up | Conrad Ex. 6 | 09/17/04 | FCS0039327 – 39344 | Conrad | R, P, H, F |
| X | 174 | ICG AOP R&D Overview, Bob Conrad | Conrad Ex. 7 | 2003-2004 | FCS0491013 – 491034 | Conrad | R, P |
|   | 175 | E-mail from Changsik Lim to Bob Conrad re SDG5 | Conrad Ex. 8 | 01/09/05 | FCS0519459 – 519490 | Conrad | R, P, F |
|   | 176 | E-mail from Kyongmin Kim re WW47 weekly update for green FPS | Conrad Ex. 9 | 12/02/03 | FCS0717502 – 717505 | Conrad | T, F, A-T, R, P |
|   | 177 | Letters from Chris Bristow re IP issues | Conrad Ex. 26 | 01/12/06 01/13/06 | FCS1689450 – 51 | Conrad |   |
| X | 178 | Letter from Tom Beaver to J.S. Min at Dongyang Instrument | Conrad Ex. 27 | 11/16/04 | FCS1688393 | Conrad | R, P |
|   | 179 | Motorola Business Review Presentation | Engelbrechten Ex. 2; Beaver Ex. 12 | 12/14/04 | FCS1661968 – 2027 | Engelbrechten, Beaver | R, P, H, F |
| X | 180 | ICG Communication Meeting Presentation Integrated Circuits Group, H. Engelbrechten | Engelbrechten Ex. 3 | 01/13/04 | FCS1231702 – 1231733 | Engelbrechten | R, P, H, F |
|   | 181 | E-mail from Terry Leung to Robert Gendron, et al. re New Transfer Business in 2005 | Engelbrechten Ex. 4 | 01/17/05 | FCS1660440 – 1660441 | Engelbrechten | R, P, F |
|   | 183 | E-mail from Sangtae Im to Oscar Freitas and Hangseok Choi re FPS promotion need for Q1'04 | Gendron Ex. 2 | 11/11/03 | FCS0311848 – 311851 | Gendron | R, P, F |
|   | 184 | E-mail from Atman Chau to Ellen Lai, et al. re FSDM0265 & FSDL01665 price | Gendron Ex. 3 | 02/03/05 | FCS0686479 – 686482 | Gendron | R, P, F |
|   | 185 | E-mail from Kevin Ream to Robert Gendron, et al. re Americas Technical Sales and Marketing Weekly Report – WW50 | Gendron Ex. 4 | 12/17/03 | FCS1308850 – 1308852 | Gendron | R, P |
|   | 186 | Spreadsheet re "Americas" sales for 2004 /2005 | Godbout Ex. 1 | 2004-2005 |   | Godbout | R, P, I |
|   | 187 | Fairchild Americas Presentation, Brent Rowe, RVP Americas | Godbout Ex. 2 | 04/2005 | FCS1681117 – 58 | Godbout | R, P, H, F |
|   | 188 | E-mail from Dan Godbout to Susan Douglass re Fairchild switcher formal quote – Sanyo/GE | Godbout Ex. 3 | 06/04/04 | FCS1684670 – 1684674 | Godbout | R, P, H, F |
|   | 189 | E-mail from Dan Godbout to Brent Rowe re GE/Fairchild switcher | Godbout Ex. 4 | 05/17/04 | FCS1685251 – 55 | Godbout | R, P, H, F |
|   | 190 | E-mail from Dan Godbout to Brent Rowe re GE formal quote | Godbout Ex. 5 | 05/18/04 | FCS1683234 – 40 | Godbout | R, P, H, F |
|   | 191 | E-mail from Dan Godbout to Brent Rowe, et al. re GE/Fairchild | Godbout Ex. 6 | 05/19/04 | FCS1683941 – 47 | Godbout | R, P, H, F |
|   | 192 | E-mail from Floyd Otto to Tim Sullivan, Dan Godbout, and Paul Kendle re Fairchild switcher control | Godbout Ex. 7 | 07/26/04 | FCS1682045 – 48 | Godbout | R, P, H, F |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
|  | 193 | E-mail from Susan Douglass to Stephen West, et al. re PI Lawsuit | Godbout Ex. 8 | 04/04/05 | FCS1684338 – 40 | Godbout | R, P |
|  | 194 | Work-In-Progress, Resource Allocation by Project | J.S. Han Ex. 1 | 2003-2004 | FCS1324258 – 59 | Han | R, P |
|  | 195 | Work-In-Progress, Resource Allocation by Person | J.S. Han Ex. 2 | 2003-2004 | FCS1324254 – 55 | Han | R, P |
|  | 196 | Diagrams | J.S. Han Ex. 3 | 11/21/00 | FCS0076787 – 76815 | Han |  |
|  | 197 | FSCM0565R Green Mode Fairchild Power Switch Info Sheet | J.S. Han Ex. 4 | 01/13/05 |  | Han |  |
|  | 198 | Diagrams (AR3656X-56) | J.S. Han Ex. 5 |  | FCS0077356 – 80 | Han |  |
|  | 199 | FSCM0765R Green Mode Fairchild Power Switch Info Sheet | J.S. Han Ex. 6 | 02/14/05 | FCS0628218 – 37 | Han |  |
|  | 200 | Fairchild Technical Report re AR3656X-76XX | J.S. Han Ex. 7 | 04/27/04 | FCS0631171 – 91 | Han |  |
