# Power Integrations v. Fairchild

## Exhibit 8

## Power Integrations' Witness List

Power Integrations intends to call the following witnesses at the upcoming trial on validity and enforceability. The witnesses will testify live except where otherwise indicated. Power Integrations reserves the right to call anyone appearing on Fairchild's witness list, reserves the right to call any of the following witness to provide answering testimony, and reserves the right to amend its list in view of events at trial.

**Power Integrations' case – Validity trial**

| Witness | Live/ Desig. | Expected Time |
|---|---|---|
| Balu Balakrishnan (inventor) | Live | .75 |
| Bruce Renouard (secondary considerations, including demand for patent features, commercial success) | Live | 0.25 |
| C.K. Jeon/K.O. Jang/H.S. Choi/S.T. Im/C.S. Lim/Bob Conrad (secondary considerations of non-obviousness, including copying and commercial success) | Depo/Trial Transcript | 0.75 |
| Bob Blauschild (circuit expert) | Live | 1.25 |
| Klas Eklund (inventor) | Live | .75 |
| Jan Brunnberg (corroboration of conception; reduction to practice; diligence) | Live | 0.25 |
| Vahe Sarkissian (corroboration of conception; reduction to practice; diligence) | Depo | 0.25 |
| Mike Shields ('075 expert) | Live | 0.5 |
| Dr. Albert H. Lyter III (forensics) | Live | .25 |
| **TOTAL TIME** | | 5 hours |

Power Integrations reserves the right to call Dr. Lyter concerning the parties' forensic testing of Dr. Eklund's documents, depending on Fairchild's proofs at trial. If Fairchild seeks to introduce evidence from its forensic consultant, Erich Speckin, Power Integrations asks that it be permitted to call Dr. Lyter in response.

In addition, Power Integrations estimates that it will need approximately 3 hours to cross-examine Fairchild's witnesses, and requests 1 hour to open. Power Integrations thus presently estimates the total trial time for its validity case to be 9 hours, with the remaining 30 minutes in the budget to be spent on disputes that arise during the course of trial. Although the Court's Trial Management Order of November 21, 2006 provides that closing arguments "are not included in the time allocations," Power Integrations requests 1 hour for closing argument.

Contact information and a further description of the testimony for Power Integrations' live witnesses is below. These individuals can be reached through Power Integrations' litigation counsel.

**Balu Balakrishnan**
Subjects: Invention of the '876, '366, and '851 patents, differences between the inventions and the prior art, Power Integrations' business and products, praise for and commercial success of those products.
Address: Power Integrations, Inc.
5245 Hellyer Avenue
San Jose, Ca 95138
408-414-9200

**Bruce Renouard**
Subjects: Power Integrations' business and products, praise for and commercial success of those products, and demand for patented features of those products.
Address: Power Integrations, Inc.
5245 Hellyer Avenue
San Jose, Ca 95138
408-414-9200

**Robert Blauschild**
Subject: Validity of Power Integrations' '876, '366, and '851 patents.
Address: 22351 Hartman Drive
Los Altos, CA 94024-7434
408-735-9896
Specialty: integrated circuit design

**Jan Brunnberg**
Subject: Invention of the '075 patent, including conception of the subject matter by Klas Eklund; reduction to practice; diligence.
Address: Power Integrations, Inc.
5245 Hellyer Avenue
San Jose, Ca 95138
408-414-9200

**Klas Eklund**
Subjects: Invention of the '075 patent (including conception, reduction to practice and diligence), the founding and early business of Power Integrations, commercial success of Power Integrations' products embodying the '075 patent.
Address: Manhemsvagen 20B
19143 Sollentuna, Sweden
011-46-8-961383

**Michael Shields**
Subjects: Validity of Power Integrations' '075 patent.
Address: 19850 Via Escuela Drive
Saratoga, CA 95070-4447
408-867-5891
Specialty: integrated circuit design and manufacturing

**Dr. Albert H. Lyter III**
Subject: Forensic examination of Klas Eklund's documents
Address: Federal Forensic Associates, Inc.
P.O. Box 31567
Raleigh, North Carolina 27612
919-848-3696
Specialty: forensic chemistry, in particular the dating of documents, inks, and papers