**Power Integrations v. Fairchild**

**Exhibit 10**

**Power Integrations' Opinion Testimony**

Power Integrations intends to call the following experts to testify in person at trial to provide opinions on the subjects described:

**Robert Blauschild**

Mr. Blauschild has worked extensively in the field of analog and mixed-signal circuit design. After obtaining a BSEE degree from Columbia University in 1971 and an MSEE degree from U.C. Berkeley in 1973, Mr. Blauschild joined the Analog Research Department of Signetics. He became Manager of Analog Research in 1976, with a department charter to investigate the application of new process technologies to analog functions. Mr. Blauschild's status with Signetics became that of a consultant in 1981, which allowed him to work with other companies including Hughes, Micro Linear, Exar, Stanford Telecom, and many others. He rejoined Signetics as Manager of Advanced Development in 1990. The charter of Mr. Blauschild's department at that time was to do advanced designs with existing IC processes, the first designs with new IC processes, and consult with other departments on the development of all projects with analog content. He was also responsible for working with the wafer fabrication groups in developing new IC processes and devices.

Mr. Blauschild has worked on and consulted on designs of a wide range of analog and mixed-signal circuits, including data converters, amplifiers, voltage and current references and regulators, timing circuits, line drivers and receivers, display circuits, phase-locked loops, and modems. Mr. Blauschild has fourteen US patents and has designed over two dozen products with cumulative sales above $250 Million.

Mr. Blauschild has also participated as a panelist at various industry conferences, and taught several short courses and seminars in the U.S., Europe, and Japan. After presenting two technical papers at the 1978 International Solid-State Circuits Conference (ISSCC), Mr. Blauschild was chosen by the 1979 conference chairman to serve on the ISSCC Program Committee, and has been similarly chosen 15 times since then. Mr. Blauschild has twice a member of the European Solid-State Circuits Conference Program Committee. His work on these committees consisted of evaluating submitted papers for originality and import, and deciding on rejection or acceptance for presentation at the conferences. Mr. Blauschild's designs and lectures have spanned a wide range of technologies, including NMOS, CMOS, BiCMOS, and Bipolar processing.

Mr. Blauschild will testify that all three of Power Integrations' circuit patents in this case, U.S. Patent Nos. 6,249,876 B1 ("the '876 patent"), and 6,107,851 ("the '851 patent"), 6,229,366 B1 ("the '366 patent") are not invalid, including that the circuit patents are not obvious or anticipated, and that any allegedly withheld prior art was not material. Mr. Blauschild's expected testimony is set forth more fully in his expert reports and deposition testimony.

**Michael Shields**

Mr. Shields has at least forty years of semiconductor industry experience, including four years at the Marconi Company in the UK, over thirty years at Philips/Signetics (Philips acquired Signetics in 1975), and five years at Implink Technology. During the course of Mr. Shields' work in the industry, he has worked on semiconductor device design, has managed multiple development teams, has overseen the building of and has run multiple fabrication facilities, and has been responsible for Philips' future designs and process roadmaps.

Mr. Shields also holds several patents. He has guest lectured at Stanford University and at U.C. Berkeley extension. Mr. Shields has been a panel member at SEMI ISS, SEMI SBC, and has given talks at Wescon and at several IEEE meetings. Mr. Shields has a Bachelor of Science degree in Physics from Imperial College, London University, and a Master of Science degree in Electrical Engineering from San Jose State University.

Mr. Shields will testify that Power Integrations' '075 patent is not invalid, including that the '075 patent is enabled, is not obvious or anticipated, and that any allegedly withheld prior art was not material. Mr. Shields's expected testimony is set forth more fully in his expert reports and deposition testimony.

**Dr. Albert H. Lyter III**

Dr. Lyter has over 30 years of experience in the area of questioned document examination, and he specializes in the dating of documents, inks, and papers. Dr. Lyter's government service in this area dates back to 1975, when he began working as a Forensic Chemist for the U.S. Treasury Department, Bureau of Alcohol, Tobacco and Firearms, at the National Laboratory Center in Rockville, Maryland. He is currently in private practice, and has been since 1981. Dr. Lyter has Bachelor of Science degrees in Chemistry and Biology, a Master of Science degree in Forensic Science from George Washington University, and a Ph.D. in Analytical Chemistry from the University of North Carolina-Chapel Hill.

Dr. Lyter will testify that the evidence of Klas Eklund's documents, including Dr. Lyter's forensic analyses of the documents, is consistent with Dr. Eklund's testimony that the original documents from which copies were made were created on or about the dates indicated on the documents. Dr. Lyter's expected testimony is set forth more fully in his report and deposition testimony.