# EXHIBIT 13

## Defendants' Preliminary Deposition Designations For the Invalidity Trial

| DATE | DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION | COUNTER - DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 11/22/05 | Bailey, Douglas | PI | 8:15-11:15; | Fairchild | | | | |
| | | | 14:6-7; | | | | | |
| | | | 15:6-13; | | | | | |
| | | | 16:18-17:11; | | | | | |
| | | | 17:20-18:21; | | | | | |
| | | | 19:2-5; | | | | | |
| | | | 19:8-11; | | | | | |
| | | | 19:19-20:11; | | | | | |
| | | | 22:8-15; | | | | | |
| | | | 22:24-23:11; | | | | | |
| | | | 25:6-21; | | | | | |
| | | | 28:24-29:19; | | | | | |
| | | | 29:25-30:12; | | | | | |
| | | | 31:22-25; | | | | | |
| | | | 33:15-19; | | | | | |
| | | | 33:21-24; | | | | | |
| | | | 34:15-25; | | | | | |
| | | | 40:4-13; | | | | | |
| | | | 42:11-21; | | | | | |
| | | | 43:23-44:2; | | | | | |
| | | | 94:24-95:18; | | | | | |
| | | | 96:3-13; | | | | | |
| | | | 96:22-97:14; | | | | | |
| | | | 98:9-100:6; | | | | | |
| | | | 111:9-10; | | | | | |
| | | | 111:17-23; | | | | | |
| | | | 112:8-113:18; | | | | | |
| | | | 113:23-25; | | | | | |
| | | | 114:4-10; | | | | | |
| | | | 119:14-121:13; | | | | | |
| | | | 124:15-19; | | | | | |
| | | | 128:20-23 | | | | | |
| 1/10/06 | Barnes, Jeffrey | Fairchild | **4:11-18;** | Fairchild | | | | |
| | | | **6:2-8:9;** | | | | | |
| | | | **9:8-12:23;** | | | | | |
| | | | **13:3-15:5;** | | | | | |
| | | | **16:21-17:23;** | | | | | |
| | | | **67:18-69:10;** | | | | | |
| | | | **92:22-93:15;** | | | | | |

| DATE | DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION | COUNTER - DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|---|
| | | | 98:12-99:11; | | | | | |
| | | | 99:21-100:9; | | | | | |
| | | | 100:18-101:15; | | | | | |
| | | | 154:9-156:5 | | | | | |
| 8/18/05 | Bell, Derek | PI | 6:23-8:24; | Fairchild | | | | |
| | | | 16:8-21:10; | | | | | |
| | | | 22:5-25:11; | | | | | |
| | | | 27:14-28:12; | | | | | |
| | | | 29:18-30:7; | | | | | |
| | | | 31:1-32:6; | | | | | |
| | | | 33:1-35:22; | | | | | |
| | | | 37:21-38:1; | | | | | |
| | | | 51:5-52:2; | | | | | |
| | | | 54:2-18; | | | | | |
| | | | 55:18-56:12; | | | | | |
| | | | 57:1-17; | | | | | |
| | | | 58:24-59:21; | | | | | |
| | | | 92:6-16; | | | | | |
| | | | 93:4-5; | | | | | |
| | | | 93:21-94:1; | | | | | |
| | | | 95:25-96:19; | | | | | |
| | | | 99:22-100:4; | | | | | |
| | | | 100:24-101:19; | | | | | |
| | | | 103:2-16; | | | | | |
| | | | 103:24-104:3; | | | | | |
| | | | 105:15-107:7; | | | | | |
| | | | 109:3-15; | | | | | |
| | | | 109:22-110:16; | | | | | |
| | | | 111:4-14; | | | | | |
| | | | 113:8-114:12; | | | | | |
| | | | 118:6-16; | | | | | |
| | | | 120:1-20 | | | | | |
| 9/12/05 | Choi, Hang-Seok | Fairchild | 6:13-16; | Fairchild | | | | |
| | | | 9:6-10:1; | | | | | |
| | | | 10:14-11:9; | | | | | |
| | | | 12:1-2; | | | | | |
| | | | 21:12-16; | | | | | |
| | | | 21:23-22:4; | | | | | |
| | | | 22:11-24:3; | | | | | |
| | | | 30:10-31:22; | | | | | |
| | | | 75:4-76:13; | | | | | |
| | | | 76:18-77:24; | | | | | |
| | | | 81:23-82:16; | | | | | |
| | | | 85:9-86:4; | | | | | |
| | | | 87:7-88:10; | | | | | |

