Power Integrations v. Fairchild

Exhibit 14

Power Integrations' Designation of Fairchild's Discovery Responses

| Discovery Response | Fairchild's Objection(s) |
|---|---|
| Fairchild's Response to Interrogatory No. 6 | **402 (irrelevant), 403 (prejudicial, confusing, etc.), violates Court's order re informing jury of outcome of first trial.** |
| Fairchild's Response to Interrogatory No. 8 | **402 (irrelevant), 403 (prejudicial, confusing, etc.), violates Court's order re informing jury of outcome of first trial.** |
| Fairchild's Response to Interrogatory No. 9 | **402 (irrelevant), 403 (prejudicial, confusing, etc.), violates Court's order re informing jury of outcome of first trial.** |
| Fairchild's Response to Interrogatory No. 13 | **402 (irrelevant), 403 (prejudicial, confusing, etc.), violates Court's order re informing jury of outcome of first trial.** |