# EXHIBIT 15

### Defendants' Designation of Responses to Requests for Admission and Interrogatories and Plaintiff's Objections

| Discovery Response | Plaintiff's Objections |
|---|---|
| Power Integrations' September 30, 2005 Responses to RFA Nos. 46 and 47 | |

OHS West:260121631.1