IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR | ) | |
| INTERNATIONAL, INC., and FAIRCHILD | ) | |
| SEMICONDUCTOR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |


**<u>DEFENDANTS' PROPOSED VOIR DIRE</u>**


ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*
G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Gabriel M. Ramsey
Orrick, Herrington & Stucliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: September 7, 2007

- 2 -

It is Defendant Fairchild's understanding that the Court will conduct standard voir dire in the form appended to this document, entitled "Standard Voir Dire." In addition, Fairchild proposes that the jury pool be asked the following specific voir dire questions:

1.    Have you worked for any company that is involved in the design or manufacture of semiconductors, power converters, or electronic components?

2.    Do you strongly like or dislike science or technology?

3.    Do you have any strong opinions on patents or the patent system?

4.    Have you ever worked for a company that was involved in a patent, copyright. trademark, or trade secret dispute?

5.    Do you know anyone who is or was employed by the United States Patent and Trademark Office?

6.    In this case, you will hear questions about whether or not a patent was appropriately issued by the United States Patent Office. Do you have any feelings that would prevent you from invalidating such a patent if the facts and law supported that conclusion?

7.    Were you acquainted with any of the other members of this jury panel, prior to being called to jury duty?

## STANDARD VOIR DIRE

1.   Judge will read brief description of the case.

Is any member of the panel familiar with the case, or has any member of the panel heard or read anything about it?

2.   Judge will ask counsel to introduce himself or herself. Do you know or have you or has any member of your family had any business dealings with any of the attorneys in their law firms.

3.   Judge will ask counsel to introduce the parties and name any witnesses they expect to call. Do any members of the panel know the parties or any of the witnesses?

4.   If you are selected to sit on this case, will you be able to render a verdict solely on the evidence presented at the trial and in the context of the law as I will give it to you in my instructions, disregarding any other ideas, notions, or beliefs about the law that you may have encountered in reaching your verdict?

5.   Is there any member of the panel who has any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury?

6.   This case is expected to take _____ days to try, so that we expect the testimony in the trial will be completed by _____. Is there any member of the panel who would be unable to sit as a juror in the case for that period of time?

<u>Voir dire as submitted by the parties</u>

      A.   Up to ten questions from plaintiff. The questions should be designed to elicit a yes or no answer.

      B.   Up to ten questions from defendants. The questions should be designed to elicit a yes or no answer.

FINAL QUESTION: Having heard the questions put to you by the court, does any other reason suggest itself to you as to why you could not sit on this jury and render a fair verdict based on the evidence presented to you and in the context of the court's instructions to you on the law?