IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendants*

*Of Counsel:*
G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Gabriel M. Ramsey
Orrick, Herrington & Stucliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: September 7, 2007

OHS West:260116387.1
10414-25 M2B/M2B

We, the jury, unanimously find as follows:

**Invalidity of U.S. Patent No. 4,811,075**

1. Do you find that Claim 1 of the '075 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

 YES _____ NO _____

2. Do you find that Claim 5 of the '075 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

 YES _____ NO _____

**Invalidity of U.S. Patent No. 6,249,876**

3. Do you find that Claim 1 of the '876 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

 YES _____ NO _____

**Invalidity of U.S. Patent No. 6,107,851**

4. Do you find that Claim 1 of the '851 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

 YES _____ NO _____

5. Do you find that Claim 4 of the '851 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

 YES _____ NO _____

**Invalidity of U.S. Patent No. 6,229,366**

6. Do you find that Claim 9 of the '366 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

 YES _____ NO _____

7. Do you find that Claim 14 of the '366 Patent is invalid? (A "YES" answer to this question is a finding for Fairchild. A "NO" answer is a finding for Power Integrations.)

 YES _____ NO _____

You must each sign this Verdict Form:     Dated: _____

_____ (foreperson)       _____

_____                    _____

_____                    _____

_____                    _____

OHS West:260116387.1
10414-25 M2B/M2B