IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>　　　　　Defendants. | C.A. No. 04-1371-JJF<br><br>**HIGHLY CONFIDENTIAL<br>FILED UNDER SEAL<br>PURSUANT TO COURT ORDER** |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF
POWER INTEGRATIONS, INC.'S APPLICATION TO EXCLUDE THE ADMISSION
OF CERTAIN EVIDENCE RELATED TO FAIRCHILD'S FORENSIC TESTING**

　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247) (marsden@fr.com)
　　　　　　　　　　　　　　　　　Kyle Wagner Compton (#4693) (kcompton@fr.com)
　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　　Wilmington, DE  19899-1114
　　　　　　　　　　　　　　　　　Telephone: (302) 652-5070
　　　　　　　　　　　　　　　　　Facsimile:  (302) 652-0607

　　　　　　　　　　　　　　　　　Frank E. Scherkenbach
　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　Boston, MA  02110-2804
　　　　　　　　　　　　　　　　　Telephone: (617) 542-5070
　　　　　　　　　　　　　　　　　Facsimile:  (617) 542-8906

　　　　　　　　　　　　　　　　　Howard G. Pollack
　　　　　　　　　　　　　　　　　Michael R. Headley
　　　　　　　　　　　　　　　　　500 Arguello Street, Suite 500
　　　　　　　　　　　　　　　　　Redwood City, CA  94063
　　　　　　　　　　　　　　　　　Telephone: (650) 839-5070
　　　　　　　　　　　　　　　　　Facsimile:  (650) 839-5071

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　POWER INTEGRATIONS, INC.

 DATED:  August 31, 2007

I, Kyle Wagner Compton declare as follows:

1.  I am an attorney at Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Erich J. Speckin, marked Highly Confidential – Outside Counsel Only, and dated August 1, 2007.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the Rebuttal Expert Report of Erich J. Speckin, marked Highly Confidential – Outside Counsel Only, and dated August 20, 1007.

4.  Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the August 27, 2007 deposition of Erich J. Speckin, marked Highly Confidential – Attorneys' Eyes Only.

5.  Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the March 29, 2007 deposition of Erich Speckin submitted in connection with a motion to exclude Mr. Speckin's testimony (D.I. 340) in the case of *Armament Systems & Procedures, Inc. v. IQ Hong Kong Limited, et al.*, USDC-E.D. Wis. C.A. No. 00cv1257, obtained from the Public Access to Court Electronic Records ("PACER") online service.

6.  Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the August 28, 2007 deposition of Albert H. Lyter, III, Ph.D., marked Confidential – Attorneys' Eyes Only.

7.  Attached hereto as Exhibit 6 is a true and correct copy of the Expert Report of Albert H. Lyter, III, dated August 9, 2007.

8.  Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the opinion in the matter *Re Estate of Wang Teh Huei*, 2002 WL 1341762 (CFI HCAP 8/1999) (Nov. 21, 2002).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of August, 2007, at Wilmington, Delaware.

<u>*/s/ Kyle Wagner Compton*</u>
Kyle Wagner Compton

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, I served the **DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF POWER INTEGRATIONS INC.'S APPLICATION TO EXCLUDE CERTAIN EVIDENCE FROM FAIRCHILD REGARDING FORENSIC TESTING** on the following as indicated:

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FIRST CLASS MAIL**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

*/s/ Kyle Wagner Compton*
Kyle Wagner Compton

80048779.doc