IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| _____ | ) |
| | ) |
| IN RE: | ) |
| PERMISSION FOR COUNSEL TO POSSESS | ) |
| AND UTILIZE A LAPTOP | ) |
| COMPUTER DURING COURT | ) |
| PROCEEDINGS IN COURTROOM 4B | ) |
| OF THE J. CALEB BOGGS FEDERAL | ) |
| BUILDING | ) |
| _____ | ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptops for proceedings commencing on Monday, September 17, 2007 and ending on Thursday, September 20, 2007.  Counsel shall comply with the inspection provisions of the United States Marshal.

| | |
|---|---|
| Michael J. Headley | Jonathan Lamberson |
| Frank Scherkenbach | Judith Best |
| Howard Pollack | Kerry Smith |
| Tamara Fraizer | Tara Conway |
| William J. Marsden, Jr. | |

_____         _____
           Date                                                                        JOSEPH J. FARNAN, JR.
                                                                                           United States District Court Judge