# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 12, 2007

Ms. Deborah Krett
Case Manager
United States District Court
844 King Street, Lockbox 27
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: Request for Permission to Have Laptop Computers in Courtroom 4B During Trial in Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al., C.A. No. 04-1371-JJF

Dear Ms. Krett:

We are local counsel for defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation. We are scheduled to appear for trial in the above action in Courtroom 4B commencing on Monday, September 17, 2007, and request permission to bring laptop computers to Courtroom 4B to assist in the preparation and/or presentation during the trial. We agree to comply with the United States Marshal's policy regarding electronic devices.

Very truly yours,

/s/ *Lauren E. Maguire*

Lauren E. Maguire (I.D. #4261)

Enclosure
184025.1

cc: David Thomas, United States Marshal (by hand)
Keith Ash, Chief Court Security Officer (by hand)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>PERMISSION FOR COUNSEL TO )<br>POSSESS AND UTILIZE A LAPTOP )<br>COMPUTER DURING COURT )<br>PROCEEDINGS IN COURTROOM 4B )<br>OF THE J. CALEB BOGGS FEDERAL )<br>BUILDING ) | C.A. No. 04-1371-JJF |

## ORDER

The persons listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for proceedings commencing on Monday September 17, 2007. Counsel and staff shall comply with the inspection provisions of the United States Marshal.

> G. Hopkins Guy, III, Esq.
> Vickie L. Feeman, Esq.
> Bas de Blank, Esq.
> Brian H. VanderZanden, Esq.
> Gabriel M. Ramsey, Esq.
> William L. Anthony, Esq.
> Jim Tablerion
> Ken Fung
> Eric Ang

_____
Joseph J. Farnan, Jr.
United States District Judge

Dated: _____

166171.1