# EXHIBIT 8

Case 1:04-cv-01371-JJF    Document 539-9    Filed 09/14/2007    Page 1 of 2

**REDACTED**