# EXHIBIT 9

257-335
MR

45R

5264719

| SERIAL NUMBER (Series of 1979) | 07/705509 | PATENT DATE NOV 2 2 1993 | PATENT NUMBER | *5264719* |
|---|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | ER |
|---|---|---|---|---|---|
| 07/705,509 | 05/24/91 RULE 60 | 357 | 22 | 258 | Potter |

**APPLICANTS**

JAMES D. BEASOM, MELBOURNE VILLA, FL.

```
**CONTINUING DATA************************
VERIFIED      THIS APPLN IS A CON OF    07/242,405 09/03/33 Now Abandoned
                        CIP of  06/831,384 01/07/86 Now US PN
                                                         4828173
```

```
**FOREIGN/PCT APPLICATIONS************None
VERIFIED
```

FOREIGN FILING LICENSE GRANTED 06/11/91

| Foreign priority claimed ☐ yes ☑ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☑ no | | FL | 10 | 1 | 1 | $1,xxx.00 | 118/23508CO |
| Verified and Acknowledged  Examiner's Initials | | | 3 | | | | |

**ADDRESS**

SVENSON, WAMOS, CONADOS, LENAHAN & MC-KEOWN
5240 BABCOCK STREET, NE, STE. 706
PALM BAY, FL 32905

Law Offices of Charles E. Wands

**TITLE**

HIGH VOLTAGE LATERAL SEMICONDUCTOR DEVICE

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (rev. 10-78)

Jan 10/19/92

## ISSUE FEE IN FILE

**PARTS OF APPLICATION FILED SEPARATELY**

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| 10/28/92 | Roy Potter Jan 10/20/92 | | Total Claims 42 | Print Claim 1 |
| | Assistant Examiner   Docket Clerk | | | |

| ISSUE FEE | | | DRAWING | | |
|---|---|---|---|---|---|
| Amount Due $170.00 | Date Paid 1-25-93 | ROLF HILLE R Hille SUPERVISORY PATENT EXAM... ART UNIT 253 Primary Examiner | Sheets Drwg. 10 | Figs. Drwg. 15 | Print Fig. 13 |

| | ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER |
|---|---|---|---|
| | Class 257 | Subclass 335 | 431 |

Label Area

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436
Rev. 9/80

Case No. 04-1371-JJF
**DEFT** Exhibit No. DX 542
Date Entered _____
Signature _____

**FCS1688900**

## REMARKS

The specification has been amended to conform with the Amendment filed July 13, 1990 in parent application Serial No. 242,405.

Original claims 1-30 have been replaced by new claims 31-72. Of these newly presented claims, claims 31-37 correspond to those claims filed in the Amendments of July 13, 1990 and January 25, 1991, in parent application Serial No. 242,405, and incorporating the Amendments of the Examiner's Amendment dated February 22, 1991. New claims 38-72 embody further definitions of subject matter for which patent protection is sought.

With respect to newly added claims 38-72, to the extent that 37 C.F.R. 1.607(c) is applicable, please be advised that claim 38, although not identically copied, is considered to be generic to the invention defined in claim 1 of U.S. Patent No. 4,811,075 to Eklund. Claims 41, 47 and 59 are also considered to be generic to the invention defined in claim 1 of the patent to Eklund, 4,811,075.

U.S. Patent No. 4,823,173, of which application Serial No. 242,405, filed September 8, 1988 is a continuation-in-part, has a filing date of January 7, 1986, the present application being a continuation of application Serial No. 242,405, it is respectfully submitted that the effective filing date of the above-identified claims is the filing date of parent Patent 4,823,173, or January 7, 1986. This filing date antedates the filing date of April 24, 1987 of the above-identified Eklund patent, 4,811,075.

26

**FCS1688986**

Early examination of the present application is earnestly solicited.

To the extent necessary, Applicants petition for an Extension of Time under 37 C.F.R. 1.136. Please charge any shortage in fees due in connection with the filing of this paper, including Extension of Time fees, to Deposit Account No. 05-1323 (118/28508CO) and please credit any excess fees to such deposit account.

Respectfully submitted,

Charles E. Wands
Reg. No. 25,649
EVENSON, WANDS, EDWARDS,
LENAHAN & MCKEOWN

CEW:cn
Attachment
(407) 725-4760
(202) 828-8300

pat\28508.pa

27

FCS1688987

On Page 26 of remarks of Applicant's Preliminary Amendment, filed May 24, 1991, reference was made to the fact that the present application has an effective filing date of January 7, 1986, which antedates the filing date of the patent to Eklund 4,811,075. The insertion before the first line of the Specification has been amended to specify this fact. Since the present application has an effective filing date which antedates the filing date of the patent to Eklund, the patent is not available as a reference under 35 U.S.C. (b). Withdrawal of the rejection under 35 U.S.C. 102, is, accordingly, respectfully requested.

In the event that the remarks accompanying Applicant's Preliminary Amendment of May 24, 1991 were overlooked, they are restated below. Please note that Applicant considers Claims 38-72, to the extent that 37 C.F.R. 1.607 is applicable, to be generic to the invention defined in Claim 1 of U.S. Patent No. 4,811,075 to Eklund.

> "The Specification has been amended to conform with the Amendment filed July 13, 1990 in parent application Serial No. 242,405.
>
> Original Claims 1-30 have been replaced by new Claims 31-72. Of these newly presented Claims, Claims 31-37 correspond to those Claims filed in the Amendments of July 13, 1990 and January 25, 1991, in parent application Serial No. 242,405, and incorporating the Amendments of the Examiner's Amendment dated February 22, 1991. New Claims 38-72 embody further definitions of subject matter for which patent protection is sought.
>
> With respect to newly added Claims 38-72, to the extent that 37 C.F.R. 1.607 (c) is applicable, please be advised that Claim 38, although not identically copied, is considered to be generic to the invention defined in Claim 1 of U.S. Patent No. 4,811,075 to Eklund. Claims 41, 47, and 59 are also considered to be generic to the invention defined in Claim 1 of the

4

FCS1688999

patent to Eklund, 4,811,075.

U.S. Patent No. 4,823,173, of which application Serial No. 242,405, filed September 8, 1988 is a continuation-in-part, has a filing date of January 7, 1986, the present application being a continuation of application Serial No. 242,405, it is respectfully submitted that the effective filing date of the above-identified Claims is the filing date of parent Patent 4,823,173, or January 7, 1986. This filing date antedates the filing date of April 24, 1987, of the above-identified Eklund patent, 4,811,075."

Favorable reconsideration of this Application and appropriate action, in accordance with current patent practices with respect to the Claims remaining in the Application, are respectfully requested.

To the extent necessary, Applicant petitions for an Extension of Time under 37 C.F.R. 1.136. Please charge any shortage in fees due in connection with the filing of this paper, including Extension of Time fees, to Deposit Account No. 05-1323 118/28508 and please credit any excess fees to such deposit account.

Respectfully submitted,

CEW:tw
(407) 725-4760
(202) 457-9090
pat\*28508.rsp

Charles E. Wands
Registration No. 25,649
    EVENSON, WANDS, EDWARDS,
LENAHAN & MCKEOWN

5

FCS1689000