IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., and FAIRCHILD SEMICONDUCTOR CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.'S AND
FAIRCHILD SEMICONDUCTOR CORPORATION'S UPDATED EXHIBIT LIST**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Gabriel M. Ramsey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400

Dated: September 17, 2007

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*
*Case No. 04-1371*

**Fairchild's Trial Exhibit List**

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS' OBJECTIONS |
|---|---|---|---|---|---|
| 1 | 1993 | Wang, Andrew C. and Seth R. Sanders. "Programmed Pulse-width Modulated Waveforms for Electromagnetic Interference Mitigation in DC-DC Converters." *IEEE Transactions on Power Electronics* 8.4 (1993): 596-605. | FCS0000516-FCS0000525 FCS0524402-FCS0524411 FCS0525273-FCS0525282 FCS1691857-FCS1691880 | Horowitz | Combines multiple documents |
| 10 | 7/1991 | Habetler, Thomas G. and Deepakraj Divan. "Acoustic Noise Reduction in Sinusoidal PWM Drives Using a Randomly Modulated Carrier." *IEEE Transactions on Power Electronics* 6.3 (Jul. 1991): 356-63. | FCS0000508-FCS0000515 FCS0528052-FCS0528060 FCS0525283-FCS0525290 FCS1692016-FCS1692043 | Horowitz | Combines multiple documents |
| 17 | 3/22/1990 | Goodenough, Frank. "Off-Line PWM Switching Regulator IC Handles 3W." *Electronic Design* 38.6 (Mar. 22, 1990): 35-39. | FCS0525776-FCS0525779 FCS0528084-FCS0528089 FCS1692104-FCS1692120 | Horowitz | Combines different documents |
| 33 | 1981 | Horowitz, Paul and Ian Robinson. "Lab 17. Analog-Digital Conversion." *Laboratory Manual for The Art of Electronics*. Cambridge: Cambridge UP, 1981. 17-1 - 17-4. | FCS1686642-FCS1686646 FCS1692374-FCS1692392 | Horowitz | Combines multiple documents, 802 |
| 35 | 4/1996 | Datasheet: SGS-Thomson TEA2262 (May 1992, Apr. 1996) | FCS0001315-FCS0001323 | Horowitz | Combines multiple documents |
| 50 | 6/1992 | Datasheet: SGS-Thomson TEA2260/TEA2261 (Jun. 1992) | FCS1686647-FCS1686655 | Horowitz | 402/403; production range incorrect |
| 51 | 1994 | Application Note: AN 376 SGS-Thomson TEA2260/TEA2261 (1994) | FCS1687345-FCS1687378 | Horowitz | 402/403; production range incorrect |
| 52 | | Sze, S. *Physics of Semiconductor Devices*. Singapore: John Wiley & Sons (Asia). | FCS0000543-FCS0000558 | Gwozdz/ Eklund/ Shields | Combines multiple documents |
| 55 | 12/6/1983 | Wakaumi, H. "A Highly Reliable 16 Output High Voltage NMOS/CMOS Logic IC with Shielded Source Structure." *International Electron Devices Meeting Technical Digest* (Dec. 6, 1983): 416-19. | FCS1692579-FCS1692618 FCS1689187-FCS1689192 | Gwozdz/ Eklund/ Shields | Combines multiple documents |
| 56 | 1982 | Ludikhuize, A. "A High-Voltage DMOS and PMOS in Analog ICs." *International Electron Devices Meeting Technical Digest* (1982): 81-84. | FCS1692641-FCS1692664 FCS1689193-FCS1689196 | Gwozdz/ Eklund/ Shields | Combines multiple documents |
