IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>) C.A. No. 04-1371-JJF<br>)<br>)<br>)<br>) |

## ORDER

The persons listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for proceedings commencing on Monday September 17, 2007. Counsel and staff shall comply with the inspection provisions of the United States Marshal.

> G. Hopkins Guy, III, Esq.
> Vickie L. Feeman, Esq.
> Bas de Blank, Esq.
> Brian H. VanderZanden, Esq.
> Gabriel M. Ramsey, Esq.
> William L. Anthony, Esq.
> Jim Tablerion
> Ken Fung
> Eric Ang

Joseph J. Farnan, Jr.
United States District Judge

Dated: September 17, 2007

166171.1