IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> PERMISSION FOR COUNSEL TO POSSESS <br> AND UTILIZE A LAPTOP <br> COMPUTER DURING COURT <br> PROCEEDINGS IN COURTROOM 4B <br> OF THE J. CALEB BOGGS FEDERAL <br> BUILDING | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptops for proceedings commencing on Monday, September 17, 2007 and ending on Monday, September 24, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

| | |
|---|---|
| Michael J. Headley | Jonathan Lamberson |
| Frank Scherkenbach | Judith Stewart |
| Howard Pollack | Kerry Smith |
| Tamara Fraizer | Tara Conway |
| William J. Marsden, Jr. | Adriano Ferreira |

_9/17/07_
Date

_JOSEPH J. FARNAN, JR._
United States District Court Judge