IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>       Defendants. | C.A. No. 04-1371 JJF |

**POWER INTEGRATIONS' REVISED [PROPOSED] SPECIAL VERDICT
AND INTERROGATORIES TO THE JURY - VALIDITY**

We, the jury, unanimously find as follows:

**VALIDITY OF POWER INTEGRATIONS' '851 PATENT**

1. Do you find by clear and convincing evidence that any of the following claims of the '851 Patent would have been obvious to a person of ordinary skill in the art at the time of the invention in view of one or more of the asserted prior art references, and therefore the claim is invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

   Claim 1:    YES  _____    NO  _____

   Claim 4:    YES  _____    NO  _____

2. If you answered "YES" to question 1, indicate claim by claim below which reference(s) you have relied upon in determining any claim of the '851 Patent was obvious.

   _____

   _____

**VALIDITY OF POWER INTEGRATIONS' '366 PATENT**

3. Do you find by clear and convincing evidence that claim 9 of the '366 Patent is anticipated and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

   Claim 9:    YES  _____    NO  _____

4. If you answered "YES" to question 3, indicate below any reference you have determined anticipates claim 9 of the '366 Patent.

   _____

   _____

5. Do you find by clear and convincing evidence that any of the following claims of the '366 Patent would have been obvious to a person of ordinary skill in the art at the time of the invention in view of one or more of the asserted prior art references, and therefore the claim is invalid?  (A "YES" answer is a finding for Fairchild.  A "NO" answer to this question is a finding for Power Integrations.)

      Claim 9:     YES  _____     NO  _____

      Claim 14:    YES  _____     NO  _____

6. If you answered "YES" to question 5, indicate claim by claim below which reference(s) you have relied upon in determining any claim of the '366 Patent was obvious.

_____

_____

**VALIDITY OF POWER INTEGRATIONS' '876 PATENT**

7. Do you find by clear and convincing evidence that Claim 1 of the '876 Patent would have been obvious to a person of ordinary skill in the art at the time of the invention in view of one or more of the asserted prior art references, and therefore the claim is invalid?  (A "YES" answer is a finding for Fairchild.  A "NO" answer to this question is a finding for Power Integrations.)

      YES  _____     NO  _____

8. If you answered "YES" to question 7, indicate below which reference(s) you have relied upon in determining Claim 1 of the '876 Patent was obvious.

_____

_____

**VALIDITY OF POWER INTEGRATIONS' '075 PATENT**

9. Do you find by clear and convincing evidence that claim 1 of the '075 Patent is anticipated and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

      YES _____    NO _____

10. If you answered "YES" to question 9, indicate below any reference you have determined anticipates claim 1 of the '075 Patent.

_____

_____

11. Do you find by clear and convincing evidence that any of the following claims of the '075 Patent would have been obvious to a person of ordinary skill in the art at the time of the invention in view of one or more of the asserted prior art references, and therefore the claim is invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

      Claim 1:    YES _____    NO _____
      Claim 5:    YES _____    NO _____

**(FORM CONTINUES ON NEXT PAGE)**

12. If you answered "YES" to question 11, indicate claim by claim below which reference(s) you have relied upon in determining any claim of the '075 Patent was obvious.

_____

_____

You must each sign this Verdict Form:         Dated: _____

_____ (foreperson)   _____

_____                   _____

_____                   _____

_____                   _____

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2007, I electronically filed with the Clerk of Court **POWER INTEGRATIONS' REVISED [PROPOSED] SPECIAL VERDICT AND INTERROGATORIES TO THE JURY - VALIDITY** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899


I hereby certify that on September 20, 2007, I have served the document(s) to the following non-registered participants via hand delivery:

| | |
|---|---|
| G. Hopkins Guy, III<br>Gabriel M. Ramsey<br>Orrick, Herrington & Sutcliffe, LLP<br>c/o Sheraton Suites, Legal A<br>422 Delaware Avenue<br>Wilmington, DE 19801 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

William J. Marsden, Jr. (marsden@fr.com)