AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Delaware

Power Integrations, Inc.
v.
Fairchild Semiconductors et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1371

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | See attached list | See attached list |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9/17 thru 9/ | Dale Hawkins / Heather Triozzi | Lucy Crescenzo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/21 | 9/20 | 9/21 | US Patent 6,249,876 |
| 2 | | | | | US Patent 6,107,851 |
| 3 | | | | | US Patent 6,229,366 |
| 4 | | | 9/18 | | US Patent 4,811,075 |
| 19 | | | 9/20 | | B. Pelly et al pp 135-139 |
| 28 | | | 9/20 | | TNY256 datasheet |
| 29 | | | 9/18 | | Klas Eklund Handwritten Notes |
| 30 | | | | | " " " " |
| 31 | | | | | Bassom High Voltage Lateral MOS |
| 34 | | | 9/20 | | TOP 32 |
| 35 | | | | | TOP 242 |
| 39 | | | | | Klas Eklund Notes |
| 40 | | | | | " " " |
| 41 | | | 9/18 | | " " " |
| 43 | | | 9/20 | | " " " |
| 44 | | | | | " " " |
| 45 | | | | | " " " |
| 46 | | | | | " " " |
| 47 | | | | | " " " |
| 48 | | | | | " " " |
| 51 | | | | | Ltr Plummer to Davidow |
| 52 | | ✓ | 9/20 | ✓ | Ltr Schatzel to Hansbeen II |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



Page 1 of 3 Pages

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

Power Integrations vs. Fairchild    CASE NO. 04-1371

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 62 | | 9/21 | 9/20 | | Power Integrations Fact Sheet |
| 143 | | | 9/20 | | Fairchild Product Info Sheet FSD210 FSD200 |
| 207 | | | 9/20 | | Power Supply Strategy, Power Conversion |
| 233 | | | | | Fairchild Semi FSD200, Power Switch (FPS) |
| 235 | | | | | "   "  FSD 210H Green Mode 700V |
| 255 | | | | | 24th Weekly Rpt SPS Group 2001.6.16. |
| 274 | | | | | Research HV-BCDMOS (SDG3) Process. |
| 275 | | | | | 700V BCDMOS Process w/ 1.2 um Design Rule |
| 287 | | | | | Intro SDG3/SDG4 Process HV Part |
| 289 | | | | | 650 V |
| 291 | | | | | PDG Weekly Report (CY02: 11/08 - 11/14) |
| 292 | | | | | PDG Weekly Report (CY02: 11/29 - 12/05) |
| 296 | | | | | Technical Report |
| 300 | | | | | BCD SPS Development Plan |
| 304 | | | | | Email Changsik Lim to O. Freitas AN4137 |
| 324 | | | | | PI PowerPoint re Manuf. Prop. Solectron |
| 376 | | | | | |
| 387 | | | | | PI Inc. Annual Report 10-K for yr 2005 |
| 404 | | | | | Klas Eklund notes re high voltage CMOS |
| 406 | | | | | Notes re HV structure |
| 409 | | | | | High Voltage Products Plan |
| 412 | | | | | Klas Eklund re Optimized High Vol. MOS |
| 414 | | | | | Notes re 300 volt Resistors |
| 421 | | | | | Scans of ESDA Labs |
| 437 | | | 9/20 | | UV Tag Photos |
| 450 | | | | | Fairchild response Interr. Nos. 6, 8, 9, 13 |

Page 2 of 3 Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

Power Integrations vs. Fairchild    CASE NO. 04-1371

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 55 | 9/21 | 9/18 | | Wakaumi - 16 output - Tech. Digest 416-19 |
| | 56 | | | | Ludikhuize DMOS-PMOS Tech Digest 81-84 |
| | 58 | | 9/19 | | Wacyk, Ihor, Digest Tech Papers 16-17 |
| | 67 | | 9/18 | | Beasom - Patent 5,264,719 |
| | 69 | | 9/19 | | Keller Off-line Power 505-512 |
| | 70 | | | | Datasheet PWR SMP240 FEB 1992 |
| | 74 | | 9/20 | | Datasheet PWR-SMP260 Prelim. FEB 1992 |
| | 76 | | | | Datasheet SMP 211 (Jan. 1996) |
| | 83 | | 9/19 | | Martin, Jr. et al - Patent 4,638,417 |
| | 99 | | | | Balakrishnan et al Patent 6,249,876 |
| | 101 | | | | Eklund - Patent 4,811,075 |
| | 103 | | 9/20 | | Balakrishnan et al - Patent 6,229,366 |
| | 105 | | | | Balakrishnan et al - Patent 6,107,851 |
| | 106 | | 9/19 | | Balakrishnan et al - Patent 6,107,851 File History |
| | 128 | | 9/18 | | Notes (Beason) |
| | 129 | | | | Notes (Beason) |
| | 130 | | | | Beason Eng. Notebook |
| | 131 | | | | Notes |
| | 326 | | | | Redacted Fairchild-Intersil Lic. Agree. |
| | 541 | | | | Beason - Patent 4,823,173 |
| | 542 | | | | Beason - Patent 5,264,719 File History |
| | 544 | | | | Beason Test Chips |
| | 545 | | | | Beason   "    ", Run Cards, Test Data |
| | 546 | | | | Beason Test Wafers |
| | 547 | | | | Beason   "    "   Plot |
| | 548 | | | | Beason   "    "   Magn. Photo |
| | 558 | | | | Beason Patent Disclosure |
| | 606 | | | | SeKuna Patent 4,394,674 |
| | 1447 | | | | Eklund Productions |
| | 1466 | | | | Eklund Productions |
| | 627 | | | | Eklund Productions |

Page 3 of 3 Pages

≈AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Power Integrations vs. Fairchild.   CASE NO. 04-1371

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | W1 | 9/18/07 |  |  | James Beasom |
|  | W2 |  |  |  | Robert David Moore |
|  | W3 |  |  |  | John Prentice |
|  | W4 |  |  |  | Erich Speckin |
|  | W5 |  |  |  | Dr. Peter Gwozdz |
|  | W6 |  |  |  | Derek Bell – Deposition |
|  | W7 |  |  |  | Robert J. Conrad |
|  | W8 |  |  |  | Leif Lund – Deposition. |
|  | W9 |  |  |  | Dr. Paul Horowitz |
| W1 |  |  |  |  | Balu Balakrishnan |
| W2 |  |  |  |  | Bruce Renouard |
| W3 |  |  |  |  | K.O. Jang – Deposition Read-in |
| W4 |  |  |  |  | H.S. Choi – Read-in |
| W5 |  |  |  |  | S.T. Im – Read-in |
| W6 |  |  |  |  | C.S. Lim – Read-in |
| W7 |  |  |  |  | Robert Blauschild |
| W8 |  |  |  |  | Klas Eklund |
| W9 |  |  |  |  | Albert Lyter III (Forensics) |
| W10 |  |  |  |  | Jan Brunnberg |
| W11 |  |  |  |  | Vahe Sarkissian Read-in |
| W12 |  |  |  |  | C.K. Jeon – deposition. |
| W13 |  |  |  |  | Mike Shields |

Page _____ of _____ Pages