IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

*Filed in open Court this 21st day of September, 2007*

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF |

## SPECIAL VERDICT
## AND INTERROGATORIES TO THE JURY - VALIDITY

1

We, the jury, unanimously find as follows:

**VALIDITY OF POWER INTEGRATIONS' '075 PATENT**

1. Do you find by clear and convincing evidence that claim 1 of the '075 Patent is anticipated and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

   YES _____    NO   X

2. Do you find by clear and convincing evidence that any of the following claims of the '075 Patent would have been obvious to a person of ordinary skill in the art at the time of the invention in view of one or more of the asserted prior art references, and therefore the claim is invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

   Claim 1:   YES _____    NO   X
   Claim 5:   YES _____    NO   X

**(FORM CONTINUES ON NEXT PAGE)**

## VALIDITY OF POWER INTEGRATIONS' '876 PATENT

3. Do you find by clear and convincing evidence that Claim 1 of the '876 Patent would have been obvious to a person of ordinary skill in the art at the time of the invention in view of one or more of the asserted prior art references, and therefore the claim is invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

YES _____    NO __X__

## VALIDITY OF POWER INTEGRATIONS' '851 PATENT

4. Do you find by clear and convincing evidence that any of the following claims of the '851 Patent would have been obvious to a person of ordinary skill in the art at the time of the invention in view of one or more of the asserted prior art references, and therefore the claim is invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

Claim 1:    YES _____    NO __X__

Claim 4:    YES _____    NO __X__

## VALIDITY OF POWER INTEGRATIONS' '366 PATENT

5. Do you find by clear and convincing evidence that claim 9 of the '366 Patent is anticipated and therefore invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

Claim 9:    YES _____    NO __X__

6. Do you find by clear and convincing evidence that any of the following claims of the '366 Patent would have been obvious to a person of ordinary skill in the art at the time of the invention in view of one or more of the asserted prior art references, and therefore the claim is invalid? (A "YES" answer is a finding for Fairchild. A "NO" answer to this question is a finding for Power Integrations.)

    Claim 9:    YES _____    NO  __X__

    Claim 14:    YES _____    NO  __X__

You must each sign this Verdict Form:    Dated: _Sept 21, 2007_

REDACTED