IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS INC., a Delaware corporation | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 04cv1371 JJF : |
| FAIRCHILD SEMICONDUCTOR, INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation | : : : : : : |
| Defendant. | : : |

### O R D E R

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 8 jurors in the above entitled case on September 17, 2007 through September 21, 2007.

September 26, 2007
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE