IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>   Defendants. | C.A. No. 04-1371 JJF |

**PLAINTIFF POWER INTEGRATIONS, INC.'S POST-TRIAL
MOTION FOR ENTRY OF A PERMANENT INJUNCTION**

Plaintiff Power Integrations, Inc. ("Power Integrations") hereby respectfully moves this Court to enter an Order ENJOINING and RESTRAINING Defendants Fairchild Semiconductor Corp. and Fairchild Semiconductor International, Inc. (collectively, "Fairchild") and their successors, assigns, officers, agents, servants, employees, attorneys, and persons in active concert or participation with them (including any affiliated entities, including specifically Fairchild Korea Semiconductor, Ltd. and Fairchild Korea Trading Company) from inducing, contributing to, or otherwise causing the infringement of any claim of U.S. Patent Nos. 6,229,366 B1, 6,249,876 B1, and 6,107,851 by making, using, selling, offering to sell in the United States, or importing into the United States, or by inducing, contributing to, or otherwise causing the same by third-parties, any integrated circuit product adjudged to infringe, any variation thereof not more than colorably different with respect to the infringing "integrated frequency jitter" and "integrated soft start" features, and any other component or product containing such an integrated circuit.

Dated: October 17, 2007                FISH & RICHARDSON P.C.


                                       By: */s/ William J. Marsden, Jr.*
                                           William J. Marsden, Jr. (#2247)
                                           Kyle Wagner Compton (#4693)
                                           919 N. Market Street, Suite 1100
                                           P.O. Box 1114
                                           Wilmington, DE 19899-1114
                                           Telephone: (302) 652-5070
                                           Email: marsden@fr.com

                                           Frank E. Scherkenbach
                                           225 Franklin Street
                                           Boston, MA 02110-2804
                                           Telephone: (617) 542-5070

                                           Howard G. Pollack
                                           Michael Headley
                                           500 Arguello Street, Suite 500
                                           Redwood City, CA 94063
                                           Telephone: (650) 839-5070

                                       **ATTORNEYS FOR PLAINTIFF
                                       POWER INTEGRATIONS, INC.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed with the Clerk of Court PLAINTIFF POWER INTEGRATIONS, INC.'S POST-TRIAL MOTION FOR ENTRY OF A PERMANENT INJUNCTION using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FEDERAL EXPRESS**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.