# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**William J. Marsden, Jr.**
302 778-8401

Email
marsden@fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**VIA ECF AND HAND DELIVERY**

October 17, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Power Integrations, Inc. v. Fairchild Semiconductor Int'l*
       USDC-D. Del. – C.A. No. 04-1371 JJF

Dear Judge Farnan:

Power Integrations writes to inform the Court that it has filed contemporaneously with this letter the first post-trial motion in this case. Today's filing addresses Power Integrations' motions for entry of a permanent injunction. Power Integrations will also submit a motion for an accounting of Fairchild's post-verdict infringing sales and a motion for enhanced damages/attorneys' fees, along with briefing on the resolution of Fairchild's allegations of inequitable conduct.

Power Integrations will confer with Fairchild to set a briefing and hearing schedule on these motions, along with any motions or briefing Fairchild intends to file, and will seek the assistance of the Court only if the parties cannot agree on an acceptable schedule.

Respectfully,

/s/ *William J. Marsden, Jr.*

William J. Marsden, Jr.
(#2247)

cc:   Steven J. Balick, Esquire (VIA ECF and by hand delivery)
       G. Hopkins Guy, III, Esquire (By Electronic Mail and Federal Express)