IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a
Delaware corporation,

        Plaintiff,

     v.

FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., a Delaware
corporation, and FAIRCHILD
SEMICONDUCTOR CORPORATION,  a
Delaware corporation,

        Defendants.

C.A. No. 04-1371 JJF

## PLAINTIFF POWER INTEGRATIONS, INC.'S
## POST-TRIAL MOTION FOR AN ACCOUNTING

Plaintiff Power Integrations, Inc. ("Power Integrations") hereby respectfully moves this Court to enter an Order (a) awarding an accounting for Defendants Fairchild Semiconductor Corp. and Fairchild Semiconductor International, Inc.'s (collectively, "Fairchild") continued infringing sales following the October 10, 2006 jury verdict of willful infringement and (b) awarding Power Integrations damages for Fairchild's sales of the infringing products for the period of time since October 21, 2006.

Dated:  October 22, 2007              FISH & RICHARDSON P.C.


By:  _____
William J. Marsden, Jr. (#2247)
Kyle Wager Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
Email:  marsden@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070

Howard G. Pollack
Michael Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

**ATTORNEYS FOR PLAINTIFF**
**POWER INTEGRATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I electronically filed with the Clerk of Court

PLAINTIFF POWER INTEGRATIONS, INC.'S POST-TRIAL MOTION FOR AN

ACCOUNTING using CM/ECF which will send electronic notification of such filing(s) to the

following counsel.

**BY HAND DELIVERY**
Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC. and
FAIRCHILD SEMICONDUCTOR
CORPORATION, and third party
INTERSIL CORPORATION

**BY E-MAIL AND FEDERAL EXPRESS**
G. Hopkins Guy, III
Bas de Blank
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC. and
FAIRCHILD SEMICONDUCTOR
CORPORATION

Kyle Wagner Compton

80050177.doc