IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>    Defendants. | C.A. No. 04-1371 JJF |

**[PROPOSED] ORDER GRANTING PLAINTIFF POWER INTEGRATIONS, INC.'S POST-TRIAL MOTION FOR AN ACCOUNTING**

Having considered Plaintiff Power Integrations, Inc.'s ("Power Integrations") Post-Trial Motion for an Accounting, the parties' respective briefing, and arguments thereon, IT IS HEREBY ORDERED that:

    (a)    Defendants Fairchild Semiconductor Corp. and Fairchild Semiconductor International, Inc.'s (collectively, "Fairchild") shall produce sales data for each of the adjudged infringing products, including the unit volume and the identities of the customers to whom the products were sold, for all sales from October 1, 2006 to present;

    (b)    the Court shall conduct an accounting to calculate the supplemental damages Power Integrations is entitled to resulting from Fairchild's sales of the infringing products for the period of time since October 21, 2006;

    (c)    incident to the accounting, and upon receipt of Fairchild's updated sales data, Power Integrations shall submit an affidavit from its damages expert calculating damages due to

the infringing sales from October 20, 2006 to present using the rates and methodologies presented at trial and accepted by the Jury;

     (d)    The Court will issue a further order awarding additional damages to Power Integrations in due course.

     This _____ day of _____, 2007.


                                                                                          Joseph J. Farnan, Jr.
                                                                                          United States District Judge

80050178.doc