IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

**POWER INTEGRATIONS' MOTION FOR ENTRY OF JUDGMENT OF
NO INEQUITABLE CONDUCT RE U.S. PATENT NO. 6,249,876**

Plaintiff Power Integrations, Inc. ("Power Integrations") hereby respectfully moves this Court to enter judgment pursuant to Federal Rule of Civil Procedure 52 that U.S. Patent No. 6,249,876 (the "'876 Patent") is enforceable, Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. having presented no evidence in support of their allegation that Power Integrations committed inequitable conduct in prosecuting the application that resulted in issuance of the '876 Patent.

Dated: October 24, 2007                FISH & RICHARDSON P.C.

By: /s/ *signature*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Email: marsden@fr.com
Email: kcompton@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070

Howard G. Pollack
Michael Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

**ATTORNEYS FOR PLAINTIFF
POWER INTEGRATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I electronically filed with the Clerk of Court POWER INTEGRATIONS' MOTION FOR ENTRY OF JUDGMENT OF NO INEQUITABLE CONDUCT RE U.S. PATENT NO. 6,249,876 using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FEDERAL EXPRESS**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

_____
Kyle Wagner Compton

80050493.doc