IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>    Defendants. | C.A. No. 04-1371-JJF |

**[PROPOSED] ORDER GRANTING POWER INTEGRATIONS' MOTION
FOR ENTRY OF JUDGMENT OF NO INEQUITABLE CONDUCT
RE U.S. PATENT NO. 6,249,876**

Having considered Plaintiff Power Integrations, Inc.'s ("Power Integrations") Post-Trial Motion for Entry of Judgment of No Inequitable Conduct re U.S. Patent No. 6,249,876, the parties' respective briefing, and arguments thereon, and pursuant to Federal Rule of Civil Procedure 52, IT IS HEREBY ORDERED that:

1.    Defendants Fairchild Semiconductor Corp. and Fairchild Semiconductor International, Inc. (collectively, "Fairchild") have failed to prove inequitable conduct with respect to U.S. Patent No. 6,249,876 (the "'876 Patent");

2.    Fairchild has not established that Power Integrations withheld any material information from the Patent Office during the prosecution of the application that resulted in issuance of the '876 Patent;

3. Given that there was no failure to disclose any material information during the prosecution of the application that resulted in issuance of the '876 Patent, the Court need not reach the issue of intent;

4. the '876 Patent is enforceable; and

5. judgment is hereby entered AGAINST Fairchild on its claim that the '876 Patent is unenforceable.

This _____ day of _____, 2007.

                                                              _____
                                                              Joseph J. Farnan, Jr.
                                                              United States District Judge

2