# Fish & Richardson p.c.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

LETTER BY ECF AND
ENCLOSURE BY HAND

October 25, 2007

Ms. Deborah Krett
Case Manager
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:  Power Integrations, Inc. v. Fairchild Semiconductor International
     USDC-D. Del. - C.A. No. 04-1371 JJF

Dear Ms. Krett:

As we discussed, in preparing the public version of Plaintiff Power Integration's Opening Brief In Support of Its Post-trial Motion for Entry of a Permanent Injunction (D.I. 565) we discovered that the Table of Authorities was not correct. A corrected copy of the brief, which was filed under seal, on October 17, 2007 is being delivered to the Court for substitution. No other change was made to this brief. The redacted version, which will be filed shortly, will reflect the corrected Table of Authorities. Please accept our apologies for this error.

Respectfully,

Kyle Wagner Compton

KWC/kxk
Enclosure (2 copies of under seal brief)

cc:  Steven J. Balick, Esq., (w/corrected Table of Authorities) (By email)
     Bas de Blank, Esq. (w/corrected Table of Authorities) (By email)
     G. Hopkins Guy, III, Orrick, Herrington & Sutcliffe, LLP

80050662.doc