IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF<br><br>**REDACTED** |

## DECLARATION OF BRUCE RENOUARD

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
Kyle Wager Compton (#4693) (compton@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Dated: October 17, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF<br><br>**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER** |

## DECLARATION OF BRUCE RENOUARD

I, Bruce Renouard, declare as follows:

1. I am Vice President of Worldwide Sales for Power Integrations, Inc. ("Power Integrations").

2. Since I testified in the first trial in this case, I received a non-confidential document from a Fairchild engineer who requested an interview for a position at Power Integrations. The document states that Fairchild expected to ship 50,000,000 units of the infringing FSD210 part to Samsung and its subcontractors alone in the year 2007. A true and correct copy of that document is attached as Exhibit A.

3. As I testified at trial, my sales team prepares reports regarding our competitive situation each week in the ordinary course of business, and I rely on those weekly sales reports in carrying out my duties as Power Integrations' Vice President of Worldwide Sales. In the weekly sales report dated June 22, 2007, my sales team reported

**REDACTED**

**REDACTED**

A true and correct copy of that June 22, 2007 weekly report is attached as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of October, 2007, at MÜNCHEN, GERMANY.

Bruce Renouard

2

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed with the Clerk of Court **DECLARATION OF DECLARATION OF BRUCE RENOUARD** using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FEDERAL EXPRESS**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.