



# Korea Charger Market
TAM, Market Share and Production Share (Year 2007)

|  | Power Integrations | Fairchild | RCC | STM | Others | Korea Customer Production | Customer Production Share(%) | Subcontractors |
|---|---|---|---|---|---|---|---|---|
| SAMSUNG | 125Mu | 50Mu |  |  | 5Mu | 180Mu | 65% | DongYang, RFTech, HNT, Dongwon (Haem), Unitron |
|  | SC1009, SC1010 | FSD210 |  |  | AP3700 |  |  |  |
| LGE | 40Mu |  | 35Mu |  | 5Mu | 80Mu | 29% | Sunlin, Salcomp, Dongdo, Priwo |
|  | TNY255, LNK36XP |  |  |  | SG5701 |  |  |  |
| P&Q |  |  | 11Mu |  | 1Mu | 12Mu | 4% | Macroway, MCS(A&M), NASA |
|  |  |  |  |  | SG6848 |  |  |  |
| UT/UBI |  |  |  | 6Mu | 1Mu | 7Mu | 3% | Tera, Sunlin |
|  |  |  |  | Viper22 | SG6858 |  |  |  |
| Competition Market SOM(Qty) | 165Mu | 50Mu | 46Mu | 6Mu | 12Mu | 279Mu (TAM) |  |  |
| Competition Market SOM(%) | 59.2% | 17.9% | 16.5% | 2.1% | 4.3% |  |  |  |

*System General PWML : SG6848 → SG5701(Redisgn for Patent Infringement) → SG6858(+OVP)
*UT:UTSTARTCOM , UBI: UBICOM

# B

Case 1:04-cv-01371-JJF   Document 580-2   Filed 10/26/2007   Page 3 of 4

# EXHIBIT REDACTED IN ITS ENTIRETY