IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF<br><br>**REDACTED** |

**DECLARATION OF WILLIAM J. MARSDEN, JR.
IN SUPPORT OF POWER INTEGRATIONS'
POST-TRIAL MOTION FOR ENTRY OF A PERMANENT INJUNCTION**

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
Kyle Wager Compton (#4693) (compton@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Dated: October 17, 2007

## DECLARATION OF WILLIAM J. MARSDEN, JR.

I, William J. Marsden, Jr., declare as follows:

1. I am a Principal with Fish & Richardson, P.C., counsel for Plaintiff Power Integrations, Inc. ("Power Integrations"). I make the following statements based on personal knowledge, except where noted.

2. Attached to this Declaration as Exhibit A is a true and accurate copy of a Fairchild Semiconductor press release dated September 21, 2007;

3. Attached to this Declaration as Exhibit B is a true and accurate copy of a Fairchild Semiconductor press release dated October 10, 2006;

4. Attached to this Declaration as Exhibit C are true and accurate copies of selected excerpts from the transcripts of the second trial in this matter;

5. Attached to this Declaration as Exhibit D are true and accurate copies of selected excerpts from the transcripts of the first trial in this matter;   **REDACTED**

6. Attached to this Declaration as Exhibit E is a true and accurate copy of an S.G. Cowen investment report dated February 3, 2006;

7. Attached to this Declaration as Exhibit F is a true and accurate copy of an S.G. Cowen investment report dated June 22, 2005;

8. Attached to this Declaration as Exhibit G are true and accurate copies of selected awards and press releases;

9. Attached to this Declaration as Exhibit H is a true and accurate copy of an S.G. Cowen investment report dated July 14, 2004;

10. Attached to this Declaration as Exhibit I is a true and accurate copy of Power Integrations' Form 10-K for the year ending December 31, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of October, 2007, at Wilmington, Delaware.

/s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed with the Clerk of Court **DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS' POST-TRIAL MOTION FOR ENTRY OF A PERMANENT INJUNCTION** using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

**BY HAND DELIVERY**  
Steven J. Balick  
John G. Day  
Ashby & Geddes  
500 Delaware Avenue, 8th Floor  
P. O. Box 1150  
Wilmington, DE 19899  

Attorneys for Defendants  
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION, and third party INTERSIL CORPORATION

**BY E-MAIL AND FEDERAL EXPRESS**  
G. Hopkins Guy, III  
Bas de Blank  
Orrick, Herrington & Sutcliffe, LLP  
1000 Marsh Road  
Menlo Park, CA 94025  

Attorneys for Defendants  
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION

/s/ William J. Marsden, Jr.  
William J. Marsden, Jr.