IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF<br><br>**REDACTED** |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF POWER INTEGRATIONS, INC.'S MOTION FOR ENTRY OF JUDGMENT OF NO INEQUITABLE CONDUCT RE U.S. PATENT NO. 6,249,876**

I, Kyle Wagner Compton, declare as follows:

1. I am a member of Fish & Richardson P.C., counsel of record in this action for Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached to this Declaration as Exhibit 1 is a true and accurate copy of an excerpt from the September 24, 2007 transcript from the hearing on Fairchild's inequitable conduct claims.

3. Attached to this Declaration as Exhibit 2 is a true and accurate copy of the trial exhibit labeled PX-326, which bears production numbers PIF63314-PIF63324. **REDACTED**

4. Attached to this Declaration as Exhibit 3 is a true and accurate copy of an excerpt from the August 15, 2005 Deposition Transcript of Leif Lund.

**REDACTED**

5.   Attached to this Declaration as Exhibit 4 is a true and accurate copy of excerpts from the November 18, 2005 Deposition Transcript of Balu Balakrishnan.   **REDACTED**

6.   Attached to this Declaration as Exhibit 5 is a true and accurate copy of the trial exhibit labeled PX-325, which bears production numbers PIF63306-PIF63313.   **REDACTED**

7.   Attached to this Declaration as Exhibit 6 is a true and accurate copy of an excerpt from the October 2, 2006 Trial Transcript.

8.   Attached to this Declaration as Exhibit 7 is a true and accurate copy of an October 18, 2007 letter from Michael R. Headley to Fairchild counsel Gabriel M. Ramsey.

9.   Attached to this Declaration as Exhibit 8 is a true and accurate copy of an October 19, 2007 letter from Fairchild counsel G. Hopkins Guy III to Howard G. Pollack.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Wilmington, Delaware, this 24th day of October, 2007.

_____
Kyle Wagner Compton

50444705.doc

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I electronically filed with the Clerk of Court the **DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF POWER INTEGRATIONS, INC.'S MOTION FOR ENTRY OF JUDGMENT OF NO INEQUITABLE CONDUCT RE U.S. PATENT NO. 6,249,876**, using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>ORRICK, HERRINGTON &<br>   SUTCLIFFE, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

**BY ELECTRONIC MAIL**

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>ASHBY & GEDDES<br>222 Delaware Avenue, 17th Floor<br>P.O. Box. 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

**BY ELECTRONIC MAIL AND HAND DELIVERY**

/s/ Kyle Wagner Compton
Kyle Wagner Compton

50444705.doc