IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF<br><br>**REDACTED** |

### DECLARATION OF KYLE WAGNER COMPTON
### IN SUPPORT OF PLAINTIFF POWER INTEGRATIONS' POST-TRIAL
### MOTION FOR AN ACCOUNTING

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
Kyle Wager Compton (#4693) (compton@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

## DECLARATION OF KYLE WAGNER COMPTON

I, Kyle Wagner Compton, declare as follows:

1. I am an Associate with Fish & Richardson, P.C., counsel for Plaintiff Power Integrations, Inc. ("Power Integrations"). I make the following statements based on personal knowledge, except where noted.

2. Attached to this Declaration as Exhibit 1 is a true and accurate copy of an excerpt from the September 14, 2006 Pretrial Conference Transcript;

3. Attached to this Declaration as Exhibit 2 is a true and accurate copy of an October 17, 2007 letter from Howard G. Pollack to Fairchild counsel G. Hopkins Guy III;

4. Attached to this Declaration as Exhibit 3 is a true and accurate copy of a Fairchild Press Release dated October 10, 2006;

5. Attached to this Declaration as Exhibit 4 are true and accurate copies of excerpts from the Transcript of the Second Trial;

6. Attached to this Declaration as Exhibit 5 are true and accurate copies of excerpts from the Transcript of the First Trial;

7. Attached to this Declaration as Exhibit 6 are true and accurate copies of certain Power Integrations' demonstratives used in the First Trial;    **REDACTED**

8. Attached to this Declaration as Exhibit 7 is a true and accurate copy of an excerpt from the November 30, 2006 Hearing Transcript;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of October, 2007, at Wilmington, Delaware.

_____
Kyle Wagner Compton

80050107.doc

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I electronically filed with the Clerk of Court DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF PLAINTIFF POWER INTEGRATIONS' POST-TRIAL MOTION FOR AN ACCOUNTING using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FEDERAL EXPRESS**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

Kyle Wagner Compton