IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>   Defendants. | Civil Action No. 04-1371-JJF |

## STIPULATED SCHEDULE FOR POST-TRIAL SUBMISSIONS

Plaintiff Power Integrations, Inc. ("Power Integrations") and defendants Fairchild Semiconductor Corporation and Fairchild Semiconductor International, Inc. ("Fairchild") hereby respectfully submit the following stipulated schedule for post-trial submissions in this matter and jointly request that the Court schedule a hearing the week of January 28, 2008, or as soon thereafter as possible, to address all of the parties' post-trial submissions:

| Item | Due Date |
|---|---|
| Fairchild opening submissions on inequitable conduct | Nov. 5, 2007 |
| PI responsive submissions on inequitable conduct | Nov. 21, 2007 |
| Opening submissions on all other post-trial matters including motions for judgment as a matter of law and motions for new trial | Dec. 3, 2007 |
| Fairchild deadline to file any motions to strike or motions for further discovery concerning PI motion for injunction | Dec. 3, 2007 |
| Fairchild reply submissions on inequitable conduct | Dec. 5, 2007 |
| Fairchild oppositions to PI motions for injunction and accounting | Dec. 21, 2007 |
| Oppositions to briefs on all other post-trial matters including motions for judgment as a matter of law and motions for new trial | Dec. 21, 2007 |

| Item | Due Date |
|---|---|
| PI replies on motions for injunction and accounting | Jan. 16, 2008 |
| Replies in support of motions on all other post-trial matters including motions for judgment as a matter of law and motions for new trial | Jan. 16, 2008 |
| Hearing on post-trial submissions | Week of Jan. 28 through 30, 2008 or as soon thereafter as is convenient for the Court |

The parties will address the issues set forth in Power Integrations' Motion for Entry of Judgment of No Inequitable Conduct re U.S. Patent No. 6,249,876 (D.I. 573) as part of their briefing on inequitable conduct as set forth above, and no further separate briefing will be submitted on that motion.

FISH & RICHARDSON P.C.

/s/ William J. Marsden, Jr.
William J. Marsden, Jr., (I.D. #2247)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
marsden@fr.com

*Attorneys for Power Integrations, Inc.*

ASHBY & GEDDES

/s/ John G. Day
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: 302-654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Fairchild Semiconductor Corporation and Fairchild Semiconductor International, Inc.*

SO ORDERED this _____ day of _____, 2007.

_____
United Stated District Judge