# FILED UNDER SEAL

Case 1:04-cv-01371-JJF     Document 587     Filed 11/05/2007     Page 1 of 1