# EXHIBIT A



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

October 30, 2007

Bas de Blank
(650) 614-7343
basdeblank@orrick.com

**VIA FACSIMILE**

Howard Pollack
Michael Headley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94036

Re:  Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)

Dear Howard and Michael:

I write concerning the declarations submitted by Power Integrations in connection with its motion for permanent injunction. These declarations go beyond anything in the record and seek to introduce new "facts" into evidence. Fairchild is entitled to discovery concerning the basis of the information set forth in their declarations.

Solely by way of example, Mr. Blauschild's declaration is particularly suspect. He claims that 26 specific Fairchild devices "infringe one or more of the asserted claims of the '366, '851 and/or '876 patents". Mr. Blauschild, however, fails to identify the "publicly available information" that he allegedly reviewed or provide any basis for his opinion (such as a comparison of these newly accused products to any asserted claim). Indeed, Mr. Blauschild fails to identify which claim is allegedly infringed by which product – information necessary if Power Integrations seeks to enjoin these devices.

Thus, we request that Power Integrations produce all information considered by their declarants in the course of preparing their declarations. Once Fairchild has reviewed this information, it will depose the declarants. Obviously, this must be completed sufficiently in advance of Fairchild's opposition to Power Integrations' motion.

Please let us know whether Power Integrations will agree to this discovery. If Power Integrations refuses, we will have no choice but to seek the assistance of the Court. If this is necessary, time will be of the essence so that this issue can be resolved before Fairchild's

OHS West:260328943.1


ORRICK

October 30, 2007
Page 2

opposition is due. Therefore, we would appreciate your response by Friday, November 2, 2007. Of course, should you wish to discuss this further, please do not hesitate to call.

Sincerely,

Bas de Blank

cc:   William J. Marsden, Jr.

OHS West:260328943.1

```
***************************
***   MULTI TX/RX REPORT   ***
***************************

TX/RX NO              0222
PGS.                  3
TX/RX INCOMPLETE
                      -----
TRANSACTION OK
                      (1)  98395071
                      (2)  913026520607
ERROR INFORMATION
                      -----
```

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

## FAX TRANSMISSION

DATE: October 30, 2007

NO. OF PAGES (INCLUDING COVER SHEET): 3

**FROM**

| name | tel |
|---|---|
| Bas de Blank | 650-614-7343 |

**TO**

| name | company/firm | tel | Fax |
|---|---|---|---|
| Michael R. Headley | FISH & RICHARDSON P.C. | | 650.839.5071 |
| Howard Pollack | FISH & RICHARDSON P.C. | | 650.839.5071 |

**CC**

| William J. Marsden, Jr. | FISH & RICHARDSON P.C. | | 302.652-0607 |

RE: *Power Integrations v. Fairchild Semiconductor et al*

**MESSAGE**

Please see attached.

# EXHIBIT B

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

| | |
|---|---|
| Date | November 5, 2007 |
| To | Bas de Blank<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7400 |
| Facsimile number | 10256-00453531 / (650) 614-7401 |
| From | Michael R. Headley |
| Re | Power Integrations Inc. v. Fairchild Semiconductor International |
| Number of pages including this page | 2 |
| Message | See attached. |

Facsimile
650 839-5071

Web Site
www.fr.com

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

NOTE: This facsimile is intended for the addressee only and may contain privileged or confidential information. If you have received this facsimile in error, please immediately call us collect at 650 839-5070 to arrange for its return. Thank you.

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
650 839-5070

**VIA FACSIMILE & U.S. MAIL**
650/614-7401

Facsimile
650 839-5071

November 5, 2007

Web Site
www.fr.com

Bas de Blank
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Michael R. Headley
(650) 839-5139

Email
headley@fr.com

Re:   Power Integrations Inc. v. Fairchild Semiconductor Int'l
      USDC-D. Del. - C.A. No. 04-1371-JJF



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Bas:

Your demand for additional discovery to respond to Power Integrations' motion for injunction remains unsupported; as I explained before, Fairchild's own data sheets for the 26 parts identified in our motion, which we have now produced to you from Fairchild's own web site, suggest these parts are the same as the parts specifically found to infringe in all relevant respects. As such, there is no apparent basis for Fairchild's assertion that the parts are different. We expect the schematics to show beyond doubt who is right, and we ask once again that you produce those schematics immediately rather than artificially withholding them until December 3. Pending receipt and review of the schematics, there is no point in any further "discovery."

Please confirm that you will produce the schematics immediately so that we can evaluate them and respond accordingly.

Sincerely,

Michael R. Headley

/evv

50446982.doc