# A HIGHLY RELIABLE 16 OUTPUT HIGH VOLTAGE NMOS/CMOS LOGIC IC WITH SHIELDED SOURCE STRUCTURE

H. Wakaumi, T. Suzuki, M. Saito and H. Sakuma

Microelectronics Research Laboratories, NEC Corporation
4-1-1 Miyazaki, Miyamae-ku, Kawasaki 213, Japan

## ABSTRACT

A high voltage MOS IC, which consists of 16 high voltage NMOS transistor array having 400 V, 0.5 A output characteristic and its control CMOS logic, was newly developed. High and low voltage NMOS transistors of the IC are equipped with shielded source structure to realize completely parasitic bipolar effect-free high voltage MOS ICs.

Practically, this IC successfully drove a plasma display panel at 200 V, 2 MHz without any parasitic effect and its high operation reliability was verified.

To examine high integration density possibility, parasitic bipolar effects due to the interferences between high and high voltage transistors, low and low voltage transistors, and high and low voltage transistors, were experimentally investigated. As a result, it was confirmed that the "shielded source structure" realizes high density high voltage MOS ICs.

## INTRODUCTION

Recently, the cost and size reduction, and display area enlargement of flat display panels, such as PDP, ELD and dot matrix VFD, have been strongly demanded. Driver circuits for these display panels, necessarily have a lot of high voltage circuit outputs. Therefore, the monolithic IC equipped with high voltage transistors and their control logic circuits on the same chip, is essential to meet the above requirement. High voltage planar MOS ICs are thought to be most suited for such an IC, because of its isolation ease and high speed operation.[1]~[3]

However, negative resistance breakdown due to parasitic bipolar effect, is known to be observed in a high voltage planar NMOS transistor, a key device for high voltage MOS ICs.[4] Therefore, the high voltage transistor has a narrow ASO (Area of Safe Operation). To solve this problem, a high voltage MOS transistor with parasitic effect-free characteristic, was realized using the proposed "shielded source structure".[5][6]

The low voltage logic, for controlling the high voltage transistors, should be CMOS with low power dissipation and large noise immunity characteristic. However, since high resistivity substrate is used to realize high breakdown voltage for the high voltage MOS transistor, latch up phenomena in CMOS logic become easily to occur. Since the latch up is one of parasitic bipolar effect, the shielded source structure will be effective to suppress the latch up.

This paper describes, a newly developed, 16 output high voltage NMOS/CMOS logic IC without any parasitic effect. This is achieved by adopting shielded source structure. The possibility of realizing even higher integration density IC by using the shielded source structure is also discussed, based on experimental results.

## DEVICE STRUCTURE

In the new IC, the shielded source structure, in which the high impurity density p+ ground layer entirely covers n+ source layer except for the MOS channel plane, is adopted in high voltage NMOS transistors and in low voltage NMOS transistors for CMOS logic, as shown in Fig. 1. Since p+ ground layer potential is equal to that for the source (n+), even if voltage drop at the substrate due to substrate current occurs, the source junction is not forward-biased. In consequence, the parasitic bipolar effect doesn't occur. These n+ source layer and underlying p+ ground layer are simply fabricated by As+ and B+ ion implantations through the same source mask windows in a self-aligned manner.

The IC is made up of 8 input-output buffer circuits, 16 blocks of serial-in/parallel-out shift register, latch, gate and buffer circuit and 16 output high voltage NMOS transistors (Fig. 2). The buffer circuit consisting of 4 stage inverters is designed to have 5 MHz driving capability for the high voltage transistor gate. The high voltage transistors are controlled by Output Enable (OE), Toggle (To) and Data (D in1 or D in2) input signals. The CMOS logic includes about 700 low voltage MOS transistors.

## EXPERIMENTAL RESULTS

A photomicrograph of the IC is shown in Fig. 3. IC chip size is 6 mm x 6 mm. The IC electrical characteristics are shown in Table 1. High voltage NMOS transistors having 4 μm long, 10.2 mm wide MOS channel and 40 μm long offset gate, can flow 0.5 A drain current at 10 V gate bias, which is a high enough current level to drive a large display area dot matrix AC refresh PDP. The high voltage transistor shows about 400 V drain breakdown voltage in the 0 V to 15 V wide gate bias range without any negative resistance, according to pulse current-voltage measurement. This characteristic is still superior to that for 100~150 μm long offset gate conventional NMOS transistors. The conventional transistors have larger on-resistance and larger chip

16.3

CH1973-7/83/0000-0416 $1.00 © 1983 IEEE

FCS1692655

occupation area compared to that for the shielded source transistor. Therefore, this structure enables easily realizing high integration density MOS ICs. Drain current-voltage characteristics for the high voltage shielded source transistor are shown in Fig. 4.

CMOS logic with shielded source structure (about 4 μm gate length) operates at 2-30 V power supply voltage range and follows 9 MHz clock frequency at 10 V (Fig. 5) (5-6 MHz clock frequency will be large enough for about 2000 character AC refresh PDP to be driven). CMOS logic power consumption is 21 mW at 10 V, 5 MHz clock frequency, which is much less than the power consumption for an E/D MOS logic (over 100 mW).

If integration density increases further, there is a possibility that logic error operation due to a capacitive coupling noise pulse would occur. By using CMOS configuration in logic, stable logic operation is expected to be obtained due to its large noise margin. The other possibility is that the interferences between high and high voltage transistors, high and low voltage transistors, and low and low voltage transistors due to a substrate current, would occur. The substrate current will be caused by low and high voltage transistor's avalanche phenomena, p-n junction's (for example, drain junction for CMOS logic) forward-biasing resulting from capacitive coupling noise pulse and surge voltage.

For example, a large quantity of electrons injected into the substrate diffuse to a certain high voltage transistor and are likely to lead this transistor to negative resistance breakdown by causing the parasitic bipolar transistor to turn on. To investigate such a parasitic bipolar effect, the following experiment was made. In a high voltage transistor biased at a lower voltage than its breakdown voltage, electrons are injected from an adjacent high voltage transistor's drain junction into the substrate, by forward-biasing. These electrons enter into the transistor drain depletion layer and cause avalanche breakdown. As a result, a large quantity of holes are injected into the substrate and cause voltage drop at the substrate. According to the experiment, a conventional transistor showed parasitic bipolar action in low injection current in spite of at lower electric field than that of breakdown, whereas the shielded source transistor didn't show negative resistance breakdown, even at experimentally observable 450 mA injection current level.

Also, there is a possibility that latch up might occur in CMOS logic due to the substrate current. Since high voltage MOS IC uses high resistivity substrate, parasitic lateral npn transistor's base resistance, or the substrate resistance, is high, as mentioned previously. Therefore, when the substrate current causes enough voltage drop at the substrate resistance to make n-channel transistor source junction forward-bias, latch up occurs. In order to investigate such a parasitic bipolar effect, CMOS ability to withstand latch up was experimented upon. The conventional CMOS with 20 μm parasitic lateral npn transistor base (p⁻ substrate: $N_A = 6 \times 10^{14}$ cm⁻³) width $L_M$, results in latch up phenomena, as shown in Fig. 6; at 6 mA parasitic vertical pnp transistor base (n-well region) injection current level, 10 V collector-emitter bias voltage. As compared with this characteristic, the CMOS with shielded source structure doesn't show latch up, even at 300-350 mA base injection current level. The reason is

that current gain $\alpha_n$ for the parasitic npn transistor in the shielded source structure is less than $3 \times 10^{-7}$. These experimental investigations show that higher integration density IC will be realized.

The fabricated ICs in 28 pin ceramic packages were applied in a plasma display scan driver. The ICs successfully drove the panel at 200 V, 2 MHz without any parasitic effect and any logic operation error due to a capacitive coupling noise pulse (Fig. 7). As a result, in a practically usable high voltage IC, since parasitic bipolar action was effectively suppressed by using the shielded source structure, the high IC reliability was confirmed.

## CONCLUSION

A 16 output high voltage NMOS/CMOS logic IC, designed for driving an AC refresh PDP, was developed using shielded source structure for its NMOS tansistors, to realize completely parasitic effects-free high voltage MOS ICs.

Practically, the IC succeeded in driving an AC refresh PDP and its high reliability was verified.

Parasitic effects due to the interferences between high and high voltage transistors, low and high voltage transistors, and low and low voltage transistors in this IC, were experimentally investigated.

These results indicate that much higher packing density, but still a parasitic effect-free high voltage NMOS/CMOS logic IC, will be realized using shielded source structure.

## ACKNOWLEDGEMENT

The authors wish to thank Drs. K. Ayaki and H. Kato for their continuous encouragement and T. Aizawa and K. Hirata for their technical assistance.

## REFERENCES

[1] K. Fujii et al., "800 V MOS IC for EL Display," ISSCC Digest of Technical Papers, p.46, Feb., 1981.

[2] S.A. Buhler et al., "Integrated High-Voltage/Low-Voltage MOS Devices," IEDM Technical Digest, p.259, Dec., 1981.

[3] B. Weir, "Integrated High-Voltage Driver Circuits in Gate Array Form," SID 1982 Digest, p.268.

[4] I. Yoshida et al., "Thermal Stability and Secondary Breakdown in Planar Power MOSFET's," IE³ ED, Vol. ED-27, No.2, p.395, Feb., 1980.

[5] H. Sakuma et al., "Parasitic Effect-Free, High Voltage MOS ICs with Shielded Source Structure," IEDM Technical Digest, p.254, Dec., 1982.

[6] H. Sakuma et al., "Parasitic Effect Free, High Voltage NMOS/CMOS Logic ICs with Shielded Source Structure," Technical Report of IECE, ED 83-8, Apr., 1983.

16.3

FCS1692656



Fig. 1  Cross sectional view of high voltage MOS IC with low voltage CMOS logic circuit. Both high and low voltage NMOS transistors have shielded source structure consisting of an upper n⁺ source layer entirely shielded by a lower p⁺ ground layer.



Fig. 2  16 output high voltage MOS IC blockdiagram. Logic circuit is composed of serial-in and parallel-out shift registers, latches, gates and buffers.



Fig. 3  16 output high voltage MOS IC photomicrograph. Chip size is 6 mm x 6 mm.



Fig. 4  I-V characteristic for high voltage NMOS transistor with shielded source structure, which shows about 400 V drain breakdown voltage.

16.3

FCS1692657

| High Voltage MOS Tr | |
|---|---|
| BV$_{DSS}$ (at I$_D$<100 μA) | 400 V |
| Ron (at V$_G$=10 V) | 30 Ω |
| I$_{DS}$ (at V$_G$=10 V) | 0·5 A |
| Low Voltage Logic Circuit | |
| f$_{clock}$ max ( at V$_{DD}$=10 V) | 9 MHz |
| V$_{DD}$ | 2V∼30 V |
| P$_0$ (at V$_{DD}$=10 V, | 21 mw |
| f$_{clock}$=5MHz,C$_L$=15$_{PF}$) | |







Table 1  Typical 16 output high voltage MOS IC characteristics. CMOS logic circuit can operate in wide power supply voltage range. High voltage NMOS transistor doesn't show any parasitic bipolar effect for wide gate bias range from 0 V to 15 V.

Fig.6  Base noise current at latch up.  (a) For conventional CMOS.  (b)  For CMOS with shielded source structure.    Conventional CMOS shows latch up at 6 mA base injection current level, 10 V collector-emitter bias voltage, whereas CMOS with shielded source structure doesn't show latch up phenomena, even at 350-400 mA.





Fig.5  16 stage shift register's input and output waveforms at 9 MHz clock frequency, 10 V. Shift registers operate up to 12 MHz, at 20 V.

Fig.7  High voltage output waveform, when plasma display panel is driven by the 16 output high voltage MOS IC at 200 V, 2 MHz.

16.3

IEDM 83 — 419

FCS1692658

# A HIGHLY RELIABLE 16 OUTPUT HIGH VOLTAGE NMOS/CMOS LOGIC IC WITH SHIELDED SOURCE STRUCTURE

H. Wakaumi, T. Suzuki, M. Saito and H. Sakuma

Microelectronics Research Laboratories, NEC Corporation
4-1-1 Miyazaki, Miyamae-ku, Kawasaki 213, Japan

## ABSTRACT

A high voltage MOS IC, which consists of 16 high voltage NMOS transistor array having 400 V, 0.5 A output characteristic and its control CMOS logic, was newly developed. High and low voltage NMOS transistors of the IC are equipped with shielded source structure to realize completely parasitic bipolar effect-free high voltage MOS ICs.

Practically, this IC successfully drove a plasma display panel at 200 V, 2 MHz without any parasitic effect and its high operation reliability was verified.

To examine high integration density possibility, parasitic bipolar effects due to the interferences between high and low voltage transistors, low and low voltage transistors, and high and low voltage transistors, were experimentally investigated. As a result, it was confirmed that the "shielded source structure" realizes high density high voltage MOS ICs.

