# DX 59

PHYSICS AND TECHNOLOGY OF POWER MOSFETs

A DISSERTATION

SUBMITTED TO THE DEPARTMENT OF ELECTRICAL ENGINEERING

AND THE COMMITTEE ON GRADUATE STUDIES

OF STANFORD UNIVERSITY

IN PARTIAL FULFILLMENT OF THE REQUIREMENTS

FOR THE DEGREE OF

DOCTOR OF PHILOSOPHY

By

Shi-Chung Sun

February 1982

Case No. 04-1371-JJF
**DEFT** Exhibit No. DX 59
Date Entered _____
Signature _____

FCS1692699

CONTENTS

Page

I. INTRODUCTION . . . . . . . . . . . . . . . . . . . . .    1

   A. Major Modifications in Power MOSFETs . . . . . . . . .    2

   B. Commercial Power MOSFETs . . . . . . . . . . . . . .    5

   C. Organization . . . . . . . . . . . . . . . . . . . .    8

II. THE dc CHARACTERISTICS OF POWER MOSFETs . . . . . . . . .    9

   A. Device Structures . . . . . . . . . . . . . . . . . .    9

   B. Equivalent Circuits . . . . . . . . . . . . . . . .   12

   C. Device Design . . . . . . . . . . . . . . . . . . .   14

   D. Epitaxial-Layer Resistivity and Thickness . . . . . .   18

   E. Modeling of Device On-Resistance . . . . . . . . . . .   23

      1. LDMOS . . . . . . . . . . . . . . . . . . . . . .   23
      2. VDMOS . . . . . . . . . . . . . . . . . . . . . .   27
      3. VMOS . . . . . . . . . . . . . . . . . . . . . . .   37
      4. TVMOS . . . . . . . . . . . . . . . . . . . . . .   40
      5. Device Comparisons . . . . . . . . . . . . . . . .   44

   F. Application of On-Resistance Models to
      Power-MOSFET Design . . . . . . . . . . . . . . . . .   44

   G. Device Transconductance . . . . . . . . . . . . . . .   49

   H. High-Voltage VDMOS I-V Characteristics . . . . . . . .   57

      1. Theoretical Limitations . . . . . . . . . . . . .   66
      2. Limitations of Device Transconductance . . . . . .   68

   I. Device Fabrication . . . . . . . . . . . . . . . . .   71

   J. Summary . . . . . . . . . . . . . . . . . . . . . . .   77

III. LIMITATIONS OF POWER MOSFETs . . . . . . . . . . . . . .   79

   A. Dielectric Breakdown Limit . . . . . . . . . . . . . .   79

      1. Gate-to-Source Breakdown . . . . . . . . . . . . .   79
      2. Gate-to-Drain Breakdown . . . . . . . . . . . . .   79

   B. Punchthrough Breakdown Limit . . . . . . . . . . . . .   85

      1. Exponential Approximation of the Channel
         Profile . . . . . . . . . . . . . . . . . . . . .   85
      2. Linear Approximation of the Channel
         Profile . . . . . . . . . . . . . . . . . . . . .   89

   C. Junction-Edge Avalanche-Breakdown Limit . . . . . . .   93

      1. VDMOS Edge Termination . . . . . . . . . . . . . .   93

v

FCS1692700

CONTENTS (Cont)

|  |  | Page |
|---|---|---|
| 2. | VMOS Edge Termination . . . . . . . . . . . . | 96 |
| 3. | Comparison of Junction-Termination Techniques . . . . . . . . . . . . . . . | 99 |
| D. | Parasitic Bipolar Latchback Limit . . . . . . . . | 100 |
| 1. | Static Condition . . . . . . . . . . . . . | 100 |
| 2. | Dynamic Condition--Limitation on the Switching Transient dV/dt . . . . . . . . | 107 |
| E. | Johnson's Limit . . . . . . . . . . . . . . . | 111 |
| 1. | Original Model . . . . . . . . . . . . . | 111 |
| 2. | Modified Limit . . . . . . . . . . . . . | 113 |
| 3. | Parametric Dependence . . . . . . . . . | 113 |
| 4. | Comparison of Experimental Results . . . . . . | 116 |
| 5. | Fundamental Differences between MOS and Bipolar Devices . . . . . . . . . . | 118 |
| F. | Summary . . . . . . . . . . . . . . . . . | 126 |
| IV. | ELECTRON MOBILITY IN INVERSION AND ACCUMULATION LAYERS ON THERMALLY OXIDIZED SILICON SURFACES . . . . . . | 129 |
| A. | Experimental Techniques . . . . . . . . . . . . | 130 |
| B. | Physical Mechanisms in Surface Carrier Scattering . . . . . . . . . . . . . . . . | 132 |
| C. | Electron Inversion-Layer Mobility--Effects of Oxide Charges and Substrate Resistivity on Maximum Effective Mobility . . . . . . . . . | 135 |
| D. | Electron Inversion-Layer Mobility--Variations of $\mu_{eff}$ with Vertical Electric Field . . . . . . . . | 139 |
| 1. | Peak Field at the Silicon Surface vs Average Field in the Inversion Layer . . . . . . . | 139 |
| 2. | Mobility Variation with Effective Field . . . . . . | 140 |
| 3. | Mobility Variation with Substrate Bias . . . . . . | 144 |
| 4. | Mobility Variation at High Fields with Dry vs Wet $O_2$ Thermal Oxidation . . . . . . . | 146 |
| 5. | Mobility Variation at High Fields with Crystal Orientation and Surface-Current Direction . . . . . . . . . . . . . | 148 |
| 6. | Mobility Variation at High Fields on Anisotropically Etched Surfaces . . . . . . . . | 151 |
| E. | Electron Accumulation-Layer Mobility . . . . . . . | 155 |
| F. | Summary . . . . . . . . . . . . . . . . | 161 |
| V. | THE RESURF STRUCTURE AND ITS APPLICATIONS TO LDMOS TRANSISTORS . . . . . . . . . . . . . . . | 163 |

vi

CONTENTS (Cont)

| | | Page |
|---|---|---|
| A. | RESURF Structure and Principle of Operation | 163 |
| | 1. Description | 163 |
| | 2. Similarity between RESURF and Ion-Implanted Offset-Gate MOSFETs | 167 |
| | 3. Derivation of $N_{D(epi)} \cdot d_{epi} \approx 1 \times 10^{12}$ cm$^{-2}$ at Ideal Bulk Breakdown | 169 |
| B. | Application of RESURF to the LDMOS--Break-down-Voltage Improvement | 171 |
| | 1. One-Dimensional Calculation | 171 |
| | 2. Two-Dimensional Calculation | 176 |
| C. | Variations of the RESURF LDMOS--On-Resistance Reduction | 180 |
| | 1. Field Shaping via a Buried Layer | 180 |
| | 2. Two-Region Profile of the Epitaxial Layer | 184 |
| D. | Summary | 186 |
| VI. | CONCLUSIONS AND RECOMMENDATIONS | 187 |
| A. | Conclusions | 187 |
| B. | Recommendations | 188 |
| Appendix A. | EFFECTS OF DRAIN AND SOURCE RESISTANCES ON THE TRANSCONDUCTANCE OF MOSFETs | 189 |
| Appendix B. | SOLUTION OF POISSON'S EQUATION FOR A CYLINDRICAL ABRUPT ONE-SIDED JUNCTION | 193 |
| REFERENCES | | 195 |

vii

FCS1692702

ENGINEERING LIBRARY

FEB 0 4 1983

Stanford University Libraries

3 6105 002 704 551

3781
1982
S
C. 2

Eng



DATE DUE
STANFORD LIBRARIES

FEB 26 1992

I.L.L.

STANFORD UNIVERSITY LIBRARIES
STANFORD, CALIFORNIA
94305

FCS1692703

8214614

Sun, Shi-Chung

PHYSICS AND TECHNOLOGY OF POWER MOSFETS

*Stanford University*                                    Ph.D.   1982

**University
Microfilms
International** 300 N. Zeeb Road, Ann Arbor, MI 48106



FCS1689204

This is an authorized facsimile, made from the microfilm master copy of the original dissertation or master thesis published by ProQuest Information and Learning Company's UMI® Dissertation Services.

The bibliographic information for this thesis is contained in the UMI Dissertation Abstracts database, the only central source for accessing almost every doctoral dissertation accepted in North America since 1861.



**UMI®** Dissertation Services

777 Eisenhower Parkway
P.O. Box 1346
Ann Arbor, Michigan 48106-1346 USA
800.521.0600    734.761.4700
web www.il.proquest.com



Printed in 2006 by digital xerographic process
on acid-free paper

FCS1689205

# INFORMATION TO USERS

This manuscript has been reproduced from the microfilm master. UMI films the text directly from the original or copy submitted. Thus, some thesis and dissertation copies are in typewriter face, while others may be from any type of computer printer.

The quality of this reproduction is dependent upon the quality of the copy submitted. Broken or indistinct print, colored or poor quality illustrations and photographs, print bleedthrough, substandard margins, and improper alignment can adversely affect reproduction.

In the unlikely event that the author did not send UMI a complete manuscript and there are missing pages, these will be noted. Also, if unauthorized copyright material had to be removed, a note will indicate the deletion.

Oversize materials (e.g., maps, drawings, charts) are reproduced by sectioning the original, beginning at the upper left-hand corner and continuing from left to right in equal sections with small overlaps. Each original is also photographed in one exposure and is included in reduced form at the back of the book.

Photographs included in the original manuscript have been reproduced xerographically in this copy. Higher quality 6" x 9" black and white photographic prints are available for any photographs or illustrations appearing in this copy for an additional charge. Contact UMI directly to order.

## UMI

A Bell & Howell Information Company
300 North Zeeb Road, Ann Arbor MI 48106-1346 USA
313/761-4700   800/521-0600

FCS1689206

# NOTE TO USERS

Page(s) missing in number only; text follows. Page(s) were microfilmed as received.

78, 128, 162, & 192

## UMI

FCS1689207

FCS1692707

PHYSICS AND TECHNOLOGY OF POWER MOSFETs

A DISSERTATION

SUBMITTED TO THE DEPARTMENT OF ELECTRICAL ENGINEERING

AND THE COMMITTEE ON GRADUATE STUDIES

OF STANFORD UNIVERSITY

IN PARTIAL FULFILLMENT OF THE REQUIREMENTS

FOR THE DEGREE OF

DOCTOR OF PHILOSOPHY

By

Shi-Chung Sun

February 1982

FCS1689208

FCS1692708

I certify that I have read this thesis and that in my
opinion it is fully adequate, in scope and quality, as
a dissertation for the degree of Doctor of Philosophy.

*James R. Clum*
(Principal Adviser)

I certify that I have read this thesis and that in my
opinion it is fully adequate, in scope and quality, as
a dissertation for the degree of Doctor of Philosophy.

*M Swanson*

I certify that I have read this thesis and that in my
opinion it is fully adequate, in scope and quality, as
a dissertation for the degree of Doctor of Philosophy.

*Allen M. Peterson*

Approved for the University Committee
on Graduate Studies:

*Gerald J. Lieberman*
Dean of Graduate Studies

**FCS1689209**

**FCS1692709**

## ABSTRACT

The power-handling capability of power MOSFETs is beginning to rival bipolar transistors. This new capability is based on the use of double-diffusion techniques to achieve short active channels and on the incorporation of a lightly doped drift region between the channel and drain contact, which largely supports the applied voltage. In this work, quantitative models for on-resistance are developed for the three most commonly used structures--the LDMOS, VDMOS, and VMOS. These models are useful in optimizing a particular device and in comparing all of them for a specific application.

Small surface spacings and geometries in the VDMOS result in two-region saturation I-V characteristics that can be explained in terms of the depletion of the epitaxial region between channel junctions. A first-order I-V solution demonstrates the dependence of this phenomenon on the physical structure. The degradation of this effect on device transconductance can be more severe than thermal effects in high-current operation.

Breakdown limitations and parasitic bipolar latchback are examined in detail and are related to device structure and processing. The switching requirement $dV/dt$ during turn-off places a severe constraint on channel thickness and doping concentrations under most layout conditions. The punchthrough limit dominates only when the channel contacts are adjacent to the edges of the gates. The differences in performance and on-resistance between power-MOS and bipolar devices are studied in terms of carrier injection and transport mechanisms.

