

Fig. 5.1.   CROSS SECTION OF A RESURF DIODE.

surrounded by $P^+$ isolation diffusion.  When the diode is reverse biased, avalanche breakdown can occur at the vertical $P^+N^-$ junction (surface breakdown) or at the horizontal $P^-N^-$ junction (bulk breakdown).  It has been observed [5.5,5.6] that the diode with a thinner $N^-$ layer exhibited a considerably higher breakdown voltage than did the one with a thicker layer.

    To achieve a better understanding of this behavior, a diode with a very thick epitaxial layer is first considered.  Based on the one-dimensional plane-junction approximation, the vertical $P^+N^-$ junction is one-sided, which is in contrast to the two-sided horizontal $P^-N^-$ junction and, as a result, the critical field will first be reached at the surface.  With thick epitaxial layers, the depletion at the surface of the vertical $P^+N^-$ is not influenced by the horizontal junction because the horizontal $P^-N^-$ is considered to be disconnected from the $N^+$ contact.  Breakdown voltage is determined, therefore, by the $P^+N^-$ junction whose electric-field pattern is shown in Fig. 5.2a.

    As the epitaxial layer is made thinner, the depletion region will move from the bottomside horizontal junction toward the surface.  If the layer is made thin enough so that the depletion region reaches the surface, the depletion region of the vertical junction will extend along the surface over a much longer distance than can be predicted from a simple one-dimensional calculation.  This behavior implies a strong reduction of the surface electric field.  Below a certain thickness, the surface field will not reach the critical value, and the bulk field will arrive at $E_{crit}$ first.  Breakdown voltage is then determined by the horizontal junction, and the ideal bulk breakdown (Fig. 5.2b) can be realized.  If the epitaxial layer is too thin, this can be considered

- 164 -

FCS1689395

FCS1692894



a. Thick epitaxial layer



b. Thin epitaxial layer

Fig. 5.2. ELECTRIC-FIELD DISTRIBUTION.

to be a punchthrough diode; the vertical $P^+N^-$ can be neglected, and the breakdown voltage is thereby determined by the $N^+N^-P^-$ diode.

Because the interaction of the vertical- and horizontal-junction depletion layers is highly two dimensional, a two-dimensional numerical analysis is required to calculate the breakdown voltages. For a given substrate ($N_{A(sub)} = 1.7 \times 10^{14}$ cm$^{-3}$) and epitaxial ($N_{D(epi)} = 6 \times 10^{14}$ cm$^{-3}$) doping concentration, the calculated breakdown voltage is plotted in Fig. 5.3 as a function of epitaxial-layer thickness (assuming that the lateral distance between the $N^+$ and $P^+$ diffusions is very much greater than the layer thickness). There is an optimal epitaxial thickness at which breakdown occurs at the $N^+N^-P^-$ bulk junction and where breakdown voltage is maximized (region ②). On each side of this thickness, the breakdown voltage drops as the result of field crowding near

165

FCS1689396

FCS1692895



Fig. 5.3. BREAKDOWN VOLTAGE AS A FUNCTION OF EPITAXIAL THICKNESS. Epitaxial and substrate doping concentrations are constant [5.5].

either the $P^+N^-$ (region ③) or $N^-N^+P^+$ (region ①) junction. The optimal thickness is established when $N_{D(epi)} \cdot d_{epi} = 1 \times 10^{12}$ cm$^{-3}$. Figure 5.4 illustrates how breakdown voltage depends on epitaxial doping concentration after $N_{A(sub)}$ and $d_{epi}$ are known [5.6]. As can be seen in Fig. 5.3, the maximum breakdown voltage appears at the point where $N_{D(epi)} \cdot d_{epi} = 1 \times 10^{12}$ cm$^{-2}$.



Fig. 5.4. BREAKDOWN VOLTAGE AS A FUNCTION OF EPITAXIAL DOPING CONCENTRATION. The dotted line between A and B represents the theoretical breakdown voltage of the $N^+N^-P^+$ horizontal junction [5.6].

166

FCS1689397

FCS1692896

1.   Similarity between RESURF and Ion-Implanted Offset-Gate MOSFETs

Erb and Dill [5.7] first proposed the ion-implanted offset-gate
(or "extended drain") MOSFET in Fig. 5.5 wherein the completely depleted
offset region greatly reduces the drain field.  The advantage of this
structure is that breakdown voltage can be controlled by adjusting the
ion dose.  This configuration has been modified for the silicon-on-sap-
phire (SOS) transistor in Fig. 5.6 [5.2] and for the DMOS transistor in
Fig. 5.7 [5.3].



Fig. 5.5.  CROSS SECTION OF AN ION-
IMPLANTED OFFSET-GATE HIGH-VOLTAGE
MOSFET [5.7].



Fig. 5.6.  CROSS SECTION OF THE OFFSET-GATE
SOS/MOS TRANSISTOR [5.2].

167

FCS1689398

FCS1692897



Fig. 5.7.  CROSS SECTION OF THE HIGH-VOLTAGE
DMOS TRANSISTOR [5.3].

In both the offset-gate and RESURF MOSFETs, a JFET (pinched resistor) between the active low-voltage region and the high-voltage contact region is introduced to reduce the surface field. The equivalent circuit in Fig. 5.8 is represented by an MOS transistor in series with a JFET.



Fig. 5.8.  EQUIVALENT CIRCUIT OF THE
STRUCTURES IN FIGS. 5.5, 5.6, AND
5.7.

The portion of the offset gate in Fig. 5.5 is redrawn in Fig. 5.9 wherein the ion-implanted N⁻ region is deeper than the N⁺ drain contact. The resemblance between the two structures is apparent. When the N⁻ region is ion implanted, it becomes an offset gate and, when it is epitaxially grown, it becomes RESURF. There is also an optimal ion-implanted dose to maximize the breakdown voltage, and Fig. 5.10 plots this voltage as a function of dosage [5.3]. When the ion dose is high, avalanche breakdown occurs at the terminal of the N⁻ region to the source (Ⓐ in Fig. 5.9) and this region is not depleted; when the dose is low,

FCS1689399

FCS1692898



Fig. 5.9.  SIMILARITY BETWEEN OFFSET-GATE AND RESURF MOSFETS.



Fig. 5.10.  BREAKDOWN VOLTAGE AS A FUNC-
TION OF ION-IMPLANTED DOSE.  Substrate
doping is $1.5 \times 10^{14}$ cm$^{-3}$ [5.3].

the $N^-$ region is completely depleted and breakdown occurs at the terminal
of the $N^+$ drain region (ⓑ in Fig. 5.9).  The optimal ion-implanted dose
is experimentally determined to be nearly equal to $1.1 \times 10^{12}$ cm$^{-2}$.

3.  <u>Derivation of $N_{D(epi)} \cdot d_{epi} \simeq 1 \times 10^{12}$ cm$^{-2}$ at Ideal Bulk
Breakdown</u>

As noted above, the ion-implanted offset-gate region or the
thin epitaxial layer can be regarded as a pinched resistor (JFET).  To

. 169

FCS1689400

FCS1692899

prevent breakdown at the vertical $P^+N^-$ junction in the RESURF or at the end of the $N^-$ implanted region near the source in the offset gate, the $N^-$ region should be completely depleted before the $P^+N^-$ junction (in RESURF) or $P^+N$ junction (in the offset gate) reaches $E_{crit}$. In the RESURF structure, for example, the depletion-layer width on the side of the epitaxial layer is

$$X_d = \left[ \frac{2\varepsilon_{si}N_{A(sub)}V_a}{q(N_{A(sub)} + N_{D(epi)})N_{D(epi)}} \right]^{1/2} \qquad (5.1)$$

where $V_a$ is the applied potential and the built-in potential is neglected. At $V_a = BV$, the electric field at or near the $P^+N^-$ junction, as determined in Eq. (2.7), is

$$BV = \frac{\varepsilon_{si}E_{crit}^2}{2qN_{D(epi)}} \qquad (5.2)$$

which, when substituted into Eq. (5.1), should yield the depletion-layer width at the $P^+N^-$ junction breakdown when the epitaxial layer becomes too thick. To avoid this problem, $d_{epi}$ should be less than the $X_d$ value; that is,

$$d_{epi} \leq \left[ \frac{2\varepsilon_{si}N_{A(sub)}}{q(N_{A(sub)} + N_{D(epi)})N_{D(epi)}} \frac{\varepsilon_{si}E_{crit}^2}{2qN_{D(epi)}} \right]^{1/2} \qquad (5.3)$$

By rearranging, the following condition is obtained:

$$N_{D(epi)} \cdot d_{epi} \leq \frac{\varepsilon_{si}}{q} \left[ \frac{N_{A(sub)}}{N_{A(sub)} + N_{D(epi)}} \right]^{1/2} \cdot E_{crit} \qquad (5.4)$$

Based on the doping concentrations in Fig. 5.3,

$$N_{A(sub)} = 1.7 \times 10^{14} \text{ cm}^{-3}$$

170

FCS1689401

FCS1692900

$$N_{D(epi)} = 6 \times 10^{14} \text{ cm}^{-3}$$

$$E_{crit} \approx 2.2 \times 10^{5} \text{ V/cm}$$

Eq. (5.4) results in

$$N_{D(epi)} \cdot d_{epi} < 6.75 \times 10^{11} \text{ cm}^{-2}$$

The reason for the discrepancy between this value and $1 \times 10^{12} \text{ cm}^{-2}$ is that a one-dimensional approximation has been used in the derivation of Eq. (5.4), and a two-dimensional numerical calculation is required to obtain the optimal condition.

