IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,                    )        **REDACTED**
                                             )        **PUBLIC VERSION**
                        Plaintiff,           )
                                             )
        v.                                   )        C.A. No. 04-1371-JJF
                                             )
FAIRCHILD SEMICONDUCTOR                      )
INTERNATIONAL, INC., and FAIRCHILD           )
SEMICONDUCTOR CORPORATION,                   )
                                             )
                        Defendants.          )

**COMBINED APPENDIX TO DEFENDANTS': (i) OPENING POST-TRIAL BRIEF
IN SUPPORT OF THEIR ASSERTION THAT THE PATENTS-IN-SUIT
ARE UNENFORCEABLE DUE TO INEQUITABLE CONDUCT; AND
(ii) PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING THE UNENFORCEABILITY OF THE PATENTS-IN-SUIT
DUE TO INEQUITABLE CONDUCT**

**(VOLUME II of V)**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: November 5, 2007

# TABLE OF CONTENTS

## VOLUME I

DX 17, Electronic Design, Volume 38, No. 6 (March 22, 1990)

DX 55, International Electron Devices Meeting, December 5-7, 1983

DX 56, International Electron Devices Meeting, December 13-15, 1982

DX 59, Physics and Technology of Power MOSFETs, A Dissertation Submitted to the Department of Electrical Engineering and the Committee on Graduate Studies of Stanford University in Partial Fulfillment of the Requirements for the Degree of Doctor of Philosophy, Shi-Chung Sun (February 1982)

DX 69, Seventh Annual Applied Power Electronics Conference and Exposition, February 23-27, 1992

DX 70, PWR-SMP240, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 74, PWR-SMP260, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 76, SMP211, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 77, PWR-SMP3, PWM Power Supply IC, 120 VAC Input, Isolated, Regulated DC Output

DX 89, United States Patent No. 4,626,879

DX 90, PIF 129750-129777


## VOLUME II

DX 91, PIF 129301-129321

DX 100, Prosecution History, FCS0000015-114

DX 102, Prosecution History, FCS0000122-206

DX 104, Prosecution History, FCS0000226-316

DX 106, Prosecution History, FCS0000336-477

**VOLUME III**

DX 110, PIF17419

DX 113, Invention Disclosure Form, PIF 63314-24

DX 114, Project PS03 Index, 3/28/90, PIF 129325-46

DX 115, PIF 129387

DX 116, Project SMP1A Index, 3/27/90, PIF 129389-410

DX 117, PIF 129412-14

DX 118, PIF 129449-51

DX 119, PIF 129454-84

DX 120, SMP212/220 Task List, 8/14/92, PIF 129499-504

DX 121, PWR-SMP212, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 122, PWR-SMP260, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 123, PWR-SMP240, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 124, PWR-SMP260, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 125, PWR-SMP260, PWM Power Supply IC, 110/220 VAC Input, Isolated, Regulated DC Output

DX 126, PWR-SMP240, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 192, United States Patent No. 5,146,298

DX 472, FCS1685956-93

DX 600, Optimum Design of Power MOSFETS, P.L. Hower, T.M.S. Heng and C. Huang, Unitrode Corporation, Watertown, Mass. 02171

DX 601, United States Patent & Trademark Office, Application No. 90/008,324

DX 602, United States Patent & Trademark Office, Application No. 90/008,327

DX 616, International Electron Devices Meeting, December 8-10, 1980

DX 617, International Solid-State Circuits Conference, February 18, 1981

DX 618, Process and Device Design of a 1000-Volt MOS IC

DX 619, Integrated Circuits for the Control of High Power, Robert S. Wrathall, David Tam, Louis Terry, Stephen P. Robb

DX 620, Integrated Power Devices, J. Tihanyi

DX 621, Journal of Solid-State Circuits, Vol. SC-15, No. 3, June 1980

DX 622, Integrated High and Low Voltage CMOS Technology

DX 623, International Solid-State Circuits Conference, February 18, 1981

DX 624, Lateral DMOS Transistor Optimized for High Voltage BIMOS Applications

DX 625, International Solid-State Circuits Conference, February 20, 1981

DX 626, Transactions on Electron Devices, FCS0526755-67

DX 627, High Voltage MOS Integrated Circuits, A Technology and Application Overview, KE001450-65

DX 628, KE001513-22

DX 629, KE001481-84

DX 633, Privilege Log for Klas Eklund documents


**VOLUME IV**

DX 1000, United States Patent No. 5,245,526

DX 1001, PWR-SMP211, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 1002, PIF 129975-130008

DX 1003, Power Integrations' Responses and Objections to Defendants' Third Set of Requests for Admission (Nos. 44-50)

DX 1004, Form 10-Q, Filed 11/7/05 for Period Ending 9/30/05

DX 1005, International Electron Devices Meeting, December 3-5, 1979

DX 1006, Philips Journal of Research, Vol. 35, No. 1, March 13, 1980

DD1202

PX 1, United States Patent No. 6,249,879

PX 2, United States Patent No. 6,107,851

PX 3, United States Patent No. 6,229,366

PX 4, United States Patent No. 4,811,075

PX 8, PIF 00001-76

PX 19, Electronic Design, February 17, 1983, PIF 08765-70

PX 29, Klas Eklund notes

PX 30, Klas Eklund notes

PX 50, Letter to Alys Hay from Thomas Schatzel, KE 00012-14

PX 56, Technology License Agreement, PIF 23640-64

PX 272, 650V/1A, SPS 1-chip Process, FCS0176604-24

PX 325, Invention Disclosure Form, PIF 63306-13

PX 326, Invention Disclosure Form, PIF 63314-24

PX 412, KE001576-77


**VOLUME V**

Alex Djenguerian Deposition, 8/23/05

Klas Eklund Deposition, 10/14/05

Klas Eklund Deposition, 6/7/07

James Go Deposition, 9/14/05

Leif Lund Deposition, 8/15/05

Leif Lund Deposition, 3/2/06

Thomas Schatzel Deposition, 9/15/05

185623.1

# DX 91

# REDACTED

# DX 100

PATENT APPLICATION

09192959

1-523 U.S. PTO
09/192959
11/16/98

CONTENTS

INITIALS

| # | | Date received (incl. C. of M.) or Date Mailed | # | | Date received (incl. C. of M.) or Date Mailed |
|---|---|---|---|---|---|
| 1. | Application papers. | | 42. | | |
| 2. | IDS | 11/16/98 | 43. | | |
| 3. | CR | 2-25-99 | 44. | | |
| 4. | P/A assign | 5-20-99 | 45. | | |
| 5. | notice of recip | 6/1/99 | 46. | | |
| 6. | Rej (3 months) | 10-8-00 | 47. | | |
| 7. | Amst A | 1-16-01 | 48. | | |
| 8. | Notice of Allowability | 1/30/01 | 49. | | |
| 9. | Formal Drawings (6 shts) | | 50. | | |
| 10. | | 3-19-01 | 51. | | |
| 11. | | | 52. | | |
| 12. | | | 53. | | |
| 13. | | | 54. | | |
| 14. | | | 55. | | |
| 15. | | | 56. | | |
| 16. | | | 57. | | |
| 17. | | | 58. | | |
| 18. | | | 59. | | |
| 19. | | | 60. | | |
| 20. | | | 61. | | |
| 21. | | | 62. | | |
| 22. | | | 63. | | |
| 23. | | | 64. | | |
| 24. | | | 65. | | |
| 25. | | | 66. | | |
| 26. | | | 67. | | |
| 27. | | | 68. | | |
| 28. | | | 69. | | |
| 29. | | | 70. | | |
| 30. | | | 71. | | |
| 31. | | | 72. | | |
| 32. | | | 73. | | |
| 33. | | | 74. | | |
| 34. | | | 75. | | |
| 35. | | | 76. | | |
| 36. | | | 77. | | |
| 37. | | | 78. | | |
| 38. | | | 79. | | |
| 39. | | | 80. | | |
| 40. | | | 81. | | |
| 41. | | | 82. | | |

(LEFT OUTSIDE)

Case No. 04-1371-JJF
DEFT Exhibit No. DX 100
Date Entered _____
Signature _____

FCS0000015

PATENT NUMBER
**6249876**
6249876

## U.S. UTILITY PATENT APPLICATION

| O.I.P.E. | PATENT DATE |
|---|---|
| *LRM* SCANNED *OSC* on *4-01* | JUN 1 9 2001 |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | 30 | 757.4 | 2-4-7 | Butler |
| | 713 | 501 | 2182 | FILED WITH: ☐ DISK (CRF)  ☐ FICHE |

CERTIFICATE
FEB 17 2002
OF CORRECTION CERTIFICATE
FEB 19 2002
OF CORRECTION

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | | CROSS REFERENCE(S) | | |
|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | |
| 713 | 501 | 713 | 300 | 503 | |

**INTERNATIONAL CLASSIFICATION**

| G | 0 | 6 | F | 1/04 |
|---|---|---|---|---|

☐ Continued on Issue Slip Inside File Jacket

| TERMINAL DISCLAIMER ☐ | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 6 | 6 | 1 | 32 | 11 |

☐ a) The term of this patent subsequent to _____ (date) has been disclaimed.

☐ b) The term of this patent shall not extend beyond the expiration date of U.S. Patent No. _____

Dennis M. Butler
Primary Examiner

*Dennis M. Butler*     6-27-01
(Primary Examiner)          (Date)

☐ c) The terminal _____ months of this patent have been disclaimed.

(Legal Instruments Examiner)     (Date)

**NOTICE OF ALLOWANCE MAILED**

1-30-01          CW
(Date)

ISSUE FEE

| Amount Due | Date Paid |
|---|---|
| 1240.00 | 5-1-01 |

ISSUE BATCH NUMBER
B25

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 5/98)

Formal Drawings (____ shts) set
(LABEL AREA)

Issue Fee In File

(FACE)

PATENT APPLICATION SERIAL NO. _09/192959_

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

11/24/1998 DBUTLER  00000010 09192959

01 FC:101                    764.00 OP
02 FC:102                    234.00 OP
03 FC:103                    252.00 OP

PTO-1556
(5/87)
*U.S. GPO: 1998-433-214/80406

FCS0000017

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/192,959 | 11/16/98 | 713 | 2781 | 10256/003001 |

APPLICANT

BALU BALAKRISHNAN, SARATOGA, CA; ALEX DJENGUERIAN, SARATOGA, CA; LEIF LUND, SAN JOSE, CA.

**CONTINUING DOMESTIC DATA********************
VERIFIED

DmB   none

**371 (NAT'L STAGE) DATA********************
VERIFIED

DmB   none

**FOREIGN APPLICATIONS************
VERIFIED

DmB   none

IF REQUIRED, FOREIGN FILING LICENSE GRANTED 12/02/98

| Foreign Priority claimed ☐ yes ☐ no | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged   DmB | CA | 6 | 34 | 6 |

ADDRESS

ROGER W BOROVOY
FISH & RICHARDSON
2200 SAND HILL ROAD
SUITE/100
MENLO PARK CA 94025

Bradely J. Berenick, Esq.
Blakely, Sokoloff, Taylor & Zafman LLP
12400 Wilshire Blvd
7th Floor
Los Angeles, CA 90425

TITLE

FREQUENCY JITTERING CONTROL FOR VARYING THE SWITCHING FREQUENCY OF A POWER SUPPLY

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following: | | |
|---|---|---|---|
| $1,246 | | ☐ All Fees | |
| | | ☐ 1.16 Fees (Filing) | |
| | | ☐ 1.17 Fees (Processing Ext. of time) | |
| | | ☐ 1.18 Fees (Issue) | |
| | | ☐ Other _____ | |
| | | ☐ Credit | |

FCS0000018

# FISH & RICHARDSON P.C.

2200 Sand Hill Road
Suite 100
Menlo Park, California,
94025

Telephone
650 322-5070

Facsimile
650 854-0875

Web Site
www.fr.com

November 16, 1998

Attorney Docket No.: 10256/003001

Box Patent Application
Assistant Commissioner for Patents
Washington, DC 20231

Presented for filing is a new original patent application of:

Applicant:     BALU BALAKRISHNAN, ALEX DJENGUERIAN, LEIF
               LUND

Title:         FREQUENCY JITTERING CONTROL

Enclosed are the following papers, including all those required to receive a filing date
under 37 CFR §1.53(b):

|                 | Pages |
|-----------------|-------|
| Specification   | 14    |
| Claims          | 6     |
| Abstract        | 1     |
| Declaration     | 2     |
| Drawing(s)      | 6     |

Enclosures:
- New disclosure information, including:
  Information disclosure statement, 1 page.
  PTO-1449, 1 page.
  References, 1 item.
- Postcard.

"EXPRESS MAIL" Mailing Label Number EL105181712US

Date of Deposit __Nov. 16, 1998__

BOSTON
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

FISH & RICHARDSON P.C.

BOX PATENT APPLICATION
November 16, 1998
Page 2

| | |
|---|---:|
| Basic filing fee | $760.00 |
| Total claims in excess of 20 times $18.00 | 252.00 |
| Independent claims in excess of 3 times $78.00 | 234.00 |
| Multiple dependent claims | 0.00 |
| Total filing fee: | $1246.00 |

A check for the filing fee is enclosed. Please apply any other required fees or any credits to deposit account 06-1050, referencing the attorney docket number shown above.

