# DX 106

PATENT APPLICATION

09080774

INITIALS

# CONTENTS

| | Date received (incl. C. of M.) or Date Mailed | | Date received (incl. C. of M.) or Date Mailed |
|---|---|---|---|
| 1. Application 9 pages papers. | | 42. | |
| 2. Fee Authorization | 5-18-98 | 43. | |
| 3. IDS | 9-28-98 | 44. | |
| 4. Review of PA | 5-10-99 | 45. | |
| 5. Notice of Acceptance | 7-26-99 | 46. | |
| 6. Election Req (1 month) | 8-19-98 | 47. | |
| 7. EOK of time (2) | 10-8-99 | 48. | |
| 8. election | 11-8-99 | 49. | |
| 9. Rejection (3 mos LG) | 12-13-99 | 50. | |
| 10. Amendt A/Dupo | 3-20-00 | 51. | |
| 11. Allowance (Exam. interview) B | 04-10-00 | 52. | |
| 12. FR | 1-10-00 | 53. | |
| 13. Formal Drawing 9 + 4 sht 1 | 5-23-00 | 54. | |
| 14. | | 55. | |
| 15. | | 56. | |
| 16. | | 57. | |
| 17. | | 58. | |
| 18. | | 59. | |
| 19. | | 60. | |
| 20. | | 61. | |
| 21. | | 62. | |
| 22. | | 63. | |
| 23. | | 64. | |
| 24. | | 65. | |
| 25. | | 66. | |
| 26. | | 67. | |
| 27. | | 68. | |
| 28. | | 69. | |
| 29. | | 70. | |
| 30. | | 71. | |
| 31. | | 72. | |
| 32. | | 73. | |
| 33. | | 74. | |
| 34. | | 75. | |
| 35. | | 76. | |
| 36. | | 77. | |
| 37. | | 78. | |
| 38. | | 79. | |
| 39. | | 80. | |
| 40. | | 81. | |
| 41. | | 82. | |

(FRONT)

Case No. 04-1371-JJF
DEFT Exhibit No. DX 106
Date Entered _____
Signature _____

FCS0000336

09/080774

ISSUE CLASSIFICATION
Class 327
Subclass 172

PATENT NUMBER
6107851

## U.S. UTILITY PATENT APPLICATION

| | O.I.P.E. | PATENT DATE |
|---|---|---|
| SCANNED MIC an Dw | | AUG 2 2 2000 |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | 327 | 172 | 2816 | Zweizig |

FILED WITH: ☐ DISK (CRF)  ☐ FICHE

(Attached in pocket on right inside flap)

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | |
|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
| 327 | 172 | 327 | 531 544 |

INTERNATIONAL CLASSIFICATION

| H | 0 | 3 | K | 3 | / | 0 | 1 | 7 |
|---|---|---|---|---|---|---|---|---|

☐ Continued on Issue Slip Inside File Jacket

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 9 | 9 | 3 | 18 | 1 |

| ☐ a) The term of this patent subsequent to _____ (date) has been disclaimed. | NOTICE OF ALLOWANCE MAILED |
|---|---|
| | (Assistant Examiner)    (Date) |
| ☐ b) The term of this patent shall not extend beyond the expiration date of U.S. Patent No. _____ | 4/10/00 |
| | Jeffrey Zweizig Primary Examiner 2816 |
| | ISSUE FEE |
| | Amount Due   Date Paid |
| | $1,210.00   5-30-00 |
| (Primary Examiner)   4/6/00 (Date) | |
| ☐ c) The terminal _____ months of this patent have been disclaimed. | ISSUE BATCH NUMBER |
| Serrano   4/13/00 (Legal Instruments Examiner) (Date) | K83 |

WARNING:

The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 1997)

ISSUE IN THE FILE   (LABEL AREA)

(FACE)

FCS0000337

PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable fees, to: Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

B $

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

NMC2/0410

BRADLEY J. BEREZNAK, ESQ.
BLAKELEY, SOKOLOFF, TAYLOR, ZAFMAN LLP
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

Certificate of Mailing

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address shown above on the date indicated below.

Paula T. Britten _____ (Depositor's name)
Paula T. Britten _____ (Signature)
May 26, 2000 _____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/080,774 | 05/18/98 | 018 | ZWEIZIG, J | 2816 | 04/10/00 |

First Named Applicant: BALAKRISHNAN.    35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2  233/248 | 327-172.000 | K83 | UTILITY | NO | $1210.00 | 07/10/00 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

BLAKELY, SOKOLOFF,
TAYLOR & ZAFMAN, LLP

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE  POWER INTEGRATIONS, INC.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)
Sunnyvale, California

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual  ☐ corporation or other private group entity  ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies    5

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER  02-2666
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)
Bradley J. Bereznak, Reg. No. 33,474    5/26/00    (Date)

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE

PTOL-85B (REV. 10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

FCS0000338



FCS0000339

**PART B — ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to:    Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: This certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

MMC2/0410

BRADLEY J. BEREZNAK, ESQ.
BLAKELEY, SOKOLOFF, TAYLOR, ZAFMAN LLP
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025

*Certificate of Mailing*

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
May 26, 2000 (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/080,774 | 05/18/98 | 018 | ZWEIZIG, J | 2816 | 04/10/00 |

First Named Applicant: BALAKRISHNAN,    35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 | 233/248 | 327-172.000 | K93 | UTILITY | NO | $1210.00 | 07/10/00 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 BLAKELY, SOKOLOFF,
2 TAYLOR & ZAFMAN, LLP
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    POWER INTEGRATIONS, INC.

(B) RESIDENCE (CITY & STATE OR COUNTRY)    Sunnyvale, California

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual    ☐ corporation or other private group entity    ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☐ Issue Fee
☒ Advance Order - # of Copies    5

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER    02-2666
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____    (Date) 5/26/00
Bradley J. Bereznak, Reg. No. 33,474

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement:* This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231.

Under the Paperwork Reduction Act 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

FCS0000340

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 1997

Application or Docket Number

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY TYPE ☐ RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 395.00 | OR | | 780.00 |
| TOTAL CLAIMS | 37 minus 20 = | 17 | x$11= | | OR | x$22= | 374 |
| INDEPENDENT CLAIMS | 4 minus 3 = | 1 | x41= | | OR | x82= | 82 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +135= | | OR | +270= | |
| | | | TOTAL | | OR | TOTAL | 1236 |

* If the difference in column 1 is less than zero, enter "0" in column 2.

### CLAIMS AS AMENDED - PART II

| AMENDMENT A | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | 36 | Minus ** | 37 | = | x$11= | | OR | x$22= | |
| Independent | 4 | Minus *** | 4 | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | | Minus ** | | = | x$11= | | OR | x$22= | |
| Independent | | Minus *** | | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT C | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | | Minus ** | | = | x$11= | | OR | x$22= | |
| Independent | | Minus *** | | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/97)    *U.S. Government Printing Office 1997 - 428-697/66164    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

FCS0000341



| SEARCHED | | | | | | SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|---|---|---|---|---|---|
| Class | Sub. | Date | Exmr. | | | | Date | Exmr. |
| 327 | 172 173 174 175 176 530 531 544 | 12/1/60 | J2 | | | | | |
| Update | above | 4/6/60 | | | | | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 327 | 172 531 544 | 4/6/60 | J2 |

(RIGHT OUTSIDE)

FCS0000342

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | | 70803 | 5/6/98 |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | KAO | 71477 | 6/8/98 |

**INDEX OF CLAIMS**

| ✓ | Rejected | N | Non-elected |
|---|---|---|---|
| = | Allowed | I | Interference |
| – (Through numeral) | Cancelled | A | Appeal |
| + | Restricted | O | Objected |



If more than 150 claims or 10 actions
staple additional sheet here

**(LEFT INSIDE)**

1

FCS0000344

PATENT APPLICATION SERIAL NO. *09/080774*

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET



PTO-1556
(5/87)

FCS0000345

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/080,774 | 05/18/98 | 327 | 2816 | 233/248 |

**APPLICANT**

HALU BALAKIRSHNAN, SARATOGA, CA; ALEX DJENGUERIAN, SARATOGA, CA; LEIF LUND, SAN JOSE, CA.

**CONTINUING DOMESTIC DATA**********************
VERIFIED *none*
JZ

**371 (NAT'L STAGE) DATA**********************
VERIFIED *none*
JZ

**FOREIGN APPLICATIONS**********
VERIFIED *none*
JZ

FOREIGN FILING LICENSE GRANTED 06/03/98

| Foreign Priority claimed ☐yes ☐no | | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119 conditions met | Verified and Acknowledged | CA | 9 | 37 | 4 |

**ADDRESS**

LYON & LYON
FIRST INTERSTATE WORLD CENTER
633 W FIFTH STREET 47TH FLOOR
LOS ANGELES CA 90071

**TITLE**

OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following: | |
|---|---|---|
| $1,246 | | ☐ All Fees<br>☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. of time)<br>☐ 1.18 Fees (Issue)<br>☐ Other<br>☐ Credit |

FCS0000346

file:///APPS/proxxxx/correspondence/1.htm

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Bib Data Sheet

| SERIAL NUMBER 09/080,774 | FILING DATE 05/18/1998 RULE | CLASS 327 | GROUP ART UNIT 2816 | ATTORNEY DOCKET NO. 233/245 |
|---|---|---|---|---|

**APPLICANTS**

BALU BALAKRISHNAN, SARATOGA, CA ;
ALEX DJENGUERIAN, SARATOGA, CA ;
LEIF LUND, SAN JOSE, CA ;

** CONTINUING DATA *************************

** FOREIGN APPLICATIONS *******************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
06/03/1998

| Foreign Priority claimed ☐ yes ☐ no | | STATE OR COUNTRY CA | SHEETS DRAWING 9 | TOTAL CLAIMS 37 | INDEPENDENT CLAIMS 4 |
|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | | |
| Verified and Acknowledged   Examiner's Signature   Initials | | | | | |

**ADDRESS**

BRADLEY J. BEREZNAK, ESQ.
BLAKELEY, SOKOLOFF, TAYLOR, ZAFMAN LLP.
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES ,CA 90025

**TITLE**

OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

| FILING FEE RECEIVED 1246 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees ☐ 1.16 Fees ( Filing ) ☐ 1.17 Fees ( Processing Ext. of time ) ☐ 1.18 Fees ( Issue ) ☐ Other ☐ Credit |
|---|---|---|

1 of 1

4/13/00 11:38 AM

FCS0000347

233/248
PATENT

### SPECIFICATION

### TITLE OF THE INVENTION

OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

5

### BACKGROUND

#### Field Of The Invention

The field of the present invention pertains to the field of power supplies and among other things to the regulation of power supplies.

#### Background Of The Invention

Power supplies that convert an AC mains voltage to a DC voltage for use by integrated electronic devices, amongst other devices, are known. The power supplies are required to maintain the output voltage, current or power within a regulated range for efficient and safe operation of the electronic device. Switches that operate according a pulse width modulated control to maintain the output voltage, current, or power of the power supply within a regulated range are also known. These switches utilize an oscillator and related circuitry to vary the switching frequency of operation of the switch, and therefore regulated the power, current or voltage that is supplied by the power supply.

20     A problem with utilizing pulse width modulated switches is that they operate at a relatively high frequency compared to the frequency of the AC mains voltage, which results in a high frequency signal being generated by the power supply. This high frequency signal is injected back into the AC mains input and becomes a component of the AC mains signal. The

1

Express Mail No. EM543811036US
Docket No: 233/248
May 12, 1998

FCS0000348

233/248
PATENT

high frequency signals are also radiated by the power supply as electromagnetic waves. These high frequency signals add to the Electromagnetic Interference (EMI) of the power supply, and in fact are the largest contributors to the EMI of the power supply. The EMI generated by the power supply can cause problems for communications devices in the vicinity of the power

5    supply and the high frequency signal which becomes a component of the AC mains signal will be provided to other devices in the power grid which also causes noise problems for those devices. Further, the radiated EMI by the power supply can interfere with radio and television transmissions that are transmitted over the air by various entities.

To combat the problem of EMI, several specifications have been developed by the Federal Communications Commission (FCC) in the United States and the European Community (EC) have established specification that specify the maximum amount of EMI that can be produced by classes of electronic devices. Since power supplies generate a major component of the EMI for electronic devices, an important step in designing a power supply is minimizing the EMI provided by the power supply to levels with the acceptable limits of the various standards. Since, a power supply can be utilized in many different countries of the world, the EMI produced should be within the most stringent limits worldwide to allow for maximum utilization of the power supply.

A known way of minimizing the EMI provided by the power supply is by adding an EMI filter to the input of the power supply. An EMI filter generally utilizes at least one inductor,

20    capacitor and resistor in combination. However, the greater EMI produced by the power supply the larger the components that are utilized as part of the EMI filter. The cost of the EMI filter is in large part determined by the size of the inductor and capacitor utilized. The longer the

Express Mail No. EM450831038US
Docket No: 233/248
May 18, 1998

3

2

FCS0000349

233/248
PATENT

components, the higher the cost of the power supply. Further, simply utilizing an EMI filter does not address the radiated EMI.

      Another problem associated with pulse width modulated switches results from operation of the power supply at start up. At start up, the voltage, current and power at the output of the power supply will essentially be zero. The pulse width modulated switch will then conduct for the maximum possible amount of time in each cycle of operation. The result of this is a maximum inrush current into the power supply. The maximum inrush current is greater than the current that is utilized during normal operation of the power supply. The maximum inrush current stresses the components of power supply and switch. Stress is specifically a problem for the switch, or transistor, the transformer of the power supply, and the secondary side components of the power supply. The stress caused by the maximum inrush current decreases the overall life of the power supply and increases the cost of the power supply because the maximum rating of the components used in the power supply to not destruct from the inrush currents will be greater than the maximum rating required for normal operation.

      Further, when the pulse width modulated switch conducts for the maximum possible amount of time in each cycle of operation the voltage, current and power at the output of the power supply rise rapidly. Since the feedback circuit of the power supply often does not respond as fast as the operating frequency of the switch, the rapid rise of the voltage, current and power will often result in an overshoot of the maximum voltage in the regulation range which will cause damage to the device being supplied power by the power supply.

      Referring to Fig. 1 a known power supply that attempts to minimize EMI and reduce startup stress is depicted. A rectifier 10 rectifies the filtered AC mains voltage 5, from EMI filter 120, input by the AC mains to generate a rectified voltage 15. Power supply capacitor 20 then

3    4

Express Mail No. EM156351038SUS
Docket No: 233/248
May 18, 1998

FCS0000350

233/248
PATENT

generates a substantially DC voltage with a ripple component. The rectified voltage 15 with

ripple component is provided to the primary winding 35 of transformer 40 that is used to provide

power to secondary winding 45. The output of secondary winding 45 is provided to secondary

rectifier 50 and secondary capacitor 55 that provide a secondary DC voltage 60 at the power

5    supply output 65 to the device that is coupled to the power supply.

     In order to maintain the secondary DC voltage within a regulate range a feedback loop

including an optocoupler 70, zener diode 75 and a feedback resistor 80 provides a signal

indicative of the voltage at the power supply output 65 to feedback pin 85 of pulse width

modulated switch 90. The voltage magnitude at the feedback terminal is utilized to vary the duty

cycle of a switch coupled between the drain terminal 95 and common terminal 100 of the pulse

width modulated switch 90. By varying the duty cycle of the switch the average current flowing

through the primary winding and therefore the energy stored by the transformer 40 which in turn

controls the power supplied to the power supply output 65 is kept within the regulated range. A

compensation circuit 105 is coupled to the feedback pin 85 in order to lower the bandwidth of

the frequency of operation of the pulse width modulator.

     Inrush currents are minimized at start up by use of soft start capacitor 110. Soft start

functionality is termed to be a functionality that reduces the inrush currents at start up. At this

instant a current begins to flow through feedback resistor 80 and thereby into soft start capacitor

110. As the voltage of soft start capacitor 110 increases slowly, current will flow through light

20   emitting diode 115 of optocoupler 70 thereby controlling the duty cycle of the switch. Once the

voltage of the soft start capacitor 110 reaches the reverse breakdown voltage of zener diode 75

current will flow through zener diode 75. The approach described above will reduce the inrush

currents into the power supply, however, it will be several cycles before the light emitting diode

4. 5

Express Mail No. EM5C31103SEUS
Docket No. 233/248
May 18, 1998

FCS0000351

233/248
PATENT

115 will begin conducting. During the several cycles the maximum inrush current will still flow

through the primary winding and other secondary side components. During these cycles the

transformer may saturate, and therefore the transformer may have to be designed utilizing a

higher core size than would be required for normal operation even with the use of soft start

5    capacitor as in Fig. 1.

To reduce the EMI output by the power supply an EMI filter 120 is utilized.

