IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | **REDACTED** |
| | ) | **PUBLIC VERSION** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR | ) | |
| INTERNATIONAL, INC., and FAIRCHILD | ) | |
| SEMICONDUCTOR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**COMBINED APPENDIX TO DEFENDANTS': (i) OPENING POST-TRIAL BRIEF
IN SUPPORT OF THEIR ASSERTION THAT THE PATENTS-IN-SUIT
ARE UNENFORCEABLE DUE TO INEQUITABLE CONDUCT; AND
(ii) PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING THE UNENFORCEABILITY OF THE PATENTS-IN-SUIT
DUE TO INEQUITABLE CONDUCT**

**(VOLUME III of V)**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: November 5, 2007

# TABLE OF CONTENTS

## VOLUME I

DX 17, Electronic Design, Volume 38, No. 6 (March 22, 1990)

DX 55, International Electron Devices Meeting, December 5-7, 1983

DX 56, International Electron Devices Meeting, December 13-15, 1982

DX 59, Physics and Technology of Power MOSFETs, A Dissertation Submitted to the Department of Electrical Engineering and the Committee on Graduate Studies of Stanford University in Partial Fulfillment of the Requirements for the Degree of Doctor of Philosophy, Shi-Chung Sun (February 1982)

DX 69, Seventh Annual Applied Power Electronics Conference and Exposition, February 23-27, 1992

DX 70, PWR-SMP240, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 74, PWR-SMP260, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 76, SMP211, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 77, PWR-SMP3, PWM Power Supply IC, 120 VAC Input, Isolated, Regulated DC Output

DX 89, United States Patent No. 4,626,879

DX 90, PIF 129750-129777

## VOLUME II

DX 91, PIF 129301-129321

DX 100, Prosecution History, FCS0000015-114

DX 102, Prosecution History, FCS0000122-206

DX 104, Prosecution History, FCS0000226-316

DX 106, Prosecution History, FCS0000336-477

**VOLUME III**

DX 110, PIF17419

DX 113, Invention Disclosure Form, PIF 63314-24

DX 114, Project PS03 Index, 3/28/90, PIF 129325-46

DX 115, PIF 129387

DX 116, Project SMP1A Index, 3/27/90, PIF 129389-410

DX 117, PIF 129412-14

DX 118, PIF 129449-51

DX 119, PIF 129454-84

DX 120, SMP212/220 Task List, 8/14/92, PIF 129499-504

DX 121, PWR-SMP212, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 122, PWR-SMP260, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 123, PWR-SMP240, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 124, PWR-SMP260, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 125, PWR-SMP260, PWM Power Supply IC, 110/220 VAC Input, Isolated, Regulated DC Output

DX 126, PWR-SMP240, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 192, United States Patent No. 5,146,298

DX 472, FCS1685956-93

DX 600, Optimum Design of Power MOSFETS, P.L. Hower, T.M.S. Heng and C. Huang, Unitrode Corporation, Watertown, Mass. 02171

DX 601, United States Patent & Trademark Office, Application No. 90/008,324

DX 602, United States Patent & Trademark Office, Application No. 90/008,327

DX 616, International Electron Devices Meeting, December 8-10, 1980

DX 617, International Solid-State Circuits Conference, February 18, 1981

DX 618, Process and Device Design of a 1000-Volt MOS IC

DX 619, Integrated Circuits for the Control of High Power, Robert S. Wrathall, David Tam, Louis Terry, Stephen P. Robb

DX 620, Integrated Power Devices, J. Tihanyi

DX 621, Journal of Solid-State Circuits, Vol. SC-15, No. 3, June 1980

DX 622, Integrated High and Low Voltage CMOS Technology

DX 623, International Solid-State Circuits Conference, February 18, 1981

DX 624, Lateral DMOS Transistor Optimized for High Voltage BIMOS Applications

DX 625, International Solid-State Circuits Conference, February 20, 1981

DX 626, Transactions on Electron Devices, FCS0526755-67

DX 627, High Voltage MOS Integrated Circuits, A Technology and Application Overview, KE001450-65

DX 628, KE001513-22

DX 629, KE001481-84

DX 633, Privilege Log for Klas Eklund documents


**VOLUME IV**

DX 1000, United States Patent No. 5,245,526

DX 1001, PWR-SMP211, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 1002, PIF 129975-130008

DX 1003, Power Integrations' Responses and Objections to Defendants' Third Set of Requests for Admission (Nos. 44-50)

DX 1004, Form 10-Q, Filed 11/7/05 for Period Ending 9/30/05

DX 1005, International Electron Devices Meeting, December 3-5, 1979

DX 1006, Philips Journal of Research, Vol. 35, No. 1, March 13, 1980

DD1202

PX 1, United States Patent No. 6,249,879

PX 2, United States Patent No. 6,107,851

PX 3, United States Patent No. 6,229,366

PX 4, United States Patent No. 4,811,075

PX 8, PIF 00001-76

PX 19, Electronic Design, February 17, 1983, PIF 08765-70

PX 29, Klas Eklund notes

PX 30, Klas Eklund notes

PX 50, Letter to Alys Hay from Thomas Schatzel, KE 00012-14

PX 56, Technology License Agreement, PIF 23640-64

PX 272, 650V/1A, SPS 1-chip Process, FCS0176604-24

PX 325, Invention Disclosure Form, PIF 63306-13

PX 326, Invention Disclosure Form, PIF 63314-24

PX 412, KE001576-77


**VOLUME V**

Alex Djenguerian Deposition, 8/23/05

Klas Eklund Deposition, 10/14/05

Klas Eklund Deposition, 6/7/07

James Go Deposition, 9/14/05

Leif Lund Deposition, 8/15/05

Leif Lund Deposition, 3/2/06

Thomas Schatzel Deposition, 9/15/05

185623.1

# DX 110

# REDACTED

# DX 113

## INVENTION DISCLOSURE FORM
### POWER INTEGRATIONS-COMPANY PRIVATE

INVENTOR (S):

1. Full Name __Balu BalaKrishnan__
Address __13917 Albar Court, Saratoga, CA 95070__
Phone: Work: __(408) 523-9214__ Home: ____  **REDACTED**
Citizenship __USA__  Social Security #____

2. Full Name __Alex Djenguerian__
Address __20602 Sevilla Lane, Saratoga, CA 95070__
Phone: Work: __(408) 523-9211__ Home: ____  **REDACTED**
Citizenship __USA__  Social Security #____

3. Full Name __Leif Lund__
Address __1074 Quensbrook Drive, San Jose CA 95129__
Phone: Work: __(408) 523-9223__ Home: ____  **REDACTED**
Citizenship __Sweden__  Social Security #____

NAME OF THE
INVENTION: __Fully Integrated softstart & frequency jitter for offline PWM Switch__
DATE OF THE INVENTION: __8-26-97__

DATE OF DISCLOSURE TO OTHERS IN THE
COMPANY: __9-2-97__
LIST OF THEIR NAMES: __David Kung__
__Erdem Bircan__
__Derek Kroes__

DOES A PRACTICAL IMPLEMENTATION OF THE INVENTION
EXIST? __Yes__

Case No. 04-1371-JJF
**DEFT** Exhibit No. DX_113
Date Entered ____
Signature ____

1

PIF 63314
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

IF SO IN WHAT FORM? _____ *simulations* _____

NAME OF THE PRODUCT (S) USING THIS INVENTION: _____
_____ TOPSwitch III _____

EXPECTED DATE OF FIRST
SAMPLING: _____ Q3, 1998 _____

EXPECTED DATE OF FIRST
SALE: _____ Q4, 1998 _____

EXPECTED DATE OF FIRST PUBLIC DISCLOSURE (EX. ARTICLE,
PRESENTATION AT CUSTOMER ETC.): _____ March 1998 _____

WHAT PROBLEM DOES THIS INVENTION
SOLVE: Provides a completely integrated softstart and frequency jitter functions for off-line PWM Switch. These functions in general require large time constants and therefore are not easily integrated in an IC. By using the same timing element circuit for both functions, and using very low current sources, the silicon area is kept to absolute minimum. The frequency jitter reduces the Electromagnetic Interference (EMI) thereby enabling smaller filter to suppress EMI emissions. Softstart reduces instantaneous stress on many components during power-up, thereby reducing the cost of these components.

DESCRIPTION OF THE PRIOR ART IF ANY (USE ADDITIONAL PAGES IF
NEEDED): _____

Frequency jitter is not commonly used in power supplies. In some cases a resistor is used from the storage capacitor to the frequency setting resistor to modulate the oscillator current with line voltage ripple. This approach is not accurate

2

PIF 63315
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

since the ripple varies a lot with line and
load variations. Also, its modulating frequency _120Hz_
is 60Hz, which may not be the optimum modulating
jitter frequency.

Softstart is implemented using external capacitor.

DESCRIPTION OF THE INVENTION (USE ADDITIONAL PAGES IF
NEEDED):

This invention uses a monolithic low frequency
oscillator. This is accomplished by utilizing a
very low current source to charge and discharge
an on-chip capacitor.

During power-up the oscillator is held low. As soon
as the chip is ready to switch, the oscillator is released to
oscillate. The first rising edge of the oscillator is used to slowly
increase the maximum duty cycle.

The low frequency oscillator's sawtooth output is also used to
generate a current source proportional to its output voltage.
This current source is added to the main current source
of the PWM oscillator to modulate its frequency.
 (see diagrams)

SIGNATURE OF THE INVENTOR (S):

1. _Balu Balakrishnan_            Date: 3-26-98

2. _Alex Djenguerian_            Date: 3-25-98

3. _Leif Lund_            Date: 04-02-98

3

PIF 63316
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

UNDERSTOOD AND WITNESSED BY;

NAME  Erdem Bircan          Signature  _____   Date  3/26/98

NAME DAVID KUNG             Signature  _____   Date  3-21-98

4

PIF 63317
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY



Previous Application of Soft Start & Frequency Jitter

PIF 63318
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY



Soft Start & Frequency Jitter Implementation

PIF 63319
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Soft Start Timing

PWM Oscillator

Low Frequency Oscillator

Gate

Power-up Reset

PIF 63320
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY



Low Frequency Oscillator

PWM Oscillator Current Source

PWM Oscillator Clock

$f_{max}$

$f_{min}$

$\Delta f = f_{max} - f_{min}$

Frequency Jitter Timing

PIF 63321
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY



Alternative Soft Start & Frequency Jitter Implementation

PIF 63322
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY



Low Frequency Oscillator Timing with Alternative Approach

PIF 63323
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY



Power Supply with Integrated Soft Start & Frequency Jitter

PIF 63324
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# DX 114

# REDACTED

# DX 115

**REDACTED**

# DX 116

# REDACTED

# DX 117

# REDACTED

# DX 118

# REDACTED

# DX 119

**REDACTED**

# DX 120

# REDACTED

# DX 121

# REDACTED

# DX 122

# PWR-SMP260
## PWM Power Supply IC
### 85-265 VAC Input
### Isolated, Regulated DC Output



## Product Highlights

**Integrated Power Switch and CMOS Controller**
- Output power up to 60 W from rectified 220/240 VAC input, 30 W from universal (85 to 265 VAC) input
- Feedforward control for constant-power battery charging
- External transformer provides isolation and selectable output voltages

**High-speed Current-mode PWM Controller**
- Leading edge current blanking
- Selectable maximum duty cycle - 50% or 90%
- Internal pre-regulator self-powers the IC on start-up
- Wide bias voltage range - 10-30 V
- Direct connection to optocoupler feedback
- Programmable slope compensation
- Low-current standby mode

**Built-in Self-protection Circuits**
- Full cycle soft-start - Linear ramp up of switching current
- Shutdown on fault with automatic restart
- Adjustable current limit
- Regulates from zero load to full load
- Undervoltage lockout
- Thermal shutdown

## Description

The PWR-SMP260, intended for 220/240 VAC or universal off-line isolated power supply applications, combines a high voltage power MOSFET switch with a switchmode power system controller in a monolithic integrated circuit. Few external components are required to implement a low cost, isolated, off-line power supply. High frequency operation reduces total power supply size.

The current-mode PWM controller section of the PWR-SMP260 contains all the blocks required to drive and control the power stage: off-line pre-regulator, oscillator, bandgap reference, summing junction, PWM comparator, gate driver, soft-start, and circuit protection. The power MOSFET switch features include high voltage, low $R_{DS(ON)}$, low capacitance, and low gate threshold voltage.

The PWR-SMP260 is available in a plastic power SIP package. A surface mount power package version will be available in the second half of 1992.



*Figure 1. Typical Application*



*Figure 2. Pin Configuration*

### ORDERING INFORMATION

| PART NUMBER | PACKAGE | TEMP RANGE |
|---|---|---|
| PWR-SMP260WTC | 23-pin PWR SIP | 0 to 70°C |

411 Clyde Avenue
Mountain View, California, 94043
Phone: (415) 960-3572
Applications Hotline: (800) 552-3155
FAX: (800) 468-0809 in CA: (415) 940-1541

**PRELIMINARY**

February 1992

Case No. 04-1371-JJF
DEFT Exhibit No. DX 122
Date Entered _____
Signature _____

PIF 129879
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**PWR-SMP260**

# *PRELIMINARY*



*Figure 3. Functional Block Diagram of the PWR-SMP260.*

PI-633A-020492

PIF 129880
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*PRELIMINARY*                                          PWR-SMP260

## Pin Functional Description

**Pin 1:**
COM is common reference point for all low-power and reference circuitry.

**Pin 2:**
$V_{BIAS}$ is the bootstrap supply voltage proportional to the output voltage used to self-power the device once the supply is operating.

