7

example, extends 0.4 microns below surface 9 of die 8. A source contact 17 is placed on surface 9 in electrical contact with body region 12 and a source contact region portion of source region 13. A drain contact 19 is placed on surface 9

5    in electrical contact with drain contact region 16. An insulating layer 7 is placed on surface 9 of die 8. A gate contact 18 is placed on insulating layer 7 over a channel region portion of body region 12, as shown.

Between body region 12 and region 16 is a region 14 of

10   second conductivity type. Region 14 is, for example, n-type material doped at $2 \times 10^{12}$ atoms per square centimeter. Region 14 extends downward from surface 9 to a depth of, for example 0.4 microns. Located below region 14 is a region 15 of first conductivity type. Region 15 is, for example, p-type

15   material doped at $4 \times 10^{12}$ atoms per square centimeter. Region 15 extends from surface 9 downward a depth of, for example 1 micron. Region 15 is connected to ground at surface 9 in a plane not shown in Figure 1. A distance 6 between and edge of body region 12 and an edge of drain

20   contact 16 is, for example 12 microns. A symmetry line 20 is used for placing a second half of the transistor in a mirror image to the first half shown in Figure 1.

The circuit shown in Figure 1, may also function as a bipolar transistor with region 13 functioning as an emitter,

25   region 12 functioning as a base, and pocket 11, region 14 and region 16 functioning as an extended collector.

Figure 2 shows a circuit diagram for the lateral double-diffused insulated gate field effect transistor with an

FCS1685965

8

extended drain region which is a parallel combination of a single-sided JFET and a double-sided JFET shown in Figure 1. A transistor 22 is controlled by gate contact 18. Current through transistor 22 travels from source contact 17 through

5   region 13 through body region 12 to region 11, shown in Figure 1.

The extended drain region of transistor 22 includes a single-sided JFET 24 and a double-sided JFET 21 connected in parallel as shown. Current through single-sided JFET 24

10  passes through region 14 and through region 16 to drain contact 19. Region 15 serves as the single side of single-sided JFET 24. Current through double-sided JFET 21 passes through region 11 and through region 16 to drain contact 19. Region 15 and substrate 10 serve as the two sides of double-

15  sided JFET 21.

The above-discussed design allows for significant reduction of resistance from source contact 17 to drain contact 19 when transistor 22 is "on", over circuits in the prior art. The present invention is also simpler to

20  manufacture than related prior art devices.

Figure 3 shows a cross-sectional view of a lateral double-diffused insulated gate field effect transistor with extended drain region in accordance with an alternate preferred embodiment of the present invention. The transistor

25  shown in Figure 3 is surrounded by isolation diffusion which is necessary in order to isolate the transistor from other devices on an integrated circuit.

FCS1685966

9

A substrate 110 of first conductivity type is, for example, made of p⁻-type material doped with $5 \times 10^{14}$ atoms per cubic centimeter. A typical depth of substrate 110 is 500 microns. A layer 111 of material of second conductivity type is, for example, n-type epitaxial material doped at $10^{15}$ atoms per cubic centimeter. Layer 111 extends a depth of, for example, 10 to 25 microns below a surface 109.

For a first half of the transistor, a body region 112 of first conductivity type is, for example, p-type material doped at between $10^{17}$ and $10^{20}$ atoms per cubic centimeter. Body region 112 typically extends a depth of 1 micron below surface 109. Within body region 112, a source region 113 of second conductivity type is, for example, n⁺-type material doped at between $10^{18}$ and $10^{20}$ atoms per cubic centimeter. Source region 113, for example, extends 0.4 microns below surface 109.

A drain contact region 116 of second conductivity type is, for example, n⁺-type material doped at between $10^{18}$ and $10^{20}$ atoms per cubic centimeter. Drain contact region 116, for example, extends 0.4 microns below surface 109.

A source contact 117 is placed on surface 109 in electrical contact with body region 112 and a source contact region portion of source region 113. A drain contact 119 is placed on surface 109 in electrical contact with drain contact region 116. An insulating layer 107 is placed on surface 109. A gate contact 118 is placed on insulating layer 107 over a channel region portion of body region 112, as shown.

FCS1685967

10

Between body region 112 and region 116 is a region 114 of
second conductivity type.  Region 114 is, for example, n-type
material doped at $2 \times 10^{12}$ atoms per square centimeter.
Region 114 extends downward from surface 109 to a depth of,
for example 0.4 microns.  Located below region 114 is a region
115 of first conductivity type.  Region 115 is, for example,
p-type material doped at $4 \times 10^{12}$ atoms per square centimeter.
Region 115 extends from surface 109 downward a depth of, for
example 1 micron.   Region 115 is connected to ground at
10    surface 109 in a plane not shown in Figure 1.

A second half of the transistor is a mirror image of the
first half of the transistor with symmetry around drain
contact region 116.  For the second half of the transistor, a
body region 132 of first conductivity type is, for example, p-
15    type material.  Within body region 132, a source region 133 of
second conductivity type is, for example, $n^+$-type material.

A source contact 137 is placed on surface 109 adjacent to
body region 132 and in electrical contact with source region
133.  A gate contact 138 is placed on insulating layer 107
20    over a channel region portion of body region 132, as shown.

Between body region 132 and region 116 is a region 134 of
second conductivity type.  Region 134 is, for example, n-type
material.  Located below region 134 is a region 135 of first
conductivity type.  Region 135 is connected to ground at
25    surface 109 in a plane not shown in Figure 3.

The transistor shown in Figure 3, may also function as a
bipolar transistor with region 113 and region 133 functioning
as an emitter, region 112 and region 132 functioning as a

FCS1685968

11

base, and layer 111, region 114, region 134 and region 116
functioning as an extended collector.

An isolation region 141, an isolation region 142, an
isolation region 143 and an isolation region 144, each of
5   first conductivity type, provide isolation for the transistor
from other devices.  Isolation regions 141 are, for example,
of p-type material doped at between $10^{16}$ and $10^{19}$ atoms per
cubic centimeter.  Isolation region 141 and isolation region
143 are diffused down while isolation region 142 and isolation
10   region 144 are diffused up.

When a device is either embedded in a well or an
epitaxial layer, a severe problem can arise when the diode
formed by the body region and the well (or epitaxial layer) is
forward biased and the diode formed by the well region and the
15   substrate is backed biased at a high negative voltage (e.g.,
less than -50 volts).  Specifically, this can trigger a
parasitic bipolar transistor where the body region will act as
an emitter, the well (or epitaxial layer) will act as base and
the substrate will act as a collector.  The gain of such a
20   parasitic bipolar transistor is typically more than 100;
therefore, practically all the current will flow to the
substrate creating a parasitic power dissipation through the
substrate.  To solve this issue, a layer of semiconductor
material of opposite conductivity type from the conductivity
25   type of the substrate may be buried under the well (or
epitaxial layer) to drastically reduce the gain of the
parasitic bipolar transistor.  In many cases even this scheme
does not result in sufficient isolation for optimal

FCS1685969

12

performance. In such cases, the isolation scheme shown in Figure 4 may be utilized.

Figure 4 shows a cross-sectional view of two lateral double-diffused insulated gate field effect transistors with 5 extended drain regions where the transistors are additionally shielded from the substrate and other devices.

A substrate 210 of first conductivity type is, for example, made of p⁻-type material doped with 5 x 10¹⁴ atoms per cubic centimeter. A typical depth of substrate 210 is 500 10 microns. A layer 211 of material of second conductivity type is, for example, n-type epitaxial material doped at 10¹⁵ atoms per cubic centimeter. Layer 211 extends a depth of, for example, 12 to 17 microns below a surface 209.

For a first half of the transistor, a body region 212 of 15 first conductivity type is, for example, p-type material doped at between 10¹⁷ and 10²⁰ atoms per square centimeter. Body region 212 typically extends a depth of 1 micron below surface 209. Within body region 212, a source region 213 of second conductivity type is, for example, n⁺-type material doped at 20 between 10¹⁸ and 10²⁰ atoms per cubic centimeter. Source region 213, for example, extends 0.4 microns below surface 209.

A drain contact region 216 of second conductivity type is, for example, n⁺-type material doped at between 10¹⁸ and 25 10²⁰ atoms per cubic centimeter. Drain contact region 216, for example, extends 0.4 microns below surface 209.

A source contact 217 is placed on surface 209 in electrical contact with body region 212 and a source contact

FCS1685970

13

region portion portion of source region 213. A drain contact
219 is placed on surface 209 in electrical contact with drain
contact region 216. An insulating layer 207 is placed on
surface 209. A gate contact 218 is placed on insulating layer
5   207 over a channel region portion of body region 212, as
shown.

Between body region 212 and region 216 is a region 214 of
second conductivity type. Region 214 is, for example, n-type
material doped at $2 \times 10^{12}$ atoms per square cantimeter.
10  Region 214 extends downward from surface 209 to a depth of,
for example 0.4 microns. Located below region 214 is a region
215 of first conductivity type. Region 215 is, for example,
p-type material doped at $4 \times 10^{12}$ atoms per square cantimeter.
Region 215 extends from surface 209 downward a depth of, for
15  example 1 micron.  Region 215 is connected to ground at
surface 209 in a plane not shown in Figure 1.

A second half of the transistor is a mirror image of the
first half of the transistor with symmetry around drain
contact region 216.  For the second half of the transistor, a
20  body region 232 of first conductivity type is, for example, p-
type material. Within body region 232, a source region 233 of
second conductivity type is, for example, $n^+$-type material.

A source contact 237 is placed on surface 209 adjacent to
body region 232 and in electrical contact with source region
25  233. A gate contact 238 is placed on insulating layer 207
over a channel region portion of body region 232, as shown.

Between body region 232 and region 216 is a region 234 of
second conductivity type. Region 234 is, for example, n-type

FCS1685971

14

material.  Located below region 234 is a region 235 of first
conductivity type.  Region 235 is connected to ground at
surface 209 in a plane not shown in Figure 4.

    The transistor shown in Figure 4, may also function as a
5    bipolar transistor with region 213 and region 233 functioning
as an emitter, region 212 and region 232 functioning as a
base, and layer 211, region 214, region 234 and region 216
functioning as an extended collector.

    Isolation layers and isolation regions isolate the
10    transistor from the substrate and from other devices.
Surrounding the transistor shown in Figure 4 is an isolation
region 241, an isolation region 243 and an isolation region
250.  Additionally, an isolation region 266 and an isolation
region 267 are adjacent to a region 254 of epitaxial material
15    of the second conductivity type.  An isolation region 268 and
an isolation region 269 are adjacent to a region 255 of
epitaxial material of the second conductivity type.
Additionally a sinker region 251 and a sinker region 253 are
located as shown.

20    Isolation region 241, isolation region 243, isolation
region 250, isolation region 266, isolation region 267,
isolation region 268 and isolation region 269 are each of
first conductivity type, for example, p-type material doped at
between $10^{16}$ and $10^{20}$ atoms per cubic centimeter.  Sinker
25    region 251 and sinker region 253 are, for example of $n^{+}$-type
material doped at between $10^{18}$ and $10^{20}$ atoms per cubic
centimeter.  Region 254 and region 255 are, for example, of n

FCS1685972

15

type epitaxial material doped at $10^{15}$ atoms per cubic centimeter.

In addition to Isolation region 250, a buried layer 249 of second conductivity type is placed to provide further isolation of the transistor from substrate 210. Buried layer 249 consists of, for example, $n^+$-type semiconductor material doped at between $10^{17}$ and $10^{19}$ atoms per cubic centimeter. Region 250 has a depth 261 of, for example, three microns. Buried layer 249 has a depth 262 of, for example, ten microns. Region 250 and buried layer 249 combine to effectively isolate substrate 210 from the transistor device even at high voltages.

Figure 5 shows another shielding arrangement which isolates devices used in high voltage applications. A substrate 310 of first conductivity type is, for example, made of $p^-$-type material doped with $5 \times 10^{14}$ atoms per cubic centimeter. A typical depth of substrate 210 is 500 microns. A layer 350 of material of first conductivity type is, for example, p-type epitaxial material doped at between $5 \times 10^{15}$ and $5 \times 10^{16}$ atoms per cubic centimeter. Layer 350 extends a depth of, for example, 10 to 25 microns below a surface 309.

Active devices are placed within a well 311 of second conductivity type. Well 311 is, for example, n-type material doped at $5 \times 10^{15}$ and $5 \times 10^{16}$ atoms per cubic centimeter. Well 311 extends a depth of, for example, 5 microns below a surface 309.

Isolation layers and isolation regions isolate a device within well 311 from substrate 310 and from other devices.

FCS1685973

16

Immediately below well 311 is a region 351 which is part of layer 350. Surrounding well 311 and region 351 is an isolation region 341, and an isolation region 342. Surrounding isolation region 341 and isolation region 342 are

5 a sinker region 331 and a sinker region 332.

Isolation region 341 and isolation region 342 are each of first conductivity type, for example, $p^+$-type material doped at between $10^{17}$ and $10^{19}$ atoms per cubic centimeter. Sinker region 331 and sinker region 332 are, for example of $n^+$-type

10 material doped at between $10^{17}$ and $10^{19}$ atoms per cubic centimeter.

A buried layer 349 of second conductivity type is placed to provide isolation of the device in well 311 from substrate 310. Buried layer 349 consists of, for example, $n^+$-type

15 semiconductor material doped at between $10^{17}$ and $10^{19}$ atoms per cubic centimeter. Buried layer 349 has a depth of, for example, ten microns. Region 351 and buried layer 349 combine to effectively isolate substrate 310 from the device in well 311 even at high voltages greater than 50 volts.

20 The foregoing discussion discloses and describes merely exemplary methods and embodiments of the present invention. For example, in the above discussion the first conductivity type is n-type material and the second conductivity type is p-type material. Alternately, the first conductivity type could

25 be p-type material and the second conductivity type could be n-type material. As will be understood by those familiar with the art, the invention may be embodied in other specific forms without departing from the spirit or essential

17

characteristics thereof. Accordingly, the disclosure of the
present invention is intended to be illustrative, but not
limiting, of the scope of the invention, which is set forth in
the following claims.

FCS1685975

18

## Claims

I Claim:

1. A semiconductor device comprising:

a substrate of first conductivity type;

a pocket of semiconductor material of second conductivity type which adjoins a surface of the substrate;

a body region of semiconductor material of the first conductivity type which is within the pocket of semiconductor material and which adjoins the surface of the substrate;

a source region of semiconductor material of the second conductivity type, the source region being within the body region and adjoining the surface of the substrate;

a drain contact region of semiconductor material of the second conductivity type within the pocket of semiconductor

15  material which adjoins the surface of the substrate;

a first intermediate region of semiconductor material of the first conductivity type which adjoins the surface of the substrate and which is located within the pocket of semiconductor material between the body region and the drain

20  contact region; and,

a second intermediate region of semiconductor material of the second conductivity type which adjoins the surface of the substrate and which is located within the pocket of semiconductor material between the body region and the drain

25  contact region, wherein a portion of the second intermediate region extends between the first intermediate region and the surface of the substrate.

