IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,     )     **REDACTED**
                             )     **PUBLIC VERSION**
            Plaintiff,     )
                             )
     v.                      )     C.A. No. 04-1371-JJF
                             )
FAIRCHILD SEMICONDUCTOR     )
INTERNATIONAL, INC., and FAIRCHILD     )
SEMICONDUCTOR CORPORATION,     )
                             )
            Defendants.     )

**COMBINED APPENDIX TO DEFENDANTS': (i) OPENING POST-TRIAL BRIEF
IN SUPPORT OF THEIR ASSERTION THAT THE PATENTS-IN-SUIT
ARE UNENFORCEABLE DUE TO INEQUITABLE CONDUCT; AND
(ii) PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING THE UNENFORCEABILITY OF THE PATENTS-IN-SUIT
<u>DUE TO INEQUITABLE CONDUCT</u>**

**(VOLUME V of V)**

                                ASHBY & GEDDES
                                Steven J. Balick (I.D. #2114)
                                John G. Day (I.D. #2403)
                                Lauren E. Maguire (I.D. #4261)
                                500 Delaware Avenue, 8th Floor
                                P.O. Box 1150
                                Wilmington, DE 19899
                                302-654-1888

                                *Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: November 5, 2007

## TABLE OF CONTENTS

### VOLUME I

DX 17, Electronic Design, Volume 38, No. 6 (March 22, 1990)

DX 55, International Electron Devices Meeting, December 5-7, 1983

DX 56, International Electron Devices Meeting, December 13-15, 1982

DX 59, Physics and Technology of Power MOSFETs, A Dissertation Submitted to the Department of Electrical Engineering and the Committee on Graduate Studies of Stanford University in Partial Fulfillment of the Requirements for the Degree of Doctor of Philosophy, Shi-Chung Sun (February 1982)

DX 69, Seventh Annual Applied Power Electronics Conference and Exposition, February 23-27, 1992

DX 70, PWR-SMP240, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 74, PWR-SMP260, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 76, SMP211, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 77, PWR-SMP3, PWM Power Supply IC, 120 VAC Input, Isolated, Regulated DC Output

DX 89, United States Patent No. 4,626,879

DX 90, PIF 129750-129777

### VOLUME II

DX 91, PIF 129301-129321

DX 100, Prosecution History, FCS0000015-114

DX 102, Prosecution History, FCS0000122-206

DX 104, Prosecution History, FCS0000226-316

DX 106, Prosecution History, FCS0000336-477

**VOLUME III**

DX 110, PIF17419

DX 113, Invention Disclosure Form, PIF 63314-24

DX 114, Project PS03 Index, 3/28/90, PIF 129325-46

DX 115, PIF 129387

DX 116, Project SMP1A Index, 3/27/90, PIF 129389-410

DX 117, PIF 129412-14

DX 118, PIF 129449-51

DX 119, PIF 129454-84

DX 120, SMP212/220 Task List, 8/14/92, PIF 129499-504

DX 121, PWR-SMP212, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 122, PWR-SMP260, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 123, PWR-SMP240, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 124, PWR-SMP260, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 125, PWR-SMP260, PWM Power Supply IC, 110/220 VAC Input, Isolated, Regulated DC Output

DX 126, PWR-SMP240, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 192, United States Patent No. 5,146,298

DX 472, FCS1685956-93

DX 600, Optimum Design of Power MOSFETS, P.L. Hower, T.M.S. Heng and C. Huang, Unitrode Corporation, Watertown, Mass. 02171

DX 601, United States Patent & Trademark Office, Application No. 90/008,324

DX 602, United States Patent & Trademark Office, Application No. 90/008,327

DX 616, International Electron Devices Meeting, December 8-10, 1980

DX 617, International Solid-State Circuits Conference, February 18, 1981

DX 618, Process and Device Design of a 1000-Volt MOS IC

DX 619, Integrated Circuits for the Control of High Power, Robert S. Wrathall, David Tam, Louis Terry, Stephen P. Robb

DX 620, Integrated Power Devices, J. Tihanyi

DX 621, Journal of Solid-State Circuits, Vol. SC-15, No. 3, June 1980

DX 622, Integrated High and Low Voltage CMOS Technology

DX 623, International Solid-State Circuits Conference, February 18, 1981

DX 624, Lateral DMOS Transistor Optimized for High Voltage BIMOS Applications

DX 625, International Solid-State Circuits Conference, February 20, 1981

DX 626, Transactions on Electron Devices, FCS0526755-67

DX 627, High Voltage MOS Integrated Circuits, A Technology and Application Overview, KE001450-65

DX 628, KE001513-22

DX 629, KE001481-84

DX 633, Privilege Log for Klas Eklund documents


**VOLUME IV**

DX 1000, United States Patent No. 5,245,526

DX 1001, PWR-SMP211, PWM Power Supply IC, 85-265 VAC Input, Isolated, Regulated DC Output

DX 1002, PIF 129975-130008

DX 1003, Power Integrations' Responses and Objections to Defendants' Third Set of Requests for Admission (Nos. 44-50)

DX 1004, Form 10-Q, Filed 11/7/05 for Period Ending 9/30/05

DX 1005, International Electron Devices Meeting, December 3-5, 1979

DX 1006, Philips Journal of Research, Vol. 35, No. 1, March 13, 1980

DD1202

PX 1, United States Patent No. 6,249,879

PX 2, United States Patent No. 6,107,851

PX 3, United States Patent No. 6,229,366

PX 4, United States Patent No. 4,811,075

PX 8, PIF 00001-76

PX 19, Electronic Design, February 17, 1983, PIF 08765-70

PX 29, Klas Eklund notes

PX 30, Klas Eklund notes

PX 50, Letter to Alys Hay from Thomas Schatzel, KE 00012-14

PX 56, Technology License Agreement, PIF 23640-64

PX 272, 650V/1A, SPS 1-chip Process, FCS0176604-24

PX 325, Invention Disclosure Form, PIF 63306-13

PX 326, Invention Disclosure Form, PIF 63314-24

PX 412, KE001576-77


## **VOLUME V**

Alex Djenguerian Deposition, 8/23/05

Klas Eklund Deposition, 10/14/05

Klas Eklund Deposition, 6/7/07

James Go Deposition, 9/14/05

Leif Lund Deposition, 8/15/05

Leif Lund Deposition, 3/2/06

Thomas Schatzel Deposition, 9/15/05

185623.1

# REDACTED

# IN ITS ENTIRETY