IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1371-JJF |
| ) | |
| FAIRCHILD SEMICONDUCTOR ) | |
| INTERNATIONAL, INC., and FAIRCHILD ) | |
| SEMICONDUCTOR CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## AMENDED STIPULATED SCHEDULE FOR POST-TRIAL SUBMISSIONS

The parties to the above action hereby stipulate and agree, subject to the approval and order of the Court, that the Stipulated Schedule for Post-Trial Submissions entered by this Court on October 31, 2007 (D.I. 584) is amended as follows:

| Item | Due Date |
|---|---|
| PI responsive submission on inequitable conduct | Nov. 28, 2007 |
| Fairchild reply submissions on inequitable conduct | Dec. 12, 2007 |

FISH & RICHARDSON, P.C.

/s/ *William J. Marsden, Jr.*

William J. Marsden, Jr., (I.D. #2247)
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899
302-778-8401
marsden@fr.com

*Attorneys for Power Integrations, Inc.*

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Fairchild Semiconductor Corporation and Fairchild Semiconductor International, Inc.*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge