IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>   Defendants. | C.A. No. 04-1371 JJF |

**[PROPOSED] ORDER GRANTING PLAINTIFF POWER INTEGRATIONS'
MOTION FOR PRE-JUDGMENT INTEREST**

  Having considered Plaintiff Power Integrations, Inc.'s ("Power Integrations") Motion for Pre-Judgment Interest, the parties' respective briefing, and arguments thereon, IT IS HEREBY ORDERED that:

  Power Integrations is entitled to prejudgment interest calculated using the methodology proposed by Power Integrations.

  This _____ day of _____, 2007.

                      _____
                      Joseph J. Farnan, Jr.
                      United States District Judge