IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION,  a Delaware corporation, <br><br> Defendants. | C.A. No. 04-1371 JJF |

**PLAINTIFF POWER INTEGRATIONS' MOTION FOR A DECLARATION THAT THIS CASE IS EXCEPTIONAL, TREBLE DAMAGES, AND ATTORNEYS' FEES**

Plaintiff Power Integrations, Inc. ("Power Integrations") respectfully requests that

this Court: (1) find this case to be "exceptional" under 35 U.S.C. § 285, (2) award treble

damages under 35 U.S.C. § 284, and (3) award Power Integrations its reasonable

attorneys' fees and costs.

Dated:  December 3, 2007          FISH & RICHARDSON P.C.


By:  */s/ Kyle Wagner Compton*
        William J. Marsden, Jr. (#2247)
        Kyle Wagner Compton (#4693)
        919 N. Market Street, Suite 1100
        P.O. Box 1114
        Wilmington, DE  19899-1114
        Telephone: (302) 652-5070
        Facsimile:  (302) 652-0607

        Frank E. Scherkenbach
        225 Franklin Street
        Boston, MA 02110-2804
        Telephone: (617) 542-5070
        Facsimile:  (617) 542-8906

Howard G. Pollack
Michael R. Headley
Jonathan Lamberson
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007, I electronically filed with the Clerk of the

Court PLAINTIFF POWER INTEGRATIONS' MOTION FOR A DECLARATION THAT

THIS CASE IS EXCEPTIONAL, TREBLE DAMAGES, AND ATTORNEYS' FEES using

CM/ECF which will send electronic notification of such filing(s) to the following counsel.  In

addition, the filing will also be sent as indicated:


**BY E-MAIL AND HAND DELIVERY**          Attorneys for Defendants
Steven J. Balick                         FAIRCHILD SEMICONDUCTOR
John G. Day                              INTERNATIONAL, INC. and
Ashby & Geddes                           FAIRCHILD SEMICONDUCTOR
500 Delaware Avenue, 8th Floor           CORPORATION, and third party
P. O. Box 1150                           INTERSIL CORPORATION
Wilmington, DE 19899


**BY E-MAIL AND FIRST CLASS MAIL**       Attorneys for Defendants
G. Hopkins Guy, III                      FAIRCHILD SEMICONDUCTOR
Gabriel Ramsey                           INTERNATIONAL, INC. and
Orrick, Herrington & Sutcliffe, LLP      FAIRCHILD SEMICONDUCTOR
1000 Marsh Road                          CORPORATION
Menlo Park, CA  94025


                              */s/ Kyle Wagner Compton*
                              Kyle Wagner Compton (#4693)


80052428.doc