IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>   Defendants. | C.A. No. 04-1371 JJF |

**[PROPOSED] ORDER GRANTING PLAINTIFF POWER INTEGRATIONS'
MOTION FOR A DECLARATION THAT THIS CASE IS EXCEPTIONAL,
TREBLE DAMAGES, AND ATTORNEYS' FEES**

Having considered Plaintiff Power Integrations, Inc.'s ("Power Integrations") Motion for a Declaration that this Case is Exceptional, Treble Damages, and Attorneys' Fees, the parties' respective briefing, and arguments thereon, IT IS HEREBY ORDERED that:

(a) The Court declares this case exceptional under 35 U.S.C. § 285; and

(b) Power Integrations is entitled to a trebling of damages under 35 U.S.C. § 284; and

(c) Power Integrations is entitled to reasonable attorneys' fees and costs.

This _____ day of _____, 2007.

                                  _____
                                  Joseph J. Farnan, Jr.
                                  United States District Judge