**SEALED DOCUMENT**

Case 1:04-cv-01371-JJF    Document 612    Filed 12/03/2007    Page 1 of 1