# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

LETTER BY ECF AND
ENCLOSURE BY HAND

December 7, 2007

Ms. Deborah Krett
Case Manager
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   Power Integrations, Inc. v. Fairchild Semiconductor International
      USDC-D. Del. - C.A. No. 04-1371 JJF

Dear Ms. Krett:

As we discussed with your office, in preparing the public version of the Declaration of William J. Marsden, Jr. In Support of Plaintiff Power Integration's Answering Brief In Opposition to Fairchild's Post-trial Brief Asserting Inequitable Conduct (D.I. 604) we discovered that the text of the Declaration referred to Kyle Wagner Compton instead of William J. Marsden, Jr. and the removal of the second 1. was removed from paragraph no. 1   A corrected copy of the declaration, which was filed under seal, on November 28, 2007 is being delivered to the Court for substitution. No other change was made to this declaration.  The redacted version, which will be filed shortly, will reflect the corrected page 1.  Please accept our apologies for this error.

Respectfully,

William J. Marsden, Jr.

WJM/kxk
Enclosure (2 copies of under seal declaration)

cc:   Steven J. Balick, Esq., (w/corrected page of declaration) (By email)
      G. Hopkins Guy, III, Esq. (w/corrected page of declaration) (By email)

80052590.doc