IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>       Defendants. | C.A. No. 04-1371 JJF<br><br>**PUBLIC VERSION** |

**DECLARATION OF WILLIAM J. MARSDEN, JR.
IN SUPPORT OF PLAINTIFF POWER INTEGRATIONS' ANSWERING BRIEF IN
OPPOSITION TO FAIRCHILD'S POST-TRIAL BRIEF ASSERTING INEQUITABLE
CONDUCT**

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
Kyle Wager Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607
Email:  marsden@fr.com
Email:  kcompton@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA  02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

Redacted:  December 10, 2007

## DECLARATION OF WILLIAM J. MARSDEN, JR.

I, William J. Marsden, Jr., declare as follows:

1. I am an attorney at Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so

2. Attached to this Declaration as Exhibit A is a true and accurate copy of the Rebuttal Expert Report of Robert Blauschild dated January 9, 2006;

3. Attached to this Declaration as Exhibit B is a true and accurate copy of excerpts from the deposition of Robert Blauschild dated March 12, 2007;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of November, 2007, at Wilmington, Delaware.

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.

80052227.doc

**CORRECTED**

# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, I electronically filed with the Clerk of Court PUBLIC VERSION of the DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF PLAINTIFF POWER INTEGRATIONS' ANSWERING BRIEF IN OPPOSITION TO FAIRCHILD'S POST-TRIAL BRIEF ASSERTING INEQUITABLE CONDUCT using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FEDERAL EXPRESS**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.