IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>      Defendants. | C.A. No. 04-1371 JJF<br><br>PUBLIC VERSION |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF POWER INTEGRATIONS INC.'S POST-TRIAL MOTION FOR A DECLARATION THAT THIS CASE IS EXCEPTIONAL, TREBLE DAMAGES, AND ATTORNEYS' FEES**

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
Jonathan Lamberson
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

DATED: December 3, 2007
REDACTED: December 10, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>　　　　Defendants. | C.A. No. 04-1371-JJF<br><br>**PUBLIC VERSION** |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF POWER INTEGRATIONS INC.'S POST-TRIAL MOTION FOR A DECLARATION THAT THIS CASE IS EXCEPTIONAL, TREBLE DAMAGES, AND ATTORNEYS' FEES**

　　I, Kyle Wagner Compton, declare as follows:

　　1.　　I am an attorney at Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

　　2.　　Attached hereto as Exhibit A is a true and correct copy of Fairchild's Supplemental Response to Power Integrations' Interrogatory No. 13.

　　3.　　Attached hereto as Exhibit B are true and correct excerpts from the hearing regarding discovery disputes related to Power Integrations' motion to compel the deposition of H.K. Kim, which took place on February 2, 2006.

　　4.　　Attached hereto as Exhibit C are true and correct excerpts from the deposition of H.S. Choi in this case, which took place on September 12, 2005.

　　5.　　Attached hereto as Exhibit D is a true and correct copy of trial exhibit PX296, along with and its agreed-upon translation, entered into evidence in this case on October 3, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of trial exhibit DX535, one of Fairchild's opinion letters regarding Power Integrations' '366 patent, dated June 28, 2005.

7. Attached hereto as Exhibit F is a true and correct copy of trial exhibit DX483, another of Fairchild's opinion letters regarding Power Integrations' '366 patent, dated June 6, 2006.

8. Attached hereto as Exhibit G is a true and correct copy of an e-mail from Fairchild counsel Brian VanderZanden to Power Integrations' counsel Jonathan Lamberson, dated September 17, 2007, confirming for the first time on the first day of the invalidity trial that Fairchild was no longer proceeding with an invalidity theory based on the TEA2262.

9. Attached hereto as Exhibit H is a true and correct copy of trial exhibit DX480 one of Fairchild's opinion letters regarding Power Integrations' '075 patent, dated June 6, 2006.

10. Attached hereto as Exhibit I is a true and correct copy of trial exhibit DX136, another of Fairchild's opinion letters regarding Power Integrations' '075 patent, dated May 6, 2005.

11. Attached hereto as Exhibit J is a true and correct copy of trial exhibit DX137, another of Fairchild's opinion letters regarding Power Integrations' '075 patent, dated September 26, 2005.

12. Attached hereto as Exhibit K are true and correct excerpts from trial exhibit PX48, one of Dr. Eklund's notebooks containing his work related to the invention of the '075 patent, bearing production numbers KE1362-64.

13. Attached hereto as Exhibit L is a true and correct copy of the opinion from the United States Court of Appeals for the Federal Circuit summarily affirming the ITC's determination that System General infringes Power Integrations' patents, dated November 19, 2007.

14. Attached hereto as Exhibit M is a true and correct copy of a Fairchild press release regarding Fairchild's recent acquisition of System General, dated February 8, 2007.

15. Attached hereto as Exhibit N is a true and correct copy of a letter from Fairchild counsel Bas de Blank to Power Integrations' counsel Michael Headley, dated December 9, 2005.

16. Attached hereto as Exhibit O is a true and correct copy of Fairchild's initial Response to Power Integrations' Interrogatory No. 8.

17. Attached hereto as Exhibit P is a true and correct copy of Fairchild's Third Supplemental Response to Power Integrations' Interrogatory No. 8.

18. Attached hereto as Exhibit Q is a true and correct copy of a letter from Fairchild counsel Bas de Blank to Power Integrations' counsel Gina Steele, dated July 7, 2005.

19. Attached hereto as Exhibit R is a true and correct copy of an e-mail from Samsung counsel Kristina Kim to Power Integrations' counsel Michael Headley, dated December 16, 2005.

20. Attached hereto as Exhibit S is a true and correct copy of a letter from Fairchild counsel Brian VanderZanden to Power Integrations' counsel Howard Pollack, dated October 17, 2006.

21. Attached hereto as Exhibit T is a true and correct copy of a letter from Fairchild counsel Brian VanderZanden to Power Integrations' counsel Michael Headley, dated April 24, 2006.

22. Attached hereto as Exhibit U is a true and correct copy of a letter from Fairchild paralegal Sarah Schultz to Power Integrations' counsel Gina Steele, dated June 28, 2005.

23. Attached hereto as Exhibit V is a true and correct copy of a letter from Fairchild paralegal Sarah Schultz to Power Integrations' counsel Gina Steele, dated June 29, 2005.

24. Attached hereto as Exhibit W is a true and correct copy of a Fairchild press release regarding Fairchild's purchase of a license to sue Power Integrations and the filing of that suit in the Eastern District of Texas, dated April 11, 2006.

25. Attached hereto as Exhibit X is a true and correct copy of an e-mail from Power Integrations' counsel Michael Headley to Fairchild counsel Bas de Blank confirming discussions

regarding Fairchild's efforts to renumber parts and release new parts without providing discovery regarding those parts, dated November 18, 2005.

26.     Attached hereto as Exhibit Y is a true and correct copy of a Fairchild press release following the jury verdict finding Fairchild infringed all claims of the asserted Power Integrations patents, dated October 10, 2006.

27.     Attached hereto as Exhibit Z is a true and correct copy of a Fairchild press release following the jury verdict affirming the validity of all four asserted Power Integrations' patents, dated September 21, 2007.

28.     Attached hereto as Exhibit AA is a true and correct copy of a Fairchild document admitted at trial as PX255, describing a Fairchild seminar on Power Integrations' circuits.

29.     Attached hereto as Exhibit BB is a true and correct copy of an excerpt of Volume 1 of the Trial Transcript, dated September 17, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December, 2007, at Wilmington, Delaware.


                                        */s/ Kyle Wagner Compton*
                                        Kyle Wagner Compton

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, I electronically filed with the Clerk of Court the **PUBLIC VERSION OF DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF POWER INTEGRATIONS INC.'S POST-TRIAL MOTION FOR A DECLARATION THAT THIS CASE IS EXCEPTIONAL, TREBLE DAMAGES, AND ATTORNEYS' FEES** which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| **BY EMAIL**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

                                             /s/ Kyle Wagner Compton
                                             Kyle Wagner Compton