IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br> v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>   Defendants. | C.A. No. 04-1371 JJF<br><br>**REDACTED** |

### DECLARATION OF RICHARD B. TROXEL REGARDING PREJUDGMENT INTEREST

I, Richard B. Troxel, declare as follows:

1. I have been retained as an expert in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so

2. Attached to this Declaration as Exhibit A are excerpts from my Expert Report dated January 31, 2006 regarding the calculation of prejudgment interest;

3. Attached to this Declaration as Exhibit B is a summary of the prejudgment interest I have calculated on the jury's damages award;

4. Attached to this Declaration as Exhibit C are a series of schedules I have prepared to explain my calculation of prejudgment interest on the jury's damages award.

//
//
//
//
//

These calculations are completely consistent with the methodology for calculating pre-judgment interest as set forth in my expert report served in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of November, 2007, at Hendersonville, NC.

_____
Richard B. Troxel

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2007, I electronically filed with the Clerk of the Court the Public Version of the Declaration of Richard B. Troxel Regarding Prejudgment Interest which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| **BY EMAIL** | Attorneys for Defendants |
| Steven J. Balick | FAIRCHILD SEMICONDUCTOR |
| John G. Day | INTERNATIONAL, INC. and |
| Ashby & Geddes | FAIRCHILD SEMICONDUCTOR |
| 500 Delaware Avenue, 8th Floor | CORPORATION, and third party |
| P. O. Box 1150 | INTERSIL CORPORATION |
| Wilmington, DE 19899 | |
| | |
| **BY E-MAIL** | Attorneys for Defendants |
| G. Hopkins Guy, III | FAIRCHILD SEMICONDUCTOR |
| Bas de Blank | INTERNATIONAL, INC. and |
| Orrick, Herrington & Sutcliffe, LLP | FAIRCHILD SEMICONDUCTOR |
| 1000 Marsh Road | CORPORATION |
| Menlo Park, CA 94025 | |

          /s/ Kyle Wagner Compton
          Kyle Wagner Compton