# Exhibit A

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit B

# EXHIBIT REDACTED IN ITS ENTIRETY

Case 1:04-cv-01371-JJF     Document 625-2     Filed 12/10/2007     Page 4 of 6

# Exhibit C

# EXHIBIT REDACTED IN ITS ENTIRETY