IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

**DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS INC.'S OPPOSITION TO FAIRCHILD'S POST-TRIAL MOTION FOR NEW TRIAL ON ALL ISSUES IN LIGHT OF *IN RE SEAGATE***

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

DATED: December 21, 2007

I, William J. Marsden, Jr., declare as follows:

1. I am an attorney at Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Katherine P. Barecchia, In re Seagate: *How Claims and Defenses For Willful Infringement Have Changed*, September 25, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of Joseph Casino and Michael Kasdan, *In re Seagate Technology: Willfulness and Waiver, a Summary and a Proposal*, 2007 Patently-O L.J. 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December, 2007, at Wilmington, Delaware.

                                                      */s/ William J. Marsden, Jr.*
                                                      William J. Marsden, Jr.

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I served the **DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS INC.'S OPPOSITION TO FAIRCHILD'S POST-TRIAL MOTION FOR NEW TRIAL ON ALL ISSUES IN LIGHT OF *IN RE SEAGATE*** on the following as indicated:

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR CORPORATION, and third party INTERSIL CORPORATION |
| **BY E-MAIL AND FEDERAL EXPRESS**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR CORPORATION |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80053250.doc