IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**REDACTED**

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF |

### DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS' OPPOSITION TO FAIRCHILD'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE FOR A NEW TRIAL REGARDING INVALIDITY OF U.S. PATENT NO. 4,811,075

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

DATED: December 21, 2007

I, William J. Marsden, Jr., declare as follows:

1. I am an attorney with Fish & Richardson P.C., counsel for Plaintiff Power Integrations, Inc. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of PX-30.

3. Attached hereto as Exhibit B is a true and correct copy of excerpted pages from DX 130.

4. Attached hereto as Exhibit C is a true and correct copy of DX 558.

5. Attached hereto as Exhibit D is a true and correct copy of DX 632.

6. Attached hereto as Exhibit E is a true and correct copy of an e-mail dated January 23, 2006 from Jeff Bragalone to Michael Headley.

7. Attached hereto as Exhibit F is a true and correct copy of a letter dated April 24, 2007 from Brian VanderZanden to Michael Headley enclosing documents bearing production numbers FCS1691462-473.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the Highly Confidential transcript of the April 18, 2007 deposition of Mike Shields.

9. Attached hereto as Exhibit H is a true and correct copy of the Supplementary Expert Report of Dr. Peter Gwozdz, dated February 23, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December, 2007, at Wilmington, Delaware.

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I served the **REDACTED DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF POWER INTEGRATIONS INC.'S OPPOSITION TO FAIRCHILD'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE FOR A NEW TRIAL REGARDING INVALIDITY OF U.S. PATENT NO. 4,811,075** on the following as indicated:

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FEDERAL EXPRESS**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.