# EXHIBIT 1



April 2007

# FSQ0170RNA, FSQ0270RNA, FSQ0370RNA
# Green Mode Fairchild Power Switch (FPS™)

## Features

- Internal Avalanche Rugged 700V SenseFET
- Consumes only 0.8W at 230 $V_{AC}$ & 0.5W Load with Burst-Mode Operation
- Precision Fixed Operating Frequency, 100kHz
- Internal Start-up Circuit and Built-in Soft-Start
- Pulse-by-Pulse Current Limiting and Auto-Restart Mode
- Over-Voltage Protection (OVP), Overload Protection (OLP), Internal Thermal Shutdown Function (TSD)
- Under-Voltage Lockout (UVLO)
- Low Operating Current (3mA)
- Adjustable Peak Current Limit

## Applications

- Auxiliary Power Supply for PC and Server
- SMPS for VCR, SVR, STB, DVD & DVCD Player, Printer, Facsimile & Scanner
- Adapter for Camcorder

## Related Application Notes

- *AN-4134: Design Guidelines for Off-line Forward Converters Using Fairchild Power Switch (FPS™)*
- *AN-4137: Design Guidelines for Off-line Flyback Converters Using Fairchild Power Switch (FPS™)*
- *AN-4141: Troubleshooting and Design Tips for Fairchild Power Switch (FPS™) Flyback Applications*
- *AN-4147: Design Guidelines for RCD Snubber of Flyback*
- *AN-4148: Audible Noise Reduction Techniques for FPS™ Applications*

## Description

The FSQ0170RNA, FSQ0270RNA, FSQ0370RNA consists of an integrated current mode Pulse Width Modulator (PWM) and an avalanche-rugged 700V Sense FET. It is specifically designed for high-performance off-line Switch Mode Power Supplies (SMPS) with minimal external components. The integrated PWM controller features include: a fixed-frequency generating oscillator, Under-Voltage Lockout (UVLO) protection, Leading Edge Blanking (LEB), an optimized gate turn-on/turn-off driver, Thermal Shutdown (TSD) protection, and temperature compensated precision current sources for loop compensation and fault protection circuitry.

Compared to a discrete MOSFET and controller or RCC switching converter solution, the FSQ0170RNA, FSQ0270RNA, FSQ0370RNA reduces total component count, design size, and weight while increasing efficiency, productivity, and system reliability. These devices provide a basic platform that is well suited for the design of cost-effective flyback converters, as in PC auxiliary power supplies.

**8-DIP**



## Ordering Information

| Product Number | Package | Marking Code | $BV_{DSS}$ | $f_{OSC}$ | $R_{DS(ON)}$ (MAX.) |
|---|---|---|---|---|---|
| FSQ0170RNA | 8DIP | Q0170R | 700V | 100kHz | 11Ω |
| FSQ0270RNA | 8DIP | Q0270R | 700V | 100kHz | 7.2Ω |
| FSQ0370RNA | 8DIP | Q0370R | 700V | 100kHz | 4.75Ω |

FPS™ is a trademark of Fairchild Semiconductor Corporation.

© 2006 Fairchild Semiconductor Corporation

*FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)*

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

## Application Diagram



**Figure 1. Typical Flyback Application**

## Output Power Table[1]

| Product | 230V$_{AC}$ ±15%[2] | | 85–265V$_{AC}$ | |
|---|---|---|---|---|
| | Adapter[3] | Open Frame[4] | Adapter[3] | Open Frame[4] |
| FSQ0170RNA | 14W | 20W | 9W | 13W |
| FSQ0270RNA | 17W | 24W | 11W | 16W |
| FSQ0370RNA | 20W | 27W | 13W | 19W |

**Notes:**
1. The maximum output power can be limited by junction temperature.
2. 230 V$_{AC}$ or 100/115 V$_{AC}$ with doubler.
3. Typical continuous power in a non-ventilated enclosed adapter with sufficient drain pattern as a heat sink, at 50°C ambient.
4. Maximum practical continuous power in an open-frame design with sufficient drain pattern as a heat sink, at 50°C ambient.

## Internal Block Diagram



**Figure 2. Internal Block Diagram**

© 2006 Fairchild Semiconductor Corporation

PIF 145148

## Pin Configuration



Figure 3. Pin Configuration (Top View)

## Pin Definitions

| Pin # | Name | Description |
|---|---|---|
| 1 | GND | **Ground.** SenseFET source terminal on primary side and internal control ground. |
| 2 | $V_{CC}$ | **Power Supply.** Positive supply voltage input. Although connected to an auxiliary transformer winding, current is supplied from pin 5 ($V_{str}$) via an internal switch during start-up, see Figure 2. It is not until $V_{CC}$ reaches the UVLO upper threshold (12V) that the internal start-up switch opens and device power is supplied via the auxiliary transformer winding. |
| 3 | FB | **Feedback.** The feedback voltage pin is the non-inverting input to the PWM comparator. It has a 0.9mA current source connected internally while a capacitor and opto-coupler are typically connected externally. A feedback voltage of 6V triggers overload protection (OLP). There is a time delay while charging external capacitor $C_{FB}$ from 3V to 6V using an internal 5µA current source. This time delay prevents false triggering under transient conditions, but still allows the protection mechanism to operate under true overload conditions. |
| 4 | $I_{PK}$ | **Peak Current Limit.** This pin adjusts the peak current limit of the SenseFET. The 0.9mA feedback current source is diverted to the parallel combination of an internal 2.8kΩ resistor and any external resistor to GND on this pin. This determines the peak current limit. If this pin is tied to $V_{CC}$ or left floating, the typical peak current limit is 0.8A (FSQ0170RNA), 0.9A (FSQ0270RNA), or 1.1A (FSQ0370RNA). |
| 5 | $V_{str}$ | **Start-up.** This pin connects to the rectified AC line voltage source. At start-up, the internal switch supplies internal bias and charges an external storage capacitor placed between the $V_{CC}$ pin and ground. Once the $V_{CC}$ reaches 12V, the internal switch is opened. |
| 6 | Drain | **SenseFET drain.** High-voltage power SenseFET drain connection. |
| 7 | Drain | **SenseFET drain.** High-voltage power SenseFET drain connection. |
| 8 | Drain | **SenseFET drain.** High-voltage power SenseFET drain connection. |

© 2006 Fairchild Semiconductor Corporation
FSQ0170RNA, FSQ0270RNA, FSQ0370RNA Rev. 1.0.2
www.fairchildsemi.com

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

PIF 145149

## Absolute Maximum Ratings

The "Absolute Maximum Ratings" are those values beyond which the safety of the device cannot be guaranteed. The device should not be operated at these limits. The parametric values defined in the Electrical Characteristics tables are not guaranteed at the absolute maximum ratings. $T_A = 25°C$, unless otherwise specified.

| Symbol | Characteristic | | Value | Unit |
|---|---|---|---|---|
| $V_{DRAIN}$ | Drain Pin Voltage | | 700 | V |
| $V_{STR}$ | Vstr Pin Voltage | | 700 | V |
| $I_{DM}$ | Drain Current Pulsed[5] | FSQ0170RNA | 4 | A |
| | | FSQ0270RNA | 8 | |
| | | FSQ0370RNA | 12 | |
| $E_{AS}$ | Single Pulsed Avalanche Energy[6] | FSQ0170RNA | 50 | mJ |
| | | FSQ0270RNA | 140 | |
| | | FSQ0370RNA | 230 | |
| $V_{CC}$ | Supply Voltage | | 20 | V |
| $V_{FB}$ | Feedback Voltage Range | | -0.3 to $V_{CC}$ | V |
| $P_D$ | Total Power Dissipation | | 1.5 | W |
| $T_J$ | Operating Junction Temperature | | Internally limited | °C |
| $T_A$ | Operating Ambient Temperature | | -25 to +85 | °C |
| $T_{STG}$ | Storage Temperature | | -55 to +150 | °C |

Notes:
5. Non-repetitive rating: Pulse width is limited by maximum junction temperature.
6. L = 51mH, starting $T_J = 25°C$.

## Thermal Impedance

$T_A = 25°C$, unless otherwise specified. All items are tested with the standards JESD 51-2 and 51-10 (DIP).

| Symbol | Parameter | Value | Unit |
|---|---|---|---|
| $\theta_{JA}$ | Junction-to-Ambient Thermal Resistance[7] | 80 | °C/W |
| $\theta_{JC}$ | Junction-to-Case Thermal Resistance[8] | 20 | °C/W |
| $\theta_{JT}$ | Junction-to-Top Thermal Resistance[9] | 35 | °C/W |

Notes:
7. Free standing with no heatsink; without copper clad.
   (Measurement Condition - Just before junction temperature $T_J$ enters into OTP.)
8. Measured on the DRAIN pin close to plastic interface.
9. Measured on the PKG top surface.

© 2006 Fairchild Semiconductor Corporation

PIF 145150

## Electrical Characteristics

$T_A$ = 25°C unless otherwise specified.

| Symbol | Parameter | | Condition | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|---|
| **SenseFET Section[10]** | | | | | | | |
| $I_{DSS}$ | Zero-Gate-Voltage Drain Current | | $V_{DS}$ = 700V, $V_{GS}$ = 0V | | | 50 | μA |
| | | | $V_{DS}$ = 560V, $V_{GS}$ = 0V, $T_C$ = 125°C | | | 200 | |
| $R_{DS(ON)}$ | Drain-Source On-State Resistance[11] | FSQ0170RNA | $V_{GS}$ = 10V, $I_D$ = 0.5A | | 8.8 | 11 | Ω |
| | | FSQ0270RNA | | | 6.0 | 7.2 | |
| | | FSQ0370RNA | | | 4.0 | 4.75 | |
| $C_{ISS}$ | Input Capacitance | FSQ0170RNA | $V_{GS}$ = 0V, $V_{DS}$ = 25V, f = 1MHz | | 250 | | pF |
| | | FSQ0270RNA | | | 550 | | |
| | | FSQ0370RNA | | | 315 | | |
| $C_{OSS}$ | Output Capacitance | FSQ0170RNA | | | 25 | | |
| | | FSQ0270RNA | | | 38 | | |
| | | FSQ0370RNA | | | 47 | | |
| $C_{RSS}$ | Reverse Transfer Capacitance | FSQ0170RNA | | | 10 | | |
| | | FSQ0270RNA | | | 17 | | |
| | | FSQ0370RNA | | | 9 | | |
| $t_{d(on)}$ | Turn-On Delay Time | FSQ0170RNA | $V_{DS}$ = 350V, $I_D$ = 1.0A | | 12 | | ns |
| | | FSQ0270RNA | | | 20 | | |
| | | FSQ0370RNA | | | 11.2 | | |
| $t_r$ | Rise Time | FSQ0170RNA | | | 4 | | |
| | | FSQ0270RNA | | | 15 | | |
| | | FSQ0370RNA | | | 34 | | |
| $t_{d(off)}$ | Turn-Off Delay Time | FSQ0170RNA | | | 30 | | |
| | | FSQ0270RNA | | | 55 | | |
| | | FSQ0370RNA | | | 28.2 | | |
| $t_f$ | Fall Time | FSQ0170RNA | | | 10 | | |
| | | FSQ0270RNA | | | 25 | | |
| | | FSQ0370RNA | | | 32 | | |
| **Control Section** | | | | | | | |
| $f_{OSC}$ | Switching Frequency | | | 92 | 100 | 108 | KHz |
| $\Delta f_{OSC}$ | Switching Frequency Variation[10] | | -25°C ≤ $T_A$ ≤ 85°C | | ±5 | ±10 | % |
| $D_{MAX}$ | Maximum Duty Cycle | | Measured at 0.1 x $V_{DS}$ | 55 | 60 | 65 | % |
| $D_{MIN}$ | Minimum Duty Cycle | | | 0 | 0 | 0 | % |
| $V_{START}$ | UVLO Threshold Voltage | | $V_{FB}$ = GND | 11 | 12 | 13 | V |
| $V_{STOP}$ | | | $V_{FB}$ = GND | 7 | 8 | 9 | |
| $I_{FB}$ | Feedback Source Current | | $V_{FB}$ = GND | 0.7 | 0.9 | 1.1 | mA |
| $t_{S/S}$ | Internal Soft-Start Time[10] | | $V_{FB}$ = 4V | | 10 | | ms |

© 2006 Fairchild Semiconductor Corporation

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

PIF 145151

## Electrical Characteristics (Continued)

$T_A = 25°C$ unless otherwise specified.

| Symbol | Parameter | | Condition | Min. | Typ. | Max. | Unit |
|--------|-----------|--|-----------|------|------|------|------|
| **Burst-Mode Section** | | | | | | | |
| $V_{BURH}$ | Burst-Mode Voltage | | $T_J = 25°C$ | 0.5 | 0.6 | 0.7 | V |
| $V_{BURL}$ | | | | 0.3 | 0.4 | 0.5 | V |
| $V_{BUR(HYS)}$ | | | | 100 | 200 | 300 | mV |
| **Protection Section** | | | | | | | |
| $I_{LIM}$ | Peak Current Limit | FSQ0170RNA | di/dt = 170mA/μs | 0.70 | 0.80 | 0.90 | A |
| | | FSQ0270RNA | di/dt = 200mA/μs | 0.79 | 0.90 | 1.01 | |
| | | FSQ0370RNA | di/dt = 240mA/μs | 0.97 | 1.10 | 1.23 | |
| $t_{CLD}$ | Current Limit Delay Time[10] | | | | 500 | | ns |
| $T_{SD}$ | Thermal Shutdown Temperature[10] | | | 125 | 140 | | °C |
| $V_{SD}$ | Shutdown Feedback Voltage | | | 5.5 | 6.0 | 6.5 | V |
| $V_{OVP}$ | Over-Voltage Protection | | | 18 | 19 | | V |
| $I_{DELAY}$ | Shutdown Delay Current | | $V_{FB} = 4V$ | 3.5 | 5.0 | 6.5 | μA |
| $t_{LEB}$ | Leading Edge Blanking Time[10] | | | 200 | | | ns |
| **Total Device Section** | | | | | | | |
| $I_{OP}$ | Operating Supply Current (control part only) | | $V_{CC} = 14V$ | 1 | 3 | 5 | mA |
| $I_{CH}$ | Start-Up Charging Current | | $V_{CC} = 0V$ | 0.70 | 0.85 | 1.00 | mA |
| $V_{STR}$ | $V_{str}$ Supply Voltage | | $V_{CC} = 0V$ | | 24 | | V |

**Notes:**
10. These parameters, although guaranteed, are not 100% tested in production.
11. Pulse test: Pulse width ≤ 300μs, duty ≤ 2%.

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

© 2006 Fairchild Semiconductor Corporation

PIF 145152

## Typical Performance Characteristics (Control Part)

These characteristic graphs are normalized at $T_A$= 25°C.



Figure 4. Operating Frequency ($f_{OSC}$) vs. $T_A$



Figure 5. Over-Voltage Protection ($V_{OVP}$) vs. $T_A$



Figure 6. Maximum Duty Cycle ($D_{MAX}$) vs. $T_A$



Figure 7. Operating Supply Current ($I_{OP}$) vs. $T_A$



Figure 8. Start Threshold Voltage ($V_{START}$) vs. $T_A$



Figure 9. Stop Threshold Voltage ($V_{STOP}$) vs. $T_A$

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

## Typical Performance Characteristics (Continued)

These characteristic graphs are normalized at $T_A = 25°C$.



Figure 10. Feedback Source Current ($I_{FB}$) vs. $T_A$



Figure 11. Start-Up Charging Current ($I_{CH}$) vs. $T_A$



Figure 12. Peak Current Limit ($I_{LIM}$) vs. $T_A$

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

PIF 145154

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

## Functional Description

**1. Startup:** In previous generations of Fairchild Power Switches (FPS™), the $V_{str}$ pin required an external resistor to the DC input voltage line. In this generation, the startup resistor is replaced by an internal high-voltage current source and a switch that shuts off 10ms after the supply voltage, $V_{CC}$, goes above 12V. The source turns back on if $V_{CC}$ drops below 8V.



**Figure 13. High-Voltage Current Source**

**2. Feedback Control:** The 700V FPS series employs current-mode control, as shown in Figure 14. An opto-coupler (such as the H11A817A) and shunt regulator (such as the KA431) are typically used to implement the feedback network. Comparing the feedback voltage with the voltage across the $R_{sense}$ resistor of SenseFET, plus an offset voltage, makes it possible to control the switching duty cycle. When the shunt regulator reference pin voltage exceeds the internal reference voltage of 2.5V, the opto-coupler LED current increases, the feedback voltage $V_{FB}$ is pulled down and thereby reduces the duty cycle. This typically happens when the input voltage increases or the output load decreases.



**Figure 14. Pulse Width Modulation Circuit**

**3. Leading Edge Blanking (LEB):** When the internal SenseFET is turned on, the primary-side capacitance and secondary-side rectifier diode reverse recovery typically cause a high-current spike through the SenseFET. Excessive voltage across the $R_{sense}$ resistor leads to incorrect feedback operation in the current-mode PWM control. To counter this effect, the FPS employs a Leading Edge Blanking (LEB) circuit. This circuit inhibits the PWM comparator for a short time ($t_{LEB}$) after the Sense FET is turned on.

**4. Protection Circuits:** The FPS has several protective functions, such as Overload Protection (OLP), Over-Voltage Protection (OVP), Under-Voltage Lockout (UVLO), and Thermal Shutdown (TSD). Because these protection circuits are fully integrated in the IC without external components, reliability is improved without increasing cost. Once a fault condition occurs, switching is terminated and the SenseFET remains off. This causes $V_{CC}$ to fall. When $V_{CC}$ reaches the UVLO stop voltage, $V_{STOP}$ (typically 8V), the protection is reset and the internal high-voltage current source charges the $V_{CC}$ capacitor via the $V_{str}$ pin. When $V_{CC}$ reaches the UVLO start voltage, $V_{START}$ (typically 12V), the FPS resumes its normal operation. In this manner, the auto-restart can alternately enable and disable the switching of the power SenseFET until the fault condition is eliminated.

**4.1 Overload Protection (OLP):** Overload is defined as the load current exceeding a pre-set level due to an unexpected event. In this situation, the protection circuit should be activated to protect the SMPS. However, even when the SMPS is operating normally, the OLP circuit can be activated during the load transition. To avoid this undesired operation, the OLP circuit is designed to be activated after a specified time to determine whether it is a transient situation or a true overload situation. In conjunction with the $I_{PK}$ current limit pin (if used), the current mode feedback path limits the current in the SenseFET when the maximum PWM duty cycle is attained. If the output consumes more than this maximum power, the output voltage ($V_O$) decreases below nominal voltage. This reduces the current through the opto-coupler LED, which also reduces the opto-coupler transistor current, thus increasing the feedback voltage ($V_{FB}$). If $V_{FB}$ exceeds 3V, the feedback input diode is blocked and the 5μA current source ($I_{DELAY}$) starts to slowly charge $C_{FB}$ up to $V_{CC}$. In this condition, $V_{FB}$ increases until it reaches 6V, when the switching operation is terminated, as shown in Figure 15. The shutdown delay time is the time required to charge $C_{FB}$ from 3V to 6V with 5μA current source.



