IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | **REDACTED** |
| Plaintiff, | ) | **PUBLIC VERSION** |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR | ) | |
| INTERNATIONAL, INC., and FAIRCHILD | ) | |
| SEMICONDUCTOR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF BAS DE BLANK IN SUPPORT OF
## FAIRCHILD'S ANSWERING BRIEFS IN OPPOSITION TO
## POWER INTEGRATIONS' MOTION FOR A DECLARATION THAT THIS
## CASE IS EXCEPTIONAL, TREBLE DAMAGES, AND ATTORNEYS' FEES

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: December 21, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a Delaware corporation,

          Plaintiff,

    v.

FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,

          Defendants.

C.A. No. 04-1371-JJF

### DECLARATION OF BAS DE BLANK IN SUPPORT OF FAIRCHILD'S ANSWERING BRIEFS IN OPPOSITION TO POWER INTEGRATIONS' MOTION FOR A DECLARATION THAT THIS CASE IS EXCEPTIONAL, TREBLE DAMAGES, AND ATTORNEYS' FEES

I, Bas de Blank, the undersigned, declare as follows:

1.      I am an attorney with the firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. (collectively, "Fairchild"). I am admitted to the Bar of the State of California. I make this declaration in support of Fairchild's Answering Briefs in Opposition To Power Integrations' Motions For A Declaration That This Case Is Exceptional, Treble Damages, And Attorneys' Fees. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.      Attached hereto as Exhibit A are copies of the invoices prepared by the law firm of Sidley Austin Brown & Wood LLP. These invoices were produced to Power Integrations on October 3, 2006 and are Bates-stamped FCS 1693293-1693358. The invoices reflect the work performed by opinion counsel Robert Morrill and Philip Woo on behalf of Fairchild in this case.

3.      From the outset of this case and continuing through today, Fairchild has cooperated with Power Integrations within the confines of the adversarial system. Although Power Integrations never named Fairchild Korea as a party to this action, despite the fact that all accused devices were designed in Korea and all documents relating thereto are maintained in Korea, Fairchild voluntarily produced all responsive Korean documents and witnesses. This cooperation obviated the need for Power Integrations to comply with the often arduous, time-intensive and costly requirements of the Hague Convention.

4.      Specifically with respect to Korean non-party witnesses, Fairchild sent two attorneys to Korea for two weeks. Fairchild agreed that Power Integrations could depose each non-party witness for more than a day each, affording Power Integrations the opportunity to spend nine (9) days deposing six (6) witnesses.

5.      Similarly, the parties mutually agreed to deposition schedules, as well as Court hearing dates and briefing schedules. Despite the fact that Federal Rule of Civil Procedure 59(b) provides that motions for new trial need not be filed until ten (10) days from the entry of judgment, Fairchild acquiesced to Power Integrations request that it file its motions for new trial by December 3, 2007.

6.      Attached hereto as Exhibit B are copies of excerpts from the November 17 and 18, 2005 deposition of Balu Balakrishnan.

7.      Attached hereto as Exhibit C is the translated version of trial exhibit PX296.

I declare the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed on December 21, 2007 in Menlo Park, California.

_____
Bas de Blank

OHS West:260358857.3
10414-25 D6M/M2B

# EXHIBITS A – C

# REDACTED IN THEIR ENTIRETY