IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | **REDACTED** |
| Plaintiff, | ) | **PUBLIC VERSION** |
| | ) | |
| v. | ) | C.A. No. 04-1371-JJF |
| | ) | |
| FAIRCHILD SEMICONDUCTOR | ) | |
| INTERNATIONAL, INC., and FAIRCHILD | ) | |
| SEMICONDUCTOR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ROBERT CONRAD IN SUPPORT OF
FAIRCHILD'S ANSWERING BRIEFS IN OPPOSITION (1) TO POWER
INTEGRATIONS' MOTION FOR A DECLARATION THAT THIS CASE IS
EXCEPTIONAL, TREBLE DAMAGES, AND ATTORNEYS' FEES AND (2) POWER
INTEGRATIONS' MOTION FOR ENTRY OF PERMANENT INJUNCTION**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: December 21, 2007

# REDACTED

# IN ITS ENTIRETY