IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAIRCHILD SEMICONDUCTOR ) <br> INTERNATIONAL, INC., and FAIRCHILD ) <br> SEMICONDUCTOR CORPORATION, ) <br> ) <br> Defendants. ) | **REDACTED** <br> **PUBLIC VERSION** <br> <br> C.A. No. 04-1371-JJF |

## DECLARATION OF HANG-SEOK CHOI

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendants*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: December 21, 2007

# REDACTED

# IN ITS ENTIRETY