# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

MUNICH

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

LETTER BY ECF AND
ENCLOSURE BY HAND

January 7, 2008

Ms. Deborah Krett
Case Manager
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   Power Integrations, Inc. v. Fairchild Semiconductor International
      USDC-D. Del. - C.A. No. 04-1371 JJF

Dear Ms. Krett:

As we discussed with your office, we discovered that Exhibit B to the Declaration of William J. Marsden, Jr. In Support of Power Integration's Opposition to Fairchild's Motion for Judgment as a Matter of Law or in the Alternative for a New Trial Regarding the Invalidity of U.S. Patent No. 4,811,075 (D.I. 635) did not include the pages of DX 130 referred to in the accompanying brief (D.I. 634). A corrected copy of the declaration and exhibits, which were filed under seal on December 21, 2007, are attached for substitution. No other changes were made to the declaration or exhibits. Please accept our apologies for this error.

Respectfully,

Kyle Wagner Compton

KWC/kxk
Enclosure (2 copies of under seal declaration)

cc:   Steven J. Balick, Esq., (w/corrected Exhibit B) (By email)
      G. Hopkins Guy, III, Esq. (w/corrected Exhibit B) (By email)

80053719.doc