# Tab 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>            Defendants. | C.A. No. 04-1371 (JJF) |

## AMENDED [PROPOSED] ORDER GRANTING PERMANENT INJUNCTION

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby finds as follows:

1.      Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp. (collectively, "Fairchild") have been found to infringe Power Integrations' U.S. Patent Nos. 6,229,366 B1, 6,249,876 B1, and 6,107,851 by the incorporation of an "integrated frequency jitter" and/or "integrated soft start" feature covered by one or more of the claims of the Power Integrations patents in "off-line" power supply controller integrated circuit products referred to with the following part number designations:

| | | |
|---|---|---|
| FSD200 | FSDH321L | FSDH0265RL |
| FSD200B | FSDL0165RN | FSDL0365RL |
| FSD210 | FSDM0265RN | FSDM0365RL |
| FSD210B | FSDM0265RNB | FSDM311 |
| FSD210H | FSDH0265RN | FSCM0565R |
| FSD210HD | FSDL0365RN | FSCM0765R |
| FSD211 | FSDL0365RNB | |
| FSD500 | FSDM0365RN | |
| FSDL321 | FSDM0365RNB | |
| FSDL321L | FSDL0165RL | |
| FSDH321 | FSDM0265RL | |

2.  IT IS HEREBY ORDERED that pursuant to 35 U.S.C. § 283, Fairchild and its successors, assigns, officers, agents, servants, employees, attorneys, and persons in active concert or participation with them (including any affiliated entities, including specifically Fairchild Korea Semiconductor, Ltd. and Fairchild Korea Trading Company), during the period commencing on the date hereof and through and including the date of expiration of each of the patents, the latest of which is currently November 16, 2018, are hereby ENJOINED and RESTRAINED from infringing and from inducing or contributing to the infringement of any claim of U.S. Patent Nos. 6,229,366 B1, 6,249,876 B1, and 6,107,851 by making, using, selling, or offering to sell in the United States, or importing into the United States, or by inducing or contributing to the same by third-parties, of any of the integrated circuit products listed above, or any variations thereof not more than colorably different, or any power supply product or component incorporating any such integrated circuit products.

3.  Any additional Fairchild products that include the infringing "integrated frequency jitter" and "integrated soft start" features are also covered by this injunction, including those not more than colorably different with respect to these features from the parts identified in paragraph 1 above, and further specifically including, but not limited to, off-line power supply controller integrated circuit products referred to with the following additional part number designations:

| FAN7602 | FSD200BMX | FSDH321LX_NL |
| FSCM0456RGWDTU | FSD210BH | FSDH321Z |
| FSCM0465R | FSD210BM | FSDH321Z_NL |
| FSCM0465RIWDTU | FSD210BM_NL | FSDL0165RL_NL |
| FSCM0465RJ | FSD210BMX | FSDL0365RL_NL |
| FSCM0465RJX | FSD210BMX_SB82110 | FSDL321_NL |
| FSCM0565RCYDTU | FSD210DH | FSDL321L_NL |
| FSCM0565RCYDTU_NL | FSD210HD_NL | FSDM0170RNB |
| FSCM0565RD | FSD210L | FSDM0265RL_NL |

| | | |
|---|---|---|
| FSCM0565RGTU | FSD200BM_NL | FSDH321LX |
| FSCM0565RGWDTU | FSD211H | FSDM0265RN_NL |
| FSCM0565RIWDTU | FSD211H_NL | FSDM0265RNB_NL |
| FSCM0565RJ | FSDH0170RNB | FSDM0265RNC |
| FSCM0565RJX | FSDH0265RL_NL | FSDM0265RNC_NL |
| FSCM0765RC | FSDH0265RL_SB82109 | FSDM0270RNB |
| FSCM0765RCYDTU | FSDH0265RLD | FSDM0365RL_NL |
| FSCM0765RCYDTU_NL | FSDH0265RLD_NL | FSDM0365RLX |
| FSCM0765RD | FSDH0265RLDX | FSDM0365RN_NL |
| FSCM0765RGWDTU | FSDH0265RLDX_NL | FSDM0365RNC |
| FSCM0765RIWDTU | FSDH0265RLN | FSDM0370RNB |
| FSCM0765RJ | FSDH0265RLN_NL | FSDM100 |
| FSCM0765RJX | FSDH0265RLX | FSDM100_NL |
| FSD1000 | FSDH0265RLX_SB82190 | FSDM101 |
| FSD200_NL | FSDH0270RNB | FSDM311_NL |
| FSD200B_NL | FSDH0370RNB | FSDM311L |
| FSD200BM | FSDH321B | FSDM311L_NL |

    4.    Fairchild is required, within 10 business days of its issuance, to provide notice of this Order Granting Permanent Injunction to all distributors, customers or other third-parties who have ordered, received or purchased any of the parts enumerated in paragraphs 1 or 3 above from Fairchild or any affiliated entity.

    IT IS SO ORDERED.

                                                      Judge Joseph J. Farnan, Jr.

50457801.doc