IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF POWER INTEGRATIONS' REPLY BRIEF IN SUPPORT OF ITS MOTION FOR ENTRY OF A PERMANENT INJUNCTION**

I, Kyle Wagner Compton, declare as follows:

1. I am an attorney at Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Knok Fung to Michael Headley, dated December 19, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter to G. Hopkins Guy from Howard Pollack, dated December 21, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Vickie Feeman to Howard Pollack, dated January 4, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email from Michael Headley to Vickie Feeman, dated January 7, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Knok Fung to Howard Pollack, dated January 8, 2008.

7.  Attached hereto as Exhibit 6 is a true and correct copy of an article entitled "Reexamination Pendency Continues to Rise", posted on the "Patently-O" patent law blog on Friday, January 4, 2008. A copy of this article is also available online at http://feedraider.com/item/5730960/Patently-O-Patent-Law-Blog/Reexamination-Pendency-Continues-to-Rise/.

8.  Attached hereto as Exhibit 7 is a true and correct copy of Fairchild and Intersil's Amended Complaint in their affirmative case against Power Integrations, dated May 19, 2006.

9.  Attached hereto as Exhibit 8 is a true and correct copy of a Fairchild press release entitled "Fairchild Semiconductor Files Patent Infringement Lawsuit Against Power Integrations, Inc.", dated April 11, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of January, 2008, at Wilmington, Delaware.

/s/ Kyle Wagner Compton
Kyle Wagner Compton

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, a true and correct copy of DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF POWER INTEGRATIONS' REPLY BRIEF IN SUPPORT OF ITS MOTION FOR ENTRY OF A PERMANENT INJUNCTION was caused to be served on the attorneys of record at the following addresses as indicated:

| | |
|---|---|
| **BY EMAIL AND HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION, and third party INTERSIL CORPORATION |
| **BY E-MAIL AND FEDERAL EXPRESS**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. and FAIRCHILD SEMICONDUCTOR CORPORATION |

　　　　　　　　　　　　　　　　　　/s/ *Kyle Wagner Compton*
　　　　　　　　　　　　　　　　　　Kyle Wagner Compton

80054447.doc