# Exhibit 1



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

December 19, 2007

Knok K. Fung
(650) 614-7400
kfung@orrick.com

**VIA FEDERAL EXPRESS**

Mr. Michael Headley
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Re: <u>Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)</u>

Dear Mr. Headley:

Please find enclosed two (2) CD-ROMS containing Fairchild produced documents, bates numbered FCS1700149 and FCS1700150 – FCS1700218, designated "Highly Confidential – Attorney's Eyes only."

Please contact our offices should you have any questions.

Sincerely,

Knok K. Fung
Legal Assistant Clerk

Enclosures

OHS West:260357711.1