# Exhibit 2

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA FACSIMILE & U.S. MAIL**
(650) 614-7401

December 21, 2007

G. Hopkins Guy III
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

**Howard G. Pollack**
650 839-5007

Email
pollack@fr.com

Re:    Power Integrations Inc. v. Fairchild Semiconductor Int'l
       USDC-D. Del. - C.A. No. 04-1371-JJF



AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Hop:

We received your new production yesterday afternoon of more than 150 new letters from Fairchild to its customers regarding this suit, dating back as far as February 2006 (before the infringement trial), in addition to the schematics for two additional Fairchild products. Fairchild's delay in producing these materials is inexcusable, and we will take that issue up with the Court separately, but I wanted to write with respect to the schematics right away because the copies you belatedly produced are almost completely illegible.

Based on what we can tell from these poor copies, it appears, surprisingly, that the datasheets for certain Fairchild products may be inaccurate. Once we can confirm our understanding through a review of fully-legible schematics, which we expect you to provide immediately, we will advise the court if our review alters any assertions made with regard to the inclusion of certain parts in an injunction.

To permit us to complete our analysis, please produce as soon as possible legible copies of schematics for the FSQ0365RN and FSQ510 produced yesterday, as well as legible copies of schematics for the FSQ0170RNA, FSQ100, FSQ211, FAN7602B, and FSDM101 which do not appear equivalent to either of these parts and, therefore, require independent analysis.

Sincerely,

Howard G. Pollack

50455795.doc

HGP/cms

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

```
TX/RX NO              2544
CONNECTION TEL        #10256#000453531#6147401
CONNECTION ID
ST. TIME              12/21 14:03
USAGE T               00'43
PGS. SENT             2
RESULT                OK
```

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

**Date**  December 21, 2007

**To**  G. Hopkins Guy, III
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7452

**Facsimile number**  10256-00453531 / (650) 614-7401

**From**  Howard G. Pollack

**Re**  *Power Integrations, Inc. v. Fairchild Semiconductor Int'l*
USDC-D. Del. – C.A. No. 04-1371-JJF

**Number of pages
including this page**  2

**Message**  Please see attached.