# Exhibit 3



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025-1015

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

January 4, 2008

Vickie L. Feeman
(650) 614-7620
vfeeman@orrick.com

*VIA FEDERAL EXPRESS*

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94306

Re:    Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)

Dear Howard:

In further reply to your letter of December 21, 2007, please find enclosed schematics for the FSQ0170RNA, FSQ100, FSQ211 and FAN7602B products. As indicated in the declaration of Dr. Choi, filed with Fairchild's brief in opposition to Power Integrations' motion for permanent injunction, those products include the same soft start circuitry as the design around FSQ0365RN and FSQ510 products and are significantly different from the Fairchild accused products found to infringe by the jury. As further stated in that declaration, and shown in the datasheets, none of those products include any EMI reduction circuitry or any method or technique for reducing EMI. In its opposition brief, Fairchild conceded that the FSDM101 product (which Fairchild no longer produces) is colorably similar to the Green FPS products accused at trial but at the same time, Fairchild has issued an End of Life notice for this product and is no longer selling it.

Sincerely,

Vickie L. Feeman

Vickie L. Feeman

Enclosures

OHS West:260363468.1



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

## FAX TRANSMISSION

DATE   January 4, 2008

NO. OF PAGES
(INCLUDING COVER SHEET)

**FROM**
| name | tel |
| --- | --- |
| Vickie L. Feeman | 650-614-7620 |

**TO**
| name | company/firm | tel | Fax |
| --- | --- | --- | --- |
| Howard Pollack | FISH & RICHARDSON P.C. | | 650.839.5071 |

CC

RE   Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)

**MESSAGE**

Please see attached. Schematics will be delivered with original letter via federal express on Monday, January 7, 2008.

C-M-A   10414-25 (6660)

**IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL AIMEE RUIZ AT (650) 614-7425 AS SOON AS POSSIBLE.**

*notice to recipient*
THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED TO BE SENT ONLY TO THE STATED ADDRESSEE OF THE TRANSMISSION. IT MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT PRIVILEGE, THE ATTORNEY WORK-PRODUCT DOCTRINE, OR ANY OTHER APPLICABLE PRIVILEGE. IF YOU ARE NOT THE STATED ADDRESSEE, YOUR RECEIPT OF THIS TRANSMISSION WAS UNINTENDED AND INADVERTENT, AND YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE ALSO ASKED TO NOTIFY US IMMEDIATELY BY TELEPHONE AND TO RETURN THE ORIGINAL DOCUMENT TO US IMMEDIATELY BY MAIL AT THE ADDRESS ABOVE. THANK YOU IN ADVANCE FOR YOUR COOPERATION.