# Exhibit 4

**Jennifer Pierce**

| | |
|---|---|
| **From:** | Michael Headley |
| **Sent:** | Monday, January 07, 2008 4:48 PM |
| **To:** | Vickie L. Feeman (vfeeman@Orrick.Com) |
| **Cc:** | G. Hop Guy; Bas de Blank (basdeblank@orrick.com); Howard Pollack |
| **Subject:** | Re: PI-Fairchild: schematics for Fairchild parts |

**Attachments:**    FSQ0170RNA data sheet.pdf

Vickie,

We received Fairchild's most recent production documents this morning via FedEx, but there is only a single page related to the FSQ0170RNA.  That page, FCS1700329, says "Refer to AR3653J-37XT-REV0" at the top, which I take to be a reference to the schematics for the FSQ0370RNA part in that same family in light of other markings on the document.  The FSQ0x70RNA family of parts is covered by a single data sheet (attached), so it may well be that the parts all share common schematics, but we cannot evaluate these products with the single page you produced to us today.  Please produce whatever complete set of schematics corresponds to these parts so that we can evaluate your claims as soon as possible.

Thanks.

Michael

Michael R. Headley
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063-1526
(650) 839-5139 (direct)
(650) 839-5071 (fax)
**************************************************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**************************************************************************************************************



FSQ0170RNA data
sheet.pdf (975...