# Exhibit 5



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

January 8, 2008

Knok K. Fung
(650) 614-7400
kfung@orrick.com

**BY HAND DELIVERY**

Mr. Howard G. Pollack
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Re:  <u>Power Integrations v. Fairchild Semiconductor et al. (CA 04-1371 JJF)</u>

Dear Mr Pollack:

Please find enclosed Fairchild produced documents, bates numbered FCS1700330 - FCS1700359, designated "Highly Confidential – Attorney's Eyes only."

Please contact our offices should you have any questions.

Sincerely,

Knok K. Fung
Legal Assistant

Enclosure

OHS West:260364443.1