# Exhibit 6

Read more…

## Patently-O TidBits   Dennis Crouch   Dec 7, '07, 8:09 AM

- HOLMAN BIOTECH IP: Professor Chris Holman has just begun a blog on Biotech IP Law. In his initial post, Holman takes a global perspective on late claiming and thinks about how the PTO's proposed continuation rules fit into that mesh. Prior to becoming a professor, Holman was, among other things, in-house patent counsel at a biotech startup.
- First Page Reports: Longtime patent blogger Matt Buchanan is headding up the project as part of his PatentFizz project.
- File Server Needed: As you know, I like to post original documents for readers to download and study. I have been running into some technical issues with the current service. Any suggestions for a service that allows me to do this both cheaply and easily?
- *Ray Niro vs. Patent Troll Tracker*: This could be a movie. [Read the Story][Troll Tracker]. One bottom line is that Patent No. 5,253,341 (covering online use of JPEG images) is once again being asserted. Greg Aharonian and the Green Bay Packers were also sued on the patent in 2000…
- Blog Sponsor: I am very happy that the law firm of McDonnell Boehnen Hulbert & Berghoff has agreed to stay-on as the blog's exclusive sponsor until May 2008.  I'm attempting to make any advertising as non-obtrusive as possible. Please send me an e-mail with specific comments on the blog design & layout. (dcrouch@patentlyo.com).
- Patent Agent Jobs: Twenty-Five Jobs Listings for Patent Agents.

Read more…

## Reexamination Pendency Continues to Rise   Dennis Crouch   Friday, 5:44 AM

Patent reexamination/reissue number one (RE1) issued in 1838. Since then, the PTO has reissued just under 40,000 patents. Since 1976, the office has issued about 350 per year in a rising trend. (Since 1999, the Office has reissued patents at a rate of 430 per year). While the PTO has upped its throughput, pendency rates of reissued patents continue to rise. Recently reissued patents (2006 & 2007) were pending (on average) just under five years on average. During that time, the PTO created a new power-team of expert examiners to handle reexamination. The numbers are clear here, however, that the focused effort should be redoubled.  Special attention should be paid to reexaminations because those patents are likely to be more valuable.





[Read more…](#)

### Reexaminations and Citation Count   Dennis Crouch   Thursday, 11:58 AM

Reexamined patents typically include more reference citations than ordinary design patents because the reasons for reexamination often stem from newly found prior art. As with other types of patents, the average number of citations in reexamined patents is also rising steadily.



[Read more…](#)

### Remembering Mark Banner   Dennis Crouch   Jan 2, 4:55 AM

With regret, I report the passing of leading patent attorney Mark T. Banner. Mark was generous and helpful to me in my first few years of practice in Chicago. He was also an occasional *Patently-O* contributor.

> Mark T. Banner, a Partner in the law firm of Banner & Witcoff, Ltd., died in Tucson, Arizona, Sunday, December 30, at age 57. At the time of his death he was with his wife of thirty two years, Kathie German, and surrounded by those he loved and who loved him.
>
> Mark was a leader in the field of intellectual property law, specializing in jury trials of technologically complex cases for both plaintiffs and defendants across the country. He was an avid user of the latest technology in an effort to improve cost-effective trial presentations. Mark lectured frequently on patent