# EXHIBIT 1

1                                        Vol. 2, Pgs. 1-239

2                                        Exhibits See index

3

4            UNITED STATES DISTRICT COURT

5            FOR THE DISTRICT OF DELAWARE

6

7      - - - - - - - - - - - - - - - - - -

8      POWER INTEGRATIONS, INC., a Delaware

9      corporation

10              Plaintiff

11     v.                                CA No. 04-1371

12     FAIRCHILD SEMICONDUCTOR

13     INTERNATIONAL, INC., a Delaware

14     corporation, and FAIRCHILD SEMICONDUCTOR

15     CORPORATION, a Delaware corporation

16              Defendants

17     - - - - - - - - - - - - - - - - - -

18      CONTINUED DEPOSITION of PAUL HOROWITZ, Ph.D.

19         Tuesday, January 30, 2007 - 9:36 a.m.

20              Fish & Richardson P.C.

21               225 Franklin Street

22              Boston, Massachusetts

23

24      - - - - - Jill K. Ruggieri, RMR/CRR - - - - -

25

1           And if someone said have you

2       modulated your oscillator about a target

3       frequency, the answer would be, sure, the

4       central frequency of the band would be --

5       could be called a target frequency.

6           It's analogous language.

7   Q   Okay.

8           I think that that seems to be a

9       backwards perspective.

10          Are you saying that, well, any time

11      you do spread spectrum you're going to get

12      an average frequency somewhere in the range,

13      and therefore, you would construe that to be

14      the target frequency?

15  A   Well, average -- you're going to get some

16      spectrum.  And the spectrum has some center,

17      and if the modulation is -- if you -- if

18      you --

19          There's several different ways one

20      might produce such a set of frequencies.

21      One might use a direct digital synthesis

22      producing each frequency in isolation or,

23      alternatively, and in the prior art that's

24      being talked about here, one would achieve

25      it by using a voltage-controlled oscillator

1          or ramp-controlled oscillator whose

2          frequency variation can be thought of as

3          deviation from a central frequency.

4                And in that particular kind of

5          application, the use of the term "central

6          frequency" or "unmodulated frequency" or

7          "target frequency" would be synonymous or

8          nearly synonymous.

9    Q    So is it your opinion, then, that any time

10         you modulated the frequency of an

11         oscillator, which would have by its nature a

12         base frequency, an unmodulated frequency,

13         that then you would be varying about a

14         target frequency in that case?

15   A    I think it -- certainly in the form of a VCO

16         whose control signal deviates about --

17         deviates from its unmodulated frequency,

18         that it would be reasonable to use the term

19         "target frequency" as the central band of

20         the modulated frequencies.

21               I think it depends a little bit on

22         context, and I would like to see the context

23         in this case.  Give me a moment here.  We're

24         still talking about this --

25               Well, we're talking about the '876

```
 1           patent, and we're talking about the Markman

 2           interpretation?

 3    Q      Correct.

 4                  (Witness read document.)

 5    A      In the context of the '876 patent -- and

 6           it's Markman -- frequency jittering means

 7           varying the switching frequency of an SMPS

 8           about a target frequency to reduce EMI.

 9                  The -- my understanding, and one of

10           skill in the art's understanding, would be,

11           would have been, that the switching supply

12           absent the modulation would operate at some

13           frequency.

14                  That would be the target frequency of

15           this interpretation, that the addition of

16           modulating circuitry causes the frequency to

17           vary about that frequency.

18                  That would be the same frequency that

19           I've described earlier today as the central

20           frequency or the middle of the spectrum or

21           the center of the band.

22    Q      What if the modulation was all additive,

23           meaning that it only modulated above the

24           base frequency?

25    A      Well, you could do that.
```

# EXHIBIT 2

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF DELAWARE

 3                          --oOo--

 4

 5     POWER INTEGRATIONS, INC.,

       a Delaware corporation,

 6

 7              Plaintiff,

 8     vs.                        Case No. 04-1371 (JJF)

 9     FAIRCHILD SEMICONDUCTOR

       INTERNATIONAL, INC., a

10     Delaware corporation, and

       FAIRCHILD SEMICONDUCTOR

11     CORPORATION, a Delaware

       corporation,

12

13              Defendants.

14     _____//

15     Pages 1 through 243 inclusive.

16

17

18

19            DEPOSITION OF ROBERT BLAUSCHILD

20                    March 9, 2007

21                     VOLUME II

22

23

24     REPORTED BY:

25     TRACY FLETCHER, CSR NO. 11683
```

**3/9/2007  Blauschild, Robert**

| | | |
|---|---|---|
| 1 | discussions you had yesterday to prepare for your | 01:15 |
| 2 | deposition? | 01:15 |
| 3 | A.      No. | 01:15 |
| 4 | Q.      Do you recall any specifics of the discussion | 01:15 |
| 5 | you had with Mr. Headley or Mr. Pollack yesterday? | 01:15 |
| 6 | A.      Any specifics?  Yes. | 01:15 |
| 7 | Q.      What do you recall? | 01:15 |
| 8 | A.      Specifically -- let's see, we talked about -- | 01:15 |
| 9 | well, it's just talking about the stuff that was in my | 01:15 |
| 10 | report, the specific, um, disagreements I had with Dr. | 01:15 |
| 11 | Horowitz.  Um, we talked -- I'm sorry, we talked about, | 01:15 |
| 12 | um, target frequencies.  That's what I can remember.  I | 01:16 |
| 13 | know we talked about lots of stuff that was in my | 01:16 |
| 14 | report. | 01:16 |
| 15 | Q.      What did you discuss concerning target | 01:16 |
| 16 | frequencies? | 01:16 |
| 17 | A.      The lack thereof in the three -- the '876 | 01:16 |
| 18 | references, um, Habetler, Wang and Martin. | 01:16 |
| 19 | Q.      Do you believe that it's required that a | 01:16 |
| 20 | reference disclose a target frequency in order to meet | 01:16 |
| 21 | the elements of the '876 patent? | 01:17 |
| 22 | MR. POLLACK:  Objection.  Vague and ambiguous. | 01:17 |
| 23 | THE WITNESS:  Disclose a target frequency, um, | 01:17 |
| 24 | you don't -- can I check the claim construction? | 01:17 |
| 25 | | |

**3/9/2007  Blauschild, Robert**

| | | |
|---|---|---|
| 1 | MR. DE BLANK: | 01:17 |
| 2 | Q.        Of course. | 01:17 |
| 3 | A.        I want to see something.  I can get it out of | 01:17 |
| 4 | my report. | 01:17 |
| 5 | Q.        If it's in your report, that's fine.  If you'd | 01:17 |
| 6 | like I have a copy of the court's actual -- | 01:17 |
| 7 | A.        I think it's in my report, that's why I wanted | 01:18 |
| 8 | to look.  Um, I believe it doesn't have to say the | 01:18 |
| 9 | target frequency is hundred kilohertz, and we're going | 01:18 |
| 10 | to vary about that.  It doesn't have to say that.  It | 01:18 |
| 11 | doesn't have to have a specific one.  It could say we | 01:19 |
| 12 | have this frequency, and we're going to vary about that, | 01:19 |
| 13 | and that could be -- depending on how the wording was, | 01:19 |
| 14 | that could be the target frequency.  You don't have to | 01:19 |
| 15 | give it a spec, for example. | 01:19 |
| 16 | Q.        Okay.  But it's your opinion that a target -- | 01:19 |
| 17 | that a target frequency is required to practice Claim 1 | 01:19 |
| 18 | of the '876 patent? | 01:19 |
| 19 | A.        Uh-huh.  I believe you have to vary around -- | 01:19 |
| 20 | in a range around the target frequency, yes. | 01:19 |
| 21 | Q.        And you believe that Fairchild would not have | 01:19 |
| 22 | met its burden of proof to show that a reference | 01:19 |
| 23 | anticipates Claim 1 of the '876 patent without proving | 01:20 |
| 24 | that the reference varies the frequency around a target | 01:20 |
| 25 | frequency? | 01:20 |

| | | |
|---|---|---|
| 1 | MR. POLLACK:  Objection. | 01:20 |
| 2 | THE WITNESS:  I would say if it doesn't vary | 01:20 |
| 3 | around the target frequency, it's not -- let me look | 01:20 |
| 4 | again.  I think it's -- then I would say it's not the | 01:20 |
| 5 | frequency jittering circuit as defined by the court. | 01:20 |
| 6 | Yeah.  I think that's right. | 01:21 |
| 7 | MR. DE BLANK: | 01:21 |
| 8 | Q.    So you believe it's Fairchild's burden to prove | 01:21 |
| 9 | that a reference varies the oscillator frequency around | 01:21 |
| 10 | a target frequency in order to show that that reference | 01:21 |
| 11 | meets each element of Claim 1 of the '876 patent? | 01:21 |
| 12 | MR. POLLACK:  Objection.  Vague and ambiguous. | 01:21 |
| 13 | THE WITNESS:  I believe that Claim 1 -- yep.  I | 01:21 |
| 14 | believe that Claim 1 requires a frequency jittering | 01:21 |
| 15 | circuit, and the court construed that to require varying | 01:22 |
| 16 | about a target frequency. | 01:22 |
| 17 | MR. DE BLANK: | 01:22 |
| 18 | Q.    We were discussing the, um, preparation you had | 01:22 |
| 19 | with Mr. Pollack and Mr. Headley before today's | 01:22 |
| 20 | deposition.  Other than the discussions concerning the | 01:22 |
| 21 | target frequency, are you aware -- can you recall any | 01:22 |
| 22 | other specific, um, topics you discussed with either | 01:22 |
| 23 | gentleman? | 01:22 |
| 24 | A.    We discussed single-ramp versus repeating | 01:22 |
| 25 | frequency variation circuit waveforms, and I can't | 01:22 |

