# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**William J. Marsden, Jr.**
302 778-8401

Email
marsden@fr.com

January 22, 2008

**VIA ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Power Integrations, Inc. v. Fairchild Semiconductor Int'l*
      USDC-D. Del. – C.A. No. 04-1371 JJF

Dear Judge Farnan:

The parties have completed the briefing on their post-trial submissions in the above captioned matter.  The parties jointly proposed a hearing the week of January 28, or as soon thereafter as possible, in their initial stipulation regarding the post-trial briefing schedule [D.I. 584], and Power Integrations is still available to address any and all issues raised in the post-trial briefing.

Respectfully,

/s/ William J. Marsden, Jr.

William J. Marsden, Jr.
(#2247)

WJM:sb

cc    Steven J. Balick, Esquire (via ECF and e-mail)
      G. Hopkins Guy, III, Esquire (via e-mail)

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC