IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371 JJF<br><br>**REDACTED** |

**SUPPLEMENTAL DECLARATION OF KYLE WAGNER COMPTON
IN SUPPORT OF POWER INTEGRATIONS' REPLY BRIEF IN SUPPORT OF ITS
MOTION FOR A DECLARATION THAT THIS CASE IS EXCEPTIONAL, TREBLE
DAMAGES, AND ATTORNEYS' FEES**

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
Jonathan Lamberson
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

DATED: January 16, 2008

Redacted: January 30, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1371-JJF |

**SUPPLEMENTAL DECLARATION OF KYLE WAGNER COMPTON
IN SUPPORT OF POWER INTEGRATIONS' REPLY BRIEF IN SUPPORT OF ITS
MOTION FOR A DECLARATION THAT THIS CASE IS EXCEPTIONAL, TREBLE
DAMAGES, AND ATTORNEYS' FEES**

I, Kyle Wagner Compton, declare as follows:

1.   I am an attorney at Fish & Richardson P.C., counsel of record in this action for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.   Attached hereto as Exhibit CC is a true and correct copy of an excerpt from the deposition of Robert J. Conrad, which took place on March 28, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of January, 2008, at Wilmington, Delaware.

/s/ Kyle Wagner Compton
Kyle Wagner Compton

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I served the **SUPPLEMENTAL DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF POWER INTEGRATIONS' REPLY BRIEF IN SUPPORT OF ITS MOTION FOR A DECLARATION THAT THIS CASE IS EXCEPTIONAL, TREBLE DAMAGES, AND ATTORNEYS' FEES** on the following as indicated:

| | |
|---|---|
| **BY EMAIL AND HAND DELIVERY**<br>Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, and third party<br>INTERSIL CORPORATION |
| **BY E-MAIL AND FEDERAL EXPRESS**<br>G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. and<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION |

/s/ Kyle Wagner Compton
Kyle Wagner Compton

80054443.doc