bIN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, : : : Plaintiff, : : v. : C.A. No. 04-1371-JJF : FAIRCHILD SEMICONDUCTOR : INTERNATIONAL, INC., a Delaware : corporation, and FAIRCHILD : SEMICONDUCTOR CORPORATION, a : Delaware corporation, : : Defendants. : | |

### MEMORANDUM ORDER

WHEREAS, Plaintiff Power Integrations, Inc. ("Power Integrations") has filed a Motion For Declaration That This Case Is Exceptional, Treble Damages, And Attorneys' Fees (D.I. 610);

WHEREAS, the Court has concluded by separate Opinion and Order (D.I. 692, 693) that a new trial on willful infringement is warranted in light of changes to the law made by the Federal Circuit's decision, In re Seagate, 497 F.3d 1360 (Fed. Cir. 2007);

WHEREAS, in these circumstances, the Court concludes that a determination regarding exceptional case and attorneys' fees should be delayed;

NOW THEREFORE, IT IS HEREBY ORDERED that Power Integrations' Motion For Declaration That This Case Is Exceptional, Treble Damages, And Attorneys' Fees (D.I. 610) is **DENIED** with leave to renew following the conclusion of a retrial on the issue of

willful infringement.

　December **12**, 2008　
　　　DATE　　　　　　　　　　　　　　　　　／s／ Joseph J. Farnan, Jr.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE