IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-1371-LPS |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., ET AL., | : | |
| Defendants. | : | |

## ORDER

And now this 5th day of **September, 2013**, after having been advised by Plaintiff and Defendants of their inability to resolve a discovery matter,

**IT IS HEREBY ORDERED** that a teleconference is scheduled for **September 16, 2013** at **10:15 a.m.** Counsel for the party seeking relief shall initiate the teleconference call to **302-573-4571**.

The parties have agreed to make a single joint submission. Therefore, **IT IS FURTHER ORDERED** that not later than **September 12, 2013**, the parties shall file with the Court a joint letter, not to exceed five (5) pages, outlining the issues in dispute and its positions on those issues. Should any document(s) be filed under seal, a courtesy copy of the sealed document(s) must be provided to the Court within one (1) hour of e-filing the document(s).

Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it. Alternatively, the Court may choose to resolve the dispute prior to the telephone conference and will, in that event, cancel the conference.

Delaware counsel are reminded of their obligations to inform out-of-state counsel

of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES DISTRICT JUDGE