NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**POWER INTEGRATIONS, INC.,**
*Plaintiff-Cross-Appellant*

v.

**FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION,**
*Defendants-Appellants*

———————————

2019-1246, -1247

———————————

Appeals from the United States District Court for the District of Delaware in No. 1:04-cv-01371-LPS, Chief Judge Leonard P. Stark.

———————————

**ON MOTION**

———————————

Before NEWMAN, *Circuit Judge.*

**O R D E R**

Intel Corporation moves for leave to file a brief *amicus curiae* in support of Appellants. No opposition has been filed.

Upon consideration thereof,

2 POWER INTEGRATIONS, INC. v. FAIRCHILD SEMICONDUCTOR INTL.

IT IS ORDERED THAT:

The motion is granted. The *amicus* brief is accepted for filing.

FOR THE COURT

| Feb 26, 2019 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |

s25