NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**POWER INTEGRATIONS, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION,**
*Defendants-Appellants*

———————————

2019-1246, 2019-1247

———————————

Appeals from the United States District Court for the District of Delaware in No. 1:04-cv-01371-LPS, Chief Judge Leonard P. Stark.

———————————

## ON MOTION

———————————

PER CURIAM.

### O R D E R

The parties jointly move to voluntarily dismiss the above-captioned appeals pursuant to Fed. R. App. P. 42(b), with each side bearing its own fees and costs.

Upon consideration thereof,

2   POWER INTEGRATIONS, INC. v. FAIRCHILD SEMICONDUCTOR INTL.

IT IS ORDERED THAT:

The motion is granted.


FOR THE COURT

October 25, 2019                    /s/ Peter R. Marksteiner
     Date                           Peter R. Marksteiner
                                    Clerk of Court


ISSUED AS A MANDATE: October 25, 2019