|  | 201 | Fairchild Technical Report re SDG4 | J.S. Han Ex. 8 | 10/20/04 | FCS0020878 – 98 | Han |  |
|  | 202 | Diagram by Designer Jinsub Han | J.S. Han Ex. 9 | 11/28/01 | FCS0077050 – 70 | Han |  |
|  | 203 | Organizational Chart, Power Conversion, HK Kim, | S.T. Im Ex. 1 | 05/2005 | FCS0524280 | Im |  |
|  | 204 | Korean Sales & Marketing Organization | S.T. Im Ex. 2 | 03/2005 | FCS0524276 – 77 | Im |  |
| X | 205 | Product Strategy Fairchild Power Switch | S.T. Im Ex. 3 | 08/2001 | FCS1097612 – 29 | Im | R, P, H, F |
| X | 206 | Strategic Business Plan, Power Conversion, HK Kim | S.T. Im Ex. 4 | 10/2003 | FCS0613756 – 89 | Im | R, P, H, F |
| X | 207 | Power Supply Strategy, Power Conversion | S.T. Im Ex. 5 | 07/28/04 | FCS0640957 – 1009 | Im | R, P, H, F |
|  | 208 | Project/Customer Spreadsheet | S.T. Im Ex. 6 |  | FCS0683113 – 22 | Im | R, P |
|  | 209 | Green FPS (Power Saver) Launching Plan | S.T. Im Ex. 7 | 08/29/03 | FCS0641675 – 93 | Im | R, P, H, F |
| X | 210 | PD Analog Business Review | S.T. Im Ex. 8 | 03/10/03 | FCS0507189 – 223 | Im | R, P, H, F |
| X | 211 | Power Conversion Biz Review | S.T. Im Ex. 9 | 01/12/04 | FCS0608236 – 87 | Im | R, P, H, F |
|  | 212 | Product Strategies for SPS & STD ICs | S.T. Im Ex. 10 | 05/09/00 | FCS0503931 – 80 | Im | R, P, H, F |
|  | 213 | Power Conversion Regional Marketing Meeting at Bucheon Korea | S.T. Im Ex. 11 | 04/21/04 | FCS0681900 – 2017 | Im, Troxel | R, P, H, F |
| X | 214 | AP FPS Plan | S.T. Im Ex. 12 | 12/15/02 | FCS0682646 – 68 | Im | R, P, F, H, V |
|  | 215 | Fairchild presentation entitled PDD Analog *Marketing,* FY03 Q2 QBR | S.T. Im Ex. 13 | 07/2003 | FCS0610280 – 337 | Im | R, P |
|  | 216 | PDD Analog Strategic Direction for Q4 2003 | S.T. Im Ex. 14 | 09/2003 | FCS0674491 – 505 | Im | R, P, H, F |
|  | 217 | Power Conversion Biz Review, HK Kim | S.T. Im Ex. 15 | 07/2004 | FCS0083906 – 819 | Im | R, P |
|  | 218 | Spreadsheet re Opportunity for PDD Analog over WW | S.T. Im Ex. 16 | 01/09/04 | FCS0705368 – 83 | Im | R, P |
|  | 219 | Power Conversion Weekly Report WW05 | S.T. Im Ex. 17 |  | FCS1015860 – 89 | Im | R, P |
|  | 220 | Spreadsheet re Bill & BKG_CY04 | S.T. Im Ex. 18 | 08/05/04 | FCS0558111 – 28 | Im | R, P |
|  | 221 | Green FPS Fairchild Power Switch for Switch Mode Power Supplies | S.T. Im Ex. 19 | 04/2004 | FCS1104208 – 53 | Im | R, P, H, F |
|  | 222 | E-mail from Seunghwan Lee to Taehyun Kim re Green FPS | S.T. Im Ex. 20 | 08/11/03 | FCS0669132 – 40 | Im | R, P, T, F, A-T, H |
|  | 223 | E-mail from Seunghwan Lee to HK Kim re TOP 12 Program | S.T. Im Ex. 21 | 03/04/04 | FCS1118480 – 97 | Im | R, P, T, F, A-T |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
|   | 224 | E-mail from Sangtae Im to Atman Chau re SPI for Samsung | S.T. Im Ex. 22 | 11/28/04 | FCS0660739 – 42 | Im | R, P, F, H |
|   | 225 | E-mail from Alan Hu to Atman Chau re SPI/Supreme | S.T. Im Ex. 23 | 12/26/04 | FCS0659728 – 30 | Im | R, P, F, H |
|   | 226 | E-mail from Robin Zhang to Sangtae Im re 10watt charger | S.T. Im Ex. 24 | 11/10/04 | FCS0339576 | Im | R, P |
|   | 227 | E-mail from Chuil Park to Danny Lin re PL for PC | S.T. Im Ex. 25 | 05/10/04 | FCS0676533 – 40 | Im | R, P, H, F |
|   | 228 | E-mail from Seunghwan Lee to Atman Chau re Green FPS | S.T. Im Ex. 26 | 08/14/03 | FCS0648686 – 87 | Im | R, P |
|   | 229 | E-mail from HK Kim to Changsik Lim re Hughes FSCM0765RD | S.T. Im Ex. 27 | 08/29/03 | FCS0520709 – 12 | Im | R, P |
|   | 230 | E-mail from Brent Markman to Sangtae Im et al. re Xbox | S.T. Im Ex. 28 | 05/12/03 | FCS0309575 | Im | R, P, H, F |
|   | 231 | Fairchild Semiconductor FSDH0165 | K.O. Jang Ex. 1 | 09/21/00 | FCS0146190 – 99 | Jang |   |