| DATE | DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION | COUNTER - DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------|-------------|---------|-----------|----------------------|---------|-----------|
|  |  |  | 88:24-89:7; |  |  |  |  |  |
|  |  |  | 90:14-91:7; |  |  |  |  |  |
|  |  |  | 93:21-94:12; |  |  |  |  |  |
|  |  |  | 108:3-6; |  |  |  |  |  |
|  |  |  | 115:1-6; |  |  |  |  |  |
|  |  |  | 131:18-25 |  |  |  |  |  |
| 8/23/05 | Djenguerian, Alex | PI | 6:4-6; | Fairchild |  |  |  |  |
|  |  |  | 13:6-23; |  |  |  |  |  |
|  |  |  | 18:7-10; |  |  |  |  |  |
|  |  |  | 19:25-20:18; |  |  |  |  |  |
|  |  |  | 21:13-17; |  |  |  |  |  |
|  |  |  | 25:24-26:2; |  |  |  |  |  |
|  |  |  | 39:11-18; |  |  |  |  |  |
|  |  |  | 40:13-41:2; |  |  |  |  |  |
|  |  |  | 65:18-23; |  |  |  |  |  |
|  |  |  | 76:17-23; |  |  |  |  |  |
|  |  |  | 78:25-79:21; |  |  |  |  |  |
|  |  |  | 92:24-93:8; |  |  |  |  |  |
|  |  |  | 93:14-94:9; |  |  |  |  |  |
|  |  |  | 94:21-95:16; |  |  |  |  |  |
|  |  |  | 95:23-96:8; |  |  |  |  |  |
|  |  |  | 96:24-97:14; |  |  |  |  |  |
|  |  |  | 99:7-24; |  |  |  |  |  |
|  |  |  | 100:2-19; |  |  |  |  |  |
|  |  |  | 101:6-11; |  |  |  |  |  |
|  |  |  | 103:17-22; |  |  |  |  |  |
|  |  |  | 109:20-110:20; |  |  |  |  |  |
|  |  |  | 112:25-114:6; |  |  |  |  |  |
|  |  |  | 117:9-118:17; |  |  |  |  |  |
|  |  |  | 121:21-122:6; |  |  |  |  |  |
|  |  |  | 128:14-22; |  |  |  |  |  |
|  |  |  | 130:12-24; |  |  |  |  |  |
|  |  |  | 131:25-132:16; |  |  |  |  |  |
|  |  |  | 138:14-139:6; |  |  |  |  |  |
|  |  |  | 139:24-140:15 |  |  |  |  |  |
| 10/13/05 | Dolny, Gary | Fairchild | 10:10-11:25; | Fairchild |  |  |  |  |
|  |  |  | 13:2-17:19; |  |  |  |  |  |
|  |  |  | 18:13-20:5; |  |  |  |  |  |
|  |  |  | 26:19-27:2; |  |  |  |  |  |
|  |  |  | 29:18-33:9; |  |  |  |  |  |
|  |  |  | 34:4-8; |  |  |  |  |  |
|  |  |  | 35:5-21; |  |  |  |  |  |
|  |  |  | 38:8-15; |  |  |  |  |  |
|  |  |  | 41:16-43:17; |  |  |  |  |  |
|  |  |  | 44:9-45:24; |  |  |  |  |  |

| DATE | DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION | COUNTER - DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|---|
| | | | 47:12-50:12; | | | | | |
| | | | 51:23-52:7; | | | | | |
| | | | 55:23-57:2; | | | | | |
| | | | 57:18-21; | | | | | |
| | | | 58:7-60:10; | | | | | |
| | | | 60:17-61:14; | | | | | |
| | | | 70:10-19; | | | | | |
| | | | 78:3-18; | | | | | |
| | | | 79:19-80:6; | | | | | |
| | | | 101:19-102:16; | | | | | |
| | | | 126:17-133:5 | | | | | |
| 8/19/05 | Fassler, Richard | PI | 5:21-6:8; | Fairchild | | | | |
| | | | 6:23-7:24; | | | | | |
| | | | 9:4-7; | | | | | |
| | | | 13:2-7; | | | | | |
| | | | 16:10-19; | | | | | |
| | | | 17:7-10; | | | | | |
| | | | 17:19-25; | | | | | |
| | | | 18:7-19:7; | | | | | |
| | | | 21:1-14; | | | | | |
| | | | 27:24-28:7; | | | | | |
| | | | 28:22-29:6; | | | | | |
| | | | 42:8-10; | | | | | |
| | | | 42:18-44:4; | | | | | |
| | | | 44:15-45:3; | | | | | |
| | | | 45:12-23; | | | | | |
| | | | 49:7-18; | | | | | |
| | | | 54:17-56:9; | | | | | |
| | | | 57:5-9; | | | | | |
| | | | 58:4-6; | | | | | |
| | | | 58:14-59:6; | | | | | |
| | | | 59:8-14; | | | | | |
| | | | 61:13-18; | | | | | |
| | | | 62:25-63:11; | | | | | |
| | | | 64:3-65:3; | | | | | |
| | | | 65:10-14; | | | | | |
| | | | 66:12-67:2; | | | | | |
| | | | 68:23-69:1; | | | | | |
| | | | 79:17-80:4; | | | | | |
| | | | 80:17-22; | | | | | |
| | | | 80:25-81:5 | | | | | |
| 10/4/05 | Gendron, Robert | Fairchild | 5:9-8:4; | Fairchild | | | | |
| | | | 8:17-20; | | | | | |
| | | | 9:9-24; | | | | | |
| | | | 12:13-25; | | | | | |

| DATE | DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION | COUNTER - DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|---|
| | | | 27:3-5; | | | | | |
| | | | 45:9-49:10; | | | | | |
| | | | 49:25-50:24; | | | | | |
| | | | 51:6-11; | | | | | |
| | | | 51:23-52:2; | | | | | |
| | | | 52:7-16; | | | | | |
| | | | 53:6-19; | | | | | |
| | | | 54:13-14; | | | | | |
| | | | 55:17-56:12; | | | | | |
| | | | 67:19-69:20; | | | | | |
| | | | 70:23-71:23; | | | | | |
| | | | 76:22-77:3; | | | | | |
| | | | 77:12-14; | | | | | |
| | | | 87:3-11; | | | | | |
| | | | 104:25-105:10 | | | | | |
| 9/14/05 | Go, James | PI | 5:4-14; | Fairchild | | | | |
| | | | 6:6-8; | | | | | |
| | | | 8:15-11:19; | | | | | |
| | | | 15:16-19; | | | | | |
| | | | 22:7-24:3; | | | | | |
| | | | 25:16-26:22; | | | | | |
| | | | 27:10-28:9; | | | | | |
| | | | 29:9-10; | | | | | |
| | | | 31:25-32:5; | | | | | |
| | | | 32:21-33:19; | | | | | |
| | | | 33:23-35:1; | | | | | |
| | | | 35:22-25; | | | | | |
| | | | 37:16-38:12; | | | | | |
| | | | 38:24-39:16; | | | | | |
| | | | 40:25-41:13; | | | | | |
| | | | 41:20-42:6; | | | | | |
| | | | 43:9-22; | | | | | |
| | | | 44:5-47:18; | | | | | |
| | | | 50:14-51:7; | | | | | |
| | | | 51:20-25; | | | | | |
| | | | 64:12-65:13; | | | | | |
| | | | 66:8-13; | | | | | |
| | | | 68:1-22; | | | | | |
| | | | 70:17-73:1; | | | | | |
| | | | 76:24-77:7; | | | | | |
| | | | 78:14-81:22; | | | | | |
| | | | 83:24-84:18; | | | | | |
| | | | 87:8-19; | | | | | |
| | | | 89:7-16; | | | | | |
| | | | 90:12-20; | | | | | |