| 58 | 1986 | Wacyk, Ihor, Michael Amato and Vladimir Rumennick. "A Power IC with CMOS Analog Control." *IEEE International Solid-State Circuits Conference Digest of Technical Papers* (1986): 16-17. | FCS1692665-FCS1692686 FCS1689202-FCS1689203 FCS1692687-FCS1692698 | Gwozdz/ Eklund/ Shields | 402; Combines multiple documents |
| 59 | 1982 | Sun, Shi-Chung. "Physics and Technology of Power MOSFETs." Stanford University Ph.D. Dissertation, Feb. 1982. | FCS1689204-FCS1689436 | Gwozdz | 402; Combines multiple documents |
| 66 | 4/18/1989 | Beasom - U.S. Patent No 4,823,173 File History, Serial No. 06/831,384 | FCS1688778-FCS1688899 | Beasom/Gwozdz | |
| 67 | 11/23/1993 | Beasom - U.S. Patent No. 5,264,719 (Beasom Exhibit 4) | FCS0522257-FCS0525272 | Beasom/Gwozdz | 106 |
| 68 | 1989 | Horowitz, Paul and Winfield Hill. *The Art of Electronics*. Cambridge: Cambridge UP, 1989. 621-26. | FCS0527450-FCS0527452 FCS1692936-FCS1692951 Full book available for inspection | Horowitz | |
| 69 | 2/27/1992 | Keller, Richard. "Off-line Power Integrated Circuit for International Rated 60 Watt Power Supplies." *Seventh Annual Applied Power Electronics Conference and Exposition Proceedings* (Feb. 27, 1992): 505-512. | FCS0527805-FCS0527814 FCS0524577-FCS0524584 FCS1692993-FCS1693018 | Horowitz | Combines multiple documents |
| 70 | 2/1992 | Datasheet: PWR-SMP240 (Feb. 1992) | FCS1685819-FCS1685831 | Horowitz/ Balakrishnan | |
| 71 | 3/1992 | Application Note: AN-1 Function and Application of the PWR-SMP240/260 (Mar. 1992) | PIF131267-PIF131282 | Horowitz/ Balakrishnan | |
| 72 | 3/1992 | Design Aid: DA-5 Charging Batteries with the PWR-SMP260 (Mar. 1992) | PIF131293-PIF131299 | Horowitz/ Balakrishnan | |
| 73 | 3/1992 | Datasheet: PWR-EVAL8: PWR-SMP240 Evaluation Board (Mar. 1992) | PIF131229-PIF131246 | Horowitz/ Balakrishnan | |
| 74 | 2/1992 | Datasheet: PWR-SMP260 Preliminary (Feb. 1992) | FCS1685806-FSC1685818 | Horowitz | |
| 76 | 1/1996 | Datasheet: SMP211 (Jan. 1996) | FCS1685478-FCS1685496 | Horowitz/ Balakrishnan | |
| 77 | | Datasheet: PWR-SMP3 | FCS1686663-FCS1686681 | Horowitz/ Balakrishnan | |
| 78 | 7/1991 | Datasheet: PWR-SMP3 (Jul. 1991) | FCS1687321-FCS1687330 | Horowitz/ Balakrishnan | |
| 79 | 3/1992 | Application Note: AN-6 Designing Power Supplies with PWR-SMP3 (Jul. 1991) | PIF131247-PIF131266 | Horowitz/ Balakrishnan | |
| 80 | 3/1992 | Datasheet: PWR-EVAL1: PWR-SMP3 Evaluation Board (Mar. 1992) | PIF131195-PIF131210 | Horowitz/ Balakrishnan | |
| 83 | 1/20/1987 | Datasheet: PWR-EVAL7: PWR-SMP260 Evaluation Board (Mar. 1992) | PIF131211-PIF131228 | Horowitz/ Balakrishnan | |
| 86 | 7/12/1991 | Martin, Jr. et al - U.S. Patent no. 4,638,417 | FCS0525445-FCS0525448 | Horowitz | |
| 89 | 12/2/1986 | Design Specification Revision: PWR-SMP260 Revision 2 (Jul. 12, 1991) | PIF129975-PIF130008 | Gwozdz/ Eklund/ Shields | Combines multiple documents |
| 90 | 1990 | U.S. Patent 4,626,879, Colak | FCS0000526-FCS0000532 FCS0526662-FCS0526668 | Horowitz/ Balakrishnan | |
| | | Design Schematic: PS07 (1990 - 1991) | PIF129750-PIF129777 | | |