## INTRODUCTION

Recently, the cost and size reduction, and display area enlargement of flat display panels, such as PDP, ELD and dot matrix VFD, have been strongly demanded. Driver circuits for these display panels, necessarily have a lot of high voltage circuit outputs. Therefore, the monolithic IC equipped with high voltage transistors and their control logic circuits on the same chip, is essential to meet the above requirement. High voltage planar MOS ICs are thought to be most suited for such an IC, because of its isolation ease and high speed operation.[1]~[3]

However, negative resistance breakdown due to parasitic bipolar effect, is known to be observed in a high voltage planar NMOS transistor, a key device for high voltage MOS ICs.[4] Therefore, the high voltage transistor has a narrow ASO (Area of Safe Operation). To solve this problem, a high voltage MOS transistor with parasitic effect-free characteristic, was realized using the proposed "shielded source structure".[3][6]

The low voltage logic, for controlling the high voltage transistors, should be CMOS with low power dissipation and large noise immunity characteristic. However, since high resistivity substrate is used to realize high breakdown voltage for the high voltage MOS transistor, latch up phenomena in CMOS logic become easily to occur. Since the latch up is one of parasitic bipolar effect, the shielded source structure will be effective to suppress the latch up.

This paper describes, a newly developed, 16 output high voltage NMOS/CMOS logic IC without any parasitic effect. This is achieved by adopting shielded source structure. The possibility of realizing even higher integration density IC by using the shielded source structure is also discussed, based on experimental results.

## DEVICE STRUCTURE

In the new IC, the shielded source structure, in which the high impurity density $p^+$ ground layer entirely covers $n^+$ source layer except for the MOS channel plane, is adopted in high voltage NMOS transistors and in low voltage NMOS transistors for CMOS logic, as shown in Fig. 1. Since $p^+$ ground layer potential is equal to that for the source ($n^+$), even if voltage drop at the substrate due to substrate current occurs, the source-junction is not forward-biased. In consequence, the parasitic bipolar effect doesn't occur. These $n^+$ source layer and underlying $p^+$ ground layer are simply fabricated by As$^+$ and B$^+$ ion implantations through the same source mask windows in a self-aligned manner.

The IC is made up of 8 input-output buffer circuits, 16 blocks of serial-in/parallel-out shift register, latch, gate and buffer circuit and 16 output high voltage NMOS transistors (Fig. 2). The buffer circuit consisting of 4 stage inverters is designed to have 5 MHz driving capability for the high voltage transistor gate. The high voltage transistors are controlled by Output Enable (OE), Toggle (To) and Data (D in1 or D in2) input signals. The CMOS logic includes about 700 low voltage MOS transistors.

## EXPERIMENTAL RESULTS

A photomicrograph of the IC is shown in Fig. 3. IC chip size is 6 mm x 6 mm. The IC electrical characteristics are shown in Table 1. High voltage NMOS transistors having 8 μm long, 10.2 mm wide MOS channel and 40 μm long offset gate, can flow 0.5 A drain current at 10 V gate bias, which is a high enough current level to drive a large display area dot matrix AC refresh PDP. The high voltage transistor shows about 400 V drain breakdown voltage in the 0 V to 15 V wide gate bias range without any negative resistance, according to pulse current-voltage measurement. This characteristic is still superior to that for 100-150 μm long offset gate conventional NMOS transistors. The conventional transistors have larger on-resistance and larger chip


EXHIBIT
XE 4
10/4/05

CH1973-7/83/0000-0416 $1.00 © 1983 IEEE

FCS1689187

FCS1692659

occupation area compared to that for the shielded source transistor. Therefore, this structure enables easily realizing high integration density MOS ICs. Drain current-voltage characteristics for the high voltage shielded source transistor are shown in Fig. 8.

CMOS logic with shielded source structure (about 4 μm gate length) operates at 2-30 V power supply voltage range and follows 9 MHz clock frequency at 10 V (Fig. 5). (5-6 MHz clock frequency will be large enough for about 2000 character AC refresh PDP to be driven). CMOS logic power consumption is 21 mW at 10 V, 5 MHz clock frequency, which is much less than the power consumption for an E/D MOS logic (over 100 mW).

If integration density increases further, there is a possibility that logic error operation due to a capacitive coupling noise pulse would occur. By using CMOS configuration in logic, stable logic operation is expected to be obtained due to its large noise margin. The other possibility is that the interferences between high and high voltage transistors, high and low voltage transistors, and low and low voltage transistors due to a substrate current, would occur. The substrate current will be caused by low and high voltage transistor's avalanche phenomena, p-n junction's (for example, drain junction for CMOS logic) forward-biasing resulting from capacitive coupling noise pulse and surge voltage.

For example, a large quantity of electrons injected into the substrate diffuse to a certain high voltage transistor and are likely to lead this transistor to negative resistance breakdown by causing the parasitic bipolar transistor to turn on. To investigate such a parasitic bipolar effect, the following experiment was made. In a high voltage transistor biased at a lower voltage than its breakdown voltage, electrons are injected from an adjacent high voltage transistor's drain junction into the substrate, by forward-biasing. These electrons enter into the transistor drain depletion layer and cause avalanche breakdown. As a result, a large quantity of holes are injected into the substrate and cause voltage drop at the substrate. According to the experiment, a conventional transistor showed parasitic bipolar action in low injection current in spite of at lower electric field than that of breakdown, whereas the shielded source transistor didn't show negative resistance breakdown, even at experimentally observable 450 mA injection current level.

Also, there is a possibility that latch up might occur in CMOS logic due to the substrate current. Since high voltage MOS IC uses high resistivity substrate, parasitic lateral npn transistor's base resistance, or the substrate resistance, is high, as mentioned previously. Therefore, when the substrate current causes enough voltage drop at the substrate resistance to make n-channel transistor source junction forward-bias, latch up occurs. In order to investigate such a parasitic bipolar effect, CMOS ability to withstand latch up was experimented upon. The conventional CMOS with 20 μm parasitic lateral npn transistor base (p$^-$ substrate; $N_A = 6 \times 10^{14}$ cm$^{-3}$) width $L_M$, results in latch up phenomena, as shown in Fig. 6, at 6 mA parasitic vertical pnp transistor base (n-well region) injection current level, 10 V collector-emitter bias voltage. As compared with this characteristic, the CMOS with shielded source structure doesn't show latch up, even at 300-350 mA base injection current level. The reason is

that current gain $\alpha_n$ for the parasitic npn transistor in the shielded source structure is less than $3 \times 10^{-7}$. These experimental investigations show that higher integration density IC will be realized.

The fabricated ICs in 28 pin ceramic packages were applied in a plasma display scan driver. The ICs successfully drove the panel at 200 V, 2 MHz without any parasitic effect and any logic operation error due to a capacitive coupling noise pulse (Fig. 7). As a result, in a practically usable high voltage IC, since parasitic bipolar action was effectively suppressed by using the shielded source structure, the high IC reliability was confirmed.

## CONCLUSION

A 16 output high voltage NMOS/CMOS logic IC, designed for driving an AC refresh PDP, was developed using shielded source structure for its NMOS tansistors, to realize completely parasitic effect-free high voltage MOS ICs.

Practically, the IC succeeded in driving an AC refresh PDP and its high reliability was verified.

Parasitic effects due to the interferences between high and high voltage transistors, low and high voltage transistors, and low and low voltage transistors in this IC, were experimentally investigated.

These results indicate that much higher packing density, but still a parasitic effect-free high voltage NMOS/CMOS logic IC, will be realized using shielded source structure.

## ACKNOWLEDGEMENT

The authors wish to thank Drs. K. Ayaki and H. Kato for their continuous encouragement and T. Aizawa and K. Hirata for their technical assistance.

## REFERENCES

[1] K. Fujii et al., "400 V MOS IC for EL Display," ISSCC Digest of Technical Papers, p.46, Feb., 1981.
[2] S.A. Buhler et al., "Integrated High-Voltage/Low-Voltage MOS Devices," IEDM Technical Digest, p.259, Dec., 1981.
[3] B. Weir, "Integrated High-Voltage Driver Circuits in Gate Array Form," SID 1982 Digest, p.268.
[4] L. Yoshida et al., "Thermal Stability and Secondary Breakdown in Planar Power MOSFET's," IE$^3$ ED, Vol. ED-27, No.2, p.395, Feb., 1980.
[5] H. Sakuma et al., "Parasitic Effect-Free, High Voltage MOS ICs with Shielded Source Structure," IEDM Technical Digest, p.254, Dec., 1982.
[6] H. Sakuma et al., "Parasitic Effect Free, High Voltage NMOS/CMOS Logic ICs with Shielded Source Structure," Technical Report of IECE, ED 83-8, Apr., 1983.

16.3

FCS1692660



Fig.1   Cross sectional view of high voltage
MOS IC with low voltage CMOS logic circuit.
Both high and low voltage NMOS transistors
have shielded source structure consisting of an
upper n+ source layer entirely shielded by a
lower p+ ground layer.



Fig.2   16 output high voltage MOS IC
blockdiagram.  Logic circuit is composed of
serial-in and parallel-out shift registers,
latches, gates and buffers.



Fig.3   16 output high voltage MOS IC
photomicrograph. Chip size is 6 mm x 6 mm.



Fig.4   I-V characteristic for high voltage
NMOS transistor with shielded source
structure, which shows about 400 V drain
breakdown voltage.

16.3

FCS1689189

FCS1692661





| High Voltage MOS Tr | |
|---|---|
| BV$_{DSS}$ (at I$_D$<100 μA) | 400 V |
| Ron (at V$_G$=10V) | 30 Ω |
| I$_{DS}$ (at V$_G$=10V) | 0.5 A |
| Low Voltage Logic Circuit | |
| f$_{clock}$ max (at V$_{DD}$=10V) | 9 MHz |
| V$_{DD}$ | 2V∼30 V |
| P$_0$ (at V$_{DD}$=10V, f$_{clock}$=5MHz,C$_L$=15pF) | 21 mw |

Table 1  Typical 16 output high voltage MOS IC characteristics. CMOS logic circuit can operate in wide power supply voltage range. High voltage NMOS transistor doesn't show any parasitic bipolar effect for wide gate bias range from 0 V to 15 V.

Fig.6  Base noise current at latch up. (a) For conventional CMOS. (b) For CMOS with shielded source structure.    Conventional CMOS shows latch up at 6 mA base injection current level, 10 V collector-emitter bias voltage, whereas CMOS with shielded source structure doesn't show latch up phenomena, even at 350-400 mA.



Fig.5  16 stage shift register's input and output waveforms at 9 MHz clock frequency, 10 V. Shift registers operate up to 12 MHz, at 20 V.



Fig.7  High voltage output waveform, when plasma display panel is driven by the 16 output high voltage MOS IC at 200 V, 2 MHz.

16.3



FCS1689191

FCS1692663



Fig.7  High voltage output waveform, when plasma display panel is driven by the 16 output high voltage MOS IC at 200 V, 2 MHz.



Fig.5  16 stage shift register's input and output waveforms at 9 MHz clock frequency, 10 V. Shift registers operate up to 12 MHz, at 20 V.

FCS1689192

FCS1692664

# DX 56

82CH1832-5

TECHNICAL DIGEST



international

# ELECTRON DEVICES

meeting

## 1982

### SAN FRANCISCO, CA
December 13-14-15

*Late News!*
*Page 785*

Sponsored by Electron Devices Society of IEEE

Case No. 04-1371-JJF
**DEFT** Exhibit No. DX 56
Date Entered _____
Signature _____

FCS1692665

CANADA INSTITUTE FOR S.T.I.
N. R. C. C.

JUN 22 1983

C. N. R. C.
INSTITUT CANADIEN DE L'I.S.T.

TK 7870
I 611
1982
C.2

3 1809 00370 2161

# 1982 International Electron Devices Meeting
# TECHNICAL DIGEST

International Electron Devices Meeting.
    International Electron Devices Meeting; Technical pro-
gram.
New York, Institute of Electrical and Electronics Engi-
neers.
    v. Illus. 28 cm. annual.
    Meetings for        sponsored by the IEEE Electron Devices
Group.
    Includes supplements.
    1. Electronic apparatus and appliances—Congresses.    I. Insti-
tute of Electrical and Electronics Engineers.  II. Institute of Elec-
trical and Electronics Engineers. Electron Devices Group.

TK7801.I 58                    621.381'028                    73-20188

Library of Congress                    TT @'72.2

Papers have been printed without editing as received from the authors.

All opinions expressed in the Digest are those of the authors and are not
binding on The Institute of Electrical & Electronics Engineers, Inc.

Publication of a paper in this Digest in no way is intended to preclude pub-
lication of a fuller account of the paper elsewhere.

Copies of available volumes of this Digest may be obtained from The Institute
of Electrical & Electronics Engineers, Inc., 445 Hoes Lane, Piscataway, N.J.
Library of Congress Catalog Card Number: 73-20188.

Copyright and Reprint Permissions: Abstracting is permitted with credit to the source.
Libraries are permitted to photocopy beyond the limits of U.S. copyright law for private
use of patrons those articles in this volume that carry a code at the bottom of the first
page, provided the per-copy fee indicated in the code is paid through the Copyright
Clearance Center, 21 Congress St., Salem, MA 01970. Instructors are permitted to
photocopy isolated articles for noncommercial classroom use without fee. For other
copying, reprint or republication permission, write to Director, Publishing Services, IEEE,
345 E. 47 St., New York, NY 10017. All rights reserved. Copyright © 1982 by The
Institute of Electrical and Electronics Engineers, Inc.