Knowledge of electron mobility in both inversion and accumulation layers is essential for accurate modeling of power MOSFETs. This need resulted in an extensive set of mobility measurements as a function of various processing parameters. Analytical expressions are derived to predict mobility over a wide range of conditions, and the results will have significant impact when optimizing the performance of all types of MOS structures.

iii

FCS1689210

FCS1692710

iv

FCS1689211

FCS1692711

CONTENTS

|  |  | Page |
|---|---|---|
| I. | INTRODUCTION . . . . . . . . . . . . . . . . . . . . . | 1 |
|  | A. Major Modifications in Power MOSFETs . . . . . . . . . | 2 |
|  | B. Commercial Power MOSFETs . . . . . . . . . . . . . . . | 5 |
|  | C. Organization . . . . . . . . . . . . . . . . . . . . . | 8 |
| II. | THE dc CHARACTERISTICS OF POWER MOSFETs . . . . . . . . . | 9 |
|  | A. Device Structures . . . . . . . . . . . . . . . . . . | 9 |
|  | B. Equivalent Circuits . . . . . . . . . . . . . . . . . | 12 |
|  | C. Device Design . . . . . . . . . . . . . . . . . . . . | 14 |
|  | D. Epitaxial-Layer Resistivity and Thickness . . . . . . | 18 |
|  | E. Modeling of Device On-Resistance . . . . . . . . . . . | 23 |
|  |     1. LDMOS . . . . . . . . . . . . . . . . | 23 |
|  |     2. VDMOS . . . . . . . . . . . . . . . . | 27 |
|  |     3. VMOS . . . . . . . . . . . . . . . . . | 37 |
|  |     4. TVMOS . . . . . . . . . . . . . . . . | 40 |
|  |     5. Device Comparisons . . . . . . . . . . | 44 |
|  | F. Application of On-Resistance Models to Power-MOSFET Design . . . . . . . . . . . . . . . . | 44 |
|  | G. Device Transconductance . . . . . . . . . . . . . . . | 49 |
|  | H. High-Voltage VDMOS I-V Characteristics . . . . . . . . | 57 |
|  |     1. Theoretical Limitations . . . . . . . . . . . . . | 66 |
|  |     2. Limitations of Device Transconductance . . . . . | 68 |
|  | I. Device Fabrication . . . . . . . . . . . . . . . . . . | 71 |
|  | J. Summary . . . . . . . . . . . . . . . . . . . . . . . | 77 |
| III. | LIMITATIONS OF POWER MOSFETs . . . . . . . . . . . . . . | 79 |
|  | A. Dielectric Breakdown Limit . . . . . . . . . . . . . . | 79 |
|  |     1. Gate-to-Source Breakdown . . . . . . . . . . . . | 79 |
|  |     2. Gate-to-Drain Breakdown . . . . . . . . . . . . | 79 |
|  | B. Punchthrough Breakdown Limit . . . . . . . . . . . . . | 85 |
|  |     1. Exponential Approximation of the Channel Profile . . . . . . . . . . . . . . . . . . . | 85 |
|  |     2. Linear Approximation of the Channel Profile . . . . . . . . . . . . . . . . . . . | 89 |
|  | C. Junction-Edge Avalanche-Breakdown Limit . . . . . . . | 93 |
|  |     1. VDMOS Edge Termination . . . . . . . . . . . . . | 93 |

v

FCS1689212

CONTENTS (Cont)

|  |  | Page |
|---|---|---|
| 2. | VMOS Edge Termination | 96 |
| 3. | Comparison of Junction-Termination Techniques | 99 |
| D. | Parasitic Bipolar Latchback Limit | 100 |
| 1. | Static Condition | 100 |
| 2. | Dynamic Condition—Limitation on the Switching Transient dV/dt | 107 |
| E. | Johnson's Limit | 111 |
| 1. | Original Model | 111 |
| 2. | Modified Limit | 113 |
| 3. | Parametric Dependence | 113 |
| 4. | Comparison of Experimental Results | 116 |
| 5. | Fundamental Differences between MOS and Bipolar Devices | 118 |
| F. | Summary | 126 |
| IV. | ELECTRON MOBILITY IN INVERSION AND ACCUMULATION LAYERS ON THERMALLY OXIDIZED SILICON SURFACES | 129 |
| A. | Experimental Techniques | 130 |
| B. | Physical Mechanisms in Surface Carrier Scattering | 132 |
| C. | Electron Inversion-Layer Mobility—Effects of Oxide Charges and Substrate Resistivity on Maximum Effective Mobility | 135 |
| D. | Electron Inversion-Layer Mobility—Variations of $\mu_{eff}$ with Vertical Electric Field | 139 |
| 1. | Peak Field at the Silicon Surface vs Average Field in the Inversion Layer | 139 |
| 2. | Mobility Variation with Effective Field | 140 |
| 3. | Mobility Variation with Substrate Bias | 144 |
| 4. | Mobility Variation at High Fields with Dry vs Wet $O_2$ Thermal Oxidation | 146 |
| 5. | Mobility Variation at High Fields with Crystal Orientation and Surface-Current Direction | 148 |
| 6. | Mobility Variation at High Fields on Anisotropically Etched Surfaces | 151 |
| E. | Electron Accumulation-Layer Mobility | 155 |
| F. | Summary | 161 |
| V. | THE RESURF STRUCTURE AND ITS APPLICATIONS TO LDMOS TRANSISTORS | 163 |

vi

FCS1689213

FCS1692713

CONTENTS (Cont)

|  |  | Page |
|---|---|---|
| A. | RESURF Structure and Principle of Operation | 163 |
| | 1. Description | 163 |
| | 2. Similarity between RESURF and Ion-Implanted Offset-Gate MOSFETs | 167 |
| | 3. Derivation of $N_{D(epi)} \cdot d_{epi} \approx 1 \times 10^{12}$ $cm^{-2}$ at Ideal Bulk Breakdown | 169 |
| B. | Application of RESURF to the LDMOS--Breakdown-Voltage Improvement | 171 |
| | 1. One-Dimensional Calculation | 171 |
| | 2. Two-Dimensional Calculation | 176 |
| C. | Variations of the RESURF LDMOS--On-Resistance Reduction | 180 |
| | 1. Field Shaping via a Buried Layer | 180 |
| | 2. Two-Region Profile of the Epitaxial Layer | 184 |
| D. | Summary | 186 |
| VI. | CONCLUSIONS AND RECOMMENDATIONS | 187 |
| A. | Conclusions | 187 |
| B. | Recommendations | 188 |
| Appendix A. | EFFECTS OF DRAIN AND SOURCE RESISTANCES ON THE TRANSCONDUCTANCE OF MOSFETs | 189 |
| Appendix B. | SOLUTION OF POISSON'S EQUATION FOR A CYLINDRICAL ABRUPT ONE-SIDED JUNCTION | 193 |
| | REFERENCES | 195 |

FCS1689214

FCS1692714

viii

FCS1689215

FCS1692715

ILLUSTRATIONS

| Figure | | Page |
|---|---|---|
| 1.1 | Speed vs power in various semiconductor devices | 1 |
| 1.2 | The HEXFET | 6 |
| 1.3 | Cross section of the Motorola TMOS power FET | 6 |
| 1.4 | Siemens power MOSFET (SIPMOS)—a variation of the VDMOS | 7 |
| 2.1 | Cross sections of three high-voltage DMOS devices | 10 |
| 2.2 | Equivalent circuits of high-voltage DMOS devices | 13 |
| 2.3 | Photomicrograph of the power-MOSFET test chip | 15 |
| 2.4 | Photomicrographs of the high-voltage DMOS devices with identical channel widths fabricated on the same wafer | 16 |
| 2.5 | Epitaxial-layer doping concentration and thickness vs breakdown | 19 |
| 2.6 | One-dimensional electric field | 21 |
| 2.7 | Product of resistivity and thickness of the epitaxial layer $\rho W_B$ | 23 |
| 2.8 | Model of the LDMOS used to calculate bulk resistance | 25 |
| 2.9 | On-resistance of LDMOS devices vs. $V_G - V_{TE}$ | 26 |
| 2.10 | Model of the VDMOS used to calculate on-resistance | 28 |
| 2.11 | Model used in the calculation of depletion-mode on-resistance | 29 |
| 2.12 | Cross section of epitaxial drift region | 33 |
| 2.13 | Ratio of epitaxial bulk resistance calculated in Eq. (2.30) to that in Eq. (2.26) vs h/a | 34 |
| 2.14 | On-resistance of the VDMOS vs $V_G - V_{TE}$ | 35 |
| 2.15 | Calculated percentage of total VDMOS on-resistance | 36 |

ix

FCS1689216

FCS1692716

ILLUSTRATIONS (Cont)

| Figure | | Page |
|--------|--|------|
| 2.16 | Effect of P-channel diffusion separation $L_T$ on VDMOS on-resistance . . . . . . . . . . . . . . . . . . . | 37 |
| 2.17 | Model of the VMOS used to calculate on-resistance . . . . . . . . . . . . . . . . . . . . . . . | 38 |
| 2.18 | On-resistance of the VMOS vs $V_G - V_{TE}$ . . . . . . . . | 40 |
| 2.19 | Calculated effect of V-groove depth on VMOS on-resistance . . . . . . . . . . . . . . . . . | 41 |
| 2.20 | SEM of the truncated V-groove TVMOS . . . . . . . . . . . . | 41 |
| 2.21 | Model of the TVMOS used to calculate on-resistance . . . . . . . . . . . . . . . . . . . . . . . . | 42 |
| 2.22 | Comparison of the on-resistance of VMOS devices with both fully etched and truncated V-grooves vs $V_G - V_{TE}$ . . . . . . . . . . . . . . . . . . | 43 |
| 2.23 | HEXFET topology . . . . . . . . . . . . . . . . . . . . . | 45 |
| 2.24 | Simplified cross section of the HEXFET . . . . . . . . . . | 45 |
| 2.25 | Normalized on-resistance vs gate width for various cell widths . . . . . . . . . . . . . . . . . . | 48 |
| 2.26 | Normalized on-resistance vs cell width for various gate widths . . . . . . . . . . . . . . . . . . | 49 |
| 2.27 | Experimental I-V characteristics of VDMOS devices fabricated with various epitaxial resistivities . . . . . . . . . . . . . . . . . . . | 51 |
| 2.28 | Experimental transconductance measurements on VDMOS and VMOS large-geometry devices . . . . . . . . | 52 |
| 2.29 | Comparison of the experimental I-V character-istics of VDMOS and VMOS devices with identi-cal channel widths . . . . . . . . . . . . . . . . | 53 |
| 2.30 | Experimental transconductance measurements from the LDMOS small-geometry devices . . . . . . . . . . | 54 |
| 2.31 | Effect of pulsewidth on measured transconduc-tance in the 3 Ω-cm VDMOS . . . . . . . . . . . . . . . | 55 |
| 2.32 | Test circuit used for the measurement of pulsed drain currents . . . . . . . . . . . . . . . . . . . | 56 |

x

FCS1689217

ILLUSTRATIONS (Con't)

| Figure | | Page |
|--------|---|------|
| 2.33 | Equivalent circuit . . . . . . . . . . . . . . . . . . . . | 56 |
| 2.34 | A TO-3 packaged device . . . . . . . . . . . . . . . . | 56 |
| 2.35 | Model of the VDMOS used to obtain the voltage along the JFET channel . . . . . . . . . . . . . | 58 |
| 2.36 | Model of the VDMOS used in the calculation of the I-V characteristics . . . . . . . . . . . . . . . | 59 |
| 2.37 | Schematic of the n-channel JFET used in the model calculation . . . . . . . . . . . . . . . . | 61 |
| 2.38 | High-voltage VDMOS (3 $\Omega$-cm, $L_T = 15$ $\mu$) I-V characteristics . . . . . . . . . . . . . . . . . . . | 65 |
| 2.39 | Cross section of channel-length modulation in the JFET portion of the VDMOS . . . . . . . . . | 66 |
| 2.40 | VDMOS (3 $\Omega$-cm, $L_T = 40$ $\mu$) I-V characteristics . . . . . . | 67 |
| 2.41 | Narrow-spacing VDMOS transconductance . . . . . . . . | 68 |
| 2.42 | Experimental transconductance vs gate drive . . . . . . . | 70 |
| 2.43 | Buried-load logic--a variation of the VDMOS structure . . . . . . . . . . . . . . . . . . . . | 71 |
| 2.44 | Processing steps for the LDMOS, VDMOS, and VMOS . . . . . | 72 |
| 2.45 | Effect of initial-oxidation temperatures on $N^+$ substrate outdiffusion . . . . . . . . . . . . . . | 76 |
| 3.1 | One-dimensional approximation of the electric field under the gate region in the VDMOS and TVMOS . . . . . . . . . . . . . . . . . . . . . | 80 |
| 3.2 | MOS energy-band diagram for an n-type semiconductor under the depletion condition ($V_G < 0$) . . . . . . | 81 |
| 3.3 | Oxide field and voltage vs drain-source voltage . . . . . . | 84 |
| 3.4 | Idealized impurity profile used in the calculation . . . . . . . . . . . . . . . . . . . . . | 86 |
| 3.5 | Charge sharing under gate punchthrough . . . . . . . . . | 86 |
| 3.6 | Calculated source-drain punchthrough breakdown assuming an exponential profile . . . . . . . . . | 89 |

xi

FCS1689218

ILLUSTRATIONS (Cont)

| Figure | | Page |
|---|---|---|
| 3.7 | Calculated source-drain punchthrough breakdown assuming linear and step profiles . . . . . . . . . . . . . . | 90 |
| 3.8 | Minimum channel thickness allowable to avoid punchthrough breakdown as a function of threshold voltage . . . . . . . . . . . . . . . . . . . . . | 91 |
| 3.9 | Comparison of three approximated channel profiles . . . . . . . . . . . . . . . . . . . . . . | 92 |
| 3.10 | Cross section of the concentric guard rings for the VDMOS . . . . . . . . . . . . . . . . . . | 94 |
| 3.11 | Cross section of a VDMOS with a field plate and an equipotential ring . . . . . . . . . . . . . . . | 95 |
| 3.12 | Cross section of a VDMOS with an edge-extension implant . . . . . . . . . . . . . . . . . . . . . | 95 |
| 3.13 | Breakdown-voltage measurements to compare the edge-termination techniques for VDMOS devices . . . . . . | 96 |
| 3.14 | V-groove field-limiting ring . . . . . . . . . . . . . . | 97 |
| 3.15 | Junction-termination extension with an implant . . . . | 98 |
| 3.16 | Junction-termination extension with a field plate . . . . . . . . . . . . . . . . . . . . . . . | 98 |
| 3.17 | Breakdown-voltage measurements to compare the edge-termination techniques for VMOS devices . . . . . . | 99 |
| 3.18 | Parasitic bipolar transistor intrinsic to the DMOS structure . . . . . . . . . . . . . . . . . . | 101 |
| 3.19 | Cross section of current flow $I_{CBO}$ under reverse bias . . . . . . . . . . . . . . . . . . . . | 102 |
| 3.20 | Device cross section used to calculate minimum channel thickness . . . . . . . . . . . . . . . . . | 104 |
| 3.21 | Cross section of high electric-field positions . . . . . . | 106 |
| 3.22 | I-V characteristics of the power MOSFET in reverse breakdown . . . . . . . . . . . . . . . . . | 107 |
| 3.23 | Device turn-off response . . . . . . . . . . . . . . . . | 108 |