Another observation in the utilization of a JFET element to achieve high breakdown voltage is the gate-associated transistor (GAT) [5.8] whose schematic and equivalent circuit are shown in Fig. 5.11. The JFET is merged into the base of a standard bipolar transistor. The simultaneous improvements in collector-emitter breakdown voltage and common-emitter current gain are the result of gate shielding that prevents the depletion layer from extending into the base region.

B.   Application of RESURF to the LDMOS--Breakdown-Voltage Improvement

1.   One-Dimensional Calculation

The LDMOS transistor is important in power-switching IC applications because its planar configuration (all three electrodes on the topside surface) is attractive when combining high-voltage transistors and low-voltage circuitry on the same chip. The geometry of its active region is illustrated in Fig. 5.12. A LDMOS with a 5 Ω-cm, 25 μ epitaxial layer on a 15 to 30 Ω-cm P$^-$ substrate will break down at approximately 250 V [5.9] as a result of channel junction curvature and field crowding near the source-contact metallization edges. A LDMOS with a thinner epitaxial layer (5 Ω-cm, 14 μ) on a 7 Ω-cm p-type substrate has been designed [5.10] to achieve a 400 V BV$_{DSS}$ breakdown voltage. This improvement is the result of the combined field-shaping effects of the channel and substrate junction acting together to deplete the epitaxial drift region.

171

FCS1689402

FCS1692901



a.  Schematic cross section



b.  Equivalent circuit

Fig. 5.11.  GATE-ASSOCIATED TRAN-
SISTOR [5.9].



Fig. 5.12.  GEOMETRY OF THE LDMOS TRANSISTOR.

.172

FCS1689403

FCS1692902

It should be noted that this improvement is only possible when the source and P⁻ substrate are at the same potential; otherwise, source-to-substrate punchthrough can occur in the thin epitaxy.

Two factors affecting the breakdown of the LDMOS are epitaxial thickness and the separation between the drain and gate-contact metals. This section considers two extreme conditions--very thick and very thin epitaxial layers.

### a. Very Thick Epitaxial Layer

LDMOS breakdown is caused primarily by channel junction curvature and, as a result, the P⁻ substrate can be neglected. A first-order approximation of this breakdown voltage is based on a cylindrical junction formulation [5.11],

$$BV = \left\{ \frac{1}{2} \left[ \left( \frac{r_j}{W'} \right)^2 + 2 \left( \frac{r_j}{W'} \right)^{6/7} \right] \ln \left[ 1 + 2 \left( \frac{W'}{r_j} \right)^{8/7} \right] - \left( \frac{r_j}{W'} \right)^{6/7} \right\} BV_{pp}$$

$$(5.5)$$

where

$r_j$ = channel junction depth (µ)

$BV_{pp}$ = plane breakdown voltage [Eq. (2.2)]

$W' = 2.57 \times 10^{-2} \ BV_{pp}^{7/6}$ (µ)

With an epitaxial doping of $1 \times 10^{15} \ cm^{-3}$ and $r_j = 5 \ \mu$, Eq. (5.5) yields 147 V which agrees well with the measured data; however, when the source metal field plate overlaps the junction, this voltage increases to ≈250 V.

### b. Very Thin Epitaxial Layer

The N⁻ epitaxial drift region becomes depleted long before the channel junction reaches the critical field; here, the effect from the channel junction can be neglected, breakdown will occur between the drain and substrate, and the derivation becomes that for an N⁺N⁻P⁻ punchthrough diode. In Chapter II, the one-sided abrupt P⁺N⁻ diode-breakdown

173

FCS1689404

FCS1692903

calculation (one-dimensional) was considered. For abrupt $P^-N^-$ junctions having doping levels of $N_A$ and $N_D$, breakdown voltage can also be obtained from Eq. (2.2) by using an effective doping concentration $N_{eff}$ [5.12] such that

$$\frac{1}{N_{eff}} = \frac{1}{N_A} + \frac{1}{N_D} \tag{5.6}$$

Substituting this $N_{eff}$ into Eq. (2.2), the breakdown voltage in a $P^-N^-$ junction becomes

$$BV \cong 2.932 \times 10^{12} \, N_{eff}^{-0.666} \tag{5.7}$$

from which the critical field can be derived [based on Eq. (2.7)] as

$$E_{crit} = \left( \frac{2 \times 2.932 \times 10^{12} \, q N_{eff}^{0.334}}{\varepsilon_{si}} \right)^{1/2} \tag{5.8}$$

After determining $E_{crit}$, the following calculation of the breakdown voltage of an $N^+N^-P^-$ punchthrough diode $BV_{PT}$ becomes straightforward. In Fig. 5.13, a one-dimensional Poisson equation was solved.

For $x < 0$,

$$\frac{dE}{dx} = \frac{q N_{A(sub)}}{\varepsilon_{si}} \tag{5.9}$$

and, after integration,

$$E_{max} = \frac{q N_{A(sub)}}{\varepsilon_{si}} X_P \tag{5.10}$$

For $x \geq 0$,

$$\frac{dE}{dx} = -\frac{q N_{D(epi)}}{\varepsilon_{si}} \tag{5.11}$$

and, after integration,

$$E_1 \leq E_{crit} - \frac{q N_{D(epi)}}{\varepsilon_{si}} \, dn \tag{5.12}$$

174

FCS1689405

FCS1692904



Fig. 5.13.  ELECTRIC FIELD OF AN $N^+N^-P^-$ DIODE
AT AVALANCHE BREAKDOWN.

Punchthrough breakdown voltage then becomes

$$BV_{PT} = \frac{1}{2} X_p E_{crit} + \frac{1}{2} (E_{crit} + E_1) d_n \quad (5.13)$$

which, after substituting Eqs. (5.10) and (5.12) into it, yields

$$BV_{PT} = \frac{E_{crit}^2 \varepsilon_{si}}{2qN_{A(sub)}} + E_{crit} d_n - \frac{qN_{D(epi)} d_n^2}{2\varepsilon_{si}} \quad (5.14)$$

where $d_n$ is the spacing between the drain and substrate.

These calculations have been confined to plane junctions.
Taking the $N^+$ drain-diffusion curvature into account, $BV_{PT}$ can be mod-
ified by a cylindrical-junction approximation.

First, punchthrough voltage $V_p$ (5.13) is

$$V_p = \frac{qN_{D(epi)} d_n^2}{2\varepsilon_{si}} \quad (5.15)$$

The breakdown voltage of the punchthrough diode with a cylindrical
junction $BV_{Cy}$ is then related to $V_{PT}$ and $V_p$ through two factors.

175

FCS1689406

FCS1692905

$$BV_{cy} = F_{1cy} BV_{PT} + F_{2cy} W_F \qquad (5.16)$$

where

$$F_{1cy} = (6)^{1/7} \left(\frac{r_{jn}}{dn}\right)^{6/7} \ln\left(1 + \frac{W_I'}{r_{jn}}\right)$$

$$F_{2cy} = \left(\frac{r_{jn}}{dn}\right)^2 \left(1 + \frac{W_I'}{r_{jn}}\right)^2 \ln\left(1 + \frac{W_I'}{r_{jn}}\right) - 1$$

Here, $W_I'$ is the equivalent depletion-layer width at the curved $n^+$ diffusion and is related to $dn$ by

$$\left(\frac{dn}{r_{jn}}\right)^2 = \left(1 + \frac{W_I'}{r_{jn}}\right)^2 \ln\left(1 + \frac{W_I'}{r_{jn}}\right) - \frac{3}{2}\left[\left(1 + \frac{W_I'}{r_{jn}}\right)^2 - 1\right] \qquad (5.17)$$

where $r_{jn}$ is the $N^+$ diffusion depth. For $r_{jn} = 2\ \mu$, $dn = 3\ \mu$, and $N_{D(epi)} = N_{A(sub)} = 1 \times 10^{15}\ cm^{-3}$, the calculated $BV_{cy}$ is 224 V.

## 2. Two-Dimensional Calculation

In the intermediate range of epitaxial-layer thickness, a two-dimensional numerical simulation is required to calculate the breakdown voltage. The computer program used in this study was CANDE (Computer Analysis of Nonplanar DEvices) [5.14] that solves Poisson's equation with the appropriate boundary conditions via a two-dimensional depletion-region approximation within the semiconductor. This computation of avalanche breakdown voltages by CANDE begins by first solving Poisson's equation with a specified bias. Following completion of the field calculations, an avalanche ionization integral is formulated by first determining the path of multiplication and then calculating the integrals.