If this application is found to be INCOMPLETE, or if a telephone conference would otherwise be helpful, please call the undersigned at 650/322-5070.

Kindly acknowledge receipt of this application by returning the enclosed postcard.

Please send all correspondence to:

Roger S. Borovoy
Fish & Richardson P.C.
2200 Sand Hill Road, Suite 100
Menlo Park, CA 94025

Respectfully submitted,

Bao Q. Tran
Reg. No. 37,955

Enclosures

90053.PA11

FCS0000020

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective November 10, 1998

Application or Docket Number: 09 29 59

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) |
|---|---|---|
| BASIC FEE | | |
| TOTAL CLAIMS | 24 minus 20= | 4 |
| INDEPENDENT CLAIMS | 6 minus 3 = | 3 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | |

| SMALL ENTITY TYPE ☐ | | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | OR | RATE | FEE |
| | 380.00 | OR | | 760.00 |
| X$ 9= | | OR | X$18= | 252 |
| X39= | | OR | X78= | 234 |
| +130= | | OR | +260= | |
| TOTAL | | | TOTAL | 1246 |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) |
|---|---|---|---|---|
| Total | 32 | Minus | 34 | 2 |
| Independent | 6 | Minus | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) |
|---|---|---|---|---|
| Total | | Minus | | |
| Independent | | Minus | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) |
|---|---|---|---|---|
| Total | | Minus | | |
| Independent | | Minus | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 8/98)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

FCS0000021



## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 7/3 | 300 320 3.22 500 501 503 | 10-6-00 | DmB |
| 7/3 | 300 326 3.12 500 501 503 | 1-27-01 | DmB |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|---|---|
| STN Search (attached) | 10-6-00 | DmB |
| Internet Search | 10-6-00 | DmB |
| update Search | 1-22-01 | DmB |

### INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 7/3 | 501 503 300 | 1-27-01 | DmB |

(RIGHT OUTSIDE)

FCS0000022



**MULTIPLE DEPENDENT CLAIM FEE CALCULATION SHEET**
*(FOR USE WITH FORM PTO-875)*

SERIAL NO.: 09/192959
APPLICANT(S):
FILING DATE:

| CLAIMS | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | | | | | | | |
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | 1 | / | | | | | 51 | | | | | | |
| 2 | | / | | | | | 52 | | | | | | |
| 3 | | / | | | | | 53 | | | | | | |
| 4 | | / | | | | | 54 | | | | | | |
| 5 | | / | | | | | 55 | | | | | | |
| 6 | | / | | | | | 56 | | | | | | |
| 7 | | / | | | | | 57 | | | | | | |
| 8 | | / | | | | | 58 | | | | | | |
| 9 | | / | | | | | 59 | | | | | | |
| 10 | | | | | | | 60 | | | | | | |
| 11 | 1 | | | | | | 61 | | | | | | |
| 12 | | 2 | | | | | 62 | | | | | | |
| 13 | | / | | | | | 63 | | | | | | |
| 14 | | / | | | | | 64 | | | | | | |
| 15 | | / | | | | | 65 | | | | | | |
| 16 | | / | | | | | 66 | | | | | | |
| 17 | 1 | | | | | | 67 | | | | | | |
| 18 | | / | | | | | 68 | | | | | | |
| 19 | | / | | | | | 69 | | | | | | |
| 20 | | / | | | | | 70 | | | | | | |
| 21 | 1 | | | | | | 71 | | | | | | |
| 22 | | / | | | | | 72 | | | | | | |
| 23 | | / | | | | | 73 | | | | | | |
| 24 | | / | | | | | 74 | | | | | | |
| 25 | | / | | | | | 75 | | | | | | |
| 26 | | / | | | | | 76 | | | | | | |
| 27 | | | | | | | 77 | | | | | | |
| 28 | | | | | | | 78 | | | | | | |
| 29 | | | | | | | 79 | | | | | | |
| 30 | | | | | | | 80 | | | | | | |
| 31 | | | | | | | 81 | | | | | | |
| 32 | | | | | | | 82 | | | | | | |
| 33 | 1 | | | | | | 83 | | | | | | |
| 34 | 1 | | | | | | 84 | | | | | | |
| 35 | | | | | | | 85 | | | | | | |
| 36 | | | | | | | 86 | | | | | | |
| 37 | | | | | | | 87 | | | | | | |
| 38 | | | | | | | 88 | | | | | | |
| 39 | | | | | | | 89 | | | | | | |
| 40 | | | | | | | 90 | | | | | | |
| 41 | | | | | | | 91 | | | | | | |
| 42 | | | | | | | 92 | | | | | | |
| 43 | | | | | | | 93 | | | | | | |
| 44 | | | | | | | 94 | | | | | | |
| 45 | | | | | | | 95 | | | | | | |
| 46 | | | | | | | 96 | | | | | | |
| 47 | | | | | | | 97 | | | | | | |
| 48 | | | | | | | 98 | | | | | | |
| 49 | | | | | | | 99 | | | | | | |
| 50 | | | | | | | 100 | | | | | | |
| TOTAL IND. | 6 | | | | | | TOTAL IND. | | | | | | |
| TOTAL DEP. | 19 | | | | | | TOTAL DEP. | | | | | | |

1



# APPLICATION

## FOR

## UNITED STATES LETTERS PATENT

**TITLE:** ~~FREQUENCY JITTERING CONTROL~~

**APPLICANT:** BALU BALAKRISHNAN, ALEX DJENGUERIAN, LEIF LUND

"EXPRESS MAIL" Mailing Label Number EL105183120S

Date of Deposit    Nov. 16, 1998

FCS0000026

Case 1:04-cv-01371-JJF    Document 596    Filed 11/13/2007    Page 22 of 109

ATTORNEY DOCKET NO: 13258/003021        PATENT

FREQUENCY JITTERING CONTROL

## Background

The present invention relates to an off-line switched mode
control system with frequency jittering.

Many products rely on advanced electronic components to
cost-effectively provide the product with the desired
functionality. These electronic components require power
regulation circuitry to supply them with a clean and steady
source of power. The development of switched mode power supply
technology has led to power supplies operating at high frequency
to achieve small size and high efficiency. Each switched mode
power supply typically relies on an oscillator switching at a
fixed switching frequency or alternatively a variable frequency
(such as in a ringing choke power supply).

Due to the high frequency operation relative to the
frequency of an alternating current (AC) power line, switched
mode power supplies can exacerbate problems associated with
electromagnetic interference (EMI). EMI noise is generated when
voltage and current are modulated by the switching power supply.
This electrical noise can be transferred to the AC power line.

In addition to affecting the operation of other electronics
within the vicinity of the power supply by conduction, EMI
induced noise on a power line may radiate or leak from the power
line and affect equipment which is not even connected to the
power line. Both conducted and radiated electrical noise may
adversely affect or interfere with the operation of the
electronic equipment. For example, EMI noise generated by the
switching power supply can cause problems for communication
devices in the vicinity of the power supply. Radiated high
frequency noise components may become a part of the AC mains
signal and may be provided to other devices in the power grid.
Further, power supply radiated EMI can interfere with radio and
television transmissions.

To address EMI related interference, several specifications
have been developed by government agencies in the United States

1

2

and in the European Community.  These agencies have established
specifications that define the maximum amount of EMI that can be
produced by various classes of electronic devices.  Since power
5    supplies generate a major component of the EMI for electronic
devices, an important step in designing such supplies that
conform to the specifications is to minimize EMI emission to the
acceptable limits of the various specifications.

EMI may be reduced in a power supply by adding snubbers and
10    input filters.  These components reduce the noise transferred to
the power line and by so doing, also reduce the electric and
magnetic fields of noise generated by the power line.  While
these methods can reduce EMI, they usually complicate the design
process as well as increase the production cost.  In practice,
15    noise filtering components are added in an *ad hoc* manner and on a
trial-and-error basis during the final design process when EMI is
found to exceed the compliance limits specified by the regulatory
agencies.  This inevitably adds unexpected costs to the products.
Further, extra components can undesirably increase the size and
weight of the power supply and thus the resulting product.

### Summary of the Invention

EMI emission is reduced by jittering the switching frequency
of a switched mode power supply.  In one aspect, a frequency
jittering circuit varies the switching frequency using an
oscillator for generating a switching frequency signal, the
oscillator having a control input for varying the switching
frequency.  A digital to analog converter is connected to the
control input for varying the switching frequency, and a counter
is connected to the output of the oscillator and to the digital
30    to analog converter.  The counter causes the digital to analog
converter to adjust the control input and to vary the  switching
frequency.

Implementations of the invention include one or more of the
35    following.  The oscillator has a primary current source connected
to the oscillator control input.  A differential switch may be

2

3

FCS0000028

used with first and second transistors connected to the primary
current source; a third transistor connected to the first
transistor; and a fourth transistor connected to the second
transistor at a junction.  A capacitor and one or more
5    comparators may be connected to the junction.  The digital to
analog converter has one or more current sources, with a
transistor connected to each current source and to the counter.
The primary current source may generate a current I and each of
10   the current sources may generate a current lower than I.  The
current sources may generate binary weighted currents.  The
largest current source may generate a current which is less than
about 0.1 of I.

In a second aspect, a method for generating a switching
15   frequency in a power conversion system includes generating a
primary current; cycling one or more secondary current sources to
generate a secondary current which varies over time; and
supplying the primary and secondary currents to a control input
of an oscillator for generating a switching frequency which is
varied over time.

Implementations of the invention include one or more of the
following.  A counter may be clocked with the output of the
oscillator.  The primary current may be generated by a current
source.  If the primary current is I, each of the secondary
current sources may generate a supplemental current lower than I
and which is passed to the oscillator control input.  The
supplemental current may be binary-weighted.  The largest
supplemental current may be less than approximately 0.1 of I.

In another aspect, a method for generating a switching
30   frequency in a power conversion system includes generating a
primary voltage; cycling one or more secondary voltage sources to
generate a secondary voltage which varies over time; and
supplying the primary and secondary voltages to a control input
of a voltage-controlled oscillator for generating a switching
35   frequency which is varied over time.

3

4

Implementations of the invention include one or more of the
following.  Where the primary voltage is V, each of the secondary
voltage sources may generate a supplemental voltage lower than V
which may be passed to the voltage-controlled oscillator.  The
5    supplemental voltage may be binary-weighted.

In another aspect, a frequency jittering circuit for varying
a power supply switching frequency includes an oscillator for
generating a switching frequency signal, the oscillator having a
10   control input for varying the switching frequency; and means
connected to the control input for varying the switching
frequency.

Implementations of the invention include one or more of the
following.  The means for varying the frequency may include one
15   or more current sources connected to the control input; and a
counter connected to the output of the oscillator and to the one
or more current sources.  The oscillator may include a primary
current source connected to the control input; and a differential
switch connected to the primary current source.  The differential
switch may have first and second transistors connected to the
primary current source; a third transistor connected to the first
transistor; and a fourth transistor connected to the second
transistor at a junction.  A capacitor and a comparator may be
connected to the junction.  If the primary current source
generates a current I, each of the current sources may generate a
second current lower than the current I, further comprising a
transistor connected to each current source connected to the
counter.  The means for varying the frequency may include one or
more voltage sources connected to the control input; and a
30   counter connected to the output of the oscillator and to the one
or more voltage sources.  The oscillator may include a primary
voltage source connected to the control input; and a differential
switch connected to the primary voltage source.  The means for
varying the frequency may include a capacitor; a current source
35   adapted to charge the capacitor; and means for alternatingly
charging and discharging the capacitor.  One or more comparators

4

5

may be connected to the capacitor and the means for alternatingly charging and discharging the capacitor.

In yet another aspect, a power supply includes a transformer, an oscillator for generating a signal having a frequency, the oscillator having a control input for varying the frequency of the signal, the oscillator including a primary current source connected to the control input; a differential switch connected to the primary current source; a capacitor connected to the differential switch; and a comparator connected to the differential switch. The power supply also includes a digital to analog converter connected to the control input, the analog to digital converter having one or more current sources, wherein the primary current source generates a current I and each of the current sources generates a current lower than I. A counter is connected to the output of the oscillator and to the current sources of the digital to analog converter. Further, a power transistor is connected to the primary winding of the transformer so that when the power transistor is modulated, a regulated power supply output is provided.

In another aspect, a power supply includes a transformer connected to an input voltage. The power supply includes an oscillator for generating a signal having a frequency, the oscillator having a control input for varying the frequency of the signal, the oscillator including: a primary current source connected to the control input; a differential switch connected to the primary current source; a capacitor connected to the differential switch; and a comparator connected to the differential switch. A circuit for varying the frequency is connected to the control input, the circuit having a capacitor; a current source adapted to charge and discharge the capacitor; one or more comparators connected to the capacitor to the current source for alternatingly charging and discharging the capacitor. Further, a power transistor is connected to the oscillator and to the primary winding. The power transistor modulates its output in providing a regulated power supply output.

5

6

FCS0000031

Advantages of the invention include one or more of the following. The jittering operation smears the switching frequency of the power supply over a wide frequency range and thus spreads energy outside of the bandwidth measured by the EMI measurement equipment. By changing the oscillator frequency back and forth, the average noise measured by the EMI measurement equipment is reduced considerably.