Additionally, pulse width modulated switch 90 is equipped with frequency oscillation terminals

125 and 130. Frequency oscillation terminal 125 and 130 receive a jitter current 135 that varies

according to the ripple component of substantially DC voltage 25. The jitter current 135 is used

to vary the frequency of the saw-toothed waveform generated by the oscillator contained in the

pulse width modulated switch 90. The saw toothed waveform generated by the oscillator is

compared to the feedback provided at the feedback pin 85. As the frequency of the saw toothed

waveform varies, so will the switching frequency of the switch coupled between the drain and

common terminal. This allows the switching frequency of the switch to be spread over a larger

bandwidth, which minimizes the peak value of the EMI generated by the power supply at each

frequency. By reducing the EMI the ability to comply with government standards is increased,

because the government standards specify quasi-peak and average values at given frequency

levels. Varying the frequency of operation of the pulse width modulated switch by varying the

oscillation frequency of the oscillator is referred to as frequency jitter.

20    A problem associated with the EMI reduction scheme described with respect to Fig. 1 is

that the ripple component will have variances due to variations in the line voltage and output

load. Additionally, since the ripple may vary, design and the component value of EMI resistor

Express Mail No. EM561810288US
Docket No. 233/248
May 18, 1998

233/248
PATENT

140 is difficult to determine and correspondingly design of the power supply becomes problematic.

## SUMMARY OF THE INVENTION

5    In one embodiment the present invention comprises a pulse width modulated switch comprising a switch that allows a signal to be transmitted between a first terminal and a second terminal according to a drive signal. The pulse width modulated switch also comprises a frequency variation circuit that provides a frequency variation signal and an oscillator that provides an oscillation signal having a frequency that varies within a frequency range according

10    to the frequency variation signal. The oscillator further provides a maximum duty cycle signal comprising a first state and a second state. The pulse width modulated circuit further comprises a drive circuit that provides the drive signal when the maximum duty cycle signal is in the first state and a magnitude of the oscillation signal is below a variable threshold level.

    Another embodiment of the present invention comprises a pulse width modulated switch comprising a switch comprising a control input, the switch allowing a signal to be transmitted between a first terminal and a second terminal according to a drive signal. The pulse width modulated switch also comprises an oscillator that provides a maximum duty cycle signal comprising an on-state and an off-state, a drive circuit that provides the drive signal, and a soft start circuit that provides a signal instructing said drive circuit to disable the drive signal during

20    at least a portion of said on-state of the maximum duty cycle.

    In an alternate embodiment the present invention comprises a regulation circuit comprising a switch that allows a signal to be transmitted between a first terminal and a second

6    7

Express Mail No. EM563810348US
Docket No: 233/248
May 18, 1998

FCS0000353

233/248
PATENT

terminal according to a drive signal, a drive circuit that provides the drive signal and a soft start circuit that provides a signal instructing the drive circuit to disable the drive signal.

In yet another embodiment the present invention comprises a regulation circuit comprising a switch that allows a signal to be transmitted between a first terminal and a second terminal according to a drive signal, a frequency variation circuit that provides a frequency variation signal, and a drive circuit that provides a drive signal for a maximum time period of a time duration cycle. The time duration of the cycle varies according to the frequency variation signal.

In the above referenced embodiments the pulse width modulated switch or regulation circuit may comprise a monolithic device.

An object of an aspect of the present invention is directed to a pulse width modulated switch that has integrated soft start capabilities.

Another object of an aspect of the present invention is directed toward a pulse width modulated switch that has integrated frequency variation capabilities.

Yet another object of an aspect of the present invention is directed toward a pulse width modulated switch that has integrated frequency variation capabilities and integrated soft start capabilities.

A further object of an aspect of the present invention is directed toward a low cost regulated power supply that has both soft start and frequency variation capabilities.

This and other objects and aspects of the present inventions are taught, depicted and described in the drawings and the description of the invention contained herein.

Express Mail No. EM363810388US
Docket No: 233/248
May 18, 1998

7

FCS0000354

233/248
PATENT

## BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 is a known power supply utilizing a pulse width modulated switch, and external soft start, and frequency jitter functionality.

Fig. 2 is a presently preferred power supply utilizing an pulse width modulated switch according to the present invention.

Fig. 3 is a presently preferred pulse width modulated switch according to the present invention.

Fig. 4 is a timing diagram of the soft start operation of the presently preferred pulse width modulated switch according to the present invention.

Fig. 5 is a timing diagram of the frequency jitter operation of the presently preferred pulse width modulated switch according to the present invention.

Fig. 6 is an alternate presently preferred pulse width modulated switch according to the present invention.

Fig. 7 is a timing diagram of the operation of the alternate presently preferred pulse width modulated switch of Fig. 6 according to the present invention.

Fig. 8 is a presently preferred power supply utilizing a regulation circuit according to the present invention.

Fig. 9 is a presently preferred regulation circuit according to the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to Fig. 2, EMI filter 200 is coupled to an AC mains voltage 205. The AC mains voltage 205 is rectified by rectifier 210. The rectified voltage 215 is provided to power supply capacitor 220 which provides a substantially DC voltage 225. The substantially DC

8

Express Mail No. EM563810398US
Docket No: 233/248
May 18, 1998

voltage 225 is provided to the primary winding 230 of transformer 235 which stores the energy

provided to the primary winding 230. When the primary winding 230 is no longer receiving

energy, energy is delivered by the transformer 235 to the secondary winding 240. The voltage

induced across the secondary winding 240 is rectified by rectifier 245 and then transformed into

5    secondary substantially DC voltage 265 by secondary capacitor 260 and provided to the power

supply output 267.

Energy is no longer provided to the primary winding 230 when the pulse width

modulated switch 262, which is coupled to the primary winding 230, ceases conduction. Pulse

width modulated switch 262 is a switch that is controlled by a pulse width modulated signal.

10   Pulse width modulated switch 262 conducts and ceases conduction according to a duty cycle,

that is in part determined by feedback from the power supply output 267. Pulse width modulated

switch 262 is a switch that operates according to pulse width modulated control. Feedback to the

pulse width modulated switch 262 is accomplished by utilization of feedback circuit 270, which

is presently preferred to comprise a zener diode 275 in series with a resistor 280 and optocoupler

15   285. Optocoupler 285 provides a feedback current 290 to feedback terminal 295 of pulse width

modulated switch 262. The feedback current is utilized to vary the duty cycle of a switch

coupled between the first terminal 300 and second terminal 305 and thus regulate the output

voltage, current or power of the power supply.

Although, it is presently preferred that the output voltage is utilized for feedback, the

20   present invention is also capable of utilizing either the current or power at the power supply

output 267 without departing from the spirit and scope of the present invention.

A portion of the current supplied at the feedback terminal 295 is utilized to supply bias

power for operation of the pulse width modulated switch 262. The remainder of the current

9   /0

Express Mail No. EM363810388US
Docket No: 233/248
May 13, 1998

FCS0000356

233/248
PATENT

input at the feedback terminal 295 is utilized to control the duty cycle of the pulse width

modulated switch 262, with the duty cycle being inversely proportional to the feedback current.

A bias winding 310 is utilized to bias optocoupler 285 so that a feedback current can flow

when light emitting diode 315 of optocoupler 285 conducts.  The power supplied by the bias

5    winding 310 is also used to charge pulse width modulation capacitor 330, the energy from which

is utilized to power the pulse width modulated switch 262.

Overvoltage protection circuit 335 is utilized to prevent overvoltages from propagating

through to the transformer 235.

Pulse width modulated switch 262 is supplied power during start up of the power supply

by current flowing into the first terminal 300.  An embodiment of one type of apparatus and

method for designing a configuration for providing power to pulse width modulated switch

through first terminal 300 is disclosed in commonly owned U.S. Patent No. 5,014,178 which is

incorporated herein by reference in its entirety.

The drain terminal 300, source terminal 305 and feedback terminal 295 are the electrical

input and/or output points of the pulse width modulated switch 262.  They need not be part of a

monolithic device or integrated circuit, unless the pulse width modulated switch 262 is

implemented utilizing a monolithic device or integrated circuit.

Pulse width modulated switch 262 also may have soft start capabilities.  When the device

to which the power supply is coupled is switched on, a power up signal is generated within the

20    internal circuitry of pulse width modulated switch 262.  The power up signal is used to trigger

soft start circuitry that reduces the duty cycle of the switch that operates within the pulse width

modulated switch 262 for a predetermined period of time, which is presently preferred to be ten

Express Mail No. EM563110388US
Docket No. 233/248
May 18, 1998

FCS0000357

233/248
PATENT

(10) milliseconds.  Once soft start operation is completed, pulse width modulated switch 262 operates according to its regular duty cycle.

Alternatively, or in addition to soft start functionality, pulse width modulated switch 262 may also have frequency jitter functionality.  That is, the switching frequency of the pulse width modulated switch 262 varies according to an internal frequency variation signal.  This has an advantage over the frequency jitter operation of Fig. 1 in that the frequency range of the presently preferred pulse width modulated switch 262 is known and fixed, and is not subject to the line voltage or load magnitude variations. At low powers, those less than approximately ten (10) watts, the common mode choke which is often utilized as part of the EMI filter 120 can be replaced with inductors or resistors.

As can be seen when comparing the power supply of Fig. 1 to that of Fig. 2 the number of components utilized is reduced.  This reduces the overall cost of the power supply as well as reducing its size.

Referring to Fig. 3, frequency variation signal 400 is utilized by the pulse width modulated switch 262 to vary its switching frequency within a frequency range.  The frequency variation signal 400 is provided by frequency variation circuit 405, which preferably comprises an oscillator that operates at a lower frequency than main oscillator 465.  The frequency variation signal 400, is presently preferred to be a triangular waveform that preferably oscillates between four point five (4.5) volts and one point five (1.5) volts.  Although the presently preferred frequency variation signal 400 is a triangular waveform, alternate frequency variation signals such as ramp signals, counter output signals or other signals that vary in magnitude during a fixed period of time may be utilized as the frequency variation signal.

11 /2

Express Mail No. EM563810188US
Docket No: 233/248
May 18, 1998

FCS0000358

233/248
PATENT

The frequency variation signal 400 is provided to soft start circuit 410. During operation soft start circuit 410 is also provided with pulse width modulation frequency signal 415 and power up signal 420. Soft start enable signal 421 goes high at power up and remains high until oscillator signal 400 reaches its peak value for the first time. Soft start circuit 410 will provide a

5    signal to or-gate 425 to reset latch 430 thereby deactivating conduction by the switch 435, which is presently preferred to be a MOSFET. Soft start circuit 410 will instruct switch 435 to cease conduction when the soft start enable signal 421 is provided and the magnitude of the frequency variation signal 400 is less than the magnitude of pulse width modulation signal 415. In other words, start up circuit 410 will allow the switch 435 to conduct as long as soft start enable signal is high and the magnitude of the pulse width modulation signal 415 is below the magnitude of frequency variation signal 400 as depicted in Fig. 4. In this way, the inrush current at startup will be limited for all cycles of operation, including the first cycle. By limiting the inrush current during all cycles of startup operation, the maximum current through each of the components of the power supply is reduced and the maximum current rating of each component can be decreased. The reduction in the ratings of the components reduces the cost of the power supply. Soft start signal 440 will no longer be provided by the frequency variation circuit 405 when the frequency variation signal 400 reaches its peak magnitude.

Operation of soft start circuit 410 will now be explained. Soft start circuit 410 comprises a soft start latch 450 that at its set input receives the power up signal 420 and its reset input

20    receives the soft start signal 440. Soft start enable signal 421 is provided to one input of soft start and-gate 455 while the other input of soft start and-gate 455 is provided with an output from soft start comparator 460. The output of soft start comparator 460 will be high when the

12  /3

Express Mail No. EM563810388US
Docket No: 233/248
May 18, 1998

FCS0000359

233/248
PATENT

magnitude of frequency variation signal 400 is less than the magnitude of pulse width

modulation oscillation signal 415.

The pulse width modulated switch 262 depicted in Fig. 3 also has frequency jitter

functionality to help reduce the EMI generated by the power supply and pulse width modulated

5    switch 262. Operation of the frequency jitter functionality will now be explained. Main

oscillator 465 has a current source 470 that is mirrored by mirror current source 475. Main

oscillator drive current 615 is provided to the current source input 485 of PWM oscillator 480.

The magnitude of the current input into current source input 485 of PWM oscillator 480

determines the frequency of the pulse width modulation oscillation signal 415 which is provided

by PWM oscillator 480. In order to vary the frequency of pulse width modulation oscillation

signal 415, an additional current source 495 is provided within main oscillator 465. The

additional current source 495 is mirrored by additional current source mirror 500. The current

provided by additional current source 495 is varied as follows. Frequency variation signal 400 is

provided to the gate of main oscillator transistor 505. As the magnitude of frequency variation

signal 400 increases so does the voltage at the source of main oscillator transistor 505, due to the

increasing voltage at the gate of main oscillation transistor and the relatively constant voltage

drop between the gate and source of the main oscillation transistor 505. As the voltage at the

source of main oscillation transistor 505 increases so does the current flowing through the main

oscillation resistor 510. The current flowing through main oscillation resistor 510 is the same as

20    the current flowing through additional current source 495 which is mirrored by additional current

source mirror 500. Since, the presently preferred frequency variation signal 400 is a triangular

waveform having a fixed period, the magnitude of the current input by additional current source

mirror 500 will vary linearly with the magnitude of the rising and falling edges of the frequency

13    14

Express Mail No. EM458310348US
Docket No: 233/248
May 18, 1998

233/248
PATENT

variation signal 400. If the frequency variation signal 400 is a ramp signal, the frequency would linearly rise to a peak and then immediately fall to is lowest value. In this way, the current provided to current source input 485 of PWM oscillator 480 is varied in a known fixed range that allows for easy and accurate frequency spread of the high frequency current generated by the

5    pulse width modulated switch. Further, the variance of the frequency is determined by the magnitude of the current provided by additional current source mirror 500, which is in turn a function of the resistance of main oscillation resistor 510.

Frequency variation circuit 405 includes a current source 525 that produces a fixed magnitude current 530 that determines the magnitude of the frequency of the frequency variation signal 400. Although, the presently preferred current 530 has a fixed magnitude, the frequency variation signal can be generated utilizing a variable magnitude current, if a variable current is generated the frequency spread would not be fixed in time but would vary with the magnitude of current 530. The fixed magnitude current 530 is fed into first transistor 535, mirrored by second transistor 540 and fed into third transistor 545. The frequency variation signal 400 is generated by the charging and discharging of frequency variation circuit capacitor 550. Frequency variation circuit capacitor 550 is presently preferred to have a relatively low capacitance, which allows for integration into a monolithic chip in one embodiment of the pulse width modulated switch 262. The frequency variation signal 400 is provided to upper limit comparator 555 and lower limit comparator 560. The output of upper limit comparator 555 will be high when the

20    magnitude of the frequency variation signal 400 exceeds the upper threshold voltage 552 which is presently preferred to be four point five (4.5) volts. The output of lower limit comparator 560 will be high when the magnitude of frequency variation signal 400 exceeds lower threshold voltage 557 which is presently preferred to be one point five volts (1.5) volts. The output of

14  15

Express Mail No. EM562810388US
Docket No: 233/248
May 18, 1998

FCS0000361

233/248
PATENT

upper limit comparator 555 is provided to the frequency variation circuit inverter 565 the output

of which is provided to the reset input of frequency variation circuit latch 570. The set input of

frequency variation circuit latch 570 receives the output of lower limit comparator 560. In

operation, the output of lower limit comparator 560 will be maintained high for the majority of

5    each cycle of frequency variation signal 400 because the magnitude of frequency variation signal

will be maintained between upper threshold 552, 4.5 volts, and the lower threshold 557, 1.5

volts. The output of upper limit comparator 555 will be low until the magnitude of frequency

variation signal 400 exceeds upper level threshold 552. This means that the reset input will

receive a high signal until the magnitude of the frequency variation signal 400 rises above the

upper threshold signal 552.

The charge signal 575 output by frequency variation circuit latch 570 will be high until

the frequency variation signal 400 exceeds the upper threshold limit signal 552. When the

charge signal 575 is high, transistors 585 and 595 are turned off. By turning off transistors 585

and 595 current can flow into frequency variation circuit capacitor 550, which steadily charges

frequency variation circuit capacitor 550 and increases the magnitude of frequency variation

signal 400. The current that flows into frequency variation circuit capacitor 550 is derived from

current source 525 because the current through transistor 590 is mirrored from transistor 580,

which is mirrored from transistor 535.

During power up, when power-up signal 420 is low, the output of inverter 605 is high

20    which turns on transistor 600 causing frequency variation signal 400 to go low. The frequency

variation signal 400 is presently preferred to start from its lowest level to perform the soft start

function during its first cycle of operation.