**Pin 3:**
$C_{EXT}$ is used to set the oscillator frequency. Adding external capacitance between $C_{EXT}$ and COM linearly decreases the PWM frequency.

**Pin 4:**
SLOPE COMP is used to select the amount of slope compensation to be injected into the summing junction in the maximum duty cycle mode. Connecting the pin to $V_s$ selects 50% mode, and connction through a resistor to COM selects the 95% mode.

**Pin 5:**
A resistor placed between $R_{EXT}$ and ANALOG COM sets the internal bias currents.

**Pin 6:**
SYNC is an active-low input with an internal pull-up used for synchronizing the oscillator. A continuous low level turns off the power supply output.

**Pin 7:**
FEEDBACK accepts current from an opto-coupler connected directly from $V_{BIAS}$ which is controlled by an output-referenced error amplifier.

**Pin 8:**
FEEDFORWARD accepts current from an input voltage compensation resistor to automatically adjust the duty cycle for changes in input voltage.

**Pin 9:**
$I_{LIMIT}$ is the output of the summing junction. Current flowing from this pin through a resistor will set the current comparator threshold.

**Pin 10:**
$V_{S1}$ is the output of the internal $V_{IN}$ and $V_{BIAS}$ regulators. Connection to $V_{S2}$ and an external bypass capacitor to COM is required for proper operation.

**Pin 11:**
The output gate drive circuit receives power via $V_{S1}$. Connection to $V_{S1}$ and an external bypass capacitor to SOURCE is required for proper operation.

**Pin 14, 15:**
$V_{IN}$ for connection to the high voltage pre-regulator used to self-power the device during start-up.

**Pin 18, 19:**
Open DRAIN of the output MOSFET.

**Pin 22, 23:**
The SOURCE is the high-current return for the output MOSFET.

## PWR-SMP260 Functional Description

**Off-line Linear and Bias Regulators**
The off-line linear regulator powers the control circuits when the boot-strap bias voltage cannot. The off-line and bias linear regulator contains two high voltage MOSFETs, a gate bias current source, and an error amplifier. The error amplifier regulates $V_s$ from either the off-line rectified voltage or the bias supply voltage, the bias supply voltage has preference to minimize power consumption.

The off-line linear regulator MOSFET dissipates significant amounts of power when supplying the bias current. When the $V_{BIAS}$ voltage is greater than the $V_{BIAS}$ threshold voltage the off-line linear regulator is cut off and internal bias current is supplied by the $V_{BIAS}$ supply, decreasing the dissipation in the off-line regulator

$V_{S1}$ is the output of the bias regulator and supplies power to all internal analog circuits. An external bypass capacitor connected between $V_{S1}$ and SOURCE is required for filtering and noise reduction. $V_{S2}$ is the power supply connection for the gate drive circuitry, and must be connected externally to $V_{S1}$. $V_{S1}$ and $V_{S2}$ are not internally connected.

**Bandgap Reference**
The reference voltage is generated by the temperature compensated bandgap reference and buffer. The voltage is used for setting thresholds for the current-mode regulator, soft-start, and over-temperature circuits. $R_{EXT}$ is used by this circuit to provide precision current sources from the reference voltages.



$\begin{smallmatrix}C\\2/92\end{smallmatrix}$  3

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*PRELIMINARY*

## PWR-SMP260 Functional Description (cont.)

**Oscillator**

The oscillator frequency is determined by the value of the external timing capacitor ($C_{EXT}$). An internal current source slowly charges $C_{EXT}$ to a maximum. $C_{EXT}$ is then rapidly discharged to its initial value.

When the oscillator frequency is being selected care should be taken to determine the selected maximum duty cycle. If the 50% maximum duty cycle option is selected the oscillator will need to operate at twice the output frequency. The slope compensation pin is used to select available maximum duty cycle.

The oscillator frequency can be synchronized to an external signal by applying a short synchronizing pulse to the SYNC pin. The free-running frequency of the oscillator must be set lower than the minimum synchronizing frequency.

The power supply can be turned off by holding the SYNC pin continuously low. When turned off, the power consumption of the control circuit is reduced to minimize standby power dissipation.

**Pulse Width Modulator**

The pulse width modulator combines the current sensing comparator, latch, and current summing junction functions.

The summing junction combines currents from the soft-start digital to analog converter current source, the slope compensation circuit, the feedback input and the feedforward input. The output of the summing junction is a current source. Current flowing from this pin through a resistor will set the current mode comparator threshold.

The current mode comparator sets the R-S flip-flop and turns off the output transistor when the voltage on the input to the current mode comparator falls to 25 mV. The current mode comparator input will be at 25 mV when the primary current reaches the desired peak value.

The R-S flip-flop holds the output transistor off until the next cycle is ready to begin.

The feedback signal is diode coupled into the summing junction and a bias current source is provided so that an optical coupler can be DC biased without the addition of any external components. The feedback, feedforward, soft-start digital to analog converter and slope compensation current signals all reduce the current flowing from the output of the summing junction. The pulse width modulator adjusts the duty cycle to match the peak switch current with the scaled $I_{LIMIT}$ current, as shown in Figure 4(a). The slope compensation current signal linearly reduces the instantaneous current flowing from the output of the summing junction over the cycle.

Slope compensation should be used when the maximum duty cycle exceeds 50%. The amount of slope compensation required is inversely related to the magnetizing current flowing in the output transistor. Figure 4(b) gives the relationships between the feedback current and the $I_{LIMIT}$ current with an external slope compensation resistor. Refer to AN-11 for more detailed information on selecting slope compensation components.

Leading edge blanking of the current-mode comparator is provided by inhibiting the output of the comparator for a short time after the output transistor is turned on. The leading edge blanking time has been set so that ultra fast recovery rectifiers operating at their specified recovery times will not cause premature termination of the switching pulse.

The active minimum load circuit senses when the sum junction current is less than 12% of maximum sum junction current and increases the power consumption of the control circuit to maintain this minimum load power level. This will prevent the programmed

current from falling to such a low level that the required pulse width would approach the blanking time.

**Full Function Soft-Start**

The soft-start circuit controls the pulse width modulator when the power supply is in a fault condition as demonstrated in Figure 5. During the time that the fault condition exists, the power supply will be enabled one eighth of the time. When the power supply is enabled, the $I_{LIMIT}$ current ramps up from zero to the maximum value over 4096 cycles of the power supply. A 5-bit digital to analog converter current source controls the value of the Ilimit current and the output switch current. The controlled ramp up of the switch current limits the power stresses on the output diode rectifier and prevents the transformer from being driven into saturation.

The soft-start determines an output fault has occurred if the $V_{BIAS}$ voltage is less than the $V_{BIAS}$ threshold voltage after the soft-start ramp up time. During a fault condition, the output transistor is turned off for a period of 28,672 cycles of the power supply, after which the fault condition is tested by ramping up the switch current to full scale, If $V_{BIAS}$ is not above the $V_{BIAS}$ threshold voltage by the time full current is reached the fault condition is again detected and the switch is turned off.

**Undervoltage Protection Circuit**

The undervoltage protection circuit insures that the output transistor is off until the $V_{SI}$ voltage is regulated.

**Overtemperature Protection Circuit**

The overtemperature protection is provided by a precision analog circuit that turns the power switch off when the junction gets too hot (typically 140°C). The device will turn back on again when the junction has cooled past the hysteresis temperature level.

**4**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# *PRELIMINARY*



Figure 4. *Typical Waveforms for (a)50% Maximum Duty Cycle Mode, and (b) 90% Maximum Duty Cycle Mode.*



Figure 5. *Typical Soft-start Waveforms. (1) Normal Power-up (2) Overload (3) Restart with Overload (4) Normal Restart (5) Normal Power-down.*



5

PIF 129883
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# PRELIMINARY

**PWR-SMP260**

## 30 W, Universal Off-line Power Supply



Figure 6. Schematic Diagram of a Single Output 30 W Supply Utilizing the PWR-SMP260.

PIF 129884
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# *PRELIMINARY*

## General Circuit Operation

The flyback power supply circuit shown in Figure 6, when operated with the T1005 standard transformer (see DA-3), will produce a dual output (5 V/12 V), 30 watt power supply that will operate from 85 to 265 V(rms) AC input voltage.  The turns ratio of the transformer and the output error amplifier resistor divider ratio R13 and R14 determine the output voltage. The use of the output error amplifier guarantees nearly ideal voltage regulation.

L1, L2, L3, C1, C6, C7, C8, C12, and C20 form an EMI filter. BR1 and C1 convert the AC input voltage to rectified DC voltage and provide the cycle-to-cycle hold-up time. L1, L3, C1, and C6 form a differential-mode noise filter. Differential mode noise is a result of the pulsating currents at the input of the switch mode power supply. C7, C8, C12, C20, L1, L2, and L3 form a common mode filter.  The filter contains the capacitive displacement currents that flow between the primary windings of the transformer and the secondary output circuit.

D5, C9, and R10 make up a voltage clamping circuit to limit the peak voltage on the drain of the switching transistor. C15 and R9 damp the transformer leakage inductance ringing voltage.

C11 sets the frequency of operation. C3, C5, C34, and C35 are bypass capacitors. C3 supplies the pulse of current required to charge the gate of the output power transistor at turn on. D3 and C5 rectify and filter the bias winding voltage to form the $V_{BIAS}$ supply. C34 is the analog bypass capacitor for $V_{S1}$. C35 is a noise suppression bypass capacitor.

R2 and R11 form the cycle-by-cycle current limit and current mode control circuitry. The value of R2 and the $I_{LIMIT}$ current set the current sense comparator reference voltage. Thus the voltage drop and maximum power dissipation in the current sense resistor R11 can be adjusted as desired.

R1 sets the amount of slope compensation current flowing in the current mode control current ($I_{LIMIT}$). Typical values for R1 fall between 7 and 35 kΩ.  When the slope compensation pin is connected to $V_{S1}$, the circuit is configured for 50% maximum duty cycle and R1 is no longer needed. R12 is the optional feedforward compensation resistor, which can be used for open loop compensation of current limit for changes in input voltage. R3 is a reference resistor that sets the current sources within the integrated circuit. The value of R3 must be as specified for data sheet performance specifications to be valid.

D1, C2, C14, C30, and L6 rectify and filter the 5 V output winding voltage. R19 and C16 damp the secondary leakage inductance ringing voltage caused by the stored charge of D1.

D6, C24, C26, and L5 rectify and filter the 12 V output winding voltage. R24 and C27 damp the secondary leakage inductance ringing voltage caused by the stored charge of D6.

U2, U3, R13, R14, R15, R18, R19, R26, and C23 form the output error amplifier circuit. R13 and R14 form the voltage divider that sets the output voltage. The value of R14 should be adjusted for changes in output voltage. The optical coupler must be connected to the input side of the output Pi-section filter to prevent high frequency oscillation of the control loop.  R27 limits the AC current coupled from the $V_{BIAS}$ supply through the optocoupler U3.

The current mode control function can be viewed as an adjustable current limit circuit. The output error amplifier circuit adjusts the current limit to maintain the desired output voltage. The output error amplifier decreases the output voltage and current of the switch mode regulator by increasing the optical coupler current. The optical coupler current decreases the current flowing from the $I_{LIMIT}$ pin. This effectively decreases the current at which the current mode comparator will turn off the output transistor and decrease the output current and voltage.



**TOTAL POWER vs. LOAD CURRENT**

*Figure 7. Minimum Load Transfer Characteristic.*



PIF 129885
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**PWR-SMP260**                                               *PRELIMINARY*

## General Circuit Operation (cont.)

The current mode comparator is inhibited during the blanking time so that any leading edge current pulse will not be misinterpreted and prematurely terminate a pulse. This has the side effect of providing a minimum pulse width for the output switch. A minimum width pulse will transfer an incremental amount of power to the output every time the power switch is turned on. This can be a problem during minimum load conditions.

The PWR-SMP260 has a minimum load regulator built in that monitors the onset of the minimum pulse width condition. The circuit monitors the summing junction current before slope compensation is added. When the summing junction current falls below 12% of full scale the shunt regulator starts to draw current from $V_{BIAS}$. The shunt regulator increases the load on the bootstrap bias supply until the summing junction current returns to 12% of full scale.

When AC voltage is first applied to the input terminals of the power supply, the voltage on the line filter capacitor increases. The high-voltage linear regulator will regulate $V_{s1}$ when $V_{IN}$ is between 12 and 20 VDC. The $V_{s1}$ undervoltage lockout circuit will hold the output switching transistor off and the last 8 bits of the soft- start counter chain reset until $V_{s1}$ is in regulation, and the soft-start sequence begins. The peak switching current will increase as soft-start progresses. The soft-start time for a 120 kHz power supply is 34 ms, allowing the line filter capacitor two line cycles to fully charge. One cycle, 16.7 ms, is typically required to charge the line filter capacitor.

During the soft-start sequence, the counter chain runs and the five-bit digital to analog converter controls the maximum $I_{LIMIT}$ current. The duty cycle of the output switch will increase as the peak switching current increases. When the output and $V_{BIAS}$ voltages increase beyond the fault detection threshold to the regulation voltage, the output error amplifier will reduce the peak switch current. The output voltage will overshoot slightly and return to the desired voltage as the error amplifier frequency compensation capacitors stabilize to their steady-state bias voltage.