FCS1685976

19

2.  A semiconductor device as in claim 1 wherein the substrate is electrically coupled to the body region by extending a portion of the the body region out of the pocket of semiconductor material.

5

3.  A semiconductor device as in claim 1 wherein the semiconductor device is a lateral double-diffused insulated gate field effect transistor with an extended drain region.

10      4.  A semiconductor device as in claim 1 wherein the semiconductor device is a bipolar transistor, the source region functioning as an emitter, and the body region functioning as a base.

15      5. A semiconductor device comprising:
        a drain contact;
        a single-sided JFET having a first end electrically coupled to the drain contact and having a second end;
        a double-sided JFET having a first end electrically
20      coupled to the first end of the single-sided JFET and having a second end electrically coupled to the second end of the single-sided JFET;
        a source contact;
        a gate contact;
25      an insulated gate field effect transistor having a gate region coupled to the gate contact, having a source region electrically coupled to the source contact, and having a drain

FCS1685977

20

region electrically coupled to the second end of the single-
sided JFET and to the second end of the double-sided JFET.

6. A semiconductor device as in claim 5 wherein the
5    double-sided JFET comprises:

a first semiconductive path within a pocket of
semiconductor material of second conductivity type, the pocket
of semiconductor material being within a substrate of first
conductivity type, wherein a first region of semiconductor
10   material of first conductivity type is placed between the
first semiconductive path and a surface of the substrate.

7. A semiconductor device as in claim 6 wherein the
single-sided JFET comprises:

a second semiconductive path composed of semiconductor
material of second conductivity type; the second
semiconductive path residing between the first region of
semiconductor material and the surface of the substrate.

20   8. A semiconductor device as in claim 7 wherein the
insulated gate field effect transistor comprises:

a body region of semiconductor material of the first
conductivity type, the body region being within the pocket of
semiconductor material wherein the body region adjoins the
25   surface of the substrate and is separated from the gate
contact by a layer of insulator placed on the surface of the
substrate; and,

21

a source region of semiconductor material of the second
conductivity type, the source region being within the body
region and the source region being electrically coupled to the
source contact.

5

9. A semiconductor device as in claim 5 wherein the
double-sided JFET comprises:

a first semiconductive path within a layer of epitaxial
material of second conductivity type, the layer of epitaxial
10 material being deposited on a substrate of first conductivity
type, wherein a first region of semiconductor material of
first conductivity type is placed between the first
semiconductive path and a surface of the layer of epitaxial
material.

15

10. A semiconductor device as in claim 9 wherein the
single-sided JFET comprises:

a second semiconductive path composed of semiconductor
material of second conductivity type; the second
20 semiconductive path residing between the first region of
semiconductor material and the surface of the layer of
epitaxial material.

11. A semiconductor device as in claim 10 wherein the
25 insulated gate field effect transistor comprises:

a body region of semiconductor material of the first
conductivity type, the body region being within the layer of
epitaxial material wherein the body region adjoins the surface

FCS1685979

22

of the layer of epitaxial material and is separated from the
gate contact by a layer of insulator placed on the surface of
the layer of epitaxial material; and,

  a source region of semiconductor material of the second
5  conductivity type, the source region being within the body
   region and the source region being electrically coupled to the
   source contact.

         12.  A semiconductor device comprising:
         a substrate of first conductivity type;
10       a layer of epitaxial material of second conductivity type
   deposited on a surface of the substrate;
         a body region of semiconductor material of the first
   conductivity type which is within the layer of epitaxial
15 material and which adjoins the surface of the layer of
   epitaxial material;
         a source region of semiconductor material of the second
   conductivity type, the second contact region being within the
   body region and adjoining the surface of the layer of
20 epitaxial material;
         a drain contact region of semiconductor material of the
   second conductivity type within the layer of epitaxial
   material which adjoins the surface of the layer of epitaxial
   material;
25       a first intermediate region of semiconductor material of
   the first conductivity type which adjoins the surface of the
   layer of epitaxial material and which is located within the

FCS1685980

23

layer of epitaxial material between the body region and the
drain contact region; and,

a second intermediate region of semiconductor material
which adjoins the surface of the layer of epitaxial material

5    and which is located within the layer of epitaxial material
between the body region and the drain contact region, wherein
a portion of the second intermediate region extends between
the first intermediate region and the surface of the layer of
epitaxial material.

10

13. A semiconductor device as in claim 12 wherein the
semiconductor device is isolated from other semiconductor
devices within the substrate by isolation layers of the first
conductivity type within the layer of epitaxial material.

15    14. A semiconductor device as in claim 13 wherein the
semiconductor device is isolated from the substrate by a first
isolation layer of the first conductivity type diffused within
the layer of epitaxial material, and by a buried layer of the

20    second conductivity layer diffused within the layer of
epitaxial material and below the first isolation layer.

15. A semiconductor device as in claim 12 wherein the
semiconductor device is a lateral double-diffused insulated

25    gate field effect transistor with an extended drain region.

16. A semiconductor device as in claim 12 wherein the
semiconductor device is a bipolar transistor, the source

24

region functioning as an emitter, and the body region
functioning as a base.

17.  A semiconductor device comprising:

5      a substrate of first conductivity type;

a layer of epitaxial material of second conductivity type
deposited on a surface of the substrate;

a body region of semiconductor material of the first
conductivity type which is within the layer of epitaxial

10  material and which adjoins the surface of the layer of
epitaxial material;

a source region of semiconductor material of the second
conductivity type, the second contact region being within the
body region and adjoining the surface of the layer of

15  epitaxial material;

a drain contact region of semiconductor material of the
second conductivity type within the layer of epitaxial
material which adjoins the surface of the layer of epitaxial
material;

20      a first isolation layer of the first conductivity type
diffused in the layer of epitaxial material; and,

a buried layer of the second conductivity layer diffused
in the layer of epitaxial material and below the first
isolation layer.

25

18.  A semiconductor device as in claim 17 additionally
comprising:

FCS1685982

25

a first intermediate region of semiconductor material of the first conductivity type which adjoins the surface of the layer of epitaxial material and which is located within the layer of epitaxial material between the body region and the

5    drain contact region; and,

a second intermediate region of semiconductor material of second conductivity type which adjoins the surface of the layer of epitaxial material and which is located within the layer of epitaxial material between the body region and the

10    drain contact region, wherein a portion of the second intermediate region extends between the first intermediate region and the surface of the layer of epitaxial material.

19.    Shielding for a high power semiconductor device, the

15    high power semiconductor device being placed in a layer of epitaxial material of second conductivity type deposited on a surface of a substrate of first conductivity type, the shielding comprising:

an isolation layer of the first conductivity type

20    diffused in the layer of epitaxial material;

a first isolation region within the layer of epitaxial material and surrounding the high power semiconductor device, the first isolation region extending from the surface of the layer of epitaxial material to the isolation layer and the

25    first isolation region being of the first conductivity type;

a buried layer of the second conductivity layer diffused into the layer of epitaxial material and below the first isolation layer;

FCS1685983

26

a second isolation regions surrounding the first

isolation region, the second isolation region extending from

the surface of the layer of epitaxial material to the buried

layer and the second isolation region being of the second

5  conductivity type;

an epitaxial region surrounding the second isolation

region, the epitaxial region extending from the surface of the

layer of epitaxial material to a depth below the second

isolation region; and,

10  a third isolation region surrounding the epitaxial

region, the third isolation region extending from the surface

of the layer of epitaxial material and the third isolation

region being of the first conductivity type.


15  20.  A semiconductor device as in claim 17 wherein the

semiconductor device is a lateral double-diffused insulated

gate field effect transistor with an extended drain region.


21.  A semiconductor device as in claim 17 wherein the

20  semiconductor device is a bipolar transistor, the source

region functioning as an emitter, and the body region

functioning as a base.


22.  A shielding for a high power semiconductor device

25  within a layer of epitaxial material of first conductivity

type deposited on a substrate of the first conductivity type,

the shielding comprising:

FCS1685984

27

a well of second conductivity type which adjoins a
surface of the layer of epitaxial material, the high power
semiconductor device being placed in the well;

a buried layer of the second conductivity layer diffused
5    into the layer of epitaxial material;

an isolation region of first conductivity type, within
the layer of epitaxial material located above the buried layer
and surrounding the well; and,

a sinker region of second conductivity type, placed above
10   the buried layer and surrounding the isolation region.

FCS1685985

747 657

28

### Abstract of the Disclosure

MP
11/15/91

An insulated gate field effect transistor with an
extended drain region is presented.  The extended drain region
includes a single-sided JFET and a double-sided JFET connected
in parallel.  The insulated gate field effect transistor is
5   built on a substrate of first conductivity type.  A pocket of
semiconductor material of second conductivity type is within
the substrate adjoining a surface of the substrate.  A body
region of semiconductor material of the first conductivity
10  type is within the pocket adjoining the surface of the
substrate.  Also, a source region of semiconductor material of
the second conductivity type is within the body region
adjoining the surface of the substrate.  A drain contact
region of semiconductor material of the second conductivity
15  type is also within the pocket of semiconductor material
adjoining the surface of the substrate.  A first intermediate
region of semiconductor material of the first conductivity
type is within the pocket of semiconductor material between
the body region and the drain contact region.  The first
20  intermediate region adjoins the surface of the substrate.
Also, a second intermediate region of semiconductor material
of second conductivity type is within the pocket of
semiconductor material between the body region and the drain
contact region.  The second intermediate region also adjoins
25  the surface of the substrate.  A portion of the second
intermediate region extends between the first intermediate
region and the surface of the substrate.

FCS1685986

PATENT APPLICATION

**DECLARATION AND POWER  ATTORNEY**
**FOR PATENT APPLICATION**                    ATTY. DOCKET NO. 1003 ?

As a below named inventor, I hereby declare that:

My residence/post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled: DEVICE WHICH FUNCTIONS AS A LATERAL DOUBLE-DIFFUSED INSULATED GATE FIELD EFFECT TRANSISTOR OR AS A BIPOLAR TRANSISTOR

the specification of which

[X] is attached hereto.
[ ] was filed on _____ as Application Serial No. _____
[ ] was amended by the preliminary amendment filed with the original application papers.

I hereby state that I have reviewed and understood the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above and that I have disclosed the best mode for carrying out the invention as of the filing date of the application. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, Section 1.56(a).

[ ] In compliance with this duty there is attached an information disclosure statement 37 CFR 1.97.

**Foreign Application(s) and/or Claim of Foreign Priority**

I hereby claim foreign priority benefits under Title 35, United States Code Section 119 of any foreign application(s) for patent or inventor(s) certificate listed below and have also identified below any foreign application for patent or inventor(s) certificate having a filing date before that of the application on which priority is claimed:

| COUNTRY | APPLICATION NUMBER | DATE FILED | PRIORITY CLAIMED UNDER 35 U.S.C. 119 | |
|---|---|---|---|---|
| | | | YES: ____ | NO: ____ |
| | | | YES: ____ | NO: ____ |
| | | | YES: ____ | NO: ____ |

**U. S. Priority Claim**

I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| APPLICATION SERIAL NUMBER | FILING DATE | STATUS (patented/pending/abandoned) |
|---|---|---|
| | | |
| | | |

**POWER OF ATTORNEY:**

As a named inventor, I hereby appoint the attorney(s) and/or agent(s) listed below to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

601
602    Douglas L. Weller, Reg. No. 30,506    301
701    836 Fremont St.
       Santa Clara, CA  95050
       (408) 985-0642

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of Inventor: Klas H. Eklund  40/00    Citizenship: Finland

Residence/Post Office Address: 103 Los Patios, Los Gatos, CA  95030  CA

Inventor's Signature _____    Date  8/9/91

(Use Page Two For Additional Inventor(s) Signature(s))    Page 1 of  1

Rev 5/90 (Form 3.02)

FCS1685987

Patent

Applicant: KLAS H. EKLUND        Attorney's Docket Number: 1003
For: DEVICE WHICH FUNCTIONS AS A LATERAL DOUBLE-DIFFUSED
INSULATED GATE FIELD EFFECT TRANSISTOR OR AS A BIPOLAR TRANSISTOR

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY
STATUS (37 CFR 1.9(f) and 1.27(b)) - INDEPENDENT INVENTOR

As a below named inventor, I hereby declare that I qualify as
an independent inventor as defined in 37 CFR 1.9 (c) for purposes
of paying fees under section 41(a) and (b) of Title 35, United
States Code with regard to the invention entitled: DEVICE WHICH
FUNCTIONS AS A LATERAL DOUBLE-DIFFUSED INSULATED GATE FIELD EFFECT
TRANSISTOR OR AS A BIPOLAR TRANSISTOR described in the
specification filed herewith.

I have not assigned, granted conveyed or licensed and am
under no obligation under contract or law to assign, grant convey
or license, any rights in the invention to any person who could
not be classified as an independent inventor under 37 CFR 1.9 (c)
if that person had made the invention, or to any concern which
would not qualify as a small business concern under 37 CFR 1.9(d)
or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned,
granted, conveyed, or licensed or am under an obligation under
contract or law to assign, grant, convey or license any rights in
the invention is listed below.

--POWER INTEGRATIONS, INC., 411 Clyde Ave, Mtn. View, CA 94043.

I acknowledge the duty to file, in this application or
patent, notification of any change in status resulting in loss of
entitlement to small entity status prior to paying, or at the time
of paying, the earliest of the issue fee or any maintenance fee
due after the date on which status as a small entity is no longer
appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own
knowledge are true and that all statements made on information and
belief are believed to be true; and further that these statements
were made with the knowledge that willful false statements and the
like so made are punishable by fine or imprisonment, or both,
under section 1001 of Title 18 of the United States Code, and that
such willful false statements may jeopardize the validity of the
application, any patent issuing thereon, or any patent to which
this verified statement is directed.

Name of Person Signing: KLAS H. EKLUND
Address of Person Signing: 103 Los Patios, Los Gatos, CA 95030

Signature: _____

Date: 8/9/91

FCS1685988



FIG. 1

II 747657

FCS1685989

rrint of Drawings
As Originally Filed

17 747657



**FIG. 2**

FCS1035990



JT 747657



FIG. 3

FCS1685991



FIG. 4

FCS1685992



FCS1685993

# DX 600

Case No. 04-1371-JJF
DEFT Exhibit No. DX 600
Date Entered _____
Signature _____

# Optimum Design of Power MOSFETS

P.L.Hower, T.M.S.Heng and C. Huang

Unitrode Corporation
Watertown, Mass. 02172

## ABSTRACT

Three cell geometries (rectangle, square and hexagon) have been investigated using a lumped $R_{ds}$ model. It is demonstrated that for each geometry one can calculate a spacing of the p-well diffusions that minimizes $R_{ds}$. This optimum spacing is a function of the vertical and lateral p-well dimensions, the desired breakdown voltage, and, in some cases, the average current density in the cell.