**Figure 15. Overload Protection (OLP)**

**4.2 Thermal Shutdown (TSD):** The SenseFET and the control IC are integrated, making it easier for the control

PIF 145155

IC to detect the temperature of the SenseFET. When the temperature exceeds approximately 140°C, thermal shutdown is activated.

**4.3 Over-Voltage Protection (OVP):** In the event of a malfunction in the secondary-side feedback circuit, or an open feedback loop caused by a soldering defect, the current through the opto-coupler transistor becomes almost zero (see Figure 14). $V_{FB}$ climbs up in a similar manner to the overload situation, forcing the preset maximum current to be supplied to the SMPS until the overload protection is activated. Because excess energy is provided to the output, the output voltage may exceed the rated voltage before the overload protection is activated, resulting in the breakdown of the devices in the secondary side. To prevent this situation, an Over-Voltage Protection (OVP) circuit is employed. In general, $V_{CC}$ is proportional to the output voltage and the FPS uses $V_{CC}$ instead of directly monitoring the output voltage. If $V_{CC}$ exceeds 19V, the OVP circuit is activated, resulting in termination of the switching operation. To avoid undesired activation of OVP during normal operation, $V_{CC}$ should be designed to be below 19V.

**5. Soft-Start:** The FPS has an internal soft-start circuit that slowly increases the SenseFET current after start-up, as shown in Figure 16. The typical soft-start time is 10ms, where progressive increments of the SenseFET current are allowed during the start-up phase. The pulse width to the power switching device is progressively increased to establish the correct working conditions for transformers, inductors, and capacitors. The voltage on the output capacitors is progressively increased to smoothly establish the required output voltage. This also helps prevent transformer saturation and reduces the stress on the secondary diode during startup.



**Figure 16. Soft-Start Function**

**6. Burst Operation:** To minimize power dissipation in standby mode, the FPS enters burst-mode operation. Feedback voltage decreases as the load decreases, as shown in Figure 17, and the device automatically enters burst-mode when the feedback voltage drops below $V_{BURH}$ (typically 600mV). Switching continues until the feedback voltage drops below $V_{BURL}$ (typically 400mV).

At this point, switching stops and the output voltage starts to drop at a rate dependent on the standby current load. This causes the feedback voltage to rise. Once it passes $V_{BURH}$, switching resumes. The feedback voltage then falls and the process is repeated. Burst-mode operation alternately enables and disables switching of the SenseFET and reduces switching loss in standby mode.



**Figure 17. Burst Operation Function**

**7. Adjusting Peak Current Limit:** As shown in Figure 18, a combined 2.8kΩ internal resistance is connected to the non-inverting lead on the PWM comparator. An external resistance of Rx on the current limit pin forms a parallel resistance with the 2.8kΩ when the internal diodes are biased by the main current source of 900μA.



**Figure 18. Peak Current Limit Adjustment**

For example, FSQ0270RNA has a typical SenseFET peak current limit ($I_{LIM}$) of 0.9A. $I_{LIM}$ can be adjusted to 0.6A by inserting Rx between the $I_{PK}$ pin and the ground. The value of the Rx can be estimated by the following equations:

$$0.9A : 0.6A = 2.8k\Omega : Xk\Omega,$$

$$X = Rx \parallel 2.8k\Omega$$

where X represents the resistance of the parallel network.

© 2006 Fairchild Semiconductor Corporation

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

PIF 145156

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

## Application Information

### Methods of Reducing Audible Noise

Switching-mode power converters have electronic and magnetic components, which generate audible noise when the operating frequency is in the range of 20~20,000Hz. Even though they operate above 20KHz, they can make noise, depending on the load condition. The following sections discuss methods to reduce noise.

### Glue or Varnish

The most common method of reducing noise involves using glue or varnish to tighten magnetic components. The motion of core, bobbin, and coil and the chattering or magnetostriction of core can cause the transformer to produce audible noise. The use of rigid glue and varnish helps reduce the transformer noise. Glue or varnish can also can crack the core because sudden changes in the ambient temperature cause the core and the glue to expand or shrink in a different ratio.

### Ceramic Capacitor

Using a film capacitor instead of a ceramic capacitor as a snubber capacitor is another noise reduction solution. Some dielectric materials show a piezoelectric effect, depending on the electric field intensity. Hence, a snubber capacitor becomes one of the most significant sources of audible noise. Another possibility is to use a Zener clamp circuit instead of an RCD snubber for higher efficiency as well as lower audible noise.

### Adjusting Sound Frequency

Moving the fundamental frequency of noise out of the 2~4kHz range is the third method. Generally, humans are more sensitive to noise in the range of 2~4kHz. When the fundamental frequency of noise is located in this range, the noise sounds louder although the noise intensity level is identical (see Figure 19).

When the FPS acts in burst mode and the burst operation is suspected to be a source of noise, this method may be helpful. If the frequency of burst mode operation lies in the range of 2~4kHz, adjusting the feedback loop can shift the burst operation frequency. To reduce the burst operation frequency, increase a feedback gain capacitor ($C_F$), opto-coupler supply resistor ($R_D$); and feedback capacitor ($C_B$), and decrease a feedback gain resistor ($R_F$), as shown in Figure 20.



**Figure 19. Equal Loudness Curves**



**Figure 20. Typical Feedback Network of FPS**

### Other Reference Materials

*AN-4134: Design Guidelines for Off-line Forward Converters Using Fairchild Power Switch (FPS™)*

*AN-4137: Design Guidelines for Off-line Flyback Converters Using Fairchild Power Switch (FPS™)*

*AN-4140: Transformer Design Consideration for Off-line Flyback Converters using Fairchild Power Switch (FPS™)*

*AN-4141: Troubleshooting and Design Tips for Fairchild Power Switch (FPS™) Flyback Applications*

*AN-4147: Design Guidelines for RCD Snubber of Flyback*

*AN-4148: Audible Noise Reduction Techniques for FPS™ Applications*

© 2006 Fairchild Semiconductor Corporation

PIF 145157

## Typical Application Circuit

| Application | Output power | Input Voltage | Output Voltage (Max. Current) |
|---|---|---|---|
| PC Auxiliary Power Supply (Using FSQ0270RNA) | 15W | Universal input (85-265 $V_{AC}$) | 5V (3A) |

## Features

- High efficiency (> 78% at 115 $V_{AC}$ and 230 $V_{AC}$ input)
- Low standby mode power consumption (< 0.8W at 230 $V_{AC}$ input and 0.5W load)
- Enhanced system reliability through various protection functions
- Internal soft-start (10ms)
- Line UVLO function can be achieved using external component

## Key Design Notes

- The delay time for overload protection is designed to be about 30ms with C8 of 47nF. If faster/slower triggering of OLP is required, C8 can be changed to a smaller/larger value (e.g. 100nF for about 60ms).
- ZP1, DL1, RL1, RL2, RL3, RL4, RL5, RL7, QL1, QL2, and CL9 build a Line Under-Voltage Lockout block (UVLO). The Zener voltage of ZP1 determines the input voltage that makes FPS turn on. RL5 and DL1 provide a reference voltage from $V_{CC}$. If the input voltage divided by RL1, RL2, and RL4 is lower than the Zener voltage of DL1, QL1 and QL2 turn on and pull down $V_{FB}$ to ground.
- An evaluation board and corresponding test report can be provided.

### 1. Schematic



**FSQ0x70RNA Rev. 1.12**

**Figure 21. Demo Circuit**

© 2006 Fairchild Semiconductor Corporation

PIF 145158

**2. Transformer**



**Figure 22. Transformer Schematic Diagram**

**3. Winding Specification**

| | Pin (S → F) | Wire | Turns | Winding Method |
|---|---|---|---|---|
| $N_p/2$ | 3 → 2 | 0.3φ × 1 | 72 | Solenoid winding |
| Insulation: Polyester Tape t = 0.025mm, 1 Layers | | | | |
| $N_a$ | 4 → 5 | 0.25φ × 2 | 22 | Solenoid winding |
| Insulation: Polyester Tape t = 0.025mm, 2 Layers | | | | |
| $N_{5V}$ | 6, 7 → 9, 10 | 0.65φ × 2 | 8 | Solenoid winding |
| Insulation: Polyester Tape t = 0.025mm, 2 Layers | | | | |
| $N_p/2$ | 2 → 1 | 0.3φ × 1 | 72 | Solenoid winding |
| Insulation: Polyester Tape t = 0.025mm, 2 Layers | | | | |

**4. Electrical Characteristics**

| | Pin | Specification | Remark |
|---|---|---|---|
| Inductance | 1–3 | 1.20mH ± 5% | 100kHz, 1V |
| Leakage | 1–3 | < 30µH Max | Short all other pins |

**5. Core & Bobbin**

- Core: EE2229 (Material: PL-7, Ae = 35.7 mm$^2$)
- Bobbin: BE2229

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

© 2006 Fairchild Semiconductor Corporation

PIF 145159

## 6. Demo Circuit Part List

| Part Number | Value | Quantity | Description (Manufacturer) |
|---|---|---|---|
| C6, C8 | 47nF | 2 | Ceramic Capacitor |
| C1 | 2.2nF (1KV) | 1 | AC Ceramic Capacitor(X1 & Y1) |
| C10 | 1nF (200V) | 1 | Mylar Capacitor |
| CS1 | 1.5nF (50V) | 1 | Ceramic Capacitor |
| C2, C3 | 22µF (400V) | 2 | Low Impedance Electrolytic Capacitor KMX series |
| C4, C9 | 1000µF (16V) | 2 | Low ESR Electrolytic Capacitor NXC series |
| C5 | 470µF (10V) | 1 | Low ESR Electrolytic Capacitor NXC series |
| C7 | 47µF (25V) | 1 | General Electrolytic Capacitor |
| CL9 | 10µF (50V) | 1 | General Electrolytic Capacitor |
| L1 | 330µH | 1 | Inductor |
| L2 | 1µH | 1 | Inductor |
| R6 | 2.4 (1W) | 1 | Fusible Resistor |
| J1, J2, J4, L3 | 0 | 4 | Jumper |
| R2 | 4.7kΩ | 1 | Resistor |
| R3 | 560Ω | 1 | Resistor |
| R4 | 100Ω | 1 | Resistor |
| R5 | 1.25kΩ | 1 | Resistor |
| R11 | 1.2kΩ | 1 | Resistor |
| R9 | 10kΩ | 1 | Resistor |
| R10 | 2Ω | 1 | Resistor |
| R14 | 30Ω | 1 | Resistor |
| RL3 | 1kΩ | 1 | Resistor |
| RL1, RL2 | 1MΩ | 2 | Resistor |
| RL4 | 120kΩ | 1 | Resistor |
| RL5 | 30kΩ | 1 | Resistor |
| RL7 | 40kΩ | 1 | Resistor |
| RS1 | 9Ω | 1 | Resistor |
| ZR1 | 80Ω | 1 | Resistor |
| U1 | FOD817A | 1 | IC (Fairchild Semiconductor) |
| U2 | TL431 | 1 | IC (Fairchild Semiconductor) |
| U3 | FSQ0270RNA | 1 | IC (Fairchild Semiconductor) |
| QL1 | 2N2907 | 1 | IC (Fairchild Semiconductor) |
| QL2 | 2N2222 | 1 | IC (Fairchild Semiconductor) |
| D2, D3, D4, D5, D6, DS1 | 1N4007 | 6 | Diode (Fairchild Semiconductor) |
| D1 | SB540 | 1 | Schottky Diode (Fairchild Semiconductor) |
| ZD1 | 1N4745 | 1 | Zener Diode (Fairchild Semiconductor) |
| DL1 | 1N5233 | 1 | Zener Diode (Fairchild Semiconductor) |
| ZP1 | 82V (1W) | 1 | Zener Diode (Fairchild Semiconductor) |
| ZDS1 | P6KE180A | 1 | TVS (Fairchild Semiconductor) |

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

© 2006 Fairchild Semiconductor Corporation

PIF 145160

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

## 7. Layout



Figure 23. Top Image of PCB



Figure 24. Bottom Image of PCB

© 2006 Fairchild Semiconductor Corporation

PIF 145161

FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

## Package Dimensions

### 8-DIP

Dimensions are in millimeters unless otherwise noted.



September 1999, Rev B
8dip_dim.pdf

**Figure 25. 8-Lead Dual In-Line Package (DIP)**

© 2006 Fairchild Semiconductor Corporation

PIF 145162



FSQ0170RNA, FSQ0270RNA, FSQ0370RNA — Green Mode Fairchild Power Switch (FPS™)

## TRADEMARKS

The following are registered and unregistered trademarks Fairchild Semiconductor owns or is authorized to use and is not intended to be an exhaustive list of all such trademarks.

| | | | |
|---|---|---|---|
| ACEx® | i-Lo™ | Power-SPM™ | TinyBoost™ |
| Across the board. Around the world.™ | ImpliedDisconnect™ | PowerTrench® | TinyBuck™ |
| ActiveArray™ | IntelliMAX™ | Programmable Active Droop™ | TinyLogic® |
| Bottomless™ | ISOPLANAR™ | QFET® | TinyPower™ |
| Build it Now™ | MICROCOUPLER™ | QS™ | TINYOPTO™ |
| CoolFET™ | MicroPak™ | QT Optoelectronics™ | TinyPower™ |
| CROSSVOLT™ | MICROWIRE™ | Quiet Series™ | TinyWire™ |
| CTL™ | Motion-SPM™ | RapidConfigure™ | TruTranslation™ |
| Current Transfer Logic™ | MSX™ | RapidConnect™ | μSerDes™ |
| DOME™ | MSXPro™ | ScalarPump™ | UHC™ |
| E²CMOS™ | OCX™ | SMART START™ | UniFET™ |
| EcoSPARK® | OCXPro™ | SPM® | VCX™ |
| EnSigna™ | OPTOLOGIC® | STEALTH™ | Wire™ |
| FACT Quiet Series™ | OPTOPLANAR® | SuperFET™ | |
| FACT® | PACMAN™ | SuperSOT™-3 | |
| FAST® | PDP-SPM™ | SuperSOT™-6 | |
| FASTr™ | POP™ | SuperSOT™-8 | |
| FPS™ | Power220® | SyncFET™ | |
| FRFET® | Power247® | TCM™ | |
| GlobalOptoisolator™ | PowerEdge™ | The Power Franchise® | |
| GTO™ | PowerSaver™ | ™ | |
| HiSeC™ | | | |

## DISCLAIMER

FAIRCHILD SEMICONDUCTOR RESERVES THE RIGHT TO MAKE CHANGES WITHOUT FURTHER NOTICE TO ANY PRODUCTS HEREIN TO IMPROVE RELIABILITY, FUNCTION OR DESIGN. FAIRCHILD DOES NOT ASSUME ANY LIABILITY ARISING OUT OF THE APPLICATION OR USE OF ANY PRODUCT OR CIRCUIT DESCRIBED HEREIN; NEITHER DOES IT CONVEY ANY LICENSE UNDER ITS PATENT RIGHTS, NOR THE RIGHTS OF OTHERS. THESE SPECIFICATIONS DO NOT EXPAND THE TERMS OF FAIRCHILD'S WORLDWIDE TERMS AND CONDITIONS, SPECIFICALLY THE WARRANTY THEREIN, WHICH COVERS THESE PRODUCTS.

## LIFE SUPPORT POLICY

FAIRCHILD'S PRODUCTS ARE NOT AUTHORIZED FOR USE AS CRITICAL COMPONENTS IN LIFE SUPPORT DEVICES OR SYSTEMS WITHOUT THE EXPRESS WRITTEN APPROVAL OF FAIRCHILD SEMICONDUCTOR CORPORATION.

As used herein:

1. Life support devices or systems are devices or systems which, (a) are intended for surgical implant into the body or (b) support or sustain life, and (c) whose failure to perform when properly used in accordance with instructions for use provided in the labeling, can be reasonably expected to result in a significant injury of the user.

2. A critical component in any component of a life support, device, or system whose failure to perform can be reasonably expected to cause the failure of the life support device or system, or to affect its safety or effectiveness.

## PRODUCT STATUS DEFINITIONS

### Definition of Terms

| Datasheet Identification | Product Status | Definition |
|---|---|---|
| Advance Information | Formative or In Design | This datasheet contains the design specifications for product development. Specifications may change in any manner without notice. |
| Preliminary | First Production | This datasheet contains preliminary data; supplementary data will be published at a later date. Fairchild Semiconductor reserves the right to make changes at any time without notice to improve design. |
| No Identification Needed | Full Production | This datasheet contains final specifications. Fairchild Semiconductor reserves the right to make changes at any time without notice to improve design. |
| Obsolete | Not In Production | This datasheet contains specifications on a product that has been discontinued by Fairchild Semiconductor. The datasheet is printed for reference information only. |

Rev. I26

PIF 145163

# EXHIBIT 2



March 2006

# FSDH0170RNB/FSDH0270RNB/FSDH0370RNB
# Green Mode Fairchild Power Switch (FPS™)

## Features

- Internal Avalanche Rugged 700V Sense FET
- Consumes only 0.8W at 230 VAC & 0.5W load with Burst-Mode Operation
- Frequency Modulation for EMI Reduction
- Precision Fixed Operating Frequency, 100kHz
- Internal Start-up Circuit and Built-in Soft Start
- Pulse-by-Pulse Current Limiting and Auto-Restart Mode
- Over Voltage Protection (OVP), Over Load Protection (OLP), Internal Thermal Shutdown Function (TSD)
- Under Voltage Lockout (UVLO)
- Low Operating Current (3mA)
- Adjustable Peak Current Limit

## Applications

- Auxiliary Power Supply for PC and Server
- SMPS for VCR, SVR, STB, DVD & DVCD Player
- SMPS for Printer, Facsimile & Scanner
- Adapter for Camcorder

## Related Application Notes

- AN-4137, AN-4141, AN-4147 (Flyback)
- AN-4134 (Forward)

## Description

The FSDH0170RNB/FSDH0270RNB/FSDH0370RNB consists of an integrated current mode Pulse Width Modulator (PWM) and an avalanche rugged 700V Sense FET. It is specifically designed for high performance off-line Switch Mode Power Supplies (SMPS) with minimal external components. The integrated PWM controller features include : a fixed oscillator with frequency modulation for reduced EMI, Under Voltage Lock Out (UVLO) protection, Leading Edge Blanking (LEB), an optimized gate turn-on/turn-off driver, Thermal Shut Down (TSD) protection, and temperature compensated precision current sources for loop compensation and fault protection circuitry. Compared to a discrete MOSFET and controller or RCC switching converter solution, the FSDH0170RNB/FSDH0270RNB/FSDH0370RNB reduces total component count, design size, and weight while increasing efficiency, productivity, and system reliability. These devices provide a basic platform that is well suited for the design of cost-effective flyback converters, as in PC auxiliary power supplies.