```
1    remember now if we discussed every reference with        01:22
2    respect to that or every one of Dr. Horowitz's opinions,  01:22
3    um, that was one of the topics.  Um, just generally went  01:23
4    over each -- I can't even say that we went over each of   01:23
5    the seven circuit references versus what's in my report.  01:23
6    I'm trying to think of other topics of discussion.  Um,   01:23
7    internal with respect to frequency variation signal.      01:23
8    Q.      Is there anything about your supplemental         01:23
9    report, Exhibit 10, that you believe is inaccurate or     01:24
10   incorrect, or an opinion you would like to change?        01:24
11           MR. POLLACK:  Objection.  Compound, asked and     01:24
12   answered.                                                 01:24
13           THE WITNESS:  Not at this time.  I think it's     01:24
14   correct.                                                  01:24
15           MR. DE BLANK:                                     01:24
16   Q.      Other -- other than the meeting you had with      01:24
17   Mr. Pollack and Mr. Headley yesterday, did you do         01:24
18   anything else to prepare for today's deposition?          01:24
19           MR. POLLACK:  Objection.  Asked and answered.     01:24
20           THE WITNESS:  I read my report.  I read my        01:24
21   prior deposition.  I read the Habetler reference in part  01:24
22   again.                                                    01:24
23           MR. DE BLANK:                                     01:25
24   Q.      Other than the discussions you had with Mr.       01:25
25   Pollack and Mr. Headley yesterday, did you have any       01:25
```

121

EXHIBIT 3

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF DELAWARE

 3                          --oOo--

 4

 5    POWER INTEGRATIONS, INC.,

      a Delaware corporation,

 6

 7            Plaintiff,

 8    vs.                          Case No. 04-1371 (JJF)

 9    FAIRCHILD SEMICONDUCTOR

      INTERNATIONAL, INC., a

10    Delaware corporation, and

      FAIRCHILD SEMICONDUCTOR

11    CORPORATION, a Delaware

      corporation,

12

13            Defendants.

14    _____//

15    Pages 1 through 243 inclusive.

16

17

18

19           DEPOSITION OF ROBERT BLAUSCHILD

20                  March 9, 2007

21                   VOLUME II

22

23

24    REPORTED BY:

25    TRACY FLETCHER, CSR NO. 11683
```

1

1    Q.       -- the switching frequency of the oscillator       02:49

2    shown in figure 1 of the Martin patent would vary about     02:49

3    a frequency or a set of frequencies, correct?              02:49

4         MR. POLLACK:  Objection.  Compound, lacks             02:50

5    foundation, vague and ambiguous.                           02:50

6         THE WITNESS:  Okay.  Again, what's the                02:50

7    programming?  Um, let's assume a whole bunch of            02:50

8    different codes in there.  Is that what you're --          02:50

9         MR. DE BLANK:                                         02:50

10   Q.       That's fine.  So we'll assume that the contents    02:50

11   of the EPROM were programmed by drawing numbers out of a   02:50

12   hat; the contents were --                                  02:50

13   A.       Big hat.                                          02:50

14   Q.       Big hat.  Programmed randomly, but they are not    02:50

15   programmed and set, and we are assuming that they're not   02:50

16   being reprogrammed during the operation of the Martin      02:50

17   circuit.  Given that, isn't it true that there is --       02:50

18   that the oscillation -- sorry -- that the frequency of     02:50

19   the oscillator in figure 1 of the Martin patent varies     02:50

20   around a target frequency?                                 02:51

21   A.       No.  You didn't -- your design process did not    02:51

22   put into the hat saying this is my target, vary around     02:51

23   this.  That was not in there.                              02:51

24   Q.       I understand.  So you're saying that target --     02:51

25   the inclusion of the word target frequency requires an     02:51

```
 1    intent by someone that it vary around a specific        02:51

 2    frequency?                                              02:51

 3    A.      Yeah.   That's -- that's my understanding of the 02:51

 4    process.                                                02:51

 5    Q.      Okay.  Would the device -- or the circuit shown 02:51

 6    in figure 1 of the Martin patent work if the oscillator 02:51

 7    were allowed to vary in frequency between zero and a    02:51

 8    billion hertz?                                          02:51

 9    A.      By work --                                      02:51

10    Q.      Well, let me --                                 02:51

11    A.      Okay.                                           02:51

12    Q.      Let me try it this way.   A                     02:51

13    voltage-controlled -- sorry.  Figure 1 of the Martin    02:52

14    patent shows a voltage-controlled oscillator.           02:52

15    Voltage-controlled oscillators vary the frequency of the 02:52

16    oscillator based on the voltage received at the control 02:52

17    input, correct?                                         02:52

18    A.      High level, yes.                                02:52

19    Q.      Good.   The voltage-controlled oscillator can   02:52

20    vary a -- receive a range of frequencies at the control 02:52

21    input, correct?                                         02:52

22            MR. POLLACK:  Objection.                        02:52

23            THE WITNESS:  Arrange a frequency --            02:52

24            MR. DE BLANK:                                   02:52

25    Q.      Sorry, that was poorly phrased.   A             02:52
```

166

# EXHIBIT 4

```
1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3                          --oOo--

4

5    POWER INTEGRATIONS, INC.,

     a Delaware corporation,

6

7              Plaintiff,

8    vs.                         Case No. 04-1371 (JJF)

9    FAIRCHILD SEMICONDUCTOR

     INTERNATIONAL, INC., a

10   Delaware corporation, and

     FAIRCHILD SEMICONDUCTOR

11   CORPORATION, a Delaware

     corporation,

12

13             Defendants.

14   _____//

15   Pages 1 through 243 inclusive.

16

17

18

19            DEPOSITION OF ROBERT BLAUSCHILD

20                   March 9, 2007

21                     VOLUME II

22

23

24   REPORTED BY:

25   TRACY FLETCHER, CSR NO. 11683
```

1

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Back on the record.  The | 02:37 |
| 2 | time is 2:37 p.m. | 02:37 |
| 3 | MR. DE BLANK: | 02:37 |
| 4 | Q.    Mr. Blauschild, the term "frequency generator" | 02:37 |
| 5 | is being construed to mean varying the switching | 02:37 |
| 6 | frequency of a switch mode power supply about a target | 02:37 |
| 7 | frequency in order to reduce electromagnetic | 02:37 |
| 8 | interference; do you understand that? | 02:37 |
| 9 | A.    Yes. | 02:37 |
| 10 | Q.    This is a term, "frequency jittering," that | 02:37 |
| 11 | appears in what's called a preamble of the claim; do you | 02:37 |
| 12 | know what a preamble -- | 02:37 |
| 13 | A.    I do. | 02:38 |
| 14 | Q.    Is it your opinion that the preamble to Claim 1 | 02:38 |
| 15 | of the '876 is a limitation? | 02:38 |
| 16 | MR. POLLACK:  Objection.  Calls for a legal | 02:38 |
| 17 | conclusion, one that's already been decided. | 02:38 |
| 18 | THE WITNESS:  Well, I agree with him in that | 02:38 |
| 19 | I'm not a lawyer, but my assumption was it was because | 02:38 |
| 20 | it was a construed term. | 02:38 |
| 21 | MR. DE BLANK: | 02:38 |
| 22 | Q.    Okay.  So it's your understanding that in order | 02:38 |
| 23 | to determine whether a circuit meets the elements of | 02:38 |
| 24 | Claim 1 of the '876 patent, it requires the oscillator, | 02:38 |
| 25 | the digital to analog converter, the counter elements as | 02:38 |