|   | 232 | Technical Report | K.O. Jang Ex. 2 | 03/24/99 | FCS0354603 – 43 | Jang |   |
| X | 233 | Fairchild Semiconductor FSD200 Fairchild Power Switch (FPS) | K.O. Jang Ex. 3 | 11/20/03 | FCS0562318 – 29 | Jang |   |
|   | 234 | Fairchild Semiconductor FSD200, FSD201 Fairchild Power Switch | K.O. Jang Ex. 4 | 07/09/03 | FCS0619789 – 9800 | Jang, Blauschild | R, P |
| X | 235 | Fairchild Semiconductor FSD210H Green Mode 700 V | K.O. Jang Ex. 5 | 10/07/04 | FCS0597922 – 37 | Jang |   |
|   | 236 | Fairchild Semiconductor FSDM311 Fairchild Power Switch (FPS) | K.O. Jang Ex. 6 | 11/11/03 | FCS0553036 – 45 | Jang |   |
| X | 237 | Fairchild Semiconductor FSDL365RN, FSDM365RN datasheet | K.O. Jang Ex. 7 | 06/17/04 | FCS0344990 – 5011 | Jang |   |
|   | 238 | Fairchild Semiconductor FSDL0365RNB, FSDM0365RNB datasheet | K.O. Jang Ex. 8 | 04/26/05 |   | Jang |   |
|   | 239 | Fairchild Semiconductor FSD210 Fairchild Power Switch (FPS) | K.O. Jang Ex. 9 | 02/26/03 | FCS0471645 – 52 | Jang | R, P |
|   | 240 | Fairchild Semiconductor FSD21x-Series FSD210, FSD211 | K.O. Jang Ex. 10 | 07/09/03 | FCS0617260 – 71 | Jang | R, P |
| X | 241 | FSD210 schematics | K.O. Jang Ex. 11 | 07/18/03 | FCS0026915 – 60 | Jang | M |
|   | 242 | R&D Plan | K.O. Jang Ex. 12 | 09/17/03 | FCS0128753 – 75 | Jang |   |
|   | 243 | The Power Franchise booklet | K.O. Jang Ex. 13 |   | FCS0015443 – 70 | Jang |   |
|   | 244 | FSD211H Design Review2 | K.O. Jang Ex. 14 | 01/19/05 | FCS0123427 – 36 | Jang |   |
| X | 245 | FSDH321 schematics | K.O. Jang Ex. 15 | 12/12/03 | FCS0077290 – 317 | Jang | M, R, P, I, D |
|   | 246 | FSDL0365RNB schematics | K.O. Jang Ex. 16 | 12/12/03 | FCS0077092 – 124 | Jang | M |
|   | 247 | Technical Report | K.O. Jang Ex. 17 | 05/07/04 | FCS0010192 – 229 | Jang |   |
|   | 248 | Product Development Tracking | K.O. Jang Ex. 18 |   | FCS0129047 – 49 | Jang | R, P, F, A, H |
|   | 249 | FSDM311 schematics | K.O. Jang Ex. 19 | 11/09/04 | FCS0077017 – 40 | Jang | M |
|   | 250 | Technical Report | K.O. Jang Ex. 20 | 07/07/04 | FCS0002902 – 39 | Jang | R, P |
|   | 251 | Fairchild Semiconductor FSDM0265RNC | K.O. Jang Ex. 21 | 02/26/04 | FCS0546429 – 46 | Jang | R, P |
|   | 252 | Fairchild PWM Control IC (FAN7602) | K.O. Jang Ex. 22 | 10/2003 | FCS0618772 – 86 | Jang | R, P |
|   | 253 | Frequency Modulation for the EMI (Electromagnetic Interference) | K.O. Jang Ex. 23 |   | FCS0142533 – 48 | Jang |   |
| X | 254 | Frequency Modulation for the EMI (Electromagnetic Interference) | K.O. Jang Ex. 24 |   | FCS0099595 – 610 | Jang |   |
| X | 255 | The 24th Weekly Report of SPS Group 2001 6. 16. | K.O. Jang Ex. 25 | 06/16/01 | FCS0486685 – 89 | Jang | R, P |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| | 256 | Extending Power Capability While Simplifying Design Process | K.O. Jang Ex. 26 | 03/2001 | FCS1173125 – 27 | Jang | R, P, H |
| | 257 | E-mail re Frequency Jitter with US Patent attached, Patent number 6,229,366 | K.O. Jang Ex. 28 | 06/13/01 | FCS0704049 – 67 | Jang | T, I, F, A-T, R, P |
| | 258 | Oscillator and DAC in FPS | K.O. Jang Ex. 30 | | WOO 00001 – 00005 | Jang | R, P, F, A |
| | 259 | Business Object Report | Jensen Ex. 2 | 2004-2005 | FCS1685950 – 54 | Jensen | R, P, I |
| | 260 | Opportunity for PDD Analog Over WW | Jensen Ex. 3 | 02/26/04 | FCS0611037 – 84 | Jensen | R, P, F, A-C, H |
| | 261 | FSCQ-Series Sales to Samsung; FAN7601 Sales: 2003-2004; etc. | Jensen Ex. 4 | 06/01/04 | | Jensen | D, R, P, F, A-C, H |
| | 262 | Product Sales: 2004-2005 | Jensen Ex. 5 | 2004-2005 | | Jensen | R, P, F, A-C, H |
| | 263 | Sales of Products from 2001Q1-2004Q3 | Jensen Ex. 6 | 2001-2004 | | Jensen | R, P, F, A-C, H |