| DATE | DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION | COUNTER - DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|---|
| | | | 91:2-4; | | | | | |
| | | | 91:25-92:3; | | | | | |
| | | | 93:23-94:19; | | | | | |
| | | | 95:21-96:12; | | | | | |
| | | | 96:15-97:7; | | | | | |
| | | | 97:14-22; | | | | | |
| | | | 98:8-20; | | | | | |
| | | | 102:1-25; | | | | | |
| | | | 105:7-17; | | | | | |
| | | | 108:7-110:10; | | | | | |
| | | | 114:12-115:1 | | | | | |
| 10/3/05 | Godbout, Daniel | Fairchild | 6:14-7:15; | Fairchild | | | | |
| | | | 15:20-22; | | | | | |
| | | | 16:15-18; | | | | | |
| | | | 18:21-19:5; | | | | | |
| | | | 20:13-19; | | | | | |
| | | | 21:19-23; | | | | | |
| | | | 24:11-25:13; | | | | | |
| | | | 32:4-17 | | | | | |
| 9/5/05 | Han, Jin-Sub | Fairchild | 6:21-23; | Fairchild | | | | |
| | | | 10:3-4; | | | | | |
| | | | 11:21-23; | | | | | |
| | | | 12:21-25; | | | | | |
| | | | 13:1-8; | | | | | |
| | | | 14:7-9; | | | | | |
| | | | 14:12-13; | | | | | |
| | | | 15:9-16; | | | | | |
| | | | 53:18-22; | | | | | |
| | | | 54:8-11; | | | | | |
| | | | 54:16-18; | | | | | |
| | | | 54:22-55:8; | | | | | |
| | | | 56:6-12; | | | | | |
| | | | 57:1-11; | | | | | |
| | | | 58:12-21; | | | | | |
| | | | 59:1-13; | | | | | |
| | | | 62:3-18; | | | | | |
| | | | 63:18-22 | | | | | |
| 9/9/05 | Im, Sang-Tae | Fairchild | 9:14-20; | Fairchild | | | | |
| | | | 9:24-10:18; | | | | | |
| | | | 75:22-77:3 | | | | | |
| 9/10/05 | Im, Sang-Tae | Fairchild | 7:18-8:6; | Fairchild | | | | |
| | | | 47:10-48:24 | | | | | |
| 9/7/05 | Jang, Kyung-Oun | Fairchild | 6:22-24; | Fairchild | | | | |
| | | | 14:9-15:24; | | | | | |
| | | | 17:9-18:22; | | | | | |

6

| DATE | DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION | COUNTER - DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|---|
| | | | 20:7-21:2; | | | | | |
| | | | 22:24-23:5; | | | | | |
| | | | 29:6-8; | | | | | |
| | | | 30:18-31:1; | | | | | |
| | | | 31:25-33:3; | | | | | |
| | | | 33:10-21; | | | | | |
| | | | 38:13-14; | | | | | |
| | | | 38:20-39:6; | | | | | |
| | | | 59:21-61:20; | | | | | |
| | | | 62:6-63:18 | | | | | |
| | | | 64:19-66:23; | | | | | |
| | | | 84:17-85:18 | | | | | |
| 9/8/05 | Jang, Kyung-Oun | Fairchild | 10:21-12:2; | Fairchild | | | | |
| | | | 13:14-14:21; | | | | | |
| | | | 16:15-23; | | | | | |
| | | | 17:1-19; | | | | | |
| | | | 31:14-33:3; | | | | | |
| | | | 33:12-24; | | | | | |
| | | | 34:9-23; | | | | | |
| | | | 36:15-23; | | | | | |
| | | | 38:19-39:7; | | | | | |
| | | | 40:2-20; | | | | | |
| | | | 41:8-42:3; | | | | | |
| | | | 44:24-45:14; | | | | | |
| | | | 46:13-49:4; | | | | | |
| | | | 64:2-21; | | | | | |
| | | | 65:7-25; | | | | | |
| | | | 66:21-67:1; | | | | | |
| | | | 67:5-69:13; | | | | | |
| | | | 70:2-72:19; | | | | | |
| | | | 75:11-76:21; | | | | | |
| | | | 77:6-17 | | | | | |
| 10/4/05 | Jensen, Stephen | Fairchild | 4:25-6:5; | Fairchild | | | | |
| | | | 7:18-9:14; | | | | | |
| | | | 11:23-12:1; | | | | | |
| | | | 25:23-26:1; | | | | | |
| | | | 74:17-25; | | | | | |
| | | | 75:12-20; | | | | | |
| | | | 76:11-14; | | | | | |
| | | | 77:14-22 | | | | | |
| 9/1/05 | Jeon, Chang-Ki | Fairchild | 6:19-20; | Fairchild | | | | |
| | | | 9:14-11:8; | | | | | |
| | | | 12:18-25; | | | | | |
| | | | 14:8-15; | | | | | |
| | | | 15:13-16:7; | | | | | |