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*
*Case No. 04-1371*

*Fairchild's Trial Exhibit List*

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS' OBJECTIONS |
|---|---|---|---|---|---|
| 91 | 3/28/1990 | Design Schematic: PS03 (Mar. 28, 1990) | PIF129301-PIF129321 | Horowitz/ Balakrishnan | |
| 99 | 6/19/2001 | Balakrishnan et al. - U.S. Patent 6,249,876 | FCS0000001-FCS0000013 | Horowitz/ Balakrishnan | |
| 100 | 11/16/1998 | Balakrishnan et al. - U.S. Patent 6,248,876 File History, Serial No. 09/192,959 | FCS0000015-FCS0000114 | Horowitz | |
| 101 | 3/7/1989 | Eklund - U.S. Patent No. 4,811,075 (Beasom Exhibit 5) | FCS0000115-FCS0000120 | Gwozdz/ Beasom | |
| 102 | 4/24/1987 | Eklund - U.S. Patent No. 4,811,075 File History, Serial No. 07/041,994 | FCS0000122-FCS0000206 | Gwozdz/ Beasom | |
| 103 | 5/8/2001 | Balakrishnan et al. - U.S. Patent No. 6,229,366 | FCS0000207-FCS0000224 | Horowitz/ Balakrishnan | |
| 104 | 11/30/1989 | Balakrishnan et al. - U.S. Patent No. 6,229,366 File History, Serial No. 09/573,081 | FCS0000226-FCS0000316 | Horowitz/ Balakrishnan | |
| 105 | 8/22/2000 | Balakrishnan et al. - U.S. Patent No. 6,107,851 | FCS0000317-FCS0000334 | Horowitz/ Balakrishnan | |
| 106 | 5/18/1998 | Balakrishnan et al. - U.S. Patent No. 6,107,851 File History, Serial No. 09/080,774 | FCS0000336-FCS0000477 | Horowitz/ Balakrishnan | |
| 110 | | T. Lucy, *Speed Spectrum Clocks Reduced EMI*, with handwritten notes to Balu Balakrishnan | PIF17419 | Horowitz/ Balakrishnan | 402; 403; 901 |
| 112 | 8/19/1998 | Invention Disclosure Form | PIF63306-PIF63313 | Horowitz/ Balakrishnan | |
| 113 | 4/1998 | Invention Disclosure Form signed by Balu Balakrishnan, Alex Djenguerian, Lief Lund | PIF63314-PIF63324 | Horowitz/ Balakrishnan | |
| 114 | 3/28/1990 | Design Schematic: PS03 (Mar. 28, 1990) with Project Index | PIF129325-PIF129346 | Horowitz/ Balakrishnan | |
| 115 | | Design Schematic: SMP1A – NPSC02A1 | PIF129387 | Horowitz/ Balakrishnan | |
| 116 | 3/27/1990 | Design Schematic: SMP1A (Mar. 27, 1990) with Project Index | PIF129389-PIF129410 | Horowitz/ Balakrishnan | |
| 117 | 11/30/1989 | Design Schematic: SMP1A (Nov. 30, 1989) | PIF129412-PIF129414 | Horowitz/ Balakrishnan | |
| 118 | 5/8/1990 | Proposed SMP Family Part Numbering System | PIF129449-PIF129451 | Horowitz/ Balakrishnan | |
| 119 | | Design Schematic: PS10, PS11, PS12 (sheets 1 - 30) | PIF129454-PIF129484 | Horowitz/ Balakrishnan | |
| 120 | 8/14/1992 | SMP12/220 Task List with Annotations (Aug. 14, 1992) | PIF129499-PIF129504 | Horowitz/ Balakrishnan | |
| 121 | 2/1992 | Datasheet: PWR-SMP212 - Preliminary (Feb. 1992) | PIF129690-PIF129705 | Horowitz | |
| 122 | 2/1992 | Datasheet: PWR-SMP260 - Preliminary (Feb. 1992) | PIF129879-PIF129894 | Horowitz | |
| 123 | 2/1992 | Datasheet: PWR-SMP240 - Preliminary (Feb. 1992) | PIF129895-PIF129910 | Horowitz | |