FCS1692667

# WELCOMING STATEMENT
# FROM THE GENERAL CHAIRMAN



Al F. Tasch, Jr.
General Chairman



Michael Adler
Technical Program
Chairman

Welcome to the 1982 International Electron Devices Meeting, the international forum for the presentation of latest results of research and development in electron devices! For the first time this meeting is being held in San Francisco in response to the growing geographical base of IEDM participation. In the future the location of the IEDM will alternate between Washington, D.C. and San Francisco.

This meeting, in its 28th year, has and continues to reflect the dramatic growth and pervasiveness of a broad spectrum of electron devices. It has provided the setting for both the exchange and birth of new ideas fueling electronics progress. Both the technical and the international breadth of this conference are evidenced by the program this year which contains 188 contributed papers selected from the 425 submitted abstracts from 17 countries around the world. These papers comprise 29 sessions in six major categories: Solid State Devices; Detectors, Sensors, and Displays; Quantum Electronics and Energy Conversion Devices; Device Technology; Integrated Circuits; and Electron Tubes. In addition, the three areas of Device Technologies for High Speed Logic, Integrated Power Devices, and Automation in Semiconductor Fabrication, are highlighted in the Plenary Session. These areas are further examined in four concurrent panel sessions Tuesday evening which cover: Bipolar and MOS Technology: Choices for VLSI Applications; the Silicon Foundry: Myth or Reality; High Voltage Integrated Circuits: Applications and Technology; and High-Speed Devices and Technology.

An emerging development made possible by the broad electronics progress in the last quarter century, and destined to have a major impact on our society, is the use of robots. The robotics revolution will be addressed by our Tuesday luncheon speaker, Dr. David Nitzan, Director of Robotics Development at SRI International.

I congratulate the Conference Committee for the outstanding job they have done in planning and organizing the 1982 IEDM, and on behalf of the IEEE Electron Devices Society, which sponsors the IEDM, I want to extend my sincere appreciation for their dedicated professional efforts. In addition, the authors are to be commended for their efforts towards technical excellence in their papers. It is with pleasure that I welcome them and all attendees to the 1982 International Electron Devices Meeting.

Al Tasch
General Chairman

# TABLE OF CONTENTS

**IEDM12**

**PLENARY SESSION: Invited Papers** 1
Monday, December 13, 9:00 a.m.
Continental Ballroom
Chairman: M. Adler
9:00 a.m.
INTRODUCTION
1.1 DEVICE TECHNOLOGY COMPARISON IN THE CON-
TEXT OF LARGE-SCALE DIGITAL APPLICATIONS,
J.C. McGroddy and P.M. Solomon, IBM T.J. Watson
Research Center, Yorktown Heights, NY 2
1.2 INTEGRATED POWER DEVICES, J. Tihanyi, Siemens
AG, Munich, GERMANY 6
1.3 AUTOMATION IN SEMICONDUCTOR MANUFACTUR-
ING, T. Makimoto and H. Nagatomo, Musashi Works,
Hitachi, Ltd., Tokyo, JAPAN 11

**SESSION 2: Electron Tubes—Traveling Wave Tubes** 17
Monday, December 13, 1:00 p.m.
Continental Ballroom 1,2,3
Co-Chairmen: D. Zavadil
J. Dayton
1:00 p.m.
INTRODUCTION
2.1 SOME SURPRISING HELICAL INTERACTION CIR-
CUITS MAY HASTEN MILLIMETER WAVES (Invited
Paper), H.M. Phillips, Litton Industries, San Carlos, CA 18
2.2 RING-BAR SLOW-WAVE STRUCTURES FOR WIDE-
BAND HIGH POWER TWTS IN THE MILLIMETER
WAVE RANGE, O. Sauseng, Hughes Aircraft Company,
Torrance, CA 12
2.3 NEW DEVELOPMENTS IN GRIDDED COUPLED CAV-
ITY MILLIMETER WAVE TWTS, J.A. Davis, and J.P.
Vaszari, Hughes Aircraft Company, Torrance, CA 23
2.4 SUPPRESSION OF SPURIOUS MODES IN HIGH
POWER TRAVELLING WAVE TUBES, E. Glass, Siemens
AG, Munchen, WEST GERMANY 27
2.5 THREE OCTAVES WITH ONE TWT, J.F. Rymer, and
M.J. Cascone, Varian Associates, Incorporated, Palo Alto,
CA 30
2.6 GRIDDED PIERCE GUN DESIGN AND THE PAM
FOCUSSING OF BEAMS FROM GRIDDED ELECTRON
GUNS, R. True, Litton Industries, San Carlos, CA 32
2.7 A DIAGNOSTIC TECHNIQUE FOR EVALUATION OF
CATHODE EMISSION PERFORMANCE AND DEFECTS
IN VEHICLE ASSEMBLY, M.J. Cantelino, G.V. Miram,
and W.R. Ayers, Varian Associates, Incorporated, Palo Alto,
CA 36

**SESSION 3: Device Technology—Insulators and Isolation** 41
Monday, December 13, 1:00 p.m.
Continental Ballrooms 4 & 5
Co-Chairmen: R.B. Fair
F. Schwettmann
1:00 p.m.
INTRODUCTION
3.1 NITRIDED OXIDES FOR THIN GATE DIELECTRICS IN
MOS DEVICES (Invited Paper), H. Gimoto, S.S. Wong,
T.W. Ekstedt, C.G. Sodini, S.H. Kwan, K.H. Jackson, and
L. Martinez, Hewlett-Packard Laboratories, Palo Alto, CA 42
1:30 p.m.
3.2 RELIABILITY OF THIN SiO₂ FILMS SHOWING INTRIN-
SIC DIELECTRIC INTEGRITY, Y. Hokari, T. Baba, and
N. Kawamura, Nippon Electric Company, Ltd., Kawasaki,
JAPAN 48
1:45 p.m.
3.3 MOSFET DEGRADATION DUE TO STRESSING OF
THIN OXIDE, M.S. Liang, T.T. Yeow, C. Chang,
C. Hu, and R.W. Brodersen, University of California,
Berkeley, CA 50
2:20 p.m.
3.4 INFLUENCE OF THE STATE OF POLYSILICON/
SILICON DIOXIDE INTERFACE ON MOS PROPER-
TIES, N. Lifshitz, and S. Luryi, Bell Laboratories, Murray
Hill, NJ 54
2:45 p.m.
3.5 AN ISOLATION TECHNOLOGY FOR HIGH PERFOR-
MANCE BIPOLAR MEMORIES IOP-II, H. Goto,
T. Takada, R. Abe, Y. Kawabe, K. Dam, and M. Tanaka,
Fujitsu Limited, Kawasaki, JAPAN 58
3:10 p.m.
3.6 U-GROOVE ISOLATION TECHNIQUE FOR HIGH
SPEED BIPOLAR VLSIS, A. Hayasaka, Y. Tamaki, and
M. Kawamura, Hitachi, Ltd., Tokyo, JAPAN; K. Ogiue,
Device Development Center, Tokyo, JAPAN; and S. Ohwaki,
Takasaki Works, Gunma, JAPAN 62
3:35 p.m.
3.7 DETECTION OF THE EXTENT OF THE LASER DAM-
AGED GETTERING EFFECT USING NONDESTRUC-
TIVE SURFACE ACOUSTIC WAVE TECHNIQUE,
B. Davari, and P. Das, Rensselaer Polytechnic Institute,
Troy, NY; and K. Yang and W.A. Westdorp, IBM, East Fish-
kill, NY 66

**SESSION 4: Solid State Devices—High Voltage Integrated Circuits** 71
Monday, December 13, 1:00 p.m.
Continental Ballrooms 6,7,8, & 9
Co-Chairmen: K. Katsoka
W. Hunter
1:00 p.m.
INTRODUCTION
4.1 A 100V HIGH VOLTAGE P-CHANNEL DSAMOS-IC,
K. Nakagawa, T. Ashida, H. Takeuchi, and K. Fujii, Sharp
Corporation, Nara, JAPAN 72
1:30 p.m.
4.2 HIGH VOLTAGE NMOS SWITCHING ARRAY WITH
ACTIVE PULL-UPS AND LOW VOLTAGE ADDRESS-
ING LOGIC, S.A. Bohler, R.A. Martin, D.L. Heald, and
R.S. Ronen, Xerox Corporation, El Segundo, CA 76

1:55 p.m.
4.3    INTEGRATED HIGH AND LOW VOLTAGE CMOS
TECHNOLOGY, V. Rumennik, and D.L. Heald, Xerox Cor-
poration, Playa del Rey, CA                                        77

2:20 p.m.
4.4    HIGH-VOLTAGE DMOS AND PMOS IN ANALOG IC's,
A.W. Ludikhuize, Philips Research Laboratories, Eind-
hoven, NETHERLANDS                                                 81

2:45 p.m.
4.5    MONOLITHIC HIGH VOLTAGE GATED DIODE
CROSSPOINT ARRAY IC, H. Weston, H.W. Becke, J.E.
Berthold, J.C. Gammel, A.R. Hartman, J.E. Kohl, M.A.
Shibib, R.K. Smith, and Y.H. Wong, Bell Laboratories, Mur-
ray Hill, NJ                                                       85

3:10 p.m.
4.6    A 200 V COMPLEMENTARY VERTICAL BIPOLAR PRO-
CESS WITH COMPATIBLE LOGIC, J.D. Beasom, Harris
Semiconductor, Melbourne, FL                                       89

3:35 p.m.
4.7    A SOLID STATE CURRENT SENSE FOR HIGH CUR-
RENT EPI BASE POWER TRANSISTORS, R.S. Wrathall,
and S.P. Robb, Motorola, Incorporated, Phoenix AZ                  92


SESSION 5: Integrated Circuits—Advanced
              Integrated Structures                                97

Monday, December 13, 1:00 p.m.
Imperial Ballroom.

Co-Chairmen:    B. Hoefflinger
                S. Kohyama

1:00 p.m.
INTRODUCTION

1:05 p.m.
5.1    ULTRA-THIN GATE OXIDE CHARACTERISTICS AND
MOS/VLSI SCALING IMPLICATIONS, Y.P. Han,
J. Mize, T. Morzdez, T. O'Keefe, J. Pinto, and R. Worley,
MOSTEK Corporation, Carrollton, TX                                 98

1:30 p.m.
5.2    THE EFFECT OF THIN GATE DIELECTRICS ON SCAL-
ING MOS DEVICES, C.G. Sodini, and J.L. Moll, Hewlett
Packard Laboratories, Palo Alto, CA                               103

1:55 p.m.
5.3    NOVEL SOI CMOS DESIGN USING ULTRA THIN NEAR
INTRINSIC SUBSTRATE, S.D.S. Malhi, H.W. Lam, and
R.F. Pinizzotto, Texas Instruments Incorporated, Dallas, TX
and A.H. Hamdi and F.D. McDaniel, North Texas State
University, Denton, TX                                            107

2:20 p.m.
5.4    A FOLDING PRINCIPLE FOR GENERATING THREE-
DIMENSIONAL MOSFET DEVICE STRUCTURES IN
BEAM-RECRYSTALLIZED POLYSILICON FILMS, J.F.
Gibbons, and K.F. Lee, Stanford University, Stanford, CA          111

2:45 p.m.
5.5    A HIGH SPEED SIGNAL PROCESSOR BY DEVICE
SCALING, H. Goto, T. Okazawa, T. Nukiyama, and
K. Takemae, Nippon Electric Company, LTD., Kanagawa,
JAPAN                                                             115

3:10 p.m.
5.6    A NOVEL BBD STRUCTURE FOR LOW VOLTAGE
OPERATION, M. Itoh, M. Shikata, T. Gobara, T. Kimura,
H. Oishi, and S. Arita, Matsushita Electronics Corporation,
Kyoto, JAPAN                                                      119

3:35 p.m.
5.7    COEFFICIENT ACCURACY FOR CCD PACKET SPLIT-
TING TECHNIQUES, S.S. Bencuya, A.J. Steckl, Rensselaer
Polytechnic Institute, Troy, NY and T.L. Vogelsong, General
Electric Company, Schenectady, NY                                 123

4:00 p.m.
5.8    A HIGH-Q BANDPASS FILTER DEMONSTRATING
CHARGE DOMAIN TECHNOLOGY, T.L. Vogelsong, J.J.
Tiemann, General Electric Company, Schenectady, NY, and
A.J. Steckl, RPI, Troy, NY                                        127


SESSION 6: Detectors, Sensors, and Displays—
              Infrared Detectors and Materials                    131

Monday, December 13, 1:00 p.m.
Hilton Plaza

Co-Chairmen:    A.J. Lewis
                P.R. Bratt

1:00 p.m.
INTRODUCTION

1:05 p.m.
6.1    AN INFRARED DETECTOR WITH INTEGRATED
SIGNAL PROCESSING (Invited Paper), C.T. Elliott, Royal
Signals and Radar Establishment, Worcs, ENGLAND                   132

1:30 p.m.
6.2    MBE GROWTH OF Cd Hg1-xTe FOR INFRARED DETEC-
TION DEVICES, J.P. Faurie, A. Million, J.L. Tissot, and
C. Lucas, Laboratoire Infrarouge, Grenoble, Cedex,
FRANCE                                                            136