xii

FCS1689219

ILLUSTRATIONS (Cont)

| Figure | | Page |
|---|---|---|
| 3.24 | Current and voltage waveforms indicating turn-on of the parasitic bipolar transistor in a 300 V experimental General Electric power MOSFET . . . . . . . . . . . . . . . . . . . . . . . | 109 |
| 3.25 | Minimum channel thickness as a function of effective resistive length at two threshold voltages . . . . . . . . . . . . . . . . . . . . . . | 111 |
| 3.26 | Idealized model of the one-dimensional current-flow transistor . . . . . . . . . . . . . . . . . . . | 112 |
| 3.27 | Critical field for an abrupt silicon junction as a function of temperature . . . . . . . . . . . . | 114 |
| 3.28 | Johnson's limit as a function of temperature . . . . . . | 115 |
| 3.29 | Experimental voltage/frequency relationship in MOS, bipolar, and JFET devices . . . . . . . . . . . . . | 117 |
| 3.30 | One-dimensional model for bipolar and MOS transistors . . . . . . . . . . . . . . . . . . . . | 118 |
| 3.31 | Common-emitter characteristics of the $N^+ PN^- N^+$ bipolar power transistor with two regions of saturation . . . . . . . . . . . . . . . . . . . . | 121 |
| 3.32 | Carrier concentrations in the $N^-$ layer . . . . . . . . . | 122 |
| 3.33 | One-dimensional MOS used to explain high on-resistance and single injection . . . . . . . . . . . . | 123 |
| 4.1 | Experimental test device for mobility measurements . . . . . . . . . . . . . . . . . . . . . . . | 131 |
| 4.2 | Definition and relationship between effective mobility $\mu_{eff}$ and field-effect mobility $\mu_{FE}$ . . . . . . | 133 |
| 4.3 | The $Si/SiO_2$ interface and associated electrical charges in a MOSFET structure . . . . . . . . . . . . . | 134 |
| 4.4 | Peak effective mobility at room temperature as a function of substrate doping concentration and fixed oxide charge density . . . . . . . . . . . . . | 136 |
| 4.5 | Inverse of peak effective mobility vs $Q_f$ at various substrate doping concentrations . . . . . . . . . | 137 |

xiii

FCS1689220

FCS1692720

ILLUSTRATIONS (Cont)

Figure                                                                    Page

4.6  Inversion-layer peak mobility $\mu_{max}$ and bulk
     mobility vs substrate doping concentration at
     two values of oxide charge density $Q_f$ . . . . . . . . . 139

4.7  Effect of substrate doping concentration on the
     average electric field . . . . . . . . . . . . . . . . 141

4.8  Effective mobility vs effective field for four
     substrate doping concentrations . . . . . . . . . . . . 142

4.9  Dependence of the constant $E_{co}$ on doping
     concentration $N_A$ . . . . . . . . . . . . . . . . . . 144

4.10 Experimental electron inversion-layer mobility
     vs effective field at various values of $Q_f$ . . . . . . . 145

4.11 Experimental electron inversion-layer mobility
     vs effective field at two substrate doping
     levels . . . . . . . . . . . . . . . . . . . . . . . . 146

4.12 Normalized electron inversion-layer mobility vs
     effective field for dry and wet $O_2$ (95°C $H_2O$)
     samples . . . . . . . . . . . . . . . . . . . . . . . . 147

4.13 Normalized electron inversion-layer mobility vs
     effective field for (100)- and (111)-oriented
     wafers . . . . . . . . . . . . . . . . . . . . . . . . 148

4.14 Anisotropy of electron inversion-layer mobility
     vs effective electric field on (110) substrates . . . . . 150

4.15 Test structures to determine electron mobility
     in inversion layers on etched (111) surfaces . . . . . . 152

4.16 Electron inversion-layer mobility vs gate
     voltage on etched and nonetched (111) surfaces . . . . . 152

4.17 Normalized electron inversion-layer mobility vs
     effective electric field on etched and nonetched
     (111) surfaces . . . . . . . . . . . . . . . . . . . . 154

4.18 Electron inversion-layer mobility vs effective
     electric field on etched (111) and planar (100)
     surfaces . . . . . . . . . . . . . . . . . . . . . . . 154

4.19 Test structure to determine accumulation-layer
     electron mobility . . . . . . . . . . . . . . . . . . . 155

xiv

FCS1689221

ILLUSTRATIONS (Cont)

| Figure | | Page |
|---|---|---|
| 4.20 | Accumulation-layer electron mobility vs effective electric field for (111) and (100) surfaces . . . . . . . . . . . . . . . . | 158 |
| 4.21 | Accumulation- and inversion-layer electron mobilities vs effective field . . . . . . . . . . . . . | 159 |
| 4.22 | Accumulation-layer electron-mobility anisotropy in (110) wafers . . . . . . . . . . . . . . . . | 160 |
| 5.1 | Cross section of a RESURF diode . . . . . . . . . . | 164 |
| 5.2 | Electric-field distribution . . . . . . . . . . . . | 165 |
| 5.3 | Breakdown voltage as a function of epitaxial thickness . . . . . . . . . . . . . . . . . . | 166 |
| 5.4 | Breakdown voltage as a function of epitaxial doping concentration . . . . . . . . . . . . | 166 |
| 5.5 | Cross section of an ion-implanted offset-gate high-voltage MOSFET . . . . . . . . . . . . . . . | 167 |
| 5.6 | Cross section of the offset-gate SOS/MOS transistor . . . . . . . . . . . . . . . . . . | 167 |
| 5.7 | Cross section of the high-voltage DMOS transistor . . . . . . . . . . . . . . . . . . | 168 |
| 5.8 | Equivalent circuit of the structures in Figs. 5.5, 5.6, and 5.7 . . . . . . . . . . . . . . | 168 |
| 5.9 | Similarity between offset-gate and RESURF MOSFETs . . . . . . . . . . . . . . . . . . . | 169 |
| 5.10 | Breakdown voltage as a function of ion-implanted dose . . . . . . . . . . . . . . . . | 169 |
| 5.11 | Gate-associated transistor . . . . . . . . . . . . . | 172 |
| 5.12 | Geometry of the LDMOS transistor . . . . . . . . . . | 172 |
| 5.13 | Electric field of an N N P diode at avalanche breakdown . . . . . . . . . . . . . . . . . . | 175 |
| 5.14 | Device dimensions in the CANDE simulation . . . . . . . . | 177 |
| 5.15 | Breakdown voltage vs epitaxial-layer thickness of the LDMOS in Fig. 5.14 . . . . . . . . . . . . | 178 |

xv

FCS1689222

ILLUSTRATIONS (Cont)

| Figure | | Page |
|--------|--|------|
| 5.16 | Breakdown voltage vs epitaxial-layer thickness for two values of spacing between the gate and drain metallizations | 179 |
| 5.17 | LDMOS with a boron-implanted buried layer under the channel region | 180 |
| 5.18 | Analogy between a buried-layer RESURF and a multiple-implant offset-gate structure | 181 |
| 5.19 | Results of a computer simulation of the LDMOS with a boron-implanted buried layer under the channel region | 182 |
| 5.20 | Electric-field contour of the LDMOS in Fig. 5.17 with an epitaxial thickness of 6 μ | 183 |
| 5.21 | Electric-field contour of the LDMOS in Fig. 5.17 with an epitaxial thickness of 5 μ | 184 |
| 5.22 | Electric-field contour of the LDMOS in Fig. 5.17 with a 6 μ epitaxial thickness and a 12 μ distance between the drain and buried layer | 185 |
| 5.23 | Cross section of a LDMOS with a two-region epitaxial profile | 185 |
| A.1 | Equivalent circuit used in the calculation of transconductance | 189 |
| B.1 | Cylindrical abrupt junction | 194 |

xvi

FCS1689223

TABLES

| Number | | Page |
|--------|---|------|
| 1.1 | Comparison of MOS and bipolar power transistors . . . . . . | 4 |
| 1.2 | Commercial power MOSFETs and their manufacturers . . . . . . | 7 |
| 2.1 | Experimental parameters for fabricated devices . . . . . . | 17 |
| 2.2 | Breakdown-voltage dependence of doping concentration on an abrupt plane junction . . . . . . . . . . | 20 |
| 2.3 | LDMOS, VDMOS, and VMOS process schedule . . . . . . . . . . | 73 |
| 3.1 | Experimental breakdown voltages and cutoff frequencies in power MOSFETs . . . . . . . . . . . . . . . | 116 |

xvii

FCS1689224

FCS1692724

xviii

FCS1689225

FCS1692725

## SYMBOLS

| | |
|---|---|
| $a$ | upper width of the trapezoid |
| | impurity gradient of the emitter-base junction |
| $A$ | chip area |
| | effective channel-drain junction area |
| $A_{cell}$ | cell area |
| $b_1$ | length of the trapezoid |
| $BV$ | avalanche breakdown voltage |
| $BV_{CBO}$ | open emitter collector to base breakdown voltage |
| $BV_{CEO}$ | open base collector to emitter breakdown voltage |
| $BV_{cy}$ | avalanche breakdown voltage of the $N^+N^-P^-$ diode |
| $BV_{DSS}$ | drain-to-source breakdown voltage |
| $BV_{PP}$ | plane-junction breakdown voltage with a cylindrical $N^+$ junction |
| $BV_{PT}$ | avalanche breakdown voltage of the $N^+N^-P^-$ diode with parallel-plane abrupt junctions |
| $C^*$ | constant = 0.8 |
| $C_{BC}$ | base-collector capacitance |
| $C_E$ | emitter-base capacitance |
| $C_{GS}$ | gate-to-source capacitance |
| $C_{in}$ | input capacitance |
| $C_{NE}$ | neutral capacitance |
| $C_o$ | gate-oxide capacitance per unit area |
| $C_{TE}$ | emitter-base transition capacitance |
| $d_{eff}$ | effective channel length under the source |
| $d_{epi}$ | epitaxial-layer thickness |
| $dn$ | width of the $N^-$ region of the $N^+N^-P^-$ diode |
| $D_n$ | electron diffusivity |

xix

FCS1689226

FCS1692726

| | |
|---|---|
| $E$ | electric field |
| $E_g$ | energy band gap |
| $E_{crit}$ | critical field of semiconductor avalanche breakdown |
| $E_{ox}$ | electric field in the oxide |
| $E_s$ | electric field at the semiconductor surface |
| $E_{eff}$ | effective field in the inversion layer |
| $f_T$ | common-emitter cutoff frequency |
| $g_d$ | dc drain conductance of the MOSFET |
| $g_m$ | small-signal transconductance of the MOSFET |
| $g_{m(max)}$ | maximum value of transconductance |
| $G$ | Gummel number |
| $h$ | height of the trapezoid |
| $ix$ | transverse current |
| $I$ | current in the trapezoid |
| $I_B$ | base current |
| $I_{CBO}$ | collector-to-base reverse leakage current |
| $I_{CEO}$ | collector-to-emitter leakage current |
| $I_D, I_{DS}$ | drain current of the MOSFET |
| $I_{DJ}$ | drain current of the JFET |
| $I_{DSAT}$ | drain current at saturation of the MOSFET |
| $I_E$ | emitter current |
| $I_{accum}$ | accumulation current |
| $J$ | current density |
| $J_D$ | switching current density |
| $k$ | Boltzmann's constant |
| $\ell_c$ | collector-region thickness of the bipolar transistor |

xx

FCS1689227

| | |
|---|---|
| $L$ | exponential length constant |
| | spacing of the V-groove mask |
| | length of the element |
| $L^*$ | effective length of the $N^-$ region of the lateral DMOS |
| $L_B$ | bulk Debye length |
| $L_{eff}$ | channel length of enhancement-mode MOSFET |
| $L'_{eff}$ | channel length of depletion-mode MOSFET |
| $L_T$ | spacing between channel junctions at semiconductor surface |
| $M$ | low-level multiplication factor |
| $n_b$ | constant $\approx 4$ |
| $n_i$ | intrinsic carrier concentration |
| $N_A$ | acceptor impurity concentration |
| $N_D$ | donor impurity concentration |
| $N_{inv}$ | induced carrier in the inversion layer per unit area |
| $N_{it}$ | interface state per unit area |
| $N_{A(sub)}$ | substrate doping concentration |
| $N_B, N_{D(epi)}$ | epitaxial-layer doping concentration |
| $N_{cell}$ | number of cells for a given chip area |
| $N_T$ | number of trapezoids |
| $N_c$ | channel doping concentration |
| $N_{max}$ | maximum channel doping concentration |
| $N_{peak}$ | maximum surface impurity concentration in the channel |
| $N_{eff}$ | effective doping concentration |
| $p(o)$ | injected hole concentration at base-collector junction |
| $q$ | electric charge |
| $Q_B$ | depletion charge per unit area |
| | total channel impurity density (per unit area) |
| $Q_f$ | fixed-oxide charge per unit area at oxide/semiconductor interface |

xxi

FCS1689228

FCS1692728

$Q_s$ — total induced charge per unit area in the semiconductor

$Q_D$ — depletion-layer charge on the drain side

$r_o$ — radius of a circle

$r_1$ — effective radius of the current source at the end of the channel

$r_2$ — effective radius of the current sink at the $N^+$ contact

$r_c$ — collector resistance

$r_E$ — emitter resistance

$r_j$ — channel junction depth

$r_{jn}$ — $N^+$ drain diffusion depth

$R_\square$ — channel sheet resistance

$R_4$ — epitaxial-layer bulk resistance

$R_D$ — depletion-mode channel resistance

$R_E$ — enhancement-mode channel resistance

$R_{JFET}$ — JFET channel resistance

$R_P$ — pinched channel resistance

$R_s$ — sheet resistance

$t_{ox}$ — oxide thickness

$T$ — temperature (°K)