To determine the path, a single electric-field line is identified by the location of a starting point, which is generally the point of the highest electric field in the device because the path of maximum

176

FCS1689407

FCS1692906

multiplication normally passes through it.  The electric-field line is
then followed in both directions along the path of the potential gradient
until the field becomes negligible.  If the path reaches the interface
between the semiconductor and insulator, it can be modified so that it
will remain in the semiconductor and the field component is taken in that
direction.

After the fields and spacings along the multiplication path are
determined, the ionization integral is then calculated.  The avalanche
breakdown voltage at which the integral is unity is obtained iteratively
by changing the applied bias.

The device dimensions of the LDMOS used in the simulation are
shown in Fig. 5.14, and its simulated breakdown voltage is plotted in
Fig. 5.15 as a function of epitaxial-layer thickness at two substrate
dopings; the calculated results obtained for both thick [Eq. (5.5)] and
thin [Eq. (5.10)] layers are also plotted for comparison.  For thin lay-
ers, the agreement between simulation and calculation is within 5 percent;
for thick layers, the simulation more closely resembles the experimental
data reported in Ref. 5.9 because of the use of field plates.  The cal-
culated voltage is lower than the simulated value because no field plate
overlapped the junction.

As described in Section A (Fig. 5.3), there is an optimal
epitaxial-layer thickness at which the breakdown voltage is maximized.



Fig. 5.14.  DEVICE DIMENSIONS IN THE CANDE SIM-
ULATION.

- 177

FCS1689408

FCS1692907



Fig. 5.15.   BREAKDOWN VOLTAGE VS EPITAXIAL-LAYER THICKNESS
OF THE LDMOS IN FIG. 5.14.

Because the calculation of electric field on the semiconductor side near
the interface incorrectly used the average values of $\Xi_{si}$ and $\Xi_{ox}$ in
the original CANDE program, this error produced a higher electric field
along the path of multiplication near the interface. As a result, the
simulated voltages obtained from CANDE are higher than those in Ref. 5.14
when surface breakdown occurs ($d_{epi} > 16 \, \mu$). Apart from the absolute
values of BV, however, it becomes apparent in Fig. 5.15 that the peak
breakdown voltage increases and the epitaxial thickness at which break-
down is maximized decreases when P$^-$ substrate doping becomes lighter.
This can be understood from Eq. (5.4). As $N_{A(sub)}$ doping is reduced,
both $[N_{A(sub)}/(N_{A(sub)} + N_{D(epi)})]^{1/2}$ and $E_{crit}$ become smaller which
lowers the $N_{D(epi)} \cdot d_{epi}$ product. Because $N_{D(epi)}$ is constant, this
means that the optimal $d_{epi}$ will be reduced.

178

FCS1689409

FCS1692908

The effect of separation d between the gate and drain metallizations is plotted in Fig. 5.16 [5.15]. As d is increased, the breakdown voltage rises (upper curve) and, if d is further increased, BV will approach the limit determined by the substrate doping level. From Eq. (5.14) where $N_{A(sub)} = N_{D(epi)} = 1 \times 10^{15}$ cm$^{-3}$ and dn = 15 $\mu$, this limit is $\approx$470 V.



Fig. 5.16.  BREAKDOWN VOLTAGE VS EPITAXIAL-LAYER THICKNESS FOR TWO VALUES OF SPACING BETWEEN THE GATE AND DRAIN METALLIZATIONS [5.15].

To reduce device on-resistance, d must be as small as possible and epitaxial doping and thickness must be large. Because the impurity density of the substrate is low in devices having high breakdown voltages, however, the total impurity dose ($\int N_{D(epi)}$ dx) in the epitaxial layer must be light enough to maintain a low surface field near the gate edge. In addition, d must be long enough to achieve high voltages. These structural parameters must be optimized using a two-dimensional numerical analysis, such as CANDE.

179

FCS1689410

FCS1692909

C.  Variations of the RESURF LDMOS—On-Resistance Reduction

The epitaxial-layer requirement of $N_{D(epi)} \cdot d_{epi} \leq 1 \times 10^{12} \text{ cm}^{-3}$
sets an upper bound on the current-handling capability and a lower bound
on device on-resistance.  To reduce on-resistance, the $N_{D(epi)} \cdot d_{epi}$
product must be increased and the epitaxial resistivity in the major
portion of the current path must be minimized without lowering the break-
down voltage.  The following variations of the RESURF LDMOS are based on
these two considerations.

1.  Field Shaping via a Buried Layer [5.15]

As indicated in Eq. (5.4), the $N_{D(epi)} \cdot d_{epi}$ product can be
made larger if the level of substrate doping $N_{A(sub)}$ is raised.  To
avoid lowering the breakdown voltage, however, $N_{A(sub)}$ is not increased
indiscriminately; only the portion under the channel is increased so that
the epitaxial drift region above it can be depleted to reduce the chan-
nel-junction surface field.  Because the breakdown voltage is determined
by the drain-substrate junction, the substrate under the drain region
will have a lighter doping concentration.  The LDMOS in Fig. 5.17 is an
example of this field-shaping buried-layer method and is analogous to
the multiple-implant offset-gate structure in Fig. 5.18 [5.16].  In both
devices, on-resistance has been reduced without lowering the breakdown
voltage.



Fig. 5.17.  LDMOS WITH A BORON-IMPLANTED
BURIED LAYER UNDER THE CHANNEL REGION.

180

FCS1689411

FCS1692910

The factors affecting the breakdown of this boron-implanted LDMOS are epitaxial-layer thickness and the separation between the buried layer and drain. The CANDE program has been used to investigate these two parameters.

### a. Effect of Epitaxial-Layer Thickness

Three epitaxial thicknesses (9, 6, and 5 μ) were analyzed. The electric field lines and equipotential contours in Fig. 5.19a and b are those of a 9 μ device. Lines of the constant electric field are plotted in Fig. 5.19c, and the location of maximum field is indicated by the $2.8 \times 10^5$ V/cm curve. The epitaxial and substrate dopings were $3 \times 10^{15}$ and $4 \times 10^{14}$ cm$^{-3}$, respectively, and the boron-implanted buried layer was 4.5 μ thick with a $4 \times 10^{15}$ cm$^{-3}$ doping concentration. It should be noted that $N_{A(sub)}$ and $N_{D(epi)}$ varied substantially from the concentrations used in



Fig. 5.18. ANALOGY BETWEEN A BURIED-LAYER RESURF AND A MULTIPLE-IMPLANT OFFSET-GATE STRUCTURE.

the LDMOS in Fig. 5.15. The calculated breakdown voltage was 310 V, and the breakdown occurred at the silicon surface near the gate metal edges. Because the epitaxial layer was too thick, the highest electric-field points were close to the channel junction (Fig. 5.19c).

As the epitaxial thickness was reduced to 6 μ, the highest electric-field points shifted to the N P junction under the drain (Fig. 5.20) and the breakdown voltage increased to 400 V. As the thickness was further reduced to 5 μ, the field under the drain intensified and the breakdown voltage dropped back to 385 V (Fig. 5.21).

181

FCS1689412

FCS1692911



a. Electric-field line distribution



b. Equipotential contour

Fig. 5.19. RESULTS OF A COMPUTER SIMULATION OF THE LDMOS WITH A BORON-
IMPLANTED BURIED LAYER UNDER THE CHANNEL REGION. Epitaxial thickness
= 9 μ and breakdown voltage = 310 V.

182

FCS1689413

FCS1692912



c. Electric-field contour

Fig. 5.13. CONTINUED.



Fig. 5.20. ELECTRIC-FIELD CONTOUR OF THE LDMOS IN FIG. 5.17 WITH
AN EPITAXIAL THICKNESS OF 6 u. Breakdown voltage = 400 V, and
the distance between the drain and buried layer = 20 u.

183

FCS1689414

FCS1692913



Fig. 5.21.   ELECTRIC-FIELD CONTOUR OF THE LDMOS IN FIG. 5.17 WITH
AN EPITAXIAL THICKNESS OF 5 μ.  Breakdown voltage = 385 V.

### k.   Effect of the Distance between Buried Layer and Drain

In the LDMOS with a 6 μ epitaxial layer (Fig. 5.20) where
the breakdown voltage was maximized to 400 V, the separation between the
buried layer and drain was 20 μ.  If this distance is reduced to 12 μ,
the peak electric-field points will no longer appear at the P N junction
under the drain (Fig. 5.20) but at the buried-layer junction, as shown in
Fig. 5.22, and the breakdown voltage will drop to 325 V.  This behavior
is similar to the RESURF LDMOS where the distance between the gate and
drain metallizations is important; the only difference is that one is
bulk breakdown (buried-layer LDMOS) and the other is surface breakdown
(RESURF LDMOS) as the separation becomes too small.