Further, the invention provides the required jittering without requiring a large area on the regulator chip to implement a capacitor in a low frequency oscillator. Further, the invention minimizes effects caused by leakage current from transistors and capacitors associated with a low frequency oscillator. Thus, the jittering operation can be maintained even at high temperature which can increase current leakage.

Additionally, the invention reduces the need to add extra noise filtering components associated with the EMI filter. Therefore a compact and inexpensive power supply system can be built with minimal EMI emissions.

## Brief Description of the Drawings

Fig. 1 is a schematic diagram of a digital frequency jittering device.

Fig. 2 is a plot illustrating the operation of the device of Fig. 1.

Fig. 3 is a schematic diagram of an analog frequency jittering device.

Fig. 4 is a schematic diagram of an implementation of the device of Fig. 3.

Fig. 5 is a timing diagram illustrating the operation of the frequency jitter device of Fig. 4.

Fig. 6 is a schematic diagram of a switched mode power supply in accordance with the present invention.

6

7

FCS0000032

## Description

Fig. 1 shows a digital frequency jittering circuit 100. The digital frequency jittering circuit 100 has a primary oscillator 110 which provides a clock signal to a counter 140. The primary oscillator 110 typically operates between 100 kHz and 130 kHz. The counter 140 can be a seven bit counter. Each output of counter 140, when clocked by primary oscillator 110, represents a particular time interval. The outputs of the counter 140 are provided to a series of frequency jittering current sources 150. The outputs of the series of frequency jittering current sources 150 are presented to the primary oscillator 110 to vary its frequency, as will be described below.

Primary oscillator 110 contains a primary current source 122 which provides a primary current (denoted as I) to node 123. Current 125 to the node 123 is provided to the source of MOSFET transistors 126 and 132. The drain of MOSFET transistor 126 is connected to the drain of an n-channel MOSFET transistor 128. The source of transistor 128 is grounded, while the gate of the transistor 128 is connected to its drain. The gate of the transistor 128 is also connected to the gate of an n-channel MOSFET transistor 130. The source of the transistor 130 is grounded while the drain is connected to the drain of the MOSFET transistor 132 at a node 131. Transistors 126, 128, 130 and 132 form a differential switch. The output of comparator 136 is connected to the gate of the transistor 132 and to an inverter 124. The output of inverter 124 is connected to the gate of transistor 126. The comparator 136 has an input which is connected to node 131 and to a capacitor 134. In combination, the transistors 126, 128, 130 and 132, capacitor 134, inverter 124, current source 122 and comparator 136 form an oscillator. The output of the comparator 136 is provided as an oscillator output OSC_OUT 101 and is also used to drive the clock input of counter 140.

Counter 140 has a plurality of outputs Q1-Q3 (not shown) which are not used. The remaining outputs Q4-Q7 are connected to

7

a digital-to-analog (D-to-A) converter 150, which may be
implemented as a series of frequency jittering voltage sources or
current sources.  A Q4 output 155 is connected to the gate of a
5    p-channel MOSFET transistor 154.  A Q5 output 157 is connected to
the gate of a p-channel MOSFET transistor 158.  The Q6 output 163
is connected to the gate of a p-channel MOSFET transistor 162,
and Q7 output 167 is connected to the gate of a p-channel MOSFET
transistor 166.    When D-to-A converter 150 is viewed as a
10    plurality of current sources, the source of transistor 154 is
connected to a jittering current source 152, which provides a
current which is 1/200th of the current I generated by the
current source 122.  The source of MOSFET transistor 158 is
connected to a current source 156 which provides a current that
15    is 1/100th of the current I.  The source of the MOSFET transistor
162 is connected to a jittering current source 160 which provides
a current that is 1/50th of I.  Finally, the source of the MOSFET
transistor 166 is connected to a jittering current source 164
which provides a current that is 1/25th of the current I.  The
20    current sources 152, 156, 160 and 164 are binary-weighted, that
is, the current source 164 provides twice the current provided by
the current source 160, the current source 160 provides twice the
current supplied by the current source 156 and the current source
156 provides twice the current provided by the current source
152.

        Further, in one embodiment, the largest current source 164
may supply no more than 10% of the current I provided by the
primary current source 122.  The drain of transistors 154, 158,
162 and 166 are joined together such that the supplemental
30    frequency jittering current sources of the D-to-A converter 150
can be provided to supplement the primary current source 122.

        During operation, at every eight clock cycles, the counter
output Q4 on line 155 changes state.  Similarly, at every 16
clock cycles, the output Q5 on line 157 changes state and at
35    every 32 clock cycles, the output Q6 on line 163 changes state,
and every 64 clock cycles, the output Q7 on line 167 changes

8

$G$

FCS0000034

state. The entire counting cycle thereafter repeats itself. Each time the output Q4 on line 155 is low, transistor 154 is turned on to inject current in the amount of I/200 to node 123 so

5    that the total current 125 is 1.005I. Similarly, each time that the output Q5 on line 157 is low, transistor 158 is turned on to inject current in the amount of I/100 to node 123 so that the total current 125 is 1.01I. Further, each time that output Q6 on line 163 is low, transistor 162 is turned on to inject current in

10   the amount of I/50 to node 123 so that the total current 125 is 1.02I. Finally, each time that the output Q7 on line 167 is low, the transistor 166 is turned on to inject current in the amount of I/25 to node 123 so that the total current 125 is 1.04I.

Additionally, when combinations of outputs Q4-Q7 are turned

15   on, the outputs of the respective current sources 152, 156, 160 and 164 are added to the output of current source 122 to vary the frequency of the primary oscillator 110. In this manner, counter 140 drives a plurality of current sources to inject additional current to the main current source 122 such that the frequency of the primary oscillator 110 is varied.

The jittering operation of the embodiment of Figure 1 is further illustrated in a chart in Figure 2. A normalized operating frequency is plotted on the y-axis while the counting cycle as shown by the counter outputs Q4-Q7 is plotted on the x-

25   axis. As shown in Figure 2, as the counter counts upward to the maximum count of 128, the peak switching frequency is achieved. This peak switching frequency is normalized to be about 1.075 times the base switching frequency. Further, on average, the switching frequency is between 1.03 and 1.04 times the base

30   switching frequency. Thus, the embodiment of Figure 1 deviates the switching frequency of the oscillator within a narrow range. This deviation reduces EMI noise by spreading the energy over a wider frequency range than the bandwidth measured by the EMI test equipment such that the noise measured by the EMI test equipment

35   is reduced considerably.

9

10

Figure 3 shows an analog frequency jittering circuit. More
details on the analog frequency jittering device are shown in co-
pending U.S. Application Serial No. 09/080,774, entitled "OFFLINE
CONVERTER WITH INTEGRATED SOFT START AND FREQUENCY JITTER," filed
on May 18, 1998, the content of which is hereby incorporated by
reference.  In Fig. 3, the primary oscillator 110 provides an
oscillator output on line OSC-OUT 101.  An analog low frequency
oscillator 405 is also provided.  Primary oscillator 110
typically operates between a range of 30 to 300 kHz, while the
low frequency oscillator 405 typically operates between a range
of 5 Hz to 5 kHz.  As discussed above, the switching frequency of
the primary oscillator 110 is determined by the amount of current
the primary oscillator uses to charge and discharge capacitor
134.  The low frequency oscillator 405 varies this current within
a narrow range to jitter the frequency of the primary oscillator
110.

The output of low frequency oscillator 405 is provided to a
MOSFET transistor 505 connected to a resistor 510 and a current
mirror including transistors 495 and 500.  Transistor 500 is
connected to node 123 so that extra current can be added to
current source 122 feeding the primary oscillator.  In this
manner, the frequency of the primary oscillator 110 is shifted
around a narrow range to reduce the EMI noise.

Figure 4 shows a more detailed implementation of Figure 3.
As shown therein, main oscillator 465 has a current source 470
that is mirrored by current mirror transistors 472 and 475.  Main
oscillator drive current 615 is provided to current source input
485 of oscillator 480.  The magnitude of the current input into
current source input 485 determines the frequency of the
oscillation signal 415 provided by oscillator 480.  In order to
vary the frequency of the oscillation signal 415, an additional
current source 495 is provided within the main oscillator 465.
The current source 495 is mirrored by current source mirror 500.

The current provided by current source 495 is varied as
follows.  Frequency variation signal 400 is provided to the gate

10

//

of main oscillator transistor 505.  As the magnitude of frequency
variation signal 400 increases, so does the voltage at the source
of main oscillator transistor 505 due to the increasing voltage

5   at the gate of the transistor 505 and the relatively constant
voltage drop between the gate and source of the transistor 505.
As the voltage at the source of transistor 505 increases, so does
the current 604 flowing through the resistor 510.  The current
flowing through the resistor 510 is the same as the current

10  flowing through additional current source 500 which mirrors
transistor 495.

       Since the frequency variation signal 400 is a triangular
waveform having a fixed period, as shown, the magnitude of the
current input by additional current source mirror 500 will vary

15  linearly with the magnitude of the rising and falling edges of
the frequency variation signal 400.  If the frequency variation
signal 400 is a ramp signal, the frequency will linearly rise to
a peak and then fall to its lowest value.  In this way, the
current 615 provided to current source input 485 of the
oscillator 480 is varied in a known fixed range that allows for
an easy and accurate frequency spread of the high frequency
current.  Further, the variance of the frequency is determined by
the magnitude of the current provided by current source mirror
500, which is a function of the resistance of the resistor 510.

       Frequency variation circuit 405 includes a current source
525 that produces a fixed magnitude current 530 that determines
the magnitude of the frequency of the frequency variation signal
400.  Although the current 530 has a fixed magnitude, the
frequency variation signal can be generated utilizing a variable

30  magnitude current.  If such variable current is generated, the
frequency spread is not fixed in time but varies with the
magnitude of current 530.  The fixed magnitude current 530 is fed
into first transistor 535, mirrored by second transistor 540 and
third transistor 545.  The frequency variation signal 400 is

35  generated by the charging and discharging of the capacitor 550.
Frequency variation circuit capacitor 550 has a relatively low

11

12

FCS0000037

capacitance, which allows for integration into a monolithic chip in one embodiment of low frequency oscillator 405. The frequency variation signal 400 is provided to upper limit comparator 555

5 and lower limit comparator 560. The output of upper limit comparator 555 will be high when the magnitude of the frequency variation signal 400 exceeds the upper threshold voltage on line 552 which is about 4.5 volts. The output of lower limit comparator 560 will be low when the magnitude of frequency

10 variation signal 400 drops below lower threshold voltage on line 557 which is about 1.5 volts. The output of upper limit comparator 555 is provided to the frequency variation circuit inverter 565 the output of which is provided to the reset input of frequency variation circuit latch 570. The set input of

15 frequency variation circuit latch 570 receives the output of lower limit comparator 560.

In operation, the output of lower limit comparator 560 will be maintained high for the majority of each cycle of frequency variation signal 400 because the magnitude of frequency variation signal will be maintained between the upper threshold on line 552, 4.5 volts, and lower threshold on line 557, 1.5 volts. The output of upper limit comparator 555 will be low until the magnitude of frequency variation signal 400 exceeds upper level threshold on line 552. This means that the reset input will receive a high signal when the magnitude of the frequency variation signal 400 rises above the upper threshold signal on line 552.

The charge signal 575 output by frequency variation circuit latch 570 will be high until the frequency variation signal 400

30 exceeds the upper threshold limit signal on line 552. When the charge signal 575 is high, transistors 585 and 595 are turned off. By turning off transistors 585 and 595, current can flow into the capacitor 550, which steadily charges capacitor 550 and increases the magnitude of frequency variation signal 400. The

35 current that flows into the capacitor 550 is derived from current source 525 because the current through transistor 590 is mirrored

12

13

from transistor 580, which in turn is mirrored from transistor 535.

During power up, when power-up signal 420 is low, the output of inverter 605 is high, which turns on transistor 600, causing frequency variation signal 400 to go low. The frequency variation signal 400 starts from its lowest level to perform a soft start function during its first cycle of operation.

Referring to Figs. 4 and 5, Fig. 5 shows the operation of the analog frequency jittering device of Figure 4. In Figure 5, a frequency variation signal 405 is provided to the main oscillator 465. The magnitude of the current 615 is approximately the magnitude of the frequency variation signal 405, less the threshold voltage of transistor 505, and divided by the resistance of the resistor 510 plus the magnitude of the current produced by the current source 475. The current 615 varies with the magnitude of the frequency variation signal 405. The variation of the current 615 in turn varies the frequency of the oscillator clock.

Referring now to Figure 6, a switched mode power supply is shown. Direct current (DC) input voltage is provided to a Zener diode 912 which is connected to a diode 914. The diodes 912-914 together are connected in series across a primary winding of a transformer 920. A secondary winding 922 is magnetically coupled to the primary winding of transformer 920. One terminal of the secondary winding 922 is connected to a diode 930, whose output is provided to a capacitor 932. The junction between diode 930 and capacitor 932 is the positive terminal of the regulated output. The other terminal of capacitor 932 is connected to a second terminal of the secondary winding and is the negative terminal of the regulated output. A Zener diode 934 is connected to the positive terminal of the regulated output. The other end of Zener diode 934 is connected to a first end of a light emitting diode in an opto-isolator 944. A second end of the light-emitting diode is connected to the negative terminal of the regulated output. A resistor 936 is connected between the

13

14

negative terminal of the regulated output and the first end of
the light-emitting diode of opto-isolator 944. The collector of
the opto-isolator 944 is connected to current source 172. The
5   output of current source 172 is provided to the switching
regulator logic 800.