15  16

Express Mail No. EM456381038US
Docket No: 233/248
May 18, 1998

FCS0000362

233/248
PATENT

Steady-state operation of the pulse width modulated switch 262, i.e. non start up operation, will now be described. PWM oscillator 480 provides pulse width modulation oscillation signal 415 to pulse width modulation comparator 609, the output of which will be high when the magnitude of pulse width modulation signal 415 is greater than the magnitude of a

5    feedback signal 296 which is a function of the input provided at feedback terminal 295. When the output of pulse width modulation comparator 609 is high or-gate 425 is triggered to go high, which in turn resets pulse width modulation latch 430, removing the on signal from the control input switch 435, thereby turning off switch 435. Pulse width modulation latch 430 is set by clock signal 603, which is provided at the beginning of each cycle of pulse width modulation oscillator 480. Drive circuit 615, which is presently preferred to be an and-gate, receives the output of pulse width modulation latch 430, power up signal 420, and maximum duty cycle signal 607. As long as each one of the signals is high, drive signal 610 is provided to the gate of MOSFET 435, which is coupled between first terminal 300 and second terminal 305 of the pulse width modulated switch 262. When any of the output of pulse width modulation latch 430, power up signal 420, or maximum duty cycle signal 607 goes low drive signal 610 is no longer provided and switch 435 ceases conduction.

Referring to Fig. 4, frequency variation signal 400 preferably has a period, which is greater than that of pulse width modulated oscillation signal 415. The presently preferred period for frequency variation signal 400 is twenty (20) milliseconds, in order to allow for a smooth

20   start up period which is sufficiently longer than the period of pulse width modulated signal 415 which is presently preferred to be ten (10) microseconds. Drive signal 610 will be provided only when the magnitude of pulse width modulated signal 415 is less than the magnitude of frequency

Express Mail No. EM563842388US
Docket No: 233/248
May 18, 1998

16   17

FCS0000363

233/248
PATENT

variation signal 400. Further, frequency variation signal 400 will be preferably initiated starting

from low voltage when power up signal 420 is provided.

Referring to Fig. 5, frequency variation signal 400 which is presently preferred to have a

constant period is provided to the main oscillator 465. The magnitude of the pulse width

5    modulator current 615 will approximately be the magnitude of frequency variation signal 400

divided by the resistance of resistor 510 plus the magnitude of the current produced by current

source 470. In this way the pulse width modulator current 615 will vary with the magnitude of

the frequency variation signal 400. The result is that the frequency of pulse width modulation

signal is varied according to the magnitude of this current. It is presently preferred that the pulse

width modulator current source produces a constant current having a magnitude of twelve point

one (12.1) microamperes, and that frequency variation signal induced current 627 varies between

zero (0) and eight hundred (800) nanoamperes. Thereby spreading the frequency of operation of

the pulse width modulation oscillator 480 and reducing the average magnitude and the quasi-

peak magnitude at all frequency levels of the EMI generated by the power supply.

Referring to Fig. 6, an alternate presently preferred pulse width modulated switch 262

includes all of the same components as described with respect to Fig. 3. In addition to these

components, a second frequency variation circuit current source 660 and transistor 655 are added

to the frequency variation circuit 405. Transistor 655 is activated only when the output of soft

start latch 450 goes low. When transistor 655 is activated the current provided to the frequency

20    variation circuit 405 increases as does the frequency of frequency variation signal 400.

However, transistor 655 will only be turned on when the output of soft start latch 450 goes low,

i.e. when the magnitude of frequency variation signal 400 first reaches the upper threshold after

power up. The period of frequency variation signal 400 will then increase after its first half

Express Mail No. EM543810588US
Docket No. 233/248
May 18, 1998

FCS0000364

233/248
PATENT

cycle. This will decreases the period of the cycle during which the frequency is spread, without

decreasing the frequency range. The benefit of the decreased cycle period will further decrease

the quasi-peak levels of the EMI due to spending less time at each frequency level.

Referring to Fig. 7, operation of the frequency variation circuit 405 of Fig. 6 is depicted.

5    Frequency variation signal 406 will preferably have a period of ten (10) milliseconds for its first

half cycle. After that, when the transistor 655 is turned on the period is preferably decreased to

five (5) milliseconds. Pulse width modulated switch 262 is presently preferred to be a

monolithic device.

Referring to Fig. 8, a power supply comprises a bridge rectifier 710 that rectifies an input

AC mains voltage. Power supply capacitors 720 charge with the rectified AC mains voltage to

maintain an input DC voltage 725. A presently preferred range for input DC voltage 725 is

approximately one hundred (100) to four hundred (400) volts to allow for operation based upon

worldwide AC mains voltages which range between eighty five (85) and two hundred sixty five

(265) volts. The presently preferred power supply also includes harmonic filter components 910

which in combination with capacitors 720 reduce the harmonic current injected back into the

power grid. Transformer 730 includes a primary winding 740 magnetically coupled to secondary

winding 750. The secondary winding 750 is coupled to a diode 760 that is designed to prevent

current flow in the secondary winding 750 when the regulation circuit 850 is conducting (on-

state). A capacitor 770 is coupled to the diode 760 in order to maintain a continuous voltage on a

20    load 780 which has a feedback circuit coupled to it. A presently preferred feedback circuit

comprises an optocoupler 800 and zener diode 820. The output of optocoupler 800 is coupled to

the feedback terminal 825 of regulation circuit 850. The presently preferred regulation circuit

850 switches on and off at a duty cycle that is constant at a given input DC voltage 740. A

18    19

Express Mail No. EM63810388US
Docket No: 233/248
May 18, 1998

233/248
PATENT

regulation circuit power supply bypass capacitor 860 is coupled to and supplies power to

regulation circuit 850 when the regulation circuit 850 is in the on-state.

    Operation of the power supply will now be described.  An AC mains voltage is input

through EMI filter 700 into bridge rectifier 710 which provides a rectified signal to power supply

5    capacitors 720 that provide input DC voltage 725 to primary winding 740.  Regulation circuit

850, which preferably operates at a constant frequency and about constant duty cycle at a given

input DC voltage 725, allows current to flow through primary winding 740 during its on state of

each switching cycle and acts as open circuit in its off state.  When current flows through

primary winding 740 transformer 730 is storing energy, when no current is flowing through

primary winding 740 any energy stored in transformer 730 is delivered to secondary winding

750.  Secondary winding 750 then provides the energy to capacitor 770.  Capacitor 770 delivers

power to the load 780.  The voltage across the load 780 will vary depending on the amount of

energy stored in the transformer 730 in each switching cycle which is in turn dependent on the

length of time current is flowing through primary winding 740 in each switching cycle which is

presently preferred to be constant at a given input DC voltage 725.  The presently preferred

regulation circuit 850 allows the voltage delivered to the load to be maintained at a constant

level.

    It is presently preferred that the sum of the voltage drop across optocoupler 800 and the

reverse break down voltage of zener diode 820 is approximately equal to the desired threshold

20    level.  When the voltage across the load 780 reaches the threshold level, current begins to flow

through the optocoupler 800 and zener diode 820 that in turn is used to disable the regulation

circuit 850.  Whenever regulation circuit 850 is in the off-state the regulation circuit power

supply bypass capacitor 860 is charged to the operating supply voltage, which is presently

19 $2\overline{0}$

Express Mail No. EM5G810288US
Docket No: 233/248
May 18, 1998

FCS0000366

233/248
PATENT

preferred to be five point seven (5.7) volts by allowing a small current to flow from bypass

terminal 865 to the regulation circuit power supply bypass capacitor 860. Regulation circuit

power supply bypass capacitor 860 is used to supply power to operate regulation circuit 850

when it is in the on-state.

5          When the regulation circuit 850 is disabled, an open circuit condition is created in

primary winding 740 and transformer 730 does not store energy. The energy stored in the

transformer 730 from the last cycle of regulation circuit 850 is then delivered to secondary

winding 750 which in turn supplies power to the load 780. Once the remaining energy in

transformer 750 is delivered to the load 780 the voltage of the load 780 will decrease. When the

voltage at the load 780 decreases below the threshold level, current ceases to flow through

optocoupler 800 and regulation circuit 850 resumes operation either instantaneously or nearly

instantaneously.

          The presently preferred regulation circuit 850 has a current limit feature. The current

limit turns off the regulation circuit 850, when the current flowing through the regulation circuit

850 rises above a current threshold level. In this way regulation circuit 850 can react quickly to

changes such as AC ripple that occur in the rectified AC mains voltage, and prevents the

propagation of the voltage changes to the load. The current limit increases the responsiveness of

the regulation circuit to input voltage changes and delivers constant power output independent

of the AC mains input voltage.

20         Although the presently preferred power supply of Fig. 8 utilizes current mode regulation

and a feedback circuit that includes an optocoupler and zener diode, the present invention is not

to be construed as to be limited to such a feedback method or circuit. Either current or voltage

mode regulation may be utilized by the present invention without departing from the spirit and

                              20   21

Express Mail No. EM456181048US
Docket No: 233/248
May 18, 1998

FCS0000367

233/248
PATENT

scope of the present invention so long as a signal indicative of the power supplied to the load is supplied to the feedback terminal 825 of the regulation circuit 850. Additionally, although the presently preferred power supplies both utilize an optocoupler and zener diode as part of feedback circuits other feedback circuits may be utilized by the present invention without

5    departing from the spirit and scope of the present invention.

Regulation circuit 850 also may have integrated soft start capabilities. When the device to which the power supply is coupled is switched on, a power up signal is generated within the internal circuitry of regulation circuit 850. A power up signal is used to trigger soft start circuitry that reduces the duty cycle of the switch that operates within the pulse width modulated switch 262 for a predetermined period of time, which is presently preferred to be ten (10) milliseconds. Once soft start operation is completed, regulation circuit 850 operates according to its regular duty cycle.

Alternatively, or in addition to soft start functionality, regulation circuit 850 may also have frequency jitter functionality. That is, the switching frequency of the regulation circuit 850 varies according to an internal frequency variation signal. This has an advantage over the frequency jitter operation of Fig. 1 in that the frequency range of the presently regulation circuit 850 is known and fixed, and is not subject to the line voltage or load magnitude variations.

Referring to Fig. 9, frequency variation circuit 405 and main oscillator 465 function as described with respect to Fig. 3. In operation it is the variance of the high and low states of

20    maximum duty cycle signal 607 that generates the frequency jitter functionality of the regulation circuit 850. A presently preferred regulation circuit 850 and its steady-state operation is depicted and described in copending patent application serial No. 09/032,520 which is hereby incorporated by reference in its entirety.

Express Mail No. EM563810038US
Docket No. 233/248
May 18, 1998

21 22

FCS0000368

233/248
PATENT

The regulation circuit of Fig. 9 can be modified to include a second current source to further increase the period of main oscillation signal 415 which achieves the same result and function as described with respect of Figs. 6 and 7.

The soft start functionality of the presently preferred regulation circuit 850 of Fig. 9, will shorten the on-time of switch 435 to less than the time of the maximum duty cycle signal 607 as long as the soft start enable signal 421 is provided and the magnitude of frequency variation signal 400 is less than the magnitude of main oscillation signal 415.

The presently preferred regulation circuit 850 preferably comprises a monolithic device.

While the embodiments, applications and advantages of the present invention have been depicted and described, there are many more embodiments, applications and advantages possible without deviating from the spirit of the inventive concepts described herein. Thus, the inventions are not to be restricted to the preferred embodiments, specification or drawings. The protection to be afforded this patent should therefore only be restricted in accordance with the spirit and intended scope of the following claims.

22 23

Express Mail No. EM563810366US
Docket No: 233/248
May 18, 1998

FCS0000369

233/248
PATENT

# CLAIMS

**What Is Claimed Is:**

1.    A pulse width modulated switch comprising:

a first terminal;

a second terminal;

a switch comprising a control input, said switch allowing a signal to be transmitted

between said first terminal and said second terminal according to a drive signal provided at said

control input;

a frequency variation circuit that provides a frequency variation signal;

an oscillator that provides an oscillation signal having a frequency range, said frequency

of said oscillation signal varying within said frequency range according to said frequency

variation signal, said oscillator further providing a maximum duty cycle signal comprising a first

state and a second state; and

a drive circuit that provides said drive signal when said maximum duty cycle signal is in

said first state and a magnitude of said oscillation signal is below a variable threshold level.


2.    The pulse width modulated switch of claim 1 wherein said first terminal, said

second terminal, said switch, said oscillator, said frequency variation circuit and said drive

circuit comprise a monolithic device.


3.    The pulse width modulated switch of claim 1 wherein said frequency variation

circuit comprises an additional oscillator that provides said frequency variation signal to said

23 24

Express Mail No. EM456381038US
Docket No: 233/248
May 18, 1998

FCS0000370

233/248
PATENT

oscillator, said frequency of said oscillation signal varying within said frequency range according

to said frequency variation signal.

4.    The pulse width modulated switch of claim 1 further comprising a soft start

circuit that provides a signal instructing said drive circuit to discontinue said drive signal when a

magnitude of said oscillation signal is greater than a magnitude of said frequency variation

signal.

5.    The pulse width modulated switch of claim 4 wherein said additional oscillator

provides a soft start signal, and wherein said soft start circuit ceases operation when said soft

start signal is removed.

6.    The pulse width modulated circuit of claim 5 wherein said additional oscillator

further comprises

a comparator that provides a comparator signal when a magnitude of a reference signal is

greater than or equal to a magnitude of said frequency variation signal, and

an inverter that receives said comparator signal and provides said soft start signal.

7.    The pulse width modulated switch of claim 1 wherein said frequency of said

oscillation signal varies within said frequency range with a magnitude of said frequency

variation signal.

Express Mail No. EM563610382US
Docket No: 233/248
May 18, 1998

233/248
PATENT

8.    The pulse width modulated switch of claim 1 wherein said oscillator comprises a

an input that receives said frequency variation signal and a current source, wherein said

frequency of said oscillation signal is a function of a sum of a magnitude of a current provided

by said current source and a magnitude of said frequency variation signal.

9.    The pulse width modulated switch of claim 1 further comprising

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving

an AC mains signal and said rectifier output providing a rectified signal;

a power supply capacitor that receives said rectified signal and provides a substantially

DC signal;

a first winding comprising a first terminal and a second terminal, said first winding

receiving said substantially DC signal, said second terminal of said first winding coupled to said

first terminal of said pulse width modulated switch; and

a second winding magnetically coupled to said first winding, said first winding capable of

being coupled to a load.

10.    The pulse width modulated switch of claim 1 wherein said variable threshold

level is a function of a feedback signal received at a feedback terminal of said pulse width

modulated switch.

20

11.    A pulse width modulated switch comprising

a first terminal;

a second terminal;

25

Express Mail No. EM363810358US
Docket No: 233/248
May 18, 1998

233/248
PATENT

a switch comprising a control input, the switch allowing a signal to be transmitted

between said first terminal and said second terminal according to a drive signal provided at said

control input;

an oscillator that provides a maximum duty cycle signal comprising an on-state and an

5   off-state;

a drive circuit that provides said drive signal according to said maximum duty cycle

signal; and

a soft start circuit that provides a signal instructing said drive circuit to disable said drive

signal during at least a portion of said on-state of said maximum duty cycle.

12.    The pulse width modulated switch of claim 11 wherein said a first terminal, said

second terminal, said switch, said oscillator, said drive circuit and said soft start circuit comprise

a monolithic device.

13.    The pulse width modulated switch of claim 11 further comprising an additional

oscillator that provides a soft start signal to said soft start circuit, and wherein when said soft

start signal is removed said soft start circuit ceasing operation.

14.    The pulse width modulated circuit of claim 13 wherein said additional oscillator

20   further comprises

a comparator that provides a comparator signal when a magnitude of a reference signal is

greater than or equal to a magnitude of said frequency variation oscillation signal, and

an inverter that receives said comparator signal and provides said soft start signal.

Express Mail No. EM569910248US
Docket No: 233/248
May 18, 1998

26

233/248
PATENT

15.    The pulse width modulated switch of claim 11 further comprising a frequency variation circuit that provides a frequency variation signal, wherein said oscillator provides an oscillation signal and wherein said soft start circuit provides said signal instructing said drive circuit to disable said drive signal when a magnitude of said oscillation signal is greater than a
5    magnitude of said frequency variation signal.

16.    The pulse width modulated switch of claim 15 wherein said oscillator comprises an input that receives said frequency signal and said oscillation signal comprises a frequency range, and wherein said frequency of said oscillation signal varies within said frequency range according to a magnitude of said frequency variation signal.

17.    The pulse width modulated switch of claim 16 wherein said oscillator further comprises a current source, wherein said frequency of said oscillation signal is a function of a sum of a magnitude of a current provided by said current source and said magnitude of said frequency variation signal.

18.    The pulse width modulated switch of claim 11 further comprising
a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectifier signal;
20    a power supply capacitor that receives said rectified signal;
a first winding comprising a first terminal and a second terminal, said first winding receiving a substantially DC signal from said power supply capacitor, said second terminal of said first winding coupled to said first terminal of said pulse width modulated switch; and

Express Mail No. EM350381038US
Docket No: 233/248
May 18, 1998

27

FCS0000374

233/248
PATENT

a second winding magnetically coupled to said first winding, said first winding capable of being coupled to a load.

19.    A regulation circuit comprising

5    a first terminal;

a second terminal;

a switch comprising a control input, said switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input;

a drive circuit that provides said drive signal for a maximum time period of a cycle; and

a soft start circuit that provides a signal instructing said drive circuit to disable said drive signal during at least a portion of said maximum time period.