Figure 7 shows the minimum load transfer effect. As the external load drops below the minimum, the bias load increases to compensate and the load on the switching regulator is relatively constant. The power dissipation in the integrated circuit increases when the minimum load circuit is active. However this occurs when the dissipation in the switching MOSFET is very low and the package has excess thermal capacity.

The full featured soft-start will cycle the power supply on and off when an output fault condition is detected. The soft-start will cycle at 0.003% of the equivalent power supply output frequency. A fault condition exists until the $V_{BIAS}$ voltage exceeds its threshold.

The circuit shown in Figure 6 is the schematic diagram of the PWR-EVAL7 evaluation board. This completely assembled and tested board can be ordered directly from Power Integrations, Inc. for evaluation of the PWR-SMP260. Complete supply specifications are included, as will as instruction on how to modify the board for other output voltages and oscillator frequencies.

## Typical Performance Characteristics (Figure 6 Power Supply)







HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# *PRELIMINARY*

**PWR-SMP260**

## ABSOLUTE MAXIMUM RATINGS[1]

DRAIN Voltage ..................................................700 V
$V_{IN}$ Voltage .......................................................500 V
$V_{BIAS}$ Voltage ....................................................35 V
$V_{BIAS}$ Current ...................................................300 mA
Feedback/Feedforward Current ......................20 mA
Drain Current ..................................................3 A
Storage Temperature .............................–65 to 125°C
Ambient Temperature ................................0 to 70°C

Junction Temperature[2] ..............................150°C
Lead Temperature[3] ....................................260°C
Power Dissipation ($T_A = 25°C$) ..................2.3 W
                    ($T_A = 70°C$) ..................1.2 W
Thermal Impedance ($\theta_{JA}$) .......................41°C/W
                    ($\theta_{JC}$) .......................7.2°C/W

1. Unless noted, all voltages referenced to SOURCE,
   $T_A = 25°C$.
2. Normally limited by internal circuitry.
3. 1/16" from case for 5 seconds.

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN}$ =325 V, $C_{EXT}$ = 470 pF $R_{EXT}$ = 20.5 kΩ, $T_A$ = 0 to 70°C | | Test Limits | | | Units |
|---|---|---|---|---|---|---|---|
| | | | | MIN | TYP | MAX | |
| **OSCILLATOR** | | | | | | | |
| Frequency Range | $f_{OSC}$ | | | 30 | | 400 | kHz |
| Initial Accuracy | $\Delta f_{OSC}$ | SLOPE COMP Open | | 230 | 270 | 310 | kHz |
| SYNC Pulse Width | $t_{SYNC}$ | Output Synchronized to External Clock | | 0.1 | | 1 | µs |
| | | Output OFF | | 10 | | | |
| SYNC Bias Current | $I_{SYNC}$ | Output Switching | | | 170 | | µA |
| | | Output OFF | | | 35 | | |
| **PULSE WIDTH MODULATOR** | | | | | | | |
| Duty Cycle Range | DC | SLOPE COMP = $V_S$ | | 0-45 | 0-50 | | % |
| | | SLOPE COMP Open | | 0-90 | 0-95 | | |
| Summing Junction Current Gain | $A_{I(SJ)}$ | | | | 1.9 | 2.2 | |
| Summing Junction Gain-Bandwidth | | | | | 1 | | MHz |
| Current Limit Threshold Voltage | $V_{ILIMIT}$ | | | 0 | | 50 | mV |
| Current Limit Reference Current | $I_{REF}$ | SLOPE COMP = $V_S$ FEEDBACK, FEEDFORWARD Open | | | 480 | | µA |
| Current Limit Delay Time | $t_{ILIMIT}$ | $V_{ILIMIT}$ = 150 mV | | | 75 | | ns |



c
2/92

PIF 129887
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# PRELIMINARY

**PWR-SMP260**

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN}$ = 325 V, $C_{EXT}$ = 470 pF $R_{EXT}$ = 20.5 kΩ, $T_A$ = 0 to 70°C | Test Limits | | | Units |
|---|---|---|---|---|---|---|
| | | | MIN | TYP | MAX | |
| **PULSE WIDTH MODULATOR (cont.)** | | | | | | |
| SLOPE COMP Peak Voltage | | SLOPE COMP to COM via 6.98 kΩ | 1.7 | | 1.8 | V |
| SLOPE COMP Current Gain | $A_{I(SC)}$ | | | 0 | | dB |
| Leading Edge Blanking Time | $t_{BLANK}$ | | 100 | | 200 | ns |
| Minimum Load Current Gain | $A_{I(ML)}$ | | | 75 | | dB |
| Minimum Load Gain-Bandwidth | | | | 30 | | kHz |
| Minimum Load Current Threshold | $I_{LIMIT}$ | | | 60 | | µA |
| Feedforward Voltage | $V_{FF}$ | | | 1.25 | | V |
| Feedback Bias Current | $I_{FB}$ | | | 480 | | µA |
| Feedback Input Impedance | $Z_{FEEDBACK}$ | $I_{FB}$ = 200 µA | | | 1 | kΩ |
| **SOFT-START** | | | | | | |
| Ramp Period | | | | 4096 | | Cycles |
| Auto-restart Delay Period | | | | 28,672 | | Cycles |
| DAC Linearity | | | -1 | | 1 | lsb |
| **CIRCUIT PROTECTION** | | | | | | |
| Thermal Shutdown Temperature | | | 120 | 140 | | °C |
| Thermal Shutdown Hysteresis | | | | 45 | | °C |



PIF 129888
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# *PRELIMINARY*

**PWR-SMP260**

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN} = 325$ V, $C_{EXT} = 470$ pF $R_{EXT} = 20.5$ kΩ, $T_A = 0$ to 70°C | | Test Limits | | | Units |
|---|---|---|---|---|---|---|---|
| | | | | MIN | TYP | MAX | |
| **OUTPUT** | | | | | | | |
| ON-State Resistance | $R_{DS(ON)}$ | $I_D = 100$ mA | $T_j = 25°C$ | | | 3 | Ω |
| | | | $T_j = 115°C$ | | | 5 | |
| ON-State Current | $I_{D(ON)}$ | $V_{DS} = 10$ V | | 2 | 2.5 | | A |
| OFF-State Current | $I_{DSS}$ | $V_{DRAIN} = 560$ V | | | 10 | 100 | μA |
| Breakdown Voltage | $BV_{DSS}$ | $I_{DRAIN} = 100$ μA, $T_A = 25°C$ | | 700 | | | V |
| Output Capacitance | $C_{OSS}$ | $V_{DRAIN} = 25$ V, $f = 1$ MHz | | | 280 | | pF |
| Output Stored Energy | $E_{OSS}$ | | | | 2500 | | nJ |
| Rise Time | $t_r$ | | | | | 100 | ns |
| Fall Time | $t_f$ | | | | | 100 | ns |
| **SUPPLY** | | | | | | | |
| Pre-regulator Voltage | $V_{IN}$ | | | 20 | | 500 | V |
| Pre-regulator Cutoff Voltage | $V_{BIAS(CO)}$ | | | 8 | 9 | 10 | V |
| Off-line Supply Current | $I_{IN}$ | $V_{BIAS}$ not connected | | | 5 | TBD | mA |
| | | $V_{BIAS} > 10$ V | | | | 0.2 | |
| | | Thermal Shutdown ON or SYNC = 0 | | | 0.8 | 1.2 | |
| $V_{BIAS}$ Supply Voltage | $V_{BIAS}$ | $V_{BIAS}$ externally supplied via feedback | | 10 | | 30 | V |
| $V_{BIAS}$ Supply Current | $I_{BIAS}$ | $V_{BIAS}$ externally supplied via feedback | | | 5 | TBD | mA |
| $V_S$ Source Voltage | $V_S$ | | | 5.0 | 5.8 | 6.5 | V |
| $V_S$ Source Current | $I_S$ | | | | | 200 | μA |



c 2/98 **11**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**PWR-SMP260**                                    *PRELIMINARY*

**NOTES:**

1. Applying >3.5 V to the $I_{LIMIT}$ pin activates an internal test circuit that turns on the output switch continuously.
Destruction of the part can occur if the output of the PWR-SMP260 is connected to a high-voltage power source
when the test circuit is activated.



*Figure 8. Switching Time Test Circuit.*





PIF 129890
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# PRELIMINARY

**C_OSS vs. DRAIN VOLTAGE**



**DRAIN CHARGE vs. DRAIN VOLTAGE**



**DRAIN CAPACITANCE ENERGY**



**TRANSFER CHARACTERISTICS**



**PACKAGE POWER DERATING**



**TRANSIENT THERMAL IMPEDANCE**



13

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

## PWR-SMP260

# *PRELIMINARY*



23-Pin Plastic SIP
WT Suffix

| | | |
|---|---|---|
| A | 1.157-1.181 | 29.40-30.00 |
| B | 1.091-1.114 | 27.70-28.30 |
| C | .776-.799 | 19.70-20.30 |
| D | .05 | 1.27 |
| E | .0197-.0295 | 0.50-0.75 |
| F | .125-.128 | 3.18-3.24 |
| G | .177 TYP | 4.5 TYP |
| H | .443-.446 | 11.27-11.33 |
| J | .110 TYP | 2.8 TYP |
| K | .071 TYP | 1.8 TYP |
| L | .129-.150 | 3.29-3.80 |
| M | .041-.053 | 1.05-1.35 |
| N | .041 TYP | 1.03 TYP |
| P | .686 TYP | 17.42 TYP |
| Q | .088-.112 | 2.24-2.84 |
| R | .065-.077 | 1.65-1.95 |
| S | .752 TYP | 19.1 TYP |

PO-012-052251

PIF 129892
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**PRELIMINARY**

PWR-SMP260

15

PIF 129893
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**PWR-SMP260**

# *PRELIMINARY*

Power Integrations reserves the right to make changes to its products at any time to improve reliability or manufacturability. Power Integrations does not assume any liability arising from the use of any device or circuit described herein, nor does it convey any license under its patent rights or the rights of others.

©Copyright 1992, Power Integrations, Inc., 411 Clyde Avenue, Mountain View, CA , 94043



PIF 129894
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# DX 123

# PWR-SMP240
## PWM Power Supply IC
### 85-265 VAC Input
### Isolated, Regulated DC Output



## Product Highlights

**Integrated Power Switch and CMOS Controller**
- Output power up to 40 W from rectified 220/240 VAC input, 20 W from universal (85 to 265 VAC) input
- Feedforward control for constant-power battery charging
- External transformer provides isolation and selectable output voltages

**High-speed Current-mode PWM Controller**
- Leading edge current blanking
- Selectable maximum duty cycle - 50% or 90%
- Internal pre-regulator self-powers the IC on start-up
- Wide bias voltage range - 10-30 V
- Direct connection to optocoupler feedback
- Programmable slope compensation
- Low-current standby mode

**Built-in Self-protection Circuits**
- Full cycle soft-start - Linear ramp up of switching current
- Shutdown on fault with automatic restart
- Adjustable current limit
- Regulates from zero load to full load
- Undervoltage lockout
- Thermal shutdown

## Description

The PWR-SMP240, intended for 220/240 VAC or universal off-line isolated power supply applications, combines a high voltage power MOSFET switch with a switchmode power system controller in a monolithic integrated circuit. Few external components are required to implement a low cost, isolated, off-line power supply. High frequency operation reduces total power supply size.

The current-mode PWM controller section of the PWR-SMP240 contains all the blocks required to drive and control the power stage: off-line pre-regulator, oscillator, bandgap reference, summing junction, PWM comparator, gate driver, soft-start, and circuit protection. The power MOSFET switch features include high voltage, low R$_{DS(ON)}$, low capacitance, and low gate threshold voltage.

The PWR-SMP240 is available in a plastic power SIP package. A surface mount power package version will be available in the second half of 1992.



*Figure 1. Typical Application*



*Figure 2. Pin Configuration*

| ORDERING INFORMATION | | |
|---|---|---|
| **PART NUMBER** | **PACKAGE** | **TEMP RANGE** |
| PWR-SMP240WTC | 23-pin PWR SIP | 0 to 70°C |

411 Clyde Avenue
Mountain View, California, 94043
Phone: (415) 960-3572
Applications Hotline: (800) 552-3155
FAX: (800) 468-0809 In CA: (415) 940-1541

*PRELIMINARY*

February 1992

PIF 129895
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**PWR-SMP240**

# *PRELIMINARY*



*Figure 3. Functional Block Diagram of the PWR-SMP240.*

PIF 129896
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# PRELIMINARY

## Pin Functional Description

**Pin 1:**
COM is common reference point for all low-power and reference circuitry.

**Pin 2:**
$V_{BIAS}$ is the bootstrap supply voltage proportional to the output voltage used to self-power the device once the supply is operating.

**Pin 3:**
$C_{EXT}$ is used to set the oscillator frequency. Adding external capacitance between $C_{EXT}$ and COM linearly decreases the PWM frequency.

**Pin 4:**
SLOPE COMP is used to select the amount of slope compensation to be injected into the summing junction in the maximum duty cycle mode. Connecting the pin to $V_S$ selects 50% mode, and connection through a resistor to COM selects the 95% mode.