It is shown that in choosing the minimum $R_{ds}$ for the typical range of breakdown voltages (50-1000V) and realizable cell sizes (20 to 40 μm), the square gives a smaller $R_{ds}$ than the rectangle, and the hexagon gives a smaller resistance than the square. Therefore, the hexagon is the preferred geometry for these situations.

## INTRODUCTION

At present there is some controversy as to the choice of cell geometries which minimize the on-resistance $R_{ds}$ of power MOSFETS which are made using the vertical DMOS structure. To attack this problem it is necessary to have accurate models of current flow in the on-state. Previous authors (1,2) have used two-dimensional numerical solutions of the semiconductor differential equations to calculate on-resistance. This method will give accurate results for "long" rectangular or interdigitated cells, however, it is necessary to take into account three-dimensional current flow for other cell geometries. These alternate geometries are important because they give further reductions in $R_{ds}$.

The need for three-dimensional solutions greatly increases the computer memory requirements for numerical modeling. A further problem with numerical solutions is that computation time can become excessive when searching for the combination of cell para-meters that minimizes $R_{ds}$.

For these reasons we have developed a lumped approximation to the components of on-resistance. Experimental checks of the model show that it accurately predicts $R_{ds}$ for the range of cell parameters and drain region concentration and thickness combinations of interest.

## ON-STATE MODEL

A number of authors have considered the problem of calculating the on-resistance of power MOSFETS (1-4), however, there has been no satisfactory analytical solution to the problem of determining current flow in the "neck" region between the p-wells.

This problem is illustrated in Fig. 1 where



Fig.1. Drain characteristic showing a design (a) where $R_{JFET}$ dominates the neck region and a design (b) with wider-spaced p-wells where the transfer resistance is dominant.

CH1973-7/83/0000-0087 $1.00 © 1983 IEEE

EXHIBIT
KE 7
10/14/05

the $I_D$, $V_{DS}$ characteristic is shown for two situations. In case (a), the distance $\ell_c$ between the p-wells is small and JFET action, (where the p-well diffusions act as gates of an n-channel JFET) causes the on-resistance to increase as $I_D$ is increased. In case (b), $\ell_c$ is too large for JFET action to occur and current flow assumes a pattern which depends on the local geometry, the resistivity of the neck region, and the sheet resistance of the accumulation layer under the gate.

Neck Region Resistance

Cell cross-sections corresponding to the two cases of Fig. 1 are shown in Fig. 2, where



(a)



(b)

Fig.2.  Two cases corresponding to the I-V characteristics of Figure 1.  JFET action is dominant in (a) and current crowding due to the transfer of current flow from the accumulation layer is dominant in (b).

the center-lines indicate the extent of each unit cell.  In Fig.2 (a) JFET action dominates.  For this

case the gradual channel solution is used to estimate $R_{JFET}$ where the gate length is approximated by $x_J$, the p-well diffusion depth. The channel width near the pseudo-drain of this JFET determines the effective contact dimension of the drain spreading resistance $R_{sp}$.

Current flow in the n-layer is indicated in Figs.2 (a) and (b) by the shaded regions.  A current flow spreading angle of 45 degrees (4) is used for a three-dimensional calculation of $R_{sp}$.

For large $\ell_c$, $R_{JFET}$ decreases and vertical current flow can no longer be taken as uniform over the source end of the neck region JFET.  Upon entering the n-region from the inversion layer, current will transfer from a horizontal direction in the accumulation layer to a vertical direction in the n-layer.

To approximate this situation we have adapted the "transmission line model" which has been used to solve the problem of two-dimensional current flow at ohmic contacts, (5), (6).  From this solution it can be shown that the vertical component of current flow exhibits a cosh-like distribution with respect to the center of the neck region. We approximate the situation as shown in Fig.2 (b), where an equivalent value of uniform current flow occurs over a distance $x_{eff}$ which is given by

$$x_{eff} = \frac{L_T}{\tanh(\ell_c/2L_T)} \qquad (1)$$

$L_T$ is the transfer length and is given by

$$L_T = \sqrt{\rho_D x_J/3R_{sn+}} \qquad (2)$$

where $\rho_D$ is the resistivity of the drain region and $R_{sn+}$ is the sheet resistance of the accumulation layer.

Depending on the various cell parameters, either case (a) or (b) is used to find the neck region voltage drop.  Other components of on-resistance which are accounted for in the analysis are the channel resistance $R_{ch}$ and contact resistance to the n+ source region $R_{con}$.

Comparison with Experiment

The model for $R_{DS}$ has been checked against experiment by considering both high and low voltage designs and wide and narrow neck regions.  An example where $R_{JFET}$ is dominant is shown in Fig. 3.

4.5



Fig.3.  Measured and calculated drain characteristic for a high voltage design (BV = 430V) where $R_{JFET}$ dominates.

In another example, which is a lower voltage design, $R_{tr}$ is dominant.  Measurements are compared against theory for this example in Fig.4,



Fig. 4.  Measured and calculated $R_{ds}$ vs. $V_{GS}$ at $I_D$ = 1A for a low voltage design (BV = 130V) where $R_{tr}$ dominates.

where $R_{DS}$ is now independent of $I_D$ and is plotted vs. $V_{GS}$ to show the influence of the accumulation layer.  It can be seen in both cases that the model shows good agreement with measured values.

## DESIGN CONSIDERATIONS

### Optimum p-well Spacing

If we consider the case where the lateral p-well

dimension $\ell$ is fixed we can determine an optimum spacing $\ell_{co}$ for the p-wells.  This idea is not new, however, by improving upon the model of Ref.7 the present analysis permits a more accurate determination of $\ell_{co}$.  Therefore, the minimum on-resistance is also known with more accuracy.  Fig.5 shows



Fig.5.  Normalized $R_{DS}$ vs. p-well spacing for two different breakdown voltages.  The optimum solution is indicated.

a plot of $R_{DS}/R_{ideal}$ vs. $\ell_c$ for two examples.  $R_{ideal}$ is the resistance obtained for the drain region, assuming the entire cell area is conducting uniformly.

### Comparison of Geometries

Fig. 6 shows plots of the product of on-resistance and "active" area A vs. breakdown voltage.  The active area is the portion of the die that is available for cells.  For these plots the drain doping and thickness are adjusted to give the minimum $R_{DS}$ for each BV, assuming uniform current flow.  The source window dimension $\ell$ is fixed at 30 $\mu$m which is consistent with conventional photolithographic limits (minimum feature size in the 5 to 6 $\mu$m range).  For each BV, $\ell_c$ is adjusted to give the minimum $R_{DS}$.

Fig. 6 is a demonstration of the earlier claim that for the three geometries considered, the hexagon will give the minimum on-resistance.

These results are consistent with the previous observation that $R_{DS}$ deviates considerably from $R_{ideal}$ as BV is reduced (8).  The present analysis shows that less efficient spreading of the current in the drain region and the increased importance of the transfer resistance account for most of the deviation at the lower values of BV.

4.5



Fig. 6. Specific on-resistance vs. breakdown voltage for different geometries.



Fig.7. Normalized optimum $R_{DS}$ vs. p-well size for hexagonal and square geometries, BV = 500V.



Fig.8. Similar to Figure 7 but for BV = 120V.

By calculating minimum $R_{DS}$(on) for different size p-wells we can see how improvements in processing and photolithography will decrease $R_{DS}$. A comparison between the square and the hexagon is carried out in Fig. 7 and 8 where $R_{DS}/R_{ideal}$ is plotted vs. p-well size for a high and low breakdown voltage design. Note the difference in vertical scales.

It can be seen from these two figures that only minor improvements can be made in high voltage MOSFETs by shrinking geometries, however, the on-resistance for low-voltage designs can be decreased by about a factor of two if $\ell$ is decreased from 30 to 8 $\mu$m.

In conclusion we have found that the analysis described in this paper is a useful design tool. It also permits an identification of possible trends for future design of power MOSFETs.

### References

1. V.A.K. Temple and P.V.Gray, "Theoretical comparison of DMOS and CMOS Structures for Voltage and On-resistance," 1979 IEDM Digest, p.88-92.
2. A. Nakagawa, et al, "High Voltage Low-On-resistance VDMOS FET," Japanese Journal of Applied Physics,V.21 (1982) supplement 21-1 pp.97-101.
3. S.C.Sun and J.D.Plummer, "Modeling of the on-resistance of LDMOS,VDMOS, and VMOS Power Transistors," IEEE Trans. on Elec.Dev.,V.ED-27, pp.356-367, Feb.1980.
4. M.Chi and C.Hu. "Some issues of Power MOSFETs," IEEE PESC '82 Record, pp.392-399.
5. H.H.Berger, "Models for Contacts to Planar Devices," Solid State Elec.,V.15,pp.145-158, Feb. 1972.
6. P.L.Hower,et al,"The GaAs Field-Effect Transistor,"pp.178-183,Vol.7-Semiconductors and Semimetals,Ed.R.K.Willardson and A.C.Beer,Academic Press,1971.
7. P.L.Hower & M.J.Geisler, "Comparison of Various Source-gate Geometries for Power MOSFETs," IEEE Trans. on Elec.Dev.,V.ED-28,pp.1098-1101.
8. R.P.Love,P.V.Gray, & M.S.Adler,"A Large Area Power MOSFET Designed for Low Conduction Losses" 1981 IEDM Digest, pp. 418-421.

**4.5**

# DX 601



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/008,324 | 11/09/2006 | 6107851 | 10414-25 | 6695 |

| | |
|---|---|
| 7590        12/19/2006 | EXAMINER |

BRADLEY J. BEREZNAK, EQS.
BLAKELEY, SOKOLOFF, TAYLOR, ZAFMAN LLP.
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES, CA 90025

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED: 12/19/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

Case No. 04-1371-JJF
DEFT Exhibit No. DX 601
Date Entered _____
Signature _____

PTO-90C (Rev. 10/03)

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No.<br>90/008,324 | Patent Under Reexamination<br>6107851 | |
|---|---|---|---|
| | Examiner<br>Margaret Rubin | Art Unit<br>3992 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>09 November 2006</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☐ PTO-892,    b)☒ PTO/SB/08,    c)☐ Other: _____

1. ☒   The request for *ex parte* reexamination is GRANTED.

### RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐   The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)).  **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181  ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

a) ☐  by Treasury check or,

b) ☐  by credit to Deposit Account No. _____,  or

c) ☐  by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

Margaret  Rubin
Primary Examiner
Art Unit: 3992

cc:Requester ( if third party requester )
U.S. Patent and Trademark Office
PTOL-471 (Rev. 08-06)                    Office Action in *Ex Parte* Reexamination                    Part of Paper No. 20061207

Application/Control Number: 90/008,324                     Page 2
Art Unit: 3992

## DECISION GRANTING *EX PARTE* REEXAMINATION

### Information Submissions

Information Submissions in *Ex Parte* Proceedings are bound

by 37 CFR § 1.555 which incorporates 37 CFR § 1.98(a).

Establishing a publication date for non-patent literature is

among the requirements of 37 CFR § 1.98(a).  Insofar as

Requester has not provided the same for citation CE, this

reference has not been considered and has been lined through on

the information disclosure statement. Furthermore, it appears as

if Requester made a typographical error in transcribing the

title of citation CB and page numbers were not supplied for

citations CC and CD.  Corrections have been made by the Office

on PTO form 1449.

### Summary

Substantial new questions of patentability affecting claims

1, 2, 4, 7, 9, 10, 11, 13, 16 and 17 of United States Patent No.

Application/Control Number: 90/008,324                    Page 3
Art Unit: 3992

6,107,851 (hereafter "the base patent") are raised by the

following references[1]:

[1] An SNQ is not raised by LM3101 Secondary-Side PWM Controller; National
Semiconductor, cite "CE" of the IDS, because Requester has not established
that a publication date for the document.  Thus, whether it qualifies as
prior art under 35 USC 102 is unknown.

Application/Control Number: 90/008,324                    Page 4
Art Unit: 3992

1.) SGS-Thomson TEA 2262 Datasheet, "Switch Mode Power Supply
Controller", pp 1-9, (April 1996) (hereafter, "TEA 2262");

2.) SGS-Thomson TEA 2260/TEA2261, Datasheet Application Note
376, "High Performance Driver Circuits for S.M.P.S." pp. 1-33
(June 1994) (hereafter, "TEA 2260/2261");

3.) PWM Power Supply IC; 85-265 VAC Input Isolated, Regulated DC
Output, Power Integrations SMP211 Datasheet (January 1996)
(hereafter, "SMP 211");

4.) U.S. Patent No. 4,638,417 to Martin;

5.) "Programmed Pulsewidth Modulated Waveforms for
Electromagnetic Interference Mitigation in DC-DC Converters";
IEEE Transactions on Power Electronics, Vol. 8, No.4 (October
1993) by A.C. Wang and S.R. Sanders, pp. 596-605 (hereafter
"Wang");

6.) U.S. Patent No. 5,498,995 to Szepesi et al., (hereafter
"Szepesi); and

7.) "Off-Line Power Integrated Circuit for International Rated
60-watt Power Supplies" by Richard Keller, Applied Power
Electronics Conference and Exposition, February 1992 (pp. 505-
512) (hereafter, "Keller").

Application/Control Number: 90/008,324                                Page 5
Art Unit: 3992

### Issues Raised by Requester

Although the merits of the rejections suggested in the request are not decided herein, it is noted that the Requester proposes that the references supplied raise substantial new questions of patentability when viewed in the following manner:

1.) Claims 1, 2, 4, 7, 9, 10, 11, 13, 16 and 17 are rejected under 35 U.S.C. §§102(a)(b) as anticipated by TEA 2262;

2.) Claims 1, 2, 4, 7, 9, 10, 11, 13, 16, and 17 are rejected under 35 U.S.C. §§102(a)(b) as anticipated by SMP211 in light of the admitted prior art of the patent;

3.) Claims 1, 2, 7, 9, 10, 11, 16, and 17 are rejected under 35 U.S.C. §§102(a)(b) as anticipated by Martin;

4.) Claims 1, 2, 7, 9, 10, 11, 16, and 17 are rejected under 35 U.S.C. § 103(a) as being unpatentable over Martin in view of SMP211;

5.) Claims 4 and 13 are rejected under 35 U.S.C. § 103(a) as being unpatentable over Martin in view of Keller;

6.) Claims 1, 2, 7, 9, 10, 11, 16, and 17 are rejected under 35 U.S.C. §§102(a)(b) as anticipated by Wang;

7.) Claims 4 and 13 are rejected under 35 U.S.C. §103(a) as

being unpatentable over Wang in view of Keller; and

8.) Claims 1, 2, 7, 9, 10, 11, 16, and 17 are rejected under 35

U.S.C. §§102(a)(b) as anticipated by Szepesi.


### Background


The base patent issued from United States Patent

Application No. 09/080,774 (hereafter "the base application").