## Ordering Information

| Product Number | Package | Marking Code | BV$_{DSS}$ | f$_{OSC}$ | R$_{DS(ON)}$ (MAX.) |
|----------------|---------|--------------|-----------|-----------|---------------------|
| FSDH0170RNB | 8DIP | DH0170R | 700V | 100KHz | 11Ω |
| FSDH0270RNB | 8DIP | DH0270R | 700V | 100KHz | 7.2Ω |
| FSDH0370RNB | 8DIP | DH0370R | 700V | 100KHz | 4.75Ω |

©2006 Fairchild Semiconductor Corporation
FSDH0170RNB/FSDH0270RNB/FSDH0370RNB Rev. 1.0.2

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB  Green Mode Fairchild Power Switch (FPS™)

PIF 145178

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB   Green Mode Fairchild Power Switch (FPS™)

## Typical Circuit



**Figure 1. Typical Flyback Application**

## Output Power Table[4]

| Product | 230VAC ±15%[3] | | 85–265VAC | |
|---|---|---|---|---|
| | Adapter[1] | Open Frame[2] | Adapter[1] | Open Frame[2] |
| FSDH0170RNB | 14W | 20W | 9W | 13W |
| FSDH0270RNB | 17W | 24W | 11W | 16W |
| FSDH0370RNB | 20W | 27W | 13W | 19W |

**Notes:**
1. Typical continuous power in a non-ventilated enclosed adapter with sufficient drain pattern as a heat sinker, at 50°C ambient.
2. Maximum practical continuous power in an open frame design with sufficient drain pattern as a heat sinker, at 50°C ambient.
3. 230 VAC or 100/115 VAC with doubler.
4. The maximum output power can be limited by junction temperature.

## Internal Block Diagram



**Figure 2. Functional Block Diagram of FSDH0170RNB/FSDH0270RNB/FSDH0370RNB**

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB Rev. 1.0.2

www.fairchildsemi.com

PIF 145179

## Pin Configuration

8DIP



GND 1 ● | 8 Drain
Vcc 2 | 7 Drain
Vfb 3 | 6 Drain
Ipk 4 | 5 Vstr

**Figure 3. Pin Configuration (Top View)**

## Pin Definitions

| Pin Number | Pin Name | Pin Function Description |
|---|---|---|
| 1 | GND | Sense FET source terminal on primary side and internal control ground. |
| 2 | Vcc | Positive supply voltage input. Although connected to an auxiliary transformer winding, current is supplied from pin 5 (Vstr) via an internal switch during startup (see Internal Block Diagram Section). It is not until Vcc reaches the UVLO upper threshold (12V) that the internal start-up switch opens and device power is supplied via the auxiliary transformer winding. |
| 3 | Vfb | The feedback voltage pin is the non-inverting input to the PWM comparator. It has a 0.9mA current source connected internally while a capacitor and optocoupler are typically connected externally. A feedback voltage of 6V triggers overload protection (OLP). There is a time delay while charging external capacitor Cfb from 3V to 6V using an internal 5µA current source. This time delay prevents false triggering under transient conditions but still allows the protection mechanism to operate under true overload conditions. |
| 4 | Ipk | This pin adjusts the peak current limit of the Sense FET. The 0.9mA feedback current source is diverted to the parallel combination of an internal 2.8kΩ resistor and any external resistor to GND on this pin. This determines the peak current limit. If this pin is tied to Vcc or left floating, the typical peak current limit will be 0.8A (FSDH0170RNB), 0.9A (FSDH0270RNB), or 1.1A (FSDH0370RNB). |
| 5 | Vstr | This pin connects to the rectified AC line voltage source. At start-up the internal switch supplies internal bias and charges an external storage capacitor placed between the Vcc pin and ground. Once the Vcc reaches 12V, the internal switch is opened. |
| 6, 7, 8 | Drain | The drain pins are designed to connect directly to the primary lead of the transformer and are capable of switching a maximum of 700V. Minimizing the length of the trace connecting these pins to the transformer will decrease leakage inductance. |

PIF 145180

## Absolute Maximum Ratings

($T_A$ = 25°C, unless otherwise specified)

| Symbol | Parameter | | Value | Unit |
|---|---|---|---|---|
| $V_{DRAIN}$ | Drain Pin Voltage | | 700 | V |
| $V_{STR}$ | Vstr Pin Voltage | | 700 | V |
| $I_{DM}$ | Drain Current Pulsed[5] | FSDH0170RNB | 4 | A |
| | | FSDH0270RNB | 8 | A |
| | | FSDH0370RNB | 12 | A |
| $E_{AS}$ | Single Pulsed Avalanche Energy[6] | FSDH0170RNB | 50 | mJ |
| | | FSDH0270RNB | 140 | mJ |
| | | FSDH0370RNB | 230 | mJ |
| $V_{CC}$ | Supply Voltage | | 20 | V |
| $V_{FB}$ | Feedback Voltage Range | | -0.3 to $V_{CC}$ | V |
| $P_D$ | Total Power Dissipation | | 1.5 | W |
| $T_J$ | Operating Junction Temperature | | Internally limited | °C |
| $T_A$ | Operating Ambient Temperature | | -25 to +85 | °C |
| $T_{STG}$ | Storage Temperature | | -55 to +150 | °C |

## Thermal Impedance

($T_A$ = 25°C, unless otherwise specified)

| Symbol | Parameter | Value | Unit |
|---|---|---|---|
| **8 DIP** | | | |
| $\theta_{JA}$ | Junction-to-Ambient Thermal[7] | 80 | °C/W |
| $\theta_{JC}$ | Junction-to-Case Thermal[8] | 20 | °C/W |
| $\psi_{JT}$ | Junction-to-Top Thermal[9] | 35 | °C/W |

All items are tested with the standards JESD 51-2 and 51-10 (DIP).

Notes:
5. Non-repetitive rating: Pulse width is limited by maximum junction temperature.
6. L = 51mH, starting Tj = 25°C.
7. Free standing with no heatsink; Without copper clad.
8. Measured on the DRAIN pin close to plastic interface.
9. Measured on the PKG top surface.

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB  Green Mode Fairchild Power Switch (FPS™)

PIF 145181

## Electrical Characteristics

($T_A = 25°C$ unless otherwise specified)

| Symbol | Parameter | | Condition | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|---|
| **Sense FET Section[11]** | | | | | | | |
| $I_{DSS}$ | Zero-Gate-Voltage Drain Current | | $V_{DS} = 700V$, $V_{GS} = 0V$ | – | – | 50 | µA |
| | | | $V_{DS} = 560V$, $V_{GS} = 0V$, $T_C = 125°C$ | – | – | 200 | |
| $R_{DS(ON)}$ | Drain-Source On-State Resistance[10] | FSDH0170RNB | $V_{GS} = 10V$, $I_D = 0.5A$ | – | 8.8 | 11 | Ω |
| | | FSDH0270RNB | | – | 6.0 | 7.2 | |
| | | FSDH0370RNB | | – | 4.0 | 4.75 | |
| $C_{ISS}$ | Input Capacitance | FSDH0170RNB | $V_{GS} = 0V$, $V_{DS} = 25V$, $f = 1MHz$ | – | 250 | – | pF |
| | | FSDH0270RNB | | – | 550 | – | |
| | | FSDH0370RNB | | – | 315 | – | |
| $C_{OSS}$ | Output Capacitance | FSDH0170RNB | | – | 25 | – | |
| | | FSDH0270RNB | | – | 38 | – | |
| | | FSDH0370RNB | | – | 47 | – | |
| $C_{RSS}$ | Reverse Transfer Capacitance | FSDH0170RNB | | – | 10 | – | |
| | | FSDH0270RNB | | – | 17 | – | |
| | | FSDH0370RNB | | – | 9 | – | |
| $t_{d(on)}$ | Turn-On Delay Time | FSDH0170RNB | $V_{DS} = 350V$, $I_D = 1.0A$ | – | 12 | – | ns |
| | | FSDH0270RNB | | – | 20 | – | |
| | | FSDH0370RNB | | – | 11.2 | – | |
| $t_r$ | Rise Time | FSDH0170RNB | | – | 4 | – | |
| | | FSDH0270RNB | | – | 15 | – | |
| | | FSDH0370RNB | | – | 34 | – | |
| $t_{d(off)}$ | Turn-Off Delay Time | FSDH0170RNB | | – | 30 | – | |
| | | FSDH0270RNB | | – | 55 | – | |
| | | FSDH0370RNB | | – | 28.2 | – | |
| $t_f$ | Fall Time | FSDH0170RNB | | – | 10 | – | |
| | | FSDH0270RNB | | – | 25 | – | |
| | | FSDH0370RNB | | – | 32 | – | |
| **Control Section** | | | | | | | |
| $f_{OSC}$ | Switching Frequency | | | 92 | 100 | 108 | KHz |
| $\Delta f_{MOD}$ | Switching Frequency Modulation | | | ±2 | ±3 | ±4 | KHz |
| $\Delta f_{OSC}$ | Switching Frequency Variation[11] | | $-25°C \leq T_A \leq 85°C$ | – | ±5 | ±10 | % |
| $D_{MAX}$ | Maximum Duty Cycle | | Measured @0.1 x Vds | 62 | 67 | 72 | % |
| $D_{MIN}$ | Minimum Duty Cycle | | | 0 | 0 | 0 | % |
| $V_{START}$ | UVLO Threshold Voltage | | $V_{FB} = GND$ | 11 | 12 | 13 | V |
| $V_{STOP}$ | | | $V_{FB} = GND$ | 7 | 8 | 9 | |
| $I_{FB}$ | Feedback Source Current | | $V_{FB} = GND$ | 0.7 | 0.9 | 1.1 | mA |
| $t_{S/S}$ | Internal Soft Start Time[11] | | $V_{FB} = 4V$ | – | 10 | – | ms |

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB Green Mode Fairchild Power Switch (FPS™)

PIF 145182

## Electrical Characteristics (Continued)

($T_A$ = 25°C unless otherwise specified)

| Symbol | Parameter | | Condition | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|---|
| **Burst Mode Section** | | | | | | | |
| $V_{BURH}$ | Burst Mode Voltage | | Tj = 25°C | 0.5 | 0.6 | 0.7 | V |
| $V_{BURL}$ | | | | 0.3 | 0.4 | 0.5 | V |
| $V_{BUR(HYS)}$ | | | | 100 | 200 | 300 | mV |
| **Protection Section** | | | | | | | |
| $I_{LIM}$ | Peak Current Limit | FSDH0170RNB | di/dt = 170mA/µs | 0.70 | 0.80 | 0.90 | A |
| | | FSDH0270RNB | di/dt = 200mA/µs | 0.79 | 0.90 | 1.01 | |
| | | FSDH0370RNB | di/dt = 240mA/µs | 0.97 | 1.10 | 1.23 | |
| $t_{CLD}$ | Current Limit Delay Time[11] | | | – | 500 | – | ns |
| $T_{SD}$ | Thermal Shutdown Temperature[11] | | | 125 | 140 | – | °C |
| $V_{SD}$ | Shutdown Feedback Voltage | | | 5.5 | 6.0 | 6.5 | V |
| $V_{OVP}$ | Over Voltage Protection | | | 18 | 19 | – | V |
| $I_{DELAY}$ | Shutdown Delay Current | | $V_{FB}$ = 4V | 3.5 | 5.0 | 6.5 | µA |
| $t_{LEB}$ | Leading Edge Blanking Time[11] | | | 200 | – | – | ns |
| **Total Device Section** | | | | | | | |
| $I_{OP}$ | Operating Supply Current (control part only) | | $V_{CC}$ = 14V | 1 | 3 | 5 | mA |
| $I_{CH}$ | Start-Up Charging Current | | $V_{CC}$ = 0V | 0.7 | 0.85 | 1.0 | mA |
| $V_{STR}$ | Vstr Supply Voltage | | $V_{CC}$ = 0V | – | 24 | – | V |

**Notes:**
10. Pulse test : Pulse width ≤ 300µs, duty ≤ 2%
11. These parameters, although guaranteed, are not 100% tested in production.

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB  Green Mode Fairchild Power Switch (FPS™)

PIF 145183

## Typical Performance Characteristics (Control Part)

(These characteristic graphs are normalized at $T_A = 25°C$)



Operating Frequency (fosc) vs. $T_A$

Frequency Modulation ($\Delta f_{MOD}$) vs. $T_A$

Maximum Duty Cycle ($D_{MAX}$) vs. $T_A$

Operating Supply Current ($I_{OP}$) vs. $T_A$

Start Threshold Voltage ($V_{START}$) vs. $T_A$

Stop Threshold Voltage ($V_{STOP}$) vs. $T_A$

**FSDH0170RNB/FSDH0270RNB/FSDH0370RNB  Green Mode Fairchild Power Switch (FPS™)**

PIF 145184

**Typical Performance Characteristics** (Continued)



Feedback Source Current ($I_{FB}$) vs. $T_A$

Start Up Charging Current ($I_{CH}$) vs. $T_A$

Peak Current Limit ($I_{LIM}$) vs. $T_A$

Over Voltage Protection ($V_{OVP}$) vs. $T_A$

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB Green Mode Fairchild Power Switch (FPS™)

PIF 145185

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB Green Mode Fairchild Power Switch (FPS™)

## Functional Description

**1. Startup:** In previous generations of Fairchild Power Switches (FPS™) the Vstr pin required an external resistor to the DC input voltage line. In this generation the startup resistor is replaced by an internal high voltage current source and a switch that shuts off 10ms after the supply voltage, Vcc, goes above 12V. The source turns back on if Vcc drops below 8V.



**Figure 4. High Voltage Current Source**

**2. Feedback Control:** The 700V FPS series employs current mode control, as shown in Figure 5. An optocoupler (such as the H11A817A) and shunt regulator (such as the KA431) are typically used to implement the feedback network. Comparing the feedback voltage with the voltage across the Rsense resistor of Sense FET plus an offset voltage makes it possible to control the switching duty cycle. When the KA431 reference pin voltage exceeds the internal reference voltage of 2.5V, the optocoupler LED current increases, the feedback voltage Vfb is pulled down and thereby reduces the duty cycle. This typically happens when the input voltage increases or the output load decreases.



**Figure 5. Pulse Width Modulation (PWM) Circuit**

**3. Leading Edge Blanking (LEB):** When the internal Sense FET is turned on; the primary side capacitance and secondary side rectifier diode reverse recovery typically cause a high current spike through the Sense FET. Excessive voltage across the Rsense resistor leads to incorrect feedback operation in the current mode PWM control. To counter this effect, the FPS employs a Leading Edge Blanking (LEB) circuit. This circuit inhibits the PWM comparator for a short time ($t_{LEB}$) after the Sense FET is turned on.

**4. Protection Circuits:** The FPS has several protective functions such as Over Load Protection (OLP), Over Voltage Protection (OVP), Under Voltage Lock Out (UVLO), and Thermal Shut Down (TSD). Because these protection circuits are fully integrated inside the IC without external components, reliability is improved without increasing cost. Once a fault condition occurs, switching is terminated and the Sense FET remains off. This causes Vcc to fall. When Vcc reaches the UVLO stop voltage, $V_{STOP}$ (typically 8V), the protection is reset and the internal high voltage current source charges the Vcc capacitor via the Vstr pin. When Vcc reaches the UVLO start voltage, $V_{START}$ (typically 12V), the FPS resumes its normal operation. In this manner, the auto-restart can alternately enable and disable the switching of the power Sense FET until the fault condition is eliminated.

**4.1 Over Load Protection (OLP):** Overload is defined as the load current exceeding a pre-set level due to an unexpected event. In this situation, the protection circuit should be activated in order to protect the SMPS. However, even when the SMPS is operating normally, the Over Load Protection (OLP) circuit can be activated during the load transition. In order to avoid this undesired operation, the OLP circuit is designed to be activated after a specified time to determine whether it is a transient situation or an overload situation. In conjunction with the Ipk current limit pin (if used) the current mode feedback path would limit the current in the Sense FET when the maximum PWM duty cycle is attained. If the output consumes more than this maximum power, the output voltage (Vo) decreases below its nominal voltage. This reduces the current through the optocoupler LED, which also reduces the optocoupler transistor current, thus increasing the feedback voltage ($V_{FB}$). If $V_{FB}$ exceeds 3V, the feedback input diode is blocked and the 5µA current source ($I_{DELAY}$) starts to slowly charge Cfb up to Vcc. In this condition, $V_{FB}$ increases until it reaches 6V, when the switching operation is terminated as shown in Figure 6. The shutdown delay time is the time required to charge Cfb from 3V to 6V with 5µA current source.

PIF 145186



$$t_{12} = C_{FB} \times (V(t_2) - V(t_1)) / I_{DELAY}$$

$$t_{12} = C_{FB} \frac{V(t_2) - V(t_1)}{I_{DELAY}}; \quad I_{DELAY} = 5\mu A, V(t_1) = 3V, V(t_2) = 6V$$

**Figure 6. Over Load Protection (OLP)**

**4.2 Thermal Shutdown (TSD):** The Sense FET and the control IC are integrated, making it easier for the control IC to detect the temperature of the Sense FET. When the temperature exceeds approximately 140°C, thermal shutdown is activated.

**4.3 Over Voltage Protection (OVP):** In the event of a malfunction in the secondary side feedback circuit, or an open feedback loop caused by a soldering defect, the current through the optocoupler transistor becomes almost zero (refer to Figure 5). Then, $V_{FB}$ climbs up in a similar manner to the overload situation, forcing the preset maximum current to be supplied to the SMPS until the overload protection is activated. Because excess energy is provided to the output, the output voltage may exceed the rated voltage before the overload protection is activated, resulting in the breakdown of the devices in the secondary side. In order to prevent this situation; an Over Voltage Protection (OVP) circuit is employed. In general, $V_{CC}$ is proportional to the output voltage and the FPS uses $V_{CC}$ instead of directly monitoring the output voltage. If $V_{CC}$ exceeds 19V, OVP circuit is activated resulting in termination of the switching operation. In order to avoid undesired activation of OVP during normal operation, Vcc should be designed to be below 19V.

**5. Soft Start:** The FPS has an internal soft start circuit that slowly increases the Sense FET current after startup as shown in Figure 7. The typical soft start time is 10ms, where progressive increments of the Sense FET current are allowed during the start-up phase. The pulse width to the power switching device is progressively increased to establish the correct working conditions for transformers, inductors, and capacitors. The voltage on the output capacitors is progressively increased with the intention of smoothly establishing the required output voltage. This also helps to prevent transformer saturation and reduce the stress on the secondary diode during startup.