**3/9/2007  Blauschild, Robert**

| | | |
|---|---|---|
| 1 | set forth in Claim 1, but also that it vary the | 02:38 |
| 2 | switching frequency of a switch mode power supply about | 02:38 |
| 3 | a target frequency in order to reduce electromagnetic | 02:38 |
| 4 | interference; is that correct? | 02:38 |
| 5 | MR. POLLACK:  Objection.  Asked and answered. | 02:38 |
| 6 | THE WITNESS:  I believe so.  I had the wrong | 02:39 |
| 7 | patent in front of me, but it didn't make much sense.  I | 02:39 |
| 8 | think so, yes. | 02:39 |
| 9 | MR. DE BLANK: | 02:39 |
| 10 | Q.    What is a target frequency as that term is used | 02:39 |
| 11 | in the -- in terms of frequency jittering? | 02:39 |
| 12 | A.    What my understanding of that is is you pick a | 02:39 |
| 13 | frequency, and this is based on what people do, you pick | 02:39 |
| 14 | a frequency, and then you wiggle around that frequency, | 02:39 |
| 15 | and it's the frequency you would have without the | 02:39 |
| 16 | wiggle. | 02:39 |
| 17 | Q.    So it's the frequency of the oscillator if | 02:39 |
| 18 | there were no frequency variation circuitry involved? | 02:39 |
| 19 | MR. POLLACK:  Objection.  Vague and ambiguous. | 02:40 |
| 20 | THE WITNESS:  That's -- we're talking about two | 02:40 |
| 21 | different things.  One is designing an oscillator that | 02:40 |
| 22 | has frequency jitter, and you design it by having a | 02:40 |
| 23 | target, and then you vary around it.  The other one | 02:40 |
| 24 | doesn't have frequency jitter.  You could have some | 02:40 |
| 25 | design value, um, whether you call that the target | 02:40 |

**3/9/2007  Blauschild, Robert**

| | | |
|---|---|---|
| 1 | frequency or not, it doesn't really apply because we're | 02:40 |
| 2 | not talking about that with respect to the claim | 02:40 |
| 3 | construction.  Is that clear? | 02:40 |
| 4 | Q.      I'm not sure I understand the last part when | 02:40 |
| 5 | you're saying whether you call it a target frequency | 02:40 |
| 6 | doesn't apply? | 02:40 |
| 7 | A.      It's different.  It's not the same kind of | 02:40 |
| 8 | design where you're designing a frequency jittering | 02:41 |
| 9 | circuit, and you have a target frequency, and then you | 02:41 |
| 10 | wiggle around that versus not -- totally different | 02:41 |
| 11 | design process. | 02:41 |
| 12 | Q.      Okay.  Maybe it would help me to understand if | 02:41 |
| 13 | you could tell me what the target frequency of figure 1 | 02:41 |
| 14 | of the '876 patent would be? | 02:41 |
| 15 | A.      My understanding of the target frequency would | 02:41 |
| 16 | be you could pick either the code of 0111 or the 100 | 02:41 |
| 17 | code, either of those would be the target frequency, and | 02:41 |
| 18 | then you wiggle around that. | 02:41 |
| 19 | Q.      I'm sorry.  You were referring to figure 2 of | 02:41 |
| 20 | the -- | 02:41 |
| 21 | A.      Figure 2, yeah. | 02:42 |
| 22 | Q.      And you're saying the target frequency is | 02:42 |
| 23 | either 0111 or 1110? | 02:42 |
| 24 | A.      Yeah. | 02:42 |
| 25 | Q.      Okay.  Does -- | 02:42 |

# EXHIBIT 5

```
1               IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF DELAWARE

3                         --oOo--

4

5    POWER INTEGRATIONS, INC.,

     a Delaware corporation,

6

7           Plaintiff,

8    vs.                          Case No. 04-1371 (JJF)

9    FAIRCHILD SEMICONDUCTOR

     INTERNATIONAL, INC., a

10   Delaware corporation, and

     FAIRCHILD SEMICONDUCTOR

11   CORPORATION, a Delaware

     corporation,

12

13          Defendants.

14   _____//

15   Pages 1 through 243 inclusive.

16

17

18

19           DEPOSITION OF ROBERT BLAUSCHILD

20                  March 9, 2007

21                   VOLUME II

22

23

24   REPORTED BY:

25   TRACY FLETCHER, CSR NO. 11683
```

1

| | | |
|---|---|---|
| 1 | MR. DE BLANK: | 01:17 |
| 2 | Q.    Of course. | 01:17 |
| 3 | A.    I want to see something.  I can get it out of | 01:17 |
| 4 | my report. | 01:17 |
| 5 | Q.    If it's in your report, that's fine.  If you'd | 01:17 |
| 6 | like I have a copy of the court's actual -- | 01:17 |
| 7 | A.    I think it's in my report, that's why I wanted | 01:18 |
| 8 | to look.  Um, I believe it doesn't have to say the | 01:18 |
| 9 | target frequency is hundred kilohertz, and we're going | 01:18 |
| 10 | to vary about that.  It doesn't have to say that.  It | 01:18 |
| 11 | doesn't have to have a specific one.  It could say we | 01:19 |
| 12 | have this frequency, and we're going to vary about that, | 01:19 |
| 13 | and that could be -- depending on how the wording was, | 01:19 |
| 14 | that could be the target frequency.  You don't have to | 01:19 |
| 15 | give it a spec, for example. | 01:19 |
| 16 | Q.    Okay.  But it's your opinion that a target -- | 01:19 |
| 17 | that a target frequency is required to practice Claim 1 | 01:19 |
| 18 | of the '876 patent? | 01:19 |
| 19 | A.    Uh-huh.  I believe you have to vary around -- | 01:19 |
| 20 | in a range around the target frequency, yes. | 01:19 |
| 21 | Q.    And you believe that Fairchild would not have | 01:19 |
| 22 | met its burden of proof to show that a reference | 01:19 |
| 23 | anticipates Claim 1 of the '876 patent without proving | 01:20 |
| 24 | that the reference varies the frequency around a target | 01:20 |
| 25 | frequency? | 01:20 |

| | | |
|---|---|---|
| 1 | MR. POLLACK:  Objection. | 01:20 |
| 2 | THE WITNESS:  I would say if it doesn't vary | 01:20 |
| 3 | around the target frequency, it's not -- let me look | 01:20 |
| 4 | again.  I think it's -- then I would say it's not the | 01:20 |
| 5 | frequency jittering circuit as defined by the court. | 01:20 |
| 6 | Yeah.  I think that's right. | 01:21 |
| 7 | MR. DE BLANK: | 01:21 |
| 8 | Q.    So you believe it's Fairchild's burden to prove | 01:21 |
| 9 | that a reference varies the oscillator frequency around | 01:21 |
| 10 | a target frequency in order to show that that reference | 01:21 |
| 11 | meets each element of Claim 1 of the '876 patent? | 01:21 |
| 12 | MR. POLLACK:  Objection.  Vague and ambiguous. | 01:21 |
| 13 | THE WITNESS:  I believe that Claim 1 -- yep.  I | 01:21 |
| 14 | believe that Claim 1 requires a frequency jittering | 01:21 |
| 15 | circuit, and the court construed that to require varying | 01:22 |
| 16 | about a target frequency. | 01:22 |
| 17 | MR. DE BLANK: | 01:22 |
| 18 | Q.    We were discussing the, um, preparation you had | 01:22 |
| 19 | with Mr. Pollack and Mr. Headley before today's | 01:22 |
| 20 | deposition.  Other than the discussions concerning the | 01:22 |
| 21 | target frequency, are you aware -- can you recall any | 01:22 |
| 22 | other specific, um, topics you discussed with either | 01:22 |
| 23 | gentleman? | 01:22 |
| 24 | A.    We discussed single-ramp versus repeating | 01:22 |
| 25 | frequency variation circuit waveforms, and I can't | 01:22 |