| | 264 | Rep Presidents Meeting (Welcome to South Portland) | Jensen Ex. 7 | 10/21/03 | FCS1473050 – 150 | Jensen | R, P, F, H |
| | 265 | Geography Segment | Jensen Ex. 8 | 08/19/04 | FCS1613137 – 69 | Jensen | R, P, H, F |
| | 266 | Fairchild Semiconductor presentation (title obscured by ink) | Jensen Ex. 9 | | FCS1444973 – 5006 | Jensen | R, P, H, F |
| | 267 | E-mail from Stephen Jensen to Robert Gendron re Control4 Merlin | Jensen Ex. 10 | 02/24/05 | FCS1555699 – 700 | Jensen | R, P, H, F |
| | 268 | Quarterly Business Review – Americas Business Marketing | Jensen Ex. 11 | 02/2003 | FCS1084979 – 5042 | Jensen | R, P |
| | 269 | Geographies Segment Regional Sales Update | Jensen Ex. 12 | 02/2003 | FCS1099279 – 341 | Jensen | R, P |
| | 270 | Fairchild Semiconductor presentation (title obscured by ink) | Jensen Ex. 13 | | FCS1435108 – 32 | Jensen | R, P, H, F |
| | 271 | Fairchild Semiconductor presentation (title obscured by ink) | Jensen Ex. 14 | | FCS1469915 – 63 | Jensen | R, P, H, F |
| X | 272 | 650V/1A, SPS 1-chip Process | C.K. Jeon Ex. 2 | | FCS0176604 – 24 | Jeon | |
| | 273 | R&D Specification, SDG3(TE1 403X) Design Manual | C.K. Jeon Ex. 3 | 02/20/02 | FCS0173478 – 506 | Jeon | |
| X | 274 | The Research of HV-BCDMOS(SDG3) Process | C.K. Jeon Ex. 4 | 02/17/02 | FCS0194520 – 35 | Jeon | |
| X | 275 | 700V BCDMOS Process with 1.2µm Design Rule | C.K. Jeon Ex. 5 | 05/19/00 | FCS0189639 –60 | Jeon | |
| X | 276 | R&D Specification, SDG4(TE1 407X) Design Manual | C.K. Jeon Ex. 6 | 07/01/01 | FCS0186368 – 409 | Jeon | |
| | 277 | R&D Specification, SDG4(TE1 421X) Design Manual | C.K. Jeon Ex. 7 | 07/22/02 | FCS0019645 – 87 | Jeon | |
| | 278 | R&D Specification, SDG4(TE1 421X) Design Manual | C.K. Jeon Ex. 8 | 07/02/03 | FCS0209265 – 325 | Jeon | |
| | 279 | Technical Report, SDG4(TE1 421X 1.2um 700V) | C.K. Jeon Ex. 9 | 07/23/02 | FCS0247915 – 46 | Jeon | |
| | 280 | R&D Specification TE1407X-01XX | C.K. Jeon Ex. 10 | 06/10/02 | FCS1685695 – 721 | Jeon | |
| | 281 | R&D Specification, SDG4(TEA 421X) Design Manuel | C.K. Jeon Ex. 11 | 11/24/03 | FCS1685618 – 52 | Jeon | |
| | 282 | Qualification Plan | C.K. Jeon Ex. 12 | 06/10/04 | FCS0037736 – 54 | Jeon | R, P |
| X | 283 | R&D Specification, SDG4 Process Standard Data Book | C.K. Jeon Ex. 13 | 02/11/01 | FCS1685653 – 82 | Jeon | |
| | 284 | R&D Specification, SDG4 TE1421X Design Manual | C.K. Jeon Ex. 14 | 07/19/02 | FCS0018803 – 42 | Jeon | |
| | 285 | R&D Specification, SDG4 Design Manual | C.K. Jeon Ex. 15 | 11/02/04 | FCS1685560 – 617 | Jeon | |
| | 286 | R&D Specification, SDG3(TE1 403X) Design Manual | C.K. Jeon Ex. 16 | 10/23/00 | FCS1332212 – 40 | Jeon | |
| X | 287 | Introduction of SDG3/ SDG4 Process HV Part | C.K. Jeon Ex. 21 | 04/2003 | FCS0468204 – 36 | Jeon | |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| | 288 | SDG4 NTPRS Phase 2 | C.K. Jeon Ex. 22 | 07/23/02 | FCS0037052 – 143 | Jeon | R, P |
| X | 289 | 650V | C.K. Jeon Ex. 23 | | FCS1329257 – 69 | Jeon | T, I, F, A-T |
| X | 290 | Rugged MOSFET (LDMOS vs. VDMOS)? | C.K. Jeon Ex. 24 | | FCS0407439 | Jeon | I, R, P |
| X | 291 | Process Development Group Weekly Report (CY02:11/08-11/14) | C.K. Jeon Ex. 25 | | FCS0455243 – 49 | Jeon | R, P |
| X | 292 | Process Development Group Weekly Report (CY02:11/29-12/05) | C.K. Jeon Ex. 26 | | FCS0446617 – 23 | Jeon | R, P |
| X | 293 | Technical Report, PI, TNY266P Construction Analysis | C.K. Jeon Ex. 27 | 12/11/02 | FCS1685523 – 59 | Jeon | R, P |
| X | 294 | E-mail from Jongjib Kim to Minhwan Kim re FPS Cost Analysis | C.K. Jeon Ex. 28 | 11/14/04 | FCS0252710 – 16 | Jeon | T, I, F, A-T, H, R, P |