| DATE | DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION | COUNTER - DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|---|
| | | | 20:2-21:8; | | | | | |
| | | | 22:21-23:15; | | | | | |
| | | | 25:1-26:9; | | | | | |
| | | | 38:1-19; | | | | | |
| | | | 43:19-24; | | | | | |
| | | | 44:17-24; | | | | | |
| | | | 45:1-9 | | | | | |
| 9/2/05 | Jeon, Chang-Ki | Fairchild | 19:24-20:20; | Fairchild | | | | |
| | | | 29:14-19; | | | | | |
| | | | 35:24-36:18; | | | | | |
| | | | 38:9-40:4; | | | | | |
| | | | 40:9-41:22; | | | | | |
| | | | 45:22-46:8; | | | | | |
| | | | 58:5-11; | | | | | |
| | | | 58:16-17; | | | | | |
| | | | 58:23-24; | | | | | |
| | | | 59:1-24; | | | | | |
| | | | 60:12-74:7 | | | | | |
| 11/30/05 | Lelieur, Robert | PI | 6:9-10:12; | Fairchild | | | | |
| | | | 10:16-24; | | | | | |
| | | | 11:3-9; | | | | | |
| | | | 13:4-14:10; | | | | | |
| | | | 14:19-16:25; | | | | | |
| | | | 20:12-23; | | | | | |
| | | | 24:25-25:4; | | | | | |
| | | | 25:10-19; | | | | | |
| | | | 26:14-22; | | | | | |
| | | | 27:23-25; | | | | | |
| | | | 28:7-10; | | | | | |
| | | | 31:5-8; | | | | | |
| | | | 35:15-24; | | | | | |
| | | | 38:2-40:5; | | | | | |
| | | | 40:23-41:2; | | | | | |
| | | | 43:24-44:9; | | | | | |
| | | | 72:6-10; | | | | | |
| | | | 74:1-4; | | | | | |
| | | | 80:25-81:10 | | | | | |
| 8/15/05 | Lund, Leif | PI | 7:4-15; | Fairchild | | | | |
| | | | 12:12-20; | | | | | |
| | | | 18:11-20:15; | | | | | |
| | | | 21:18-22:15; | | | | | |
| | | | 22:25-23:12; | | | | | |
| | | | 25:21-26:23; | | | | | |
| | | | 27:8-20; | | | | | |
| | | | 29:16-31:17; | | | | | |

| DATE | DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION | COUNTER - DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|---|
| | | | 32:6-9; | | | | | |
| | | | 32:19-33:9; | | | | | |
| | | | 34:3-35:19; | | | | | |
| | | | 36:4-37:2; | | | | | |
| | | | 37:22-38:2; | | | | | |
| | | | 38:7-17; | | | | | |
| | | | 40:24-41:13; | | | | | |
| | | | 42:17-43:6; | | | | | |
| | | | 43:20-44:17; | | | | | |
| | | | 44:21-45:3; | | | | | |
| | | | 45:13-23; | | | | | |
| | | | 63:15-64:5; | | | | | |
| | | | 66:10-24; | | | | | |
| | | | 67:4-13; | | | | | |
| | | | 68:16-69:18; | | | | | |
| | | | 70:11-71:14; | | | | | |
| | | | 73:1-76:6; | | | | | |
| | | | 76:19-79:22; | | | | | |
| | | | 83:14-84:14; | | | | | |
| | | | 85:5-21; | | | | | |
| | | | 87:24-88:24; | | | | | |
| | | | 90:20-92:12; | | | | | |
| | | | 93:11-18; | | | | | |
| | | | 99:1-101:5; | | | | | |
| | | | 102:8-25; | | | | | |
| | | | 104:8-110:22; | | | | | |
| | | | 111:19-22; | | | | | |
| | | | 112:19-21; | | | | | |
| | | | 113:1-17; | | | | | |
| | | | 114:20-22; | | | | | |
| | | | 120:24-121:4; | | | | | |
| | | | 123:11-16; | | | | | |
| | | | 123:22-24; | | | | | |
| | | | 124:22-125:17; | | | | | |
| | | | 126:7-127:2; | | | | | |
| | | | 139:16-25; | | | | | |
| | | | 147:19-148:4; | | | | | |
| | | | 148:19-149:9; | | | | | |
| | | | 150:10-152:12; | | | | | |
| | | | 155:18-156:18; | | | | | |
| | | | 158:7-159:12; | | | | | |
| | | | 159:22-160:21; | | | | | |
| | | | 162:1-25; | | | | | |
| | | | 164:8-165:19; | | | | | |
| | | | 166:14-167:22; | | | | | |