| 124 | 11/1991 | Datasheet: PWR-SMP260 - Preliminary with Annotations (Nov. 1991) | PIF129911-PIF129918 | Horowitz/ Balakrishnan | |
| 125 | 8/1991 | Datasheet: PWR-SMP260 – Draft Preliminary with Annotations (Aug. 1991) | PIF129919-PIF129929 | Horowitz/ Balakrishnan | |
| 126 | 11/1991 | Datasheet: PWR-SMP240 (Nov. 1991) | PIF129930-PIF129937 | Horowitz/ Balakrishnan | |
| 128 | 4/20/1984 | Notes (Beasom Exhibit 7) | I-000230 - I-000234 | Beasom/ Gwozdz/ Prentice/ Moore | |
| 129 | 3/1984 | Notes (Beasom Exhibit 6) | I-000235 - I-000260 | Beasom/ Gwozdz/ Prentice/ Moore | |
| 130 | 8/8/1979 | Beasom Engineering Notebook | Beasom Exhibit 8 | Beasom/ Gwozdz/ Prentice/ Moore | 802 |
| 131 | 7/18/1985 | Notes | Beasom Exhibit 9 | Beasom/ Gwozdz/ Prentice/ Moore | 802 |
| 132 | | Test Chips Notes, Run Cards and Test Data | Beasom Exhibit 10 | Beasom/ Gwozdz | 802 |
| 133 | 5/13/1986 | Pospisil, R.S., S.R. Jost and J.D. Beasom, "A 500V Dielectric Isolation Process for Very High Voltage Integrated Circuits," *Electro/86* and Mini/Micro Northeast-86 Conference Record (Jun. 1986): 1-7. | Beasom Exhibit 16 | Beasom/ Gwozdz | 802 |
| 134 | 1987 | Beasom, J.D. "A 200V DI Process Which Provides IGT's, SCR's High Speed Complimentary Low Voltage Bipolars, CMOS and Bipolar Logic Options," Proceedings of the Symposium of High Voltage and Smart Power Devices (1987): 90-95. | Beasom Exhibit 17 | Beasom/ Gwozdz | 802 |
| 138 | 4/1/1996 | Datasheet: SCS-Thomson TEA2262 | FCS030307-FCS030079 | Horowitz | |
| 167 | 5/11/1993 | Letter from Thomas E. Schatzel to Alys Hay (May 11, 1993) | PIF57346 - PIF57348 | Gwozdz/ Eklund | |
| 192 | 9/8/1992 | Eklund - U.S. Patent No. 5,146,298 | PIF56893 - PIF56904 | Gwozdz/ Eklund | |
| 193 | 8/11/1981 | U.S. Patent No. 4,283,236, Sirsi | | Gwozdz/ Eklund | |
| 325 | 3/30/2006 | 5/18/2006 Supplemental Fairchild and Intersil License Agreement | | Conrad | 106 |
| 326 | 3/30/2006 | Redacted Fairchild and Intersil License Agreement | I-000704 - I-000709 | Conrad | 106 |
| 353 | 3/28/1990 | Design Schematic: PS03 (Mar. 28, 1990) | PIF129301- PIF129321 | Horowitz | 106; 402; 403; 802; |
| 472 | 8/16/1991 | Eklund - U.S. Patent No. 5,146,298 Application, Serial No. 07/747,657 | FCS1685956- 1685993 | Gwozdz/ Eklund | Need to inspect; untimely |
| 494 | | Semiconductor wafer | Available for inspection | Beasom/ Gwozdz | 402; not produced |
| 507 | | Databooks | Available for inspection | Horowitz | untimely; multiple documents; 402; 403; 802 |
| 541 | 4/18/1989 | Beasom - U.S. Patent No. 4,823,173 (Beasom Exhibit 3) | FCS0252249-FCS0252256 | Beasom/Gwozdz | |
| 542 | 5/24/1991 | Beasom - U.S. Patent No. 5,264,719 File History, Serial No. 07/705,509 | FCS1689800-FCS1689178 | Beasom/Gwozdz | |
| 543 | 8/8/1979 | Beasom Engineering Notebook - Reproduced Pages | I-000415 - I-000420 | Beasom/ Gwozdz/ Prentice/ Moore | |
| 544 | 8/15/1985 | Beasom Test Chips | Available for inspection | Beasom/Gwozdz | |