1:55 p.m.
6.3    THE INFLUENCE OF MICROSTRUCTURE ON THE
IMPEDANCE CHARACTERISTICS OF (Hg,Cd)Te MIS
DEVICES, A.J. Syllaios, and L. Colombo, Texas In-
struments Incorporated, Dallas, TX                                137

2:20 p.m.
6.4    CAPACITANCE TRANSIENT ANALYSIS OF (Hg,Cd)Te
MIS STRUCTURES, N.M. Hartle, and R.H. Zimmermann,
Honeywell Electro-Optics Operations, Lexington, MA                141

2:45 p.m.
6.5    A NEW MONOLITHIC N-CHANNEL HgCdTe IRCCD
ARRAY, T.L. Koch, E.M. Gerardis, and R.D. Thom, Santa
Barbara Research Center, Goleta, CA and W.E. Miller,
NASA, Hampton, VA                                                 145

3:10 p.m.
6.6    HgCdTe CCD AREA ARRAYS FOR INFRARED IMAG-
ING IN THE 3-5μm SPECTRAL REGION, A.A.
Cederberg, and S.R. Borrello, Texas Instruments Incor-
porated, Dallas, TX                                               149

3:35 p.m.
6.7    INFRARED SENSING CHARGE IMAGING MATRIX,
H.B. Morris, A. Simmons, R.A. Schiebel, and S.R. Borrello,
Texas Instruments Incorporated, Dallas, TX                        153

4:00 p.m.
6.8    IrSi SCHOTTKY BARRIER DIODES FOR INFRARED
DETECTION, P.W. Pellegrini, A. Golubovic, C.E.
Ludington, and M.M. Weeks, Rome Air Development
Center, Hanscom AFB, MA                                           157


SESSION 7: Solid State Devices—III-V Device
              and Circuit Technology                              161

Monday, December 13, 1:00 p.m.
Pacific Room

Co-Chairmen:    C.F. Krumm
                M.C. Driver

1:00 p.m.
INTRODUCTION

1:05 p.m.
7.1    A HIGH-YIELD GaAs MSI DIGITAL IC PROCESS,
A. Rode, A. McCamant, G. McCormack, and W. Vetanen,
Tektronix Incorporated, Beaverton, OR                             162

1:30 p.m.
7.2    EB-WRITING N + SELF-ALIGNED GaAs MESFETs FOR
HIGH-SPEED LSIs, K. Yamasaki, N. Kato, Y. Matsuoka,
and K. Ohwada, Nippon Telegraph and Telephone Public
Corporation, Tokyo, JAPAN                                         166

1:55 p.m.
7.3    INFRARED FLASH ANNEALING FOR FABRICATING
GaAs MESFETs, M. Kuzuhara, H. Kohzu, and Y. Taka-
yama, Nippon Electric Company, LTD., Kawasaki, JAPAN              170

FCS1692670

1:20 p.m.
7.4   STABLE HIGH TEMPERATURE TANTALUM SILICIDE SCHOTTKY BARRIER ON GALLIUM ARSENIDE, W.F. Tseng, and A. Christou, Naval Research Laboratory, Washington, DC ... 174

2:45 p.m.
7.5   THE TRIANGULAR BARRIER SWITCH, E.E. Najjar, J.A. Barnard, S.C. Palmateer, and L.F. Eastman, Cornell University, Ithaca, NY ... 177

3:10 p.m.
7.6   A GaP/Al-Ga HETEROJUNCTION BIPOLAR JUNCTION TRANSISTOR FOR HIGH TEMPERATURE ELECTRONIC APPLICATIONS, T.E. Zipperian, and L.R. Dawson, Sandia National Laboratories, Albuquerque, NM ... 181

SESSION 8:  Electron Tubes—Microwave Tube Theory and Technology ... 185

Tuesday, December 14, 9:00 a.m.
Continental Ballroom 1, 2, 3

Co-Chairmen:    N. Dionne
                R. Varnish

9:00 a.m.
      INTRODUCTION

9:05 a.m.
8.1   SPACE TUBES—A MAJOR CHALLENGE (Invited Paper), H.G. Kosmahl, Lewis Research Center, Cleveland, OH ... 186

9:30 a.m.
8.2   EXTREMELY HIGH POWER KLYSTRONS FOR PARTICLE ACCELERATORS, C. Bastien, G. Faillon, and M. Simon, Thomson-CSF Electron Tube Division, Boulogne-Billancourt Cedex, FRANCE ... 190

9:55 a.m.
8.3   AN ANALOGUE OF THE ELECTRON INTERACTION IN A DISTRIBUTED EMISSION TYPE CROSS-FIELD AMPLIFIER, J.F. Hull and C.D. Morrill, Litton Industries, Williamsport, PA ... 195

10:20 a.m.
8.4   PROGRESS ON THE GYROCON DEFLECTION-MODULATED AMPLIFIER, P. Tallerico, Los Alamos National Laboratory, Los Alamos, NM ... 199

10:45 a.m.
8.5   BEAMLETS IN FAST-WAVE DEVICES, G. Dohler, Northrop Corporation, Rolling Meadows, IL and W. Friz, Air Force Wright Avionics Laboratory, Dayton, OH ... 203

11:10 a.m.
8.6   SELF-CONSISTENT SMALL-SIGNAL THEORY OF TE01 GYROTRON DEVICES, G. Dohler, Northrop Corporation, Rolling Meadows, IL ... 207

11:35 a.m.
8.7   INSTABILITIES IN A ROTATING HOLLOW BEAM, G. Dohler and D. Gallagher, Northrop Corporation, Rolling Meadows, IL ... 211

SESSION 9:  Device Technology—MOS Device Isolation ... 215

Tuesday, December 14, 9:00 a.m.
Continental Ballroom 4 & 1

Co-Chairmen:    R.D. Davies
                Y. Nishi

9:00 a.m.
      INTRODUCTION

9:05 a.m.
9.1   ISOLATION TECHNOLOGY FOR SCALED MOS VLSI (Invited Paper), W.G. Oldham, University of California, Berkeley, CA ... 216

9:30 a.m.
9.2   ELECTRICAL PROPERTIES OF MOS DEVICES MADE WITH SILO TECHNOLOGY, J. Hui, T.Y. Chiu, S. Wong, and W.G. Oldham, University of California, Berkeley, CA ... 220

9:55 a.m.
9.3   THE SWAMI—A DEFECT FREE AND NEAR-ZERO BIRD'S-BEAK LOCAL OXIDATION PROCESS AND ITS APPLICATION IN VLSI TECHNOLOGY, K.Y. Chiu, R. Fang, J. Lin, and J.L. Moll, Hewlett Packard Laboratories, Palo Alto, CA and C. Lage, S. Angelos, and R. Tillman, Hewlett Packard Company, Corvallis, OR ... 224

10:20 a.m.
9.4   STRESSES IN LOCAL OXIDATION, D. Chin, R.W. Dutton, Stanford University, Stanford, CA and S.Y. Oh and J.L. Moll, Hewlett Packard Laboratories, Palo Alto, CA and T.S.M. Hu, IBM, East Fishkill, NY ... 228

10:45 a.m.
9.5   A FULLY-RECESSED FIELD ISOLATION TECHNOLOGY USING PHOTOCHEMICAL ASSISTED-CVD OXIDE, J.Y. Chen, R.C. Henderson, Hughes Aircraft Company, Culver City, CA and J.T. Hall and E.W. Yee, Hughes Aircraft Co., El Segundo, CA ... 

11:10 a.m.
9.6   DEEP TRENCH ISOLATED CMOS DEVICES, R.D. Rung, Hewlett-Packard Laboratories, Palo Alto, CA and H. Momose, and Y. Nagakubo, Toshiba Corporation, Kawasaki, JAPAN ... 237

11:35 a.m.
9.7   NOVEL DEVICE ISOLATION TECHNOLOGY WITH SELECTIVE EPITAXIAL GROWTH, N. Endo, K. Tanno, A. Ishitani, Y. Kurogi, and H. Tsuya, Nippon Electric Company, Ltd., Kawasaki, JAPAN ... 241

SESSION 10:  Solid-State Devices—High Voltage Devices and Power FETs ... 245

Tuesday, December 14, 9:00 a.m.
Continental Ballrooms 5, 7 & 2

Co-Chairmen:    B.J. Baliga
                T. Ohmi

9:00 a.m.
      INTRODUCTION

9:05 a.m.
10.1  HIGH FREQUENCY, HIGH POWER MOS-FET, H. Ikeda, Japan Broadcasting Corporation, Tokyo, JAPAN and H. Yoshida, and T. Onikura, Nippon Electric Corporation, Kawasaki, JAPAN ... 246

9:30 a.m.
10.2  VERTICAL DMOS POWER FIELD-EFFECT TRANSISTORS OPTIMIZED FOR HIGH SPEED OPERATION, B. Fuoss, Tektronix, Incorporated, Beaverton, OR ... 250

9:55 a.m.
10.3  PARASITIC EFFECT-FREE, HIGH VOLTAGE MOS-ICs WITH SHIELDED SOURCE STRUCTURE, H. Sakuma, T. Suzuki, and M. Saito, Nippon Electric Company, Ltd., Kawasaki, JAPAN ... 254

10:20 a.m.
10.4  150 VOLT VERTICAL CHANNEL GaAs FET, P.M. Campbell, R.S. Ehle, P.V. Gray, and B.J. Baliga, General Electric Company, Schenectady, NY ... 258

10:45 a.m.
10.5  600 V/5 A FET-TRIGGERED LATERAL OPTO-TRIAC, L. Leipold, and C. Fellinger, Siemens AG, Muchen, West Germany ... 261

11:10 a.m.
10.6  THE INSULATED GATE RECTIFIER (IGR): A NEW POWER SWITCHING DEVICE, B.J. Baliga, M.S. Adler, N. Zommer, P.V. Gray, and R.P. Love, General Electric Company, Schenectady, NY ... 264

11:35 a.m.
10.7  MODELING AND PROCESS IMPLEMENTATION OF IMPLANTED RESURF TYPE DEVICES, E.J. Wildi, P.V. Gray, T.P. Chow, M. Cornell, and H.R. Chang, General Electric Company, Schenectady, NY ... 268

**SESSION 11: Integrated Circuits—Modeling**     273

Tuesday, December 14, 9:00 a.m.
Imperial Room

Co-Chairmen:     K.C. Saraswat
                 H.S. Fu

9:00 a.m.
INTRODUCTION

9:05 a.m.
11.1    PROBLEMS WITH PRECISION MODELING OF
        ANALOG MOS LSI. (Invited Paper), Y. Tsividis, Columbia
        University, New York, NY     274

9:30 a.m.
11.2    TRANSCONDUCTANCE DEGRADATION IN THIN-
        OXIDE MOSFETs, G. Baccarani, and M.R. Wordeman,
        IBM Corporation, Yorktown Heights, NY     278

9:55 a.m.
11.3    CHARACTERISTICS OF SHORT-CHANNEL MOSFETs
        IN THE BREAKDOWN REGIME, F-C. Hsu, R.S. Muller,
        and C. Hu, University of California, Berkeley, CA     282

10:20 a.m.
11.4    STATISTICAL MODELLING OF SMALL GEOMETRY
        MOSFETs, P. Yang, and P. Chatterjee, Texas Instruments
        Incorporated, Dallas, TX     286

10:45 a.m.
11.5    A STATISTICAL MODELING APPROACH FOR SIMU-
        LATION OF MOS VLSI CIRCUIT DESIGNS, N. Herr,
        B. Gackh, and J.J. Barnes, Motorola Corporation, Austin,
        TX     290

11:10 a.m.
11.6    THE USE OF 2D EFFECTS IN LOCOS STRUCTURES TO
        IMPROVE DEVICE ISOLATION, S. Goodwin, and J.D.
        Plummer, Stanford University, Stanford, CA     294

11:35 a.m.
11.7    TOPOGRAPHY DEPENDENT ELECTRICAL PARA-
        METER SIMULATION, K. Lee, Y. Sakai, and A.R.
        Neureuther, University of California, Berkeley, CA     298

**SESSION 12: Detectors, Sensors and Displays—
Silicon Sensors and Displays**     303

Tuesday, December 14, 9:00 a.m.
Hilton Plaza

Co-Chairmen:     T.J. Tredwell
                 K.D. Wise

9:00 a.m.
INTRODUCTION

9:05 a.m.
12.1    A PLASMA ELECTRON EXCITED PHOSPHOR FLAT
        PANEL DISPLAY. (Invited Paper), A. Schauer, Siemens
        AG, Munchen, WEST GERMANY     304

9:30 a.m.
12.2    BIPOLAR MAGNETIC SENSORS, A.W. Vinal, IBM Cor-
        poration, Research Triangle Park, NC, and N.A. Masnari,
        North Carolina State University, Raleigh, NC     308

9:55 a.m.
12.3    X-RAY SPECTROMETER BY ALUMINUM THERMOMI-
        GRATION, G. Alcorn, W.A. Kest, and F. Marshall, God-
        dard Space Flight Center, Greenbelt, MD     312

10:20 a.m.
12.4    A MONOLITHIC PRESSURE — pH SENSOR FOR
        ESOPHAGEAL STUDIES, J. C.-M. Huang, and K.D. Wise,
        University of Michigan, Ann Arbor, MI     316