$\bar{u}$ — normalized potential drop

$v^*$ — constant $\approx 2.4 \times 10^7$ cm/sec

$v_{SAT}$ — scattering-limited velocity

$V(r)$ — voltage across region ③ in the VMOS

$V_{BE}$ — base-emitter voltage of the bipolar transistor

$V_D, V_{DS}$ — drain-source voltage of the MOSFET

$V_{DSAT}$ — drain saturation voltage

$V_{FB}$ — flatband voltage

xxii

FCS1689229

FCS1692729

| | |
|---|---|
| $V_{GS}$ | gate-source voltage |
| $V_{OC}$ | crossover voltage between ohmic and space-charge-limited currents |
| $V_C$ | voltage drop across the epitaxial layer |
| $V_{SJ}$ | source voltage of the JFET |
| $V_{DJ}$ | drain voltage of the JFET |
| $V_T$ | threshold voltage |
| $V_{TE}$ | threshold voltage of the enhancement-mode MOSFET |
| $V_{TD}$ | threshold voltage of the depletion-mode MOSFET |
| $V_a$ | applied potential |
| $V_p$ | punchthrough voltage of the $N^+ N P^-$ diode pinchoff voltage of the JFET |
| $V_{PT}$ | drain-to-source punchthrough voltage |
| $V_{OX}$ | voltage drop across the oxide |
| $V_G$ | gate-to-ground voltage |
| $V_{BS}$ | substrate bias |
| $W_C$ | net channel thickness |
| $W$ | channel width |
| $W_B$ | epitaxial-layer thickness |
| $W_{CIB}$ | current-induced basewidth |
| $X_A$ | channel thickness of the MOSFET |
| $X_{A(min)}$ | minimum channel thickness of the MOSFET |
| $X_d$ | depletion-layer width |
| $X_i$ | depth of the accumulation layer from the surface |
| $X_j$ | junction depth of channel diffusion |
| $X_B, X_{dn}$ | depletion-layer width on the channel side |
| $Z$ | width of the resistive element |

xxiii

**FCS1689230**

**FCS1692730**

| | |
|---|---|
| $\alpha$ | spreading angle |
| $\alpha_o$ | product of emitter efficiency and the base transport factor |
| $\beta$ | common-emitter current gain |
| | gain factor of the MOS transistor $[= (W/L) \mu C_o]$ |
| $\gamma$ | MOS-transistor bulk-charge factor |
| $\varepsilon_{ox}$ | permittivity of $SiO_2$ |
| $\varepsilon_{si}$ | permittivity of Si |
| $\Theta$ | $600°K$ |
| $\mu$ | hole bulk mobility |
| $\mu_n$ | electron bulk mobility |
| $\hat{\mu}$ | average hole bulk mobility |
| $\mu_E$ | electron inversion-layer mobility |
| $\mu_D$ | electron accumulation-layer mobility |
| $\mu_{eff}$ | effective mobility |
| $\mu_{FE}$ | field-effect mobility |
| $\mu_{max}$ | maximum value of effective mobility |
| $\rho$ | resistivity |
| $\rho_s$ | sheet resistivity |
| $\sigma$ | conductivity |
| $\phi_B$ | built-in potential |
| $\phi_c$ | voltage across the depletion layer on the channel side |
| $\phi_d$ | voltage across the depletion layer on the epitaxial-layer side |
| $\phi_F$ | Fermi level referenced by midgap |
| $\phi_{ms}$ | metal semiconductor work-function difference |
| $\chi_e$ | semiconductor electron affinity |
| $\chi_m$ | metal electron affinity (work function) |
| $\psi_s$ | surface potential |

xxiv

FCS1689231

$\tau_E$       emitter delay

$\tau_B$       base transit time

$\tau_{sc}$     space-charge generation lifetime

$\tau_n$       minority-carrier lifetime

xxv

FCS1689232

FCS1692732

xxvi

FCS1689233

## ACKNOWLEDGMENT

The author wishes to thank Professor James D. Plummer for his
guidance, direction, and support throughout the course of this research.
The constant encouragement of Professor Gerald L. Pearson is also sin-
cerely appreciated.  I am also grateful to Professors Richard M. Swanson
and Allen M. Peterson for their critical reading of this manuscript.

Special thanks are extended to the many friends and members of the
Integrated Circuits Laboratory.  I am indebted to the understanding and
patience of my family.

This work was supported by a Tektronix Industrial Grant.

xxvii

FCS1689234

FCS1692734

Chapter I

INTRODUCTION

Until recently, silicon bipolar transistors were the principal active components for power amplification and switching applications because of high current density and good geometrical control of the active transit (base) region width. Recent advances in processing technology and the introduction of new device structures, however, have dramatically improved the current, voltage, and power-handling capabilities of MOSFETS. The impetus for much of this work is the faster switching ability of majority-carrier devices which are not affected by the minority-carrier charge-storage problems inherent in bipolar transistors. A second motivation is the negative temperature coefficient of carrier mobility that greatly reduces the problems of thermal runaway, secondary breakdown, and current hogging—all play important roles in the design and application of power bipolar transistors. The recent commercial availability of a variety of discrete power MOS transistors has made possible numerous new applications.

The power-frequency performance of various semiconductor devices is illustrated in Fig. 1.1 [1.1]. As technology continues to develop, new



Fig. 1.1  SPEED VS POWER IN VARIOUS SEMI-
CONDUCTOR DEVICES.

1

FCS1689235

FCS1692735

limits on the power-handling capability and switching speed will be established. It can be seen that the trends are moving upward toward the right.

The thyristor is a bistable solid-state device that blocks the flow of current until it is turned on by a small control signal; it then remains on until the supply voltage is removed or reversed in polarity. Although these devices are able to control large amounts of power, they are usually limited to switching frequencies of only a few kilohertz.

The bipolar power transistor functions in the same way as its small-signal counterpart, but it is large enough to control power levels up to several hundreds of watts. A continuous base current is required to maintain this device in the on-state, and this power is lost and detracts from the efficiency of the transistor as a switch. Although it is capable of switching at a much higher rate than the thyristor, time delays associated with the injection and removal of base charge limit its switching speed to less than 20 kHz.

The planar MOSFET requires a negligible amount of power to control the switching action because it is a voltage-controlled device. Lacking the time delays inherent in a bipolar transistor, the planar MOSFET can be operated at frequencies up to hundreds of megahertz; unfortunately, however, the current to be controlled is conducted laterally through a relatively long channel. The resulting high on-resistance limits the use of this MOSFET to power-handling applications of ≤1 W.

In the newly developed vertical power MOSFET, drain current is collected from the substrate which obviates the need for a drain-contact area on the surface. The resulting increase in packing density directly reduces the cost and improves the performance of the device. In this vertical structure, the best features of earlier technologies and innovative design are combined with new fabrication techniques to achieve performance that can be an order of magnitude better than previously attainable.

A. Major Modifications in Power MOSFETs

Two modifications in the basic MOSFET structure have been responsible for the advancements in the current-handling capability and breakdown

2

FCS1689236

FCS1692736

voltage. The first is the use of double diffusion to achieve very short (1 to 3 μ) channels [1.2,1.3] although not all of the new power MOSFETs use this technique [1.4]. Sequential diffusion of P- and N-type impurities in a manner analogous to bipolar-transistor fabrication processes yields channel lengths comparable to bipolar basewidths. Historically, this process has been difficult to control because threshold voltage is determined by diffused impurity profiles rather than by bulk substrate doping levels. Ion implantation, however, has largely resolved this problem.

The second major change has been the incorporation of a lightly-doped (usually N$^-$) drift region between the channel and the N$^+$ drain contact [1.2-1.5]. This region largely supports the applied drain potential because its doping level is much smaller than the P-channel region. These new structures effectively separate the active channel (which determines device gain) from the drift region that supports the applied voltage. This separation is identical in modern bipolar transistors where a lightly doped collector region supports the applied potential and a narrow and more heavily doped base region determines device gain.

Table 1.1 lists the principal differences and similarities between power MOS and bipolar transistors. In addition to their inherent high switching speed resulting from the lack of minority-carrier injection during operation, MOSFETs with their insulated gates have negligible input gate-drive current; other advantages are related to the negative temperature coefficient of their drain current, which prevents the formation of thermal instabilities and simplifies the paralleling of devices to increase current handling; In contrast, bipolar transistors require ballasting and careful device matching to prevent thermal runaway.

At lower frequencies, MOSFET on-resistance is higher than in bipolar transistors rated at the same operating voltage. This results in larger steady-state power dissipation and may offset the advantages. The prospects for commercial power MOSFETs appear bright, however, in many high-frequency applications.

3

FCS1689237

FCS1692737

Table 1.1

COMPARISON OF MOS AND BIPOLAR POWER TRANSISTORS

| MOS | Bipolar |
|---|---|
| Differences | |
| Majority-carrier device | Minority-carrier device |
|    no charge-storage effects |    charge stored in the base and collector |
|    high switching speed |    low switching speed |
|    drift current (fast process) |    diffusion current (slow process) |
| Voltage driven | Current driven |
|    purely capacitive input impedance; no dc current required |    low input impedance; dc current required |
|    simple drive circuitry |    complex drive circuitry (resulting from high base-current requirement) |
| Predominantly negative temperature coefficient on drain current | Positive temperature coefficient on collector current |
|    no thermal runaway |    thermal runaway |
|    devices can be paralleled |    devices cannot be easily paralleled because of $V_{BE}$ matching problem and local current concentration |
| Less susceptible to second breakdown | Susceptible to second breakdown |
| Square-law I-V characteristics at low current; linear I-V characteristics at high current | Exponential I-V characteristics |
| Greater linear operation and fewer harmonics | More intermodulation and cross-modulation products |
| High on-resistance and, therefore, larger conduction loss | Low on-resistance (low saturation voltage) because of conductivity modulation of high-resistivity drift region |
| Low transconductance | High transconductance |
| Turn-on voltage directly affected by such process parameters as doping profiles | Turn-on voltage relatively insensitive to process parameters |

FCS1689238

FCS1692738

Table 1.1

CONTINUED

| Similarities | |
|---|---|
| Channel length determined by double diffusion | Basewidth determined by double diffusion |
| Drain current proportional to channel width | Collector current approximately proportional to emitter stripe length |
| High breakdown voltage as the result of a lightly doped region of a channel-drain blocking junction | High breakdown voltage as the result of a lightly doped region of a base-collector blocking junction |

B.   Commercial Power MOSFETs

Although most of the recently developed power MOSFETs are based on the two modifications described in Section A, there are substantial variations in the structures used to implement them.  A host of commercial MOSFET devices has entered the industrial market; they are known by such names as VMOS [1.6], DMOS [1.2], HEXFET [1.7], TMOS [1.8], and SIPMOS [1.9].  These products, however, can be described by three basic structures—the lateral double-diffused transistor (LDMOS) [1.2], vertical double-diffused transistor (VDMOS) [1.10], and V-groove double-diffused transistor (VMOS) [1.6].  The selection of the appropriate device will depend on the voltage, current, power, and speed requirements for a specific application.

In late 1978, International Rectifier developed the HEXFET (Fig. 1.2) which was a refinement of the generic silicon-gate VDMOS, with the capability of handling up to 400 V at 5 A continuous current.  Since then, Motorola with its TMOS (Fig. 1.3) and Siemens with its SIPMOS (Fig. 1.4) have joined the competition.  Recently, RCA has introduced a structure similar to the HEXFET.  Table 1.2 is a partial list of some of the major manufacturers and their products.

Despite all of this commercial activity, there are few theoretical analyses of device capabilities and comparisons of the various structures.

5

FCS1689239

FCS1692739



Fig. 1.2. THE HEXFET.



Fig. 1.3.  CROSS SECTION OF THE MOTOROLA TMOS
POWER FET.  This structure is based on the VDMOS.

6

FCS1689240

FCS1692740



Fig. 1.4.  SIEMENS POWER MOSFET (SIPMOS)—A VARIATION OF
THE VDMOS.