### 2.   Two-Region Profile of the Epitaxial Layer

The RESURF requirement that $N_{D(epi)} \cdot d_{epi} \approx 10^{12}$ cm$^{-2}$ actually
should be $\int N_{D(epi)} \, dx \approx 10^{12}$ cm$^{-2}$.  It is the total impurity dose in
the epitaxial layer that accounts for the depletion of this layer.  This
observation opens the way to many possibilities for the epitaxial impur-
ity profile for specific device applications.  Vaes and Appels [5.17]
used two epitaxial doping regions for JFET applications, and this concept
can also be applied in the LDMOS.  Figure 5.23 is a cross section of the

. 184

FCS1689415

FCS1692914



Fig. 5.22.  ELECTRIC-FIELD CONTOUR OF THE LDMOS IN FIG. 5.17 WITH
A 6 μ EPITAXIAL THICKNESS AND A 12 μ DISTANCE BETWEEN THE DRAIN
AND BURIED LAYER.  Note the variation in the location of the
highest field from that in Fig. 5.20.



Fig. 5.23.  CROSS SECTION OF A LDMOS WITH A
TWO-REGION EPITAXIAL PROFILE.

proposed structure wherein $N_1$ has a higher doping concentration than
does $N_2$; however, the total doping integral $N_1 a + N_2 b$ is still $\approx 1 \times$
$10^{12}$ cm$^{-2}$.  As discussed in the on-resistance modeling of the LDMOS in
Chapter II, most current flows near the silicon surface because the car-
riers are injected and then collected by the regions near the surface;
in addition, the carrier will travel the shortest distance.  As a result,
a higher doping concentration in the upper portion of the epitaxial layer
will improve the current-carrying capability.  Optimization of this
structure, however, is nontrivial.  It must satisfy such requirements as

185

FCS1689416

FCS1692915

- $N_1 a + N_2 b \approx 10^{12} \text{ cm}^{-2}$
- meet a specific breakdown voltage which is a function of $N_2$, b, and $N_{A(sub)}$
- minimize on-resistance which is a function of $N_1$, a, $N_2$, b, and the distance between the channel and drain

The solution of this problem would require numerical techniques and a trial-and-error approach to optimization.

### D.  Summary

This chapter has studied a new structure with a thin epitaxial layer and has considered its application in LDMOS transistors.  The basic principle is the interaction of the surface and substrate junctions (depletion-charge sharing) to minimize the surface field.  The similarity between the RESURF and ion-implanted offset-gate LDMOS devices has been analyzed, and the observed differences between them are very minor. First-order analytical approaches have been followed to calculate two extreme conditions—thick and thin epitaxial layers.  Two-dimensional computer simulation becomes a necessity in optimizing the device parameters to increase the breakdown voltage and to lower on-resistance.  Two variations of the basic RESURF LDMOS were investigated in an attempt to reduce device on-resistance.

186

FCS1689417

FCS1692916

Chapter VI

CONCLUSIONS AND RECOMMENDATIONS

A.  Conclusions

The voltage, current, and power ratings of power MOS transistors developed from recent technological advances are comparable to bipolar transistors but have all of the performance advantages of MOSFETs. Device design, fabrication, and static theory have been described.

The major contributions of this research are as follows.

- Quantitative models, expressed in simple analytical equations and suitable for device design, have been developed to determine the on-resistance of the LDMOS, VDMOS, and VMOS. They were obtained directly from the geometry and doping profiles and were found to be useful in quantitatively comparing the devices.

- The usefulness of the model in optimizing a particular structure was illustrated by a VDMOS with hexagonal layout geometries for a specific application (breakdown voltage = 450 V).

- Vertical DMOS transistors with narrow p-well spacings exhibit two pronounced saturation regions, and this behavior has been described successfully in terms of depletion-region pinchoff of the lightly doped epitaxial region between the channel junctions. A first-order drain voltage-current solution has been obtained to demonstrate the dependence of this phenomenon on the physical structure. The degradation of this effect on device transconductance can be more severe than the thermal effect in high-current operations.

- The limitations of punchthrough voltage and parasitic bipolar latchback have been analyzed for vertical power MOSFETs. The results indicate that the switching requirement dV/dt during turn-off places a more severe constraint on channel thickness and doping concentration under most layout conditions. The punchthrough limit is significant only when the channel contacts are adjacent to the edges of the gates.

- A modified Johnson's limit (a figure of merit between maximum voltage and frequency) and its associated parametric dependence have been analyzed. The differences between power MOS and bipolar transistors were identified in terms of carrier injection and transport mechanisms.

187

FCS1689418

FCS1692917

- Extensive experimental measurements of electron inversion and accumulation-layer mobility were completed. Empirical equations were developed to facilitate the calculation of electron mobility under a wide variety of substrate, process, and electrical conditions at low $V_{DS}$. From the observed effects of the processing parameters on mobility rolloff under high vertical fields, the optimal processing conditions for maximizing mobility could be determined. This work was motivated by a lack of adequate mobility data in the literature for power MOS device modeling.

- A recently developed RESURF LDMOS has been analyzed to understand its high breakdown voltages and performance trade-offs between on-resistance and breakdown voltage. A one-dimensional analytical method was used when possible, and a two-dimensional numerical simulation was employed when the interaction between the surface and substrate junctions became important.

B.   Recommendations

The analysis presented in this work was confined to dc device characteristics. An ac analysis, especially of high-frequency performance, should prove to be an important study of power MOS devices.

A more accurate model is required for the JFET in the I-V modeling of a VDMOS with narrow p-well spacings. This would include bulk mobility as a function of electric field, velocity saturation, and more sophisticated junction profiles instead of rectangular geometries. Two-dimensional numerical techniques may be necessary.

In the area of electron mobility, a natural extension of this work would be the study of weak-inversion mobility which is a basic parameter in modeling subthreshold I-V characteristics. A limited amount of data has been obtained; however, a more precise data analysis and its correlation with theoretical work are needed to further understand the impact of processing conditions on the behavior of weak-inversion mobility.

188

FCS1689419

FCS1692918

## Appendix A

### EFFECTS OF DRAIN AND SOURCE RESISTANCES
### ON THE TRANSCONDUCTANCE OF MOSFETS

Transconductance in the linear region is often confused with trans-conductance in the saturation region when both drain resistance $R_D$ and source resistance $R_S$ are present [A.1,A.2]. This appendix attempts to clarify some of the differences.

Referring to Fig. A.1, the drain current in the linear region in simple form is

$$I_D = \beta(V_{GS} - V_T)\, V_{DS} \qquad (A.1)$$

where

$$\beta = \frac{W}{L}\, \mu C_o$$

Expressing $I_D$ in terms of $R_S$ and $R_D$,

$$I_D = \beta(V_G - I_D R_S - V_T)\left[V_D' - I_D(R_D + R_S)\right] \qquad (A.2)$$



Fig. A.1.  EQUIVALENT
CIRCUIT USED IN THE
CALCULATION OF TRANS-
CONDUCTANCE.

169

FCS1689420

FCS1692919

Transconductance when $R_S$ and $R_D$ are present is defined as

$$g_m' = \frac{\partial I_D}{\partial V_G}\bigg|_{V_D'=\text{constant}} \qquad (A.3)$$

Differentiation yields

$$g_m' = \beta\left[V_D' - I_D(R_D + R_S)\right](1 - R_S g_m') + \beta(V_G - I_D R_S - V_T)\left[-(R_D + R_S)\,g_m'\right] \qquad (A.4)$$

The intrinsic transconductance, however, is

$$g_m = \beta V_{DS} \qquad (A.5)$$

and the intrinsic conductance is

$$g_d = \beta(V_{GS} - V_T) \qquad (A.6)$$

which, when substituted into Eq. (A.4) and rearranging, becomes

$$g_m' = \frac{g_m}{1 + g_m R_S + g_d(R_S + R_D)} \qquad (A.7)$$

This is the transconductance in the linear region.

In simple form, the saturation drain current is

$$I_D = \frac{\beta(V_{GS} - V_T)^2}{2} \qquad (A.8)$$

where

$$V_{GS} = V_G - I_D R_S \qquad (A.9)$$

Transconductance in the saturation region is defined as

190

FCS1689421

FCS1692920

$$g_m^* = \left.\frac{\partial I_D}{\partial V_G}\right|_{V_D'=\text{constant}} \qquad (A.10)$$

Substituting Eq. (A.9) into (A.8) and differentiating yields

$$g_m^* = \beta(V_G - V_T - I_D R_S)(1 - R_S g_m^*) \qquad (A.11)$$

or

$$g_m^* = \frac{\beta(V_G - V_T - I_D R_S)}{1 + R_S \beta(V_G - V_T) - \beta R_S I_D R_S} \qquad (A.12)$$

From Eqs. (A.8) and (A.9),

$$I_D R_S = \frac{\beta R_S}{2}(V_G - V_T - I_D R_S)^2 \qquad (A.13)$$

which, when solving for $I_D R_S$, can be expressed as

$$I_D R_S = (V_G - V_T) + \frac{1}{\beta R_S} + \left[\left(\frac{1}{\beta R_S}\right)^2 + \frac{2(V_G - V_T)}{\beta R_S}\right]^{1/2} = f(V_G - V_T, \beta R_S) \qquad (A.14)$$

By substituting this expression into (A.12), the transconductance in the saturation region takes the form of

$$g_m^* = \frac{\beta\left[V_G - V_T - f(V_G - V_T, \beta R_S)\right]}{1 + R_S \beta(V_G - V_T) - \beta R_S f(V_G - V_T, \beta R_S)} \qquad (A.15)$$

The major difference between linear $g_m'$ and saturation $g_m^*$ becomes apparent after examining Eqs. (A.7) and (A.15).