Connected to the second primary winding terminal is the
power transistor 208. Power transistor 208 is driven by the
switching regulator logic 800. Switching regulator logic 800
10  receives a clock signal 101 from an oscillator 111. A counter
140 also receives the clock signal 101 from the primary
oscillator 111. The outputs of counter 140 are provided to D-to-
A converter 150, which is connected to oscillator 111 for
jittering the oscillation frequency. Alternatively, in lieu of
15  counter 140 and a D-to-A converter 150, an analog low frequency
jittering oscillator may be used.

The foregoing disclosure and description of the invention
are illustrative and explanatory thereof, and various changes in
the size, shape, materials, components, circuit elements, wiring
connections and contacts, as well as in the details of the
illustrated circuitry and construction and method of operation
may be made without departing from the spirit of the invention.

What is claimed is:

14

15

FCS0000040

1    1.   A digital frequency jittering circuit for varying the
2    switching frequency of a power supply, comprising:
3        an oscillator for generating a signal having a switching
4    frequency, the oscillator having a control input for varying the
5    switching frequency;
6        a digital to analog converter coupled to the control input
7    for varying the switching frequency; and
8        a counter coupled to the output of the oscillator and to the
9    digital to analog converter, the counter causing the digital to
10    analog converter to adjust the control input and to vary the
11    switching frequency.

1    2.   The circuit of claim 1, wherein the oscillator further
2    comprises a primary current source coupled to the oscillator
3    control input.

3.   The circuit of claim 2, further comprising a differential
switch, including:
    first and second transistors coupled to the primary current
source;
    a third transistor coupled to the first transistor; and
    a fourth transistor coupled to the second transistor at a
junction.

1    4.   The circuit of claim 3, further comprising a capacitor
2    coupled to the junction.

1    5.   The circuit of claim 3, further comprising one or more
2    comparators coupled to the junction.

1    6.   The circuit of claim 2, wherein the digital to analog
2    converter has one or more secondary current sources.

1    7.   The circuit of claim 6, further comprising a transistor
2    coupled between each secondary current source and the counter.

15

16

FCS0000041

1    8.  The circuit of claim 6, wherein the primary current source
2    generates a current I and each of the secondary current sources
3    generates a current lower than I.

1    9.  The circuit of claim 8, wherein the secondary current
2    sources generate binary weighted currents.

1    10.  The circuit of claim 8, wherein the largest secondary
2    current source generates a current which is less than about 0.1
3    of I.

1    11.  A method for generating a switching frequency in a power
2    conversion system, comprising:
         generating a primary current;
         cycling one or more secondary current sources to generate a
     secondary current which varies over time; and
         supplying the primary and secondary currents to a control
     input of an oscillator for generating a switching frequency which
     is varied over time.

     12.  The method of claim 11 further comprising the step of
     clocking a counter with the output of the oscillator.

     13.  The method of claim 11 wherein the primary current is
2    generated by a current source.

1    14.  The method of claim 11 wherein the primary current is I and
2    each of the secondary current sources generates a supplemental
3    current lower than I, and further comprising passing the
4    supplemental current to the oscillator control input.

1    15.  The method of claim 14 further comprising binary-weighting
2    the supplemental current.

16

17

FCS0000042

16.  The method of claim 14 wherein the largest supplemental
current is less than approximately 0.1 of I.

17.  A method for generating a switching frequency in a power
conversion system, comprising:
    generating a primary voltage;
    cycling one or more secondary voltage sources to generate a
secondary voltage which varies over time; and
    supplying the primary and secondary voltages to a control
input of a voltage-controlled oscillator for generating a
switching frequency which is varied over time.

18.  The method of claim 17 further comprising clocking a counter
with the output of the oscillator.

19.  The method of claim 17 wherein the primary voltage is V and
each of the secondary voltage sources generates a supplemental
voltage lower than V, further comprising passing the supplemental
voltage to the voltage-controlled oscillator.

20.  The method of claim 19, wherein the supplemental voltage is
binary-weighted.

21.  A frequency jittering circuit for varying a power supply
switching frequency, comprising:
    an oscillator for generating a signal having a switching
frequency, the oscillator having a control input for varying the
switching frequency; and
    means coupled to the control input for varying the switching
frequency.

22.  The circuit of claim 21 wherein the means for varying the
frequency further comprises:
    one or more current sources coupled to the control input;
and

17

18

5     a counter coupled to the output of the oscillator and to the

6     one or more current sources.

1    23. The circuit of claim 22 wherein the oscillator further

2    comprises:

3     a primary current source coupled to the control input; and

4     a differential switch coupled to the primary current source.

1    24. The circuit of claim 23 wherein the differential switch

2    further comprises:

3     first and second transistors coupled to the primary current

4    source;

5     a third transistor coupled to the first transistor; and

6     a fourth transistor coupled to the second transistor at a

     junction.

    25. The circuit of claim 22 further comprising a capacitor and a

    comparator coupled to the junction.

    26. The circuit of claim 22 further comprising a transistor

    coupled to each current source and to the counter.

    27. The circuit of claim 22 wherein the primary current source

    generates a current I and each of the current sources generates a

    current lower than I.

1    28. The circuit of claim 22 wherein the primary current source

2    generates a current I and each of the current sources generates a

3    second current lower than the current I, further comprising a

4    transistor coupled to each current source connected to the

5    counter.

1    29. The circuit of claim 21 wherein the means for varying the

2    frequency further comprises:

18

19

FCS0000044

one or more voltage sources coupled to the control input; and

a counter coupled to the output of the oscillator and to the one or more voltage sources.

30. The circuit of claim 22 wherein the oscillator further comprises:

a primary voltage source coupled to the control input; and

a differential switch coupled to the primary voltage source.

31. The circuit of claim 21 wherein the means for varying the frequency further comprises:

a capacitor; and

a current source adapted to charge and discharge the capacitor.

32. The circuit of claim 31 further comprising:

one or more comparators coupled to the capacitor; and

the means for alternatingly charging and discharging the capacitor.

33. A power supply having a transformer coupled to an input voltage, the transformer having a primary winding, the power supply comprising:

an oscillator for generating a signal having a frequency, the oscillator having a control input for varying the frequency of the signal, the oscillator including:

a primary current source coupled to the control input;

a differential switch coupled to the primary current source;

a capacitor coupled to the differential switch; and

a comparator coupled to the differential switch;

a digital to analog converter coupled to the control input, the analog to digital converter having one or more current

19

14  sources, wherein the primary current source generates a current I
15  and each of the current sources generates a current lower than I;
16     a counter coupled to the output of the oscillator and to the
17  current sources of the digital to analog converter; and
18     a power transistor coupled to the oscillator and to one
19  terminal of the primary winding, the power transistor modulating
20  its output in providing a regulated power supply output.

1    34.  A power supply having a transformer coupled to an input
2  voltage, the transformer having a primary winding, the power
3  supply comprising:
4     an oscillator for generating a signal having a frequency,
5  the oscillator having a control input for varying the frequency
6  of the signal, the oscillator including:
7       a primary current source coupled to the control input;
8       a differential switch coupled to the primary current
9  source;
10       a capacitor coupled to the differential switch; and
11       a comparator coupled to the differential switch;
12     a circuit for varying the frequency, the circuit coupled to
13  the control input, including:
14       a capacitor;
15       a current source adapted to charge and discharge the
16  capacitor;
17       one or more comparators coupled to the capacitor to the
18  current source for alternatingly charging and discharging the
19  capacitor; and
20     a power transistor coupled to the oscillator and to one
21  terminal of the primary winding, the power transistor modulating
22  its output in providing a regulated power supply output.

20

FCS0000046

09/192959

## Abstract

EMI emission is reduced by jittering the switching frequency of a switched mode power supply. An oscillator with a control input for varying the oscillator's switching frequency generates a jittered clock signal. In one embodiment, the oscillator is connected to a counter clocked by the oscillator. The counter drives a digital to analog converter, whose output is connected to the control input of the oscillator for varying the oscillation frequency. In another embodiment, the oscillator is connected to a low frequency oscillator whose low frequency output is used to supplement the output of the oscillator for jittering the switching frequency. The invention thus deviates or jitters the switching frequency of the switched mode power supply oscillator within a narrow range to reduce EMI noise by spreading the energy over a wider frequency range than the bandwidth measured by the EMI test equipment.

34152.mal

21

09/192959

PATENT

ATTORNEY DOCKET NO: 10256/003001

## COMBINED DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled FREQUENCY JITTERING CONTROL, the specification of which

☒ is attached hereto.

☐ was filed on _____ as Application Serial No. _____ and was amended on _____

☐ was described and claimed in PCT International Application No. _____ filed on _____ and as amended under PCT Article 19 on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose all information I know to be material to patentability in accordance with Title 37, Code of Federal Regulations, §1.56.

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose all information I know to be material to patentability as defined in Title 37, Code of Federal Regulations, §1.56(a) which became available between the filing date of the prior application and the national or PCT international filing date of this application:

I hereby appoint the following attorneys and/or agents to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: Roger S. Borovoy, Reg. No. 20,193, Hans R. Troesch, Reg. No. 36,950, William J. Egan, III, Reg. No. 45,511, Bao Q. Tran, Reg. No. 37,955, David J. Goren, Reg. No. 34,609, Mark D. Kirkland, Reg. No. 40,048, Wayne P. Sobon, Reg. No. 32,438, Christopher P. Rogers, Reg. No. 36,334, Edouard A. Garcia, Reg. No. 38,461.

Address all telephone calls to Bao Q. Tran at telephone number 650/322-5070.

Address all correspondence to Roger S. Borovoy, Fish & Richardson P.C., 2200 Sand Hill Road, Suite 100, Menlo Park, CA 94025.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patents issued thereon.

Full Name of Inventor: Bala Balakrishnan

Inventor's Signature: _Bala Balakrishnan_     Date: _11-13-1998_

Residence Address: Saratoga, California

Citizen of: U.S.A.

Post Office Address: 13917 Albar Court, Saratoga, CA 95070

Revised August 24 1994 (391DECL.MRG)

**COMBINED DE   ARATION AND POWER OF ATT   EY CONTINUED**

Full Name of Inventor: Alex Djenguerian

Inventor's Signature: _Alex Djenguerian_    Date: _Nov. 13, 1998_

Residence Address: Saratoga, California

Citizen of: U.S.A.

Post Office Address: 20602 Sevilla Lane, Saratoga, CA 95070


Full Name of Inventor: Leif Lund

Inventor's Signature: _Lif Lund_    Date: _Nov. 13, 1998_

Residence Address: San Jose, California

Citizen of: Sweden

Post Office Address: 1074 Queensbrook Drive, San Jose, CA 95129

SY183.PAL1

Revised: August 26 1994 (391DECLAR.O)

FCS0000049



Figure 1.

FCS0000050



Figure 2.

FCS0000051



Figure 3.

FCS0000052



*Figure 4.*

FCS0000053



Figure 5.

FCS0000054



Figure 6.

FCS0000055



Figure 1.

FCS0000056





Figure 2.

FCS0000057



PRINT OF DRAWINGS
AS ORIGINALLY FILE

Figure 3.



PRINT OF DRAWINGS
AS ORIGINALLY FILE'

Figure 4.





FCS0000061

**2**

FCS0000062

PATENT

ATTORNE. .OCKET NO. 10256/003001

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : B. Balakrishnan et al.          Art Unit: Unassigned
Serial No.: Unassigned                       Examiner: Unassigned
Filed    : Herewith
Title    : FREQUENCY JITTERING CONTROL

Assistant Commissioner for Patents
Washington, DC 20231

### INFORMATION DISCLOSURE STATEMENT

Applicants submit the references listed on the
attached form PTO-1449, copies of which are enclosed.

The Examiner is requested to make these citations of
official record in this application.  Applicants would appreciate
the Examiner initialling and returning an initialled copy of form
PTO-1449, indicating that the references have been considered and
made of record herein.

This statement is being filed with the application.

Please apply any charges or credits to Deposit Account
06-1050.

Respectfully submitted,

Date: 11/16/98

Bao Q. Tran
Reg. No. 37,955

Fish & Richardson P.C.
2200 Sand Hill Road, Suite 100
Menlo Park, CA 94025

Telephone: 650/322-5070
Facsimile: 650/854-0875
50763.PAL1

"EXPRESS MAIL" Mailing Label Number EL105185|245
Date of Deposit  Nov 16, 1998

Sheet 1 of 1

| SUBSTITUTE FORM PTO-1449 (MODIFIED) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 10256/003001 | SERIAL NO. Unassigned 09/742959 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | | APPLICANT: B. Balakrishnan et al. | |
| | | FILING DATE Herewith | GROUP Unassigned |
| (37 CFR 1.98(b)) | | | |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | PATENT NUMBER | | ISSUE DATE | PATENTEE | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## FOREIGN PATENT OR PUBLISHED FOREIGN PATENT APPLICATION

| | DOCUMENT NUMBER | PUBLICATION DATE | COUNTRY OR PATENT OFFICE | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (including Author, Title, Date, Place of Publication)

| DmB | AA | Ashok Bindra, "Power-Conversion Chip Cuts Energy Wastage in Off-Line Switchers," *Electronic Design*, pgs. 46,48, 10/1998. |
|---|---|---|
| | | |
| | | |

| EXAMINER Dennis M. Butler | DATE CONSIDERED 10-6-00 |
|---|---|

EXAMINER: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Substitute Disclosure Form (PTO-1449)

2

TECH INSIGHTS

PRODUCT INNOVATION

# Power-Conversion Chip Cuts Energy Wastage In Off-Line Switchers

*High-Voltage Controller Enables Energy-Efficient, Economical Alternatives To AC Wall Adapters And Standby Power Supplies.*

Ashok Bindra

While the efficiencies of power-conversion chips and power sources continue to improve, energy wastage in stand-by mode remains astonishingly high. For example, ac wall adapters are still plugged in and consume power, even though gadgets like TVs, VCRs, and cordless phones are supposedly off. And, the problem is expected to worsen as more electronic consumer products pervade the home.