20.    The regulation circuit of claim 19 further comprising an oscillator that provides a maximum duty cycle signal to said drive circuit, said maximum duty cycle signal comprising an on-state for said maximum time period.

21.    The regulation circuit of claim 20 further comprising a frequency variation circuit that provides a frequency variation signal, wherein said oscillator provides an oscillation signal and wherein said soft start circuit provides said signal instructing said drive circuit to disable said drive signal when a magnitude of said oscillation signal is greater than a magnitude of said frequency variation signal.

Express Mail No. EM569190361US
Docket No. 233/248
May 18, 1998

28

FCS0000375

233/248
PATENT

22.    The regulation circuit of claim 19 further comprising an additional oscillator that provides a soft start signal to said soft start circuit, and wherein when said soft start signal is removed said soft start circuit ceasing operation.

5    23.    The regulation circuit of claim 22 wherein said additional oscillator further comprises

a comparator that provides a comparator signal when a magnitude of a reference signal is greater than or equal to a magnitude of said additional oscillation signal, and

an inverter that receives said comparator signal and provides said soft start signal

24.    The regulation circuit of claim 19 further comprising a frequency variation circuit that provides a frequency variation signal and wherein said maximum time period varies according to a magnitude of said frequency variation signal.

25.    The regulation circuit of claim 19 further comprising a feedback terminal and wherein when a signal is received at said feedback terminal said drive signal is discontinued for at least one cycle.

26.    The regulation circuit of claim 19 wherein said first terminal, said second terminal, said oscillator and said soft start circuit comprise a monolithic device.

Express Mail No. EM563810588US
Docket No. 220/248
May 18, 1998

FCS0000376

233/248
PATENT

27.    The regulation circuit of claim 26 further comprising a current limit circuit that provides a signal instructing said drive circuit to discontinue said drive signal when a current received at said first terminal of said regulation circuit is above a threshold level.

5      28.    The regulation circuit of claim 19 further comprising

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectifier signal;

a power supply capacitor that receives said rectified signal;

a first winding comprising a first terminal and a second terminal, said first winding receiving a substantially DC signal from said power supply capacitor, said second terminal of said first winding coupled to said first terminal of said regulation circuit; and

a second winding magnetically coupled to said first winding, said first winding capable of being coupled to a load.

29.    A regulation circuit comprising:

a first terminal;

a second terminal;

a switch comprising a control input, said switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input; and

20     a frequency variation circuit that provides a frequency variation signal;

a drive circuit that provides said drive signal for a maximum time period of a time duration cycle;

Express Mail No. EM263831018US
Docket No: 233/248
May 18, 1998

30

233/248
PATENT

wherein said time duration of said cycle varies according to said frequency variation signal.

30.    The regulation circuit of claim 29 wherein said frequency variation circuit comprises an oscillator that provides said frequency variation signal.

31.    The regulation circuit of claim 29 further comprising a soft start circuit that provides a signal instructing said drive circuit to discontinue said drive according to a magnitude of said frequency variation signal.

32.    The regulation circuit of claim 31 further wherein said frequency variation circuit provides a soft start signal, and wherein said soft start circuit ceases operation when said soft start signal is removed.

33.    The regulation circuit of claim 32 wherein said frequency variation circuit further comprises

a comparator that provides a comparator signal when a magnitude of a reference signal is greater than or equal to a magnitude of said frequency variation signal, and

an inverter that receives said comparator signal and provides said soft start signal.

34.    The regulation circuit of claim 29 wherein said first terminal, said second terminal, said switch, said frequency variation circuit, and said drive circuit comprise a monolithic device.

Express Mail No. EM453810385US
Docket No: 233/248
May 18, 1998

31  27

233/248
PATENT

35.    The regulation circuit of claim 29 further comprising

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving

an AC mains signal and said rectifier output providing a rectified signal;

a power supply capacitor that receives said rectified signal and provides a substantially

DC signal;

a first winding comprising a first terminal and a second terminal, said first winding

receiving said substantially DC signal, said second terminal of said first winding coupled to said

first terminal of said regulation circuit; and

a second winding magnetically coupled to said first winding, said first winding capable of

being coupled to a load.

36.    The regulation circuit of claim 29 further comprising a current limit circuit that

provides a signal instructing said drive circuit to discontinue said drive signal when a current

received at said first terminal of said regulation circuit is above a threshold level.

37.    The regulation circuit of claim 29 further comprising a feedback terminal and

wherein when a signal is received at said feedback terminal said drive signal is discontinued for

at least one cycle.

Express Mail No. EM563514288US
Docket No: 233/248
May 18, 1998

32



FIG. 1

D090807YL.DS1898

Express Mail No. EM563842088US
Docket No: 233/248
May 18, 1998

233/248
PATENT

33

FCS0000380



FIG. 2

Express Mail No. EM456181038US
Docket No: 233/248
May 18, 1998

34

FCS0000381

233/248
PATENT



FIG. 3

090807.4.051898

Express Mail No. EM363810388US
Docket No: 233/248
May 18, 1998

FCS0000382



FIG. 4

Express Mail No. EM563810588US
Docket No. 233/248
May 18, 1998

233/248
PATENT

36

FCS0000383



Fig. 5

FCS0000384

233/248
PATENT



FIG. 6

FCS0000385

233/248
PATENT



FIG. 7

D90B0774.051898

Express Mail No. EM350810248US
Docket No: 273/248
May 18, 1998

39

FCS0000386

233/248
PATENT



FIG. 8

Express Mail No. EM452810382US
Docket No: 233/248
May 18, 1998

40

090B0774.051898

233/248
PATENT



FIG. 9

Express Mail No. EM563910288US
Docket No. 233/248
May 18, 1998

41

FCS0000388

233/248
PATENT

## ABSTRACT

A pulse width modulated switch comprises a first terminal, a second terminal, and a switch that allows a signal to be transmitted between the first terminal and the second terminal according to a drive signal provided at a control input. The pulse width modulated switch also comprises a frequency variation circuit that provides a frequency variation signal and an oscillator that provides an oscillation signal having a frequency of that varies within a frequency range according to the frequency variation signal. The oscillator further provides a maximum duty cycle signal comprising a first state and a second state. The pulse width modulated switch further comprises a drive circuit that provides the drive signal when the maximum duty cycle signal is in the first state and a magnitude of the oscillation signal is below a variable threshold level.

5

42

Express Mail No. EM563810388US
Docket No. 233/248
May 18, 1998

**DECLARATION
AND POWER OF ATTORNEY
Utility Application**

LYON & LYON LLP

233/248

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled "OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER", the specification of which

Check One
☒ is attached hereto.
☐ was filed on _____ as Application Serial No. _____
and was amended on _____
(if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the patentability of this application in accordance with Title 37, Code of Federal Regulations, § 1.56(a). I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

| Application Number | Country | Date of Filing | Priority Claimed | |
| | | | Yes☒ | No☒ |
|---|---|---|---|---|
| | | | | |

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application.

| Application Number | Date of Filing | Status-Patented, Pending or Abandoned |
|---|---|---|
| | | |

**POWER OF ATTORNEY:** As a named inventor, I hereby appoint as my attorneys, with full power of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith: Roland H. Smoot, Reg. No. 16,718; Conrad R. Solum, Jr., Reg. No. 20,467; James W. Geriak, Reg. No. 20,233; Robert M. Taylor, Jr., Reg. No. 19,848; Samuel B. Stone, Reg. No. 19,257; Douglas E. Olson, Reg. No. 22,798; Robert E. Lyon, Reg. No. 24,171; Robert C. Weiss, Reg. No. 24,938; Richard E. Lyon, Jr., Reg. No. 26,302; John D. McConaghy, Reg. No. 26,775; William C. Steffin, Reg. No. 26,811; Coe A. Bloomberg, Reg. No. 26,605; J. Donald McCarthy, Reg. No. 23,119; John M. Benassi, Reg. No. 27,483; James H. Shalek, Reg. No. 29,749; Allan W. Jansen, Reg. No. 29,395; Robert W. Dickerson, Reg. No. 29,914; Roy L. Anderson, Reg. No. 30,240; David B. Murphy, Reg. No. 31,125; James C. Brooks, Reg. No. 29,898; Jeffrey M. Olson, Reg. No. 30,790; Steven D. Hemminger, Reg. No. 30,755; Jarrold B. Reilly, Reg. No. 32,293; Paul H. Meier, Reg. No. 32,274; John A. Rafter, Jr., Reg. No. 31,653; Kenneth H. Ohriner, Reg. No. 31,646; Mary S. Consalvi, Reg. No. 32,312; Lois M. Kwasigroch, Reg. No. 35,579; Lawrence R. LaPorte, Reg. No. 38,548; Robert C. Laurenson, Reg. No. 34,206; Carol A. Schneider, Reg. No. 34,923; Hope E. Melville, Reg. No. 34,874; Michael J. Wise, Reg. No. 34,047; Richard J. Warburg, Reg. No. 32,327; David T. Burse, Reg. No. 37,164; Jeffrey A. Miller, Reg. No.35,287; Bernard F. Rose, Reg. No. P-42,112; Michael J. Bolan, Reg. No. P-42,339; Lynn Y. McKeman, Reg. No. P-41,586; and Dmitry E. Millkovsky, Reg. No. P-41,999.

DPOA.Uti

Update 4/97

APPLICABLE STATUTES & RULES
37 CFR 1.56 DUTY TO DISCLOSE INFORMATION MATERIAL TO PATENTABILITY.

(a) A patent by its very nature is affected with a public interest. The public interest is best served, and the most effective patent examination occurs when, at the time an application is being examined, the Office is aware of and evaluates the teachings of all information material to patentability. Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section. The duty to disclose information exists with respect to each pending claim until the claim is cancelled or withdrawn from consideration, or the application becomes abandoned. Information material to the patentability of a claim that is complied or withdrawn from consideration need not be submitted if the information is not material to the patentability of any claim remaining under consideration in the application. There is no duty to submit information which is not material to the patentability of any existing claim. The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98. However, no patent will be granted on an application in connection with which fraud on the Office was practiced or attempted or the duty of disclosure was violated through bad faith or intentional misconduct. The Office encourages applicants to carefully examine:

(1)        prior art cited in search reports of a foreign patent office in a counterpart application, and
(2)        the closest information over which individuals associated with the filing or prosecution of a patent application believe any pending claim patentably defines, to make sure that any material information contained therein is disclosed to the Office.

(b) Under this section information is material to patentability when it is not cumulative to information already of record or being made of record in the application, and

(1)        It establishes, by itself or in combination with other information, a prima facie case of unpatentability of a claim; or
(2)        It refutes, or is inconsistent with, a position the applicant takes in:
    (i)     Opposing an argument of unpatentability relied on by the Office, or
    (ii)    Asserting an argument of patentability.

A prima facie case of unpatentability is established when the information compels a conclusion that a claim is unpatentable under the preponderance of evidence, burden-of-proof standard, giving each term in the claim its broadest reasonable construction consistent with the specification, and before any consideration is given to evidence which may be submitted in an attempt to establish a contrary conclusion of patentability.

(c) Individuals associated with the filing or prosecution of a patent application within the meaning of this section are:
(1)        Each inventor named in the application;
(2)        Each attorney or agent who prepares or prosecutes the application and
(3)        Every other person who is substantively involved in the preparation or prosecution of the application and who is associated with the inventor, with the assignee or with anyone to whom there is an obligation to assign the application.

(d) Individuals other than the attorney, agent or inventor may comply with this section by disclosing information to the attorney, agent, or inventor.

35 U.S.C. 102. CONDITIONS FOR PATENTABILITY; NOVELTY AND LOSS OF RIGHT TO PATENT
A person shall be entitled to a patent unless -
(a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent, or
(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of the application for patent in the United States, or
(c) he has abandoned the invention, or
(d) the invention was first patented or caused to be patented, or was the subject of an inventor's certificate, by the applicant or his legal representatives or assigns in a foreign country prior to the date of the application for patent in this country on an application for patent or inventor's certificate filed more than twelve months before the filing of the application in the United States, or
(e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent, or
(f) he did not himself invent the subject matter sought to be patented, or
(g) before the applicant's invention thereof the invention was made in this country by another who had not abandoned, suppressed, or concealed it. In determining priority of invention there shall be considered not only the respective dates of conception and reduction to practice of the invention, but also the reasonable diligence of one who was first to conceive and last to reduce to practice, from a time prior to conception by the other.

35 U.S.C. 103. CONDITIONS FOR PATENTABILITY; NON-OBVIOUS SUBJECT MATTER
A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.
Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

35 U.S.C. 119. BENEFIT OF EARLIER FILING DATE IN FOREIGN COUNTRY; RIGHT OF PRIORITY (Applicable Portions)
An application for patent for an invention filed in this country by any person who has, or whose legal representatives or assigns have, previously regularly filed an application for a patent for the same invention in a foreign country which affords similar privileges in the case of applications filed in the United States or to citizens of the United States, shall have the same effect as the same application would have if filed in this country on the date on which the application for patent for the same invention was first filed in such foreign country, if the application in this country is filed within twelve months from the date of the earliest such foreign application was filed; but no patent shall be granted on any application for patent for an invention which had been patented or described in a printed publication in any country more than one year before the date of the actual filing of the application in this country, or which had been in public use or on sale in this country more than one year prior to such filing.

35 U.S.C. 120. BENEFIT OF EARLIER FILING DATE IN THE UNITED STATES
An application for patent for an invention disclosed in the manner provided by the first paragraph of section 112 of this title in an application previously filed in the United States, or as provided by section 363 of this title, by the same inventor shall have the same effect, as to such invention, as though filed on the date of the prior application, if filed before the patenting or abandonment of or termination of proceedings on the first application or on an application similarly entitled to the benefit of the filing date of the first application and if it contains or is amended to contain a specific reference to the earlier filed application.

35 U.S.C. 112. SPECIFICATION (Applicable Portions)
The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

DPOA.Ut1                                                         Update 1/97

FCS0000391

Send Correspondence to: LYON & LYON LLP
4th Floor, 633 W. Fifth St.
Los Angeles, CA 90071

Direct Telephone
Calls to: Dmitry R. Milikovsky
(408) 993-1535

| | FULL NAME OF INVENTOR | FIRST Name  Baku | | MIDDLE Initials | | LAST Name  Balakrishnan | |
|---|---|---|---|---|---|---|---|
| **201** | RESIDENCE & CITIZENSHIP | City  Saratoga | | State or Foreign Country  California | | County of Citizenship  United States of America | |
| | POST OFFICE ADDRESS | Post Office Address  13917 Albar Court | | City  Saratoga | | State or County  California | Zip Code  95070 |

| | FULL NAME OF INVENTOR | FIRST Name  Alex | | MIDDLE Initials | | LAST Name  Djenguerian | |
|---|---|---|---|---|---|---|---|
| **202** | RESIDENCE & CITIZENSHIP | City  Saratoga | | State or Foreign Country  California | | County of Citizenship  United States of America | |
| | POST OFFICE ADDRESS | Post Office Address  20602 Sevilla Lane | | City  Saratoga | | State or County  California | Zip Code  95070 |

| | FULL NAME OF INVENTOR | FIRST Name  Leif | | MIDDLE Initials | | LAST Name  Lund | |
|---|---|---|---|---|---|---|---|
| **203** | RESIDENCE & CITIZENSHIP | City  San Jose | | State or Foreign Country  California | | County of Citizenship  Sweden | |
| | POST OFFICE ADDRESS | Post Office Address  1074 Queensbrook Drive | | City  San Jose | | State or County  California | Zip Code  95129 |

| | FULL NAME OF INVENTOR | FIRST Name | | MIDDLE Initials | | LAST Name | |
|---|---|---|---|---|---|---|---|
| **204** | RESIDENCE & CITIZENSHIP | City | | State or Foreign Country | | County of Citizenship | |
| | POST OFFICE ADDRESS | Post Office Address | | City | | State or County | Zip Code |

I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of United States Code, and that such willful false statement may jeopardize the validity of the application or any patent issuing thereon.

| Signature of Inventor 201 | Baku Balakrishnan | |
|---|---|---|
| Date  5-14-98 | | |
| Signature of Inventor 202 | Alex Djenguerian | |
| Date  5/14/98 | | |
| Signature of Inventor 203 | Leif Lund | |
| Date  05-14-98 | | |

(Signatures should conform to names as presented at 201 et seq. above.)