**Pin 5:**
A resistor placed between $R_{EXT}$ and ANALOG COM sets the internal bias currents.

**Pin 6:**
SYNC is an active-low input with an internal pull-up used for synchronizing the oscillator. A continuous low level turns off the power supply output.

**Pin 7:**
FEEDBACK accepts current from an opto-coupler connected directly from $V_{BIAS}$ which is controlled by an output-referenced error amplifier.

**Pin 8:**
FEEDFORWARD accepts current from an input voltage compensation resistor to automatically adjust the duty cycle for changes in input voltage.

**Pin 9:**
$I_{LIMIT}$ is the output of the summing junction. Current flowing from this pin through a resistor will set the current comparator threshold.

**Pin 10:**
$V_{S1}$ is the output of the internal $V_{IN}$ and $V_{BIAS}$ regulators. Connection to $V_{S2}$ and an external bypass capacitor to COM is required for proper operation.

**Pin 11:**
The output gate drive circuit receives power via $V_{S2}$. Connection to $V_{S1}$ and an external bypass capacitor to SOURCE is required for proper operation.

**Pin 14, 15:**
$V_{IN}$ for connection to the high voltage pre-regulator used to self-power the device during start-up.

**Pin 18, 19:**
Open DRAIN of the output MOSFET.

**Pin 22, 23:**
The SOURCE is the high-current return for the output MOSFET.

## PWR-SMP240 Functional Description

**Off-line Linear and Bias Regulators**
The off-line linear regulator powers the control circuits when the boot-strap bias voltage cannot. The off-line and bias linear regulator contains two high voltage MOSFETs, a gate bias current source, and an error amplifier. The error amplifier regulates $V_S$ from either the off-line rectified voltage or the bias supply voltage, the bias supply voltage has preference to minimize power consumption.

The off-line linear regulator MOSFET dissipates significant amounts of power when supplying the bias current. When the $V_{BIAS}$ voltage is greater than the $V_{BIAS}$ threshold voltage the off-line linear regulator is cut off and internal bias current is supplied by the $V_{BIAS}$ supply, decreasing the dissipation in the off-line regulator

$V_{S1}$ is the output of the bias regulator and supplies power to all internal analog circuits. An external bypass capacitor connected between $V_{S1}$ and SOURCE is required for filtering and noise reduction. $V_{S2}$ is the power supply connection for the gate drive circuitry, and must be connected externally to $V_{S1}$. $V_{S1}$ and $V_{S2}$ are not internally connected.

**Bandgap Reference**
The reference voltage is generated by the temperature compensated bandgap reference and buffer. The voltage is used for setting thresholds for the current-mode regulator, soft-start, and over-temperature circuits. $R_{EXT}$ is used by this circuit to provide precision current sources from the reference voltages.



PIF 129897
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*PRELIMINARY*

## PWR-SMP240 Functional Description (cont.)

**Oscillator**

The oscillator frequency is determined by the value of the external timing capacitor ($C_{EXT}$). An internal current source slowly charges $C_{EXT}$ to a maximum. $C_{EXT}$ is then rapidly discharged to its initial value.

When the oscillator frequency is being selected care should be taken to determine the selected maximum duty cycle. If the 50% maximum duty cycle option is selected the oscillator will need to operate at twice the output frequency. The slope compensation pin is used to select available maximum duty cycle.

The oscillator frequency can be synchronized to an external signal by applying a short synchronizing pulse to the SYNC pin. The free-running frequency of the oscillator must be set lower than the minimum synchronizing frequency.

The power supply can be turned off by holding the SYNC pin continuously low. When turned off, the power consumption of the control circuit is reduced to minimize standby power dissipation.

**Pulse Width Modulator**

The pulse width modulator combines the current sensing comparator, latch, and current summing junction functions.

The summing junction combines currents from the soft-start digital to analog converter current source, the slope compensation circuit, the feedback input and the feedforward input. The output of the summing junction is a current source. Current flowing from this pin through a resistor will set the current mode comparator threshold.

The current mode comparator sets the R-S flip-flop and turns off the output transistor when the voltage on the input to the current mode comparator falls to 25 mV. The current mode comparator input will be at 25 mV when the primary current reaches the desired peak value.

The R-S flip-flop holds the output transistor off until the next cycle is ready to begin.

The feedback signal is diode coupled into the summing junction and a bias current source is provided so that an optical coupler can be DC biased without the addition of any external components. The feedback, feedforward, soft-start digital to analog converter and slope compensation current signals all reduce the current flowing from the output of the summing junction. The pulse width modulator adjusts the duty cycle to match the peak switch current with the scaled $I_{LIMIT}$ current, as shown in Figure 4(a). The slope compensation current signal linearly reduces the instantaneous current flowing from the output of the summing junction over the cycle.

Slope compensation should be used when the maximum duty cycle exceeds 50%. The amount of slope compensation required is inversely related to the magnetizing current flowing in the output transistor. Figure 4(b) gives the relationships between the feedback current and the $I_{LIMIT}$ current with an external slope compensation resistor. Refer to AN-11 for more detailed information on selecting slope compensation components.

Leading edge blanking of the current-mode comparator is provided by inhibiting the output of the comparator for a short time after the output transistor is turned on. The leading edge blanking time has been set so that ultra fast recovery rectifiers operating at their specified recovery times will not cause premature termination of the switching pulse.

The active minimum load circuit senses when the sum junction current is less than 12% of maximum sum junction current and increases the power consumption of the control circuit to maintain this minimum load power level. This will prevent the programmed

current from falling to such a low level that the required pulse width would approach the blanking time.

**Full Function Soft-Start**

The soft-start circuit controls the pulse width modulator when the power supply is in a fault condition as demonstrated in Figure 5. During the time that the fault condition exists, the power supply will be enabled one eighth of the time. When the power supply is enabled, the $I_{LIMIT}$ current ramps up from zero to the maximum value over 4096 cycles of the power supply. A 5-bit digital to analog converter current source controls the value of the Ilimit current and the output switch current. The controlled ramp up of the switch current limits the power stresses on the output diode rectifier and prevents the transformer from being driven into saturation.

The soft-start determines an output fault has occurred if the $V_{BIAS}$ voltage is less than the $V_{BIAS}$ threshold voltage after the soft-start ramp up time. During a fault condition, the output transistor is turned off for a period of 28,672 cycles of the power supply, after which the fault condition is tested by ramping up the switch current to full scale. If $V_{BIAS}$ is not above the $V_{BIAS}$ threshold voltage by the time full current is reached the fault condition is again detected and the switch is turned off.

**Undervoltage Protection Circuit**

The undervoltage protection circuit insures that the output transistor is off until the $V_S$ is regulated.

**Overtemperature Protection Circuit**

The overtemperature protection is provided by a precision analog circuit that turns the power switch off when the junction gets too hot (typically 140°C). The device will turn back on again when the junction has cooled past the hysteresis temperature level.



PIF 129898
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# *PRELIMINARY*



Figure 4. *Typical Waveforms for (a)50% Maximum Duty Cycle Mode, and (b) 90% Maximum Duty Cycle Mode.*



Figure 5. *Typical Soft-start Waveforms. (1) Normal Power-up (2) Overload (3) Restart with Overload (4) Normal Restart (5) Normal Power-down.*



C
2/92

5

PIF 129899
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**PWR-SMP240** _____ *PRELIMINARY*

## 20 W, Universal Off-line Power Supply



*Figure 6. Schematic Diagram of a Single Output 20 W Supply Utilizing the PWR-SMP240.*

PIF 129900
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# *PRELIMINARY*

## General Circuit Operation

The flyback power supply circuit shown in Figure 6, when operated with the T1005 standard transformer (see DA-3), will produce a dual output (5 V/12 V), 20 watt power supply that will operate from 85 to 265 V(rms) AC input voltage. The turns ratio of the transformer and the output error amplifier resistor divider ratio R13 and R14 determine the output voltage. The use of the output error amplifier guarantees nearly ideal voltage regulation.

L1, L2, L3, C1, C6, C7, C8, C12, and C20 form an EMI filter. BR1 and C1 convert the AC input voltage to rectified DC voltage and provide the cycle-to-cycle hold-up time. L1, L3, C1, and C6 form a differential-mode noise filter. Differential mode noise is a result of the pulsating currents at the input of the switch mode power supply. C7, C8, C12, C20, L1, L2, and L3 form a common mode filter. The filter contains the capacitive displacement currents that flow between the primary windings of the transformer and the secondary output circuit.

D5, C9, and R10 make up a voltage clamping circuit to limit the peak voltage on the drain of the switching transistor. C15 and R9 damp the transformer leakage inductance ringing voltage.

C11 sets the frequency of operation. C3, C5, C34, and C35 are bypass capacitors. C3 supplies the pulse of current required to charge the gate of the output power transistor at turn on. D3 and C5 rectify and filter the bias winding voltage to form the $V_{BIAS}$ supply. C34 is the analog bypass capacitor for $V_{s1}$. C35 is a noise suppression bypass capacitor.

R2 and R11 form the cycle-by-cycle current limit and current mode control circuitry. The value of R2 and the $I_{LIMIT}$ current set the current sense comparator reference voltage. Thus the voltage drop and maximum power dissipation in the current sense resistor R11 can be adjusted as desired.

R1 sets the amount of slope compensation current flowing in the current mode control current ($I_{LIMIT}$). Typical values for R1 fall between 7 and 35 kΩ. When the slope compensation pin is connected to $V_{s1}$, the circuit is configured for 50% maximum duty cycle and R1 is no longer needed. R12 is the optional feedforward compensation resistor, which can be used for open loop compensation of current limit for changes in output voltage. R3 is a reference resistor that sets the current sources within the integrated circuit. The value of R3 must be as specified for data sheet performance specifications to be valid.

D1, C2, C14, C30, and L6 rectify and filter the 5 V output winding voltage. R19 and C16 damp the secondary leakage inductance ringing voltage caused by the stored charge of D1.

D6, C24, C26, and L5 rectify and filter the 12 V output winding voltage. R24 and C27 damp the secondary leakage inductance ringing voltage caused by the stored charge of D6.

U2, U3, R13, R14, R15, R18, R19, R26, and C23 form the output error amplifier circuit. R13 and R14 form the voltage divider that sets the output voltage. The value of R14 should be adjusted for changes in output voltage. The optical coupler must be connected to the input side of the output Pi-section filter to prevent high frequency oscillation of the control loop. R27 limits the AC current coupled from the $V_{BIAS}$ supply through the optocoupler U3.

The current-mode control function can be viewed as an adjustable current limit circuit. The output error amplifier circuit adjusts the current limit to maintain the desired output voltage. The output error amplifier decreases the output voltage and current of the switch mode regulator by increasing the optical coupler current. The optical coupler current decreases the current flowing from the $I_{LIMIT}$ pin. This effectively decreases the current at which the current mode comparator will turn off the output transistor and decrease the output current and voltage.



*Figure 7. Minimum Load Transfer Characteristic.*



PIF 129901
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**PWR-SMP240**

*PRELIMINARY*

## General Circuit Operation (cont.)

The current mode comparator is inhibited during the blanking time so that any leading edge current pulse will not be misinterpreted and prematurely terminate a pulse. This has the side effect of providing a minimum pulse width for the output switch. A minimum width pulse will transfer an incremental amount of power to the output every time the power switch is turned on. This can be a problem during minimum load conditions.

The PWR-SMP240 has a minimum load regulator built in that monitors the onset of the minimum pulse width condition. The circuit monitors the summing junction current before slope compensation is added. When the summing junction current falls below 12% of full scale the shunt regulator starts to draw current from $V_{BIAS}$. The shunt regulator increases the load on the bootstrap bias supply until the summing junction current returns to 12% of full scale.

When AC voltage is first applied to the input terminals of the power supply, the voltage on the line filter capacitor increases. The high-voltage linear regulator will regulate $V_{S1}$ when $V_{IN}$ is between 12 and 20 VDC. The $V_{S1}$ undervoltage lockout circuit will hold the output switching transistor off and the last 8 bits of the soft-start counter chain reset until $V_{S1}$ is in regulation, and the soft-start sequence begins. The peak switching current will increase as soft-start progresses. The soft-start time for a 120 kHz power supply is 34 ms, allowing the line filter capacitor two line cycles to fully charge. One cycle, 16.7 ms, is typically required to charge the line filter capacitor.

During the soft-start sequence, the counter chain runs and the five-bit digital to analog converter controls the maximum $I_{LIMIT}$ current. The duty cycle of the output switch will increase as the peak switching current increases. When the output and $V_{BIAS}$ voltages increase beyond the fault detection threshold to the regulation voltage, the output error amplifier will reduce the peak switch current. The output voltage will overshoot slightly and return to the desired voltage as the error amplifier frequency compensation capacitors stabilize to their steady-state bias voltage.

Figure 7 shows the minimum load transfer effect. As the external load drops below the minimum, the bias load increases to compensate and the load on the switching regulator is relatively constant. The power dissipation in the integrated circuit increases when the minimum load circuit is active. However this occurs when the dissipation in the switching MOSFET is very low and the package has excess thermal capacity.

The full featured soft-start will cycle the power supply on and off when an output fault condition is detected. The soft-start will cycle at 0.003% of the equivalent power supply output frequency. A fault condition exists until the $V_{BIAS}$ voltage exceeds its threshold.