Although Office records of the prosecution history of the base

application are not currently available and will not be

available in a timely manner for purposes of deciding this

request, insofar as Requester has provided papers from the

prosecution history, they have been reviewed to determine what

claim limitations were deemed patentable.  It is noted that a

statement regarding allowable subject matter dated December 13,

1999 cited "a PWM switch comprising  an oscilator [*sic*] for

generating a maximum duty cycle signal and a singnal [*sic*] with

a frequency range dependent on a frequency variation circuit as

recited in claim 1." It is noted that there are two independent

claims within the base patent: claims 1 and 11. Neither of them

include recitation of a signal with a frequency range dependent

on a frequency variation circuit. In addition, claim 11 does not

Application/Control Number: 90/008,324                        Page 7
Art Unit: 3992

require a PWM switch.  Lastly, from the records supplied by

Requester, it appears as if a Statement of Reasons for Allowance

was not made when the base application was allowed.

    In summary, the prosecution history does not provide a

clear record of the reasons the base patent was allowed.


                            **Issues**


    ## TEA 2262 and TEA 2260/2261


    It is agreed that TEA 2262 and TEA 2260/2261 raise an SNQ

for claims 1 and 11.  Insofar as Requester has grouped these

references together for presentation, they have been evaluated

together herein.  (That said, these references could not fairly

be treated as a single publication for purposes of making a

rejection under 35 USC 102 as suggested by Requester.) More

particularly, Requester has provided plausible item-matching for

a number of limitations of claims 1 and 11 on pages 10-15 and

20-26, respectively, of the request.  In view of the fact that

the prosecution history does not provide a clear record of the

reasons the base patent was allowed, the teachings presented in

the request cannot be judged as merely cumulative. By raising an

SNQ with regard to the independent claims, an SNQ is also raised

Application/Control Number: 90/008,324                    Page 8
Art Unit: 3992

for the dependent claims  2, 4, 7, 9, 10, 13, 16 and 17 which
come freighted with the limitations of the claims from which
they stem.

    Such teachings are not cumulative to any written discussion
on the record of the teachings of the prior art, were not
previously considered nor addressed during a prior examination
and the same question of patentability was not the subject of a
final holding of invalidity by Federal Courts.


    <u>SMP211</u>


    It is agreed that SMP 211 raises an SNQ for claims 1 and
11.  More particularly, Requester has provided plausible item-
matching for a number of limitations of claims 1 and 11 on pages
31-34 and 39-42, respectively, of the request.  In view of the
fact that the prosecution history does not provide a clear
record of the reasons the base patent was allowed, the teachings
presented in the request cannot be judged as merely cumulative.
By raising an SNQ with regard to the independent claims, an SNQ
is also raised for claims 2, 4, 7, 9, 10, 11, 13, 16 and 17
which come freighted with the limitations of the claims from
which they stem.

Application/Control Number: 90/008,324                    Page 9
Art Unit: 3992

   Such teachings are not cumulative to any written discussion
on the record of the teachings the prior art, were not
previously considered nor addressed during a prior examination
and the same question of patentability was not the subject of a
final holding of invalidity by Federal Courts.


   Martin


   It is agreed that Martin raises an SNQ for claims 1 and 11.
More particularly, Requester has provided plausible item-
matching for a number of limitations of claims 1 and 11 on pages
46-49 and 55-59, respectively, of the request.  In view of the
fact that the prosecution history does not provide a clear
record of the reasons the base patent was allowed, the teachings
presented in the request cannot be judged as merely cumulative.
By raising an SNQ with regard to the independent claims, an SNQ
is also raised for claims 2, 4, 7, 9, 10, 13, 16 and 17 which
come freighted with the limitations of the claims from which
they stem.

   Such teachings are not cumulative to any written discussion
on the record of the teachings of the prior art, were not
previously considered nor addressed during a prior examination

Application/Control Number: 90/008,324                    Page 10
Art Unit: 3992

and the same question of patentability was not the subject of a
final holding of invalidity by Federal Courts.


Keller


It is agreed that Keller raises an SNQ for claims 4 and 13.
More particularly, Requester has provided plausible item-
matching for a number of limitations of claims 4 and 13 at least
on pages 50-51 and 59-60, respectively, of the request.  In view
of the fact that the prosecution history does not provide a
clear record of the reasons the base patent was allowed, the
teachings presented in the request cannot be judged as merely
cumulative.

Such teachings are not cumulative to any written discussion
on the record of the teachings of the prior art, were not
previously considered nor addressed during a prior examination
and the same question of patentability was not the subject of a
final holding of invalidity by Federal Courts.


Wang


It is agreed that Wang raises an SNQ for claims 1 and 11.
More particularly, Requester has provided plausible item-

Application/Control Number: 90/008,324                    Page 11
Art Unit: 3992

matching for a number of limitations of claims 1 and 11 on pages
67-70 and 75-79, respectively, of the request.  In view of the
fact that the prosecution history does not provide a clear
record of the reasons the base patent was allowed, the teachings
presented in the request cannot be judged as merely cumulative.
By raising an SNQ with regard to the independent claims, an SNQ
is also raised for claims 2, 4, 7, 9, 10, 11, 13, 16 and 17
which come freighted with the limitations of the claims from
which they stem.

     Such teachings are not cumulative to any written discussion
on the record of the teachings of the prior art, were not
previously considered nor addressed during a prior examination
and the same question of patentability was not the subject of a
final holding of invalidity by Federal Courts.


     Szepesi


     It is agreed that Szepesi raises an SNQ for claims 1 and
11.  More particularly, Requester has provided plausible item-
matching for a number of limitations of claims 1 and 11 on pages
84-89 and 94-100, respectively, of the request.  In view of the
fact that the prosecution history does not provide a clear
record of the reasons the base patent was allowed, the teachings

Application/Control Number: 90/008,324                    Page 12
Art Unit: 3992

presented in the request cannot be judged as merely cumulative.

By raising an SNQ with regard to the independent claims, an SNQ

is also raised for claims 2, 4, 7, 9, 10, 11, 13, 16 and 17

which come freighted with the limitations of the claims from

which they stem.

   Such teachings are not cumulative to any written discussion

on the record of the teachings of the prior art, were not

previously considered nor addressed during a prior examination

and the same question of patentability was not the subject of a

final holding of invalidity by Federal Courts.


### Conclusion


   Since Requester did not request reexamination of claims 3,

5, 6, 8, 12, 14, 15 and 18 and did not assert the existence of a

substantial new question of patentability (SNQ) for such claims,

these claims will not be reexamined unless at the discretion of

the Office.

   Extensions of time under 37 CFR 1.136(a) will not be

permitted in these proceedings because the provisions of 37

CFR 1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding.  Additionally, 35 U.S.C. 305 requires

Application/Control Number: 90/008,324                    Page 13
Art Unit: 3992

that *ex parte* reexamination proceedings "will be conducted with

special dispatch" (37 CFR 1.550(a)). Extensions of time in

*ex parte* reexamination proceedings are provided for in 37

CFR 1.550(c).

    The patent owner is reminded of the continuing

responsibility under 37 CFR 1.565(a) to apprise the Office of

any litigation activity, or other prior or concurrent

proceeding, involving Patent No 6,107,851 throughout the course

of this reexamination proceeding. The third party requester is

also reminded of the ability to similarly apprise the Office of

any such activity or proceeding throughout the course of this

reexamination proceeding.  See MPEP §§ 2207, 2282 and 2286.


Please mail any communications to:


Attn: Mail Stop "Ex Parte Reexam"
Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA    22313-1450


Please FAX any communications to:
(571) 273-9900
Central Reexamination Unit

Application/Control Number: 90/008,324                      Page 14
Art Unit: 3992

Please hand-deliver any communications to:

Customer Service Window
Attn:  Central Reexamination Unit
Randolph Building, Lobby Level
401 Dulany Street
Alexandria, VA  22314

Any inquiry concerning this communication or earlier
communications from the Reexamination Legal Advisor or Examiner,
or as to the status of this proceeding, should be directed to
the Central Reexamination Unit at telephone number (571) 272-
7705.

_____
Margaret Rubin
Primary Examiner
Central Reexamination Unit 3992
(571) 272-1756

conferees:

 

Please type a plus sign (+) in this box ▢☒

PTO/SB/08A (10-96)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

| | Complete if Known |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Patent Number: 6,107,851 |
| | Issue Date: June 19, 2001 |
| | First Named Inventor: Balu Balakirshnan |
| (use as many sheets as necessary) | Group Art Unit: 3992 |
| Sheet 1 of 1 | Examiner Name: Rubin |
| | Attorney Docket Number: |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] | Name of Patentee or Applicant of Cited Document | Date of Patent of Cited Documents MM-DD-YYYY |
|---|---|---|---|---|---|
| MR | AA | 4,638,417 | | Hubert C. Martin, Jr. ,et al. | January 20, 1987 |
| MR | AB | 5,498,995 | | Thomas Szepesi | March 12, 1996 |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No.[1] | Foreign Patent Document Office[3] | Number[4] | Kind Code[5] | Name of Patentee or Applicant of Cited Document | Date of Publications of Cited Documents MM-DD-YYYY | T[6] |
|---|---|---|---|---|---|---|---|
| | BA | | | | | | |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| MR | CA | SGS-Thomson Microelectronics TEA 2262; Switch Mode Power Supply Controller; pages 1-9; April 1996 | |
| MR | CB | SGS-Thomson Microelecronics TEA ~~2262~~ 2260/TEA2261; High Performance Driver Circuits for S.M.P.S; pages 1-33; June 1994 | |
| MR | CC | PWM Power Supply IC; 85-265 VAC Input Isolated, Regulated DC Output; Power Integrations SMP211 Datasheet (January 1996) ("SMP 211") pp 2-46 to 2-58 and pp 5-1 to 5-6 | |
| MR | CD | "Programmed Pulsewidth Modulated Waveforms for Electromagnetic Interference Mitigation in DC-DC Converters; IEEE Transactions on Power Electronics, Vol. 8, No. 4 (Oct 1993) A.C. Wang, S.R. Sanders pp 596-605 | |
| | CE | ~~LM3101 Secondary-Side PWM Controller; National Semiconductor; Szepesi~~ | |
| MR | CF | Off-Line Power Integrated Circuit For International Rated 60 Watt Power Supplies; Richard Keller, Power Integrations Inc. Page 505-512, IEEE 1992 | |

| Examiner Signature | OHS West:260122431.1 | Date Considered | 12/8/06 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.). [4] For Japanese patent documents, indication of the year of the reign of the Emperor must precede the serial number of the patent documents. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Our Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS, SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

# DX 602

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/008,327 | 11/09/2006 | 6229366 | 10414-25 | 7730 |

7590    01/22/2007

| | EXAMINER |
|---|---|
| | |

James Y. Go
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP
12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA  90025-1026

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED: 01/22/2007

Please find below and/or attached an Office communication concerning this application or proceeding.

Case No. 04-1371-JJF
DEFT Exhibit No. DX 602
Date Entered _____
Signature _____

PTO-90C (Rev. 04-03)

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. | Patent Under Reexamination |
|---|---|---|
| | 90/008,327 | 6229366 |
| | Examiner | Art Unit | |
| | Margaret Rubin | 3992 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>09 November 2006</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:  a)☐ PTO-892,       b)☒ PTO/SB/08,       c)☐ Other: _____

1. ☒  The request for *ex parte* reexamination is GRANTED.

### RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐  The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181 ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

a)☐ by Treasury check or,

b)☐ by credit to Deposit Account No. _____ , or

c)☐ by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

Margaret Rubin
Primary Examiner
Art Unit: 3992

cc:Requester ( if third party requester )
U S Patent and Trademark Office
PTOL-471 (Rev. 08-06)                    Office Action in *Ex Parte* Reexamination                    Part of Paper No. 20070103

Application/Control Number: 90/008,327                    Page 2
Art Unit: 3992

## DECISION GRANTING *EX PARTE* REEXAMINATION

### Information Submissions

Information Submissions in *Ex Parte* Proceedings are bound
by 37 CFR § 1.555 which incorporates 37 CFR § 1.98(a). It
appears as if Requester made typographical errors in
transcribing the title of citation CB and the date of citation
CC. Further, page numbers were not supplied for citations CB,
CC and CD. Corrections have been made by the Office on PTO form
1449.

### Summary

Substantial new questions of patentability affecting claims
1, 2, 8, 9, 10, 14, 16 and 18 of United States Patent No.
6,229,366 (hereafter "the base patent") are raised by the
following references:

Application/Control Number: 90/008,327                    Page 3
Art Unit: 3992

1.) SGS-Thomson "TEA2262, Switch Mode Power Supply Controller"

pp. 1-9 (April 1996) (hereafter, "TEA2262");

2.) U.S. Patent No. 4,638,417 to Martin;

3.) "Programmed Pulsewidth Modulated Waveforms for

Electromagnetic Interference Mitigation in DC-DC Converters";

IEEE Transactions on Power Electronics, Vol. 8, No.4 (October

1993) by A.C. Wang and S.R. Sanders, pp. 596-605 (hereafter

"Wang");

4.) Unitrode UCC 3800/1/2/3/4/5 biCMOS Current Mode Control

IC's, Bill Andreycak, pp. 9-344 - 9-361 (1994) ("U-133") and

5.) "Off-Line Power Integrated Circuit for International Rated

60-watt Power Supplies" by Richard Keller, Applied Power

Electronics Conference and Exposition, February 1992 (pp. 505-

512) (hereafter, "Keller").

Application/Control Number: 90/008,327                     Page 4
Art Unit: 3992

## Issues Raised by Requester

Although the merits of the rejections suggested in the request are not decided herein, it is noted that the Requester proposes that the references supplied raise substantial new questions of patentability when viewed in the following manner:

1.) "Claims 1, 2, 8, 9, 10, 14, 16 and 18 are rejected under 35 U.S.C. §§102(a)(b) as anticipated by TEA2262";

2.) "Claims 1, 2, 8, 9, 10, 16 and 18 are rejected under 35 U.S.C. §§102(a)(b) as anticipated by Keller";

3.) "Claim 14 is rejected under 35 U.S.C. § 103(a) as being unpatentable over Keller in view of Martin or, alternatively, in view of Wang"; and

4.) "Claims 1, 2, 8, 9, 10, 16, and 18 are rejected under 35 U.S.C. §§102(a)(b) as being anticipated U-133."

## Background

The base patent issued from United States Patent Application No. 09/573,081 (hereafter "the base application").

The base application was allowed in the first Office action. It is noted that a statement regarding allowable subject matter mailed December 13, 2000 cited "a pulse width modulation circuit comprising a switching transistor wherein the switching transistor can be driven into a non-conducting state by a maximum duty cycle signal, a drive circuit, or a soft start circuit." It is noted that there are two independent claims within the base patent: claims 1 and 9. Neither of them include recitation of a switching transistor. In addition, claim 9 does not require a pulse width modulation circuit, or a maximum duty cycle signal. Lastly, claim 1, for instance, requires that a switch allows a signal to be transmitted between first or second terminals in accordance with a drive signal. The drive signal is provided "according to said maximum duty cycle signal" and a signal from the soft start circuit instructs the drive circuit "to disable said drive signal during at least a portion of said on-state of said maximum duty cycle." Assuming that the switch recited in claim 1 correlates with the switching transistor of the before mentioned reasons for allowance, the reasons for allowance describes different causal relationships between recited elements. In a similar fashion, the causal relationship between recited elements of claim 9 differs from the description included in the reasons for allowance.