**Figure 7. Soft Start Function**

**6. Burst Operation:** In order to minimize power dissipation in standby mode, the FPS enters burst mode operation. Feedback voltage decreases as the load decreases and as shown in Figure 8, the device automatically enters burst mode when the feedback voltage drops below $V_{BURH}$ (typically 600mV). Switching still continues until the feedback voltage drops below $V_{BURL}$ (typically 400mV). At this point switching stops and the output voltage start to drop at a rate dependent on the standby current load. This causes the feedback voltage to rise. Once it passes $V_{BURH}$, switching resumes. The feedback voltage then falls and the process is repeated. Burst mode operation alternately enables and disables switching of the Sense FET and reduces switching loss in standby mode.



**Figure 8. Burst Operation Function**

**7. Frequency Modulation:** Modulating the switching frequency of a switched power supply can reduce EMI. Frequency modulation can reduce EMI by spreading the energy over a wider frequency range than the bandwidth measured by the EMI test equipment. The amount of EMI reduction is directly related to the depth of the reference frequency. As can be seen in Figure 9, the frequency changes from 97KHz to 103KHz in 4ms for the 700V FPS series. Frequency modulation allows the use of a cost effective inductor instead of an AC input mode choke to satisfy the requirements of world wide EMI limits.

PIF 145187



**Figure 9. Frequency Modulation Waveform**

**8. Adjusting Peak Current Limit:** As shown in Figure 10, a combined 2.8kΩ internal resistance is connected to the non-inverting lead on the PWM comparator. An external resistance of Rx on the current limit pin forms a parallel resistance with the 2.8kΩ when the internal diodes are biased by the main current source of 900µA.



**Figure 10. Peak Current Limit Adjustment**

For example, FSDH0270RNB has a typical Sense FET peak current limit ($I_{LIM}$) of 0.9A. $I_{LIM}$ can be adjusted to 0.6A by inserting Rx between the Ipk pin and the ground. The value of the Rx can be estimated by the following equations:

$$0.9A : 0.6A = 2.8k\Omega : Xk\Omega,$$

$$X = Rx \parallel 2.8k\Omega.$$

(X represents the resistance of the parallel network)

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB  Green Mode Fairchild Power Switch (FPS™)

PIF 145188

**FSDH0170RNB/FSDH0270RNB/FSDH0370RNB  Green Mode Fairchild Power Switch (FPS™)**

## Application Tips

### 1. Methods of Reducing Audible Noise

Switching mode power converters have electronic and magnetic components, which generate audible noises when the operating frequency is in the range of 20~20,000Hz. Even though they operate above 20KHz, they can make noise depending on the load condition. Here are three methods to reduce noise:

#### Glue or Varnish

The most common method involves using glue or varnish to tighten magnetic components. The motion of core, bobbin, and coil and the chattering or magnetostriction of core can cause the transformer to produce audible noise. The use of rigid glue and varnish helps reduce the transformer noise. Glue or varnish can also can crack the core because sudden changes in the ambient temperature cause the core and the glue to expand or shrink in a different ratio according to the temperature.

#### Ceramic Capacitor

Using a film capacitor instead of a ceramic capacitor as a snubber capacitor is another noise reduction solution. Some dielectric materials show a piezoelectric effect depending on the electric field intensity. Hence, a snubber capacitor becomes one of the most significant sources of audible noise. Another consideration is to use a zener clamp circuit instead of an RCD snubber for higher efficiency as well as lower audible noise.

#### Adjusting Sound Frequency

Moving the fundamental frequency of noise out of 2~4KHz range is the third method. Generally, humans are more sensitive to noise in the range of 2~4KHz. When the fundamental frequency of noise is located in this range, the noise sounds louder although the noise intensity level is identical. Refer to Figure 11.

When FPS acts in Burst mode and the Burst operation is suspected to be a source of noise, this method may be helpful. If the frequency of Burst mode operation lies in the range of 2~4KHz, adjusting the feedback loop can shift the Burst operation frequency. In order to reduce the Burst operation frequency, increase a feedback gain capacitor ($C_F$), optocoupler supply resistor ($R_D$) and feedback capacitor ($C_B$) and decrease a feedback gain resistor ($R_F$) as shown in Figure 12.



**Figure 11. Equal Loudness Curves**



**Figure 12. Typical Feedback Network of FPS**

### 2. Other Reference Materials

**AN-4134:** Design Guidelines for Off-line Forward Converters Using Fairchild Power Switch (FPS™)

**AN-4137:** Design Guidelines for Off-line Flyback Converters Using Fairchild Power Switch (FPS)

**AN-4140:** Transformer Design Consideration for Off-line Flyback Converters using Fairchild Power Switch (FPS™)

**AN-4141:** Troubleshooting and Design Tips for Fairchild Power Switch (FPS™) Flyback Applications

**AN-4147:** Design Guidelines for RCD Snubber of Flyback

**AN-4148:** Audible Noise Reduction Techniques for FPS Applications

PIF 145189

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB  Green Mode Fairchild Power Switch (FPS™)

## Typical Application Circuit

| Application | Output power | Input voltage | Output Voltage (Max current) |
|---|---|---|---|
| PC Auxiliary Power Supply (Using FSDH0270RNB) | 15W | Universal input (85–265 Vac) | 5V (3A) |

## Features

- High efficiency (> 78% at 115 Vac and 230 Vac input)
- Low standby mode power consumption (< 0.8W at 230 Vac input and 0.5W load)
- Enhanced system reliability through various protection functions
- Low EMI through frequency modulation
- Internal soft-start (10ms)
- Line UVLO function can be achieved using external component

## Key Design Notes

- The delay time for overload protection is designed to be about 30ms with C8 of 47nF. If faster/slower triggering of OLP is required, C8 can be changed to a smaller/larger value (e.g. 100nF for about 60ms).
- ZP1, DL1, RL1, RL2, RL3, RL4, RL5, RL7, QL1, QL2, and CL9 build a Line Under Voltage Lock Out block (UVLO). The zener voltage of ZP1 determines the input voltage which makes FPS turn on. RL5 and DL1 provide a reference voltage from $V_{CC}$. If the input voltage divided by RL1, RL2, and RL4 is lower than the zener voltage of DL1, QL1 and QL2 turn on and pull down Vfb to ground.
- This evaluation board and corresponding test report can be provided.

PIF 145190

## 1. Schematic



FSDH0170RNB/FSDH0270RNB/FSDH0370RNB Green Mode Fairchild Power Switch (FPS™)

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB Rev. 1.0.2

www.fairchildsemi.com

PIF 145191

**FSDH0170RNB/FSDH0270RNB/FSDH0370RNB Green Mode Fairchild Power Switch (FPS™)**

### 2. Transformer Schematic Diagram





### 3. Winding Specification

|  | Pin (S → F) | Wire | Turns | Winding Method |
|---|---|---|---|---|
| $N_p/2$ | 3 → 2 | 0.3φ × 1 | 72 | Solenoid winding |
| Insulation: Polyester Tape t = 0.025mm, 1 Layers | | | | |
| $N_a$ | 4 → 5 | 0.25φ × 2 | 22 | Solenoid winding |
| Insulation: Polyester Tape t = 0.025mm, 2 Layers | | | | |
| $N_{5V}$ | 6, 7 → 9, 10 | 0.65φ × 2 | 8 | Solenoid winding |
| Insulation: Polyester Tape t = 0.025mm, 2 Layers | | | | |
| $N_p/2$ | 2 → 1 | 0.3φ × 1 | 72 | Solenoid winding |
| Insulation: Polyester Tape t = 0.025mm, 2 Layers | | | | |

### 4. Electrical Characteristics

|  | Pin | Spec. | Remark |
|---|---|---|---|
| Inductance | 1–3 | 1.20mH ± 5% | 100kHz, 1V |
| Leakage | 1–3 | < 30μH Max | Short all other pins |

### 5. Core & Bobbin

Core: EE2229 (Material: PL-7, Ae = 35.7 mm$^2$ )

Bobbin: 10 pin

PIF 145192

### 6. Demo Circuit Part List

| Part Number | Value | Quantity | Description (Manufacturer) |
|---|---|---|---|
| C6, C8 | 47nF | 2 | Ceramic Capacitor |
| C1 | 2.2nF (250V) | 1 | AC Ceramic Capacitor |
| C10 | 1nF (250V) | 1 | Film Capacitor |
| CS1 | 1.5nF (50V) | 1 | SMD Ceramic Capacitor |
| C2, C3 | 22µF (400V) | 2 | Low Impedance Electrolytic Capacitor KMX series (Samyoung Elec.) |
| C4, C9 | 1000µF (16V) | 2 | Low ESR Electrolytic Capacitor NXC series (Samyoung Elec.) |
| C5 | 470µF (10V) | 1 | Low ESR Electrolytic Capacitor NXC series (Samyoung Elec.) |
| C7 | 47µF (25V) | 1 | General Electrolytic Capacitor |
| CL9 | 10µF (50V) | 1 | General Electrolytic Capacitor |
| L1 | 330µH | 1 | Inductor |
| L2 | 1µH | 1 | Inductor |
| R6 | 2.4 (1W) | 1 | Fusible Resistor |
| J1 | FB | 1 | Ferrite Beads |
| J2, J4, L3 | 0 | 3 | Jumper |
| R2 | 4.7k | 1 | Resistor |
| R3 | 560 | 1 | Resistor |
| R4 | 500 | 1 | Resistor |
| R5, R11 | 1.2k(1%) | 2 | Resistor |
| R9 | 10k | 1 | Resistor |
| R10 | 2 | 1 | Resistor |
| R14 | 30 | 1 | Resistor |
| RL3 | 1k | 1 | Resistor |
| RL1, RL2 | 1 Mega | 2 | Resistor |
| RL4 | 120k | 1 | Resistor |
| RL5 | 30k | 1 | Resistor |
| RL7 | 40k | 1 | Resistor |
| RS1 | 9 | 1 | Resistor |
| U1 | H11A817 | 1 | Optocoupler (Fairchild Semiconductor) |
| U2 | TL431A | 1 | Shunt Regulator (Fairchild Semiconductor) |
| U3 | FSDH0x70RNB | 1 | FPS™ (Fairchild Semiconductor) |
| QL1 | KSP2907A | 1 | PNP Transistor (Fairchild Semiconductor) |
| QL2 | KSP2222A | 1 | NPN Transistor (Fairchild Semiconductor) |
| D2, D3, D4, D5, D6, DS1 | 1N4007 | 6 | Diode (Fairchild Semiconductor) |
| D1 | SB540 | 1 | Schottky Diode (Fairchild Semiconductor) |
| DL1 | 1N5233B | 1 | Zener Diode (Fairchild Semiconductor) |
| ZP1 | 1N4762 | 1 | Zener Diode |
| ZDS1 | P6KE180A | 1 | TVS (Fairchild Semiconductor) |
| T1 | EE2229 | 1 | PL-7 Core (Samwha Elec.) |

FSDH0170RNB/FSDH0270RNB/FSDH0370RNB  Green Mode Fairchild Power Switch (FPS™)

PIF 145193

## 7. Layout

### 7.1 Top image of PCB



### 7.2 Bottom image of PCB



FSDH0170RNB/FSDH0270RNB/FSDH0370RNB    Green Mode Fairchild Power Switch (FPS™)

PIF 145194

## Package Dimensions

**8-Pin DIP**

**Dimemsions in millimeters**







NOTES: UNLESS OTHERWISE SPECIFIED
  A) THIS PACKAGE CONFORMS TO
    JEDEC MS-001 VARIATION BA
  B) ALL DIMENSIONS ARE IN MILLIMETERS.
  C) DIMENSIONS ARE EXCLUSIVE OF BURRS,
    MOLD FLASH, AND TIE BAR EXTRUSIONS.
  D) DIMENSIONS AND TOLERANCES PER
    ASME Y14.5M-1994

**MKT-N08FrevB**

*FSDH0170RNB/FSDH0270RNB/FSDH0370RNB  Green Mode Fairchild Power Switch (FPS™)*

PIF 145195

## TRADEMARKS

The following are registered and unregistered trademarks Fairchild Semiconductor owns or is authorized to use and is not intended to be an exhaustive list of all such trademarks.

| | | | | |
|---|---|---|---|---|
| ACEx™ | FAST® | ISOPLANAR™ | PowerSaver™ | SuperSOT™-6 |
| ActiveArray™ | FASTr™ | LittleFET™ | PowerTrench® | SuperSOT™-8 |
| Bottomless™ | FPS™ | MICROCOUPLER™ | QFET® | SyncFET™ |
| Build it Now™ | FRFET™ | MicroFET™ | QS™ | TCM™ |
| CoolFET™ | GlobalOptoisolator™ | MicroPak™ | QT Optoelectronics™ | TinyLogic® |
| CROSSVOLT™ | GTO™ | MICROWIRE™ | Quiet Series™ | TINYOPTO™ |
| DOME™ | HiSeC™ | MSX™ | RapidConfigure™ | TruTranslation™ |
| EcoSPARK™ | I²C™ | MSXPro™ | RapidConnect™ | UHC™ |
| E²CMOS™ | i-Lo™ | OCX™ | μSerDes™ | UltraFET® |
| EnSigna™ | ImpliedDisconnect™ | OCXPro™ | ScalarPump™ | UniFET™ |
| FACT™ | IntelliMAX™ | OPTOLOGIC® | SILENT SWITCHER® | VCX™ |
| FACT Quiet Series™ | | OPTOPLANAR™ | SMART START™ | Wire™ |
| | | PACMAN™ | SPM™ | |
| Across the board. Around the world.™ | | POP™ | Stealth™ | |
| The Power Franchise® | | Power247™ | SuperFET™ | |
| Programmable Active Droop™ | | PowerEdge™ | SuperSOT™-3 | |

## DISCLAIMER

FAIRCHILD SEMICONDUCTOR RESERVES THE RIGHT TO MAKE CHANGES WITHOUT FURTHER NOTICE TO ANY PRODUCTS HEREIN TO IMPROVE RELIABILITY, FUNCTION OR DESIGN. FAIRCHILD DOES NOT ASSUME ANY LIABILITY ARISING OUT OF THE APPLICATION OR USE OF ANY PRODUCT OR CIRCUIT DESCRIBED HEREIN; NEITHER DOES IT CONVEY ANY LICENSE UNDER ITS PATENT RIGHTS, NOR THE RIGHTS OF OTHERS.

## LIFE SUPPORT POLICY

FAIRCHILD'S PRODUCTS ARE NOT AUTHORIZED FOR USE AS CRITICAL COMPONENTS IN LIFE SUPPORT DEVICES OR SYSTEMS WITHOUT THE EXPRESS WRITTEN APPROVAL OF FAIRCHILD SEMICONDUCTOR CORPORATION.
As used herein:

1. Life support devices or systems are devices or systems which, (a) are intended for surgical implant into the body, or (b) support or sustain life, or (c) whose failure to perform when properly used in accordance with instructions for use provided in the labeling, can be reasonably expected to result in significant injury to the user.

2. A critical component is any component of a life support device or system whose failure to perform can be reasonably expected to cause the failure of the life support device or system, or to affect its safety or effectiveness.

## PRODUCT STATUS DEFINITIONS

### Definition of Terms

| Datasheet Identification | Product Status | Definition |
|---|---|---|
| Advance Information | Formative or In Design | This datasheet contains the design specifications for product development. Specifications may change in any manner without notice. |
| Preliminary | First Production | This datasheet contains preliminary data, and supplementary data will be published at a later date. Fairchild Semiconductor reserves the right to make changes at any time without notice in order to improve design. |
| No Identification Needed | Full Production | This datasheet contains final specifications. Fairchild Semiconductor reserves the right to make changes at any time without notice in order to improve design. |
| Obsolete | Not In Production | This datasheet contains specifications on a product that has been discontinued by Fairchild semiconductor. The datasheet is printed for reference information only. |

Rev. I18

PIF 145196

# PIF 145197 – PIF 145198

# THESE NUMBERS INTENTIONALLY OMITTED

# EXHIBIT 3



September 2007

# FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter - Low EMI and High Efficiency

**FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)**

## Features

- Optimized for Valley Switching (VSC)
- Low EMI through Variable Frequency Control and Inherent Frequency Modulation
- High-Efficiency through Minimum Voltage Switching
- Narrow Frequency Variation Range over Wide Load and Input Voltage Variation
- Advanced Burst-Mode Operation for Low Standby Power Consumption
- Pulse-by-Pulse Current Limit
- Various Protection Functions: Overload Protection (OLP), Over-Voltage Protection (OVP), Abnormal Over-Current Protection (AOCP), Internal Thermal Shutdown (TSD)
- Under-Voltage Lockout (UVLO) with Hysteresis
- Internal Start-up Circuit
- Internal High-Voltage SenseFET (650V)
- Built-in Soft-Start (15ms)

## Applications

- Power Supply for DVP Player and DVD Recorder, Set-Top Box
- Adapter
- Auxiliary Power Supply for PC, LCD TV, and PDP TV

## Related Application Notes

- AN-4137, AN-4141, AN-4147, AN-4150 (Flyback)
- AN-4134 (Forward)

## Description

A Valley Switching Converter generally shows lower EMI and higher power conversion efficiency than a conventional hard-switched converter with a fixed switching frequency. The FSQ-series is an integrated Pulse-Width Modulation (PWM) controller and SenseFET specifically designed for valley switching operation with minimal external components. The PWM controller includes an integrated fixed-frequency oscillator, Under-Voltage Lockout, Leading Edge Blanking (LEB), optimized gate driver, internal soft-start, temperature-compensated precise current sources for loop compensation, and self-protection circuitry.

Compared with discrete MOSFET and PWM controller solutions, the FSQ-series reduces total cost, component count, size and weight; while simultaneously increasing efficiency, productivity, and system reliability. This device provides a basic platform that is well suited for cost-effective designs of valley switching fly-back converters.

FPS™ is a trademark of Fairchild Semiconductor Corporation.

© 2006 Fairchild Semiconductor Corporation
FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 Rev. 1.0.5

www.fairchildsemi.com

PIF 145233

## Ordering Information

| Product Number[5] | PKG. | Operating Temp. | Current Limit | $R_{DS(ON)}$ Max. | Maximum Output Power[1] | | | | Replaces Devices |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 230VAC±15%[2] | | 85-265VAC | | |
| | | | | | Adapter[3] | Open-Frame[4] | Adapter[3] | Open-Frame[4] | |
| FSQ311 | 8-DIP | -40 to +85C | 0.6A | 19Ω | 7W | 10W | 6W | 8W | FSDL321 FSDM311 |
| FSQ311L | 8-LSOP | | | | | | | | |
| FSQ321 | 8-DIP | -40 to +85°C | 0.6A | 19Ω | 8W | 12W | 7W | 10W | FSDL321 FSDM311 |
| FSQ321L | 8-LSOP | | | | | | | | |
| FSQ0165RN | 8-DIP | -40 to +85°C | 0.9A | 10Ω | 10W | 15W | 9W | 13W | FSDL0165RN |
| FSQ0165RL | 8-LSOP | | | | | | | | |
| FSQ0265RN | 8-DIP | -40 to +85°C | 1.2A | 6Ω | 14W | 20W | 11W | 16W | FSDM0265RN FSDM0265RNB |
| FSQ0265RL | 8-LSOP | | | | | | | | |
| FSQ0365RN | 8-DIP | -40 to +85°C | 1.5A | 4.5Ω | 17.5W | 25W | 13W | 19W | FSDM0365RN FSDM0365RNB |
| FSQ0365RL | 8-LSOP | | | | | | | | |

**Notes:**
1. The junction temperature can limit the maximum output power.
2. $230V_{AC}$ or $100/115V_{AC}$ with doubler. The maximum power with CCM operation.
3. Typical continuous power in a non-ventilated enclosed adapter measured at 50°C ambient temperature.
4. Maximum practical continuous power in an open-frame design at 50°C ambient.
5. Pb-free package per JEDEC J-STD-020B.