1    does.                                                    03:02

2             MR. DE BLANK:                                   03:02

3    Q.        And if you turn to the page ending in 1863,    03:02

4    it's about five pages from the front.                    03:03

5    A.        Okay.                                          03:03

6    Q.        At the end of the second column in the         03:03

7    beginning of the -- sorry -- end of the first column and 03:03

8    beginning of the second, Wang wrote, "For our purposes,  03:03

9    the programmed PWM waveform must meet several            03:03

10   constraints, both in the time and frequency domains."    03:03

11   Do you see where I'm reading on the bottom of the first  03:03

12   column?                                                  03:03

13   A.        Yes.                                           03:03

14   Q.        And then he lists four constraints.  C1, 2, 3  03:03

15   and 4 on the second column, correct?                     03:03

16   A.        Yes.                                           03:03

17   Q.        Okay.  The first constraint is that "The       03:03

18   programmed PWM waveform must have the same average       03:03

19   period and the same average duty cycle as the original   03:03

20   PWM waveform," correct?                                  03:03

21   A.        That's what it says.                           03:03

22   Q.        So the Wang article teaches or states that     03:03

23   notwithstanding the frequency variation, the programmed  03:04

24   PWM waveform must have the same average period and same  03:04

25   average duty cycle as the original PWM waveform without  03:04

| | | |
|---|---|---|
| 1 | frequency variation, correct? | 03:04 |
| 2 | A.      You lost me in the beginning of that question. | 03:04 |
| 3 | Q.      Sure.  I'm just confirming my understanding | 03:04 |
| 4 | that when it's distinguishing between the programmed PWM | 03:04 |
| 5 | waveform and the original PWM waveform in constraint C1, | 03:04 |
| 6 | that it's referring to -- the programmed PWM waveform is | 03:04 |
| 7 | the waveform with frequency modulation, and the original | 03:04 |
| 8 | PWM waveform is the waveform without frequency | 03:04 |
| 9 | modulation? | 03:04 |
| 10 | MR. POLLACK:  Objection.  Vague and ambiguous, | 03:04 |
| 11 | lacks foundation. | 03:04 |
| 12 | THE WITNESS:  Okay.  Frequency modulation, | 03:04 |
| 13 | again, I think that was -- we can look again, but I | 03:04 |
| 14 | think that specific term was included somewhere by the | 03:05 |
| 15 | court.  If we're just using modulation to mean change, | 03:05 |
| 16 | then I'll agree with that, but as you know from my | 03:05 |
| 17 | report I don't think this has the -- the frequency | 03:05 |
| 18 | jittering of the patent. | 03:05 |
| 19 | MR. DE BLANK: | 03:05 |
| 20 | Q.      You're referring to the -- again -- | 03:05 |
| 21 | A.      The Wang. | 03:05 |
| 22 | Q.      -- to the preamble of Claim 1 -- | 03:05 |
| 23 | A.      Yeah. | 03:05 |
| 24 | Q.      -- of the '876 patent specifically? | 03:05 |
| 25 | A.      Yes. | 03:05 |

**3/9/2007  Blauschild, Robert**

```
 1    Q.      And just to confirm again, it's your belief        03:05
 2    that the Wang reference doesn't teach a target frequency    03:05
 3    or describe a target frequency, correct?                    03:05
 4    A.      Varying about a target -- that's correct.           03:05
 5    Q.      The remaining portion of the preamble, you          03:05
 6    agree that the Wang reference would satisfy, correct?       03:05
 7    A.      I believe so.                                       03:05
 8    Q.      Okay.  And I'm going to give you what will be       03:05
 9    marked as Blauschild Exhibit 13, which is a copy of a       03:06
10    document bearing production numbers FCS1692016 through      03:06
11    1692043.  It's also marked as DX 10.                       03:06
12                                                                03:06
13            (Defendants' Exhibit 13 was marked.)               03:06
14                                                                03:06
15            THE WITNESS:  Should I -- can I fold this one       03:06
16    up?                                                         03:06
17            MR. DE BLANK:                                       03:06
18    Q.      You can set that aside for now.                    03:06
19    A.      Okay.                                              03:06
20            MR. POLLACK:  Just for the record, this one        03:06
21    also has two copies of the -- actually I think this one    03:06
22    has three copies of the article.                          03:06
23            THE WITNESS:  I didn't get it, right?  It's a      03:06
24    little thick.                                              03:06
25                                                                
```

175

# EXHIBIT 6

TNY264/266-268

# TNY264/266-268

# *TinySwitch-II* Family

## Enhanced, Energy Efficient, Low Power Off-line Switcher

### Product Highlights

**TinySwitch-II Features Reduce System Cost**
- Fully integrated auto-restart for short circuit and open loop fault protection–saves external component costs
- Built-in circuitry practically eliminates audible noise with ordinary varnished transformer
- Programmable line under-voltage detect feature prevents power on/off glitches–saves external components
- Frequency jittering dramatically reduces EMI (~10 dB) –minimizes EMI filter component costs
- 132 kHz operation reduces transformer size–allows use of EFT26.6 or EE13 cores for low cost and small size
- Very tight tolerances and negligible temperature variation on key parameters eases design and lowers cost
- Lowest component count switcher solution

**Better Cost/Performance over RCC & Linears**
- Lower system cost than RCC, discrete PWM and other integrated/hybrid solutions
- Cost effective replacement for bulky regulated linears
- Simple ON/OFF control–no loop compensation needed
- No heat sink–simplest, lower cost transformer

**EcoSmart® – Extremely Energy Efficient**
- No load consumption < 50 mW with bias winding and < 225 mW without bias winding at 265 VAC input
- Meets Blue Angel, Energy Star, and EC requirements
- Ideal for cell-phone charger and PC standby applications

**High Performance at Low Cost**
- High voltage powered-ideal for charger applications
- High bandwidth provides fast turn on with no overshoot
- Current limit operation rejects line frequency ripple
- Built-in current limit and thermal protection

### Description

TinySwitch-II maintains the simplicity of the TinySwitch topology, while providing a number of new enhancements to further reduce system cost and component count, and to practically eliminate audible noise. Like TinySwitch, a 700 V power MOSFET, oscillator, high-voltage switched current source, current limit and thermal shutdown circuitry are integrated onto a monolithic device. The start-up and operating power are derived directly from the voltage on the DRAIN pin, eliminating the need for a bias winding and associated circuitry. In addition, the



Figure 1. Typical Standby Application.

#### OUTPUT POWER TABLE

| PRODUCT[3] | 230 VAC ±15% | | 85–265 VAC | |
|---|---|---|---|---|
| | Adapter[2] | Open Frame[2] | Adapter[2] | Open Frame[2] |
| TNY264P or G | 5.5 W | 9 W | 4 W | 6 W |
| TNY266P or G | 10 W | 15 W | 6 W | 9.5 W |
| TNY267P or G | 13 W | 19 W | 8 W | 12 W |
| TNY268P or G | 16 W | 23 W | 10 W | 15 W |

Table 1. Notes: 1. Typical continuous power in an non-ventilated enclosed adapter measured at 50 °C ambient. 2. Maximum practical continuous power in an open frame design with adequate heat sinking, measured at 50 °C ambient. (See key applications section for details). 3. Packages: P: DIP-8B; G: SMD-8B. Please see part ordering information

TinySwitch-II devices incorporate auto-restart, line under-voltage sense, and frequency jittering. An innovative design minimizes audio frequency components in the simple ON/OFF control scheme to practically eliminate audible noise with standard taped/varnished transformer construction. The fully integrated auto-restart circuit safely limits output power during fault conditions such as output short circuit or open loop, reducing component count and secondary feedback circuitry cost. An optional line sense resistor externally programs a line under-voltage threshold, which eliminates power down glitches caused by the slow discharge of input storage capacitors present in applications such as the DRAIN pin, eliminating the of 132 kHz is jittered to significantly reduce both the quasi-peak and average EMI, minimizing filtering cost.



Figure 2. Functional Block Diagram.

### Pin Functional Description

**DRAIN (D) Pin:**
Power MOSFET drain connection. Provides internal operating current for both start-up and steady-state operation.

**BYPASS (BP) Pin:**
Connection point for a 0.1 μF external bypass capacitor for the internally generated 5.8 V supply.

**ENABLE/UNDER-VOLTAGE (EN/UV) Pin:**
This pin has dual functions: enable input and line under-voltage sense. During normal operation, switching of the power MOSFET is controlled by this pin. MOSFET switching is terminated when a current greater than 240 μA is drawn from this pin. This pin also senses line under-voltage conditions through an external resistor connected to the DC line voltage. If there is no external resistor connected to this pin, TinySwitch-II detects its absence and disables the line under-voltage function.



Figure 3. Pin Configuration.

**SOURCE (S) Pin:**
Control circuit common, internally connected to output MOSFET source.

**SOURCE (HV RTN) Pin:**
Output MOSFET source connection for high voltage return.

## TinySwitch-II Functional Description

TinySwitch-II combines a high voltage power MOSFET switch with a power supply controller in one device. Unlike conventional PWM (Pulse Width Modulated) controllers, TinySwitch-II uses a simple ON/OFF control to regulate the output voltage.

The TinySwitch-II controller consists of an Oscillator, Enable Circuit (Sense and Logic), Current Limit State Machine, 5.8 V Regulator, Bypass pin Under-Voltage Circuit, Over Temperature Protection, Current Limit Circuit, Leading Edge Blanking, and a 700 V power MOSFET. TinySwitch-II incorporates additional circuitry for line under-voltage sense, Auto-Restart and Frequency Jitter. Figure 2 shows the functional block diagram with the most important features.