| X | 295 | Development Plan for GFPS Product 2005.2 Process Development | C.K. Jeon Ex. 29 | 02/2005 | FCS0459111 – 38 | Jeon | R, P, H |
| X | 296 | Technical Report | C.K. Jeon Ex. 31 | 03/03/99 | FCS1330824 – 33 | Jeon | T, I, F, A-T, |
| X | 297 | The Power Franchise | C.K. Jeon Ex. 32 | | FCS1413738 | Jeon | I |
| | 298 | R&D Specification, SDG3 (TE1403X) Design Manual | C.K. Jeon Ex. 33 | 02/20/02 | | Jeon | |
| X | 299 | High Voltage MOS Transistors | C.K. Jeon Ex. 34 | | | Jeon | M |
| X | 300 | BCD SPS Development Plan | C.S. Lim Ex. 1 | 07/15/02 | FCS0494668 – 72 | Lim | R, P, T, I, F, A-T |
| | 301 | E-mail from HK Kim to Changsik Lim re: FPS 2004 development | C.S. Lim Ex. 2 | 08/21/03 | FCS0518029 – 34 | Lim | R, I, F, A, R, P |
| | 302 | E-mail from Terry Johnson to Sangtae IM re: Green FPS update | C.S. Lim Ex. 3 | 07/08/03 | FCS0514354 – 59 | Lim | R, P |
| | 303 | E-mail from Oscar Freitas to Terry Johnson re: San Jose trip report | C.S. Lim Ex. 4 | 08/15/03 | FCS0520806 – 09 | Lim | R, P, H, F |
| X | 304 | E-mail from Changsik Lim to Oscar Freitas re: AN-4137 edits | C.S. Lim Ex. 5 | 12/17/03 | FCS1010471 – 74 | Lim | R, P, H, F |
| | 305 | E-mail from Bob Conrad to Changsik Lim re: requirement for SDG5 | C.S. Lim Ex. 6 | 01/06/05 | FCS0517284 | Lim | R, P, H, F |
| | 306 | E-mail from C.S. Lim to DeokJung Kim re: list of relevant patents | C.S. Lim Ex. 7 | 02/03/03 | FCS1006486 – 87 | Lim | R, P, T, I, F, A-T, M |
| | 307 | Comparison & Analysis of Patent PI (US 6,249,876) vs. FSC (Frequency Modulation) | C.S. Lim Ex. 8 | | FCS0577195 – 198 | Lim | BN |
| | 308 | Americas and Europe Regional Update | Rowe Ex. 1 | 11/24/03 | FCS1474179 – 1474296 | Rowe | R, P, H, F |
| | 309 | Enabling Emerson Success – Fairchild Semiconductor | Rowe Ex. 2 | 05/19/04 | FCS1459364 – 1459437 | Rowe | R, P, H, F |
| | 310 | Letter from John Corbett to Brent Rowe re a co-written paper | Rowe Ex. 3 | 03/17/04 | FCS1602060 – 62 | Rowe | R, P |
| | 311 | Spreadsheet re Projects | Rowe Ex. 4 | | FCS1681735 – 41 | Rowe | R, P, H, F |
| | 312 | Intel Quarterly Business Review | Rowe Ex. 5 | 09/01/04 | FCS1674956 – 5038 | Rowe | R, P, H, F |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
|  | 313 | Key Product Activity Update | Rowe Ex. 6 |  | FCS1678262 – 77 | Rowe | R, P |
|  | 318 | S.G. Cowen Analyst Report | Slayton Ex. 2 | 02/03/06 | FCS1690338 – 56 | Slayton, Troxel | R, P, H, F, A, V |
|  | 319 | S.G. Cowen Analyst Report |  | 12/08/05 | FCS1690357 – 84 | Keeley, Troxel | R, P, H, F, A, V |
|  | 320 | S.G. Cowen Analyst Report | Slayton Ex. 6 | 07/14/04 | FCS1690161 – 208 | Slayton, Troxel | R, P, H, F, A, V |
|  | 321 | Presentation regarding Fairchild Power Switch (FPS) | Beaver Ex. 7 | 06/2005 | FCS1687871 – 98 | Beaver | R, P, H, A, F, D |
|  | 322 | Fairchild list of products in the Off-Line Conversion IC – Power Switch product family |  |  | FCS1693068 – 73 |  |  |
|  | 323 | Fairchild list of products in the Green FPS product family |  |  | FCS1693074 – 76 |  |  |
| X | 324 | PI PowerPoint re Manufacturing Proposal for Solectron | Bailey Ex. 8 |  | PIF94787-PIF94805 | Balakrishnan, Renouard | H |
| X | 325 | PI Invention Disclosure Form | Balakrishnan Ex. 17 |  | PIF63306-PIF63313 | Balakrishnan |  |
| X | 326 | PI Invention Disclosure Form | Balakrishnan Ex. 16 |  | PIF63314-PIF63324 | Balakrishnan |  |
|  | 327 | E-mail from Atman Chau re FSDM0265RN/Customer_Set Survey |  | 10/21/04 | FCS0662533 – 540 |  | R, P, T, A-T, H, F, V |
|  | 328 | E-mail from Bruce Renouard to Richard Fassler attaching Sales Mtg Action Items 6-25-04 spreadsheet |  | 06/25/04 | PIEM0001246 – 1250 | Renouard | R, P, V, H, F, A |
|  | 329 | E-mail from Bruce Renouard to Cliff Walker re Fairchild competition update |  | 03/31/04 | PIF 38114 | Renouard | R, P, V, H, F, A |