| DATE | DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION | COUNTER - DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------|-------------|---------|-----------|------------------------|---------|-----------|
| 3/2/06 | Lund, Leif | PI | 193:15-194:5; | Fairchild | | | | |
| | | | 195:19-23; | | | | | |
| | | | 196:6-19; | | | | | |
| | | | 197:11-16; | | | | | |
| | | | 198:3-14; | | | | | |
| | | | 200:16-208:18; | | | | | |
| | | | 216:11-18 | | | | | |
| 1/27/2006 | Moore, Robert | Third Party | 5:12-14; | Fairchild | | | | |
| | | | 9:24-10:6; | | | | | |
| | | | 10:11-11:2; | | | | | |
| | | | 11:10-12:4; | | | | | |
| | | | 12:11-13:5; | | | | | |
| | | | 14:1-17:18; | | | | | |
| | | | 18:6-20:13; | | | | | |
| | | | 21:7-10; | | | | | |
| | | | 23:2-6; | | | | | |
| | | | 23:14-26:10; | | | | | |
| | | | 26:14-23; | | | | | |
| | | | 27:1-28:14; | | | | | |
| | | | 29:4-25; | | | | | |
| | | | 31:10-21; | | | | | |
| | | | 32:2-15; | | | | | |
| | | | 36:9-37:14; | | | | | |
| | | | 38:1-40:2; | | | | | |
| | | | 40:14-41:23; | | | | | |
| | | | 43:8-23; | | | | | |
| | | | 55:3-15 | | | | | |
| 1/26/06 | Prentice, John | Intersil | 5:10-12; | | | | | |
| | | | 7:14-9:1; | | | | | |
| | | | 9:24-11:24; | | | | | |
| | | | 12:3-23; | | | | | |
| | | | 13:2-7; | | | | | |
| | | | 13:10-15:4; | | | | | |
| | | | 16:14-25; | | | | | |
| | | | 17:4-13; | | | | | |
| | | | 17:19-18:25; | | | | | |
| | | | 19:3-28:14 | | | | | |
| 3/31/06 | Slayton, Shawn | PI | 6:10-7:18; | Fairchild | | | | |
| | | | 12:10-13:21; | | | | | |
| | | | 15:19-21; | | | | | |
| | | | 18:4-6; | | | | | |
| | | | 18:25-19:5; | | | | | |
| | | | 21:20-23; | | | | | |
| | | | 22:4-23:11; | | | | | |

| DATE | DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION | COUNTER - DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|---|
| | | | **27:14-22;** | | | | | |
| | | | **28:10-18;** | | | | | |
| | | | **29:20-30:5;** | | | | | |
| | | | **35:2-4;** | | | | | |
| | | | **38:5-17;** | | | | | |
| | | | **39:7-9;** | | | | | |
| | | | **95:1-24;** | | | | | |
| | | | **103:16-104:3;** | | | | | |
| | | | **110:25-112:3;** | | | | | |
| | | | **118:14-119:17;** | | | | | |
| | | | **126:13-127:18;** | | | | | |
| | | | **132:8-17;** | | | | | |
| | | | **134:2-21** | | | | | |
| 10/3/05 | Rowe, Brent | Fairchild | **5:24-7:5;** | Fairchild | | | | |
| | | | **10:25-11:17;** | | | | | |
| | | | **18:19-21** | | | | | |
| 9/23/05 | Woo, Philip | Fairchild | **6:23-7:3;** | Fairchild | | | | |
| | | | **8:9-9:24;** | | | | | |
| | | | **12:15-13:3;** | | | | | |
| | | | **20:1-7;** | | | | | |
| | | | **21:13-24;** | | | | | |
| | | | **25:12-17** | | | | | |

11

# EXHIBIT 13A

Fairchild's witness list (Ex. 9) does not identify any witnesses to be presented by designation at the upcoming trial other than Leif Lund and Derek Bell, yet Fairchild has provided what appears to be the same list of designations on all issues (including infringement) it provided last summer. Power Integrations has not yet had an opportunity to confirm that the preceding document accurately reflects what Fairchild served before, but once Fairchild identifies the subset of witnesses and designations it intends to introduce at trial and Power Integrations has had an opportunity to address that list, it will work with Fairchild to ensure that the lists of designations and counter-designations are consolidated for use at trial.  In the meantime, Power Integrations' objections follow, along with lists of Power Integrations' counter-designations and Fairchild's counter-counter-designations.

In addition to the specific page and line objections listed below, Power Integrations objects to Fairchild's designation of testimony from Fairchild employees or people on Fairchild's list of live witnesses, Fairchild's designations of attorney objections and colloquy, and Fairchild's designation of testimony that bears solely on issues of infringement, damages, or enforceability for use in the validity trial.

| DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|
| Doug Bailey | PI | 112:8-113:18 | Fairchild | 402/403 |
|  |  | 113:23-25 | Fairchild | 402/403 |
|  |  | 114:4-10 | Fairchild | 402/403 |
|  |  | 124:15-19 | Fairchild | 402/403 |
| Derek Bell | PI | 34:8-35:22 | Fairchild | 402/403 |
|  |  | 37:21-38:1 | Fairchild | 402/403 |
|  |  | 51:16-52:2 | Fairchild | 402/403 |
|  |  | 58:24-59:21 | Fairchild | 402/403 |
|  |  | 118:6-16 | Fairchild | 402/403 |
| Rich Fassler | PI | 5:21-6:5 | Fairchild | 402/403 |
|  |  | 9:4-7 | Fairchild | 402/403 |
|  |  | 21:1-14 | Fairchild | 403 |
|  |  | 42:18-43:2 | Fairchild | 402/403 |
|  |  | 54:17-56:9 | Fairchild | 403 |
|  |  | 57:5-9 | Fairchild | 403 |
|  |  | 58:4-6 | Fairchild | 403 |
| James Go | 3d Party | 4:7-14 | Fairchild | 402/403 |
|  |  | 29:9-10 | Fairchild | 402/403 |
| Bob Lelieur | PI | 13:4-14:5 | Fairchild | 402/403 |
|  |  | 14:19-16:25 | Fairchild | 402/403 |
|  |  | 72:6-10 | Fairchild | 402/403 |

| DEPONENT | PARTY | DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|
| | | 74:1-4 | Fairchild | 402/403 |
| Leif Lund | PI | 29:16-31:17 | Fairchild | 403 |
| | | 216:11-18 | Fairchild | 402/403 |
| Shawn Slayton | 3d Party | 110:25-112:3 | Fairchild | 402/403 |
| Philip Woo | 3d Party | All designations | Fairchild | 402/403 |