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*
*Case No. 04-1371*

Fairchild's
Trial Exhibit List

| DX | DATE | DESCRIPTION | BATES RANGE DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS OBJECTIONS |
|---|---|---|---|---|---|
| 545 | 6/1985 | Beasom Test Chips Notes, Run Cards and Test Data | I-000421 - I-000464 | Beasom/Gwozdz | |
| 546 | | Beasom Test Wafers | Available for inspection | Beasom/Gwozdz | |
| 547 | | Beasom Test Wafer Plot | I-000411 | Beasom/Gwozdz | |
| 548 | | Beasom Test Wafer Magnified Photograph | I-000465 - I-000467 | Beasom/Gwozdz | |
| 549 | 12/9/1986 | Thomas - U.S. Patent No. 4,628,341 | FCS0000533-FCS0000542 | Gwozdz | |
| 555 | | Beasom, J.D. "High Voltage Dielectric Isolation SCR Integrated Circuit Process." | | Beasom | |
| 556 | | Beasom, J.D. and R.W. Randlett, "Properties of Dielectrically Isolated Integrated Circuits." | | Beasom | |
| 557 | 1983 | Beasom, J.D. "A High Performance High Voltage Lateral PNP Structure," IEEE 1983. | | Beasom | |
| 558 | 12/3/1984 | Beasom Patent Disclosure | FCS1691462-FCS1691468 | Beasom | |
| 559 | 5/11/1993 | Complaint and associated documents (Eklund Exhibit 6) | PIF57257-PIF57298 | Gwozdz | |
| 600 | 3/16/2001 | Horowitz Production Documents FCS 1693250-1693529 | FCS 1692250-1693529 | Horowitz | |
| 601 | 12/19/2006 | Hower, P.L., T.M.S. Heng and C. Huang, "Optimum Design of Power MOSFETs," IEDM 1983. | Eklund Exhibit 3 | Eklund | |
| 602 | 1/22/2007 | 851 Patent Reexamination Granted by PTO | FCS1693654 - 1693667 | Shields/Beasom/Gwozdz | |
| 603 | 21/21/2006 | 366 Patent Reexamination Granted by PTO | FCS1693668 - 1693681 | Shields/Beasom/Gwozdz | |
| 604 | 4/20/2007 | 876 Patent Reexamination Granted by PTO | Blauschild Exhibit 20 | Blauschild | |
| 605 | | Fairchild/Intersil License Agreement | FCS 1686041-1686115 | Beasom | |
| 606 | 7/19/1983 | Sakuma - U.S. Patent 4,394,674 | FCS1693682 - 1693691 | Shields/Beasom/Gwozdz | |
| 607 | 12/20/1983 | Vaes - U.S. Patent 4,422,089 | FCS1693692 - 1693696 | Shields/Beasom/Gwozdz | |
| 608 | 5/26/1981 | Coe - U.S. Patent 4,270,137 | FCS1693697 - 1693704 | Shields/Beasom/Gwozdz | |
| 609 | 11/10/1981 | Colak - U.S. Patent 4,300,150 | FCS1693705 - 1693712 | Shields/Beasom/Gwozdz | |
| 610 | 8/10/1982 | Tihanyi - U.S. Patent 4,344,080 | FCS1693713 - 1693718 | Shields/Beasom/Gwozdz | |
| 611 | 10/11/1983 | Wagenaar - U.S. Patent 4,409,606 | FCS1693719 - 1693724 | Shields/Beasom/Gwozdz | |
| 612 | 11/27/1984 | Singer - U.S. Patent 4,485,392 | | | |
| 613 | 0/0/1983 | Vaes - High Voltage, High Current Lateral Devices | | | |
| 614 | | WITHDRAWN | | | |