10:45 a.m.
12.5    A 3648 ELEMENT CCD LINEAR IMAGE SENSOR,
        T. Yamada, H. Goto, A. Shudo, and N. Suzuki, Toshiba
        Corporation, Kawasaki, JAPAN     320

11:10 a.m.
12.6    NO IMAGE LAG PHOTODIODE STRUCTURE IN THE
        INTERLINE CCD IMAGE SENSOR, N. Teranishi,
        A. Kohono, Y. Ishihara, E. Oda, and K. Arai, Nippon Elec-
        tric Company, LTD., Kawasaki, JAPAN     374

11:35 a.m.
12.7    AMORPHOUS Si(H) CONTACT LINEAR IMAGE SEN-
        SOR WITH $Si_3N_4$ BLOCKING LAYER, S. Kaneko,
        M. Sakamoto, F. Okumura, T. Itano, H. Kataniwa, Y. Ka-
        jiwara, M. Kanamori, M. Yasumoto, T. Saijoh, and
        T. Ohkubo, Nippon Electric Company, Ltd., Kawasaki,
        JAPAN     328

**SESSION 13: Quantum Electronics—III-V
Heterostructure Photonic Devices**     333

Tuesday, December 14, 9:00 a.m.
Franciscan Room

Co-Chairmen:     R.W.H. Engelmann
                 R.E. Leheny

9:00 a.m.
INTRODUCTION

9:05 a.m.
13.1    SUPERLATTICE, GRADED-BAND-GAP, AND CHAN-
        NELING AND STAIRCASE AVALANCHE
        PHOTODIODES: TOWARDS A SOLID STATE
        PHOTOMULTIPLIER. (Invited Paper), F. Capasso and
        W.T. Tsang, Bell Laboratories, Murray Hill, NJ     334

9:30 a.m.
13.2    NOISE IN MULTI-HETEROSTRUCTURE AVALANCHE
        PHOTODETECTORS, S. Rakshit, and N.B. Chakraborti,
        Indian Institute of Technology, Kharagpur, INDIA     338

9:55 a.m.
13.3    HIGH PERFORMANCE RIDGE-WAVEGUIDE AlGaAs/
        GaAs MULTIQUANTUM-WELL LASERS GROWN BY
        MOLECULAR BEAM EPITAXY, S. Yamakoshi, O. Wada,
        T. Fujii, S. Hiyamizu, and T. Sakurai, Fujitsu Limited,
        Kawasaki, JAPAN     342

10:20 a.m.
13.4    TWIN-CHANNEL SUBSTRATE-MESA GUIDE INJEC-
        TION LASERS FABRICATED BY OMVPE, D.E. Ackley,
        and O. Hom, Hewlett-Packard Laboratories, Palo Alto, CA     346

10:45 a.m.
13.5    A GAIN-GUIDED STRIPE DIODE LASER WITH A
        SINGLE LONGITUDINAL MODE, HIGH KINK POWER,
        AND MINIMAL BEAM DISTORTION, R.W.H. Engel-
        mann, D. Kerps, G. Hom, and D.E. Ackley, Hewlett-
        Packard Laboratories, Palo Alto, CA     350

11:10 a.m.
13.6    HIGH POWER (600 mW CW) PHASE-LOCKED SEMI-
        CONDUCTOR LASER ARRAYS, D.R. Scifres, R.D. Burn-
        ham, and W. Streifer, Xerox Palo Alto Research Centers,
        Palo Alto, CA     354

11:35 a.m.
13.7    LOW THRESHOLD 1.3 μm GaInAsP/InP BURIED OPTI-
        CAL WAVEGUIDE LASERS, W. Ng, C.L. Jiang, and P.D.
        Dapkus, Rockwell International, Thousand Oaks, CA     357

**SESSION 14: Electron Tubes—Gyrotrons and
Gyro-TWTs**     361

Tuesday, December 14, 2:15 p.m.
Continental Ballrooms 1,2,3

Co-Chairmen:     N. Vanderplaats
                 H. Jory

2:15 p.m.
INTRODUCTION

2:20 p.m.
14.1    DESIGN AND OPERATION OF MAGNETRON INJEC-
        TION GUNS FOR A 140 GHz GYROTRON, K. Felch,
        D. Stone, R. Jory, R. Garcia, and G. Wendell, Varian
        Associates, Incorporated, Palo Alto, CA, and R. Temkin and
        K. Kreischer, Plasma Fusion Center, Massachusetts Institute
        of Technology, Cambridge, MA     362

2:45 p.m.
14.2   250-KW HIGH EFFICIENCY GYROTRON OSCILLATOR
       OPERATING AT 60 GHz, W. DeHope, P. Ferguson,
       V. Matuang, I. Sandoval, and J. Tancredi, Hughes Aircraft
       Company, Torrance, CA                                          366

3:10 p.m.
14.3   DEVELOPMENT OF 32GHz-70GHz GYROTRONS,
       K. Sugenori, K. Fujita, Toshiba Corporation. Kawasaki,
       JAPAN; Y. Terumichi, S. Tanaka, Kyoto University, and
       T. Idehata, Fukui University                                   368

3:35 p.m.
14.4   A HIGH POWER COMPLEX CAVITY GYROTRON FOR
       FUSION RESEARCH DEVICES, V. Granet, University of
       Maryland, A.K. Ganguly, D. Dialetis, Science Applications,
       B. Seeley, JAYCOR, and M. Read, K.R. Chu, J. Levine,
       V. Granatstein, Naval Research Lab., Washington, DC            372

4:00 p.m.
14.5   A WIDEBAND FUNDAMENTAL MODE MILLIMETER
       GYROTRON TWA EXPERIMENT, L.R. Barnett, K.R.
       Chu, C.R. Kyler, V.L. Granatstein, Naval Research Labora-
       tory, Washington, DC, and Y.Y. Lau, Science Applications
       Inc., McLean, VA                                               375

4:25 p.m.
14.6   SELF CONSISTENT NON-LINEAR THEORY OF TWT
       GYROTRON, A.K. Ganguly, and S.Y. Ahn, Naval Research
       Laboratory, Washington, DC                                     379

4:50 p.m.
14.7   IMPEDANCE CALCULATIONS FOR TRAVELING-
       WAVE GYROTRONS OPERATING AT HARMONICS OF
       THE CYCLOTRON FREQUENCY IN CIRCULAR AND
       RECTANGULAR OVERMODED WAVEGUIDES, R.W.
       Grow, and R.B. Marks, University of Utah, Salt Lake City,
       UT                                                             380

5:15 p.m.
14.8   IMPEDANCE CALCULATIONS FOR TRAVELING-
       WAVE GYROTRONS OPERATING AT HARMONICS OF
       THE CYCLOTRON FREQUENCY IN MAGNETRON-
       TYPE CIRCUITS OPERATING IN THE PI MODE, R.W.
       Grow, and U.A. Shryavant, University of Utah, Salt Lake
       City, UT                                                       384


SESSION 15:  Device Technology—Lithography                            389
             and Pattern Transfer

Tuesday, December 14, 2:15 p.m.
Continental Ballrooms 4 & 5

Co-Chairmen:   B. Griffing,
               R. Gutmann

2:15 p.m.
       INTRODUCTION

2:20 p.m.
15.1   MODELS OF ETCHING IN PLASMAS AND BEAMS, (In-
       vited Paper), T.M. Mayer, University of North Carolina,
       Chapel Hill, NC                                                390

2:45 p.m.
15.2   MULTI-LAYER RESIST SYSTEMS AS A MEANS TO
       SUBMICRON OPTICAL LITHOGRAPHY, (Invited
       Paper), B.J. Lin, IBM T.J. Watson Research Center,
       Yorktown Heights, NY                                           391

3:10 p.m.
15.3   NEW TRI-LEVEL STRUCTURES FOR SUB-MICRON
       PHOTOLITHOGRAPHY, S. Matsui and N. Endo, Nippon
       Electric Company, Ltd., Kawasaki, JAPAN                        395

3:35 p.m.
15.4   LINEWIDTH CONTROL USING ANTI-REFLECTIVE
       COATING FOR OPTICAL LITHOGRAPHY, Y.C. Lin,
       A.J. Purdes, S.A. Saller, and W.R. Hunter, Texas In-
       struments Incorporated, Dallas, TX                             399

4:00 p.m.
15.5   SUBMICRON MOS PROCESS WITH 10:1 OPTICAL PRO-
       JECTION PRINTING AND ANISOTROPIC DRY ETCH-
       ING, W. Arden, W. Beinvogl, and W. Muller, Siemens
       Research Laboratories, Munichen, WEST GERMANY                  403

4:25 p.m.
15.6   HIGH PRECISION LITHOGRAPHY FOR SUBMICRON
       LSI FABRICATION, T. Matsuda, K. Iwadate, S. Moriya,
       and K. Harada, Musashino Electrical Communication Lab.,
       N.T.T., Tokyo, JAPAN                                           407

4:50 p.m.
15.7   X-RAY LITHOGRAPHY SYSTEM FOR SUBMICRON
       DEVICE FABRICATION, B. Fay, A. Corette, and
       J.P. Nivollez, Thomson-CSF, Orsay, FRANCE                      411

5:15 p.m.
15.8   0.2 MICRON LENGTH MUSHROOM GATE FABRICA-
       TION USING A NEW SINGLE-LEVEL PHOTORESIST
       TECHNIQUE, P.G. Chao, W.H. Ku, Cornell University,
       Ithaca, NY, P.M. Smith, and W.H. Perkins, General Electric
       Company, Syracuse, NY                                          415


SESSION 16:  Device Technology—Technologies                           419
             for Silicon-on-Insulator Devices

Tuesday, December 14, 2:15 p.m.
Continental Ballrooms 6, 7, 8, 9

Co-Chairmen:   D.A. Antoniadis,
               H. Friedrich

2:15 p.m.
       INTRODUCTION

2:20 p.m.
16.1   MOS TRANSISTORS IN BEAM-RECRYSTALLIZED
       POLYSILICON, (Invited Paper), T. Kamins, Hewlett-
       Packard Laboratories, Palo Alto, CA                            420

2:45 p.m.
16.2   CHARACTERISTICS OF MOSFETS FABRICATED ON
       LASER-RECRYSTALLIZED SILICON ISLANDS ON
       AMORPHOUS SUBSTRATES USING SELECTIVE AB-
       SORPTION AND BEAM SHAPING TECHNIQUES, G.E.
       Possin, H.G. Parks, S.W. Chiang, and Y.S. Liu, General
       Electric Company, Schenectady, NY                              424

3:10 p.m.
16.3   CHARACTERISTICS OF MOS DEVICES IN ELECTRON-
       BEAM-RECRYSTALLIZED SILICON ON INSULATOR,
       Y. Ohmura, K. Shibata, T. Inoue, T. Yoshii, and
       Y. Horiike, Toshiba Corporation, Kawasaki, JAPAN               429

3:35 p.m.
16.4   CHARACTERIZATION OF LASER-SOI: DOUBLE-AC-
       TIVE LAYERS BY FABRICATING ELEMENTARY
       STRUCTURES, T. Warabisako, M. Miyao, M. Ohkura,
       and T. Tokuyama, Hitachi, Ltd., Tokyo, JAPAN                   433

4:00 p.m.
16.5   DEVICE CHARACTERIZATION ON MONOCRYSTAL-
       LINE SILICON GROWN OVER SiO₂ BY ELO (EPI-
       TAXIAL LATERAL OVERGROWTH) PROCESS, A.C.
       Ipri, L. Jastrzebski, and J.F. Corboy, RCA Laboratories,
       Princeton, NJ                                                  437

4:25 p.m.
16.6   SOI CMOS CIRCUIT PERFORMANCE ON GRAPHITE
       STRIP HEATER RECRYSTALLIZED MATERIAL, S.D.S.
       Malhi, H.W. Lam, and R.F. Pinizzotto, Texas Instruments In-
       corporated, Dallas TX                                          441

4:50 p.m.
16.7   FIELD-EFFECT IN LARGE GRAIN POLYSILICON
       TRANSISTORS, J.P. Colinge, E. Demoulin, and H. Morel,
       Centre National d'Etudes des Telecommunications, Meylan,
       FRANCE                                                         444

SESSION 17:  Integrated Circuits—
Scaled CMOS                                                                              449

Tuesday, December 14, 2:15 p.m.
Imperial Room

Co-Chairmen:    D.L. Fraser
                K. Kokkonen

2:15 p.m.
INTRODUCTION

2:20 p.m.
17.1  REDUCED GEOMETRY CMOS TECHNOLOGY (Invited
      Paper), R. Jerdonek, M. Ghezzo, J. Weaver, General Elec-
      tric Company, Schenectady, NY, and S. Combs, Intersil Cor-
      poration, Cupertino, CA                                                            450

2:45 p.m.
17.2  CHARACTERIZATION OF CMOS LATCH-UP, C.C.
      Huang, M.D. Hartranft, N.F. Pu, C. Yue, C. Rahn,
      J. Schrankler, G.D. Kirchner, F.L. Hampton, and T.E. Hen-
      drickson, Honeywell Incorporated, Plymouth, MN                                     454