Table 1.2

COMMERCIAL POWER MOSFETs AND THEIR MANUFACTURERS[†]

| Manufacturer | Voltage Rating (V) | Technology |
|---|---|---|
| Hewlett-Packard | 450 | VDMOS |
| Supertex | 450 | VDMOS |
| International Rectifier | 500/400 | VDMOS |
| Motorola | 500/400 | VDMOS |
| Intersil | 800, 700, 450 | VDMOS |
| Siemens | 100 | VDMOS |
| T.I. | 80, 90 | VMOS |
| Siliconix | 90, 450 | VMOS |
| General Electric | 450, 300 | VMOS |

[†] Obtained from manufacturer data sheets, advertisements, or
technical reports and publications.

7

FCS1689241

FCS1692741

This lack of published data has supplied the motivation for the work reported here. Its purpose is to investigate the physics and technology of power MOSFETs and to determine the key parameters in device modeling.

D.    Organization

Chapter II begins with a brief introduction to the power MOSFETs, followed by equivalent-circuit representations. Quantitative models, suitable for device design, are developed directly from the geometry and doping profiles to determine the on-resistance of each device. These models are useful in optimizing a particular structure and in comparing all of them for a specific application. Test structures have been fabricated to evaluate performance and to verify the accuracy of the models. A VDMOS with a hexagonal geometry is illustrated, using the analytical model to optimize the on-resistance. The dc I-V characteristics are investigated, with emphasis on the VDMOS. Transconductance and its limitations resulting from the operating conditions and geometries are analyzed.

Voltage limitations and the parasitic bipolar effect intrinsic in power MOSFETs are considered in Chapter III. A modified figure of merit for the voltage-frequency relationship is introduced. The fundamental differences in frequency response and on-resistance between MOS and bipolar devices are analyzed.

Knowledge of electron mobility in the inversion and accumulation layers is essential for accurate modeling of the power MOSFETs described in Chapter II because it is a key parameter in determining device performance. The need for accurate mobility data motivated the mobility measurements and data analysis, and the results are described in Chapter IV.

Discrete power MOSFETs have advanced rapidly during the last few years; however, there is also an increasing interest in integrated circuits with a portion of their circuitry operating at high voltages. A new development in the lateral DMOS is the use of a thin-epitaxial layer, and this is discussed in Chapter V. Key device parameters are identified through both analytical solutions and two-dimensional numerical simulations.

8

FCS1689242

FCS1692742



a. LDMOS



b. VDMOS



c. VMOS

Fig. 2.1.  CROSS SECTIONS OF THREE
HIGH-VOLTAGE DMOS DEVICES.

10

FCS1689244

FCS1692743

than the LDMOS whose drain connection is on the top surface. Most power MOSFETs manufactured today use one of the vertical structures for this reason. The LDMOS, however, has the advantage of much simpler integration with other components [2.3] because all three electrodes are on the top surface and are readily available for interconnection to other devices. In addition, in lower voltage applications in which the LDMOS gate electrode may be extended all the way to the drain $N^+$ region over thin oxide [2.4], the gate potential can reduce the resistance of the $N^-$ drift region substantially by heavily accumulating the surface. This mechanism cannot occur in the vertical structures, and it makes the LDMOS more competitive in current per unit area with the vertical devices at low voltages.

Both the LDMOS and VDMOS can be fabricated on any silicon-crystalline orientation. The VMOS channel is constrained along an etched <111> surface. The choice of <100> material for the LDMOS and VDMOS results in a 20 percent improvement in electron inversion-layer mobility [2.5, 2.6] and a 15 percent improvement in inversion-layer electron scattering-limited velocity $v_{SAT}$ [2.7]. These effects lower channel resistance and increase device transconductance per unit width in the LDMOS and VDMOS.

The fixed oxide charge density $Q_f$ is approximately three times greater on the <111> plane than it is on the <100> plane [2.8]. For a given threshold voltage, therefore, peak channel doping must be higher in the VMOS structure than it is in the LDMOS or VDMOS. Because electron inversion-layer mobility decreases with increased doping [2.5,2.6], this would again imply greater mobility in the LDMOS and VDMOS. In practice, however, this effect is negligible in higher voltage devices because channel doping in all three structures is heavy enough for the bulk-charge term to dominate the threshold voltage, with little contribution from $Q_f$ [2.9]. The higher $Q_f$ in the VMOS, however, may degrade mobility [2.5,2.10], and it generally implies a greater interface state $(N_{it})$ density that may impact other device parameters such as noise performance in linear-amplification applications [2.11].

The nonplanar VMOS can encounter fabrication difficulties in terms of metal coverage and photolithography which do not exist in the planar

11

FCS1689245

FCS1692744

LDMOS and VDMOS. The increasing use of silicon-gate technologies in the fabrication of all three types, however, has largely eliminated this potential problem.

All three structures inherently have some overlap of the thin gate oxide over the heavily doped $N^+$ source region. This contributes directly to gate-to-source capacitance $C_{GS}$ and degrades the speed of the devices. In metal-gate technologies, this capacitance can be reduced substantially by making use of the differential oxidation rates over the $N^+$ and $N^-$ regions [2.12]. Such techniques are more effective on <100>-oriented silicon than on <111> substrates, and this would tend to favor the LDMOS and VDMOS when high-frequency performance is required. In addition, implementation of self-aligned silicon-gate technology is relatively straightforward in the planar devices; it is not as effective in reducing $C_{GS}$ in the VMOS.

In high-voltage applications, the bulk resistance of the $N^-$ region in each device plays a major role in overall on-resistance, as will be demonstrated quantitatively in Section E. The three structures inherently have such a bulk resistance; however, the values vary. Equivalent circuits for the LDMOS, VDMOS, and VMOS are examined in the following section to pinpoint the differences in this component in each structure.

B.  Equivalent Circuits

The equivalent circuits of the LDMOS, VDMOS, and VMOS are presented in Fig. 2.2. Each structure consists basically of an enhancement-mode transistor in series with a parasitic bulk resistance; however, a more careful examination of these circuits will reveal some basic differences.

The LDMOS (Fig. 2.2a) consists of an enhancement-mode transistor (active channel) in series with a depletion-mode transistor (surface accumulation region) which is in parallel with a bulk resistor $R_1$ in series with a second bulk resistor $R_2$ [2.13]. The two components in the center represent the gate-controlled accumulation layer in parallel with a bulk resistor; the current through the device will divide between these two components in a manner determined by the conductance of the accumulation layer (gate voltage). The third series component $R_2$ represents the region between the gate electrode and drain contact; such a

12

FCS1689246

FCS1692745



Fig. 2.2.   EQUIVALENT CIRCUITS OF HIGH-
VOLTAGE DMOS DEVICES.

region would be missing in a low-voltage structure in which the gate
metal could extend to the $N^+$ region [2.4]. In a junction-isolated de-
vice, the substrate $PN^-$ junction modulates the conductivity of $R_1$ and
$R_2$.

The VDMOS (Fig. 2.2b) is distinguished from the LDMOS in two ways.
First, the depletion-mode transistor and its parallel bulk resistor must
be regarded as distributed devices because the direction of current flow
changes from horizontal to vertical along the length of the accumulated
surface between the source regions. The distributed model will be sim-
plified here to a single depletion-mode transistor; a correction factor

13

FCS1689247

FCS1692746

will be introduced in Section E to account for the two-dimensional nature
of current flow. Second, a series JFET is present in the equivalent cir-
cuit of the VDMOS because of the pinching of current between the adjacent
P-bulk diffusions. The spacing between the P diffusions (channel width
of the JFET) can be a significant factor in determining the fraction of
total on-resistance contributed by the series JFET.

The VMOS equivalent circuit (Fig. 2.2c) is identical to that of the
LIMOS except for the absence of any influence of a P-type substrate on
$R_1$ and $R_2$ because the VMOS is regarded here as a nonisolated discrete
device. The physical structure of the VMOS, however, varies distinctly
from the LIMOS and, as a result, analyses of the components in the two
models will differ for each.

To simplify the analyses of the three devices based on these
equivalent circuits, two-dimensional distributed structures are reduced
to lumped equivalent circuits. With minor geometrical corrections to ac-
count for this modification, the models in Fig. 2.2 are in good agreement
with a variety of experimental structures.

Even with the above simplifications, modeling of these devices is
not straightforward for the following reasons.

· Because each of the enhancement-mode devices in Fig. 2.2
  has a nonuniformly doped channel, electron inversion-layer
  mobility and scattering-limited velocity variations with
  doping must be known as should their variation with the
  gate field.

· Depletion-mode devices are present in each circuit (repre-
  senting surface-accumulation layers). Electron (majority-
  carrier) mobility in such regions must also be known,
  therefore, including its dependence on the gate field.

· The bulk resistors in each circuit are two dimensional
  and, as a result, realistic geometries for these regions
  must be developed.

C.   Device Design

To investigate the accuracy of the models in Fig. 2.2 and the
analytical expressions to be presented in Section E, the three devices
were fabricated side by side on the same wafer. Figure 2.3 is a

14

FCS1689248

FCS1692747



Fig. 2.3.  PHOTOMICROGRAPH OF THE POWER-MOSFET TEST
CHIP.

photomicrograph of the completed power-MOSFET test chip. Design rules
were 10 μ minimum feature sizes and 5 μ alignment tolerances, and the
resulting photomicrographs (from the same die) at a larger magnification
are presented in Fig. 2.4. The channel width of each device was 3440 μ,
and the channel lengths were determined from the spreading-resistance
measurements of the vertical profile and 85 percent conversion from ver-
tical to lateral distances. These parameters are listed in Table 2.1.
Epitaxial thicknesses were obtained by the commonly used lap-and-stain
technique. Diffused guard rings were employed to prevent the surface
effects from degrading the breakdown voltage [2.14]. Such techniques
are not as easily employed in the LDMOS because of its topside drain
contact and, as a result, they were not used for the structure in Fig.
2.4a.

Because the area occupied by each device is highly dependent on
design rules and voltage capability, each device was developed according
to the same design rules and had a voltage capability of >300 V in the
highest resistivity epitaxial material (8.5 Ω-cm). For the same total

15

FCS1689249

FCS1692748



a. LDMOS



b. VDMOS

Fig. 2.4. PHOTOMICROGRAPHS OF THE HIGH-VOLTAGE DMOS DEVICES WITH
IDENTICAL CHANNEL WIDTHS FABRICATED ON THE SAME WAFER.

16

FCS1689250

FCS1692749



c. VMOS

Fig. 2.4. CONTINUED.

Table 2.1

EXPERIMENTAL PARAMETERS FOR FABRICATED DEVICES

| Wafer Resistivity (Ω-cm) | Effective Epitaxial Thickness between P Diffusion and N$^+$ Substrate (μ) | LDMOS, VDMOS $L_{eff}$ (μ) | VMOS $L_{eff}$ (μ) |
|---|---|---|---|
| 0.5 | 6.4 | 1.50 | 2.17 |
| 1.1 | 7.3 | 1.62 | 2.34 |
| 3.0 | 14.6 | 1.79 | 2.58 |
| 7.0 | 20.3 | 2.00 | 2.88 |
| 8.5 | 26.8 | 2.13 | 3.06 |

17

FCS1689251

FCS1692750

channel width, the relative surface areas excluding guard rings were 1.62, 1.08, and 1.0 for the LDMOS, VDMOS, and WMOS, respectively. A more important criterion than surface area for a given channel width, however, is surface area for a given on-resistance or current capability as will be discussed in Section E.

Small VDMOS structures with various spacings between the p-wells were included on the same die to determine the effect of the JFET component (Fig. 2.2) on the on-resistance. Two small WMOS devices with different spacings in the V-groove opening were used to study the V-groove depth and incomplete V-groove etch effects. To extend the breakdown voltages, several types of junction-edge termination techniques (such as p-type field-limiting rings and field plates) were also included on the chip. The Van der Pauw patterns facilitated the measurement of the sheet resistances.

### D.   Epitaxial-Layer Resistivity and Thickness

In high-voltage structures, on-resistance is dominated by the bulk resistance of the drift region. For this reason, the thickness and resistivity of the epitaxial layer must be carefully chosen for optimal device performance. These parameters are examined in this section, based on a simple one-dimensional model (inset in Fig. 2.5) in which the $N^-$ region represents the epitaxial layer with thickness $W_B$ between the topside P diffusion and $N^+$ substrate and doping density $N_D$.

On-resistance is minimized when the source-drain depletion region is allowed to spread completely through the epitaxial layer. Under this punchthrough condition, the voltage capability of the device is limited by avalanche breakdown when the field in the depletion region reaches the critical electric field $E_{crit}$. For abrupt junctions and neglecting the built-in potential, the depletion-layer width $W_B$ [2.15] is

$$W_B = \sqrt{\frac{2\varepsilon_{si} BV}{qN_D}} \qquad (2.1)$$

where

18

FCS1689252

FCS1692751

$\varepsilon_{si}$ = dielectric permittivity of silicon = $1.04 \times 10^{-12}$ F/cm

BV = breakdown voltage

q = electric charge = $1.6 \times 10^{-19}$ coul

$N_D$ = donor impurity concentration (cm$^{-3}$)



Fig. 2.5. EPITAXIAL-LAYER DOPING CONCENTRATION AND THICK-
NESS VS BREAKDOWN.