- Transconductance in the linear region is a function of both $R_S$ and $R_D$.

- Transconductance in the saturation region depends on $R_S$ only and is independent of $R_D$.

191

FCS1689422

FCS1692921

Appendix B

SOLUTION OF POISSON'S EQUATION FOR A
CYLINDRICAL ABRUPT ONE-SIDED JUNCTION

Referring to Fig. B.1, Poisson's equation in the cylindrical coordinates on the $N^-$ side [B.1] is

$$\frac{d^2V}{dr^2} + \frac{1}{r}\frac{dV}{dr} = \frac{-\rho(r)}{\varepsilon_{si}} \qquad (B.1)$$

where

$$\rho(r) = qN_D \qquad (B.2)$$

Integrating both sides of Eq. (B.1),

$$\int \frac{d}{dr}\left(r\frac{dV}{dr}\right) = \int \frac{-\rho r}{\varepsilon_{si}}\,dr \qquad (B.3)$$

yields

$$r\frac{dV}{dr} = \frac{-\rho r^2}{2\varepsilon_{si}} + A \qquad (B.4a)$$

$$\frac{dV}{dr} = \frac{-\rho r^2}{2\varepsilon_{si}} + \frac{A}{r} \qquad (B.4b)$$

and integrating again obtains

$$V = \frac{-\rho r^2}{4\varepsilon_{si}} + A\ln(r + B) \qquad (B.5)$$

where A and B are the integration constants.
The boundary conditions are

$$V = 0 \qquad \text{at } r = X_j$$

$$\frac{dV}{dr} = 0 \qquad \text{at } r = X_j \qquad (B.6)$$

193

FCS1689423

FCS1692922



Fig. B.1.  CYLINDRICAL ABRUPT
           JUNCTION.

Applying Eq. (B.6) to Eq. (B.5) and solving for A and B results in

$$A = \frac{\rho x_j^2}{2\epsilon_{si}} \qquad \text{(B.7a)}$$

$$B = \frac{\rho x_j^2}{4\epsilon_{si}} (1 - 2 \ln x_j) \qquad \text{(B.7b)}$$

By substituting these definitions into (B.6), the voltage becomes

$$V = \frac{-\rho x^2}{4\epsilon_{si}} + \frac{\rho x_j^2}{2\epsilon_{si}} \ln x + \frac{\rho x_j^2}{4\epsilon_{si}} (1 - 2 \ln x_j) \qquad \text{(B.8)}$$

and then substituting Eq. (B.2) into (B.8) and rearranging yields

$$V = \frac{q N_D}{4\epsilon_{si}} x_j^2 \left[ 1 - \left(\frac{x}{x_j}\right)^2 + \ln \left(\frac{x}{x_j}\right)^2 \right] \qquad \text{(B.9)}$$

which is the voltage on the N$^-$ side of a cylindrical P$^+$N$^-$ junction.

194

FCS1689424

FCS1692923

REFERENCES

## Chapter I

1.1  K. H. Tiefert, "The Vertical Power MOSFET for High-Speed Power Control," Hewlett-Packard J., Aug 1981, pp. 18-23.

1.2  H. J. Sigg, G. D. Vendelin, T. P. Cauge, and J. Koesis, "D-MOS Transistor for Microwave Applications," IEEE Trans. on Electron Devices, ED-19, Jan 1972, pp. 45-53.

1.3  V. A. K. Temple and R. P. Love, "A 600 Volt MOSFET with Near-Ideal On-Resistance," IEDM Conf. Digest, 1978, pp. 664-666.

1.4  M. Nagata, "High-Power MOSFETs," Inst. Phys. Conf., Series No. 32, 1977, pp. 101-110.

1.5  J. D. Plummer and J. D. Meindl, "A Monolithic 200-V CMOS Analog Switch," IEEE J. Solid-State Circuits, SC-11, Dec 1976, pp. 809-817.

1.6  K. P. Lisiak and J. Berger, "Optimization of Nonplanar Power MOSFET Transistors," IEEE Trans. on Electron Devices, ED-25, 1978, pp. 1229-1234.

1.7  H. W. Collins and B. Pelly, "HEXFET, a New Power Technology, Cut On-Resistance, Boosts Ratings," Electronic Design, 12, 7 Jun 1979, pp. 36-40.

1.8  Semiconductor Industry News: "Motorola Enters Power MOSFET Market," Semiconductor Intl., Dec 1980, pp. 7-8.

1.9  J. Krausse, J. Tihanyi, and P. Tillmanns, "Power MOSFETs Run Directly Off TTL," Electronics, 28 Aug 1980, pp. 145-147.

1.10  Y. Tarui, Y. Hayashi, and T. Sekigawa, "Diffusion Self-Aligned MOST: A New Approach for High Speed Devices," Proc. First Conf. on Solid State Devices, Tokyo, 1969, Supplement to J. Japan Soc. Appl. Phys., 39, 1970, pp. 105-110.


## Chapter II

2.1  S. C. Sun and J. D. Plummer, "Modeling of the On-Resistance of LDMOS, VDMOS, and VMOS Power Transistors," IEEE Trans. on Electron Devices, ED-27, Feb 1980, pp. 356-367.

2.2  D. P. Kennedy and R. R. O'Brien, "Analysis of the Impurity Atom Distribution near the Diffusion Mask for a Planar P-N Junction," IBM J. Res. and Dev., 9, May 1965, pp. 179-186.

2.3  J. D. Plummer and J. D. Meindl, "A Monolithic 200-V CMOS Analog Switch," IEEE J. Solid State Circuits, SC-11, Dec 1976, pp. 809-817.

195

FCS1689425

FCS1692924

2.4   M. J. Declercq and J. D. Plummer, "Avalanche Breakdown in High-Voltage DMOS Devices," IEEE Trans. on Electron Devices, ED-23, Jan 1976, pp. 1-4.

2.5   S. C. Sun and J. D. Plummer, "Electron Mobility in Inversion and Accumulation Layers on Thermally Oxidized Silicon Surfaces," IEEE Trans. on Electron Devices, ED-27, Aug 1980, pp. 1497-1508.

2.6   F. F. Fang and A. B. Fowler, "Transport Properties of Electrons in Inverted Silicon Surfaces," Phys. Rev., 169, 15 May 1968, pp. 619-631.

2.7   F. F. Fang and A. B. Fowler, "Hot Electron Effects and Saturation Velocities in Silicon Inversion Layers," J. Appl. Phys., 41, 15 Mar 1970, pp. 1825-1831.

2.8   B. E. Deal, "The Current Understanding of Charges in the Thermally Oxidized Silicon Structure," J. Electrochem. Soc., 121, Jun 1974, pp. 198C-205C.

2.9   M. D. Pocha, A. G. Gonzalez, and R. W. Dutton, "Threshold Voltage Controlability in Double-Diffused MOS Transistors," IEEE Trans. on Electron Devices, ED-21, Dec 1974, pp. 778-784.

2.10  C. T. Sah, T. H. Ning, and L. L. Tschopp, "The Scattering of Electrons by Surface Oxide Charges and by Lattice Vibrations at the Silicon-Silicon-Dioxide Interface," Surface Science, 32, 1972, pp. 561-575.

2.11  G. Abowitz, E. Arnold, and E. A. Leventhal, "Surface States and 1/f Noise in MOS Transistors," IEEE Trans. on Electron Devices, ED-14, Nov 1967, pp. 775-777.

2.12  C. P. Ho and J. D. Plummer, "Improved MOS Device Performance through the Enhanced Oxidation of Heavily Doped N+ Silicon," IEEE Trans. on Electron Devices, ED-26, Apr 1979, pp. 623-630.

2.13  M. D. Pocha and R. W. Dutton, "A Computer-Aided Design Model for High-Voltage Double Diffused MOS (DMOS) Transistors," IEEE J. Solid State Circuits, SC-11, Oct 1976, pp. 718-726.

2.14  Y. C. Kao and E. D. Wolley, "High Voltage Planar P-N Junctions," Proc. IEEE, 55, 1967, pp. 1409-1414.

2.15  A. S. Grove, Physics and Technology of Semiconductor Devices, John Wiley & Sons, New York, 1967, p. 194.

2.16  S. L. Miller, "Ionization Rates for Holes and Electrons in Silicon," Phys. Rev., 105, 1957, pp. 1246-1249.

2.17  D. M. Caughey and R. E. Thomas, "Carrier Mobilities in Silicon Empirically Related to Doping and Field," Proc. IEEE Letts., 55, 1967, pp. 2192-2193.