This wasted energy costs money, as well as contributes to pollution. According to a study conducted by Lawrence Berkeley National Laboratory, Berkeley, Calif., in the U.S. alone, consumers pay over $3.5 billion annually to keep a variety of electronic widgets in stand-by mode. To curb such wastage, several energy-saving guidelines have been established around the world. The U.S. Energy Star program, for example, has been extended to consumer electronics, with efforts underway to cover home audio and DVD players. Likewise, Germany's Blue Angel legislation is catching momentum in Europe.

To enable a new class of energy-efficient off-line ac adapters and standby power supplies, Power Integrations Inc. has crafted a radically new switcher solution for low-power (10 W and below) applications *(Fig. 1)*. And, at the heart of this solution is a proprietary controller chip called TinySwitch.

"This new design reduces the energy wastage from the 1.2 W (typical) seen in today's conventional, linear, ac wall adapters (or bricks) to less than 100 mW," says Shyam Dujari, director of marketing at Power Integrations. Plus, he adds, it provides a compact, light-weight adapter or stand-by supply with universal input. Because fewer low-cost external components are needed with this solution, the total system cost is also significantly cut, notes Dujari. By comparison, pulse-width-modulated (PWM) based off-line switchers are bulky and cost more, according to Dujari.

Designed to be a simple, on/off control device, the TinySwitch integrates on-chip a 700-V power MOSFET; oscillator; high-voltage, switched-current source; current limit; and thermal shutdown circuitry *(Fig. 2)*. Unlike the conventional PWM controller, it uses an on/off control to regulate the output voltage. In this scheme, when the on-chip oscillator is enabled, it turns the power MOSFET on at the start of each cycle. The MOSFET is turned-off as soon as the output current reaches the upper limit.

The maximum on-time of the power MOSFET is determined by the duty cycle signal ($D_{MAX}$) of the internal oscillator. Also, the current limit and switching frequency for a given TinySwitch is fixed, while the power delivered is proportional to the primary inductance of the transformer. Because the TinySwitch is powered directly by the incoming high voltage, it eliminates the need for an auxiliary bias winding and associated circuitry, thereby simplifying the design of the transformer. In fact, the manufacturer recommends standard, low-cost transformers based on ferrite cores like



1. As shown in the application circuit, the TinySwitch requires very few external components to complete a 4-W, off-line ac adapter. The output power is proportional to the primary inductance of the transformer, and is independent of the input voltage.

46

Cited in IDS for 10256000003001
Serial No. Unassigned, filed 11/16/98

FCS0000065



TEC SIGHTS    EFFICIENT POW CONVERTER

**3. The device employs simple on/off control mechanism to operate in the current limit mode, so that it can deliver the same energy every cycle. The current-limit operation rejects line-frequency ripple. The current limit and clock cycle for each device is fixed.**

EE16, which is available from multiple sources.

### Novel Operation

The very-high loop bandwidth of the device provides excellent transient response and fast turn-on, with practically no overshoot, claims Djenguerian. As per the data sheets, the turn-on time is about 1.0 ms at no load. Plus, he adds, the fixed current-limit operation rejects the line ripple, as the energy delivered is independent of the input voltage (*Fig. 3*). Other features include glitch-free output when the input is removed, and thermal protection. No loop compensation is needed. The thermal shutdown threshold is set at 135°C, with 70°C hysteresis. Consequently, when the junction temperature exceeds 135°C, the power MOSFET is disabled. It remains disabled

until the die-junction temperature goes under 70°C, at which point it is re-enabled.

Under no-load condition, the TinySwitch consumes only 30 to 60 mW at 115/250-V ac input. As a result, stand-by supplies based on the TinySwitch can meet Blue Angel, Energy Star, Energy 2000, and European cellular phone standards. This smart integration of a high-voltage MOSFET switch with low-voltage control and protection functions is made possible by the company's proprietary CMOS process.

The TNY253/254/255 are the first three members of the TinySwitch family. Aimed at TV/VCR solutions, the TNY253 is rated for 5-W supplies. Likewise, TNY254 delivers up to 8 W for cellular phone chargers and PC stand-by supplies. Both the

TNY253 and TNY254 switch at 44 kHz to minimize EMI filtering requirements, and permit the use of a simple snubber clamp to limit drain spike voltage.

However, the TNY255 uses a higher switching frequency of 130 kHz to deliver up to 10 W for applications like cell phone chargers and PC stand-by power. All three units allow the use of low-cost, EE16 core transformers. Typical conversion efficiency offered by a TinySwitch-based power converter is 70% to-75%.

"The efficiency is constant all the way down to very-low power," states Power Integration's vice president of engineering, Balu Balakrishnan. In PWM-based switchers, the losses stay fixed, as a result, the efficiency goes down with load, Balakrishnan says. By comparison, he adds, the TinySwitch skips cycles at low load to keep the switching losses lower and efficiency higher.

To simplify using TinySwitch devices in power-supply applications, Power Integration's engineers have readied several reference designs and application notes. These include a 1.5-W TV/VCR stand-by circuit, an 8-W PC stand-by supply, and a 3.5-W cellular phone charger. In addition, there is a 0.5-W off-line ac adapter. Evaluation boards are also available for these applications.

### PRICE AND AVAILABILITY
*The TinySwitch TNY253/254/255 devices are available in 8-pin DIP and 8-pin SMD packages. In 10,000-piece quantities, the prices range from $0.75 to $0.81 each.*
*Power Integrations Inc., 477 N. Mathilda Ave., Sunnyvale, CA 91088; (408) 523-8265; www.powerint.com*    **CIRCLE 451**



**2. This functional block diagram shows that the TinySwitch controller packs an oscillator, Enable circuit, 5.8-V regulator, under-voltage circuit, hysteretic over-temperature protection, current limit, leading-edge blanking, and a 700-V lateral power MOSFET. This is made possible by the semiconductor supplier's proprietary 2.0 μm single metal CMOS process.**

FCS0000066

**3**

FCS0000067



Receipt

PATENT
ATTORNEY DOCKET NO. 10256/003001

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Balakrishnan et al.                    Art Unit: 2781
Serial No.: 09/192,959                             Examiner: Unassigned
Filed    : November 16, 1998
Title    : FREQUENCY JITTERING CONTROL              **RECEIVED**
Assistant Commissioner for Patents
Washington, DC 20231                                MAR 0 9 1999

                                                    Group 2700
              PETITION TO CORRECT FILING RECEIPT

        Applicants request that the name of the second inventor
on the Filing Receipt be corrected to read: ALEX DJENGUERIAN.

        A copy of the Filing Receipt with the correction in red
is attached.  Applicants request a filing receipt with the above-
noted correction.

        Please apply any charges not covered, or any credits,
to Deposit Account 06-1050.

                        Respectfully submitted,

Date: _2/17/99_         _Bao Tran_

                        Bao Q. Tran
                        Reg. No. 37,955

Fish & Richardson P.C.
2200 Sand Hill Road, Suite 100
Menlo Park, CA 94025

Telephone: 650/322-5070
Facsimile: 650/854-0875

103840.PAL1

Date of Deposit _22 Feb 99_
I hereby certify under 37 CFR 1.8(a) that this correspondence is
being deposited with the United States Postal Service as first class
mail with sufficient postage on the date indicated above and is
addressed to the Assistant Commissioner for Patents, Washington,
D.C. 20231

_[signature]_




UNITED STATE    ARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 09/192,959 | 11/16/98 | 2781 | $1,246.00 | 10256/003001 | 6 | 34 | 6 |

ROGER S BOROVOY
FISH & RICHARDSON
2200 SAND HILL ROAD
SUITE 100
MENLO PARK CA 94025

RECEIVED

MAR 0 9 1999

Group 2700

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)

BALU BALAKRISHNAN, SARATOGA, CA; ALEX DIENGUERIAN,
SARATOGA, CA; LEIF LUND, SAN JOSE, CA

FOREIGN FILING LICENSE GRANTED 12/02/98
TITLE
FREQUENCY JITTERING CONTROL

PRELIMINARY CLASS: 395

Docketed By Practice Systems
Action Code: _____
Base Date: _____
Due Date: _____
Deadline: _____
Initials: _____
Record: _____

Docketed By Billing Secretary
Due Date: _____
Deadline: _____
Initials: _____

DATA ENTRY BY: SMITH ANNETTE        TEAM: 04 DATE: 12/02/98

(see reverse)

FCS0000069

**4**

FCS0000070

GP 2781

Attorney's Docket No.: __003692.P033__                                 Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:                      )

**BALAKRISHNAN, ET AL.**                   )      Examiner:      Not Yet Assigned
                                           )
Application Number: 09/192,959             )      Group Art Unit:  2781
                                           )
Filed:      November 16, 1998              )
                                           )
For:      FREQUENCY JITTERING CONTROL      )      RECEIVED

                                                  MAY 27 1999

Assistant Commissioner for Patents                Group 2700
Washington, D.C. 20231

## POWER OF ATTORNEY BY ASSIGNEE
## AND REVOCATION OF PREVIOUS POWERS

Power Integrations, Inc. ("assignee"), a California corporation having a place of business at 477 N. Mathilda Avenue, Sunnyvale, California, 94086, certifies that to the best of assignee's knowledge and belief it is the assignee of the entire right, title, and interest in and to the above-referenced patent application and represents that the undersigned is a representative authorized and empowered to sign on behalf of the assignee.

Assignee has reviewed the assignment document that evidences the placement of title in the assignee and upon information and belief that assignment documents were recorded in the U.S. Patent and Trademark Office on November 16, 1998, at reel 9593, frame 0048.

Pursuant to 37 C.F.R. §§ 1.36 and 3.71, the assignee hereby revokes all powers of attorney previously given and appoints Farzad E. Amini, Reg. No. P42,261; Aloysius T. C. AuYeung, Reg. No. 35,432; Amy M. Armstrong, Reg. No. 42,265; William Thomas Babbitt, Reg. No. 39,591; Carol F. Barry, Reg. No. 41,600; Jordan Michael Becker, Reg. No. 39,602; Bradley J. Bereznak, Reg. No. 33,474; Michael A. Bernadicou, Reg. No. 35,934; Roger W. Blakely, Jr., Reg. No. 25,831; Gregory D. Caldwell, Reg. No. 39,926; Kent M. Chen, Reg. No. 39,630; Yong S. Choi, Reg. No. P43,324; Thomas M. Coester, Reg. No. 39,637; Michael Anthony DeSanctis, Reg. No. 39,957; Daniel M. De Vos, Reg. No. 37,813; Robert Andrew Diehl, Reg. No. 40,992; Tarek N. Fahmi, Reg. No. 41,402; James Y. Go, Reg. No. 40,621; Dinu Grula, Reg. No. P42,996; David R. Halvorson, Reg. No. 33,395;

003692.P033                          - 1 -                        (Rev. 5/99)

FCS0000071

Thomas A. Hassing, Reg. No. 36,159; Phuong-Quan Hoang, Reg. No. 41,839; Willmore F. Holbrow III, Reg. No. P41,845; George W Hoover II, Reg. No. 32,992; Eric S. Hyman, Reg. No. 30,139; Dag H. Johansen, Reg. No. 36,172; William W. Kidd, Reg. No. 31,772; Michael J. Mallie, Reg. No. 36,591; Andre L. Marais, under 37 C.F.R. § 10.9(b); Paul A. Mendonsa, Reg. No. 42,879; Darren J. Milliken, Reg. 42,004; Thinh V. Nguyen, Reg. No. 42,034; Kimberley G. Nobles, Reg. No. 38,255; Babak Redjaian, Reg. No. 42,096; James H. Salter, Reg. No. 35,668; William W. Schaal, Reg. No. 39,018; James C. Scheller, Reg. No. 31,195; Anand Sethuraman, Reg. No. P43,351; Charles E. Shemwell, Reg. No. 40,171; Maria McCormack Sobrino, Reg. No. 31,639; Stanley W. Sokoloff, Reg. No. 25,128; Judith A. Szepesi, Reg. No. 39,393; Vincent P. Tassinari, Reg. No. 42,179; Edwin H. Taylor, Reg. No. 25,129; George C. C. Tseng, Reg. No. 41,355; Lester J. Vincent, Reg. No. 31,460; John Patrick Ward, Reg. No. 40,216; Stephen Warhola, Reg. No. 43,237; Charles T. J. Weigell, Reg. No. 43,398; Ben J. Yorks, Reg. No. 33,609; and Norman Zafman, Reg. No. 26,250; my attorneys, and James A. Henry, Reg. No. 41,064; Daniel E. Ovanezian, Reg. No. 41,236; Glenn E. Von Tersch, Reg. No. 41,364; and Chad R. Walsh, Reg. No. 43,235; my patent agents, of BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP, with offices located at 12400 Wilshire Boulevard, 7th . Floor, Los Angeles, California 90025; telephone (310) 207-3800, and James R. Thein, Reg. No. 31,710, my patent attorney; with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith.