DPOA.Dt1                                                    Update 4/97

**POWER OF ATTORNEY**

LYON & LYON LLP
DOCKET INFORMATION
233/248

<u>Power Integrations, Inc.</u>, assignee(s) of the application for United States Letters Patent for a "OFF-

LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER"

by _____ Balu Balakrishnan, Alex Djenguerian and Lief Lund _____
(inventor)

☒      executed on even date herewith, or
        having Serial No. _____ filed _____

a copy of the assignment of which is attached hereto, do(es) hereby appoint as attorneys of record with full power of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith: Roland N. Smoot, Reg. No. 18,718; Conrad R. Solum, Jr., Reg. No. 20,467; James W. Geriak, Reg. No. 20,213; Robert M. Taylor, Jr., Reg. No. 19,848; Samuel B. Stone, Reg. No. 19,297; Douglas E. Olson, Reg. No. 22,756; Robert E. Lyon, Reg. No. 24,171; Robert C. Weiss, Reg. No. 24,939; Richard E. Lyon, Jr., Reg. No. 26,300; John D. McConaghy, Reg. No. 26,773; William C. Steffin, Reg. No. 26,811; Cos A. Bloomberg, Reg. No. 26,605; J. Donald McCarthy, Reg. No. 25,119; John M. Benassi, Reg. No. 27,483; James H. Shalek, Reg. No. 29,749; Allan W. Jansen, Reg. No. 29,395; Robert W. Dickerson, Reg. No. 29,814; Roy L. Anderson, Reg. No. 30,240; David B. Murphy, Reg. No. 31,125; James C. Brooks, Reg. No. 29,858; Jeffrey M. Olson, Reg. No. 30,790; Steven D. Hemminger, Reg. No. 30,755; Jerrold B. Reilly, Reg. No. 32,293; Paul H. Meier, Reg. No. 32,274; John A. Rafter, Jr., Reg. No. 31,653; Kenneth H. Ohriner, Reg. No. 31,646; Mary S. Consalvi, Reg. No. 32,212; Loh M. Kyasigroch, Reg. No. 33,579; Lawrence R. LaPorte, Reg. No. 38,948; Robert C. Laurenson, Reg. No. 34,206; Carol A. Schneider, Reg. No. 34,923; Hope E. Melville, Reg. No. 34,874; Michael J. Wise, Reg. No. 34,047; Richard J. Warburg, Reg. No. 32,329; David T. Burns, Reg. No. 37,104; Jeffrey A. Miller, Reg. No. 35,287; Bernard F. Rose, Reg. No. P-42,112; Michael J. Bohn, Reg. No. P-42,339; Lynn Y. McKeman, Reg. No. P-41,986; and Dmitry R. Milikovsky, Reg. No. P-41,999.

| Send Correspondence to: | LYON & LYON LLP<br>First Interstate World Center<br>47th Floor, 633 W. Fifth St.<br>Los Angeles, CA 90071-2066 | Direct Telephone Calls to:<br>Dmitry R. Milikovsky, Esq.<br>(408) 993-1555 |
|---|---|---|

I, the undersigned, declare that I am the (an) assignee of the above-identified application or, if the assignee is a corporation, partnership or other association, I am authorized to make this appointment on behalf of the assignee and I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| Full Name of Assignee | Power Integrations, Inc. | | |
|---|---|---|---|
| Post Office Address | 477 North Mathilda Avenue, Sunnyvale, California 94086 | | |
| Signature of Declarant or Assignee | *Balu Balakrishnan* | Date: | May 14, 1998 |

| Full Name of Declarant If Other Than Assignee | Balu Balakrishnan |
|---|---|
| Title of Declarant | Vice-President, Marketing and Engineering |
| Address of Declarant | 13917 Albar Court, Saratoga, California 95070 |

POA.frm

Update 4/97

FCS0000393

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



FIG. 1

Express Mail No. EM363818388US
Docket No: 233/248
May 18, 1998

33

FCS0000394

NT OF DRAWINGS
ORIGINALLY FILED

233/248
PATENT

FIG. 2

09080774.051898



Express Mail No. EM543810388US
Docket No: 233/248
May 18, 1998

34

FCS0000395

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



Fig. 3

Express Mail No. EM563810328US
Docket No. 233/248
May 18, 1998

FCS0000396



FIG. 4

FCS0000397

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



Fig. 5

Express Mail No. EM363810388US
Docket No. 233/248
May 18, 1998

FCS0000398



233/248
PATENT



FIG. 6

PRINT OF DRAWINGS
AS ORIGINALLY FILED

38

FCS0000399

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



FIG. 7

Express Mail No. EM563610388US
Docket No. 233/248
May 18, 1998

FCS0000400



233/248
PATENT





FIG. 8

Express Mail No. EM563810288US
Docket No: 233/248
May 18, 1998

40

FCS0000401

PRINT OF DRAWINGS
AS ORIGINALLY FILED

233/248
PATENT



FIG. 9

Express Mail No. EM963412038US
Docket No. 233/248
May 18, 1998

41

**2**

FCS0000403



Attorney Docket No. 233/248

To: Assistant Commissioner for Patents and Trademarks
Washington, D. C. 20231

## NEW APPLICATION TRANSMITTAL

Sir:

Transmitted herewith for filing is the utility patent application of:

Inventor(s): Balu Balakirshnan; Alex Djenguerian; Leif Lund

For: OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

1. **Type of Application**

   This new application is for a(n):

   __X__   Original
   _____   Design
   _____   Divisional
   _____   Continuation
   _____   Continuation-In-Part (CIP)

2. **Papers Enclosed**

   __X__   _22_ page(s) specification; _10_ page(s) claims; _1_ page(s) abstract

   __X__   _9_ sheets of drawing ( _X_ informal ___ formal)

   __X__   Declaration and Power of Attorney ( _X_ combined ___separate)

   __X__   Power of Attorney

   _____   Verified Statement establishing "Small Entity" under 37 CFR §§ 1.9 and 1.27
           _____ Already filed.
           _X_ Other than a Small Entity.

   __X__   Assignment Recordation Cover Sheet

   __X__   Assignment of the invention to: Power Integrations, Inc.

3. **Fee Calculation**

   The filing fee has been calculated as shown below:

Page -1- of -2-

Attorney Docket No. 233/248

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | |
|---|---|---|---|
| -Statutory Basic Filing Fee | ($790.00) | | $ 790.00 |
| -Total Claims | 37 - 20 = 17 x $22 | | $ 374.00 |
| -Independent Claims | 4 - 3 = 1 x $80 | | $ 80.00 |
| -Multiple Dependent Claim(s) | ($260) | | $ |
| -Surcharge 37 CFR 1.16(e) | ($130) | | $ |
| TOTAL OF ABOVE CALCULATIONS ...................... | | | $ 1,244.00 |
| -Reduction ½ for filing by Small Entity | | | $ 000.00 |
| -Assignment ($40) | | | $ 40.00 |
| TOTAL FEES .................................. | | | $ 1,284.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4. **Method of Payment of Fees**

   X   Check # 44209 in the amount of $ 1,284.00 to cover the above fees are enclosed.

   X   The Commissioner is hereby authorized to charge any deficiency of fees associated with this communication or credit any overpayment to Deposit Account 12-2475.

5. **Authorization to Charge Additional Fees**

   X   The Commissioner is hereby authorized to charge the following additional fees by this paper and during the entire pendency of this application to Account No. 12-2475.

      X   37 CFR 1.16(a) or (g) - (Filing Fees)

      X   37 CFR 1.16(b), (c) and (d) - (Presentation of Extra Claims)

      ___   37 CFR 1.16(e) - (Surcharge for filing the basic filing fee and/or Declaration on a date later that the filing date of the application)

      X   37 CFR 1.17 (Any Application Processing Fees)

Date: May 18, 1998

Dmitry R. Milikovsky
Reg. No. P-41,999

LYON & LYON LLP
633 West Fifth Street
Suite 4700
Los Angeles, CA 90071-2066
(408) 993-1555

Page -2- of -2-

FCS0000405

3

FCS0000406



GAU 2816

233/248
PATENT #3

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | Group Art Unit:  2816 |
| Balu Balakrishnan | Examiner:  Not yet assigned |
| Serial No. 09/080,774 | **RECEIVED** |
| Filed:  May 18,1998 | JUL 2 8 1998 |
| For:  OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER | **GROUP 2500** |

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

In accordance with 37 C.F.R. § 1.56 and 1.97, Applicant hereby discloses to the Patent

Office patents, publications or other information of which Applicant is aware.  A copy of the

patents and other materials along with a Form 1449 are submitted herewith.

The items identified in this Information Disclosure Statement may or may not be

"material" as defined in 37 C.F.R. § 1.56 and the submission thereof by Applicant is not to be

construed as an admission that such items referred to are material or considered to be material

(37 C.F.R. § 1.97(h)), or even qualify as "prior art" under 35 U.S.C. § 102 with respect to

this invention unless specifically designated by Applicant as such.  Identification of any

reference or patent having an issue date or a publication date after the statutory bar date is not

FCS0000407

233/248
PATENT

an admission, nor is it to be construed as an admission, that it was invented prior to the

invention disclosed herein.

    The filing of this Information Disclosure Statement is not to be construed to mean that a

search has been made or that no other material information, as defined in 37 C.F.R. § 1.56,

exists.

No Fee Required

RECEIVED

JUL 2 8 1998

GROUP 2500

    This information disclosure statement is being filed before the mailing of the first

Office Action on the merits for this application, thus no fees or certification is required at this

time. Please charge any required fee or credit any overpayment to our deposit account number

12-2475 for the processing of this information disclosure statement. An additional copy of this

information disclosure statement is enclosed.


    Respectfully submitted,
    LYON & LYON LLP


Dated: July 8, 1998    By _____
    Dmitry R. Milikovsky
    Reg. No. P- 41,999

633 West Fifth Street, 47th Floor
Los Angeles, CA 90017-2066
Phone: (408) 993-1555
Fax:  (408) 287-2664


- 2 -

FCS0000408



RECEIVED

JUL 2 8 1998

GROUP 2500

233/248
Patent

<u>CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)</u>

X   I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to the: Assistant Commissioner for Patents, Washington, D.C. 20231.

Dated: July 14, 1998

/Sheila Henriquez

FCS0000409

| FORM PTO-1449 | ATTY. DOCKET NO. 233/248 | SERIAL NO. 09/080,774 |
|---|---|---|
| LIST OF PATENTS AND OTHER ITEMS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | APPLICANT: Power Integrations, Inc. | |
| (Use several sheets if necessary) | FILING DATE: May 18, 1998 | GROUP: 2816 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| JZ | AA | 3,491,252 | 1/20/70 | Petrohilos | 307 | 229 | 11/16/64 |
| JZ | AB | 3,555,399 | 1/12/71 | Buchanan et al | 321 | 43 | 11/16/67 |
| JZ | AC | 3,840,797 | 10/8/74 | Aggen et al | 321 | 2 | 12/28/70 |
| JZ | AD | 3,916,224 | 10/28/75 | Daniels et al | 307 | 265 | 8/2/73 |
| JZ | AE | 4,072,965 | 2/7/78 | Kondo | 354 | 51 | 3/15/76 |
| JZ | AF | 4,143,282 | 3/6/79 | Berard, Jr. et al | 307 | 43 | 12/3/76 |
| JZ | AG | 4,228,493 | 10/14/80 | de Sartre et al | 363 | 56 | 12/21/78 |
| JZ | AH | 4,236,198 | 11/25/80 | Ohsawa et al | 363 | 49 | 12/11/78 |
| JZ | AI | 4,495,554 | 1/22/85 | Simi et al | 363 | 21 | 3/28/83 |
| JZ | AJ | 4,559,590 | 12/17/85 | Davidson | 363 | 21 | 3/24/83 |
| JZ | AK | 4,622,627 | 11/11/86 | Rodriguez et al | 363 | 37 | 2/16/84 |
| JZ | AL | 4,695,936 | 9/22/87 | Whittle | 363 | 21 | 2/7/86 |
| JZ | AM | 4,706,176 | 11/10/87 | Kettschau | 363 | 21 | 7/7/86 |
| JZ | AN | 4,706,177 | 11/10/87 | Josephson | 363 | 24 | 11/14/85 |
| JZ | AO | 4,720,641 | 1/19/88 | Faini | 307 | 18 | 1/19/88 |
| JZ | AP | 4,725,769 | 2/16/88 | Cini et al | 323 | 283 | 4/9/87 |
| JZ | AQ | 4,734,839 | 3/29/88 | Barthold | 363 | 16 | 3/23/87 |
| JZ | AR | 4,739,462 | 4/19/88 | Farnsworth et al | 363 | 21 | 12/26/84 |
| JZ | AS | 4,806,844 | 2/21/89 | Claydon et al | 323 | 311 | 6/17/88 |
| JZ | AT | 4,809,148 | 2/28/89 | Barn | 363 | 20 | 10/21/87 |
| JZ | AU | 4,811,184 | 3/7/89 | Koninsky et al | 363 | 17 | 5/10/88 |
| JZ | AV | 4,814,674 | 3/12/89 | Hrassky | 318 | 254 | 3/25/87 |
| JZ | AW | 4,858,094 | 8/15/89 | Barlage | 363 | 21 | 10/18/88 |
| JZ | AX | 4,862,339 | 8/29/89 | Inou et al | 363 | 21 | 3/31/88 |

Information Disclosure Statement -- Section 9 PTO-1449                    Page 1 of 4

FCS0000410

| FORM PTO-1449 | | | | ATTY. DOCKET NO. 233/248 | | SERIAL NO. 09/080,774 | |
| LIST OF PATENTS AND OTHER ITEMS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | | | APPLICANT: Power Integrations, Inc. | | | |
| (Use several sheets if necessary) | | | | FILING DATE: May 18, 1998 | | GROUP: 2816 | |

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| JZ | AY | 4,866,590 | 9/12/89 | Odaka et al | 363 | 49 | 7/28/88 |
| JZ | AZ | 4,870,555 | 9/26/89 | White | 363 | 21 | 10/14/88 |
| JZ | BA | 4,887,199 | 12/12/89 | Whittle | 363 | 49 | 9/22/87 |
| JZ | BB | 4,888,497 | 12/19/89 | Dallabora et al | 307 | 272.3 | 4/28/88 |
| JZ | BC | 4,890,210 | 12/26/89 | Myers | 363 | 21 | 11/15/88 |
| JZ | BD | 4,928,220 | 5/22/90 | White | 363 | 56 | 10/14/88 |
| JZ | BE | 4,937,728 | 6/26/90 | Leonardi | 363 | 97 | 10/19/89 |
| JZ | BF | 4,943,903 | 7/24/90 | Cardwell, Jr. | 363 | 97 | 7/24/90 |
| JZ | BG | 5,012,401 | 4/30/91 | Barladge | 363 | 97 | 3/19/90 |
| JZ | BH | 5,014,178 | 5/7/91 | Balakrishnan | 363 | 49 | 5/14/90 |
| JZ | BI | 5,034,871 | 7/23/91 | Okamoto et al | 363 | 15 | 3/26/90 |
| JZ | BJ | 5,041,956 | 8/20/91 | Marinus | 363 | 21 | 2/12/90 |
| JZ | BK | 5,072,353 | 12/10/91 | Feldkeller | 363 | 20 | 10/1/90 |
| JZ | BL | 5,086,364 | 2/4/92 | Leipold et al | 361 | 18 | 2/19/91 |
| JZ | BM | 5,146,394 | 9/8/92 | Ishii et al | 363 | 16 | 6/22/90 |
| JZ | BN | 5,161,098 | 11/3/92 | Balakrishnan | 363 | 144 | 9/3/91 |
| JZ | BO | 5,177,408 | 1/93 9/11/91 | Marques | 315 | 291 | 1/3/93 |
| JZ | BP | 5,200,886 | 4/6/93 | Schwartz et al | 363 | 49 | 3/10/92 |
| JZ | BQ | 5,297,014 | 3/22/94 | Saito et al | 363 | 21 | 1/3/92 |
| JZ | BR | 5,313,381 | 5/17/94 | Balakrishnan | 363 | 147 | 9/1/92 |
| JZ | BS | 5,394,017 | 2/95 12/0/92 | Catano et al | 307 | 66 | 2/28/95 |
| JZ | BT | 5,452,195 | 9/19/95 | Lehr et al | 363 | 21 | 10/8/93 |
| JZ | BU | 5,461,303 | 10/24/95 | Leman et al | 323 | 222 | 1/31/94 |
| JZ | BV | 5,481,178 | 1/96 3/23/93 | Wilcox et al | 323 | 287 | 1/2/96 |
| JZ | BW | 5,508,602 | 4/16/96 | Borgato et al | 323 | 222 | 9/28/93 |

**Information Disclosure Statement -- Section 9 PTO-1449**                    Page 2 of 4

FCS0000411

| FORM PTO-1449 | | ATTY. DOCKET NO. 233/248 | | SERIAL NO. 09/080,774 | |
|---|---|---|---|---|---|
| LIST OF PATENTS AND OTHER ITEMS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | APPLICANT: Power Integrations, Inc. | | | |
| (Use several sheets if necessary) | | FILING DATE: May 18, 1998 | | GROUP: 2816 | |