The circuit shown in Figure 6 is the schematic diagram of the PWR-EVAL8 evaluation board. This completely assembled and tested board can be ordered directly from Power Integrations, Inc. for evaluation of the PWR-SMP240. Complete supply specifications are included, as will as instruction on how to modify the board for other output voltages and oscillator frequencies.

## Typical Performance Characteristics (Figure 6 Power Supply)



### EFFICIENCY vs. INPUT VOLTAGE



### EFFICIENCY vs. OUTPUT POWER



PIF 129902
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# PRELIMINARY

**PWR-SMP240**

## ABSOLUTE MAXIMUM RATINGS[1]

DRAIN Voltage ................................................700 V
$V_{IN}$ Voltage ..................................................500 V
$V_{BIAS}$ Voltage ...............................................35 V
$V_{BIAS}$ Current ..............................................300 mA
Feedback/Feedforward Current ..................20 mA
Drain Current ....................................................2 A
Storage Temperature .......................−65 to 125°C
Ambient Temperature ..........................0 to 70°C

Junction Temperature[2] ............................150°C
Lead Temperature[3] ..................................260°C
Power Dissipation ($T_A$ = 25°C) ...............2.3 W
　　　　　　　　　　　($T_A$ = 70°C) ...............1.2 W
Thermal Impedance ($\theta_{JA}$) ...............41°C/W
　　　　　　　　　　($\theta_{JC}$) ................7.2°C/W

1. Unless noted, all voltages referenced to SOURCE,
　 $T_A$ = 25°C
2. Normally limited by internal circuitry.
3. 1/16" from case for 5 seconds.

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN}$ =325 V, $C_{EXT}$ = 470 pF $R_{EXT}$ = 20.5 kΩ, $T_A$ = 0 to 70°C | Test Limits | | | Units |
|---|---|---|---|---|---|---|
| | | | MIN | TYP | MAX | |
| **OSCILLATOR** | | | | | | |
| Frequency Range | $f_{OSC}$ | | 30 | | 400 | kHz |
| Initial Accuracy | $\Delta f_{OSC}$ | SLOPE COMP Open | 230 | 270 | 310 | kHz |
| SYNC Pulse Width | $t_{SYNC}$ | Output Synchronized to External Clock | 0.1 | | 1 | µs |
| | | Output OFF | 10 | | | |
| SYNC Bias Current | $I_{SYNC}$ | Output Switching | | 170 | | µA |
| | | Output OFF | | 35 | | |
| **PULSE WIDTH MODULATOR** | | | | | | |
| Duty Cycle Range | DC | SLOPE COMP = $V_S$ | 0-45 | 0-50 | | % |
| | | SLOPE COMP Open | 0-90 | 0-95 | | |
| Summing Junction Current Gain | $A_{ISJ}$ | | 1.9 | | 2.2 | |
| Summing Junction Gain-Bandwidth | | | | 1 | | MHz |
| Current Limit Threshold Voltage | $V_{ILIMIT}$ | | 0 | | 50 | mV |
| Current Limit Reference Current | $I_{REF}$ | SLOPE COMP = $V_S$ FEEDBACK, FEEDFORWARD Open | | 480 | | µA |
| Current Limit Delay Time | $t_{ILIMIT}$ | $V_{ILIMIT}$ = 150 mV | | 75 | | ns |



9

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**PWR-SMP240** *PRELIMINARY*

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN}$ = 325 V, $C_{EXT}$ = 470 pF $R_{EXT}$ = 20.5 kΩ, $T_A$ = 0 to 70°C | MIN | TYP | MAX | Units |
|---|---|---|---|---|---|---|
| **PULSE WIDTH MODULATOR (cont.)** | | | | | | |
| SLOPE COMP Peak Voltage | | SLOPE COMP to COM via 6.98 kΩ | 1.7 | | 1.8 | V |
| SLOPE COMP Current Gain | $A_{I(SC)}$ | | | 0 | | dB |
| Leading Edge Blanking Time | $t_{BLANK}$ | | 100 | | 200 | ns |
| Minimum Load Current Gain | $A_{I(ML)}$ | | | 75 | | dB |
| Minimum Load Gain-Bandwidth | | | | 30 | | kHz |
| Minimum Load Current Threshold | $I_{LIMIT}$ | | | 60 | | μA |
| Feedforward Voltage | $V_{FF}$ | | | 1.25 | | V |
| Feedback Bias Current | $I_{FB}$ | | | 480 | | μA |
| Feedback Input Impedance | $Z_{FEEDBACK}$ | $I_{FB}$ = 200 μA | | | 1 | kΩ |
| **SOFT-START** | | | | | | |
| Ramp Period | | | | 4096 | | Cycles |
| Auto-restart Delay Period | | | | 28,672 | | Cycles |
| DAC Linearity | | | -1 | | 1 | lsb |
| **CIRCUIT PROTECTION** | | | | | | |
| Thermal Shutdown Temperature | | | 120 | 140 | | °C |
| Thermal Shutdown Hysteresis | | | | 45 | | °C |

PIF 129904
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*PRELIMINARY*                                        **PWR-SMP240**

| Specification | Symbol | Test Conditions, Unless Otherwise Specified: $V_{IN}$ = 325 V, $C_{EXT}$ = 470 pF $R_{EXT}$ = 20.5 kΩ, $T_A$ = 0 to 70°C | | Test Limits | | | Units |
|---|---|---|---|---|---|---|---|
| | | | | MIN | TYP | MAX | |
| **OUTPUT** | | | | | | | |
| ON-State Resistance | $R_{DS(ON)}$ | $I_D$ = 100 mA | $T_J$ = 25°C | | | 5 | Ω |
| | | | $T_J$ = 115°C | | | 8.5 | |
| ON-State Current | $I_{D(ON)}$ | $V_{DS}$ = 10 V | | 1.2 | 1.5 | | A |
| OFF-State Current | $I_{DSS}$ | $V_{DRAIN}$ = 560 V | | | 10 | 100 | μA |
| Breakdown Voltage | $BV_{DSS}$ | $I_{DRAIN}$ = 100 μA, $T_A$ = 25°C | | 700 | | | V |
| Output Capacitance | $C_{OSS}$ | $V_{DRAIN}$ = 25 V, f = 1 MHz | | | 200 | | pF |
| Output Stored Energy | $E_{OSS}$ | | | | 1500 | | nJ |
| Rise Time | $t_r$ | | | | | 100 | ns |
| Fall Time | $t_f$ | | | | | 100 | ns |
| **SUPPLY** | | | | | | | |
| Pre-regulator Voltage | $V_{IN}$ | | | 20 | | 500 | V |
| Pre-regulator Cutoff Voltage | $V_{BIAS(CO)}$ | | | 8 | 9 | 10 | V |
| Off-line Supply Current | $I_{IN}$ | $V_{BIAS}$ not connected | | | 5 | TBD | mA |
| | | $V_{BIAS}$ > 10 V | | | | 0.2 | |
| | | Thermal Shutdown ON or SYNC = 0 | | | 0.8 | 1.2 | |
| $V_{BIAS}$ Supply Voltage | $V_{BIAS}$ | $V_{BIAS}$ externally supplied via feedback | | 10 | | 30 | V |
| $V_{BIAS}$ Supply Current | $I_{BIAS}$ | $V_{BIAS}$ externally supplied via feedback | | | 5 | TBD | mA |
| $V_S$ Source Voltage | $V_S$ | | | 5.0 | 5.8 | 6.5 | V |
| $V_S$ Source Current | $I_S$ | | | | | 200 | μA |

$\frac{C}{2/92}$  11

PIF 129905
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**PWR-SMP240**

# *PRELIMINARY*

**NOTES:**
1. Applying >3.5 V to the $I_{LIMIT}$ pin activates an internal test circuit that turns on the output switch continuously.
   Destruction of the part can occur if the output of the PWR-SMP240 is connected to a high-voltage power source
   when the test circuit is activated.



NOTE: $I_{LIMIT}$ Pulse = 10 μs, Duty Cycle < 1%

*Figure 8. Switching Time Test Circuit.*





PIF 129906
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# *PRELIMINARY*

**C$_{OSS}$ vs. DRAIN VOLTAGE**



**DRAIN CHARGE vs. DRAIN VOLTAGE**



**DRAIN CAPACITANCE ENERGY**



**TRANSFER CHARACTERISTICS**



**PACKAGE POWER DERATING**



**TRANSIENT THERMAL IMPEDANCE**



PIF 129907
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# PRELIMINARY

**PWR-SMP240**



### 23-Pin Plastic SIP
### WT Suffix

| Dim | Inches | mm |
|-----|--------|-----|
| A | 1.157-1.181 | 29.40-30.00 |
| B | 1.091-1.114 | 27.70-28.30 |
| C | .775-.799 | 19.70-20.30 |
| D | .05 | 1.27 |
| E | .0197-.0295 | 0.50-0.75 |
| F | .125-.128 | 3.18-3.24 |
| G | .177 TYP | 4.5 TYP |
| H | .443-446 | 11.27-11.33 |
| J | .110 TYP | 2.8 TYP |
| K | .071 TYP | 1.8 TYP |
| L | .126-.150 | 3.20-3.80 |
| M | .041-.053 | 1.05-1.35 |
| N | .041 TYP | 1.03 TYP |
| P | .686 TYP | 17.42 TYP |
| Q | .088-.112 | 2.24-2.84 |
| R | .065-.077 | 1.55-1.95 |
| S | .752 TYP | 19.1 TYP |

PO-012-082291

14
C
282

PIF 129908
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**PRELIMINARY**

PWR-SMP240

15

PIF 129909
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

PWR-SMP240

**_PRELIMINARY_**

Power Integrations reserves the right to make changes to its products at any time to improve reliability or manufacturability. Power Integrations does not assume any liability arising from the use of any device or circuit described herein, nor does it convey any license under its patent rights or the rights of others.

©Copyright 1992, Power Integrations, Inc., 411 Clyde Avenue, Mountain View, CA , 94043

16  *C*
2/92





PIF 129910
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# DX 124

# REDACTED

# DX 125

# REDACTED

# DX 126

# REDACTED

# DX 192

US005146298A

# United States Patent [19]

## Eklund

[11] Patent Number: 5,146,298

[45] Date of Patent: Sep. 8, 1992

[54] **DEVICE WHICH FUNCTIONS AS A LATERAL DOUBLE-DIFFUSED INSULATED GATE FIELD EFFECT TRANSISTOR OR AS A BIPOLAR TRANSISTOR**

[76] Inventor: Klas H. Eklund, 103 Los Patios, Los Gatos, Calif. 95030

[21] Appl. No.: 747,657

[22] Filed: Aug. 16, 1991

[51] Int. Cl.⁵ ................... H01L 29/80; H01L 29/10; H01L 29/72; H01L 27/04

[52] U.S. Cl. ................... 357/22; 357/23.4; 357/34; 357/48

[58] Field of Search ........... 357/22, 23.4, 34, 48

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,626,879 | 12/1982 | Colak | 357/23.4 |
| 4,811,075 | 3/1989 | Eklund | 357/46 |

### OTHER PUBLICATIONS

Sei Colak, "Effects of Drift Region Parameters on the Static Properties of Power LDMOS", IEEE Transactions on Electron Devices, vol. ED-28, No. 12, pp. 1455-1466 (Dec. 1981).

A. W. Ladikhnize, *High-Voltage DMOS and PMOS in Analog ICs*, IEDM, pp. 81-84 (1982).

*Primary Examiner*—Mark V. Prenty
*Attorney, Agent, or Firm*—Douglas L. Weller

[57]     **ABSTRACT**

An insulated gate field effect transistor with an extended drain region is presented. The extended drain region includes a single-sided JFET and a double-sided JFET connected in parallel. The insulated gate field effect transistor is built on a substrate of first conductivity type. A pocket of semiconductor material of second conductivity type is within the substrate adjoining a surface of the substrate. A body region of semiconductor material of the first conductivity type is within the pocket adjoining the surface of the substrate. Also, a source region of semiconductor material of the second conductivity type is within the body region adjoining the surface of the substrate. A drain contact region of semiconductor material of the second conductivity type is also within the pocket of semiconductor material adjoining the surface of the substrate. A first intermediate region of semiconductor material of the first conductivity type is within the pocket of semiconductor material between the body region and the drain contact region. The first intermediate region adjoins the surface of the substrate. Also, a second intermediate region of semiconductor material of second conductivity type is within the pocket of semiconductor material between the body region and the drain contact region. The second intermediate region also adjoins the surface of the substrate. A portion of the second intermediate region extends between the first intermediate region and the surface of the substrate.

**22 Claims, 5 Drawing Sheets**



Case No. 04-1371-JJF
**DEFT** Exhibit No. DX 192
Date Entered _____
Signature _____

PIF 56893



FIG. 1

PIF 56894



**FIG. 2**

**U.S. Patent**          Sep. 8, 1992          Sheet 3 of 5          **5,146,298**



**FIG. 3**



FIG. 4



FIG. 5

5,146,298

1

### DEVICE WHICH FUNCTIONS AS A LATERAL DOUBLE-DIFFUSED INSULATED GATE FIELD EFFECT TRANSISTOR OR AS A BIPOLAR TRANSISTOR

#### BACKGROUND

The present invention concerns a lateral double-diffused insulated gate field effect transistor where the extended drain region is a parallel combination of a single-sided junction field effect transistor (JFET) and a double-sided JFET. The present invention also relates to the construction of a bipolar transistor with an extended collector region. The present invention additionally relates generally to how metal-oxide-silicon (MOS) and/or a bipolar transistors can be effectively shielded from a substrate in a classic junction isolated technology.