Application/Control Number: 90/008,327                     Page 6
Art Unit: 3992

In summary, the prosecution history does not provide a clear record of the reasons the base patent was allowed.

### TEA 2262

It is agreed that TEA 2262 raises an SNQ for claims 1 and 9. More particularly, Requester has provided plausible item-matching for a number of limitations of claims 1 and 9 on pages 8-12 and 15-18, respectively, of the request. In view of the fact that the prosecution history does not provide a clear record of the reasons the base patent was allowed, the teachings presented in the request cannot be judged as merely cumulative. By raising an SNQ with regard to independent claims 1 and 9, an SNQ is also raised for the dependent claims 2, 8, 10, 14, 16 and 18 which come freighted with the limitations of the claims from which they stem.

Such teachings are not cumulative to any written discussion on the record of the teachings of the prior art, were not previously considered nor addressed during a prior examination and the same question of patentability was not the subject of a final holding of invalidity by Federal Courts.

Application/Control Number: 90/008,327                    Page 7
Art Unit: 3992

Keller

It is agreed that Keller raises an SNQ for claims 1 and 9.
More particularly, Requester has provided plausible item-
matching for a number of limitations of claims 1 and 9 on pages
24-25 and 29-31, respectively, of the request.  In view of the
fact that the prosecution history does not provide a clear
record of the reasons the base patent was allowed, the teachings
presented in the request cannot be judged as merely cumulative.
By raising an SNQ with regard to independent claims 1 and 9, an
SNQ is also raised for the dependent claims 2, 8, 10, 16 and 18
which come freighted with the limitations of the claims from
which they stem.

Such teachings are not cumulative to any written discussion
on the record of the teachings of the prior art, were not
previously considered nor addressed during a prior examination
and the same question of patentability was not the subject of a
final holding of invalidity by Federal Courts.

Martin and Wang

It is agreed that Martin and Wang raise an SNQ for claim
14.  More particularly, Requester has provided plausible item-

Application/Control Number: 90/008,327                    Page 8
Art Unit: 3992

matching for a number of limitations of claim 14 on pages 32-35,
respectively, of the request.  In view of the fact that the
prosecution history does not provide a clear record of the
reasons the base patent was allowed, the teachings presented in
the request cannot be judged as merely cumulative.

Such teachings are not cumulative to any written discussion
on the record of the teachings of the prior art, were not
previously considered nor addressed during a prior examination
and the same question of patentability was not the subject of a
final holding of invalidity by Federal Courts.

U-133

It is agreed that U-133 raises an SNQ for claims 1 and 9.
More particularly, Requester has provided plausible item-
matching for a number of limitations of claims 1 and 9 on pages
41-42 and 44-45, respectively, of the request.  In view of the
fact that the prosecution history does not provide a clear
record of the reasons the base patent was allowed, the teachings
presented in the request cannot be judged as merely cumulative.
By raising an SNQ with regard to independent claims 1 and 9, an
SNQ is also raised for the dependent claims 2, 8, 10, 16, and 18

Application/Control Number: 90/008,327                    Page 9
Art Unit: 3992

which come freighted with the limitations of the claims from
which they stem.

Such teachings are not cumulative to any written discussion
on the record of the teachings of the prior art, were not
previously considered nor addressed during a prior examination
and the same question of patentability was not the subject of a
final holding of invalidity by Federal Courts.

### Conclusion

Since Requester did not request reexamination of claims 3-
7, 11-13, 15 and 17 and did not assert the existence of a
substantial new question of patentability (SNQ) for such claims,
these claims will not be reexamined unless at the discretion of
the Office.

Extensions of time under 37 CFR 1.136(a) will not be
permitted in these proceedings because the provisions of 37
CFR 1.136 apply only to "an applicant" and not to parties in a
reexamination proceeding.  Additionally, 35 U.S.C. 305 requires
that *ex parte* reexamination proceedings "will be conducted with
special dispatch" (37 CFR 1.550(a)).  Extensions of time in

Application/Control Number: 90/008,327                    Page 10
Art Unit: 3992

*ex parte* reexamination proceedings are provided for in 37

CFR 1.550(c).

The patent owner is reminded of the continuing

responsibility under 37 CFR 1.565(a) to apprise the Office of

any litigation activity, or other prior or concurrent

proceeding, involving Patent No 6,229,366 throughout the course

of this reexamination proceeding. The third party requester is

also reminded of the ability to similarly apprise the Office of

any such activity or proceeding throughout the course of this

reexamination proceeding.  See MPEP §§ 2207, 2282 and 2286.


Please mail any communications to:

Attn: Mail Stop "Ex Parte Reexam"
Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA    22313-1450



Please FAX any communications to:
(571) 273-9900
Central Reexamination Unit

Application/Control Number: 90/008,327                                    Page 11
Art Unit: 3992

Please hand-deliver any communications to:

Customer Service Window
Attn:  Central Reexamination Unit
Randolph Building, Lobby Level
401 Dulany Street
Alexandria, VA  22314

Any inquiry concerning this communication or earlier
communications from the Reexamination Legal Advisor or Examiner,
or as to the status of this proceeding, should be directed to
the Central Reexamination Unit at telephone number (571) 272-
7705.

Margaret Rubin
Primary Examiner
Central Reexamination Unit 3992
(571) 272-1756

conferees:

71238  U.S.PTO

Please type a plus sign (+) in this box ☐☒

71354  U.S.PTO
PTO/SB/08A (10-96)
Approved for use through 10/20/ OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

11/09/06

Substitute for form 1449A/PTO

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| | Sheet | 1 | of | 1 |

| Complete if Known | 11/09/06 |
|---|---|
| Patent Number | 6,229,366 |
| Issue Date | May 8, 2001 |
| First Named Inventor | Balu Balakirshnan |
| Group Art Unit | 3992 |
| Examiner Name | Rubin |
| Attorney Docket Number | |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] | Name of Patentee or Applicant of Cited Document | Date of Patent of Cited Documents MM-DD-YYYY |
|---|---|---|---|---|---|
| MR | AA | 4,638,417 | | | |
| | AB | | | Hubert C. Martin, Jr. | 01/20/1987 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No.[1] | Foreign Patent Document Office[3] | Number[4] | Kind Code[5] | Name of Patentee or Applicant of Cited Document | Date of Publications of Cited Documents MM-DD-YYYY | T[6] |
|---|---|---|---|---|---|---|---|
| | BA | | | | | | |

### OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials[1] | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| MR | CA | SGS-Thompson datasheet entitled "TEA2262, Switch Mode Power supply Controller," pp. 1-9 (April 1996) ("TEA2262"). | |
| MR | CB | R. Keller, "Power Integrations, Off-Line Power Integrated Circuit for International Rated 60-Watt Power Supplies," (February 23-27, 1992) Keller  pp 505-512 | |
| MR | CC | "Programmed Pulsewidth Modulated Waveforms For Electromagetic Interferences Mitigation In DC-DC Converters", IEEE Transactions on Power Electronics, Vol. 8, No. 4 (October 193) A.C. Wang and S.R. Sanders ("Wang").  pp 596-605   1993 | |
| MR | CD | Unitrode UCC 3800/1/2/3/4/5 biCMOS Current Mode Control IC's (1994) ("U-133")  pp 9-344 - 9-361    Bill Andreycak | |

| Examiner Signature | *M Rubin* | Date Considered | 1/3/07 |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] Unique citation designation number.  [2]See attached Kinds of U.S. Patent Documents.  [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible.  [6]Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement:  This form is estimated to take 2.0 hours to complete.  Time will vary depending upon the needs of the individual case.  Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

# DX 616

80CH1616-2

TECHNICAL DIGEST

international

# ELECTRON DEVICES

meeting

# 1980

WASHINGTON, D.C.
December 8-9-10

*Late News!*
*Page 819*

iedm

Sponsored by Electron Devices Society

Case No. 04-1371-JJF
**DEFT** Exhibit No. DX 616
Date Entered _____
Signature _____

FCS0526740

# MONOLITHIC MOS HIGH VOLTAGE INTEGRATED CIRCUITS

James D. Plummer

Integrated Circuits Laboratory
Stanford University

## ABSTRACT

Two general classes of high-voltage MOS IC's may be defined. The first is structured around a conventional NMOS or PMOS technology and adds ion implanted extended drain regions, offset or stacked gates, or lightly doped-drain regions to produce high voltage (50-300 volt) output devices. Such devices are generally operated with a grounded source, have an enclosed geometry, are relatively high on-resistance, and have found some application primarily in display driving. A second, more flexible technology is structured around lateral DMOS devices similar to the discrete power FET devices now widely available commercially. This technology generally uses N⁻ epitaxial layers on P⁻ substrates, junction isolation, and is compatible with high voltage PMOS and N⁻ channel DMOS devices, and low voltage logic devices. This paper will primarily address the latter class of circuits and will consider practical problems of high voltage device design, power dissipation limitations, parasitic surface and bulk devices, and approaches to level shifting low level logic inputs to high voltages.

## INTRODUCTION

Discrete high voltage power MOS devices based upon double-diffused DMOS structures have recently received substantial commercial and research interest. Integration of high voltage MOS devices in monolithic circuits has proceeded at a much slower pace although substantial applications in display driving, power control, telephony, and other areas exist. This paper will discuss the device and technology problems which arise in functional integration of high voltage MOS devices alongside low voltage logic or signal processing devices, and present approaches to their solution along with experimentally fabricated examples.

Two general classes of high voltage MOS integrated circuits exist. The first is structured around a conventional NMOS or PMOS technology and by minor modifications to these processes produces output devices with voltage capabilities of 50-300+ volts. These output devices use ion implanted extended drain regions, offset or stacked gates, or lightly doped drain regions to achieve high voltage operation. An example of such a structure is shown schematically in Fig. 1, based in this case on a conventional NMOS silicon gate technology.

In this example, a lightly doped ion implanted

N⁻ drift region is placed between the active device channel and the N⁺ drain contact. The gate electrode extends over this N⁻ region on top of thick oxide, helping to shape the surface fields in the structure, thus acting as a field plate. Such devices depend for their high voltage capability on the N⁻ region supporting most of the applied voltage. A number of examples of this approach have appeared in the literature [1,2], based upon either NMOS or double-diffusion (DMOS) devices as the active switching element. Conceptually similar approaches, based upon thin N⁻ epitaxial layers have also recently been proposed [3,4]. These latter structures have been named Resurf devices after the manner in which electric fields are controlled; they operate, however, in a similar fashion to the device illustrated in Fig. 1. Operation of all of these devices at the highest voltage levels implies that the N⁻ region under the extended gate electrode must be completely depleted in the off state. This shifts the region of highest electric field away from the surface and into the bulk. Several empirical and computer simulated studies of the optimum N⁻ implant dose in these devices [1,3] have independently arrived at doses of $0.5-2 \times 10^{12}/cm^2$, reflecting the need for complete N⁻ depletion if the highest possible voltages are to be achieved.

Such devices generally operate in a grounded source configuration because they are inherently asymmetric in their voltage capability. They also generally utilize an enclosed geometry with the drain bonding pad in the center in order to avoid parasitic field inversion problems. As a consequence of the lightly doped N⁻ region, these devices are generally fairly high on-resistance structures. This type of technology has been used primarily for display driving applications in which the grounded source and relatively low current capability of the output devices are acceptable. The basic NMOS or DMOS process used to build the devices makes it straightforward to implement complex logic functions on the same chip with the high voltage output devices. Alternative approaches to high voltage output devices have utilized offset [5] or stacked [6] gate electrodes with generally the same limitations on grounded source, low current applications.

A second general type of high voltage MOS integrated circuit is based upon DMOS technology [7]. Such devices are generally fabricated in thick N⁻ epitaxial layers on P⁻ substrates and use junction isolation. Lateral DMOS devices are employed because they provide access to all three

CH1616-2/80/0000-0070 \$00.75 © 1980 IEEE

FCS0526741

device terminals on the top wafer surface for easy interconnect to other devices. The combination of a short active channel and a lightly doped drift region provides high voltage, high speed and low on-resistance in the DMOS device. Such devices are directly compatible with low voltage PMOS devices to implement logic functions, as illustrated schematically in Fig 2. Low voltage N channel DMOS devices may also be used to implement CMOS logic; this, however, is not area efficient because each of the DMOS devices requires its own isolation region. The remainder of this paper will concentrate on this second type of circuit. The use of thick epitaxial layers removes the restriction of grounded source operation and thus makes possible a wider range of applications.

An example of an integrated circuit fabricated with the technology of Fig. 2 is shown in Fig. 3. The large area devices are high voltage (125 volt), high current (0.3 amp), low on resistance (<5Ω) analog switches, implemented with DMOS devices. The central portion of the chip contains PMOS logic for selecting 1 out of 8 of the analog switches and level shifting circuits to control the on or off state of the high voltage channels. Each of the analog channels can be selected in <3 used and can switch analog or digital signals up to 10 MHz and 125 volts. The overall chip size is 4 × 4 mm. Higher voltage versions of this chip have been implemented, to switch analog signals up to 175 volts.

## COMPATIBLE LOGIC DEVICES

Any generally useful high voltage technology must be capable of implementing high performance, low voltage logic functions. This is necessary both for interfacing with other circuits and because it is very costly in terms of power and chip area to utilize high voltage devices where they are not needed. The technology illustrated in Figures 2 and 3 uses conventional PMOS devices for low voltage logic. This is attractive because all of the logic can be placed in a single isolated N⁻ region. Vertical NPN and lateral PNP bipolar transistors are also compatible with the basic eight mask process as are N channel DMOS devices. These latter three, however, have the major disadvantage of requiring isolated N⁻ regions. This is a substantial penalty in high voltage circuits because thick epitaxial layers (≈25-30µ for 200 volt operation) imply large N⁻ regions to allow for lateral diffusion of the P⁺ isolation and to support large voltages between the substrate and the epi layer. Dielectric isolation techniques would clearly circumvent some of these problems.

Additional processing steps can be used to implement conventional NMOS devices. Specifically, the addition of an ion implanted P well in an isolated N⁻ region and any threshold shifting implants required, have been used to fabricate high performance NMOS logic [8]. Such a process, however, is substantially more complicated than the basic technology of Fig. 2, often requiring more than 11 masking steps and several critical ion implants.

It is well known that high voltage DMOS devices can be fabricated in P type regions. This would suggest the possibility of fabricating high

voltage NMOS circuits in P type epitaxial layers on N type substrates. Such a process would be directly compatible with high performance NMOS logic, although this type of structure has not been reported.

## LEVEL SHIFTING CIRCUITS

Most high voltage integrated circuits must at some point accomplish a level translation between low voltage logic levels and the high voltages which are to be controlled. In circuits of the type shown in Fig. 1, this process is straightforward because standard logic levels can drive the gate of the high voltage output device directly. In the more general case, such as the type of circuit illustrated in Figures 2 and 3, a function of the type shown in Fig. 4 must be implemented. Such a circuit is a key element in many high-voltage designs. The circuit shown in Fig. 4 is meant to be only a conceptual realization. Practical implementations will be described later.