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

PIF 145234

**Typical Circuit**



Figure 1. Typical Flyback Application

**Internal Block Diagram**

Figure 2. Functional Block Diagram

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

PIF 145235

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

## Pin Configuration



GND — D
Vcc — D
Vfb — D
Sync — Vstr

8-DIP
8- SOP

FSQ0365RN Rev.01

**Figure 3. Pin Configuration (Top View)**

## Pin Definitions

| Pin # | Name | Description |
|---|---|---|
| 1 | GND | SenseFET source terminal on primary side and internal control ground. |
| 2 | Vcc | Positive supply voltage input. Although connected to an auxiliary transformer winding, current is supplied from pin 5 (Vstr) via an internal switch during startup (see Internal Block Diagram Section). It is not until $V_{CC}$ reaches the UVLO upper threshold (12V) that the internal start-up switch opens and device power is supplied via the auxiliary transformer winding. |
| 3 | Vfb | The feedback voltage pin is the non-inverting input to the PWM comparator. It has a 0.9mA current source connected internally while a capacitor and optocoupler are typically connected externally. There is a time delay while charging external capacitor Cfb from 3V to 6V using an internal 5µA current source. This time delay prevents false triggering under transient conditions but still allows the protection mechanism to operate under true overload conditions. |
| 4 | Sync | This pin is internally connected to the sync-detect comparator for valley switching. Typically the voltage of the auxiliary winding is used as Sync input voltage and external resistors and capacitor are needed to make time delay to match valley point. The threshold of the internal sync comparator is 0.7V/0.2V. |
| 5 | Vstr | This pin is connected to the rectified AC line voltage source. At start-up the internal switch supplies internal bias and charges an external storage capacitor placed between the Vcc pin and ground. Once the Vcc reaches 12V, the internal switch is opened. |
| 6,7,8 | Drain | The drain pins are designed to connect directly to the primary lead of the transformer and are capable of switching a maximum of 700V. Minimizing the length of the trace connecting these pins to the transformer will decrease leakage inductance. |

PIF 145236

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

## Absolute Maximum Ratings

Stresses exceeding the absolute maximum ratings may damage the device. The device may not function or be operable above the recommended operating conditions and stressing the parts to these levels is not recommended. In addition, extended exposure to stresses above the recommended operating conditions may affect device reliability. The absolute maximum ratings are stress ratings only. $T_A = 25°C$, unless otherwise specified.

| Symbol | Characteristic | | Min. | Max. | Unit |
|---|---|---|---|---|---|
| $V_{STR}$ | $V_{str}$ Pin Voltage | | 500 | | V |
| $V_{DS}$ | Drain Pin Voltage | | 650 | | V |
| $V_{CC}$ | Supply Voltage | | | 20 | V |
| $V_{FB}$ | Feedback Voltage Range | | -0.3 | 9.0 | V |
| $V_{Sync}$ | Sync Pin Voltage Range | | -0.3 | 9.0 | V |
| $I_{DM}$ | Drain Current Pulsed[6] | FSQ0365 | | 12 | A |
| | | FSQ0265 | | 8 | |
| | | FSQ0165 | | 4 | |
| | | FSQ321/311 | | 1.5 | |
| $E_{AS}$ | Single Pulsed Avalanche Energy[7] | FSQ0365 | | 230 | mJ |
| | | FSQ0265 | | 140 | |
| | | FSQ0165 | | 50 | |
| | | FSQ321/311 | | 10 | |
| $P_D$ | Total Power Dissipation | | | 1.5 | W |
| $T_J$ | Recommended Operating Junction Temperature | | -40 | Internally limited | °C |
| $T_A$ | Operating Ambient Temperature | | -40 | 85 | °C |
| $T_{STG}$ | Storage Temperature | | -55 | 150 | °C |
| ESD | Human Body Model[8] | | | CLASS1 C | |
| | Machine Model[8] | | | CLASS B | |

Notes:
6. Repetitive rating: Pulse width limited by maximum junction temperature.
7. L=51mH, starting $T_J$=25°C.
8. Meets JEDEC standards JESD22-A114 and JESD22-A115.

## Thermal Impedance

| Symbol | Parameter | Value | Unit |
|---|---|---|---|
| 8-DIP[9] | | | |
| $\theta_{JA}$[10] | Junction-to-Ambient Thermal Resistance | 80 | °C/W |
| $\theta_{JC}$[11] | Junction-to-Case Thermal Resistance | 20 | |
| $\theta_{JT}$[12] | Junction-to-Top Thermal Resistance | 35 | |

Notes:
9. All items are tested with the standards JESD 51-2 and 51-10 (DIP).
10. Free-standing, with no heat-sink, under natural convection.
11. Infinite cooling condition - refer to the SEMI G30-88.
12. Measured on the package top surface.

© 2006 Fairchild Semiconductor Corporation

PIF 145237

## Electrical Characteristics

$T_A$ = 25°C unless otherwise specified.

| Symbol | Parameter | | Condition | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|---|
| **SenseFET Section** | | | | | | | |
| $BV_{DSS}$ | Drain Source Breakdown Voltage | | $V_{CC}$ = 0V, $I_D$ = 100µA | 650 | | | V |
| $I_{DSS}$ | Zero-Gate-Voltage Drain Current | | $V_{DS}$ = 560V | | | 100 | µA |
| $R_{DS(ON)}$ | Drain-Source On-State Resistance[13] | FSQ0365 | $T_J$ = 25°C, $I_D$ = 0.5A | | 3.5 | 4.5 | Ω |
| | | FSQ0265 | | | 5.0 | 6.0 | |
| | | FSQ0165 | | | 8.0 | 10.0 | |
| | | FSQ321/311 | | | 14.0 | 19.0 | |
| $C_{SS}$ | Input Capacitance | FSQ0365 | $V_{GS}$ = 0V, $V_{DS}$ = 25V, f = 1MHz | | 315 | | pF |
| | | FSQ0265 | | | 550 | | |
| | | FSQ0165 | | | 250 | | |
| | | FSQ321/311 | | | 162 | | |
| $C_{OSS}$ | Output Capacitance | FSQ0365 | $V_{GS}$ = 0V, $V_{DS}$ = 25V, f = 1MHz | | 47 | | pF |
| | | FSQ0265 | | | 38 | | |
| | | FSQ0165 | | | 25 | | |
| | | FSQ321/311 | | | 18 | | |
| $C_{RSS}$ | Reverse Transfer Capacitance | FSQ0365 | $V_{GS}$ = 0V, $V_{DS}$ = 25V, f = 1MHz | | 9.0 | | pF |
| | | FSQ0265 | | | 17.0 | | |
| | | FSQ0165 | | | 10.0 | | |
| | | FSQ321/311 | | | 3.8 | | |
| $t_{d(on)}$ | Turn-On Delay Time | FSQ0365 | $V_{DD}$ = 350V, $I_D$ = 25mA | | 11.2 | | ns |
| | | FSQ0265 | | | 20.0 | | |
| | | FSQ0165 | | | 12.0 | | |
| | | FSQ321/311 | | | 9.5 | | |
| $t_r$ | Rise Time | FSQ0365 | $V_{DD}$ = 350V, $I_D$ = 25mA | | 34 | | ns |
| | | FSQ0265 | | | 15 | | |
| | | FSQ0165 | | | 4 | | |
| | | FSQ321/311 | | | 19 | | |
| $t_{d(off)}$ | Turn-Off Delay Time | FSQ0365 | $V_{DD}$ = 350V, $I_D$ = 25mA | | 28.2 | | ns |
| | | FSQ0265 | | | 55.0 | | |
| | | FSQ0165 | | | 30.0 | | |
| | | FSQ321/311 | | | 33.0 | | |
| $t_f$ | Fall Time | FSQ0365 | $V_{DD}$ = 350V, $I_D$ = 25mA | | 32 | | ns |
| | | FSQ0265 | | | 25 | | |
| | | FSQ0165 | | | 10 | | |
| | | FSQ321/311 | | | 42 | | |
| **Control Section** | | | | | | | |
| $t_{ON.MAX1}$ | Maximum On Time1 | All but Q321 | $T_J$ = 25°C | 10.5 | 12.0 | 13.5 | µs |
| $t_{ON.MAX2}$ | Maximum On Time2 | Q321 | $T_J$ = 25°C | 6.35 | 7.06 | 7.77 | µs |
| $t_{B1}$ | Blanking Time1 | All but Q321 | | 13.2 | 15.0 | 16.8 | µs |
| $t_{B2}$ | Blanking Time2 | Q321 | | 7.5 | 8.2 | | µs |

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

PIF 145238

## Electrical Characteristics (Continued)

$T_A = 25°C$ unless otherwise specified.

| Symbol | Parameter | | Condition | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|---|
| $t_W$ | Detection Time Window | | $T_J = 25°C$, $V_{sync} = 0V$ | | 3.0 | | µs |
| $f_{S1}$ | Initial Switching Freq.1 | All but Q321 | | 50.5 | 55.6 | 61.7 | kHz |
| $f_{S2}$ | Initial Switching Freq.2 | Q321 | | 84.0 | 89.3 | 95.2 | kHz |
| $\Delta f_S$ | Switching Frequency Variation[14] | | $-25°C < T_J < 85°C$ | | ±5 | ±10 | % |
| $I_{FB}$ | Feedback Source Current | | $V_{FB} = 0V$ | 700 | 900 | 1100 | µA |
| $D_{MIN}$ | Minimum Duty Cycle | | $V_{FB} = 0V$ | | | 0 | % |
| $V_{START}$ | UVLO Threshold Voltage | | After turn-on | 11 | 12 | 13 | V |
| $V_{STOP}$ | | | | 7 | 8 | 9 | V |
| $t_{S/S1}$ | Internal Soft-Start Time1 | All but Q321 | With free-running frequency | | 15 | | ms |
| $t_{S/S2}$ | Internal Soft-Start Time2 | Q321 | With free-running frequency | | 10 | | ms |
| **Burst Mode Section** | | | | | | | |
| $V_{BURH}$ | Burst-Mode Voltage | | $T_J = 25°C$, $t_{PD} = 200ns$[15] | 0.45 | 0.55 | 0.65 | V |
| $V_{BURL}$ | | | | 0.25 | 0.35 | 0.45 | V |
| $V_{BUR(HYS)}$ | | | | | 200 | | mV |
| **Protection Section** | | | | | | | |
| $I_{LIM}$ | Peak Current Limit | FSQ0365 | $T_J = 25°C$, di/dt = 240mA/µs | 1.32 | 1.50 | 1.68 | A |
| | | FSQ0265 | $T_J = 25°C$, di/dt = 200mA/µs | 1.06 | 1.20 | 1.34 | |
| | | FSQ0165 | $T_J = 25°C$, di/dt = 175mA/µs | 0.8 | 0.9 | 1.0 | |
| | | FSQ321 | $T_J = 25°C$, di/dt = 125mA/µs | 0.53 | 0.60 | 0.67 | |
| | | FSQ311 | $T_J = 25°C$, di/dt = 112mA/µs | 0.53 | 0.60 | 0.67 | |
| $V_{SD}$ | Shutdown Feedback Voltage | | $V_{CC} = 15V$ | 5.5 | 6.0 | 6.5 | V |
| $I_{DELAY}$ | Shutdown Delay Current | | $V_{FB} = 5V$ | 4 | 5 | 6 | µA |
| $t_{LEB}$ | Leading-Edge Blanking Time[14] | | | | 200 | | ns |
| $V_{OVP}$ | Over-Voltage Protection | | $V_{CC} = 15V$, $V_{FB} = 2V$ | 5.5 | 6.0 | 6.5 | V |
| $t_{OVP}$ | Over-Voltage Protection Blanking Time | | | 2 | 3 | 4 | µs |
| $T_{SD}$ | Thermal Shutdown Temperature[14] | | | 125 | 140 | 155 | °C |
| **Sync Section** | | | | | | | |
| $V_{SH}$ | Sync Threshold Voltage | | | 0.55 | 0.70 | 0.85 | V |
| $V_{SL}$ | | | | 0.14 | 0.20 | 0.26 | V |
| $t_{Sync}$ | Sync Delay Time[14][16] | | | | 300 | | ns |
| **Total Device Section** | | | | | | | |
| $I_{OP}$ | Oper. Supply Current (Control Part Only) | | $V_{CC} = 15V$ | 1 | 3 | 5 | mA |
| $I_{START}$ | Start Current | | $V_{CC} = V_{START} - 0.1V$ (before $V_{CC}$ reaches $V_{START}$) | 270 | 360 | 450 | µA |
| $I_{CH}$ | Start-up Charging Current | | $V_{CC} = 0V$, $V_{STR} = $ min. 40V | 0.65 | 0.85 | 1.00 | mA |
| $V_{STR}$ | Minimum $V_{STR}$ Supply Voltage | | | | 26 | | V |

**Notes:**
13. Pulse test: Pulse-Width=300µs, duty=2%.
14. Though guaranteed, it is not 100% tested in production.
15. Propagation delay in the control IC.
16. Includes gate turn-on time.

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

© 2006 Fairchild Semiconductor Corporation

PIF 145239

## Comparison Between FSDM0x65RNB and FSQ-Series

| Function | FSDM0x65RNB | FSQ-Series | FSQ-Series Advantages |
|---|---|---|---|
| Operation method | Constant frequency PWM | Valley switching operation | ■ Improved efficiency by valley switching<br>■ Reduced EMI noise |
| EMI reduction | Frequency modulation | Valley switching & inherent frequency modulation | ■ Reduce EMI noise by two ways |
| Burst-mode operation | Fixed burst peak | Advanced burst-mode | ■ Improved standby power by valley switching also in burst-mode<br>■ Because the current peak during burst operation is dependent on $V_{FB}$, it is easier to solve audible noise |
| Protection | | AOCP | ■ Improved reliability through precise abnormal over-current protection |

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

© 2006 Fairchild Semiconductor Corporation

PIF 145240

## Typical Performance Characteristics

These characteristic graphs are normalized at $T_A$= 25°C.



Figure 4. Operating Supply Current ($I_{OP}$) vs. $T_A$



Figure 5. UVLO Start Threshold Voltage ($V_{START}$) vs. $T_A$



Figure 6. UVLO Stop Threshold Voltage ($V_{STOP}$) vs. $T_A$



Figure 7. Start-up Charging Current ($I_{CH}$) vs. $T_A$



Figure 8. Initial Switching Frequency ($f_S$) vs. $T_A$



Figure 9. Maximum On Time ($t_{ON.MAX}$) vs. $T_A$

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

© 2006 Fairchild Semiconductor Corporation
FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 Rev. 1.0.5

www.fairchildsemi.com

PIF 145241

## Typical Performance Characteristics (Continued)

These characteristic graphs are normalized at $T_A = 25°C$.



Figure 10. Blanking Time ($t_B$) vs. $T_A$



Figure 11. Feedback Source Current ($I_{FB}$) vs. $T_A$



Figure 12. Shutdown Delay Current ($I_{DELAY}$) vs. $T_A$



Figure 13. Burst-Mode High Threshold Voltage ($V_{burh}$) vs. $T_A$



Figure 14. Burst-Mode Low Threshold Voltage ($V_{burl}$) vs. $T_A$



Figure 15. Peak Current Limit ($I_{LIM}$) vs. $T_A$

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

© 2006 Fairchild Semiconductor Corporation
FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 Rev. 1.0.5

www.fairchildsemi.com

PIF 145242

## Typical Performance Characteristics (Continued)

These characteristic graphs are normalized at $T_A = 25°C$.



Figure 16. Sync High Threshold Voltage ($V_{SH}$) vs. $T_A$



Figure 17. Sync Low Threshold Voltage ($V_{SL}$) vs. $T_A$



Figure 18. Shutdown Feedback Voltage ($V_{SD}$) vs. $T_A$



Figure 19. Over-Voltage Protection ($V_{OP}$) vs. $T_A$

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

© 2006 Fairchild Semiconductor Corporation

PIF 145243

**FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)**

## Functional Description

**1. Startup:** At startup, an internal high-voltage current source supplies the internal bias and charges the external capacitor ($C_a$) connected to the Vcc pin, as illustrated in Figure 20. When $V_{CC}$ reaches 12V, the FPS begins switching and the internal high-voltage current source is disabled. The FPS continues its normal switching operation and the power is supplied from the auxiliary transformer winding unless $V_{CC}$ goes below the stop voltage of 8V.



**Figure 20. Start-up Circuit**

**2. Feedback Control:** FPS employs current mode control, as shown in Figure 21. An opto-coupler (such as the FOD817A) and shunt regulator (such as the KA431) are typically used to implement the feedback network. Comparing the feedback voltage with the voltage across the $R_{SENSE}$ resistor makes it possible to control the switching duty cycle. When the reference pin voltage of the shunt regulator exceeds the internal reference voltage of 2.5V, the opto-coupler LED current increases, thus pulling down the feedback voltage and reducing the duty cycle. This event typically happens when the input voltage is increased or the output load is decreased.

**2.1 Pulse-by-Pulse Current Limit:** Because current mode control is employed, the peak current through the SenseFET is limited by the inverting input of PWM comparator ($V_{FB}^*$), as shown in Figure 21. Assuming that the 0.9mA current source flows only through the internal resistor (3R + R = 2.8k), the cathode voltage of diode D2 is about 2.5V. Since D1 is blocked when the feedback voltage ($V_{FB}$) exceeds 2.5V, the maximum voltage of the cathode of D2 is clamped at this voltage, thus clamping $V_{FB}^*$. Therefore, the peak value of the current through the SenseFET is limited.

**2.2 Leading Edge Blanking (LEB):** At the instant the internal SenseFET is turned on, a high-current spike usually occurs through the SenseFET, caused by primary-side capacitance and secondary-side rectifier reverse recovery. Excessive voltage across the $R_{sense}$ resistor would lead to incorrect feedback operation in the current mode PWM control. To counter this effect, the FPS employs a leading edge blanking (LEB) circuit. This circuit inhibits the PWM comparator for a short time ($t_{LEB}$) after the SenseFET is turned on.



**Figure 21. Pulse-Width-Modulation (PWM) Circuit**

**3. Synchronization:** The FSQ-series employs a valley switching technique to minimize the switching noise and loss. The basic waveforms of the valley switching converter are shown in Figure 22. To minimize the MOSFET's switching loss, the MOSFET should be turned on when the drain voltage reaches its minimum value, as shown in Figure 22. The minimum drain voltage is indirectly detected by monitoring the $V_{CC}$ winding voltage, as shown in Figure 22.