### Oscillator

The typical oscillator frequency is internally set to an average of 132 kHz. Two signals are generated from the oscillator: the Maximum Duty Cycle signal ($DC_{MAX}$) and the Clock signal that indicates the beginning of each cycle.

The TinySwitch-II oscillator incorporates circuitry that introduces a small amount of frequency jitter, typically 8 kHz peak-to-peak, to minimize EMI emission. The modulation rate of the frequency jitter is set to 1 kHz to optimize EMI reduction for both average and quasi-peak emissions. The frequency jitter should be measured with the oscilloscope triggered at the falling edge of the DRAIN waveform. The waveform in Figure 4 illustrates the frequency jitter of the TinySwitch-II.

### Enable Input and Current Limit State Machine

The enable input circuit at the EN/UV pin consists of a low impedance source follower output set at 1.0 V. The current through the source follower is limited to 240 μA. When the current out of this pin exceeds 240 μA, a low logic level (disable) is generated at the output of the enable circuit. This enable circuit output is sampled at the beginning of each cycle on the rising edge of the clock signal. If high, the power MOSFET is turned on for that cycle (enabled). If low, the power MOSFET remains off (disabled). Since the sampling is done only at the beginning of each cycle, subsequent changes in the EN/UV pin voltage or current during the remainder of the cycle are ignored.

The Current Limit State Machine reduces the current limit by discrete amounts at light loads when TinySwitch-II is likely to switch in the audible frequency range. The lower current limit raises the effective switching frequency above the audio range and reduces the transformer flux density including the associated audible noise. The state machine monitors the sequence of EN/UV pin levels to determine the load condition and adjusts the current limit level accordingly in discrete amounts.

Under most operating conditions (except when close to no-load), the low impedance of the source follower keeps the voltage on the EN/UV pin from going much below 1.0 V in the disabled state. This improves the response time of the optocoupler that is usually connected to this pin.

### 5.8 V Regulator and 6.3 V Shunt Voltage Clamp

The 5.8 V regulator charges the bypass capacitor connected to the BYPASS pin to 5.8 V by drawing a current from the voltage on the DRAIN pin, whenever the MOSFET is off. The BYPASS pin is the internal supply voltage node for the TinySwitch-II. When the MOSFET is on, the TinySwitch-II operates from the energy stored in the bypass capacitor. Extremely low power consumption of the internal circuitry allows TinySwitch-II to operate continuously from current it takes from the DRAIN pin. A bypass capacitor value of 0.1 μF is sufficient for both high frequency decoupling and energy storage.

In addition, there is a 6.3 V shunt regulator clamping the BYPASS pin at 6.3 V when current is provided to the BYPASS pin through an external resistor. This facilitates powering of TinySwitch-II externally through a bias winding to decrease the no load consumption to about 50 mW.

### BYPASS Pin Under-Voltage

The BYPASS pin under-voltage circuitry disables the power MOSFET when the BYPASS pin voltage drops below 4.8 V. Once the BYPASS pin voltage drops below 4.8 V, it must rise back to 5.8 V to enable (turn-on) the power MOSFET.

### Over Temperature Protection

The thermal shutdown circuitry senses the die temperature. The threshold is typically set at 135 °C with 70 °C hysteresis. When the die temperature rises above this threshold the power MOSFET is turned off and remains disabled until the die temperature falls by 70 °C, at which point it is re-enabled. A large hysteresis of 70 °C (typical) is provided to prevent overheating of the PC board due to a continuous fault condition.

### Current Limit

The current limit circuit senses the current in the power MOSFET. When this current exceeds the internal threshold ($I_{LIMIT}$), the power MOSFET is turned off for the remainder of that cycle. The leading edge blanking circuit inhibits the current limit comparator for a short time ($t_{LEB}$) after the power MOSFET is turned on. This leading edge blanking time has been set so that current spikes caused by capacitance and secondary-side rectifier reverse recovery time will not cause premature termination of the switching pulse.

The leading edge blanking circuit inhibits the current limit comparator for a short time ($t_{LEB}$) after the power MOSFET is turned on. This leading edge blanking time has been set so that current spikes caused by capacitance and secondary-side rectifier reverse recovery time will not cause premature termination of the switching pulse.

### Auto-Restart

In the event of a fault condition such as output overload, output short circuit, or an open loop condition, TinySwitch-II enters into auto-restart operation. An internal counter clocked by the oscillator gets reset every time the EN/UV pin is pulled low. If the EN/UV pin is not pulled low for 50 ms, the power MOSFET switching is normally disabled for 850 ms (except in the case of line under-voltage condition, in which case it is disabled until line under-voltage condition is removed). The auto-restart alternately enables and disables the switching of the power MOSFET until the fault condition is removed. Figure 5 illustrates auto-restart circuit operation in the presence of an output short circuit.

In the event of a line under-voltage condition, the switching of



Figure 5. TinySwitch-II Auto-Restart Operation.

the power MOSFET is disabled beyond its normal 850 ms time until the line under-voltage condition ends.

### Line Under-Voltage Sense Circuit

The DC line voltage can be monitored by connecting an external resistor from the DC line to the EN/UV pin. During power-up or when the switching of the power MOSFET is disabled in auto-restart, the current into the EN/UV pin must exceed 50 μA to initiate switching of the power MOSFET. During power-up, this is implemented by holding the BYPASS pin to 4.8 V while the line under-voltage condition exists. The BYPASS pin stops being charged by 5.8 V when the line under-voltage condition goes away. When the switching of the power MOSFET is disabled in auto-restart mode and a line under-voltage condition exists, the auto-restart counter is stopped. This stretches the disable time beyond its normal 850 ms until the line under-voltage condition ends.

The line under-voltage circuit also detects when there is no external resistor connected to the EN/UV pin (less than ~2 μA into pin). In this case the line under-voltage function is disabled.

### TinySwitch-II Operation

TinySwitch-II devices operate in the current limit mode. When enabled, the oscillator turns the power MOSFET on at the beginning of each cycle. The MOSFET is turned off when the current ramps up to the current limit or when the $DC_{MAX}$ limit is reached. As the highest current limit level and frequency of a TinySwitch-II design are constant, the power delivered to a load is proportional to the primary inductance of the transformer and peak primary current squared. Hence, designing the supply involves calculating the primary inductance of the transformer for the maximum output power level. If the transformer is appropriately chosen for the power level, the current in the calculated inductance will ramp up to current limit before the $DC_{MAX}$ limit is reached.

### Enable Function

TinySwitch-II senses the EN/UV pin to determine whether or not to disable and enable the power MOSFET on a cycle by cycle basis. As soon as it is used to determine the output limit. Once a cycle is started, it always completes the cycle (even when the EN/UV pin changes state half way through the cycle). This operation results in a power supply in which the output voltage ripple is determined by the output capacitor, amount of energy per switch cycle and the delay of the feedback.

The EN/UV pin signal is generated on the secondary by comparing the power supply output voltage with a reference voltage. The EN/UV pin signal is high when the power supply output voltage is less than the reference voltage.

In a typical implementation, the EN/UV pin is driven by an optocoupler. The collector of the optocoupler transistor is connected to the EN/UV pin and the emitter is connected to

---



Figure 4. Frequency Jitter.

**TNY264/266-268**

the SOURCE pin. The optocoupler LED is connected in series with a Zener diode across the DC output voltage to be regulated. When the output voltage exceeds the target regulation voltage level (optocoupler LED voltage drop plus Zener voltage), the optocoupler LED will start to conduct, pulling the EN/UV pin low. The Zener diode can be replaced by a TL431 reference circuit for improved accuracy.

**ON/OFF Operation with Current Limit State Machine**
The internal clock of the TinySwitch-II runs all the time. At the beginning of each clock cycle, it samples the EN/UV pin to decide whether or not to implement a switch cycle, and based on the sequence of samples over multiple cycles, it determines the appropriate current limit. A high load, when the EN/UV pin is high (less than 240 μA out of the pin), a switching cycle with the full current limit occurs. At lighter loads, when EN/UV pin is high, a switching cycle with a reduced current limit occurs.

At near maximum load, TinySwitch-II will conduct during nearly all of its clock cycles (Figure 6). At slightly lower load, it will "skip" additional cycles in order to maintain voltage regulation at the power supply output (Figure 7). At medium loads, cycles will be skipped and the current limit will be reduced (Figure 8). At very light loads, the current limit will be reduced even further (Figure 9). Only a small percentage of cycles will occur to satisfy the power consumption of the power supply.

The response time of the TinySwitch-II ON/OFF control scheme is very fast compared to normal PWM control. This provides tight regulation and excellent transient response.