|  | 330 | Fairchild Semiconductor Investor Fact Book from Fairchild's website |  | 2005 |  | Conrad, Beaver | R, P, H, F |
|  | 331 | Investor Relations, Corporate Profile, Geographic Footprint Overview http://investor.fairchildsemi.com/phoenix.zhtml?c=118532&p=irol-homeprofile |  | 04/13/06 Print date |  | Conrad, Beaver | R, P, H, F |
|  | 332 | Fairchild Semiconductor International, Inc., April 2005 Investor Presentation from fairchildsemi.com |  | 04/2005 |  | Conrad, Beaver | R, P, H, F |
|  | 333 | Memo from Scott Garrard and CS Song to Don Desbiens re R&D Guidelines |  | 07/24/01 | FCS0445538 – 39 |  | R, P |
| X | 334 | Design/Process Change Notification – Final | Kim Ex. 1 |  | FCS1661316 – 1317 | Kim | R, P, D |
|  | 335 | E-mail from HK Kim | Kim Ex. 2 | 02/04/05 | FCS0415484 – 513 | Kim | T, A-T |
|  | 336 | E-mail from Jonathan Harper | Kim Ex. 3 | 12/08/03 | FCS0307103 – 108 | Kim | R, P, H, F |
|  | 337 | Power Conversion Workshop booklet | Kim Ex. 4 | 07/16/04 | FCS0502443 – 530 | Kim | T, A-T, R, P, H, F |
|  | 338 | E-mail from HK Kim to Sangtae Im | Kim Ex. 5 | 10/27/04 | FCS1111840 – 841 | Kim | R, P, H, F |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| | 339 | E-mail from Robert Gendron to Brent Rowe | Kim Ex. 6 | 07/14/03 | FCS0307176 – 181 | Kim | R, P, V |
| | 340 | E-mail from Chau to Kang; HK Kim | Kim Ex. 7 | 11/04/03 | FCS0645563 – 566 | Kim | R, P, V |
| | 341 | E-mail from Soonhong Park | Kim Ex. 8 | 01/23/05 | FCS0517053 – 54 | Kim | R, P, H, F |
| | 342 | E-mail from Dan Godbout to Sangtae Im | Kim Ex. 9 | 08/21/03 | FCS0307884 – 887 | Kim | R, P, V |
| | 343 | E-mail from HK Kim to Terry Johnson | Kim Ex. 10 | 10/28/03 | FCS1119566 – 567 | Kim | R, P, V |
| | 344 | E-mail from HK Kim | Kim Ex. 11 | 02/10/05 | FCS0652361 – 363 | Kim | R, P |
| | 345 | E-mail from Jintae Kim to Robert Gendron | Kim Ex. 12 | 02/06/05 | FCS1666591 | Kim | R, P, F, H, I |
| | 346 | E-mail from Sangtae Im to Seunghwan Lee | Kim Ex. 13 | 08/17/03 | FCS0651431 – 432 | Kim | R, P, V |
| | 347 | Top 210 reverse engineered schematics | | | FCS0541094 – 1120 | | R, P |
| | 348 | TNY264 reverse engineered schematics | | | FCS0541121 – 31 | | R, P |
| | 349 | TNY264 reverse engineered schematics | | | FCS0539827 – 29 | | R, P |
| | 350 | Fairchild sales data | | | FCS0668851 – 964 | | R, P, V |
| | 351 | Fairchild Intel customer file | | | FCS1686162 – 80 | | M, R, P, V |
| | 352 | Fairchild Intel customer file | | | FCS1686204 – 29 | | M, R, P, V |
| | 353 | Fairchild Intelbras customer file | | | FCS1686230 – 47 | | M, R, P, V |
| | 354 | Fairchild Microsoft customer file | | | FCS1686250 – 65 | | M, R, P, V |
| | 355 | Fairchild Thomas & Betts customer file | | | FCS1686311 – 32 | | M, R, P, V |
| | 356 | Fairchild Motorola FSDH0265 file | | | FCS1686551 – 54 | | M, R, P, V |
| | 357 | Fairchild Phihong FSD210 file | | | FCS1686564 – 88 | | M, R, P, V |
| | 358 | Fairchild Whirlpool FSDM0365 file | | | FCS1686602 – 28 | | M, R, P, V |
| | 360 | PI Excel sheet: "Identified Lost Business" | FCS Ex. 161 | | PIEM0005972 – 82 | Renouard | |
| | 361 | Power Integrations' Product Selector Guide, available online at http://www.powerint.com/PDFFiles/selectorguide.pdf | FCS Ex. 182 | June 2006 | | Balakrishnan, Renouard | R, P, F, H |
| | 362 | NPD Group article – "U.S. Mobile Phone Sales Reached 31.6 Million Units in Third Quarter 2005" | Troxel Ex. 40; FCS Ex. 527 | 10/24/05 | | Troxel | R, P, F, H, A |
| | 363 | IDC – "Worldwide Mobile Phone Market Breaks 200 Million Unit Mark in 3Q05" | Troxel Ex. 41; FCS Ex. 528 | 10/20/05 | | Troxel | R, P, F, H, A |