### Power Integrations' Counter-Designations

| DATE | DEPONENT | PARTY | COUNTERS |
|---|---|---|---|
| 11/22/2005 | Bailey, Douglas | PI | 8:10-11<br>11:17-18<br>14:16-22<br>23:19-25:4<br>32:21-33:14<br>33:25-34:10<br>34:13<br>40:22-24<br>45:9-18<br>100:13-15<br>100:17-18<br>125:9-127:20<br>127:22-128:7 |
| 08/18/2005 | Bell, Derek | PI | 30:8-17<br>35:23-36:5<br>36:6-20<br>37:3-7<br>37:18-20<br>38:3-7<br>38:10-16<br>38:18-25<br>39:2-6<br>39:9-40:3<br>40:6-16<br>40:18-22<br>41:2-42:10<br>42:13-43:22<br>54:20-55:1<br>101:20-22<br>101:24-102:4<br>103:17-23<br>107:8-14<br>107:25-108:12<br>110:17-18<br>111:16-20<br>114:13-116:24 |

| | | | |
|---|---|---|---|
| **08/23/2005** | **Djenguerian, Alex** | **PI** | 6:9-11<br>11:4-11<br>18:11-13<br>20:19-21:12<br>21:18-25<br>23:11-24<br>24:12-18<br>26:3-14<br>31:10-24<br>32:2-4<br>38:4-14<br>39:19-40:12<br>49:3-10<br>50:11-51:6<br>51:18-52:20<br>59:13-21<br>59:25-60:3<br>76:24-77:20<br>92:13-23<br>93:9-13<br>94:11-16<br>94:18-19<br>101:12-102:1<br>102:4-103:12<br>103:15<br>103:23-104:8<br>131:2-4<br>131:7-24 |
| **08/19/2005** | **Fassler, Richard** | **PI** | 18:2-6<br>19:25-20:16<br>26:16-27:2<br>27:11-23<br>42:11-16<br>44:5-9<br>45:4-11<br>46:11-14<br>46:17-47:15<br>49:19-50:3<br>56:10-12<br>56:14-57:4<br>57:10-23<br>62:7-13<br>63:12-16<br>65:4-9<br>65:15-18<br>81:6-10 |

| | | | |
|---|---|---|---|
| | | | 85:7-18 |
| 09/14/2005 | Go, James | PI | 32:6-20<br>33:20-22<br>75:22-76:14<br>76:18-22<br>86:5-8<br>86:11-22<br>87:21-23<br>88:1-8<br>88:11-20<br>88:22-89:6<br>94:20-21<br>94:23-95:20<br>100:5-7<br>100:9-22<br>100:25-101:2<br>101:14-18<br>101:20-24<br>103:2-7 |
| 11/30/2005 | Lelieur, Robert | PI | 10:13-15<br>11:17-19<br>12:8-18<br>41:3-42:6<br>44:10-11<br>74:5-8<br>80:2-24 |
| 08/15/2005 | Lund, Leif | PI | 16:20-17:24<br>20:16-22<br>22:16-24<br>23:13-24:5<br>33:11-12<br>33:16-21<br>33:23-24<br>45:25-46:1<br>46:3<br>46:25-47:4<br>47:12-23<br>64:8-12<br>66:25-67:3<br>69:19-70:10<br>79:24-80:2<br>80:5-17<br>82:18-22<br>88:25-89:1<br>101:7-12<br>101:15-16 |

| | | | |
|---|---|---|---|
| | | | 111:24-112:1<br>112:4-7<br>113:19-20<br>113:22-114:19<br>120:2-25<br>121:5-7<br>125:19-126:6<br>130:14-132:7<br>132:10-12<br>132:16-133:20<br>133:22-23<br>140:1-2<br>140:5-141:8<br>143:6-144:2<br>144:5-6<br>145:7-19<br>159:13-21 |
| 03/02/2006 | Lund, Leif | PI | 188:4-190:12<br>194:7-9<br>198:15-20<br>208:20-209:9<br>210:1-2<br>210:5-6<br>210:8-10<br>210:13-14 |
| 03/31/2006 | Slayton, Shawn | PI | 93:10-25<br>94:25<br>117:2-4<br>117:8-9<br>117:25-118:13<br>129:25-130:22<br>131:8-16<br>131:19-132:7 |
| 09/23/2005 | Woo, Philip | Fairchild | 6:7-9<br>9:14-10:1<br>13:19-22<br>13:25-14:8<br>14:21-22<br>14:25-15:3<br>15:5<br>19:25-20:5 |

**EXHIBIT 13B**

Power Integrations v. Fairchild

Exhibit 12 to the Proposed Pretrial Order

## POWER INTEGRATIONS' DEPOSITION DESIGNATIONS AND FAIRCHILD'S OBJECTIONS

Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (collectively, "Fairchild") hereby respond and object to Plaintiff Power Integrations, Inc.'s ("Power Integrations") June 30, 2006 deposition counter-designation.

### GENERAL OBJECTIONS

1.      Fairchild incorporates and maintains all of the specific objections raised during the witnesses' depositions, regardless of whether the depositions has been "designated" by either party.  To the extent the objections have been designated, the objection should be resolved before any testimony is provided to the jury  The objections, themselves, should not be provided to the jury.