| 615 | | WITHDRAWN | | | |
| 616 | 12/1/1980 | IEDM Annual Meeting, "Monolithic MOS High Voltage Integrated Circuits" by Plummer | FCS0526741-745 with IEDM cover sheet | Eklund | |
| 617 | 1/18/1981 | ISSCC B1 Solid State 400 V MOS for EL Display by Katsuma, etc. | | Eklund | |
| 618 | 12/1/1981 | 1981 IEEE "Process and Device of a 1000V MOS IC" by Yamaguchi, etc | | Eklund | |
| 619 | 00/00/1981 | IEDM 1983 "Integrated Circuits for the Control of High Power" by Wrathall, etc. | | Eklund | |
| 620 | 00/00/1982 | 1982 IEEE Integrated Power Devices by Thianyi | | Eklund | |
| 621 | 6/3/1980 | IEEE Journal Article "High Voltage DIMOS Driver Circuit" by Pomper, etc | | Eklund | |
| 622 | 00/00/1982 | IEDM 1982 "Integrated High and Low Voltage CMOS Technology" by Rumennick | | Eklund | |
| 623 | 2/18/1981 | ISSCC "High Voltage Video Amplifier for Color TV" by DesCamps, etc | | Eklund | |
| 624 | 00/00/1983 | 1983 IEEE "Lateral DMOS Transistor Optimized for High Voltage BIMOS Applications" by Mattheus | | Eklund | |
| 625 | 2/20/1981 | 1981 IEEE "400V Switches for Subscriber Line Interference" by Alvarez, etc. | | Eklund | |
| 626 | 12/12/1981 | IEEE Transactions "Effects of Drift Region Parameters on the Static Properties of Power LDMOST" by Secolak | | Eklund | |
| 627 | 00/00/0000 | Eklund Late Production | KE001450-1465 | Eklund | |
| 628 | 00/00/0000 | Eklund Late Production | KE001513-1522 | Eklund | |
| 629 | 00/00/0000 | Eklund Late Production | KE001481-KE001484 | Eklund | |
| 630 | 00/00/0000 | Eklund Late Production | KE001569-KE001575 | Eklund | |
| 631 | 9/27/1999 | Harris Patent Assignment to Intersil (Fish and Richardson Counsel) | PTO Certified | Eklund | |
| 632 | 4/24/1985 | Beasom Invention Disclosure Form | FCS1691469-1473 | Beasom | |
| 633 | 8/3/2007 | Privileged Log for Klas Eklund | 2 pages | Eklund | |
| 634 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Eklund | |
| 635 | 07/00/2007 | Speckin Production | SP 1-423 | Speckin | |
| 636 | 00/00/0000 | Speckin Production | Speckin Exhibit 1 | Speckin | |
| 637 | 00/00/000 | ASTM E1789 | Speckin Exhibit 2 | Speckin | |
| 638 | 8/27/2007 | ASTM E1422 | Speckin Exhibit 5C | Speckin | |
| 639 | 8/27/2007 | TLC Plate 1 | Speckin Exhibit 6C | Speckin | |
| 640 | 8/27/2007 | TLC Plate 2 | Speckin Exhibit 7C | Speckin | |
| 641 | 8/27/2007 | TLC Plate 3 | Speckin Exhibit 8C | Speckin | |
| 642 | 8/27/2007 | TLC Plate 4 | Speckin Exhibit 9 | Speckin | |
| 643 | 8/27/2007 | Notes of Speckin Forensic Labs | Speckin Exhibit 11C | Speckin | |
| 644 | 8/27/2007 | TLC Plate 5 | Speckin Exhibit 12C | Speckin | |
| | 8/27/2007 | TLC Plate 6 | | | |