3:10 p.m.
17.3  SURFACE INDUCED LATCH-UP IN VLSI CMOS CIR-
      CUITS, D. Takacs, C. Werner, J. Harter, and U. Schwabe,
      Siemens AG, München, WEST GERMANY                                                  458

3:35 p.m.
17.4  CMOS LATCH-UP ELIMINATION USING SCHOTTKY
      BARRIER PMOS, M. Sugino, Motorola, Phoenix, AZ, L.A.
      Akers, Arizona State University, Tempe, AZ, and M. Rebe-
      schini, Motorola, Mesa, AZ                                                         462

4:00 p.m.
17.5  LIGHTLY DOPED SCHOTTKY MOSFET, C.L. Koeneke,
      and W.T. Lynch, Bell Laboratories, Murray Hill, NJ                                 466

4:25 p.m.
17.6  COUNTERDOPED WELL STRUCTURE FOR SCALED
      CMOS, K. Hashimoto, S. Morita, H. Nozawa, and
      S. Kohyama, Toshiba Corporation, Kawasaki, JAPAN                                   470

4:50 p.m.
17.7  A REDUCED SIZE CMOS SRAM CELL STRUCTURE
      WITH TWO-LEVEL AL INTERCONNECTION,
      O. Kudoh, I. Sakai, S. Murakami, and H. Yamamoto, Nip-
      pon Electric Company, LTD., Kanagawa, JAPAN                                        474

SESSION 18:  Solid State Devices—Discrete
and Monolithic Bipolar Devices                                                           479

Tuesday, December 14, 2:15 p.m.
Hilton Plaza

Co-Chairmen:    H. Strack
                H.N. Yu

2:15 p.m.
INTRODUCTION

2:20 p.m.
18.1  NORMALLY-OFF TYPE HIGH SPEED SI-THYRISTOR,
      Y. Nakamura, H. Tadano, S. Sugiyama, I. Igarashi, Toyota
      Central Research and Development Labs, Incorporated,
      Aichiken, JAPAN, T. Ohmi, and J. Nishizawa, Tohoku
      University, Sendai, JAPAN                                                          480

2:45 p.m.
18.2  A REGIONAL ANALYTIC MODEL FOR CURRENT
      INTERRUPTION IN HIGH VOLTAGE CENTER GATED
      BIPOLAR SWITCHES, J.E. Kohl, H.C. Gummel, A.R.
      Hartman, M.D. Hirsch, T.J. Riley, and R.S. Scott, Bell
      Laboratories, Murray Hill, NJ, Reading, PA                                         484

3:10 p.m.
18.3  AN ANALYTICAL MODEL FOR THE FORWARD
      CHARACTERISTICS OF GATED P-I-N SWITCHES AP-
      PLIED TO LATERAL STRUCTURES, H.C. Gummel, H.W.
      Becke, M.A. Shibib, R.K. Smith, and Y.H. Wong, Bell
      Laboratories, Murray Hill, NJ, Reading, PA                                         488

3:35 p.m.
18.4  SWITCHING CHARACTERISTICS OF HIGH POWER
      BURIED GATE TURN-OFF THYRISTOR, T. Suzuki, T.
      Uzuki, M. Kekura, T. Watanabe, and T. Sueoka, Meiden-
      sha Electric Mfg. Co., Ltd., Osaki, JAPAN                                          492

4:00 p.m.
18.5  A TIME- AND TEMPERATURE-DEPENDENT SIMULA-
      TION OF THE GTO TURN-OFF PROCESS, A. Nakagawa,
      Toshiba Research and Development Center, Kawasaki,
      JAPAN, D.H. Navon, University of Massachusetts, Am-
      herst, MA                                                                          496

4:25 p.m.
18.6  THE TOPOGRAPHY OF CURRENT DENSITY IN BI-
      POLAR TRANSISTORS, P.L. Hower, G.E. Martinelli, and
      S.A. Mittleman, Unitrode Corporation, Watertown, MA                                500

4:50 p.m.
18.7  A STUDY OF FORWARD SECOND-BREAKDOWN IN
      SILICON BIPOLAR POWER TRANSISTORS USING THE
      UNIT-CELL CONCEPT, R.U. Martinelli, RCA
      Laboratories, Princeton, NJ, C.E. Wheatley, Jr., and S.A.
      Sassaman, RCA Solid State Division, Mountaintop, PA                                504

SESSION 19:  Quantum Electronics—Photovoltaic
and Photoconductor Devices                                                               509

Tuesday, December 14, 2:15 p.m.
Franciscan Room

Co-Chairmen:    P. Borden
                R. Schwartz

2:15 p.m.
INTRODUCTION

2:20 p.m.
19.1  TWO DIMENSIONAL EFFECTS IN CONVENTIONAL
      SOLAR CELLS OPERATED AT HIGH INTENSITIES,
      J.L. Gray, R.J. Schwartz, Purdue University, West Lafayette,
      IN, and R.D. Nasby, R.D. Nasby, Sandia National Labora-
      tories, Albuquerque, NM                                                            510

2:45 p.m.
19.2  FABRICATION OF IMPROVED AND STABLE THIN
      FILM CdS:Cu₂S SOLAR CELLS BY INHIBITING VER-
      TICAL JUNCTION FORMATION, A.C. Rastogi, National
      Physical Laboratory, New Delhi, INDIA                                              514

3:10 p.m.
19.3  CHARACTERIZATION AND OPTIMIZATION OF
      AMORPHOUS SILICON SOLAR CELLS BY VARIATION
      OF DEVICE GEOMETRY, M.-K. Han, W.A. Anderson,
      R. Lahri, and H. Wiesmann, State University of NY at Buf-
      falo, Amherst, NY                                                                  518

3:35 p.m.
19.4  GaAs SCHOTTKY PHOTODIODE WITH 34B BAND-
      WIDTH OF 20 GHz, S.Y. Wang, T.M. Bloom, and D.M.
      Collins, Hewlett-Packard Laboratories, Palo Alto, CA                               521

4:00 p.m.
19.5  A 27 PICOSECOND PHOTODETECTOR WITH A
      MODULATION DOPED AlGaAs/GaAs HETERO-
      STRUCTURE, C.Y. Chen, C.G. Bethea, A.Y. Cho, P.A.
      Garbinski, and B.F. Levine, Bell Laboratories, Murray Hill,
      NJ                                                                                 525

4:25 p.m.
19.6  THE MICROWAVE MESFET OPTICAL DETECTOR,
      J.R. Forrest, R.P. Richards, University College London Tor-
      rington Place, London, and A. Perichon, Centre National
      d'Etudes des Telecommunications, Lannion, France                                   529

4:50 p.m.
19.7  SWITCHING DEVICE BASED ON THE QUANTUM
      HALL EFFECT, R.F. Kazarinov, and S. Luryi, Bell
      Laboratories, Murray Hill, NJ                                                      533

## SESSION 20: Evening Panel Discussion    539

Tuesday, December 14, 8:00-10:00 p.m.
*Continental Ballrooms 1,2,3,4*

*Panel Organizer:*    Joseph C. Logue
IBM
Yorktown Heights, New York

### THE SILICON FOUNDRY—MYTH OR REALITY?

### PANEL DISCUSSION MEMBERS

*Panel Moderator:*    Joseph C. Logue
IBM
Yorktown Heights, New York

Allan Bell
Xerox
Palo Alto, CA

Peter Jones
Intel
Chandler, Arizona

Dennis Buss
Texas Instruments
Dallas, Texas

Paul Low
IBM
Hopewell Junction, NY

Danny Cohen
Cal Tech
Marina Del Rey, CA

James Meindl
Stanford University
Stanford, CA

Robert Crosby
IBM
Poughkeepsie, NY

Gene Strull
Westinghouse
Baltimore, Maryland

## SESSION 21: Evening Panel Discussion    541

Tuesday, December 14, 8:00-10:00 p.m.
*Continental Ballroom 5*

*Panel Organizer:*    Adrian Hartman
Bell Laboratories
Murray Hill, New Jersey

### HIGH VOLTAGE INTEGRATED CIRCUITS—APPLICATIONS AND TECHNOLOGY

### PANEL DISCUSSION MEMBERS

*Panel Moderator:*    Adrian R. Hartman
Bell Laboratories
Murray Hill, NJ

Tom Engibous
Texas Instruments
Dallas, TX

Ram Ronen
Xerox Corp.
El Segundo, CA

Bernd Hoefflinger
Univ. of Minnesota
Minneapolis, MN

Keisuke Kataoka
OKI Electric Industry Co.
Tokyo, Japan

Ray Roop
Motorola Inc.
Phoenix, AZ

James Mayrand
Sprague Electric Co.
Worcester, MA

Peter Shackle
Harris Semiconductor
Melbourne, FL

## SESSION 22: Evening Panel Discussion    543

Tuesday, December 14, 8:00-10:00 p.m.
*Continental Ballroom 6*

*Panel Organizer:*    Richard Eden
GigaBit Logic, Inc.
Culver City, California

### HIGH-SPEED DEVICES AND TECHNOLOGY

### PANEL DISCUSSION MEMBERS

*Panel Moderator:*    Richard C. Eden
GigaBit Logic, Inc.
Culver City, CA

Lester Eastman
Cornell University
Ithaca, NY

Tushar R. Gheewala
IBM
Yorktown Heights, NY

Herber Kroemer
University of California
Santa Barbara, CA

Nuyen T. Linh
Thompson-CSF
Orsay, France

R. Allen Murphy
MIT Lincoln Laboratories
Lexington, MA

Paul Solomon
IBM
Yorktown Heights, NY

## SESSION 23: Evening Panel Discussion    545

Tuesday, December 14, 8:00-10:00 p.m.
*Imperial Room*

*Panel Organizer:*    Rick Davies
Texas Instruments
Dallas, Texas

### BIPOLAR AND MOS TECHNOLOGY: CHOICES FOR VLSI APPLICATIONS

Panel:

Akic Anzai
Hitachi Ltd.

Bill Herndon
Fairchild Semiconductor

Harry Boll
Bell Laboratories

F.M. Klaassen
Phillips Research, Holland

Pallab Chatterjee
Texas Instruments

Tak Ning
IBM

Barry Dunbridge
TRW

Jim Plummer
Stanford University

FCS1692675

**SESSION 24: Device Technology—Advanced Interconnect Technologies**    547

Wednesday, December 15, 9:00 a.m.
Continental Ballroom 4 & 5

Co-Chairmen:    C. Parrillo
                S. Minagawa

9:00 a.m.
INTRODUCTION

9:05 a.m.
24.1    MULTI-DIMENSIONAL SIMULATION OF VLSI WIRING CAPACITANCE (Invited Paper), F.E. Cottrell, E.M. Buturla, and D.R. Thomas, IBM Corporation, Essex Junction, VT    548

9:30 a.m.
24.2    ADVANCED PLANAR METALLIZATION WITH POLYMER FOR VLSI, T. Nishida, A. Saiki, Y. Homma, and K. Mukai, Hitachi, Ltd., Tokyo JAPAN    552

9:55 a.m.
24.3    LOW RESISTANCE MOS TECHNOLOGY USING SELF-ALIGNED REFRACTORY SILICIDATION, H. Okabayashi, E. Nagasawa, and M. Morimoto, Nippon Electric Company, Kawasaki, JAPAN    556

10:20 a.m.
24.4    MO—N/MO GATE MOSFETS, M.J. Kim and D.M. Brown, General Electric Company, Schenectady, NY    560

10:45 a.m.
24.5    MOLYBDENUM FILM PROPERTIES FOR SUBMICRON VLSI, H. Oikawa, T. Amazawa, and H. Kyuragi, Nippon Telegraph and Telephone Public Corporation, Tokyo, JAPAN    564

11:10 a.m.
24.6    LASER-ASSISTED POLY-SI RESISTOR FUSE UTILIZING SILICON LATERAL FLOW, T. Iwai, N. Sasaki, S. Kawamura, and M. Nakano, Fujitsu Limited, Kawasaki, JAPAN    568

11:35 a.m.
24.7    ELECTRON-BEAM FUSE PROGRAMMING FOR REDUNDANCY TECHNOLOGY, K. Hashimoto, T. Takigawa, S. Morita, and S. Kohyama, Toshiba Corporation, Kawasaki, JAPAN    572

**SESSION 25: Solid State Devices—High-Speed III-V Devices**    577

Wednesday, December 15, 9:00 a.m.
Continental Ballroom 6, 7, 8, 9

Co-Chairmen:    D.E. Ackley
                K. Hess

9:00 a.m.
INTRODUCTION

9:05 a.m.
25.1    MATERIAL AND DEVICE CONSIDERATIONS FOR SELECTIVELY-DOPED HETEROJUNCTION TRANSISTORS (Invited Paper), J.V. DiLorenzo, R. Dingle, M. Feuer, A.C. Gossard, R. Hendel, J.C.M. Hwang, A. Kastalsky, V.G. Keramidas, R.A. Kiehl, and P. O'Connor Bell Laboratories, Murray Hill, NJ    578

9:30 a.m.
25.2    HIGH SPEED-LOW POWER GaAs/AlGaAs TEGFET INTEGRATED CIRCUIT, N.T. Linh, P.N. Tung, D. Delagebeaudeuf, P. Delescluse, and M. Laviron, Thomson-CSF, Orsay, FRANCE    582