Based on the data in Ref. 2.16 and listed in Table 2.2, an approximate
expression for the dependence of a plane-junction avalanche breakdown
voltage on doping can be obtained as

$$BV \cong 2.932 \times 10^{12} N_D^{-0.666} \text{ V} \qquad (2.2)$$

Simultaneous solutions of these two equations yield the solid lines in
Fig. 2.5 which indicate the required $W_B$ and $N_D$ as a function of the

19

FCS1689253

Table 2.2

BREAKDOWN-VOLTAGE DEPENDENCE OF DOPING
CONCENTRATION ON AN ABRUPT PLANE JUNCTION

| Doping Concentration $N_D$ ($cm^{-3}$) | Breakdown Voltage from Ref. 2.16 (V) | Breakdown Voltage from Eq. (2.2) (V) |
|---|---|---|
| $1 \times 10^{14}$ | 1400 | 1390.5 |
| $1 \times 10^{15}$ | 300 | 300 |
| $1 \times 10^{16}$ | 63 | 64.7 |
| $1 \times 10^{17}$ | 14.5 | 14 |

desired punchthrough-limited breakdown voltage. Note that, at this
breakdown voltage, the depletion region just reaches the $n^-/n^+$ interface.

The above formulation does not completely reduce the on-resistance.
A better approach is to minimize the product $\rho N_B$ which is proportional
to the bulk series resistance of each device; that is, for a given BV
requirement,

$$\frac{\partial}{\partial N_D} (\rho N_B) = 0 \qquad (2.3)$$

where $\rho$ is the epitaxial-layer resistivity defined as

$$\rho = \frac{1}{q N_D \mu(N_D)} \qquad (2.4)$$

where $\mu(N_D)$ is the bulk electron mobility.

The empirical formulation by Caughey and Thomas [2.17] for $\mu(N_D)$
is

$$\mu(N_D) = \frac{\mu_{MAX} - \mu_{MIN}}{1 + (N_D/N_{REF})^\alpha} + \mu_{MIN} \qquad (2.5)$$

20

FCS1689257

FCS1692753

where $\mu_{MAX}$ and $\mu_{MIN}$ are the limiting values of the bulk electron mobility in lightly and heavily doped material, respectively ($\mu_{MAX}$ = 1330 $cm^2$/Vsec, $\mu_{MIN}$ = 65 $cm^2$/Vsec, $N_{REF}$ = 8.5 × $10^{16}$, and $\alpha$ = 0.72.

Under the reachthrough condition, the epitaxial-layer thickness $W_B$ can be obtained from Ref. 2.18 as

$$BV_{RT} = E_{crit}W_B - \frac{qN_D W_B^2}{2\epsilon_{si}} \qquad (2.6)$$

where $BV_{RT}$ is the reachthrough-limited breakdown voltage and differs from the voltage derived in Eq. (2.2). This becomes more apparent when the electric-field configuration in Fig. 2.6 is examined; here, Fig. 2.6a is based on Eq. (2.2) and Fig. 2.6b is according to Eq. (2.6).



a.  Punchthrough

b.  Reachthrough

Fig. 2.6.  ONE-DIMENSIONAL ELECTRIC FIELD.

To determine the doping dependence of $E_{crit}$, Eq. (2.2) is substituted (2.15) into

$$E_{crit} = \left(\frac{2qN_D BV}{\epsilon_{si}}\right)^{1/2} \qquad (2.7)$$

21

FCS1689254

FCS1692754

and the critical electric field then becomes

$$E_{crit} = \sqrt{(2qN_D/\epsilon_{si})(2.932 \times 10^{12}\ N_D^{-0.666})\ \gamma} \qquad (2.8)$$

which, when substituted into Eq. (2.6) and solving for $W_B$ yields

$$W_B = \sqrt{\frac{2\epsilon_{si}}{qN_D}}\left(\sqrt{2.932 \times 10^{12}\ N_D^{-0.666}} - \sqrt{2.932 \times 10^{12}\ N_D^{-8.666} - BV\frac{q}{KT}}\right)$$

$$(2.9)$$

Combining Eqs. (2.4) and (2.5) for $\rho$ and Eq. (2.9) for $W_B$ in (2.3), the $\rho W_B$ product becomes a function of $N_D$ only.

The optimal values of $N_D$ and $W_B$ that minimize epitaxial bulk resistance are thereby obtained, and the results are plotted (dashed lines) in Fig. 2.5. These values are not substantially different from those indicated by the solid lines; they do imply, however, that less doping and a reduction in the thickness of the epitaxial layer will lower the on-resistance as compared to a direct calculation based only on Eqs. (2.1) and (2.2). In actual practice, the degree of control that can be achieved over epitaxial-layer thickness and doping and the need to allow for process tolerances make the differences between the solid and dashed curves a second-order consideration.

Figure 2.7 plots the results of the calculation of $W_B$ as a function of $W_B$ and the corresponding $N_D$ for a 300 V device. At BV = 300 V, the depletion-region width at the $N^-$ side is 20 $\mu$ and any $W_B$ greater than 20 $\mu$ will contribute unnecessary on-resistance. A 300 V breakdown voltage can be maintained, however, if both $W_B$ and $N_D$ are reduced because of the dependence of $E_{crit}$ on the doping concentration. Below the minimum $\rho W_B$ point, any further drop in $W_B$ will increase the on-resistance. For any required BV, a similar calculation can yield optimal values for $\rho$ and $W_B$.

22

FCS1689255

FCS1692755



Fig. 2.7.  PRODUCT OF RESISTIVITY AND THICK-
NESS OF THE EPITAXIAL LAYER, $\rho W_B$.  This is
a measure of the epitaxial contribution to
on-resistance vs net epitaxial thickness
$W_B$  and doping concentration  $N_D$  for a
300 V device.

E.   Modeling of Device On-Resistance

   1.   LDMOS

        The LDMOS equivalent circuit (Fig. 2.2a) contains four compo-
nents.  In high-voltage structures, however, the lateral extent of the
thin gate oxide over the N⁻ drift region and the lateral extent of the
metal gate after it steps up over the thick oxide above the N⁻ drift
region (Fig. 2.1a) are generally small compared to the total extent of
the N⁻ region [2.3].  This configuration is necessary to maximize the
voltage capability of the device because the gate metal serves as a

23

FCS1689256

field plate [2.3, 2.4]. As a result, the contributions of the depletion-mode device and bulk resistor $R_1$ to total on-resistance are normally small and, therefore, the contribution of the depletion-mode device can be neglected and only $R_1$ is included in the calculation of $R_2$. In low-voltage structures in which this is not a valid approximation, the formulations in Sections E.2 and E.3 for the VDMOS and VMOS can be directly extended to the LDMOS. With this simplifying assumption, the equivalent circuit becomes an enhancement-mode transistor in series with a bulk resistor.

Based on the assumptions of small drain-source bias and uniform channel doping, the enhancement-mode channel resistance becomes

$$R_E = \frac{1}{(W/L_{eff}) C_o \mu_E (V_G)(V_G - V_{TE})} \qquad (2.10)$$

where

$W$ = channel width

$L_{eff}$ = effective channel length

$C_o$ = gate-oxide capacitance/unit area

$\mu_E (V_G)$ = electron inversion-layer mobility

$V_{TE}$ = threshold voltage of the enhancement-mode device

For the LDMOS whose photomicrograph is shown in Fig. 2.4a, $\bar{W}$ = 3440 μ and $L_{eff} \cong$ 85 percent of the vertical difference in the $N^+$ and P diffusion depths. For the same diffusion schedules, $L_{eff}$ will depend on the epitaxial-layer concentration (Table 2.1) because the PN junction depth depends on $N^-$ doping. Here, $C_o$ was obtained directly from the measured gate-oxide thickness of 950 Å, and $V_{TE}$ was determined to be ≈2 V. Electron inversion-layer mobility depends on channel doping. In the devices considered here, $N_{A_{MAX}}$ = 5 × 10^{16}/cm^3 and, therefore, $\mu_{E_{MAX}} \cong$ 560 cm^2/Vsec [2.5, 2.6]. As gate bias is applied, the effective mobility will be reduced because of the vertical component of the electric field existing in the channel. In the calculation of on-resistance, the data in Refs. 2.5 and 2.19 were used to account for this reduction.

24

FCS1689258

FCS1692757

To model the bulk resistor $R_2$ in the LDMOS equivalent circuit, current is considered to flow from a line source with radius $r_1$ at the end of the channel to a line sink with radius $r_2$ at the $N^+$ contact (Fig. 2.8). This model is analogous to the electrostatic problem of an image charge in a conducting plane [2.20] and has been analyzed in detail by Pocha [2.13] who reported that the resulting resistance of the bulk epitaxial region is

$$R_2 = \frac{\rho}{W\pi} \left[ \ln\left(\frac{L' - r_1}{r_1}\right) + \ln\left(\frac{L' - r_2}{r_2}\right) \right] \qquad (2.11)$$

where

$L'$ = effective length of the $N^-$ epitaxial resistor

$r_1$ = effective radius of the current source at the end of the channel

$r_2$ = effective radius of the current sink at the $N^+$ contact

Here, $L' = 24$ μ was obtained directly from the mask dimensions of the device and the extent of the lateral diffusion of the P channel and $N^+$ diffusions; $r_1$ is related to the effective "emitting" area at the end of the channel ($r_1 = 0.5$ μ was in reasonable agreement with experiment), and $r_2$ is related to the effective "collecting" area of the $N^+$ diffusion ($r_2 = 2$ μ, close to the $N^+$ junction depth, was in good agreement in the devices considered here).



Fig. 2.8.   MODEL OF THE LDMOS USED TO
CALCULATE BULK RESISTANCE.

25

FCS1689259

FCS1692758

From the above formulations for $R_2$ and $R_2$, the calculated results plotted in Fig. 2.9 were compared to the experimental results obtained at three epitaxial-layer resistivities (see Table 2.1 for epitaxial thicknesses and $L_{eff}$ values). The drain voltage was limited to <100 mV to hold the devices in their linear region of operation.



Fig. 2.9.  ON-RESISTANCE OF LDMOS DEVICES VS
$V_G - V_{TE}$.

The agreement between these calculated and experimental results is good except for the gate-voltage values close to the threshold. There are two reasons for this discrepancy. First, in this region, channel resistance $R_c$ dominates and the inaccuracies in Eq. (2.19) become important because, for example, this expression does not take into account the nonuniform-channel doping profile; more accurate models [2.21] could possibly reduce this error. Second, under moderate to high gate biases, the thin-oxide overlap of the N⁻ region creates a surface accumulation layer that helps to prevent current crowding at the end of the channel; as the gate bias is reduced, this crowding becomes more severe ($r_1$ decreases) which leads to higher on-resistance than predicted

26

FCS1689260

FCS1692759

by the models. Whatever the reason, the small errors at low $V_{g}$ are not critical in many applications of power MOSFETs because gate voltages substantially above $V_{TE}$ would be used. The contributions of $R_{E}$ and $R_{1}$ to overall on-resistance will be considered specifically for the VDMOS in the following section.

2. <u>VDMOS</u>

Calculation of on-resistance in the VDMOS is illustrated in Fig. 2.10a and, for clarity, Fig. 2.10b is the top view of the VDMOS "cell." The thin gate oxide normally extends all the way between the adjacent source and channel diffusions. As a result, the surface accumulation layer (region ②) plays an important role in total on-resistance and cannot be neglected; physically, it collects the channel current and distributes it over the region between adjacent P diffusions, thereby preventing current crowding at the end of the channel and helping to reduce the on-resistance. This behavior is expected to be most effective at high gate voltages that maximize the conductivity of the accumulation layer. This has been confirmed by a rigorous two-dimensional computer simulation [2.22] in which the electron current was observed to flow uniformly and vertically toward the drain from the accumulation layer.

In addition, a junction field-effect transistor exists between the adjacent P diffusions (Fig. 2.2b). Depending on its ratio of channel width to P diffusion depth, this JFET can also play a significant role in overall on-resistance.

Neglecting contact resistances and the resistance of the bulk $N^{+}$ substrate, the VDMOS on-resistance is

$$R_{ON_{VDMOS}} = R_{E} + R_{D} + R_{JFET} + R_{4} \qquad (2.12)$$

where

$R_{E}$ = enhancement-mode on-resistance [the same as in Eq. (2.10), used in modeling the LDMOS]

$R_{D}$ = depletion-mode on-resistance (surface accumulation layer)

$R_{JFET}$ = JFET on-resistance

$R_{4}$ = bulk epitaxial-layer resistance

27

FCS1689261

FCS1692760



a. Separation into four series components with
   parameter definitions



DEPLETION-MODE
TRANSISTOR

ENHANCEMENT-MODE
TRANSISTOR

b. Top view of the VDMOS "cell"



c. Modification to account for
   overlapping of bulk epitax-
   ial trapezoids

Fig. 2.10.  MODEL OF THE VDMOS USED TO CALCULATE
ON-RESISTANCE.

28

FCS1689262

The parameters in $R_E$ are the same as those for the LDMOS. As shown in Fig. 2.10b, $W/2$ is the channel on one side of the cell and $W$ denotes the total channel width.

The following expression for the depletion-mode on-resistance is analogous to Eq. (2.10):

$$R_D = \frac{1}{3} \cdot \frac{1}{(W/L'_{eff}) C_o \mu_D (V_G)(V_G - V_{TD})} \qquad (2.13)$$

where $\mu_D(V_G)$ is electron (majority-carrier) accumulation-layer mobility and $L'_{eff}$ is the effective depletion-mode channel length. The factor of 1/3 indicates the two-dimensional nature of current flow from the accumulation layer into the bulk $N^-$ region [2.23,2.24] and models the conversion of current flow from lateral to vertical. More accurately, as illustrated in Fig. 2.2, the depletion-mode device should be modeled as a distributed structure. The derivation of this factor is considered in Fig. 2.11 where the current flows horizontally into the resistive element and out vertically along the element.