196

FCS1689426

FCS1692925

2.18  A. S. Grove, op cit., p. 199.

2.19  D. Frohman-Benchkowsky, "On the Effect of Mobility Variation on MOS Device Characteristics," Proc. IEEE Letts., 56, Feb 1968, pp. 217-218.

2.20  S. Ramo, J. R. Whinnery, and T. Van Duzer, Fields and Waves in Communication Electronics, John Wiley & Sons, New York, 1967, p. 98.

2.21  B. W. Scharf and J. D. Plummer, "Insulated Gate Planar Thyristors: Part 2. Quantitative Modeling," IEEE Trans. on Electron Devices, 27, Feb 1980, pp. 387-394.

2.22  A. W. Wieder, C. Werner, and J. Tihanyi, "2-D Analysis of the Negative Resistance Region of Vertical Power MOS Transistors," IEDM Tech. Digest, 1980, pp. 95-99.

2.23  A. B. Phillips, Transistor Engineering, McGraw-Hill Book Co., New York, 1962, p. 216.

2.24  H. C. Lin, Integrated Electronics, Holden-Day, San Francisco, 1967, p. 110.

2.25  V. G. C. Reddi, "Majority Carrier Surface Mobilities in Thermally Oxidized Silicon," IEEE Trans. on Electron Devices, ED-15, 1968, pp. 151-160.

2.26  R. P. David, "Computerized Thermal Analysis of Hybrid Circuits," ECC, 1977, pp. 324-332.

2.27  V. A. K. Temple and R. P. Love, "A 600 Volt MOSFET with Near-Ideal On Resistance," IEDM Conf. Digest, 1978, pp. 664-666.

2.28  H. W. Collins, "HEXFET, a New Power Technology, Cuts On-Resistance, Boosts Ratings," Electronic Design, 7 Jun 1979, pp. 36-40.

2.29  I. S. Sokolnikoff and R. M. Redheffer, Mathematics of Physics and Modern Engineering, McGraw-Hill Book Co., New York, 1966, p. 338.

2.30  R. S. C. Cobbold, Theory and Applications of Field Effect Transistors, John Wiley & Sons, New York, 1970, p. 249.

2.31  A. S. Grove, op cit., p. 326.

2.32  H. J. Sigg, G. D. Vendelin, T. P. Cauge, and J. Koesis, "D-MOS Transistor for Microwave Applications," IEEE Trans. on Electron Devices, ED-19, Jan 1972, pp. 45-53.

2.33  D. Sharma, J. Gautier, and G. Merckel, "Negative Dynamic Resistance in MOS Devices," IEEE J. Solid State Circuits, SC-13, Jun 1978, pp. 378-380.

197

FCS1689427

FCS1692926

2.34  S. Ohr, "Medium-Power Devices Mark Breakthroughs in MOSFET," Electronic Design, 29 Mar 1980, pp. 27-28.

2.35  E. Fong, D. C. Pitzer, and R. J. Zeman, "Power DMOS for High-Frequency and Switching Applications," IEEE Trans. on Electron Devices, ED-27, Feb 1980, pp. 322-330.

2.36  H. A. R. Wegener, "The Cylindrical Field-Effect Transistor," IRE Trans. on Electron Devices, ED-6, Oct 1959, p. 442.

2.37  F. S. Jenkins, E. R. Lane, W. W. Lattin, and W. S. Richardson, "MOS Device Modeling for Computer Implementation," IEEE Trans. on Circuit Theory, CT-20, Nov 1973, pp. 649-654.

2.38  A. S. Grove, op cit., p. 249.

2.39  Ibid, Figure 8.3, p. 246.

2.40  J. A. Hoerni and B. Weir, "Conditions for a Temperature-Compensated Silicon Field Effect Transistor," Proc. IEEE (Corresp.), 51, Jul 1963, pp. 1058-1059.

2.41  R. S. C. Cobbold, op cit., pp. 102-105.

2.42  Y. Sakai, T. Masuhara, O. Minato, and N. Hishimoto, "MOS Buried Load Logic," 1980 Intl. Solid State Circuits Conf. Digest, pp. 56-57.

2.43  D. Antoniadis, S. Hansen, and R. Dutton, "SUPREM II—A Program for IC Process and Modeling and Simulation," TR No. 5019-2, Stanford Electronics Laboratories, Stanford University, Stanford, Calif., Jun 1978.

2.44  B. E. Deal, "Thermal Oxidation Kinetics of Silicon in Pyrogenic $H_2O$ and 5% $HCl/H_2O$ Mixtures," J. Electrochem. Soc., 125, Apr 1978, pp. 576-579.

2.45  A. B. Phillips, op cit., p. 210.


Chapter III

3.1   F. O. Johnson, "Physical Limitations on Frequency and Power Parameters of Transistors," RCA Rev., 26, Jun 1965, pp. 163-177.

3.2   C. M. Osburn and D. W. Ormond, "Dielectric Breakdown in Silicon-Dioxide Films on Silicon," J. Electrochem. Soc., 119, 1972, pp. 591-603.

3.3   P. Solomon, "Breakdown in Silicon Oxide—A Review," J. Vac. Sci. Technol., 14, Sep/Oct 1977, pp. 1122-1130.

FCS1689428

FCS1692927

3.4   M. J. Declercq and J. D. Plummer, "Avalanche Breakdown in High-Voltage D-MOS Devices," IEEE Trans. on Electron Devices, ED-23, Jan 1976, pp. 1-4.

3.5   J. A. Greenfield and R. W. Dutton, "Nonplanar VLSI Device Analysis Using the Solution of Poisson's Equation," IEEE Trans. on Electron Devices, ED-27, Aug 1980, pp. 1520-1532.

3.6 . S. M. Sze, Physics of Semiconductor Devices, John Wiley & Sons, New York, 1969, p. 427.

3.7 · Ibid., p. 370.

·3.8   A. Goetzberger and E. H. Nicollian, "Transient Voltage Breakdown due to Avalanche in Capacitors," Appl. Phys. Lett., 9, Dec 1966, pp. 444-446.

3.9   M. D. Pocha, "High Voltage Double Diffused MOS Transistors for Integrated Circuits," Ph.D. dissertation, Stanford Electronics Laboratories, Stanford University, Stanford, Calif., Mar 1976.

3.10  A. S. Grove, Physics and Technology of Semiconductor Devices, John Wiley & Sons, New York, 1967, p. 199.

3.11  Ibid., p. 273.

3.12 .Y. C. Kao and E. D. Wolley, "High-Voltage Planar P-N Junctions," Proc. IEEE, 55, Aug 1967, pp. 1409-1414.

3.13  R. W. Coen, D. W. Tsang, and K. P. Lisiak, "A High-Performance Planar Power MOSFET," IEEE Trans. on Electron Devices, ED-27, Feb 1980, pp. 340-343.

3.14  A. S. Grove, O. Leistiko, Jr., and W. W. Hooper, "Effect of Surface Fields on the Breakdown Voltage of Planar Silicon p-n Junctions," IEEE Trans. on Electron Devices, ED-14, Mar 1967, pp. 157-162.

3.15  F. Conti and M. Conti, "Surface Breakdown in Silicon Planar Diodes Equipped with Field Plate," Solid State Electronics, 15, 1972, pp. 93-105.

3.16  D. S. Zoroglu and L. E. Clark, "Design Considerations for High-Voltage Overlay Annular Diodes," IEEE Trans. on Electron Devices, ED-19, Jan 1972, pp. 4-8.

3.17  G. Spadea and P. L. Hower, "A New High Voltage Planar Technology," IEDM Digest, 1971.

3.18  F. A. Selim, "High-Voltage, Large Area Planar Devices," IEEE Trans. on Electron Device Letts., Sep 1981, pp. 219-221.

3.19  D. N. Erb and M. G. Dill, "A High Voltage Ion-Implanted MOSFET," IEDM Digest, 1971, p. 158.

199

FCS1689429

FCS1692928

3.20  K. Avane et al, "High-Voltage DSA-MOS Transistor for Electrolumi-
      nescent Display," ISSCC Digest, 1978, pp. 224-225.

3.21  V. A. K. Temple, "Junction Termination Extension (JTE), A New Tech-
      nique for Increasing Avalanche Breakdown Voltage and Controlling
      Surface Electric Fields in p-n Junctions," IEDM Tech. Digest, 1977,
      pp. 423-426.

3.22  M. S. Adler, V. A. K. Temple, A. P. Ferro, and R. C. Rustay, "The-
      ory and Breakdown Voltage for Planar Devices with a Single Field-
      Limiting Ring," IEEE Trans. on Electron Devices, ED-24, Feb 1977,
      pp. 107-113.

3.23  R. Blanchard, Ph.D. dissertation, Stanford Electronics Laborator-
      ies, Stanford University, Stanford, Calif., 1981.

3.24  K. P. Lisiak and J. Berger, "Optimization of Nonplanar Power MOS
      Transistors," IEEE Trans. on Electron Devices, ED-25, Oct 1978, pp.
      1229-1234.

3.25  S. Kay, "Development and Fabrication of Low On-Resistance High
      Current Vertical VMOS Power FETs," NASA Tech. Rept., CR-159646,
      Aug 1979.