Pursuant to 37 C.F.R. § 3.71, the assignee hereby states that prosecution of the above-referenced patent application is to be conducted to the exclusion of the inventor(s).

Send all future correspondence to Bradley J. Bereznak, Esq., Reg. No. 33,474, Blakely, Sokoloff, Taylor, & Zafman LLP, 12400 Wilshire Boulevard, Seventh Floor, Los Angeles, California 90025, and direct all telephone calls to the same at (408) 720-8598.

Assignee of Interest: POWER INTEGRATIONS, INC.
(Type or Print)

Dated: 5-14-99    By: _____
Name: Clifford J. Walker
(Type or Print)
Title: Vice President of Corporate Development
(Type or Print)

Address of Assignee of Interest:
477 N. Mathilda Avenue
Sunnyvale, CA 94086
USA

003692.P033    - 2 -    (Rev. 5/99)

FCS0000072

Respectfully submitted,

**BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP**

Dated: 5/17/99    By _____

Name: Bradley J. Bereznak
(Type)

Reg. No.: 33,474

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, California 90025-1026
(408) 720-8598

RECEIVED

MAY 27 1999

Group 2700

## FIRST CLASS CERTIFICATE OF MAILING
### (37 C.F.R. § 1.8(a))

I hereby certify that the foregoing Power of Attorney is being deposited with the
United States Postal Service as first class mail with sufficient postage in an envelope
addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231 on
_Nov 17, 1999_

_____
Vivian Y. Buijten
Name of Person Mailing Correspondence

_____    5/17/99
Signature                    Date

003692.P033              - 3 -              (Rev. 5/99)

FCS0000073

5

FCS0000074



**UNITED STATES  PARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/192969 | 11/16/98 | BALAKRISHNAN | 10256/003001 |

EXAMINER

ROGER S BOROVOY
FISH & RICHARDSON
2200 SAND HILL ROAD
SUITE 100
MENLO PARK CA 94025

ART UNIT    AVAZ  PAPER NUMBER

SHEET
DATE MAILED:                     S

06/01/99

This is in response to the Power of Attorney filed _____

☐ 1. The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

☒ 2. The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record. (37 CFR 1.33).

☐ 3. The withdrawal as attorney in this application has been accepted. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

This is a communication from the
Patent and Trademark Office

☒ 4. The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the below-noted address as provided by 37 CFR 1.33.

☐ 5. The Power of Attorney in this application is not accepted for the reason(s) checked below:

☐ a. The Power of Attorney is from an assignee and the Certificate required by 37 CFR 3.73 (b) has not been received.

☐ b. The person signing for the assignee has omitted their empowerment to sign on behalf of the assignee.

☐ c. The inventor(s) is without authority to appoint attorneys since the assignee has intervened as provided by 37 CFR 3.71.

☐ d. The signature of _____, a co-inventor in this application, has been omitted. The Power of Attorney will be entered upon receipt of confirmation signed by said co-inventor.

☐ e. The person(s) appointed in the Power of Attorney is not registered to practice before the U. S. Patent & Trademark Office.

☐ f. The revocation is not signed by the applicant, the assignee of the entire interest, or <u>one</u> particular principal attorney having the authority to revoke.

BRADLEY J. BEREZNAK, ESQ.
BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP
12400 WILSHIRE BLVD.
SEVENTH FLOOR
LOS ANGELES CA 90025

This is a communication from the
Patent and Trademark Office

FORM PTOL-305 (REV. 7/89)    RETAIN THIS COPY IN THE APPLICATION FILE    COPY A

FCS0000075

**6**

FCS0000076

**UNITED STATE DEPARTMENT OF COMMERCE**
Patent and Tra..mark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/192,959 | 11/16/98 | BALAKRISHNAN | B 10256/003001 |

TM11/1016

BRADLEY J. BEREZNAK, ESQ.
BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP
12400 WILSHIRE BLVD.
SEVENTH FLOOR
LOS ANGELES CA 90025

| | |
|---|---|
| EXAMINER | |
| BUTLER, D | |
| ART UNIT | PAPER NUMBER |
| 2182 | 6 |
| DATE MAILED: | |
| 10/16/00 | |

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☒ Responsive to communication(s) filed on  11-16-98

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire  three  month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s)  1-34  is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration.

☒ Claim(s)  1-10  is/are allowed.

☒ Claim(s)  11-13, 17-18, 21, 27-28 and 31-34  is/are rejected.

☒ Claim(s)  14-16, 19-20, 22-26 and 29-30  is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of Reference Cited, PTO-892.

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s).  2

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

-- SEE OFFICE ACTION ON THE FOLLOWING PAGES --

PTOL-326 (Rev. 1995)

☆ U.S. GPO: 1996-408-790-40028

FCS0000077

Serial Number J9/192,959                    - 2 -
Art Unit 2787

1.      This action is in response to the application filed on
November 16, 1998. Claims 1-34 are pending.

2.      The title of the invention is not descriptive. A new title
is required that is clearly indicative of the invention to which
the claims are directed. The current title is imprecise. The
title would be improved if it included that the frequency
jittering control is for varying the switching frequency of a
power supply.

3.      Claims 27-28 and 32-34 are rejected under 35 USC 112, second
paragraph, as being indefinite for failing to particularly point
out and distinctly claim the subject matter which applicant
regards as the invention.

        Regarding claims 27-28, the phrase "the primary current
source" lacks proper antecedent basis. The phrase "the current
sources" lacks proper antecedent basis and is unclear because it
is unclear whether it refers to all the current sources including
the primary current source or just the one or more current
sources coupled to the control input.

        Regarding claim 32, the phrase "the means for ... the
capacitor" lacks proper antecedent basis and is unclear as to its
relationship to the current source adapted to charge and
discharge the capacitor.

        Regarding claim 33, the phrase "the analog to digital
converter" lacks proper antecedent basis. The phrase "the current
sources" lacks proper antecedent basis and is unclear because it
is unclear whether it refers to all the current sources including
the primary current source or just the one or more current

FCS0000078

Serial Number J9/192,959                          - 3 -
Art Unit 2787

sources coupled to the control input.

Regarding claim 34, the phrase "comparators coupled to the capacitor to the current source" is unclear as to the coupling of the comparators.

4.      The following is a quotation of the appropriate paragraphs of 35 USC § 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless --

(b)  the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

5.      This application currently names joint inventors.  In considering patentability of the claims under 35 USC 103, the examiner presumes that the subject matter of the various claims was commonly owned at the time any inventions covered therein were made absent any evidence to the contrary.  Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was not commonly owned at the time a later invention was made in order for the examiner to consider the applicability of potential 35 USC 102(f) or (g) prior art under 35 USC 103.

6.      The following is a quotation of 35 USC 103 which forms the basis for all obviousness rejections set forth in this Office action:

A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

7.      Claims 11, 13, 17, 21 and 31-32 rejected under 35 USC 102(b)

Serial Number 09/192,959                        - 4 -
Art Unit 2787

as being anticipated by Albach, U.S. Patent 4,712,169.

Per claims 11, 13 and 17:

A)    Albach teaches the following claimed items:

1.    generating a primary current/voltage with Uref of figure 1,
      at column 4, lines 13-15 and at column 5, lines 38-47;

2.    cycling one or more secondary current/voltage sources to
      generate a secondary current/voltage which varies over time
      with U1 of figures 1 and 2, at column 4, lines 10-15 and at
      column 4, line 57 - column 5, line 8;

3.    supplying the primary and secondary currents/voltages to a
      control input of an oscillator (VCO 34) for generating a
      switching frequency which varies over time with U2 of
      figures 1 and 2, at column 4, lines 15-26 and at column 5,
      lines 9-66.

Per claims 21 and 31-32:

A)    Albach teaches the following claimed items:

1.    an oscillator with VCO 34 of figure 1, at column 4, lines
      15-26 and 41-61;

2.    means for varying the switching frequency including a
      capacitor, a current source and a comparator with comparator
      circuit 31, monostable trigger 32 and integrator 33 of
      figure 1, at column 4, lines 7-26.

8.    Claims 12 and 18 rejected under 35 USC 103 as being
unpatentable over Albach, U.S. Patent 4,712,169.

      The claims seem to differ from Albach in that Albach fails
      to explicitly teach clocking a counter with the output of
      the oscillator as claimed. However, Albach describes

FCS0000080

Serial Number 09/192,959                    - 5 -
Art Unit 2787

clocking SR Latch 26 of figure 1 and at column 4, lines 20-
26 in order to condition the output of the oscillator for
the switching transistor. Albach does not explicitly
describe using a counter to condition the oscillator output
signal. However, counters are routinely used as frequency
dividers in order to generate the desired frequency for the
receiving device. It would have been obvious to one having
ordinary skill in the data processing art at the time the
invention was made to replace the SR latch with a counter
in order to increase the flexibility of the pulse generating
circuit by allowing the oscillator frequency to be divided
down to a lower frequency and properly condition the
oscillator output to the proper switching frequency.

9.      Claims 1-10 are allowable over the art of record.

10.     Claims 14-16, 19-20, 22-26 and 29-30 are objected to as
being dependent upon a rejected base claim, but would be
allowable if rewritten in independent form including all of the
limitations of the base claim and any intervening claims.

11.     The prior art made of record and not relied upon is
considered pertinent to applicant's disclosure.

12.     Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Dennis
M. Butler whose telephone number is (703) 305-9663. The examiner
can normally be reached on Monday-Friday from 9:30 AM to 6:00 PM.

Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is (703) 305-3900.

Dennis M. Butler                    Dennis M. Butler
October 10, 2000                    Dennis M. Butler
                                    Primary Examiner
                                    Group 2180

FCS0000081

FORM PTO 948 (REV. 13-93)     U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office     Application 192859

# NOTICE OF DRAFTPERSON'S
## PATENT DRAWING REVIEW

The drawing filed (insert date) _____ are:

A. _____ not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

B. _X_ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawing must be submitted according to the instructions on the back of this notice.

**1. DRAWINGS. 37 CFR 1.84(a):** Acceptable categories of drawings:
Black ink. Color.
_____ Color drawings are not acceptable until petition is granted.
Fig(s)_____
_____ Pencil and non black ink not permitted. Fig(s)_____

**2. PHOTOGRAPHS. 37 CFR 1.84(b)**
_____ Photographs are not acceptable until petition is granted.
_____ 3 full-tone sets are required. Fig(s)_____
_____ Photographs not properly mounted (must bristol board or photographic double-weight paper). Fig(s)_____
_____ Poor quality (half-tone). Fig(s)_____

**3. TYPE OF PAPER. 37 CFR 1.84(e)**
_____ Paper not flexible, strong, white and durable.
Fig(s)_____
_____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not accepted. (too dark) Fig(s)_____

**4. SIZE OF PAPER. 37 CFR 1.84(f):** Acceptable sizes:
_____ 21.0 cm by 29.7 cm (DIN size A4)
_____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
_____ All drawings sheets not the same size.
Sheet(s)_____

**5. MARGINS. 37 CFR 1.84(g):** Acceptable margins:
Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
SIZE: A4
Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
SIZE 8 1/2 x 11
_____ Margins not acceptable. Fig(s)_____
_____ Top (T)      _____ Left (L)
_____ Right (R)      _____ Bottom (B)

**6. VIEWS. CFR 1.84(h)**
REMINDER: Specification may require revision to correspond to drawing changes.
_____ Views connected by projection lines or lead lines.
_____ Partial views. 37 CFR 1.84(h)(2)
_____ Brackets needed to show figure as one entity.
_____ Views not labeled separately or properly.
_____ Enlarged view not labeled separately or properly.
Fig(s)_____

**7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)**
_____ Hatching not indicated for sectional portions of an object.
Fig(s)_____
_____ Sectional designation should be noted with Arabic or Roman numbers. Fig(s)_____

**8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)**
_____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graphs. Fig(s)_____
_____ Views not on the proper side of drawing sheet. Fig(s)_____

**9. SCALE. 37 CFR 1.84(k)**
_____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
Fig(s)_____

**10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)**
_____ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (poor line quality). Fig(s)_____

**11. SHADING. 37 CFR 1.84(m)**
_____ Solid black areas pale. Fig(s)_____
_____ Solid black shading not permitted. Fig(s)_____
_____ Shade lines, pale, rough and blurred. Fig(s)_____

**12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)**
_____ Numbers and reference characters not plain and legible.
Fig(s)_____
_____ Figure legends are poor. Fig(s)_____
_____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(1) Fig(s)_____
_____ English alphabet not used. 37 CFR 1.84(p)(2) Fig(s)_____
_____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig(s)_____

**13. LEAD LINES. 37 CFR 1.84(q)**
_____ Lead lines cross each other. Fig(s)_____
_____ Lead lines missing. Fig(s)_____

**14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)**
_____ Sheets not numbered consecutively, and in Arabic numerals beginning with 1. Fig(s)_____

**15. NUMBERING OF VIEWS. 37 CFR 1.84(u)**
_____ Views not numbered consecutively, and in Arabic numerals, beginning with 1. Fig(s)_____

**16. CORRECTIONS. 37 CFR 1.84(w)**
_____ Corrections not made from PTO-948 dated_____

**17. DESIGN DRAWINGS. 37 CFR 1.152**
_____ Surface shading shown not appropriate. Fig(s)_____
_____ Solid black shading not used for color contrast. Fig(s)_____

COMMENTS

REVIEWER _____ DATE 1/22/98 TELEPHONE NO. 703 305 0886

ATTACHMENT TO PAPER NO. _____

PTO COPY

FCS0000082

PAGE 1 OF 1

| FORM PTO-892 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | SERIAL NO. 09/192,959 | GROUP ART UNIT 2787 | ATTACHMENT TO PAPER NO. | 6 |
|---|---|---|---|---|---|---|
| **NOTICE OF REFERENCES CITED** | | | APPLICANT(S) Balakrishnan et al. | | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| | A | 6,107,851 | 8/2000 | Balakrishnan et al. | 327 | 172 | |
| | B | 5,459,392 | 10/1995 | Mandelcorn | 323 | 222 | |
| | C | 4,930,063 | 5/1990 | Henze et al. | 363 | 91 | |
| | D | 4,712,169 | 12/1987 | Albach | 363 | 89 | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS |
|---|---|---|---|---|---|---|---|
| | L | | | | | | |
| | M | | | | | | |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER Dennis M. Butler | DATE October 10, 2000 | | Form 892ccz2106b |
|---|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.85(a).)