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| JZ | BX | 5,528,131 | 6/18/96 | Marty et al | 323 | 901 | 9/21/93 |
| JZ | BY | 5,552,746 | 9/3/96 | Danstrom | 327 | 427 | 4/7/95 |
| JZ | BZ | 5,563,534 | 10/8/96 | Rossi et al | 327 | 77 | 5/9/94 |
| JZ | CA | 5,568,084 | 10/22/96 | McClure et al | 327 | 538 | 2/6/94 |
| JZ | CB | 5,570,057 | 10/29/96 | Palara | 327 | 365 | 4/12/95 |
| JZ | CC | 5,572,156 | 11/5/96 | Diazzi et al | 327 | 109 | 9/18/95 |
| JZ | CD | 5,619,403 | 4/8/97 | Ishikawa et al | 363 | 21 | 7/20/93 |
| JZ | CE | 5,617,016 | 4/1/97 | Borghi et al | 323 | 284 | 10/20/94 |
| JZ | CF | 5,621,629 | 4/15/97 | Hemminger et al | 363 | 56 | 6/7/95 |
| JZ | CG | 5,640,317 | 6/15/95 7 | Lei | 363 | 49 | 6/17/97 |

| FOREIGN PATENT DOCUMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB CLASS | TRANSLATION YES / NO |
| JZ | CH | WO 83/01157 | 31.03.83 | EPO | H02M3 | 335 | X |
| JZ | CI | 0 651 440 AI | 03.05.95 | EPO | H01L 23 | 433 | X |
| JZ | CJ | EP 0 694 966 AI | 31.01.96 | EPO | H01L 23 | 495 | X |
| JZ | CK | EP 0 736 957 AI | 09.10.96 | EPO | H02M1 | 12 | X |
| JZ | CL | EP 0 740 491 AI | 30.10.96 | EPO | H05B 41 | 00 | X |
| JZ | CM | EP 0 751 621 AI | 02.01.97 | EPO | H03K 17 | 16 | X |
| JZ | CN | EP 0 748 034 AI | 11.12.96 | EPO | H02M 3 | 00 | X |
| JZ | CO | EP 0 748 035 AI | 11.12.96 | EPO | H02M 3 | 155 | X |

| OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) | | |
|---|---|---|
| JZ | CP | H.S. Hoffman, Jr., "Self-Generated Bias Supply", IBM Technical Disclosure Bulletin, Vol. 20, No. 5, October 1997, pp. 1814-5. |
| JZ | CQ | H.S. Hoffman, Jr. et al, "Proportional Drive Supply with Diversion Control", IBM Technical Disclosure Bulletin, Vol. 21, No. 12, May 1979, pp. 4904-5 |
| JZ | CR | A. Halperin, "Primary Regulated Dual Power Supply", IBM Technical Disclosure Bulletin, Vol. 21, No. 10, March 1979, pp. 4299-300. |

**Information Disclosure Statement – Section 9 PTO-1449**     **Page 3 of 4**

| FORM PTO-1449 | | ATTY. DOCKET NO. 233/24. | SERIAL NO. 09/080,774 |
|---|---|---|---|
| LIST OF PATENTS AND OTHER ITEMS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | APPLICANT: Power Integrations, Inc. | |
| (Use several sheets if necessary) | | FILING DATE: May 18, 1998 | GROUP: 2816 |

| | | |
|---|---|---|
| JZ | CS | "5-W dc-dc converters aim at telecom applications", Electronic Design Vol 31, No. 15, July 21, 1983, pp 227. |
| JZ | CT | "Combined Switch-Mode Power Amplifier and Supply", IBM Technical Disclosure Bulletin, Vol. 28, No. 3, August 1985, pp. 1193-1195. |
| JZ | CU | R. Bruckner, et al, "Optimizing Converter Design and Performance Utilizing Micro Controller System Feedback Control", Proceedings of Powercon 8, E-2, 1981, pp 1-10. |
| JZ | CV | B. Pelly et al, OPower MOSFETs take the load off switching supply design", Electronic Design, February 1983, pp 135-139. |
| JZ | CW | D. Azzis et al, "Flyback on Card Power Supply", IBM Technical Disclosure Bulletin, Vol. 23, No. 4, September 1980, pp.1477-78. |
| JZ | CX | A.J. Bowen et al, "Power Supply with Optical Isolator", IBM Technical Disclosure Bulletin Vol. 14, No. 11, April 1972, pp. 3320 |
| JZ | CY | "Off-Line Power Supply Control Technique Using a Single Transformer to Feed Back Three Control Signals", IBM Technical Disclosure Bulletin, Vol. 32, No. 8A, January 1990, pp. 272-3. |

| EXAMINER: Examiner | Jeffrey Zweizig | DATE CONSIDERED: 8/16/99 |
|---|---|---|

EXAMINER: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include a copy of this form with next communication to applicant

FCS0000413

**4**

FCS0000414

Attorney's Docket No.: 003692.P036

GP 2816

Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:

**BALAKRISHNAN, ET AL.**

Application Number: 09/080,774

Filed:    May 18, 1998

For:  OFF-LINE CONVERTER WITH
      INTEGRATED SOFTSTART AND
      FREQUENCY JITTER

Examiner:    Not Yet Assigned

Group Art Unit:  2816

**RECEIVED**

MAY 2 6 1999

TECHNOLOGY CENTER 2800

Assistant Commissioner for Patents
Washington, D.C. 20231

## POWER OF ATTORNEY BY ASSIGNEE
## AND REVOCATION OF PREVIOUS POWERS

Power Integrations, Inc. ("assignee"), a California corporation having a place of business at 477 N. Mathilda Avenue, Sunnyvale, California, 94086, certifies that to the best of assignee's knowledge and belief it is the assignee of the entire right, title, and interest in and to the above-referenced patent application and represents that the undersigned is a representative authorized and empowered to sign on behalf of the assignee.

Assignee has reviewed the assignment document that evidences the placement of title in the assignee and upon information and belief that assignment documents were recorded in the U.S. Patent and Trademark Office on May 18, 1998, at reel 9195, frame 0745.

Pursuant to 37 C.F.R. §§ 1.36 and 3.71, the assignee hereby revokes all powers of attorney previously given and appoints Farzad E. Amini, Reg. No. P42,261; Aloysius T. C. AuYeung, Reg. No. 35,432; Amy M. Armstrong, Reg. No. 42,265; William Thomas Babbitt, Reg. No. 39,591; Carol F. Barry, Reg. No. 41,600; Jordan Michael Becker, Reg. No. 39,602; Bradley J. Bereznak, Reg. No. 33,474; Michael A. Bernadicou, Reg. No. 35,934; Roger W. Blakely, Jr., Reg. No. 25,831; Gregory D. Caldwell, Reg. No. 39,926; Kent M. Chen, Reg. No. 39,630; Yong S. Choi, Reg. No. P43,324; Thomas M. Coester, Reg. No. 39,637; Michael Anthony DeSanctis, Reg. No. 39,957; Daniel M. De Vos, Reg. No. 37,813; Robert Andrew Diehl, Reg. No. 40,992; Tarek N. Fahmi, Reg. No. 41,402; James Y. Go, Reg. No. 40,621; Dinu Gruia, Reg. No. P42,996; David R.

003692.P036                                  -1-                          (rev. 5/99)

FCS0000415

Halvorson, Reg. No. 33,395; Thomas A. Hassing, Reg. No. 36,159; Phuong-Quan Hoang, Reg. No. 41,839; Willmore F. Holbrow III, Reg. No. P41,845; George W Hoover II, Reg. No. 32,992; Eric S. Hyman, Reg. No. 30,139; Dag H. Johansen, Reg. No. 36,172; William W. Kidd, Reg. No. 31,772; Michael J. Mallie, Reg. No. 36,591; Andre L. Marais, under 37 C.F.R. § 10.9(b); Paul A. Mendonsa, Reg. No. 42,879; Darren J. Milliken, Reg. 42,004; Thinh V. Nguyen, Reg. No. 42,034; Kimberley G. Nobles, Reg. No. 38,255; Babak Redjaian, Reg. No. 42,096; James H. Salter, Reg. No. 35,668; William W. Schaal, Reg. No. 39,018; James C. Scheller, Reg. No. 31,195; Anand Sethuraman, Reg. No. P43,351; Charles E. Shemwell, Reg. No. 40,171; Maria McCormack Sobrino, Reg. No. 31,639; Stanley W. Sokoloff, Reg. No. 25,128; Judith A. Szepesi, Reg. No. 39,393; Vincent P. Tassinari, Reg. No. 42,179; Edwin H. Taylor, Reg. No. 25,129; George G. C. Tseng, Reg. No. 41,355; Lester J. Vincent, Reg. No. 31,460; John Patrick Ward, Reg. No. 40,216; Stephen Warhola, Reg. No. 43,237; Charles T. J. Weigell, Reg. No. 43,398; Ben J. Yorks, Reg. No. 33,609; and Norman Zafman, Reg. No. 26,250; my attorneys, and James A. Henry, Reg. No. 41,064; Daniel E. Ovanezian, Reg. No. 41,236; Glenn E. Von Tersch, Reg. No. 41,364; and Chad R. Walsh, Reg. No. 43,235; my patent agents, of BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP, with offices located at 12400 Wilshire Boulevard, 7th Floor, Los Angeles, California 90025, telephone (310) 207-3800, and James R. Thein, Reg. No. 31,710, my patent attorney; with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith.

Pursuant to 37 C.F.R. § 3.71, the assignee hereby states that prosecution of the above-referenced patent application is to be conducted to the exclusion of the inventor(s).

Send all future correspondence to Bradley J. Bereznak, Esq., Reg. No. 33,474, Blakely, Sokoloff, Taylor, & Zafman LLP, 12400 Wilshire Boulevard, Seventh Floor, Los Angeles, California 90025, and direct all telephone calls to the same at (408) 720-8598.

Assignee of Interest: POWER INTEGRATIONS, INC.
(Type or Print)

Dated: _5-14-99_     By: _____
Name: Clifford A. Walker
(Type or Print)
Title: Vice President of Corporate Development
(Type or Print)

Address of Assignee of Interest:
477 N. Mathilda Avenue
Sunnyvale, CA 94086
USA

003692.P036                    -2-                    (rev. 5/99)

FCS0000416

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: _5/17/99_    By _[signature]_

Name: _Bradley J. Bereznak_
                (Type)

Reg. No.: _33,474_

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, California 90025-1026
(408) 720-8598

## FIRST CLASS CERTIFICATE OF MAILING
### (37 C.F.R. § 1.8(a))

I hereby certify that the foregoing Power of Attorney is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231 on ____
_May 13, 1999_

            Vivian Y. Builten
Name of Person Mailing Correspondence

_[signature]_          _5/17/99_
Signature              Date

003692.P038            -3-            (rev. 5/99)

FCS0000417

**5**

FCS0000418



UNITED STATES . ARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/080,774 | 05/18/98 | Balakrishnan et al. | |

| EXAMINER |
|---|
| Ton |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2816 | 5 |

DATE MAILED: 7-28-99

This is in response to the Power of Attorney filed _05-18-99_

☐ 1. The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

☒ 2. The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record. (37 CFR 1.33).

☐ 3. The withdrawal as attorney in this application has been accepted. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

This is a communication from the
Patent and Trademark Office

☒ 4. The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the below-noted address as provided by 37 CFR 1.33.

☐ 5. The Power of Attorney in this application is not accepted for the reason(s) checked below:

☐ a. The Power of Attorney is from an assignee and the Certificate required by 37 CFR 3.73 (b) has not been received.

☐ b. The person signing for the assignee has omitted their empowerment to sign on behalf of the assignee.

☐ c. The inventor(s) is without authority to appoint attorneys since the assignee has intervened as provided by 37 CFR 3.71.

☐ d. The signature of _____ a co-inventor in this application, has been omitted. The Power of Attorney will be entered upon receipt of confirmation signed by said co-inventor.

☐ e. The person(s) appointed in the Power of Attorney is not registered to practice before the U. S. Patent & Trademark Office.

☐ f. The revocation is not signed by the applicant, the assignee of the entire interest, or one particular principal attorney having the authority to revoke.

Bradley J. Bereznak
Blakely, Sokoloff, Taylor, & Zafman
12400 Wilshire Blvd. Sev. Floor
Los Angeles CA 90005

This is a communication from the
Patent and Trademark Office

RETAIN THIS COPY IN THE APPLICATION FILE    COPY A

**6**

FCS0000420



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/080,774 | 05/18/98 | BALAKIRSHNAN | B | 233/248 |

NM32/0819

| | EXAMINER |
|---|---|

LYON & LYON
FIRST INTERSTATE WORLD CENTER
633 W FIFTH STREET 47TH FLOOR
LOS ANGELES CA 90071

| ART UNIT | PAPER NUMBER |
|---|---|
| 2816 | #6 |

DATE MAILED
08/18/99

Please find below and/or attached an Office communication concerning this application or
proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

1- File Copy

FCS0000421

| *Office Action Summary* | Application No. 08/088,774 | Ap. ..nt(s) Balakrishnan et al. |
|---|---|---|
| | Examiner Jeffrey Zweizig | Group Art Unit 2816 |

☒ Responsive to communication(s) filed on 5/18/98

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____1____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-37* _____ is/are pending in the application.

    Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☐ Claim(s) _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☒ Claims *1-37* _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☒ The drawing(s) filed on _____5/18/98_____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____ .

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___3___

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

— *SEE OFFICE ACTION ON THE FOLLOWING PAGES* —

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-95)          Office Action Summary          Part of Paper No. ___6___

FCS0000422

Application/Control Number: 09/080,774                                    Page 2

Art Unit: 2816

### *Drawings*

1.    Fig. 1 should be designated by a legend such as --Prior Art-- because only that which is

old is illustrated.  See MPEP § 608.02(g).

### *Election/Restriction*

2.    This application contains claims directed to the following patentably distinct species of the

claimed invention:

Group I: claims 1-10 & 29-37 directed toward a PWM circuit with a frequency variation

circuit; and

Group II: claims 11-28 directed toward a PWM circuit with a soft start circuit.

Applicant is required under 35 U.S.C. 121 to elect a single disclosed species for

prosecution on the merits to which the claims shall be restricted if no generic claim is finally held

to be allowable.  Currently, no claims are generic.

Applicant is advised that a reply to this requirement must include an identification of the

species that is elected consonant with this requirement, and a listing of all claims readable thereon,

including any claims subsequently added.  An argument that a claim is allowable or that all claims

are generic is considered nonresponsive unless accompanied by an election.

Upon the allowance of a generic claim, applicant will be entitled to consideration of claims

to additional species which are written in dependent form or otherwise include all the limitations

FCS0000423

Application/Control Number: 09/080,774                                    Page 3

Art Unit: 2816

of an allowed generic claim as provided by 37 CFR 1.141. If claims are added after the election,

applicant must indicate which are readable upon the elected species. MPEP § 809.02(a).

Should applicant traverse on the ground that the species are not patentably distinct,

applicant should submit evidence or identify such evidence now of record showing the species to

be obvious variants or clearly admit on the record that this is the case. In either instance, if the

examiner finds one of the inventions unpatentable over the prior art, the evidence or admission

may be used in a rejection under 35 U.S.C. 103(a) of the other invention.

Applicant is advised that the reply to this requirement to be complete must include an

election of the invention to be examined even though the requirement be traversed (37

CFR 1.143).


3.        Applicant is reminded that upon the cancellation of claims to a non-elected invention, the

inventorship must be amended in compliance with 37 CFR 1.48(b) if one or more of the currently

named inventors is no longer an inventor of at least one claim remaining in the application. Any

amendment of inventorship must be accompanied by a petition under 37 CFR 1.48(b) and by the

fee required under 37 CFR 1.17(I).

FCS0000424

Application/Control Number: 09/080,774                                    Page 4

Art Unit: 2816

### Conclusion

4.    Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Jeffrey Zweizig whose telephone number is (703) 305-7243.  The examiner

can normally be reached on Monday through Friday from 7:00 to 3:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Tim Callahan, can be reached on (703) 308-4876.  The fax phone number for this Group is

(703) 308-7722.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 308-0956.


JZ                                                        Jeffrey Zweizig

August 17, 1999                                           Patent Examiner

                                                         Art Unit 2816

# MISSING PAGE(S) FROM THE

# U.S. PATENT OFFICE

# OFFICIAL FILE WRAPPER

#6 - PTO 948 FORM

**Patent Imaging Corporation**
*Patent Legal and Scientific Information Service*
**2001 Jefferson Davis Highway**
**Crystal Plaza One, Suite 600**
**Arlington, VA 22202-3610**
**(703) 553-0000**

**7**

FCS0000427





003692.P036                                            PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    )
                                         )
  Balakrishnan                           )
                                         )
Serial No.:  09/080,774                  )
                                         )
Filed:  May 18, 1998                     )
                                         )
For:  OFFLINE CONVERTER WITH             )
      INTEGRATED SOFTSTART AND           )
      FREQUENCY JITTER                   )

Commissioner of
Patents and Trademarks
Washington, D.C. 20231

I hereby certify that this correspondence is being deposited with the
United States Postal Service as first class mail with sufficient postage
as an envelope addressed to the Assistant Commissioner for Patents,
Washington, D.C. 20231 on:

*November 2, 1999*
*Date of Deposit*

*Melanie Besecker*
*Name of Person Mailing Correspondence*

*Melanie Besecker 11-2-99*
*Signature                    Date*

<u>PETITION FOR EXTENSION OF TIME PURSUANT TO 37 C.F.R. § 1.136 (a)</u>

Sir:

Applicant respectfully requests a two-month extension of time to file a
Response to the Restriction Requirement mailed August 18, 1999. The
extended period expires on November 18, 1999.