Thin layer (resurfed) lateral double diffused metal oxide silicon (D-MOS) transistors have been shown to be an efficient means to integrate high voltage devices in the same die as low voltage control functions. See, for example, Sel Colak *Effects of Drift Region Parameters on the Static Properties of Power LDMOS*, IEEE Transactions on Electron Devices, VOL. ED-28, No. 12, pp. 1455-1466 (December 1981). This reference describes a device which can be considered a series combination of a D-MOS transistor and a single-sided JFET. The single-sided JFET functions as a pinch resistor. The JFET is commonly a thin n-type epitaxial layer deposited on top of a p-type substrate.

In order to improve thin layer lateral D-MOS transistors as a source follower and further reduce resistance when the device is "on", a surface layer of p-type doping has been added. The modified device can be considered a D-MOS transistor in series with a double-sided JFET. See for example, A. W. Ludikhuize, *High-Voltage DMOS and PMOS in Analog IC's*, IEDM, pp. 81–84 (1982).

An efficient and simplistic way to incorporate a thin layer lateral high voltage MOS transistor which constitutes a series combination of a normal MOS transistor (not D-MOS) and a double-sided JFET is described in U.S. Pat. No. 4,811,075 issued to Klas H. Eklund for *High Voltage MOS Transistors*.

In another proposed device in the prior art, a thin layer lateral D-MOS transistor is in series with a single-sided JFET and with a parallel arrangement of a single-sided JFET and double-sided JFET. This device utilizes three epitaxial layer to improve the device as a source follower. See U.S. Pat. No. 4,626,879 issued to Sel Colak for *Lateral Double-Diffused MOS Transistor Devices Suitable for Source-Follower Applications*.

For these and similar devices, it is very often necessary to provide some shielding in order to allow operation in high voltage applications.

#### SUMMARY OF THE INVENTION

In accordance with the preferred embodiment of the present invention, an insulated gate field effect transistor with an extended drain region is presented. The extended drain region includes a single-sided JFET and a double-sided JFET connected in parallel.

The insulated gate field effect transistor is built on a substrate of first conductivity type. A pocket (also called a well) of semiconductor material or second conductivity type is within the substrate adjoining a surface of the substrate. A body region of semiconductor mate-

2

rial of the first conductivity type is within the pocket adjoining the surface of the substrate. Also, a source region of semiconductor material of the second conductivity type is within the body region adjoining the surface of the substrate. A drain contact region of semiconductor material of the second conductivity type is also within the pocket of semiconductor material adjoining the surface of the substrate.

A first intermediate region of semiconductor material of the first conductivity type is within the pocket of semiconductor material between the body region and the drain contact region. The first intermediate region adjoins the surface of the substrate. Also, a second intermediate region of semiconductor material of second conductivity type is within the pocket of semiconductor material between the body region and the drain contact region. The second intermediate region also adjoins the surface of the substrate. A portion of the second intermediate region extends between the first intermediate region and the surface of the substrate.

Alternately, the transistor may be regarded as a bipolar transistor with an extended collector region. The source region functions as an emitter, and the body region functions as a base.

In an alternate embodiment for high voltage devices, the pocket of semiconductor material of the second conductivity type is replaced by an epitaxial layer of the second conductivity type. Various isolation regions of semiconductor material are used as shielding to isolate each transistor pair from other devices on an integrated circuit.

For example, in a preferred embodiment, the shielding includes an isolation region of the first conductivity type diffused into the epitaxial layer. Surrounding the transistor pair is a first isolation region which extends from the surface of the epitaxial layer to the isolation layer. The first isolation region is of the first conductivity type. A buried layer of the second conductivity layer is placed below the first isolation layer. A second isolation region surrounds the first isolation region. The second isolation region extends from the surface of the epitaxial layer to the buried layer. The second isolation region is of the second conductivity type. An epitaxial region surrounds the second isolation region. The epitaxial region extends from the surface of the epitaxial layer to a depth below the second isolation region. A third isolation region surrounds the epitaxial region. The third isolation region is of the first conductivity type and extends from the surface of the epitaxial layer to the substrate.

The present invention allows for significant reduction of "on" resistance while simplifying the manufacturing process over prior art circuits. For example, at low voltages (e.g., less than 100 volts), the present invention allows for "on" resistance which is reduced two to three times over the device disclosed by Colak. The additional shielding described in the preferred embodiments facilitates use of the present invention in high voltage applications.

#### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagrammatic view of a lateral D-MOS/bipolar transistor in accordance with the preferred embodiment of the present invention.

FIG. 2 is a schematic of the lateral D-MOS/bipolar transistor shown in FIG. 1 in accordance with the preferred embodiment of the present invention.

5,146,298

FIG. 3 is a diagrammatic view of a lateral D-MOS/-bipolar transistor in accordance with an alternate preferred embodiment of the present invention for high voltage devices.

FIG. 4 is a diagrammatic view of a lateral D-MOS/-bipolar transistor in accordance with another alternate preferred embodiment of the present invention for high voltage devices.

FIG. 5 shows an alternate shielding embodiment for the lateral D-MOS/bipolar transistors shown in FIGS. 1 through 4 in accordance with a preferred embodiment of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 shows a cross-sectional view of a lateral double-diffused insulated gate field effect transistor with an extended drain region which is a parallel combination of a single-sided JFET and a double-sided JFET formed on a semiconductor die 8.

A substrate 10 of first conductivity type is, for example, made of $p^-$-type material doped with $5 \times 10^{14}$ atoms per cubic centimeter. A typical depth of substrate 10 is 500 microns. A pocket 11 of material of second conductivity type is, for example, n-type material doped at $3 \times 10^{12}$ atoms per square centimeter. Pocket 11 extends a depth of, for example, 5 microns below a surface 9 of die 8. The doping levels and dimensions given here and below are for a device with a breakdown voltage of approximately 300 volts.

Within pocket 11 a body region 12 of first conductivity type is, for example, p-type material doped at between $10^{17}$ and $10^{20}$ atoms per cubic centimeter. Body region 12 typically extends a depth of 1 micron below surface 9 of die 8. Within body region 12, a source region 13 of second conductivity type is, for example, $n^+$-type material doped at between $10^{18}$ and $10^{20}$ atoms per cubic centimeter. Source region 13, for example, extends 0.4 microns below surface 9 of die 8. Body region 12 may be electrically connected directly to substrate 10 by extending body region 12 outside pocket region 11.

A drain contact region 16 of second conductivity type is, for example, $n^+$-type material doped at between $10^{18}$ and $10^{20}$ atoms per cubic centimeter. Drain contact region 16, for example, extends 0.4 microns below surface 9 of die 8. A source contact 17 is placed on surface 9 in electrical contact with body region 12 and a source contact region portion of source region 13. A drain contact 19 is placed on surface 9 in electrical contact with drain contact region 16. An insulating layer 7 is placed on surface 9 of die 8. A gate contact 18 is placed on insulating layer 7 over a channel region portion of body region 12, as shown.

Between body region 12 and region 16 is a region 14 of second conductivity type. Region 14 is, for example n-type material doped at $2 \times 10^{12}$ atoms per square centimeter. Region 14 extends downward from surface 9 to a depth of, for example 0.4 microns. Located below region 14 is a region 15 of first conductivity type. Region 15 is, for example, p-type material doped at $4 \times 10^{12}$ atoms per square centimeter. Region 15 extends from surface 9 downward a depth of, for example 1 micron. Region 15 is connected to ground at surface 9 in a plane not shown in FIG. 1. A distance 6 between and edge of body region 12 and an edge of drain contact 16 is, for example 12 microns. A symmetry line 20 is

used for placing a second half of the transistor in a mirror image to the first half shown in FIG. 1.

The circuit shown in FIG. 1, may also function as a bipolar transistor, with region 13 functioning as an emitter, region 12 functioning as a base, and pocket 11, region 14 and region 16 functioning as an extended collector.

FIG. 2 shows a circuit diagram for the lateral double-diffused insulated gate field effect transistor with an extended drain region which is a parallel combination of a single-sided JFET and a double-sided JFET shown in FIG. 1. A transistor 22 is controlled by gate contact 18. Current through transistor 22 travels from source contact 17 through region 13 through body region 12 to region 11, shown in FIG. 1.

The extends drain region of transistor 22 includes a single-sided JFET 24 and a double-sided JFET 21 connected in parallel as shown. Current through single-sided JFET 24 passes through region 14 and through region 16 to drain contact 19. Region 15 serves as the single side of single-sided JFET 24. Current through double-sided JFET 21 passes through region 11 and through region 16 to drain contact 19. Region 15 and substrate 10 serve as the two sides of double-sided JFET 21.

The above-discussed design allows for significant reduction of resistance from source contact 17 to drain contact 19 when transistor 22 is "on", over circuits in the prior art. The present invention is also simpler to manufacture than related prior art devices.

FIG. 3 shows a cross-sectional view of a lateral double-diffused insulated gate field effect transistor with extended drain region in accordance with an alternate preferred embodiment of the present invention. The transistor shown in FIG. 3 is surrounded by isolation diffusion which is necessary in order to isolate the transistor from other devices on an integrated circuit.

A substrate 110 of first conductivity type is, for example, made of $p^-$-type material doped with $5 \times 10^{14}$ atoms per cubic centimeter. A typical depth of substrate 110 is 500 microns. A layer 111 of material of second conductivity type is, for example, n-type epitaxial material doped at $10^{15}$ atoms per cubic centimeter. Layer 111 extends a depth of, for example, 10 to 25 microns below a surface 109.

For a first half of the transistor, a body region 112 of first conductivity type is, for example, p-type material doped at between $10^{17}$ and $10^{20}$ atoms per cubic centimeter. Body region 112 typically extends a depth of 1 micron below surface 109. Within body region 112, a source region 113 of second conductivity type is, for example, $n^+$-type material doped at between $10^{18}$ and $10^{20}$ atoms per cubic centimeter. Source region 113, for example, extends 0.4 microns below surface 109.

A drain contact region 116 of second conductivity type is, for example, $n^+$-type material doped at between $10^{18}$ and $10^{20}$ atoms per cubic centimeter. Drain contact region 116, for example, extends 0.4 microns below surface 109.

A source contact 117 is placed on surface 109 in electrical contact with body region 112 and a source contact region portion of source region 113. A drain contact 119 is placed on surface 109 in electrical contact with drain contact region 116. An insulating layer 107 is placed on surface 109. A gate contact 118 is placed on insulating layer 107 over a channel region portion of body region 112, as shown.

5,146,298

5

Between body region 112 and region 116 is a region 114 of second conductivity type. Region 114 is, for example, n-type material doped at $2 \times 10^{12}$ atoms per square centimeter. Region 114 extends downward from surface 109 to a depth of, for example 0.4 microns. Located below region 114 is a region 115 of first conductivity type. Region 115 is, for example, p-type material doped at $4 \times 10^{12}$ atoms per square centimeter. Region 115 extends from surface 109 downward a depth of, for example 1 micron. Region 115 is connected to ground at surface 109 in a plane not shown in FIG. 1.

A second half of the transistor is a mirror image of the first half of the transistor with symmetry around drain contact region 116. For the second half of the transistor, a body region 132 of first conductivity type is, for example, p-type material. Within body region 132, a source region 133 of second conductivity type is, for example, n$^+$-type material.

A source contact 137 is placed on surface 109 adjacent to body region 132 and in electrical contact with source region 133. A gate contact 138 is placed on insulating layer 107 over a channel region portion of body region 132, as shown.

Between a body region 132 and region 116 is a region 134 of second conductivity type. Region 134 is, for example, n-type material. Located below region 134 is a region 135 of first conductivity type. Region 135 is connected to ground at surface 109 in a plane not shown in FIG. 3.

The transistor shown in FIG. 3, may also function as a bipolar transistor with region 113 and region 133 functioning as an emitter, region 112 and region 132 functioning as a base, and layer 111, region 114, region 134 and region 116 functioning as an extended collector.

An isolation region 141, an isolation region 142, an isolation region 143 and an isolation region 144, each of first conductivity type, provide isolation for the transistor from other devices. Isolation regions 141 through are, for example, of p-type material doped at between $10^{16}$ and $10^{19}$ atoms per cubic centimeter. Isolation region 141 and isolation region 143 are diffused down while isolation region 142 and isolation region 144 are diffused up.

When a device is either embedded in a well or an epitaxial layer, a severe problem can arise when the diode formed by the body region and the well (or epitaxial layer) is forward biased and the diode formed by the well region and the substrate is backed biased at a high negative voltage (e.g., less than $-50$ volts). Specifically, this can trigger a parasitic bipolar transistor where the body region will act as an emitter, the well (or epitaxial layer) will act as base and the substrate will act as a collector. The gain of such a parasitic bipolar transistor is typically more than 100; therefore, practically all the current will flow to the substrate creating a parasitic power dissipation through the substrate. To solve this issue, a layer of semiconductor material of opposite conductivity type from the conductivity type of the substrate may be buried under the well (or epitaxial layer) to drastically reduce the gain of the parasitic bipolar transistor. In many cases even this scheme does not result in sufficient isolation for optimal performance. In such cases, the isolation scheme shown in FIG. 4 may be utilized.