It is important to note that the level shifting function cannot be realized without significant amounts of DC power dissipation, particularly when high speed switching is required, unless dynamic circuits are used. CMOS approaches do not solve this problem because the input signals do not approach the 5V levels and therefore cannot switch the active devices completely off. A simple calculation illustrates this point.

If the voltage levels are ±100 volts, the required switching time is 3 µsec and the load on each stage is ≈.1pf (this is not unusual in large geometry high voltage devices), then the current sources I₁ and I₂ must supply 100 and 200µA respectively. This implies an average DC power dissipation of ≈ 25mw assuming a 50% duty cycle. Clearly large numbers of such circuits cannot be integrated on a single chip with reasonable power limits. It should also be noted however, that both stages in the circuit of Fig. 4 consume power when the logic input is high. Level shifting first to the negative supply and then to the positive supply would reverse this. As a result, knowledge of expected system logic states can be used to adapt level shift design and hence minimize power dissipation.

A specific example of a level translating circuit is shown in Fig. 5, along with a photomicrograph of a portion of an integrated circuit using this design. Two such circuits are shown in the photomicrograph. The high voltage PMOS device in the second stage uses two cascaded transistors to divide the applied voltage and thick oxide (1.5µ field oxide) gates, since high voltages are present to drive the gates. The unusual metal pattern in these devices is used to minimize parasitic field inversion effects and will be described later.

## HIGH VOLTAGE ANALOG SWITCHES

Switching of high voltage analog or digital signals requires careful device design and attention to parasitic devices. Previous circuits designed to do this have made use of a single high voltage DMOS transistor operated as a transmission gate [7]. Such a device, as shown in Fig. 2, has

4.7

the distinct disadvantage of being asymmetric because of the presence of a diode between source and drain. More recent work, as represented by the chip in Fig. 3, has made use of two DMOS devices in series, with the intrinsic diodes back to back.

This analog switch is shown schematically in cross-section in Fig. 6. The two gates are connected together as are the two source regions. A diode, fabricated alongside the switches is connected between the two source regions and the two gates as shown. In the off state, the gate is held at a voltage more negative than the signal being switched by, for example, a circuit of the type shown in Fig. 5. The diode pulls the two source regions to approximately this same potential. This allows either input/output terminal to assume any potential between -V and +V without the switch conducting. In the on state, the gate is biased to +V, turning on both DMOS devices and permitting analog or digital signals having any value between -V and +V$_{TH}$ to be passed. Voltage ratings up to ±100 volts and current capabilities of ±0.3 amps are quite feasible with this type of switch on the chip in Fig. 3 illustrates. The geometric layout is quite similar to that reported earlier for a single high voltage DMOS device [7].

Several parasitic devices are present in the structure of Fig. 6. Most of these are common to all types of high voltage technologies. Surface inversion of the lightly doped N⁻ region is a concern which will be addressed later. In addition, vertical PNP and NPN transistors are present. One manifestation of these devices is illustrated in the analog switch I-V characteristics in Fig. 7. When the voltage across the switch exceeds ∼1.5 volts, a "kink" is observed in the characteristic. This has the beneficial effect of reducing the switch on-resistance at high current levels (in this case for I ≥ 30 mA).

The reason for this effect is the forward biasing of the P⁺N⁻ bulk to drain diode in the DMOS device. If, for example, the right hand I/O terminal is at a positive voltage and the left hand side is at ground, then voltage drops greater than ∼0.7 volts across the left hand DMOS device will forward bias the P⁺N⁻ diode. This diode is in parallel with the surface channel of the device; once the diode turns on its lower impedance bypasses the surface channel, resulting in an apparent reduction in overall device on-resistance. This effect does not occur when the device is switched off by the gate or when small signal currents are being carried because currents larger than 30mA are required to initiate forward biasing of the diode.

Two potential problems arise because of this effect. The first is the possibility of regenerative switching because of the presence of a four layer NPNP vertical device. This possibility can be easily minimized by effective shorting of the DMOS N⁺ source and P channel regions as shown in the figure. The second problem is associated with the presence of vertical PNP transistors. Forward biasing of the P⁺N⁻ diode results in hole injection into the N⁻ epi layer and subsequent collection of some of these holes by the P⁻ substrate. This implies that some fraction of the signal current will be shunted to the substrate. In

applications in which this presents a problem, the use of N⁺ buried layers or dielectric isolation techniques can minimize these parasitics.

Finally, it should be pointed out that parasitic bipolar transistors are always present in DMOS devices. In discrete power devices, they can result in reduced tolerance to high voltages and in thermal runaway problems. In integrated circuits these problems and additional ones associated with the specific circuit (such as those described above), must be considered in device and technology design.

## SURFACE INVERSION PROBLEMS

Lightly doped regions which are necessary for high voltage operation are inherently subject to surface inversion. In a circuit of even modest complexity, the need to route metal lines around on the surface for device interconnect will nearly always result in some situations in which the voltages on the metal lines are large enough to invert the underlying surface. The classical approach to this problem has been to use guard rings as illustrated in Fig. 8. In the particular example illustrated here, the metal line has a potential of the correct polarity to invert the underlying N⁻ surface, and hence to cause conduction between the P⁺ region on the left and the isolation region on the right. The N⁺ region in the center will prevent this inversion.

The use of these guard rings can, however, significantly degrade device voltage capability. The high surface fields near the edges of the N⁺ guard ring can cause avalanche breakdown at a voltage which is dependent on the oxide thickness and N⁺ doping profile [9]. As a typical example, a 1.3μ oxide thickness and a 2μ deep, heavily doped N⁺ region will break down at ∼130–150 volts [9]. This may be well below the voltage at which the circuit could otherwise operate.

One solution to this problem is to eliminate the N⁺ guard rings and simply accept the leakage currents associated with these parasitic field oxide devices. The unusual metal layout in the PMOS devices in Fig. 5 is an example of this (the layout makes the effective length of the parasitic DMOS long, thereby reducing the parasitic DMOS W/L ratio). A second alternative solution would be to utilize silicon gate technology and "field shields".

## CONCLUSIONS

MOS devices, which historically have been thought of as low voltage logic elements, are capable of operating at high voltages. Such operation is always achieved by incorporating in series with the active channel region a drift region which largely supports the applied voltage. This technique is exactly analogous to the lightly doped collector region used in modern bipolar transistors. Such high voltage MOS devices can be functionally integrated with other components. Output transistors of the general type shown in Fig. 1 have been shown capable of reaching 500 volt drain breakdown voltages and a 1000 volt capability seems possible. More general purpose devices, like the technology of Fig. 2 will have a more limited voltage capabil-

72

4.1

FCS0526743

ity because of high fields across gate oxides, very thick epitaxial layers and their consequent isolation problems, and because of parasitic bulk and surface devices. Practical junction isolated circuits appear to be limited to about 200 volts. Dielectric isolation techniques will improve this figure because all of the above problems are eliminated by this technology except the need in transmission gate type applications for high gate oxide fields.

## ACKNOWLEDGEMENT

The author wishes to acknowledge valuable discussions with his colleagues at Stanford, particularly S. C. Sun and R. Blanchard.

## REFERENCES

[1] K. Awane et. al., "High-Voltage DSA-MOS Transistor for Electroluminescent Display," ISSCC Digest, Feb. 1978, pp. 224-225.

[2] I. Yoshida et.al., "Device Design of an Ion Implanted High Voltage MOSFET," Proc. 6th Conference on Solid State Devices, Tokyo, 1974.

[3] J.A. Appels and H.M.J. Vaes, "High Voltage Thin Layer Devices (Resurf Devices)," IEDM, Washington, 1979.

[4] S. Colak et.al., "Lateral DMOS Power Transistor Design," IEEE Electron Device Letters, EDL-1, No. 4, April 1980, pp. 51-53.

[5] R.W. Bower et.al., "MOS Field Effect Transistors Formed by Gate Masked Ion Implantation," IEEE Trans. Elec. Devices, ED-15, No. 10, Oct. 1968, pp. 757-761.

[6] H.G. Dill, "A New Insulated Gate Tetrode with High Drain Breakdown Potential and Low Miller Feedback Capacitance," IEEE Trans. Elec. Devices, ED-15, No. 10, Oct. 1968, pp. 717-728.

[7] J.D. Plummer and J.D. Meindl, "A Monolithic 200-V CMOS Analog Switch," IEEE J. Solid State Circuits, SC-11, No. 6, Dec. 1976, pp. 809-817.

[8] "Simplified Drivers, New Applications Spur Plasma-Panel Usage," EDN, Sept. 20, 1979, pp. 51-55.

[9] M.J. Declercq and J.D. Plummer, "Avalanche Breakdown in High-Voltage D-MOS Devices," IEEE Trans. Elec. Devices, ED-23, No. 1, pp. 1-4.



Fig. 1. Schematic cross-section of a high voltage output MOS transistor compatible with low voltage NMOS or DMOS circuits.



Fig. 2. Cross-section of general purpose high voltage technology based upon thick epitaxial layers and lateral DMOS devices.



Fig. 3. Photomicrograph of integrated circuit fabricated with the technology of Fig. 2.

4.1

74



Fig. 4. Basic level shifting function in high voltage ICs and its conceptual realization.

Fig. 5. Practical implementation of the level shift function.
a. circuit schematic.
b. photomicrograph of actual realization.

Fig. 6. Cross-section of high voltage symmetrical analog switch using back-to-back DMOS devices.

Fig. 7. I-V characteristics at low $V_{DS}$ of the analog switch in Fig. 6.

Fig. 8. Surface inversion problem in high voltage ICs: The use of N guard rings is often not possible.

4.1

74

FCS0526745

# DX 617

ISSCC 81 / WEDNESDAY, FEBRUARY 18, 1981 / BALLROOMS A-B / 11:45 A.M.

Case No. 04-1371-JJF
DEFT Exhibit No. DX 617
Date Entered _____
Signature _____

# SESSION III: SOLID-STATE DEVICES

**WAM 3.6:    400V MOS IC for EL Display**

Katsumasa Fujii, Yasuo Torimaru, Kiyotoshi Nakagawa, Takeo Fujimoto and Yoshimasa Aoki

Sharp Corp.

Nara, Japan

A NUMBER of MOS developments have been attempted to provide operation at voltages higher than 200V[1-5]. Among these, DSA[6] MOST seems to have a promising future. This paper will describe a high voltage, DSA MOS IC which operates in excess of 400V. It was designed as a driver for electroluminescent displays[7]. Low voltage logic and thirty-two high-voltage output transistors are integrated on a single chip. The device consists of a pair of layers patterned as concentric conductive annular strips above which a layer of metal with a circular gap is deposited. This configuration and final passivation over the metal layer permit encapsulation in a plastic package. The high voltage DSA MOST was proposed earlier with a $\pi$ substrate, a Diffusion-Self-Aligned structure, lightly doped drift region($N^{--}$), and a field plate extended from the drain electrode[1]. The drift region of this device was not covered by field plates; i.e., an offset gate structure. If the field plate is extended to cover all of the drift region in these devices, the electric field at the edge of the drift region will be enhanced and the breakdown voltage reduced.

Figure 1 shows a cutway view of high-voltage DSA MOST and Figure 2 the $V_D - I_D$ characteristics. The main feature of the device is that the drift region is, as a whole, covered by multilayer field plates which consist of two conductive plates extending from the drain and source electrodes, and double-layered floating plates. Because a multiplicity of these floating field plates reduces the electric field enhancement, the structure does little to affect the high voltage characteristics of the offset gate MOST. The offset gate MOST should be hermetically encapsulated to prevent de-

gradation of the device characteristics affected by moisture and/or ionic contamination. The lifetime on-resistance increase by 10% at various temperatures in earlier devices is shown in Figure 3; a comparison between hermetic seal and plastic packages is also indicated. Though the lifetime of the hermetically sealed device is longer than that of the plastic-packaged device by a factor of six, its reliability is poor.

Results of bias aging are shown in Figure 4. The changes of $R_{ON}$ and $I_{DS}$ in the device characteristics are small and the breakdown voltages at $V_{GS} = 5V$ (duty cycle = 0.1%) always exceed 400V. The plastic-packaged device surpassed the results of earlier packaged devices; Figure 3. The plastic-packaged device has some advantages; for example, its cost could be made low and the discharge between a bonding wire and the die edge is eliminated.

High-voltage monolithic integrated circuits for electroluminescent graphic display drivers have also been designed. A block diagram and photomicrograph of a 32b high-voltage MOS IC are shown in Figures 5 and 6, respectively. The logic circuits contain a 32b serial-in/parallel-out shift register, latch and gate circuits. They can operate at a single +5V power supply, and the data I/O interface is TTL compatible. The high-voltage MOST gates are directly controlled by an STB input and CL input, even when the shift register is transferring the data.

*Based on concepts of S. A. Arrhenius.

[1] Awane, K. et al., "High-Voltage DSA-MOS Transistor for Electroluminescent Display," ISSCC DIGEST OF TECHNICAL PAPERS, p. 224-225; Feb., 1978.

[2] Cohen, R. W., et al., "A High-Performance Planar Power MOSFET," IEEE Trans. Elec. Dev., Vol. ED-27, No. 2, p. 340-343; 1980.

[3] Temple, V. A. et al., "A 600V MOSFET Designed for Low On-Resistance," IEEE Trans. Elec. Dev., Vol. ED-27, No. 2, p. 343-349; 1980.

[4] Sakuma, H. et al., "A High Voltage Offset-Gate SOS/MOS Transistor," IEDM Digest of Technical Papers, p. 594-597; 1979.

[5] Okabe, T. et al., "A Complementary Pair of Planar-Power MOSFETs," IEEE Trans. Elec. Dev., Vol. ED-27, No. 2, p. 334-339; 1980.

[6] Tarui, Y. et al., "Diffusion Self-Aligned Enhance-Depletion MOS-IC," Proc. 2nd Conf. on Solid State Devices, Tokyo, p. 193-198; 1970.

[7] Takeda, M. et al., "Practical Application Technologies of Thin-Film Electroluminescent Panels," SID Int. Symposium, Digest of Technical Papers, p. 66-67; Apr.-May, 1980.



**FIGURE 1—Cutway view of the DSA MOSFET.**

| High Voltage MOSFET | |
|---|---|
| Drain-Source Breakdown Voltage | 400V |
| ON-Drain Current | 50mA |
| Drain-Source ON Resistance | 500Ω |
| Logic Circuit | |
| Supply Voltage | +5V |
| I/O Interface | TTL Compatible |
| Clock Frequency | dc to 10MHz |
| Technology | DSA E/D MOS |
| Chip Size | 5.76mm x 3.44mm |
| Package | 42 pin DIP |

**TABLE 1—Typical characteristics of 32b high-voltage MOS IC.**

0193-6530/81/0000-0046$00.75 ©1981 IEEE



FIGURE 2—I-V characteristics of the DSA-MOSFET.