**Figure 22. Valley Resonant Switching Waveforms**

© 2006 Fairchild Semiconductor Corporation
FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 Rev. 1.0.5

www.fairchildsemi.com

PIF 145244

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

**4. Protection Circuits:** The FSQ-series has several self-protective functions, such as Overload Protection (OLP), Abnormal Over-Current protection (AOCP), Over-Voltage Protection (OVP), and Thermal Shutdown (TSD). All the protections are implemented as auto-restart mode. Once the fault condition is detected, switching is terminated and the SenseFET remains off. This causes $V_{CC}$ to fall. When $V_{CC}$ falls down to the Under-Voltage Lockout (UVLO) stop voltage of 8V, the protection is reset and start-up circuit charges $V_{CC}$ capacitor. When the $V_{CC}$ reaches the start voltage of 12V, the FSQ-series resumes normal operation. If the fault condition is not removed, the SenseFET remains off and $V_{CC}$ drops to stop voltage again. In this manner, the auto-restart can alternately enable and disable the switching of the power SenseFET until the fault condition is eliminated. Because these protection circuits are fully integrated into the IC without external components, the reliability is improved without increasing cost.



FSQ0365RN Rev. 00

**Figure 23. Auto Restart Protection Waveforms**

**4.1 Overload Protection (OLP):** Overload is defined as the load current exceeding its normal level due to an unexpected abnormal event. In this situation, the protection circuit should trigger to protect the SMPS. However, even when the SMPS is in the normal operation, the overload protection circuit can be triggered during the load transition. To avoid this undesired operation, the overload protection circuit is designed to trigger only after a specified time to determine whether it is a transient situation or a true overload situation. Because of the pulse-by-pulse current limit capability, the maximum peak current through the Sense FET is limited, and therefore the maximum input power is restricted with a given input

voltage. If the output consumes more than this maximum power, the output voltage ($V_O$) decreases below the set voltage. This reduces the current through the opto-coupler LED, which also reduces the opto-coupler transistor current, thus increasing the feedback voltage ($V_{FB}$). If $V_{FB}$ exceeds 2.8V, D1 is blocked and the 5μA current source starts to charge CB slowly up to $V_{CC}$. In this condition, $V_{FB}$ continues increasing until it reaches 6V, when the switching operation is terminated, as shown in Figure 24. The delay time for shutdown is the time required to charge CB from 2.8V to 6V with 5μA. A 20 ~ 50ms delay time is typical for most applications.



**Figure 24. Overload Protection**

**4.2 Abnormal Over-Current Protection (AOCP):** When the secondary rectifier diodes or the transformer pins are shorted, a steep current with extremely high-di/dt can flow through the SenseFET during the LEB time. Even though the FSQ-series has OLP (Overload Protection), it is not enough to protect the FSQ-series in that abnormal case, since severe current stress is imposed on the SenseFET until OLP triggers. The FSQ-series has an internal AOCP (Abnormal Over-Current Protection) circuit as shown in Figure 25. When the gate turn-on signal is applied to the power SenseFET, the AOCP block is enabled and monitors the current through the sensing resistor. The voltage across the resistor is compared with a preset AOCP level. If the sensing resistor voltage is greater than the AOCP level, the set signal is applied to the latch, resulting in the shutdown of the SMPS.



FSQ0365RN Rev.00

**Figure 25. Abnormal Over-Current Protection**

© 2006 Fairchild Semiconductor Corporation

PIF 145245

**4.3 Over-Voltage Protection (OVP):** If the secondary side feedback circuit malfunctions or a solder defect causes an opening in the feedback path, the current through the opto-coupler transistor becomes almost zero. Then, $V_{FB}$ climbs up in a similar manner to the overload situation, forcing the preset maximum current to be supplied to the SMPS until the overload protection triggers. Because more energy than required is provided to the output, the output voltage may exceed the rated voltage before the overload protection triggers, resulting in the breakdown of the devices in the secondary side. To prevent this situation, an OVP circuit is employed. In general, the peak voltage of the sync signal is proportional to the output voltage and the FSQ-series uses a sync signal instead of directly monitoring the output voltage. If the sync signal exceeds 6V, an OVP is triggered, shutting down the SMPS. To avoid undesired triggering of OVP during normal operation, the peak voltage of the sync signal should be designed below 6V.

**4.4 Thermal Shutdown (TSD):** The SenseFET and the control IC are built in one package. This makes it easy for the control IC to detect the abnormal over temperature of the SenseFET. If the temperature exceeds ~150°C, the thermal shutdown triggers.

**5. Soft-Start:** The FPS has an internal soft-start circuit that increases PWM comparator inverting input voltage with the SenseFET current slowly after it starts up. The typical soft-start time is 15ms. The pulse width to the power switching device is progressively increased to establish the correct working conditions for transformers, inductors, and capacitors. The voltage on the output capacitors is progressively increased with the intention of smoothly establishing the required output voltage. This mode helps prevent transformer saturation and reduces stress on the secondary diode during startup.

**6. Burst Operation:** To minimize power dissipation in standby mode, the FPS enters burst-mode operation. As the load decreases, the feedback voltage decreases. As shown in Figure 26, the device automatically enters burst-mode when the feedback voltage drops below $V_{BURL}$ (350mV). At this point, switching stops and the output voltages start to drop at a rate dependent on standby current load. This causes the feedback voltage to rise. Once it passes $V_{BURH}$ (550mV), switching resumes. The feedback voltage then falls and the process repeats. Burst-mode operation alternately enables and disables switching of the power SenseFET, thereby reducing switching loss in standby mode.



**Figure 26. Waveforms of Burst Operation**

**7. Switching Frequency Limit:** To minimize switching loss and EMI (Electromagnetic Interference), the MOSFET turns on when the drain voltage reaches its minimum value in valley switching operation. However, this causes switching frequency to increases at light load conditions. As the load decreases, the peak drain current diminishes and the switching frequency increases. This results in severe switching losses at light-load condition, as well as intermittent switching and audible noise. Because of these problems, the valley switching converter topology has limitations in a wide range of applications.

To overcome this problem, FSQ-series employs a frequency-limit function, as shown in Figures 27 and 28. Once the SenseFET is turned on, the next turn-on is prohibited during the blanking time ($t_B$). After the blanking time, the controller finds the valley within the detection time window ($t_W$) and turns on the MOSFET, as shown in Figures 27 and 28 (Cases A, B, and C). If no valley is found during $t_W$, the internal SenseFET is forced to turn on at the end of $t_W$ (Case D). Therefore, our devices have a minimum switching frequency of 55kHz and a maximum switching frequency of 67kHz, as shown in Figure 28.

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

PIF 145246

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)



Figure 28. Switching Frequency Range



Figure 27. Valley Switching with Limited Frequency

© 2006 Fairchild Semiconductor Corporation
FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 Rev. 1.0.5

www.fairchildsemi.com

PIF 145247

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

## Typical Application Circuit of FSQ0365RN

| Application | FPS Device | Input Voltage Range | Rated Output Power | Output Voltage (Max. Current) |
|---|---|---|---|---|
| DVD Player Power Supply | FSQ0365RN | 85-265$V_{AC}$ | 19W | 5.1V (1.0A)<br>3.4V (1.0A)<br>12V (0.4A)<br>16V (0.3A) |

### Features

- High efficiency ( >77% at universal input)
- Low standby mode power consumption (<1W at 230$V_{AC}$ input and 0.5W load)
- Reduce EMI noise through Valley Switching operation
- Enhanced system reliability through various protection functions
- Internal soft-start (15ms)

### Key Design Notes

- The delay time for overload protection is designed to be about 30ms with C107 of 47nF. If faster/slower triggering of OLP is required, C107 can be changed to a smaller/larger value (eg. 100nF for 60ms).
- The input voltage of $V_{sync}$ must be higher than -0.3V. By proper voltage sharing by R106 & R107 resistors, the input voltage can be adjusted.
- The SMD-type 100nF capacitor must be placed as close as possible to $V_{CC}$ pin to avoid malfunction by abrupt pulsating noises and to improved surge immunity.

### 1. Schematic



**Figure 29. Demo Circuit of FSQ0365RN**

© 2006 Fairchild Semiconductor Corporation

PIF 145248

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

## 2. Transformer



**Figure 30. Transformer Schematic Diagram of FSQ0365RN**

## 3. Winding Specification

| No | Pin (s→f) | Wire | Turns | Winding Method |
|---|---|---|---|---|
| $N_p/2$ | 3 → 2 | $0.25^\phi \times 1$ | 50 | Center Solenoid Winding |
| Insulation: Polyester Tape t = 0.050mm, 2 Layers | | | | |
| $N_{3.4V}$ | 9 → 8 | $0.33^\phi \times 2$ | 4 | Center Solenoid Winding |
| Insulation: Polyester Tape t = 0.050mm, 2 Layers | | | | |
| $N_{5V}$ | 6 → 9 | $0.33^\phi \times 1$ | 2 | Center Solenoid Winding |
| Insulation: Polyester Tape t = 0.050mm, 2 Layers | | | | |
| $N_a$ | 4 → 5 | $0.25^\phi \times 1$ | 16 | Center Solenoid Winding |
| Insulation: Polyester Tape t = 0.050mm, 2 Layers | | | | |
| $N_{12V}$ | 10 → 12 | $0.33^\phi \times 3$ | 14 | Center Solenoid Winding |
| Insulation: Polyester Tape t = 0.050mm, 3 Layers | | | | |
| $N_{16V}$ | 11 → 12 | $0.33^\phi \times 3$ | 18 | Center Solenoid Winding |
| Insulation: Polyester Tape t = 0.050mm, 2 Layers | | | | |
| $N_p/2$ | 2 → 1 | $0.25^\phi \times 1$ | 50 | Center Solenoid Winding |
| Insulation: Polyester Tape t = 0.050mm, 2 Layers | | | | |

## 4. Electrical Characteristics

| | Pin | Specification | Remarks |
|---|---|---|---|
| Inductance | 1 - 3 | 1.4mH ± 10% | 100kHz, 1V |
| Leakage | 1 - 3 | 25µH Max. | Short all other pins |

## 5. Core & Bobbin

- Core: EER2828 (Ae=86.66mm²)
- Bobbin: EER2828

© 2006 Fairchild Semiconductor Corporation

PIF 145249

## 6. Demo Board Part List

| Part | Value | Note | Part | Value | Note |
|------|-------|------|------|-------|------|
| **Resistor** | | | **Inductor** | | |
| R102 | 56kΩ | 1W | L201 | 10μH | |
| R103 | 5Ω | 1/2W | L202 | 10μH | |
| R104 | 12kΩ | 1/4W | L203 | 4.9μH | |
| R105 | 100kΩ | 1/4W | L204 | 4.9μH | |
| R106 | 6.2kΩ | 1/4W | **Diode** | | |
| R107 | 6.2kΩ | 1/4W | D101 | IN4007 | |
| R108 | 62Ω | 1W | D102 | IN4004 | |
| R201 | 510Ω | 1/4W | ZD101 | 1N4746A | |
| R202 | 1kΩ | 1/4W | D103 | 1N4148 | |
| R203 | 6.2kΩ | 1/4W | D201 | UF4003 | |
| R204 | 20kΩ | 1/4W | D202 | UF4003 | |
| R205 | 6kΩ | 1/4W | D203 | SB360 | |
| **Capacitor** | | | D204 | SB360 | |
| C101 | 100nF/275$V_{AC}$ | Box Capacitor | | | |
| C102 | 100nF/275$V_{AC}$ | Box Capacitor | **IC** | | |
| C103 | 33μF/400V | Electrolytic Capacitor | IC101 | FSQ0365RN | FPS™ |
| C104 | 10nF/630V | Film Capacitor | IC201 | KA431 (TL431) | Voltage reference |
| C105 | 47nF/50V | Mono Capacitor | IC202 | FOD817A | Opto-coupler |
| C106 | 100nF/50V | SMD (1206) | **Fuse** | | |
| C107 | 22μF/50V | Electrolytic Capacitor | Fuse | 2A/250V | |
| C110 | 33pF/50V | Ceramic Capacitor | **NTC** | | |
| C201 | 470μF/35V | Electrolytic Capacitor | RT101 | 5D-9 | |
| C202 | 470μF/35V | Electrolytic Capacitor | **Bridge Diode** | | |
| C203 | 470μF/35V | Electrolytic Capacitor | BD101 | 2KBP06M2N257 | Bridge Diode |
| C204 | 470μF/35V | Electrolytic Capacitor | **Line Filter** | | |
| C205 | 1000μF/10V | Electrolytic Capacitor | LF101 | 40mH | |
| C206 | 1000μF/10V | Electrolytic Capacitor | **Transformer** | | |
| C207 | 1000μF/10V | Electrolytic Capacitor | T101 | | |
| C208 | 1000μF/10V | Electrolytic Capacitor | **Varistor** | | |
| C209 | 100nF /50V | Ceramic Capacitor | TNR | 10D471K | |

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

PIF 145250

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

## Typical Application Circuit of FSQ311

| Application | FPS Device | Input Voltage Range | Rated Output Power | Output Voltage (Max. Current) |
|---|---|---|---|---|
| DVD Player Power Supply | FSQ311 | 85-265V$_{AC}$ | 8W | 5.1V (0.9A)<br>3.3V (0.9A)<br>12V (0.03A)<br>16V (0.03A) |

### Features

- High efficiency ( >70% at universal input)
- Low standby mode power consumption (<1W at 230V$_{AC}$ input and 0.5W load)
- Reduce EMI noise through Valley Switching operation
- Enhanced system reliability through various protection functions
- Internal soft-start (15ms)

### Key Design Notes

- The delay time for overload protection is designed to be about 30ms with C107 of 47nF. If faster/slower triggering of OLP is required, C107 can be changed to a smaller/larger value (eg. 100nF for 60ms).
- The input voltage of V$_{sync}$ must be higher than -0.3V. By proper voltage sharing by R106 & R107 resistors, the input voltage can be adjusted.
- The SMD-type 100nF capacitor must be placed as close as possible to V$_{CC}$ pin to avoid malfunction by abrupt pulsating noises and to improved surge immunity.

### 1. Schematic



\* : optional components

**Figure 31. Demo Circuit of FSQ311**

© 2006 Fairchild Semiconductor Corporation

PIF 145251

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

## 2. Transformer



**Figure 32. Transformer Schematic Diagram of FSQ311**

## 3. Winding Specification

| No | Pin (s→f) | Wire | Turns | Winding Method |
|---|---|---|---|---|
| $N_p/2$ | 3 → 2 | $0.2^\phi \times 1$ | 111 | Solenoid Winding, 2 Layers |
| Insulation: Polyester Tape t = 0.025mm, 2 Layers | | | | |
| Shield | 1 → open | $0.1^\phi \times 2$ | | Shield winding |
| Insulation: Polyester Tape t = 0.025mm, 1 Layer | | | | |
| $N_{5V}$ | 7 → 8 | $0.2^\phi \times 3$ | 15 | Center Solenoid Winding |
| Insulation: Polyester Tape t = 0.025mm, 1 Layer | | | | |
| $N_{3.3V}$ | 9 → 8 | $0.2^\phi \times 3$ | 10 | Center Solenoid Winding |
| Insulation: Polyester Tape t = 0.025mm, 1 Layer | | | | |
| $N_{12V}$ | 10 → 11 | $0.1^\phi \times 1$ | 30 | Solenoid Winding |
| $N_{-12V}$ | 11 → 12 | $0.1^\phi \times 3$ | 33 | Solenoid Winding |
| Insulation: Polyester Tape t = 0.025mm, 1 Layer | | | | |
| Shield | 1 → open | $0.1^\phi \times 2$ | | Shield winding |
| Insulation: Polyester Tape t = 0.025mm, 2 Layers | | | | |
| $N_{VCCV}$ | 5 → 6 | $0.1^\phi \times 1$ | 36 | Center Solenoid Winding |
| Insulation: Polyester Tape t = 0.025mm, 2 Layers | | | | |
| $N_p/2$ | 2 → 1 | $0.2^\phi \times 1$ | 111 | Solenoid Winding, 2 Layers |
| Insulation: Polyester Tape t = 0.025mm, 4 Layers | | | | |

## 4. Electrical Characteristics

| | Pin | Specification | Remarks |
|---|---|---|---|
| Inductance | 1 - 3 | 2.1mH ± 10% | 66kHz, 1V |
| Leakage | 1 - 3 | 100µH Max. | Short all other pins |

## 5. Core & Bobbin

- Core: EE1927 (Ae=23.4mm²)
- Bobbin: EE1927

PIF 145252

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

## 6. Demo Board Part List

| Part | Value | Note | Part | Value | Note |
|------|-------|------|------|-------|------|
| **Resistor** | | | **Inductor** | | |
| R2 | 100kΩ | 1/4W | L2 | 660μH | |
| ZR1 | 1.2kΩ | 1/4W | L1 | 4.7μH | |
| R4 | 5Ω | 1/2W | L3 | 4.7μH | |
| R5 | 12kΩ | 1/4W | L5 | 4.7μH | |
| R7 | 6.2kΩ | 1/4W | L6 | 4.7μH | |
| R11 | 6.2kΩ | 1/4W | **Diode** | | |
| RS5 | 150kΩ | 2W | D2,3,4,5 | 1N4007 | |
| RS6 | 200Ω | 1W | D8 | 1N4004 | |
| R6 | 510Ω | 1/4W | D10 | 1N4148 | |
| R8 | 1kΩ | 1/4W | ZD1 | 1N4746A | |
| R12 | 8kΩ | 1/4W | DS1 | 1N4007 | |
| R10 | 6.2kΩ | 1/4W, 1% | D1 | UF4003 | |
| R13 | 6kΩ | 1/4W, 1% | D4 | UF4003 | |
| **Capacitor** | | | D7 | SB360 | |
| C6 | 10μF/400V | Electrolytic | D9 | SB360 | |
| C7 | 10μF/400V | Electrolytic | **IC** | | |
| C17 | 47nF/50V | Ceramic | U1 | FSQ311 | FPS™ |
| C104 | 100nF/50V | SMD(1206) | U2 | KA431 (TL431) | Voltage reference |
| C14 | 22μF/50V | Electrolytic | U3 | FOD817A | Opto-coupler |
| C18 | 33pF/50V | Ceramic | **Fuse** | | |
| CS5 | 6.8nF/680V | Film | Fuse | 2A/250V | |
| C2 | 100μF/35V | Electrolytic | **NTC** | | |
| C3 | 100μF/35V | Electrolytic | RT1 | 5D-9 | |
| C4 | 100μF/35V | Electrolytic | **Transformer** | | |
| C5 | 100μF/35V | Electrolytic | T1 | EE1927 | Bridge Diode |
| C11 | 680μF/10V | Electrolytic | **Ferrite bead** | | |
| C12 | 680μF/10V | Electrolytic | FB1 | | |
| C15 | 680μF/10V | Electrolytic | | | |
| C16 | 680μF/10V | Electrolytic | | | |
| C19 | 68nμF/50V | Ceramic | | | |
| C1 | 4.7nF/375V$_{AC}$ | Ceramic | | | |

© 2006 Fairchild Semiconductor Corporation

PIF 145253

**Package Dimensions**







NOTES: UNLESS OTHERWISE SPECIFIED
  A) THIS PACKAGE CONFORMS TO
     JEDEC MS-001 VARIATION BA
  B) ALL DIMENSIONS ARE IN MILLIMETERS.
  C) DIMENSIONS ARE EXCLUSIVE OF BURRS,
     MOLD FLASH, AND TIE BAR EXTRUSIONS.
  D) DIMENSIONS AND TOLERANCES PER
     ASME Y14.5M-1994
  E) DRAWING FILENAME AND REVSION: MKT-N08FREV2.