**Power Up/Down**
The TinySwitch-II requires only a 0.1 μF capacitor on the BYPASS pin. Because of its small size, the time to charge this capacitor is kept to an absolute minimum, typically. Due to the fast nature of the ON/OFF feedback, there is no overshoot at the power supply output. When an external resistor (2 MΩ) is connected from the positive DC input to the EN/UV pin, the power MOSFET switching will be delayed during power-up until the DC line voltage exceeds the threshold (100 V). Figures 10 and 11 show the power-up timing waveform of TinySwitch-II.

in applications with and without an external resistor (2 MΩ) connected to the EN/UV pin.

During power-down, when an external resistor is used, the power MOSFET will switch for 50 ms after the output loses regulation. The power MOSFET will then remain off without any glitches since the under-voltage function prohibits restart when the line voltage is low.

Figure 12 illustrates a typical power-down timing waveform of TinySwitch-II. Figure 13 illustrates a very slow power-down timing waveform of TinySwitch-II as in standby applications. The external resistor (2 MΩ) is connected to the EN/UV pin in this case to prevent unwanted restarts.



Figure 6. TinySwitch-II Operation at Near Maximum Loading.



Figure 7. TinySwitch-II Operation at Moderately Heavy Loading.




Figure 8. TinySwitch-II Operation at Medium Loading.




Figure 9. TinySwitch-II Operation at Very Light Load.



Figure 10. TinySwitch-II Power-up with Optional External UV Resistor (2 MΩ) Connected to EN/UV Pin.



Figure 11. TinySwitch-II Power-up without Optional External UV Resistor Connected to EN/UV Pin.

Figure 12. Normal Power-down Timing (without UV).

Figure 13. Slow Power-down Timing with Optional External Resistor (2 MΩ) 0V Resistor Connected to EN/UV Pin.

## 2.5 W CV/CC Cell Phone Charger

As an example, Figure 14 shows a TNY264 based 5 V, 0.5 A, cellular phone charger operating over a universal input range (85-265 VAC). The two main benefits of the *TinySwitch-II* are shown in this example.



*Figure 14. 2.5 W Constant Voltage, Constant Current Battery Charger with Universal Input (85-265 VAC).*

The *TinySwitch-II* does not require a bias winding to provide power to the chip, because it draws the power directly from the DRAIN pin (see Functional Description above). This has two main benefits. First, for a nominal application, this eliminates the cost of a bias winding and associated components. Secondly, for battery charger applications, the current-voltage characteristic often allows the output voltage to fall close to zero volts whilst still delivering power. This type of application normally requires a forward-bias winding which has many more associated components. With *TinySwitch-II*, neither are necessary. For applications that require a very low no-load power consumption (50 mW), a resistor from a bias winding to the BYPASS pin can provide the power to the chip. The minimum recommended current supplied is 750 μA. The BYPASS pin in this case will be clamped at 6.3 V. This method will eliminate the power draw from the DRAIN pin, thereby reducing the no-load power consumption and improving full-load efficiency.

### Current Limit Operation

Each switching cycle is terminated when the DRAIN current reaches the current limit of the *TinySwitch-II*. Current limit operation provides good line ripple rejection and relatively constant power delivery independent of input voltage.

### BYPASS Pin Capacitor

The BYPASS pin uses a small 0.1 μF ceramic capacitor for decoupling the internal power supply of the *TinySwitch-II*.

A simple constant current circuit is implemented using the $V_{be}$ of transistor Q1 to sense the voltage across the current sense resistor Q1 to sense the voltage across the current sense of transistor Q1 to sense the voltage across the current sense of transistor Q1 to sense the voltage across R4 and R6 (~1.2 V) is sufficient to keep the Q1 and LED circuit active. Resistors R7 and R9 limit the maximum current to draw from Q1 to keep the control loop in operation down to zero volts at the output. With the output shorted, the drop across R4 and R6 (~1.2 V) is sufficient to keep the Q1 and LED circuit active. Resistors R7 and R9 limit the Q1 current and take over control of the loop by driving the optocoupler LED. The constant current value is determined by the sum of the drops across R4 and R6. When the drop across R4 exceeds the $V_{be}$ of transistor Q1, it turns on and takes over control of the loop by driving the optocoupler LED.

A simple constant current circuit is implemented using the $V_{be}$ of transistor Q1 to sense the voltage across the current sense resistor comprise the clamp circuit, limiting the voltage spike on the drain at turn-off (which is the worst case condition for EMI). The diode D6, capacitor C3 and resistor R2 comprise the clamp circuit, limiting the voltage spike on the drain at turn-off (which is the worst case condition for EMI). The diode D6, capacitor C3 and resistor R2 comprise U2 LED (forward drop (~1 V), and Zener diode VR1 voltage. Resistor R8 maintains a bias current through the Zener diode to ensure it is operated close to the Zener test current.

## Application Examples

The *TinySwitch-II* is ideal for low cost, high efficiency power supplies in a wide range of applications such as cellular phone chargers, PC standby, TV standby, AC/DC adapters, motor control, appliance control and ISDN or a DSL network termination. The 132 kHz operation allows the use of a low cost EE13 or EF12.6 core transformer while still providing good efficiency. The frequency jitter in *TinySwitch-II* makes it possible to use a single inductor (or two small resistors) for under 3 W applications (instead of an expensive common mode choke) and still meet the conducted EMI limits (see Figure 13). The auto-restart function removes the need to oversize the output diode for short circuit conditions allowing the design to be optimized for low cost and maximum efficiency. In charger applications, it eliminates the need for a second optocoupler and Zener diode (or loop bias supply). Auto-restart also saves the cost of adding a fuse or increasing the power rating of the current sense resistors to prevent excessive heat dissipation. For applications requiring under-voltage lock out (UVLO), such as PC standby, the *TinySwitch-II* eliminates several components and saves cost. As *TinySwitch-II* is well suited for applications that require constant voltage and constant current output. As *TinySwitch-II* is always powered from the input high voltage, it therefore does not rely on bias winding voltage. Consequently this greatly simplifies designing chargers that must work down to zero volts on the output.

## 10 and 15 W PC Standby Circuits

Figures 15 and 16 show examples of circuits for PC standby applications. They both provide two outputs: an isolated 5 V and a 12 V primary referenced output. The designs in Figure 15 and 16 use a low cost, non-spanning TNY267P. 15 W of power is available from an input range of (40 to 375 VDC, corresponding to a 230 VAC or 100/115 VAC with doubler input. The designs take advantage of the fact under-voltage detect, auto-restart and higher switching frequency of *TinySwitch-II*. Operation at 132 kHz allows the use of a smaller and lower cost transformer core. EE16 for 10 W and EE22 for 15 W. The removal of pins allows the use of BJP Figure 15 and 16 designs to easily meet agency creepage and clearance requirements in addition to achieving a large creepage, which improves reliability in high pollution environments such as fan cooled PC power supplies.

Capacitor C1 provides high frequency decoupling of the high voltage DC supply, only necessary if there is a long trace length from the DC bulk capacitors of the main supply. The line sense resistor R2 and R3 sense the DC input voltage for line under-voltage. When the AC is turned off, the under-voltage detect feature of the *TinySwitch-II* prevents auto-restart glitches at the output caused by the slow discharge of large storage capacitance in the main converter. This is achieved by preventing the *TinySwitch-II* from switching when the input voltage goes below a level needed to maintain output regulation, while still keeping the output capacitively earthed (which is the worst case condition for EMI). The under-voltage threshold, when the AC is turned on again. With R2 and R3, giving a combined value of 4 MΩ, the power up under-voltage threshold is set at 200 VDC, slightly below the lowest required operating DC input voltage, at 170 VAC, with voltage doubler. This feature saves several components needed to implement the glitch-free turn-off compared with discrete DC TOPSwitch-II based designs. During turn-on the rectified DC input voltage needs to exceed 200 V under-voltage threshold for the power supply to start operation. But, once the power supply is on it will continue to operate down to 140 V rectified DC input voltage to provide the required hold up time for the standby output.

The auxiliary primary side winding is rectified and filtered by D6 and C6 to create a 12 V primary bias supply. This voltage is used to power the *TinySwitch-II* via R4. Although not necessary for operation, supplying the *TinySwitch-II* externally reduces the device quiescent dissipation by disabling the internal drain derived current source normally used to keep the BYPASS pin capacitor (C3) charged. The value of R4 provides the 600 μA minimum supply which is slightly in excess of the current consumption of *TinySwitch-II*. The excess current is safely clamped by an on-chip active Zener diode to 6.3 V.