| | 364 | DisplaySearch – "Report Indicates Q1 '05 LCD Desktop Monitors Rise 7% Q/Q" | Troxel Ex. 42; FCS Ex. 529 | 06/21/05 | | Troxel | R, P, F, H, A |
| | 365 | Fairchild Design Wins Spreadsheet | FCS Ex. 533 | | Excel spreadsheet; also produced at FCS1689437 – 39 | | F, H, R, P, Illegible |
| | 366 | Fairchild Design Wins Spreadsheet | FCS Ex. 533 | | Excel spreadsheet; also produced at FCS1689440 – 49 | | F, H, R, P, Illegible |
| | 368 | Press Release, "Power Integrations Awarded 'Product of the Year' in 'Green' Technology" | | 03/09/04 | PIF 131300 | Balakrishnan | F, H, R, P |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| | 369 | Press Release, "Power Integrations Receives Product of the Year Award from Electronic Products Magazine" | | 01/22/03 | PIF 131300 | Balakrishnan | F, H, R, P |
| | 370 | Press Release, "President Bush Issues Order to Slay Energy Vampires" | | 07/31/01 | PIF 131300 | Balakrishnan | F, H, R, P |
| | 371 | Press Release, " Power Integrations to be Featured on 'Business Now' Television This Weekend" | | 07/11/01 | PIF 131300 | Balakrishnan | F, H, R, P |
| | 372 | Press Release, "Power Integrations Gives 'Vampire' Demonstration to President George W. Bush" | | 06/28/01 | PIF 131300 | Balakrishnan | F, H, R, P |
| | 373 | Press Release, "First Monolithic High-Voltage Power Conversion IC Family to Deliver Up to 250 Watts" | | 11/20/00 | PIF 131300 | Balakrishnan | F, H, R, P |
| | 374 | Press Release, "Power Integrations Introduces the Highest Level of System Integration with TOPSwitch-FX® Power Conversion ICs" | | 03/20/00 | PIF 131300 | Balakrishnan | F, H, R, P |
| | 375 | Press Release, "Power Integrations Selected as Finalist in 1999 Discover Awards for Technological Innovation" | | 04/29/99 | PIF 131300 | Balakrishnan | F, H, R, P |
| X | 376 | Dr. Klas Eklund, Innovator of the Year, *Innovation* | | 01/03/91 | PIF 82435 | Eklund | F, H, R, P |
| | 377 | Springer, "Innovator's TinySwitch Nabs Environment Award," *INDIA-WEST* | | 06/18/99 | PIF 20833 – 20834 | Balakrishnan | F, H, R, P |
| | 378 | "Electronics and IT Industry Leaders Meet to Share Technologies and Strategies for Improving Energy Efficiency in Power Supplies," Energy Star News Archive | | 01/2002 | PIF 62655 – 62670 | Balakrishnan | F, H, R, P |
| | 379 | CD containing electronic copy of Fairchild shipment document regarding FSD210HD manufactured within the U.S. | | | FCS1691603 (CD) | Dupuis | R, P-NAD |
| X | 380 | Fairchild shipment document printout regarding FSD210HD manufactured within the U.S. | Dupuis Ex. 5 | 2004-2006 | FCS1691604 – 717 | Dupuis | R, P-NAD |
| X | 381 | SDG4 Process Transfer document | Dupuis Ex. 6 | 02/12/04 | FCS1693108 – 17 | Dupuis | |
| X | 382 | Fairchild wafer starts profile | Dupuis Ex. 7 | 2004-2005 | FCS1693118 | Dupuis | |
| | 383 | CD containing Electronic copy of Fairchild wafer starts profile | | | FCS1693119 (CD) | Dupuis | |
| X | 384 | Fairchild Process Qualification Plan | Dupuis Ex. 8 | 02/19/04 | FCS1693120 – 29 | Dupuis | |
| | 387 | Power Integrations, Inc. Annual Report Form 10-K for the fiscal year ended December 31, 2005 | | 03/08/07 | | Balakrishnan, Renouard | |
| | 388 | Linear Technology LT1950 data sheet | | 2003 | BB 000129 – 0148 | Blauschild | |
| | 389 | Micrel MIC2207 data sheet | | 12/2006 | BB 000181 – 0198 | Blauschild | |
| | 390 | Micrel MIC4722 data sheet | | 11/2006 | BB 000161 – 0180 | Blauschild | |
| | 391 | Maxim MAX887 data sheet | | 09/1996 | BB 000149 – 0160 | Blauschild | |
| | 392 | Fairchild FAN6520A data sheet | | 10/2006 | BB 000199 – 0213 | Blauschild | |
| | 393 | Fairchild KA7500C SMPS Controller data sheet | | 05/09/03 | BB 000214 – 0221 | Blauschild | |