2.      Fairchild objects to each and every deposition counter-designation and exhibit to the extent that it relates to alleged activities prior to October 20, 2004.  As the Court has repeatedly held, Power Integrations is not permitted to recover damages prior to October 20, 2004 because of Power Integrations' decision not to mark its products with the number of the asserted patents.  Moreover, the Court has expressly held that damages calculations must be based on conditions occurring on or after October 20, 2004.  Since Power Integrations cannot recover damages based on or resulting from any alleged infringement prior to October 20, 2004, testimony concerning such activity should be excluded because it is not relevant and potentially prejudicial.

3.      Fairchild objects that, despite Fairchild's repeated requests, Power Integrations has refused to identify the asserted claims, the accused products, and how Power Integrations intends to "group" the products together for purposes of proving its infringement allegations. Without understanding the bases of Power Integrations' infringement allegations, it is unclear what portion (if any) of the counter-deposition testimony is relevant and what portion or portions

are improperly prejudicial, cumulative, or irrelevant.  Fairchild reserves its rights to raise additional objections and/or counter-counter-designate additional deposition testimony, if appropriate, once Power Integrations provides this information.

4.      Fairchild objects to the each and every deposition counter-designation to the extent that it relates to products that are not accused by Power Integrations of infringing the asserted claims.  Throughout the case, Power Integrations has continually changed its identification of accused products (and, thus far, refuses to identify the products it will accuse at trial).  This ambiguity renders a great deal of the deposition testimony counter-designated by Power Integrations irrelevant, confusing, and prejudicial.  For instance, Power Integrations would typically question a witness about the "accused devices" without identifying for the witness what devices Power Integrations was accusing.  Even assuming that the witness understood what devices were accused by Power Integrations at the time of the witness's deposition, Power Integrations appears set to accuse different devices at trial.  Thus, the "accused products" referred to by the witness was both over-inclusive (including devices that Power Integrations no longer accuses) and under-inclusive (not including devices that Power Integrations now appears to accused).  Consequently, such testimony cannot be relied upon with respect to the presently accused products and would be hopelessly confusing for a jury, which would be unable to understand to what devices the questions and answers related.

5.      Fairchild objects to each and every deposition counter-designation concerning Fairchild's "FPS products" or "Green FPS products".  Power Integrations has accused some, but not all, of these devices of infringing the asserted claims.  Thus, while it may have been appropriate for Power Integrations to seek discovery on the broad line of Fairchild products, providing the jury with deposition testimony concerning "FPS products" or "Green FPS products" (and not limiting it to the specific products presently accused of infringing) is improper, irrelevant, and confusing.  For instance, questions concerning whether a particular

2

customer purchases Fairchild's "FPS products" are irrelevant and prejudicial since there is no evidence that that customer purchases the specific products at issue in this case.

6.      Fairchild objects to each and every deposition counter-designation to the extent that it is incomplete or deceptive.  In a number of cases, Power Integrations has designated an answer but not a question, a question but not the complete answer, or a question and then an "answer" relating to a completely different question.  Such manipulation of the deposition testimony is inappropriate and should be prohibited.

7.      Fairchild objects to each and every deposition counter-designation to the extent that it constitutes hearsay, lacks foundation, or otherwise fails to meet the appropriate evidentiary standard.  For instance, Power Integrations has counter-designated testimony from third party witness Shawn Slayton concerning whether Fairchild's devices infringe the asserted claims even though Mr. Slayton testified that (i) he did not know what claims are asserted, (ii) did not know what products are accused, (iii) had no legal training or experience that would permit him to testify on infringement or the appropriate remedy.  Similarly, Mr. Slayton's testimony made clear that he had no direct evidence that the accused devices are even imported into the United States (instead, relying on hearsay and speculation).

8.      Fairchild objects to each and every deposition counter-designation to the extent that it relies upon, refers to, or relates to an exhibit to which Fairchild has objected.  Fairchild maintains its objections to these exhibits and testimony concerning such exhibits should be limited.

9.      Fairchild objects to Power Integrations' counter-designation of attorney objections, argument, or colloquy.  Except as is necessary to give meaning to the question (for instance, where the attorneys discuss and agree upon a narrower understanding of the question), such attorney statements are not testimony and should not be provided to the jury.

3

10.     Once Power Integrations identifies the asserted claims, the accused products, and how it intends to "group" those products together to substantiate its infringement allegations, Fairchild will meet and confer with Power Integrations concerning the scope and use of the deposition testimony designated by Power Integrations.  While Fairchild hopes that the parties will be able to resolve any dispute without involving the Court, Fairchild expressly retains its right to move in limine or otherwise seek the assistance of the Court to preclude Power Integrations from offering irrelevant, prejudicial, confusing or cumulative testimony.

## **SPECIFIC OBJECTIONS**

Fairchild hereby incorporates all of its general objections and the objections raised during the witness's deposition.  Moreover, Fairchild raises the following specific objections based on what it understands to be Power Integrations' intended use of the counter-deposition testimony.

## Key to Objections:

**R** = Irrelevant – Federal Rules of Evidence 401 and 402 (testimony does not have any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence).

**P** = Prejudice, Confusion, or Waste of Time – Federal Rule of Evidence 403 (although possibly relevant, the designated testimony's probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

**A** = Ambiguous/Assumes Facts Not In Evidence (for instance, the question refers to the "accused products", which are different from the products that Power Integrations accuses at trial.