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*  
*Case No. 04-1371*

Fairchild's  
Trial Exhibit List

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS' OBJECTIONS |
|---|---|---|---|---|---|
| 645 | 8/27/2007 | Notes of Speckin Forensic Labs | Speckin Exhibit 13 | Speckin | |
| 646 | 8/27/2007 | TLC Plate 7 | Speckin Exhibit 14C | Speckin | |
| 647 | 8/27/2007 | TLC Plate 8 | Speckin Exhibit 15C | Speckin | |
| 648 | 8/27/2007 | TLC Plate 9 | Speckin Exhibit 16C | Speckin | |
| 649 | 8/27/2007 | Notes of Speckin Forensic Labs | Speckin Exhibit 17 | Speckin | |
| 650 | 8/27/2007 | TLC Plate 10 | Speckin Exhibit 18C | Speckin | |
| 651 | 8/27/2007 | TLC Plate 11 | Speckin Exhibit 19C | Speckin | |
| 652 | 8/27/2007 | TLC Plate 12 | Speckin Exhibit 20C | Speckin | |
| 653 | 8/27/2007 | Grid Paper Study | Speckin Exhibit 11B | Speckin | |
| 654 | 8/27/2007 | Speckin notes | Speckin Exhibit 21 | Speckin | |
| 655 | 9/11/2007 | Speckin Notes | SP424-457 | Eklund/Speckin | |
| 1447 | 00/00/0000 | Eklund Late Production | | Eklund | |
| 1466 | 00/00/0000 | Eklund Late Production | KE001466 | Eklund | |
| 656 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | KE001447-1449 | Speckin | multiple documents |
| 657 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 658 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 659 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 660 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 661 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 662 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 663 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 664 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 665 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 666 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 667 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 668 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 669 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 670 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 671 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 672 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 673 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 674 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 675 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 676 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | | Speckin | multiple documents; 402; 403; 802; 106 |
| 677 | 7/23/2007 | ESDA Film made during 7/23/2007 document inspection. | SP1 | Speckin | multiple documents; 402; 403; 802; 106 |
| 678 | 07/00/2007 | Speckin Production | SP2 | Speckin | multiple documents; 402; 403; 802; 106 |
| 679 | 07/00/2007 | Speckin Production | SP3 | Speckin | multiple documents; 402; 403; 802; 106 |
| 680 | 07/00/2007 | Speckin Production | SP4 | Speckin | multiple documents; 402; 403; 802; 106 |
| 681 | 07/00/2007 | Speckin Production | SP5 | Speckin | multiple documents; 402; 403; 802; 106 |
| 682 | 07/00/2007 | Speckin Production | SP6 | Speckin | multiple documents; 402; 403; 802; 106 |
| 683 | 07/00/2007 | Speckin Production | SP7 | Speckin | multiple documents; 402; 403; 802; 106 |
| 684 | 07/00/2007 | Speckin Production | SP8 | Speckin | multiple documents; 402; 403; 802; 106 |
| 685 | 07/00/2007 | Speckin Production | SP9 | Speckin | multiple documents; 402; 403; 802; 106 |
| 686 | 07/00/2007 | Speckin Production | SP10 | Speckin | multiple documents; 402; 403; 802; 106 |
| 687 | 07/00/2007 | Speckin Production | SP11 | Speckin | multiple documents; 402; 403; 802; 106 |

*Power Integrations, Inc. v. Fairchild Semiconductor, Inc.*
*Case No. 04-1371*

*Fairchild's*
*Trial Exhibit List*

| DX | DATE | DESCRIPTION | BATES RANGE/ DESIGNATED | SPONSORING WITNESS | POWER INTEGRATIONS' OBJECTIONS |
|---|---|---|---|---|---|
| 688 | 07/00/2007 | Speckin Production | SP12 | Speckin | multiple documents; 402; 403; 802; 106 |
| 689 | 07/00/2007 | Speckin Production | SP13 - SP54 | Speckin | multiple documents; 402; 403; 802; 106 |
| 690 | 07/00/2007 | Speckin Production | SP246 - SP248 | Speckin | multiple documents; 402; 403; 802; 106 |
| 691 | 07/00/2007 | Speckin Production | SP249 | Speckin | multiple documents; 402; 403; 802; 106 |
| 692 | 07/00/2007 | Speckin Production | SP250 | Speckin | multiple documents; 402; 403; 802; 106 |
| 693 | 07/00/2007 | Speckin Production | SP251 | Speckin | multiple documents; 402; 403; 802; 106 |
| 694 | 07/00/2007 | Speckin Production | SP252 | Speckin | multiple documents; 402; 403; 802; 106 |
| 695 | 07/00/2007 | Speckin Production | SP253 | Speckin | multiple documents; 402; 403; 802; 106 |
| 696 | 07/00/2007 | Speckin Production | SP254 | Speckin | multiple documents; 402; 403; 802; 106 |
| 697 | 07/00/2007 | Speckin Production | SP395 - SP397 | Speckin | multiple documents; 402; 403; 802; 106 |
| 698 | 11/26/2002 | U.S. Patent 6,486,512 - Jeon | | Conrad | 402; 403; Untimely |