9:55 a.m.
25.3    HIGH VELOCITY N-ON AND N-OFF MODULATION DOPED GaAs/Al₀.₃Ga₀.₇As FETs, T.J. Drummond, S.L. Su, W. Kopp, R. Fischer, R.E. Thorne, H. Morkoc, University of Illinois, Urbana IL, K. Lee, and M.S. Shur, University of Minnesota, Minneapolis, MN    586

10:20 a.m.
25.4    0.3μm GATE LENGTH SUPER LOW NOISE GaAs MESFET, H. Ishiuchi, H. Mizuno, Y. Kaneko, K. Arai, and K. Suzuki, Nippon Electric Company, Ltd., Kawasaki, JAPAN    590

10:45 a.m.
25.5    SUBMICRON GaAs VERTICAL ELECTRON TRANSISTOR, U. Mishra, L.F. Eastman, Cornell University, Ithaca, NY, and E. Kohn, Thomson-CSF/DCM, Orsay, FRANCE    594

11:10 a.m.
25.6    4×4 BIT GaAs DCFL PARALLEL MULTIPLIER, N. Toyoda, T. Terada, K. Kanazawa, S. Shimizu, H. Yamada, and A. Hojo, Toshiba Corporation, Kawasaki, JAPAN    598

11:35 a.m.
25.7    CAPABILITY OF GaAs DCFL TO HIGH SPEED GATE ARRAY, N. Toyoda, T. Terada, M. Mochizuki, K. Kanazawa, T. Mizoguchi, and A. Hojo, Toshiba Corporation, Kawasaki, JAPAN    602

**SESSION 26: Integrated Circuits—Random Access Memory**    607

Wednesday, December 15, 9:00 a.m.
Imperial Room

Co-Chairmen:    J.J. Barnes
                K.H. Horninger

9:00 a.m.
INTRODUCTION

9:05 a.m.
26.1    REDUNDANCY—THE NEW DEVICE TECHNOLOGY FOR CIRCUITS OF THE 80's (Invited Paper), R.J. Smith, Intel Corporation, Santa Clara, CA    608

9:30 a.m.
26.2    HI-C ISOLATION OF DRAM STORAGE CAPACITORS, D.M. Erb, A. McCombs, and M. Radwin, Advanced Micro Devices Incorporated, Sunnyvale, CA    612

9:55 a.m.
26.3    A HIGH DENSITY, HIGH PERFORMANCE 1T-DRAM CELL, A. Mohsen, J. McCollum, R. Breivogel, S. Fu, E. Hamdy, D. McNeely, and L. Patterson, Intel Corporation, Aloha, OR    616

10:20 a.m.
26.4    A 5ns 4K DYNAMIC MOS RAM WITH TRIPLE DIFFUSED MOS TRANSISTOR, Y. Nagayama, Y. Ohbayashi, T. Yoshihara, M. Taniguchi, and T. Nakano, Mitsubishi Electric Corporation, Itami, JAPAN    620

10:45 a.m.
26.5    A NEW VLSI MEMORY CELL USING CAPACITANCE COUPLING, K. Terada, M. Takada, T. Ichijima, S. Kurosawa, and S. Suzuki, Nippon Electric Company, Ltd., Kawasaki, JAPAN    624

11:10 a.m.
26.6    A SUBTHRESHOLD LOAD ELEMENT FOR HIGH DENSITY STATIC RAM, K.L. Wang, A.H. Shah, H. Shichijo, C. Colinge, and P.K. Chatterjee, Texas Instruments Incorporated, Dallas, TX    628

11:35 a.m.
26.7    ALPHA PARTICLE INDUCED CHARGE COLLECTION MEASUREMENTS AND THE EFFECTIVENESS OF REFLECTING BARRIERS ON VLSI MEMORIES, S.W. Fu, A.M. Mohsen, and T.C. May, Intel Corporation, Aloha, OR    632

**SESSION 27: Solid State Devices—Silicon Field Effect Devices**    637

Wednesday, December 15, 9:00 a.m.
Hilton Plaza

Co-Chairmen:    C.L. Wilson
                H.N. Yu

9:00 a.m.
INTRODUCTION

9:05 a.m.
27.1    PHYSICS AND SIMULATION OF SMALL MOS DEVICES (Invited Paper), W. Fichtner, Bell Laboratories, Murray Hill, NJ    638

9:30 a.m.
27.2  700 Å GATE LENGTH BURIED CHANNEL SILICON MOSFETs, R.O. Swartz, R.E. Howard, L.D. Jackel, E. Grabbe, R.W. Epworth, D.M. Tennant, and Y.D. Archer, Bell Telephone Laboratories, Holmdel, NJ ............ 642

9:55 a.m.
27.3  SILICON PERMEABLE-BASE TRANSISTORS FABRICATED WITH A NEW SUBMICRON TECHNIQUE, J.Y. Chi, P. Yen, and R.P. Holmstrom, GTE Laboratories, Incorporated, Waltham, MA ............ 646

10:30 a.m.
27.4  THE MICROWAVE SILICON PERMEABLE BASE TRANSISTOR, D.J. Silversmith, D.D. Rathman, N.P. Economou, R.W. Mountain, and S.M. Cabral, M.I.T. Lincoln Laboratory, Lexington, MA ............

10:45 a.m.
27.5  A COMPLETE LARGE AND SMALL SIGNAL CHARGE MODEL FOR AN MOS FIELD EFFECT TRANSISTOR, K. Conilogue, and C.R. Viswanathan, University of California, Los Angeles, CA ............ 654

11:10 a.m.
27.6  GATE-CONTROLLED MISIM SWITCH, C.L. Shieh, S. Wagner, Princeton University, Princeton, NJ., L.D. Jackel and R.E. Howard, Bell Laboratories, Murray Hill, NJ ............ 658

11:35 a.m.
27.7  CHARACTERIZATION OF 1/f NOISE IN MOS TRANSISTORS, H. Mikoshiba, M. Sakanishi, and Y. Hokari, Nippon Electric Company, Ltd., Kanagawa, JAPAN ............ 662


SESSION 28:  Integrated Circuit—Bipolar Devices and Modeling ............ 667

Wednesday, December 15, 9:00 a.m.
Pacific Room

Co-Chairmen:  A. Anzai
            D. Tang

9:00 a.m.
    INTRODUCTION

9:05 a.m.
28.1  THE INFLUENCE OF SURFACE TREATMENTS ON THE ELECTRICAL CHARACTERISTICS OF POLYSILICON EMITTER BIPOLAR TRANSISTORS, E. Soerowirdjo, P. Ashburn, and A. Cuthbertson, Southampton University, Hampshire, ENGLAND ............ 668

9:30 a.m.
28.2  STATISTICAL MODELING OF SUBMICRON, SHALLOW-JUNCTION SELF-ALIGNED BIPOLAR TRANSISTORS, F.Y. Chang, and S.F. Chu, IBM Corporation, Hopewell Junction, NY ............ 672

9:55 a.m.
28.3  ADVANCED CONCEPTS IN VLSI SCHOTTKY-BARRIER DIODE MODELING, L.F. Wagner, IBM Corporation, Hopewell Junction, NY ............ 676

10:20 a.m.
28.4  A VLSI MULTIPLE INPUT/OUTPUT ISL GATE DEMONSTRATED IN A 1.25µm OXIDE-ISOLATED BIPOLAR PROCESS, T. Nu, P. Roberts, D. Lamb, R. Beli, D. Bosick, N. Zafar, G. Lee, J. Joseph, and D. Prestholdt, Honeywell Systems and Research Center, Minneapolis, MN, S. Pai, D. Burbank, H. Vyas, and D. Nielsen, Honeywell Solid State Electronics Center, Plymouth, MN ............ 680

10:45 a.m.
28.5  700 FSEC PL CIRCUITS WITH FIVE-FOLD SELF-ALIGNMENT, T. Nakamura, K. Nakazato, T. Miyazaki, M. Ogiima, T. Okabe, and M. Nagata, Hitachi Ltd., Tokyo, JAPAN ............ 684

11:10 a.m.
28.6  ON THE MONTE CARLO SIMULATION OF BIPOLAR DEVICE, Y.J. Park, T.W. Tang, and D.H. Navon, University of Massachusetts, Amherst, MA ............ 688

11:35 a.m.
28.7  OVERVIEW OF DEVICE CHARACTERIZATION SOFTWARE FOR VLSI BIPOLAR DEVICES, O.E. Akcasu, and J.L. Bouknight, and H.C. Nicolay, Harris Semiconductor, Melbourne, FL ............ 692


SESSION 29:  Device Technology—Advanced MOS Technologies ............ 697

Wednesday, December 15, 1:30 p.m.
Continental Ballroom 4 & 5

Co-Chairmen:  R.C. Henderson
            Y. El-Mansy

1:30 p.m.
    INTRODUCTION

1:35 p.m.
29.1  AN OXIDE MASKED P⁺ SOURCE/DRAIN IMPLANT FOR VLSI CMOS, A.C. Hui, S.Y. Chiang, and K.M. Cham, Hewlett Packard Laboratories, Palo Alto, CA ............ 698

2:00 p.m.
29.2  HIGH SPEED 1µm CMOS TECHNOLOGY, I. Sakai, O. Kudoh, and H. Yamamoto, Nippon Electric Company, Ltd., Kanagawa, JAPAN ............ 702

2:25 p.m.
29.3  TWIN-TUB CMOS II—AN ADVANCED VLSI TECHNOLOGY, L.C. Parrillo, L.K. Wang, R.D. Swenumson, R.L. Field, R.C. Melin, and R.A. Levy, Bell Laboratories, Murray Hill, NJ ............ 706

2:50 p.m.
29.4  DESIGN AND FABRICATION OF F CHANNEL FET FOR 1µm CMOS TECHNOLOGY, G.J. Hu, C.Y. Ting, Y. Taur, and R.H. Dennard, IBM Corporation, Yorktown Heights, NY ............ 710

3:15 p.m.
29.5  TITANIUM DISILICIDE SELF-ALIGNED SOURCE/DRAIN AND GATE CMOS TECHNOLOGY, C.K. Lau, Y.C. See, D.B. Scott, J.M. Bridges, S.M. Perna, and R.D. Davies, Texas Instruments Incorporated, Dallas, TX ............ 714

3:40 p.m.
29.6  A HALF MICRON MOSFET USING DOUBLE IMPLANTED LDD, S. Ogura, C.F. Codella, N. Rovedo, J.F. Shepard, and J. Riseman, IBM General Technology, Hopewell Junction, NY ............ 718

4:05 p.m.
29.7  0.1µm CHANNEL-LENGTH MOSFETs FABRICATED USING E-BEAM LITHOGRAPHY, W. Fichtner, R.K. Watts, D.B. Fraser, R.L. Johnston, and S.M. Sze, Bell Laboratories, Murray Hill, NJ ............ 722


SESSION 30:  Integrated Circuits—Non-Volatile Memory Devices & Modeling ............ 727

Wednesday, December 15, 1:30 p.m.
Imperial Room

Co-Chairmen:  W. Shedd
            P. Chatterjee

1:30 p.m.
    INTRODUCTION

1:35 p.m.
30.1  HIGH DENSITY 5 VOLT-ONLY COMPATIBLE NON-VOLATILE RAM CELL, D.C. Guterman, MOSTEK Corporation, Carrollton, TX ............ 728

2:00 p.m.
30.2  AN ADVANCED MNOS MEMORY DEVICE FOR HIGHLY-INTEGRATED BYTE-ERASABLE 5V-ONLY EEPROM, Y. Yatsuda, S. Minami, T. Hariyama, T. Toyabe, S. Asai, and K. Uchida, Hitachi Ltd., Tokyo, JAPAN ............ 733

2:25 p.m.
30.3  CELL MODEL FOR E² PROM FLOATING GATE MEMORIES, P. Sacui, B. Cox, D. Rinerson, and S. Cagnina, Advanced Micro Devices Incorporated, Sunnyvale, CA ............ 737

2:50 p.m.
30.4  EPROM CELL WITH HIGH GATE INJECTION EFFICIENCY, M. Kamiya, Y. Kojima, Y. Kato, K. Tanaka, Daini-Seikosha Company, Ltd., Matsudo, JAPAN, and Y. Hayashi, Electrotechnical Laboratory, Niiharigun, JAPAN ............ 741

FCS1692677

3:15 p.m.
30.5   NONUNIFORM DISPLACEMENT OF MOSFET CHAN-
       NEL PINCHOFF, S.G. Chamberlain, A. Husain, *University
       of Waterloo, Ontario, CANADA,* and F.H. Gaensslen, *IBM
       Thomas J. Watson Research Center, Yorktown Heights, NY*      745

3:40 p.m.
30.6   ELECTRON TUNNELING IN NONPLANAR FLOATING
       GATE MEMORY STRUCTURE, R.E. Ellis, H.A.R.
       Wegener, and J.M. Caywood, *XICOR Incorporated,
       Milpitas, CA*                                                749

4:05 p.m.
30.7   EFFECTS OF AVALANCHE INJECTION CURRENTS
       ON THE ENDURANCE OF SIMOS DEVICES, C.T. Sah,
       J.Y.C. Sun, and J.J.T. Tzou, *University of Illinois, Urbana,
       IL.*                                                         753