Fig. 2.11.  MODEL USED IN THE CALCULATION OF DEPLE-TION-MODE ON-RESISTANCE.

The power loss caused by a transverse current $i_x$ is

$$dq = \frac{i_x^2 \rho_s dx}{Z} \qquad (2.14)$$

29

FCS1689263

FCS1692762

where $\rho_s$ is sheet resistivity and $Z$ is the width of the element. Assuming that the current flows uniformly along the element,

$$i_x = \frac{I_o(L - x)}{L} \qquad (2.15)$$

where $L$ is the length of the element. Substituting Eq. (2.15) into (2.14) after integrating the total power loss, $P$ becomes

$$P = \int_0^L dp = \frac{I_o^2 \rho_s}{Z}\left(\frac{L}{3}\right) \qquad (2.16)$$

which indicates that the equivalent length of the resistance is $L/3$.

For the photomicrograph in Fig. 2.4b, $W = 3440\ \mu$ as before, $L_T$ (defined in Fig. 2.10) is $\approx 20\ \mu$, $C_o$ is determined from the gate-oxide thickness of 950 Å, and $V_{TD}$ depends on the epitaxial-layer doping concentration. The factor of 2 in the $L_{eff}'$ definition in Fig. 2.10a does not appear in Eq. (2.13) because two devices effectively act in parallel.

Majority-carrier electron mobility in the surface accumulation layer is a parameter not as well characterized in the literature as in-version-layer mobility. Based on the work of Reddi [2.25] and more re-cently obtained additional data [2.5], a value of $\mu_D = 1050\ cm^2/Vsec$ for the <100> surface at $V_G = 0$ was chosen. Note that this is not the limiting value of $\mu_D$ for $V_G - V_{TD} = 0$ because $V_{TD}$ is approximately $-2$ V. A formulation similar to that for $\mu_E$ [2.19,2.5] was used to account for the reduction in $\mu_D$ as the gate field is increased.

Derivation of the JFET component of the VDMOS equivalent cir-cuit (Fig. 2.2) is based on the geometry in Fig. 2.10a. The PN junction is modeled as a portion of a circle with the origin offset from the orig-inal mask edge by $0.15\ x_j$ (junction depth of channel diffusion) to ac-count for the difference in lateral and vertical diffusions. The current is assumed to originate uniformly from the surface accumulation layer. If $x$ is positive downward from the surface, the spacing between the two P diffusions becomes

30

FCS1689264

FCS1692763

$$L(X) = L - 2\sqrt{r_o^2 - x^2} \qquad (2.17)$$

where $L = L_n + 0.3 \ X_j$ and $r_o$ is the radius of the circle in Fig. 2.10a. Taking depletion regions that may exist in the $H^-$ region into account, $r_o = X_j + X_d$. The width of the depletion layer is

$$X_d = \left[\frac{2\varepsilon_{si}}{qN_D} (V_{DS} + \phi_B)\right]^{1/2} \qquad (2.18)$$

where $V_{DS}$ is the drain-source voltage and $\phi_B$ is the built-in potential of the channel-drain $p^+$-$n^-$ junction.

Current density as a function of $X$ is

$$J(X) = \frac{I}{WL(x)/2} = \frac{1}{\rho}\frac{dv}{dx} \qquad (2.19)$$

By substituting Eq. (2.17) into (2.19) and integrating, the total resistance of the JFET region becomes

$$R_{JFET} = \int_0^V \frac{dv}{I} = \frac{\rho}{W/2} \int_0^{X_A} \frac{dx}{L - 2\sqrt{r_o^2 - x^2}} \qquad (2.20)$$

where $X_A$ is equivalent to $\theta = 45°$. After conversion to the following polar coordinates,

$$x = r_o \sin \theta$$

$$dx = r_o \cos \theta d\theta$$

$$\sqrt{r_o^2 - x^2} = r_o \cos \theta$$

$$x = 0 \qquad \theta = 0$$

$$x = X_A \qquad \theta = \pi/4$$

Eq. (2.20) can be rewritten as

31

FCS1689265

$$R_{JFET} = \frac{\rho}{W/2} \frac{r_o}{L} \int_0^{\pi/4} \frac{\cos^2 \theta \, d\theta}{1 - 2/L \, r_o \cos \theta} \qquad (2.21)$$

Straightforward integration yields

$$R_{JFET} = \frac{2\rho}{W} \left[ \frac{1}{\sqrt{1 - (2r_o/L)^2}} \tan^{-1} (0.414) \sqrt{\frac{L + 2r_o}{L - 2r_o}} - \frac{\pi}{8} \right] \qquad (2.22)$$

which applies for low $V_{DS}$ (see Section H for high $V_{DS}$).

The JFET region of the VDMOS is considered to end at the point where $\theta = 45°$. Below this boundary in the $N^-$ material, a bulk resistor bounded by the trapezoidal geometry in Fig. 2.10a represents the series resistance of the epitaxial layer.

For long stripes of interdigitated structure, the procedure for calculating this trapezoidal volume resistance is similar to the one followed for the JFET region. Current density as a function of vertical distance $x$ is

$$J(x) = \frac{I}{W/2 \, (a + 2 \tan \alpha x)} \qquad (2.23)$$

where

I = current in the trapezoid

a = upper width of the trapezoid

α = spreading angle

The electric field is

$$E(x) = \rho J(x) \qquad (2.24)$$

and $R_4$ then becomes

$$R_4 = \frac{1}{I} \int_0^h E(x) \, dx \qquad (2.25)$$

Substituting Eqs. (2.23) and (2.24) into (2.25) yields

32

FCS1689266

FCS1692765

$$R_4 = \frac{\rho}{W}\frac{1}{\tan\alpha}\ln\left(1 + 2\frac{h}{a}\tan\alpha\right) \qquad (2.26)$$

where $h$ is the height of the trapezoid. The spreading angle is analogous to the thermal-impedance spreading angle derived by David [2.26]. His exact calculations can be approximated within ±5 percent by

$$\alpha = \begin{cases} 6.131° \ln\left(200.444\frac{h}{a}\right) & \frac{h}{a} \le 4.0 \\ 41° & \frac{h}{a} > 4.0 \end{cases} \qquad (2.27)$$

which was used in the modeling here.

For short stripes of trapezoids common in commercial layouts, the edge effect of two trapezoidal ends should be considered. The cross-sectional area of $A(x)$ in Fig. 2.12 is

$$A(x) = (a + 2\tan\alpha\cdot x)(b_1 + 2\tan\alpha\cdot x) \qquad (2.28)$$

where $b_1$ is the length of the trapezoid. Following a similar procedure used to calculate the long-stripe structure, $R_4$ becomes

$$R_4 = \int_0^h \frac{\rho\,dx}{(a + 2\tan\alpha\cdot x)(b_1 + 2\tan\alpha\cdot x)} \qquad (2.29)$$



Fig. 2.12. CROSS SECTION OF EPITAXIAL DRIFT REGION.

33

FCS1689267

FCS1692766

Straightforward integration yields

$$R_4 = \begin{cases} \dfrac{\rho}{(b_1 - a)\, 2 \tan \alpha} \left[ \ln\left(\dfrac{b_1}{a}\right) - \ln\left(\dfrac{b_1 + 2h \tan \alpha}{a + 2h \tan \alpha}\right) \right] & b_1 > a \\[4mm] \dfrac{\rho}{a \cdot 2 \tan \alpha} \left( 1 - \dfrac{1}{1 + h/a \cdot 2 \tan \alpha} \right) & b_1 = a \end{cases}$$

$$(2.30)$$

For $b_1 \gg a$, Eq. (2.26) can be used with little error; for example, if $b/a = 10$ and $h = a$, only a 5 percent error would result. For $b_1 = a$ (square-top trapezoid), the error will be substantial when $h/a$ is greater than 0.6. Figure 2.13 plots the ratio of $R_4$ [Eq. 2.30)]/$R_4$ [Eq. (2.26)] as a function of $h/a$.



Fig. 2.13.  RATIO OF EPITAXIAL BULK RESISTANCE CALCULATED IN EQ. (2.30) TO THAT IN EQ. (2.26) VS $h/a$.

If the epitaxial layer is very thick or if the surface packing density is high, adjacent trapezoids may overlap as in Fig. 2.16c. The resistance of region ⑤ can be determined by assuming uniform current flow in the merged region.

34

FCS1689268

FCS1692767

The model for on-resistance described above was applied to the VDMOS in Fig. 2.4b, and the results are plotted in Fig. 2.14; epitaxial thicknesses and $L_{eff}$ values are the same as in Table 2.1. Channel width was always 3440 μ. Over a wide range of epitaxial resistivities, agreement with the experimental measurements was excellent. As with the LDMOS, the discrepancy between experiment and theory was most pronounced at small $V_G - V_{TE}$ —most likely the result of the ineffectiveness of the surface accumulation layer to prevent current crowding at the end of the channel at low values.



Fig. 2.14. ON-RESISTANCE OF THE VDMOS VS $V_G - V_{TE}$.

It is possible to evaluate the contributions of the various parts of the VDMOS equivalent circuit to overall on-resistance, and Fig. 2.15 is an example. For this calculation, the P-channel and N⁺ junction depths were assumed to be 4 and 2 μ, respectively. This gives an $L_{eff}$ of ≈1.7 μ, and $L_T$ was assumed to be 20 μ. For each resistivity, an appropriate epitaxial thickness was determined from Fig. 2.5. Figure 2.15 plots the percentage of total on-resistance resulting from the

35

FCS1689269

FCS1692768



Fig. 2.15.   CALCULATED PERCENTAGE OF TOTAL VDMOS ON-RESISTANCE.

enhancement channel $R_E$ and from the sum of the JFET and bulk-resistance terms ($R_{JFET} + R_4$). The contribution of the depletion-mode device is simply the difference between 100 percent and the sum of the other two terms.

The results obtained from these calculations were not unexpected. In low-voltage devices ($\rho < 1$ Ω-cm), channel resistance is predominant and, in high-voltage structures, the bulk contributions of the JFET and the epitaxial layer dominate; in practice, when epitaxial resistivities are greater than 8 to 10 Ω-cm, overall on-resistance can be reasonably calculated from the bulk terms only.

The mask spacing between the P-type diffusion $L_T$ is critical in determining the on-resistance of the JFET and the bulk epitaxial-resistor portions of the VDMOS equivalent circuit. In high-voltage structures (8.5 Ω-cm) where these two components dominate, $L_T$ is a significant parameter in optimizing device performance, as can be seen in the experimental results in Fig. 2.16. These measurements were obtained from smaller-geometry devices (W = 200 μ) which accounts for the higher values of on-resistance. In low-voltage devices (0.5 and 1.1 Ω-cm) where channel rather than bulk resistance dominates; however, $L_T$ is not as critical. It is not desirable to arbitrarily increase $L_T$ in high-voltage devices, however, because this will reduce total channel width (and, therefore, increase on-resistance). For a given epitaxial resistivity

36

FCS1689270



Fig. 2.16.  EFFECT OF P-CHANNEL DIFFUSION SEPARATION $L_T$
ON VDMOS ON-RESISTANCE.

and chip area, an optimal value for $L_T$ should be established, which
will minimize on-resistance. This will be demonstrated in Section F.

### 3.  VMOS

Calculation of on-resistance in the VMOS is illustrated in Fig.
2.17. The thin gate oxide normally extends down to the bottom of the
groove, which results in a surface accumulation layer under the gate where
the groove extends into the $N^-$ region. As in the VDMOS, this property
tends to minimize current crowding at the end of the enhancement channel
and, therefore, reduces on-resistance. This region should be modeled as
a distributed network of depletion-mode transistors in series with bulk
resistors; however, for simplicity, the same single-transistor/series-
resistor model used in the VDMOS was employed here.

The overall on-resistance of the VMOS, therefore, is

$$R_{ON_{VMOS}} = R_E + R_D + R_3 + R_4 \qquad (2.31)$$

37

FCS1689271

FCS1692770



Fig. 2.17.  MODEL OF THE VMOS USED TO
CALCULATE ON-RESISTANCE.  The device
is separated into four series compo-
nents.

where

$R_E$ = enhancement-mode on-resistance, as defined in Eq. (2.10)

$R_D$ = depletion-mode on-resistance (surface accumulation layer), as
defined in Eq. (2.13)

$R_3$ = bulk resistance of region ③

$R_4$ = bulk resistance of trapezoidal region ④

The parameters are similar to those for the LDMOS and VDMOS except for
$L_{eff}$ and μ. The channel length in the VMOS is ≈1.5 times longer than
those in the LDMOS and VDMOS.  Both the inversion-layer mobility $μ_E$ and
the majority-carrier accumulation-layer mobility are smaller on the <111>
surface of the VMOS than they are on the <100> surfaces of the other two;
80 percent of the corresponding numbers on the <100> plane were used for
the VMOS [2.5,2.6] with the same reduction factors to account for the
gate electric field in the LDMOS and VDMOS.