3.26  R. R. Troutman, "Low-Level Avalanche Multiplication in IGFETs,"
      IEDM Digest, 1974, pp. 43-46.

3.27  H. C. Lin, Integrated Electronics, Holden-Day, San Francisco, 1967,
      p. 224.

3.28  J. Moll, J. L. Su, and A. C. M. Wang, "Multiplication in Collector
      Junctions of Silicon n-p-n and p-n-p Transistors," IEEE Trans. on
      Electron Devices, ED-17, May 1970, pp. 420-423.

3.29  S. K. Ghandhi, Semiconductor Power Devices, John Wiley & Sons, New
      York, 1977, p. 37.

3.30  D. M. Caughey and R. E. Thomas, "Carrier Mobilities in Silicon Em-
      pirically Related to Doping and Field," Proc. IEEE Letts., 55,
      1967, pp. 2192-2193.

3.31  A. B. Phillips, Transistor Engineering, McGraw-Hill Book Co., New
      York, 1962, p. 210.

3.32  Blanchard, op cit., p. 72.

3.33  S. R. Westbrook, "The Switching Behavior of Power MOSFETs," M.I.T.
      Master's degree thesis, 1980.

3.34  C. Canali, G. Ottaviani, and A. A. Quaranta, "Drift Velocity of
      Electrons and Holes and Associated Anisotropic Effects in Silicon,"
      J. Phys. Chem. Solids, 32, 1971, pp. 1707-1720.

FCS1689430

FCS1692929

3.35  C. Y. Duh and J. L. Moll, "Temperature Dependence of Hot Electron
      Drift Velocity in Silicon and High Electric Field," Solid-State
      Electronics, 11, 1968, pp. 917-932.

3.36  C. Jacoboni, C. Canali, G. Ottaviani, and A. A. Quaranta, "A Review
      of Some Charge Transport Properties of Silicon," Solid-State Elec-
      tronics, 20, 1977, pp. 77-89.

3.37  C. R. Crowell and S. M. Sze, "Temperature Dependence of Avalanche
      Multiplication in Semiconductors," Appl. Phys. Letts., 9, 15 Sep
      1966, pp. 242-244.

3.38  S. M. Sze and G. Gibbons, "Avalanche Breakdown Voltages of Abrupt
      and Linearly Graded p-n Junctions in Ge, Si, GaAs, and GaP," Appl.
      Phys. Letts., 8, 1966, p. 111.

3.39  J. G. Ruch and G. S. Kino, "Measurement of the Velocity-Field Char-
      acteristics of Gallium Arsenide," Appl. Phys. Letts., 10, 1967, p.
      40.

3.40  B. J. Baliga, M. S. Adler, and D. W. Oliver, "Optimum Semiconduc-
      tors for Power Field Effect Transistors," IEEE Electron Devices
      Letts., EDL-2, Jul 1981, pp. 162-164.

3.41  J. D. Plummer, private communication.

3.42  E. Fong, D. C. Pitzer, and R. J. Zeman, "Power DMOS for High-Fre-
      quency and Switching Applications," IEEE Trans. on Electron De-
      vices, ED-27, Feb 1980, pp. 322-330.

3.43  J. Mena, P. McGregor, and C. A. T. Salama, "High Frequency Perfor-
      mance of VDMOS Power Transistors," IEDM Digest, 1980, pp. 91-94.

3.44  Dennis Fuoss and K. Verma, "A Fully Implanted V-Groove Power
      MOSFET," IEDM Digest, 1978, pp. 657-660.

3.45  H. T. Yuan, Y. S. Wu, and J. B. Kruger, "A 2-Watt X-Band Silicon
      Power Transistor," IEEE Trans. on Electron Devices, ED-25, Jun
      1978, pp. 731-736.

3.46  Data sheet published by SGS-ATES, Semiconductor Corp.

3.47  J. Nishizawa and K. Yamamoto, "High-Frequency High-Power Static
      Induction Transistor," IEEE Trans. on Electron Devices, ED-25, Mar
      1978, pp. 314-322.

3.48  H. J. Sigg, G. D. Vendelin, T. P. Cauge, and J. Koesis, "D-MOS
      Transistor for Microwave Applications," IEEE Trans. on Electron
      Devices, ED-19, Jan 1972, pp. 45-53.

3.49  J. A. Kerr and F. Berz, "The Effect of Emitter Doping Gradient on
      f_τ in a Microwave Bipolar Transistor," IEEE Trans. on Electron
      Devices, ED-22, Jan 1975, pp. 15-20.

FCS1689431


FCS1692930

3.50   A. S. Wang, "The Effects of Neutral Capacitance on the Frequency Response of Bipolar Transistors--Optimum Concentration Gradient," IEDM Digest, 1976, pp. 362-364.

3.51   S. P. Morgan and F. M. Smits, "Potential Distribution and Capacitance of a Graded p-n Junction," Bell Syst. Tech. J., 39, Nov 1960, pp. 1573-1602.

3.52   F. A. H. Hart, T. van't hof, and F. M. Klaassen, "Device Down Scaling and Expected Circuit Performance," IEEE Trans. on Electron Devices, ED-26, Apr 1979, pp. 421-429.

3.53   H. K. Gummel, "Measurement of the Number of Impurities in the Base Layer of a Transistor," Proc. IRE, 1961, p. 834.

3.54   R. J. Whittier and D. A. Tremere, "Current Gain and Cutoff Frequency Falloff at High Currents," IEEE Trans. on Electron Devices, ED-16, Jan 1969, pp. 39-57.

3.55   L. E. Clark, "Characteristics of Two-Region Saturation Phenomena," IEEE Trans. on Electron Devices, ED-16, Jan 1969, pp. 113-116.

3.56   A. B. Phillips, Transistor Engineering, McGraw-Hill Book Co., New York, 1962, p. 144.

3.57   W. Shockley and R. C. Prim, "Space-Charge Limited Emission in Semiconductors," Phys. Rev., 90, 1 Jun 1953, pp. 753-758.

3.58   S. K. Ghandhi, Semiconductor Power Devices, John Wiley & Sons, New York, 1977, p. 13.


Chapter IV

4.1   S. C. Sun and J. D. Plummer, "Modeling of the On-Resistance of LDMOS, VDMOS and VMOS Power Transistors," IEEE Trans. on Electron Devices, Feb 1980, pp. 356-367.

4.2   F. F. Fang and A. B. Fowler, "Transport Properties of Electrons in Inverted Silicon Surfaces," Phys. Rev., 169, 15 May 1968, pp. 619-631.

4.3   N. St. J. Murphy, F. Berz, and J. Flinn, "Carrier Mobility in Silicon MOST's," Solid State Electronics, 12, 1969, pp. 775-786.

4.4   J. Berger and K. Lisiak, "Electron Mobility in Silicon Surface Inversion Layers," 1977 Semiconductor Interface Specialists Conf., Miami, Florida.

4.5   V. G. C. Reddi, "Majority Carrier Surface Mobilities in Thermally Oxidized Silicon," IEEE Trans. on Electron Devices, ED-15, Mar 1968, pp. 151-160.

202

FCS1689432

FCS1692931

4.6   J. T. Walker, private communication.

4.7   J. R. Brews, "A Charge-Sheet Model of the MOSFET," Solid State
      Electronics, 21, 1978, pp. 345-355.

4.8   J. R. Schrieffer, "Effective Carrier Mobility in Surface-Space
      Charge Layers," Phys. Rev., 97, 1 Feb. 1955, pp. 641-646.

4.9   R. F. Green, D. R. Frankl, and J. Zemel, "Surface Transport in
      Semiconductors," Phys. Rev., 118, 15 May 1960, pp. 967-975.

4.10  R. F. Pierret and C. T. Sah, "An MOS-Oriented Investigation of
      Effective Mobility Theory," Solid State Electronics, 11, 1968, pp.
      279-290.

4.11  Y. C. Cheng and E. A. Sullivan, "On the Role of Scattering by Sur-
      face Roughness in Silicon Inversion Layers," Surface Science, 34,
      1973, pp. 717-731.

4.12  Y. C. Cheng and E. A. Sullivan, "Effect of Coulomb Scattering on
      Silicon Surface Mobility," J. Appl. Phys., 45, 1974, pp. 187-192.

4.13  C. T. Sah, T. H. Ning, and L. L. Tschopp, "The Scattering of Elec-
      trons by Surface Oxide Charges and by Lattice Vibrations at the
      Silicon-Silicon Dioxide Interface," Surface Science, 32, 1972, pp.
      561-575.

4.14  A. Hartstein, T. H. Ning, and A. B. Fowler, "Electron Scattering
      in Silicon Inversion Layers by Oxide and Surface Roughness,"
      Surface Science, 58, 1976, pp. 178-181.

4.15  C. R. Helms, N. N. Johnson, S. A. Schwarz, and W. E. Spicer, "Stud-
      ies of the Effect of Oxidation Time and Temperature on the Si-SiO$_2$
      Interface Using Auger Sputter Profiling," J. Appl. Phys., 50, Nov
      1979, pp. 7007-7014.