FCS0000083

```
=> d his

    (FILE 'HOME' ENTERED AT 14:58:06 ON 06 OCT 2000)

    FILE 'USPATFULL' ENTERED AT 14:58:19 ON 06 OCT 2000
L1          3 S JITTER### (5A) (SWITCHING FREQUENCY)
L2       9804 S SWITCH### (3W) (POWER SUPPLY)
L3     248428 S OSCILLATOR# OR CLOCK#
L4       3820 S L2 AND L3
L5        999 S REDUC### (5A) EMI
L6         40 S L4 AND L5
L7        173 S VARY### (3A) (SWITCHING FREQUENCY)
L8        537 S CONTROL#### (3A) (SWITCHING FREQUENCY)
L9          2 S L6 AND L7
L10         2 S L6 AND L8
L11      4436 S DIGITAL (W) (ANALOG CONVERTER#)
L12         0 S L6 AND L11
L13        64 S L2 AND L11
L14        40 S L3 AND L13
L15         0 S L14 AND JITTER###
L16         0 S L14 AND (L7 OR L8)
L17       752 S 713/500/NCL OR 713/501/NCL OR 713/503/NCL
L18       793 S 713/300/NCL OR 713/320/NCL OR 713/322/NCL
L19        57 S L17 AND L18
L20         1 S L2 AND L19
L21         0 S L19 AND L5
L22        37 S L6 NOT (L9 OR L10)
L23         1 S L22 AND JITTER###
```

FCS0000084

**7**

FCS0000085

#7

OIPE
JAN 16 2001

Attorney's Docket No.:  003692.P033                                        Patent

In re the Application of:  Balakrishnan et al.
                                                    (inventor(s))

Application No.:  09/192,959

Filed:  November 16, 1998

For:  FREQUENCY JITTERING CONTROL FOR VARYING THE SWITCHING FREQUENCY
        OF A POWER SUPPLY
                                                    (title)

ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

SIR:  Transmitted herewith is an Amendment for the above application.

_____   Small entity status of this application under 37 C.F.R. §§ 1.9 and 1.27 has been established by
            a verified statement previously submitted.

_____   A verified statement to establish small entity status under 37 C.F.R. §§ 1.9 and 1.27 is enclosed.

___X___  No additional fee is required.

The fee has been calculated as shown below:

| | (Col. 1)<br>Claims<br>Remaining<br>After Amd. | | (Col. 2)<br>Highest No.<br>Previously<br>Paid For | (Col. 3)<br>Present<br>Extra | SMALL ENTITY | | OTHER THAN A<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Rate | Additional<br>Fee | Rate | Additional<br>Fee |
| Total<br>Claims | * 32 | Minus | ** 34 | 0 | X9 $ | | X18 $ | |
| Indep.<br>Claims | * 6 | Minus | *** 8 | 0 | X40 $ | | X80 $ | |
| | First Presentation of Multiple<br>Dependent Claim(s) | | | | +135 $ | | +270 $ | |
| | | | | | Total<br>Add. Fee $ | | Total<br>Add. Fee $ | |

  *   If the entry in Col. 1 is less than the entry in Col. 2,
      write "0" in Col. 3.
 **   If the "Highest No. Previously Paid For" IN THIS
      SPACE is less than 20, write "20" in this space.
***   If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, write "3" in this
      space. The "Highest No. Previously Paid For" (Total or Independent) is the highest number
      found from the equivalent box in Col. 1 of a prior amendment or the number of claims
      originally filed.

RECEIVED
JAN 19 2001
TECHNOLOGY CENTER 2800

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail
with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington,
D.C. 20231

on _January 8, 2001_
            Date of Deposit

Melanie Besecker
            Name of Person Mailing Correspondence

_Melanie Besecker_                    _1-8-01_
            Signature                          Date

RECEIVED
JAN 22 2001
TC 2800 MAILROOM

                                    -1-                        (LJV/cak 10/01/00)   A

_____ A check in the amount of $_____ is attached for presentation of additional claim(s).
_____ Applicant(s) hereby Petition(s) for an Extension of Time of _____ month(s) pursuant to
_____ 37 C.F.R. § 1.136(a).
_____ A check for $_____ is attached for processing fees under 37 C.F.R. § 1.17.
_____ Please charge my Deposit Account No. 02-2666 the amount of $_____.
_____ A duplicate copy of this sheet is enclosed.
__X__ The Commissioner of Patents and Trademarks is hereby authorized to charge payment of the
following fees associated with this communication or credit any overpayment to Deposit Account
No. 02-2666 (a duplicate copy of this sheet is enclosed):

    __X__  Any additional filing fees required under 37 C.F.R. § 1.16 for presentation of
             extra claims.

    __X__  Any extension or petition fees under 37 C.F.R. § 1.17.

BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP

Date: 1/8/01

James Y. Go
Reg. No. 40,821

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, California 90025
(425) 827-8800

-2-

(LJV/cak 10/01/00)

FCS0000087

2182

RECEIVED

JAN 2 2 2001

TC 2100 MAILROOM

Attorney's Docket No.: __003692.P033__

In re the Application of: __Balakrishnan et al.__

_____ (Inventor(s))

Application No.: __09/192,959__

Filed: __November 16, 1998__

For: __FREQUENCY JITTERING CONTROL FOR VARYING THE SWITCHING FREQUENCY__

__OF A POWER SUPPLY__

_____ (title)

ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

SIR: Transmitted herewith is an Amendment for the above application.

_____ Small entity status of this application under 37 C.F.R. §§ 1.9 and 1.27 has been established by
a verified statement previously submitted.

_____ A verified statement to establish small entity status under 37 C.F.R. §§ 1.9 and 1.27 is enclosed.

__X__ No additional fee is required.

The fee has been calculated as shown below:

| | (Col. 1) Claims Remaining After Amd. | | (Col. 2) Highest No. Previously Paid For | (Col. 3) Present Extra | SMALL ENTITY | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Rate | Additional Fee | Rate | Additional Fee |
| Total Claims | * 32 | Minus | ** 34 | 0 | X9 | $ | X18 | $ |
| Indep. Claims | * 6 | Minus | *** 6 | 0 | X40 | $ | X80 | $ |
| First Presentation of Multiple Dependent Claim(s) | | | | | +135 | $ | +270 | $ |
| | | | | | Total Add. Fee | $ | Total Add. Fee | $ |

* If the entry in Col. 1 is less than the entry in Col. 2,
write "0" in Col. 3.

** If the "Highest No. Previously Paid For" IN THIS
SPACE is less than 20, write "20" in this space.

*** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, write "3" in this
space. The "Highest No. Previously Paid For" (Total or Independent) is the highest number
found from the equivalent box in Col. 1 of a prior amendment or the number of claims
originally filed.

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail
with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington,
D.C. 20231

on __January 8, 2001__
Date of Deposit

__Melanie Besecker__
Name of Person Mailing Correspondence

_Melanie Besecker_                    __1-8-01__
Signature                              Date

RECEIVED
JAN 19 2001
TECHNOLOGY CENTER 2800

-1-

(LJW/cak 10/01/00)      A

_____ A check in the amount of $_____ is attached for presentation of additional claim(s).

_____ Applicant(s) hereby Petition(s) for an Extension of Time of _____ month(s) pursuant to 37 C.F.R. § 1.136(a).

_____ A check for $_____ is attached for processing fees under 37 C.F.R. § 1.17.

_____ Please charge my Deposit Account No. 02-2666 the amount of $_____.

_____ A duplicate copy of this sheet is enclosed.

__X__ The Commissioner of Patents and Trademarks is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 02-2666 (a duplicate copy of this sheet is enclosed):

    __X__ Any additional filing fees required under 37 C.F.R. § 1.16 for presentation of extra claims.

    __X__ Any extension or petition fees under 37 C.F.R. § 1.17.

BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP

Date: 1/8/01

James Y. Go

Reg. No. 40,621

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, California 90025
(425) 827-8600

-2-

(LJV/cak 10/01/00)

FCS0000089

003692.P033                                                                    Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                         )
                                              )
    BALAKRISHNAN ET AL.             )       Examiner: D. Butler
                                              )
Serial No. 09/192,959                         )       Art Unit: 2182
                                              )
Filed: November 16, 1998                      )
                                              )
For:  FREQUENCY JITTERING CONTROL             )
      FOR VARYING THE SWITCHING             )
      FREQUENCY OF A POWER SUPPLY           )

Box Non Fee Amendment
Assistant Commissioner for Patents
Washington, DC  20231

AMENDMENT AND RESPONSE

Sir:

      Responsive to the Office Action mailed October 16, 2000, the Applicants request

the Examiner to enter the following amendments and to consider the following remarks.

IN THE TITLE

Please change "FREQUENCY JITTERING CONTROL" to --FREQUENCY

JITTERING CONTROL FOR VARYING THE SWITCHING FREQUENCY OF A

POWER SUPPLY--.

IN THE CLAIMS

      Please cancel claims 22 and 29 without prejudice.

003692.P033
Serial No. 09/192,959                    - 1 -                    Examiner: D. Butler
                                                                  Art Unit: 2182

FCS0000090

Please amend claims 11, 17, 21, 23, 26-28, 30, 32, 33 and 34 as follows:

11. (Amended) A method for generating a switching frequency in a power conversion system, comprising:

generating a primary current;

cycling one or more secondary current sources to generate a secondary current which varies over time; and

[supplying the primary and secondary currents]combining the secondary current with the primary current to be received at a control input of an oscillator for generating a switching frequency which is varied over time.

*a¹*

17. (Amended) A method for generating a switching frequency in a power conversion system, comprising:

generating a primary voltage;

cycling one or more secondary voltage sources to generate a secondary voltage which varies over time; and

[supplying the primary and secondary voltages]combining the secondary voltage with the primary voltage to be received at a control input of a voltage-controlled oscillator for generating a switching frequency which is varied over time.

*a²*

21. (Amended) A frequency jittering circuit for varying a power supply switching frequency, comprising:

an oscillator for generating a signal having a switching frequency, the oscillator having a control input for varying the switching frequency; and

*a³*

003692.P033
Serial No. 09/192,959                          - 2 -                          Examiner: D. Butler
                                                                                Art Unit: 2182

means coupled to the control input for varying the switching frequency, including:

one or more current sources coupled to the control input; and

*a³*

a counter coupled to the output of the oscillator and to the one or more current

sources.

---

*a⁴* ✓

*22*
25. (Amended)  The circuit of claim [22]21 wherein the oscillator further comprises:

a primary current source coupled to the control input; and

a differential switch coupled to the primary current source.

---

*27*
26. (Amended)  The circuit of claim [22]21 further comprising a transistor coupled to

each current source and to the counter.

*25*                                          *22*
27. (Amended)  The circuit of claim [22]25 wherein the primary current source generates

*a⁵*
a current I and each of [the]said one or more current sources generates a current lower than I.

*26*                                          *22*
28. (Amended)  The circuit of claim [22]25 wherein the primary current source generates

a current I and each of [the]said one or more current sources generates a second current lower

than the current I, further comprising a transistor coupled to each current source connected to the

counter.

---

*28*
*a⁶*
30. (Amended)  The circuit of claim [22]21 wherein the oscillator further comprises:

a primary voltage source coupled to the control input; and a differential switch coupled to

the primary voltage source.

---

003692.P033
Serial No. 09/192,959                          - 3 -

Examiner: D. Butler
Art Unit: 2182

*22*

*A*

30
33. (Amended)  The circuit of claim 31 further comprising:

one or more comparators coupled to the capacitor; and

[the] means coupled to the capacitor for alternatingly charging and discharging the

capacitor.