A check in the amount of $380.00 is enclosed to cover the fee for a two-
month extension of time.  If any additional fee is required, please charge Deposit
Account No. 02-2666.  A duplicate of this Petition is enclosed for deposit account
charging purposes.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: 11-2 ,1999    _____
                     James Y. Go
                     Reg. No. 40,621

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA 90025-1026
(425) 827-8600

FCS0000428



003692.P036                                                          PATENT

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                                )
                                                     )
    Balakrishnan                                     )
                                                     )
Serial No.:    09/080,774                            )    I hereby certify that this correspondence is being deposited with the
                                                     )    United States Postal Service as first class mail with sufficient postage
Filed:    May 18, 1996                               )    as an envelope addressed to the Assistant Commissioner for Patents,
                                                     )    Washington, D.C. 20231 on
For:    OFFLINE CONVERTER WITH                       )    *November 2, 1999*
        INTEGRATED SOFTSTART AND                     )                Date of Deposit
        FREQUENCY JITTER                             )    *Melanie Besecker*
                                                          Name of Person Mailing Correspondence
Commissioner of                                           *Melanie Bisleker 11-2-99*
    Patents and Trademarks                                Signature                      Date
Washington, D.C. 20231

### PETITION FOR EXTENSION OF TIME PURSUANT TO 37 C.F.R. § 1.136 (a)

Sir:

    Applicant respectfully requests a two-month extension of time to file a
Response to the Restriction Requirement mailed August 18, 1999. The
extended period expires on November 18, 1999.

    A check in the amount of $380.00 is enclosed to cover the fee for a two-
month extension of time. If any additional fee is required, please charge Deposit
Account No. 02-2666. A duplicate of this Petition is enclosed for deposit account
charging purposes.

            Respectfully submitted,

            BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated:  11-2 ,1999

            James Y. Go
            Reg. No. 40,821

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA 90025-1026
(425) 827-8600

FCS0000429

8

FCS0000430

 

#8

*Attorney's Docket No. 003692.P036*                                            *Patent*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In Re Patent Application of: | ) | | |
| BALAKRISHNAN ET AL. | ) | Examiner: | Zweizig, Jeffrey. |
| | ) | | |
| Application No.: 09/080,774 | ) | Art Unit: | 2816 |
| | ) | | |
| Filed: May 18, 1998 | ) | | |
| | ) | | |
| For: OFF-LINE CONVERTER WITH | ) | | |
| INTEGRATED SOFTSTART AND | ) | | |
| FREQUENCY JITTER | ) | | |

Assistant Commissioner for Patents
Washington, D.C. 20231

### AMENDMENT AND RESPONSE TO ELECTION REQUIREMENT

#### *Drawing Objection*

In response to the Election Requirement mailed August 18, 1999, it is proposed by the Examiner that Figure 1 be designated by a legend such as --Prior Art--. Accordingly, the Applicants submit a proposed drawing correction in the form of a red-mark original of Figure 1. The Applicants request the Examiner to approve the drawing. The Applicants will submit formal corrections for Figure 1, including any additional changes in response to form PTO-948, when the Application is allowed by the Examiner.

#### *Restriction Requirement*

In response to the Election Requirement mailed August 18, 1999, the Applicant hereby elects without traverse the invention of Group I, claims 1-10 and 29-37.

003692.P036                                     Examiner: Zweizig, J.
Serial No. 09/080,774              - 1 -              Art Unit: 2816

FCS0000431

If there are any additional charges, please charge Deposit Account No. 02-2666.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Date: 11-2-99

James Y. Go
Reg. No. 40,824

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA 90025-1026
(425) 827-8600

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231 on November 2, 1999

Melanie Besecker                    11-2-99
Melanie Besecker                    Date

003692.P036
Serial No. 09/086,774

- 2 -

Examiner: Zweizig, J.
Art Unit: 2816

FCS0000432



FIG. 1. (Prior Art)

FCS0000433

9

FCS0000434



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/080,774 | 05/18/98 | BALAKIRSHNAN | B    233/248 |

MM22/1213

LYON & LYON
FIRST INTERSTATE WORLD CENTER
633 W FIFTH STREET 47TH FLOOR
LOS ANGELES CA 90071

| EXAMINER |
|---|
| ZWEIZIG, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2816 | |

DATE MAILED:        12/13/99

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2-91)                                                   1- File Copy

FCS0000435

| **Office Action Summary** | Application No. 08/080,774 | App. ...ant(s) Balakrishnan et al. |
|---|---|---|
| | Examiner Jeffrey Zweizig | Group Art Unit 2816 |

☒ Responsive to communication(s) filed on _11/8/99_

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___3___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _1-37_ _____ is/are pending in the application.

   Of the above, claim(s) _11-28_ _____ is/are withdrawn from consideration.

☒ Claim(s) _1-3, 7, 8 & 10_ _____ is/are allowed.

☒ Claim(s) _4-6, 9 & 29-37_ _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☒ The proposed drawing correction, filed on ____11/8/99____ is ☒ Approved ☐ Disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

     ☐ received.

     ☐ received in Application No. (Series Code/Serial Number) _____

     ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)          Office Action Summary          Part of Paper No. __9__

Application/Control Number: 09/080,774                                        Page 2

Art Unit: 2816

### Election/Restriction

1.      This application contains claims directed to the following patentably distinct species of the

claimed invention:

        Group I: claims 1-10 & 29-37 directed toward a PWM circuit with a frequency variation

circuit; and

        Group II: claims 11-28 directed toward a PWM circuit with a soft start circuit.

        Applicant is required under 35 U.S.C. 121 to elect a single disclosed species for

prosecution on the merits to which the claims shall be restricted if no generic claim is finally held

to be allowable.  Currently, no claims are generic.  Applicants have elected, without traverse,

Group I: claims 1-10 & 29-37.  Claims 11-28 have been withdrawn from consideration.


### Claim Rejections - 35 USC § 112

2.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

        The specification shall conclude with one or more claims particularly pointing out and
        distinctly claiming the subject matter which the applicant regards as his invention.


3.      Claims 4-6, 9 & 29-37 are rejected under 35 U.S.C. 112, second paragraph, as being

indefinite for failing to particularly point out and distinctly claim the subject matter which

applicant regards as the invention.

FCS0000437

Application/Control Number: 09/080,774                    Page 3

Art Unit: 2816

In claim 4 lines 2 & 3, "a magnitude of said oscillation signal" should be changed to --said magnitude of said oscillation signal--.

In claim 9 line 8, "pulse width modulated switch" should be changed to just --switch-- (see claim 1 line 4).

In claim 9 line 9, the second occurrence of "first winding" should be changed to --second winding--.

Refferring to the phrase "said first [second] winding capable of being coupled to a load", it is not understood if the winding is or is not coupled to the load.

In claim 29, the phrase "that provides a drive signal for a maximum time period of a time duration signal" is not understood.  If the drive signal were applied for the maximum period of the duration, the drive signal would always be applied.

In claim 35 line 8, "regulation circuit" should be changed to just --switch-- (see claim 29 line 4).

In claim 35 line 9, the second occurrence of "first winding" should be --second winding--.

Refferring to the phrase "said first [second] winding capable of being coupled to a load", it is not understood if the winding is or is not coupled to a load.

Claims 4, 9, 29 & 35 are indefinite.  Claims 5, 6 & 30-37 are rejected as being dependent on an indefinite intervening claim.

Application/Control Number: 09/080,774                                                Page 4

Art Unit: 2816

### *Claim Rejections - 35 USC § 102*

4.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless —
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or
> on sale in this country, more than one year prior to the date of application for patent in the United States.

5.      Claims 29, 35 & 37 are rejected under 35 U.S.C. 102(b) as being anticipated by

Applicants' Prior Art Fig. 1.

        Applicants' Prior Art Fig. 1 shows a first terminal 95, a second terminal Com, a

switch/drive circuit 90 and a frequency variation circuit 140 as recited in claim 29.

        Further shown is a rectifier 10, a capacitor 15, a first winding 35 and a second winding 45

as recited in claim 35.

        Further shown is a feedback terminal (Error Amplifier in) as recited in claim 37.

### *Claim Rejections - 35 USC § 103*

6.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

Application/Control Number: 09/080,774                                      Page 5

Art Unit: 2816

7.    Claim 34 is rejected under 35 U.S.C. 103(a) as being unpatentable over Applicants' Prior

Art Fig. 1.

    Applicants' Prior Art Fig. 1 does not specify that the circuit is an integrated circuit as

recited in claim 34. However, it would have been obvious to one of ordinary skill in the art at the

time of the invention to incorporate Prior Art Fig. 1 as an integrated circuit for the benifit of

implementing a compact single package. Claim 34 is obvious.

*Allowable Subject Matter*

8.    The prior Art of record does not appear to disclose or suggest a PWM switch comprising

an oscilator for generating a maximum duty cycle signal and a singnal with a frequency range

dependent on a frequency variation circuit as recited in claim 1.

*Conclusion*

9.    Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Jeffrey Zweizig whose telephone number is (703) 305-7243. The examiner

can normally be reached on Monday through Friday from 7:00 to 3:00.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Tim Callahan, can be reached on (703) 308-4876. The fax phone number for this Group is

(703) 308-7722.

FCS0000440

Application/Control Number: 09/080,774                                    Page 6

Art Unit: 2816

   Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 308-0956.


JZ                                                    Jeffrey Zweizig

December 13, 1999                                     Patent Examiner

                                                     Art Unit 2816

| *Notice of References Cited* | Application No. 09/080,774 | Appli... | Balakrishnan et al. | | |
|---|---|---|---|---|---|
| | Examiner Jeffrey Zweizig | | Group Art Unit 2816 | Page 1 of 1 | |

**U.S. PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | — | — | None | — | — |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

**NON-PATENT DOCUMENTS**

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)    Notice of References Cited    Part of Paper No. 9

FCS0000442

**10**

FCS0000443

003692.P036                                                           *Patent*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    )
                                         )
Balakrishnan et al.                      )    Examiner: J. Zweizig
                                         )
Serial No. 09/080,774                    )    Art Unit: 2816
                                         )
Filed: May 18, 1998                      )
                                         )
For:   OFFLINE CONVERTER WITH            )
       SOFTSTART AND FREQUENCY           )
       JITTER                            )

Box Non-fee Amendment
Assistant Commissioner for Patents
Washington, DC 20231

<u>AMENDMENT AND RESPONSE</u>

Sir:

        Responsive to the Office Action mailed December 13, 1999, the

Applicants request the Examiner to enter the following amendments and to

consider the following remarks.


<u>IN THE DRAWINGS</u>

        The Applicants submit that reference numeral --405-- was inadvertently

labeled as "400" in Figure 5. In addition, the Applicants submit that reference

numeral --400-- was inadvertently omitted from Figure 6. Accordingly, the

Applicants submit proposed drawing corrections in the form of red-mark originals

of Figures 5 and 6. The Applicants request the Examiner to approve the

drawings. The Applicants will submit formal corrections for Figures 5 and 6,

003692.P036
Serial No. 09/080,774                    - 1 -                Examiner: J. Zweizig
                                                             Art Unit: 2816

FCS0000444

including any additional changes in response to form PTO-948, when the application is allowed by Examiner.

## IN THE SPECIFICATION

On page 5, line 9, please replace "25" with --15--..

On page 16, line 8, please replace "input switch 435" with --input of switch 435--..

On page 18, line 5, please replace "signal 400" with --signal 405--..

On page 18, line 23, please replace "DC voltage 740" with --DC voltage 725--..

On page 20, line 19, please replace "for the AC" with --of the AC--..

## IN THE CLAIMS

Please cancel claim 57 without prejudice.

Please amend claims 4, 9, 29, 31 and 35 as follows:

4.  (Amended)  The pulse width modulated switch of claim 1 further comprising a soft start circuit that provides a signal instructing said drive circuit to discontinue said drive signal when [a]said magnitude of said oscillation signal is greater than a magnitude of said frequency variation signal.

9.  (Amended)  The pulse width modulated switch of claim 1 further comprising;

003692.P036
Serial No. 09/080,774            -2- 29            Examiner: J. Zweizig
                                                    Art Unit: 2816

FCS0000445

a rectifier comprising a rectifier input and a rectifier output, said rectifier input receiving an AC mains signal and said rectifier output providing a rectified signal;

a power supply capacitor that receives said rectified signal and provides a substantially DC signal;

a first winding comprising a first terminal and a second terminal, said first winding receiving said substantially DC signal, said second terminal of said first winding coupled to said first terminal of said [pulse width modulated] switch; and

a second winding magnetically coupled to said first winding[, said first winding capable of being coupled to a load].

29. (Amended) A regulation circuit comprising:

a first terminal;

a second terminal;

a feedback terminal coupled to disable the regulation circuit;

a switch comprising a control input, said switch allowing a signal to be transmitted between said first terminal and said second terminal according to a drive signal provided at said control input; [and]

a frequency variation circuit that provides a frequency variation signal;

an oscillator that provides an oscillation signal having a frequency range, said frequency of said oscillation signal varying within said frequency range according to said frequency variation signal, said oscillator further providing a maximum duty cycle signal comprising a first state and a second state; and

003692.P036
Serial No. 09/080,774

-3-  30

Examiner: J. Zweizig
Art Unit: 2816

a drive circuit that provides said drive signal [for a maximum time period of a time

duration cycle;]when said maximum duty cycle signal is in said first state and said

regulation circuit is not disabled.

[wherein said time duration of said cycle varies according to said frequency

variation signal.]

31. (Amended)  The regulation circuit of claim 29 further comprising a soft start

circuit that provides a signal instructing said drive circuit to discontinue said drive signal

according to a magnitude of said frequency variation signal.

35. (Amended)  The regulation circuit of claim 29 further comprising;

a rectifier comprising a rectifier input and a rectifier output, said rectifier input

receiving an AC mains signal and said rectifier output providing a rectified signal;

a power supply capacitor that receives said rectified signal and provides a

substantially DC signal;

a first winding comprising a first terminal and a second terminal, said first winding

receiving said substantially DC signal, said second terminal of said first winding coupled

to said first terminal of said [regulation circuit]switch; and

a second winding magnetically coupled to said first winding[, said first winding

capable of being coupled to a load].

003692.P036
Serial No. 09/080,774                    -4-  31                    Examiner: J. Zweizig
                                                                     Art Unit: 2818

<u>REMARKS</u>

Claims pending in the instant application are numbered 1-10 and 29-37. The Applicants note with appreciation that claims 1-3, 7, 8 and 10 are allowed. Claims 4-6, 9 and 29-37 presently stand rejected. Claim 37 has been canceled without prejudice. Claims 4, 9, 29, 31 and 35 have been amended. The Applicants respectfully request reconsideration of the present application in view of the amendments and the following remarks.

*Revocation of Previous Powers Filed By Applicants*

The Applicants respectfully wish to remind the Examiner that a Revocation of Previous Powers was filed by the Applicants on May 14, 1999. For the Examiner's reference: (1) a photocopy of the Revocation of Previous Powers as filed by the Applicants and (2) a photocopy of a postcard received from the US Patent and Trademark Office evidencing receipt of the Revocation of Previous Powers is attached herewith. It is noted that at least the last two communications concerning the instant application have been incorrectly mailed by the US Patent and Trademark Office to the Applicants' *former* representatives instead of the Applicants' current representatives. Accordingly, the Applicants kindly wish to repeat their request that all future correspondence be mailed to Blakely Sokoloff Taylor and Zafman, LLP at the address listed in the Revocation of Previous Powers filed May 14, 1999.

FCS0000448

### Specification and Drawing Amendments

Upon further review of the present specification and drawings, the Applicants noted several minor typographical errors. The specification and drawings have been amended to correct these deficiencies.

### 35 USC § 112 Rejections

In the December 13, 1999 Office Action, claims 4-6, 9 and 29-37 were rejected under 35 USC § 112, second paragraph. The claims have been amended as suggested by the Office Action and the claim language identified as not being understood in the Office Action has been amended. Accordingly, the instant section 112 rejections are now moot.

### 35 USC § 102 Rejections

In the December 13, 1999 Office Action, claims 29, 35 and 37 are rejected under 35 USC § 102(b) as being anticipated by Applicants' Prior Art Figure 1.

Claim 29 as presently amended now expressly recites a regulation circuit that includes an oscillator that provides a maximum duty cycle signal and an oscillation signal having frequency range that is varied according to a frequency variation signal. The Applicants' Prior Art Figure 1 fails to disclose, teach or suggest such limitations. Accordingly, the Applicants respectfully submit that the instant section 102 rejection has been overcome.

### 35 USC § 103 Rejection

In the December 13, 1999 Office Action, claim 34 is rejected under 35 USC § 103(a) as being unpatentable over Applicants' Prior Art Figure 1.