FIG. 4 shows a cross-sectional view of two lateral double-diffused insulated gate field effect transistors with extended drain regions where the transistors are

6

additionally shielded from the substrate and other devices.

A substrate 210 of first conductivity type is, for example, made of p$^-$-type material doped with $5 \times 10^{14}$ atoms per cubic centimeter. A typical depth of substrate 210 is 500 microns. A layer 211 of material of second conductivity type is, for example, n-type epitaxial material doped at $10^{15}$ atoms per cubic centimeter. Layer 211 extends a depth of, for example, 12 to 17 microns below a surface 209.

For a first half of the transistor, a body region 212 of first conductivity type is, for example, p-type material doped at between $10^{17}$ and $10^{20}$ atoms per square centimeter. Body region 212 typically extends a depth of 1 micron below surface 209. Within body region 212, a source region 213 of second conductivity type is, for example, n$^+$-type material doped at between $10^{18}$ and $10^{20}$ atoms per cubic centimeter. Source region 213, for example, extends 0.4 microns below surface 209.

A drain contact region 216 of second conductivity type is, for example, n$^+$-type material doped at between $10^{18}$ and $10^{20}$ atoms per cubic centimeter. Drain contact region 216, for example, extends 0.4 microns below surface 209.

A source contact 217 is placed on surface 209 in electrical contact with body region 212 and a source contact region portion portion of source region 213. A drain contact 219 is placed on surface 209 in electrical contact with drain contact region 216. An insulating layer 207 is placed on surface 209. A gate contact 218 is placed on insulating layer 207 over a channel region portion of body region 212, as shown.

Between body region 212 and region 216 is a region 214 of second conductivity type. Region 214 is, for example, n-type material doped at $2 \times 10^{12}$ atoms per square centimeter. Region 214 extends downward from surface 209 to a depth of, for example 0.4 microns. Located below region 214 is a region 215 of first conductivity type. Region 215 is, for example, p-type material doped at $4 \times 10^{12}$ atoms per square centimeter. Region 215 extends from surface 209 downward a depth of, for example 1 micron. Region 215 is connected to ground at surface 209 in a plane not shown in FIG. 1.

A second half of the transistor is a mirror image of the first half of the transistor with symmetry around drain contact region 216. For the second half of the transistor, a body region 232 of first conductivity type is, for example, p-type material. Within body region 232, a source region 233 of second conductivity type is, for example, n$^+$-type material.

A source contact 237 is placed on surface 209 adjacent to body region 232 and in electrical contact with source region 233. A gate contact 238 is placed on insulating layer 207 over a channel region portion of body region 232, as shown.

Between body region 232 and region 216 is a region 234 of second conductivity type. Region 234 is, for example, n-type material. Located below region 234 is a region 235 of first conductivity type. Region 235 is connected to ground at surface 209 in a plane not shown in FIG. 4.

The transistor shown in FIG. 4, may also function as a bipolar transistor with region 213 and region 233 functioning as an emitter, region 212 and region 232 functioning as a base, and layer 211, region 214, region 234 and region 216 functioning as an extended collector.

Isolation layers and isolation regions isolate the transistor from the substrate and from other devices. Sur-

PIF 56901

5,146,298

7

rounding the transistor shown in FIG. 4 is an isolation region 241, an isolation region 243 and an isolation region 290. Additionally, an isolation region 266 and an isolation region 267 are adjacent to a region 254 of epitaxial material of the second conductivity type. An isolation region 268 and an isolation region 269 are adjacent to a region 255 of epitaxial material of the second conductivity type. Additionally a sinker region 251 and a sinker region 253 are located as shown.

Isolation region 241, isolation region 243, isolation region 290, isolation region 266, isolation region 267, isolation region 268 and isolation region 269 are each of first conductivity type, for example, p-type material doped at between $10^{16}$ and $10^{20}$ atoms per cubic centimeter. Sinker region 251 and sinker region 253 are, for example of n+-type material doped at between $10^{18}$ and $10^{20}$ atoms per cubic centimeter. Region 254 and region 255 are, for example, of n-type epitaxial material doped at $10^{15}$ atoms per cubic centimeter.

In addition to isolation region 250, a buried layer 249 of second conductivity type is placed to provide further isolation of the transistor from substrate 210. Buried layer 249 consists of, for example, n+-type semiconductor material doped at between $10^{17}$ and $10^{19}$ atoms per cubic centimeter. Region 250 has a depth 261 of, for example, three microns. Buried layer 249 has a depth 262 of, for example, ten microns. Region 250 and buried layer 249 combine to effectively isolate substrate 210 from the transistor device even at high voltages.

FIG. 5 shows another shielding arrangement which isolates devices used in high voltage applications. A substrate 310 of first conductivity type is, for example, made of p⁻-type material doped with $5 \times 10^{14}$ atoms per cubic centimeter. A typical depth of substrate 210 is 500 microns. A layer 350 of material of first conductivity type is, for example, p-type epitaxial material doped at between $5 \times 10^{15}$ and $5 \times 10^{16}$ atoms per cubic centimeter. Layer 350 extends a depth of, for example, 10 to 25 microns below a surface 309.

Active devices are placed within a well 311 of second conductivity type. Well 311 is, for example, n-type material doped at $5 \times 10^{15}$ and $5 \times 10^{16}$ atoms per cubic centimeter. Well 311 extends a depth of, for example, 5 microns below a surface 309.

Isolation layers and isolation regions isolate a device within well 311 from substrate 310 and from other devices. Immediately below well 311 is a region 351 which is in part of layer 350. Surrounding well 311 and region 351 is an isolation region 341, and an isolation region 342. Surrounding isolation region 341 and isolation region 342 are a sinker region 331 and a sinker region 332.

Isolation region 341 and isolation region 342 are each of first conductivity type, for example, p+-type material doped at between $10^{17}$ and $10^{19}$ atoms per cubic centimeter. Sinker region 331 and sinker region 332 are, for example of n+-type material doped at between $10^{17}$ and $10^{19}$ atoms per cubic centimeter.

A buried layer 349 of second conductivity type is placed to provide isolation of the device in well 311 from substrate 310. Buried layer 349 consists of, for example, n+-type semiconductor material doped at between $10^{17}$ and $10^{19}$ atoms per cubic centimeter. Buried layer 349 has a depth of, for example, ten microns. Region 351 and buried layer 349 combine to effectively isolate substrate 310 from the device in well 311 even at high voltages greater than 50 volts.

8

The foregoing discussion discloses and describes merely exemplary methods and embodiments of the present invention. For example, in the above discussion the first conductivity type is n-type material and the second conductivity type is p-type material. Alternately, the first conductivity type could be p-type material and the second conductivity type could be n-type material. As will be understood by those familiar with the art, the invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. Accordingly, the disclosure of the present invention is intended to be illustrative, but not limiting, of the scope of the invention, which is set forth in the following claims.

I claim:

1. A semiconductor device comprising:
   a substrate of first conductivity type;
   a pocket of semiconductor material of second conductivity type which adjoins a surface of the substrate;
   a body region of semiconductor material of the first conductivity type which is within the pocket of semiconductor material and which adjoins the surface of the substrate;
   a source region of semiconductor material of the second conductivity type, the source region being within the body region and adjoining the surface of the substrate;
   a drain contact region of semiconductor material of the second conductivity type within the pocket of semiconductor material which adjoins the surface of the substrate;
   a first intermediate region of semiconductor material of the first conductivity type which adjoins the surface of the substrate and which is located within the pocket of semiconductor material between the body region and the drain contact region; and,
   a second intermediate region of semiconductor material of the second conductivity type which adjoins the surface of the substrate and which is located within the pocket of semiconductor material between the body region and the drain contact region, wherein a portion of the second intermediate region extends between the first intermediate region and the surface of the substrate.

2. A semiconductor device as in claim 1 wherein the substrate is electrically coupled to the body region by extending a portion of the body region out of the pocket of semiconductor material.

3. A semiconductor device as in claim 1 wherein the semiconductor device is a lateral double-diffused insulated gate field effect transistor with an extended drain region.

4. A semiconductor device as in claim 1 wherein the semiconductor device is a bipolar transistor, the source region functioning as an emitter, and the body region functioning as a base.

5. A semiconductor device comprising:
   a drain contact;
   a single-sided JFET having a first end electrically coupled to the drain contact and having a second end;
   a double-sided JFET having a first end electrically coupled to the first end of the single-sided JFET and having a second end electrically coupled to the second end of the single-sided JFET;
   a source contact;
   a gate contact;

PIF 56902

5,146,298

9

an insulated field effect transistor having a gate region coupled to the gate contact, having a source region electrically coupled to the source contact, and having a drain region electrically coupled to the second end of the single-sided JFET and to the second end of the double-sided JFET.

6. A semiconductor device as in claim 5 wherein the double-sided JFET comprises:

a first semiconductive path within a pocket of semiconductor material of second conductivity type, the pocket of semiconductor material being within a substrate of first conductivity type, wherein a first region of semiconductor material of first conductivity type is placed between the first semiconductive path and a surface of the substrate.

7. A semiconductor device as in claim 6 wherein the single-sided JFET comprises:

a second semiconductive path composed of a semiconductor material of second conductivity type; the second semiconductive path residing between the first region of semiconductor material and the surface of the substrate.

8. A semiconductor device as in claim 7 wherein the insulated gate field effect transistor comprises:

a body region of semiconductor material of the first conductivity type, the body region being within the pocket of semiconductor material wherein the body region adjoins the surface of the substrate and is separated from the gate contact by a layer of insulator placed on the surface of the substrate; and,

a source region of semiconductor material of the second conductivity type, the source region being within the body region and the source region being electrically coupled to the source contact.

9. A semiconductor device as in claim 5 wherein the double-sided JFET comprises:

a first semiconductive path within a layer of epitaxial material of second conductivity type, the layer of epitaxial material being deposited on a substrate of first conductivity type, wherein a first region of semiconductor material of first conductivity type is placed between the first semiconductive path and a surface of the layer of epitaxial material.

10. A semiconductor device as in claim 9 wherein the single-sided JFET comprises:

a second semiconductive path composed of semiconductor material of second conductivity type; the second semiconductive path residing between the first region of semiconductor material and the surface of the layer of epitaxial material.

11. A semiconductor device as in claim 10 wherein the insulated gate field effect transistor comprises:

a body region of semiconductor material of the first conductivity type, the body region being within the layer of epitaxial material wherein the body region adjoins the surface of the layer of epitaxial material and is separated from the gate contact by a layer of insulator placed on the surface of the layer of epitaxial material; and,

a source region of semiconductor material of the second conductivity type, the source region being within the body region and the source region being electrically coupled to the source contact.

12. A semiconductor device comprising:

a substrate of first conductivity type;

a layer of epitaxial material of second conductivity type deposited on a surface of the substrate;

10

a body region of semiconductor material of the first conductivity type which is within the layer of epitaxial material and which adjoins the surface of the layer of epitaxial material;

a source region of semiconductor material of the second conductivity type, the source region being within the body region and adjoining the surface of the layer of epitaxial material;

a drain contact region of semiconductor material of the second conductivity type within the layer of epitaxial material which adjoins the surface of the layer of epitaxial material;

a first intermediate region of semiconductor material of the first conductivity type which adjoins the surface of the layer of epitaxial material and which is located within the layer of epitaxial material between the body region and the drain contact region; and,

a second intermediate region of semiconductor material of the second conductivity type which adjoins the surface of the layer of epitaxial material and which is located within the layer of epitaxial material between the body region and the drain contact region, wherein a portion of the second intermediate region extends between the first intermediate region and the surface of the layer of epitaxial material.

13. A semiconductor device as in claim 12 wherein the semiconductor device is isolated from other semiconductor devices within the substrate by isolation layers of the first conductivity type within the layer of epitaxial material.

14. A semiconductor device as in claim 13 wherein the semiconductor device is isolated from the substrate by a first isolation layer of the first conductivity type diffused within the layer of epitaxial material and by a buried layer of the second conductivity type diffused within the layer of epitaxial material and below the first isolation layer.

15. A semiconductor device as in claim 12 wherein the semiconductor device is a lateral double-diffused insulated gate field effect transistor with an extended drain region.

16. A semiconductor device as in claim 12 wherein the semiconductor device is a bipolar transistor, the source region functioning as an emitter, and the body region functioning as a base.

17. A semiconductor device comprising:

a substrate of first conductivity type;

a layer of epitaxial material of second conductivity type deposited on a surface of the substrate;

a body region of semiconductor material of the first conductivity type which is within the layer of epitaxial material and which adjoins the surface of the layer of epitaxial material;

a source region of semiconductor material of the second conductivity type, the source region being within the body region and adjoining the surface of the layer of epitaxial material;

a drain contact region of semiconductor material of the second conductivity type within the layer of epitaxial material which adjoins the surface of the layer of epitaxial material;

a first isolation layer of the first conductivity type diffused in the layer of epitaxial material; and,

a buried layer of the second conductivity type diffused in the layer of epitaxial material and below the first isolation layer.

PIF 56903

5,146,298

11

18. A semiconductor device as in claim 17 additionally comprising:

a first intermediate region of semiconductor material of the first conductivity type which adjoins the surface of the layer of epitaxial material and which is located within the layer of epitaxial material between the body region and the drain contact region; and,

a second intermediate region of semiconductor material of the second conductivity type which adjoins the surface of the layer of epitaxial material and which is located within the layer of epitaxial material between the body region and the drain contact region, wherein a portion of the second intermediate region extends between the first intermediate region and the surface of the layer of epitaxial material.