FIGURE 4—The variations of $R_{ON}$, $I_{DS}$ for 150°C bias test ($V_{DS}$ = 300V, $V_{GS}$ = 0V) in the devices with plastic mold. The lifetime of $R_{ON}$ at 150°C is estimated at 27800 hours by extrapolation.



FIGURE 3—Plots of lifetimes of the hermetic seal and the plastic mold in offset device (circle) and that of the plastic mold in the present device (solid dot).[*] The lifetime for the 300V bias aging is determined by the time required by the increase of the $R_{ON}$ ($V_{DS}$ = 5V, $V_{GS}$ = 5V) of 10%.



FIGURE 5—Block diagram of the high-voltage MOS IC.



FIGURE 6—Photomicrograph of 32b MOS IC for electro-luminescent displays.

# DX 618

Case 1:04-cv-01371-JJF    Document 597-2    Filed 11/13/2007    Page 77 of 88

# PROCESS AND DEVICE DESIGN OF A 1000-VOLT MOS IC

Tadanori Yamaguchi and Seiichi Morimoto
Technology Group, Tektronix, Inc.
P.O. Box 500
Beaverton, OR 97077

## ABSTRACT

High-voltage MOS devices and NMOS logic circuits have been integrated on the same chip by using a silicon-gate isoplanar process that is compatible with present NMOS-LSI technology. The electrical characteristics of a high-voltage MOS device are modeled and characterized in terms of channel length, drift-layer length, drift-layer ion dose, and extended-source field-plate effect. The device structure and the process parameters are optimized to obtain maximum drain saturation current with a low on-resistance and a drain breakdown of 1000 volts. The optimized high-voltage MOS device can perform at a saturation drain current as high as 84 mA with on-resistance as low as 300 Ω within an area of 520 μm × 1320 μm while maintaining a drain breakdown of 1000 volts and drain leakage current less than 30 nA.

## INTRODUCTION

High-voltage MOS integrated circuits are becoming important as driver devices in various display and switching applications. In order to integrate high-voltage MOS devices and logic circuits on the same chip, two different basic approaches have been demonstrated: one uses a vertical MOS structure (1), the other uses a horizontal structure (2-4). In this paper, the authors describe an advanced high-voltage MOS-IC technology that uses a horizontal device structure with a silicon-gate isoplanar process that is compatible with present NMOS-LSI technology. The device structure and the process parameters are optimized to provide a 1000-volt drain-breakdown voltage with maximum drain saturation current and minimum on-resistance.

## DEVICE STRUCTURE AND MODEL

Figure 1(a) shows the cross-section of the high-voltage MOS IC. The high-voltage MOS devices are integrated with NMOS logic circuits on the same chip by using a silicon-gate isoplanar process. The gate electrode of the high-voltage MOS device is driven directly by the output signal of the logic circuit. The high-voltage MOS device has an enclosed structure with an extended-source field plate. Because a recessed-oxide technology is employed in the high-voltage MOS device, the channel region is self aligned not only with the source region but also with the drift-layer region, which in turn is self aligned with the drain region. The logic circuit consists of conventional silicon-gate enhancement- and depletion-mode MOS devices.

Figure 2 shows the schematic model of the high-voltage MOS device. The drain current first increases almost linearly with the drain voltage. The on-resistance is composed of channel resistance and drift-layer resistance. In the case of the race-track pattern shown in Fig. 1(b), the drift-layer resistance $R_d$ is given by

$$R_d = \left[ \frac{2\pi q \mu_d N_d}{\ln(1 + L_d/R_D)} + \frac{2q\mu_d N_d W_p}{L_d} \right]^{-1},  \qquad (1)$$





*Figure 1. (a) High-voltage MOS-IC device structure. (b) High-voltage MOS device pattern.*

where $N_d$ represents the total mobile-carrier density in the drift layer. If it is assumed that the drift layer has a uniform impurity distribution and is reverse biased by a drain voltage $V_{DS}$ and a substrate voltage $V_{SB}$, then $N_d$ is given by

$$N_d = N_{d0} - \frac{N_{d0}}{X_{jd}} \left[ \frac{2\epsilon_0 \epsilon_{si}(V_{DS} + V_{SB})}{q} \frac{N_{SB} X_{jd}}{N_{d0}} \frac{1}{(N_{SB} + N_{d0}/X_{jd})} \right]^{1/2}.  \qquad (2)$$

where $N_{t0}$ is the total ion dose implanted into the drift layer and $X_{jd}$ is the junction depth of the drift layer. As the drain voltage is increased, the channel region close to the drift layer ($p_1$) is pinched off as shown in Fig. 2(b).

CH1708-7/81/0000-0255 $0.75 © 1981 IEEE

Case No. 04-1371-JJF
DEFT Exhibit No. DX 618
Date Entered _____
Signature _____



*Figure 2. Schematic of high-voltage MOS device model.*

When the drain voltage is further increased, the increased drain voltage is dropped across the first pinch-off region. This voltage drop causes channel-length modulation and increases drain current. At the drain voltage of $V_{p2}$, the region $p_2$ is pinched off before the surface electric field in the first pinch-off region reaches a critical avalanche electric field ($\approx 3 \times 10^5$ V/cm). Once the region $p_2$ is pinched off, the increased drain voltage is dropped across the second pinch-off region and is no longer applied to the first pinch-off region. Therefore, the electric field in the first pinch-off region no longer increases. As a result, the surface avalanche breakdown happening at the first pinch-off region can be prevented; furthermore, the channel-length modulation no longer progresses. Therefore, the drain current saturates completely at the second pinch-off voltage. The second pinch-off voltage $V_{p2}$ is given by

$$V_{p2} = V_{p20} + I_{DS2}R_{d2} ,\qquad(3)$$

where $R_{d2}$ is the drift-layer resistance at the drain voltage of $V_{p2}$, and $V_{p20}$ is the pinch-off voltage of the drift layer at zero gate voltage. $V_{p20}$ is given by

$$V_{p20} = \frac{q(N_{SB} + N_{d0}/X_{jd})}{2\varepsilon_0\varepsilon_{sl}}\left\{\left[X_{jd} + \frac{\varepsilon_{sl}}{\varepsilon_{ox}}\,T_F\frac{N_{SB}X_{jd}}{N_{d0}}\right.\right.$$
$$\left.+ X_{jd}^2 + 2\,\frac{\varepsilon_{sl}}{\varepsilon_{ox}}\,T_F X_{jd}\right]^{1/4}$$
$$\left.-\left(X_{jd} + \frac{\varepsilon_{sl}}{\varepsilon_{ox}}\,T_F\right)\left(\frac{N_{SB}X_{jd}}{N_{d0}}\right)^{1/4}\right\}^2.\qquad(4)$$

When the drain voltage is further increased, finally the region $p_3$ close to the N+ drain junction is pinched off. For the same reason mentioned before, this third pinch-off region sustains the drain-voltage increase until the surface avalanche breakdown occurs at the third pinch-off region or until the bulk junction breakdown takes place.

## WAFER PROCESS

The starting material is p-type bulk silicon with <100> surface orientation and 200 Ω-cm resistivity. The first step is to grow a thin $SiO_2$ film followed by a chemical-vapor deposition of $Si_3N_4$ and $SiO_2$ films. The source and drift-layer regions are patterned at the same time in a CVD $SiO_2$ film and a $Si_3N_4$ film. Phosphorus ions are then implanted into the drift-layer region. Arsenic ion implantation is done for the source region using a photoresist as a masking material. After these two ion-implantation steps, the arsenic and phosphorus impurities are diffused. The active device regions of the logic circuits are then defined in the $Si_3N_4$ film that was deposited initially. Boron ions are implanted into the field regions of the logic devices. After the field-boron-ion implantation, a thick $SiO_2$ film is grown selectively in the source and drift-layer regions of the high-voltage MOS device and in the field region of the logic devices. The rest of the process steps are the same as for conventional silicon-gate NMOS LSIs.

## EXPERIMENTAL RESULTS

In order to investigate the electrical characteristics of the high-voltage MOS device, the drift-layer ion dose was varied from $4 \times 10^{11}$ cm$^{-2}$ to $2 \times 10^{12}$ cm$^{-2}$. The channel and drift-layer lengths were also ranged from 6 to 16 μm and from 50 to 200 μm, respectively. The gate-oxide and field-oxide thicknesses between the extended-source field plate and the drift layer were 1050 Å and 2.0 μm. In this experiment, a circle pattern with a drain radius of 50 μm was used for the high-voltage MOS device.

Figure 3 shows the typical drain characteristics of a high-voltage MOS device. The drain-breakdown voltage at zero gate-bias voltage is greater than 1000 volts with drain leakage current less than 30 nA. At a gate bias of 4 volts, no surface avalanche current was observed for drain voltages up to 800 volts. The drain-breakdown voltage showed a maximum value at the drift-layer ion dose of $1 \times 10^{12}$ cm$^{-2}$ and was larger as the drift-layer length was lengthened. As shown in Fig. 4, there is a significant difference in breakdown voltage—approximately 200 to 250 volts—between the two devices; one has an extended-source field plate of 30 μm and the other has none. This difference is due to the existence of a second pinch-off voltage.



*Figure 3. Typical drain characteristics of high-voltage MOS device.*

11.3



Figure 4. Extended-source field-plate effect on drain-breakdown voltage.



Figure 5. Drain leakage currents for different channel-length devices. ● —— (a); × —— (b).



Figure 6. Drain leakage current dependence on drift-layer ion dose.

The drain punchthrough current is a strong function of channel length, impurity concentration in the channel region, and drift-layer ion dose. This punchthrough current can be suppressed if the second pinch-off occurs before the potential barrier in the channel region is lowered. Therefore, the higher impurity concentration in the channel region or the lower ion dose in the drift layer allows the shorter channel length without punchthrough leakage current. As shown in Fig. 5, the punchthrough leakage current was controlled to less than 30 nA in the 6-$\mu$m channel device with the p-type region surrounding the source area. The surface concentration of this p-type region was $1 \times 10^{16}$ cm$^{-3}$. At the drift-layer ion dose of $6 \times 10^{11}$ cm$^{-2}$, the punchthrough leakage current was also less than 30 nA in the 11-$\mu$m channel device without the p-type region. (See Fig. 6.) However, in this case, the drain-breakdown voltage at zero gate-bias voltage was limited at 650 volts.

The on-resistance, saturation drain current, and pinch-off voltage dependences on channel length, drift-layer length, and drift-layer ion dose have been explained already in other literature (5) as well as by theoretical calculations.

## OPTIMUM DEVICE STRUCTURE

In order to maximize the saturation drain current capability while maintaining a 1000-volt drain breakdown, the channel length must be minimized by keeping the drift-layer ion dose at $1 \times 10^{12}$ cm$^{-2}$. However, the shorter channel length and the higher drift-layer ion dose result in larger drain punchthrough leakage current. It was shown in Figs. 5 and 6 that either the additional p-type region surrounding the source region or the lower drift-layer ion dose effectively prevented the punchthrough leakage current. On the other hand, the higher drift-layer ion dose is necessary in order to obtain low on-resistance. The

11.3

optimized high-voltage MOS-device structure shown in Fig. 7 takes these factors into account to obtain the maximum drain-current capability with low on-resistance while maintaining a 1000-volt drain breakdown. The source region is surrounded by an additional p-type region that has a surface-impurity concentration of $1 \times 10^{16}$ cm$^{-3}$. The gate-threshold voltage is adjusted at 1.0 volt by a channel boron-ion implantation. The drift layer is composed of two regions, $N_{d1}$ and $N_{d2}$. $N_{d1}$ has an ion dose of $6 \times 10^{11}$ cm$^{-2}$. This lightly doped first drift-layer region provides a low second pinch-off voltage to suppress the punchthrough leakage current. The second drift-layer region $N_{d2}$ has an ion dose of $1 \times 10^{12}$ cm$^{-2}$, which provides the maximum drain-breakdown voltage and reduces the on-resistance. The optimized high-voltage MOS device, which had a circle pattern with $R_D = 50$ μm, $L = 6$ μm, and $L_d = 200$ μm, demonstrated drain-breakdown voltage as high as 1000 volts with drain leakage current less than 30 nA, on-resistance of 1700 Ω, and saturation drain current of 260 mA/cm at a 5-volt gate bias. In this device, on-resistance can be reduced to 300 Ω by using a race-track pattern.

compatible with present NMOS-LSI technology. The electrical characteristics of the high-voltage MOS device were modeled and characterized in terms of channel length, drift-layer length, drift-layer ion dose, and extended-source field-plate effect. It was concluded that the optimum high-voltage MOS-device structure uses a p-type region surrounding a source region with a double drift-layer structure in order to obtain the maximum drain-current capability with a low on-resistance while maintaining a 1000-volt drain breakdown. The optimized high-voltage MOS device achieved drain-breakdown voltage as high as 1000 volts with drain leakage current less than 30 nA, on-resistance as low as 300 Ω, and saturation drain current up to 84 mA within an area of 520 μm $\times$ 1320 μm.

## ACKNOWLEDGMENTS

The authors thank all the people at Tektronix, Inc. who contributed to this project, with special thanks to V.A. Derr for her sample preparation.



*Figure 7. Optimized high-voltage MOS-device structure.*

## CONCLUSIONS

High-voltage MOS devices and NMOS logic circuits have been integrated on the same chip by using a silicon-gate isoplanar process that is

## REFERENCES

(1)  J.D. Plummer, "Monolithic MOS high voltage integrated circuits," in *IEDM Tech. Digest*, p. 70, 1980.

(2)  M. Pomper, *et al.*, "High voltage DIMOS driver circuit," *IEEE J. Solid State Circuits*, vol. SC-15, no. 3, p. 328, 1980.

(3)  T. Suzuki, *et al.*, "A high voltage high frequency SOS/CMOS pulse generator," in *IEDM Tech. Digest*, p. 264, 1980.

(4).  K. Fujii, *et al.*, "400-V MOS-IC for EL display," in *ISSCC Digest Tech. Papers*, p. 46, 1981.

(5)  T. Yamaguchi, *et al.*, "A 1000-V high-voltage MOS integrated circuit technology," in *Proc. 1981 Custom Integrated Circuits Conference*, p. 112, 1981.

11.3



Figure 3. Typical drain characteristics of high-voltage MOS device.

# DX 619

Case No. 04-1371-JJF
DEFT Exhibit No. DX 619
Date Entered _____
Signature _____

# INTEGRATED CIRCUITS FOR THE CONTROL OF HIGH POWER

Robert S. Wrathall, David Tam
Louis Terry, Stephen P. Robb

Semiconductor Research and Development Laboratories
Motorola, Inc.
5005 E. McDowell Rd., Phoenix, AZ 85008

## INTRODUCTION

Vertical power devices are being used in a new class of integrated circuits for the control of high power (1). These vertical devices offer substantial improvements over the traditional planar devices used in linear technology. In the new devices one high current contact (collector or drain) is located on the back of the die which allows a high degree of symmetry in the layout of the base/gate and emitter/source contacts and metal on the front surface. These high current, high power devices are integrated monolithically with a planar IC technology which provides control, interface and protection functions.