**Figure 33. 8-Lead, Dual In-Line Package(DIP)**

FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS ™)

## Package Dimensions (Continued)



FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

LAND PATTERN RECOMMENDATION

SEE DETAIL A

GAGE PLANE

SEATING PLANE

DETAIL A
SCALE: 2X

MKT-MLSOP08ArevA

NOTES: UNLESS OTHERWISE SPECIFIED
A) THIS PACKAGE DOES NOT CONFORM TO ANY CURRENT PACKAGE STANDARD
B) ALL DIMENSIONS ARE IN MILLIMETERS.
C) DIMENSIONS ARE EXCLUSIVE OF BURRS, MOLD FLASH, AND TIE BAR EXTRUSIONS.
D) DIMENSIONS AND TOLERANCES PER ASME Y14.5M-1994

**Figure 34. 8-Lead, LSOP Package**

© 2006 Fairchild Semiconductor Corporation

PIF 145255



FSQ0365, FSQ0265, FSQ0165, FSQ321, FSQ311 — Green Mode Fairchild Power Switch (FPS™)

## TRADEMARKS

The following are registered and unregistered trademarks and service marks Fairchild Semiconductor owns or is authorized to use and is not intended to be an exhaustive list of all such trademarks.

| | | | |
|---|---|---|---|
| ACEx® | Green FPS™ | Power247® | SuperSOT™-8 |
| Build it Now™ | Green FPS™ e-Series™ | POWEREDGE® | SyncFET™ |
| CorePLUS™ | GTO™ | Power-SPM™ | The Power Franchise® |
| CROSSVOLT™ | i-Lo™ | PowerTrench® | the<br>P<sup>o</sup>wer<br>franchise™ |
| CTL™ | IntelliMAX™ | Programmable Active Droop™ | |
| Current Transfer Logic™ | ISOPLANAR™ | QFET® | TinyBoost™ |
| EcoSPARK® | MegaBuck™ | QS™ | TinyBuck™ |
| f® | MICROCOUPLER™ | QT Optoelectronics™ | TinyLogic® |
| Fairchild® | MicroFET™ | Quiet Series™ | TINYOPTO™ |
| Fairchild Semiconductor® | MicroPak™ | RapidConfigure™ | TinyPower™ |
| FACT Quiet Series™ | MillerDrive™ | SMART START™ | TinyPWM™ |
| FACT® | Motion-SPM™ | SPM® | TinyWire™ |
| FAST® | OPTOLOGIC® | STEALTH™ | µSerDes™ |
| FastvCore™ | OPTOPLANAR® | SuperFET™ | UHC™ |
| FPS™ | | SuperSOT™-3 | UniFET™ |
| FRFET® | PDP-SPM™ | SuperSOT™-6 | VCX™ |
| Global Power Resource℠ | Power220® | | |

## DISCLAIMER

FAIRCHILD SEMICONDUCTOR RESERVES THE RIGHT TO MAKE CHANGES WITHOUT FURTHER NOTICE TO ANY PRODUCTS HEREIN TO IMPROVE RELIABILITY, FUNCTION, OR DESIGN. FAIRCHILD DOES NOT ASSUME ANY LIABILITY ARISING OUT OF THE APPLICATION OR USE OF ANY PRODUCT OR CIRCUIT DESCRIBED HEREIN; NEITHER DOES IT CONVEY ANY LICENSE UNDER ITS PATENT RIGHTS, NOR THE RIGHTS OF OTHERS. THESE SPECIFICATIONS DO NOT EXPAND THE TERMS OF FAIRCHILD'S WORLDWIDE TERMS AND CONDITIONS, SPECIFICALLY THE WARRANTY THEREIN, WHICH COVERS THESE PRODUCTS.

## LIFE SUPPORT POLICY

FAIRCHILD'S PRODUCTS ARE NOT AUTHORIZED FOR USE AS CRITICAL COMPONENTS IN LIFE SUPPORT DEVICES OR SYSTEMS WITHOUT THE EXPRESS WRITTEN APPROVAL OF FAIRCHILD SEMICONDUCTOR CORPORATION.

As used herein:

1. Life support devices or systems are devices or systems which, (a) are intended for surgical implant into the body or (b) support or sustain life, and (c) whose failure to perform when properly used in accordance with instructions for use provided in the labeling, can be reasonably expected to result in a significant injury of the user.

2. A critical component in any component of a life support, device, or system whose failure to perform can be reasonably expected to cause the failure of the life support device or system, or to affect its safety or effectiveness.

## PRODUCT STATUS DEFINITIONS

### Definition of Terms

| Datasheet Identification | Product Status | Definition |
|---|---|---|
| Advance Information | Formative or In Design | This datasheet contains the design specifications for product development. Specifications may change in any manner without notice. |
| Preliminary | First Production | This datasheet contains preliminary data; supplementary data will be published at a later date. Fairchild Semiconductor reserves the right to make changes at any time without notice to improve design. |
| No Identification Needed | Full Production | This datasheet contains final specifications. Fairchild Semiconductor reserves the right to make changes at any time without notice to improve design. |
| Obsolete | Not In Production | This datasheet contains specifications on a product that has been discontinued by Fairchild Semiconductor. The datasheet is printed for reference information only. |

Rev. I31

© 2006 Fairchild Semiconductor Corporation

PIF 145256

# EXHIBIT 4



SEMICONDUCTOR®

May 2007

FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

# FSQ510, FSQ510H
# Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter – *Low EMI and High Efficiency*

## Features

- Uses an LDMOS Integrated Power Switch
- Optimized for Valley Switching Converter (VSC)
- Low EMI through Variable Frequency Control and Inherent Frequency Modulation
- High Efficiency through Minimum Drain Voltage Switching
- Extended Valley Switching for Wide Load Ranges
- Small Frequency Variation for Wide Load Ranges
- Advanced Burst-Mode Operation for Low Standby Power Consumption
- Pulse-by-Pulse Current Limit
- Protection Functions: Overload Protection (OLP), Internal Thermal Shutdown (TSD) with Hysteresis
- Under-Voltage Lockout (UVLO) with Hysteresis
- Internal Start-up Circuit
- Internal High-Voltage SenseFET (700V)
- Built-in Soft Start (5ms)

## Applications

- Cell Phone Chargers
- Auxiliary Power Supplies for PC and White Goods

## Description

A Valley Switching Converter (VSC) generally shows lower EMI and higher power conversion efficiency than a conventional hard-switched converter with a fixed switching frequency. The FSQ510(H) is an integrated Valley Switching Pulse Width Modulation (VS-PWM) controller and SenseFET specifically designed for off-line Switch Mode Power Supplies (SMPS) for valley switching with minimal external components. The VS-PWM controller includes an integrated oscillator, Under-Voltage Lockout (UVLO), Leading Edge Blanking (LEB), optimized gate driver, internal soft start, temperature-compensated precise current sources for loop compensation, and self-protection circuitry.

Compared with discrete MOSFET and PWM controller solutions, the FSQ510(H) can reduce total cost and component count, size, and weight; while simultaneously increasing efficiency, productivity, and system reliability. This device provides a platform well suited for cost-effective designs of a valley switching flyback converters.

## Ordering Information

| Part Number | Package | Pb-Free | Operating Temperature Range | Current Limit | $R_{DS(ON)}$ (MAX) | Output Power Table [1] | | | | Replaces Devices |
| | | | | | | 230VAC ± 15% [2] | | 85-265VAC | | |
| | | | | | | Adapter [3] | Open Frame [4] | Adapter [3] | Open Frame [4] | |
|---|---|---|---|---|---|---|---|---|---|---|
| FSQ510 | 7-DIP | Yes | -40°C to +85°C | 320mA | 32Ω | 5.5W | 9W | 4W | 6W | FSD210B |
| FSQ510H | 8-DIP | Yes | -40°C to +85°C | 320mA | 32Ω | 5.5W | 9W | 4W | 6W | FSD210DH |

### Notes:
1. The junction temperature can limit the maximum output power.
2. 230VAC or 100/115VAC with voltage doubler.
3. Typical continuous power with a Fairchild charger demo board described in this datasheet in a non-ventilated enclosed adapter housing measured at 50°C ambient temperature.
4. Maximum practical continuous power for auxiliary power supplies in an open-frame design at 50°C ambient temperature.

© 2006 Fairchild Semiconductor Corporation
FSQ510, FSQ510H Rev. 1.0.1

FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

## Application Circuit



Figure 1. Typical Application Circuit

## Internal Block Diagram



n(m):n indicates the pin number of 7-DIP
m indicates the pin number of 8-DIP

Figure 2. Internal Block Diagram

© 2006 Fairchild Semiconductor Corporation
FSQ510, FSQ510H Rev. 1.0.1

PIF 145220

**FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter**

## Pin Assignments



Figure 3. Package diagrams for FSQ510 and FSQ510H

## Pin Definitions

| Pin # | Name | Description |
|---|---|---|
| 1,2[5] (4,5,6)[6] | GND | This pin is the control ground and the SenseFET source. |
| 3 (2) | $V_{fb}$ | This pin is internally connected to the inverting input of the PWM comparator. The collector of an opto-coupler is typically tied to this pin. For stable operation, a capacitor should be placed between this pin and GND. If the voltage of this pin reaches 4.7V, the overload protection triggers, which shuts down the FPS. |
| 4 (3) | Sync | This pin is internally connected to the sync-detect comparator for valley switching. In normal valley switching operation, the threshold of the sync comparator is 0.7V/0.1V. |
| 5 (7) | $V_{CC}$ | This pin is the positive supply input. This pin provides internal operating current for both start-up and steady-state operation. |
| 7 (8) | D | High-voltage power SenseFET drain connection. |
| 8 (1) | $V_{str}$ | This pin is connected directly, or through a resistor, to the high-voltage DC link. At startup, the internal high-voltage current source supplies internal bias and charges the external capacitor connected to the $V_{CC}$ pin. Once $V_{CC}$ reaches 8.7V, the internal current source is disabled. |

Notes:
5.  Pin numbers for 7-DIP.
6.  Pin numbers for 8-DIP are in parenthesis.

PIF 145221

## Absolute Maximum Ratings

Stresses exceeding the absolute maximum ratings may damage the device. The device may not function or be operable above the recommended operating conditions and stressing the parts to these levels is not recommended. In addition, extended exposure to stresses above the recommended operating conditions may affect device reliability. The absolute maximum ratings are stress ratings only.

| Symbol | Parameter | | Min. | Max. | Unit |
|--------|-----------|--|------|------|------|
| $V_{STR}$ | $V_{str}$ Pin Voltage | | | 500 | V |
| $V_{DS}$ | Drain Pin Voltage | | | 700 | V |
| $V_{CC}$ | Supply Voltage | | | 20 | V |
| $V_{fb}$ | Feedback Voltage Range | | -0.3 | 6.5 | V |
| $V_{Sync}$ | Sync Pin Voltage | | -0.3 | 6.5 | V |
| $P_D$ | Total Power Dissipation | 7-DIP | | 1.38 | W |
| | | 8-DIP | | 1.47 | W |
| $T_J$ | Operating Junction Temperature | | -40 | Internally Limited | °C |
| $T_A$ | Operating Ambient Temperature | | -40 | +85 | °C |
| $T_{STG}$ | Storage Temperature | | -55 | +150 | °C |

## Thermal Impedance

$T_A$ = 25°C, unless otherwise specified. All items are tested with the standards JESD 51-2 and 51-10 (DIP).

| Symbol | Parameter | 7-DIP | 8-DIP | Unit |
|--------|-----------|-------|-------|------|
| $\theta_{JA}$ | Junction-to-Ambient Thermal Impedance[7] | 90 | 85 | °C/W |
| $\theta_{JC}$ | Junction-to-Case Thermal Impedance[8] | 13 | 13 | °C/W |

Notes:
7.  Free-standing with no heatsink; without copper clad. Measurement condition – just before junction temperature $T_J$ enters into TSD.
8.  Measured on the DRAIN pin close to plastic interface.

FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

PIF 145222

## Electrical Characteristics

$T_J = 25°C$ unless otherwise specified.

| Symbol | Parameter | Conditions | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|
| **SenseFET Section** | | | | | | |
| $BV_{DSS}$ | Drain-Source Breakdown Voltage | $V_{CC} = 0V$, $I_D = 100\mu A$ | 700 | | | V |
| $I_{DSS}$ | Zero-Gate-Voltage Drain Current | $V_{DS} = 700V$ | | | 150 | $\mu A$ |
| $R_{DS(ON)}$ | Drain-Source On-State Resistance | $T_J = 25°C$, $I_D = 180mA$ | | 28 | 32 | $\Omega$ |
| | | $T_J = 100°C$, $I_D = 180mA$ | | 42 | 48 | $\Omega$ |
| $C_{ISS}$ | Input Capacitance[9] | $V_{GS} = 11V$ | | 96 | | pF |
| $C_{OSS}$ | Output Capacitance[9] | $V_{DS} = 40V$ | | 28 | | pF |
| $t_r$ | Rise Time[9] | $V_{DS} = 350V$, $I_D = 25mA$ | | 100 | | ns |
| $t_f$ | Fall Time[9] | $V_{DS} = 350V$, $I_D = 25mA$ | | 50 | | ns |
| **Control Section** | | | | | | |
| $f_S$ | Initial Switching Frequency | $V_{CC} = 11V$, $V_{FB} = 0.5V$, $V_{sync} = 0V$ | 87.7 | 94.3 | 100.0 | kHz |
| $\Delta f_S$ | Switching Frequency Variation[9] | $-25°C < T_J < 125°C$ | | $\pm 5$ | $\pm 8$ | % |
| $I_{FB}$ | Feedback Source Current | $V_{CC} = 11V$, $V_{FB} = 0V$ | 200 | 225 | 250 | $\mu A$ |
| $t_B$ | Switching Blanking Time | $V_{CC} = 11V$, $V_{FB} = 1V$, $V_{sync}$ frequency sweep | 7.2 | 7.6 | 8.2 | $\mu s$ |
| $t_W$ | Valley Detection Window Time[9] | | | 3.0 | | $\mu s$ |
| $D_{MAX}$ | Maximum Duty Ratio | $V_{CC} = 11V$, $V_{FB} = 3V$ | 54 | 60 | 66 | % |
| $D_{MIN}$ | Minimum Duty Ratio | $V_{CC} = 11V$, $V_{FB} = 0V$ | | | 0 | % |
| $V_{START}$ | UVLO Threshold Voltage | $V_{FB} = 0V$, $V_{CC}$ sweep | 8.0 | 8.7 | 9.4 | V |
| $V_{STOP}$ | | After Turn-on, $V_{FB} = 0V$ | 6.0 | 6.7 | 7.4 | V |
| $t_{S/S}$ | Internal Soft-Start Time | $V_{STR} = 40V$, $V_{CC}$ sweep | 3 | 5 | 7 | ms |
| **Burst-Mode Section** | | | | | | |
| $V_{BURH}$ | Burst-Mode Voltage | $V_{CC} = 11V$, $V_{FB}$ sweep | 0.75 | 0.85 | 0.95 | V |
| $V_{BURL}$ | | | 0.65 | 0.75 | 0.85 | V |
| Hys. | | | | 100 | | mV |
| **Protection Section** | | | | | | |
| $I_{LIM}$ | Peak Current Limit | $di/dt = 90mA/\mu s$ | 280 | 320 | 360 | mA |
| $V_{SD}$ | Shutdown Feedback Voltage | $V_{DS} = 40V$, $V_{CC} = 11V$, $V_{FB}$ sweep | 4.2 | 4.7 | 5.2 | V |
| $I_{DELAY}$ | Shutdown Delay Current | $V_{CC} = 11V$, $V_{FB} = 5V$ | 4 | 5 | 6 | $\mu A$ |
| $t_{LEB}$ | Leading Edge Blanking Time[9] | | | 360 | | ns |
| $T_{SD}$ | Thermal Shutdown Temperature[9] | | 130 | 140 | 150 | °C |
| Hys. | | | | 60 | | °C |
| **Sync Section** | | | | | | |
| $V_{SH}$ | Sync Threshold Voltage | $V_{CC} = 11V$, $V_{FB} = 1V$ | 0.55 | 0.70 | 0.85 | V |
| $V_{SL}$ | | $V_{CC} = 11V$, $V_{FB} = 1V$ | 0.05 | 0.10 | 0.15 | V |
| $t_{Sync}$ | Sync Delay Time | | 180 | 200 | 220 | ns |
| **Total Device Section** | | | | | | |
| $I_{OP}$ | Operating Supply Current (Control Part Only) | $V_{CC} = 11V$, $V_{FB} = 5.5V$ | | 0.8 | 1.0 | mA |
| $I_{CH}$ | Start-up Charging Current | $V_{CC} = V_{FB} = 0V$, $V_{STR} = 40V$ | | 1.0 | 1.2 | mA |
| $V_{STR}$ | Supply Voltage | $V_{CC} = V_{FB} = 0V$, $V_{STR}$ sweep | | 27 | | V |

Notes:
9.  These parameters, although guaranteed, are not 100% tested in production.

*Text in right margin:* FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

© 2006 Fairchild Semiconductor Corporation
FSQ510, FSQ510H Rev. 1.0.1

www.fairchildsemi.com

PIF 145223

## Comparison Between FSD210B and FSQ510

| Function | FSD210B | FSQ510 | Advantages of FSQ510 |
|---|---|---|---|
| Control Mode | Voltage Mode | Current Mode | Fast response<br>Easy-to-design control loop |
| Operation Method | Constant Frequency PWM | Valley Switching Operation | Turn-on at minimum drain voltage<br>High efficiency and low EMI |
| EMI Reduction Method | Frequency Modulation | Valley Switching | Frequency variation depending on the ripple of DC link voltage<br>High efficiency and low EMI |
| Soft Start | 3ms (Built-in) | 5ms (Built-in) | Longer soft-start time |
| Protection | TSD | TSD with hysteresis | Enhanced thermal shutdown protection |
| Power Balance | Long $T_{CLD}$ | Short $T_{CLD}$ | The difference of input power between low and high input voltage is quite small. |
| Power Ratings | Less than 5W under open frame condition at the universal line input | More than 6W under open frame condition at the universal line input | More output power ratings available due to the valley switching. |

FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

© 2006 Fairchild Semiconductor Corporation
FSQ510, FSQ510H Rev. 1.0.1

www.fairchildsemi.com

PIF 145224

## Typical Performance Characteristics

These characteristic graphs are normalized at $T_A$ = 25°C.