The secondary winding is rectified and filtered by D3 and C6. For a 15 W design an additional output capacitor, C7, is required due to the larger secondary ripple current. L1 is used to reduce the high frequency switching noise filtering is provided by L1 and C8. The 5 V output is sensed by U2 and VR1. R5 is used to ensure that the Zener diode is biased at its test current.

The Zener regulation method provides sufficient accuracy (typ. ± 5%). This is possible because *TinySwitch-II* limits the dynamic range of the optocoupler LED current, allowing the Zener diode to operate at near constant bias current.

## Key Application Considerations

### TinySwitch-II vs. TinySwitch

Table 2 compares the features and performance differences between the TNY254 device of the TinySwitch family with the TinySwitch-II family of devices. Many of the new features

eliminate the need for or reduce the cost of circuit components. Other features simplify the design and enhance performance.

| | TinySwitch | TinySwitch-II | |
|---|---|---|---|
| Switching Frequency and Tolerance | 44 kHz ±10% (@25 °C) | 132 kHz ±6% (@25 °C) | • Smaller transformer for low cost<br>• Ease of design<br>• Manufacturability<br>• Optimum design for lower cost |
| Temperature Variation (0 - 100 °C)* | +8% | +2% | |
| Active Frequency Jitter | N/A* | ±4 kHz | • Lower EMI minimizing filter component costs |
| Transformer Audible Noise Reduction | N/A* | Yes - built into controller | • Practically eliminates audible noise with ordinary dip varnished transformer – no special construction or gluing required |
| Line UV Detect | N/A* | Single resistor programmable | • Prevents power on/off glitches |
| Current Limit Tolerance | ±11% (@25 °C) | ±7% (@25 °C) | • Increases power capability and simplifies design for high volume manufacturing |
| Temperature Variation (0 - 100 °C)** | -8% | 0% | |
| Auto-Restart | N/A* | 6% effective on-time | • Limits output short-circuit current to less than full load current<br>- No output diode size penalty.<br>• Protects load in open loop fault conditions<br>- No additional components required |
| BYPASS Pin Zener Clamp | N/A* | Internally clamped to 6.3 V | • Allows TinySwitch-II to be powered from a low voltage bias winding to improve efficiency and to reduce on-chip power dissipation |
| DRAIN Creepage at Package | 0.037 / 0.94 mm | 0.137 / 3.48 mm | • Greater immunity to arcing as a result of dust, debris or other contaminants build-up |

*Not available.    ** See typical performance curves.

Table 2. Comparison Between TinySwitch and TinySwitch-II.

### Design

**Output Power**

Table 1 (front page) shows the practical maximum continuous output power levels that can be obtained under the following conditions:

1. The minimum DC input voltage is 90 V or higher for 85 VAC input, or 240 V or higher for 230 VAC input or 115 VAC input with a voltage-doubler. This corresponds to a filter capacitor of 3 μF/W for universal input and 1 μF/W for 230 or 115 VAC with doubler input.



---

PERFORMANCE SUMMARY
Continuous Output Power: 10.24 W
Efficiency: ≥75%

Figure 15. 10 W PC Standby Supply.

PERFORMANCE SUMMARY
Continuous Output Power: 15.24 W
Efficiency: ≥78%

Figure 16. 15 W PC Standby Supply.

2

PIF 56299

2/73



Input Filter Capacitor

Safety Spacing

Output Filter Capacitor

SEC

Maximize hatched copper areas (▨▨▨) for optimum heat sinking

DC + Out −

Opto-coupler

PRI

T r a n s f o r m e r

Y-Capacitor

HV

+

−

D

BP

S

EN/U/V

TOP VIEW

B 701

*Figure 17. Recommended Circuit Board Layout for TinySwitch-II with Under-Voltage Lock Out Resistor.*

should be taken directly from the secondary winding pin and not from the Y-capacitor connection point.

**PC Board Cleaning**
Power Integrations does not recommend the use of "no clean" flux.

For the most up-to-date information visit the PI Web site at: **www.powerint.com**



---

**TNY264/266-268**

2

2. A secondary output of 5 V with a Schottky rectifier diode.

3. Assumed efficiency of 77% (TNY267 & TNY268), 75% (TNY266) and 73% (TNY264).

4. The parts are board mounted with SOURCE pins soldered to sufficient area of copper to keep the die temperature at or below 100 °C.

In addition to the thermal environment (sealed enclosure, ventilated, open frame, etc.), the maximum power capability of *TinySwitch-II* in a given application depends on transformer core size, efficiency (continuous or discontinuous), efficiency, minimum specified input voltage, input storage capacitance, output voltage, output diode forward drop, etc., and can be different from the values shown in Table 1.

**Audible Noise**
The *TinySwitch-II* practically eliminates any transformer audible noise using simple ordinary varnished transformer construction. No gluing of the cores is needed. The audio noise reduction is accomplished by the *TinySwitch-II* controller reducing the current limit in discrete steps as the load is reduced. This minimizes the flux density in the transformer when switching at audio frequencies.

**Worst Case EMI & Efficiency Measurement**
Since internal *TinySwitch-II* supplies may operate at several different frequencies under the same load and line conditions, care must be taken to ensure that measurements are made under worst case conditions. When measuring efficiency or EMI verify that the *TinySwitch-II* is operating at maximum frequency and that measurements are made at both low and high line input voltages to ensure that worst case result is obtained.

**Layout**

**Single Point Grounding**
Use a single point ground connection at the SOURCE pin for the BYPASS pin capacitor and the Input Filter Capacitor (see Figure 17).

**Primary Clamp Circuit**
A clamp is used to limit peak voltage on the DRAIN pin at turn-off. This can be achieved by using an RCD clamp as shown in Figure 14). A Zener and diode clamp (200 V) across the primary or a single 550 V Zener clamp (from DRAIN to SOURCE can also be used. In all cases care should be taken to minimize the circuit path from the clamp components to the secondary and *TinySwitch-II*.

**Thermal Considerations**
Copper underneath the *TinySwitch-II* acts not only as a single point ground, but also as a heatsink. The hatched areas shown in Figure 17 should be maximized for good heat sinking of *TinySwitch-II* and the same applies to the output diode.

**EN/UV pin**
If a line under-voltage detect resistor is used then the resistor should be mounted as close as possible to the EN/UV pin to minimize noise pick up.

The voltage rating of a resistor should be considered for the under-voltage detect (Figure 15: R2, R3) resistors. For 1/4 W resistors, the voltage rating is typically 200 V continuous, whereas for 1/2 W resistors the rating is typically 400 V continuous.

**Y-Capacitor**
The placement of the Y-Capacitor should be directly from the primary bulk capacitor positive rail to the common/return terminal on the secondary side. Such placement will maximize the EMI benefit of the Y-capacitor and avoid problems in common-mode surge testing.

**Optocoupler**
It is important to maintain the minimum circuit path from the optocoupler transistor to the *TinySwitch-II* EN/UV and SOURCE pins to minimize noise coupling.

The EN/UV pin connection to the optocoupler should be kept to an absolute minimum (less than 12.7 mm or 0.5 in.), and this connection should be kept away from the DRAIN pin (minimum of 5.1 mm or 0.2 in.).

**Output Diode**
For best performance, the area of the loop connecting the secondary winding, the Output Diode and the Output Filter Capacitor, should be minimized. See Figure 17 for optimized layout. In addition, sufficient copper area should be provided at the anode and cathode terminals of the diode for adequate heatsinking.

**Input and Output Filter Capacitors**
There are constrictions in the traces connected to the input and output filter capacitors. These constrictions are present for two reasons. The first is to force all the high frequency currents to flow through the capacitor (if the trace were wide then it could flow around the capacitor). Secondly, the constrictions minimize the heat transferred from the *TinySwitch-II* to the input filter capacitor and from the secondary diode to the output filter capacitor. The common/return (the negative output terminal in Figure 17) terminal of the output filter capacitor should be connected with a short, low impedance path to the secondary winding. In addition, the common/return output connection