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| | 394 | U.S. Patent No. 5,383,381 (Balakrishnan) | | 05/17/94 | PIF145130-37 | Balakrishnan | |
| | 395 | U.S. Patent No. 5,461,303 (Lehman *et al.*) | | 10/24/95 | PIF145138-46 | Balakrishnan | |
| | 396 | Klas Eklund job description | | | KE1445 | Eklund | |
| | 397 | Announcement - Klas Eklund joins Data General | | | KE1446 | Eklund | |
| | 398 | Klas Eklund notes | | 9/26/84 | KE1447-49 | Eklund | |
| | 399 | SLIC II Technology Requirements and Analysis | | | KE1467-78 | Eklund | |
| | 400 | Klas Eklund notes | | 05/09/85 | KE1479-80 | Eklund | |
| | 401 | Klas Eklund notes | | 5/09/85 | KE1485-86 | Eklund | |
| | 402 | Klas Eklund notes | | | KE1487-96 | Eklund | |
| | 403 | Notes re CS-11 Implant Profiles | | 01/07/85 | KE1497-1512 | Eklund | |
| | 404 | Klas Eklund notes re high voltage CMOS | | 03/28/85 | KE1513-17 | Eklund | |
| | 405 | Klas Eklund notes re displays | | | KE1523 | Eklund | |
| | 406 | Notes re HV structure | | 01/14/86 | KE1524-33 | Eklund | |
| | 407 | Preliminary Design Rules for HV6 process | | 01/16/86 | KE1534-37 | Eklund | |
| | 408 | High Voltage Variations | | | KE1538-46 | Eklund | |
| | 409 | High Voltage Products plan | | 03/03/86 | KE1547-53 | Eklund | |
| | 410 | HV6 Process Device diagrams | | 11/25/85 | KE1554-62 | Eklund | |
| | 411 | Notes re high voltage P-channel device | | 04/01/86 | KE1563-68 | Eklund | |
| | 412 | Klas Eklund presentation re an Optimized High Voltage MOS resurf device | | 02/10/85 | KE1576-77 | Eklund | |
| | 413 | Notes re bipolar NPN transistor | | | KE1578-87 | Eklund | |
| | 414 | Notes re 300 volt resistors | | 8/29/85 | KE1588-89 | Eklund | |
| | 415 | Notes re DMOS devices | | 03/06/85 | KE1590 | Eklund | |
| | 416 | Device Simulations write-up | | | KE1591-1600 | Eklund | |
| | 417 | CMOS logic CANDE simulation results | | 01/17/86 | KE1601-28 | Eklund | |
| | 418 | Letter to Klas Eklund re work for AMD starting Aug. 15, 1984 | | 05/04/84 | KE1646-47 | Eklund | |
| X | 419 | Supplemental Opinion Letter from Sidley Austin to Stephen Schott regarding U.S. Patent No. 6,299,366 | DX483 | 06/06/06 | FCS1693053-57 | | |
| | 420 | E-mail exchange between Paul Horowitz and Fairchild engineers | | | FCS1693524-25 | | |
| | 421 | Scans of ESDA Lifts | | 07/23/07 | AL00001 | Lyter | |
| | 422 | Lyter notes re forensic inspection | | 07/23/07 | AL285-287 | Lyter | |
| | 423 | TLC plate | | 08/02/07 | | Lyter | |
| | 424 | Lyter notes re ink testing | | 08/02/07 | AL288 | Lyter | |
| | 425 | TLC plate | | 08/02/07 | | Lyter | |
| | 426 | Lyter notes re ink testing | | 08/02/07 | AL289 | Lyter | |
| | 427 | TLC plate | | 08/03/07 | | Lyter | |
| | 428 | Lyter notes re ink testing | | 08/03/07 | AL290 | Lyter | |
| | 429 | TLC plate | | 08/06/07 | | Lyter | |

16

Power Integrations' Exhibit List

| ADM. FIRST TRIAL | TRIAL EX. NO. | DESCRIPTION OF EXHIBIT | DESIGNATED AT/IN | DATE | BATES RANGE | SPONSORING WITNESS* | OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| | 430 | Lyter notes re ink testing | | 08/06/07 | AL291 | Lyter | |
| | 431 | ASTM Standard Guide for Test Methods for Forensic Writing Ink Comparison | | | AL292-299 | Lyter | |
| | 432 | ASTM Standard Guide for Writing Ink Identification | | | AL300-305 | Lyter | |
| | 433 | Formulabs 587 Production worksheets | | | AL306-313 | Lyter | |
| | 434 | Lyter notes re Formulabs ink date tags | | | AL323-324 | Lyter | |
| | 435 | UV tag photos | | | AL2 & AL320 | Lyter | |
| | 436 | UV tag photos | | | AL2 & AL321 | Lyter | |
| | 437 | UV tag photos | | | AL2 & AL322 | Lyter | |
| | 450 | Fairchild responses to Interrogatories Nos. 6, 8, 9, 13 | | | | | |