**I** = Incomplete (partial question or answer)

**V** = Violates the Court's order precluding evidence related to damages prior to the filing of the complaint

**F** = Lacks foundation

**H** = Hearsay – Federal Rules of Evidence 801 and 802 (the testimony constitutes, includes, or refers to an out of court statement offered to prove the truth of the matter asserted)

**O** = Improper opinion testimony from a lay witness

**N** = Not proper counter-designation – the counter-designation has no relationship to the designated testimony.

4

Fairchild reserves the right to raise additional objections, if necessary, once Power Integrations identifies the trial phase in which each counter-deposition passage will be used.

## SPECIFIC OBJECTIONS

**Fairchild's Objections to Power Integrations' Counter-Designations of the November 22, 2005 Deposition of D. Bailey (Power Integrations)**

| POWER INTEGRATIONS' COUNTER-DESIGNATION | FAIRCHILD'S SPECIFIC OBJECTION |
|---|---|
| 125:9-127:20<br>127:22-128:7 | N, H, F, R, P |

**Fairchild's Objections to Power Integrations' Counter-Designations of the August 18, 2005 Deposition of D. Bell (Power Integrations)**

| POWER INTEGRATIONS' COUNTER-DESIGNATION | FAIRCHILD'S SPECIFIC OBJECTION |
|---|---|
| 36:6-20<br>37:3-7<br>37:18-20<br>38:3-7<br>38:10-16<br>38:18-25<br>39:2-6<br>39:9-40:3<br>40:6-16<br>40:18-22<br>41:2-42:10<br>42:13-43:22 | N |
| 101:20-22<br>101:24-102:4 | R, P, H, F |
| 110:17-18 | R, P (the answer is objectively untrue and would confuse the jury). |
| 114:13-116:24 | N, R, P, H, F |

**Fairchild's Objections to Power Integrations' Counter-Designations of the August 23, 2005 Deposition of A. Djenguerian (Power Integrations)**

| POWER INTEGRATIONS' COUNTER-DESIGNATION | FAIRCHILD'S SPECIFIC OBJECTION |
|---|---|
| 23:11-24<br>24:12-18 | N, R, P (there is no indication that the witness understood the claim terms as they have been construed by the Court) |
| 31:10-24<br>32:2-4<br>38:4-14 | N, R, P (there is no indication that the witness understood the claim terms as they have been construed by the Court) |
| 59:13-21<br>59:25-60:3 | I (refers to testimony not designated for the jury), N, R, P |

5

| POWER INTEGRATIONS' COUNTER-DESIGNATION | FAIRCHILD'S SPECIFIC OBJECTION |
|---|---|
| 101:25-102:1 102:4-103:12 103:15 | N, R, P (there is no indication that the witness understood the claim terms as they have been construed by the Court) |
| 103:23-104:8 | N, R, P (there is no indication that the witness understood the claim terms as they have been construed by the Court) |

### Fairchild's Objections to Power Integrations' Counter-Designations of the August 19, 2005 Deposition of R. Fassler (Power Integrations)

| POWER INTEGRATIONS' COUNTER-DESIGNATION | FAIRCHILD'S SPECIFIC OBJECTION |
|---|---|
| 26:16-27:2 27:11-23 | N, R, P, H, F |
| 42:11-16 | N, R, P (there is no indication that the witness understood the claim terms as they have been construed by the Court) |
| 63:12-16 | N, R, P (there is no indication that the witness understood the claim terms as they have been construed by the Court) |
| 65:6-9 65:15-18 | N, R, P (there is no indication that the witness understood the claim terms as they have been construed by the Court) |

### Fairchild's Objections to Power Integrations' Counter-Designations of the September 14, 2005 Deposition of J. Go (Power Integrations)

| POWER INTEGRATIONS' COUNTER-DESIGNATION | FAIRCHILD'S SPECIFIC OBJECTION |
|---|---|
| 75:22-76:14 76:18-22 | N, I (refers to testimony not designated for the jury), R, P |
| 86:5-8 86:11-22 | N |

### Fairchild's Objections to Power Integrations' Counter-Designations of the November 30, 2005 Deposition of R. Lelieur (Power Integrations)

| POWER INTEGRATIONS' COUNTER-DESIGNATION | FAIRCHILD'S SPECIFIC OBJECTION |
|---|---|
| 41:3-42:6 | I (refers to testimony not designated for the jury) |

### Fairchild's Objections to Power Integrations' Counter-Designations of the August 15, 2005 Deposition of L. Lund (Power Integrations)

| POWER INTEGRATIONS' COUNTER-DESIGNATION | FAIRCHILD'S SPECIFIC OBJECTION |
|---|---|

6

| | |
|---|---|
| 45:25-46:1<br>46:3 | R, P (there is no indication that the witness understood the claim terms as they have been construed by the Court) |
| 46:25-47:4<br>47:12-23 | N |
| 88:25-898:1 | R, P |
| 130:14-132:7<br>132:10-12<br>132:16-133:20<br>133:22-22 | N, R, P |

### Fairchild's Objections to Power Integrations' Counter-Designations of the March 2, 2006 Deposition of L. Lund (Power Integrations)

| POWER INTEGRATIONS' COUNTER-DESIGNATION | FAIRCHILD'S SPECIFIC OBJECTION |
|---|---|
| 208:20-209:9<br>210:1-2<br>210:5-6<br>210:8-10<br>210:13-14 | N, R, P |

### Fairchild's Objections to Power Integrations' Counter-Designations of the March 31, 2006 Deposition of S. Slayton (Third Party)

| POWER INTEGRATIONS' COUNTER-DESIGNATION | FAIRCHILD'S SPECIFIC OBJECTION |
|---|---|
| 117:2-4<br>117:8-9<br>117:25-118:13 | H, F |
| 129:25-130:22<br>131:8-16<br>131:19-1132:7 | N, R, P, H, F |

7