SESSION 31:   Solid State Devices—Novel
              Devices & Technologies                               757

Wednesday, December 15, 1:30 p.m.
Hilton Plaza

Co-Chairmen:   M.C. Driver
               D.E. Ackley

1:30 p.m.
       INTRODUCTION

1:35 p.m.
31.1   MATERIALS SCIENCE OF JOSEPHSON JUNCTIONS,
       (Invited Paper), M.R. Beasley, *Stanford University, Stan-
       ford, CA.*                                                   758

2:00 p.m.
31.2   RESISTOR-COUPLED JOSEPHSON LOGIC FULL AD-
       DER CIRCUIT, J. Sone, T. Yoshida, S. Tahara, and
       H. Abe, *Nippon Electric Company, Ltd., Kawasaki, JAPAN*    762

2:25 p.m.
31.3   (In,Ga)As/(In,Al)As HETEROJUNCTION LATERAL
       PNP TRANSISTORS, K. Tabatabaie-Alavi, A.N.M.M.
       Choudhury, J. Vlcek, N. Slater, C.G. Fonstad, *Massa-
       chusetts Institute of Technology, Cambridge, MA,* K. Alavi,
       and A.Y. Cho, *Bell Laboratories, Murray Hill, NJ.*          766

2:50 p.m.
31.4   NOTCHED InP PLANAR TRANSFERRED ELECTRON
       OSCILLATORS, S.C. Binari, P.E. Thompson, *Naval Re-
       search Lab., Washington, DC,* H.L. Grubin, *Scientific
       Research Associates, Inc., Glastonbury, CT*                  770

3:15 p.m.
31.5   X-BAND SELF-ALIGNED GATE ENHANCEMENT-
       MODE InP MISFETs, T. Itoh, and K. Ohata, *Nippon Elec-
       tric Company, LTD., Kawasaki, JAPAN*                         774

3:40 p.m.
31.6   MEASUREMENT OF ELECTRON DRIFT VELOCITY IN
       COMPOSITIONALLY GRADED $Al_xGa_{1-x}As$ BY TIME RE-
       SOLVED OPTICAL PICOSECOND REFLECTIVITY, B.F.
       Levine, W.T. Tsang, C.G. Bethea, and F. Capasso, *Bell
       Laboratories, Murray Hill, NJ.*                              778

4:05 p.m.
31.7   HIGH-FIELD CONDUCTION MECHANISMS IN POLY-
       CRYSTALLINE SILICON RESISTORS, N.C.C. Lu, *IBM
       T.J. Watson Research Center, Yorktown Heights, NY,* and
       C.Y. Lu, M.K. Lee, *Institute of Electronics, National Chiao-
       Tung University,* and G. Chang, *Integrated Circuits
       Laboratory, Stanford University, Stanford, CA*               781

LATE NEWS                                                           785

FCS1692678

# HIGH-VOLTAGE DMOS AND PMOS IN ANALOG IC'S

A.W. Ludikhuize

Philips Research Laboratories
Eindhoven – The Netherlands

## ABSTRACT

A lateral 300V DMOS device is described
which can be integrated in a standard
bipolar IC process. The device, appli-
cable as a high voltage source follower
for analog circuits, is based upon the
"double-acting resurf" principle; a mo-
dification with an interrupted p- top
layer or with a stepped field plate is
used. The p- layer improves the intercon-
nection-induced breakdown and can be
used in the extended drain of a 280 V
PMOST.

## INTRODUCTION

For functions like driving transducers
or CRT's and for analog switches, high
voltage analog stages of over 250 V may
be needed on the chip. Vertical bipolars
are less suitable because of the required
thick epi-layers and even integration of
vertical DMOS devices in a standard IC
process is rather difficult. High voltage
lateral MOS devices of over 500 V, using
thin layer extended drain or "resurf"
techniques (1-3), can easily be incorpora-
ted, but a high voltage source follower is
impossible. Source followers using lateral
DMOS devices and 25-30 μm epi have been
reported (4); here 200 V is considered the
limit for junction isolated devices be-
cause of deep isolation diffusions and
parasitic bulk and surface effects (5).
Recently a "double-acting resurf" techni-
que has been reported (6); compared to
"resurf" as mentioned above, it not only
offers better lateral conduction but also
prevention of substrate punch-through in
follower applications. Owing to a higher
doping content of the n layer (about
$2.10^{12}$ cm$^{-2}$), the depletion layer at source
(back gate)-to-substrate breakdown does
not extend to the surface diffusion (as
shown by the left-hand shaded area in fig.
1) and no punch-through occurs. At high
voltage on the n- drain with the other
terminals grounded, a high field would
occur at the source edge. By using a p-top
layer, depletion of the n layer is ob-
tained from the top and the bottom (right-
hand shaded areas in fig. 1) causing a



Fig.1. A double-acting resurf structure.

smooth voltage decrease over the lateral
distance between source and drain; at
high drain voltage this p- top layer has
to be depleted too. The effect was demon-
strated on JFET and lateral bipolar de-
vices (6); the p- and n layers were opt-
imized at 0.5 $10^{12}$ cm$^{-2}$ and 1.8 $10^{12}$ cm$^{-2}$
respectively.

## LATERAL DMOST

For proper functioning of a lateral DMOST
(LDMOST), the design of fig. 1 has to be
adapted. In fig. 2 a window is shown, made
locally in the p-layer at the source side;
electrons from the gate-controlled surface
channel now pass through a vertical JFET
which limits the current capability and
increases the on-resistance. The window
dimensions are therefore a compromise be-
tween on-resistance and breakdown.



Fig.2. LDMOST with interrupted p-layer.

4.4

CH1832-5/82/0000-0081 $00.75 © 1982 IEEE

FCS1692679

Instead of a p-top layer also a stepped field plate, connected to gate or source, can be applied in order to obtain depletion from the surface, as shown in fig. 3.



Fig.3. LDMOST with stepped field plate.

The pinching effect on the n layer is much less, lowering the breakdown voltage, and now the entire epi-layer with local accumulation contributes to a low on-resistance.

Computer calculations using our 2D Poisson program "Semmy" were performed on the structure depicted in fig. 4 for several combinations of p-layer and field plates, cf. table 1. A 19 μm 5×cm n-type epi-layer as used in a 50-60 V standard bipolar process is applied on a 30Ωcm p-substrate. The 3 μm p-layer, assumed without a window here, has a net dose of 1.8 10$^{12}$ cm$^{-2}$; this high value improves the current capability of an extended drain PMOST as will be discussed later on,



Fig.4. LDMOST structure; dimensions in μm.

but delays pinch off and requires the p-layer to be withdrawn from the n$^+$ drain in order to prevent low breakdown values. The gate-oxide is 8.1 μm; the field plates (erased) step on 0.8 and 3.0 μm oxide. The punchthrough voltage to the substrate is calculated to be 600V; spreading of epi dope and thickness may decrease this value to 300 V.

In figs. 5 and 6 equipotential and equifield lines at 300 V drain voltage are shown for a device with a p-layer; the

co-operation of top and bottom depletion is visible on the left in fig. 5. The highest field of 23.2 V/μm, obtained at the p-diffusion curvature, does not cause breakdown (avalanche integral <1).



Fig.5. LDMOST equipotential lines at V d-s = 300V; per step 30V; step 1=0V.



Fig.6. LDMOST equifield lines at V d-s = 300V; per step 5V/μm; step 1=5V/μm.

Table 1 E max (in V/μm) at V d-s=300V; epi, p-layer and field plates (F.P.) as in fig. 4.

| substr. | p- | F.P. | E$_{maxSi}$ | B.V. | E$_{maxox}$ |
|---|---|---|---|---|---|
| n | yes | yes | 32.0 | <300 | 56 |
| p- | no | no | 63.5 | <<300 | 177 |
| p- | yes | no | 25.2 | >300 | 22.7 |
| p- | no | yes | 28.7 | >300 | 95 |
| p- | yes | yes | 24.5 | >300 | 35 |

4.4

FCS1692680

Fig.7. shows an actual device with a stepped field plate connected to the source; the layout corners are bevelled.
At the connection of the polysilicon gate the field plate had to be interrupted as single-layer metallization is used and a local p-layer is applied. The active gate width is 500 µm, the channel length is approx. 2.0 µm. The drain surrounds the back gate and prevents parasitic PMOS action from back gate to isolation when the source is at high voltage. As crossing interconnection over shallow $n^+$ shows only 200V breakdown on 3.0 µm oxide, the shallow $n^+$ drain has been locally omitted underneath this metallization. A collector wall diffusion



Fig.7.    LDMOST for 300V; gate and source with field plate in the centre, $n^+$ drain 3/4 around as a stopper; drain pitch 90 µm.

or a buried polysilicon field shield can be used here; this way a breakdown >300 V is obtained. At the isolation diffusion edge a p-layer is applied (withdrawn from the $n^+$ drain), which improves breakdown noticeably in the case of crossing (drain) interconnection and avoids walk-out phenomena below 300V.



Fig.8. LDMOST BV drain-to-source; the substrate is connected to the source.

A source-to-substrate breakdown of over 300V was obtained limited by the drain-to-isolation distance. Drain-to-source breakdown (substrate is at source potential) is shown in fig. 8 to be over 300V; breakdown generally occurs at the bevelled

back gate corners.

Fig. 9 shows the low-voltage on-characteristics. $V_T$ is about 2.4V and $\beta_n =16$ µA/$V^2$; $R_{on}$ is 300 $\Omega$ corresponding with 6.7 $\Omega \cdot mm$ for the active area. Owing to partial depletion of the epi-layer, $R_{on}$ increases at 300 V s-sub to 450 $\Omega$ and $I_{on_{max}}$ (10V d-s) becomes 18mA. For a variant according to fig. 2 with a p-ring and 10 µm local windows $R_{on}$ was found to be 450-600 $\Omega$.



Fig.9. LDMOS on-characteristics.

Experiments in plastic encapsulation showed good stability in dry ambient at 150°C. In wet ambient instabilities are sometimes observed at the drain. Simulation with a field plate at $V_{out}$ on 1 µm nitride on top of the structure indicated the drain configuration of fig. 4 to be poor; a field plate overlapping the $n^+$ drain edge is sufficient.

### EXTENDED DRAIN PMOST

In the same process a complementary high-voltage extended drain PMOST (EPMOST) has been made; the extension is pinched between the epi-layer and a stepped field plate connected to source or gate (cf. ref.7). For better gradual pinching and less Early effect in the PMOS channel, a buried $n^+$ layer is applied locally as shown in fig. 10. Source and back gate are



Fig.10. Extended drain PMOST structure.

4.4

FCS1692681

situated on the right, drain and p- exten-
sion on the left. The effective channel
length is about 11 µm, but lower values
with more Early-effect are possible. A
computer calculation with 300V on source
and gate shows equipotential and equi-
field lines (figs.11 and 12); the maxi-



Fig.11. EPMOST equipotential lines at V s,
g-d, sub=300V; per step 30V,
step 1=0V.



Fig.12. EPMOST equifield lines at V s, g-d,
sub=300V; per step 5V/µm, step
1=5V/µm.

mum field of 23V/µm does not cause break-
down. An actual EPMOST is shown in fig. 13;
the p drain is in the centre and the n+
backgate contact is on the outside of the de-



Fig.13. EPMOST with central drain and gate,
source and back gate 3/4 around; the
n+ back gate acts as a stopper;
scale as fig. 7.



Fig.14. EPMOST BV drain-to-source; the sub-
strate is connected to the drain.

vice acts as a stopper for parasitic PMOS
action.

The measured drain-to-source breakdown is
shown in fig. 14 to be 280V; this break-
down occurs at the small-radius end of the
drain. The active gate width is about
550 µm; $V_T$=1.5V, $g_m$ max (10V$_{d-s}$)=1.4mA/V
and $R_e$=7µA/V².R_ is 900 Ω, corresponding
with 30Ωmm² for the active area.

### CONCLUSION

By using a modification of the "double-
acting resurf" principle, a lateral DMOST
for 300V analog applications can be inte-
grated with standard bipolar components.
The use of a p- implanted layer allows
interconnections to over 300V on 3 µm
oxide. The same p-layer has been used in
an extended drain PMOS of 280V.

### ACKNOWLEDGEMENT

The author wishes to thank his colleagues
for their stimulating co-operation and
particularly W. Ruis and R. Bonne for
preparation of the samples.

### REFERENCES

1) J.A. Appels, H.M.J. Vaes, Proc. IEDM,
   pp. 238-241 (1979)
2) S. Colak, B. Singer, E. Stupp, IEEE
   El. Dev. Lett. EDL-1, pp. 51-53 (1980)
3) S. Colak, IEEE Tr. El. Dev ED-28,
   pp. 1455-1466 (1981).
4) J.D. Plummer, J.D. Meindl, IEEE J. Sol.
   St. Circ. SC-11, pp. 809-817 (1976).
5) J.D. Plummer, Proc. IEDM, pp. 70-74,
   (1980).
6) H.M.J. Vaes, J.A. Appels, Proc. IEDM,
   pp. 87-90 (1980).
7) T. Okabe et al, IEEE Tr. El. Dev.
   ED-27, pp. 334-339 (1980).

4.4

FCS1692682