The bulk resistance of region ③ in Fig. 2.17 can be calculated
by assuming that the geometry is a sector of a circle with an included
angle of 54.7°. The current is also assumed to enter this region uni-
formly from the surface accumulation layer under the gate. Using the
apex of the VMOS as the origin of the cylindrical coordinate, the voltage
in region ③ is

38

FCS1689272

FCS1692771

$$V(r) = \int_0^{54.7°} rE \, d\delta \qquad (2.32)$$

where r is the radial distance from the origin and

$$E = \frac{I\rho}{L'_{eff}(W/2)} \qquad (2.33)$$

is the electric field. The bulk resistance in region ③ $R'_3$ can now be calculated as

$$R'_3 = 2R_3 = \frac{V}{I} = \frac{1}{I} \frac{1}{L'_{eff}} \int_0^{L'_{eff}} V(r) \, dr \qquad (2.34)$$

The factor of 2 in front of $R_3$ indicates that two resistors $R'_3$ act in parallel in the VMOS equivalent circuit. Substituting $V(r)$ from Eq. (2.32) into (2.34) and straightforward integration yields

$$R_3 = 0.477 \frac{\rho}{W} \qquad (2.35)$$

Region ④ in the VMOS is identical to $R_4$ in the VDMOS device, and its resistance was derived in Eq. (2.26). The same considerations regarding the overlap of adjacent trapezoids described in Fig. 2.10c apply here.

The theoretical and experimental on-resistances of this VMOS at various epitaxial resistivities are compared in Fig. 2.19. The width of the mask opening for the V-groove etch was 10 μ. The agreement at high gate voltages is excellent. As $V_G - V_{TE}$ approaches zero, however, the divergence between theory and experiment becomes apparent, as was also observed in the LDMOS and VDMOS. Again, this behavior is believed to be the result of the failure of these models to account for current crowding at the end of the enhancement channel, particularly at low $V_G$ where the surface accumulation layer is not as effective in reducing this crowding.

39

FCS1689273

FCS1692772



Fig. 2.18.  ON-RESISTANCE OF THE VMOS VS $V_G - V_{TE}$.

The effect of V-groove depth for a given P-channel junction depth on on-resistance is plotted in Fig. 2.19; these calculations are for the 8.5 Ω-cm,26.8-μ epitaxial-layer device in Fig. 2.18. The overall on-resistance (vertical scale) is normalized to the value achieved for a nominal 10 μ mask dimension. As L drops below 10 μ, on-resistance increases because of severe current crowding at the end of the enhancement channel,and the surface accumulation layer becomes less effective as its length is reduced. For L < 7 μ, the V-groove does not completely penetrate the channel diffusion and the on-resistance becomes infinite. This dependence of $R_{ON}$ on L should be less pronounced in low-voltage devices where $R_E$ tends to dominate; it should also be less pronounced at lower gate voltages for the same reason.

4.    TVMOS

Another form of the VMOS is the truncated VMOS (TVMOS) structure [2.27]. As the SEM in Fig. 2.20 indicates, this device is fabricated by terminating the V-groove etch prior to reaching the apex of the groove, which requires a larger mask dimension, lower packing density, and better

40

FCS1689274

FCS1692773



Fig. 2.19.  CALCULATED EFFECT OF V-GROOVE DEPTH
ON VMOS ON-RESISTANCE.



Fig. 2.20.  SEM OF THE TRUNCATED V-GROOVE TVMOS.

41

FCS1689275

FCS1692774

processing control than for the standard VMOS. The advantage here is
that the flat-bottom portion of the V-groove behaves much like the sur-
face accumulation region in the VDMOS by spreading out the current dis-
tribution and thereby reducing both current crowding and on-resistance.

The calculation of on-resistance in the TVMOS is illustrated
in Fig. 2.21. The depth of the flat bottom can be seen to be beyond the
depth of the P channel. Neglecting the small sections of circles used
in VMOS modeling [$R_3$ in Eq. (2.35)], the TVMOS on-resistance is

$$R_{ON_{TVMOS}} = R_E + R_D + R_4 \qquad (2.36)$$

where

$R_E \approx$ enhancement-mode on-resistance

$R_D =$ depletion-mode on-resistance [surface accumulation layer]

$R_4 =$ bulk resistance of trapezoidal region ④

The parameters $L_{eff}$, $L'_{eff}$, $\mu_E$, and $\mu_D$ must be modified because of
the differences in device geometry and crystal orientations; $L'_{eff}$ is
one-half of the lateral distance between the P channels, and $\mu_D$ is the
accumulation-layer mobility on the <100> surface. Region ④ [$R_4$] is
identical to those of the VMOS and VDMOS, and its on-resistance was
derived in Eq. (2.26).



Fig. 2.21. MODEL OF THE TVMOS USED TO CALCULATE
ON-RESISTANCE. The device is separated into
three series components.

42

FCS1689276

The advantage of the TVMOS can be seen in the experimental data in Fig. 2.22 where devices with 10 and 20 μ mask openings for the V-groove etch are compared in terms of on-resistance. Etching was terminated shortly after the 10 μ opening reached the bottom of its groove, which resulted in the 20 μ opening being etched approximately 7 to 8 μ deep with a flat-bottom length of ≈8 to 10 μ. The channel width was always 200 μ. In lower voltage devices (1.1 Ω-cm), this truncated structure offers little advantage because $R_E$ dominates; in higher voltage devices (8.5 Ω-cm), however, the truncated geometry makes a significant difference because bulk resistances dominate. The spreading out of the current distribution by the accumulation layer at the groove bottom should be helpful here.



Fig. 2.22.  COMPARISON OF THE ON-RESISTANCE OF VMOS DEVICES WITH BOTH FULLY ETCHED AND TRUNCATED V-GROOVES VS $V_G - V_{TE}$.

For comparison, the on-resistance of a VDMOS fabricated in 8.5 Ω-cm epitaxy with W = 200 μ and $L_T$ = 20 μ is also plotted in Fig. 2.22. Its shorter channel and higher electron mobility have the advantage in on-resistance at low gate voltages. At higher voltages where

43

FCS1689277

FCS1692776

bulk resistances dominate, the truncated VMOS is superior because the current in the VDMOS flows through the bulk material all the way from the surface down to the N$^+$ substrate; in the truncated VMOS, this distance is reduced by the nonplanar configuration.

### 5. Device Comparisons

The models discussed in this section facilitate the calculation of on-resistance in a number of planar and nonplanar power MOSFETs. Their comparative advantages are difficult to describe because these structures are highly dependent on technology and design rules (layout). The following observations, however, are based on the above modeling.

- In high-voltage applications, bulk resistance completely dominates overall on-resistance. This tends to mask any device differences resulting from mobility and scattering-limited velocity variations with crystal orientations and doping levels. At very high voltages, the selection of a specific structure will be based on layout efficiency and technology rather than on such parameters as $\mu_E$ and $v_{SAT}$.

- In low- and moderate-voltage applications, the LDMOS and VDMOS are superior in terms of electron mobility in the active channel which implies that, for a given channel width, these devices will exhibit lower on-resistance when $R_E$ and $R_D$ dominate. This advantage may be obviated, however, by layout considerations because the overall goal is to achieve a specified on-resistance in a minimum chip area.

### F. Application of On-Resistance Models to Power-MOSFET Design

The on-resistance models of the LDMOS, VDMOS, and VMOS have the potential of becoming very powerful tools in power-MOSFET design. It is apparent that the primary objective is to minimize on-resistance; however, the following variations in emphasis are dependent on the breakdown-voltage requirement.

- For high-voltage devices, the goal is to minimize bulk resistance.
- For low-voltage devices, the goal is to maximize the $W/L_{eff}$ ratio for a given chip area.

44

FCS1689278

FCS1692777

One example of an application of these models is a commercial power FET known as the HEXFET [2.28]. Its structure is a vertical DMOS (VDMOS) consisting of many nested cells of hexagonal geometry as illustrated in Fig. 2.23.

For simplicity, a rectangular vertical geometry (Fig. 2.24) was chosen to account for the portion of JFET resistance. This modification helps to simplify the mathematical calculation of $R_{ON}$ which, when calculated, will be slightly higher than the measured value because of the lack of curvatures in the diffused junctions.



Fig. 2.23. HEXFET TOPOLOGY. Here, $b_1$ is the length of one side of a hexagon and $L_T$ is the spacing between the p-wells.

Fig. 2.24. SIMPLIFIED CROSS SECTION OF THE HEXFET.

The cell area of the hexagon in Fig. 2.23 is

$$A_{cell} = \frac{3\sqrt{3}}{2}\left(b_1 + \frac{L_T}{\sqrt{3}}\right)^2 \qquad (2.37)$$

where $b_1$ is the cell width, $L_T$ is gate width, and the cell boundary is halfway between the adjacent cells. The total number of cells for a given chip area $A$ is

$$N_{cell} = \frac{A}{A_{cell}} \qquad (2.38)$$

45

FCS1689279

FCS1692778

Two adjacent hexagons form a "trapezoid" as described in Fig. 2.23, and the number of these trapezoids for a given chip area then becomes

$$N_T = 3N_{cell} \qquad (2.39)$$

The areas between adjacent trapezoids are not considered in these calculations. The reason for calculating $N_T$ is that, in high-voltage applications (breakdown voltages greater than 300 V), overall on-resistance is dominated by bulk resistance, and only $R_{JFET}$ and $R_{EPI}$ must be considered. In low-voltage applications, the MOS channel contribution must also be taken into account. After this is determined, total on-resistance becomes

$$R_T = \frac{(R_{JFET} + R_{EPI}) \text{ of one trapezoid}}{N_T} \qquad (2.40)$$

where $R_{JFET} = \rho X_j / b_1 L_0$ and

$\rho$ = resistivity of epitaxial layer

$X_j$ = p-well depth

$L_0 = L_T - 2(X_3 + 0.85 X_3)$

$R_{EPI}$ = epitaxial bulk resistance [Eq. (2.35)]

After substituting Eqs. (2.37), (2.38), and (2.39) into (2.40),

$$R_T = \frac{\sqrt{3}}{2A} \left( b_1 + \frac{L_T}{\sqrt{3}} \right)^2 (R_{JFET} + R_{EPI}) \qquad (2.41)$$

Normalized by $\sqrt{3}/2A$, $R_T$ then becomes

$$\hat{R}_T = \left( b_1 + \frac{L_T}{\sqrt{3}} \right)^2 (R_{JFET} + R_{EPI}) \qquad (2.42)$$

After the breakdown voltage has been established, epitaxial thickness $W_B$ and resistivity can be determined from Eq. (2.3). The problem

46

FCS1689280

FCS1692779

then becomes one of optimizing the two independent variables $b_1$ and $L_T$ to obtain a minimum value for $\hat{R}_T$ over a certain range of $b_1$ and $L_T$. One of the industrial standard 450 V (breakdown voltage) devices is used to illustrate the application procedures. To achieve the final 450 V requirement, the 550 V ideal parallel-plane breakdown voltage will accommodate the approximately 15 percent loss in voltages caused by the edge effects and processing variations. Under this condition, the effective epitaxial thickness (between the p-well and $N^+$ substrate) becomes 33.57 $\mu$ and epitaxial resistivity is 13.67 $\Omega$-cm.

To determine the minima of the function $f(x,y)$ [2.29] requires simultaneous solutions of

$$\frac{\partial f}{\partial x} = 0 \qquad\qquad (2.43)$$

and

$$\frac{\partial f}{\partial y} = 0 \qquad\qquad (2.44)$$

which should satisfy the following criteria:

$$\left(\frac{\partial^2 f}{\partial x \partial y}\right)^2 - \frac{\partial^2 f}{\partial x^2}\frac{\partial^2 f}{\partial y^2} < 0$$

and

$$\frac{\partial^2 f}{\partial x^2} > 0$$

Based on this condition and with $x_j = 3\mu$ and $x_d = 1.58\mu$ for $1\mu \leq b_1 \leq 30\mu$ and $10\mu \leq L_T \leq 40\mu$, the minimum value of $\hat{R}_T$ was found to be $4.37 \times 10^{-2}$ $\Omega$-cm$^2$ at $b_1 = 6\mu$ and $L_T = 18\mu$. If chip area A is 0.0746 cm$^{-2}$, for example, $R_{T(min)}$ will be 0.51 $\Omega$. The value achieved in the commercial 400 V HEXFET (IRF330) is 0.9 $\Omega$. This discrepancy is probably the result of the differences in $x_j$, $b_1$, and $L_T$ and the omission of channel resistance in the calculations.

In Fig. 2.25, $\hat{R}_T$ is plotted as a function of $L_T$ for various values of $b_1$. As $L_T$ is reduced, the number of cells increases; however, current crowding will raise the on-resistance enormously. On the other

47



Fig. 2.25. NORMALIZED ON-RESISTANCE VS GATE WIDTH
FOR VARIOUS CELL WIDTHS.

hand, if $L_T$ becomes too large, the number of cells will drop even
though the individual JFET and epitaxial resistances are small, and this
will also contribute to the on-resistance. As a result, there is an
optimal point in $L_T$ at which a minimum $\hat{R}_T$ can be established for a
given $b_1$. It can be seen in Fig. 2.25 that on-resistance increases
more rapidly if the gate dimension is too narrow rather than too wide.

In Fig. 2.26, $\hat{R}_T$ is plotted as a function of $b_1$ for various
values of $L_T$. For the same reasons as in Fig. 2.25, there is an optimal
point in $b_1$ at which a minimum $\hat{R}_T$ can be obtained for a given $L_T$.

It becomes apparent in Figs. 2.25 and 2.26 that there are optimal
gate and cell widths for a given epitaxial-layer resistivity and channel
junction depth. A specific geometry and resistivity have been selected
in this section to illustrate the optimization of layout dimensions via
the on-resistance model. These models are also applicable to other
geometries.

48

FCS1689282