4.16  J. Brews, "Carrier Density Fluctuations and the IGFET Mobility
      near Threshold," J. Appl. Phys., 16, May 1975, pp. 2193-2203.

4.17  Y. C. Cheng and E. A. Sullivan, "Relative Importance of Phonon
      Scattering to Carrier Mobility in Si Surface Layer at Room Temper-
      ature," J. Appl. Phys., 44, Aug 1973, pp. 3619-3625.

4.18  F. C. Eversteyn and H. L. Peek, "Preparation and Stability of En-
      hancement n-Channel MOS Transistors with High Electron Mobility,"
      Philips Res. Repts., 24, 1969, pp. 15-33.

4.19  R. R. Razouk and B. E. Deal, "Dependence of Interface State Density
      on Silicon Thermal Oxidation Process Variables," J. Electrochem.
      Soc., 126, Sep 1979, pp. 1573-1581.

4.20  T. I. Kamins and N. C. MacDonald, "Measurements of the Scattering
      of Conduction Electrons by Localized Surface Charges," Phys. Rev.,
      167, 15 Mar 1968, pp. 754-758.

203

FCS1689433

FCS1692932

4.21 A. K. Gaind and L. A. Kasprzak, "Determination of Distributed Fixed Charge in CVD-Oxide and Its Virtual Elimination by Use of HCl," Solid-State Electronics, 22, 1979, pp. 303-309.

4.22 O. Leistiko, A. S. Grove, and C. T. Sah, "Electron and Hole Mobilities in Inversion Layers on Thermally Oxidized Silicon Surfaces," IEEE Trans. on Electron Devices, ED-12, May 1965, pp. 248-254.

4.23 A. P. Gnädinger and H. E. Talley, "Quantum Mechanical Calculation of the Carrier Distribution and the Thickness of the Inversion Layer of the MOS Field-Effect Transistors," Solid State Electronics, 13, 1970, pp. 1301-1309.

4.24 Y. Matsumoto and Y. Uemura, "Scattering Mechanism and Low Temperature Mobility of MOS Inversion Layers," Japan J. Appl. Phys. Suppl. 2, Part 2, 1974, pp. 367-370.

4.25 A. G. Sabnis and J. T. Clemens, "Characterization of the Electron Mobility in the Inverted <100> Si Surface," IEDM Digest, 1979, pp. 18-21.

4.26 D. Frohman-Bentchkowsky, "On the Effect of Mobility Variation on MOS Device Characteristics," Proc. IEEE, 1968, pp. 217-218.

4.27 D. W. Hess and B. E. Deal, "Kinetics of the Thermal Oxidation of Silicon in O₂/HCl Mixtures," J. Electrochem. Soc., 124, May 1977, pp. 735-739.

4.28 Y. C. Cheng, "Electron Mobility in an MOS Inversion Layer," Proc. Third Conf. on Solid State Devices, Tokyo, 1971, pp. 173-180.

4.29 T. Sato, Y. Takeishi, H. Hara, and Y. Okamoto, "Mobility Anisotropy of Electrons in Inversion Layers on Oxidized Silicon Surfaces," Phys. Rev., 4, 15 Sep 1971, pp. 1950-1960.

4.30 C. T. Sah, J. R. Edwards, and T. H. Ning, "Observation of Mobility Anisotropy of Electrons on (110) Silicon Surfaces at Low Temperatures," Phys. Stat. Sol., 10, 1972, pp. 153-160.

4.31 D. C. D'Avanzo, S. 2. Combs, and R. W. Dutton, "Effects of the Diffused Impurity Profile on the dc Characteristics of VMOS and DMOS Devices," IEEE J. Solid State Circuits, SC-12, Aug 1977, pp. 356-362.

4.32 D. Fuoss and K. Verma, "A Fully Implanted V-Groove Power MOSFET," IEDM Digest, 1978, pp. 657-660.

4.33 F. F. Fang and A. B. Fowler, "Hot Electron Effects and Saturation Velocities in Silicon Inversion Layers," J. Appl. Phys., 41, 15 Mar 1970, pp. 1825-1831.

4.34 A. S. Grove, Physics and Technology of Semiconductor Devices, John Wiley & Sons, New York, 1967.

FCS1689434

FCS1692933

4.35  S. M. Sze, Physics of Semiconductor Devices, Wiley-Interscience, New York, 1969.

4.36  C. B. Duke, "Optical Absorption due to Space-Charge-Induced Localized States," Phys. Rev., 159, 15 Jul 1967, pp. 632-644.

4.37  F. Stern, "Surface Quantization and Surface Transport in Semiconductor Inversion and Accumulation Layers," J. Vacuum Sci. and Technology, 9, 1972, pp. 752-753.

4.38  F. Stern and W. E. Howard, "Properties of Semiconductor Surface Inversion Layers in the Electric Quantum Limit," Phys. Rev., 163, 15 Nov 1967, pp. 816-835.


## Chapter V

5.1  J. D. Plummer and J. D. Meindl, "A Monolithic 200-V CMOS Analog Switch," IEEE J. Solid-State Circuits, SC-11, Dec 1976, pp. 809-817.

5.2  H. Sakuma, T. Kuriyama, and T. Suzuki, "A High Voltage Offset-Gate SOS/MOS Transistor," IEDM Digest, 1979, pp. 594-597.

5.3  K. Awane, "High-Voltage DSA-MOS Transistors for Electroluminescent Display," ISSCC Digest of Tech. Papers, 1978, pp. 224-225.

5.4  M. Pomper, L. Leipold, J. Tihanyi, and H. Longo, "High-Voltage DIMOS Driver Circuit," IEEE J. Solid-State Circuits, SC-15, Jun 1980, pp. 328-330.

5.5  J. A. Appels and H. M. J. Vaes, "High Voltage Thin-Layer Devices (RESURF Devices)," IEDM Digest, 1979, pp. 238-241.

5.6  J. A. Appels, M. G. Collet, P. A. H. Hart, H. M. J. Vaes, and J. F. C. M. Verhoeven, "Thin Layer High-Voltage Devices (RESURF Devices)," Philips J. Res., 35, 1980, pp. 1-12.

5.7  D. M. Erb and H. G. Dill, "A High Voltage Ion-Implanted MOSFET," IEDM Digest, 1971, p. 158.

5.8  H. Kondo and Y. Yukimoto, "A New Bipolar Transistor--GAT," IEEE Trans. on Electron Devices, ED-27, Feb 1980, pp. 373-379.

5.9  M. D. Pocha, "High Voltage Double Diffused MOS Transistor for Integrated Circuits," Ph.D. dissertation, Stanford Electronics Laboratories, Stanford University, Stanford, Calif., 1976.

5.10  S. Colak, B. Singer, and E. Stupp, "Lateral DMOS Power Transistor Design," IEEE Elec. Dev. Letts., EDL-1, Apr 1980, pp. 51-53.

5.11  S. K. Ghandhi, Semiconductor Power Devices, John Wiley & Sons, New York, 1977, p. 60.

205

FCS1689435

FCS1692934

5.12  P. Brook, "The Breakdown Voltage of Double-Sided P-N Junctions," _IEEE Trans. on Electron Devices_, ED-21, Nov 1974, pp. 730-731.

5.13  V. Anantharam and K. N. Bhat, "Analytical Solution for the Break-down Voltages of Punched-Through Diodes Having Curved Junction Boundaries at the Edges," _IEEE Trans. on Electron Devices_, ED-27, May 1980, pp. 939-945.

5.14  J. A. Greenfield and R. W. Dutton, "Nonplanar VLSI Device Analysis Using the Solution of Poisson's Equation," _IEEE Trans. on Electron Devices_, ED-27, Aug 1980, pp. 1520-1532.

5.15  S. Colak, B. Singer, and E. Stupp, "Design of High-Density Power Lateral DMOS Transistors," _PESC Proc._, 1980, pp. 164-167.

5.16  S. Ochi, T. Okabe, I. Yoshida, K. Yamaguchi, and M. Nagata, "Computer Analysis of Breakdown Mechanism in Planar Power MOSFETs," _IEEE Trans. on Electron Devices_, ED-27, Feb 1980, pp. 399-400.

5.17  H. M. J. Vaes and J. A. Appels, "High Voltage, High Current Lateral Devices," _IEDM Digest_, 1980, pp. 87-90.

## Appendix A

A.1  B. W. Scharf, "An Insulated-Gate Thyristor Structure: Principles of Operation and Design," Ph.D. dissertation, Stanford Electronics Laboratories, Stanford University, Stanford, Calif., 1979, p. 85.

A.2  R. S. C. Cobbold, _Theory and Application of Field-Effect Transistors_, John Wiley & Sons, New York, 1970, p. 253.

## Appendix B

B.1  R. M. Fano, L. J. Chu, and R. B. Adler, _Electromagnetic Fields, Energy, and Forces_, John Wiley & Sons, New York, 1960, p. 141.

FCS1689436

FCS1692935