31
33. (Amended)  A power supply having a transformer coupled to an input voltage, the

transformer having a primary winding, the power supply comprising:

an oscillator for generating a signal having a frequency, the oscillator having a control

input for varying the frequency of the signal, the oscillator including:

a primary current source coupled to the control input;

a differential switch coupled to the primary current source;

a capacitor coupled to the differential switch; and

a comparator coupled to the differential switch;

a digital to analog converter coupled to the control input, the [analog to] digital to analog

converter having one or more current sources, wherein the primary current source generates a

current I and each of [the]said one or more current sources generates a current lower that I;

a counter coupled to the output of the oscillator and to the current sources of the digital to

analog converter; and

a power transistor coupled to the oscillator and to one terminal of the primary winding, the power

transistor modulating its output in providing a regulated power supply output.


32
34. (Amended)  A power supply having a transformer coupled to an input voltage, the

transformer having a primary winding, the power supply comprising:

003692.P033
Serial No. 09/192,959                        - 4 -                        Examiner: D. Butler
                                                                          Art Unit: 2182

FCS0000093

an oscillator for generating a signal having a frequency, the oscillator having a control

input for varying the frequency of the signal, the oscillator including:

    a primary current source coupled to the control input;

        a differential switch coupled to the primary current source;

    a capacitor coupled to the differential switch; and

        a comparator coupled to the differential switch

a circuit for varying the frequency, the circuit coupled to the control input, including:

        a capacitor;

        a current source adapted to charge and discharge the capacitor;

        one or more comparators coupled to the capacitor <u>and coupled</u> to the current

source for alternately charging and discharging the capacitor; and

    a power transistor coupled to the oscillator and to one terminal of the primary winding,

the power transistor modulating its output in providing a regulated power supply output.

---

### REMARKS

Claims pending in the instant application are numbered 1-34. Claims 11-34

presently stand rejected. The Applicants note with appreciation that claims 1-10

presently stand allowed. The title and claims 11, 17, 21, 23, 26-28, 30, 32, 33 and 34

have been amended. The Applicants respectfully request reconsideration of the present

application as amended.

*Title Objection*

In the October 16, 2000 Office Action, the title of the invention is objected to as

being imprecise. The Applicants have amended the title as suggested by the Examiner.

003692.P033                                    Examiner: D. Butler
Serial No. 09/192,959          -5-             Art Unit: 2182

### 35 USC § 112 Rejections of Claims

In the October 16, 2000 Office Action, claims 27-28 and 32-34 are rejected under 35 USC § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the Applicant regards as the invention. The Applicants have amended claims 27, 28, 32, 33 and 34 and the instant section 112 rejections have been overcome. The Applicants respectfully request withdrawal of the instant section 112 rejections.

### 35 USC § 102 Rejections of Claims

In the October 16, 2000 Office Action, claims 11, 13, 17, 21 and 31-32 are rejected under 35 USC § 102(b) as being anticipated by Albach, US Patent No. 4,712, 169.

Claim 11 as presently amended presently recites "*combining* the secondary current with the primary current *to be received at* a control input of an oscillator . . .." To illustrate, attention is respectfully directed to the example embodiment illustrated in Figure 1. The secondary current from current sources 152, 156, 160 and 164 are *combined* with the primary current 125 to be received at the control input node 123 of the oscillator. (*See, e.g.*, page 14, lines 14-20 of the Applicants' specification).

In contrast, Albach fails to disclose teach or suggest *combining* a secondary current with a primary current *to be received at* a control input of an oscillator. Instead, Albach suggests a reference voltage Uref that is received at a positive input of a comparator 31 and a voltage U1 that varies over time that is received at a negative input of comparator 31. Albach fails to disclose teach or suggest that U1 is combined with Uref and is received at a control input U2 of VCO 34. Indeed, Albach fails to disclose teach or suggest that Uref and U1 are added together to form U2. Accordingly, Albach

003692.P033
Serial No. 09/192,959                    -6-                    Examiner: D. Butler
Art Unit: 2182

A

FCS0000095

fails to disclose, teach or suggest expressly recited elements of claim 11 as presently amended.

Claim 17 distinguishes for the same reasons described above in connection with claim 11.

Claim 21 has been amended to embody limitations included in conditionally allowed claim 22. The Applicants understand claim 21 should be allowable as amended in view of the Examiner's indication of allowable subject matter in paragraph 10 of the October 16, 2000 Office Action.

Claims 13, 31 and 32 are dependent claims and therefore distinguish for at least the same reasons as their respective independent base claims in addition to adding further limitations of their own.

Accordingly, the Applicants respectfully submit that instant section 102 rejections have been overcome and request withdrawal of the instant section 102 rejections.

### 35 USC § 103 Rejections of Claims

In the October 16, 2000 Office Action, claims 12 and 18 are rejected under 35 USC § 103 as being obvious in view of Albach. Claims 12 and 18 are dependent claims and therefore distinguish for at least the same reasons as their respective independent base claims in addition to adding further limitations of their own. Accordingly, the Applicants respectfully request withdrawal of the instant section 103 rejections

003692.P033
Serial No. 09/192,959                     - 7 -                     Examiner: D. Butler
                                                                     Art Unit: 2182

*Charge Deposit Account*

Please charge our Deposit Account No. 02-2666 for any additional fee due in this

matter.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Date: 1/8/01

James Y. Go
Reg. No. 40,621

FIRST CLASS CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first
class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents,
Washington, D.C. 20231
on _____ January 8, 2001 _____
                    Date of Deposit
                    Melanie Benecker
          Name of Person Mailing Correspondence

Melanie Benecker            1-8-01
         Signature                 Date

003692.P033
Serial No. 09/192,959          - 8 -          Examiner: D. Butler
                                              Art Unit: 2182

8

FCS0000098



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|

09/192,959    11/16/98    BALAKRISHNAN          B    10266/003001

EXAMINER

TM01/0130

BRADLEY J. BEREZNAK, ESQ.
BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP
12400 WILSHIRE BLVD.
SEVENTH FLOOR
LOS ANGELES CA 90025

| ART UNIT | PAPER NUMBER |
|---|---|
| BUTLER, D | 8 |

DATE MAILED:

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

01/30/01

## NOTICE OF ALLOWABILITY

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *amendment A*

☒ The allowed claim(s) is/are *1-21, 23-28 and 30-34*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

   ☐ because the originally filed drawings were declared by applicant to be informal.

   ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. *6*

   ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.

   ☐ including changes required by the attached Examiner's Amendment/Comment.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE OF THE NOTICE OF ALLOWANCE should also be included.

Attachment(s)

☐ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

☐ Interview Summary, PTO-413

☐ Examiner's Amendment/Comment

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☐ Examiner's Statement of Reasons for Allowance

*Dennis M. Butler*

**Dennis M. Butler**
**Primary Examiner**

PTOL-37 (Rev. 10/95)                                                    *U.S. GPO: 1997-417-381/62714

FCS0000099



UNITED STA    DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

TN01/0129

BRADLEY J. BEREZNAK, ESQ.
BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP
12400 WILSHIRE BLVD.
SEVENTH FLOOR
LOS ANGELES CA 90025

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/192,959 | 11/16/98 | 032 | BUTLER, D | 2182 | 01/30/01 |

| First Named Applicant | | | | | |
|---|---|---|---|---|---|
| | BALAKRISHNAN, | | 35 USC 154(b) term ext. = | 0 Days. | |

| TITLE OF INVENTION | FREQUENCY JITTERING CONTROL FOR VARYING THE SWITCHING FREQUENCY OF A POWER SUPPLY |
|---|---|

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0 | 10266/003001 | 713-501.000 | B25 | UTILITY | NO. | $1240.00 | 04/30/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS**
**APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE-FEE unless advised to the contrary.

_IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due._

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

FCS0000100

**9**

FCS0000101



Docket No.: 005510.P033

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application for: )
) Examiner: D. Butler
Balu Balakrishnan et al. )
) Art Group: 2182
Application No.: 09/192,959 )
)
Filed: November 16, 1998 ) Batch No: B25
)
For: FREQUENCY JITTERING CONTROL FOR )
VARYING THE SWITCHING FREQUENCY )
OF A POWER SUPPLY )

### TRANSMITTAL OF FORMAL DRAWINGS

Attn: Official Draftsman
Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

Enclosed herewith for filing in the above-identified U.S. patent application are the formal drawings, Figures 1, 2, 3, 4, 5 and 6 (6) sheets.

Respectfully submitted,

BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP

Date: 4-24-01

James Y. So
Reg. No. 40,821

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA  90025
(425) 827-8600

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on
April 24, 2001
Rimma N. Oks
typed or printed name of person mailing correspondence

04/24/01
Signature                     Date

01/01

FCS0000102

6249876



**FIG. 1**

FCS0000103



FIG. 2

FCS0000104



FIG. 3

FCS0000105



FIG. 4

FCS0000106



FIG. 5

FCS0000107

FIG. 6

Bc

PART B — ISSUE FEE TRANSMITTAL

Complete this form, together with applicable fees, to:  Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

TM01/0129

BRADLEY J. BEREZNAK, ESQ.
BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP
12400 WILSHIRE BLVD.
SEVENTH FLOOR
LOS ANGELES CA 90025

Certificate of Mailing

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee Address above on the date indicated below.

_Simon H. Oke_  (Depositor's name)

_[signature]_  (Signature)

_April 26, 2001_  (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/192,969 | 11/16/98 | 032 | BUTLER, D | 2182 | 01/30/01 |

First Named Applicant: BALAKRISHNAN,    35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: FREQUENCY JITTERING CONTROL FOR VARYING THE SWITCHING FREQUENCY OF A POWER SUPPLY

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0 10256/003001 | 713-501.000 | B26 | UTILITY | NO | $1240.00 | 04/30/01 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  BLAKELY, SOKOLOFF,
2     TAYLOR & ZAFMAN, LLP
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE  Power Integrations, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)  San Jose, California

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual  ☐ corporation or other private group entity  ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies  10

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER  02-2666
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advance Order - # of Copies  10

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)  _James Y. Go_  _[signature]_     (Date)  04-26-01

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

05/02/2001 BKOMMO2 00000157 0719259
01 FC:142    1240.00 OP

TRANSMIT THIS FORM WITH FEE

PTOL-85B (REV. 10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

**10**

FCS0000110

# BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP

A LIMITED LIABILITY PARTNERSHIP
INCLUDING LAW CORPORATIONS

TELEPHONE (425) 827-8500

FACSIMILE (425) 827-5644

BSTZ_MAIL@BSTZ.COM

WWW.BSTZ.COM

INTELLECTUAL PROPERTY LAW

3230 CARILLON POINT
BUILDING 3000, 2ND FLOOR
KIRKLAND, WA 98033

OTHER OFFICES

AUSTIN, TX
SILICON VALLEY / SUNNYVALE, CA
ORANGE COUNTY / COSTA MESA, CA
SAN DIEGO / LA JOLLA, CA
LOS ANGELES, CA
PORTLAND / LAKE OSWEGO, OR
DENVER / ENGLEWOOD, CO

July 16, 2001

REVIEW

APPROVED

JAN 3 0 2002

FOR THE DIRECTOR (USPTO)

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20213

Re:   **CERTIFICATE OF CORRECTION**
U.S. Letters Patent No. US 6,249,876 B1
Issued: June 19, 2001
For:  FREQUENCY JITTERING CONTROL FOR VARYING THE
SWITCHING FREQUENCY OF A POWER SUPPLY
Inventor: Balakrishnan et al.
Our File No.: 005510.P033

Dear Sir:

Enclosed is a Certificate of Correction (two copies) for the above-referenced
patent.

This request for correction is made under rule 322 of the Rules of Practice and 35
U.S.C. Section 254.

Respectfully submitted,
BLAKELY, SOKOLOFF, TAYLOR, & ZAFMAN LLP

James Y. Go
Reg. No. 40,621

CERTIFICATE
JUL 19 2001
OF CORRECTION

JYG/jem
enclosures

# UNITED STATES PATENT AND TRADEMARK OFFICE

## CERTIFICATE OF CORRECTION

PATENT NO.    :    US 6,249,876 B1

DATED    :    June 19, 2001

INVENTOR(S)    :    Balakrishnan et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 10, line 2, please insert -- current -- after "primary".

Column 10, line 3, please delete "wherein the oscillator further" and insert -- wherein the differential switch further --.

MAILING ADDRESS OF SENDER:
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP
12400 Wilshire Blvd. 7th floor
Los Angeles, CA 90025-1026

PATENT NO. US 6,249,876 B1

Certificate of Correction (PTO Form 1050)-Amended

n/a

FCS0000112

## UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.   :   US 6,249,876 B1

DATED       :   June 19, 2001

INVENTOR(S) :   Balakrishnan et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 10, line 2, please insert -- current -- after "primary".

Column 10, line 3, please delete "wherein the oscillator further" and insert -- wherein the differential switch further --.

MAILING ADDRESS OF SENDER:            PATENT NO. US 6,249,876 B1
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP
12400 Wilshire Blvd. 7th floor
Los Angeles, CA 90025-1026

Certificate of Correction (PTO Form 1050)-Amended

n/a

FCS0000113

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 6,249,876 B1
DATED : June 19, 2001
INVENTOR(S) : Balakrishnan et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 10,
Line 2, please insert -- current -- after "primary".
Line 3, please delete "wherein the oscillator further" and insert -- wherein the differential switch further --.

Signed and Sealed this

Nineteenth Day of February, 2002

Attest:

Attesting Officer

JAMES E. ROGAN
Director of the United States Patent and Trademark Office

FCS0000114