003692.P036
Serial No. 09/080,774                          - 6 -

Examiner: J. Zweizig
Art Unit: 2816

Claims 34 depends on claim 29 and therefore distinguishes for at least the same

reason as independent claim 29 in addition to adding further limitations of its own.

Accordingly, the Applicants respectfully submit that the instant section 103 rejection has

been overcome.

*Charge Deposit Account*

Please charge our Deposit Account No. 02-2666 for any additional fee

due in this matter.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Date: 3-10-00

James Y. Go
Reg. No. 40,621

FIRST CLASS CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service
as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner
for Patents, Washington, D.C. 20231

on ___March 10, 2000___
              Date of Deposit

Melanie Besecker
Name of Person Mailing Correspondence

Melanie Besecker     3-10-00
          Signature                          Date

003692.P036
Serial No. 09/080,774                    - 7 -                    Examiner: J. Zweizig
                                                                  Art Unit: 2816

FCS0000450

233/248
PATENT



FIG. 5

Express Mail No. EM561631651US
Docket No: 233/248
May 18, 1998

FCS0000451



Fig. 6



Copy

| | | |
|---|---|---|
| Serial/Patent No.: **09/080,774** | Filing/Issue Date: **May 18, 1998** | |
| Client: **Power Integrations, Inc.** | | |
| Title: **OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER** | | |
| RSTZ File No.: **003692.P014** | Atty/Secy Initials: **RTR:ryh** | |
| Date Mailed: **May 17, 1999** | Docket Due Date: | |

The following has been received in the U.S. Patent & Trademark Offices on the date stamped hereon:

| | |
|---|---|
| ☐ Amendment/Response (____ pgs.) | ☐ Express Mail No.: |
| ☐ Appeal Brief (____ pgs.) (in triplicate) | ☐ ____ Check No. ____ |
| ☐ Application - Utility (____ pgs., with sheet and drawing) | ☐ ____ Month(s) Extension of Time ☐ Check No. ____ |
| ☐ Application - Rule 1.53(b) Continuation (____ pgs.) | ☐ Amended Claims Drawing & PTO 948 (____ pgs.) ☐ Amt. ____ |
| ☐ Application - Rule 1.53(b) Divisional (____ pgs.) | ☐ Issue Fee Transmittal ☐ Check No. ____ |
| ☐ Application - Rule 1.53(b) CIP (____ pgs.) | ☐ Notice of Appeal ☐ Amt. ____ |
| ☐ Application - Rule 1.53(d) CPA Transmittal (____ pgs.) | ☐ Notice of Appeal |
| ☐ Application - Design (____ pgs.) | ☐ Petition for ____ |
| ☐ Application - PCT (____ pgs.) | ☐ Petition for Extension of Time |
| ☐ Application - Provisional | ☐ Postcard |
| ☐ Assignment and Cover Sheet | ☐ Power of Attorney ( **3** pgs.) **(and Revocation)** |
| ☒ Certificate of Mailing | ☐ Preliminary Amendment (____ pgs.) |
| ☐ Declaration & POA (____ pgs.) | ☐ Reply Brief (____ pgs.) |
| ☐ Disketts/Dsend Clip & Copy/Device (____ ) | ☐ Response to Notice of Missing Parts |
| ☐ Drawings ____ # of sheets in/prints | ☐ Small Entity Declaration for indep. inventor/Small Business |
| | ☐ Transmittal Letter, in duplicate |
| | ☐ Fax Transmittal, in duplicate |

☐ Other:

C.Py

Attorney's Docket No.: ___003692.P036___                          Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:                        )

**BALAKRISHNAN, ET AL.**                     )    Examiner:      Not Yet Assigned

Application Number: 09/080,774               )    Group Art Unit:  2816

Filed:    May 18, 1998                       )

For: OFF-LINE CONVERTER WITH                 )
INTEGRATED SOFTSTART AND                      )
FREQUENCY JITTER                              )

Assistant Commissioner for Patents
Washington, D.C. 20231

## POWER OF ATTORNEY BY ASSIGNEE
## AND REVOCATION OF PREVIOUS POWERS

Power Integrations, Inc. ("assignee"), a California corporation having a place of business at 477 N. Mathilda Avenue, Sunnyvale, California, 94086, certifies that to the best of assignee's knowledge and belief it is the assignee of the entire right, title, and interest in and to the above-referenced patent application and represents that the undersigned is a representative authorized and empowered to sign on behalf of the assignee.

Assignee has reviewed the assignment document that evidences the placement of title in the assignee and upon information and belief that assignment documents were recorded in the U.S. Patent and Trademark Office on May 18, 1998, at reel 9195, frame 0745.

Pursuant to 37 C.F.R. §§ 1.36 and 3.71, the assignee hereby revokes all powers of attorney previously given and appoints Farzad E. Amini, Reg. No. P42,261; Aloysius T. C. AuYeung, Reg. No. 35,432; Amy M. Armstrong, Reg. No. 42,265; William Thomas Babbitt, Reg. No. 39,591; Carol F. Barry, Reg. No. 41,600; Jordan Michael Becker, Reg. No. 39,602; Bradley J. Bereznak, Reg. No. 33,474; Michael A. Bernadicou, Reg. No. 35,934; Roger W. Blakely, Jr., Reg. No. 25,831; Gregory D. Caldwell, Reg. No. 39,926; Kent M. Chen, Reg. No. 39,630; Yong S. Choi, Reg. No. P43,324; Thomas M. Coester, Reg. No. 39,837; Michael Anthony DeSanctis, Reg. No. 39,957; Daniel M. De Vos, Reg. No. 37,813; Robert Andrew Diehl, Reg. No. 40,992; Tarek N. Fahmi, Reg. No. 41,402; James Y. Go, Reg. No. 40,621; Dinu Gruia, Reg. No. P42,996; David R.

003692.P036                          -1-                        (rev. 5/99)

FCS0000454

Halvorson, Reg. No. 33,395; Thomas A. Hassing, Reg. No. 36,159; Phuong-Quan Hoang, Reg. No. 41,839; Willmore F. Holbrow III, Reg. No. P41,845; George W Hoover II, Reg. No. 32,992; Eric S. Hyman, Reg. No. 30,139; Dag H. Johansen, Reg. No. 36,172; William W. Kidd, Reg. No. 31,772; Michael J. Mallie, Reg. No. 36,591; Andre L. Marais, under 37 C.F.R. § 10.9(b); Paul A. Mendonsa, Reg. No. 42,879; Darren J. Milliken, Reg. No. 42,004; Thinh V. Nguyen, Reg. No. 42,034; Kimberley G. Nobles, Reg. No. 38,255; Babak Redjaian, Reg. No. 42,096; James H. Salter, Reg. No. 35,668; William W. Schaal, Reg. No. 39,018; James C. Scheller, Reg. No. 31,195; Anand Sethuraman, Reg. No. P43,351; Charles E. Shemwell, Reg. No. 40,171; Maria McCormack Sobrino, Reg. No. 31,639; Stanley W. Sokoloff, Reg. No. 25,128; Judith A. Szepesi, Reg. No. 39,393; Vincent P. Tassinari, Reg. No. 42,179; Edwin H. Taylor, Reg. No. 25,129; George G. C. Tseng, Reg. No. 41,355; Lester J. Vincent, Reg. No. 31,460; John Patrick Ward, Reg. No. 40,216; Stephen Warhola, Reg. No. 43,237; Charles T. J. Weigell, Reg. No. 43,398; Ben J. Yorks, Reg. No. 33,609; and Norman Zafman, Reg. No. 26,250; my attorneys, and James A. Henry, Reg. No. 41,064; Daniel E. Ovanezian, Reg. No. 41,236; Glenn E. Von Tersch, Reg. No. 41,364; and Chad R. Walsh, Reg. No. 43,235; my patent agents, of BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP, with offices located at 12400 Wilshire Boulevard, 7th Floor, Los Angeles, California 90025, telephone (310) 207-3800, and James R. Thein, Reg. No. 31,710, my patent attorney; with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith.

   Pursuant to 37 C.F.R. § 3.71, the assignee hereby states that prosecution of the above-referenced patent application is to be conducted to the exclusion of the inventor(s).

   Send all future correspondence to Bradley J. Bereznak, Esq., Reg. No. 33,474, Blakely, Sokoloff, Taylor, & Zafman LLP, 12400 Wilshire Boulevard, Seventh Floor, Los Angeles, California 90025, and direct all telephone calls to the same at (408) 720-8598.

Assignee of Interest:  **POWER INTEGRATIONS, INC.**
                                       (Type or Print)

Dated: _5-14-99_   By: _____

                   Name: Clifford A. Walker
                                (Type or Print)
                   Title: _Vice President of Corporate Development_
                                (Type or Print)

Address of Assignee of Interest:
              477 N. Mathilda Avenue
              Sunnyvale, CA 94086
              USA

003692.P036                    -2-                        (rev. 5/99)

FCS0000455



Respectfully submitted,

**BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP**

Dated: _5/17/99_     By _[signature]_

Name: _Bradley J. Bereznak_
                   (Type)

Reg. No.: _33,474_

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, California 90025-1026
(408) 720-8598

## FIRST CLASS CERTIFICATE OF MAILING
### (37 C.F.R. § 1.8(a))

I hereby certify that the foregoing Power of Attorney is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231 on _____ _May 17, 1999_

_Vivian Y. Builten_
Name of Person Mailing Correspondence

_[signature]_            _5/17/99_
Signature                 Date

003692.P038          -3-             (rev. 5/99)

FCS0000456

FCS0000457

BLAKELY SOKOLOFF TAYLOR & ZAFMAN

003692.P036   RJB:vyb

BOX ISSUE FEE
ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

SAN FRANCISCO CA 941
PM 26 MAY 2000

RECEIVED CLERK #104
MAY 30 L.S
AT PTO MAIL CENTER

**11**

FCS0000458



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/080,774 | 05/18/98 | BALAKRISHNAN | B    233/248 |

MMC2/0410

BRADLEY J. BEREZNAK, ESQ.
BLAKELEY, SOKOLOFF, TAYLOR, ZAFMAN LLP
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025

| EXAMINER |
|---|
| ZWEIZIG, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2816 | #11 |

DATE MAILED:    04/10/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

1- File Copy

FCS0000459

| *Notice of Allowability* | Application No. 09/098,774 | Applicant(s) Balakrishnan et al. |
|---|---|---|
| | Examiner Jeffrey Zweizig | Group Art Unit 2816 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *the amendment filed 3/20/00*

☒ The allowed claim(s) is/are *1-10 & 29-36*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

     ☐ received.

     ☐ received in Application No. (Series Code/Serial Number) _____.

     ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

   ☒ because the originally filed drawings were declared by applicant to be informal.

   ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____.

   ☒ including changes required by the proposed drawing correction filed on _____ *3/20/00* _____, which has been approved by the examiner.

   ☐ including changes required by the attached Examiner's Amendment/Comment.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

   ☐ Notice of References Cited, PTO-892

   ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____.

   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

   ☐ Notice of Informal Patent Application, PTO-152

   ☐ Interview Summary, PTO-413

   ☒ Examiner's Amendment/Comment

   ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

   ☐ Examiner's Statement of Reasons for Allowance

*Jeff Zweizig*
*Primary Examiner*
*2816*

β

U.S. Patent and Trademark Office
PTO-37 (Rev. 9-95)          Notice of Allowability          Part of Paper No. 11

FCS0000460

# 11/B
4/6/00
Page 2

Application/Control Number: 09/080,774

Art Unit: 2816

### *Examiner's Amendment*

1.    An examiner's amendment to the record appears below.  Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Claims 11-28 have been canceled.

Claims 11-28 have been canceled so that the remaining claims and the present application can be allowed.  Authorization for this examiner's amendment was given in a telephone interview with James Go on 4/6/00.

### *Conclusion*

2.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Examiner Jeffrey Zweizig whose telephone number is (703) 305-7243.  The Examiner can normally be reached on Monday through Friday from 7:00 am to 2:00 pm eastern time.

FCS0000461

Application/Control Number: 09/080,774                                    Page 3

Art Unit: 2816


If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Tim Callahan, can be reached on (703) 308-4876. The fax phone number for this Group is

(703) 308-7722.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 308-0956.


JZ

April 10, 2000                                                    Jeffrey Zweizig

                                                                 Primary Examiner

                                                                 Art Unit 2816

FCS0000462

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

WNC2/0410

BRADLEY J. BEREZNAK, ESQ.
BLAKELEY, SOKOLOFF, TAYLOR, ZAFMAN LLP
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/086,774 | 05/18/98 | 018 | ZWEIZIG, J | 2816 | 04/10/00 |

| First Named Applicant | | | | | |
|---|---|---|---|---|---|
| BALAKRISHNAN | | 35 USC 154(b) term ext. = | | 0 Days. | |

| TITLE OF INVENTION | OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER |
|---|---|

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 233/248 | 327-172.000 | K88 | UTILITY | NO | $1210.00 | 07/10/00 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your
   current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the
      FEE DUE shown above and notify the Patent and
      Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown
      above.

   If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above; or

   B. File verified statement of Small Entity Status before, or with,
      payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
    ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
    should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
    B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
     Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.**

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)                    *U.S. GPO: 1999-454-457/20891

FCS0000463

12

FCS0000464

OIPE 003692.P036

JAN 1 0 2000

receipt / 8
FILE COPY
#12

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

BALAKRISHNAN et al.

Serial No. 09/080,774

Filed: May 18, 1998

For: OFF-LINE CONVERTER WITH
     INTEGRATED SOFTSTART AND
     FREQUENCY JITTER

Examiner: Zweizig, Jeffrey

Art Unit: 2816

Assistant Commissioner for Patents
Washington, D.C. 20231

### REQUEST TO CORRECT AN ERROR IN THE FILING RECEIPT

Dear Sir:

Applicant's respectfully note that the name of the inventor on the Filing Receipt for the

above-identified application is incorrect. That Filing Receipt erroneously lists the inventor as

BALU BALAKIRSHNAN. The correct name of the inventor is in fact BALU BALAKRISHNAN

(emphasis added). Enclosed herewith is a copy of filing receipt with the corrections marked in

red ink. Also enclosed is a check in the amount of $25.00 for a corrected filing receipt under 37

U.S.C. § 1.19(h).

Therefore, correction with respect to the inventors listed in the Filing Receipt of

the present application is respectfully requested. Please change the list of inventors of the

present application to BALU BALAKRISHNAN.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: 1-5, 2000

James Y. Go
Reg. No. 40,621

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient
postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231
on ___January 5, 2000___
                          Date of Deposit

Melanie Bessener
         Name of Person Mailing Correspondence

Melanie Bessenel                        1-5-2000
      Signature                             Date

PTO-103X
(Rev. 8-92)

FILING RECEIPT

OIPE
JUN 18 1998

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

#2

| APPLICATION NUMBER | FILING DATE | GNP ART UNIT | FL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 09/080,774 | 05/18/98 | 2816 | $1,246.00 | 233/248 | 9 | 37 | 4 |

LYON & LYON
FIRST INTERSTATE WORLD CENTER
633 W FIFTH STREET 47TH FLOOR
LOS ANGELES CA 90071

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the
results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF
INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy
of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's
Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)
BALU BALAKRISHNAN, SARATOGA, CA; ALEX DJENGUERIAN,
SARATOGA, CA; LEIF LUND, SAN JOSE, CA.

FOREIGN FILING LICENSE GRANTED 06/03/98
TITLE
OFFLINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER

PRELIMINARY CLASS: 327

RECEIVED
JUN 08 1998
U.S. PROSECUTION

(see reverse)

FCS0000466

13

FCS0000467

*B*

Docket No.: 003692.P036

#13 NRH

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application for: | ) |
| Balakrishnan et al. | ) Examiner:    J. Zweizig |
| Application No.: 09/080,774 | ) Art Group:    2816 |
| Filed: May 18, 1998 | ) Batch No: K83 |
| For:    OFF-LINE CONVERTER WITH INTEGRATED SOFTSTART AND FREQUENCY JITTER | ) |

TRANSMITTAL OF FORMAL DRAWINGS

Attn: Official Draftsman
Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

Enclosed herewith for filing in the above-identified U.S. patent application are the

formal drawings, Figures 1, 2, 3, 4, 5, 6, 7, 8 and 9 (9) sheets.

Respectfully submitted,

BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP

Date: 5-18-00

James Y. Go
Reg. No. 40,620

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA  90025
(425) 827-8600

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to: Commissioner of
Patents and Trademarks, Washington, D.C. 20231, on
May 18, 2000.

Melanie Bessoker
typed or printed name of person mailing correspondence

Melanie Bessoker  5-18-00
Signature              Date

FCS0000468



*Fig. 1 (PRIOR ART)*

1/9

6107B61

2/9



*Fig. 2*

FCS0000470



*Fig. 3*

FCS0000471

4/9



*Fig. 4*

FCS0000472

5/9



*Fig. 5*

FCS0000473



*Fig. 6*

FCS0000474

7/9



*Fig. 7*

FCS0000475

8/9



Fig. 8

FCS0000476



*Fig. 9*