19. Shielding for a high power semiconductor device, the high power semiconductor device being placed in a layer of epitaxial material of second conductivity type deposited on a surface of a substrate of first conductivity type, the shielding comprising:

an isolation layer of the first conductivity type diffused in the layer of epitaxial material;

a first isolation region within the layer of epitaxial material and surrounding the high power semiconductor device, the first isolation region extending from the surface of the layer of epitaxial material to the isolation layer and the first isolation region being of the first conductivity type;

a buried layer of the second conductivity type diffused into the layer of epitaxial material and below the isolation layer;

a second isolation region surrounding the first isolation region, the second isolation region extending from the surface of the layer of epitaxial material to

12

the buried layer and the second isolation region being of the second conductivity type;

an epitaxial region surrounding the second isolation region, the epitaxial region extending from the surface of the layer of epitaxial material to a depth below the second isolation region; and,

a third isolation region surrounding the epitaxial region, the third isolation region extending from the surface of the layer of epitaxial material and the third isolation region being of the first conductivity type.

20. A semiconductor device as in claim 17 wherein the semiconductor device is a lateral double-diffused insulated gate field effect transistor with an extended drain region.

21. A semiconductor device as in claim 17 wherein the semiconductor device is a bipolar transistor, the source region functioning as an emitter, and the body region functioning as a base.

22. A shielding for a high power semiconductor device within a layer of epitaxial material of first conductivity type deposited on a substrate of the first conductivity type, the shielding comprising:

a well of second conductivity type which adjoins a surface of the layer of epitaxial material, the high power semiconductor device being placed in the well;

a buried layer of the second conductivity type diffused into the layer of epitaxial material;

an isolation region of first conductivity type, within the layer of epitaxial material located above the buried layer and surrounding the well; and,

a sinker region of second conductivity type, placed above the buried layer and surrounding the isolation type.

* * * * *

40

45

50

55

60

65

# DX 472

PATENT APPLICATION SERIAL NO. __ **Ⅱ 747657**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

060 BA 08/26/91 07747657                    1 101    425.00 CK 1003

PTO-1556
(5/87)

Case No. 04-1371-JJF
DEFT Exhibit No. DX 472
Date Entered _____
Signature _____

FCS1685956

BAR CODE LABEL

# U.S. PATENT APPLICATION

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 07/747,657 | 08/16/91 | 357 | 253 |

**APPLICANT**

KLAS H. EKLUND, LOS GATOS, CA.

**CONTINUING DATA********************
VERIFIED

**FOREIGN/PCT APPLICATIONS***********
VERIFIED

FOREIGN FILING LICENSE GRANTED 09/06/91     ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 5 | 22 | 6 | $ 425.00 | 1003 |

**ADDRESS**

DOUGLAS L. WELLER
836 FREMONT ST.
SANTA CLARA, CA  95050

**TITLE**

DEVICE WHICH FUNCTIONS AS A LATERAL DOUBLE-DIFFUSED INSULATED GATE FIELD EFFECT TRANSISTOR OR AS A BIPOLAR TRANSISTOR

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application as originally filed which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                          Certifying Officer

PCS1685957

⌐ ⌐47657    PATENT

IN THE
UNITED STATES PATENT AND TRADEMARK OFFICE
Patent Application Transmittal Letter

ATTORNEY DOCKET NUMBER: 1003

INVENTOR(S): Klas H. Eklund

TITLE:    DEVICE WHICH FUNCTIONS AS A LATERAL DOUBLE-DIFFUSED INSULATED
          GATE FIELD EFFECT TRANSISTOR OR AS A BIPOLAR TRANSISTOR

THE COMMISSIONER OF PATENTS AND TRADEMARKS
    WASHINGTON, D.C. 20231

SIR:
Transmitted herewith is an Original Patent Application

Enclosed are:

[X] Declaration and Power of Attorney.  [X] signed  [ ] unsigned

[X]  5  sheets of [X] formal drawings [ ] informal drawings

[X] Information Disclosure Statement

[ ] Assignment

[X] A verified statement to establish small entity status under 37 CFR
    1.9 and 37 CFR 1.27

The fee is calculated below:

| CLAIMS FOR A SMALL ENTITY | | | | | | |
|---|---|---|---|---|---|---|
| (1) | (2) NUMBER FILED | (3) | (4) | (5) NUMBER EXTRA | (6) RATE | (7) FEES |
| TOTAL CLAIMS | 22 | MINUS | 20 | = 2 | X $10 | $ 20 |
| INDEP. CLAIMS | 6 | MINUS | 3 | = 3 | X $30 | $ 90 |
| [ ] FIRST PRESENTATION OF A MULTIPLE DEPENDENT CLAIM | | | | | $100 | $ 0 |
| | | | | | BASIC FEE | $ 315 |
| | | | | | TOTAL FEE | $ 425 |

A check in the amount of $ 425 to cover the filing fee is enclosed.

"Express Mail" label no. FB355495360
    Date of Deposit: Aug. 19, 1991
I hereby certify that this is being deposited with the
United States Postal Serve "Express Mail Post
Office to Addressee" service under 37 CFR 1.10 on
the date indicated above and is addressed to the
Commissioner of Patents and Trademarks,
Washington, D.C. 20231.

By _Douglas L. Weller_
Typed Name: Douglas L. Weller

Respectfully Submitted,

By _Douglas L. Weller_
Douglas L. Weller
Attorney for Applicant
Reg. No. 30,506
Date: August 19, 1991
836 Fremont Street
Santa Clara, CA  95050
Telephone:  (408) 985-0642

# A DEVICE WHICH FUNCTIONS AS A LATERAL DOUBLE-DIFFUSED INSULATED GATE FIELD EFFECT TRANSISTOR OR AS A BIPOLAR TRANSISTOR

## Background

The present invention concerns a lateral double-diffused
insulated gate field effect transistor where the extended
drain region is a parallel combination of a single-sided
junction field effect transistor (JFET) and a double-sided
JFET.  The present invention also relates to the construction
of a bipolar transistor with an extended collector region.

The present invention additionally relates generally to how
metal-oxide-silicon (MOS) and/or a bipolar transistors can be
effectively shielded from a substrate in a classic junction
isolated technology.

Thin layer (resurfed) lateral double diffused metal oxide
silicon (D-MOS) transistors have been shown to be an efficient
means to integrate high voltage devices in the same die as low
voltage control functions.  See, for example, Sel Colak
Effects of Drift Region Parameters on the Static Properties of
Power LDMOS, IEEE Transactions on Electron Devices, VOL. ED-
28, No. 12, pp. 1455-1466 (December 1981).  This reference
describes a device which can be considered a series
combination of a D-MOS transistor and a single-sided JFET.
The single-sided JFET functions as a pinch resistor.  The JFET
is commonly a thin n-type epitaxial layer deposited on top of
a p-type substrate.

In order to improve thin layer lateral D-MOS transistors
as a source follower and further reduce resistance when the
device is "on", a surface layer of p-type doping has been
added.  The modified device can be considered a D-MOS

FCS1685959

2

transistor in series with a double-sided JFET.  See for
example, A.W. Ludikhuize, High-Voltage DMOS and PMOS in Analog
IC's, IEDM, pp. 81-84 (1982).

An efficient and simplistic way to incorporate a thin
5  layer lateral high voltage MOS transistor which constitutes a
series combination of a normal MOS transistor (not D-MOS) and
a double-sided JFET is described in U.S. Patent Number
4,811,075 issued to Klas H. Eklund for High Voltage MOS
Transistors.

10    In another proposed device in the prior art, a thin layer
lateral D-MOS transistor is in series with a single-sided JFET
and with a parallel arrangement of a single-sided JFET and a
double-sided JFET.  This device utilizes three epitaxial
layers to improve the device as a source follower.  See U.S.
15  Patent Number 4,626,879 issued to Sel Colak for Lateral
Double-Diffused MOS Transistor Devices Suitable for Source-
Follower Applications.

For these and similar devices, it is very often necessary
to provide some shielding in order to allow operation in high
20  voltage applications.


Summary of the Invention

In accordance with the preferred embodiment of the
present invention, an insulated gate field effect transistor
25  with an extended drain region is presented.  The extended
drain region includes a single-sided JFET and a double-sided
JFET connected in parallel.

FCS1685960

3

The insulated gate field effect transistor is built on a substrate of first conductivity type. A pocket (also called a well) of semiconductor material of second conductivity type is within the substrate adjoining a surface of the substrate. A

5  body region of semiconductor material of the first conductivity type is within the pocket adjoining the surface of the substrate. Also, a source region of semiconductor material of the second conductivity type is within the body region adjoining the surface of the substrate. A drain

10  contact region of semiconductor material of the second conductivity type is also within the pocket of semiconductor material adjoining the surface of the substrate.

A first intermediate region of semiconductor material of the first conductivity type is within the pocket of

15  semiconductor material between the body region and the drain contact region. The first intermediate region adjoins the surface of the substrate. Also, a second intermediate region of semiconductor material of second conductivity type is within the pocket of semiconductor material between the body

20  region and the drain contact region. The second intermediate region also adjoins the surface of the substrate. A portion of the second intermediate region extends between the first intermediate region and the surface of the substrate.

Alternately, the transistor may be regarded as a bipolar

25  transistor with an extended collector region. The source region functions as an emitter, and the body region functions as a base.

FCS1685961

4

    In an alternate embodiment for high voltage devices, the
pocket of semiconductor material of the second conductivity
type is replaced by an epitaxial layer of the second
conductivity type. Various isolation regions of the first
5  conductivity type within the epitaxial layer are used as
shielding to isolate each transistor pair from other devices
on an integrated circuit.

    For example, in a preferred embodiment, the shielding
includes an isolation region of the first conductivity type
10  diffused into the epitaxial layer. Surrounding the transistor
pair is a first isolation region which extends from the
surface of the epitaxial layer to the isolation layer. The
first isolation region is of the first conductivity type. A
buried layer of the second conductivity layer is placed below
15  the first isolation layer. A second isolation regions
surrounds the first isolation region. The second isolation
region extends from the surface of the epitaxial layer to the
buried layer. The second isolation region is of the second
conductivity type. An epitaxial region surrounds the second
20  isolation region. the epitaxial region extends from the
surface of the epitaxial layer to a depth below the second
isolation region. A third isolation region surrounds the
epitaxial region. The third isolation region is of the first
conductivity type and extends from the surface of the
25  epitaxial layer to the substrate.

    The present invention allows for significant reduction of
"on" resistance while simplifying the manufacturing process
over prior art circuits. For example, at low voltages (e.g.,

FCS1685962

5

less than 100 volts), the present invention allows for "on" resistance which is reduced two to three times over the device disclosed by Colak. The additional shielding described in the preferred embodiments facilitates use of the present invention in high voltage applications.

## Brief Description of the Drawings

Figure 1 is a diagrammatic view of a lateral D-MOS/bipolar transistor in accordance with the preferred

10   embodiment of the present invention.

Figure 2 is a schematic of the lateral D-MOS/bipolar transistor shown in Figure 1 in accordance with the preferred embodiment of the present invention.

Figure 3 is a diagrammatic view of a lateral D-

15   MOS/bipolar transistor in accordance with an alternate preferred embodiment of the present invention for high voltage devices.

Figure 4 is a diagrammatic view of a lateral D-MOS/bipolar transistor in accordance with another alternate

20   preferred embodiment of the present invention for high voltage devices.

Figure 5 shows an alternate shielding embodiment for the lateral D-MOS/bipolar transistors shown in Figures 1 through 4 in accordance with a preferred embodiment of the present

25   invention.

FCS1685963

6

## Description of the Preferred Embodiment

Figure 1 shows a cross-sectional view of a lateral
double-diffused insulated gate field effect transistor with an
extended drain region which is a parallel combination of a
single-sided JFET and a double-sided JFET formed on a
semiconductor die 8.

A substrate 10 of first conductivity type is, for
example, made of $p^-$-type material doped with $5 \times 10^{14}$ atoms
per cubic centimeter. A typical depth of substrate 10 is 500
microns. A pocket 11 of material of second conductivity type
is, for example, n-type material doped at $3 \times 10^{12}$ atoms per
square centimeter. Pocket 11 extends a depth of, for example,
5 microns below a surface 9 of die 8. The doping levels and
dimensions given here and below are for a device with a
breakdown voltage of approximately 300 volts.

Within pocket 11 a body region 12 of first conductivity
type is, for example, p-type material doped at between $10^{17}$
and $10^{20}$ atoms per cubic centimeter. Body region 12 typically
extends a depth of 1 micron below surface 9 of die 8. Within
body region 12, a source region 13 of second conductivity type
is, for example, $n^+$-type material doped at between $10^{18}$ and
$10^{20}$ atoms per cubic centimeter. Source region 13, for
example, extends 0.4 microns below surface 9 of die 8. Body
region 12 may be electrically connected directly to substrate
10 by extending body region 12 outside pocket region 11.

A drain contact region 16 of second conductivity type is,
for example, $n^+$-type material doped at between $10^{18}$ and $10^{20}$
atoms per cubic centimeter. Drain contact region 16, for

FCS1685964