The major disadvantages of planar technologies in power control are the interdigitated layout on the surface of the device and resistance associated with the collector contact. The topology of interconnection can cause increased base and emitter/source resistance, and the buried layer generates substantial collector/drain resistance. These fundamental constraints increase the saturation resistance and also make the planar power device more susceptible to hot spot development, limiting the safe operating area in high current operation. The high collector/drain resistance is a very detrimental feature for high current technology. The high drain resistance is particularly noted in high voltage MOS technology (2-5).

In order to obtain higher voltage operation, the planar technology must increase the epi thickness to accommodate the depletion spread into the collector (6-8). These larger thicknesses make it increasingly difficult to provide isolation and deep collector/drain contact diffusions. As a result multilayer epi structures usually are required (7). The extra processing steps add substantially to the process complexity while reducing yield.

Another technology which might be used for power control is the integrated power devices concept. These devices are usually very small scale integrations of a few devices to meet a very narrowly defined function such as an opto-coupled switch (9-10). Such devices do not have the flexibility of medium to large scale integrated circuits demanded by most power IC applications.

Figure 1 indicates some of the projected markets for power applications. It is obvious that standard IC technology cannot meet the market demand for most of the high volume power control applications. These markets can be addressed by the new power control technologies with vertical power devices. These power devices are capable of dissipating 100 watts and controlling switched loads of 300 to 400 watts. The output device is generally capable of a minimum breakdown voltage of about 100 volts.

At Motorola the technologies are generically known as SMARTpower™. Other companies have also been engaged in the development of such technology. For example, National has produced the STEEL™ line of voltage regulators using a vertical output device integrated with conventional linear IC planar technology (11). Many other companies have been pursuing the power control market. Among them are International Rectifier, General Electric, Siemens, Texas Instruments, Mitsubishi, Lambda, Harris and others. Some of these efforts are summarized in Table 1.

## HIGH POWER TECHNOLOGY

Figure 2 shows the cross section of the Motorola SMARTpower I technology. Many of the features of power control IC technology are evident. It can be seen that the PNP power device is vertical, with the collector on the back of the die. A low resistivity substrate is utilized with the standard power transistor back metallization. The collector resistance of a 15 ampere device is approximately 70 milliohms.

Some form of isolation is necessary between the power device and the control section. The N-epitaxial layer in which the CMOS is built must be at the most positive potential of the circuit to eliminate forward biasing of the vertical collector into the control circuit. This can be achieved by a conventional isolation diffusion or by some other means such as a moat or an electrical short having the effect of placing a high value resistor between the emitter and base of the PNP power device.

The control section is metal gate CMOS. CMOS is a self-isolating technology which does not need vertical or lateral isolation. One of the principle advantages of metal gate CMOS is manufacturability. Another is the ease with which the CMOS process merges with the PNP epi base power transistor

16.1

CH1973-7/83/0000-0408 $1.00 © 1983 IEEE

process. Also, a quality capacitor is inherent in the process, an important factor in linear circuit design.

A variety of active devices are available for circuit design. There are four basic MOS transistors, a high and low voltage FET of both N and P channel type. The high voltage NMOS devices have a drain breakdown exceeding 45 volts and the P channel devices exceeding 60 volts. The high breakdown voltage is achieved by the use of lightly doped drain diffusions. The P well parasitic NPN transistor has a breakdown voltage exceeding 40V and a beta typically between 200 and 400. A large variety of resistors are available between the N-, N+, P- and P+ diffusions together with the P well. The large number of diffusions also allow the construction of a variety of different avalanche diodes.

The power device has benefitted by the application of modern fine-line photolithography. The design rules which are used in the SMARTpower I technology have not been very aggressive but still are smaller than typical power discrete design rules by an order of magnitude. As a result, the SMARTpower PNP transistor reflects this capability. Its saturation voltage is a factor of 2 times lower, at high currents, than the equivalent discrete device. The F-tau of these devices is between 3 and 5 times higher than devices with equivalent base widths. The device has a somewhat smaller SOA than a standard epi base power device (see Figure 3), but this characteristic may be improved without serious compromise by judicious use of lumped ballasting.

OTHER POWER CONTROL VARIATIONS

The combination of PNP and CMOS was observed by Anthony New to have compatible doping and profiles which merge reasonably well. This suggested the original SMARTpower I technology. The inverted technology, NPN with CMOS is substantially more complex. There are generally two ways to achieve the end result. The first way is to use, much like SMARTpower I, a P-epi layer used as the CMOS substrate and NPN base. To accomodate the lightly doped N well, this epi layer must be very lightly doped. This necessitates some form of twin well technology and some increased complexity in the epi layer to withstand the collector-base breakdown voltage without punch-through. The other method is the use of vertical isolation as used in the National STEEL voltage regulator. The approximate device cross section is shown in Figure 4. The STEEL process uses bipolar control circuits. If CMOS were used instead of bipolar, the cross section would differ only in surface topology and the more limited use of vertical isolation.

Another obvious combination is the integration of an N-channel power MOS device with CMOS. In this case, Figure 4 would be somewhat modified to reflect the power NMOS device merged with the CMOS control. This particular combination is known as SMARTpower II at Motorola. This technology has a great deal of symmetry in the process, and many steps can be shared between the CMOS and the

power MOS device. The technology can be described as the "Universal Technology" and is capable of building virtually every active device now commonly used. Indeed, it can build NMOS and PMOS devices of high and low voltage, two different threshold NMOS devices, two different isolatable NPN high voltage transistors, lateral PNP transistors, IIL devices, high voltage DMOS, and power DMOS. A good MOS capacitor, however, requires a separate photomask.

LIMITATIONS OF THE TECHNOLOGY

It can immediately be seen from Figure 2 that there is only one possible collector. This is the major limitation of the power control technology. With a vertical power device there can only be one substrate contact. This limitation is quite substantial. For example, a large market segment which would otherwise be addressed by the SMARTpower technology is the high end audio amplifier market. Efficient amplifiers, however, are not single ended.

Other limitations are the compromises which must be made for the combination of the power device and the IC control. In SMARTpower I the limitation is found in the base width of the PNP. The base must be made wide enough to hold the P-well of the N- channel CMOS without substantially compromising the PNP base transport term and breakdown voltage of the technology. Fortunately a reasonable compromise is possible. In the case of the power NPN or power NMOS there is a trade-off of collector resistance against vertical isolation voltage breakdown.

The power devices have breakdown voltages orders of magnitude higher than the control circuit. To use these high breakdown voltages on the same chip with the lower voltage control circuit requires a low voltage power supply either on-chip or off-chip with the power device to be used in the common source/emitter configuration. If the device is used in a common drain/collector configuration, multiple power output devices are available but the control circuit generally sees the the entire voltage drop.

There are a few things which were thought to be limitations but are not. First, the high gain CMOS operational amplifiers were thought to have large offsets. This is not true, and modest layout care has produced very well matched pairs, exceeding or equalling normal bipolar matching. Contrary to other rumors, the authors have not detected any measurable offset drift due to threshold changes as a result of high temperature operation during power-on life tests. It is suspected that these perfidious tales were invented by bipolar partisans.

THE "SMART" OF SMARTpower

The "smarts" of the technology can be divided into three major functions: control, interface, and protection. Control generally senses some external quantity and adjusts the power device to compensate for any deviation. In a voltage regu-

16.1

lator, the external quantity is the output voltage and the internal control is the amount of current supplied to a variable load.

The interface function provides a generalized "level shift" function to receive and transmit control information on a control interface. These sort of functions are represented by the solid state switch.

The last group of "smarts" provide protection for the power device. These circuits monitor the power device to see if it is operating within its temperature and SOA curves and modify its power dissapation accordingly. These functions are not trivial and consume most of the effort in any design.

TOWARD THE FUTURE

The goal for any integration effort is to provide a better function or a cheaper price. In the power control market the major requirement is providing a lower installed cost to the user. The major market is replacement of functions now filled by older technology.

The fluorescent light ballast is an example of an older technology which is being targeted by the new. The market is very large, tens of millions of units a year. The problems are manifold. (Merging IC technology and power control uncovers a multitude of idiosyncracies on both sides of the equation.) Potentially, however, the IC replacement can be less expensive and provide increased function.

Motor control, AC line operation, automotive and transportation applications all are open to the new technology. The applications are wide, the possibilities are endless, however the designer must be eclectic.

REFERENCES

(1) G. Fay, T. Ruggles, Electronic Design 30, 7 p 69:March 31, 1982.

(2) B. Murai, IEEE J. SSC, Vol. SC-13, pp. 307-317:1978.

(3) Plummer, IEDM Technical Digest, pp. 70-74:Dec. 1980.

(4) A.W. Ludikhuize, IEDM Technical Digest, pp. 81-84:Dec. 1982.

(5) T. Engibous and G. Draper, Electronic Design, pp. 105-111:July 7, 1983.

(6) L. Halbs and T. Hansen, IEEE J. SSC, Vol. SC-14, pp. 666-671, 1979.

(7) J. F. Mayr, Proc. Custom Integrated Circuits Conf., pp. 281-286:May 1982.

(8) R. S. Pospisil, P. W. Shackle, and J. D. Beason, Proceedings of the CICC, pp. 412-416: 1983.

(9) J. Tihanyi, IEDM Technical Digest, pp. 6-10: Dec. 1982.

(10) A. Lidlow and W. Collins, Electronics, pp. 59-62:Dec. 29, 1980.

(11) Electronics, pp. 40-41:Nov. 20, 1980.

TABLE I
DEVICE TECHNOLOGIES FOR POWER IC's

| Generic Name | Output Device | Control Circuit | Isolation | Maximum Voltage | Maximum Current |
|---|---|---|---|---|---|
| SMARTpower I | PNP* | CMOS | J.I. | MEDIUM | HIGH |
| SMARTpower II | TMOS* | CMOS BIPOLAR | J.I. | MEDIUM | HIGH |
| STEEL(NATIONAL) | NPN* | BIPOLAR | J.I. | LOW | HIGH |
| INTEGRATED POWER DEVICES (SIEMANS) | TMOS* | NMOS | CMOS P-WELL | HIGH | HIGH |
| SSSX (IR) | LATERAL THYRISTOR | NMOS | P-WELL | HIGH | HIGH |
| BIDFET (TI) CMOS-DMOS (MOTO) | PLANAR DMOS | CMOS BIPOLAR | J.I. | MEDIUM | LOW |
| HV MOS | LATERAL HV MOS | NMOS | GUARD RINGS FIELD PLATES | HIGH | LOW |
| DIC | MOS BIPOLAR | MOS BIPOLAR | DIELECTRIC ISOLATION | HIGH | MEDIUM |
| SOS | LATERAL HV MOS | MOS | DIELECTRIC ISOLATION | HIGH | LOW |
| LINEAR I | BIPOLAR | BIPOLAR | J.I. | LOW | MEDIUM |
| LINEAR II | BIPOLAR | BIPOLAR | UP ISO J.I. | MEDIUM | MEDIUM |

LOW VOLTAGE IS LESS THAN 60 VOLTS, MEDIUM VOLTAGE BETWEEN 60 AND 400 VOLTS, HIGH VOLTAGE IS OVER 400 VOLTS.

LOW CURRENT IS LESS THAN .5 AMP, MEDIUM CURRENT BETWEEN .5 AND 5 AMPS, HIGH CURRENT IS GREATER THAN 5 AMP.

*SIGNIFIES COLLECTOR OR DRAIN CONTACT ON BACK OF DIE.

16.1



Figure 1. Capability and market overlap for power IC technology.



Figure 3. SOA curve of the SMARTpower I PNP output transistor.



Figure 2. SMARTpower I device cross section.



Figure 4. Cross section of the National bipolar STEEL technology (11).

16.1

# DX 620

# INTEGRATED POWER DEVICES

## J. Tihanyi

Siemens AG, Components Division, Munich, Germany

### ABSTRACT

One of the two main trends in the power integration is the combination of logic functions with high voltage output stages resulting in complex HVIC chips which are mainly used for display driving and telecommunication applications. The other trend is to build high current high voltage structures with integrated additional functions making the power devices better compatible to normal IC's and microcomputers.

## INTRODUCTION

The rapid advances made in integrated circuit technology have also lead to increased activities in the field of integrated monolithic high-voltage and power systems. The continuing growth in know-how in device physics and the introduction if IC fabrication technologies for complex HV and power systems are the driving forces behind the development of a widening variety of high-voltage and power ICs or functionally integrated structures.

This paper uses the term "power device" as a general description for all those devices which can block higher voltages than "normal, non-power" devices and (but this is not obligatory) which can handle higher currents than the usual devices. The voltage and current limits which "make" a high-voltage device cannot be defined in general terms; the type of technology used also plays a role. While bipolar analog ICs for a 40-V supply voltage can be manufactured easily, for devices in CMOS or NMOS circuits 20 volts is already a high value which cannot be achieved with standard design and processing. Two particular problems arise in the manufacture of power ICs: Firstly, it is not simple to make HV planar p-n junctions with stable and reliable electrical characteristics. Secondly, the usual isolation techniques used for low voltage ICs are not adequate for isolating at high voltages.

The whole problem is complicated still by further additional constraints with respect to cost-effectiveness: a power IC process should preferably be no more complex or expensive than standard processes.

Integrated power devices can be approached in various ways. The application spectrum ranges from HV display driver ICs and telecommunications ICs to optically coupled MOSFET-fired thyristors and triacs switching kilowatts of power.

This paper will attempt to provide an overview of the topic, without claiming in any way to be exhaustive, given the extent of the subject matter.

## HV PLANAR P-N JUNCTIONS

A planar p-n junction, i. e. a heavily doped region embedded into the surface of a weakly doped substrate, has both a theoretical and an actual breakdown voltage, the actual breakdown voltage being much lower.

The reasons for this reduction in breakdown voltage, which are well known, are field crowding on the surface due to the extreme curvature of the junction, the surface charge and the moving ions on the outer surface of the oxide.

For planar p-n junctions with breakdown voltages approaching the bulk value, the surface field must be reduced. Two basic approaches have recently been taken up to achieve surface field reduction. One of them is the field plate structure shown in Fig. 1. It is characterized by a conducting field plate covering a sloping insulating layer surrounding the heavily doped region. The structure is bordered by a channel stopper ring. The structure, for which optimum dimensions can be calculated using two-dimensional modeling, provides under reverse bias a continuously widening space charge layer below the field plate, resulting in the desired surface field reduction. It is a very simple structure and remains absolutely stable due to the perfect shielding of the space charge layer from the moving ions on the top of the structure, but it has the disadvantage of being awkward to fabricate. Simplified versions of the field-plate solution are easy to realize and are widely used in various power devices, as illustrated in Fig. 2.

While a wide variety of field-plated solutions exist, each can be considered a useful approach derived from the basic arrangement in Fig. 1.

1.2

CH1832-5/82/0000-0006 $00.75 © 1982 IEEE

Case No. 04-1371-JJF
DEFT Exhibit No. DX 620
Date Entered _____
Signature _____