Figure 4. Operating Frequency ($f_{OSC}$) vs. $T_A$



Figure 5. Peak Current Limit ($I_{LIM}$) vs. $T_A$



Figure 6. Start Threshold Voltage ($V_{START}$) vs. $T_A$



Figure 7. Stop Threshold Voltage ($V_{STOP}$) vs. $T_A$



Figure 8. Shutdown Feedback Voltage ($V_{SD}$) vs. $T_A$



Figure 9. Maximum Duty Cycle ($D_{MAX}$) vs. $T_A$

FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

PIF 145225

## Typical Performance Characteristics (Continued)



Figure 10. Feedback Source Current ($I_{FB}$) vs. $T_A$



Figure 11. Shutdown Delay Current ($I_{DELAY}$) vs. $T_A$



Figure 12. Operating Supply Current ($I_{OP}$) vs. $T_A$

FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

© 2006 Fairchild Semiconductor Corporation
FSQ510, FSQ510H Rev. 1.0.1

PIF 145226

FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

## Functional Description

**1. Start-up:** At start-up, an internal high-voltage current source supplies the internal bias and charges the external capacitor ($C_a$) connected to the $V_{CC}$ pin, as illustrated in Figure 13. When $V_{CC}$ reaches 8.7V, the FPS begins switching and the internal high-voltage current source is disabled. The FPS continues normal switching operation and the power is supplied from the auxiliary transformer winding unless $V_{CC}$ goes below the stop voltage of 6.7V.



**Figure 13. Start-up Block**

**2. Feedback Control:** This device employs current mode control, as shown in Figure 14. An opto-coupler (such as the FOD817) and shunt regulator (such as the KA431) are usually used to implement the feedback network. Comparing the feedback voltage with the voltage across the $R_{sense}$ resistor makes it possible to control the switching duty cycle. When the reference pin voltage of the shunt regulator exceeds the internal reference voltage of 2.5V, the opto-coupler LED current increases, pulling down the feedback voltage and reducing the drain current. This event typically occurs when the input voltage is increased or the output load is decreased.

**2.1 Pulse-by-Pulse Current Limit:** Because current mode control is employed, the peak current through the SenseFET is limited by the inverting input of PWM comparator ($V_{fb}^*$), as shown in Figure 14. Assuming that 225μA current source flows only through the internal resistor (6R + R = 12.6 kΩ), the cathode voltage of diode D2 is about 2.8V. Since D1 is blocked when the feedback voltage ($V_{FB}$) exceeds 2.8V, the maximum voltage of the cathode of D2 is clamped at this voltage, thus clamping $V_{FB}^*$. Therefore, the peak value of the current through the SenseFET is limited.

**2.2 Leading Edge Blanking (LEB):** At the instant the internal SenseFET is turned on, a high-current spike usually occurs through the SenseFET, caused by primary-side capacitance and secondary-side rectifier reverse recovery. Excessive voltage across the $R_{sense}$ resistor would lead to incorrect feedback operation in the current mode VS-PWM control. To counter this effect, the FPS employs a leading edge blanking (LEB) circuit. This circuit inhibits the VS-PWM comparator for a short time ($t_{LEB}$) after the SenseFET is turned on.



**Figure 14. Valley Switching Pulse Width Modulation (VS-PWM) Circuit**

**3. Synchronization:** The FSQ510(H) employs a valley switching technique to minimize the switching noise and loss. The basic waveforms of the valley switching converter are shown in Figure 15. To minimize the MOSFET's switching loss, the MOSFET should be turned on when the drain voltage reaches its minimum value, as shown in Figure 15. The minimum drain voltage is indirectly detected by monitoring the $V_{CC}$ winding voltage, as shown in Figure 15.



**Figure 15. Valley Switching Waveforms**

© 2006 Fairchild Semiconductor Corporation

PIF 145227

**4. Protection Circuits**: The FSQ510(H) has two self-protective functions: Overload Protection (OLP) and Thermal Shutdown (TSD). All the protections are implemented as auto-restart mode. Once the fault condition is detected, switching is terminated and the SenseFET remains off. This causes $V_{CC}$ to fall. When $V_{CC}$ falls down to the Under-Voltage Lockout (UVLO) stop voltage of 6.7V, the protection is reset and the start-up circuit charges the $V_{CC}$ capacitor. When $V_{CC}$ reaches the start voltage of 8.7V, the FSQ510(H) resumes normal operation. If the fault condition is not removed, the SenseFET remains off and $V_{CC}$ drops to stop voltage again. In this manner, the auto-restart can alternately enable and disable the switching of the power SenseFET until the fault condition is eliminated. Because these protection circuits are fully integrated into the IC without external components, the reliability is improved without increasing cost.



**Figure 16. Auto Restart Protection Waveforms**

**4.1 Overload Protection (OLP)**: Overload is defined as the load current exceeding its normal level due to an unexpected abnormal event. In this situation, the protection circuit should trigger to protect the SMPS. However, even when the SMPS is in the normal operation, the overload protection circuit can be triggered during the load transition. To avoid this undesired operation, the overload protection circuit is designed to trigger only after a specified time to determine whether it is a transient situation or a true overload situation. Because of the pulse-by-pulse current limit capability, the maximum peak current through the SenseFET is limited, and therefore the maximum input power is restricted with a given input voltage. If the output consumes more than this maximum power, the output voltage ($V_o$) decreases below the set voltage. This reduces the current through the opto-coupler LED, which also reduces the opto-coupler transistor current, thus increasing the feedback voltage ($V_{FB}$). If $V_{FB}$ exceeds 2.8V, D1 is blocked and the 5μA current source starts to charge $C_B$ slowly up. In this condition, Vfb continues increasing until it reaches 4.7V, when the switching

operation is terminated, as shown in Figure 17. The delay time for shutdown is the time required to charge $C_B$ from 2.8V to 4.7V with 5μA. A 20 ~ 50ms delay time is typical for most applications. This protection is implemented in auto restart mode.



**Figure 17. Overload Protection**

**4.2 Thermal Shutdown (TSD)**: The SenseFET and the control IC on a die in one package makes it easy for the control IC to detect the abnormal over temperature of the SenseFET. If the temperature exceeds approximately 140°C, the thermal shutdown triggers. The FPS stops operation at that time. The FPS operates in auto-restart mode until the temperature decreases to ~80°C, then normal operation resumes.

**5. Soft-Start**: The FPS has an internal soft-start circuit that increases VS-PWM comparator inverting input voltage, together with the SenseFET current, slowly after it starts up. The typical soft-start time is 5ms. The pulse width to the power switching device is progressively increased to establish the correct working conditions for transformers, inductors, and capacitors. The voltage on the output capacitors is progressively increased with the intention of smoothly establishing the required output voltage. This helps prevent transformer saturation and reduce stress on the secondary diode - during start-up.

**6. Burst-Mode Operation**: To minimize power dissipation in standby mode, the FPS enters burst-mode operation. As the load decreases, the feedback voltage decreases. As shown in Figure 18, the device automatically enters burst mode when the feedback voltage drops below $V_{BURL}$ (750mV). At this point, switching stops and the output voltages start to drop at a rate dependent on standby current load. This causes the feedback voltage to rise. Once it passes $V_{BURH}$ (850mV), switching resumes. The feedback voltage then falls and the process repeats. Burst-mode operation alternately enables and disables switching of the SenseFET, thereby reducing switching loss in standby mode.

FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

PIF 145228



**Figure 18. Burst-Mode Operation**

**7. Advanced Valley Switching Operation**: To minimize switching loss and Electromagnetic Interference (EMI), the MOSFET turns on when the drain voltage reaches its minimum value in VS converters. Due to the Discontinuous Conduction Mode (DCM) operation, the feedback voltage is not changed, despite the DC link voltage ripple, if the load condition is not changed. Since the slope of the drain current is changed depending on the DC link voltage, the turn-on duration of MOSFET is variable with the DC link voltage ripple. The switching period is changed continuously with the DC link voltage ripple. Switching at the instant of the minimum drain voltage and the continuous change of the switching period reduces EMI. VS converters inherently scatter the EMI spectrum.

Typical products for VSC turn the MOSFET on when the first valley is detected. In this case, the range of the switching frequency is very wide as a result of the load variations. At a very light load, for example, the switching frequency can be as high as several hundred kHz. Some products for VSC, such as Fairchild's FSCQ-series, define the turn-on instant of SenseFET changing at the first valley into the second valley when the load condition decreases below its predetermined level. The range of switching frequency narrows somewhat. For details, consult an FSCQ-series datasheet, such as: http://www.fairchildsemi.com/pf/FS/FSCQ1265RT.html

The range of the switching frequency can be limited tightly in FSQ-series. Because a kind of blanking time ($t_B$) is adopted, as shown in Figure 19, the switching frequency has minimum and maximum values.

Once the SenseFET is enabled, the next start is prohibited during the blanking time ($t_B$). After the blanking time, the controller finds the first valley within the duration of the valley-detection window time ($t_W$) (Case A, B, and C). If no valley is found in $t_W$, the internal SenseFET is forced to turn on at the end of $t_W$ (Case D). Therefore, FSQ510 and FSQ510H have a minimum switching frequency of 94.3kHz and maximum switching frequency of 132kHz typically, as shown in Figure 20.



**Figure 19. Advanced VS Operation**



**Figure 20. Switching Frequency Range of the Advanced Valley Switching**

FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

© 2006 Fairchild Semiconductor Corporation
FSQ510, FSQ510H Rev. 1.0.1

PIF 145229

FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

## Package Dimensions

Dimensions are in millimeters unless otherwise noted.







NOTES: UNLESS OTHERWISE SPECIFIED
A) THIS PACKAGE COMPLIES TO JEDEC
   MS-001, VARIATION BA, EXCEPT FOR
   TERMINAL COUNT (7 RATHER THAN 8)
B) ALL DIMENSIONS ARE IN MILLIMETERS.
C) DIMENSIONS ARE EXCLUSIVE OF BURRS,
   MOLD FLASH, AND TIE BAR EXTRUSIONS.
D) DIMENSIONS AND TOLERANCES PER
   ASME Y14.5M-1994

MKT-NA07BrevA

**Figure 21.   7-Pin Dual Inline Package (DIP)**

© 2006 Fairchild Semiconductor Corporation
FSQ510, FSQ510H Rev. 1.0.1

PIF 145230

**Package Dimensions**

Dimensions are in millimeters unless otherwise noted.







NOTES: UNLESS OTHERWISE SPECIFIED:
A) THIS PACKAGE CONFORMS TO
   JEDEC MS-001 VARIATION BA.
B) ALL DIMENSIONS ARE IN MILLIMETERS.
C) DIMENSIONS ARE EXCLUSIVE OF BURRS,
   MOLD FLASH, AND TIE BAR EXTRUSIONS.
D) DIMENSIONS AND TOLERANCES PER
   ASME Y14.5 M-1994.

MKT-N08FrevA

**Figure 22.  8-Pin Dual Inline Package (DIP)**

FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

PIF 145231



FSQ510, FSQ510H — Green Mode Fairchild Power Switch (FPS™) for Valley Switching Converter

## TRADEMARKS

The following are registered and unregistered trademarks and service marks Fairchild Semiconductor owns or is authorized to use and is not intended to be an exhaustive list of all such trademarks.

| | | | |
|---|---|---|---|
| ACEx® | Green FPS™ e-Series™ | Power-SPM™ | SyncFET™ |
| Build it Now™ | GTO™ | PowerTrench® | The Power Franchise® |
| CorePLUS™ | i-Lo™ | Programmable Active Droop™ | ™ |
| CROSSVOLT™ | IntelliMAX™ | QFET® | |
| CTL™ | ISOPLANAR™ | QS™ | TinyBoost™ |
| Current Transfer Logic™ | MegaBuck™ | QT Optoelectronics™ | TinyBuck™ |
| EcoSPARK® | MICROCOUPLER™ | Quiet Series™ | TinyLogic® |
| FACT Quiet Series™ | MicroPak™ | RapidConfigure™ | TINYOPTO™ |
| FACT® | Motion-SPM™ | SMART START™ | TinyPower™ |
| FAST® | OPTOLOGIC® | SPM® | TinyPWM™ |
| FastvCore™ | OPTOPLANAR® | STEALTH™ | TinyWire™ |
| FPS™ | PDP-SPM™ | SuperFET™ | µSerDes™ |
| FRFET® | Power220® | SuperSOT™-3 | UHC® |
| Global Power Resource℠ | Power247® | SuperSOT™-6 | UniFET™ |
| Green FPS™ | POWEREDGE® | SuperSOT™-8 | VCX™ |

## DISCLAIMER

FAIRCHILD SEMICONDUCTOR RESERVES THE RIGHT TO MAKE CHANGES WITHOUT FURTHER NOTICE TO ANY PRODUCTS HEREIN TO IMPROVE RELIABILITY, FUNCTION, OR DESIGN. FAIRCHILD DOES NOT ASSUME ANY LIABILITY ARISING OUT OF THE APPLICATION OR USE OF ANY PRODUCT OR CIRCUIT DESCRIBED HEREIN; NEITHER DOES IT CONVEY ANY LICENSE UNDER ITS PATENT RIGHTS, NOR THE RIGHTS OF OTHERS. THESE SPECIFICATIONS DO NOT EXPAND THE TERMS OF FAIRCHILD'S WORLDWIDE TERMS AND CONDITIONS, SPECIFICALLY THE WARRANTY THEREIN, WHICH COVERS THESE PRODUCTS.

## LIFE SUPPORT POLICY

FAIRCHILD'S PRODUCTS ARE NOT AUTHORIZED FOR USE AS CRITICAL COMPONENTS IN LIFE SUPPORT DEVICES OR SYSTEMS WITHOUT THE EXPRESS WRITTEN APPROVAL OF FAIRCHILD SEMICONDUCTOR CORPORATION.

As used herein:

1. Life support devices or systems are devices or systems which, (a) are intended for surgical implant into the body or (b) support or sustain life, and (c) whose failure to perform when properly used in accordance with instructions for use provided in the labeling, can be reasonably expected to result in a significant injury of the user.

2. A critical component in any component of a life support, device, or system whose failure to perform can be reasonably expected to cause the failure of the life support device or system, or to affect its safety or effectiveness.

## PRODUCT STATUS DEFINITIONS

### Definition of Terms

| Datasheet Identification | Product Status | Definition |
|---|---|---|
| Advance Information | Formative or In Design | This datasheet contains the design specifications for product development. Specifications may change in any manner without notice. |
| Preliminary | First Production | This datasheet contains preliminary data; supplementary data will be published at a later date. Fairchild Semiconductor reserves the right to make changes at any time without notice to improve design. |
| No Identification Needed | Full Production | This datasheet contains final specifications. Fairchild Semiconductor reserves the right to make changes at any time without notice to improve design. |
| Obsolete | Not In Production | This datasheet contains specifications on a product that has been discontinued by Fairchild Semiconductor. The datasheet is printed for reference information only. |

Rev. I28

© 2006 Fairchild Semiconductor Corporation

PIF 145232

# EXHIBIT 5

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  - September 30, 2007

1.  Total requests filed since start of ex parte reexam on 07/01/81 . . . . . . . . . . . . . . . . . . 8895[1]

|       |                            |      |     |
|-------|----------------------------|------|-----|
| a.    | By patent owner            | 3472 | 39% |
| b.    | By other member of public  | 5258 | 59% |
| c.    | By order of Commissioner   | 165  | 2%  |

2.  Number of filings by discipline

|       |                       |      |     |
|-------|-----------------------|------|-----|
| a.    | Chemical Operation    | 2671 | 30% |
| b.    | Electrical Operation  | 2958 | 33% |
| c.    | Mechanical Operation  | 3266 | 37% |

3.  Annual Ex Parte Reexam Filings

| Fiscal Yr. | No.          | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|------------|--------------|------------|-----|------------|-----|------------|-----|
| 1981       | 78 (3 mos.)  | 1989       | 243 | 1997       | 376 | 2005       | 524 |
| 1982       | 187          | 1990       | 297 | 1998       | 350 | 2006       | 511 |
| 1983       | 186          | 1991       | 307 | 1999       | 385 | 2007       | 643 |
| 1984       | 189          | 1992       | 392 | 2000       | 318 |            |     |
| 1985       | 230          | 1993       | 359 | 2001       | 296 |            |     |
| 1986       | 232          | 1994       | 379 | 2002       | 272 |            |     |
| 1987       | 240          | 1995       | 392 | 2003       | 392 |            |     |
| 1988       | 268          | 1996       | 418 | 2004       | 441 |            |     |

4.  Number known to be in litigation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2303    26%

5.  Determinations on requests  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8557

   a.  No. granted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7845 . . . . . . . . . 92%

      (1)  By examiner                    7732
      (2)  By Director (on petition)       113

   b.  No. denied . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 712 . . . . . . . . . .  8%

      (1)  By examiner        677
      (2)  Order vacated       35

---

[1]Of the requests received in FY 2007, 23 requests have not yet been accorded a filing date, and preprocessing of 36 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6.    Total examiner denials (includes denials reversed by Director) . . . . . . . . . . . . . . . . . . . . 790

    a.  Patent owner requester                  439      56%
    b.  Third party requester                   351      44%

7.    Overall reexamination pendency  (Filing date to certificate issue date)

    a.  Average pendency                        23.7 (mos.)
    b.  Median pendency                       18.4 (mos.)

8.  Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a.  All claims confirmed | 23% | 29% | 12% | 26% |
| b.  All claims cancelled | 7% | 12% | 21% | 10% |
| c.  Claims changes | 70% | 59% | 67% | 64% |

9.    Total ex parte reexamination certificates issued (1981 - present) . . . . . . . . . . . . . . . . . 5902

    a.  Certificates with all claims confirmed      1527    26%
    b.  Certificates with all claims canceled       613    10%
    c.  Certificates with claims changes       3762    64%

10.  Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates - PATENT OWNER REQUESTER . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2545

        (1)  All claims confirmed         581    23%
        (2)  All claims canceled         187     7%
        (3)  Claim changes            1777    70%

    b.  Certificates - 3rd PARTY REQUESTER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3211

        (1)  All claims confirmed         928    29%
        (2)  All claims canceled         397    12%
        (3)  Claim changes            1886    59%

    c.  Certificates - COMM'R INITIATED REEXAM . . . . . . . . . . . . . . . . . . . . . . . . . . . . 146

        (1)  All claims confirmed          18    12%
        (2)  All claims canceled          30    21%
        (3)  Claim changes             98    67%