2/72

B 701

PIF 56300

**TNY264/266-268**

| Parameter | Symbol | Conditions<br>SOURCE = 0 V, T_J = -40 to 125 °C<br>See Figure 18<br>(Unless Otherwise Specified) | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|
| **CONTROL FUNCTIONS (cont.)** | | | | | | |
| EN/UV Pin Line Under-voltage Threshold | $I_{UV}$ | $T_J = 25\ °C$ | 44 | 49 | 54 | µA |
| **CIRCUIT PROTECTION** | | | | | | |
| Current Limit | $I_{LIMIT}$ | TNY264 $T_J = 25\ °C$, di/dt = 50 mA/µs, See Note E | 233 | 250 | 267 | mA |
| | | TNY266 $T_J = 25\ °C$, di/dt = 70 mA/µs, See Note E | 325 | 350 | 375 | |
| | | TNY267 $T_J = 25\ °C$, di/dt = 90 mA/µs, See Note E | 419 | 450 | 481 | |
| | | TNY268 $T_J = 25\ °C$, di/dt = 110 mA/µs, See Note E | 512 | 550 | 588 | |
| Initial Current Limit | $I_{INIT}$ | See Figure 21, $T_J = 25\ °C$ | 0.65 x $I_{LIMIT}$ (typ) | | | mA |
| Leading Edge Blanking Time | $t_{LEB}$ | $T_J = 25\ °C$, See Note F | 170 | 215 | | ns |
| Current Limit Delay | $t_{ILD}$ | $T_J = 25\ °C$, See Note F, G | | 150 | | ns |
| Thermal Shutdown Temperature | | | 125 | 135 | 150 | °C |
| Thermal Shutdown Hysteresis | | | | 70 | | °C |
| **OUTPUT** | | | | | | |
| ON-State Resistance | $R_{DS(ON)}$ | TNY264 $I_D = 25$ mA, $T_J = 25\ °C$ | | 28 | 32 | Ω |
| | | $T_J = 100\ °C$ | | 42 | 48 | |
| | | TNY266 $I_D = 35$ mA, $T_J = 25\ °C$ | | 14 | 16 | |
| | | $T_J = 100\ °C$ | | 21 | 24 | |
| | | TNY267 $I_D = 45$ mA, $T_J = 25\ °C$ | | 7.8 | 9.0 | |
| | | $T_J = 100\ °C$ | | 11.7 | 13.5 | |
| | | TNY268 $I_D = 55$ mA, $T_J = 25\ °C$ | | 5.2 | 6.0 | |
| | | $T_J = 100\ °C$ | | 7.8 | 9.0 | |
| OFF-State Leakage | $I_{DSS}$ | TNY264 TNY266: $V_{DS} = 6.2$ V, $V_{EN/UV} = 0$ V | | | 50 | µA |
| | | TNY267 TNY268: $V_{DS} = 560$ V, $T_J = 125\ °C$ | | | 100 | |

---

**TNY264/266-268**

**ABSOLUTE MAXIMUM RATINGS[1]**

| | |
|---|---|
| DRAIN Voltage | -0.3 V to 700 V |
| Peak DRAIN Current (TNY264) | 400 mA |
| Peak DRAIN Current (TNY266) | 560 mA |
| Peak DRAIN Current (TNY267) | 720 mA |
| Peak DRAIN Current (TNY268) | 880 mA |
| EN/UV Voltage | -0.3 V to 9 V |
| EN/UV Current | 100 mA |
| BYPASS Voltage | -0.3 V to 9 V |
| Storage Temperature | -65 to 150 °C |
| Operating Junction Temperature[2] | -40 to 150 °C |
| Lead Temperature[3] | 260 °C |

Thermal Impedance: P4G Package:
$(\theta_{JA})$ ..... 45 °C/W[2]; 35 °C/W[3]
$(\theta_{JC})$[4] ..... 11 °C/W

Notes:
1. All voltages referenced to SOURCE, $T_A$ = 25 °C.
2. Normally limited by internal circuitry.
3. 1/16" from case for 5 seconds.

**THERMAL IMPEDANCE**

Notes:
1. Measured on the SOURCE pin close to plastic interface.
2. Soldered to 0.36 sq. inch (232 mm²), 2oz. (610 gm/m²) copper clad.
3. Soldered to 1 sq. inch (645 mm²), 2oz. (610 gm/m²) copper clad.

| Parameter | Symbol | Conditions<br>SOURCE = 0 V, T_J = -40 to 125 °C<br>See Figure 18<br>(Unless Otherwise Specified) | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|
| **CONTROL FUNCTIONS** | | | | | | |
| Output Frequency | $f_{OSC}$ | $T_J = 25\ °C$, See Figure 4 — Average | 124 | 132 | 140 | kHz |
| | | Peak-Peak Jitter | | 8 | | |
| Maximum Duty Cycle | $DC_{MAX}$ | S1 Open | 82 | 65 | 68 | % |
| EN/UV Pin Turnoff Threshold Current | $I_{DIS}$ | $T_J = -40$ to 125 °C | -300 | -240 | -170 | µA |
| EN/UV Pin Voltage | $V_{EN}$ | $I_{EN/UV} = 125\ µA$ | 0.4 | 1.0 | 1.5 | V |
| | | $I_{EN/UV} = 25\ µA$ | 1.3 | 2.3 | 2.7 | |
| EN/UV Pin | $I_{IN}$ | $V_{EN/UV} = 0$ V | 320 | 430 | 500 | µA |
| DRAIN Supply Current | $I_{S2}$ | EN/UV Open (MOSFET Switching) See Note A, B — TNY264 | 170 | 225 | 270 | µA |
| | | TNY266 | 200 | 265 | 320 | |
| | | TNY267 | 240 | 315 | 380 | |
| | | TNY268 | 285 | 380 | 460 | |
| | $I_{S1}$ | $V_{EN} = 0$ V, $T_J = 25\ °C$ See Note C, D — TNY264 | -5.5 | -3.3 | -1.8 | mA |
| | | TNY266-268 | -7.5 | -4.6 | -2.5 | |
| BYPASS Pin Charge Current | $I_{CH2}$ | $V_{BP} = 4$ V, $T_J = 25\ °C$ See Note C, D — TNY264 | -3.8 | -2.0 | -1.0 | mA |
| | | TNY266-268 | -4.5 | -3.0 | -1.5 | |
| BYPASS Pin Voltage | $V_{BP}$ | See Note C | 5.6 | 5.85 | 6.15 | V |
| BYPASS Pin Voltage Hysteresis | $V_{BPH}$ | | 0.80 | 0.95 | 1.20 | V |

TNY264/266-268



Figure 18. TinySwitch-II General Test Circuit.

NOTE: This test circuit is not applicable for current limit or output characteristic measurements.



Figure 19. TinySwitch-II Duty Cycle Measurement.



Figure 20. TinySwitch-II Output Enable Timing.



Figure 21. Current Limit Envelope.

| Parameter | Symbol | Conditions<br>SOURCE = 0 V, $T_J$ = -40 to 125 °C<br>See Figure 18<br>(Unless Otherwise Specified) | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|
| **OUTPUT (cont.)** | | | | | | |
| Breakdown Voltage | $BV_{DSS}$ | $V_{BP}$ = 6.2 V, $V_{EN/UV}$ = 0 V,<br>$I_{DSS}$ = 100 µA, $T_J$ = 25 °C | 700 | | | V |
| Rise Time | $t_R$ | Measured in a Typical Flyback Converter Application | | 50 | | ns |
| Fall Time | $t_F$ | | | 50 | | ns |
| Drain Supply Voltage | | | 50 | | | V |
| Output EN/UV Delay | $t_{EN/UV}$ | See Figure 20 | | 0.5 | | µs |
| Output Disable Setup Time | $t_{SET}$ | | | | 10 | µs |
| Auto-Restart ON-Time | $t_{AR}$ | $T_J$ = 25 °C<br>See Note H | | 50 | | ms |
| Auto-Restart Duty Cycle | $DC_{AR}$ | | | 5.6 | | % |

**NOTES:**

A. Total current consumption is the sum of $I_{S1}$ and $I_{DSS}$ when EN/UV pin is shorted to ground (MOSFET not switching) and the sum of $I_{S2}$ and $I_{DSS}$ when EN/UV pin is open (MOSFET switching).

B. Since the output MOSFET is switching, it is difficult to isolate the switching current from the supply current at the DRAIN. An alternative is to measure the BYPASS pin current at 6.1 V.

C. BYPASS pin is not intended for sourcing supply current to external circuitry.

D. See typical performance characteristics section for BYPASS pin start-up charging waveform.

E. For current limit at other di/dt values, refer to Figure 25.

F. This parameter is derived from characterization.

G. This parameter is derived from the change in current limit measured at 1X and 4X of the di/dt shown in the $I_{LIMIT}$ specification.

H. Auto-restart on time has the same temperature characteristics as the oscillator (inversely proportional to frequency).

PIF 56302

## TNY264/266-268

## Typical Performance Characteristics (cont.)



Figure 28. $C_{OSS}$ vs. Drain Voltage.

Figure 29. Drain Capacitance Power.

Figure 30. Under-Voltage Threshold vs. Temperature.

## Typical Performance Characteristics



Figure 22. Breakdown vs. Temperature.

Figure 23. Frequency vs. Temperature.

Figure 24. Current Limit vs. Temperature.

Figure 25. Current Limit vs. di/dt.

Figure 26. Bypass Pin Start-up Waveform.

Figure 27. Output Characteristic.

2/78

2/79

PIF 56303